| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | The site does not meet the importance criteria because the area is not of special consequence or distinctiveness compared to other sites which support Harrington's penstemon.   Much of the area consists of pinyon-juniper woodlands which are not suitable Harrington's penstemon habitat.  The site is not considered by BLM or CNHP as essential for the long-term protection and management of Harrington's penstemon. |
| Horse Mountain, Eagle County (Lady Belle Mine) PCA | Wildlife – Townsend's big-eared bat (Pale lump-nosed bat) (BLMS), Plants – Harrington's penstemon (BLMS) | Criteria 2 & 3 | No | No | This area meets the relevance criteria because it supports a BLM sensitive bat species.  However, the area does not meet the importance criteria because it is not unique compared to other habitat within the range of the species. <br><br> This area meets the relevance criteria because it contains an occurrence of a BLM sensitive plant, Harrington's penstemon.  The area does not meet the importance criteria because the occurrence is a D-ranked occurrence which is of poor quality.  The occurrence is also small in size and is not of special worth or distinctiveness compared to other sites where Harrington's penstemon is found. |
| Light Hill PCA | Plants – Harrington's penstemon (BLMS) | Criteria 3 | No | No | This site meets the relevance criteria because it contains several (at least 3) occurrences of Harrington's penstemon.  However, it does not meet the importance criteria because these occurrences are small, the amount of suitable habitat is also small, and the site is not unique or of special consequence relative to other sites where Harrington's penstemon occurs. |
| Main Elk Creek West PCA | Wildlife – Townsend's big-eared bat (BLMS) | Criteria 2 | No | No | This site meets the relevance criteria for Townsend's big eared bat because this is a BLM sensitive species.  However, the site does not meet the importance criteria because the area is not unique compared to other habitat within the range of |

26

BLM_0017510

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | the species. |
| Milk Creek PCA | Plant Community – Rocky Mountain juniper/Mountain mahogany (G2/S2), Plants – Harrington's penstemon (BLMS) | Criteria 3 | No | No | This area meets the relevance criteria because it supports a significant plant community, *Juniperus scopulorum/Cercocarpus montanus* (G2/S2) and some Harrington's penstemon along Bocco Mountain. However, both the significant plant community and the Harrington's penstemon are C-ranked occurrences (low-quality). The site does not meet the importance criteria because it does not have qualities that make it of special worth or consequence. |
| Mitchell Creek PCA

* This area is completely contained within the GWS Debris Flow Hazard Zone ACEC which is being carried forward for analysis | Fish – CRCT (BLMS) | Criteria 2 & 3 | Criteria 1 & 2 | Yes | This area meets the relevance criteria for wildlife resources (BLM 1613.1.11.A (2) & (3)), as Mitchell Creek contains a genetically pure population of native, wild, naturally reproducing Colorado River cutthroat trout, that have been identified as a Core Conservation Population in the *Conservation Agreement and Strategy for Colorado River Cutthroat Trout, in the States of Colorado, Utah, and Wyoming* (June 2006). In addition, the watershed in which these fish live supports vital ecosystem processes and maintains crucial habitats important for the long-term survival of this fish species

Mitchell Creek also satisfies the importance criteria (BLM 1613.1.11.B (1) & (2)) since this stream is a regionally important producer of genetically pure and naturally reproducing Colorado River cutthroat trout. Core Conservation populations are important in the overall conservation of the species and are given the highest priority for management and protection. Given the genetic purity of these fish, the population is unique and irreplaceable. The occupied portion of this stream is already included in the existing Glenwood Springs Debris Flow Hazard Zone ACEC which is being recommended for retention as an ACEC. The |

27

BLM_0017511

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | existing ACEC boundary should encompass the fishery resource (No additional acres proposed). |
| Mount Logan Road PCA | Plants – Parachute penstemon (C) | Criteria 3 | No | No | The Mount Logan Road site is less than 200 acres.   The site is ranked B1 for outstanding biodiversity, because it contains a suboccurrence of the federal candidate plant, Parachute penstemon, (*Penstemon debilis*).  However, the site contains only one very small C-ranked occurrence of this species.  The occurrence is on a roadcut and is not a natural growth habitat for *Penstemon debilis* and may not be sustainable in the long-term.  This site does not meet the importance criteria. |
| Parachute Creek PCA | Plants – Roan Cliffs blazing star (BLMS) | Criteria 3 | No | No | This area meets the relevance criteria because it contains some known occurrences of the BLM Sensitive plant, Roan Cliffs blazing star, (*Mentzelia rhizomata*).   However, the majority of this area is in private land ownership and the biological elements are mostly on private land.  Half of this PCA falls within the Roan Plateau Planning Area which was analyzed previously.  There are small acreages of BLM land (surface or subsurface) which may potentially contain *M. rhizomata*.  These areas are not of sufficient size, quality or condition to be considered more than locally significant and therefore, do not meet the importance criteria. |
| Red Dirt Creek PCA | Fish – CRCT (BLMS) | None | No | No | While Red Dirt Creek does contain a conservation population of Colorado River cutthroat trout, this population is not genetically pure and is slightly hybridized.  Streams containing these conservation populations are identified in the *Conservation Agreement and Strategy for Colorado River Cutthroat Trout, in the States of Colorado, Utah, and Wyoming* (June 2006).  Conservation populations do not meet the relevance and importance criteria as they are not more than locally important. Red Dirt Creek contains no special attributes that set it apart from other conservation populations and Red Dirt Creek will not be considered further for |

BLM_0017512

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | designation as an ACEC for Colorado River cutthroat trout. |
| Red Hill at Gypsum PCA | Plants – Harrington's penstemon (BLMS) | Criteria 3 | No | No | This area satisfies the relevance criteria because it contains numerous B-ranked occurrences of the BLM Sensitive plant, *Penstemon harringtonii*.  The area does not meet the importance criteria because the population of *P. harringtonii* is only thinly scattered throughout and therefore, does not have special significance or value when compared to other Harrington's penstemon sites.  The site is not considered by BLM or CNHP as being essential for the long-term protection and management of the species. |
| Rifle Falls State Park PCA | Wildlife – Bats (BLMS) | Criteria 2 | No | No | This site meets the relevance criteria because it provides habitat for Townsend's big eared bat, a BLM sensitive species.  However, the site does not meet the importance criteria because the area is not unique compared to other habitat within the range of the species.  In addition, this site is almost entirely on private land. |
| Skinner Ridge PCA (aka Circle Dot Gulch) | Wildlife – Greater sage grouse (BLMS) | Criteria 2 | No | No | The site meets the relevance criteria because it supports greater sage grouse, a BLM sensitive species. The site does not meet the importance criteria because it is not unique when compared to other sage grouse habitat located within the GSFO.  In addition, the PCA only contains 200 acres of BLM surface and mineral estate. |
| Smith Gulch (at Carbondale) PCA | Plants – Harrington's penstemon (BLMS) | Criteria 3 | No | No | The site meets the relevance criteria because it supports several small B-ranked and one C-ranked and D-ranked suboccurrences of Harrington's penstemon.  However, most of the site is pinyon/juniper or oakbrush/mountain shrub habitat which is not suitable for Harrington's penstemon.  The site has small openings of sagebrush in a larger P/J and oakbrush matrix.  Additionally, a third of the site is on private land.   The site does not meet the importance criteria because the size and condition of the Harrington's penstemon |

BLM_0017513

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | occurrences are not of special worth or consequence compared to other Harrington's penstemon sites.   The site is not considered by BLM or CNHP as being essential for the long-term protection and management of the species. |
| Stifel Creek PCA | Plants – Harrington's penstemon (BLMS) | Criteria 3 | No | No | This site meets the relevance criteria because it does contain a BLM Sensitive plant, but does not meet the importance criteria because the PCA, as mapped by CNHP, shows only one C-ranked occurrence of the BLM Sensitive plant, *Penstemon harringtonii*.  The PCA itself is only ranked B4, which is moderate significance.  Half of the PCA is on private land. |
| West Elk Creek PCA | Plant Community – Narrowleaf cottonwood/River birch (G3/S2) | Criteria 3 | No | No | This area meets the relevance criteria because it supports a relatively rare plant community, *Populus angustifolia/Betula occidentalis* (G3/S2).  The plant community is primarily on private land; there may be less than a couple hundred linear feet on BLM.  This PCA is ranked B4 which is only moderate significance.  This site is not considered of special worth or consequence.  Therefore, this PCA does not meet the importance criteria. |
| Williams Hill PCA | Plants – Harrington's penstemon (BLMS) | Criteria 3 | No | No | This PCA satisfies the relevance criteria because it contains the BLM Sensitive plant, Harrington's penstemon, but does not meet the importance criteria because the PCA, as mapped by CNHP, contains only one B-ranked occurrence of Harrington's penstemon and nearly half of the PCA is on private land.  This site is not exemplary or of special worth or consequence relative to other sites that contain Harrington's penstemon populations. |
| **The other 15 nominations from CNE are analyzed below:** | | | | | |
| Eagle Valley Evaporite | Geologic – gypsum deposits | No | No | No | Excellent exposures of the Eagle Valley Evaporite occur between the Towns of Dotsero and Gypsum north of Interstate 70.  This area has also been referred to as the |

30

BLM_0017514

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | "Gypsum Cliffs" and it contains folded strata from the Pennsylvania Minturn Formation that resulted from the upward plastic flow of underlying gypsum deposits. The area is not considered relevant or important because exposures of the Eagle Valley Evaporite and associated folding are not uncommon and can be viewed in the Roaring Fork Valley, in the Eagle Valley, and north of Dotsero along County Road 301 that parallels the Colorado River. |
| Occupied boreal toad habitat plus 300 ft buffers | Wildlife | None | None | No | There is no occupied boreal toad habitat on BLM lands within the Glenwood Springs Field Office. |
| Identified lynx habitat (as specified in CNE's letter) | Wildlife | Criteria 2 | None | No | Canada lynx habitat within the GSFO meets the relevance criteria because lynx are a federally listed species. However, habitat within the GSFO does not meet the importance criteria because it is marginal and scattered when compared to habitats on the White River National Forest. |
| Greater Sagegrouse (Greater sage-grouse production and brood-rearing habitat, including all leks plus 5.5 km buffers) | Wildlife | Criteria 2 | Criteria 2 | Yes, with modified boundaries | Greater sage grouse habitat meets the relevance criteria because sage grouse are a BLM sensitive species. Sage grouse habitat within the GSFO also meets the importance criteria because it supports a very small population of sage grouse that has qualities that make it fragile, sensitive and vulnerable to adverse change. The North Eagle/South Routt population of sage grouse has declined drastically in the past decades. Within the GSFO, only 2 active leks remain on BLM managed lands. Greater sage grouse within the GSFO may require special management in conjunction with existing protections.

CNE's nomination included over 100,000 acres of BLM, USFS, State Land Board and private land. The boundary for the greater sage grouse ACEC was modified to include |

31

BLM_0017515

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | approximately 10,700 acres of BLM managed habitat. |
| Roan Cliffs blazingstar habitat with 300 ft Buffers | Plant | N/A | N/A | No | Within the GSFO, all of the known Roan Cliffs blazing star habitat on BLM-surface lands is within the Roan Plateau Planning Area which was already analyzed for ACEC designation in the Roan Plateau RMP Amendment. |
| Parachute penstemon habitat plus potential recovery areas, plus appropriate buffers to protect against upslope disturbance (300 ft minimum) | Plant | Criteria 3 | No | No | Most of the occupied or potential Parachute penstemon habitat on BLM land is part of the Roan Plateau Planning Area which was analyzed for ACEC designation in the Roan Plateau RMP; the remaining BLM-owned Parachute penstemon habitat is part of the Mount Logan Road proposed ACEC which was analyzed above. |
| DeBeque phacelia habitat as defined by soil type | Plant | Criteria 3 | Criteria 1 & 2 | No* | Most of the occupied or potential DeBeque phacelia habitat on BLM land is part of the Roan Plateau Planning Area which was analyzed for ACEC designation in the Roan Plateau RMP.  *The remaining BLM-owned, occupied habitat for DeBeque phacelia is included in the Mount Logan Foothills site which will be considered for ACEC designation |
| DeBeque milkvetch habitat plus 300 ft buffers | Plant | N/A | N/A | No | All known, occupied DeBeque milkvetch habitat within the GSFO lies within the Roan Plateau Planning Area which was already analyzed for ACEC designation.  These areas will not be considered again in this RMP revision. |
| Utah fescue habitat plus 300 ft buffers | Plant | No | No | No | Utah fescue was formerly a BLM Sensitive plant but was dropped from the State Director's list because additional surveys found the species to be more abundant than originally thought and the species is currently considered to be biologically secure.  This species does not meet the relevance criteria. |
| Wetherill's milkvetch habitat plus 300 ft | Plant | No | No | No | Wetherill's milkvetch was formerly a BLM Sensitive plant but was dropped from the State Director's list because additional surveys found the species to be more abundant than |

BLM_0017516

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| buffers | | | | | originally thought and the species is currently considered to be biologically secure.  This species does not meet the relevance criteria. |
| Sun-loving meadowrue habitat plus 300 ft buffers | Plant | No | No | No | Sun-loving meadowrue is ranked G3/S3 by CNHP and is not currently a special status species.  Within the GSFO, known populations on BLM lands lie within the Roan Plateau Planning Area.  This planning area will not be considered in this RMP revision. |
| *Sclerocactus glaucus* habitat plus 300 ft buffers  *Included in the Mount Logan Foothills site | Plant | Criteria 3 | Criteria 1 &2 | No* | Uinta Basin hookless cactus (*Sclerocactus glaucus*) habitat, also known as Colorado hookless cactus, meets the relevance criteria because the cactus is listed as a threatened plant species.  Not all individual sites meet the importance criteria because not all are substantially significant.  Some habitat is very degraded or supports very small numbers of cacti. *However, some sites with high population densities and/or good condition habitat will be considered for ACEC designation as part of the Mount Logan Foothills site. |
| BLM lands adjacent to USFS' Battlement Mesa Research Natural Area | Natural Systems | Criteria 3 | No | No | The USFS' Lower Battlement Mesa 13,600 acre RNA provides a very good representation of pinyon-juniper woodlands, and Gambel oak and greasewood shrublands, which are all uncommon ecological types on the Forest.  It also includes several rare plants species, including DeBeque phacelia.  The adjoining BLM land does not meet the relevance and importance criteria because it is not in good ecological condition, with the possible exception of lower Bull Gulch in the Wallace Creek watershed.  This area has some good Gambel oak stands, but is not unique or exemplary compared to other Gambel oak shrublands in the GSFO.  The only special status plant known to occur on BLM within one mile of the Forest is the Rocky Mountain thistle (BLMS).   This species is adapted to disturbed or barren areas and is not particularly fragile or vulnerable to adverse change. |

33

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | The site is not of more than local significance. |
| BLM lands adjacent to USFS' Assignation Creek Research Natural Area<br><br>* Included in the Thompson Creek ACEC which is being carried forward for analysis | Scenic, Geologic, Historic, Ecological | Criteria 1& 3 | Criteria 1 & 2 | No* | The USFS' Assignation Creek proposed 4,000 acre RNA provides excellent representation for pinyon-juniper woodlands, Gambel oak shrublands, and a cottonwood riparian forest which are uncommon ecological types on the Forest. These vegetation types also occur on the adjoining BLM lands, however, they do not meet the importance criteria because they are not unique or exemplary when compared to other plant communities of the same type. The BLM lands do contain high value scenic qualities, unique geologic fins and remnants of an old railroad that meet the relevance & importance criteria. *The BLM lands are currently designated as the Thompson Creek ACEC, and this ACEC is proposed for retention. No additional acres are proposed. |

BLM_0017518

## A. Kremmling Relevant and Important Criteria Determinations

**Table 2 – Kremmling ACEC Determinations [Note: the shaded columns met the relevance and importance criteria and are being carried forward for analysis.]**

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| The **BLM Kremmling Field Office (KFO)** existing and internally proposed ACEC | | | | | |
| North Park Natural Area (existing) | Plant - North Park Phacelia G1S1 | Criteria 2 | Criteria 1& 2 | Yes | This area meets the relevance criteria because it contains habitat for the endangered plant North Park Phacelia. It meets the importance criteria because it has a significant amount of the population which gives the area special worth (300 acres, merged with larger proposed North Park Natural Area ACEC below). |
| Kremmling Cretaceous Natural Area (existing) | Fossils-Late Cretaceous Paleontological site; Wildlife – Greater sage-grouse (BLMS) | Criteria 3 | Criteria 1, 2 & 3 | Yes | Meets the relevance criteria for a natural process or system, and has significant cultural and scenic values. Meets the importance criteria as a World Class Paleontological Research and publicly interpreted visitation location. The Kremmling Cretaceous Ammonite Locality contains a unique and rich fossil assemblage of Giant Ammonites and other extinct species of marine fauna. On-going research by the University of South Florida has recently identified ten new species of extinct shell fish from this locality. The complex and complete geologic stratigraphy also allows the University to compare rapid evolutionary change evidenced in the fossils, with a rapidly changing environment, and to address environmental reconstruction issues. Geochemical data recovered from the fossils and from modern corrals off |

35

BLM_0017519

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | the coast of Florida is also studied to help compare modern environmental change known as the "green house" effect with evidence from 72 million years ago to help answer questions regarding how much of the change can be attributed to natural cycles, and how much can be attributed to man's exploitation of the natural resources, especially carbon fuels. The stratigraphy has also been used by the Scripps Institute to help date dinosaur fossils in Mongolia. A museum exhibit at the Denver Museum of History and Natural Science in 1997-1998 featured the Kremmling Giant Ammonites. The site has been featured in various professional American and European journals, avocational publications, geology books and the Washington Post. Visitors have come from many states and countries to visit this unique fossil location (160 acres).  Hundreds of volunteer hours have been donated by dozens of students over the past 8 years by the U. of South Florida. One Masters Degree has been awarded based on work at this locality, which resulted in the identification of 10 new species of marine mollusks. Two additional Masters Degrees are anticipated based on work in progress. Future research is planned.<br><br>In addition, this area contains important core habitat for Greater sage-grouse, a BLM designated sensitive species. |
| Barger Gulch Heritage Area (proposed) *<br><br>*See Addendum in ACEC Report for addition of this ACEC. | Historic Cultural Resource | Criteria 1 | Criteria 1, 2 & 3 | Yes | Meets the relevance criteria of a significant, historic cultural value. The Barger Gulch Heritage Area has been studied over a 10 year period by the University of Wyoming. Research has included extensive testing, mapping and excavation revealing an occupation by prehistoric peoples extending from 13, 000 years ago (Folsom tradition) to the expulsion of Native Americans from Colorado in the late 1800's. The |

36

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | Heritage Area covers over a square mile, with many remaining areas having extensive research potential. The U. of Wyoming is completing laboratory and ancillary studies in preparation for writing a book. The Heritage Area has been featured in numerous professional journals and conferences. Its scientific importance is established at the national and international level. Hundreds of volunteers and college students have donated thousands of volunteer hours and had the opportunity to learn the art and techniques of archaeology. Two Phds., eight masters degrees and numerous undergraduate degrees have been awarded based on research at the Barger Gulch Heritage Area, and numerous additional degrees are anticipated for work in progress. Future research is planned. |
| The **Colorado Natural Heritage Program (CNHP)** nominated ten areas for ACEC designation. These areas each have some biological communities or species which are rare or of exemplary quality and are recommended as Potential Conservation Areas (PCAs) in CNHP's database.   Each of the ten areas is evaluated below.<br><br>[Note: see Appendix 2 for definitions of Natural Heritage Imperilment Ranks (i.e. G/S1), CNHP Element Occurrence Ranks and their Definitions (i.e. A or B), and Natural Heritage Program Biological Diversity Ranks and their Definitions (i.e. B1).] | | | | | |
| Case Reservoir Bluffs PCA (B2 – Very High Biodiversity Significance) | Plant - North Park Phacelia G1S1 | Criteria 2 | None | No | The site meets the relevance criteria because it supports several small occurrences of North Park Phacelia.  The area does not meet the importance criteria because it is not an exemplary occurrence (it is a C-ranked occurrence), it is not of substantial significance when compared to other North Park Phacelia sites, and it represents a very small percentage of the total population. |
| Chalk Bluffs PCA (B3 – High Biodiversity Significance) | Plant – Dropleaf wild buckwheat G3S2 and Oregon bitterroot G5S2 | Criteria 2 | None | No | The site meets the relevance criteria because it supports two state rare (S2) plant species ranked as excellent (A-ranked) and good (B-ranked) occurrences.  The site does not meet the importance criteria because it is not more than locally significant, it does not have qualities which give it substantial value, and neither species is BLM sensitive. |

BLM_0017521

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| Kremmling PCA (B1 – Outstanding Biodiversity Significance) | Plant - Osterhout milkvetch G1S1; Wildlife – Greater sage-grouse (BLMS) | Criteria 2 | Criteria 1& 2 | Yes, modified boundary | This area meets the relevance criteria because it contains habitat for the endangered plant Osterhout milkvetch. It meets the importance criteria because it has a significant amount of the population which gives the area special worth. In addition, this area contains important core habitat for Greater sage-grouse, a BLM designated sensitive species (1,548 acres recommended; BLM proposes 636 acres for analysis). |
| Laramie River PCA (B1)* *Renamed from "Laramie River Valley Shale Outcrops" because it includes acres outside the proposed boundary | Plant – North Park Phacelia G1S1 Dropleaf wild buckwheat G3S2, Larchleaf beardtongue G4T3Q/S2 Ward's goldenweed G3S1 | Criteria 2 | Criteria 1& 2 | Yes, modified boundary | This area meets the relevance criteria because it contains habitat for the endangered plant North Park Phacelia. It meets the importance criteria because it has several rare species that gives the area special worth. In addition, this area supports the only population of North Park Phacelia found outside of Jackson County (1,783 acres proposed for analysis (includes acres in the Lower Laramie River PCA)). |
| Lawson Butte PCA (B3) | Plant-- Nuttalls desert parsley G3/S1 | None | None | No | The site meets the relevance criteria because it supports one B-ranked occurrences of Nuttall's desert-parsley . The area does not meet the importance criteria because it is not of substantial significance or value when compared to other sites with Nuttall's desert-parsley. In addition, this area has few acres and represents a small percentage of the total population and habitat. |
| North Park Natural Area PCA (B1) | Plant - North Park Phacelia (*Phacelia formosula*) G1S1 and other rare plant species Wildlife – Greater sage-grouse (BLMS) | Criteria 2 | Criteria 1& 2 | Yes, modified boundary | This area meets the relevance criteria because it contains habitat for the endangered plant North Park Phacelia. It meets the importance criteria because it has a significant amount of the population which gives the area special worth. In addition, this area contains several Greater sage-grouse leks and important core habitat for this species (8,440 acres recommended; BLM propose 4,443 acres for analysis, includes existing 300 acre North Park Phacelia ACEC). |

38

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| North Sand Dunes PCA (B1) | Plant - Boat-shaped bugseed (*Corispermum navicula*) G1?S1 | Criteria 2 | Criteria 1& 2 | Yes, modified boundary | This area meets the relevance criteria because it contains habitat for the rare plant Boat-shaped bugseed. It meets the importance criteria because it has a significant amount of the population which gives the area special worth and is currently the only area where this plant is found (380 acres recommended; BLM proposes 91 acres for analysis). |
| Rock Creek PCA (B1) | Plant - Osterhout milkvetch G1S1, Nuttall's desert-parsley G3S1, and other rare plant species | None | None | No | The site meets the relevance criteria because it supports several small A-ranked occurrences of Osterhout milkvetch and Nuttall's desert-parsley .  The area does not meet the importance criteria because it is not of substantial significance or value when compared to other sites with Osterhout milkvetch and Nuttall's desert-parsley.  In addition, this area has few plants and represents a very small percentage of the total population. |
| Troublesome Creek PCA (B1) | Plant – Penland's beardtongue G1S1, Osterhout milkvetch G1S1, and Nuttalls desert parsley G3/S1  Wildlife – Greater sage-grouse (BLMS) | Criteria 2 | Criteria 1& 2 | Yes, modified boundary | This area meets the relevance criteria because it contains habitat for two endangered plants.  It meets the importance criteria because it has three rare species that gives the area special worth and is the only area where Penland beardtongue occurs.  In addition, this area contains important brood-rearing and winter habitat for  Greater sage-grouse, a BLM designated sensitive species (1,243 acres recommended; BLM proposes 974 acres for analysis). |
| Upper Troublesome Creek PCA (B2) | Plant communities- -Drummond's willow / water sedge (G2G3/S2), American mannagrass | Criteria 2 | None | No | The site meets the relevance criteria because it supports several state rare plant communities ranked as a good (B-ranked) occurrences.  The area does not meet the importance criteria because it is not of substantial significance or value and not more than locally significant. |

39

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | community (G5/S2), and other G3/S3 communities. | | | | |

The **Center for Native Ecosystems (CNE)** nominated numerous potential ACECs. Included on their list were all 159 of the Potential Conservation Areas (PCAs) identified by CNHP for the KFO. Of these, only 35 are within BLM lands. The KFO Interdisciplinary Team analyzed each site individually. Of these 35 sites, 5 were eliminated from further consideration because the value(s) in question were not located on BLM lands and 10 were dropped from further consideration because they did not meet any of the relevance or importance criteria.

Ten of the PCAs were also recommended by CNHP. These are analyzed above. The remaining 10 PCAs appear to meet the relevance and/or importance definition and criteria because the sites contain known occurrences or suitable habitat for federally listed or BLM Sensitive plants or animals or a significant plant community. The values in these 10 PCAs are analyzed below:

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| Chimney Rock PCA (B3) | Plant/wildlife—Larch leaf beardtongue G4T3Q/S2, Greater sandhill Crane G5S2 (not recorded on BLM) | Criteria 2 | None | No | The site meets the relevance criteria because it supports an A-ranked (excellent) occurrence of a globally vulnerable (G4T2Q/S2) subspecies of larch-leaf beardtongue (*Pentstemon laricifolius ssp. exilifolius*). However, it does not meet the importance criteria because the PCA, as mapped by CNHP, contains only one occurrence of larch-leaf beardtongue and most of the PCA and species occurrences are on private and USFS lands. The occurrence on BLM is not exemplary or of special worth or consequence relative to other larch-leaf beardtongue populations or habitat. In addition the larch-leaf beardtongue is not BLM sensitive. |
| Colorado River Radium to Red Dirt Creek PCA (B3) | Plant Community Multiple species including Harrington's Beardtongue G3S3, Many-stem Stickleaf G3S3, Riparian Shrubland G4S2, | Criteria 2 & 3 | None | No | The site meets the relevance criteria because it supports one small AB-ranked occurrences of Harrington's beardtongue and two occurrences of a B-ranked G4S2 plant community. The site does not meet the importance criteria because it is only locally significant and does not have qualities which give it special worth compared to other Harrington's beardtongue and Riparian Shrubland sites. The site is not particularly unique and is not considered essential for the long-term protection and maintenance of this species/community. |
| Horse Gulch PCA | Plant— | Criteria 2 | None | No | The site meets the relevance criteria because it supports a |

40

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| (B1) | Osterhout milkvetch G1S1 | | | | small A-ranked population of the endangered species Osterhout milkvetch. However, it does not meet the importance criteria because it is not unique or have substantial significance compared to other areas where the population occurs.  This area has few plants and represents a small percentage of the total population. |
| Little Hohnholz Lake PCA (B3) | Pale blue-eyed grass (G2G3/S2S3) alkaline spring wetlands (GUS2), Larchleaf beardtongue G4T3Q/S2, Dropleaf wild buckwheat G3S2. | Criteria 2 & 3 | None | No | The site meets the relevance criteria because it supports the BLM sensitive species Pale blue-eyed grass, several state rare plants, and one plant community.  However both the Pale blue-eyed grass and plant community are C-ranked occurrences and do not meet the importance criteria.  In addition the Larchleaf beardtongue and Dropleaf wild buckwheat are not BLM sensitive and neither occurrence is exemplary or of substantial significance relative to other populations or habitat. |
| Lower Laramie River Valley PCA (B3)  **This area has been combined with the Laramie River PCA.* | Plant--Larchleaf beardtongue G4T3Q/S2, | Criteria 2 | Criteria 1 & 2 | Yes, modified boundary | The site meets the relevance criteria because it supports an A-ranked (excellent) occurrence of a globally vulnerable (G4T2Q/S2) subspecies of larch-leaf beardtongue.  It meets the importance criteria because the occurrence on BLM is exemplary and significant due to a high concentration of individuals that represent a considerable percentage of the total population (15,562 acres recommended; BLM proposes 800 acres for analysis). |
| Miller Gulch PCA (B3) | Mixed Mountain shrubland (G2G3/S2S3), little green sedge (G5/S1).  Harrington beardtongue (G3/S3) | Criteria 2 & 3 | None | No | The site meets the relevance criteria because it supports the BLM sensitive species little green sedge and Harrington beardtongue as well as one G2G3/S2S3 plant community.  However, the Harrington beardtongue are small, C-ranked occurrences and do not meet the importance criteria.  In addition the little green sedge and Mixed Mountain shrubland (both B-ranked) are small areas and not exemplary or of substantial significance to meet the importance criteria. |
| Sheephorn Creek at | Harrington | Criteria 2 | None | No | The site meets the relevance criteria because it supports |

41

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| Radium PCA (B3) | beardtongue (G3/S3) | | | | several small AB-ranked occurrences of Harrington's beardtongue. The site does not meet the importance criteria because it is not more than locally significant and does not have qualities which give it special worth compared to other Harrington's beardtongue sites.  The site is not particularly unique and is not considered essential for the long-term protection and maintenance of this species. |
| West Slope of Junction Butte PCA (B3) | plant community-- Utah serviceberry / bluebunch wheatgrass shrubland G2G3/S2S3 | Criteria 3 | None | No | The site meets the relevance criteria because it supports a globally and state vulnerable (G2G3/S2S3) plant community ranked as a good (B-ranked) occurrence.  The area does not meet the importance criteria because it is not of substantial significance when compared to other plant communities of the same type. |
| Willow Creek Pass PCA (B3) | Plant communities-- *Artemisia cana* ssp. *viscidula / Festuca thurberi* (G2G3/S2S3) and three G3 riparian plant communities. | Criteria 3 | None | No | The site meets the relevance criteria because it supports a globally and state vulnerable (G2G3/S2S3) plant community ranked as a good (B-ranked) occurrence.  The area does not meet the importance criteria because it is not substantially significant when compared to other plant communities of the same type, and the majority of the site and values are on USFS lands. |
| Yarmony Creek PCA (B3) | Montane Riparian Forest G2G3/S2 | Criteria 3 | None | No | This area satisfies the relevance criteria because it contains a globally rare (G2G3/S2) plant community.  The area does not meet the importance criteria because the community is not an exemplary occurrence (it is a C-ranked occurrence), it is not substantially significant when compared to other plant communities of the same type, and the majority of the site is in private surface ownership. |
| Colorado River cutthroat trout conservation populations, including | Fish | Criteria 2, 3 | Criteria 1& 2 | Yes | This ACEC meets the relevance criteria for wildlife resources (BLM 1613.1.11.A(2) & (3)), as Kinney Creek contains a genetically pure population of native, wild, naturally reproducing Colorado River cutthroat trout, that |

42

BLM_0017526

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| the Kinney Creek population | | | | | have been identified as a Core Conservation Population in the *Conservation Agreement and Strategy for Colorado River Cutthroat Trout, in the States of Colorado, Utah, and Wyoming* (June 2006).  In addition, the watershed in which these fish live supports vital ecosystem processes and maintains crucial habitats important for the long-term survival of this fish species.<br><br>Kinney Creek also satisfies the importance criteria (BLM 1613.1.11.B (1) & (2)) since this stream is a regionally important producer of genetically pure and naturally reproducing Colorado River cutthroat trout.  Core Conservation populations are important in the overall conservation of the species and are given the highest priority for management and protection.  Given the genetic purity of these fish, the population is unique and irreplaceable.<br><br>The other Colorado River cutthroat trout Core Conservation population in the KFO is Antelope Creek.  However, data collected from 2006 and 2007 indicates there are no cutthroat trout on BLM or directly upstream, therefore Antelope Creek will not be proposed as an ACEC (588 acres proposed for analysis (no acres or boundary included in the proposal). |
| Identified lynx habitat, including Forest Service mapped habitat on BLM lands in the following Lynx Analysis Units: Fraser and Williams Fork | Wildlife | Criteria 2 | None | No | These sites meet the relevance criteria because they contain habitat for the threatened species Canada Lynx.  However, these areas do not meet the importance criteria because BLM habitat within these LAUs is marginal and not unique compared to other habitat containing the species.  In addition, very few acres within these LAUs are BLM. |
| Greater sage-grouse production and brood- | Wildlife | Criteria 2 | None | No | These areas meet the relevance criteria because they contain habitat for the BLM sensitive species Greater sage-grouse. |

43

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| rearing habitat, including all leks plus 5.5 km buffers | | | | | However they do not meet the importance criteria because these areas are not unique or more than locally significant compared to other habitat within the range of the species.  In addition several recommended ACECs contain important habitat for Greater sage-grouse (North Park Natural Area, Kremmling, Troublesome, and the Cretaceous Natural Area) |
| Osterhout milkvetch habitat plus 300 ft. buffers | Plant | Criteria 2 | None | No | These areas meet the relevance criteria because they contain habitat for the endangered plant Osterhout milkvetch. However, they do not meet the importance criteria because not all sites are substantially significant. Some habitat with high population densities will be proposed for ACEC designation (see Troublesome Creek PCA and Kremmling PCA) |
| Penland beardtongue habitat plus 300 ft. buffers | Plant | N/A | N/A | No | This area encompasses the Troublesome Creek PCA which is already being carried forward for analysis. |
| North Park Phacelia habitat plus 300 ft. buffers | Plant | Criteria 2 | None | No | These areas meet the relevance criteria because they contain habitat for the endangered plant North Park Phacelia. However, they do not meet the importance criteria because not all sites are substantially significant. Some habitat with high population densities will be proposed for ACEC designation (see the North Park Natural Area PCA and the Laramie River Valley Shale Outcrops PCA) |
| Larch-leaf beardtongue (Penstemon laricifolius ssp. exilifolius) habitat plus 300 ft. buffers | Plant | Criteria 2 | None | No | These areas meet the relevance criteria because they contain habitat for the state rare species Larch-leaf beardtongue. However, they do not meet the importance criteria because not all sites are significant or have special worth.  Some habitat with high population densities will be proposed for ACEC designation (see the Lower Laramie River Valley PCA). |
| Crescent bugseed (Corispermum | Plant | Criteria 2 | None | No | These areas meet the relevance criteria because they contain habitat for the G1S1 species Crescent bugseed. However, |

44

BLM_0017528

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| navicula) habitat plus 300 ft. buffers (plus additional buffering from ORV use if necessary) | | | | | they do not meet the importance criteria because not all sites are significant or have special worth. Some habitat with high population densities will be proposed for ACEC designation (see the North Sand Dunes PCA which is being carried forward for analysis). |
| CNHP North Platte NCA | Plant—NP Phacelia | Criteria 2 | None | No | This area meets the relevance criteria because it contains habitat for the endangered plant North Park Phacelia. However, it does not meet the importance criteria because not all sites are substantially significant. Some habitat with high population densities will be proposed for ACEC designation (see the North Park Natural Area PCA and the Laramie River Valley Shale Outcrops PCA) |

45

## V. List of Preparers

| Name | Title | Field Office |
|------|-------|-------------|
| Kay Hopkins | Outdoor Recreation Planner | Glenwood Springs Field Office (GSFO) |
| Carla DeYoung | Ecologist | GSFO |
| Desa Ausmus | Wildlife Biologist | GSFO |
| Tom Fresques | Fisheries Biologist | GSFO - Zone |
| Jeffrey O'Connell | Hydrologist | Glenwood Springs Energy Office |
| Cheryl Harrison | Archeologist | GSFO |
| Joe Stout | Planning and Environmental Coordinator | Kremmling Field Office (KFO) |
| Megan McGuire | Wildlife Biologist | KFO |
| Charles Cesar | Wildlife Biologist | KFO |
| Frank Rupp | Archeologist | KFO |
| John Morrone | Geologist | Colorado State Office (CSO) |

46

## Appendix 1 – References

CRCT Conservation Team.  2006.  Conservation agreement for Colorado River cutthroat trout (*Oncorhynchus clarkii pleuriticus*) in the States of Colorado, Utah, and Wyoming.  Colorado Division of Wildlife, Fort Collins. 10p.

CRCT Coordination Team.  2006.  Conservation strategy for Colorado River cutthroat trout (*Oncorhynchus clarkii pleuriticus*) in the States of Colorado, Utah, and Wyoming.  Colorado Division of Wildlife, Fort Collins.  24p.

Chronic, Halka and Felicie Williams.  2002.  Roadside Geology of Colorado.  400 pages.

Taylor, Andrew M.  1999.  Guide to the Geology of Colorado. 222 pages.

US DOI Bureau of Land Management.  1989.  Faults, Fossils, and Canyons: *Significant Geologic Features on Public Lands in Colorado.*  BLM Colorado State Office Geologic Advisory Group.  Cultural Resource Series No. 25.  Edited by David W. Kuntz, Harley J. Armstrong, and Frederic J. Athearn.  63 pages.

Walker, T.R. and J.C. Harms.  1991.  The Minturn Formation near McCoy, Colorado. In: Sutter, L.J., ed., Guidebook for field study of Pennsylvanian coarse-grained delta deposits in the vicinity of Manitou Springs and McCoy, Colorado, Rocky Mountain Section, SEPM field conference guidebook, p. 37-59.

BLM_0017531

## Appendix 2 - Natural Heritage Program Definitions

### Definition of Natural Heritage Imperilment Ranks:

**G/S1:** Critically imperiled globally/state because of rarity (5 or fewer occurrences in the world/state; or 1,000 or fewer individuals), or because some factor of its biology makes it especially vulnerable to extinction.

**G/S2:** Imperiled globally/state because of rarity (6 to 20 occurrences, or 1,000 to 3,000 individuals), or because other factors demonstrably make it very vulnerable to extinction throughout its range.

**G/S3:** Vulnerable through its range or found locally in a restricted range (21 to 100 occurrences, or 3,000 to 10,000 individuals).

**G/S4:** Apparently secure globally/state, though it may be quite rare in parts of its range, especially at the periphery. Usually more than 100 occurrences and 10,000 individuals.

**G/S5:** Demonstrably secure globally/state, though it may be quite rare in parts of its range, especially at the periphery.

**G#?** Indicates uncertainty about an assigned global rank.

**G/SU:** Unable to assign rank due to lack of available information.

**GQ:** Indicates uncertainty about taxonomic status.

**G#T#:** Trinomial rank (T) is used for subspecies or varieties. These taxa are ranked on the same criteria as G1-G5.

**S?:** Unranked. Some evidence that species may be imperiled, but awaiting formal rarity ranking.

[Note: Where two numbers appear in a state or global rank (for example, S2S3), the actual rank of the element is uncertain, but falls within the stated range.]

### CNHP Element Occurrence Ranks and their Definitions:

**A** Excellent viability.

**B** Good viability

**C** Fair viability.

**D** Poor viability.

BLM_0017532

**Natural Heritage Program Biological Diversity Ranks and their Definitions:**

**B1** Outstanding Significance (indispensable):
only known occurrence of an element
A-ranked occurrence of a G1 element (or at least C-ranked if best available occurrence)
Concentration of A- or B-ranked occurrences of G1 or G2 elements (four or more)

**B2** Very High Significance:
B- or C-ranked occurrence of a G1 element
A- or B-ranked occurrence of a G2 element
One of the most outstanding (for example, among the five best) occurrences rangewide
(at least A- or B-ranked) of a G3 element.
Concentration of A- or B-ranked G3 elements (four or more)
Concentration of C-ranked G2 elements (four or more)

**B3** High Significance:
C-ranked occurrence of a G2 element
A- or B-ranked occurrence of a G3 element
D-ranked occurrence of a G1 element (if best available occurrence)
Up to five of the best occurrences of a G4 or G5 community (at least A- or B-ranked) in
an ecoregion (requires consultation with other experts)

**B4** Moderate Significance:
Other A- or B-ranked occurrences of a G4 or G5 community
C-ranked occurrence of a G3 element
A- or B-ranked occurrence of a G4 or G5 S1 species (or at least C-ranked if it is the only
state, provincial, national, or ecoregional occurrence)
Concentration of A- or B-ranked occurrences of G4 or G5 N1-N2, S1-S2 elements (four
or more)
D-ranked occurrence of a G2 element
At least C-ranked occurrence of a disjunct G4 or G5 element
Concentration of excellent or good occurrences (A- or B-ranked) of G4 S1 or G5 S1
elements (four or more)

**B5**
General or State-wide Biological Diversity Significance: good or marginal occurrence of
common community types and globally secure S1 or S2 species.

49

BLM_0017533

### Appendix 3 – ACEC maps

### Glenwood Springs Field Office Maps:

### Blue Hill ACEC



50

## Bull Gulch



BLM_0017535

## Deep Creek



52

BLM_0017536

## Glenwood Springs Debris Flow Hazard ACEC/Mitchell Creek



53

## Lower Colorado River



BLM_0017538

## Thompson Creek



BLM_0017539

## Dotsero Crater



BLM_0017540

## McCoy Fan Delta



57

BLM_0017541

## Grand Hogback



BLM_0017542

## Mount Logan Foothills PCA



BLM_0017543

## The Crown Ridge PCA



BLM_0017544

## Sheep Creek Uplands PCA



BLM_0017545

## Hardscrabble-Mayer Gulch/East Eagle Ridge PCA



62

BLM_0017546

## Abrams Creek PCA



63

BLM_0017547

## Deer Pen PCA



BLM_0017548

## Colorado River Seeps PCA



BLM_0017549

## Greater Sage Grouse Habitat Area



BLM_0017550

## **Kremmling Field Office Maps:**



BLM_0017551



Kremmling PCA
Recommended ACEC    636 Acres

Legend                1:24,000

Values:
Osterhout milkvetch (Endangered)

BLM_0017552



## Laramie River Valley Shale Outcrops
### Recommended ACEC 1,783 Acres





Values:
North Park Phacelia (Endangered)
Dropleaf wild buckwheat G3S2
Larchleaf beardtongue G4T3Q/S2
Ward's goldenweed G3S1

Legend

Recommended ACEC
Bureau of Land Mgt
Division of Wildlife
Private
State
US Forest Service

1:30,000

0 0.25 0.5 1 Miles

Maps: Old Roach
BLM, Kremmling FO 08/28/2007
mm\wildlife\ACEC\Laramie_River_Valley.mxd

No Warranty is made by the Bureau of Land
Management as to the Accuracy, Reliability,
or Completeness of this Data for Individual
Use or Aggregate Use with Other Data.

69

BLM_0017553



North Sand Dunes
Recommended ACEC    92 Acres

70

BLM_0017554



Troublesome Creek
Recommended ACEC    974 Acres

Values:
Penland's beardtongue (Endangered)
Osterhout milkvetch (Endangered)
Nuttalls desert parsley G3/S1

Legend    1:24,000

Recommended ACEC

Bureau of Land Mgt

Private

71

BLM_0017555



## Kinney Creek
## Recommended ACEC    588 Acres

Values:
Colorado River Cutthroat Trout
Core Conservation Population

1:24,000

**Legend**

▢ Recommended ACEC

0    0.25    0.5    1
Miles

BLM_0017556

October 2, 2008

**ADDENDUM: Revisions to the ACEC Report**

The Glenwood Springs and Kremmling Field Offices (GSFO & KFO) staff used the most current resource data available when reviewing the nominated Areas of Critical Environmental Concern (ACECs) for the Glenwood Springs/Kremmling Field Offices Resource Management Plan (RMP) revision in 2007. During field work and further reviews in 2008, three findings occurred which would change the resultant determinations in the ACEC report. The GSFO determined that Deer Pen does not meet the relevance and importance criteria and that Lyons Gulch does meet the criteria. The KFO determined that Barger Gulch does meet the relevance and importance criteria. See below for further explanations on these determinations.

**<u>Finding 1</u> (GSFO): Deer Pen (2,805 acres) no longer meets the relevance and importance criteria.**

In the initial review, GSFO determined that the recommended Deer Pen ACEC met the relevance & importance criteria to be considered for designation during the planning process. Two nominated ACECs (Sheep Creek Uplands and Hardscrabble- East Eagle/Mayer Gulch) were considered to be core populations for the BLM sensitive plant, Harrington's penstemon. These two ACECs, along with Deer Pen and The Crown Ridge, were brought forward for consideration for designation as ACECs to protect important populations of Harrington's penstemon. BLM specialists felt that the planning process should consider protections for key ("core") populations of Harrington's penstemon that would serve as refugia and aid in the long-term protection and management of the species.

At the time, the Deer Pen area was known to support at least seven B-ranked occurrences of Harrington's penstemon. This area reportedly contained one of the larger and more intact populations of Harrington's penstemon and it was felt that this area would be an important component for conservation of the species. However, during more intensive field verification (investigations) during the summer 2008, it was discovered that the density and the total occupied acreage of Harrington's penstemon within the nominated ACEC was relatively small compared to the larger sites within Sheep Creek and Hardscrabble-Mayer Gulch. Thus, the BLM determined that Deer Pen does not contain substantial habitat for, or populations of, Harrington's penstemon, and this nominated ACEC does not meet the relevance and importance criteria.

**<u>Finding 2</u> (GSFO): Lyons Gulch (521 acres) meets the relevance and importance criteria.**

During a land health assessment in the Deep Creek landscape in 2008, a previously unrecorded Harrington's penstemon site was found along a ridge north of Lyons Gulch. The density of this population was one of the highest ever discovered and the habitat was in very good condition with very little fragmentation by roads or other disturbances. The

rugged two-track roads that exist in the area are not accessible to public use, being blocked by private lands. As a result, these roads receive little vehicular traffic. This site would likely be given an A-rank by Colorado Natural Heritage Program (CNHP) for the excellent quality of the rare plant population and its supporting habitat. Given this new data, BLM determines that the Lyons Gulch area meets the relevance and importance criteria and would be considered by BLM as a core population of Harrington's penstemon, essential for the long-term protection and management of the species.

**Finding 3 (KFO): Barger Gulch (542 acres) meets the relevance and importance criteria.**

During further review, the KFO determined that Barger Gulch met the relevance criteria of a significant, historic cultural value. The Barger Gulch Heritage Area has been studied over a 10-year period by the University of Wyoming. Research has included extensive testing, mapping and excavation revealing an occupation by prehistoric peoples extending from 13,000 years ago (Folsom tradition) to the expulsion of Native Americans from Colorado in the late 1800's. The Heritage Area covers over a square mile, with many remaining areas having extensive research potential. The University of Wyoming is completing laboratory and ancillary studies in preparation for writing a book. The Heritage Area has been featured in numerous professional journals and conferences.

Its scientific importance is established at the national and international level. Hundreds of volunteers and college students have donated thousands of volunteer hours and had the opportunity to learn the art and techniques of archaeology. Two doctoral degrees, eight masters degrees, and numerous undergraduate degrees have been awarded based on research at the Barger Gulch Heritage Area, and numerous additional degrees are anticipated for work in progress. Given this new data, BLM determines that the Barger Gulch area meets the relevance and importance criteria.

This addendum will revise the final ACEC report, signed in November 2007.

**Steve Bennett**
**Glenwood Springs Field Manager (Acting)**
**Glenwood Springs, Colorado**

**David Stout**
**Kremmling Field Manager**
**Kremmling, Colorado**

## SECOND ADDENDUM: Revision to the ACEC Report - Expansion of the Greater Sage-grouse Habitat ACEC

In 2007 the Colorado River Valley Field Office (CRVFO) used the best available data on the Northern Eagle/Southern Routt greater sage-grouse (*Centrocercus urophasianus*) population when assessing areas that were nominated to be designated as areas of critical environmental concern (ACEC). Subsequent to that work several findings have occurred that have created the need to amend the determinations in the 2007 *Glenwood Springs and Kremmling Field Offices RMP Revision Evaluation of Proposed Areas of Critical Environmental Concern* for the Greater Sage-grouse Habitat ACEC.

### Finding 1: Change in Status of the Greater Sage-grouse.

At the time of the report the greater sage-grouse was identified as a BLM sensitive species due to downward trends in its population. Species designated as BLM sensitive must be native species found on BLM lands for which BLM has the capability to significantly affect the conservation status of the species through management. Once identified, BLM's management focus for these species is conserving the species and their habitats and ensuring that actions authorized by BLM do not contribute to the need for the species to become listed for Endangered Species Act (ESA) protection.

On March 5, 2010 the U.S. Fish and Wildlife Service (USFWS) concluded that the greater sage-grouse warrants protection under the Endangered Species Act. As a result, the sage-grouse was added to the list of species that are candidates for ESA protection. As part of their decision the USFWS noted that habitat fragmentation and destruction across much of the species' range has contributed to significant population declines and if the trends persist many local populations may disappear.

### Finding 2: New Colorado Division of Wildlife (CDOW) Data from Sage-grouse Fitted with VHF and GPS Transmitters.

VHF and GPS transmitters have documented that the Northern Eagle/Southern Routt greater sage-grouse population uses and depends on a larger extent of sagebrush shrublands in the northeast part of the CRVFO than was previously understood. The bulk of the local population resides or seasonally occupies sagebrush shrublands from the King Mountain/Sunnyside area (north of Burns, Colorado), across Castle Peak (including the Windy Point, State Bridge and Horse Mountain areas) to Wolcott, Colorado.

### Conclusion:

The original boundary and acreage (10,700 acres) of the Greater Sage-grouse Habitat ACEC did not (1) conserve a sufficient amount of habitat (e.g., breeding, summer/fall, and winter) for this population or (2) address the range-wide connectivity of sagebrush shrublands necessary to sustain the population. The revised Greater Sage-Grouse Habitat ACEC is proposed specifically to protect 24,600 acres of greater sage-grouse habitat on BLM land (Map 1). The ACEC would encompass the southwest flanks of King Mountain, the northern tier of Castle Peak and the sagebrush shrublands north of Wolcott, Colorado. The CDOW believes this area to be priority habitat for the Northern Eagle/Southern Routt greater sage-grouse population (L. Rossi - CDOW, pers. comm.). Priority habitat is the habitat of highest conservation value relative to maintaining sustainable sage-grouse populations. The revised ACEC would better maintain the current available greater sage-grouse habitat on BLM lands considered as critical to conserving the population, necessary to maintain range-wide connectivity, required to support genetic diversity and reduce vulnerability to local extirpation.

This addendum will revise the 2007 *Glenwood Springs and Kremmling Field Offices RMP Revision Evaluation of Proposed Areas of Critical Environmental Concern.*

Karl Mendonca
Acting Colorado River Valley Field Office Manager
Silt, Colorado

## SECOND ADDENDUM: Revision to the ACEC Report - Expansion of the Greater Sage-grouse Habitat ACEC

In 2007 the Colorado River Valley Field Office (CRVFO) used the best available data on the Northern Eagle/Southern Routt greater sage-grouse (*Centrocercus urophasianus*) population when assessing areas that were nominated to be designated as areas of critical environmental concern (ACEC). Subsequent to that work several findings have occurred that have created the need to amend the determinations in the 2007 *Glenwood Springs and Kremmling Field Offices RMP Revision Evaluation of Proposed Areas of Critical Environmental Concern* for the Greater Sage-grouse Habitat ACEC.

### Finding 1: Change in Status of the Greater Sage-grouse.

At the time of the report the greater sage-grouse was identified as a BLM sensitive species due to downward trends in its population. Species designated as BLM sensitive must be native species found on BLM lands for which BLM has the capability to significantly affect the conservation status of the species through management. Once identified, BLM's management focus for these species is conserving the species and their habitats and ensuring that actions authorized by BLM do not contribute to the need for the species to become listed for Endangered Species Act (ESA) protection.

On March 5, 2010 the U.S. Fish and Wildlife Service (USFWS) concluded that the greater sage-grouse warrants protection under the Endangered Species Act. As a result, the sage-grouse was added to the list of species that are candidates for ESA protection. As part of their decision the USFWS noted that habitat fragmentation and destruction across much of the species' range has contributed to significant population declines and if the trends persist many local populations may disappear.

### Finding 2: New Colorado Division of Wildlife (CDOW) Data from Sage-grouse Fitted with VHF and GPS Transmitters.

VHF and GPS transmitters have documented that the Northern Eagle/Southern Routt greater sage-grouse population uses and depends on a larger extent of sagebrush shrublands in the northeast part of the CRVFO than was previously understood. The bulk of the local population resides or seasonally occupies sagebrush shrublands from the King Mountain/Sunnyside area (north of Burns, Colorado), across Castle Peak (including the Windy Point, State Bridge and Horse Mountain areas) to Wolcott, Colorado.

### Conclusion:

The original boundary and acreage (10,700 acres) of the Greater Sage-grouse Habitat ACEC did not (1) conserve a sufficient amount of habitat (e.g., breeding, summer/fall, and winter) for this population or (2) address the range-wide connectivity of sagebrush shrublands necessary to sustain the population. The revised Greater Sage-Grouse Habitat ACEC is proposed specifically to protect 24,600 acres of greater sage-grouse habitat on BLM land (Map 1). The ACEC would encompass the southwest flanks of King Mountain, the northern tier of Castle Peak and the sagebrush shrublands north of Wolcott, Colorado. The CDOW believes this area to be priority habitat for the Northern Eagle/Southern Routt greater sage-grouse population (L. Rossi - CDOW, pers. comm.). Priority habitat is the habitat of highest conservation value relative to maintaining sustainable sage-grouse populations. The revised ACEC would better maintain the current available greater sage-grouse habitat on BLM lands considered as critical to conserving the population, necessary to maintain range-wide connectivity, required to support genetic diversity and reduce vulnerability to local extirpation.

This addendum will revise the 2007 *Glenwood Springs and Kremmling Field Offices RMP Revision Evaluation of Proposed Areas of Critical Environmental Concern*.

Karl Mendonca
Acting Colorado River Valley Field Office Manager
Silt, Colorado

Map 1



*This page intentionally left blank.*

BLM_0017562

# APPENDIX F
# PROPOSED MANAGEMENT AND SETTING PRESCRIPTIONS FOR LANDS WITH WILDERNESS CHARACTERISTICS

BLM_0017563

BLM_0017564

Appendix F. Proposed Management and Setting Prescriptions for Lands with Wilderness Characteristics

# Proposed Management and Setting Prescriptions for Lands with Wilderness Characteristics

Management activities would be guided by the principle of doing the minimum necessary to manage these lands in order to preserve their wilderness characteristics. Cultural, paleontological, vegetation, geologic and terrestrial/aquatic wildlife resources are important supplemental values to an area's wilderness characteristics. The following management and setting prescriptions are intended to protect these values along with wilderness characteristics (i.e., naturalness and outstanding opportunities for solitude or primitive recreation).

**Surface-Disturbing Activities**

Management Action and Allowable Use Decisions
- Apply a no surface occupancy stipulation (CRV-NSO-43) on use and occupancy of the land surface for fluid mineral exploration and development and other surface-disturbing activities.

**Valid Existing Rights**

Management Action and Allowable Use Decisions
- New discretionary uses that create valid existing rights are not allowed if they would detract from the wilderness values. Specific exemptions/allowances are made for prior-existing rights may continue.

**Forest/Vegetation Management**

Management Action and Allowable Use Decisions
- These lands are closed to commercial timber harvest, firewood cutting, and special forest product harvest.

Best Management Practices to Guide Implementation-level Planning
- Vegetative manipulation to control insect and disease outbreaks or control invasive species is allowed when there is no effective alternative and when the control is necessary to maintain wilderness characteristics and maintain supplemental values.
- Control/manipulation methods may include hand (e.g., tools or chain saws), chemical (e.g., spraying weeds), and biological treatment provided it would not cause adverse impacts (apparent evidence of human intervention on the landscape) to the wilderness characteristics.

**Wildlife Management**

Management Action and Allowable Use Decisions
- Introduction of threatened, endangered, or other special-status species native to North America may be allowed.
- Management activities on these lands would emphasize natural processes for wildlife management.

Best Management Practices to Guide Implementation-level Planning
- These resources would be managed to maintain that character.
- Fishing, hunting, and trapping are allowable activities on these lands. The State of Colorado establishes regulations and enforcement for these uses. Nothing would be construed as affecting the jurisdiction or responsibilities of the State agencies with respect to fish and wildlife management on these lands.
- Stocking of wildlife and fish species native to the area is permitted.

BLM_0017565

Appendix F. Proposed Management and Setting Prescriptions for Lands with Wilderness Characteristics

**Cultural and Paleontological Resource Management**

Best Management Practices to Guide Implementation-level Planning
- Resource inventories, studies, and research involving surface examination may be permitted.
- Paleontological resource projects such as excavations would be evaluated on a case-by-case basis. These evaluations would ensure any impact to wilderness characteristics are temporary and wilderness characteristics are protected over the long-term.
- Rehabilitation, stabilization, reconstruction, and restoration work on historic structures; excavations; and extensive surface collection may also be permitted if they maintain the area's wilderness character.
- Permanent physical protection, such as fences, would be limited to those measures needed to protect resources eligible for the National Register of Historic Places and would be constructed so as to minimize impacts on naturalness.

**Visual Resource Management**

Management Action and Allowable Use Decisions
- Manage areas under VRM Class II objectives unless otherwise managed as VRM Class I.

**Wildland Fire Management**

Best Management Practices to Guide Implementation-level Planning
- Fire suppression and management would be consistent with the CRVFO Fire Management Plan (FMP). Wildland fire suppression and management objectives would recognize maintaining wilderness characteristics.
- Reduce the negative effects of wildland fire suppression by applying minimum impact suppression tactics (MIST).
- Placement of large fire camps would be outside of these areas.
- Perform rehabilitation of fire suppression impacts and emergency stabilization/restoration (ESR) as defined by the resource advisor to restore visual and wilderness characteristics.
- The use of natural firebreaks and roads to contain a wildland fire is encouraged.

**Livestock Grazing Management**

Best Management Practices to Guide Implementation-level Planning
- Within areas managed to maintain wilderness characteristics, existing livestock grazing and the activities and facilities that support a grazing program are permitted to continue.
- Adjustments in the numbers and kind of livestock permitted to graze would be made as a result of land health assessments and grazing compliance.
- The construction of new grazing facilities would be permitted if they are primarily for the purpose of protecting wilderness characteristics and more effective management of resources, rather than to accommodate increased numbers of livestock.
- The use of motorized equipment for emergency purposes is allowed for livestock management.

**Recreation and Visitor Services Management**

Management Action and Allowable Use Decisions
- Permanent recreation structures are not permitted.
- No new special recreation permits would be authorized unless they are necessary for helping people realize the primitive and unconfined recreational values (e.g., upland outfitting service).

BLM_0017566

Appendix F. Proposed Management and Setting Prescriptions for Lands with Wilderness Characteristics

- When commercial special recreation permits (SRP) are renewed, the terms and conditions of the SRP would be modified as necessary to comply with the *Management and Setting Prescriptions for Areas with Wilderness Characteristics.*
- No competitive events would be authorized.

Best Management Practices to Guide Implementation-level Planning
- Primitive and unconfined recreational activities such as hiking, camping, rock climbing, caving, fishing, hunting, trapping etc., are emphasized on these lands.
- Recreational or hobby collecting of mineral specimens when conducted without location of a mining claim may be allowed. This use would be limited to hand collection and detection equipment.

## Comprehensive Trails and Travel Management

Management Action and Allowable Use Decisions
- The construction of new permanent or temporary routes would not be allowed.
- All lands are closed to over-snow travel.
- Access is granted for BLM administrative use.

Best Management Practices to Guide Implementation-level Planning
- BLM authorization to exercise valid and existing rights and for emergency and other purposes as authorized under 43 CFR 8340.0-5(a) (2), (3), (4) and (5).
- The use and the construction of temporary roads, structures, and installations are allowed for emergency purposes, but must be conducted to achieve the least disturbance and reclaimed as soon as possible.
- Unauthorized travel off designated routes would not be allowed.
- Motorized and mechanized routes would be minimized and restoration of unnecessary routes would be preformed to enhance and protect wilderness characteristics.
- For all authorizations that allow off-route motorized/mechanized travel, specify the following: what type of use is allowed and for what purpose, times, dates or seasons of access; and where motorized/mechanized vehicle travel off designated routes is allowed.
- In areas with limited travel designations, motorized/mechanized travel is allowed up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited by the BLM Field Manager.

## Land and Realty Management (Land Disposals, Rights-of-Ways (ROWs) and Use Authorizations)

Management Action and Allowable Use Decisions
- Lands with wilderness characteristics would be retained in public ownership. They would not be disposed through any means, including public sales, exchanges, patents under the Recreation and Public Purposes Act, State selections or other actions (except where a vested right was established prior to October 21, 1976).
- Prior existing rights, such as leases under the Recreation and Public Purposes Act, leases/permits under 43 CFR 2920, and rights-of-ways (ROWs) may be renewed.
- These lands would be designated as ROW avoidance areas. New authorizations, leases, or ROWs would not be authorized that are not compatible with the defined values.

Best Management Practices to Guide Implementation-level Planning
- The BLM would acquire State and private in-holdings when practicable. In unique situations and subject to public review, exchanges may be made involving Federal and non-Federal lands when such action would significantly benefit that area's wilderness characteristics.

BLM_0017567

- Adequate access to in-holdings that are compatible with the defined values would be authorized.
- New administrative use authorizations would be granted on a case-by-case basis if it is: 1) compatible with the defined values, or 2) necessary to administer and protect the lands with wilderness character, and 3) necessary to protect the health and safety of persons within the area.

**Fluid Minerals (Oil and Gas, Tar Sands, & Geothermal Resources) Management**

Management Action and Allowable Use Decisions
- *No Fluid Mineral Leasing* - Close unleased federal mineral estate to oil and gas leasing and geophysical development.

**Locatable Minerals, Mineral Materials, & Non-Energy Leasable Minerals Management**

Management Action and Allowable Use Decisions
- Recommend for withdrawal to the Secretary of the Interior to close these lands to mining laws for locatable exploration or development.
- *Non-energy Solid Mineral Leasing* - All federal mineral estate within these lands would be closed to non-energy solid mineral leasing.
- *Mineral Material (salable) Disposal* - These lands are closed to mineral material (salable such as moss rock, top soil, sand and gravel, scoria, fill dirt) disposal.

Implementation-level Planning Guidance
- Within areas managed to maintain wilderness characteristics, existing mining operations would be regulated using the 43 CFR 3809 regulations to prevent unnecessary and undue degradation of the lands.
- Within areas managed to maintain wilderness characteristics, existing mineral leases represent a valid existing right. These rights are dependent upon the specific terms and conditions of each lease. Existing leases would be regulated through conditions of approval to prevent unnecessary or undue degradation.

BLM_0017568

# APPENDIX G
# BEST MANAGEMENT PRACTICES
## (Will Be Developed and Included in Final EIS)

BLM_0017569

BLM_0017570

# APPENDIX H
# MANAGEMENT AND SETTING PRESCRIPTIONS FOR CAVES

BLM_0017571

BLM_0017572

# APPENDIX H
# MANAGEMENT AND SETTING PRESCRIPTIONS FOR CAVES

Geologic values specific to the high concentration of cave and karst resources within Deep Creek met the relevance criteria for ACEC designation in the 1984 RMP and in this RMP revision/EIS. Subsequent surface and subsurface management prescriptions, allowable uses and stipulations will preserve the area's current physical setting (see ACEC section in the RMP revision/EIS).

## Cave Management Objectives

All caves determined to be significant within the CRVFO planning area will be managed to allow for appropriate access while addressing issues and concerns relating to preservation of the caves pristine and fragile resources, scientific and research values, and to address visitor safety and rescue issues.

## Setting Prescriptions

### Physical

All significant caves will be managed to maintain the current level of remoteness (backcountry in nature) from motorized and mechanized vehicles and to preserve the natural appearance of the cave. No new facilities, roads or trails will be built to access the caves. Allow for only minor (tape, signage, rescue caches) modifications for scientific purposes and to accommodate safe use. Evidence of use and other people will remain low.

### Social

Visitor use limits, group size, season of use, will be managed in coordination with the Colorado Cave Survey (CCS) through monitoring and subsequent implementation decisions described through cave management plans for each significant cave, group of caves, or complex of caves.

### Targeted Activities and Outcomes

All management actions will be focused on specific activity outcomes for caving and research. Experience outcomes will be for participants to enjoy and learn more about cave and karst resources. Specific benefit outcomes will be for environmental benefits such as; increased environmental stewardship,

BLM_0017573

preservation/protection of unique biotic, paleontological, and mineralogical aspects of caves. Social benefits will be to provide environmental learning and appreciation of cave and karst systems.

## *Operational*

Appropriate access will continue to be allowed while addressing issues and concerns relating to visitor safety and preservation of the caves values. If issues or concerns arise, necessary managerial controls such as closures, permits, trip requirements, and/or gating may be put in place in coordination with the CCS. BLM will administer and authorize research, inventory, work projects, and digging trips. Information and education materials will be provided to authorized visitors. Cave and karst resources will not be marketed or promoted.

BLM_0017574

# APPENDIX I
# GRAZING ALLOTMENTS

BLM_0017575

BLM_0017576

# APPENDIX I
# GRAZING ALLOTMENTS

## I.1    INTRODUCTION

Table I-1, Grazing Allotment Summary, provides allotment and grazing use data for all allotments currently permitted for grazing use in the CRVFO. Table I-2, Actions Involving Currently Vacant Allotments, shows actions that would occur under each alternative for currently vacant allotments. Table I-3, Sumary of Actions Involving Currently Vacant Allotments, summarizes the number of each type of action by alternative. Table I-4, Actions Involving Currently Authorized Allotments, shows actions that would occur under each alternative for currently authorized allotments.

BLM_0017577

Table I-1
Grazing Allotment Summary

| Allotment Number | Allotment Name | Allotment Category | Public Acres | Number of Livestock | Livestock Kind | Begin Date | End Date | AUMs |
|---|---|---|---|---|---|---|---|---|
| 3530 | Albertson-King Mtn. | M | 1,114 | 33 | Cattle | 6/15 | 10/15 | 133 |
| 8653 | Albertson-Maiden Springs | M | 820 | 52 | Cattle | 5/1 | 5/31 | 53 |
| 8214 | Alkali Creek | M | 1,136 | 74 | Cattle | 6/1 | 8/15 | 185 |
| 8130 | Alkali Creek Common | M | 2,895 | 59 | Cattle | 5/1 | 5/31 | 60 |
| 8130 | Alkali Creek Common | M | 2,895 | 93 | Cattle | 5/1 | 6/15 | 141 |
| 8131 | Alkali Gulch | C | 1,183 | 200 | Sheep | 3/16 | 5/15 | 80 |
| 8131 | Alkali Gulch | C | 1,183 | 200 | Sheep | 12/17 | 2/15 | 80 |
| 8661 | Antelope Creek | M | 3,821 | 107 | Cattle | 5/1 | 7/31 | 324 |
| 8318 | Badlands | C | 645 | 30 | Cattle | 6/1 | 8/15 | 75 |
| 8669 | Bambi | M | 2,071 | 112 | Cattle | 10/1 | 10/25 | 92 |
| 8669 | Bambi | M | 2,071 | 112 | Cattle | 6/25 | 6/30 | 22 |
| 8109 | Barr | C | 85 | 4 | Cattle | 5/25 | 6/25 | 4 |
| 8124 | Battlement Creek Com | M | 2,550 | 100 | Cattle | 5/10 | 6/15 | 122 |
| 8124 | Battlement Creek Com | M | 2,550 | 5 | Cattle | 6/16 | 10/15 | 20 |
| 8124 | Battlement Creek Com | M | 2,550 | 53 | Cattle | 5/1 | 6/15 | 80 |
| 8208 | Bearwallow & Jolley | M | 2,747 | 272 | Cattle | 9/28 | 10/31 | 109 |
| 8208 | Bearwallow & Jolley | M | 2,747 | 272 | Cattle | 5/15 | 7/14 | 196 |
| 8113 | Beaver Creek | M | 462 | 73 | Cattle | 5/12 | 10/14 | 41 |
| 8104 | Beaver Mamm | I | 4,109 | 79 | Cattle | 5/15 | 10/15 | 400 |
| 8104 | Beaver Mamm | I | 4,109 | 45 | Cattle | 5/15 | 10/15 | 228 |
| 8734 | Bellyache | C | 533 | 100 | Cattle | 5/10 | 7/9 | 18 |
| 8654 | Benton | M | 1,499 | 114 | Cattle | 5/20 | 7/1 | 161 |
| 8662 | Black Mountain | C | 947 | 13 | Cattle | 6/1 | 9/30 | 52 |
| 8643 | Blowout  Amp | M | 20,010 | 1600 | Sheep | 10/30 | 11/30 | 337 |
| 8643 | Blowout  Amp | M | 20,010 | 815 | Sheep | 5/10 | 6/15 | 198 |
| 8730 | Bocco Mtn | M | 3,967 | 1690 | Sheep | 9/1 | 9/10 | 111 |
| 8730 | Bocco Mtn | M | 3,967 | 1700 | Sheep | 5/16 | 5/31 | 179 |
| 8210 | Boiler Creek | M | 2,492 | 96 | Cattle | 6/1 | 7/15 | 142 |
| 18004 | Bowen Isolated Tract | C | 198 | 200 | Cattle | 6/16 | 9/30 | 35 |
| 8503 | Brush Creek | M | 118 | 22 | Cattle | 6/1 | 6/15 | 8 |
| 18012 | Brush Crk Common | M | 3,850 | 243 | Cattle | 5/21 | 6/29 | 320 |
| 8625 | Bull Gulch Com | M | 10,847 | 90 | Cattle | 7/1 | 8/31 | 183 |
| 8625 | Bull Gulch Com | M | 10,847 | 41 | Cattle | 7/1 | 8/31 | 84 |

BLM_0017578

Table I-1
Grazing Allotment Summary

| Allotment Number | Allotment Name | Allotment Category | Public Acres | Number of Livestock | Livestock Kind | Begin Date | End Date | AUMs |
|---|---|---|---|---|---|---|---|---|
| 8625 | Bull Gulch Com | M | 10,847 | 100 | Cattle | 5/1 | 6/30 | 201 |
| 8625 | Bull Gulch Com | M | 10,847 | 80 | Cattle | 7/26 | 10/1 | 179 |
| 8229 | Bwj Forest | M | 363 | 28 | Cattle | 7/15 | 8/26 | 40 |
| 8731 | Cabin Gulch | M | 3,240 | 1200 | Sheep | 10/10 | 11/1 | 181 |
| 8731 | Cabin Gulch | M | 3,240 | 1200 | Sheep | 5/15 | 6/3 | 158 |
| 8919 | Callahan Mtn Common | C | 1,631 | 1000 | Sheep | 11/20 | 11/30 | 72 |
| 8919 | Callahan Mtn Common | C | 1,631 | 44 | Cattle | 5/16 | 6/15 | 26 |
| 8402 | Cantley Homestead | C | 331 | 50 | Cattle | 6/21 | 6/30 | 16 |
| 8228 | Canyon Ck | M | 728 | 48 | Cattle | 8/1 | 9/15 | 73 |
| 8207 | Canyon Creek | M | 1,396 | 1000 | Sheep | 9/6 | 9/30 | 64 |
| 8207 | Canyon Creek | M | 1,396 | 20 | Cattle | 7/16 | 9/15 | 16 |
| 8207 | Canyon Creek | M | 1,396 | 1000 | Sheep | 6/16 | 7/10 | 64 |
| 8609 | Castle Ind | M | 1,263 | 144 | Cattle | 5/6 | 6/11 | 175 |
| 8619 | Catamount Common | M | 6,656 | 165 | Cattle | 7/18 | 10/15 | 488 |
| 8619 | Catamount Common | M | 6,656 | 126 | Cattle | 6/12 | 10/15 | 522 |
| 8302 | Cattle Creek Drive | M | 642 | 200 | Cattle | 7/8 | 8/31 | 181 |
| 18006 | Cedar Mtn | M | 10,361 | 78 | Cattle | 6/30 | 6/30 | 315 |
| 18006 | Cedar Mtn | M | 10,361 | 95 | Cattle | 10/25 | 11/15 | 69 |
| 8340 | Cerise | M | 682 | 38 | Cattle | 6/1 | 10/1 | 108 |
| 8668 | Copper Spur | M | 3,464 | 43 | Cattle | 5/19 | 10/15 | 212 |
| 8307 | Coryell | C | 73 | 600 | Cattle | 6/10 | 6/14 | 19 |
| 8301 | Cotton Wood | C | 202 | 750 | Cattle | 6/16 | 9/30 | 79 |
| 8506 | Cottonwood Cr. Etc. | M | 11,787 | 800 | Sheep | 10/29 | 11/30 | 69 |
| 8506 | Cottonwood Cr. Etc. | M | 11,787 | 2250 | Sheep | 9/25 | 10/29 | 207 |
| 8506 | Cottonwood Cr. Etc. | M | 11,787 | 2400 | Sheep | 5/10 | 6/15 | 234 |
| 8508 | Cottonwood Creek | M | 864 | 65 | Cattle | 5/1 | 10/10 | 80 |
| 8115 | Couey 1 | C | 147 | 2 | Cattle | 10/16 | 11/15 | 2 |
| 8115 | Couey 1 | C | 147 | 2 | Cattle | 5/1 | 5/31 | 2 |
| 8118 | Couey 2 | C | 87 | 87 | Cattle | 6/20 | 10/19 | 17 |
| 6730 | County Line | I | 4570 | 98 | Cattle | 5/01 | 5/30 | 97 |
| 6730 | County Line | I | 4570 | 32 | Cattle | 5/01 | 5/30 | 32 |
| 6730 | County Line | I | 4570 | 65 | Cattle | 5/01 | 5/30 | 64 |
| 8916 | Crawford And Kerlee | C | 775 | 30 | Cattle | 10/29 | 10/30 | 2 |

BLM_0017579

Table I-1
Grazing Allotment Summary

| Allotment Number | Allotment Name | Allotment Category | Public Acres | Number of Livestock | Livestock Kind | Begin Date | End Date | AUMs |
|---|---|---|---|---|---|---|---|---|
| 8916 | Crawford And Kerlee | C | 775 | 20 | Cattle | 5/1 | 6/15 | 8 |
| 8335 | Crown | M | 2,557 | 94 | Cattle | 6/16 | 9/18 | 294 |
| 8334 | Crown Common | I | 2,066 | 30 | Cattle | 5/16 | 6/25 | 40 |
| 8334 | Crown Common | I | 2,066 | 10 | Cattle | 5/16 | 6/15 | 10 |
| 8334 | Crown Common | I | 2,066 | 110 | Cattle | 5/16 | 6/25 | 148 |
| 8334 | Crown Common | I | 2,066 | 38 | Cattle | 5/16 | 6/25 | 51 |
| 8334 | Crown Common | I | 2,066 | 69 | Cattle | 5/16 | 6/25 | 93 |
| 8337 | Crown Ind | M | 1,620 | 62 | Cattle | 5/15 | 6/27 | 90 |
| 8337 | Crown Ind | M | 1,620 | 100 | Cattle | 5/15 | 6/27 | 145 |
| 8342 | Crystal River | I | 3,861 | 295 | Cattle | 5/15 | 6/30 | 296 |
| 8342 | Crystal River | I | 3,861 | 146 | Cattle | 9/16 | 10/15 | 94 |
| 8107 | Dean Gulch | C | 1,039 | 28 | Cattle | 6/16 | 10/31 | 127 |
| 8616 | Deer Pen | M | 7,962 | 449 | Cattle | 5/1 | 6/30 | 900 |
| 8216 | Delaney | M | 388 | 34 | Cattle | 6/15 | 9/30 | 60 |
| 2795 | Delsas | M | 154 | 10 | Cattle | 7/16 | 10/15 | 8 |
| 2795 | Delsas | C | 234 | 10 | Cattle | 7/16 | 10/15 | 8 |
| 8618 | Derby Ridge | M | 366 | 30 | Cattle | 6/1 | 9/30 | 40 |
| 8323 | Diamond Flats | M | 1,700 | 66 | Cattle | 5/16 | 6/30 | 100 |
| 8323 | Diamond Flats | M | 1,700 | 10 | Cattle | 10/1 | 10/15 | 5 |
| 8323 | Diamond Flats | M | 1,700 | 101 | Cattle | 5/16 | 6/30 | 153 |
| 18005 | Doak | M | 404 | 85 | Cattle | 6/1 | 10/18 | 63 |
| 18025 | Dodo | C | 2,175 | 25 | Cattle | 5/15 | 6/15 | 18 |
| 8733 | Domantle | M | 154 | 1500 | Sheep | 10/1 | 11/1 | 38 |
| 8733 | Domantle | M | 154 | 1100 | Sheep | 6/1 | 7/1 | 27 |
| 8315 | Doyal | C | 83 | 10 | Cattle | 5/16 | 6/15 | 10 |
| 8338 | Driveway Com | C | 156 | 45 | Cattle | 6/24 | 6/25 | 3 |
| 8338 | Driveway Com | C | 156 | 20 | Cattle | 5/16 | 6/25 | 27 |
| 8338 | Driveway Com | C | 156 | 36 | Cattle | 5/16 | 6/25 | 49 |
| 8338 | Driveway Com | C | 156 | 7 | Cattle | 5/16 | 6/25 | 9 |
| 8308 | Driveway Common | M | 992 | 600 | Cattle | 6/26 | 7/10 | 296 |
| 8324 | Driveway-Three Mile | M | 779 | 120 | Cattle | 7/1 | 9/30 | 160 |
| 8125 | Dry Ck Pete & Bill | M | 7,271 | 118 | Cattle | 10/1 | 10/31 | 120 |
| 8125 | Dry Ck Pete & Bill | M | 7,271 | 118 | Cattle | 5/1 | 6/15 | 178 |

BLM_0017580

Table I-1
Grazing Allotment Summary

| Allotment Number | Allotment Name | Allotment Category | Public Acres | Number of Livestock | Livestock Kind | Begin Date | End Date | AUMs |
|---|---|---|---|---|---|---|---|---|
| 8125 | Dry Ck Pete & Bill | M | 7,271 | 21 | Cattle | 10/1 | 10/31 | 21 |
| 8125 | Dry Ck Pete & Bill | M | 7,271 | 36 | Cattle | 5/1 | 6/15 | 54 |
| 8127 | Dry Hollow Res Gulch | M | 6,916 | 285 | Cattle | 6/1 | 6/15 | 141 |
| 8127 | Dry Hollow Res Gulch | M | 6,916 | 57 | Cattle | 6/16 | 10/15 | 229 |
| 8127 | Dry Hollow Res Gulch | M | 6,916 | 73 | Cattle | 6/1 | 6/15 | 36 |
| 8127 | Dry Hollow Res Gulch | M | 6,916 | 195 | Cattle | 6/1 | 6/15 | 96 |
| 8127 | Dry Hollow Res Gulch | M | 6,916 | 315 | Cattle | 6/1 | 6/15 | 140 |
| 8127 | Dry Hollow Res Gulch | M | 6,916 | 10 | Cattle | 6/1 | 6/30 | 10 |
| 8127 | Dry Hollow Res Gulch | M | 6,916 | 140 | Cattle | 6/1 | 6/15 | 69 |
| 8127 | Dry Hollow Res Gulch | M | 6,916 | 90 | Cattle | 6/1 | 6/15 | 44 |
| 8352 | Dry Park | C | 766 | 110 | Cattle | 9/15 | 10/15 | 20 |
| 8352 | Dry Park | C | 766 | 110 | Cattle | 6/1 | 7/10 | 26 |
| 8610 | E Sunnyside | M | 237 | 100 | Cattle | 6/1 | 6/13 | 18 |
| 8502 | E. Hardscrabble | I | 8,008 | 581 | Cattle | 5/6 | 6/20 | 879 |
| 8601 | East Castle | M | 9,479 | 2120 | Sheep | 6/1 | 11/15 | 2,342 |
| 8105 | East Divide Common | M | 13,803 | 80 | Cattle | 6/1 | 6/30 | 79 |
| 8105 | East Divide Common | M | 13,803 | 235 | Cattle | 10/1 | 10/15 | 116 |
| 8105 | East Divide Common | M | 13,803 | 236 | Cattle | 6/1 | 6/30 | 233 |
| 8105 | East Divide Common | M | 13,803 | 80 | Cattle | 10/1 | 10/15 | 39 |
| 8105 | East Divide Common | M | 13,803 | 369 | Cattle | 10/1 | 10/15 | 182 |
| 8105 | East Divide Common | M | 13,803 | 369 | Cattle | 6/1 | 6/30 | 364 |
| 8638 | Eby Crk | M | 1,780 | 100 | Cattle | 5/24 | 6/26 | 112 |
| 8650 | Egeria Park | M | 167 | 25 | Cattle | 6/1 | 6/30 | 25 |
| 8663 | Elk Creek | M | 2,348 | 25 | Cattle | 6/1 | 8/3 | 53 |
| 8663 | Elk Creek | M | 2,348 | 25 | Cattle | 8/4 | 8/27 | 20 |
| 18032 | Elk Park Common | M | 2,678 | 200 | Cattle | 5/16 | 6/15 | 204 |
| 8723 | Falk | M | 71 | 16 | Cattle | 5/15 | 5/31 | 9 |
| 8329 | Fender | M | 906 | 100 | Cattle | 5/1 | 5/20 | 66 |
| 8339 | Fender Ind | M | 566 | 54 | Cattle | 5/21 | 7/1 | 75 |
| 8656 | Gates | M | 164 | 13 | Cattle | 6/1 | 6/30 | 13 |
| 8306 | Gould | M | 253 | 600 | Cattle | 6/18 | 6/25 | 158 |
| 18039 | Government Creek Com | M | 7,567 | 1500 | Sheep | 3/18 | 3/31 | 138 |
| 18039 | Government Creek Com | M | 7,567 | 218 | Cattle | 5/16 | 6/15 | 222 |

BLM_0017581

Table I-1
Grazing Allotment Summary

| Allotment Number | Allotment Name | Allotment Category | Public Acres | Number of Livestock | Livestock Kind | Begin Date | End Date | AUMs |
|---|---|---|---|---|---|---|---|---|
| 18023 | Government Creek Iso | C | 80 | 50 | Cattle | 10/1 | 10/10 | 2 |
| 18023 | Government Creek Iso | C | 80 | 50 | Cattle | 5/15 | 5/24 | 2 |
| 18014 | Graham | M | 201 | 7 | Cattle | 6/16 | 10/7 | 26 |
| 8112 | Grass Mesa | M | 1,334 | 40 | Cattle | 7/1 | 8/15 | 9 |
| 8112 | Grass Mesa | M | 1,334 | 32 | Cattle | 5/15 | 6/30 | 49 |
| 8641 | Greenhorn | M | 11,237 | 95 | Cattle | 5/8 | 6/23 | 147 |
| 8641 | Greenhorn | M | 11,237 | 95 | Cattle | 5/8 | 6/23 | 147 |
| 8641 | Greenhorn | M | 11,237 | 9 | Cattle | 6/26 | 9/15 | 24 |
| 8641 | Greenhorn | M | 11,237 | 140 | Cattle | 5/8 | 6/25 | 226 |
| 8632 | Hack Creek | M | 5,095 | 96 | Cattle | 7/1 | 9/27 | 281 |
| 8632 | Hack Creek | M | 5,095 | 100 | Cattle | 7/14 | 9/27 | 250 |
| 8317 | Haff Ranch | C | 1,374 | 230 | Cattle | 10/1 | 10/15 | 113 |
| 8317 | Haff Ranch | C | 1,374 | 230 | Cattle | 6/1 | 6/27 | 204 |
| 18013 | Harris Gulch | M | 2,238 | 800 | Sheep | 6/15 | 7/22 | 180 |
| 18013 | Harris Gulch | M | 2,238 | 165 | Cattle | 6/15 | 8/31 | 381 |
| 8209 | Harris Park | M | 2,643 | 205 | Cattle | 6/1 | 7/15 | 124 |
| 8015 | Hayden | C | 167 | 6 | Cattle | 6/15 | 8/31 | 15 |
| 8015 | Hayden | C | 167 | 600 | Sheep | 6/15 | 6/16 | 8 |
| 8015 | Hayden | I | 969 | 600 | Sheep | 6/15 | 6/16 | 8 |
| 8015 | Hayden | I | 969 | 6 | Cattle | 6/15 | 8/31 | 15 |
| 8735 | Hells Hole | C | 527 | 200 | Sheep | 8/1 | 11/15 | 34 |
| 8123 | Hoaglund | C | 301 | 10 | Cattle | 6/1 | 7/31 | 17 |
| 18026 | Hogback Common | I | 1,977 | 550 | Sheep | 12/15 | 1/20 | 134 |
| 18026 | Hogback Common | I | 1,977 | 750 | Sheep | 5/16 | 6/19 | 173 |
| 18026 | Hogback Common | I | 1,977 | 63 | Cattle | 5/15 | 6/4 | 43 |
| 8312 | Hopkins | C | 240 | 38 | Cattle | 7/16 | 10/10 | 30 |
| 8659 | Horn | M | 2,163 | 41 | Cattle | 5/1 | 10/31 | 248 |
| 8631 | Horse Creek | M | 10,026 | 100 | Cattle | 5/1 | 7/13 | 243 |
| 8631 | Horse Creek | M | 10,026 | 100 | Cattle | 9/28 | 10/31 | 112 |
| 18018 | Horse Mtn | M | 4,208 | 200 | Cattle | 10/25 | 12/15 | 342 |
| 18018 | Horse Mtn | M | 4,208 | 99 | Cattle | 6/1 | 6/30 | 98 |
| 8719 | Horse Mtn. | C | 286 | 110 | Cattle | 6/1 | 10/15 | 40 |
| 18008 | Jackson | C | 322 | 20 | Cattle | 6/16 | 7/31 | 30 |

BLM_0017582

Table I-1
Grazing Allotment Summary

| Allotment Number | Allotment Name | Allotment Category | Public Acres | Number of Livestock | Livestock Kind | Begin Date | End Date | AUMs |
|---|---|---|---|---|---|---|---|---|
| 18046 | Jackson Gulch | M | 1,837 | 150 | Cattle | 5/16 | 6/14 | 148 |
| 18036 | Jewell | C | 479 | 9 | Cattle | 4/15 | 5/15 | 9 |
| 8101 | Kamm Mesa | C | 748 | 1230 | Cattle | 5/10 | 6/9 | 50 |
| 8921 | Kelly Gulch | C | 1,677 | 580 | Sheep | 10/20 | 11/20 | 72 |
| 8666 | King Mountain | M | 3,990 | 330 | Cattle | 6/10 | 10/10 | 147 |
| 18003 | Kissel | C | 967 | 70 | Cattle | 6/1 | 6/19 | 44 |
| 8331 | Light | M | 1,020 | 8 | Horse | 5/7 | 10/30 | 17 |
| 8331 | Light | M | 1,020 | 50 | Cattle | 5/20 | 9/30 | 82 |
| 8313 | Lookout Mtn | M | 3,322 | 1400 | Sheep | 9/25 | 11/20 | 184 |
| 8313 | Lookout Mtn | M | 3,322 | 900 | Sheep | 5/5 | 6/30 | 118 |
| 8649 | Lower Coffee Pot | M | 6,670 | 800 | Sheep | 10/5 | 10/28 | 126 |
| 8649 | Lower Coffee Pot | M | 6,670 | 1600 | Sheep | 9/25 | 10/4 | 105 |
| 8649 | Lower Coffee Pot | M | 6,670 | 800 | Sheep | 5/10 | 6/16 | 200 |
| 8672 | Luark | M | 823 | 15 | Cattle | 5/7 | 5/20 | 7 |
| 8672 | Luark | M | 823 | 15 | Cattle | 10/1 | 10/14 | 7 |
| 8672 | Luark | M | 823 | 128 | Cattle | 5/20 | 6/25 | 70 |
| 18017 | Lundgren-Hogback | C | 957 | 205 | Cattle | 12/15 | 1/1 | 121 |
| 8354 | Mcbride | M | 649 | 150 | Cattle | 6/1 | 10/10 | 111 |
| 8636 | Mckeen Creek | M | 368 | 260 | Cattle | 10/1 | 10/12 | 103 |
| 8128 | Middle Mamm Com | C | 1,232 | 28 | Cattle | 6/1 | 6/30 | 28 |
| 8128 | Middle Mamm Com | C | 1,232 | 112 | Cattle | 6/3 | 6/30 | 103 |
| 8128 | Middle Mamm Com | C | 1,232 | 29 | Cattle | 6/1 | 6/30 | 29 |
| 18011 | Middle Rifle | M | 1,467 | 24 | Cattle | 6/13 | 10/30 | 60 |
| 8644 | Moniger Ridge 1 | C | 388 | 150 | Cattle | 6/15 | 6/30 | 14 |
| 8644 | Moniger Ridge 1 | C | 388 | 108 | Cattle | 5/15 | 6/15 | 20 |
| 8646 | Moniger Ridge 2 | M | 375 | 20 | Cattle | 5/16 | 9/30 | 27 |
| 8635 | Mooney | M | 224 | 25 | Cattle | 5/16 | 9/15 | 30 |
| 28019 | Morrow | C | 717 | 18 | Cattle | 8/1 | 9/30 | 36 |
| 8344 | Mt. Sopris | M | 861 | 102 | Cattle | 5/25 | 6/23 | 21 |
| 8348 | N Thompson Crk Com | M | 3,260 | 120 | Cattle | 10/10 | 10/16 | 14 |
| 8348 | N Thompson Crk Com | M | 3,260 | 268 | Cattle | 6/1 | 6/15 | 66 |
| 8348 | N Thompson Crk Com | M | 3,260 | 268 | Cattle | 10/10 | 10/15 | 26 |
| 8348 | N Thompson Crk Com | M | 3,260 | 155 | Cattle | 6/1 | 6/15 | 38 |

BLM_0017583

Table I-1
Grazing Allotment Summary

| Allotment Number | Allotment Name | Allotment Category | Public Acres | Number of Livestock | Livestock Kind | Begin Date | End Date | AUMs |
|---|---|---|---|---|---|---|---|---|
| 8348 | N Thompson Crk Com | M | 3,260 | 155 | Cattle | 10/10 | 10/15 | 15 |
| 8348 | N Thompson Crk Com | M | 3,260 | 104 | Cattle | 10/10 | 10/16 | 12 |
| 8348 | N Thompson Crk Com | M | 3,260 | 90 | Cattle | 10/10 | 10/16 | 10 |
| 8348 | N Thompson Crk Com | M | 3,260 | 92 | Cattle | 6/1 | 6/15 | 23 |
| 8348 | N Thompson Crk Com | M | 3,260 | 92 | Cattle | 10/10 | 10/16 | 11 |
| 8348 | N Thompson Crk Com | M | 3,260 | 113 | Cattle | 10/10 | 10/16 | 13 |
| 8348 | N Thompson Crk Com | M | 3,260 | 90 | Cattle | 6/1 | 6/15 | 22 |
| 8712 | N. Bellyache | M | 2,755 | 180 | Cattle | 5/16 | 6/15 | 183 |
| 8617 | Newcomer | C | 89 | 6 | Cattle | 5/15 | 6/14 | 4 |
| 8604 | North King Mountain | M | 4,108 | 330 | Cattle | 6/15 | 7/10 | 282 |
| 8604 | North King Mountain | M | 4,108 | 330 | Cattle | 7/20 | 8/15 | 293 |
| 8103 | Oates | C | 1,203 | 125 | Sheep | 5/1 | 6/15 | 38 |
| 8647 | Onion Ridge | M | 7,435 | 245 | Cattle | 9/29 | 10/1 | 24 |
| 8647 | Onion Ridge | M | 7,435 | 245 | Cattle | 5/16 | 7/10 | 451 |
| 8212 | Paradise Creek | M | 2,572 | 1000 | Sheep | 10/1 | 10/31 | 102 |
| 8212 | Paradise Creek | M | 2,572 | 1000 | Sheep | 5/16 | 6/15 | 102 |
| 7577 | Piney | M | 162 | 600 | Sheep | 5/15 | 6/15 | 19 |
| 7577 | Piney | M | 162 | 800 | Sheep | 9/18 | 10/18 | 24 |
| 7577 | Piney | M | 648 | 800 | Sheep | 9/18 | 10/18 | 24 |
| 7577 | Piney | M | 648 | 600 | Sheep | 5/15 | 6/15 | 19 |
| 8701 | Piney Creek | C | 250 | 120 | Cattle | 9/25 | 9/30 | 12 |
| 8701 | Piney Creek | C | 250 | 120 | Cattle | 6/20 | 6/25 | 12 |
| 8701 | Piney Creek | C | 250 | 500 | Sheep | 9/20 | 9/25 | 10 |
| 8701 | Piney Creek | C | 250 | 500 | Sheep | 6/15 | 6/20 | 10 |
| 8606 | Piskey | M | 10,630 | 195 | Cattle | 5/12 | 7/17 | 430 |
| 8117 | Pitman | M | 1,134 | 22 | Cattle | 6/16 | 10/31 | 80 |
| 8117 | Pitman | M | 1,134 | 50 | Cattle | 5/1 | 6/15 | 60 |
| 8126 | Pole Cr & Cottonwood | M | 962 | 202 | Cattle | 5/1 | 5/29 | 10 |
| 8126 | Pole Cr & Cottonwood | M | 962 | 202 | Cattle | 5/29 | 6/15 | 90 |
| 8126 | Pole Cr & Cottonwood | M | 962 | 202 | Cattle | 10/15 | 10/16 | 10 |
| 8126 | Pole Cr & Cottonwood | M | 962 | 202 | Cattle | 10/17 | 10/30 | 5 |
| 8119 | Porcupine Common | M | 1,928 | 29 | Cattle | 5/7 | 6/20 | 43 |
| 8119 | Porcupine Common | M | 1,928 | 49 | Cattle | 5/7 | 6/20 | 72 |

BLM_0017584

**Table I-1**
**Grazing Allotment Summary**

| Allotment Number | Allotment Name | Allotment Category | Public Acres | Number of Livestock | Livestock Kind | Begin Date | End Date | AUMs |
|---|---|---|---|---|---|---|---|---|
| 8119 | Porcupine Common | M | 1,928 | 11 | Cattle | 6/16 | 9/30 | 33 |
| 8119 | Porcupine Common | M | 1,928 | 195 | Cattle | 5/16 | 6/16 | 167 |
| 8119 | Porcupine Common | M | 1,928 | 70 | Cattle | 10/1 | 10/15 | 29 |
| 8347 | Potato Bill | C | 244 | 42 | Cattle | 8/16 | 10/15 | 16 |
| 8311 | Prectel | C | 77 | 600 | Cattle | 6/5 | 6/8 | 24 |
| 18029 | Pretti-Roberts | M | 1,838 | 150 | Cattle | 5/16 | 6/15 | 153 |
| 18029 | Pretti-Roberts | M | 1,838 | 800 | Sheep | 1/1 | 2/15 | 242 |
| 8341 | Prince Ck | I | 2,133 | 37 | Cattle | 5/16 | 6/28 | 52 |
| 8341 | Prince Ck | I | 2,133 | 200 | Cattle | 5/16 | 6/28 | 284 |
| 8626 | Red Dirt | M | 2,949 | 63 | Cattle | 12/4 | 12/20 | 35 |
| 8626 | Red Dirt | M | 2,949 | 16 | Cattle | 5/15 | 6/11 | 15 |
| 8507 | Red Hill Com | M | 12,467 | 100 | Cattle | 5/10 | 6/24 | 151 |
| 8507 | Red Hill Com | M | 12,467 | 43 | Cattle | 5/10 | 6/24 | 65 |
| 8507 | Red Hill Com | M | 12,467 | 25 | Cattle | 5/6 | 6/20 | 38 |
| 8507 | Red Hill Com | M | 12,467 | 75 | Cattle | 4/1 | 4/17 | 1 |
| 8507 | Red Hill Com | M | 12,467 | 30 | Cattle | 7/5 | 7/15 | 1 |
| 8507 | Red Hill Com | M | 12,467 | 120 | Cattle | 10/5 | 10/15 | 1 |
| 8507 | Red Hill Com | M | 12,467 | 179 | Cattle | 5/10 | 6/24 | 271 |
| 8507 | Red Hill Com | M | 12,467 | 69 | Cattle | 5/10 | 6/24 | 104 |
| 18028 | Red Mountain | C | 969 | 82 | Cattle | 5/26 | 6/10 | 43 |
| 8920 | Riley Gulch Com | M | 1,359 | 26 | Cattle | 5/13 | 6/15 | 29 |
| 8920 | Riley Gulch Com | M | 1,359 | 76 | Cattle | 5/1 | 6/15 | 115 |
| 8615 | River Common | M | 3,885 | 13 | Cattle | 5/1 | 5/31 | 13 |
| 8615 | River Common | M | 3,885 | 25 | Cattle | 5/1 | 5/31 | 25 |
| 8605 | River-Catamount | M | 1,453 | 50 | Cattle | 5/1 | 6/15 | 76 |
| 8027 | Roberts | C | 135 | 120 | Sheep | 12/1 | 1/1 | 22 |
| 18024 | Ryden | M | 1,390 | 75 | Cattle | 5/1 | 6/15 | 88 |
| 8637 | S Mckeen Creek | C | 41 | 260 | Cattle | 10/1 | 10/12 | 5 |
| 8722 | Salt Creek Forest | C | 741 | 23 | Cattle | 6/16 | 7/23 | 29 |
| 8721 | Salt Creek-Bellyache | M | 4,369 | 50 | Cattle | 10/16 | 10/22 | 12 |
| 8721 | Salt Creek-Bellyache | M | 4,369 | 456 | Cattle | 6/1 | 6/16 | 240 |
| 8106 | Scott | C | 978 | 103 | Cattle | 5/15 | 6/13 | 102 |
| 18037 | Scutter Gulch | C | 447 | 300 | Sheep | 5/1 | 5/16 | 16 |

BLM_0017585

Table I-1
Grazing Allotment Summary

| Allotment Number | Allotment Name | Allotment Category | Public Acres | Number of Livestock | Livestock Kind | Begin Date | End Date | AUMs |
|---|---|---|---|---|---|---|---|---|
| 8111 | Shideler | C | 159 | 4 | Cattle | 10/1 | 11/15 | 6 |
| 8111 | Shideler | C | 159 | 4 | Cattle | 10/1 | 11/15 | 6 |
| 8116 | Shideler Ind | C | 87 | 4 | Cattle | 5/16 | 6/15 | 4 |
| 8116 | Shideler Ind | C | 87 | 4 | Cattle | 5/16 | 6/15 | 4 |
| 18022 | Simpson & Nichols | M | 475 | 38 | Cattle | 5/20 | 10/10 | 43 |
| 8227 | Skeen | C | 160 | 140 | Cattle | 8/16 | 10/31 | 25 |
| 8108 | Smith 1 | C | 254 | 118 | Cattle | 5/15 | 10/10 | 98 |
| 8922 | Smith Gulch | C | 2,374 | 970 | Sheep | 2/13 | 2/28 | 102 |
| 8922 | Smith Gulch | C | 2,374 | 970 | Sheep | 3/1 | 3/21 | 134 |
| 8217 | South Canyon | M | 1,709 | 40 | Cattle | 7/16 | 10/15 | 121 |
| 8614 | Spring Creek | M | 5,012 | 151 | Cattle | 5/7 | 5/22 | 79 |
| 8614 | Spring Creek | M | 5,012 | 5 | Horse | 5/7 | 5/22 | 3 |
| 8614 | Spring Creek | M | 5,012 | 151 | Cattle | 10/1 | 10/14 | 70 |
| 8121 | Spruce Gulch Common | M | 1,715 | 14 | Cattle | 5/15 | 9/30 | 51 |
| 8121 | Spruce Gulch Common | M | 1,715 | 196 | Cattle | 5/16 | 6/30 | 113 |
| 8121 | Spruce Gulch Common | M | 1,715 | 25 | Cattle | 10/1 | 10/30 | 9 |
| 8917 | Starkey Gulch | M | 247 | 42 | Cattle | 5/1 | 5/31 | 5 |
| 8706 | State Bridge | M | 5,903 | 1160 | Sheep | 9/15 | 10/14 | 229 |
| 8706 | State Bridge | M | 5,903 | 21 | Cattle | 5/15 | 6/14 | 21 |
| 8706 | State Bridge | M | 5,903 | 1160 | Sheep | 5/15 | 6/14 | 236 |
| 8203 | Storm King | M | 5,916 | 810 | Sheep | 8/15 | 9/4 | 112 |
| 8665 | Strubi A Nick | M | 204 | 10 | Cattle | 7/1 | 9/30 | 30 |
| 8613 | Sunnyside | M | 669 | 100 | Cattle | 5/1 | 5/31 | 25 |
| 8611 | Sunnyside Ind | M | 1,848 | 136 | Cattle | 5/10 | 5/31 | 98 |
| 8320 | Sutey | M | 715 | 55 | Cattle | 6/1 | 6/30 | 54 |
| 18016 | Sw Rifle Creek | M | 1,282 | 850 | Sheep | 6/7 | 6/14 | 45 |
| 18016 | Sw Rifle Creek | M | 1,282 | 108 | Cattle | 5/16 | 6/14 | 107 |
| 8346 | Thomas | M | 997 | 40 | Cattle | 10/10 | 11/10 | 8 |
| 8346 | Thomas | M | 997 | 195 | Cattle | 5/16 | 7/10 | 72 |
| 8642 | Trail Gulch | M | 13,194 | 120 | Cattle | 5/7 | 7/26 | 320 |
| 8639 | Upper Cottonwood | M | 1,125 | 5 | Cattle | 6/26 | 9/15 | 13 |
| 8639 | Upper Cottonwood | M | 1,125 | 38 | Cattle | 5/8 | 6/25 | 61 |
| 8639 | Upper Cottonwood | M | 1,125 | 28 | Cattle | 5/8 | 6/23 | 43 |

BLM_0017586

Table I-1
Grazing Allotment Summary

| Allotment Number | Allotment Name | Allotment Category | Public Acres | Number of Livestock | Livestock Kind | Begin Date | End Date | AUMs |
|---|---|---|---|---|---|---|---|---|
| 8639 | Upper Cottonwood | M | 1,125 | 28 | Cattle | 5/8 | 6/23 | 43 |
| 8222 | Upper Garfield Com | M | 4,560 | 181 | Cattle | 6/1 | 10/10 | 785 |
| 8645 | Upper Jack Spring | M | 77 | 16 | Cattle | 7/1 | 10/1 | 49 |
| 8304 | Upper Place | C | 41 | 200 | Cattle | 8/1 | 10/15 | 15 |
| 8129 | Upper Wallace Com | I | 2,189 | 121 | Cattle | 9/28 | 10/2 | 20 |
| 8129 | Upper Wallace Com | I | 2,189 | 22 | Cattle | 9/1 | 10/18 | 35 |
| 8129 | Upper Wallace Com | I | 2,189 | 121 | Cattle | 6/1 | 6/15 | 60 |
| 8129 | Upper Wallace Com | I | 2,189 | 22 | Cattle | 4/15 | 6/15 | 45 |
| 8707 | Ute Creek | M | 3,103 | 5 | Horse | 10/1 | 11/20 | 2 |
| 8707 | Ute Creek | M | 3,103 | 1900 | Sheep | 10/1 | 11/20 | 115 |
| 8707 | Ute Creek | M | 3,103 | 5 | Horse | 5/11 | 6/25 | 1 |
| 8707 | Ute Creek | M | 3,103 | 1900 | Sheep | 5/11 | 6/25 | 103 |
| 8336 | Vasten Homestead Com | I | 718 | 10 | Cattle | 6/16 | 10/10 | 38 |
| 8336 | Vasten Homestead Com | I | 718 | 38 | Cattle | 6/26 | 10/5 | 127 |
| 8336 | Vasten Homestead Com | I | 718 | 20 | Cattle | 6/16 | 10/10 | 77 |
| 8504 | W Hardscrabble Com | I | 16,300 | 10 | Cattle | 10/16 | 10/31 | 5 |
| 8504 | W Hardscrabble Com | I | 16,300 | 128 | Cattle | 5/16 | 6/30 | 194 |
| 8504 | W Hardscrabble Com | I | 16,300 | 10 | Cattle | 10/16 | 10/31 | 5 |
| 8504 | W Hardscrabble Com | I | 16,300 | 395 | Cattle | 5/16 | 6/30 | 597 |
| 8504 | W Hardscrabble Com | I | 16,300 | 10 | Cattle | 10/16 | 10/30 | 5 |
| 8504 | W Hardscrabble Com | I | 16,300 | 100 | Cattle | 5/16 | 6/30 | 151 |
| 8612 | W Sunnyside | M | 241 | 100 | Cattle | 10/12 | 10/15 | 11 |
| 8612 | W Sunnyside | M | 241 | 20 | Cattle | 5/25 | 6/14 | 11 |
| 8316 | W. Basalt Mtn | M | 1,783 | 260 | Cattle | 5/26 | 6/20 | 222 |
| 8316 | W. Basalt Mtn | M | 1,783 | 260 | Cattle | 10/16 | 10/18 | 26 |
| 18021 | Watts | M | 840 | 800 | Sheep | 9/15 | 11/1 | 114 |
| 18021 | Watts | M | 840 | 800 | Sheep | 6/1 | 7/1 | 73 |
| 18009 | Weaver | M | 6,335 | 900 | Sheep | 10/2 | 10/9 | 47 |
| 18009 | Weaver | M | 6,335 | 875 | Sheep | 5/10 | 6/22 | 253 |
| 8620 | West Castle | M | 4,524 | 200 | Cattle | 7/1 | 7/31 | 204 |
| 8620 | West Castle | M | 4,524 | 200 | Cattle | 8/1 | 8/31 | 204 |
| 8607 | Wheelock Ind Large | C | 30 | 10 | Cattle | 11/16 | 1/15 | 2 |
| 8607 | Wheelock Ind Large | C | 30 | 79 | Cattle | 11/1 | 2/28 | 25 |

BLM_0017587

**Table I-1**
**Grazing Allotment Summary**

| Allotment Number | Allotment Name | Allotment Category | Public Acres | Number of Livestock | Livestock Kind | Begin Date | End Date | AUMs |
|---|---|---|---|---|---|---|---|---|
| 8102 | Whitman | M | 845 | 60 | Cattle | 5/1 | 5/31 | 61 |
| 8629 | Willow Creek | M | 3,316 | 70 | Cattle | 5/15 | 6/11 | 64 |
| 8629 | Willow Creek | M | 3,316 | 89 | Cattle | 6/11 | 6/21 | 32 |
| 8629 | Willow Creek | M | 3,316 | 135 | Cattle | 9/27 | 10/15 | 84 |
| 8629 | Willow Creek | M | 3,316 | 96 | Cattle | 6/22 | 7/1 | 32 |
| 8038 | Wittwer | C | 80 | 4 | Cattle | 5/1 | 5/31 | 4 |
| 8038 | Wittwer | I | 620 | 4 | Cattle | 5/1 | 5/31 | 4 |
| 8702 | Wolcott | M | 3,289 | 21 | Cattle | 5/15 | 6/14 | 21 |
| 8702 | Wolcott | M | 3,289 | 1160 | Sheep | 5/15 | 6/14 | 236 |
| 8702 | Wolcott | M | 3,289 | 1160 | Sheep | 9/15 | 10/14 | 229 |
| 8710 | Wolcott Isolated Tr | M | 136 | 45 | Cattle | 9/20 | 10/1 | 18 |
| 8710 | Wolcott Isolated Tr | M | 136 | 45 | Cattle | 6/25 | 7/9 | 22 |
| | Total AUMs | | | | | | | 36,056 |

**Table I-2**
**Actions Involving Currently Vacant Allotments**

| Allotment Number | Allotment Name | Public Acres | Public AUMs | Alternative B | | Alternative C | | Alternative D | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Action | Reasoning/Comments | Action | Reasoning/Comments | Action | Reasoning/Comments |
| 8002 | Reed | 573 | 49 | Close | Steep, no water | Close | Steep, no water | Close | Steep, no water |
| 8044 | Rifle Gap | 1577 | 181 | Reserve | Consult DOW, access through DOW | Reserve | Provide wildlife forage | Reserve | Consult DOW, access through DOW |
| 8110 | Kinney Brothers | 75 | 4 | Close | Disposal parcel | Close | Disposal parcel | Close | Disposal parcel |
| 8201 | Kaiser Hells Hole | 1246 | 29 | Close | Relinquished, DOW supports, wildlife, steep | Close | Relinquished, DOW supports, wildlife, steep | Available | Sheep only due to steep slopes |
| 8205 | Mitchell Oasis | 2110 | 154 | Close | Close steep with no water and bighorn sheep conflicts | Close | Provide wildlife forage | Partially Close | Leave upper open, close lower portion due to bighorn sheep conflicts |
| 8206 | Oasis Creek | 1434 | 100 | Close | Close steep with no water and bighorn sheep conflicts | Close | Provide wildlife forage | Combine | W/ Michell Oasis 8205, bighorn sheep conflicts |
| 8213 | Vulcan Amp | 1941 | 161 | Reserve | If we can keep access through dump, still attached to base property | Reserve | Provide wildlife forage | Reserve | If we can keep access through dump, still attached to base property |
| 8215 | Larsen | 151 | 8 | Combine | W/ Alkali Creek 8214 | Combine | W/ Alkali Creek 8214 (No aums) | Combine | W/ Alkali Creek 8214 |
| 8224 | Hilton-Porter Com | 930 | 180 | Combine | W/ Driveway-Three Mile 8324, Forest Boundary | Combine | Provide wildlife forage | Combine | W/ Driveway-Three Mile 8324, Forest Boundary |

BLM_0017588

**Table I-2**
**Actions Involving Currently Vacant Allotments**

| Allotment Number | Allotment Name | Public Acres | Public AUMs | Alternative B | | Alternative C | | Alternative D | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Action | Reasoning/Comments | Action | Reasoning/Comments | Action | Reasoning/Comments |
| 8225 | Hilton #1 | 521 | 95 | Available | W/ hilton #2 | Available | Provide wildlife forage | Partially Close | Close portions, isolated, find out about ownership |
| 8226 | Hilton #2 | 40 | 7 | Combine | W/ Hilton #1 8225, Forest boundary, include other BLM on boundary | Combine | Provide wildlife forage | Combine | W/ Hilton #1 8225, Forest boundary, include other BLM on boundary |
| 8305 | Squires | 40 | 3 | Close | 40 acres, surrounded by private | Close | 40 acres, surrounded by private | Close | 40 acres, surrounded by private |
| 8314 | Heuschkel | 284 | 28 | Available | Surrounded by subdivision, BLM fenced into ranch | Available | Surrounded by subdivision | Close | Surrounded by subdivision |
| 8319 | Petre | 387 | 33 | Partially Close | Steep, subdivision, combine South 1/2 with Sutey 8320 | Partially Close | Steep, subdivision, combine South 1/2 with Sutey 8320 (No aums) | Partially Close | Steep, subdivision, combine South 1/2 with Sutey 8320 |
| 8321 | Stroock Ind | 364 | 54 | Close | No water many rec conflicts | Close | Provide wildlife forage | Combine | Or combine w/ Sutey 8320, depends on fencing |
| 8325 | Spear | 245 | 21 | Close | Disposal parcel | Close | Disposal parcel | Close | Disposal parcel |
| 8326 | Motz | 193 | 26 | Close | Disposal parcel | Close | Disposal parcel | Close | Disposal parcel |
| 8328 | Wheatley | 2157 | 84 | Close | Steep, can make available if Forest Service permits, large Forest boundary | Close | Provide wildlife forage | Available | Steep, can make available if Forest Service permits, large Forest boundary |
| 8330 | Light Hill | 1566 | 88 | Combine | W/ Light 8331 | Combine | Provide wildlife forage | Combine | W/ Light 8331 |
| 8332 | Kent | 785 | 21 | Close | Access | Close | Access | Close | Access |
| 8333 | Christensen | 442 | | Close | Access, steep | Close | Access, steep | Close | Access, steep |
| 8343 | Thompson Cr | 2626 | 243 | Close | Steep and deep | Close | Provide wildlife forage | Partially Close | Close western portion, maybe combine eastern portion w/ Mt Sopris 8344 |
| 8345 | Prince | 40 | 3 | Combine | W/ Prince Creek 8341 | Combine | Provide wildlife forage | Combine | W/ Prince Creek 8341 |
| 8349 | Red Canyon 1 | 601 | 90 | Close | Access, steep | Close | Access, steep | Close | Access, steep |
| 8350 | Little Woody Creek | 498 | 99 | Close | Access, subdivision | Close | Access, subdivision | Close | Access, subdivision |
| 8351 | Williams Hill | 567 | | Close | Access, DOW, steep | Close | Access, DOW, steep | Close | Access, DOW, steep |
| 8353 | Smith 2 | 621 | 45 | Combine | NE w/ Fender 8329, West w/ Cerise 8340 | Combine | Provide wildlife forage | Combine | NE w/ Fender 8329, West w/ Cerise 8340 |
| 8505 | Eagle River | 139 | 16 | Close | Limited forage, not fenced from highway, high recreation area | Close | Provide wildlife forage | Combine | W/ Red Hill 8507 |
| 8602 | H&H Ind | 1270 | 76 | Available | | Available | Provide wildlife forage | Combine | W/ Antelope Creek 8661 |
| 8621 | Castle | 209 | 15 | Partially Close | Close N portion, combine S w/ Greenhorn 8641 | Partially Close | Provide wildlife forage | Partially Close | Close N portion, combine S w/ Greenhorn 8641 |
| 8622 | West Castle Ind | 98 | 7 | Close | Access | Close | Access | Close | Access |
| 8623 | E Castle Ind | 160 | 48 | Close | Access | Close | Access | Close | Access |
| 8624 | Rodeo Grounds | 251 | 5 | Available | Trailing use only | Available | Used for trailing livestock | Available | Issue permit for trailing use |
| 8628 | Sheep Creek G&F | 2214 | | Close | Steep | Close | Steep | Close | Steep |
| 8630 | Irr. Land Trail | 28 | 132 | Close | Small parcel | Close | Small parcel | Close | Small parcel |
| 8648 | Upper Coffeepot | 908 | 72 | Available | 3 parcels could be grazed if private land leased | Available | Provide wildlife forage | Available | 3 parcels could be grazed if private land leased |

BLM_0017589

**Table I-2**
**Actions Involving Currently Vacant Allotments**

| Allotment Number | Allotment Name | Public Acres | Public AUMs | Alternative B | | Alternative C | | Alternative D | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Action | Reasoning/Comments | Action | Reasoning/Comments | Action | Reasoning/Comments |
| 8651 | North Mccoy | 1104 | | Close | Not fenced from Hwy, limited forage | Close | Not fenced from Hwy | Close | Not fenced from Hwy |
| 8652 | Mccoy | 350 | | Close | Limitted forage, not fenced from Hwy | Close | Limitted forage, not fenced from Hwy | Close | Limitted forage, not fenced from Hwy |
| 8658 | Rock Creek | 1631 | 105 | Available | Limited forage | Available | Provide wildlife forage | Available | ??? Not sure if good forage |
| 8673 | Egeria Creek | 267 | 29 | Close | Steep, forage, access | Close | Steep, forage, access | Close | Steep, forage, access |
| 8727 | Squaw Creek | 261 | 10 | Close | Surrounded by houses, limited forage, no water | Close | Surrounded by houses | Close | Surrounded by houses |
| 8728 | Red Canyon 2 | 850 | 22 | Partially Close | Close SE, combine NW w/ Ute Creek 8707, subdivision, isolated | Partially Close | Provide wildlife forage | Partially Close | Close SE, combine NW w/ Ute Creek 8707, subdivision, isolated |
| 8729 | Pocket | 1614 | | Close | Steep, forage | Close | Steep, forage | Close | Steep, forage |
| 8732 | Diamond J | 939 | 26 | Close | Steep, forage | Close | Steep, forage | Close | Steep, forage |
| 8772 | Bellyache Ridge | 1777 | 57 | Close | Surrounded by houses | Close | Surrounded by houses | Close | Surrounded by houses |
| 18001 | Sample | 271 | 15 | Close | Access, steep | Close | Access, steep | Close | Access, steep |
| 18030 | Castle | 1337 | 60 | Close | Subdivision, no water, forage | Close | Subdivision, no water, forage | Close | Subdivision, no water, forage |
| 18031 | Hill | 462 | 43 | Close | Access, water | Close | Access, water | Close | Steep, no water |
| 18033 | Brosius Gulch | 1244 | 50 | Close | Not suitable, no water | Close | Not suitable, no water | Combine | (w/ Scutter Gulch) |
| 18035 | Harvey Gap 2 | 2171 | 180 | Close | Steep, no water | Close | Steep, no water | Close | Steep, no water |
| 18040 | Middle Elk | 1307 | | Close | Steep, no water | Close | Steep, no water | Close | Steep, no water |
| 18041 | Andgee | 678 | 14 | Close | Not suitable, no water | Close | Not suitable, no water | Combine | (w/ Scutter Gulch) |
| 18042 | Chirp | 212 | 18 | Close | Access, steep | Close | Access, steep | Close | Access, steep |
| 18045 | North Hogback | 666 | 37 | Close | Steep, wildlife | Close | Steep, wildlife | Close | Steep, wildlife |
| 18047 | George Creek | 156 | | Close | Access, steep | Close | Access, steep | Close | Access, steep |
| | **Totals** | **44588** | **2843** | **55** | | **55** | | | |

BLM_0017590

Table I-3
Summary of Actions Involving Currently Vacant Allotments

| Action | Number of Actions | | | | Public Acres Affected by Action | | | | Public AUMs Affected by Action | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Alt A | Alt B | Alt C | Alt D | Alt A | Alt B | Alt C | Alt D | Alt A | Alt B | Alt C | Alt D |
| Close | 0 | 38 | 55 | 30 | 0 | 31411 | 44588 | 19697 | 0 | 1719 | 2838 | 1003 |
| Available | 0 | 6 | 0 | 5 | 0 | 4865 | 0 | 6193 | 0 | 381 | 0 | 290 |
| Reserve | 0 | 2 | 0 | 2 | 0 | 3518 | 0 | 3518 | 0 | 342 | 0 | 342 |
| Partially Close | 0 | 3 | 0 | 6 | 0 | 1446 | 0 | 6703 | 0 | 70 | 0 | 562 |
| Combine | 0 | 6 | 0 | 12 | 0 | 3348 | 0 | 8477 | 0 | 331 | 0 | 641 |
| Total | 0 | 55 | 55 | 55 | 0 | 44588 | 0 | 44588 | 0 | 2843 | 2838 | 2838 |

BLM_0017591

**Table I-4**
**Actions Involving Currently Authorized Allotments**

| Allotment Number | Allotment Name | Public Acres | Public AUMs | Alternative B | | Alternative C | | Alternative D | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Action | Reasoning/Comments | Action | Reasoning/Comments | Action | Reasoning/Comments |
| 6370 | County Line | 4570 | 193 | Close | ESI resulted in 13 AUMS available for livestock grazing, did not meet LHS, forage levels may vary annually due to ecological site and precipitation. Forage may be ephemeral. | Close | ESI resulted in 13 AUMS available for livestock grazing, did not meet LHS, to protect values for ACEC. | Close | ESI resulted in 13 AUMS available for livestock grazing, did not meet LHS, development would likely increase causing additional livestock grazing related issues. |
| 8638 | Eby Creek | 1780 | 112 | Close | Lacks water, surrounded by urban area, not feasible to graze | - | | - | |
| 8722 | Salt Creek Forest | 741 | 29 | Close | Bordered by subdivision on north and south. Limited forage. Access issues | - | | - | - |
| 8723 | Falk | 71 | 9 | Close | Bordered by subdivision on north and south. Limited forage. Access issues | - | | - | - |
| 6730 | Alkali Gulch | 1183 | 160 | - | | Close | Provide additonal wildlife forage. | Close | Increased traffic and lack of available forage due to development activities. |
| 8922 | Smith Gulch | 2374 | 237 | - | - | Close | Provide additonal wildlife forage, T&E plants. | - | - |
| 8130 | Alkali Creek Common | 2895 | 200 | - | - | - | | Close | Increased traffic and lack of available forage due to development activities. |
| 8125 | Dry Creek Pete & Bill | 7271 | 372 | - | - | - | | Close | Increased traffic and lack of available forage due to development activities. |

BLM_0017592

# APPENDIX J
# BLM STANDARDS FOR PUBLIC LAND HEALTH AND GUIDELINES FOR LIVESTOCK MANAGEMENT IN COLORADO

BLM_0017593

BLM_0017594

# APPENDIX J
# BLM STANDARDS FOR PUBLIC LAND HEALTH AND GUIDELINES FOR LIVESTOCK GRAZING MANAGEMENT IN COLORADO

In response to public concern about management of livestock grazing on western public lands, BLM began developing new regulations for livestock grazing administration. This process, which was characterized by the preparation of an environmental impact statement and extensive public involvement, resulted in new livestock grazing regulations which became effective August 21, 1995.

One of the requirements of the regulations was that each BLM State Director, would, in consultation with the Resource Advisory Councils in that state, develop standards for public land health and guidelines for livestock grazing management. BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado were approved by the Secretary of the Interior on February 3, 1997.

### Standards for Public Land Health
Standards describe conditions needed to sustain public land health, and relate to all uses of the public lands. Standards are applied on a landscape scale and relate to the potential of the landscape.

**Standard 1:** Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff.

Indicators:

- Expression of rills, soil pedestals is minimal.

- Evidence of actively-eroding gullies (incised channels) is minimal.

- Canopy and ground cover are appropriate.

- There is litter accumulating in place and is not sorted by normal overland water flow.

- There is appropriate organic matter in soil.

BLM_0017595

- There is diversity of plant species with a variety of root depths.

- Upland swales have vegetation cover or density greater than that of adjacent uplands.

- There are vigorous, desirable plants.

**Standard 2:** Riparian systems associated with both running and standing water function properly and have the ability to recover from major disturbance such as fire, severe grazing, or 100-year floods. Riparian vegetation captures sediment, and provides forage, habitat and bio-diversity. Water quality is improved or maintained. Stable soils store and release water slowly.

Indicators:

- Vegetation is dominated by an appropriate mix of native or desirable introduced species.

- Vigorous, desirable plants are present.

- There is vegetation with diverse age class structure, appropriate vertical structure, and adequate composition, cover, and density.

- Streambank vegetation is present and is comprised of species and communities that have root systems capable of withstanding high streamflow events.

- Plant species present indicate maintenance of riparian moisture characteristics.

- Stream is in balance with the water and sediment being supplied by the watershed (e.g., no headcutting, no excessive erosion or deposition).

- Vegetation and free water indicate high water tables.

- Vegetation colonizes point bars with a range of age classes and successional stages.

- An active floodplain is present.

- Residual floodplain vegetation is available to capture and retain sediment and dissipate flood energies.

- Stream channels with size and meander pattern appropriate for the stream's position in the landscape, and parent materials.

- Woody debris contributes to the character of the stream channel morphology.

**Standard 3:** Healthy, productive plant and animal communities of native and other desirable species are maintained at viable population levels commensurate with the species and habitat's potential. Plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations, and ecological processes.

Indicators:

- Noxious weeds and undesirable species are minimal in the overall plant community.

- Native plant and animal communities are spatially distributed across the landscape with a density, composition, and frequency of species suitable to ensure reproductive capability and sustainability.

BLM_0017596

- Plants and animals are present in mixed age classes sufficient to sustain recruitment and mortality fluctuations.

- Landscapes exhibit connectivity of habitat or presence of corridors to prevent habitat fragmentation.

- Photosynthetic activity is evident throughout the growing season.

- Diversity and density of plant and animal species are in balance with habitat/landscape potential and exhibit resilience to human activities.

- Appropriate plant litter accumulates and is evenly distributed across the landscape.

- Landscapes composed of several plant communities that may be in a variety of successional stages and patterns.

**Standard 4:** Special status, threatened and endangered species (federal and state), and other plants and animals officially designated by the BLM, and their habitats are maintained or enhanced by sustaining healthy, native plant and animal communities.

Indicators:

- All the indicators associated with the plant and animal communities standard apply.

- There are stable and increasing populations of endemic and protected species in suitable habitat.

- Suitable habitat is available for recovery of endemic and protected species.

**Standard 5:** The water quality of all water bodies, including ground water where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado. Water Quality Standards for surface and ground waters include the designated beneficial uses, numeric criteria, narrative criteria, and anti-degradation requirements set forth under State law as found in (5 CCR 1002-8), as required by Section 303(c) of the Clean Water Act.

Indicators:

- Appropriate populations of macroinvertabrates, vertebrates, and algae are present.

- Surface and ground waters only contain substances (e.g., sediment, scum, floating debris, odor, heavy metal precipitates on channel substrate) attributable to humans within the amounts, concentrations, or combinations as directed by the Water Quality Standards established by the State of Colorado (5 CCR 1002-8).

### Guidelines for Livestock Grazing Management

Guidelines are the management tools, methods, strategies, and techniques (e.g., best management practices) designed to maintain or achieve healthy public lands as defined by the standards. Currently, the only guidelines for BLM Colorado that have been developed in concert with the Resource Advisory Councils are livestock grazing management guidelines.

1. Grazing management practices promote plant health by providing for one or more of the following:

BLM_0017597

- Periodic rest or deferment from grazing during critical growth periods.
- Adequate recovery and regrowth periods.
- Opportunity for seed dissemination and seedling establishment.

2. Grazing management practices address the kind, numbers, and class of livestock, season, duration, distribution, frequency and intensity of grazing use and livestock health.

3. Grazing management practices maintain sufficient residual vegetation on both upland and riparian sites to protect the soil from wind and water erosion, to assist in maintaining appropriate soil infiltration and permeability, and to buffer temperature extremes. In riparian areas, vegetation dissipates energy, captures sediment, recharges ground water, and contributes to stream stability.

4. Native plant species and natural revegetation are emphasized in the support of sustaining ecological functions and site integrity. Where reseeding is required, on land treatment efforts, emphasis will be placed on using native plant species. Seeding of non-native plant species will be considered based on local goals, native seed availability and cost, persistence of non-native plants and annuals and noxious weeds on the site, and composition of non-natives in the seed mix.

5. Range improvement projects are designed consistent with overall ecological functions and processes with minimum adverse impacts to other resources or uses of riparian/wetland and upland sites.

6. Grazing management will occur in a manner that does not encourage the establishment or spread of noxious weeds. In addition to mechanical, chemical, and biological methods of weed control, livestock may be used where feasible as a tool to inhibit or stop the spread of noxious weeds.

7. Natural occurrences such as fire, drought, flooding, and prescribed land treatments should be combined with livestock management practices to move toward the sustainability of biological diversity across the landscape, including the maintenance, restoration, or enhancement of habitat to promote and assist the recovery and conservation of threatened, endangered, or other special status species, by helping to provide natural vegetation patterns, a mosaic of successional stages, and vegetation corridors, and thus minimizing habitat fragmentation.

8. Colorado Best Management Practices and other scientifically developed practices that enhance land and water quality should be used in the development of activity plans prepared for land use.

# APPENDIX K
# DRAFT RECREATION AND VISITOR SERVICES MANAGEMENT FRAMEWORK FOR PROPOSED SPECIAL AND EXTENSIVE RECREATION MANAGEMENT AREAS ALTERNATIVES B, C AND D

BLM_0017599

BLM_0017600



# *Draft*
# Recreation and Visitor Services
# Management Framework
# For Proposed
# Special and Extensive
# Recreation Management Areas
## Alternatives B, C and D

# Colorado River Valley Field Office

BLM_0017601

BLM_0017602

# Introduction

<u>Alternative A.</u> Previously Special Recreation Management Areas (SRMAs) were identified where BLM lands were experiencing heavy recreation use or where BLM planned on making large investments in staff, funding, facilities, or time. All remaining BLM lands were identified as part of a large nonspecific Extensive Recreation Management Area (ERMA) called the Glenwood Springs ERMA and custodially managed. Alternative A proposes to continue current (or existing) management. Current management can be found in the Glenwood Springs Resource Management Plan (Revised 1988) and subsequent amendments. The RMP amendments include:

- Oil and Gas Leasing and Development - Final Supplemental EIS (1996)
- Colorado Standards and Guidelines (1997)
- Castle Peak Travel Management Plan (1999)
- Oil and Gas Leasing & Development Final Supplemental EIS (1999)
- Red Hill RMP Amendment (2000)
- Fire Management Plan (2007)
- Roan Plateau Resource Management Plan Amendment (2009)
- Designation of Areas of Critical Environmental Concern for the Roan Plateau (2009)

Five SRMAs (i.e., Bull Gulch, Deep Creek, Hack Lake, Thompson Creek and the Upper Colorado River) were identified in the original Glenwood Springs RMP. The Castle Peak Travel Management Plan amendment added the Bocco Mountain SRMA and the Gypsum Hills SRMA. The Red Hill RMP amendment added the Red Hill SRMA (near Carbondale). Thus eight (8) SRMAs are carried forward into Alternative A. All remaining BLM lands, not delineated as SRMAs, are identified as part of the Glenwood Springs ERMA.

It is important to note that the 1999 Oil & Gas Leasing & Development amendment also used the term "recreation management areas" to describe areas where a no surface occupancy (NSO) stipulation would be applied in order to protect the non-motorized recreation opportunities. The stipulation was applied in the following areas: King Mountain, Siloam Springs, Castle Peak, Bull Gulch (the portion of the Bull Gulch WSA not within the Bull Gulch SRMA), Sunlight Peak, Fisher Creek and the Pisgah Mountain. The stipulation protected the physical recreation setting (i.e. naturalness and remoteness) by restricting surface-disturbing and inconsistent activities. The stipulation for these areas did not amend the RMP and establish the lands as SRMAs. However areas covered by the stipulation are discussed because the recognition of the recreation values is relevant to understanding recreation and other program proposals and analysis.

<u>Alternatives B, C and D.</u> This appendix outlines the management of areas proposed as SRMAs and ERMAs in Alternatives B, C and D. In contrast to Alternative A, the designation and management direction for these alternatives apply 2011 BLM Instruction Memorandum No. 2011-004 which clarified and refined land use planning guidance for Recreation and Visitor Services (R&VS). The guidance established three potential classifications for R&VS – SRMAs, ERMAs and undesignated lands.

1

BLM_0017603

RMAs in Alternatives B, C and D are defined as land units where R&VS objectives are recognized as a primary resource management consideration and specific management is required to protect the recreation opportunities. RMAs are classified as either SRMAs or ERMAs depending on the management focus. The RMA designation is based on recreation demand and issues, recreation setting characteristics, resolving use/user conflicts, compatibility with other resource uses, and resource protection needs. Within the recreation program, lands not designated as an SRMA or an ERMA, are left undesignated. Recreation is not emphasized on these lands however management actions and allowable use decisions may still be necessary to address basic R&VS and resource stewardship needs.

2

BLM_0017604

# Key Recreation Planning Terms and Definitions

## A. Special Recreation Management Area (SRMA)

*Definition.* The SRMAs are administrative units where the existing or proposed recreation opportunities and recreation setting characteristics are recognized for their unique value, importance and/or distinctiveness, especially as compared to other areas used for recreation.

*Management Focus.* The SRMAs are managed to protect and enhance a targeted set of activities, experiences, benefits, and desired recreation setting characteristics. The SRMAs may be subdivided into recreation management zones (RMZ) to further delineate specific recreation opportunities. Within SRMAs, R&VS management is recognized as the predominant land management focus, where specific recreation opportunities and recreation setting characteristics are managed and protected on a long-term basis.

*Requirements.* The SRMAs/RMZs must have measurable outcome-focused objectives. Supporting management actions and allowable use decisions are required to: 1) sustain or enhance recreation objectives, 2) protect the desired recreation setting characteristics, and 3) constrain uses, including non-compatible recreation activities that are detrimental to meeting recreation or other critical resource objectives (e.g. cultural or threatened and endangered species).

**A1. Supporting Information (Rationale for SRMA Designation)** – Documentation of the rationale for consideration of the SRMA in the planning process and, if selected, designation of the SRMA in the record of decision.

**A2. SRMA/RMZ Outcome Objective -** The outcome objective is a *clear, measurable, and agreed-upon guide for decision making and evaluation of management effectiveness.* SRMA/RMZ objectives must define the specific recreation opportunities (i.e. activities, experiences and benefits derived from those experiences) which become the focus of R&VS management.

**A3. Recreation Outcomes** - Recreation outcomes consist of experiences and benefits and are defined as:

Experiences. Recreation experiences are immediate states-of-mind resulting from participation in recreation opportunities that result in benefits.

Benefits: Recreation benefits accrue from having a satisfying recreation experience that leads to an (a) improved condition or (b) maintenance of a desired condition. These accrue from recreation participation, and are both short and long term and are realized on and off-site. Benefits are identified in one of four categories and are described as:
- Personal/Individual Benefits:  Recreation and leisure contributes to personal well-being and human development. It contributes to better physical and mental health for all individuals.
- Social/Community Benefits: Recreation contributes to the quality of life within communities by encouraging positive lifestyles choices, building social skills, reducing crime and fostering a sense of community pride.

3

BLM_0017605

- Economic Benefits: Investments in recreation represent an investment in our economies through diversifying our economies, by attracting new businesses and by generating employment opportunities.
- Environmental Benefits: Participation in recreation and outdoor education programs can help protect the quality of the environment through improved understanding and stewardship of our natural, cultural and historic resources.

**A4. Proposed Recreation Setting Characteristics (RSCs)** – Proposed (desired) RSCs are an expression of recreation setting conditions in the future that are expected to result if objectives are achieved and land use plan and implementation decisions are executed. Three recreation setting components are considered: a) the desired future recreational qualities of the landscape (physical), b) the qualities associated with use (social), and c) the conditions created by management (operational). These components influence the kinds of recreation activities that are emphasized and recreation outcomes realized. The BLM establishes these criteria in the land use plan to guide management action and allowable use decisions as well as the identification of site-specific use levels for activities during plan implementation (BLM H-1601-1, Page 13). These are initial allocations unless otherwise stated. Monitoring and evaluation may cause recreation managers to adjust the RSCs over the life of the plan to meet recreation objectives.

## B. Extensive Recreation Management Area (ERMA)

*Definition.* The ERMAs are administrative units that require specific management consideration in order to address recreation use, demand or R&VS program investments.

*Management Focus.* The ERMAs are managed to support and sustain the principal recreation activities and the associated qualities and conditions of the ERMA. Management of ERMA areas is commensurate with the management of other resources and resource uses.

*Requirements.* The ERMAs must have measurable objectives. Supporting management actions and allowable use decisions must facilitate the visitors' ability to participate in outdoor recreation activities and protect the associated qualities and conditions. Non-compatible uses, including some recreation activities, may be restricted or constrained to achieve interdisciplinary objectives.

**B1. ERMA Objective** - ERMA objectives must define the recreation activities and the associated qualities and conditions which become the focus for R&VS management.

## C. Supporting Management Action and Allowable Use Decisions

Management actions and allowable use decisions are generally described as land use planning (LUP) level decisions needed to achieve program objectives or constrain non-compatible land uses. Supporting management action and allowable use decisions are selected in terms of their ability to help achieve the recreation objectives (i.e., recreation opportunities), maintain or enhance the recreation settings or guide recreation implementation.

BLM_0017606

**D. Implementation-level Decisions Included in this RMP Revision.**

Implementation decisions allow site specific (on-the-ground) actions needed to achieve land use plan decisions (see Land Use Planning Handbook H-1601-1, p. 30-31). If implementation-level decisions are included in the land use planning document to achieve R&VS program objectives, they must be clearly distinguished as implementation decisions that are appealable to the Interior Board of Land Appeals.

**E. Best Management Practices to Guide Implementation-level Management**

Recreation management areas with complex implementation issues may require a subsequent implementation-level recreation area management plan (RAMP) tiered to land use plan decisions. Subsequent site-specific NEPA analysis would be required to implement some types of actions. Other actions that involve education, information, interpretation and monitoring may not require site-specific NEPA analysis. The subsequent best management practices for implementation-level planning guidance is presented to illustrate opportunities for active stakeholder collaboration and to provide a suite of possible implementation-level actions that could be adaptively performed to ensure management effectiveness in meeting recreation and visitor services goals and objectives.

BLM_0017607

## Summary of Existing and Proposed RMA Designations by Alternative

| Area | Alternative A (Existing) | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Bocco Mountain | SRMA | SRMA | - | SRMA |
| Bull Gulch | SRMA/ **RMA | - | - | - |
| Castle Peak | *ERMA/ **RMA | - | - | - |
| The Crown | *ERMA | SRMA | ERMA | SRMA |
| Deep Creek | SRMA | | | |
| Eagle River | *ERMA | ERMA | ERMA | ERMA |
| Fisher Creek | *ERMA/ **RMA | ERMA | ERMA | SRMA |
| Gypsum Hills | SRMA | - | - | - |
| Hack Lake | SRMA | SRMA | ERMA | ERMA |
| Hardscrabble/E. Eagle | *ERMA | ERMA | ERMA | SRMA |
| King Mountain | *ERMA/ **RMA | SRMA | ERMA | ERMA |
| New Castle | *ERMA | ERMA | ERMA | ERMA |
| Pisgah Mountain | *ERMA/ **RMA | - | - | - |
| Red Hill | SRMA | SRMA | SRMA | SRMA |
| Siloam Springs | *ERMA/ **RMA | - | - | - |
| Silt Mesa | *ERMA | ERMA | ERMA | ERMA |
| Sunlight Peak | *ERMA/ **RMA | - | - | - |
| Thompson Creek | SRMA | ERMA | ERMA | SRMA |
| Upper Colorado River | SRMA | SRMA | SRMA | SRMA |

* BLM lands identified as part of a large, nonspecific, custodially-managed ERMA called the Glenwood Springs ERMA.

**Undesignated areas referred to as an RMA in the 1999 Oil & Gas Leasing & Development amendment because a NSO stipulation was applied to these lands in order to protect the non-motorized recreation opportunities (see Introduction).

BLM_0017608

# Maps of
# Existing and Proposed RMAs
# For Alternatives A, B, C and D

BLM_0017609

8

BLM_0017610

Colorado River Valley Field Office
Alternative A SRMAs & ERMAs

Note: BLM lands not identified as :
(a) a SRMA or (b) a separate (distinct)
ERMA, would be included as part of



BLM_0017612



Colorado River Valley Field Office
Alternative C SRMAs & ERMAs

11

BLM_0017613

## Colorado River Valley Field Office-Wide R&VS Objectives

The following over-arching objectives are proposed and would apply on all BLM lands.

**Field Office-wide Resource-Protection Objective:** Increase awareness, understanding, and a sense of stewardship in recreational activity participants so their conduct safeguards cultural and natural resources as defined by Colorado Standards for Public Land Health or area-specific objectives for special designations.

**Field Office-wide Visitor Health and Safety Objective:** Ensure that visitors are not exposed to unhealthy or unsafe human-created conditions (defined by a repeat incident in the same year, of the same type, in the same location, due to the same cause).

**Field Office-wide Use/User Conflict Objective:** Achieve a minimum level of conflict between recreation participants to: 1) allow other resources/programs to achieve their RMP objectives; 2) curb illegal trespass and property damage; and 3) maintain a diversity of recreation activity participation.

**Field Office-wide Community Growth Area Objective:** Increase collaboration with community partners to maintain appropriate activity-based recreation opportunities in community growth areas (BLM lands adjacent to, between, and surrounding communities; also referred to as wildland-urban interface areas).

13

BLM_0017615

BLM_0017616

# Management Framework
## for Proposed
# Special Recreation Management Area

BLM_0017617

BLM_0017618

## Bocco Mountain Special Recreation Management Area
### (Alternatives B & D)
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## SRMA/RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| Motorcycle Riding | • Escaping everyday responsibilities for a while<br>• Enjoying frequent access to outdoor physical activity<br>• For the challenge or sport<br>• To be with others who enjoy the same things I do | **Personal:**<br>• Living a more outdoor- oriented lifestyle<br>• Enhance sense of personal freedom<br>• Restored my mind from stress/tension/anxiety<br>• Improved outdoor recreation skills<br>• Developing stronger ties with my family or friends<br>**Community/Social:**<br>• Lifestyle improvement or maintenance<br>• Strengthening relationships with family and friends<br>**Environmental:**<br>• Greater community ownership & stewardship of recreation & natural resources |

## Proposed Recreation Setting Characteristics (RSCs)

### Proposed Physical RSCs
Remoteness:  The bulk of the area is within ½ mile of motorized routes.
Naturalness:  The existing natural character of the landscape is retained. New non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious near recreation facilities and trails.
Visitor Facilities:  Improved recreation facilities in the form of a few more miles single-track motorcycle trails due to reroutes and restrooms.

### Proposed Social RSCs
Contacts (season average):  Participants encounter of up to 10 encounters per day.
Group Size (season average): Participants encounter of up to 8 people per group.
Evidence of Use:  Sounds of other people occasionally heard. A few small localized areas of vegetation alteration and compacted/bare soils are acceptable. Inappropriate recreation use impacts are being rehabilitated.

### Proposed Operational RSCs
Access (types of travel):  Designated motorcycle routes offer public access throughout the RMZ.
Visitor Services/Info:  A simple brochure/map assists visitors. Moderate level of directional signage is installed on routes with names/numbers of trails identified. Rules, regulations and ethics are clearly posted at trailheads.
Management Controls:  A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.

BLM_0017619

## Supporting Management Action and Allowable Use Decisions

Camping Restrictions:
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Lands and Realty:
- ROW avoidance areas are applied to the SRMA. **Alternative B only**
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Material (salable) Disposal:
- The SRMA is closed to mineral material (salable such as moss rock, top soil, sand and gravel, scoria, fill dirt) disposal. **Alternative B only**

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Non-energy Solid Mineral Leasing:
- All federal mineral estate within SRMAs would be closed to non-energy solid mineral leasing.
- Commercial groups managed for a season average of no more than 8-10 people per group.

Special Recreation Permits:
- No competitive events, group use or new commercial special recreation permits would be issued due to natural and cultural resource concerns.
- Downhill biking shuttle services and downhill mountain biking events would not be issued.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities in the SRMA to minimize encounters and conflicts with recreation users and important recreation values.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five

18

miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- Vending permits would not be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Single-track motorcycle trails may be rerouted and built within the area and a restroom at the trailhead is appropriate.
- Additional recreation infrastructure would be developed if: 1) the proposal is consistent with SRMA objectives and other program objectives and 2) sufficient funding and long-term management commitments are secured from managing partners.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis (IA).
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.
- Unless otherwise specified, non-competitive SRPs would be issued as a discretionary action. Analyze applications through the SRP Permit Evaluation Criteria for the issuance of Class I, II, III special recreation permits that are consistent with SRMA objectives and RMP objectives.

Information and Education:
- Create a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Market the area locally. Local marketing involves tailoring information and maps to the needs and wants of local customers and providing information at local outlets and on-site locations only.

Monitoring:
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through mid-October.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017621

## The Crown Special Recreation Management Area
### (Alternative B)
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## Recreation Management Zone (RMZ) 1

------------------------------------------------------------------------------------------------------------------------

### RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| Off-Highway Vehicle Riding and Driving | <ul><li>Enjoying frequent access to outdoor physical activity</li><li>Enjoying closeness of family/friends</li><li>To test my equipment</li><li>Developing your skills and abilities</li><li>Enjoying the areas wildlife, scenery, views and aesthetics</li></ul> | Personal:<ul><li>Improved outdoor recreation skills</li><li>Improved outdoor knowledge and self – confidence</li><li>Improved balance of work and play in my life</li><li>Living a more outdoor- oriented lifestyle</li><li>Developing stronger ties with my family or friends</li><li>Heightened sense of satisfaction with our community</li></ul>Community/Social:<ul><li>Lifestyle improvement or maintenance</li><li>Strengthening relationships with family and friends</li></ul>Environmental:<ul><li>Greater community ownership & stewardship of recreation & natural resources</li></ul>Economic:<ul><li>Increased desirability as a place to live or retire</li></ul> |

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**
Remoteness:
- OHV routes provide motorized access throughout the RMZ.

Naturalness:
- More man-made landscape alterations in the form of trails and facilities are seen. New, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious near recreation facilities and trails.

Visitor Facilities:
- Improved recreation facilities in the form of a few more miles motorized trails, restrooms and an additional trailhead.

**Proposed Social RSCs:**
Contacts (avg.):
- Participants encounter a season average of up to 8 encounters per day.

Group Size (avg.):
- Participants encounter a season average of up to 8 people per group.

BLM_0017622

Evidence of Use:
- Sounds of other people occasionally heard. A few small localized areas of vegetation alteration and compacted/bare soils are acceptable. Inappropriate recreation use impacts are being rehabilitated.

**Proposed Operational RSCs:**
Access (types of travel):
- OHV access is maintained throughout the RMZ on designated routes.
Visitor Services/Info:
- A simple brochure/map assists visitors. Moderate level of directional signage is installed on routes with names/numbers of trails identified. Rules, regulations and ethics are clearly posted at trailheads.
Management Controls:
- A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.


## Supporting Management Action and Allowable Use Decisions

Camping Restrictions:
- Camping and overnight use is prohibited on BLM lands outside of designated campsites and developed campgrounds within ¼ mile of Prince Creek Road (Pitkin County Road 7).
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.
Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.
Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.
Forestry:
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.
Lands and Realty:
- ROW avoidance areas are applied to the SRMA.
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.
Mineral Material (salable) Disposal:
- The SRMA is closed to mineral material (salable such as moss rock, top soil, sand and gravel, scoria, fill dirt) disposal.
Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

BLM_0017623

Non-energy Solid Mineral Leasing:
- All federal mineral estate within SRMAs would be closed to non-energy solid mineral leasing.

Special Recreation Permits:
- Downhill biking shuttle services and downhill mountain biking events would not be authorized.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in the SRMA for the protection of the recreation activities, recreation outcomes and the RSCs.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- Limited small (< 75 person) competitive and group use events would be allowed.
- Vending permits would not be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Reroute trails that that create resource damage and trespass on private property.
- Construct approximately 6-8 miles of new single-track mountain bike trails to create loop trails, link existing trails, reduce the amount biking on roads and create trail connections to new access points.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.

BLM_0017624

Information and Education:
- Create a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Market the area locally. Local marketing involves tailoring information and maps to the needs and wants of local customers and providing information at local outlets and on-site locations only.

Monitoring:
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through September.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

## Recreation Management Zone (RMZ) 2
-------------------------------------------------------------------------------------------------------

## RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| Mountain Biking | • Enjoying frequent access to outdoor physical activity <br> • Getting some needed physical exercise <br> • Developing your skills and abilities <br> • For the challenge or sport <br> • Enjoying the areas wildlife, scenery, views and aesthetics | Personal: <br> • Improved physical fitness/ better health maintenance <br> • Improved outdoor recreation skills <br> • Living a more outdoor-oriented lifestyle <br> • Improved balance of work and play in my life <br> • Greater awareness of this area/community as a special place <br> Community/Social: <br> • Lifestyle improvement or maintenance <br> Environmental: <br> • Preserve the special landscape character of this place <br> Economic: <br> • Increased desirability as a place to live or retire <br> • Greater value-added local services |

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**
Remoteness:
- The area is more remote due to closing motorized vehicle routes.

Naturalness:
- The existing natural landscape is retained. Any new, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious or evident.

BLM_0017625

Visitor Facilities:
- Recreation developments are basic and small in size with visitor amenities such as restrooms. Campgrounds or designated campsites offer camping opportunities. Maintained and signed trails are found on-site.

**Proposed Social RSCs:**
Contacts (avg.):
- Participants encounter a season average of up to 8 encounters per day.
Group Size (avg.):
- Participants encounter a season average of up to 6 people per group.
Evidence of Use:
- Sounds of other people commonly heard. Localized areas of vegetation alteration and compacted/bare soils are found near along trails, at trailheads and at campsites. Inappropriate recreation use is rehabilitated

**Proposed Operational RSCs:**
Access (types of travel):
- Mountain bike use is predominant and all recreational use is non-motorized.
Visitor Services/Info:
- A simple brochure/map assists visitors. Minimum directional signage is installed on routes. Rules, regulations and ethics clearly posted at trailheads.
Management Controls:
- A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.

## Supporting Management Action and Allowable Use Decisions

Camping Restriction:
- Camping and overnight use is prohibited on BLM lands outside of designated campsites and developed campgrounds within ¼ mile of Prince Creek Road (Pitkin County Road 7).
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.
Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited.
- Administrative use authorizations would be granted on a case-by-case basis.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.
Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.
Forestry:
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

BLM_0017626

Lands and Realty:
- ROW avoidance areas are applied to the SRMA.
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Material (salable) Disposal:
- The SRMA is closed to mineral material (salable such as moss rock, top soil, sand and gravel, scoria, fill dirt) disposal.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Non-energy Solid Mineral Leasing:
- All federal mineral estate within SRMAs would be closed to non-energy solid mineral leasing.

Special Recreation Permits:
- Downhill biking shuttle services and downhill mountain biking events would not be authorized.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in the SRMA for the protection of the recreation activities, recreation outcomes and the RSCs.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- Limited small (< 75 person) competitive and group use events would be allowed.
- Vending permits would not be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Reroute trails that that create resource damage and trespass on private property.
- Construct approximately 6-8 miles of new single-track mountain bike trails to create loop trails, link existing trails and create trail connections to new access points.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.

BLM_0017627

- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

<u>Administration:</u>

- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.

<u>Information and Education:</u>

- Create a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Market the area locally. Local marketing involves tailoring information and maps to the needs and wants of local customers and providing information at local outlets and on-site locations only.

<u>Monitoring:</u>

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through September.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017628

## The Crown Special Recreation Management Area
### (Alternative D)



## SRMA/RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| <ul><li>Mountain Biking</li><li>Camping</li></ul> | <ul><li>Getting some needed physical exercise</li><li>Developing your skills and abilities</li><li>For the challenge or sport</li><li>Enjoying the areas wildlife, scenery, views and aesthetics</li><li>To experience the natural surroundings</li></ul> | Personal:<ul><li>Improved physical fitness/ better health maintenance</li><li>Improved outdoor recreation skills</li><li>Living a more outdoor-oriented lifestyle.</li><li>Improved balance of work and play in my life</li><li>Greater awareness of this area/community as a special place</li><li>To experience adventure and excitement</li></ul>Community/Social:<ul><li>Lifestyle improvement or maintenance</li></ul>Environmental:<ul><li>Preserve the special landscape character of this place</li></ul>Economic:<ul><li>Maintain local tourism revenue</li><li>Greater value-added local services</li><li>Increased desirability as a place to live or retire</li></ul> |

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**
Remoteness:
- The area is more remote due to closing motorized vehicle routes and designating all routes as open to foot/horse and mountain bikes. Existing roads remain for administrative use.

Naturalness:
- New, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious or evident.

Visitor Facilities:
- Recreation developments are moderate in size with visitor amenities such as restrooms and drinking water. Campgrounds or designated campsites offer camping opportunities. Maintained and signed trails are found on-site.

**Proposed Social RSCs:**
Contacts (avg.):
- Participants encounter a season average of up to 10 encounters per day.

Group Size (avg.):
- Participants encounter a season average 6-8 people per group.

BLM_0017629

Evidence of Use:
- Sounds of other people regularly heard. Localized areas of vegetation alteration and compacted/bare soils are found near along trails, at trailheads and at campsites. Inappropriate recreation use is rehabilitated

**Proposed Operational RSCs:**
Access (types of travel):
- Mountain bike use is predominant and all recreational use is non-motorized.

Visitor Services/Info:
- A professionally designed brochure/map assists visitors. Moderate level of directional signage is installed on routes with names/numbers of trails identified. Rules, regulations and ethics are clearly posted at trailheads and developed recreation sites.

Management Controls:
- A high degree of visitor and land use controls exercised. BLM on-site presence is moderate away from trailheads.

## Supporting Management Action and Allowable Use Decisions

Camping Restrictions:
- Camping and overnight use is prohibited on BLM lands outside of designated campsites and developed campgrounds within ¼ mile of Prince Creek Road (Pitkin County Road 7).
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Forestry:
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Non-energy Solid Mineral Leasing:
- All federal mineral estate within SRMAs would be closed to non-energy solid mineral leasing.

Special Recreation Permits:
- Vending permits outside of special events would not be issued.

BLM_0017630

- Downhill biking shuttle services and downhill mountain biking events would not be authorized.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities in the SRMA to minimize encounters and conflicts with recreation users and important recreation values.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

## Best Management Practices to Guide Implementation-level Management

Management:
- Reroute trails that that create resource damage and trespass on private property.
- Construct approximately 14-18 miles of new single-track mountain bike trails to create loop trails, link existing trails, reduce the amount biking on roads and create trail connections to new access points.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- Develop additional access points.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services
- Competitive events would be allowed

Information and Education:
- Create a high-quality SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.

BLM_0017631

- Work with local tourism groups, local businesses and the Red Hill Council regarding tourism in an effort to promote mountain biking opportunities in the Roaring Fork Valley.

Monitoring:

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

30

BLM_0017632

## Fisher Creek Special Recreation Management Area
(Alternative D)

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

### SRMA/RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| | | Personal: |
| • Mountain Biking | • Releasing or reducing some built up mental tensions | • Improved physical fitness/ better health maintenance |
| • Hiking | • Enjoying frequent access to outdoor physical activity | • Restored mind from stress/tension/anxiety |
| | • Developing your skills and abilities | • Improved outdoor recreation skills |
| | • For the challenge or sport | • Living a more outdoor-oriented lifestyle. |
| | • Enjoying the areas wildlife, scenery, views and aesthetics | • Improved balance of work and play in my life |
| | | • Greater awareness of this area as a special place |
| | | Community/Social: |
| | | • Lifestyle improvement or maintenance |
| | | Environmental: |
| | | • Preserve the special landscape character of this place |
| | | Economic: |
| | | • Maintain local tourism revenue |
| | | • Greater value-added local services |
| | | • Increased desirability as a place to live or retire |

### Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**

Remoteness:
- The area is more remote due to closing motorized vehicle routes and designating all routes as open to foot/horse and mountain bikes. Existing roads remain for administrative use.

Naturalness:
- The existing natural landscape is retained. Any new, recreational and non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious or evident.

Visitor Facilities:
- Simple/basic recreation developments are small in size. Maintained and signed trails are found on-site.

**Proposed Social RSCs:**

Contacts (avg.):
- Participants would encounter a season average of up to 8 encounters per day.

Group Size (avg.):
- Participants would encounter a season average of up to 6 people per group.

Evidence of Use:
- Sounds of other people occasionally heard. A few small localized areas of vegetation alteration and compacted/bare soils are acceptable. Inappropriate recreation use is rehabilitated.

BLM_0017633

**Proposed Operational RSCs:**
Access (types of travel):
- Mountain bike use is predominant and all recreational use is non-motorized.

 Visitor Services/Info:
- A simple brochure/map assists visitors. Minimum directional signage is installed on routes. Rules, regulations and ethics are clearly posted at trailheads.

Management Controls:
- A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.

## Supporting Management Action and Allowable Use Decisions

Camping:
- Camping and overnight use is prohibited within ¼ mile of the Fisher Creek Cemetery Road and within 200 of water sources.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The Haff Pasture (northern) portion is closed to motorized vehicle except on the Fisher Creek Cemetery Road. Outside of the Haff Pasture, the area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel (including cross-country skiing, snowboarding and snow-shoeing) is prohibited.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.
- The northern portion of the SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Forestry:
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Non-energy Solid Mineral Leasing:
- All federal mineral estate within SRMAs would be closed to non-energy solid mineral leasing.

Special Recreation Permits:
- Downhill biking shuttle services and downhill mountain biking events would not be authorized.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use stipulation which allows the BLM to require special operational constraints on the surface-disturbing activity including moving the proposed location more than 200 meters within the SRMA to minimize encounters and conflicts with recreation users and important recreation values.

BLM_0017634

- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- Limited small (< 75 person) competitive events would be issued.
- Vending permits outside of special events would not be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Reroute trails that that create resource damage and trespass on private property.
- Construct approximately 6-8 miles of new single-track mountain bike trails to create loop trails, link existing trails, reduce the amount biking on roads and create trail connections to new access points.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- Dogs are prohibited from December 1 to April 15 to protect wintering big game species.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

Administration:
- Administer the SRMA under a Memorandum of Understanding between the Red Hill Council and the BLM CRVFO that outlines administrative roles and responsibilities.
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- Unless otherwise specified, SRPs would be issued as a discretionary action. Analyze applications through the SRP Permit Evaluation Criteria for the issuance of Class I, II, III special recreation permits that are consistent with RMP objectives.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.

Information and Education:
- Create a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship

BLM_0017635

information; to help preserve the recreation opportunities and the special landscape character of this place.
- Work with local tourism groups, local businesses regarding tourism in an effort to promote mountain biking opportunities in the Roaring Fork Valley.

Monitoring:
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through September.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017636

## Hack Lake Special Recreation Management Area
### (Alternative B)
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## SRMA/RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

**Activities**

- Hiking
- Horseback Riding
- Hunting
- Camping

**Experiences**

- Enjoying an escape from crowds of people
- Releasing or reducing some built-up mental tensions
- Getting some needed physical exercise
- Enjoying the area's wildlife, scenery, views and aesthetics.

**Benefits**

Personal:
- Greater outdoor self-reliance, knowledge and self-confidence
- Improved physical fitness and health maintenance
- Improved mental well-being
- Greater environmental awareness and sensitivity

Community/Social:
- Strengthing relationships with family and friends

Environmental:
- Increased awareness and protection of natural landscapes

Economic:
- Increased desirability as a place to live or retire

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**

Remoteness:
- The current remoteness from motorized vehicles exists.

Naturalness:
- The existing natural landscape is retained. Any new, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious or evident.

Visitor Facilities:
- Simple/basic recreation developments at trailheads along with maintained/signed trails are found on-site.

**Proposed Social RSCs:**

Contacts (avg.):
- Participants encounter a season average of up to 6 encounters per day.

Group Size (avg.):
- Participants encounter a season average of up to 8 people per group.

Evidence of Use:
- Sounds of other people rarely heard. A few small localized areas of vegetation alteration and compacted/bare soils are acceptable near the trailhead and at campsites. Inappropriate recreation use is rehabilitated.

**Proposed Operational RSCs:**

Access (types of travel):
- All public recreational access is non-motorized/mechanized.

35

Visitor Services/Info:
- A simple brochure/map assists visitors. Minimum directional signage is installed on routes. Rules, regulations and ethics clearly posted at trailheads.

Management Controls:
- A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.

## Supporting Management Action and Allowable Use Decisions

Camping Restrictions:
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as closed to motorized vehicle use.
- Over-snow travel is prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Forestry:
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

Lands and Realty:
- ROW avoidance areas are applied to the SRMA.
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Material (salable) Disposal:
- The SRMA is closed to mineral material (salable such as moss rock, top soil, sand and gravel, scoria, fill dirt) disposal.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Non-energy Solid Mineral Leasing:
- All federal mineral estate within SRMAs would be closed to non-energy solid mineral leasing.

Special Recreation Permits:
- Only issue special recreation permits if the proposed activity or event is beneficial to the realization of values associated with primitive and unconfined recreation opportunities.
- No special recreation permits for competitive events would be issued.
- Downhill biking shuttle services and downhill mountain biking events would not be authorized.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in the SRMA for the protection of the recreation activities, recreation outcomes and the RSCs.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.

BLM_0017638

- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed  corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- Vending permits would not be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Maintain the existing trail system, install minimal signage on trails and construct new trails only to connect to new access points.
- Reroute trails that that create resource damage or trespass on private property.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.
- Unless otherwise specified, SRPs would be issued as a discretionary action. Analyze applications through the SRP Permit Evaluation Criteria for the issuance of Class I, II, III special recreation permits that are consistent with RMP objectives.
- Collaborate with the White River National Forest regarding visitor information that complements USFS management of the adjacent Flat Tops Wilderness.
- Collaborate with White River National Forest and private entities to provide a better trailhead and facilities at Sweetwater Lake.

Information and Education:
- Create a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Market the area locally. Local marketing involves tailoring information and maps to the needs and wants of local customers and providing information at local outlets and on-site locations only.

Monitoring:
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of June through November.

BLM_0017639

- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017640

**Hardscrabble/East Eagle Special Recreation Management Area**
(Alternative D)
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

**Recreation Management Zone (RMZ) 1**
------------------------------------------------------------------------------------------------------------------------------------

## RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| Mountain Biking | • Enjoying frequent access to outdoor physical activity<br>• Developing your skills and abilities<br>• For the challenge or sport<br>• Enjoying the areas wildlife, scenery, views and aesthetics | Personal:<br>• Improved physical fitness/ better health maintenance<br>• Improved outdoor recreation skills<br>• Living a more outdoor-oriented lifestyle.<br>• Improved balance of work and play in my life<br>• Restored my mind from stress/tension/anxiety<br>Community/Social:<br>• Heightened sense of satisfaction with our community<br>Environmental:<br>• Preserve the special landscape character of this place<br>Economic:<br>• Maintain local tourism revenue<br>• Increased desirability as a place to live or retire |

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**
Remoteness:
   • The area is more remote by reducing motorized vehicle routes.
Naturalness:
   • More man-made landscape alterations in the form of trails and facilities are seen. New, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious near recreation facilities and trails.
Visitor Facilities:
   • More facilities (e.g., trailheads, restrooms) are found within the area.

**Proposed Social RSCs:**
Contacts (avg.):
   • Participants encounter a season average of up to 10 encounters per day.
Group Size (avg.):
   • Participants encounter a season average of up to 8 people per group.

BLM_0017641

Evidence of Use:
- Sounds of other people intermittently heard. A few small localized areas of vegetation alteration and compacted/bare soils are acceptable. Inappropriate recreation use is rehabilitated.

**Proposed Operational RSCs:**
Access (types of travel):
- Mountain bike single-track trails and use are predominant.

Visitor Services/Info:
- A professionally designed brochure/map assists visitors. Moderate level of directional signage is installed on routes with names/numbers of trails identified. Rules, regulations and ethics are clearly posted at trailheads.

Management Controls:
- A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.

## Supporting Management Action and Allowable Use Decisions

Camping Restrictions:
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites and along North Hardscrabble Access Road (Spring Creek) within 300 feet from the centerline of said road located in T. 5 S., R 85 W., Track 80, 6th PM.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Non-energy Solid Mineral Leasing:
- All federal mineral estate within SRMAs would be closed to non-energy solid mineral leasing.

Special Recreation Permits:
- Downhill biking shuttle services and downhill mountain biking events would not be issued.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities in the SRMA to minimize encounters and conflicts with recreation users and important recreation values.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future)

40

BLM_0017642

national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- Vending permits outside of special events would not be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Construct (estimated 12-14 miles) new single-track mountain bike trails to create loop trails, link existing trails, reduce the amount biking on roads and create trail connections to new access points.
- Reroute trails that that create resource damage or trespass on private property.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.
- Unless otherwise specified, SRPs would be issued as a discretionary action. Analyze applications through the SRP Permit Evaluation Criteria for the issuance of Class I, II, III special recreation permits that are consistent with RMP objectives.

Information and Education:
- Create a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.

Monitoring:
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of Mid-April through September.

BLM_0017643

- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017644

## Recreation Management Zone (RMZ) 2

---

## SRMA/RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| Off-Highway Vehicle Riding and Driving | • Escaping everyday responsibilities for a while<br>• Enjoying frequent access to outdoor physical activity<br>• For the challenge or sport<br>• To be with others who enjoy the same things I do | Personal:<br>• Living a more outdoor- oriented lifestyle<br>• Improved balance of work and play in my life<br>• Enhance sense of personal freedom<br>• Restored my mind from stress/tension/anxiety<br>• Developing stronger ties with my family or friends<br>Community/Social:<br>• Lifestyle improvement or maintenance<br>• Strengthening relationships with family and friends<br>Environmental:<br>• Greater community ownership & stewardship of recreation & natural resources |

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**
Remoteness:
- OHV routes provide motorized access throughout the RMZ.

Naturalness:
- More man-made landscape alterations in the form of trails and facilities are seen. New, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious near recreation facilities and trails.

Visitor Facilities:
- More facilities (e.g., trailheads, restrooms) are found within the area.

**Proposed Social RSCs:**
Contacts (avg.):
- Participants encounter a season average of up to 10 encounters per day.

Group Size (avg.):
- Participants encounter a season average of up to 8 people per group.

Evidence of Use:
- Sounds of other people occasionally heard. A few small localized areas of vegetation alteration and compacted/bare soils are acceptable. Inappropriate recreation use is rehabilitated.

**Proposed Operational RSCs:**
Access (types of travel):
- OHV vehicle access is maintained throughout the RMZ.

43

BLM_0017645

Visitor Services/Info:
- A professionally designed brochure/map assists visitors. Moderate level of directional signage is installed on routes with names/numbers of trails identified. Rules, regulations and ethics are clearly posted at trailheads.

Management Controls:
- A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.

## Supporting Management Action and Allowable Use Decisions

Camping/Parking Restrictions:
- Parking, camping and overnight use is prohibited on BLM lands along the North Hardscrabble Access Road (Spring Creek) within 300 feet from the centerline of said road located in T. 5 S., R 85 W., Track 80, 6th PM.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.
- Designate a motocross track location/staging area (pending an environmental assessment) in the Spring Creek area to be managed under a Recreation and Public Purposes lease by the Town of Gypsum.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Non-energy Solid Mineral Leasing:
- All federal mineral estate within SRMAs would be closed to non-energy solid mineral leasing.

Special Recreation Permits:
- Downhill biking shuttle services and downhill mountain biking events would not be issued.
- Competitive motorized events would be issued only at the proposed designated motocross track.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities in the SRMA to minimize encounters and conflicts with recreation users and important recreation values.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future)

BLM_0017646

national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):

- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:

- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:

- Vending permits outside of special and competitive events would not be issued.

## Best Management Practices to Guide Implementation-level Management

Management:

- Construct trails to create loop trails, link existing trails and create trail connections to new access points.
- Reroute trails that that create resource damage or trespass on private property.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

Administration:

- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.
- Unless otherwise specified, SRPs would be issued as a discretionary action. Analyze applications through the SRP Permit Evaluation Criteria for the issuance of Class I, II, III special recreation permits that are consistent with RMP objectives.

Information and Education:

- Create a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.

Monitoring:

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of Mid-April through September.

BLM_0017647

- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017648



## King Mountain Special Recreation Management Area
### (Alternative B)
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## SRMA/RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| <ul><li>Hunting by Horseback (Scouting)</li><li>Viewing Wildlife</li><li>Camping</li></ul> | <ul><li>Enjoying the area's wildlife, scenery, views & aesthetics</li><li>To experience the natural surroundings</li><li>Enjoying the closeness of family/friends</li><li>For the challenge or sport</li></ul> | Personal:<br><ul><li>Improved opportunity to view wildlife up close</li><li>Closer relationship with the natural world</li><li>Greater understanding of the importance of wildlife to my quality of life</li><li>Developing stronger ties with my family and friends</li><li>Living a more outdoor-oriented lifestyle</li></ul>Community/Social:<br><ul><li>Strengthing relationships with family and friends</li></ul>Environmental:<br><ul><li>Greater protection of fish, wildlife, and plant habitat</li></ul>Economic:<br><ul><li>Maintain local tourism revenue</li></ul> |

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**
Remoteness:
- The current remoteness from motorized vehicles exists.

Naturalness:
- The existing natural landscape is retained. Any new, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious or evident.

Visitor Facilities:
- Simple/basic recreation developments at trailheads along with maintained/signed trails are found on-site.

**Proposed Social RSCs:**
Contacts (avg.):
- Participants encounter a season average of up to 6 encounters per day.

Group Size (avg.):
- Participants encounter a season average of up to 8 people per group.

Evidence of Use:
- Sounds of other people infrequently heard. A few small localized areas of vegetation alteration and compacted/bare soils are found near trailheads and at campsites. Inappropriate recreation use is rehabilitated.

BLM_0017649

**Proposed Operational RSCs:**

Access (types of travel):
- All public recreational access is non-motorized/mechanized except winter snowmobile use.

Visitor Services/Info:
- A simple brochure/map assists visitors. Minimum directional signage is installed on routes. Rules, regulations and ethics clearly posted at trailheads.

Management Controls:
- A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.

## Supporting Management Action and Allowable Use Decisions

Camping Restrictions:
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is limited to designated routes
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held wheeled game retrieval carts.
- Horse-drawn carts are allowed on designated routes.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Lands and Realty:
- ROW avoidance areas are applied to the SRMA.
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Material (salable) Disposal:
- The SRMA is closed to mineral material (salable such as moss rock, top soil, sand and gravel, scoria, fill dirt) disposal.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Non-energy Solid Mineral Leasing:
- All federal mineral estate within SRMAs would be closed to non-energy solid mineral leasing.

Special Recreation Permits:
- No special recreation permits for competitive events would be issued.
- No new summer, winter or upland hunting special recreation permits would be issued.
- New special recreation permits for horse rental and game retrieval might be issued if non-guided hunter demand exists.
- Downhill biking shuttle services and downhill mountain biking events would not be issued.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in the SRMA for the protection of the recreation activities, recreation outcomes and the RSCs.

BLM_0017650

- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.


## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.
- .

Special Recreation Permits:
- No vending permits would be issued.


## Best Management Practices to Guide Implementation-level Management

Management:
- Maintain the existing route system, install minimal signage on trails and construct new trails only to connect to new access points.
- Reroute trails that that create resource damage or trespass on private property.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.
- Unless otherwise specified, SRPs would be issued as a discretionary action. Analyze applications through the SRP Permit Evaluation Criteria for the issuance of Class I, II, III special recreation permits that are consistent with RMP objectives.

Information and Education:
- Create a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.

BLM_0017651

Monitoring:

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of September through November.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017652

## Red Hill Special Recreation Management Area
### (Alternatives B, C, D)

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## SRMA/RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| • Mountain Biking<br>• Hiking | • Releasing or reducing some built up mental tensions<br>• Enjoying frequent access to outdoor physical activity<br>• Developing your skills and abilities<br>• For the challenge or sport<br>• Enjoying the areas wildlife, scenery, views and aesthetics | Personal:<br>• Improved physical fitness/ better health maintenance<br>• Restored mind from stress/tension/anxiety<br>• Improved outdoor recreation skills<br>• Living a more outdoor-oriented lifestyle.<br>• Improved balance of work and play in my life<br>• Greater awareness of this area as a special place<br>Community/Social:<br>• Lifestyle improvement or maintenance<br>Environmental:<br>• Preserve the special landscape character of this place<br>Economic:<br>• Maintain local tourism revenue **Alternative D only**<br>• Greater value-added local services<br>• Increased desirability as a place to live or retire |

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**
Remoteness:
   • Remoteness from motorized vehicles exists.
Naturalness:
   • The existing natural landscape is retained. Any new, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious or evident.
Visitor Facilities:
   • Simple/basic recreation developments at trailheads along with maintained and signed single-track trails are found on-site.

**Proposed Social RSCs:**
Contacts (avg.):
   • Participants would encounter a season average of up to 8 encounters per day.
Group Size (avg.):
   • Participants would encounter a season average of up to 6 people per group.
Evidence of Use:
   • Sounds of other people occasionally heard. A few small localized areas of vegetation alteration and compacted/bare soils are acceptable. Inappropriate recreation use is rehabilitated

BLM_0017653

**Proposed Operational RSCs:**
<u>Access (types of travel):</u>
- Mountain bike single-track trails and use are predominant all recreational use is non-motorized.


<u>Visitor Services/Info:</u>
- A simple brochure/map assists visitors. Minimum directional signage is installed on routes. Rules, regulations and ethics clearly posted at trailheads.

<u>Management Controls:</u>
- A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.


## Supporting Management Action and Allowable Use Decisions

<u>Camping:</u>
- The SRMA is closed to camping and overnight use.

<u>Comprehensive Trails and Travel Management:</u>
- The area is classified as closed to motorized vehicle use and limited to designated routes for mountain bikes.
- Except for the Mushroom Rock area, the SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.
- Over-snow travel is prohibited.
- Hand-held, wheeled carts are allowed for the direct retrieval of big game.

<u>Firearm Use Restriction:</u>
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

<u>Forestry:</u>
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

<u>Lands and Realty:</u>
- ROW avoidance areas are applied to the SRMA. ***Alternatives B & C only***
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

<u>Mineral Material (salable) Disposal:</u>
- The SRMA is closed to mineral material (salable such as moss rock, top soil, sand and gravel, scoria, fill dirt) disposal. ***Alternatives B & C only***

<u>Mineral Withdrawal:</u>
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

<u>Non-energy Solid Mineral Leasing:</u>
- All federal mineral estate within SRMAs would be closed to non-energy solid mineral leasing.

<u>Special Recreation Permits:</u>
- No competitive events, group use or new commercial special recreation permits would be issued.
- Downhill biking shuttle services and downhill mountain biking events would not be issued.

<u>Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:</u>
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in the SRMA for the protection of the recreation activities, recreation outcomes and the RSCs.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads with interpretive sites with exceptional recreation values or significant public interest.

BLM_0017654

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical.
- Maintain the existing trail system and construct new trails only to connect to new access points. **Alternative C only**
- Construct new mountain bike trails on the northside to create a few more loop trails and make trail connections to new access points. **Alternatives B and D only**

Special Recreation Permits:
- No vending permits outside of special events would be issued.
- Limited small (< 75 person) competitive and group use events would be allowed. **Alternative D only**

## Best Management Practices to Guide Implementation-level Management

Management:
- Reroute trails that that create resource damage and trespass on private property.
- Develop additional access (e.g., Aspen Glen and/or Cattle Creek/Crystal Springs Road).
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

Administration:
- Administer the SRMA under a Memorandum of Understanding between the Red Hill Council and the BLM CRVFO that outlines administrative roles and responsibilities.
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.

Information and Education:
- Continue to provide a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Work with local tourism groups, local businesses and the Red Hill Council to tailor information and maps to the needs and wants of local customers. Provide information at local outlets and on-site locations only. **Alternatives B and C only**

BLM_0017655

- Work with local tourism groups, local businesses and the Red Hill Council regarding tourism in an effort to promote mountain biking opportunities in the Roaring Fork Valley. *Alternative D only*

Monitoring:

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017656

**Thompson Creek Special Recreation Management Area**
(Alternative D)
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

**Recreation Management Zone (RMZ) 1**
-------------------------------------------------------------------------------------------------------------------------------

**RMZ Outcome Objective**

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| Climbing | • Enjoying the area's wildlife, scenery, views and aesthetics<br>• Enjoying frequent access to outdoor physical activity<br>• Enjoying the solitude<br>• Developing skills and abilities | Personal:<br>• Living a more outdoor-oriented lifestyle<br>• Improved physical fitness<br>Community/Social:<br>• Developing stronger ties with family/friends<br>Environmental:<br>• Increased awareness and protection of natural landscapes and wildlife<br>Economic:<br>• Keeping expenditures in the local economy |

**Proposed Recreation Setting Characteristics (RSCs)**

**Proposed Physical RSCs:**
Remoteness:
•   Remoteness from motorized and mechanized routes exists.
Naturalness:
•   The existing natural landscape is retained. Any new, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious or evident.
Visitor Facilities:
•   Simple/basic trailhead developments along with a few maintained/signed trails are found on-site.

**Proposed Social RSCs:**
Contacts (avg.):
•   Participants would encounter a season average of up to 8 encounters per day.
Group Size (avg.):
•   Participants would encounter a season average of up to 6 people per group.
Evidence of Use:
•   Sounds of other people occasionally heard. Small localized areas of vegetation alteration and compacted/bare soils are found along travel routes and at climbing areas. Inappropriate recreation use is rehabilitated.

**Proposed Operational RSCs:**
Access (types of travel):
•   Foot/horse travel only.
Visitor Services/Info:
•   A simple brochure/map assists visitors. Minimum directional signage is installed on routes. Rules, regulations and ethics clearly posted at trailheads.

BLM_0017657

<u>Management Controls:</u>
- A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.

## Supporting Management Action and Allowable Use Decisions

<u>Camping:</u>
- BLM lands in the Thompson Creek area within ¼ mile of USFS Road 305 are closed to camping and overnight use outside of designated campsites and developed campgrounds.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

<u>Comprehensive Trails and Travel Management:</u>
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

<u>Firearm Use Restriction:</u>
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

<u>Forestry:</u>
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

<u>Lands and Realty:</u>
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

<u>Mineral Withdrawal:</u>
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

<u>Non-energy Solid Mineral Leasing:</u>
- All federal mineral estate within SRMA is closed to non-energy solid mineral leasing.

<u>Special Recreation Permits:</u>
- No new special recreation permits would be issued.
- No competitive or group use special recreation permits would be issued.
- Downhill biking shuttle services and downhill mountain biking events would not be issued.

<u>Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:</u>
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities in the SRMA to minimize encounters and conflicts with recreation users and important recreation values.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

<u>Visual Resource Management (VRM):</u>
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.

BLM_0017658

- A controlled surface use stipulation is applied on VRM Class II areas to retain the existing character of the landscape.
- A no surface occupancy stipulation is applied on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation Decisions Included in this RMP Revision

Climbing:
- Re-establishment of old routes and permanent fixed anchors (bolts and pitons) are permitted at the current climbing area (rock crag) only.
- Permanent fixed anchors (bolts and pitons) are permitted throughout the RMZ.
- Mechanical devices (e.g., power drills) may be used throughout the RMZ.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical.

Special Recreation Permits:
- No vending permits outside of special events would be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- No initial limitations on number of users/groups or group size for non-commercial use. Apply restrictions only if monitoring indicates RMZ outcome objective is not being met or RSC are exceeded.
- The BLM would encourage the use of bolt hangers painted in colors similar to the surrounding rock.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.

Information and Education:
- Leave No Trace principles would be employed to minimize the impact of climbing, including the removal of ropes and slings from permanent fixed anchors.
- Continue to provide a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Work with local tourism groups, local businesses and the Red Hill Council regarding tourism in an effort to promote climbing opportunities in the Roaring Fork Valley.

BLM_0017659

Monitoring:

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017660

## Recreation Management Zone (RMZ) 2
-----------------------------------------------------------------------------------------------------------------------------------
## RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| Day Hiking | • Escaping everyday responsibilities for a while<br>• Enjoying frequent access to outdoor physical activity<br>• Enjoying the area's wildlife, scenery, views and aesthetics | Personal:<br>• Improved physical fitness and health maintenance<br>• Improved mental well-being<br>• Greater environmental awareness and sensitivity<br>Community/Social:<br>• Strengthing relationships with family and friends<br>Environmental:<br>• Increased awareness and protection of natural landscapes and wildlife<br>Economic:<br>• Increased desirability as a place to live or retire |

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**
Remoteness:
- Remoteness from motorized and mechanized routes exists.

Naturalness:
- The existing natural landscape is retained. Any new, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious or evident.

Visitor Facilities:
- Simple/basic trailhead developments along with a few maintained/signed trails are found on-site.

**Proposed Social RSCs:**
Contacts (avg.):
- Participants would encounter a season average of up to 6 encounters per day.

Group Size (avg.):
- Participants would encounter a season average of up to 6 people per group.

Evidence of Use:
- Sounds of other people occasionally heard. A few small localized areas of vegetation alteration and compacted/bare soils are found along travel routes. Inappropriate recreation use is rehabilitated.

**Proposed Operational RSCs:**
Access (types of travel):
- Foot/horse travel only.

Visitor Services/Info:
- A simple brochure/map assists visitors. Minimum directional signage is installed on routes. Rules, regulations and ethics clearly posted at trailheads.

Management Controls:
- A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.

BLM_0017661

## Supporting Management Action and Allowable Use Decisions

Camping:
- BLM lands in the Thompson Creek area within ¼ mile of USFS Road 305 are closed to camping and overnight use outside of designated campsites and developed campgrounds.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited.
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Forestry:
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Non-energy Solid Mineral Leasing:
- All federal mineral estate within SRMA is closed to non-energy solid mineral leasing.

Special Recreation Permits:
- No new special recreation permits would be issued.
- No competitive or group use special recreation permits would be issued.
- Downhill biking shuttle services and downhill mountain biking events would not be issued.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities in the SRMA to minimize encounters and conflicts with recreation users and important recreation values.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- A controlled surface use stipulation is applied on VRM Class II areas to retain the existing character of the landscape.
- A no surface occupancy stipulation is applied on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of

BLM_0017662

vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical.

Special Recreation Permits:
- No vending permits outside of special events would be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.

Information and Education:
- Continue to provide a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Market the area locally. Local marketing involves tailoring information and maps to the needs and wants of local customers and providing information at local outlets and on-site locations only.

Monitoring:
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017663

## Recreation Management Zone (RMZ) 3
--------------------------------------------------------------------------------------------------------------------
## RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| Mountain Biking | • Enjoying frequent access to outdoor physical activity<br>• Developing your skills and abilities<br>• For the challenge or sport | **Personal:**<br>• Improved physical fitness/ better health maintenance<br>• Improved outdoor recreation skills<br>• Living a more outdoor-oriented lifestyle.<br>• Improved balance of work and play in my life<br>Community/Social:<br>• Lifestyle improvement or maintenance<br>Environmental:<br>• Preserve the special landscape character of this place<br>Economic:<br>• Greater value-added local services<br>• Increased desirability as a place to live or retire |

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**
Remoteness:
• Remoteness from unauthorized motorized vehicles exist.
Naturalness:
• The existing natural landscape is retained. Any new, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious or evident.
Visitor Facilities:
• Simple/basic trailhead developments along with a few maintained/signed trails are found on-site.

**Proposed Social RSCs:**
Contacts (avg.):
• Participants would encounter a season average of up to 8 encounters per day.
Group Size (avg.):
• Participants would encounter a season average of up to 6 people per group.
Evidence of Use:
• Sounds of other people occasionally heard. A few small localized areas of vegetation alteration and compacted/bare soils are acceptable. Inappropriate recreation use is rehabilitated

**Proposed Operational RSCs:**
Access (types of travel):
• Mountain bike single-track trails and use are predominant.
Visitor Services/Info:
• A simple brochure/map assists visitors. Minimum directional signage is installed on routes. Rules, regulations and ethics clearly posted at trailheads.

BLM_0017664

Management Controls:
- A moderate degree of visitor and land use controls exercised. BLM on-site presence is low away from trailheads.

## Supporting Management Action and Allowable Use Decisions

Camping:
- BLM lands in the Thompson Creek area within ¼ mile of USFS Road 305 are closed to camping and overnight use outside of designated campsites and developed campgrounds.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited.
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Forestry:
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Non-energy Solid Mineral Leasing:
- All federal mineral estate within SRMA is closed to non-energy solid mineral leasing.

Special Recreation Permits:
- No new special recreation permits would be issued.
- No competitive or group use special recreation permits would be issued.
- Downhill biking shuttle services and downhill mountain biking events would not be issued.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities in the SRMA to minimize encounters and conflicts with recreation users and important recreation values.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.

BLM_0017665

- A controlled surface use stipulation is applied on VRM Class II areas to retain the existing character of the landscape.
- A no surface occupancy stipulation is applied on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- No vending permits outside of special events would be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Construct approximately 6-8 miles of new single-track mountain bike trails to create loop trails, link existing trails, reduce the amount biking on roads and create trail connections to new access points.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.

Information and Education:
- Continue to provide a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Work with local tourism groups, local businesses and the Red Hill Council regarding tourism in an effort to promote mountain biking opportunities in the Roaring Fork Valley.

Monitoring:
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017666

## Upper Colorado River Special Recreation Management Area
### (Alternatives B, C and D)

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## Recreation Management Zone (RMZ) 1 – State Bridge to Burns

----------------------------------------------------------------------------------------------------------------

### RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| Trout Fishing<br>Float boating | • Enjoying closeness to family/friends<br>• Enjoying the area's wildlife, scenery, views and aesthetics<br>• Experiencing the natural surroundings<br>• Developing your skills and abilities<br>• Escaping everyday responsibilities for a while | Personal:<br>• Developing stronger ties with my family or friends<br>• Greater awareness of this area as a special place<br>• Improved balance of work and play in my life<br>• Improved outdoor recreation skills<br>• Renewed human spirit<br>Community/Social:<br>• Strengthening relationships with family and friends<br>• Increase stewardship and protection of river corridor<br>• Lifestyle improvement or maintenance<br>Environmental:<br>• Preservation of the special landscape character of this place<br>Economic:<br>• Generates employment<br>• Maintain tourism revenue |

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**
Remoteness:
• The river corridor retains the current level of remoteness.
Naturalness:
• The level of change to the characteristic natural landscape is low. Any modifications (e.g., ROWs, fences, ponds) are not visually obvious or evident.
Visitor Facilities:
• Expansion of existing visitor facilities (e.g., boat ramps, restrooms) occurs but new recreation developments are rare.
• Expansion of existing visitor facilities (e.g., boat ramps, restrooms) occurs and new recreation developments are constructed to accommodate more private and commercial use. ***Alternative D only***

**Proposed Social RSCs:**
Contacts (avg.):
• Participants encounter a season average of up to 10 encounters/day.

BLM_0017667

Group Size (avg.):
- Participants encounter a season average of up to 15 people per group. **Alternatives B and C only**
- Participants encounter a season average of up to 25 people per group. **Alternative D only**

Evidence of Use:
- Sounds of other people occasionally heard. Small localized areas of vegetation alteration and compacted/bare soils are found at camping and high-use areas. Inappropriate recreation use is rehabilitated.

**Proposed Operational RSCs:**

Access (types of travel):
- New recreational access is non-motorized away from developed facilities.

Visitor Services/Info:
- Brochures, maps, signs/kiosks provide visitor information and ethics throughout RMZ.

Management Controls:
- A moderate to high degree of visitor and land use controls exercised. BLM on-site presence is high at developed recreation sites. Regular patrols are performed on the Colorado River by staff/law enforcement/volunteers.

## Supporting Management Action and Allowable Use Decisions

Camping Restriction:
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited in portions of the SRMA
- Portions of the SRMA are closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species in portions of the SRMA.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Forestry:
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

Lands and Realty:
- ROW avoidance areas are applied to the SRMA. **Alternatives B & C only**
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Leasing:
- The federal mineral estate is closed to fluid mineral leasing and geophysical development.

Mineral Material (salable) Disposal:
- The SRMA is closed to mineral material (salable such as moss rock, top soil, sand and gravel, scoria, fill dirt) disposal. **Alternatives B & C only**

66

BLM_0017668

<u>Mineral Withdrawal:</u>
- Petition for withdrawal to the Secretary of the Interior the Upper Colorado River SRMA and developed recreation sites for closure to the mining laws for locatable mineral exploration or development.

<u>Non-energy Solid Mineral Leasing:</u>
- All federal mineral estate within SRMA is closed to non-energy solid mineral leasing.

<u>Special Recreation Permits:</u>
- To the extent monitoring indicates: (a) the recreation objectives and proposed social RSCs are being achieved, (b) land health standards are being achieved, and (c) use conflicts are minimal; issue river-related special recreation permits. ***Alternatives D only***
- No new river-related special recreation permits would be issued. New activities on existing special recreation permits must comply with the special recreation permit handbook and be approved by the authorized officer. ***Alternatives B and C only***
- Downhill biking shuttle services and downhill mountain biking events would not be authorized.

<u>Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:</u>
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in the SRMA for the protection of the recreation activities, recreation outcomes and the RSCs.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities within 0.50-mile of the high water mark (bank-full stage) of the Colorado River for the protection of high scenic and recreation values.
- Apply a controlled surface use stipulation within 0.25-mile of either side of the active river channel of the Colorado River that prohibits surface occupancy and surface disturbing activities to protect the outstanding remarkable values, water quality, and free flowing nature of suitable stream segments classified as "Recreational" under the Wild and Scenic Rivers Act. ***Alternatives B and C only***
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

<u>Visual Resource Management (VRM):</u>
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.


## Implementation-level Decisions Included in this RMP Revision.

<u>Comprehensive Trails and Travel Management:</u>
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical.

<u>Developed Facilities:</u>
- Create more launch ramps/ recreation facilities - to help spread out river traffic and create different length of times for commercial float trips. ***Alternative D only***

<u>Special Recreation Permits:</u>
- Commercial and private groups are limited to 15 people per group (including guides). ***Alternative C only***
- No vending permits, group use or competitive events would be issued.

BLM_0017669

## Best Management Practices to Guide Implementation-level Management

Management:
- Expansion of existing visitor facilities (e.g., boat ramps, restrooms) and some additional facilities may be constructed to accommodate increases in use.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.

Information and Education:
- Continue to provide a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Market the area locally. Local marketing involves tailoring information and maps to the needs and wants of local customers and providing information at local outlets and on-site locations only.

Monitoring:
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of June through September.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017670

## Recreation Management Zone (RMZ) 2 – Burns to Glenwood Canyon
-------------------------------------------------------------------------------------------------------------------------

### RMZ Outcome Objective

Participants in visitor assessments report an average 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where: 1 = Not at all realized to 5 = totally realized).

| Activities | Experiences | Benefits |
|---|---|---|
| • Float-boating<br>• Tubing | • Enjoying closeness to family/friends<br>• Enjoying participating in group/family outdoor activities<br>• Enjoying getting some needed mental/physical rest<br>• Escaping everyday responsibilities for a while<br>• Enjoying the area's wildlife, scenery, views and aesthetics | Personal:<br>• Developing stronger ties with my family or friends<br>• Greater awareness of this area as a special place<br>• Restored my mind from stress/tension/anxiety<br>• Improved balance of work and play in my life<br>Community/Social:<br>• Strengthening relationships with family and friends<br>• Lifestyle improvement or maintenance<br>Environmental:<br>• Increase stewardship and protection of river corridor |

## Proposed Recreation Setting Characteristics (RSCs)

**Proposed Physical RSCs:**
Remoteness:
- The river corridor retains the current level of remoteness.

Naturalness:
- The existing natural landscape is retained. Any new, non-recreational modifications (e.g., ROWs, fences, ponds) are not visually obvious or evident.

Visitor Facilities:
- Expansion of existing visitor facilities (e.g., boat ramps, restrooms) occurs and a few new recreation developments provide river access and accommodate day use..
- Some additional facilities would be constructed to specifically accommodate day-use and commercial use. ***Alternative D only***

**Proposed Social RSCs:**
Contacts (avg.):
- Participants encounter a season average of up to15 encounters per day.

Group Size (avg.):
- Participants encounter a season average of up to 25 people per group.

Evidence of Use:
- Sounds of other people occasionally heard. Small localized areas of vegetation alteration and compacted/bare soils are found at camping and high-use areas. Inappropriate recreation use is rehabilitated.

**Proposed Operational RSCs:**
Access (types of travel):
- New recreational access is non-motorized away from developed facilities.

Visitor Services/Info:
- Brochures, maps, signs/kiosks provide visitor information and ethics throughout RMZ.

BLM_0017671

<u>Management Controls:</u>
- A moderate to high degree of visitor and land use controls exercised. BLM on-site presence is high at developed recreation sites. Regular patrols are performed on the Colorado River by staff/law enforcement/volunteers.

## Supporting Management Action and Allowable Use Decisions

<u>Camping Restriction:</u>
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

<u>Comprehensive Trails and Travel Management:</u>
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

<u>Firearm Use Restriction:</u>
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

<u>Forestry:</u>
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

<u>Lands and Realty:</u>
- ROW avoidance areas are applied to the SRMA. ***Alternatives B & C only***
- ROW avoidance areas are applied to developed recreation sites.
- The SRMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

<u>Leasing:</u>
- The federal mineral estate is closed to fluid mineral leasing and geophysical development.

<u>Mineral Material (salable) Disposal:</u>
- The SRMA is closed to mineral material (salable such as moss rock, top soil, sand and gravel, scoria, fill dirt) disposal. ***Alternatives B & C only***

<u>Mineral Withdrawal:</u>
- Petition for withdrawal to the Secretary of the Interior developed recreation sites and the Upper Colorado River SRMA and developed recreation sites for closure to the mining laws for locatable mineral exploration or development.

<u>Non-energy Solid Mineral Leasing:</u>
- All federal mineral estate within SRMA is closed to non-energy solid mineral leasing.

<u>Special Recreation Permits:</u>
- To the extent monitoring indicates: (a) the recreation objectives and proposed social RSCs are being achieved, (b) land health standards are being achieved, and (c) use conflicts are minimal; issue river-related special recreation permits. ***Alternatives D only***
- No new river-related special recreation permits would be issued. New activities on existing special recreation permits must comply with the special recreation permit handbook and be approved by the authorized officer. ***Alternatives B and C only***
- Downhill biking shuttle services and downhill mountain biking events would not be authorized.

<u>Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:</u>
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in the SRMA for the protection of the recreation activities, recreation outcomes and the RSCs.

70

- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities within 0.50-mile of the high water mark (bank-full stage) of the Colorado River for the protection of high scenic and recreation values.
- Apply a controlled surface use stipulation within 0.25-mile of either side of the active river channel of the Colorado River that prohibits surface occupancy and surface disturbing activities to protect the outstanding remarkable values, water quality, and free flowing nature of suitable stream segments classified as "Recreational" under the Wild and Scenic Rivers Act. *Alternatives B and C only*
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The SRMA would be classified as VRM Class II and managed under VRM Class II objectives.
- Apply a controlled surface use stipulation on VRM Class II to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical.
Developed Facilities:
- Create more launch ramps/ recreation facilities - to help spread out river traffic and create different length of times for commercial float trips. *Alternative D only*
Special Recreation Permits:
- Commercial and private groups are limited to 25 people per group (including guides). *Alternative C only*
- No vending permits outside of special events would be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Expansion of existing visitor facilities (e.g., boat ramps, restrooms) and some additional facilities may be constructed to accommodate increases in use.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.
Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.

BLM_0017673

- As one part of a comprehensive funding strategy to support recreation sites and services, the BLM (with partner support) may charge fees for standard or expanded amenity recreation sites and services.

<u>Information and Education:</u>
- Continue to provide a basic, simple SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Market the area locally. Local marketing involves tailoring information and maps to the needs and wants of local customers and providing information at local outlets and on-site locations only.

<u>Monitoring:</u>
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of June through September.
- If future monitoring indicates that social RSCs are not being achieved, resource damage is occurring or user conflicts need to be addressed, the CRVFO may create an allocation system or apply group size limits for private and commercial recreation use.

BLM_0017674

# Management Framework
# for Proposed
# Extensive Recreation Management Area

BLM_0017675

BLM_0017676

## The Crown Extensive Recreation Management Area
### (Alternative C)



### ERMA Objective

In the Crown ERMA the R&VS focus on interdisciplinary travel management and providing information maintains a naturally-appearing landscape that supports participation in a variety of established recreation activities (e.g., motorsports, mountain biking, hiking, hunting and scenic driving).

### Supporting Management Action and Allowable Use Decisions

Camping Restrictions:
- Camping and overnight use is prohibited on BLM lands outside of designated campsites and developed campgrounds within the Crown ERMA.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited.
- The ERMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Forestry:
- The ERMA is closed to timber harvest, firewood cutting and special forest product harvest.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Special Recreation Permits:
- Downhill biking shuttle services and downhill mountain biking events would not be authorized.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- Apply a controlled surface use stipulation on VRM Class II lands to retain the existing character of the landscape.

BLM_0017677

- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- Limited small (< 75 person) competitive and group use events would be allowed.
- No vending permits outside of special events would be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Construct new routes on an interdisciplinary-basis in concert with other resources/resource programs. The focus of new routes should be to: reduce the amount biking on roads, form loop routes, link existing routes, create route connections to new access points and reduce conflicts (e.g., recreation, trespass on private property, resource).
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- Develop new recreation developments (e.g., trails, trailheads, restrooms) to effectively address recreation activity demand created by growing communities and recreation-tourism if: 1) the proposal is consistent with interdisciplinary land use plan objectives; and 2) sufficient funding and long-term management commitments are secured from managing partners.
- BLM funding (sometimes substantial when circumstances require it) and staff would be directed toward effectively addressing visitor health and safety, use/user conflict and resource protection issues created by recreation activities.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- Unless otherwise specified, SRPs would be issued as a discretionary action for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints.

Information and Education:
- Work with local chambers of commerce, tourism groups and businesses to provide definitive recreation information (i.e, accurate recreation information, user ethics, and use/user expectations) as opposed to promotional marketing.
- Provide visitor services and information (e.g., basic visitor brochures/maps, web-based materials, directional and informational signage, facilities, on-the-ground staff presence) sufficient to maintain activity participation, achieve ERMA objectives and reach resource stewardship goals.

Monitoring:
- Monitor: visitor use, visitor health and safety, resource conditions, and the physical qualities of the landscape with the help of recreation-tourism partnerships (e.g., towns, user groups, recreation-tourism organizations, outfitters, CDOW).

BLM_0017678

## Eagle River Extensive Recreation Management Area
### (Alternatives B, C & D)



## ERMA Objective

In the Eagle River ERMA the R&VS focus on maintaining existing facilities/access and providing information supports participation in float-boating, fishing and day-use activities on the remaining undeveloped riverfront parcels in the otherwise urban landscape.

## Supporting Management Action and Allowable Use Decisions

Camping/Parking Restrictions:
- Camping and overnight use is prohibited on BLM lands outside of designated campsites and developed campgrounds within the Eagle River ERMA.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited on portions of the ERMA.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Special Recreation Permits:
- No new river-related special recreation permits would be issued. New activities on existing special recreation permits must comply with the special recreation permit handbook and be approved by the authorized officer. **Alternatives B and C only**
- To the extent monitoring indicates: (a) land health standards are being achieved, and (b) use conflicts are minimal; issue river-related special recreation permits. **Alternatives D only**
- Downhill biking shuttle services and downhill mountain biking events would not be authorized.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities within 0.50-mile of the high water mark (bank-full stage) of the Eagle River for the protection of high scenic and recreation values.
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

77

- Apply a controlled surface use stipulation within 0.25-mile of either side of the active river channel of the Eagle River that prohibits surface occupancy and surface disturbing activities to protect the outstanding remarkable values, water quality, and free flowing nature of suitable stream segments classified as "Recreational" under the Wild and Scenic Rivers Act. **Alternative C only**

Visual Resource Management (VRM):
- Apply a controlled surface use stipulation on VRM Class II lands to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.


## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- Commercial and private groups are limited to 25 people per group (including guides). **Alternative C only**
- No vending permits outside of special events would be issued.


## Best Management Practices to Guide Implementation-level Management

Management:
- Construct new routes on an interdisciplinary-basis in concert with other resources/resource programs. The focus of new routes should be to: form loop routes, link existing routes, create route connections to new access points and reduce conflicts (e.g., recreation, trespass on private property, resource).
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- Develop new recreation developments (e.g., trails, trailheads, restrooms) to effectively address recreation activity demand created by growing communities and recreation-tourism if: 1) the proposal is consistent with interdisciplinary land use plan objectives; and 2) sufficient funding and long-term management commitments are secured from managing partners.
- BLM funding (sometimes substantial when circumstances require it) and staff would be directed toward effectively addressing visitor health and safety, use/user conflict and resource protection issues created by recreation activities.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- Unless otherwise specified, SRPs would be issued as a discretionary action for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints.

Information and Education:
- Work with local chambers of commerce, tourism groups and businesses to provide definitive recreation information (i.e, accurate recreation information, user ethics, and use/user expectations) as opposed to promotional marketing.

BLM_0017680

- Provide visitor services and information (e.g., basic visitor brochures/maps, web-based materials, directional and informational signage, facilities, on-the-ground staff presence) sufficient to maintain activity participation, achieve ERMA objectives and reach resource stewardship goals.

Monitoring:
- Monitor: visitor use, visitor health and safety, resource conditions, and the physical qualities of the landscape with the help of recreation-tourism partnerships (e.g., towns, user groups, recreation-tourism organizations, outfitters, CDOW).

BLM_0017681

## Fisher Creek Extensive Recreation Management Area
(Alternatives B and C)



### ERMA Objective

In the Fisher Creek ERMA the R&VS focus on interdisciplinary travel management and providing basic visitor services that maintains a naturally-appearing landscape that supports participation in a variety of non-motorized recreation activities (e.g., mountain biking, hiking, and hunting).

### Supporting Management Action and Allowable Use Decisions

Camping Restrictions:
- Camping and overnight use is prohibited on BLM lands within ¼ mile of the Fisher Creek Cemetery Road.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The Haff Pasture (northern) portion is closed to motorized vehicle except on the Fisher Creek Cemetery Road. Outside of the Haff Pasture, the area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited.
- The northern part of the ERMA (Haff Ranch) is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species. ***Alternative B only***
- The entire ERMA (Haff Ranch and the Cattle Creek area) is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species. ***Alternative C only***
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

Cross-country Skiing/Snowshoeing/Snowboarding:
- Cross country skiing/snowshoeing/snowboarding is prohibited.

Dogs:
- Non-working dogs are not allowed in the ERMA from December 1 to April 15. ***Alternative C only***

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Forestry:
- The ERMA is closed to timber harvest, firewood cutting and special forest product harvest.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Special Recreation Permits:
- Downhill biking shuttle services and downhill mountain biking events would not be issued

BLM_0017682

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use (CSU) stipulation within the ERMA. ***Alternative B only***
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- Apply a controlled surface use stipulation on VRM Class II areas to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- Limited small (< 75 person) competitive and group use events would be allowed. ***Alternative B only***
- No vending permits would be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Install minimal directional signing and no new trails would be constructed, only necessary reroutes of existing trails that create resource damage.
- Construct new routes on an interdisciplinary-basis in concert with other resources/resource programs. The focus of new routes should be to: form loop routes, link existing routes, create route connections to new access points and reduce conflicts (e.g., recreation, trespass on private property, resource).
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- Develop new recreation developments (e.g., trails, trailheads, restrooms) to effectively address recreation activity demand created by growing communities and recreation-tourism if: 1) the proposal is consistent with interdisciplinary land use plan objectives; and 2) sufficient funding and long-term management commitments are secured from managing partners.
- BLM funding (sometimes substantial when circumstances require it) and staff would be directed toward effectively addressing visitor health and safety, use/user conflict and resource protection issues created by recreation activities.
- Protect water resources and historical features of the area.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.

BLM_0017683

- Unless otherwise specified, SRPs would be issued as a discretionary action for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints.

Information and Education:

- Work with local chambers of commerce, tourism groups and businesses to provide definitive recreation information (i.e, accurate recreation information, user ethics, and use/user expectations) as opposed to promotional marketing.
- Provide visitor services and information (e.g., basic visitor brochures/maps, web-based materials, directional and informational signage, facilities, on-the-ground staff presence) sufficient to maintain activity participation, achieve ERMA objectives and reach resource stewardship goals.

Monitoring:

- Monitor: visitor use, visitor health and safety, resource conditions, and the physical qualities of the landscape with the help of recreation-tourism partnerships (e.g., towns, user groups, recreation-tourism organizations, outfitters, CDOW).

BLM_0017684

## Hack Lake Extensive Recreation Management Area

(Alternatives C and D)

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

### ERMA Objective

In the Hack Lake ERMA the R&VS focus on providing basic visitor services and maintaining the existing primitive trails/rustic trailheads retains an undisturbed natural landscape that supports participation in a variety of backcountry recreation activities (e.g., hiking, horseback riding, hunting and camping).

### Supporting Management Action and Allowable Use Decisions

Camping Restrictions:
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as closed to motorized vehicle use.
- Over-snow travel is prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.
- Maintain the existing trail system, install minimal signage on trails and construct new trails only to connect to new access points.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Forestry:
- The ERMA is closed to timber harvest, firewood cutting and special forest product harvest.

Lands and Realty:
- ROW avoidance areas are applied to areas determined to contain wilderness characteristics. *Alternative C only*
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Special Recreation Permits:
- Only issue special recreation permits if the proposed activity or event is beneficial to the realization of values associated with primitive and unconfined recreation opportunities.
- No special recreation permits for competitive events would be issued.
- Downhill biking shuttle services and downhill mountain biking events would not be authorized.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a no surface occupancy (NSO) stipulation that prohibit surface occupancy and surface disturbing activities on public lands managed for wilderness characteristics (primitive and unconfined recreation) which includes the ERMA. *Alternative C only*
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest. *Alternative D only*
- Apply a controlled surface use stipulation within 0.25-mile of either side of the active river channel of the Hack Creek that prohibits surface occupancy and surface disturbing activities to protect the

83

BLM_0017685

outstanding remarkable values, water quality, and free flowing nature of suitable stream segments classified as "Scenic" under the Wild and Scenic Rivers Act. ***Alternative C only***

Visual Resource Management (VRM):

- The Flats Tops addition (Hack Lake ERMA) would be managed for wilderness characteristics (primitive and unconfined recreation) and would be designated VRM Class II area. ***Alternative C only***
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed  corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.
- Apply a controlled surface use stipulation on VRM Class II areas to retain the existing character of the landscape.

Wilderness Characteristics Management and Setting Prescriptions:

- Recreation use and management would comply with setting and management prescriptions intended to protect the values associated with wilderness character along with primitive and unconfined recreation opportunities. ***Alternative C only***


## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:

- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:

- No vending permits would be issued.


## Best Management Practices to Guide Implementation-level Management

Management:

- Install minimal directional signing and no new trails would be constructed, only necessary reroutes of existing trails that create resource damage.
- Construct new routes on an interdisciplinary-basis in concert with other resources/resource programs. The focus of new routes should be to: form loop routes, link existing routes, create route connections to new access points and reduce conflicts (e.g., recreation, trespass on private property, resource).
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- Develop new recreation developments (e.g., trails, trailheads, restrooms) to effectively address recreation activity demand created by growing communities and recreation-tourism if: 1) the proposal is consistent with interdisciplinary land use plan objectives; and 2) sufficient funding and long-term management commitments are secured from managing partners.
- BLM funding (sometimes substantial when circumstances require it) and staff would be directed toward effectively addressing visitor health and safety, use/user conflict and resource protection issues created by recreation activities.

Administration:

- Administrative use authorizations for motorized access would be granted on a case-by-case basis.

BLM_0017686

- Unless otherwise specified, SRPs would be issued as a discretionary action for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints. Prohibit vending permits outside of special events on BLM lands.

Information and Education:

- Work with local chambers of commerce, tourism groups and businesses to provide definitive recreation information (i.e, accurate recreation information, user ethics, and use/user expectations) as opposed to promotional marketing.
- Provide visitor services and information (e.g., basic visitor brochures/maps, web-based materials, directional and informational signage, facilities, on-the-ground staff presence) sufficient to maintain activity participation, achieve ERMA objectives and reach resource stewardship goals.

Monitoring:

- Monitor: visitor use, visitor health and safety, resource conditions, and the physical qualities of the landscape with the help of recreation-tourism partnerships (e.g., towns, user groups, recreation-tourism organizations, outfitters, CDOW).

BLM_0017687

## Hardscrabble/East Eagle Extensive Recreation Management Area
(Alternative B and C)

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

### ERMA Objective

In the Hardscrabble/East Eagle ERMA the R&VS focus on interdisciplinary travel management and providing information supports) maintains a naturally-appearing landscape that supports participation in a variety of established recreation activities (e.g., motorsports, mountain biking, hiking, hunting and scenic driving).

### Supporting Management Action and Allowable Use Decisions

Camping/Parking Restrictions:
- Parking, camping and overnight use is prohibited on BLM lands along the North Hardscrabble Access Road (Spring Creek) within 300 feet from the centerline of said road  located in T. 5 S., R 85 W., Track 80, 6th PM.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- The ERMA, except for the East Eagle portion, is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species. *Alternative B only*
- Over-snow travel is prohibited except for the East Eagle portion of the ERMA. *Alternative B only*
- The entire ERMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species. *Alternative C only*
- Over-snow travel is prohibited in the ERMA. *Alternative C only*
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites and  along North Hardscrabble Access Road (Spring Creek) within 300 feet from the centerline of said road  located in T. 5 S., R 85 W., Track 80, 6th PM.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Special Recreation Permits:
- Downhill biking shuttle services and downhill mountain biking events would not be authorized.
- Competitive motorized events would be issued at the designated motocross track. *Alternative B only*

BLM_0017688

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use stipulation to constrain surface use, occupancy and surface disturbing activities within the ERMA to minimize conflicts with recreation opportunities, and recreation setting characteristics and visitor health and safety. ***Alternative B only***
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest. ***Alternative C only***
- Apply a controlled surface use stipulation within 0.25-mile of either side of the active river channel of the Abrams Creek that prohibits surface occupancy and surface disturbing activities to protect the outstanding remarkable values, water quality, and free flowing nature of suitable stream segments classified as "Recreational" under the Wild and Scenic Rivers Act. ***Alternative C only***

Visual Resource Management (VRM):
- Apply a controlled surface use stipulation on VRM Class II lands to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.

Facility Development:
- Designate a motocross track location/staging area (pending an environmental assessment) in the Spring Creek area to be managed under a Recreation and Public Purposes lease by the Town of Gypsum. ***Alternative B only***

Special Recreation Permits:
- No vending permits would be issued.

## Best Management Practices to Guide Implementation-level Management

Management:
- Consider designating separate trails for different uses when safety and recreation conflicts become an issue.
- Construct new routes on an interdisciplinary-basis in concert with other resources/resource programs. The focus of new routes should be to: form loop routes, link existing routes, create route connections to new access points and reduce conflicts (e.g., recreation, trespass on private property, resource).
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- Develop new recreation developments (e.g., trails, trailheads, restrooms) to effectively address recreation activity demand created by growing communities and recreation-tourism if: 1) the

BLM_0017689

proposal is consistent with interdisciplinary land use plan objectives; and 2) sufficient funding and long-term management commitments are secured from managing partners.

- BLM funding (sometimes substantial when circumstances require it) and staff would be directed toward effectively addressing visitor health and safety, use/user conflict and resource protection issues created by recreation activities.

Administration:

- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- Unless otherwise specified, SRPs would be issued as a discretionary action for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints. Prohibit vending permits outside of special events on BLM lands.

Information and Education:

- Work with local chambers of commerce, tourism groups and businesses to provide definitive recreation information (i.e, accurate recreation information, user ethics, and use/user expectations) as opposed to promotional marketing.
- Provide visitor services and information (e.g., basic visitor brochures/maps, web-based materials, directional and informational signage, facilities, on-the-ground staff presence) sufficient to maintain activity participation, achieve ERMA objectives and reach resource stewardship goals.

Monitoring:

- Monitor: visitor use, visitor health and safety, resource conditions, and the physical qualities of the landscape with the help of recreation-tourism partnerships (e.g., towns, user groups, recreation-tourism organizations, outfitters, CDOW).

BLM_0017690

## King Mountain Extensive Recreation Management Area
### (Alternatives C and D)

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

### ERMA Objective

In the King Mountain ERMA the R&VS focus on providing basic visitor services, maintaining existing trails and providing simple trailhead facilities maintains a naturally-appearing landscape that supports participation in backcountry recreation activities (e.g., backcountry camping, hunting and horseback riding). **Alternative C.**

In the King Mountain ERMA the R&VS focus on providing basic visitor services, maintaining existing trails and providing simple trailhead facilities maintains a naturally-appearing landscape that supports participation in non-motorized recreation activities (e.g., mountain biking, backcountry camping, hunting and horseback riding)  **Alternative D.**

### Supporting Management Action and Allowable Use Decisions

Camping/Parking Restrictions:
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is limited to designated routes
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Prohibit motorized cross-country travel for big game retrieval. Hand-held game retrieval carts are allowed.
- Horse-drawn carts are allowed on designated routes.

Facility Development:
- Pursue trailhead improvements and specifically improve the southern Highway 131 undeveloped camp site/parking area/access by hardening the camping area and by developing a designated trail that connects into the King Mountain trail system. Other new recreation developments (e.g., trails, trailheads, restrooms) to effectively address recreation activity demand created by growing communities and recreation-tourism may be developed if: 1) the proposal is consistent with interdisciplinary land use plan objectives and 2) sufficient funding and long-term management commitments are secured from managing partners (IA).

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites and  along North Hardscrabble Access Road (Spring Creek) within 300 feet from the centerline of said road  located in T. 5 S., R 85 W., Track 80, 6th PM.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

BLM_0017691

Special Recreation Permits:
- No special recreation permits for competitive events would be issued.
- No new summer, winter or upland hunting special recreation permits would be issued.
- New special recreation permits for horse rental and game retrieval might be issued if non-guided hunter demand exists.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use stipulation to constrain surface use, occupancy and surface disturbing activities within the ERMA to minimize conflicts with recreation opportunities, and recreation setting characteristics and visitor health and safety. ***Alternative C only***
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest. ***Alternative D only***

Visual Resource Management (VRM):
- Apply a controlled surface use stipulation on VRM Class II lands to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.


## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- No competitive events would be issued.
- Vending permits would not be issued.
- No new summer or new upland hunting special recreation permits would be issued except for horse rental and game retrieval that supports non-guided hunters.


## Best Management Practices to Guide Implementation-level Management

Management:
- Install minimal directional signing and no new trails would be constructed, only necessary reroutes of existing trails that create resource damage.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- Develop new recreation developments (e.g., trails, trailheads, restrooms) to effectively address recreation activity demand created by growing communities and recreation-tourism if: 1) the proposal is consistent with interdisciplinary land use plan objectives; and 2) sufficient funding and long-term management commitments are secured from managing partners.
- BLM funding (sometimes substantial when circumstances require it) and staff would be directed toward effectively addressing visitor health and safety, use/user conflict and resource protection issues created by recreation activities.

BLM_0017692

Administration:

- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- Unless otherwise specified, SRPs would be issued as a discretionary action for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints. Prohibit vending permits outside of special events on BLM lands.

Information and Education:

- Work with local chambers of commerce, tourism groups and businesses to provide definitive recreation information (i.e, accurate recreation information, user ethics, and use/user expectations) as opposed to promotional marketing.
- Provide visitor services and information (e.g., basic visitor brochures/maps, web-based materials, directional and informational signage, facilities, on-the-ground staff presence) sufficient to maintain activity participation, achieve ERMA objectives and reach resource stewardship goals.

Monitoring:

- Monitor: visitor use, visitor health and safety, resource conditions, and the physical qualities of the landscape with the help of recreation-tourism partnerships (e.g., towns, user groups, recreation-tourism organizations, outfitters, CDOW).

BLM_0017693

## New Castle Extensive Recreation Management Area (ERMA)
### (Alternatives B, C, D)
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## ERMA Objective

In the New Castle ERMA the R&VS focus on cooperative management with the Town of New Castle maintains adjacent BLM lands as open space which supports participation in a variety of day-use, non-motorized recreation activities (e.g., mountain biking, hiking and river-related) close to town.

## Supporting Management Action and Allowable Use Decisions

Camping/Parking Restrictions:
- Camping and overnight use is prohibited outside of designated campsites and developed campgrounds on BLM lands surrounding the Garfield Creek Colorado River Access in T 6 S., R. 91 W, Sections 7 and 8.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited north of New Castle. ***Alternatives B and D only***
- Over-snow travel is prohibited north of New Castle and in the Tibbetts area. ***Alternative C only***
- The ERMA, north of New Castle, is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species. ***Alternatives B and D only***
- The ERMA, north of New Castle and in the Tibbetts area, is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species. ***Alternative C only***
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.
- Consider designating separate trails for different uses when safety and recreation conflicts become an issue (IA).

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Lands and Realty:
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Special Recreation Permits:
- Downhill biking shuttle services and downhill mountain biking events would not be issued.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities within 0.50-mile of the high water mark (bank-full stage) of the Colorado River for the protection of high scenic and recreation values.

BLM_0017694

- Apply a controlled surface use stipulation to constrain surface use, occupancy and surface disturbing activities within the ERMA to minimize conflicts with recreation opportunities, and recreation setting characteristics and visitor health and safety. ***Alternatives B and C only***
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest. ***Alternative D only***

Visual Resource Management (VRM):
- Apply a controlled surface use stipulation on VRM Class II lands to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.


## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:
- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:
- Vending permits outside of special events would not be issued.


## Best Management Practices to Guide Implementation-level Management

Management:
- Construct new routes on an interdisciplinary-basis in concert with other resources/resource programs. The focus of new routes should be to: reduce the amount biking on roads, form loop routes, link existing routes, create route connections to new access points and reduce conflicts (e.g., recreation, trespass on private property, resource).
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- Develop new recreation developments (e.g., trails, trailheads, restrooms) to effectively address recreation activity demand created by growing communities and recreation-tourism if: 1) the proposal is consistent with interdisciplinary land use plan objectives; and 2) sufficient funding and long-term management commitments are secured from managing partners.
- BLM funding (sometimes substantial when circumstances require it) and staff would be directed toward effectively addressing visitor health and safety, use/user conflict and resource protection issues created by recreation activities.

Administration:
- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- Unless otherwise specified, SRPs would be issued as a discretionary action for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints. Prohibit vending permits outside of special events on BLM lands.

BLM_0017695

Information and Education:
- Work with local chambers of commerce, tourism groups and businesses to provide definitive recreation information (i.e, accurate recreation information, user ethics, and use/user expectations) as opposed to promotional marketing.
- Provide visitor services and information (e.g., basic visitor brochures/maps, web-based materials, directional and informational signage, facilities, on-the-ground staff presence) sufficient to maintain activity participation, achieve ERMA objectives and reach resource stewardship goals.

Monitoring:
- Monitor: visitor use, visitor health and safety, resource conditions, and the physical qualities of the landscape with the help of recreation-tourism partnerships (e.g., towns, user groups, recreation-tourism organizations, outfitters, CDOW).

BLM_0017696

## Silt Mesa Extensive Recreation Management Area (ERMA)
### (Alternatives B, C, D)

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## ERMA Objective

In the Silt Mesa ERMA the R&VS focus on cooperative management with the Town of Silt maintains close-to-town BLM lands as open space which supports participation in a variety of day-use, non-motorized recreation activities (e.g., motorsports, mountain biking, hiking and horseback riding). *Alternatives B and D.*

In the Silt Mesa ERMA the R&VS focus on cooperative management with the Town of Silt maintains close-to-town BLM lands as open space which supports participation in a variety of day-use, non-motorized recreation activities (e.g., mountain biking, hiking and horseback riding). **Alternative C.**

## Supporting Management Action and Allowable Use Decisions

Camping/Parking Restrictions:
- Camping and overnight use is prohibited on BLM lands outside of designated campsites and developed campgrounds within the Silt Mesan ERMA (BLM lands south of the crest of the Grand Hogback mountain in (T. 5 S., R. 91 W.; T. 5 S., R. 92 W; T. 6 S., R. 91 W; T. 6 S., R. 92 W). *Alternatives B and C only*
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites and within the Silt Mesan ERMA (BLM lands south of the crest of the Grand Hogback mountain in (T. 5 S., R. 91 W.; T. 5 S., R. 92 W; T. 6 S., R. 91 W; T. 6 S., R. 92 W). *Alternatives B and C only*

Lands and Realty:
- ROW avoidance areas include developed recreation sites.
- The ERMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Special Recreation Permits:
- Downhill biking shuttle services and downhill mountain biking events would not be issued.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a controlled surface use stipulation to constrain surface use, occupancy and surface disturbing activities within the ERMA to minimize conflicts with recreation opportunities, and recreation setting characteristics and visitor health and safety. *Alternatives B and C only*

BLM_0017697

- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest. ***Alternative D only***

Visual Resource Management (VRM):

- Apply a controlled surface use stipulation on VRM Class II lands to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

## Implementation-level Decisions Included in this RMP Revision.

Comprehensive Trails and Travel Management:

- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:

- Vending permits outside of special events would not be issued.

## Best Management Practices to Guide Implementation-level Management

Management:

- Construct new routes on an interdisciplinary-basis in concert with other resources/resource programs. The focus of new routes should be to: reduce the amount biking on roads, form loop routes, link existing routes, create route connections to new access points and reduce conflicts (e.g., recreation, trespass on private property, resource).
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- Consider designating separate trails for different uses when safety conflicts become an issue.
- Develop new recreation developments (e.g., trails, trailheads, restrooms) to effectively address recreation activity demand created by growing communities and recreation-tourism if: 1) the proposal is consistent with interdisciplinary land use plan objectives; and 2) sufficient funding and long-term management commitments are secured from managing partners.
- BLM funding (sometimes substantial when circumstances require it) and staff would be directed toward effectively addressing visitor health and safety, use/user conflict and resource protection issues created by recreation activities.

Administration:

- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- Unless otherwise specified, SRPs would be issued as a discretionary action for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints. Prohibit vending permits outside of special events on BLM lands.

Information and Education:

- Work with local chambers of commerce, tourism groups and businesses to provide definitive recreation information (i.e, accurate recreation information, user ethics, and use/user expectations) as opposed to promotional marketing.

96

- Provide visitor services and information (e.g., basic visitor brochures/maps, web-based materials, directional and informational signage, facilities, on-the-ground staff presence) sufficient to maintain activity participation, achieve ERMA objectives and reach resource stewardship goals.

Monitoring:

- Monitor: visitor use, visitor health and safety, resource conditions, and the physical qualities of the landscape with the help of recreation-tourism partnerships (e.g., towns, user groups, recreation-tourism organizations, outfitters, CDOW).

BLM_0017699

## Thompson Creek Extensive Recreation Management Area (ERMA)
### (Alternatives B and C)
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## ERMA Objective

In the Thompson Creek ERMA the R&VS focus on interdisciplinary travel management and basic visitor services maintains a predominately natural landscape that supports participation in a variety of established recreation activities (e.g., mountain biking, sport climbing, hiking, horseback riding and hunting). *Alternative B.*

In the Thompson Creek ERMA the R&VS focus on providing basic visitor services and information maintains a undisturbed natural landscape that supports participation in a variety of primitive recreation activities (e.g., traditional climbing, hiking, hunting and horseback riding). *Alternative C.*

## Supporting Management Action and Allowable Use Decisions

Camping Restrictions:
- Camping and overnight use is prohibited on BLM lands in the Thompson Creek area within ¼ mile of USFS Road 305.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

Comprehensive Trails and Travel Management:
- The parts that overlap with the Thompson Creek ACEC are closed to motorized and mechanized use. Outside of the ACEC the area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel would be limited to designated routes).
- Over-snow travel is prohibited.
- The ERMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.
- In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited.
- Cross-country motorized/mechanized travel for big game retrieval is prohibited. Hand-held, wheeled carts are allowed for the direct retrieval of big game.

Firearm Use Restriction:
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

Forestry:
- The ERMA is closed to timber harvest, firewood cutting and special forest product harvest.

Lands and Realty:
- ROW avoidance areas are applied to areas determined to contain wilderness characteristics. *Alternative C only*
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.
- Developed recreation sites are retained for long-term management.

Mineral Withdrawal:
- Petition for withdrawal to the Secretary of the Interior developed recreation sites for closure to the mining laws for locatable exploration or development (locatable minerals).

Special Recreation Permits:
- No new special recreation permits would be issued.

BLM_0017700

- No competitive or group use special recreation permits would be issued.
- Downhill biking shuttle services and downhill mountain biking events would not be issued.

Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:
- Apply a no surface occupancy (NSO) stipulation that prohibits surface occupancy and surface disturbing activities on public lands managed for wilderness characteristics (primitive and unconfined recreation) which includes the ERMA. ***Alternative C only***
- Apply a no surface occupancy stipulation within 0.25-mile of either side of the active river channel of the Colorado River that prohibits surface occupancy and surface disturbing activities on public lands managed to protect the outstanding remarkable values, water quality, and free flowing nature of suitable stream segments classified as "Wild" under the Wild and Scenic Rivers Act. ***Alternative C only***
- Apply a controlled surface use (CSU) stipulation within the ERMA. ***Alternative B only***
- Apply a controlled surface use stipulation on surface occupancy and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

Visual Resource Management (VRM):
- The Thompson Creek area would be managed for wilderness characteristics (primitive and unconfined recreation) and would be designated VRM Class II areas. ***Alternative C only***
- Apply a controlled surface use stipulation on VRM Class II areas to retain the existing character of the landscape.
- Apply a no surface occupancy stipulation on surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and visual integrity. Lands with high visual sensitivity are those lands within five miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

Wilderness Characteristics Management and Setting Prescriptions:
- Recreation use and management would comply with setting and management prescriptions intended to protect the values associated with wilderness character along with primitive and unconfined recreation opportunities. ***Alternative C only***

## Implementation-level Decisions Included in this RMP Revision.

Climbing:
***Alternative A only***
- Climbing is permitted on designated bolted routes at the current climbing area (rock crag) only.
- No additional development of bolted routes within the area would be permitted. .
- Mechanical devices (e.g., power drills) may not be used at the current climbing area (rock fin) only.

***Alternative B only***
- Re-establishment of old routes and permanent fixed anchors (bolts and pitons) are permitted at the current climbing area (rock crag) only.
- No additional development of bolted routes within the area would be permitted.
- Mechanical devices (e.g., power drills) may be used at the current climbing area (rock fin) only.

***Alternative C only***
- The establishment of new routes and reestablishment of old routes using fixed anchors are not permitted. All climbing must be done without fixed anchors or other human installations.
- All existing fixed anchors (bolts, hangers and pitons) would be removed.
- Mechanical devices (e.g., power drills) would not be permitted.

***Alternative D only***
- The establishment of new routes and reestablishment of old routes using fixed anchors are permitted.

BLM_0017701

- Mechanical devices (e.g., power drills) would be permitted.

Comprehensive Trails and Travel Management:

- A site-specific travel network of roads and trails available for public use and any limitations placed on that use would be included in the land use plan to the extent practical. In some areas the final travel management network of trails would be determined, at the implementation level (on-the-ground) due to the complexity of the area and incomplete data.

Special Recreation Permits:

- No vending permits would be issued.
- Commercial/educational climbing use is limited to one 4 person group per day including staff. *Alternative C only.*


## Best Management Practices to Guide Implementation-level Management

Management:

- Construct new routes on an interdisciplinary-basis in concert with other resources/resource programs. The focus of new routes should be to: reduce the amount biking on roads, form loop routes, link existing routes, create route connections to new access points and reduce conflicts (e.g., recreation, trespass on private property, resource).
- Install minimal directional signing, construct only a few (< 8 miles) of new trails (i.e, mountain bike, foot and horseback), and reroute existing mountain bike trails when necessary. *Alternative B only.*
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed. *Alternative B only.*
- Develop new recreation developments (e.g., trails, trailheads, restrooms) to effectively address recreation activity demand created by growing communities and recreation-tourism if: 1) the proposal is consistent with interdisciplinary land use plan objectives; and 2) sufficient funding and long-term management commitments are secured from managing partners.
- BLM funding (sometimes substantial when circumstances require it) and staff would be directed toward effectively addressing visitor health and safety, use/user conflict and resource protection issues created by recreation activities.

Administration:

- Administrative use authorizations for motorized access would be granted on a case-by-case basis.
- Unless otherwise specified, SRPs would be issued as a discretionary action for a wide variety of uses that are consistent with resource/program objectives and within budgetary/workload constraints. Prohibit vending permits outside of special events on BLM lands.
- No initial limitations on number of users/groups or group size for non-commercial use.

Information and Education:

- The community, local businesses and the Roaring Fork Climbing Coalition would not post information about the area on the world-wide web or other media outlets.
- The BLM would employ the principles of Leave No Trace to minimize the impact of climbing, including the removal of ropes and slings from permanent fixed anchors (IA).
- The community, local businesses and the RFCC would not post information about the area on the web or other media outlets.
- The BLM would encourage the use of bolt hangers painted in colors similar to the surrounding rock.
- Work with local chambers of commerce, tourism groups and businesses to provide definitive recreation information (i.e, accurate recreation information, user ethics, and use/user expectations) as opposed to promotional marketing.
- Provide visitor services and information (e.g., basic visitor brochures/maps, web-based materials, directional and informational signage, facilities, on-the-ground staff presence) sufficient to maintain activity participation, achieve ERMA objectives and reach resource stewardship goals.

BLM_0017702

Monitoring:

- Monitor: visitor use, visitor health and safety, resource conditions, and the physical qualities of the landscape with the help of recreation-tourism partnerships (e.g., towns, user groups, recreation-tourism organizations, outfitters, CDOW).

BLM_0017703

Recreation Setting Characteristics Matrix

## RECREATION SETTING CHARACTERISTICS MATRIX

02-10-2010

### PHYSICAL - Qualities of the Landscape

| | Primitive Classification | Back Country Classification | Middle Country Classification | Front Country Classification | Rural Classification | Urban Classification |
|---|---|---|---|---|---|---|
| Remoteness (approx. distance from routes) | More than ½ mile from either mechanized or motorized routes. | Within ½ mile of mechanized routes. | Within ½ mile of four-wheel drive vehicle, ATV and motorcycle routes. | Within ½ mile of low-clearance or passenger vehicle routes (includes unpaved County roads and private land routes) | Within ½ mile of paved/primary roads and highways. | Within ½ mile of streets and roads within municipalities and along highways. |
| Naturalness (landscape texture form, line, color) | Undisturbed natural landscape. | Natural landscape with any modifications in harmony with surroundings and not visually obvious or evident (e.g. stock ponds, trails). | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g. fences, primitive roads). | Character of the natural landscape partially modified but none overpower natural landscape (e.g. roads, structures, utilities). | Character of the natural landscape considerably modified (agriculture, residential or industrial). | Urbanized developments dominate landscape. |
| Visitor Facilities | No structures. Foot/horse and water trails only. | Developed trails made mostly of native materials such as log bridges. Structures are rare and isolated. | Maintained and marked trails, simple trailhead developments and basic toilets. | Rustic facilities such as campsites, restrooms, trailheads, and interpretive displays. | Modern facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. | Elaborate full-service facilities such as laundry, restaurants, and groceries. |

### SOCIAL - Qualities Associated with Use

| | Primitive Classification | Back Country Classification | Middle Country Classification | Front Country Classification | Rural Classification | Urban Classification |
|---|---|---|---|---|---|---|
| Contacts (avg. with any other group) | Fewer than 3 encounters/day at camp sites and fewer than 6 encounters/day on travel routes. | 3-6 encounters/day of travel routes (e.g., campsites) and 7-15 encounters/day on travel routes. | 7-14 encounters/day off travel routes (e.g., staging areas) and 15-29 encounters/ day on travel routes. | 15-29 encounters/day off travel routes (e.g., campgrounds) and 30 or more encounters/day on travel routes. | People seem to be generally everywhere. | Busy place with other people constantly in view. |
| Group Size (average - other than you own) | Fewer than or equal to 3 people per group. | 4-5 people per group. | 7-12 people per group | 13-25 people per group. | 26-50 people per group. | Greater than 50 people per group. |
| Evidence of Use | No alteration of the natural terrain. Footprints only observed. Sounds of people rare. | Areas of alteration uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | Small areas of alteration. Surface vegetation showing wear with some bare soils. Sounds of people occasionally heard. | Small areas of alteration prevalent. Surface vegetation gone with composited soils observed. Sounds of people regularly heard. | A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. | Large areas of alteration prevalent. Some erosion. Constantly hear people. |

### OPERATIONAL - Conditions Created by Management and Controls over Recreation Use

| | Primitive Classification | Back Country Classification | Middle Country Classification | Front Country Classification | Rural Classification | Urban Classification |
|---|---|---|---|---|---|---|
| Public Access (types of travel allowed) | Foot, horse, and non-motorized float boat travel. | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | Ordinary highway auto and truck traffic is characteristic. | Wide variety of street vehicles and highway traffic is ever-present. |
| Visitor Services (and information) | No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | Basic maps, staff infrequently present (e.g. seasonally, high use periods) to provide on-site assistance | Area brochures and maps, staff occasionally (e.g. most weekends) present to provide on-site assistance. | Information materials describe recreation areas & activities, staff periodically present (e.g. weekdays & weekends). | Information described to the left, plus experience and benefit descriptions, staff regularly present (e.g. almost daily). | Information described to the left, plus regularly scheduled on-site outdoor demonstrations and clinics. |
| Management Controls | No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | Basic user regulations at key access points. Minimum use restrictions. | Some regulatory and ethics signing. Moderate use restrictions. (e.g. camping, human waste). | Rules, regulations and ethics clearly posted. Use restrictions, limitations and/or closures. | Regulations strict and ethics prominent. Use may be limited by permit, reservation, etc. | Enforcement in addition to rules to reduce conflicts, hazards, and resource damage. |

NOTE: This matrix can be customized to meet particular planning needs: 1) classes can be added, split, or merged; 2) characteristics can be added or deleted; 3) class names can be changed and 4) the text can be modified; however the concept of a spectrum must remain intact.

102

# Recreation Setting Characteristic Maps
# for the Physical Attribute of Remoteness
# for Alternatives A, B, C and D

BLM_0017705

104

BLM_0017706



BLM_0017707



BLM_0017708



BLM_0017709



BLM_0017710

# APPENDIX L
# AIR RESOURCES IMPACTS

BLM_0017711

BLM_0017712

# APPENDIX L

## Air Resources Impacts

| Table | Description | Page |
|---|---|---|
| **Emissions** | | |
| Table L-1 | Maximum Annual Criteria Pollutant and HAP Emissions from Project Sources | L-3 |
| Table L-2 | Maximum Annual GHG Emissions from Project Sources | L-3 |
| **Near-Field Impacts** | | |
| Table L-3 | Near-Field Criteria Pollutant Predicted Concentrations | L-4 |
| Table L-4 | Near-Field 1-Hour HAP Maximum Concentration Comparison to RELs | L-6 |
| Table L-5 | Near-Field Annual Average Predicted Concentrations Compared to RfCs | L-7 |
| Table L-6 | Near-Field Cancer Risk From Long-Term Exposure | L-8 |
| **Far-Field Non-Ozone Project Impacts** | | |
| Table L-7 | Maximum Predicted 1-Hour $NO_2$ Impacts from Project Sources | L-9 |
| Table L-8 | Maximum Predicted Annual $NO_2$ Impacts from Project Sources | L-10 |
| Table L-9 | Maximum Predicted 24-Hour $PM_{10}$ Impacts from Project Sources | L-11 |
| Table L-10 | Maximum Predicted Annual $PM_{10}$ Impacts from Project Sources | L-12 |
| Table L-11 | Maximum Predicted 24-Hour $PM_{2.5}$ Impacts from Project Sources | L-13 |
| Table L-12 | Maximum Predicted Annual $PM_{2.5}$ Impacts from Project Sources | L-14 |
| Table L-13 | Maximum Predicted 1-Hour $SO_2$ Impacts from Project Sources | L-15 |
| Table L-14 | Maximum Predicted 3-Hour $SO_2$ Impacts from Project Sources | L-16 |
| Table L-15 | Maximum Predicted 24-Hour $SO_2$ Impacts from Project Sources | L-17 |
| Table L-16 | Maximum Predicted Annual $SO_2$ Impacts from Project Sources | L-18 |
| Table L-17 | Maximum Predicted 1-Hour CO Impacts from Project Sources | L-19 |
| Table L-18 | Maximum Predicted 8-Hour CO Impacts from Project Sources | L-20 |
| Table L-19 | Maximum Predicted Nitrogen Deposition Impacts from Project Sources | L-21 |
| Table L-20 | Maximum Predicted Sulfur Deposition Impacts from Project Sources | L-22 |
| Table L-21 | Maximum Predicted Lake Acid Neutralizing Capacity Changes from Project Sources | L-23 |
| Table L-22 | Days of Visibility Change $\geq 1.0$ dv at Class I and Sensitive Class II Areas from Project Sources | L-24 |

BLM_0017713

| Table | Description | Page |
|---|---|---|
| Table L-23 | Days of Visibility Change ≥0.5 dv at Class I and Sensitive Class II Areas from Project Sources | L-25 |
| Table L-24 | Days of Visibility Change ≥1.0 dv at Scenic Views from Project Sources | L-26 |
| Table L-25 | Days of Visibility Change ≥0.5 dv at Scenic Views from Project Sources | L-27 |

***Far-Field Non-Ozone Cumulative Impacts***

| | | |
|---|---|---|
| Table L-26 | Maximum Predicted 1-Hour $NO_2$ Impacts from Cumulative Sources | L-28 |
| Table L-27 | Maximum Predicted Annual $NO_2$ Impacts from Cumulative Sources | L-29 |
| Table L-28 | Maximum Predicted 24-Hour $PM_{10}$ Impacts from Cumulative Sources | L-30 |
| Table L-29 | Maximum Predicted Annual $PM_{10}$ Impacts from Cumulative Sources | L-31 |
| Table L-30 | Maximum Predicted 24-Hour $PM_{2.5}$ Impacts from Cumulative Sources | L-32 |
| Table L-31 | Maximum Predicted Annual $PM_{2.5}$ Impacts from Cumulative Sources | L-33 |
| Table L-32 | Maximum Predicted 1-Hour $SO_2$ Impacts from Cumulative Sources | L-34 |
| Table L-33 | Maximum Predicted 3-Hour $SO_2$ Impacts from Cumulative Sources | L-35 |
| Table L-34 | Maximum Predicted 24-Hour $SO_2$ Impacts from Cumulative Sources | L-36 |
| Table L-35 | Maximum Predicted Annual $SO_2$ Impacts from Cumulative Sources | L-37 |
| Table L-36 | Maximum Predicted 1-Hour CO Impacts from Cumulative Sources | L-38 |
| Table L-37 | Maximum Predicted 8-Hour CO Impacts from Cumulative Sources | L-39 |
| Table L-38 | Maximum Predicted Nitrogen Deposition from Cumulative Sources | L-40 |
| Table L-39 | Maximum Predicted Sulfur Deposition from Cumulative Sources | L-41 |
| Table L-40 | Maximum Predicted Lake Acid Neutralizing Capacity Changes from Cumulative Sources | L-42 |
| Table L-41 | Days of Visibility Change ≥1.0 dv at Class I and Sensitive Class II Areas from Cumulative Sources | L-43 |
| Table L-42 | Days of Visibility Change ≥1.0 dv at Scenic Views from Cumulative Sources | L-44 |

***Ozone Impacts***

| | | |
|---|---|---|
| Table L-43 | Future Ozone Design Values for Monitors in the 4km Domain | L-45 |

BLM_0017714

**Table L-1. Maximum Annual Criteria Pollutant and HAP Emissions from Project Sources**

| Pollutant | Emissions (tpy) | | | |
|---|---|---|---|---|
| | Alt. A | Alt. B | Alt. C | Alt. D |
| **Criteria Pollutants** | | | | |
| CO | 805 | 103 | 103 | 726 |
| $NO_x$ | 423 | 60 | 60 | 383 |
| $PM_{10}$ | 1,950 | 66 | 66 | 177 |
| $PM_{2.5}$ | 200 | 10 | 10 | 25 |
| $SO_2$ | 1 | 1 | 1 | 1 |
| VOCs | 3,382 | 1,268 | 1,268 | 2,599 |
| **Hazardous Air Pollutants** | | | | |
| Benzene | 73 | 21 | 21 | 41 |
| Ethylbenzene | 0.3 | 0.2 | 0.2 | 0.5 |
| Formaldehyde | 55 | 0.04 | 0.04 | 44 |
| Hexane | 210 | 122 | 122 | 234 |
| Toluene | 52 | 22 | 22 | 43 |
| Xylene | 28 | 17 | 17 | 32 |

tpy = short tons per year

**Table L-2. Maximum Annual GHG Emissions from Project Sources**

| GHG | Emissions (mtpy) | | | |
|---|---|---|---|---|
| | Alt. A | Alt. B | Alt. C | Alt. D |
| $CO_2$ | 181,575 | 60,677 | 60,677 | 198,221 |
| $CH_4$ | 13,973 | 9,800 | 9,800 | 19,586 |
| $N_2O$ | 2.17 | 1.04 | 1.04 | 2.63 |
| **Total $CO_2e$** | **475,680** | **266,806** | **266,806** | **610,346** |

mtpy = metric tons per year

BLM_0017715

**Table L-3.  Near-Field Criteria Pollutant Predicted Concentrations**

| Criteria Pollutant | Avg. Period | Year | Concentration ($\mu g/m^3$) | | | Ambient Standard ($\mu g/m^3$) | | Percent of NAAQS |
|---|---|---|---|---|---|---|---|---|
| | | | Modeled | Background | Total [a] | NAAQS | CAAQS | |
| CO | 1-hour | 2004 | 335 | 4,656 | **4,991** | 40,000 | 40,000 | 12% |
| | | 2005 | 353 | 4,656 | **5,009** | 40,000 | 40,000 | 13% |
| | | 2006 | 334 | 4,656 | **4,990** | 40,000 | 40,000 | 12% |
| CO | 8-hour | 2004 | 165 | 2,328 | **2493** | 10,000 | 10,000 | 25% |
| | | 2005 | 149 | 2,328 | **2477** | 10,000 | 10,000 | 25% |
| | | 2006 | 138 | 2,328 | **2466** | 10,000 | 10,000 | 25% |
| NO$_2$ | 1-hour | 2004 | | Not Included [b] | | 189 | NA | |
| | | 2005 | 139.5 | Not Included [b] | **139.5** [b, d] | 189 | NA | 74% [b] |
| | | 2006 | | Not Included [b] | | 189 | NA | |
| NO$_2$ | Annual | 2004 | 8.32 | 30.6 | **38.92** | 100 | 100 | 39% |
| | | 2005 | 8.06 | 30.6 | **38.66** | 100 | 100 | 39% |
| | | 2006 | 7.71 | 30.6 | **38.31** | 100 | 100 | 38% |
| PM$_{10}$ | 24-hour | 2004 | 15.5 | 56 | **71.5** [c] | 150 | 150 | 48% |
| | | 2005 | 15.0 | 56 | **71.0** [c] | 150 | 150 | 47% |
| | | 2006 | 16.8 | 56 | **72.8** [c] | 150 | 150 | 49% |
| PM$_{10}$ | Annual | 2004 | 0.73 | 30 | **30.73** [c] | Revoked | 50 | na |
| | | 2005 | 0.78 | 30 | **30.78** [c] | Revoked | 50 | na |
| | | 2006 | 0.83 | 30 | **30.83** [c] | Revoked | 50 | na |
| PM$_{2.5}$ | 24-hour | 2004 | | 24 | | 35 | NA | |
| | | 2005 | 2.85 | 24 | **26.85** [c, d] | 35 | NA | 77% |
| | | 2006 | | 24 | | 35 | NA | |
| PM$_{2.5}$ | Annual | 2004 | 0.37 | 9 | **9.37** [c] | 15 | NA | 62% |
| | | 2005 | 0.36 | 9 | **9.36** [c] | 15 | NA | 62% |
| | | 2006 | 0.36 | 9 | **9.36** [c] | 15 | NA | 62% |
| SO$_2$ [e] | 1-hour | 2004 | | 80.82 | | 195 | NA | |
| | | 2005 | 3.21 | 80.82 | **84.03** [h] | 195 | NA | 43% |
| | | 2006 | | 80.82 | | 195 | NA | |
| SO$_2$ [f] | 3-hour | 2004 | 2.01 | 66.6 | **68.61** | 1,300 | 700 | 5% |
| | | 2005 | 1.97 | 66.6 | **68.57** | 1,300 | 700 | 5% |
| | | 2006 | 1.90 | 66.6 | **68.50** | 1,300 | 700 | 5% |

**Table L-3.  Near-Field Criteria Pollutant Predicted Concentrations**

| Criteria Pollutant | Avg. Period | Year | Concentration (µg/m³) | | | Ambient Standard (µg/m³) | | Percent of NAAQS |
|---|---|---|---|---|---|---|---|---|
| | | | Modeled | Background | Total [a] | NAAQS | CAAQS | |
| SO$_2$ [g] | 24-hour | 2004 | 0.85 | 34.6 | **35.45** | 365 | NA | 10% |
| | | 2005 | 0.78 | 34.6 | **35.38** | 365 | NA | 10% |
| | | 2006 | 0.63 | 34.6 | **35.23** | 365 | NA | 10% |
| SO$_2$ [g] | Annual | 2004 | 0.27 | 5.3 | **5.57** | 80 | NA | 7% |
| | | 2005 | 0.26 | 5.3 | **5.56** | 80 | NA | 7% |
| | | 2006 | 0.25 | 5.3 | **5.55** | 80 | NA | 7% |

CAAQS = Colorado Ambient Air Quality Standards
µg/m³ = micrograms per cubic meter
NAAQS = National Ambient Air Quality Standards
TBD = To be determined

[a] For short-term (non-annual) averaging times, compliance with the CO, PM$_{10}$, and SO$_2$ NAAQS is based on the highest-second-highest (H2H) short-term concentration, while compliance with the short-term PM$_{2.5}$ and NO$_2$ NAAQS is based on the highest 3-year average eighth-highest short-term concentration.  Short-term modeled concentrations reported here are highest-second-highest for CO, PM$_{10}$, and SO$_2$, and highest-eighth-highest for PM$_{2.5}$ and NO$_2$.  Annual (long-term) modeled concentrations are highest concentrations which are required for an annual average NAAQS compliance demonstration.

[b] The 1-hour NO$_2$ background concentration was not added to the modeled concentration.  February 22, 2010 USEPA guidance describes identification of the 3-year average of the eighth-highest modeled concentration on a receptor-by-receptor basis (USEPA 2010c).  Inclusion of background concentration is not included in the procedure for comparing AERMOD modeling results with the 1-hour NO$_2$ NAAQS.

[c] PM$_{2.5}$ and PM$_{10}$ modeling results are shown for Alternatives B, C, and D fugitive dust emission rates (which are identical) and for Alternative A non-fugitive dust emission rates.

[d] Due to 1-hour NO$_2$ and 24-hour PM$_{2.5}$ NAAQS standard formats that use a three-year average to determine compliance, only one total concentration is reported for the three-year modeling period.

[e] The new 1-hour SO$_2$ standard became effective on August 23, 2010.  To comply with the 1-hour SO$_2$ standard, the three-year average of the annual 99th percentile of the 1-hour daily maximum concentration must be less than or equal to 195.5 µg/m³ (75 ppb).

[f] As of August 23, 2010, this standard transitioned from a primary standard (protecting human health) to a secondary standard (protecting environment) at the federal level.  However, state air quality agencies have discretion to continue enforcing this standard as a primary standard.

[g] As of August 23, 2010, this standard became obsolete at the federal level.  However, state air quality agencies have discretion to continue enforcing this standard.

[h] The 1-hour SO$_2$ background concentration is based on the 99th percentile of year 2006 1-hour SO$_2$ data from a monitor (ID 08-031-0002) located on Broadway Street, Denver, Colorado in Denver County.

BLM_0017717

**Table L-4.  Near-Field 1-Hour HAP Maximum Concentration Comparison to RELs**

| HAP | Modeled Year | Maximum 1-Hour Modeled Concentration (µg/m³) | Background Concentration (µg/m³) [a] | Maximum Total Concentration (µg/m³) | REL (µg/m³) |
|---|---|---|---|---|---|
| Benzene | 2004 | 161.87 | 10.11 | 171.98 | 1,300 [b] |
| | 2005 | 154.18 | 10.11 | 164.29 | |
| | 2006 | 154.51 | 10.11 | 164.62 | |
| Ethylbenzene | 2004 | 0.00542 | 4.30 | 4.31 | 350,000 [c] |
| | 2005 | 0.00665 | 4.30 | 4.31 | |
| | 2006 | 0.00656 | 4.30 | 4.31 | |
| Formaldehyde | 2004 | 6.48 | 17.30 | 23.77 | 94 [b] |
| | 2005 | 7.94 | 17.30 | 25.24 | |
| | 2006 | 7.83 | 17.30 | 25.13 | |
| n-Hexane | 2004 | 1120 | N/A [d] | 1120.47 | 390,000 [c] |
| | 2005 | 1067 | N/A [d] | 1067.23 | |
| | 2006 | 1070 | N/A [d] | 1069.56 | |
| Toluene | 2004 | 133.79 | 47.08 | 180.87 | 37,000 [b] |
| | 2005 | 127.44 | 47.08 | 174.51 | |
| | 2006 | 127.71 | 47.08 | 174.79 | |
| Xylene | 2004 | 89.28 | 20.70 | 109.98 | 22,000 [b] |
| | 2005 | 85.04 | 20.70 | 105.74 | |
| | 2006 | 85.22 | 20.70 | 105.92 | |

µg/m³ = micrograms per cubic meter

REL = Reference Exposure Level

[a]  Background concentrations are values averaged for years 2006 and 2007, based on monitored 24-hour maximum values collected in Grand Junction, Colorado (CDPHE-APCD 2008a) that are divided by 0.4 to adjust to a 1-hour average concentration.

[b]  USEPA Air Toxics Database, Table 2 (USEPA 2005a).

[c]  No REL available for these HAPs.  Values shown are from Immediately Dangerous to Life or Health (IDLH/10), USEPA Air Toxics Database, Table 2 (USEPA 2005a).

[d]  Monitored data was not available for this pollutant.

BLM_0017718

**Table L-5.  Near-Field Annual Average Predicted Concentrations Compared to RfCs**

| Pollutant | Year | Annual Modeled Concentration ($\mu$g/m³) | Background Concentration ($\mu$g/m³) [a] | Maximum Total Concentration ($\mu$g/m³) | RfC [b] ($\mu$g/m³) |
|---|---|---|---|---|---|
| Benzene | 2004 | 0.197 | 1.66 | 1.85 | |
| | 2005 | 0.206 | 1.66 | 1.87 | 30 |
| | 2006 | 0.216 | 1.66 | 1.88 | |
| Ethylbenzene | 2004 | 0.000 | 0.64 | 0.64 | |
| | 2005 | 0.000 | 0.64 | 0.64 | 1,000 |
| | 2006 | 0.000 | 0.64 | 0.64 | |
| Formaldehyde | 2004 | 0.162 | 4.02 | 4.18 | |
| | 2005 | 0.153 | 4.02 | 4.17 | 9.8 |
| | 2006 | 0.145 | 4.02 | 4.17 | |
| n-Hexane | 2004 | 0.971 | NA [c] | 0.97 | |
| | 2005 | 1.059 | NA [c] | 1.06 | 200 |
| | 2006 | 1.144 | NA [c] | 1.14 | |
| Toluene | 2004 | 0.131 | 4.14 | 4.27 | |
| | 2005 | 0.137 | 4.14 | 4.28 | 400 |
| | 2006 | 0.145 | 4.14 | 4.28 | |
| Xylene | 2004 | 0.077 | 2.95 | 3.03 | |
| | 2005 | 0.082 | 2.95 | 3.03 | 100 |
| | 2006 | 0.087 | 2.95 | 3.04 | |
| Diesel PM [d] | 2004 | 0.313 | NA [c] | 0.31 | |
| | 2005 | 0.303 | NA [c] | 0.30 | 5 |
| | 2006 | 0.287 | NA [c] | 0.29 | |

$\mu$g/m³ = micrograms per cubic meter

RfC = Reference Concentration for Chronic Inhalation

[a]  Background concentrations are values averaged for years 2006 and 2007, based on annual average values from data collected in Grand Junction, Colorado (CDPHE-APCD 2008a).

[b]  USEPA Air Toxics Database, Table 1 (USEPA, 2005b).

[c]  Monitored data was not available for this pollutant.

[d]  USEPA 2007.

BLM_0017719

**Table L-6.  Near-Field Cancer Risk From Long-Term Exposure**

| HAP | Year | Analysis | Carcinogenic RfC URF [a] $1/(\mu g/m^3)$ | Exposure Adjustment Factor | Cancer Risk (per million) |
|---|---|---|---|---|---|
| Benzene | 2004 | MLE | $7.8 \times 10^{-6}$ | 0.095 | 0.15 |
| | | MEI | $7.8 \times 10^{-6}$ | 0.29 | 0.45 |
| | 2005 | MLE | $7.8 \times 10^{-6}$ | 0.095 | 0.15 |
| | | MEI | $7.8 \times 10^{-6}$ | 0.29 | 0.47 |
| | 2006 | MLE | $7.8 \times 10^{-6}$ | 0.095 | 0.16 |
| | | MEI | $7.8 \times 10^{-6}$ | 0.29 | 0.49 |
| Formaldehyde | 2004 | MLE | $5.5 \times 10^{-9}$ | 0.095 | 0.00009 |
| | | MEI | $5.5 \times 10^{-9}$ | 0.29 | 0.00026 |
| | 2005 | MLE | $5.5 \times 10^{-9}$ | 0.095 | 0.00008 |
| | | MEI | $5.5 \times 10^{-9}$ | 0.29 | 0.00024 |
| | 2006 | MLE | $5.5 \times 10^{-9}$ | 0.095 | 0.00008 |
| | | MEI | $5.5 \times 10^{-9}$ | 0.29 | 0.00023 |
| Total Combined | 2004 - 2006 | MLE | | | 0.16 |
| | | MEI | | | 0.49 |

MEI = maximally exposed individual

$\mu g/m^3$ = micrograms per cubic meter

MLE = most likely exposure

URF = unit risk factor

[a]  USEPA Air Toxics Database, Table 1 (USEPA 2005b).

**Table L-7**

**Maximum Predicted 1-hour NO$_2$ Impacts From Project Sources**

| | | |
|---|---|---|
| Pollutant: | NO$_2$ | |
| Averaging Time: | 1-hour | |

PSD Increments:

| | | |
|---|---|---|
| Class I Area | N/A | $\mu$g/m$^3$ |
| Class II Area (Non-Sensitive) | N/A | $\mu$g/m$^3$ |

| Area and Alternative | Modeled Concentration[1] | | | Max. Modeled 3-Year Average 8th High Daily 1-hour Conc. (µg/m³) | PSD Increment (µg/m³) | Back-ground Conc.[2] (µg/m³) | Max. Total Conc. (µg/m³) | NAAQS (µg/m³) | CAAQS (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 (µg/m³) | 2002 (µg/m³) | 2003 (µg/m³) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0012 | 0.0001 | 0.0000 | 0.0004 | N/A | 32.08 | 32.08 | 189 | N/A |
| B | 0.0001 | 0.0000 | 0.0000 | 0.0000 | N/A | 32.08 | 32.08 | 189 | N/A |
| C | 0.0001 | 0.0000 | 0.0000 | 0.0000 | N/A | 32.08 | 32.08 | 189 | N/A |
| D | 0.0008 | 0.0001 | 0.0000 | 0.0003 | N/A | 32.08 | 32.08 | 189 | N/A |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0796 | 0.0843 | 0.0965 | 0.0807 | N/A | 32.08 | 32.16 | 189 | N/A |
| B | 0.0075 | 0.0079 | 0.0080 | 0.0076 | N/A | 32.08 | 32.09 | 189 | N/A |
| C | 0.0075 | 0.0079 | 0.0080 | 0.0076 | N/A | 32.08 | 32.09 | 189 | N/A |
| D | 0.0622 | 0.0644 | 0.0725 | 0.0657 | N/A | 32.08 | 32.15 | 189 | N/A |
| Flat Tops WA | | | | | | | | | N/A |
| A | 0.9697 | 1.1110 | 1.1841 | 1.0320 | N/A | 32.08 | 33.11 | 189 | N/A |
| B | 0.0824 | 0.1221 | 0.1042 | 0.0970 | N/A | 32.08 | 32.18 | 189 | N/A |
| C | 0.0824 | 0.1221 | 0.1042 | 0.0970 | N/A | 32.08 | 32.18 | 189 | N/A |
| D | 0.5703 | 0.6321 | 0.6572 | 0.5921 | N/A | 32.08 | 32.67 | 189 | N/A |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 1.0175 | 1.6477 | 1.2674 | 1.2270 | N/A | 32.08 | 33.31 | 189 | N/A |
| B | 0.1070 | 0.1393 | 0.1199 | 0.1208 | N/A | 32.08 | 32.20 | 189 | N/A |
| C | 0.1070 | 0.1393 | 0.1199 | 0.1208 | N/A | 32.08 | 32.20 | 189 | N/A |
| D | 0.6502 | 0.8411 | 0.6368 | 0.6903 | N/A | 32.08 | 32.77 | 189 | N/A |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0528 | 0.0441 | 0.0540 | 0.0480 | N/A | 32.08 | 32.13 | 189 | N/A |
| B | 0.0058 | 0.0046 | 0.0057 | 0.0053 | N/A | 32.08 | 32.09 | 189 | N/A |
| C | 0.0058 | 0.0046 | 0.0057 | 0.0053 | N/A | 32.08 | 32.09 | 189 | N/A |
| D | 0.0412 | 0.0351 | 0.0388 | 0.0374 | N/A | 32.08 | 32.12 | 189 | N/A |
| West Elk WA [3] | | | | | | | | | |
| A | 0.1023 | 0.1197 | 0.1896 | 0.1372 | N/A | 32.08 | 32.22 | 189 | N/A |
| B | 0.0111 | 0.0126 | 0.0130 | 0.0122 | N/A | 32.08 | 32.09 | 189 | N/A |
| C | 0.0111 | 0.0126 | 0.0130 | 0.0122 | N/A | 32.08 | 32.09 | 189 | N/A |
| D | 0.0883 | 0.1072 | 0.1445 | 0.1133 | N/A | 32.08 | 32.19 | 189 | N/A |
| **Sensitive Class II Areas** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0512 | 0.0527 | 0.0455 | 0.0445 | N/A | 32.08 | 32.12 | 189 | N/A |
| B | 0.0070 | 0.0086 | 0.0050 | 0.0058 | N/A | 32.08 | 32.09 | 189 | N/A |
| C | 0.0070 | 0.0086 | 0.0050 | 0.0058 | N/A | 32.08 | 32.09 | 189 | N/A |
| D | 0.0396 | 0.0389 | 0.0239 | 0.0330 | N/A | 32.08 | 32.11 | 189 | N/A |
| Dinosaur NM | | | | | | | | | |
| A | 0.0672 | 0.0623 | 0.0673 | 0.0624 | N/A | 32.08 | 32.14 | 189 | N/A |
| B | 0.0088 | 0.0072 | 0.0085 | 0.0081 | N/A | 32.08 | 32.09 | 189 | N/A |
| C | 0.0088 | 0.0072 | 0.0085 | 0.0081 | N/A | 32.08 | 32.09 | 189 | N/A |
| D | 0.0536 | 0.0418 | 0.0497 | 0.0448 | N/A | 32.08 | 32.12 | 189 | N/A |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 55.0880 | 53.0130 | 34.5640 | 46.7523 | N/A | 32.08 | 78.83 | 189 | N/A |
| B | 3.8742 | 3.9489 | 4.5284 | 4.1172 | N/A | 32.08 | 36.20 | 189 | N/A |
| C | 3.8742 | 3.9489 | 4.5284 | 4.1172 | N/A | 32.08 | 36.20 | 189 | N/A |
| D | 27.2230 | 26.3640 | 16.9690 | 23.1353 | N/A | 32.08 | 55.22 | 189 | N/A |

[1] Maximum 98th percentile daily maximum 1-hour average NQ values are reported for "Modeled Concentration."

[2] The background concentration data is based on the 98th percentile of 1-hour NO2 data from a U.S. Forest Service monitor (ID 08-067-1004) located in Bayfield, Colorado in La Plata County.

[3] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017721

Draft EIS, Appendix L

**Table L-8**

**Maximum Predicted Annual NO$_2$ Impacts From Project BLM Sources**

| Pollutant: | NO$_2$ | | PSD Increments: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Averaging Time: | Annual | | Class I Area | | 2.5 | $\mu g/m^3$ | | | |
| | | | Class I Area (Non-Sensitive) | | 25 | $\mu g/m^3$ | | | |

| Area and Alternative | Modeled Concentration | | | Max. Modeled Conc. ($\mu g/m^3$) | PSD Increment [1] ($\mu g/m^3$) | Back-ground Conc. [2] ($\mu g/m^3$) | Max. Total Conc. ($\mu g/m^3$) | NAAQS ($\mu g/m^3$) | CAAQS ($\mu g/m^3$) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 ($\mu g/m^3$) | 2002 ($\mu g/m^3$) | 2003 ($\mu g/m^3$) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0020 | 0.0020 | 0.0025 | 0.0025 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| B | 0.0002 | 0.0002 | 0.0002 | 0.0002 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| C | 0.0002 | 0.0002 | 0.0002 | 0.0002 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| D | 0.0016 | 0.0015 | 0.0019 | 0.0019 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| Flat Tops WA | | | | | | | | | |
| A | 0.0264 | 0.0263 | 0.0284 | 0.0284 | 2.5 | 30.6 | 30.63 | 100 | 100 |
| B | 0.0031 | 0.0034 | 0.0036 | 0.0036 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| C | 0.0031 | 0.0034 | 0.0036 | 0.0036 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| D | 0.0204 | 0.0204 | 0.0228 | 0.0228 | 2.5 | 30.6 | 30.62 | 100 | 100 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0165 | 0.0219 | 0.0190 | 0.0219 | 2.5 | 30.6 | 30.62 | 100 | 100 |
| B | 0.0021 | 0.0026 | 0.0023 | 0.0026 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| C | 0.0021 | 0.0026 | 0.0023 | 0.0026 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| D | 0.0140 | 0.0185 | 0.0153 | 0.0185 | 2.5 | 30.6 | 30.62 | 100 | 100 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0010 | 0.0008 | 0.0009 | 0.0010 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| B | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| C | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| D | 0.0008 | 0.0006 | 0.0007 | 0.0008 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.0015 | 0.0018 | 0.0028 | 0.0028 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| B | 0.0002 | 0.0002 | 0.0003 | 0.0003 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| C | 0.0002 | 0.0002 | 0.0003 | 0.0003 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| D | 0.0015 | 0.0017 | 0.0026 | 0.0026 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0006 | 0.0004 | 0.0003 | 0.0006 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| B | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| C | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| D | 0.0005 | 0.0003 | 0.0003 | 0.0005 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| Dinosaur NM | | | | | | | | | |
| A | 0.0020 | 0.0016 | 0.0015 | 0.0020 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| B | 0.0003 | 0.0002 | 0.0003 | 0.0003 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| C | 0.0003 | 0.0002 | 0.0003 | 0.0003 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| D | 0.0016 | 0.0013 | 0.0012 | 0.0016 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 0.5076 | 0.5742 | 0.5902 | 0.5902 | 25 | 30.6 | 31.19 | 100 | 100 |
| B | 0.3233 | 0.3661 | 0.3773 | 0.3773 | 25 | 30.6 | 30.98 | 100 | 100 |
| C | 0.3233 | 0.3661 | 0.3773 | 0.3773 | 25 | 30.6 | 30.98 | 100 | 100 |
| D | 0.6529 | 0.7388 | 0.7591 | 0.7591 | 25 | 30.6 | 31.36 | 100 | 100 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments. PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The annual NO$_2$ background concentration was recommended by CDPHE and is based on the monitors at Woodmen and Colorado College stations, Colorado Springs, El Paso County. (2005-2006 data).

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017722

Draft EIS, Appendix L

## Table L-9

### Maximum Predicted 24-Hour PM$_{10}$ Impacts From Project Sources

| | | |
|---|---|---|
| **Pollutant:** | PM$_{10}$ | **PSD Increments:** |
| **Averaging Time:** | 24-Hour | **Class I Area** 8 μg/m$^3$ |
| | | **Class II Area** 30 μg/m$^3$ (Non-Sensitive) |

| Area and Alternative | Modeled Concentration 2001 (μg/m$^3$) | Modeled Concentration 2002 (μg/m$^3$) | Modeled Concentration 2003 (μg/m$^3$) | Maximum High 2nd High Modeled Conc. (μg/m$^3$) | PSD Increment[1] (μg/m$^3$) | Back-ground Conc.[2] (μg/m$^3$) | Maximum High 2nd High Total Conc.[?] (μg/m$^3$) | NAAQS (μg/m$^3$) | CAAQS (μg/m$^3$) |
|---|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0162 | 0.0109 | 0.0182 | 0.0182 | 8 | 56 | 56.02 | 150 | --- |
| B | 0.0022 | 0.0009 | 0.0009 | 0.0022 | 8 | 56 | 56.00 | 150 | --- |
| C | 0.0022 | 0.0009 | 0.0009 | 0.0022 | 8 | 56 | 56.00 | 150 | --- |
| D | 0.0116 | 0.0065 | 0.0032 | 0.0116 | 8 | 56 | 56.01 | 150 | --- |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0732 | 0.1237 | 0.0612 | 0.1237 | 8 | 56 | 56.12 | 150 | --- |
| B | 0.0030 | 0.0056 | 0.0031 | 0.0056 | 8 | 56 | 56.01 | 150 | --- |
| C | 0.0030 | 0.0056 | 0.0031 | 0.0056 | 8 | 56 | 56.01 | 150 | --- |
| D | 0.0117 | 0.0212 | 0.0137 | 0.0212 | 8 | 56 | 56.02 | 150 | --- |
| Flat Tops WA | | | | | | | | | |
| A | 1.4913 | 1.3972 | 1.0269 | 1.4913 | 8 | 56 | 57.49 | 150 | --- |
| B | 0.0516 | 0.0481 | 0.0338 | 0.0516 | 8 | 56 | 56.05 | 150 | --- |
| C | 0.0516 | 0.0481 | 0.0338 | 0.0516 | 8 | 56 | 56.05 | 150 | --- |
| D | 0.1386 | 0.1325 | 0.0939 | 0.1386 | 8 | 56 | 56.14 | 150 | --- |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.3559 | 0.3678 | 0.4900 | 0.4900 | 8 | 56 | 56.49 | 150 | --- |
| B | 0.0120 | 0.0132 | 0.0165 | 0.0165 | 8 | 56 | 56.02 | 150 | --- |
| C | 0.0120 | 0.0132 | 0.0165 | 0.0165 | 8 | 56 | 56.02 | 150 | --- |
| D | 0.0491 | 0.0481 | 0.0474 | 0.0491 | 8 | 56 | 56.05 | 150 | --- |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0422 | 0.0779 | 0.0617 | 0.0779 | 8 | 56 | 56.08 | 150 | --- |
| B | 0.0023 | 0.0034 | 0.0023 | 0.0034 | 8 | 56 | 56.00 | 150 | --- |
| C | 0.0023 | 0.0034 | 0.0023 | 0.0034 | 8 | 56 | 56.00 | 150 | --- |
| D | 0.0095 | 0.0117 | 0.0088 | 0.0117 | 8 | 56 | 56.01 | 150 | --- |
| West Elk WA [5] | | | | | | | | | |
| A | 0.1151 | 0.1234 | 0.1445 | 0.1445 | 8 | 56 | 56.14 | 150 | --- |
| B | 0.0043 | 0.0052 | 0.0052 | 0.0052 | 8 | 56 | 56.01 | 150 | --- |
| C | 0.0043 | 0.0052 | 0.0052 | 0.0052 | 8 | 56 | 56.01 | 150 | --- |
| D | 0.0209 | 0.0279 | 0.0175 | 0.0279 | 8 | 56 | 56.03 | 150 | --- |
| **Sensitive Class II Areas[3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0827 | 0.1045 | 0.1165 | 0.1165 | 8 | 56 | 56.12 | 150 | --- |
| B | 0.0053 | 0.0039 | 0.0050 | 0.0053 | 8 | 56 | 56.01 | 150 | --- |
| C | 0.0053 | 0.0039 | 0.0050 | 0.0053 | 8 | 56 | 56.01 | 150 | --- |
| D | 0.0219 | 0.0223 | 0.0116 | 0.0223 | 8 | 56 | 56.02 | 150 | --- |
| Dinosaur NM | | | | | | | | | |
| A | 0.1922 | 0.1809 | 0.1289 | 0.1922 | 8 | 56 | 56.19 | 150 | --- |
| B | 0.0067 | 0.0072 | 0.0063 | 0.0072 | 8 | 56 | 56.01 | 150 | --- |
| C | 0.0067 | 0.0072 | 0.0063 | 0.0072 | 8 | 56 | 56.01 | 150 | --- |
| D | 0.0218 | 0.0243 | 0.0257 | 0.0257 | 8 | 56 | 56.03 | 150 | --- |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 35.3190 | 48.9280 | 48.2670 | 48.9280 | 30 | 56 | 104.93 | 150 | --- |
| B | 1.0780 | 1.5122 | 1.4933 | 1.5122 | 30 | 56 | 57.51 | 150 | --- |
| C | 1.0780 | 1.5122 | 1.4933 | 1.5122 | 30 | 56 | 57.51 | 150 | --- |
| D | 2.9979 | 4.1981 | 4.1333 | 4.1981 | 30 | 56 | 60.20 | 150 | --- |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments. PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 24-hour PM$_{10}$ background concentration was recommended by CDPHE and is based on the monitor at Rifle, Garfield County (2006 data).

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] The maximum modeled high 2nd high concentration over all three years (2001-2003).

[5] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

L-11

Draft EIS, Appendix L

**Table L-10**
**Maximum Predicted Annual PM$_{10}$ Impacts From Project Sources**

Pollutant:        PM$_{10}$          PSD Increments:
Averaging Time:   Annual            Class I Area                    4       μg/m$^3$
                                    Class II Area (Non-Sensitive)   17      μg/m$^3$

| Area and Alternative | Modeled Concentration | | | Max. Modeled Conc. (μg/m$^3$) | PSD Increment [1] (μg/m$^3$) | Back-ground Conc. [2] (μg/m$^3$) | Max. Total Conc. (μg/m$^3$) | NAAQS (μg/m$^3$) | CAAQS (μg/m$^3$) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 (μg/m$^3$) | 2002 (μg/m$^3$) | 2003 (μg/m$^3$) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0004 | 0.0005 | 0.0005 | 0.0005 | 4 | 30 | 30.00 | --- | 50 |
| B | 0.0001 | 0.0000 | 0.0000 | 0.0001 | 4 | 30 | 30.00 | --- | 50 |
| C | 0.0001 | 0.0000 | 0.0000 | 0.0001 | 4 | 30 | 30.00 | --- | 50 |
| D | 0.0003 | 0.0002 | 0.0001 | 0.0003 | 4 | 30 | 30.00 | --- | 50 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0096 | 0.0112 | 0.0075 | 0.0112 | 4 | 30 | 30.01 | --- | 50 |
| B | 0.0006 | 0.0006 | 0.0005 | 0.0006 | 4 | 30 | 30.00 | --- | 50 |
| C | 0.0006 | 0.0006 | 0.0005 | 0.0006 | 4 | 30 | 30.00 | --- | 50 |
| D | 0.0022 | 0.0025 | 0.0020 | 0.0025 | 4 | 30 | 30.00 | --- | 50 |
| Flat Tops WA | | | | | | | | | |
| A | 0.0852 | 0.0904 | 0.0858 | 0.0904 | 4 | 30 | 30.09 | --- | 50 |
| B | 0.0039 | 0.0044 | 0.0042 | 0.0044 | 4 | 30 | 30.00 | --- | 50 |
| C | 0.0039 | 0.0044 | 0.0042 | 0.0044 | 4 | 30 | 30.00 | --- | 50 |
| D | 0.0123 | 0.0135 | 0.0129 | 0.0135 | 4 | 30 | 30.01 | --- | 50 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0340 | 0.0380 | 0.0405 | 0.0405 | 4 | 30 | 30.04 | --- | 50 |
| B | 0.0017 | 0.0021 | 0.0019 | 0.0021 | 4 | 30 | 30.00 | --- | 50 |
| C | 0.0017 | 0.0021 | 0.0019 | 0.0021 | 4 | 30 | 30.00 | --- | 50 |
| D | 0.0063 | 0.0078 | 0.0069 | 0.0078 | 4 | 30 | 30.01 | --- | 50 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0053 | 0.0052 | 0.0044 | 0.0053 | 4 | 30 | 30.01 | --- | 50 |
| B | 0.0003 | 0.0003 | 0.0003 | 0.0003 | 4 | 30 | 30.00 | --- | 50 |
| C | 0.0003 | 0.0003 | 0.0003 | 0.0003 | 4 | 30 | 30.00 | --- | 50 |
| D | 0.0014 | 0.0013 | 0.0011 | 0.0014 | 4 | 30 | 30.00 | --- | 50 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.0067 | 0.0066 | 0.0090 | 0.0090 | 4 | 30 | 30.01 | --- | 50 |
| B | 0.0004 | 0.0004 | 0.0005 | 0.0005 | 4 | 30 | 30.00 | --- | 50 |
| C | 0.0004 | 0.0004 | 0.0005 | 0.0005 | 4 | 30 | 30.00 | --- | 50 |
| D | 0.0015 | 0.0019 | 0.0021 | 0.0021 | 4 | 30 | 30.00 | --- | 50 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0034 | 0.0041 | 0.0045 | 0.0045 | 4 | 30 | 30.00 | --- | 50 |
| B | 0.0002 | 0.0003 | 0.0002 | 0.0003 | 4 | 30 | 30.00 | --- | 50 |
| C | 0.0002 | 0.0003 | 0.0002 | 0.0003 | 4 | 30 | 30.00 | --- | 50 |
| D | 0.0010 | 0.0010 | 0.0007 | 0.0010 | 4 | 30 | 30.00 | --- | 50 |
| Dinosaur NM | | | | | | | | | |
| A | 0.0169 | 0.0172 | 0.0153 | 0.0172 | 4 | 30 | 30.02 | --- | 50 |
| B | 0.0009 | 0.0009 | 0.0008 | 0.0009 | 4 | 30 | 30.00 | --- | 50 |
| C | 0.0009 | 0.0009 | 0.0008 | 0.0009 | 4 | 30 | 30.00 | --- | 50 |
| D | 0.0029 | 0.0030 | 0.0026 | 0.0030 | 4 | 30 | 30.00 | --- | 50 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 10.5900 | 12.4430 | 13.1790 | 13.1790 | 17 | 30 | 43.18 | --- | 50 |
| B | 0.3742 | 0.4370 | 0.4590 | 0.4590 | 17 | 30 | 30.46 | --- | 50 |
| C | 0.3742 | 0.4370 | 0.4590 | 0.4590 | 17 | 30 | 30.46 | --- | 50 |
| D | 0.9967 | 1.1665 | 1.2270 | 1.2270 | 17 | 30 | 31.23 | --- | 50 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments.  PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The annual PM$_{10}$ background concentration was recommended by CDPHE and is based on the monitor in Rifle, Garfield County (2006 data).

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017724

Draft EIS, Appendix L

### Table L-11
### Maximum Predicted 24-Hour PM₂.₅ Impacts From Project Sources

Pollutant:        PM₂.₅          PSD Increments:

Averaging Time:  24-Hour        Class I Area      2 ug/m³

                                 Class II Area     9ug/m³      (Non-Sensitive)

| Area and Alternative | Modeled Concentration | | | Max. Modeled 8th High Conc. 3-Year Average [2] (µg/m³) | PSD Increment (µg/m³) | Back-ground Conc. [1] (µg/m³) | High 8th High Total Conc. (µg/m³) | NAAQS (µg/m³) | CAAQS (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 (µg/m³) | 2002 (µg/m³) | 2003 (µg/m³) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0049 | 0.0044 | 0.0038 | 0.0044 | 2 | 24 | 24.00 | 35 | --- |
| B | 0.0007 | 0.0003 | 0.0002 | 0.0004 | 2 | 24 | 24.00 | 35 | --- |
| C | 0.0007 | 0.0003 | 0.0002 | 0.0004 | 2 | 24 | 24.00 | 35 | --- |
| D | 0.0040 | 0.0020 | 0.0008 | 0.0023 | 2 | 24 | 24.00 | 35 | --- |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0196 | 0.0259 | 0.0157 | 0.0203 | 2 | 24 | 24.02 | 35 | --- |
| B | 0.0015 | 0.0020 | 0.0015 | 0.0017 | 2 | 24 | 24.00 | 35 | --- |
| C | 0.0015 | 0.0020 | 0.0015 | 0.0017 | 2 | 24 | 24.00 | 35 | --- |
| D | 0.0068 | 0.0084 | 0.0070 | 0.0074 | 2 | 24 | 24.01 | 35 | --- |
| Flat Tops WA | | | | | | | | | |
| A | 0.1133 | 0.1734 | 0.1169 | 0.1317 | 2 | 24 | 24.13 | 35 | --- |
| B | 0.0076 | 0.0096 | 0.0073 | 0.0080 | 2 | 24 | 24.01 | 35 | --- |
| C | 0.0076 | 0.0096 | 0.0073 | 0.0080 | 2 | 24 | 24.01 | 35 | --- |
| D | 0.0246 | 0.0292 | 0.0234 | 0.0257 | 2 | 24 | 24.03 | 35 | --- |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0656 | 0.0702 | 0.0609 | 0.0642 | 2 | 24 | 24.06 | 35 | --- |
| B | 0.0049 | 0.0067 | 0.0048 | 0.0054 | 2 | 24 | 24.01 | 35 | --- |
| C | 0.0049 | 0.0067 | 0.0048 | 0.0054 | 2 | 24 | 24.01 | 35 | --- |
| D | 0.0222 | 0.0317 | 0.0256 | 0.0257 | 2 | 24 | 24.03 | 35 | --- |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0121 | 0.0133 | 0.0111 | 0.0122 | 2 | 24 | 24.01 | 35 | --- |
| B | 0.0012 | 0.0011 | 0.0010 | 0.0011 | 2 | 24 | 24.00 | 35 | --- |
| C | 0.0012 | 0.0011 | 0.0010 | 0.0011 | 2 | 24 | 24.00 | 35 | --- |
| D | 0.0062 | 0.0050 | 0.0046 | 0.0053 | 2 | 24 | 24.01 | 35 | --- |
| West Elk WA [3] | | | | | | | | | |
| A | 0.0207 | 0.0265 | 0.0270 | 0.0237 | 2 | 24 | 24.02 | 35 | --- |
| B | 0.0019 | 0.0027 | 0.0021 | 0.0022 | 2 | 24 | 24.00 | 35 | --- |
| C | 0.0019 | 0.0027 | 0.0021 | 0.0022 | 2 | 24 | 24.00 | 35 | --- |
| D | 0.0099 | 0.0148 | 0.0108 | 0.0119 | 2 | 24 | 24.01 | 35 | --- |
| **Sensitive Class II Areas** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0168 | 0.0166 | 0.0142 | 0.0158 | 2 | 24 | 24.02 | 35 | --- |
| B | 0.0019 | 0.0020 | 0.0013 | 0.0017 | 2 | 24 | 24.00 | 35 | --- |
| C | 0.0019 | 0.0020 | 0.0013 | 0.0017 | 2 | 24 | 24.00 | 35 | --- |
| D | 0.0109 | 0.0114 | 0.0052 | 0.0088 | 2 | 24 | 24.01 | 35 | --- |
| Dinosaur NM | | | | | | | | | |
| A | 0.0368 | 0.0330 | 0.0371 | 0.0356 | 2 | 24 | 24.04 | 35 | --- |
| B | 0.0028 | 0.0026 | 0.0026 | 0.0027 | 2 | 24 | 24.00 | 35 | --- |
| C | 0.0028 | 0.0026 | 0.0026 | 0.0027 | 2 | 24 | 24.00 | 35 | --- |
| D | 0.0117 | 0.0110 | 0.0101 | 0.0106 | 2 | 24 | 24.01 | 35 | --- |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 4.7184 | 5.7195 | 6.9602 | 5.7994 | 9 | 24 | 29.80 | 35 | --- |
| B | 0.1843 | 0.2245 | 0.2686 | 0.2258 | 9 | 24 | 24.23 | 35 | --- |
| C | 0.1843 | 0.2245 | 0.2686 | 0.2258 | 9 | 24 | 24.23 | 35 | --- |
| D | 0.4790 | 0.5880 | 0.6999 | 0.5890 | 9 | 24 | 24.59 | 35 | --- |

[1] The 24-hour PM₂.₅ background concentration was recommended by CDPHE and is based on the monitor at Rifle, Garfield County (2006 data).

[2] This is the maximum 8th highest modeled three-year average concentration (2001-2003).

[3] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017725

Draft EIS, Appendix L

### Table L-12
### Maximum Predicted Annual PM$_{2.5}$ Impacts From Project Sources

Pollutant:    PM$_{2.5}$      PSD Increments:

Averaging Time:  Annual      Class I Area      1 ug/m$^3$

                           Class II Area (Non-Sensitive)    4 ug/m$^3$

| Area and Alternative | Modeled Concentration 2001 (µg/m$^3$) | Modeled Concentration 2002 (µg/m$^3$) | Modeled Concentration 2003 (µg/m$^3$) | Max. Modeled 3 year Average Conc. (µg/m$^3$) | PSD Increment (µg/m$^3$) | Back-ground Conc. [1] (µg/m$^3$) | Max. Total 3 year Average Conc. (µg/m$^3$) | NAAQS (µg/m$^3$) | CAAQS (µg/m$^3$) |
|---|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0003 | 0.0003 | 0.0003 | 0.0003 | 1 | 9 | 9.00 | 15 | --- |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 1 | 9 | 9.00 | 15 | --- |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 1 | 9 | 9.00 | 15 | --- |
| D | 0.0003 | 0.0002 | 0.0001 | 0.0002 | 1 | 9 | 9.00 | 15 | --- |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0044 | 0.0054 | 0.0038 | 0.0045 | 1 | 9 | 9.00 | 15 | --- |
| B | 0.0004 | 0.0005 | 0.0004 | 0.0004 | 1 | 9 | 9.00 | 15 | --- |
| C | 0.0004 | 0.0005 | 0.0004 | 0.0004 | 1 | 9 | 9.00 | 15 | --- |
| D | 0.0017 | 0.0020 | 0.0016 | 0.0018 | 1 | 9 | 9.00 | 15 | --- |
| Flat Tops WA | | | | | | | | | |
| A | 0.0222 | 0.0259 | 0.0227 | 0.0236 | 1 | 9 | 9.02 | 15 | --- |
| B | 0.0019 | 0.0023 | 0.0021 | 0.0021 | 1 | 9 | 9.00 | 15 | --- |
| C | 0.0019 | 0.0023 | 0.0021 | 0.0021 | 1 | 9 | 9.00 | 15 | --- |
| D | 0.0067 | 0.0077 | 0.0072 | 0.0072 | 1 | 9 | 9.01 | 15 | --- |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0114 | 0.0135 | 0.0132 | 0.0127 | 1 | 9 | 9.01 | 15 | --- |
| B | 0.0010 | 0.0014 | 0.0011 | 0.0012 | 1 | 9 | 9.00 | 15 | --- |
| C | 0.0010 | 0.0014 | 0.0011 | 0.0012 | 1 | 9 | 9.00 | 15 | --- |
| D | 0.0045 | 0.0059 | 0.0048 | 0.0050 | 1 | 9 | 9.01 | 15 | --- |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0028 | 0.0026 | 0.0021 | 0.0025 | 1 | 9 | 9.00 | 15 | --- |
| B | 0.0003 | 0.0002 | 0.0002 | 0.0002 | 1 | 9 | 9.00 | 15 | --- |
| C | 0.0003 | 0.0002 | 0.0002 | 0.0002 | 1 | 9 | 9.00 | 15 | --- |
| D | 0.0012 | 0.0010 | 0.0009 | 0.0010 | 1 | 9 | 9.00 | 15 | --- |
| West Elk WA [2] | | | | | | | | | |
| A | 0.0029 | 0.0033 | 0.0040 | 0.0034 | 1 | 9 | 9.00 | 15 | --- |
| B | 0.0003 | 0.0003 | 0.0003 | 0.0003 | 1 | 9 | 9.00 | 15 | --- |
| C | 0.0003 | 0.0003 | 0.0003 | 0.0003 | 1 | 9 | 9.00 | 15 | --- |
| D | 0.0012 | 0.0016 | 0.0016 | 0.0015 | 1 | 9 | 9.00 | 15 | --- |
| **Sensitive Class II Areas** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0016 | 0.0018 | 0.0016 | 0.0017 | 1 | 9 | 9.00 | 15 | --- |
| B | 0.0002 | 0.0002 | 0.0001 | 0.0002 | 1 | 9 | 9.00 | 15 | --- |
| C | 0.0002 | 0.0002 | 0.0001 | 0.0002 | 1 | 9 | 9.00 | 15 | --- |
| D | 0.0008 | 0.0008 | 0.0005 | 0.0007 | 1 | 9 | 9.00 | 15 | --- |
| Dinosaur NM | | | | | | | | | |
| A | 0.0067 | 0.0064 | 0.0059 | 0.0063 | 1 | 9 | 9.01 | 15 | --- |
| B | 0.0006 | 0.0006 | 0.0005 | 0.0005 | 1 | 9 | 9.00 | 15 | --- |
| C | 0.0006 | 0.0006 | 0.0005 | 0.0005 | 1 | 9 | 9.00 | 15 | --- |
| D | 0.0021 | 0.0021 | 0.0018 | 0.0020 | 1 | 9 | 9.00 | 15 | --- |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 1.5358 | 1.8044 | 1.9867 | 1.7756 | 4 | 9 | 10.78 | 15 | --- |
| B | 0.0812 | 0.0959 | 0.1023 | 0.0931 | 4 | 9 | 9.09 | 15 | --- |
| C | 0.0812 | 0.0959 | 0.1023 | 0.0931 | 4 | 9 | 9.09 | 15 | --- |
| D | 0.1984 | 0.2342 | 0.2506 | 0.2277 | 4 | 9 | 9.23 | 15 | --- |

[1] The annual PM$_{2.5}$ background concentration was recommended by CDPHE and is based on the monitor at Rifle, Garfield County (2006 data).

[2] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017726

Draft EIS, Appendix L

Table L-13

Maximum Predicted 1-hour SO$_2$ Impacts From Project Sources

| Pollutant: | SO$_2$ | PSD Increments: | | |
|---|---|---|---|---|
| Averaging Time: | 1-hour | Class I Area | N/A | $\mu$g/m$^3$ |
| | | Class II Area (Non-Sensitive) | N/A | $\mu$g/m$^3$ |

| Area and Alternative | Modeled Concentration[1] | | | Max. Modeled 3-Year Average 4th High Daily 1-hour Conc. ($\mu$g/m$^3$) | PSD Increment ($\mu$g/m$^3$) | Back-ground Conc. ($\mu$g/m$^3$) | Max. Total Conc. ($\mu$g/m$^3$) | NAAQS ($\mu$g/m$^3$) | CAAQS ($\mu$g/m$^3$) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 ($\mu$g/m$^3$) | 2002 ($\mu$g/m$^3$) | 2003 ($\mu$g/m$^3$) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP[2] | | | | | | | | | |
| A | 0.0001 | 0.0000 | 0.0000 | 0.0000 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| B | 0.0001 | 0.0000 | 0.0000 | 0.0000 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| C | 0.0001 | 0.0000 | 0.0000 | 0.0000 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| D | 0.0001 | 0.0000 | 0.0000 | 0.0001 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0004 | 0.0004 | 0.0005 | 0.0004 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| B | 0.0003 | 0.0003 | 0.0003 | 0.0003 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| C | 0.0003 | 0.0003 | 0.0003 | 0.0003 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| D | 0.0005 | 0.0005 | 0.0005 | 0.0005 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| Flat Tops WA | | | | | | | | | N/A |
| A | 0.0031 | 0.0041 | 0.0043 | 0.0039 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| B | 0.0015 | 0.0017 | 0.0020 | 0.0016 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| C | 0.0015 | 0.0017 | 0.0020 | 0.0016 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| D | 0.0030 | 0.0038 | 0.0040 | 0.0036 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0120 | 0.0131 | 0.0102 | 0.0118 | N/A | 80.82 | 80.83 | 195.54 | N/A |
| B | 0.0109 | 0.0119 | 0.0092 | 0.0107 | N/A | 80.82 | 80.83 | 195.54 | N/A |
| C | 0.0109 | 0.0119 | 0.0092 | 0.0107 | N/A | 80.82 | 80.83 | 195.54 | N/A |
| D | 0.0112 | 0.0122 | 0.0095 | 0.0110 | N/A | 80.82 | 80.83 | 195.54 | N/A |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0003 | 0.0002 | 0.0003 | 0.0002 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| B | 0.0002 | 0.0002 | 0.0001 | 0.0002 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| C | 0.0002 | 0.0002 | 0.0001 | 0.0002 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| D | 0.0003 | 0.0003 | 0.0003 | 0.0003 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| West Elk WA [3] | | | | | | | | | |
| A | 0.0008 | 0.0010 | 0.0010 | 0.0009 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| B | 0.0006 | 0.0007 | 0.0008 | 0.0007 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| C | 0.0006 | 0.0007 | 0.0008 | 0.0007 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| D | 0.0008 | 0.0010 | 0.0010 | 0.0009 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| **Sensitive Class II Areas** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0002 | 0.0002 | 0.0001 | 0.0002 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| B | 0.0002 | 0.0002 | 0.0002 | 0.0002 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| C | 0.0002 | 0.0002 | 0.0002 | 0.0002 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| D | 0.0004 | 0.0004 | 0.0004 | 0.0004 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| Dinosaur NM | | | | | | | | | |
| A | 0.0004 | 0.0003 | 0.0003 | 0.0003 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| B | 0.0003 | 0.0003 | 0.0002 | 0.0003 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| C | 0.0003 | 0.0003 | 0.0002 | 0.0003 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| D | 0.0005 | 0.0005 | 0.0004 | 0.0005 | N/A | 80.82 | 80.82 | 195.54 | N/A |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 0.2719 | 0.2674 | 0.3012 | 0.2802 | N/A | 80.82 | 81.10 | 195.54 | N/A |
| B | 0.2468 | 0.2428 | 0.2731 | 0.2542 | N/A | 80.82 | 81.07 | 195.54 | N/A |
| C | 0.2468 | 0.2428 | 0.2731 | 0.2542 | N/A | 80.82 | 81.07 | 195.54 | N/A |
| D | 0.4071 | 0.4335 | 0.3103 | 0.3836 | N/A | 80.82 | 81.20 | 195.54 | N/A |

[1] Maximum 99th percentile daily maximum 1-hour average SO$_2$ values are reported for "Modeled Concentration."

[2] The background concentration data is based on the 99th percentile of year 2006 1-hour SO$_2$ data from a monitor (ID 06-031-0002) located on Broadway Street, Denver, Colorado in Denver County.

[3] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017727

Draft EIS, Appendix L

**Table L-14**
**Maximum Predicted 3-Hour SO$_2$ Impacts From Project Sources**

Pollutant:    SO$_2$        PSD Increments:

Averaging Time: 3-Hour         Class I Area          25

                             Class II Area (Non-Sensitive)  512

| Area and Alternative | Modeled Concentration 2001 (µg/m³) | 2002 (µg/m³) | 2003 (µg/m³) | Max. High 2nd High Modeled Conc. [1] (µg/m³) | PSD Increment [1] (µg/m³) | Back-ground Conc. [2] (µg/m³) | Max. High 2nd High Total Conc. (µg/m³) | NAAQS (µg/m³) | CAAQS (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 25 | 66.6 | 66.60 | 1300 | 700 |
| B | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 25 | 66.6 | 66.60 | 1300 | 700 |
| C | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 25 | 66.6 | 66.60 | 1300 | 700 |
| D | 0.0002 | 0.0002 | 0.0002 | 0.0002 | 25 | 66.6 | 66.60 | 1300 | 700 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0004 | 0.0004 | 0.0003 | 0.0004 | 25 | 66.6 | 66.60 | 1300 | 700 |
| B | 0.0004 | 0.0003 | 0.0002 | 0.0004 | 25 | 66.6 | 66.60 | 1300 | 700 |
| C | 0.0004 | 0.0003 | 0.0002 | 0.0004 | 25 | 66.6 | 66.60 | 1300 | 700 |
| D | 0.0007 | 0.0005 | 0.0004 | 0.0007 | 25 | 66.6 | 66.60 | 1300 | 700 |
| Flat Tops WA | | | | | | | | | |
| A | 0.0024 | 0.0034 | 0.0028 | 0.0034 | 25 | 66.6 | 66.60 | 1300 | 700 |
| B | 0.0011 | 0.0012 | 0.0015 | 0.0015 | 25 | 66.6 | 66.60 | 1300 | 700 |
| C | 0.0011 | 0.0012 | 0.0015 | 0.0015 | 25 | 66.6 | 66.60 | 1300 | 700 |
| D | 0.0023 | 0.0032 | 0.0026 | 0.0032 | 25 | 66.6 | 66.60 | 1300 | 700 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0093 | 0.0079 | 0.0069 | 0.0093 | 25 | 66.6 | 66.61 | 1300 | 700 |
| B | 0.0085 | 0.0072 | 0.0062 | 0.0085 | 25 | 66.6 | 66.61 | 1300 | 700 |
| C | 0.0085 | 0.0072 | 0.0062 | 0.0085 | 25 | 66.6 | 66.61 | 1300 | 700 |
| D | 0.0088 | 0.0074 | 0.0064 | 0.0088 | 25 | 66.6 | 66.61 | 1300 | 700 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0002 | 0.0002 | 0.0002 | 0.0002 | 25 | 66.6 | 66.60 | 1300 | 700 |
| B | 0.0001 | 0.0002 | 0.0002 | 0.0002 | 25 | 66.6 | 66.60 | 1300 | 700 |
| C | 0.0001 | 0.0002 | 0.0002 | 0.0002 | 25 | 66.6 | 66.60 | 1300 | 700 |
| D | 0.0003 | 0.0003 | 0.0002 | 0.0003 | 25 | 66.6 | 66.60 | 1300 | 700 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.0007 | 0.0009 | 0.0009 | 0.0009 | 25 | 66.6 | 66.60 | 1300 | 700 |
| B | 0.0005 | 0.0007 | 0.0006 | 0.0007 | 25 | 66.6 | 66.60 | 1300 | 700 |
| C | 0.0005 | 0.0007 | 0.0006 | 0.0007 | 25 | 66.6 | 66.60 | 1300 | 700 |
| D | 0.0007 | 0.0009 | 0.0009 | 0.0009 | 25 | 66.6 | 66.60 | 1300 | 700 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0003 | 0.0002 | 0.0002 | 0.0003 | 25 | 66.6 | 66.60 | 1300 | 700 |
| B | 0.0003 | 0.0003 | 0.0002 | 0.0003 | 25 | 66.6 | 66.60 | 1300 | 700 |
| C | 0.0003 | 0.0003 | 0.0002 | 0.0003 | 25 | 66.6 | 66.60 | 1300 | 700 |
| D | 0.0006 | 0.0004 | 0.0004 | 0.0006 | 25 | 66.6 | 66.60 | 1300 | 700 |
| Dinosaur NM | | | | | | | | | |
| A | 0.0003 | 0.0004 | 0.0003 | 0.0004 | 25 | 66.6 | 66.60 | 1300 | 700 |
| B | 0.0003 | 0.0003 | 0.0002 | 0.0003 | 25 | 66.6 | 66.60 | 1300 | 700 |
| C | 0.0003 | 0.0003 | 0.0002 | 0.0003 | 25 | 66.6 | 66.60 | 1300 | 700 |
| D | 0.0004 | 0.0005 | 0.0004 | 0.0005 | 25 | 66.6 | 66.60 | 1300 | 700 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 0.1429 | 0.1296 | 0.1471 | 0.1471 | 512 | 66.6 | 66.75 | 1300 | 700 |
| B | 0.1297 | 0.1177 | 0.1335 | 0.1335 | 512 | 66.6 | 66.73 | 1300 | 700 |
| C | 0.1297 | 0.1177 | 0.1335 | 0.1335 | 512 | 66.6 | 66.73 | 1300 | 700 |
| D | 0.1671 | 0.2577 | 0.2082 | 0.2577 | 512 | 66.6 | 66.86 | 1300 | 700 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments. PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 3-hour SO$_2$ background concentration was recommended by CDPHE and is based on the monitor at Colorado College, Colorado Springs, El Paso County. (2005-2006 data)

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017728

Draft EIS, Appendix L

**Table L-15**
**Maximum Predicted 24-Hour SO$_2$ Impacts From Project Sources**

Pollutant:    SO$_2$        PSD Increments:
Averaging Time:  24-Hour      Class I Area              5
                                      Class II Area (Non-Sensitive)    91

| Area and Alternative | Modeled Concentration 2001 (µg/m³) | 2002 (µg/m³) | 2003 (µg/m³) | Max. High 2nd High Modeled Conc. (µg/m³) | PSD Increment [1] (µg/m³) | Back-ground Conc. [2] (µg/m³) | Max High 2nd High Total Conc. (µg/m³) | NAAQS (µg/m³) | CAAQS (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 5 | 34.6 | 34.60 | 365 | 365 |
| B | 0.0001 | 0.0000 | 0.0000 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| C | 0.0001 | 0.0000 | 0.0000 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| D | 0.0001 | 0.0000 | 0.0000 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| B | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| C | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| D | 0.0002 | 0.0001 | 0.0001 | 0.0002 | 5 | 34.6 | 34.60 | 365 | 365 |
| Flat Tops WA | | | | | | | | | |
| A | 0.0005 | 0.0005 | 0.0007 | 0.0007 | 5 | 34.6 | 34.60 | 365 | 365 |
| B | 0.0002 | 0.0002 | 0.0003 | 0.0003 | 5 | 34.6 | 34.60 | 365 | 365 |
| C | 0.0002 | 0.0002 | 0.0003 | 0.0003 | 5 | 34.6 | 34.60 | 365 | 365 |
| D | 0.0005 | 0.0005 | 0.0006 | 0.0006 | 5 | 34.6 | 34.60 | 365 | 365 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0018 | 0.0013 | 0.0014 | 0.0018 | 5 | 34.6 | 34.60 | 365 | 365 |
| B | 0.0016 | 0.0012 | 0.0013 | 0.0016 | 5 | 34.6 | 34.60 | 365 | 365 |
| C | 0.0016 | 0.0012 | 0.0013 | 0.0016 | 5 | 34.6 | 34.60 | 365 | 365 |
| D | 0.0017 | 0.0012 | 0.0013 | 0.0017 | 5 | 34.6 | 34.60 | 365 | 365 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| B | 0.0001 | 0.0000 | 0.0000 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| C | 0.0001 | 0.0000 | 0.0000 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| D | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.0002 | 0.0003 | 0.0003 | 0.0003 | 5 | 34.6 | 34.60 | 365 | 365 |
| B | 0.0002 | 0.0002 | 0.0002 | 0.0002 | 5 | 34.6 | 34.60 | 365 | 365 |
| C | 0.0002 | 0.0002 | 0.0002 | 0.0002 | 5 | 34.6 | 34.60 | 365 | 365 |
| D | 0.0002 | 0.0003 | 0.0003 | 0.0003 | 5 | 34.6 | 34.60 | 365 | 365 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0001 | 0.0001 | 0.0000 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| B | 0.0001 | 0.0001 | 0.0000 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| C | 0.0001 | 0.0001 | 0.0000 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| D | 0.0003 | 0.0001 | 0.0001 | 0.0003 | 5 | 34.6 | 34.60 | 365 | 365 |
| Dinosaur NM | | | | | | | | | |
| A | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| B | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| C | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| D | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 5 | 34.6 | 34.60 | 365 | 365 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 0.0223 | 0.0262 | 0.0246 | 0.0262 | 91 | 34.6 | 34.63 | 365 | 365 |
| B | 0.0202 | 0.0237 | 0.0224 | 0.0237 | 91 | 34.6 | 34.62 | 365 | 365 |
| C | 0.0202 | 0.0237 | 0.0224 | 0.0237 | 91 | 34.6 | 34.62 | 365 | 365 |
| D | 0.0209 | 0.0422 | 0.0305 | 0.0422 | 91 | 34.6 | 34.64 | 365 | 365 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments. PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 24-hour SO$_2$ background concentration was recommended by CDPHE and is based on the monitor at Colorado College, Colorado Springs, El Paso County. (2005-2006 data)

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017729

Draft EIS, Appendix L

**Table L-16**
**Maximum Predicted Annual SO₂ Impacts From Project Sources**

Pollutant:        SO₂             PSD Increments:
Averaging Time:   Annual          Class I Area                    2     $\mu g/m^3$
                                  Class II Area (Non-Sensitive)   20    $\mu g/m^3$

| Area and Alternative | Modeled Concentration | | | Max. Modeled Conc. ($\mu g/m^3$) | PSD Increment [1] ($\mu g/m^3$) | Back-ground Conc. [2] ($\mu g/m^3$) | Max. Total Conc. ($\mu g/m^3$) | NAAQS ($\mu g/m^3$) | CAAQS ($\mu g/m^3$) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 ($\mu g/m^3$) | 2002 ($\mu g/m^3$) | 2003 ($\mu g/m^3$) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| Flat Tops WA | | | | | | | | | |
| A | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 2 | 5.3 | 5.30 | 80 | 80 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0002 | 0.0002 | 0.0002 | 0.0002 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0002 | 0.0002 | 0.0002 | 0.0002 | 2 | 5.3 | 5.30 | 80 | 80 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| Dinosaur NM | | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 2 | 5.3 | 5.30 | 80 | 80 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 0.0037 | 0.0039 | 0.0040 | 0.0040 | 20 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0033 | 0.0035 | 0.0036 | 0.0036 | 20 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0033 | 0.0035 | 0.0036 | 0.0036 | 20 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0034 | 0.0037 | 0.0037 | 0.0037 | 20 | 5.3 | 5.30 | 80 | 80 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments.  PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 24-hour SO₂ background concentration was recommended by CDPHE and is based on the monitor at Colorado College, Colorado Springs, El Paso County.  (2005-2006 data)

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017730

Draft EIS, Appendix L

**Table L-17**
**Maximum Predicted 1-Hour CO Impacts From Project Sources**

Pollutant: CO      PSD Increments:
Averaging Time: 1-Hour      Class I Area     NA
         Class II Area (Non-Sensitive)    NA

| Area and Alternative | Modeled Concentration 2001 (µg/m³) | 2002 (µg/m³) | 2003 (µg/m³) | Max. High 2nd High Modeled Conc. (µg/m³) | PSD Increment [1] (µg/m³) | Back- ground Conc. [2] (µg/m³) | Max. High 2nd High Total Conc. (µg/m³) | NAAQS (µg/m³) | CAAQS (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.2142 | 0.1563 | 0.2756 | 0.2756 | NA | 4656.4 | 4656.68 | 40000 | 40000 |
| B | 0.0335 | 0.0252 | 0.0437 | 0.0437 | NA | 4656.4 | 4656.44 | 40000 | 40000 |
| C | 0.0335 | 0.0252 | 0.0437 | 0.0437 | NA | 4656.4 | 4656.44 | 40000 | 40000 |
| D | 0.1975 | 0.1460 | 0.2502 | 0.2502 | NA | 4656.4 | 4656.65 | 40000 | 40000 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.8700 | 0.5978 | 0.5173 | 0.8700 | NA | 4656.4 | 4657.27 | 40000 | 40000 |
| B | 0.1345 | 0.0797 | 0.0775 | 0.1345 | NA | 4656.4 | 4656.53 | 40000 | 40000 |
| C | 0.1345 | 0.0797 | 0.0775 | 0.1345 | NA | 4656.4 | 4656.53 | 40000 | 40000 |
| D | 0.7573 | 0.4580 | 0.4392 | 0.7573 | NA | 4656.4 | 4657.16 | 40000 | 40000 |
| Flat Tops WA | | | | | | | | | |
| A | 3.6831 | 3.8403 | 3.9186 | 3.9186 | NA | 4656.4 | 4660.32 | 40000 | 40000 |
| B | 0.5178 | 0.5318 | 0.3885 | 0.5318 | NA | 4656.4 | 4656.93 | 40000 | 40000 |
| C | 0.5178 | 0.5318 | 0.3885 | 0.5318 | NA | 4656.4 | 4656.93 | 40000 | 40000 |
| D | 2.0307 | 2.0754 | 2.1624 | 2.1624 | NA | 4656.4 | 4658.56 | 40000 | 40000 |
| Maroon Bells- Snowmass WA | | | | | | | | | |
| A | 3.9962 | 4.6437 | 5.1352 | 5.1352 | NA | 4656.4 | 4661.54 | 40000 | 40000 |
| B | 1.4687 | 1.6927 | 1.4680 | 1.6927 | NA | 4656.4 | 4658.09 | 40000 | 40000 |
| C | 1.4687 | 1.6927 | 1.4680 | 1.6927 | NA | 4656.4 | 4658.09 | 40000 | 40000 |
| D | 2.2371 | 3.1035 | 2.6226 | 3.1035 | NA | 4656.4 | 4659.50 | 40000 | 40000 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.3954 | 0.4530 | 0.2769 | 0.4530 | NA | 4656.4 | 4656.85 | 40000 | 40000 |
| B | 0.0506 | 0.0687 | 0.0412 | 0.0687 | NA | 4656.4 | 4656.47 | 40000 | 40000 |
| C | 0.0506 | 0.0687 | 0.0412 | 0.0687 | NA | 4656.4 | 4656.47 | 40000 | 40000 |
| D | 0.3268 | 0.3475 | 0.2281 | 0.3475 | NA | 4656.4 | 4656.75 | 40000 | 40000 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.6557 | 0.8257 | 0.8252 | 0.8257 | NA | 4656.4 | 4657.23 | 40000 | 40000 |
| B | 0.1021 | 0.1358 | 0.0926 | 0.1358 | NA | 4656.4 | 4656.54 | 40000 | 40000 |
| C | 0.1021 | 0.1358 | 0.0926 | 0.1358 | NA | 4656.4 | 4656.54 | 40000 | 40000 |
| D | 0.5881 | 0.7480 | 0.6153 | 0.7480 | NA | 4656.4 | 4657.15 | 40000 | 40000 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.5155 | 0.3738 | 0.8023 | 0.8023 | NA | 4656.4 | 4657.20 | 40000 | 40000 |
| B | 0.0616 | 0.0887 | 0.1235 | 0.1235 | NA | 4656.4 | 4656.52 | 40000 | 40000 |
| C | 0.0616 | 0.0887 | 0.1235 | 0.1235 | NA | 4656.4 | 4656.52 | 40000 | 40000 |
| D | 0.3670 | 0.3137 | 0.6974 | 0.6974 | NA | 4656.4 | 4657.10 | 40000 | 40000 |
| Dinosaur NM | | | | | | | | | |
| A | 0.4279 | 0.4287 | 0.4521 | 0.4521 | NA | 4656.4 | 4656.85 | 40000 | 40000 |
| B | 0.0918 | 0.0600 | 0.0863 | 0.0918 | NA | 4656.4 | 4656.49 | 40000 | 40000 |
| C | 0.0918 | 0.0600 | 0.0863 | 0.0918 | NA | 4656.4 | 4656.49 | 40000 | 40000 |
| D | 0.3387 | 0.3671 | 0.3694 | 0.3694 | NA | 4656.4 | 4656.77 | 40000 | 40000 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 290.9000 | 201.0600 | 156.7400 | 290.9000 | NA | 4656.4 | 4947.30 | 40000 | 40000 |
| B | 31.1610 | 24.8560 | 32.1540 | 32.1540 | NA | 4656.4 | 4688.55 | 40000 | 40000 |
| C | 31.1610 | 24.8560 | 32.1540 | 32.1540 | NA | 4656.4 | 4688.55 | 40000 | 40000 |
| D | 142.7200 | 98.8950 | 77.0080 | 142.7200 | NA | 4656.4 | 4799.12 | 40000 | 40000 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments. PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 1-hour CO background concentration was recommended by CDPHE and is based on the monitor at Grand Junction, Mesa County. (average of -2004-2006 data)

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017731

Draft EIS, Appendix L

**Table L-18**
**Maximum Predicted 8-Hour CO Impacts From Project Sources**

Pollutant: CO
Averaging Time: 8-Hour

PSD Increments:
Class I Area — NA
Class II Area (Non-Sensitive) — NA

| Area and Alternative | Modeled Concentration 2001 (µg/m³) | 2002 (µg/m³) | 2003 (µg/m³) | Max. High 2nd High Modeled Conc. (µg/m³) | PSD Increment [1] (µg/m³) | Back-ground Conc. [2] (µg/m³) | Max. High 2nd High Total Conc. (µg/m³) | NAAQS (µg/m³) | CAAQS (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.1102 | 0.0661 | 0.1468 | 0.1468 | NA | 2328.2 | 2328.35 | 10000 | 10000 |
| B | 0.0175 | 0.0114 | 0.0237 | 0.0237 | NA | 2328.2 | 2328.22 | 10000 | 10000 |
| C | 0.0175 | 0.0114 | 0.0237 | 0.0237 | NA | 2328.2 | 2328.22 | 10000 | 10000 |
| D | 0.0987 | 0.0617 | 0.1361 | 0.1361 | NA | 2328.2 | 2328.34 | 10000 | 10000 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.2905 | 0.2496 | 0.2267 | 0.2905 | NA | 2328.2 | 2328.49 | 10000 | 10000 |
| B | 0.0423 | 0.0323 | 0.0351 | 0.0423 | NA | 2328.2 | 2328.24 | 10000 | 10000 |
| C | 0.0423 | 0.0323 | 0.0351 | 0.0423 | NA | 2328.2 | 2328.24 | 10000 | 10000 |
| D | 0.2390 | 0.2169 | 0.1915 | 0.2390 | NA | 2328.2 | 2328.44 | 10000 | 10000 |
| Flat Tops WA | | | | | | | | | |
| A | 0.9133 | 1.0615 | 0.8944 | 1.0615 | NA | 2328.2 | 2329.26 | 10000 | 10000 |
| B | 0.1148 | 0.1210 | 0.0944 | 0.1210 | NA | 2328.2 | 2328.32 | 10000 | 10000 |
| C | 0.1148 | 0.1210 | 0.0944 | 0.1210 | NA | 2328.2 | 2328.32 | 10000 | 10000 |
| D | 0.5434 | 0.5918 | 0.6249 | 0.6249 | NA | 2328.2 | 2328.82 | 10000 | 10000 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 1.5997 | 1.1704 | 1.8301 | 1.8301 | NA | 2328.2 | 2330.03 | 10000 | 10000 |
| B | 0.3912 | 0.3370 | 0.3269 | 0.3912 | NA | 2328.2 | 2328.59 | 10000 | 10000 |
| C | 0.3912 | 0.3370 | 0.3269 | 0.3912 | NA | 2328.2 | 2328.59 | 10000 | 10000 |
| D | 0.9382 | 1.1565 | 0.9192 | 1.1565 | NA | 2328.2 | 2329.36 | 10000 | 10000 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.1884 | 0.1689 | 0.1229 | 0.1884 | NA | 2328.2 | 2328.39 | 10000 | 10000 |
| B | 0.0288 | 0.0208 | 0.0187 | 0.0288 | NA | 2328.2 | 2328.23 | 10000 | 10000 |
| C | 0.0288 | 0.0208 | 0.0187 | 0.0288 | NA | 2328.2 | 2328.23 | 10000 | 10000 |
| D | 0.1719 | 0.1297 | 0.1056 | 0.1719 | NA | 2328.2 | 2328.37 | 10000 | 10000 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.3201 | 0.5260 | 0.4217 | 0.5260 | NA | 2328.2 | 2328.73 | 10000 | 10000 |
| B | 0.0545 | 0.0801 | 0.0488 | 0.0801 | NA | 2328.2 | 2328.28 | 10000 | 10000 |
| C | 0.0545 | 0.0801 | 0.0488 | 0.0801 | NA | 2328.2 | 2328.28 | 10000 | 10000 |
| D | 0.3269 | 0.4934 | 0.3510 | 0.4934 | NA | 2328.2 | 2328.69 | 10000 | 10000 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.2736 | 0.2171 | 0.2135 | 0.2736 | NA | 2328.2 | 2328.47 | 10000 | 10000 |
| B | 0.0381 | 0.0304 | 0.0336 | 0.0381 | NA | 2328.2 | 2328.24 | 10000 | 10000 |
| C | 0.0381 | 0.0304 | 0.0336 | 0.0381 | NA | 2328.2 | 2328.24 | 10000 | 10000 |
| D | 0.2070 | 0.1832 | 0.1885 | 0.2070 | NA | 2328.2 | 2328.41 | 10000 | 10000 |
| Dinosaur NM | | | | | | | | | |
| A | 0.2214 | 0.2242 | 0.2657 | 0.2657 | NA | 2328.2 | 2328.47 | 10000 | 10000 |
| B | 0.0386 | 0.0328 | 0.0367 | 0.0386 | NA | 2328.2 | 2328.24 | 10000 | 10000 |
| C | 0.0386 | 0.0328 | 0.0367 | 0.0386 | NA | 2328.2 | 2328.24 | 10000 | 10000 |
| D | 0.1936 | 0.1960 | 0.2192 | 0.2192 | NA | 2328.2 | 2328.42 | 10000 | 10000 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 48.4050 | 33.2730 | 20.1010 | 48.4050 | NA | 2328.2 | 2376.61 | 10000 | 10000 |
| B | 5.9998 | 6.1145 | 6.1669 | 6.1669 | NA | 2328.2 | 2334.37 | 10000 | 10000 |
| C | 5.9998 | 6.1145 | 6.1669 | 6.1669 | NA | 2328.2 | 2334.37 | 10000 | 10000 |
| D | 23.8790 | 16.8050 | 10.1680 | 23.8790 | NA | 2328.2 | 2352.08 | 10000 | 10000 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments. PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 8-hour CO background concentration was recommended by CDPHE and is based on the monitor at Grand Junction, Mesa County. (average of 2004-2006 data)

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017732

**Table L-19**
**Maximum Predicted Nitrogen Deposition From Project Sources**

**Air Quality Related Value:**     N Deposition

| Area and Alternative | Modeled Deposition | | | Maximum Modeled Deposition (kg/ha/yr) | DAT [1] (kg/ha/yr) | Background Deposition [2] (kg/ha/yr) | Total Deposition (kg/ha/yr) | Level of Concern (kg/ha/yr) |
|---|---|---|---|---|---|---|---|---|
| | 2001 (kg/ha/yr) | 2002 (kg/ha/yr) | 2003 (kg/ha/yr) | | | | | |
| **Class I Areas** | | | | | | | | |
| Arches NP | | | | | | | | |
| A | 0.0001 | 0.0000 | 0.0000 | 0.0001 | 0.005 | 1.9 | 1.90 | 3.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 1.9 | 1.90 | 3.0 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 1.9 | 1.90 | 3.0 |
| D | 0.0001 | 0.0000 | 0.0000 | 0.0001 | 0.005 | 1.9 | 1.90 | 3.0 |
| Eagles Nest WA | | | | | | | | |
| A | 0.0013 | 0.0011 | 0.0016 | 0.0016 | 0.005 | 1.5 | 1.50 | 3.0 |
| B | 0.0001 | 0.0001 | 0.0002 | 0.0002 | 0.005 | 1.5 | 1.50 | 3.0 |
| C | 0.0001 | 0.0001 | 0.0002 | 0.0002 | 0.005 | 1.5 | 1.50 | 3.0 |
| D | 0.0010 | 0.0009 | 0.0012 | 0.0012 | 0.005 | 1.5 | 1.50 | 3.0 |
| Flat Tops WA | | | | | | | | |
| A | 0.0065 | 0.0057 | 0.0068 | 0.0068 | 0.005 | 1.5 | 1.51 | 3.0 |
| B | 0.0008 | 0.0008 | 0.0009 | 0.0009 | 0.005 | 1.5 | 1.50 | 3.0 |
| C | 0.0008 | 0.0008 | 0.0009 | 0.0009 | 0.005 | 1.5 | 1.50 | 3.0 |
| D | 0.0051 | 0.0045 | 0.0056 | 0.0056 | 0.005 | 1.5 | 1.51 | 3.0 |
| Maroon Bells-Snowmass WA | | | | | | | | |
| A | 0.0048 | 0.0047 | 0.0056 | 0.0056 | 0.005 | 1.5 | 1.51 | 3.0 |
| B | 0.0007 | 0.0006 | 0.0007 | 0.0007 | 0.005 | 1.5 | 1.50 | 3.0 |
| C | 0.0007 | 0.0006 | 0.0007 | 0.0007 | 0.005 | 1.5 | 1.50 | 3.0 |
| D | 0.0043 | 0.0041 | 0.0047 | 0.0047 | 0.005 | 1.5 | 1.50 | 3.0 |
| Mount Zirkel WA | | | | | | | | |
| A | 0.0006 | 0.0006 | 0.0008 | 0.0008 | 0.005 | 2.7 | 2.70 | 3.0 |
| B | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 2.7 | 2.70 | 3.0 |
| C | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 2.7 | 2.70 | 3.0 |
| D | 0.0005 | 0.0005 | 0.0006 | 0.0006 | 0.005 | 2.7 | 2.70 | 3.0 |
| West Elk WA [3] | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 1.5 | 1.50 | 3.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 1.5 | 1.50 | 3.0 |
| C | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 1.5 | 1.50 | 3.0 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 1.5 | 1.50 | 3.0 |
| **Sensitive Class II Areas** | | | | | | | | |
| Colorado NM | | | | | | | | |
| A | 0.0003 | 0.0002 | 0.0002 | 0.0003 | 0.005 | 1.9 | 1.90 | 3.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 1.9 | 1.90 | 3.0 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 1.9 | 1.90 | 3.0 |
| D | 0.0002 | 0.0002 | 0.0002 | 0.0002 | 0.005 | 1.9 | 1.90 | 3.0 |
| Dinosaur NM | | | | | | | | |
| A | 0.0010 | 0.0009 | 0.0009 | 0.0010 | 0.005 | 1.5 | 1.50 | 3.0 |
| B | 0.0002 | 0.0001 | 0.0001 | 0.0002 | 0.005 | 1.5 | 1.50 | 3.0 |
| C | 0.0002 | 0.0001 | 0.0001 | 0.0002 | 0.005 | 1.5 | 1.50 | 3.0 |
| D | 0.0009 | 0.0007 | 0.0007 | 0.0009 | 0.005 | 1.5 | 1.50 | 3.0 |

[1] The Deposition Analysis Threshold (DAT) is a significance threshold. If the modeled deposition rate (without adding the background concentration) is below the DAT, predicted impacts are considered to be insignificant.

[2] Total (wet and dry) nitrogen background deposition values were obtained from the Clean Air Status and Trends Network (CASTNet) web page (http://www.epa.gov/castnet/index.html) on December 4, 2008. The following monitored data was used for each Class I Area:

Canyonlands (CAN407) Year 2000: Arches NP, Colorado NM

Gothic (GTH161) Year 2000: Dinosaur NM, Eagles Nest WA, Flat Tops WA, Maroon Bells-Snowmass WA, West Elk WA

Rocky Mountain NP (ROM206) Year 2002: Mount Zirkel WA

[3] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017733

Draft EIS, Appendix L

**Table L-20**
**Maximum Predicted Sulfur Deposition From Project Sources**

**Air Quality Related Value:**      S Deposition

| Area and Alternative | Modeled Deposition 2001 (kg/ha/yr) | Modeled Deposition 2002 (kg/ha/yr) | Modeled Deposition 2003 (kg/ha/yr) | Maximum Modeled Deposition (kg/ha/yr) | DAT [1] (kg/ha/yr) | Background Deposition [2] (kg/ha/yr) | Total Deposition (kg/ha/yr) | Level of Concern (kg/ha/yr) |
|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | |
| Arches NP | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| Eagles Nest WA | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| Flat Tops WA | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0001 | 0.0001 | 0.005 | 0.73 | 0.73 | 5.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| D | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 0.73 | 0.73 | 5.0 |
| Maroon Bells- Snowmass WA | | | | | | | | |
| A | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 0.73 | 0.73 | 5.0 |
| B | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 0.73 | 0.73 | 5.0 |
| C | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 0.73 | 0.73 | 5.0 |
| D | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 0.73 | 0.73 | 5.0 |
| Mount Zirkel WA | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.85 | 0.85 | 5.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.85 | 0.85 | 5.0 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.85 | 0.85 | 5.0 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.85 | 0.85 | 5.0 |
| West Elk WA [4] | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| **Sensitive Class II Areas** | | | | | | | | |
| Colorado NM | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| Dinosaur NM | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.73 | 0.73 | 5.0 |

[1] The Deposition Analysis Threshold (DAT) is a significance threshold.  If the modeled deposition rate (without adding the background concentration) is below the DAT, predicted impacts are considered to be insignificant.

[2] Total (wet and dry) sulfur background deposition values were obtained from the Clean Air Status and Trends Network (CASTNet) web page (http://www.epa.gov/castnet/index.html) on December 4, 2008.  The following monitored data was used for each Class I Area:
  Canyonlands (CAN407) Year 2000:  Arches NP, Colorado NM
  Gothic (GTH161) Year 2000:  Dinosaur NM, Eagles Nest WA, Flat Tops WA, Maroon Bells-Snowmass WA, West Elk WA
  Rocky Mountain NP (ROM206) Year 2002:  Mount Zirkel WA

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

L-22

BLM_0017734

Draft EIS, Appendix L

## Table L-21
## Maximum Predicted Lake ANC Change From Project Sources

**Air Quality Related Value:**      Change in Lake ANC

| Lake and Alternative | H Deposition [1] | | | Background ANC [2] (eq) | LAC [3] (eq) | Maximum ANC Change (eq) | Maximum Percent ANC Change (%) | Maximum Percent of LAC (%) |
|---|---|---|---|---|---|---|---|---|
| | 2001 (eq) | 2002 (eq) | 2003 (eq) | | | | | |
| **Avalanche Lake** | | | | | | | | |
| A | 67.1 | 56.0 | 69.7 | 360,941 | 36,094 | 69.7 | 0.02 | 0.19 |
| B | 9.6 | 8.1 | 10.0 | 360,941 | 36,094 | 10.0 | 0.00 | 0.03 |
| C | 9.6 | 8.1 | 10.0 | 360,941 | 36,094 | 10.0 | 0.00 | 0.03 |
| D | 60.7 | 51.6 | 62.4 | 360,941 | 36,094 | 62.4 | 0.02 | 0.17 |
| **Moon Lake** | | | | | | | | |
| A | 22.5 | 19.5 | 23.3 | 37,444 | 3,744 | 23.3 | 0.06 | 0.62 |
| B | 3.1 | 2.6 | 3.1 | 37,444 | 3,744 | 3.1 | 0.01 | 0.08 |
| C | 3.1 | 2.6 | 3.1 | 37,444 | 3,744 | 3.1 | 0.01 | 0.08 |
| D | 19.8 | 17.3 | 20.5 | 37,444 | 3,744 | 20.5 | 0.05 | 0.55 |
| **Ned Wilson Lake** | | | | | | | | |
| A | 11.2 | 10.0 | 12.5 | 13,883 | 1,388 | 12.5 | 0.09 | 0.90 |
| B | 1.4 | 1.1 | 1.6 | 13,883 | 1,388 | 1.6 | 0.01 | 0.11 |
| C | 1.4 | 1.1 | 1.6 | 13,883 | 1,388 | 1.6 | 0.01 | 0.11 |
| D | 9.0 | 7.7 | 10.3 | 13,883 | 1,388 | 10.3 | 0.07 | 0.74 |
| **Seven Lakes** | | | | | | | | |
| A | 0.8 | 0.7 | 1.0 | 7,647 | 765 | 1.0 | 0.01 | 0.13 |
| B | 0.1 | 0.1 | 0.1 | 7,647 | 765 | 0.1 | 0.00 | 0.02 |
| C | 0.1 | 0.1 | 0.1 | 7,647 | 765 | 0.1 | 0.00 | 0.02 |
| D | 0.7 | 0.6 | 0.8 | 7,647 | 765 | 0.8 | 0.01 | 0.11 |
| **Summit Lake** | | | | | | | | |
| A | 0.3 | 0.3 | 0.4 | 3,024 | 302 | 0.4 | 0.01 | 0.14 |
| B | 0.0 | 0.0 | 0.1 | 3,024 | 302 | 0.1 | 0.00 | 0.02 |
| C | 0.0 | 0.0 | 0.1 | 3,024 | 302 | 0.1 | 0.00 | 0.02 |
| D | 0.3 | 0.3 | 0.4 | 3,024 | 302 | 0.4 | 0.01 | 0.12 |
| **Trappers Lake** | | | | | | | | |
| A | 2,598 | 2,182 | 2,860 | 61,501,904 | 6,150,190 | 2,860 | 0.00 | 0.05 |
| B | 373 | 295 | 414 | 61,501,904 | 6,150,190 | 414 | 0.00 | 0.01 |
| C | 373 | 295 | 414 | 61,501,904 | 6,150,190 | 414 | 0.00 | 0.01 |
| D | 2,238 | 1,805 | 2,482 | 61,501,904 | 6,150,190 | 2,482 | 0.00 | 0.04 |
| **Upper Ned Wilson Lake** | | | | | | | | |
| A | 0.7 | 0.6 | 0.8 | 288 | 21.2 | 0.8 | N/A | N/A [4] |
| B | 0.1 | 0.1 | 0.1 | 288 | 21.2 | 0.1 | N/A | N/A [4] |
| C | 0.1 | 0.1 | 0.1 | 288 | 21.2 | 0.1 | N/A | N/A [4] |
| D | 0.6 | 0.5 | 0.6 | 288 | 21.2 | 0.6 | N/A | N/A [4] |

ANC = acid neutralizing capacity.

eq = equivalents.

LAC = limit of acceptable change.
ueq/l = microequivalents per liter.

N/A = not applicable

[1] H deposition is calculated in accordance with *Screening Methodology for Calculating ANC Change to High Elevation Lakes* (USFS 2000).

[2] Baseline ANC values were obtained from Jeff Sorkin (USFS) via email to Forrest Cook (URS) on 1/7/2011 and were based on the 10th lowest percentile.

[3] The LAC is 10 percent change for lakes with baseline ANC values greater than 25 ueq/l. For lakes with lower baseline ANC values, the LAC is <1 ueq/liter. For Upper Ned Wilson Lake, the level of acceptable change is 1µeq/l, which is equal to 21.2 eq.

[4] Because the LAC for highly sensitive lakes is <1 ueq/liter, and is not based on a percentage, the percentages were calculated only for less sensiti

BLM_0017735

Draft EIS, Appendix L

**Table L-22**
**Days of Visibility Change ≥1.0 dv in Class I and Sensitive Class II Areas From Project Sources**

Air Quality Related Value:          Visibility Change Greater Than or Equal to 1.0 dv

| Area and Alternative | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|
| | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Eagles Nest WA | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Flat Tops WA | | | | | | | | | |
| A | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| West Elk WA | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Sensitive Class II Areas** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dinosaur NM | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Visibility calculation methods include the following:
   Protocol:  This method was specified in the Glenwood Springs Field Office Air Quality Assessment Protocol (URS 2008).
   FLAG 2000 Seasonal:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report*
      (FLAG 2000). It uses uses seasonal relative humidity data.
   FLAG 2000 Daily:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report*  (FLAG 2000).
      It uses daily relative humidity data, with f(RH) limited at 90 percent.

L-24

Draft EIS, Appendix L

**Table L-23**
**Days of Visibility Change ≥0.5 dv in Class I and Sensitive Class II Areas From Project Sources**

Air Quality Related Value:        Visibility Change Greater Than or Equal to 0.5 dv

| Area and Alternative | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|
| | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Eagles Nest WA | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Flat Tops WA | | | | | | | | | |
| A | 4 | 1 | 1 | 4 | 3 | 2 | 2 | 1 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| West Elk WA | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Sensitive Class II Areas** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dinosaur NM | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Visibility calculation methods include the following:
  Protocol:  This method was specified in the Glenwood Springs Field Office Air Quality Assessment Protocol (URS 2008).
  FLAG 2000 Seasonal:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report*
    (FLAG 2000). It uses uses seasonal relative humidity data.
  FLAG 2000 Daily:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report* (FLAG 2000).
    It uses daily relative humidity data, with f(RH) limited at 90 percent.

BLM_0017737

Draft EIS, Appendix L

**Table L-24**
**Days of Visibility Change ≥1.0 dv at Scenic Views From Project Sources**

Air Quality Related Value:      Visibility Change Greater Than or Equal to 1.0 dv

| Area and Alternative | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|
| | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) |
| Big Mountain View | | | | | | | | | |
| A | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Holy Cross View | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Holy Cross Wilderness View | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rabbit's Ear View | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Roan Cliffs View | | | | | | | | | |
| A | 46 | 33 | 12 | 69 | 43 | 20 | 69 | 37 | 20 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Visibility calculation methods include the following:

Protocol:  This method was specified in the Glenwood Springs Field Office Air Quality Assessment Protocol (URS 2008).

FLAG 2000 Seasonal:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report* (FLAG 2000). It uses seasonal relative humidity data.

FLAG 2000 Daily:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report* (FLAG 2000). It uses daily relative humidity data, with f(RH) limited at 90 percent.

BLM_0017738

**Table L-25**
**Days of Visibility Change ≥0.5 dv at Scenic Views From Project Sources**

**Air Quality Related Value:**     Visibility Change Greater Than or Equal to 0.5 dv

| Area and Alternative | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|
| | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) |
| Big Mountain View | | | | | | | | | |
| A | 13 | 6 | 4 | 23 | 9 | 5 | 39 | 16 | 8 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Holy Cross View | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Holy Cross Wilderness View | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rabbit's Ear View | | | | | | | | | |
| A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Roan Cliffs View | | | | | | | | | |
| A | 157 | 139 | 106 | 160 | 153 | 104 | 167 | 157 | 119 |
| B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| D | 1 | 1 | 0 | 2 | 0 | 2 | 0 | 0 | 1 |

Visibility calculation methods include the following:

  Protocol:  This method was specified in the Glenwood Springs Field Office Air Quality Assessment Protocol (URS 2008).

  FLAG 2000 Seasonal:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report*
     (FLAG 2000). It uses uses seasonal relative humidity data.

  FLAG 2000 Daily:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report* (FLAG 2000).
     It uses daily relative humidity data, with f(RH) limited at 90 percent.

BLM_0017739

**Table L-26**
**Maximum Predicted 1-Hour NO₂ Impacts From Cumulative Sources**

| | | |
|---|---|---|
| Pollutant: | NO$_2$ | PSD Increments: |
| Averaging Time: | 1-Hour | Class I Area |
| | | Class II Area (Non-Sensitive) |

PSD Increments:
Class I Area — N/A
Class II Area (Non-Sensitive) — N/A

| Area and Alternative | Annual 8th High Modeled Concentration at Any Receptor | | | 3-Year Average of Annual Max. Modeled 8th-High Conc.[1] (µg/m³) | PSD Increment (µg/m³) | Back-ground Conc.[2] (µg/m³) | Max. Total Conc. (µg/m³) | NAAQS (µg/m³) | CAAQS (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 (µg/m³) | 2002 (µg/m³) | 2003 (µg/m³) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.2163 | 0.1462 | 0.1970 | 0.1779 | N/A | 32.08 | 32.26 | 189 | N/A |
| B | 0.2570 | 0.1803 | 0.1976 | 0.1894 | N/A | 32.08 | 32.27 | 189 | N/A |
| C | 0.2730 | 0.2205 | 0.1976 | 0.2167 | N/A | 32.08 | 32.30 | 189 | N/A |
| D | 0.2750 | 0.2131 | 0.1974 | 0.2139 | N/A | 32.08 | 32.29 | 189 | N/A |
| Eagles Nest WA | | | | | | | | | |
| A | 0.3054 | 0.3585 | 0.5408 | 0.3975 | N/A | 32.08 | 32.48 | 189 | N/A |
| B | 0.3438 | 0.4609 | 0.6255 | 0.4682 | N/A | 32.08 | 32.55 | 189 | N/A |
| C | 0.4979 | 0.6307 | 0.7917 | 0.6052 | N/A | 32.08 | 32.69 | 189 | N/A |
| D | 0.4912 | 0.6471 | 0.8591 | 0.6438 | N/A | 32.08 | 32.72 | 189 | N/A |
| Flat Tops WA | | | | | | | | | N/A |
| A | 1.8814 | 2.3528 | 2.1602 | 1.9741 | N/A | 32.08 | 34.05 | 189 | N/A |
| B | 1.6700 | 2.1449 | 2.1087 | 1.7829 | N/A | 32.08 | 33.86 | 189 | N/A |
| C | 2.0161 | 2.3092 | 2.8062 | 2.2630 | N/A | 32.08 | 34.34 | 189 | N/A |
| D | 2.2756 | 2.8446 | 2.7376 | 2.4619 | N/A | 32.08 | 34.54 | 189 | N/A |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 1.5280 | 1.8620 | 1.6696 | 1.6865 | N/A | 32.08 | 33.77 | 189 | N/A |
| B | 1.1180 | 1.4660 | 1.3030 | 1.2688 | N/A | 32.08 | 33.35 | 189 | N/A |
| C | 1.3007 | 1.6467 | 1.5451 | 1.4665 | N/A | 32.08 | 33.55 | 189 | N/A |
| D | 1.6290 | 2.2685 | 1.9570 | 1.8648 | N/A | 32.08 | 33.94 | 189 | N/A |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.4104 | 0.5152 | 0.4679 | 0.4402 | N/A | 32.08 | 32.52 | 189 | N/A |
| B | 0.5286 | 0.5421 | 0.5704 | 0.5229 | N/A | 32.08 | 32.60 | 189 | N/A |
| C | 0.6973 | 0.7089 | 0.7831 | 0.6980 | N/A | 32.08 | 32.78 | 189 | N/A |
| D | 0.7192 | 0.7617 | 0.8198 | 0.7208 | N/A | 32.08 | 32.80 | 189 | N/A |
| West Elk WA [3] | | | | | | | | | |
| A | 0.7312 | 0.7684 | 0.7800 | 0.7578 | N/A | --- | 0.76 | 189 | N/A |
| B | 0.6750 | 0.8309 | 0.7401 | 0.7487 | N/A | --- | 0.75 | 189 | N/A |
| C | 0.7909 | 1.0178 | 0.8996 | 0.9028 | N/A | --- | 0.90 | 189 | N/A |
| D | 0.9626 | 1.1178 | 1.0735 | 1.0513 | N/A | --- | 1.05 | 189 | N/A |
| **Sensitive Class II Areas** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 1.1411 | 1.4326 | 1.5356 | 1.3526 | N/A | 32.08 | 33.43 | 189 | N/A |
| B | 1.2200 | 1.4615 | 1.5361 | 1.3533 | N/A | 32.08 | 33.43 | 189 | N/A |
| C | 1.4738 | 1.6033 | 1.5631 | 1.4500 | N/A | 32.08 | 33.53 | 189 | N/A |
| D | 1.4599 | 1.6317 | 1.5921 | 1.5155 | N/A | 32.08 | 33.60 | 189 | N/A |
| Dinosaur NM | | | | | | | | | |
| A | 2.0856 | 2.2265 | 2.1312 | 2.0371 | N/A | 32.08 | 34.12 | 189 | N/A |
| B | 2.7453 | 2.9004 | 2.6649 | 2.6916 | N/A | 32.08 | 34.77 | 189 | N/A |
| C | 3.9303 | 4.0466 | 3.9801 | 3.7392 | N/A | 32.08 | 35.82 | 189 | N/A |
| D | 4.2322 | 4.3620 | 4.2505 | 4.0818 | N/A | 32.08 | 36.16 | 189 | N/A |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 750.8300 | 853.9900 | 918.5700 | 841.1300 | N/A | 32.08 | 873.21 | 189 | N/A |
| B | 750.8300 | 853.9900 | 918.5700 | 841.1300 | N/A | 32.08 | 873.21 | 189 | N/A |
| C | 750.8300 | 853.9900 | 918.5700 | 841.1300 | N/A | 32.08 | 873.21 | 189 | N/A |
| D | 750.8300 | 853.9900 | 918.5700 | 841.1300 | N/A | 32.08 | 873.21 | 189 | N/A |

[1] This is the three-year average of the annual modeled 8th-highest concentration within the area, as determined on a receptor-specific basis. The three-year average in this column is less than the average of the three annual 8th high modeled concentrations when the locations of the annual 8th high receptors vary from one year to another.

[2] The background concentration data is based on the 98th percentile of 1-hour NO$_2$ data from a U.S. Forest Service monitor (ID 08-067-1004) located in Bayfield, Colorado in La Plata County.

BLM_0017740

Draft EIS, Appendix L

**Table L-27**
**Maximum Predicted Annual NO$_2$ Impacts From Cumulative Sources**

Pollutant:  NO$_2$  PSD Increments:

Averaging Time:  Annual  Class I Area  2.5  $\mu g/m^3$

Class II Area (Non-Sensitive)  25  $\mu g/m^3$

| Area and Alternative | Modeled Concentration | | | Max. Modeled Conc. ($\mu g/m^3$) | PSD Increment [1] ($\mu g/m^3$) | Back-ground Conc. [2] ($\mu g/m^3$) | Max. Total Conc. ($\mu g/m^3$) | NAAQS ($\mu g/m^3$) | CAAQS ($\mu g/m^3$) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 ($\mu g/m^3$) | 2002 ($\mu g/m^3$) | 2003 ($\mu g/m^3$) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0034 | 0.0028 | 0.0030 | 0.0034 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| B | 0.0039 | 0.0030 | 0.0031 | 0.0039 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| C | 0.0045 | 0.0032 | 0.0033 | 0.0045 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| D | 0.0045 | 0.0031 | 0.0033 | 0.0045 | 2.5 | 30.6 | 30.60 | 100 | 100 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0129 | 0.0129 | 0.0155 | 0.0155 | 2.5 | 30.6 | 30.62 | 100 | 100 |
| B | 0.0118 | 0.0118 | 0.0141 | 0.0141 | 2.5 | 30.6 | 30.61 | 100 | 100 |
| C | 0.0144 | 0.0146 | 0.0173 | 0.0173 | 2.5 | 30.6 | 30.62 | 100 | 100 |
| D | 0.0173 | 0.0176 | 0.0207 | 0.0207 | 2.5 | 30.6 | 30.62 | 100 | 100 |
| Flat Tops WA | | | | | | | | | |
| A | 0.1024 | 0.0961 | 0.1084 | 0.1084 | 2.5 | 30.6 | 30.71 | 100 | 100 |
| B | 0.0826 | 0.0768 | 0.0877 | 0.0877 | 2.5 | 30.6 | 30.69 | 100 | 100 |
| C | 0.1046 | 0.0946 | 0.1111 | 0.1111 | 2.5 | 30.6 | 30.71 | 100 | 100 |
| D | 0.1244 | 0.1212 | 0.1340 | 0.1340 | 2.5 | 30.6 | 30.73 | 100 | 100 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0476 | 0.0582 | 0.0532 | 0.0582 | 2.5 | 30.6 | 30.66 | 100 | 100 |
| B | 0.0356 | 0.0410 | 0.0391 | 0.0410 | 2.5 | 30.6 | 30.64 | 100 | 100 |
| C | 0.0399 | 0.0454 | 0.0432 | 0.0454 | 2.5 | 30.6 | 30.65 | 100 | 100 |
| D | 0.0553 | 0.0656 | 0.0598 | 0.0656 | 2.5 | 30.6 | 30.67 | 100 | 100 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0190 | 0.0189 | 0.0196 | 0.0196 | 2.5 | 30.6 | 30.62 | 100 | 100 |
| B | 0.0203 | 0.0199 | 0.0213 | 0.0213 | 2.5 | 30.6 | 30.62 | 100 | 100 |
| C | 0.0242 | 0.0231 | 0.0256 | 0.0256 | 2.5 | 30.6 | 30.63 | 100 | 100 |
| D | 0.0257 | 0.0244 | 0.0269 | 0.0269 | 2.5 | 30.6 | 30.63 | 100 | 100 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.0127 | 0.0143 | 0.0160 | 0.0160 | 2.5 | 30.6 | 30.62 | 100 | 100 |
| B | 0.0124 | 0.0140 | 0.0148 | 0.0148 | 2.5 | 30.6 | 30.61 | 100 | 100 |
| C | 0.0149 | 0.0166 | 0.0174 | 0.0174 | 2.5 | 30.6 | 30.62 | 100 | 100 |
| D | 0.0170 | 0.0190 | 0.0208 | 0.0208 | 2.5 | 30.6 | 30.62 | 100 | 100 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0480 | 0.0547 | 0.0512 | 0.0547 | 2.5 | 30.6 | 30.65 | 100 | 100 |
| B | 0.0500 | 0.0573 | 0.0529 | 0.0573 | 2.5 | 30.6 | 30.66 | 100 | 100 |
| C | 0.0534 | 0.0611 | 0.0553 | 0.0611 | 2.5 | 30.6 | 30.66 | 100 | 100 |
| D | 0.0543 | 0.0615 | 0.0555 | 0.0615 | 2.5 | 30.6 | 30.66 | 100 | 100 |
| Dinosaur NM | | | | | | | | | |
| A | 0.1629 | 0.1414 | 0.1389 | 0.1629 | 2.5 | 30.6 | 30.76 | 100 | 100 |
| B | 0.2000 | 0.1755 | 0.1672 | 0.2000 | 2.5 | 30.6 | 30.80 | 100 | 100 |
| C | 0.2660 | 0.2348 | 0.2180 | 0.2660 | 2.5 | 30.6 | 30.87 | 100 | 100 |
| D | 0.2692 | 0.2405 | 0.2218 | 0.2692 | 2.5 | 30.6 | 30.87 | 100 | 100 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 29.0580 | 32.5940 | 32.9910 | 32.9910 | 25 | 30.6 | 63.59 | 100 | 100 |
| B | 29.0580 | 32.5940 | 32.9910 | 32.9910 | 25 | 30.6 | 63.59 | 100 | 100 |
| C | 29.0580 | 32.5940 | 32.9920 | 32.9920 | 25 | 30.6 | 63.59 | 100 | 100 |
| D | 29.0580 | 32.5940 | 32.9920 | 32.9920 | 25 | 30.6 | 63.59 | 100 | 100 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments. PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The annual NO$_2$ background concentration was recommended by CDPHE and is based on the monitors at Woodmen and Colorado College stations, Colorado Springs, El Paso County. (2005-2006 data).

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017741

Draft EIS, Appendix L

**Table L-28**
**Maximum Predicted 24-Hour PM$_{10}$ Impacts From Cumulative Sources**

Pollutant: PM$_{10}$          PSD Increments:
Averaging Time: 24-Hour      Class I Area      8      µg/m³
                             Class II Area     30     µg/m³ (Non-Sensitive)

| Area and Alternative | Modeled Concentration 2001 (µg/m³) | 2002 (µg/m³) | 2003 (µg/m³) | Maximum High 2nd High Modeled Conc. (µg/m³) | PSD Increment [1] (µg/m³) | Back-ground Conc. [2] (µg/m³) | Maximum High 2nd High Total Conc. (µg/m³) | NAAQS (µg/m³) | CAAQS (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.3585 | 0.2069 | 0.3238 | 0.3585 | 8 | 56 | 56.36 | 150 | --- |
| B | 0.4181 | 0.2205 | 0.2594 | 0.4181 | 8 | 56 | 56.42 | 150 | --- |
| C | 0.5132 | 0.2582 | 0.3051 | 0.5132 | 8 | 56 | 56.51 | 150 | --- |
| D | 0.5229 | 0.2736 | 0.3078 | 0.5229 | 8 | 56 | 56.52 | 150 | --- |
| Eagles Nest WA | | | | | | | | | |
| A | 0.4277 | 0.7520 | 0.3633 | 0.7520 | 8 | 56 | 56.75 | 150 | --- |
| B | 0.3802 | 0.5242 | 0.3313 | 0.5242 | 8 | 56 | 56.52 | 150 | --- |
| C | 0.4295 | 0.6175 | 0.3910 | 0.6175 | 8 | 56 | 56.62 | 150 | --- |
| D | 0.4425 | 0.6502 | 0.4056 | 0.6502 | 8 | 56 | 56.65 | 150 | --- |
| Flat Tops WA | | | | | | | | | |
| A | 2.9099 | 3.1295 | 3.2874 | 3.2874 | 8 | 56 | 59.29 | 150 | --- |
| B | 1.4110 | 1.9806 | 1.5151 | 1.9806 | 8 | 56 | 57.98 | 150 | --- |
| C | 1.4114 | 1.9972 | 1.6962 | 1.9972 | 8 | 56 | 58.00 | 150 | --- |
| D | 1.4120 | 2.0005 | 1.7415 | 2.0005 | 8 | 56 | 58.00 | 150 | --- |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 2.5300 | 3.1579 | 3.0012 | 3.1579 | 8 | 56 | 59.16 | 150 | --- |
| B | 0.3796 | 0.8073 | 0.4175 | 0.8073 | 8 | 56 | 56.81 | 150 | --- |
| C | 0.5185 | 1.3851 | 0.5041 | 1.3851 | 8 | 56 | 57.39 | 150 | --- |
| D | 0.6454 | 1.5790 | 0.5916 | 1.5790 | 8 | 56 | 57.58 | 150 | --- |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.7373 | 1.0827 | 0.8539 | 1.0827 | 8 | 56 | 57.08 | 150 | --- |
| B | 0.7377 | 1.0985 | 0.8665 | 1.0985 | 8 | 56 | 57.10 | 150 | --- |
| C | 0.7728 | 1.1290 | 0.8865 | 1.1290 | 8 | 56 | 57.13 | 150 | --- |
| D | 0.7792 | 1.1327 | 0.8896 | 1.1327 | 8 | 56 | 57.13 | 150 | --- |
| West Elk WA [5] | | | | | | | | | |
| A | 0.6933 | 0.5850 | 0.6328 | 0.6933 | 8 | 56 | 56.69 | 150 | --- |
| B | 0.3724 | 0.3857 | 0.2852 | 0.3857 | 8 | 56 | 56.39 | 150 | --- |
| C | 0.4450 | 0.4525 | 0.3416 | 0.4525 | 8 | 56 | 56.45 | 150 | --- |
| D | 0.5191 | 0.4809 | 0.3702 | 0.5191 | 8 | 56 | 56.52 | 150 | --- |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 1.7777 | 1.6892 | 1.5569 | 1.7777 | 8 | 56 | 57.78 | 150 | --- |
| B | 1.7792 | 1.6892 | 1.5126 | 1.7792 | 8 | 56 | 57.78 | 150 | --- |
| C | 1.7792 | 1.6892 | 1.5338 | 1.7792 | 8 | 56 | 57.78 | 150 | --- |
| D | 1.7785 | 1.6892 | 1.5429 | 1.7785 | 8 | 56 | 57.78 | 150 | --- |
| Dinosaur NM | | | | | | | | | |
| A | 3.0134 | 3.6933 | 3.2448 | 3.6933 | 8 | 56 | 59.69 | 150 | --- |
| B | 2.8095 | 3.7361 | 3.0293 | 3.7361 | 8 | 56 | 59.74 | 150 | --- |
| C | 2.9713 | 3.7946 | 3.8142 | 3.8142 | 8 | 56 | 59.81 | 150 | --- |
| D | 2.9956 | 3.7953 | 3.7885 | 3.7953 | 8 | 56 | 59.80 | 150 | --- |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 155.3700 | 176.4000 | 205.3300 | 205.3300 | 30 | 56 | 261.33 | 150 | --- |
| B | 155.3800 | 175.4100 | 168.3400 | 175.4100 | 30 | 56 | 231.41 | 150 | --- |
| C | 155.4000 | 175.9300 | 168.6500 | 175.9300 | 30 | 56 | 231.93 | 150 | --- |
| D | 155.4100 | 176.0500 | 168.7200 | 176.0500 | 30 | 56 | 232.05 | 150 | --- |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments. PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 24-hour PM$_{10}$ background concentration was recommended by CDPHE and is based on the monitor at Rifle, Garfield County (2006 data).

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] The maximum modeled high 2nd high concentration over all three years (2001-2003).

[5] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017742

Draft EIS, Appendix L

Table L-29
Maximum Predicted Annual PM$_{10}$ Impacts From Cumulative Sources

Pollutant:  PM$_{10}$         PSD Increments:
Averaging Time:  Annual        Class I Area                    4      μg/m$^3$
                               Class II Area (Non-Sensitive)   17     μg/m$^3$

| Area and Alternative | Modeled Concentration | | | Max. Modeled Conc. [1] (μg/m$^3$) | PSD Increment [1] (μg/m$^3$) | Back-ground Conc. [2] (μg/m$^3$) | Max. Total Conc. (μg/m$^3$) | NAAQS (μg/m$^3$) | CAAQS (μg/m$^3$) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 (μg/m$^3$) | 2002 (μg/m$^3$) | 2003 (μg/m$^3$) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0189 | 0.0220 | 0.0216 | 0.0220 | 4 | 30 | 30.02 | --- | 50 |
| B | 0.0192 | 0.0205 | 0.0195 | 0.0205 | 4 | 30 | 30.02 | --- | 50 |
| C | 0.0217 | 0.0227 | 0.0218 | 0.0227 | 4 | 30 | 30.02 | --- | 50 |
| D | 0.0222 | 0.0231 | 0.0221 | 0.0231 | 4 | 30 | 30.02 | --- | 50 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0874 | 0.1088 | 0.0866 | 0.1088 | 4 | 30 | 30.11 | --- | 50 |
| B | 0.0562 | 0.0723 | 0.0612 | 0.0723 | 4 | 30 | 30.07 | --- | 50 |
| C | 0.0685 | 0.0893 | 0.0751 | 0.0893 | 4 | 30 | 30.09 | --- | 50 |
| D | 0.0742 | 0.0963 | 0.0804 | 0.0963 | 4 | 30 | 30.10 | --- | 50 |
| Flat Tops WA | | | | | | | | | |
| A | 0.3358 | 0.3818 | 0.3892 | 0.3892 | 4 | 30 | 30.39 | --- | 50 |
| B | 0.1791 | 0.2019 | 0.1935 | 0.2019 | 4 | 30 | 30.20 | --- | 50 |
| C | 0.2124 | 0.2408 | 0.2560 | 0.2560 | 4 | 30 | 30.26 | --- | 50 |
| D | 0.2287 | 0.2578 | 0.2751 | 0.2751 | 4 | 30 | 30.28 | --- | 50 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.3153 | 0.4207 | 0.4569 | 0.4569 | 4 | 30 | 30.46 | --- | 50 |
| B | 0.0625 | 0.0804 | 0.0686 | 0.0804 | 4 | 30 | 30.08 | --- | 50 |
| C | 0.0751 | 0.0958 | 0.0818 | 0.0958 | 4 | 30 | 30.10 | --- | 50 |
| D | 0.0922 | 0.1188 | 0.1043 | 0.1188 | 4 | 30 | 30.12 | --- | 50 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.1367 | 0.1511 | 0.1411 | 0.1511 | 4 | 30 | 30.15 | --- | 50 |
| B | 0.1161 | 0.1310 | 0.1239 | 0.1310 | 4 | 30 | 30.13 | --- | 50 |
| C | 0.1340 | 0.1497 | 0.1417 | 0.1497 | 4 | 30 | 30.15 | --- | 50 |
| D | 0.1385 | 0.1539 | 0.1457 | 0.1539 | 4 | 30 | 30.15 | --- | 50 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.0590 | 0.0648 | 0.0690 | 0.0690 | 4 | 30 | 30.07 | --- | 50 |
| B | 0.0364 | 0.0443 | 0.0401 | 0.0443 | 4 | 30 | 30.04 | --- | 50 |
| C | 0.0446 | 0.0523 | 0.0488 | 0.0523 | 4 | 30 | 30.05 | --- | 50 |
| D | 0.0486 | 0.0567 | 0.0536 | 0.0567 | 4 | 30 | 30.06 | --- | 50 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.2390 | 0.2553 | 0.2476 | 0.2553 | 4 | 30 | 30.26 | --- | 50 |
| B | 0.2284 | 0.2419 | 0.2297 | 0.2419 | 4 | 30 | 30.24 | --- | 50 |
| C | 0.2383 | 0.2556 | 0.2447 | 0.2556 | 4 | 30 | 30.26 | --- | 50 |
| D | 0.2410 | 0.2588 | 0.2473 | 0.2588 | 4 | 30 | 30.26 | --- | 50 |
| Dinosaur NM | | | | | | | | | |
| A | 0.6620 | 0.6864 | 0.6696 | 0.6864 | 4 | 30 | 30.69 | --- | 50 |
| B | 0.5057 | 0.5285 | 0.5279 | 0.5285 | 4 | 30 | 30.53 | --- | 50 |
| C | 0.6754 | 0.7265 | 0.7090 | 0.7265 | 4 | 30 | 30.73 | --- | 50 |
| D | 0.6931 | 0.7444 | 0.7200 | 0.7444 | 4 | 30 | 30.74 | --- | 50 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 43.6950 | 50.4990 | 49.2570 | 50.4990 | 17 | 30 | 80.50 | --- | 50 |
| B | 43.6950 | 50.4950 | 49.2510 | 50.4950 | 17 | 30 | 80.50 | --- | 50 |
| C | 43.6980 | 50.5000 | 49.2580 | 50.5000 | 17 | 30 | 80.50 | --- | 50 |
| D | 43.6980 | 50.5010 | 49.2580 | 50.5010 | 17 | 30 | 80.50 | --- | 50 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments.  PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The annual PM$_{10}$ background concentration was recommended by CDPHE and is based on the monitor in Rifle, Garfield County (2006 data).

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017743

Draft EIS, Appendix L

Table L-30
Maximum Predicted 24-Hour PM$_{2.5}$ Impacts From Cumulative Sources

Pollutant:        PM$_{2.5}$          PSD Increments:

Averaging Time:  24-Hour          Class I Area       2 ug/m$^3$

                                   Class II Area      9 ug/m$^3$   (Non-Sensitive)

| Area and Alternative | Annual 8th-High Modeled Concentration at Any Receptor | | | 3-Year Average of Annual Max. Modeled 8th-High Conc. [2] (μg/m³) | PSD Increment (μg/m³) | Back-ground Conc. [1] (μg/m³) | High 8th High Total Conc. (μg/m³) | NAAQS (μg/m³) | CAAQS (μg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 (μg/m³) | 2002 (μg/m³) | 2003 (μg/m³) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.2261 | 0.1231 | 0.1176 | 0.1476 | 2 | 24 | 24.15 | 35 | --- |
| B | 0.2437 | 0.1362 | 0.1071 | 0.1550 | 2 | 24 | 24.16 | 35 | --- |
| C | 0.2703 | 0.1621 | 0.1213 | 0.1836 | 2 | 24 | 24.18 | 35 | --- |
| D | 0.2772 | 0.1664 | 0.1226 | 0.1887 | 2 | 24 | 24.19 | 35 | --- |
| Eagles Nest WA | | | | | | | | | |
| A | 0.2390 | 0.3657 | 0.2274 | 0.2748 | 2 | 24 | 24.27 | 35 | --- |
| B | 0.2222 | 0.3237 | 0.2126 | 0.2522 | 2 | 24 | 24.25 | 35 | --- |
| C | 0.2630 | 0.3878 | 0.2447 | 0.2969 | 2 | 24 | 24.30 | 35 | --- |
| D | 0.2707 | 0.4019 | 0.2567 | 0.3072 | 2 | 24 | 24.31 | 35 | --- |
| Flat Tops WA | | | | | | | | | |
| A | 0.7120 | 0.8238 | 0.8184 | 0.7847 | 2 | 24 | 24.78 | 35 | --- |
| B | 0.7335 | 0.7864 | 0.8198 | 0.7760 | 2 | 24 | 24.78 | 35 | --- |
| C | 0.7609 | 0.8925 | 0.8387 | 0.8297 | 2 | 24 | 24.83 | 35 | --- |
| D | 0.7600 | 0.8956 | 0.8401 | 0.8319 | 2 | 24 | 24.83 | 35 | --- |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.5765 | 0.7848 | 0.6974 | 0.6862 | 2 | 24 | 24.69 | 35 | --- |
| B | 0.2643 | 0.3329 | 0.2697 | 0.2855 | 2 | 24 | 24.29 | 35 | --- |
| C | 0.3260 | 0.3945 | 0.3132 | 0.3437 | 2 | 24 | 24.34 | 35 | --- |
| D | 0.3650 | 0.4246 | 0.3406 | 0.3689 | 2 | 24 | 24.37 | 35 | --- |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.3740 | 0.5635 | 0.4144 | 0.4470 | 2 | 24 | 24.45 | 35 | --- |
| B | 0.3718 | 0.5235 | 0.4094 | 0.4341 | 2 | 24 | 24.43 | 35 | --- |
| C | 0.4138 | 0.6190 | 0.4531 | 0.4911 | 2 | 24 | 24.49 | 35 | --- |
| D | 0.4195 | 0.6205 | 0.4620 | 0.5001 | 2 | 24 | 24.50 | 35 | --- |
| West Elk WA [3] | | | | | | | | | |
| A | 0.2467 | 0.2284 | 0.2054 | 0.2268 | 2 | 24 | 24.23 | 35 | --- |
| B | 0.2289 | 0.2035 | 0.1993 | 0.2102 | 2 | 24 | 24.21 | 35 | --- |
| C | 0.2537 | 0.2386 | 0.2292 | 0.2400 | 2 | 24 | 24.24 | 35 | --- |
| D | 0.2800 | 0.2603 | 0.2504 | 0.2636 | 2 | 24 | 24.26 | 35 | --- |
| **Sensitive Class II Areas** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.3657 | 0.3429 | 0.3175 | 0.3391 | 2 | 24 | 24.34 | 35 | --- |
| B | 0.3556 | 0.3705 | 0.3166 | 0.3384 | 2 | 24 | 24.34 | 35 | --- |
| C | 0.4330 | 0.4333 | 0.3719 | 0.4042 | 2 | 24 | 24.40 | 35 | --- |
| D | 0.4491 | 0.4427 | 0.3740 | 0.4148 | 2 | 24 | 24.41 | 35 | --- |
| Dinosaur NM | | | | | | | | | |
| A | 1.5872 | 1.5269 | 1.5101 | 1.5055 | 2 | 24 | 25.51 | 35 | --- |
| B | 1.6076 | 1.5498 | 1.4835 | 1.5326 | 2 | 24 | 25.53 | 35 | --- |
| C | 1.6767 | 1.6194 | 1.6803 | 1.6390 | 2 | 24 | 25.64 | 35 | --- |
| D | 1.6867 | 1.6280 | 1.7090 | 1.6548 | 2 | 24 | 25.65 | 35 | --- |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 30.8530 | 33.0970 | 50.5820 | 38.1773 | 9 | 24 | 62.18 | 35 | --- |
| B | 30.9450 | 33.0980 | 50.5820 | 38.2083 | 9 | 24 | 62.21 | 35 | --- |
| C | 31.0810 | 33.1040 | 50.5820 | 38.2557 | 9 | 24 | 62.26 | 35 | --- |
| D | 31.1060 | 33.1030 | 50.5820 | 38.2637 | 9 | 24 | 62.26 | 35 | --- |

[1] The 24-hour PM$_{2.5}$ background concentration was recommended by CDPHE and is based on the monitor at Rifle, Garfield County (2006 data).

[2] This is the three-year average of the annual modeled 8th-highest concentration within the area, as determined on a receptor-specific basis. The three-year average in this column is less than the average of the three annual 8th high modeled concentrations when the locations of the annual 8th high receptors vary from one year to another.

BLM_0017744

Draft EIS, Appendix L

Table L-31
Maximum Predicted Annual PM$_{2.5}$ Impacts From Cumulative Sources

Pollutant: PM$_{2.5}$    PSD Increments:
Averaging Time: Annual    Class I Area    1 ug/m$^3$
Class II Area (Non-Sensitive)    4 ug/m$^3$

| Area and Alternative | Modeled Concentration | | | Max. Modeled 3 year Average Conc. (µg/m³) | PSD Increment (µg/m³) | Back-ground Conc. [1] (µg/m³) | Max. Total 3 year Average Conc. (µg/m³) | NAAQS (µg/m³) | CAAQS (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 (µg/m³) | 2002 (µg/m³) | 2003 (µg/m³) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0151 | 0.0160 | 0.0139 | 0.0150 | 1 | 9 | 9.01 | 15 | --- |
| B | 0.0158 | 0.0157 | 0.0134 | 0.0150 | 1 | 9 | 9.01 | 15 | --- |
| C | 0.0181 | 0.0173 | 0.0148 | 0.0167 | 1 | 9 | 9.02 | 15 | --- |
| D | 0.0186 | 0.0175 | 0.0149 | 0.0170 | 1 | 9 | 9.02 | 15 | --- |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0573 | 0.0752 | 0.0600 | 0.0642 | 1 | 9 | 9.06 | 15 | --- |
| B | 0.0456 | 0.0608 | 0.0504 | 0.0523 | 1 | 9 | 9.05 | 15 | --- |
| C | 0.0528 | 0.0713 | 0.0586 | 0.0609 | 1 | 9 | 9.06 | 15 | --- |
| D | 0.0568 | 0.0759 | 0.0625 | 0.0650 | 1 | 9 | 9.07 | 15 | --- |
| Flat Tops WA | | | | | | | | | |
| A | 0.1603 | 0.1818 | 0.1796 | 0.1739 | 1 | 9 | 9.17 | 15 | --- |
| B | 0.1426 | 0.1640 | 0.1552 | 0.1539 | 1 | 9 | 9.15 | 15 | --- |
| C | 0.1585 | 0.1828 | 0.1735 | 0.1716 | 1 | 9 | 9.17 | 15 | --- |
| D | 0.1646 | 0.1890 | 0.1813 | 0.1783 | 1 | 9 | 9.18 | 15 | --- |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.1131 | 0.1454 | 0.1509 | 0.1365 | 1 | 9 | 9.14 | 15 | --- |
| B | 0.0458 | 0.0585 | 0.0478 | 0.0507 | 1 | 9 | 9.05 | 15 | --- |
| C | 0.0532 | 0.0674 | 0.0552 | 0.0586 | 1 | 9 | 9.06 | 15 | --- |
| D | 0.0619 | 0.0787 | 0.0656 | 0.0687 | 1 | 9 | 9.07 | 15 | --- |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.1004 | 0.1126 | 0.1050 | 0.1060 | 1 | 9 | 9.11 | 15 | --- |
| B | 0.0936 | 0.1062 | 0.1004 | 0.1000 | 1 | 9 | 9.10 | 15 | --- |
| C | 0.1038 | 0.1175 | 0.1110 | 0.1108 | 1 | 9 | 9.11 | 15 | --- |
| D | 0.1071 | 0.1206 | 0.1139 | 0.1139 | 1 | 9 | 9.11 | 15 | --- |
| West Elk WA [2] | | | | | | | | | |
| A | 0.0338 | 0.0408 | 0.0391 | 0.0379 | 1 | 9 | 9.04 | 15 | --- |
| B | 0.0264 | 0.0332 | 0.0287 | 0.0294 | 1 | 9 | 9.03 | 15 | --- |
| C | 0.0316 | 0.0387 | 0.0341 | 0.0348 | 1 | 9 | 9.03 | 15 | --- |
| D | 0.0341 | 0.0419 | 0.0374 | 0.0378 | 1 | 9 | 9.04 | 15 | --- |
| **Sensitive Class II Areas** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0670 | 0.0809 | 0.0732 | 0.0737 | 1 | 9 | 9.07 | 15 | --- |
| B | 0.0646 | 0.0778 | 0.0686 | 0.0703 | 1 | 9 | 9.07 | 15 | --- |
| C | 0.0704 | 0.0863 | 0.0760 | 0.0776 | 1 | 9 | 9.08 | 15 | --- |
| D | 0.0723 | 0.0883 | 0.0774 | 0.0794 | 1 | 9 | 9.08 | 15 | --- |
| Dinosaur NM | | | | | | | | | |
| A | 0.3859 | 0.4118 | 0.4086 | 0.4021 | 1 | 9 | 9.40 | 15 | --- |
| B | 0.3559 | 0.3881 | 0.3862 | 0.3767 | 1 | 9 | 9.38 | 15 | --- |
| C | 0.4188 | 0.4541 | 0.4433 | 0.4387 | 1 | 9 | 9.44 | 15 | --- |
| D | 0.4290 | 0.4647 | 0.4518 | 0.4485 | 1 | 9 | 9.45 | 15 | --- |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 7.7334 | 9.2117 | 9.0126 | 8.6526 | 4 | 9 | 17.65 | 15 | --- |
| B | 7.7342 | 9.2109 | 9.0118 | 8.6523 | 4 | 9 | 17.65 | 15 | --- |
| C | 7.7366 | 9.2135 | 9.0148 | 8.6550 | 4 | 9 | 17.65 | 15 | --- |
| D | 7.7368 | 9.2135 | 9.0149 | 8.6551 | 4 | 9 | 17.66 | 15 | --- |

[1] The annual PM$_{2.5}$ background concentration was recommended by CDPHE and is based on the monitor at Rifle, Garfield County (2006 data).

[2] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017745

Draft EIS, Appendix L

**Table L-32**
**Maximum Predicted 1-hour SO₂ Impacts From Cumulative Sources**

| Pollutant: | SO$_2$ | PSD Increments: | | |
|---|---|---|---|---|
| Averaging Time: | 1-hour | Class I Area | N/A | $\mu g/m^3$ |
| | | Class II Area (Non-Sensitive) | N/A | $\mu g/m^3$ |

| Area and Alternative | Modeled Concentration[1] | | | Max. Modeled 3-Year Average 4th High Daily 1-hour Conc. ($\mu g/m^3$) | PSD Increment ($\mu g/m^3$) | Back-ground Conc. ($\mu g/m^3$) | Max. Total Conc. ($\mu g/m^3$) | NAAQS ($\mu g/m^3$) | CAAQS ($\mu g/m^3$) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 ($\mu g/m^3$) | 2002 ($\mu g/m^3$) | 2003 ($\mu g/m^3$) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0201 | 0.0072 | 0.0144 | 0.0130 | N/A | 80.82 | 80.83 | 195.54 | N/A |
| B | 0.0210 | 0.0073 | 0.0148 | 0.0133 | N/A | 80.82 | 80.83 | 195.54 | N/A |
| C | 0.0215 | 0.0081 | 0.0152 | 0.0140 | N/A | 80.82 | 80.83 | 195.54 | N/A |
| D | 0.0221 | 0.0088 | 0.0159 | 0.0146 | N/A | 80.82 | 80.83 | 195.54 | N/A |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0338 | 0.0347 | 0.0269 | 0.0306 | N/A | 80.82 | 80.85 | 195.54 | N/A |
| B | 0.0340 | 0.0347 | 0.0275 | 0.0310 | N/A | 80.82 | 80.85 | 195.54 | N/A |
| C | 0.0358 | 0.0347 | 0.0286 | 0.0316 | N/A | 80.82 | 80.85 | 195.54 | N/A |
| D | 0.0373 | 0.0347 | 0.0304 | 0.0328 | N/A | 80.82 | 80.85 | 195.54 | N/A |
| Flat Tops WA | | | | | | | | | N/A |
| A | 0.0924 | 0.0779 | 0.0864 | 0.0817 | N/A | 80.82 | 80.90 | 195.54 | N/A |
| B | 0.0936 | 0.0786 | 0.0907 | 0.0836 | N/A | 80.82 | 80.90 | 195.54 | N/A |
| C | 0.0947 | 0.0796 | 0.0966 | 0.0861 | N/A | 80.82 | 80.91 | 195.54 | N/A |
| D | 0.0963 | 0.0824 | 0.1027 | 0.0911 | N/A | 80.82 | 80.91 | 195.54 | N/A |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0513 | 0.0450 | 0.0427 | 0.0424 | N/A | 80.82 | 80.86 | 195.54 | N/A |
| B | 0.0531 | 0.0456 | 0.0444 | 0.0438 | N/A | 80.82 | 80.86 | 195.54 | N/A |
| C | 0.0553 | 0.0477 | 0.0473 | 0.0456 | N/A | 80.82 | 80.87 | 195.54 | N/A |
| D | 0.0589 | 0.0502 | 0.0504 | 0.0476 | N/A | 80.82 | 80.87 | 195.54 | N/A |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0325 | 0.0408 | 0.0391 | 0.0374 | N/A | 80.82 | 80.86 | 195.54 | N/A |
| B | 0.0333 | 0.0421 | 0.0398 | 0.0383 | N/A | 80.82 | 80.86 | 195.54 | N/A |
| C | 0.0342 | 0.0437 | 0.0404 | 0.0393 | N/A | 80.82 | 80.86 | 195.54 | N/A |
| D | 0.0353 | 0.0454 | 0.0411 | 0.0403 | N/A | 80.82 | 80.86 | 195.54 | N/A |
| West Elk WA [3] | | | | | | | | | |
| A | 0.0315 | 0.0310 | 0.0278 | 0.0298 | N/A | 80.82 | 80.85 | 195.54 | N/A |
| B | 0.0324 | 0.0322 | 0.0291 | 0.0307 | N/A | 80.82 | 80.85 | 195.54 | N/A |
| C | 0.0339 | 0.0334 | 0.0302 | 0.0321 | N/A | 80.82 | 80.85 | 195.54 | N/A |
| D | 0.0356 | 0.0345 | 0.0318 | 0.0336 | N/A | 80.82 | 80.85 | 195.54 | N/A |
| **Sensitive Class II Areas** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0682 | 0.0549 | 0.0989 | 0.0732 | N/A | 80.82 | 80.89 | 195.54 | N/A |
| B | 0.0692 | 0.0566 | 0.0997 | 0.0746 | N/A | 80.82 | 80.89 | 195.54 | N/A |
| C | 0.0710 | 0.0576 | 0.1013 | 0.0762 | N/A | 80.82 | 80.90 | 195.54 | N/A |
| D | 0.0729 | 0.0588 | 0.1028 | 0.0774 | N/A | 80.82 | 80.90 | 195.54 | N/A |
| Dinosaur NM | | | | | | | | | |
| A | 0.3042 | 0.4520 | 0.5368 | 0.4135 | N/A | 80.82 | 81.23 | 195.54 | N/A |
| B | 0.3073 | 0.4525 | 0.5393 | 0.4170 | N/A | 80.82 | 81.24 | 195.54 | N/A |
| C | 0.3117 | 0.4531 | 0.5426 | 0.4219 | N/A | 80.82 | 81.24 | 195.54 | N/A |
| D | 0.3156 | 0.4537 | 0.5448 | 0.4262 | N/A | 80.82 | 81.25 | 195.54 | N/A |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 88.2930 | 108.6000 | 120.2100 | 105.7010 | N/A | 80.82 | 186.52 | 195.54 | N/A |
| B | 88.2930 | 108.6100 | 120.2200 | 105.7077 | N/A | 80.82 | 186.53 | 195.54 | N/A |
| C | 88.2930 | 108.6300 | 120.2300 | 105.7177 | N/A | 80.82 | 186.54 | 195.54 | N/A |
| D | 88.2930 | 108.6700 | 120.2500 | 105.7377 | N/A | 80.82 | 186.56 | 195.54 | N/A |

[1] Maximum 99th percentile daily maximum 1-hour average SO2 values are reported for "Modeled Concentration."

[2] The background concentration data is based on the 99th percentile of year 2006 1-hour SO data from a monitor (ID 08-031-0002) located on Broadway Street, Denver, Colorado in Denver County.

[3] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017746

Draft EIS, Appendix L

**Table L-33**
**Maximum Predicted 3-Hour SO$_2$ Impacts From Cumulative Sources**

Pollutant: SO$_2$   PSD Increments:
Averaging Time: 3-Hour   Class I Area   25   $\mu g/m^3$
  Class II Area (Non-Sensitive)   512   $\mu g/m^3$

| Area and Alternative | Modeled Concentration 2001 (µg/m³) | 2002 (µg/m³) | 2003 (µg/m³) | Max. High 2nd High Modeled Conc. (µg/m³) | PSD Increment [1] (µg/m³) | Back-ground Conc. [2] (µg/m³) | Max. High 2nd High Total Conc. (µg/m³) | NAAQS (µg/m³) | CAAQS (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0290 | 0.0081 | 0.0168 | 0.0290 | 25 | 66.6 | 66.63 | 1300 | 700 |
| B | 0.0300 | 0.0085 | 0.0175 | 0.0300 | 25 | 66.6 | 66.63 | 1300 | 700 |
| C | 0.0312 | 0.0090 | 0.0183 | 0.0312 | 25 | 66.6 | 66.63 | 1300 | 700 |
| D | 0.0324 | 0.0095 | 0.0192 | 0.0324 | 25 | 66.6 | 66.63 | 1300 | 700 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0311 | 0.0235 | 0.0219 | 0.0311 | 25 | 66.6 | 66.63 | 1300 | 700 |
| B | 0.0314 | 0.0242 | 0.0230 | 0.0314 | 25 | 66.6 | 66.63 | 1300 | 700 |
| C | 0.0317 | 0.0250 | 0.0246 | 0.0317 | 25 | 66.6 | 66.63 | 1300 | 700 |
| D | 0.0322 | 0.0253 | 0.0260 | 0.0322 | 25 | 66.6 | 66.63 | 1300 | 700 |
| Flat Tops WA | | | | | | | | | |
| A | 0.0778 | 0.0762 | 0.0905 | 0.0905 | 25 | 66.6 | 66.69 | 1300 | 700 |
| B | 0.0778 | 0.0762 | 0.0908 | 0.0908 | 25 | 66.6 | 66.69 | 1300 | 700 |
| C | 0.0778 | 0.0762 | 0.0911 | 0.0911 | 25 | 66.6 | 66.69 | 1300 | 700 |
| D | 0.0778 | 0.0763 | 0.0914 | 0.0914 | 25 | 66.6 | 66.69 | 1300 | 700 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0409 | 0.0353 | 0.0409 | 0.0409 | 25 | 66.6 | 66.64 | 1300 | 700 |
| B | 0.0426 | 0.0376 | 0.0413 | 0.0426 | 25 | 66.6 | 66.64 | 1300 | 700 |
| C | 0.0453 | 0.0398 | 0.0420 | 0.0453 | 25 | 66.6 | 66.65 | 1300 | 700 |
| D | 0.0478 | 0.0429 | 0.0441 | 0.0478 | 25 | 66.6 | 66.65 | 1300 | 700 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0321 | 0.0434 | 0.0330 | 0.0434 | 25 | 66.6 | 66.64 | 1300 | 700 |
| B | 0.0325 | 0.0440 | 0.0343 | 0.0440 | 25 | 66.6 | 66.64 | 1300 | 700 |
| C | 0.0330 | 0.0447 | 0.0362 | 0.0447 | 25 | 66.6 | 66.64 | 1300 | 700 |
| D | 0.0335 | 0.0456 | 0.0378 | 0.0456 | 25 | 66.6 | 66.65 | 1300 | 700 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.0298 | 0.0357 | 0.0427 | 0.0427 | 25 | 66.6 | 66.64 | 1300 | 700 |
| B | 0.0309 | 0.0372 | 0.0428 | 0.0428 | 25 | 66.6 | 66.64 | 1300 | 700 |
| C | 0.0324 | 0.0396 | 0.0429 | 0.0429 | 25 | 66.6 | 66.64 | 1300 | 700 |
| D | 0.0340 | 0.0423 | 0.0430 | 0.0430 | 25 | 66.6 | 66.64 | 1300 | 700 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0774 | 0.0538 | 0.1091 | 0.1091 | 25 | 66.6 | 66.71 | 1300 | 700 |
| B | 0.0792 | 0.0562 | 0.1107 | 0.1107 | 25 | 66.6 | 66.71 | 1300 | 700 |
| C | 0.0817 | 0.0588 | 0.1124 | 0.1124 | 25 | 66.6 | 66.71 | 1300 | 700 |
| D | 0.0839 | 0.0613 | 0.1142 | 0.1142 | 25 | 66.6 | 66.71 | 1300 | 700 |
| Dinosaur NM | | | | | | | | | |
| A | 0.3242 | 0.3812 | 0.2890 | 0.3812 | 25 | 66.6 | 66.98 | 1300 | 700 |
| B | 0.3255 | 0.3833 | 0.2913 | 0.3833 | 25 | 66.6 | 66.98 | 1300 | 700 |
| C | 0.3275 | 0.3856 | 0.2944 | 0.3856 | 25 | 66.6 | 66.99 | 1300 | 700 |
| D | 0.3294 | 0.3885 | 0.2975 | 0.3885 | 25 | 66.6 | 66.99 | 1300 | 700 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 57.4890 | 77.0730 | 92.7170 | 92.7170 | 512 | 66.6 | 159.32 | 1300 | 700 |
| B | 57.5080 | 77.0880 | 92.7230 | 92.7230 | 512 | 66.6 | 159.32 | 1300 | 700 |
| C | 57.5310 | 77.1100 | 92.7260 | 92.7260 | 512 | 66.6 | 159.33 | 1300 | 700 |
| D | 57.5180 | 77.1240 | 92.7560 | 92.7560 | 512 | 66.6 | 159.36 | 1300 | 700 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments.  PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 3-hour SO$_2$ background concentration was recommended by CDPHE and is based on the monitor at Colorado College, Colorado Springs, El Paso County.  (2005-2006 data)

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class I receptors located within the West Elk WA.

BLM_0017747

Draft EIS, Appendix L

**Table L-34**
**Maximum Predicted 24-Hour SO$_2$ Impacts From Cumulative Sources**

Pollutant:        SO$_2$                PSD Increments:
Averaging Time: 24-Hour              Class I Area                          5        µg/m$^3$
                                     Class II Area (Non-Sensitive)        91        µg/m$^3$

| Area and Alternative | Modeled Concentration 2001 (µg/m$^3$) | 2002 (µg/m$^3$) | 2003 (µg/m$^3$) | Max. High 2nd High Modeled Conc. (µg/m$^3$) | PSD Increment [1] (µg/m$^3$) | Back-ground Conc. [2] (µg/m$^3$) | Max High 2nd High Total Conc. (µg/m$^3$) | NAAQS (µg/m$^3$) | CAAQS (µg/m$^3$) |
|---|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0104 | 0.0031 | 0.0047 | 0.0104 | 5 | 34.6 | 34.61 | 365 | 365 |
| B | 0.0108 | 0.0032 | 0.0050 | 0.0108 | 5 | 34.6 | 34.61 | 365 | 365 |
| C | 0.0113 | 0.0035 | 0.0053 | 0.0113 | 5 | 34.6 | 34.61 | 365 | 365 |
| D | 0.0119 | 0.0037 | 0.0057 | 0.0119 | 5 | 34.6 | 34.61 | 365 | 365 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0083 | 0.0073 | 0.0072 | 0.0083 | 5 | 34.6 | 34.61 | 365 | 365 |
| B | 0.0088 | 0.0074 | 0.0075 | 0.0088 | 5 | 34.6 | 34.61 | 365 | 365 |
| C | 0.0097 | 0.0077 | 0.0079 | 0.0097 | 5 | 34.6 | 34.61 | 365 | 365 |
| D | 0.0102 | 0.0079 | 0.0084 | 0.0102 | 5 | 34.6 | 34.61 | 365 | 365 |
| Flat Tops WA | | | | | | | | | |
| A | 0.0215 | 0.0190 | 0.0233 | 0.0233 | 5 | 34.6 | 34.62 | 365 | 365 |
| B | 0.0217 | 0.0194 | 0.0238 | 0.0238 | 5 | 34.6 | 34.62 | 365 | 365 |
| C | 0.0219 | 0.0200 | 0.0245 | 0.0245 | 5 | 34.6 | 34.62 | 365 | 365 |
| D | 0.0221 | 0.0207 | 0.0250 | 0.0250 | 5 | 34.6 | 34.62 | 365 | 365 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0124 | 0.0095 | 0.0092 | 0.0124 | 5 | 34.6 | 34.61 | 365 | 365 |
| B | 0.0130 | 0.0097 | 0.0094 | 0.0130 | 5 | 34.6 | 34.61 | 365 | 365 |
| C | 0.0138 | 0.0101 | 0.0099 | 0.0138 | 5 | 34.6 | 34.61 | 365 | 365 |
| D | 0.0147 | 0.0108 | 0.0105 | 0.0147 | 5 | 34.6 | 34.61 | 365 | 365 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0094 | 0.0122 | 0.0111 | 0.0122 | 5 | 34.6 | 34.61 | 365 | 365 |
| B | 0.0096 | 0.0125 | 0.0114 | 0.0125 | 5 | 34.6 | 34.61 | 365 | 365 |
| C | 0.0098 | 0.0129 | 0.0118 | 0.0129 | 5 | 34.6 | 34.61 | 365 | 365 |
| D | 0.0100 | 0.0134 | 0.0123 | 0.0134 | 5 | 34.6 | 34.61 | 365 | 365 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.0072 | 0.0091 | 0.0091 | 0.0091 | 5 | 34.6 | 34.61 | 365 | 365 |
| B | 0.0075 | 0.0096 | 0.0094 | 0.0096 | 5 | 34.6 | 34.61 | 365 | 365 |
| C | 0.0078 | 0.0101 | 0.0098 | 0.0101 | 5 | 34.6 | 34.61 | 365 | 365 |
| D | 0.0082 | 0.0106 | 0.0102 | 0.0106 | 5 | 34.6 | 34.61 | 365 | 365 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0193 | 0.0161 | 0.0218 | 0.0218 | 5 | 34.6 | 34.62 | 365 | 365 |
| B | 0.0195 | 0.0171 | 0.0222 | 0.0222 | 5 | 34.6 | 34.62 | 365 | 365 |
| C | 0.0203 | 0.0183 | 0.0226 | 0.0226 | 5 | 34.6 | 34.62 | 365 | 365 |
| D | 0.0217 | 0.0193 | 0.0231 | 0.0231 | 5 | 34.6 | 34.62 | 365 | 365 |
| Dinosaur NM | | | | | | | | | |
| A | 0.0567 | 0.0707 | 0.0719 | 0.0719 | 5 | 34.6 | 34.67 | 365 | 365 |
| B | 0.0570 | 0.0712 | 0.0732 | 0.0732 | 5 | 34.6 | 34.67 | 365 | 365 |
| C | 0.0573 | 0.0719 | 0.0747 | 0.0747 | 5 | 34.6 | 34.67 | 365 | 365 |
| D | 0.0576 | 0.0726 | 0.0765 | 0.0765 | 5 | 34.6 | 34.68 | 365 | 365 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 17.2310 | 23.3340 | 22.9400 | 23.3340 | 91 | 34.6 | 57.93 | 365 | 365 |
| B | 17.2380 | 23.3410 | 22.9490 | 23.3410 | 91 | 34.6 | 57.94 | 365 | 365 |
| C | 17.2520 | 23.3540 | 22.9660 | 23.3540 | 91 | 34.6 | 57.95 | 365 | 365 |
| D | 17.2670 | 23.3650 | 22.9840 | 23.3650 | 91 | 34.6 | 57.97 | 365 | 365 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments. PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 24-hour SO$_2$ background concentration was recommended by CDPHE and is based on the monitor at Colorado College, Colorado Springs, El Paso County. (2005-2006 data)

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017748

Draft EIS, Appendix L

**Table L-35**
**Maximum Predicted Annual SO₂ Impacts From Cumulative Sources**

Pollutant:       SO₂         PSD Increments:

Averaging Time:  Annual      Class I Area                     2    μg/m³

                             Class II Area (Non-Sensitive)   20    μg/m³

| Area and Alternative | Modeled Concentration | | | Max. Modeled Conc. (μg/m³) | PSD Increment [1] (μg/m³) | Back-ground Conc. [2] (μg/m³) | Max. Total Conc. (μg/m³) | NAAQS (μg/m³) | CAAQS (μg/m³) |
|---|---|---|---|---|---|---|---|---|---|
| | 2001 (μg/m³) | 2002 (μg/m³) | 2003 (μg/m³) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 0.0003 | 0.0002 | 0.0002 | 0.0003 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0003 | 0.0002 | 0.0002 | 0.0003 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0003 | 0.0002 | 0.0002 | 0.0003 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0003 | 0.0002 | 0.0002 | 0.0003 | 2 | 5.3 | 5.30 | 80 | 80 |
| Eagles Nest WA | | | | | | | | | |
| A | 0.0008 | 0.0009 | 0.0008 | 0.0009 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0009 | 0.0010 | 0.0009 | 0.0010 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0009 | 0.0010 | 0.0009 | 0.0010 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0010 | 0.0011 | 0.0010 | 0.0011 | 2 | 5.3 | 5.30 | 80 | 80 |
| Flat Tops WA | | | | | | | | | |
| A | 0.0028 | 0.0031 | 0.0032 | 0.0032 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0029 | 0.0032 | 0.0033 | 0.0033 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0032 | 0.0034 | 0.0036 | 0.0036 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0034 | 0.0037 | 0.0039 | 0.0039 | 2 | 5.3 | 5.30 | 80 | 80 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 0.0009 | 0.0010 | 0.0009 | 0.0010 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0009 | 0.0010 | 0.0009 | 0.0010 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0010 | 0.0011 | 0.0009 | 0.0010 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0011 | 0.0012 | 0.0010 | 0.0012 | 2 | 5.3 | 5.30 | 80 | 80 |
| Mount Zirkel WA | | | | | | | | | |
| A | 0.0014 | 0.0015 | 0.0015 | 0.0015 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0015 | 0.0015 | 0.0015 | 0.0015 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0016 | 0.0016 | 0.0016 | 0.0016 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0016 | 0.0016 | 0.0017 | 0.0017 | 2 | 5.3 | 5.30 | 80 | 80 |
| West Elk WA [4] | | | | | | | | | |
| A | 0.0005 | 0.0005 | 0.0005 | 0.0005 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0005 | 0.0006 | 0.0006 | 0.0006 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0006 | 0.0006 | 0.0006 | 0.0006 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0006 | 0.0006 | 0.0006 | 0.0006 | 2 | 5.3 | 5.30 | 80 | 80 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 0.0010 | 0.0011 | 0.0012 | 0.0012 | 2 | 5.3 | 5.30 | 80 | 80 |
| B | 0.0011 | 0.0011 | 0.0012 | 0.0012 | 2 | 5.3 | 5.30 | 80 | 80 |
| C | 0.0011 | 0.0012 | 0.0013 | 0.0013 | 2 | 5.3 | 5.30 | 80 | 80 |
| D | 0.0012 | 0.0012 | 0.0014 | 0.0014 | 2 | 5.3 | 5.30 | 80 | 80 |
| Dinosaur NM | | | | | | | | | |
| A | 0.0138 | 0.0122 | 0.0111 | 0.0138 | 2 | 5.3 | 5.31 | 80 | 80 |
| B | 0.0142 | 0.0126 | 0.0115 | 0.0142 | 2 | 5.3 | 5.31 | 80 | 80 |
| C | 0.0146 | 0.0130 | 0.0118 | 0.0146 | 2 | 5.3 | 5.31 | 80 | 80 |
| D | 0.0151 | 0.0135 | 0.0122 | 0.0151 | 2 | 5.3 | 5.32 | 80 | 80 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 2.3573 | 3.0914 | 3.0105 | 3.0914 | 20 | 5.3 | 8.39 | 80 | 80 |
| B | 2.3601 | 3.0936 | 3.0137 | 3.0936 | 20 | 5.3 | 8.39 | 80 | 80 |
| C | 2.3635 | 3.0978 | 3.0175 | 3.0978 | 20 | 5.3 | 8.40 | 80 | 80 |
| D | 2.3661 | 3.1017 | 3.0202 | 3.1017 | 20 | 5.3 | 8.40 | 80 | 80 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments. PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 24-hour SO₂ background concentration was recommended by CDPHE and is based on the monitor at Colorado College, Colorado Springs, El Paso County. (2005-2006 data)

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017749

Draft EIS, Appendix L

**Table L-36**
**Maximum Predicted 1-Hour CO Impacts From Cumulative Sources**

Pollutant:    CO                PSD Increments:
Averaging Time:  1-Hour          Class I Area               NA
                                        Class II Area (Non-Sensitive)  NA

| Area and Alternative | Modeled Concentration 2001 ($\mu g/m^3$) | 2002 ($\mu g/m^3$) | 2003 ($\mu g/m^3$) | Max. High 2nd High Modeled Conc. ($\mu g/m^3$) | PSD Increment [1] ($\mu g/m^3$) | Back-ground Conc. [2] ($\mu g/m^3$) | Max. High 2nd High Total Conc. ($\mu g/m^3$) | NAAQS ($\mu g/m^3$) | CAAQS ($\mu g/m^3$) |
|---|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 2.4458 | 1.8439 | 3.4685 | 3.4685 | NA | 4656.4 | 4659.87 | 40000 | 40000 |
| B | 2.9904 | 1.8967 | 4.7319 | 4.7319 | NA | 4656.4 | 4661.13 | 40000 | 40000 |
| C | 4.4239 | 1.9540 | 7.0914 | 7.0914 | NA | 4656.4 | 4663.49 | 40000 | 40000 |
| D | 4.5258 | 1.9383 | 7.4483 | 7.4483 | NA | 4656.4 | 4663.85 | 40000 | 40000 |
| Eagles Nest WA | | | | | | | | | |
| A | 4.8265 | 3.6702 | 3.3271 | 4.8265 | NA | 4656.4 | 4661.23 | 40000 | 40000 |
| B | 4.6295 | 3.8262 | 4.6217 | 4.6295 | NA | 4656.4 | 4661.03 | 40000 | 40000 |
| C | 5.9409 | 5.3621 | 6.7231 | 6.7231 | NA | 4656.4 | 4663.12 | 40000 | 40000 |
| D | 7.6206 | 5.7840 | 7.3883 | 7.6206 | NA | 4656.4 | 4664.02 | 40000 | 40000 |
| Flat Tops WA | | | | | | | | | |
| A | 5.1544 | 6.7590 | 6.6997 | 6.7590 | NA | 4656.4 | 4663.16 | 40000 | 40000 |
| B | 7.2256 | 7.2282 | 8.9508 | 8.9508 | NA | 4656.4 | 4665.35 | 40000 | 40000 |
| C | 9.1364 | 10.0160 | 10.4060 | 10.4060 | NA | 4656.4 | 4666.81 | 40000 | 40000 |
| D | 9.2746 | 10.7340 | 11.7700 | 11.7700 | NA | 4656.4 | 4668.17 | 40000 | 40000 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 7.0500 | 8.0009 | 6.5311 | 8.0009 | NA | 4656.4 | 4664.40 | 40000 | 40000 |
| B | 8.5636 | 9.9922 | 6.0471 | 9.9922 | NA | 4656.4 | 4666.39 | 40000 | 40000 |
| C | 11.8880 | 13.9600 | 8.4520 | 13.9600 | NA | 4656.4 | 4670.36 | 40000 | 40000 |
| D | 13.3300 | 14.8370 | 9.3500 | 14.8370 | NA | 4656.4 | 4671.24 | 40000 | 40000 |
| Mount Zirkel WA | | | | | | | | | |
| A | 3.4717 | 4.5173 | 6.0133 | 6.0133 | NA | 4656.4 | 4662.41 | 40000 | 40000 |
| B | 3.4717 | 4.8636 | 6.1067 | 6.1067 | NA | 4656.4 | 4662.51 | 40000 | 40000 |
| C | 4.2959 | 6.0585 | 6.3695 | 6.3695 | NA | 4656.4 | 4662.77 | 40000 | 40000 |
| D | 4.3764 | 6.2751 | 6.4613 | 6.4613 | NA | 4656.4 | 4662.86 | 40000 | 40000 |
| West Elk WA [4] | | | | | | | | | |
| A | 3.8688 | 4.0646 | 4.5769 | 4.5769 | NA | 4656.4 | 4660.98 | 40000 | 40000 |
| B | 4.9464 | 5.1299 | 4.8579 | 5.1299 | NA | 4656.4 | 4661.53 | 40000 | 40000 |
| C | 7.1622 | 6.8938 | 7.0560 | 7.1622 | NA | 4656.4 | 4663.56 | 40000 | 40000 |
| D | 7.4237 | 7.7808 | 8.2409 | 8.2409 | NA | 4656.4 | 4664.64 | 40000 | 40000 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 4.4010 | 4.5012 | 5.9566 | 5.9566 | NA | 4656.4 | 4662.36 | 40000 | 40000 |
| B | 4.5826 | 4.5167 | 8.0633 | 8.0633 | NA | 4656.4 | 4664.46 | 40000 | 40000 |
| C | 6.2986 | 6.0759 | 11.5760 | 11.5760 | NA | 4656.4 | 4667.98 | 40000 | 40000 |
| D | 6.9642 | 6.5362 | 12.3320 | 12.3320 | NA | 4656.4 | 4668.73 | 40000 | 40000 |
| Dinosaur NM | | | | | | | | | |
| A | 9.9114 | 14.3610 | 20.9520 | 20.9520 | NA | 4656.4 | 4677.35 | 40000 | 40000 |
| B | 11.6210 | 14.6110 | 20.9520 | 20.9520 | NA | 4656.4 | 4677.35 | 40000 | 40000 |
| C | 17.2030 | 15.3090 | 20.9550 | 20.9550 | NA | 4656.4 | 4677.36 | 40000 | 40000 |
| D | 18.1100 | 15.6230 | 20.9550 | 20.9550 | NA | 4656.4 | 4677.36 | 40000 | 40000 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 1362.3000 | 1184.7000 | 1067.6000 | 1362.3000 | NA | 4656.4 | 6018.70 | 40000 | 40000 |
| B | 1362.3000 | 1424.2000 | 1067.9000 | 1424.2000 | NA | 4656.4 | 6080.60 | 40000 | 40000 |
| C | 1362.3000 | 1424.4000 | 1068.0000 | 1424.4000 | NA | 4656.4 | 6080.80 | 40000 | 40000 |
| D | 1362.3000 | 1231.3000 | 1067.9000 | 1362.3000 | NA | 4656.4 | 6018.70 | 40000 | 40000 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments. PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 1-hour CO background concentration was recommended by CDPHE and is based on the monitor at Grand Junction, Mesa County. (average of 2004-2006 data)

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017750

Draft EIS, Appendix L

**Table L-37**
**Maximum Predicted 8-Hour CO Impacts From Cumulative Sources**

Pollutant: CO         PSD Increments:
Averaging Time: 8-Hour    Class I Area            NA
                          Class II Area (Non-Sensitive)   NA

| Area and Alternative | Modeled Concentration | | | Max. High 2nd High Modeled Conc. ($\mu$g/m³) | PSD Increment [1] ($\mu$g/m³) | Back-ground Conc. [2] ($\mu$g/m³) | Max. High 2nd High Total Conc. ($\mu$g/m³) | NAAQS ($\mu$g/m³) | CAAQS ($\mu$g/m³) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2001 ($\mu$g/m³) | 2002 ($\mu$g/m³) | 2003 ($\mu$g/m³) | | | | | | |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 1.5477 | 1.0514 | 1.0168 | 1.5477 | NA | 2328.2 | 2329.75 | 10000 | 10000 |
| B | 2.1677 | 1.1063 | 1.4053 | 2.1677 | NA | 2328.2 | 2330.37 | 10000 | 10000 |
| C | 2.9729 | 1.2007 | 2.0591 | 2.9729 | NA | 2328.2 | 2331.17 | 10000 | 10000 |
| D | 3.1368 | 1.2375 | 2.0411 | 3.1368 | NA | 2328.2 | 2331.34 | 10000 | 10000 |
| Eagles Nest WA | | | | | | | | | |
| A | 1.3515 | 1.7893 | 2.2977 | 2.2977 | NA | 2328.2 | 2330.50 | 10000 | 10000 |
| B | 1.5288 | 1.8289 | 2.6812 | 2.6812 | NA | 2328.2 | 2330.88 | 10000 | 10000 |
| C | 2.2086 | 2.4904 | 3.6545 | 3.6545 | NA | 2328.2 | 2331.85 | 10000 | 10000 |
| D | 2.2571 | 2.8387 | 3.9884 | 3.9884 | NA | 2328.2 | 2332.19 | 10000 | 10000 |
| Flat Tops WA | | | | | | | | | |
| A | 2.8709 | 2.9043 | 2.8199 | 2.9043 | NA | 2328.2 | 2331.10 | 10000 | 10000 |
| B | 3.0585 | 4.0237 | 3.5439 | 4.0237 | NA | 2328.2 | 2332.22 | 10000 | 10000 |
| C | 3.9921 | 5.6570 | 4.8696 | 5.6570 | NA | 2328.2 | 2333.86 | 10000 | 10000 |
| D | 4.5491 | 6.1565 | 5.2646 | 6.1565 | NA | 2328.2 | 2334.36 | 10000 | 10000 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 3.3825 | 3.1508 | 3.3374 | 3.3825 | NA | 2328.2 | 2331.58 | 10000 | 10000 |
| B | 3.4370 | 3.0305 | 3.1028 | 3.4370 | NA | 2328.2 | 2331.64 | 10000 | 10000 |
| C | 4.8275 | 4.0136 | 4.0392 | 4.8275 | NA | 2328.2 | 2333.03 | 10000 | 10000 |
| D | 5.3741 | 5.0938 | 5.0276 | 5.3741 | NA | 2328.2 | 2333.57 | 10000 | 10000 |
| Mount Zirkel WA | | | | | | | | | |
| A | 1.2801 | 2.2181 | 1.5108 | 2.2181 | NA | 2328.2 | 2330.42 | 10000 | 10000 |
| B | 1.6567 | 2.5639 | 2.0004 | 2.5639 | NA | 2328.2 | 2330.76 | 10000 | 10000 |
| C | 2.3251 | 3.4196 | 2.7016 | 3.4196 | NA | 2328.2 | 2331.62 | 10000 | 10000 |
| D | 2.4998 | 3.6592 | 2.8319 | 3.6592 | NA | 2328.2 | 2331.86 | 10000 | 10000 |
| West Elk WA [4] | | | | | | | | | |
| A | 2.1607 | 2.1139 | 1.9039 | 2.1607 | NA | 2328.2 | 2330.36 | 10000 | 10000 |
| B | 2.6137 | 2.5196 | 2.1715 | 2.6137 | NA | 2328.2 | 2330.81 | 10000 | 10000 |
| C | 3.5894 | 3.5948 | 2.9799 | 3.5948 | NA | 2328.2 | 2331.79 | 10000 | 10000 |
| D | 3.8514 | 3.7722 | 3.3329 | 3.8514 | NA | 2328.2 | 2332.05 | 10000 | 10000 |
| **Sensitive Class II Areas [3]** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 2.6298 | 2.2957 | 2.9218 | 2.9218 | NA | 2328.2 | 2331.12 | 10000 | 10000 |
| B | 2.7168 | 2.9858 | 3.6544 | 3.6544 | NA | 2328.2 | 2331.85 | 10000 | 10000 |
| C | 4.0661 | 4.3169 | 4.9734 | 4.9734 | NA | 2328.2 | 2333.17 | 10000 | 10000 |
| D | 4.2400 | 4.5480 | 5.2820 | 5.2820 | NA | 2328.2 | 2333.48 | 10000 | 10000 |
| Dinosaur NM | | | | | | | | | |
| A | 4.5543 | 4.0513 | 4.5764 | 4.5764 | NA | 2328.2 | 2332.78 | 10000 | 10000 |
| B | 6.1316 | 5.4233 | 6.3816 | 6.3816 | NA | 2328.2 | 2334.58 | 10000 | 10000 |
| C | 8.7515 | 7.5312 | 9.3317 | 9.3317 | NA | 2328.2 | 2337.53 | 10000 | 10000 |
| D | 9.1344 | 7.8305 | 9.6545 | 9.6545 | NA | 2328.2 | 2337.85 | 10000 | 10000 |
| **Class II Areas (Gridded Receptors)** | | | | | | | | | |
| A | 182.4000 | 268.8700 | 135.0300 | 268.8700 | NA | 2328.2 | 2597.07 | 10000 | 10000 |
| B | 182.4100 | 323.2000 | 141.6200 | 323.2000 | NA | 2328.2 | 2651.40 | 10000 | 10000 |
| C | 182.4600 | 324.0600 | 156.3600 | 324.0600 | NA | 2328.2 | 2652.26 | 10000 | 10000 |
| D | 182.4600 | 280.9500 | 135.2900 | 280.9500 | NA | 2328.2 | 2609.15 | 10000 | 10000 |

[1] Background concentrations are not added to the modeled concentration when comparing to PSD increments.  PSD increment comparisons are for information only; they do not represent a regulatory increment consumption analysis.

[2] The 8-hour CO background concentration was recommended by CDPHE and is based on the monitor at Grand Junction, Mesa County. (average of 2004-2006 data)

[3] For sensitive Class II areas, PSD increment comparisons are based on Class I PSD increments.

[4] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017751

## Table L-38
## Maximum Predicted Nitrogen Deposition From Cumulative Sources

**Air Quality Related Value:**     N Deposition

| Area and Alternative | Modeled Deposition | | | Maximum Modeled Deposition (kg/ha/yr) | DAT [1] (kg/ha/yr) | Background Deposition [2] (kg/ha/yr) | Total Deposition (kg/ha/yr) | Level of Concern (kg/ha/yr) |
|---|---|---|---|---|---|---|---|---|
| | 2001 (kg/ha/yr) | 2002 (kg/ha/yr) | 2003 (kg/ha/yr) | | | | | |
| **Class I Areas** | | | | | | | | |
| Arches NP | | | | | | | | |
| A | 0.0029 | 0.0017 | 0.0021 | 0.0029 | 0.005 | 1.9 | 1.90 | 3.0 |
| B | 0.0031 | 0.0018 | 0.0023 | 0.0031 | 0.005 | 1.9 | 1.90 | 3.0 |
| C | 0.0036 | 0.0019 | 0.0025 | 0.0036 | 0.005 | 1.9 | 1.90 | 3.0 |
| D | 0.0037 | 0.0019 | 0.0026 | 0.0037 | 0.005 | 1.9 | 1.90 | 3.0 |
| Eagles Nest WA | | | | | | | | |
| A | 0.0105 | 0.0110 | 0.0143 | 0.0143 | 0.005 | 1.5 | 1.51 | 3.0 |
| B | 0.0101 | 0.0110 | 0.0143 | 0.0143 | 0.005 | 1.5 | 1.51 | 3.0 |
| C | 0.0123 | 0.0134 | 0.0177 | 0.0177 | 0.005 | 1.5 | 1.52 | 3.0 |
| D | 0.0140 | 0.0150 | 0.0201 | 0.0201 | 0.005 | 1.5 | 1.52 | 3.0 |
| Flat Tops WA | | | | | | | | |
| A | 0.0405 | 0.0363 | 0.0459 | 0.0459 | 0.005 | 1.5 | 1.55 | 3.0 |
| B | 0.0406 | 0.0352 | 0.0453 | 0.0453 | 0.005 | 1.5 | 1.55 | 3.0 |
| C | 0.0513 | 0.0448 | 0.0568 | 0.0568 | 0.005 | 1.5 | 1.56 | 3.0 |
| D | 0.0575 | 0.0501 | 0.0636 | 0.0636 | 0.005 | 1.5 | 1.56 | 3.0 |
| Maroon Bells-Snowmass WA | | | | | | | | |
| A | 0.0237 | 0.0191 | 0.0248 | 0.0248 | 0.005 | 1.5 | 1.52 | 3.0 |
| B | 0.0211 | 0.0162 | 0.0216 | 0.0216 | 0.005 | 1.5 | 1.52 | 3.0 |
| C | 0.0247 | 0.0184 | 0.0250 | 0.0250 | 0.005 | 1.5 | 1.52 | 3.0 |
| D | 0.0307 | 0.0236 | 0.0313 | 0.0313 | 0.005 | 1.5 | 1.53 | 3.0 |
| Mount Zirkel WA | | | | | | | | |
| A | 0.0139 | 0.0135 | 0.0169 | 0.0169 | 0.005 | 2.7 | 2.72 | 3.0 |
| B | 0.0152 | 0.0144 | 0.0182 | 0.0182 | 0.005 | 2.7 | 2.72 | 3.0 |
| C | 0.0184 | 0.0170 | 0.0221 | 0.0221 | 0.005 | 2.7 | 2.72 | 3.0 |
| D | 0.0193 | 0.0179 | 0.0232 | 0.0232 | 0.005 | 2.7 | 2.72 | 3.0 |
| West Elk WA [3] | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 1.9 | 1.90 | 3.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 1.9 | 1.90 | 3.0 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 1.9 | 1.90 | 3.0 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 1.9 | 1.90 | 3.0 |
| **Sensitive Class II Areas** | | | | | | | | |
| Colorado NM | | | | | | | | |
| A | 0.0139 | 0.0156 | 0.0178 | 0.0178 | 0.005 | 1.9 | 1.92 | 3.0 |
| B | 0.0148 | 0.0167 | 0.0190 | 0.0190 | 0.005 | 1.9 | 1.92 | 3.0 |
| C | 0.0164 | 0.0184 | 0.0209 | 0.0209 | 0.005 | 1.9 | 1.92 | 3.0 |
| D | 0.0167 | 0.0185 | 0.0211 | 0.0211 | 0.005 | 1.9 | 1.92 | 3.0 |
| Dinosaur NM | | | | | | | | |
| A | 0.0612 | 0.0498 | 0.0570 | 0.0612 | 0.005 | 1.5 | 1.56 | 3.0 |
| B | 0.0733 | 0.0595 | 0.0665 | 0.0733 | 0.005 | 1.5 | 1.57 | 3.0 |
| C | 0.0948 | 0.0772 | 0.0836 | 0.0948 | 0.005 | 1.5 | 1.59 | 3.0 |
| D | 0.0960 | 0.0789 | 0.0847 | 0.0960 | 0.005 | 1.5 | 1.60 | 3.0 |

[1] The Deposition Analysis Threshold (DAT) is a significance threshold.  If the modeled deposition rate (without adding the background concentration) is below the DAT, predicted impacts are considered to be insignificant.

[2] Total (wet and dry) nitrogen background deposition values were obtained from the Clean Air Status and Trends Network (CASTNet) web page (http://www.epa.gov/castnet/index.html) on December 4, 2008.  The following monitored data was used for each Class I Area:
   Canyonlands (CAN407) Year 2000:  Arches NP, Colorado NM
   Gothic (GTH301) Year 2000:  Dinosaur NM, Eagles Nest WA, Flat Tops WA, Maroon Bells-Snowmass WA, West Elk WA
   Rocky Nountain NP (ROM206) Year 2002:  Mount Zirkel WA
[3] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017752

**Table L-39**
**Maximum Predicted Sulfur Deposition From Cumulative Sources**

**Air Quality Related Value:**     S Deposition

| Area and Alternative | Modeled Deposition 2001 (kg/ha/yr) | 2002 (kg/ha/yr) | 2003 (kg/ha/yr) | Maximum Modeled Deposition (kg/ha/yr) | DAT [1] (kg/ha/yr) | Background Deposition [2] (kg/ha/yr) | Total Deposition (kg/ha/yr) | Level of Concern (kg/ha/yr) |
|---|---|---|---|---|---|---|---|---|
| **Class I Areas** | | | | | | | | |
| Arches NP | | | | | | | | |
| A | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 0.64 | 0.64 | 5.0 |
| B | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 0.64 | 0.64 | 5.0 |
| C | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 0.64 | 0.64 | 5.0 |
| D | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.005 | 0.64 | 0.64 | 5.0 |
| Eagles Nest WA | | | | | | | | |
| A | 0.0006 | 0.0006 | 0.0007 | 0.0007 | 0.005 | 0.73 | 0.73 | 5.0 |
| B | 0.0006 | 0.0006 | 0.0007 | 0.0007 | 0.005 | 0.73 | 0.73 | 5.0 |
| C | 0.0006 | 0.0007 | 0.0008 | 0.0008 | 0.005 | 0.73 | 0.73 | 5.0 |
| D | 0.0007 | 0.0007 | 0.0008 | 0.0008 | 0.005 | 0.73 | 0.73 | 5.0 |
| Flat Tops WA | | | | | | | | |
| A | 0.0021 | 0.0021 | 0.0022 | 0.0022 | 0.005 | 0.73 | 0.73 | 5.0 |
| B | 0.0022 | 0.0022 | 0.0024 | 0.0024 | 0.005 | 0.73 | 0.73 | 5.0 |
| C | 0.0024 | 0.0024 | 0.0026 | 0.0026 | 0.005 | 0.73 | 0.73 | 5.0 |
| D | 0.0026 | 0.0026 | 0.0028 | 0.0028 | 0.005 | 0.73 | 0.73 | 5.0 |
| Maroon Bells-Snowmass WA | | | | | | | | |
| A | 0.0006 | 0.0005 | 0.0006 | 0.0006 | 0.005 | 0.73 | 0.73 | 5.0 |
| B | 0.0007 | 0.0005 | 0.0006 | 0.0007 | 0.005 | 0.73 | 0.73 | 5.0 |
| C | 0.0007 | 0.0005 | 0.0007 | 0.0007 | 0.005 | 0.73 | 0.73 | 5.0 |
| D | 0.0008 | 0.0006 | 0.0008 | 0.0008 | 0.005 | 0.73 | 0.73 | 5.0 |
| Mount Zirkel WA | | | | | | | | |
| A | 0.0010 | 0.0009 | 0.0011 | 0.0011 | 0.005 | 0.85 | 0.85 | 5.0 |
| B | 0.0011 | 0.0010 | 0.0012 | 0.0012 | 0.005 | 0.85 | 0.85 | 5.0 |
| C | 0.0011 | 0.0010 | 0.0013 | 0.0013 | 0.005 | 0.85 | 0.85 | 5.0 |
| D | 0.0012 | 0.0011 | 0.0013 | 0.0013 | 0.005 | 0.85 | 0.85 | 5.0 |
| West Elk WA [3] | | | | | | | | |
| A | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| B | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| C | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| D | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.005 | 0.64 | 0.64 | 5.0 |
| **Sensitive Class II Areas** | | | | | | | | |
| Colorado NM | | | | | | | | |
| A | 0.0005 | 0.0005 | 0.0007 | 0.0007 | 0.005 | 0.64 | 0.64 | 5.0 |
| B | 0.0005 | 0.0005 | 0.0007 | 0.0007 | 0.005 | 0.64 | 0.64 | 5.0 |
| C | 0.0005 | 0.0005 | 0.0008 | 0.0008 | 0.005 | 0.64 | 0.64 | 5.0 |
| D | 0.0006 | 0.0005 | 0.0008 | 0.0008 | 0.005 | 0.64 | 0.64 | 5.0 |
| Dinosaur NM | | | | | | | | |
| A | 0.0071 | 0.0056 | 0.0056 | 0.0071 | 0.005 | 0.73 | 0.74 | 5.0 |
| B | 0.0073 | 0.0057 | 0.0058 | 0.0073 | 0.005 | 0.73 | 0.74 | 5.0 |
| C | 0.0076 | 0.0060 | 0.0060 | 0.0076 | 0.005 | 0.73 | 0.74 | 5.0 |
| D | 0.0079 | 0.0062 | 0.0063 | 0.0079 | 0.005 | 0.73 | 0.74 | 5.0 |

[1] The Deposition Analysis Threshold (DAT) is a significance threshold.  If the modeled deposition rate (without adding the background concentration) is below the DAT, predicted impacts are considered to be insignificant.
[2] Total (wet and dry) sulfur background deposition values were obtained from the Clean Air Status and Trends Network (CASTNet) web page (http://www.epa.gov/castnet/index.html) on December 4, 2008.  The following monitored data was used for each Class I Area:
   Canyonlands (CAN407) Year 2000:  Arches NP, Colorado NM
   Gothic (GTH161) Year 2000:  Dinosaur NM, Eagles Nest WA, Flat Tops WA, Maroon Bells-Snowmass WA, West Elk WA
   Rocky Nountain NP (ROM206) Year 2002:  Mount Zirkel WA
[3] West Elk WA results are reported based on modeled concentrations at Class II receptors located within the West Elk WA.

BLM_0017753

Draft EIS, Appendix L

## Table L-40
## Maximum Predicted Lake ANC Change From Cumulative Sources

**Air Quality Related Value:**    Change in Lake ANC

| Lake and Alternative | H Deposition [1] 2001 (eq) | 2002 (eq) | 2003 (eq) | Background ANC [2] (eq) | LAC [3] (eq) | Maximum ANC Change (eq) | Maximum Percent ANC Change (%) | Maximum Percent of LAC (%) |
|---|---|---|---|---|---|---|---|---|
| **Avalanche Lake** | | | | | | | | |
| A | 420.2 | 306.0 | 420.4 | 360,941 | 36,094 | 420.4 | 0.12 | 1.16 |
| B | 391.0 | 267.3 | 381.1 | 360,941 | 36,094 | 391.0 | 0.11 | 1.08 |
| C | 471.2 | 311.7 | 455.2 | 360,941 | 36,094 | 471.2 | 0.13 | 1.31 |
| D | 565.4 | 386.7 | 550.4 | 360,941 | 36,094 | 565.4 | 0.16 | 1.57 |
| **Moon Lake** | | | | | | | | |
| A | 135.4 | 100.6 | 137.9 | 37,444 | 3,744 | 137.9 | 0.37 | 3.68 |
| B | 124.6 | 86.2 | 124.2 | 37,444 | 3,744 | 124.6 | 0.33 | 3.33 |
| C | 150.1 | 100.5 | 148.5 | 37,444 | 3,744 | 150.1 | 0.40 | 4.01 |
| D | 180.7 | 125.9 | 180.6 | 37,444 | 3,744 | 180.7 | 0.48 | 4.82 |
| **Ned Wilson Lake** | | | | | | | | |
| A | 100.0 | 89.9 | 118.0 | 13,883 | 1,388 | 118.0 | 0.85 | 8.50 |
| B | 99.5 | 90.4 | 117.8 | 13,883 | 1,388 | 117.8 | 0.85 | 8.49 |
| C | 123.8 | 113.7 | 145.8 | 13,883 | 1,388 | 145.8 | 1.05 | 10.51 |
| D | 140.8 | 128.8 | 165.9 | 13,883 | 1,388 | 165.9 | 1.20 | 11.95 |
| **Seven Lakes** | | | | | | | | |
| A | 20.8 | 17.6 | 25.7 | 7,647 | 765 | 25.7 | 0.34 | 3.36 |
| B | 22.7 | 18.8 | 28.0 | 7,647 | 765 | 28.0 | 0.37 | 3.66 |
| C | 27.2 | 21.9 | 33.5 | 7,647 | 765 | 33.5 | 0.44 | 4.38 |
| D | 28.5 | 23.0 | 35.1 | 7,647 | 765 | 35.1 | 0.46 | 4.59 |
| **Summit Lake** | | | | | | | | |
| A | 7.3 | 7.2 | 9.2 | 3,024 | 302 | 9.2 | 0.30 | 3.04 |
| B | 7.9 | 7.7 | 9.9 | 3,024 | 302 | 9.9 | 0.33 | 3.26 |
| C | 9.5 | 9.1 | 11.9 | 3,024 | 302 | 11.9 | 0.39 | 3.94 |
| D | 10.1 | 9.7 | 12.7 | 3,024 | 302 | 12.7 | 0.42 | 4.19 |
| **Trappers Lake** | | | | | | | | |
| A | 29,134 | 26,409 | 34,918 | 61,501,904 | 6,150,190 | 34,918 | 0.06 | 0.57 |
| B | 29,851 | 27,497 | 35,901 | 61,501,904 | 6,150,190 | 35,901 | 0.06 | 0.58 |
| C | 37,044 | 34,501 | 44,349 | 61,501,904 | 6,150,190 | 44,349 | 0.07 | 0.72 |
| D | 41,443 | 38,358 | 49,679 | 61,501,904 | 6,150,190 | 49,679 | 0.08 | 0.81 |
| **Upper Ned Wilson Lake** | | | | | | | | |
| A | 6.3 | 5.7 | 7.5 | 288 | 21.2 | 7.5 | N/A | N/A [4] |
| B | 6.3 | 5.7 | 7.4 | 288 | 21.2 | 7.4 | N/A | N/A [4] |
| C | 7.8 | 7.2 | 9.2 | 288 | 21.2 | 9.2 | N/A | N/A [4] |
| D | 8.9 | 8.1 | 10.5 | 288 | 21.2 | 10.5 | N/A | N/A [4] |

ANC = acid neutralizing capacity

eq = equivalents

LAC = limit of acceptable change
ueq/l = microequivalents per liter

N/A = not applicable

[1] H deposition is calculated in accordance with *Screening Methodology for Calculating ANC Change to High Elevation Lakes* (USFS 2000).
Baseline ANC values were obtained from Jeff Sorkin (USFS) via email to Forrest Cook (URS) on 1/7/2011 and were based on the 10th lowest

[2] percentile.

[3] The LAC is 10 percent change for lakes with baseline ANC values greater than 25 ueq/l. For lakes with lower baseline ANC values, the LAC is
<1 ueq/liter. For Upper Ned Wilson Lake, the level of acceptable change is 1µeq/l, which is equal to 21.2 eq.

[4] Because the LAC for highly sensitive lakes is <1 ueq/liter, and is not based on a percentage, the percentages were calculated only for less sensiti

BLM_0017754

Draft EIS, Appendix L

**Table L-41**
**Days of Visibility Change ≥1.0 dv in Class I and Sensitive Class II Areas From Cumulative Sources**

Air Quality Related Value:  Visibility

| Area and Alternative | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|
| | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) |
| **Class I Areas** | | | | | | | | | |
| Arches NP | | | | | | | | | |
| A | 3 | 6 | 0 | 1 | 1 | 0 | 1 | 1 | 0 |
| B | 4 | 7 | 0 | 1 | 3 | 0 | 1 | 2 | 0 |
| C | 7 | 9 | 0 | 3 | 4 | 0 | 2 | 2 | 0 |
| D | 7 | 9 | 0 | 3 | 4 | 0 | 2 | 2 | 0 |
| Eagles Nest WA | | | | | | | | | |
| A | 1 | 1 | 1 | 8 | 2 | 5 | 2 | 1 | 1 |
| B | 1 | 1 | 1 | 10 | 5 | 6 | 3 | 1 | 1 |
| C | 3 | 1 | 2 | 15 | 9 | 11 | 6 | 2 | 5 |
| D | 3 | 2 | 2 | 16 | 10 | 13 | 8 | 2 | 5 |
| Flat Tops WA | | | | | | | | | |
| A | 40 | 27 | 20 | 54 | 33 | 29 | 58 | 43 | 36 |
| B | 35 | 25 | 16 | 42 | 26 | 25 | 51 | 38 | 34 |
| C | 49 | 40 | 26 | 56 | 44 | 33 | 62 | 54 | 39 |
| D | 54 | 48 | 31 | 61 | 56 | 40 | 68 | 64 | 43 |
| Maroon Bells-Snowmass WA | | | | | | | | | |
| A | 18 | 12 | 13 | 24 | 18 | 19 | 22 | 11 | 10 |
| B | 13 | 7 | 12 | 13 | 12 | 12 | 10 | 5 | 6 |
| C | 18 | 12 | 14 | 16 | 17 | 15 | 12 | 8 | 13 |
| D | 24 | 22 | 21 | 22 | 23 | 20 | 13 | 12 | 15 |
| Mount Zirkel WA | | | | | | | | | |
| A | 10 | 4 | 9 | 17 | 8 | 6 | 15 | 3 | 3 |
| B | 14 | 5 | 10 | 22 | 9 | 8 | 19 | 6 | 5 |
| C | 18 | 8 | 14 | 28 | 15 | 10 | 24 | 12 | 10 |
| D | 18 | 10 | 14 | 29 | 16 | 11 | 26 | 14 | 11 |
| West Elk WA | | | | | | | | | |
| A | 5 | 3 | 2 | 4 | 6 | 5 | 3 | 3 | 6 |
| B | 5 | 3 | 4 | 5 | 6 | 5 | 5 | 7 | 8 |
| C | 8 | 6 | 8 | 6 | 9 | 8 | 7 | 9 | 9 |
| D | 8 | 7 | 10 | 8 | 13 | 10 | 10 | 10 | 9 |
| **Sensitive Class II Areas** | | | | | | | | | |
| Colorado NM | | | | | | | | | |
| A | 22 | 17 | 17 | 23 | 26 | 22 | 18 | 17 | 11 |
| B | 24 | 19 | 17 | 25 | 28 | 24 | 19 | 17 | 14 |
| C | 28 | 23 | 19 | 29 | 31 | 30 | 22 | 22 | 19 |
| D | 31 | 24 | 21 | 30 | 32 | 30 | 24 | 22 | 19 |
| Dinosaur NM | | | | | | | | | |
| A | 180 | 160 | 100 | 168 | 154 | 114 | 172 | 153 | 115 |
| B | 167 | 157 | 99 | 156 | 148 | 110 | 162 | 149 | 110 |
| C | 202 | 189 | 127 | 194 | 176 | 138 | 193 | 176 | 141 |
| D | 209 | 195 | 130 | 198 | 185 | 146 | 195 | 180 | 143 |

Visibility calculation methods include the following:

Protocol:  This method was specified in the *Air Quality Impact Assessment Protocol: White River Resource Management Plan Amendment and Environmental Impact Statement* (BLM 2007a).

FLAG 2000 Seasonal:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report* (FLAG 2000).  It uses seasonal relative humidity data.

FLAG 2000 Daily:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report* (FLAG 2000).  It is a refined analysis that uses daily relative humidity data, with f(RH) limited at 90 percent.

BLM_0017755

Draft EIS, Appendix L

**Table L-42**
**Days of Visibility Change ≥1.0 dv at Scenic Views From Cumulative Sources**

**Air Quality Related Value:**   Visibility

| Area and Alternative | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|
| | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) | FLAG 2000 (Protocol) | FLAG 2000 (Seasonal) | FLAG 2000 (Daily) |
| Big Mountain View | | | | | | | | | |
| A | 158 | 142 | 73 | 178 | 159 | 109 | 208 | 176 | 138 |
| B | 52 | 55 | 31 | 81 | 84 | 67 | 72 | 74 | 56 |
| C | 82 | 83 | 53 | 108 | 117 | 84 | 116 | 111 | 90 |
| D | 99 | 100 | 73 | 126 | 140 | 101 | 136 | 137 | 107 |
| Holy Cross View | | | | | | | | | |
| A | 0 | 0 | 0 | 2 | 1 | 2 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| C | 0 | 0 | 0 | 6 | 2 | 2 | 2 | 0 | 1 |
| D | 1 | 0 | 0 | 8 | 3 | 3 | 2 | 0 | 1 |
| Holy Cross Wilderness View | | | | | | | | | |
| A | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| B | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| C | 1 | 0 | 0 | 6 | 1 | 1 | 0 | 0 | 0 |
| D | 2 | 0 | 0 | 7 | 3 | 1 | 0 | 0 | 1 |
| Rabbit's Ear View | | | | | | | | | |
| A | 15 | 16 | 9 | 20 | 21 | 16 | 15 | 14 | 9 |
| B | 18 | 17 | 11 | 23 | 26 | 19 | 19 | 17 | 11 |
| C | 23 | 21 | 14 | 26 | 30 | 24 | 20 | 20 | 13 |
| D | 23 | 21 | 15 | 26 | 31 | 24 | 24 | 21 | 13 |
| Roan Cliffs View | | | | | | | | | |
| A | 314 | 338 | 319 | 331 | 349 | 342 | 312 | 335 | 325 |
| B | 279 | 314 | 244 | 316 | 336 | 279 | 300 | 328 | 283 |
| C | 287 | 320 | 253 | 320 | 341 | 289 | 302 | 331 | 293 |
| D | 316 | 341 | 311 | 331 | 350 | 319 | 316 | 339 | 319 |

Visibility calculation methods include the following:
   Protocol:  This method was specified in the *Air Quality Impact Assessment Protocol: White River Resource Management Plan Amendment and Environmental impact Impact Statement* (BLM 2007a).
   FLAG 2000 Seasonal:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report* (FLAG 2000).  It uses seasonal relative humidity data.
   FLAG 2000 Daily:  This method is based on the *Federal Land Managers' Air Quality Related Values Workgroup (FLAG) Phase I Report* (FLAG 2000).  It is a refined analysis that uses daily relative humidity data, with f(RH) limited at 90 percent.

BLM_0017756

### Table L-43. Future Ozone Design Values for Monitors in the 4km Domain

| Monitor ID | Location Description | Episode / Alternative | CB (ppb) | CF (ppb) | RRF | DVB (ppb) | DVF (ppb) | Data Available for Years |
|---|---|---|---|---|---|---|---|---|
| Rural Monitors | | | | | | | | |
| RPCK | Ripple Creek Pass | April | | | | | | 2006–2007 |
| | | A | 70 | 70 | 1.00 | 66 | 65 | |
| | | B | 70 | 70 | 1.00 | 66 | 65 | |
| | | C | 70 | 70 | 1.00 | 66 | 65 | |
| | | D | 70 | 70 | 1.00 | 66 | 65 | |
| | | July | | | | | | 2006–2007 |
| | | A | 67 | 66 | 0.99 | 66 | 65 | |
| | | B | 67 | 66 | 0.99 | 66 | 65 | |
| | | C | 67 | 66 | 0.99 | 66 | 65 | |
| | | D | 67 | 66 | 0.99 | 66 | 65 | |
| SUNM | Sunlight | April | | | | | | 2006–2007 |
| | | A | 69 | 68 | 0.99 | 70 | 69 | |
| | | B | 69 | 68 | 0.99 | 70 | 69 | |
| | | C | 69 | 68 | 0.99 | 70 | 69 | |
| | | D | 69 | 68 | 0.99 | 70 | 69 | |
| | | July | | | | | | 2006–2007 |
| | | A | 64 | 58 | 0.91 | 70 | 63 | |
| | | B | 64 | 57 | 0.89 | 70 | 62 | |
| | | C | 64 | 57 | 0.89 | 70 | 62 | |
| | | D | 64 | 58 | 0.91 | 70 | 63 | |
| COLM | Colorado NM | April | | | | | | 2006–2008 |
| | | A | 67 | 66 | 0.99 | 69 | 68 | |
| | | B | 67 | 66 | 0.99 | 69 | 68 | |
| | | C | 67 | 66 | 0.99 | 69 | 68 | |
| | | D | 67 | 66 | 0.99 | 69 | 68 | |
| | | July | | | | | | 2006–2008 |
| | | A | 63 | 60 | 0.95 | 69 | 65 | |
| | | B | 63 | 60 | 0.95 | 69 | 65 | |
| | | C | 63 | 60 | 0.95 | 69 | 65 | |
| | | D | 63 | 60 | 0.95 | 69 | 65 | |

BLM_0017757

**Table L-43.  Future Ozone Design Values for Monitors in the 4km Domain (cont.)**

| Monitor ID | Location Description | Episode / Alternative | CB (ppb) | CF (ppb) | RRF | DVB (ppb) | DVF (ppb) | Data Available for Years |
|---|---|---|---|---|---|---|---|---|
| Rural Monitors (cont.) | | | | | | | | |
| GTH161 | Gothic | April | | | | | | 2004–2008 |
| | | A | 71 | 70 | 0.99 | 67 | 66 | |
| | | B | 71 | 70 | 0.99 | 67 | 66 | |
| | | C | 71 | 70 | 0.99 | 67 | 66 | |
| | | D | 71 | 70 | 0.99 | 67 | 66 | |
| | | July | | | | | | 2004–2008 |
| | | A | 62 | 60 | 0.97 | 67 | 64 | |
| | | B | 62 | 60 | 0.97 | 67 | 64 | |
| | | C | 62 | 60 | 0.97 | 67 | 64 | |
| | | D | 62 | 60 | 0.97 | 67 | 64 | |
| DINO | Dinosaur NM | April | | | | | | 2005–2008 |
| | | A | 65 | 65 | 1.00 | 66 | 65 | |
| | | B | 65 | 65 | 1.00 | 66 | 65 | |
| | | C | 65 | 65 | 1.00 | 66 | 65 | |
| | | D | 65 | 65 | 1.00 | 66 | 65 | |
| | | July | | | | | | 2005–2008 |
| | | A | 64 | 62 | 0.97 | 66 | 64 | |
| | | B | 64 | 62 | 0.97 | 66 | 64 | |
| | | C | 64 | 62 | 0.97 | 66 | 64 | |
| | | D | 64 | 62 | 0.97 | 66 | 64 | |
| 080690007 | Rocky Mountain NP | April | | | | | | 2004–2008 |
| | | A | 71 | 70 | 0.99 | 75 | 74 | |
| | | B | 71 | 70 | 0.99 | 75 | 74 | |
| | | C | 71 | 70 | 0.99 | 75 | 74 | |
| | | D | 71 | 70 | 0.99 | 75 | 74 | |
| | | July | | | | | | 2004–2008 |
| | | A | 67 | 62 | 0.93 | 75 | 69 | |
| | | B | 67 | 62 | 0.93 | 75 | 69 | |
| | | C | 67 | 63 | 0.94 | 75 | 70 | |
| | | D | 67 | 63 | 0.94 | 75 | 70 | |

BLM_0017758

**Table L-43.  Future Ozone Design Values for Monitors in the 4km Domain (cont.)**

| Monitor ID | Location Description | Episode / Alternative | CB (ppb) | CF (ppb) | RRF | DVB (ppb) | DVF (ppb) | Data Available for Years |
|---|---|---|---|---|---|---|---|---|
| Rural Monitors (cont.) | | | | | | | | |
| ROM206 | Rocky Mountain NP Co-Located | April | | | | | | 2004–2008 |
| | | A | 71 | 70 | 0.99 | 73 | 72 | |
| | | B | 71 | 70 | 0.99 | 73 | 72 | |
| | | C | 71 | 70 | 0.99 | 73 | 72 | |
| | | D | 71 | 70 | 0.99 | 73 | 72 | |
| | | July | | | | | | 2004–2008 |
| | | A | 67 | 62 | 0.93 | 73 | 67 | |
| | | B | 67 | 62 | 0.93 | 73 | 67 | |
| | | C | 67 | 63 | 0.94 | 73 | 68 | |
| | | D | 67 | 63 | 0.94 | 73 | 68 | |
| SHAM | Shamrock | April | | | | | | 2004–2008 |
| | | A | 68 | 67 | 0.99 | 71 | 70 | |
| | | B | 68 | 67 | 0.99 | 71 | 70 | |
| | | C | 68 | 67 | 0.99 | 71 | 70 | |
| | | D | 68 | 67 | 0.99 | 71 | 70 | |
| | | July | | | | | | 2004–2008 |
| | | A | 63 | 62 | 0.98 | 71 | 69 | |
| | | B | 63 | 62 | 0.98 | 71 | 69 | |
| | | C | 63 | 62 | 0.98 | 71 | 69 | |
| | | D | 63 | 62 | 0.98 | 71 | 69 | |
| 080830101 | Mesa Verde NP | April | | | | | | 2004–2008 |
| | | A | 67 | 67 | 1.00 | 72 | 71 | |
| | | B | 67 | 67 | 1.00 | 72 | 71 | |
| | | C | 67 | 67 | 1.00 | 72 | 71 | |
| | | D | 67 | 67 | 1.00 | 72 | 71 | |
| | | July | | | | | | 2004–2008 |
| | | A | 64 | 63 | 0.98 | 72 | 70 | |
| | | B | 64 | 63 | 0.98 | 72 | 70 | |
| | | C | 64 | 63 | 0.98 | 72 | 70 | |
| | | D | 64 | 63 | 0.98 | 72 | 70 | |

BLM_0017759

**Table L-43.  Future Ozone Design Values for Monitors in the 4km Domain (cont.)**

| Monitor ID | Location Description | Episode / Alternative | CB (ppb) | CF (ppb) | RRF | DVB (ppb) | DVF (ppb) | Data Available for Years |
|---|---|---|---|---|---|---|---|---|
| Urban Monitors | | | | | | | | |
| 080013001 | Welby | April | | | | | | 2004–2008 |
| | | A | 74 | 74 | 1.00 | 70 | 69 | |
| | | B | 74 | 74 | 1.00 | 70 | 69 | |
| | | C | 74 | 74 | 1.00 | 70 | 69 | |
| | | D | 74 | 74 | 1.00 | 70 | 69 | |
| | | July | | | | | | 2004–2008 |
| | | A | 77 | 72 | 0.94 | 70 | 65 | |
| | | B | 77 | 72 | 0.94 | 70 | 65 | |
| | | C | 77 | 72 | 0.94 | 70 | 65 | |
| | | D | 77 | 72 | 0.94 | 70 | 65 | |
| 080050002 | Highland | April | | | | | | 2004–2008 |
| | | A | 73 | 72 | 0.99 | 75 | 74 | |
| | | B | 73 | 72 | 0.99 | 75 | 74 | |
| | | C | 73 | 72 | 0.99 | 75 | 74 | |
| | | D | 73 | 72 | 0.99 | 75 | 74 | |
| | | July | | | | | | 2004–2008 |
| | | A | 77 | 71 | 0.92 | 75 | 69 | |
| | | B | 77 | 71 | 0.92 | 75 | 69 | |
| | | C | 77 | 71 | 0.92 | 75 | 69 | |
| | | D | 77 | 71 | 0.92 | 75 | 69 | |
| 080130011 | South Boulder Creek | April | | | | | | 2004–2008 |
| | | A | 73 | 71 | 0.97 | 79 | 76 | |
| | | B | 73 | 71 | 0.97 | 79 | 76 | |
| | | C | 73 | 71 | 0.97 | 79 | 76 | |
| | | D | 73 | 71 | 0.97 | 79 | 76 | |
| | | July | | | | | | 2004–2008 |
| | | A | 73 | 67 | 0.92 | 79 | 72 | |
| | | B | 73 | 67 | 0.92 | 79 | 72 | |
| | | C | 73 | 67 | 0.92 | 79 | 72 | |
| | | D | 73 | 67 | 0.92 | 79 | 72 | |
| 080310002 | CAMP | April | | | | | | 2005–2007 |
| | | A | 74 | 74 | 1.00 | 56 | 56 | |
| | | B | 74 | 74 | 1.00 | 56 | 56 | |
| | | C | 74 | 74 | 1.00 | 56 | 56 | |
| | | D | 74 | 74 | 1.00 | 56 | 56 | |
| | | July | | | | | | 2005–2007 |
| | | A | 79 | 73 | 0.92 | 56 | 51 | |
| | | B | 79 | 73 | 0.92 | 56 | 51 | |
| | | C | 79 | 73 | 0.92 | 56 | 51 | |
| | | D | 79 | 73 | 0.92 | 56 | 51 | |

BLM_0017760

**Table L-43.  Future Ozone Design Values for Monitors in the 4km Domain (cont.)**

| Monitor ID | Location Description | Episode / Alternative | CB (ppb) | CF (ppb) | RRF | DVB (ppb) | DVF (ppb) | Data Available for Years |
|---|---|---|---|---|---|---|---|---|
| Urban Monitors (cont.) | | | | | | | | |
| 080310014 | Carriage | April | | | | | | 2004–2008 |
| | | A | 73 | 73 | 1.00 | 72 | 71 | |
| | | B | 73 | 73 | 1.00 | 72 | 71 | |
| | | C | 73 | 73 | 1.00 | 72 | 71 | |
| | | D | 73 | 73 | 1.00 | 72 | 71 | |
| | | July | | | | | | 2004–2008 |
| | | A | 79 | 73 | 0.92 | 72 | 66 | |
| | | B | 79 | 73 | 0.92 | 72 | 66 | |
| | | C | 79 | 73 | 0.92 | 72 | 66 | |
| | | D | 79 | 73 | 0.92 | 72 | 66 | |
| 080350004 | Chatfield Park | April | | | | | | 2004–2008 |
| | | A | 73 | 72 | 0.99 | 82 | 81 | |
| | | B | 73 | 72 | 0.99 | 82 | 81 | |
| | | C | 73 | 72 | 0.99 | 82 | 81 | |
| | | D | 73 | 72 | 0.99 | 82 | 81 | |
| | | July | | | | | | 2004–2008 |
| | | A | 77 | 70 | 0.91 | 82 | 74 | |
| | | B | 77 | 70 | 0.91 | 82 | 74 | |
| | | C | 77 | 70 | 0.91 | 82 | 74 | |
| | | D | 77 | 70 | 0.91 | 82 | 74 | |
| 080410013 | USAF Academy | April | | | | | | 2004–2008 |
| | | A | 71 | 70 | 0.99 | 72 | 71 | |
| | | B | 71 | 70 | 0.99 | 72 | 71 | |
| | | C | 71 | 70 | 0.99 | 72 | 71 | |
| | | D | 71 | 70 | 0.99 | 72 | 71 | |
| | | July | | | | | | 2004–2008 |
| | | A | 67 | 61 | 0.91 | 72 | 65 | |
| | | B | 67 | 61 | 0.91 | 72 | 65 | |
| | | C | 67 | 61 | 0.91 | 72 | 65 | |
| | | D | 67 | 61 | 0.91 | 72 | 65 | |

BLM_0017761

Draft EIS, Appendix L

**Table L-43.  Future Ozone Design Values for Monitors in the 4km Domain (cont.)**

| Monitor ID | Location Description | Episode / Alternative | CB (ppb) | CF (ppb) | RRF | DVB (ppb) | DVF (ppb) | Data Available for Years |
|---|---|---|---|---|---|---|---|---|
| Urban Monitors (cont.) | | | | | | | | |
| 080410016 | Manitou Springs | April | | | | | | 2004–2008 |
| | | A | 71 | 70 | 0.99 | 73 | 72 | |
| | | B | 71 | 70 | 0.99 | 73 | 72 | |
| | | C | 71 | 70 | 0.99 | 73 | 72 | |
| | | D | 71 | 70 | 0.99 | 73 | 72 | |
| | | July | | | | | | 2004–2008 |
| | | A | 67 | 61 | 0.91 | 73 | 66 | |
| | | B | 67 | 61 | 0.91 | 73 | 66 | |
| | | C | 67 | 61 | 0.91 | 73 | 66 | |
| | | D | 67 | 61 | 0.91 | 73 | 66 | |
| 080590002 | Arvada | April | | | | | | 2004–2008 |
| | | A | 73 | 72 | 0.99 | 77 | 76 | |
| | | B | 73 | 72 | 0.99 | 77 | 76 | |
| | | C | 73 | 72 | 0.99 | 77 | 76 | |
| | | D | 73 | 72 | 0.99 | 77 | 76 | |
| | | July | | | | | | 2004–2008 |
| | | A | 78 | 72 | 0.92 | 77 | 70 | |
| | | B | 78 | 72 | 0.92 | 77 | 70 | |
| | | C | 78 | 72 | 0.92 | 77 | 70 | |
| | | D | 78 | 72 | 0.92 | 77 | 70 | |
| 080590005 | Welch | April | | | | | | 2004–2008 |
| | | A | 73 | 72 | 0.99 | 74 | 73 | |
| | | B | 73 | 72 | 0.99 | 74 | 73 | |
| | | C | 73 | 72 | 0.99 | 74 | 73 | |
| | | D | 73 | 72 | 0.99 | 74 | 73 | |
| | | July | | | | | | 2004–2008 |
| | | A | 77 | 71 | 0.92 | 74 | 68 | |
| | | B | 77 | 71 | 0.92 | 74 | 68 | |
| | | C | 77 | 71 | 0.92 | 74 | 68 | |
| | | D | 77 | 71 | 0.92 | 74 | 68 | |

BLM_0017762

Draft EIS, Appendix L

**Table L-43.  Future Ozone Design Values for Monitors in the 4km Domain (cont.)**

| Monitor ID | Location Description | Episode / Alternative | CB (ppb) | CF (ppb) | RRF | DVB (ppb) | DVF (ppb) | Data Available for Years |
|---|---|---|---|---|---|---|---|---|
| Urban Monitors (cont.) | | | | | | | | |
| 080590006 | Rocky Flats North | April | | | | | | 2004–2008 |
| | | A | 73 | 72 | 0.99 | 83 | 82 | |
| | | B | 73 | 72 | 0.99 | 83 | 82 | |
| | | C | 73 | 72 | 0.99 | 83 | 82 | |
| | | D | 73 | 72 | 0.99 | 83 | 82 | |
| | | July | | | | | | 2004–2008 |
| | | A | 75 | 69 | 0.92 | 83 | 76 | |
| | | B | 75 | 69 | 0.92 | 83 | 76 | |
| | | C | 75 | 69 | 0.92 | 83 | 76 | |
| | | D | 75 | 69 | 0.92 | 83 | 76 | |
| 080590011 | NREL | April | | | | | | 2004–2008 |
| | | A | 73 | 72 | 0.99 | 80 | 79 | |
| | | B | 73 | 72 | 0.99 | 80 | 79 | |
| | | C | 73 | 72 | 0.99 | 80 | 79 | |
| | | D | 73 | 72 | 0.99 | 80 | 79 | |
| | | July | | | | | | 2004–2008 |
| | | A | 77 | 72 | 0.94 | 80 | 75 | |
| | | B | 77 | 72 | 0.94 | 80 | 75 | |
| | | C | 77 | 72 | 0.94 | 80 | 75 | |
| | | D | 77 | 72 | 0.94 | 80 | 75 | |
| 080690011 | Fort Collins West | April | | | | | | 2006–2008 |
| | | A | 71 | 69 | 0.97 | 82 | 79 | |
| | | B | 71 | 69 | 0.97 | 82 | 79 | |
| | | C | 71 | 69 | 0.97 | 82 | 79 | |
| | | D | 71 | 69 | 0.97 | 82 | 79 | |
| | | July | | | | | | 2006–2008 |
| | | A | 67 | 62 | 0.93 | 82 | 76 | |
| | | B | 67 | 62 | 0.93 | 82 | 76 | |
| | | C | 67 | 62 | 0.93 | 82 | 76 | |
| | | D | 67 | 62 | 0.93 | 82 | 76 | |

BLM_0017763

### Table L-43.  Future Ozone Design Values for Monitors in the 4km Domain (cont.)

| Monitor ID | Location Description | Episode / Alternative | CB (ppb) | CF (ppb) | RRF | DVB (ppb) | DVF (ppb) | Data Available for Years |
|---|---|---|---|---|---|---|---|---|
| Urban Monitors (cont.) | | | | | | | | |
| 080691004 | Fort Collins | April | | | | | | 2004–2008 |
| | | A | 71 | 70 | 0.99 | 72 | 71 | |
| | | B | 71 | 70 | 0.99 | 72 | 71 | |
| | | C | 71 | 70 | 0.99 | 72 | 71 | |
| | | D | 71 | 70 | 0.99 | 72 | 71 | |
| | | July | | | | | | 2004–2008 |
| | | A | 67 | 62 | 0.93 | 72 | 66 | |
| | | B | 67 | 62 | 0.93 | 72 | 66 | |
| | | C | 67 | 62 | 0.93 | 72 | 66 | |
| | | D | 67 | 62 | 0.93 | 72 | 66 | |
| 081230009 | Weld County Tower | April | | | | | | 2004–2008 |
| | | A | 71 | 69 | 0.97 | 76 | 73 | |
| | | B | 71 | 69 | 0.97 | 76 | 73 | |
| | | C | 71 | 69 | 0.97 | 76 | 73 | |
| | | D | 71 | 69 | 0.97 | 76 | 73 | |
| | | July | | | | | | 2004–2008 |
| | | A | 69 | 63 | 0.91 | 76 | 69 | |
| | | B | 69 | 63 | 0.91 | 76 | 69 | |
| | | C | 69 | 63 | 0.91 | 76 | 69 | |
| | | D | 69 | 63 | 0.91 | 76 | 69 | |

CB = Baseline concentration (mean modeled 8-hour daily maximum baseline [Base06c] concentration during the episode)
CF = Future concentration (mean modeled 8-hour daily maximum future concentration during the episode)
DVB = Baseline design value (Base06c)
DVF = Future design value
NM = National Monument
NP = National  Park
ppb = parts per billion
RRF = Relative response factor

BLM_0017764

# APPENDIX M
## COLORADO NOXIOUS WEED LIST

BLM_0017765

BLM_0017766

# APPENDIX M
# COLORADO NOXIOUS WEED LIST

## COLORADO NOXIOUS WEED LIST

**List A: Species in Colorado that are designated by the Commissioner for eradication.**

African rue *(Peganum harmala)*
Camelthorn *(Alhagi pseudalhagi)*
Common crupina *(Crupina vulgaris)*
Cypress spurge *(Euphorbia cyparissias)*
Dyer's woad *(Isatis tinctoria)*
Giant salvinia *(Salvinia molesta)*
Hydrilla *(Hydrilla verticillata)*
Meadow knapweed *(Centaurea pratensis)*
Mediterranean sage *(Salvia aethiopis)*
Medusahead *(Taeniatherum caput-medusae)*
Myrtle spurge *(Euphorbia myrsinites)*
Orange hawkweed *(Hieracium aurantiacum)*
Purple loosestrife *(Lythrum salicaria)*
Rush skeletonweed *(Chondrilla juncea)*
Sericea lespedeza *(Lespedeza cuneata)*
Squarrose knapweed *(Centaurea virgata)*
Tansy ragwort *(Senecio jacobaea)*
Yellow starthistle *(Centaurea solstitialis)*

**List B: Weed species are species for which the Commissioner, in consultation with the state noxious weed advisory committee, local governments, and other interested parties, develops and implements state noxious weed management plans designed to stop the continued spread of these species.**

Absinth wormwood *(Artemisia absinthium)*
Black henbane *(Hyoscyamus niger)*
Bouncingbet *(Saponaria officinalis)*
Bull thistle *(Cirsium vulgare)*

BLM_0017767

Canada thistle (*Cirsium arvense*)
Chinese clematis *(Clematis orientalis)*
Common tansy *(Tanacetum vulgare)*
Common teasel *(Dipsacus fullonum)*
Corn chamomile (*Anthemis arvensis*)
Cutleaf teasel *(Dipsacus laciniatus)*
Dalmatian toadflax, broad-leaved *(Linaria dalmatica)*
Dalmatian toadflax, narrow-leaved *(Linaria genistifolia)*
Dame's rocket *(Hesperis matronalis)*
Diffuse knapweed *(Centaurea diffusa)*
Eurasian watermilfoil *(Myriophyllum spicatum)*
Hoary cress *(Cardaria draba)*
Houndstongue *(Cynoglossum officinale)*
Jointed goatgrass (*Aegilops cylindrica*)
Leafy spurge *(Euphorbia esula)*
Mayweed chamomile *(Anthemis cotula)*
Moth mullein *(Verbascum blattaria)*
Musk thistle *(Carduus nutans)*
Oxeye daisy *(Chrysanthemum leucanthemum)*
Perennial pepperweed *(Lepidium latifolium)*
Plumeless thistle *(Carduus acanthoides)*
Quackgrass *(Elytrigia repens)*
Russian knapweed *(Acroptilon repens)*
Russian-olive *(Elaeagnus angustifolia)*
Salt cedar *(Tamarix chinensis, T. parviflora,* and *T. ramosissima)*
Scentless chamomile *(Matricaria perforata)*
Scotch thistle *(Onopordum acanthium)*
Scotch thistle *(Onopordum tauricum)*
Spotted knapweed *(Centaurea maculosa)*
Spurred anoda *(Anoda cristata)*
Sulfur cinquefoil *(Potentilla recta)*
Venice mallow *(Hibiscus trionum)*
Wild caraway *(Carum carvi)*
Yellow nutsedge *(Cyperus esculentus)*
Yellow toadflax *(Linaria vulgaris)*

**List C: Weed species are species for which the Commissioner, in consultation with the state noxious weed advisory committee, local governments, and other interested parties, will develop and implement state noxious weed management plans designed to support the efforts of local governing bodies to facilitate more effective integrated weed management on private and public lands. The goal of such plans will not be to stop the continued spread of these species but to provide additional education, research, and biological control resources to jurisdictions that choose to require management of List C species.**

Chicory *(Cichorium intybus)*
Common burdock *(Arctium minus)*
Common mullein *(Verbascum thapsus)*
Common St. Johnswort *(Hypericum perforatum)*
Downy brome *(Bromus tectorum)*
Field bindweed *(Convolvulus arvensis)*

BLM_0017768

Halogeton *(Halogeton glomeratus)*
Johnsongrass *(Sorghum halepense)*
Perennial sowthistle *(Sonchus arvensis)*
Poison hemlock *(Conium maculatum)*
Puncturevine *(Tribulus terrestris)*
Redstem filaree *(Erodium cicutarium)*
Velvetleaf *(Abutilon theophrasti)*
Wild proso millet *(Panicum miliaceum)*

Colorado Department of Agriculture 2010. Colorado Noxious Weed List. Internet Web site: www.colorado.gov/cs/Satellite?c=Page&cid=1174084048733&pagename=Agriculture-Main%2FCDAGLayout.

BLM_0017769

*This page intentionally left blank.*

BLM_0017770

# APPENDIX N
# SYSTEM ROADS AND MAINTENANCE LEVELS

BLM_0017771

BLM_0017772

# APPENDIX N
# SYSTEM ROADS AND MAINTENANCE LEVELS

**Colorado River Valley Field Office System Roads and Maintenance Levels**

| BLM Route Number | BLM Route Name | Miles | Maintenance Level | | | |
|---|---|---|---|---|---|---|
| | | | Alt. A | Alt. B | Alt. C | Alt. D |
| 8072 | HOGBACK COAL MINE | 3 | 2 | 1 | 1 | 1 |
| 8083 | HORSE MTN WEST | 2 | 2 | 0 | 0 | 0 |
| 8084 | HORSE MTN | 2.9 | 2 | 1 | 1 | 1 |
| 8090 | CEDAR MTN LOOP | 8.1 | 2 | 1 | 1 | 1 |
| 8090A | CEDAR MTN LOOP - NORTH | 1.1 | N/A | 1 | 1 | 1 |
| 8092 | CEDAR MTN LOOP - SOUTH | 1 | N/A | 1 | 1 | 1 |
| 8091 | BUTLER CREEK ACCESS | 2.1 | 2 | 1 | 1 | 1 |
| 8092 | WEST CEDAR MOUNTAIN | 1 | 2 | 0 | 0 | 1 |
| 8093 | EAST CEDAR MTN LOOP NORTH | 1.9 | N/A | 1 | 1 | 1 |
| 8094 | EAST CEDAR MTN LOOP SOUTH | 3.6 | 2 | 3 | 3 | 3 |
| 8107 | DRY RIFLE CREEK | 4 | 2 | 3 | 3 | 3 |
| 8108 | DRY RIFLE LOOPS | 3.7 | N/A | 3 | 3 | 3 |
| 8114 | WEST ELK RIDGE | 4.7 | 2 | 3 | 3 | 3 |
| 8115 | TEAKEE MINE | 1.5 | 2 | 3 | 3 | 3 |
| 8120 | SILT MESA | 1.9 | N/A | 3 | 3 | 3 |
| 8126 | HOGBACK TRUCK TRAIL | 1.7 | 2 | 1 | 1 | 1 |
| 8134 | BOILER CREEK | 3.9 | 2 | 3 | 3 | 3 |
| 8149 | TRANSFER TRAIL ROAD | 2 | 4 | 3 | 3 | 3 |
| 8162 | BATTLEMENT CREEK | 1.3 | 2 | 1 | 1 | 1 |
| 8163 | MONUMENT GULCH | 1 | 2 | 0 | 0 | 0 |
| 8166 | DOGHEAD MTN | 0.6 | 2 | 0 | 0 | 0 |
| 8185 | LOWER FLATIRON | 5. | 2 | 1 | 1 | 1 |
| 8203 | MUD HILL-DRY HOLLOW | 4 | 2 | 1 | 1 | 1 |
| 8210 | NEW CASTLE RAMP | 0.2 | 3 | 3 | 3 | 3 |

BLM_0017773

**Colorado River Valley Field Office System Roads and Maintenance Levels**

| BLM Route Number | BLM Route Name | Miles | Maintenance Level | | | |
|---|---|---|---|---|---|---|
| | | | Alt. A | Alt. B | Alt. C | Alt. D |
| 8214 | GIBSON GULCH | 2.3 | 2 | 1 | 1 | 1 |
| 8215 | GIBSON WEST | 1.3 | 2 | 1 | 1 | 1 |
| 8216 | TAR GULCH | 4.3 | 2 | 1 | 1 | 1 |
| 8220 | JUNE CREEK | 5.2 | 2 | 1 | 1 | 1 |
| 8222 | CORRAL CREEK | 2.1 | 2 | 1 | 1 | 1 |
| 8230 | UNCLE BOB ACCESS | 3.4 | 2 | 0 | 0 | 0 |
| 8231 | CLEAR CREEK | 0.9 | 2 | 1 | 1 | 1 |
| 8232 | UNCLE BOB SPRING | 2 | 2 | 1 | 1 | 1 |
| 8241 | CENTER MOUNTAIN | 4.9 | 2 | 1 | 1 | 1 |
| 8249 | SOUTH CANYON RAMP | 3.8 | 4 | 3 | 3 | 3 |
| 8283 | HUBBARD CAVE | 4.3 | 2 | 1 | 1 | 1 |
| 8320 | THE CROWN | 6.9 | 2 | 3 | 3 | 0 |
| 8323 | THE CROWN NORTH | 1.7 | 2 | 0 | 3 | 0 |
| 8324 | VASTEN | 1.4 | 2 | 3 | 3 | 0 |
| 8334 | LIGHT HILL | 6.8 | 2 | 1 | 1 | 1 |
| 8335 | WEST LIGHT HILL | 3.8 | 2 | 1 | 1 | 1 |
| 8350 | NORTH HARDSCRABBLE ACCESS | 8.8 | 2 | 3 | 3 | 3 |
| 8360 | RED HILL- GYPSUM | 2.3 | 2 | 3 | 3 | 3 |
| 8371 | SPRING GULCH | 1.4 | 2 | 1 | 1 | 1 |
| 8381 | TENDERFOOT GULCH | 7.9 | 2 | 1 | 1 | 1 |
| 8382 | MCHATTEN CREEK | 1.1 | 2 | 0 | 0 | 0 |
| 8383 | HARDSCRABBLE SADDLE | 3.2 | 2 | 1 | 1 | 1 |
| 8384 | ALKALI CREEK | 5.2 | 2 | 3 | 3 | 3 |
| 8386 | LOWER ABRAMS CREEK | 2.1 | 2 | 0 | 0 | 0 |
| 8387 | THIRD GULCH | 2.1 | 2 | 3 | 3 | 0 |
| 8410 | ROAD GULCH | 3.3 | N/A | 1 | 1 | 1 |
| 8413 | BELLYACHE SPRING | 4.2 | N/A | 1 | 1 | 1 |
| 8430 | BELLYACHE RIDGE | 0.8 | 2 | 0 | 0 | 0 |
| 8440 | BURNT TREE RIDGE | 1 | 2 | 0 | 0 | 0 |
| 8451 | WEST FORK SHEEP CREEK | 0.3 | 2 | 0 | 0 | 0 |
| 8452 | SHEEP CREEK MESA | 3.2 | 2 | 1 | 1 | 1 |
| 8455 | HORSE CREEK | 1.4 | 2 | 1 | 1 | 1 |
| 8460 | DRY LAKE TO DOTSERO CRATER | 7.9 | 2 | 1 | 1 | 1 |
| 8461 | WEST OF DRY LAKE | 1.4 | 2 | 1 | 1 | 1 |
| 8462 | BLOWOUT MTN | 3.8 | 2 | 1 | 1 | 1 |
| 8463 | WEST HILL LOOP | 4.7 | 2 | 1 | 1 | 1 |
| 8464 | GYPSUM HILLS A | 1.1 | 2 | 1 | 1 | 1 |
| 8465 | GYPSUM HILLS B | 2 | 2 | 1 | 1 | 1 |
| 8466 | GYPSUM HILLS C | 1.7 | 2 | 1 | 1 | 1 |
| 8473 | GYPSUM HILLS D | 5.1 | 2 | 1 | 1 | 1 |
| 8479 | BIG MCCLOSKY | 8 | 2 | 3 | 3 | 3 |
| 8480 | GREEN HORN MTN LOOP | 10 | 2 | 1 | 1 | 1 |
| 8482 | GYPSUM HILLS E | 2.7 | 2 | 1 | 1 | 1 |

BLM_0017774

**Colorado River Valley Field Office System Roads and Maintenance Levels**

| BLM Route Number | BLM Route Name | Miles | Maintenance Level | | | |
|---|---|---|---|---|---|---|
| | | | Alt. A | Alt. B | Alt. C | Alt. D |
| 8485 | GYPSUM HILLS F | 1.6 | 2 | 1 | 1 | 1 |
| 8486 | GYPSUM HILLS G | 1.5 | 2 | 1 | 1 | 1 |
| 8487 | POSEY CREEK | 4 | 2 | 1 | 1 | 1 |
| 8490 | LAVA FLOW RECREATION SITE | 0.5 | 2 | 3 | 3 | 3 |
| 8492 | COMMUNITY RECREATION SITE | 0.5 | 2 | 3 | 3 | 3 |
| 8493 | GYPSUM RECREATION SITE | 1 | 2 | 3 | 3 | 3 |
| 8498 | WOLCOTT RECREATION SITE | 1 | 2 | 3 | 3 | 3 |
| 8500 | EAST CASTLE PEAK | 6.5 | 3 | 3 | 3 | 3 |
| 8501 | BOCCO MOUNTAIN EAST | 0.4 | 2 | 1 | 1 | 1 |
| 8502 | BOCCO MOUNTAIN | 2.2 | 2 | 1 | 1 | 1 |
| 8509 | HORSE MTN AT CASTLE PEAK | 0.8 | 2 | 0 | 0 | 0 |
| 8510 | BLUE LAKE | 1.2 | 2 | 3 | 3 | 3 |
| 8511 | POISON | 1 | 2 | 1 | 1 | 1 |
| 8512 | PICTURE RIDGE | 1.1 | 2 | 1 | 1 | 1 |
| 8513 | DOMANTLE | 3 | 2 | 1 | 1 | 1 |
| 8520 | WINDY POINT | 3.1 | 2 | 3 | 3 | 3 |
| 8521 | WEST STATE BRIDGE | 1 | 2 | 0 | 3 | 3 |
| 8530 | BIG ALKALI CREEK | 5.8 | 3 | 3 | 3 | 3 |
| 8532 | BOORE FLATS | 2.3 | 2 | 1 | 1 | 1 |
| 8535 | PISGAH MOUNTAIN | 4.5 | 2 | 1 | 0 | 1 |
| 8536 | BIG ALKALI CREEK NORTH SPUR | 0.8 | 2 | 0 | 0 | 0 |
| 8537 | BIG ALKALI CREEK EAST SPUR | 0.5 | 2 | 0 | 0 | 0 |
| 8540 | WINTER RIDGE | 4.1 | 3 | 3 | 3 | 3 |
| 8542 | WINTER RIDGE TRAILHEAD | 0.5 | 3 | 3 | 3 | 3 |
| 8543 | WINTER RIDGE SPUR | 1 | 2 | 3 | 3 | 3 |
| 8544 | WINTER RIDGE WEST SPUR | 2 | 2 | 3 | 3 | 3 |
| 8570 | TEPEE CREEK | 2.7 | 2 | 1 | 1 | 1 |
| 8580 | KING MTN. CABIN ROAD | 2 | 2 | 3 | 3 | 3 |
| 8621 | C BAR C | 1.1 | 2 | 1 | 1 | 1 |
| 8630 | CONGER MESA | 6.3 | 2 | 1 | 1 | 1 |
| 8633 | EAST COPPER SPUR | 2.6 | 2 | 1 | 1 | 1 |

BLM_0017775

*This page intentionally left blank.*

BLM_0017776

# APPENDIX O
# TRAVEL MANAGEMENT

BLM_0017777

BLM_0017778

# TABLE OF CONTENTS

Section            Page

O     **TRAVEL MANAGEMENT APPENDIX** ............................................................................. **O-1**

     O.1     Introduction .......................................................................................... O-1
           O.1.1    How to Read/Use this Document..................................................... O-2
           O.1.2    Summary......................................................................................... O-2
           O.1.3    Authority and Guidance for Travel Management............................. O-3
     O.2     Travel Plan Designation Process .......................................................... O-3
           O.2.1    Background ..................................................................................... O-4
           O.2.2    Interdisciplinary (ID) Team Process................................................ O-5
           O.2.3    Trails and Routes Data-Collection Workshops................................ O-5
           O.2.4    Identification of Issues ................................................................... O-6
           O.2.5    Developing Planning Criteria ......................................................... O-6
     O.3     CRVFO Travel Plan Data Collection and Alternative Development ......................... O-10
           O.3.1    Introduction ................................................................................. O-10
           O.3.2    Goal.............................................................................................. O-10
           O.3.3    Route Designations and ID Team Meetings .................................. O-10
           O.3.4    Mechanized Routes ...................................................................... O-12
           O.3.5    Foot and Equestrian Travel........................................................... O-13
     O.4     Plan Maintenance and Changes to Route Designations .......................... O-13
     O.5     Implementation Process ...................................................................... O-14

# TABLES

Table            Page

Table O-1 Trails and Routes Data Collection Workshop Attendance ................................................. O-5

# FIGURES

Figure            See Attachment 1

Colorado River Valley Field Office of the Colorado BLM – Travel Zones
Legend for All Figures
Colorado River Valley Field Office - Alternative A Travel Routes in Zone A
Colorado River Valley Field Office - Alternative A Travel Routes in Zone B
Colorado River Valley Field Office - Alternative A Travel Routes in Zone C
Colorado River Valley Field Office - Alternative A Travel Routes in Zone D
Colorado River Valley Field Office - Alternative A Travel Routes in Zone E
Colorado River Valley Field Office - Alternative A Travel Routes in Zone F
Colorado River Valley Field Office - Alternative A Travel Routes in Zone G
Colorado River Valley Field Office - Alternative A Travel Routes in Zone H
Colorado River Valley Field Office - Alternative A Travel Routes in Zone I
Colorado River Valley Field Office - Alternative A Travel Routes in Zone J
Colorado River Valley Field Office - Alternative A Travel Routes in Zone K
Colorado River Valley Field Office - Alternative A Travel Routes in Zone L
Colorado River Valley Field Office - Alternative A Travel Routes in Zone M
Colorado River Valley Field Office - Alternative A Travel Routes in Zone N
Colorado River Valley Field Office - Alternative A Travel Routes in Zone O

BLM_0017779

# FIGURES *(continued)*

Figure                                                See Attachment 1

Colorado River Valley Field Office - Alternative A Travel Routes in Zone P
Colorado River Valley Field Office - Alternative A Travel Routes in Zone Q
Colorado River Valley Field Office - Alternative A Travel Routes in Zone R
Colorado River Valley Field Office - Alternative B Travel Routes in Zone A
Colorado River Valley Field Office - Alternative B Travel Routes in Zone B
Colorado River Valley Field Office - Alternative B Travel Routes in Zone C
Colorado River Valley Field Office - Alternative B Travel Routes in Zone D
Colorado River Valley Field Office - Alternative B Travel Routes in Zone E
Colorado River Valley Field Office - Alternative B Travel Routes in Zone F
Colorado River Valley Field Office - Alternative B Travel Routes in Zone G
Colorado River Valley Field Office - Alternative B Travel Routes in Zone H
Colorado River Valley Field Office - Alternative B Travel Routes in Zone I
Colorado River Valley Field Office - Alternative B Travel Routes in Zone J
Colorado River Valley Field Office - Alternative B Travel Routes in Zone K
Colorado River Valley Field Office - Alternative B Travel Routes in Zone L
Colorado River Valley Field Office - Alternative B Travel Routes in Zone M
Colorado River Valley Field Office - Alternative B Travel Routes in Zone N
Colorado River Valley Field Office - Alternative B Travel Routes in Zone O
Colorado River Valley Field Office - Alternative B Travel Routes in Zone P
Colorado River Valley Field Office - Alternative B Travel Routes in Zone Q
Colorado River Valley Field Office - Alternative B Travel Routes in Zone R
Colorado River Valley Field Office - Alternative C Travel Routes in Zone A
Colorado River Valley Field Office - Alternative C Travel Routes in Zone B
Colorado River Valley Field Office - Alternative C Travel Routes in Zone C
Colorado River Valley Field Office - Alternative C Travel Routes in Zone D
Colorado River Valley Field Office - Alternative C Travel Routes in Zone E
Colorado River Valley Field Office - Alternative C Travel Routes in Zone F
Colorado River Valley Field Office - Alternative C Travel Routes in Zone G
Colorado River Valley Field Office - Alternative C Travel Routes in Zone H
Colorado River Valley Field Office - Alternative C Travel Routes in Zone I
Colorado River Valley Field Office - Alternative C Travel Routes in Zone J
Colorado River Valley Field Office - Alternative C Travel Routes in Zone K
Colorado River Valley Field Office - Alternative C Travel Routes in Zone L
Colorado River Valley Field Office - Alternative C Travel Routes in Zone M
Colorado River Valley Field Office - Alternative C Travel Routes in Zone N
Colorado River Valley Field Office - Alternative C Travel Routes in Zone O
Colorado River Valley Field Office - Alternative C Travel Routes in Zone P
Colorado River Valley Field Office - Alternative C Travel Routes in Zone Q
Colorado River Valley Field Office - Alternative C Travel Routes in Zone R
Colorado River Valley Field Office - Alternative D Travel Routes in Zone A
Colorado River Valley Field Office - Alternative D Travel Routes in Zone B
Colorado River Valley Field Office - Alternative D Travel Routes in Zone C
Colorado River Valley Field Office - Alternative D Travel Routes in Zone D

BLM_0017780

# FIGURES *(continued)*

Figure                                                                        See Attachment 1

Colorado River Valley Field Office - Alternative D Travel Routes in Zone E
Colorado River Valley Field Office - Alternative D Travel Routes in Zone F
Colorado River Valley Field Office - Alternative D Travel Routes in Zone G
Colorado River Valley Field Office - Alternative D Travel Routes in Zone H
Colorado River Valley Field Office - Alternative D Travel Routes in Zone I
Colorado River Valley Field Office - Alternative D Travel Routes in Zone J
Colorado River Valley Field Office - Alternative D Travel Routes in Zone K
Colorado River Valley Field Office - Alternative D Travel Routes in Zone L
Colorado River Valley Field Office - Alternative D Travel Routes in Zone M
Colorado River Valley Field Office - Alternative D Travel Routes in Zone N
Colorado River Valley Field Office - Alternative D Travel Routes in Zone O
Colorado River Valley Field Office - Alternative D Travel Routes in Zone P
Colorado River Valley Field Office - Alternative D Travel Routes in Zone Q
Colorado River Valley Field Office - Alternative D Travel Routes in Zone R

BLM_0017781

*This page intentionally left blank.*

BLM_0017782

# APPENDIX O
# TRAVEL MANAGEMENT

## O.1 INTRODUCTION

Comprehensive travel management is the proactive management of public access, natural resources, and regulatory needs to ensure that all aspects of road and trail system planning and management are considered. This includes route planning, inventory and evaluation, innovative partnerships, user education, mapping, monitoring, signing, field presence and law enforcement (Bureau of Land Management [BLM] IM CO-2007-020). Comprehensive travel management planning should address all resource use aspects, such as recreational, traditional, casual, agricultural, commercial, and educational, and accompanying modes and conditions of travel on public lands, not just motorized or off-highway vehicle activities (Appendix C of the BLM Land Use Planning Handbook 1601-1).

Scoping has consistently demonstrated comprehensive travel management as a major issue to be addressed in land use plans. Increased demand for access to public lands, combined with the research on the impacts of roads on resources and resource uses, has increased the need for a well designed and managed transportation system.

Though historically focused on motor vehicle use, comprehensive travel management encompasses all forms of transportation. These modes include travel by foot and horse and by mechanized vehicles such as bicycles, as well as the numerous forms of motorized vehicles from two-wheeled (motorcycles) and four-wheeled, such as all-terrain vehicles (ATVs), to cars and trucks.

The term off-road vehicle is outdated and has been replaced by the more widely-used term off-highway vehicle (OHV). Off-road vehicle is defined in 43 CFR 8340.0-5(a) as "any motorized vehicle capable of or designated for, travel on or immediately over land, water, or other natural terrain." This definition has been updated using the term "OHV" in the National Management Strategy for Motorized Off-Highway Vehicle Use on Public Lands, finalized by the BLM in January 2001. The intent of the National Strategy was to update and revitalize management of off-highway motor vehicle use on BLM-administered lands. The national strategy provides guidance and recommendations to accomplish that purpose.

The process of development and content of the draft Colorado River Valley Field Office ([CRVFO] formerly known as Glenwood Springs Field Office) travel plan is described in this document.

BLM_0017783

## O.1.1 How to Read/Use this Document

This document addresses the process by which the CRVFO Interdisciplinary (ID) Team has developed the draft Resource Management Plan (RMP)/Environmental Impact Statement (EIS) alternatives for motorized, mechanized, and non-motorized uses in the planning area. This document takes the reader through the process of travel planning within the Field Office (FO).

- The Land Use Planning decisions of the travel plan define the areas within each FO that are designated Open, Limited, or Closed to OHV use, and the number of miles of designated routes under the Limited category.

- The Implementation decisions of the travel plan that are included in this document are the designations (e.g., foot, horse, mechanized, motorcycle, ATV, and full-sized vehicle) of routes within areas delineated as Limited to Designated Roads and Trails. Other implementation actions include signage, maps, public information, kiosks, monitoring, and working with partners. However, these particular types of actions have not been addressed in this travel plan designation process and remain to be addressed as the implementation process continues.

The analysis of impacts for the travel plan will be completed within the draft RMP/EIS. Attachment 1 contains the preliminary travel maps for the CRVFO.

## O.1.2 Summary

Land Use Planning Decisions – Code of Federal Regulations (43 CFR Part 8340) require BLM to designate all public lands as Open, Closed or Limited for Off Highway Vehicle use. These designations are made in the RMPs or in plan amendments. Additionally, the criteria for route designation are established in the RMP.

Implementation Decisions – The designation of routes within the areas specified as "Limited to Designated" is an implementation decision. Designation involves the selection and identification of roads and trails to be included in a travel plan system, as well as the allowable types of use on each of these routes.

Management common to all action alternatives include the following, as developed by the ID Team in preliminary alternative-development meetings

In areas identified as "Limited to Designated" routes, only designated routes are open to motorized use.

- Areas and trails shall be located to minimize damage to soil, watershed, vegetation, or other resources of the public lands.

- Areas and trails shall be located to minimize harassment of wildlife or significant disruption of wildlife habitats.

- Areas and trails shall be located to minimize conflicts between off-road vehicle use and other existing or proposed recreational uses of the same or neighboring public lands, and to ensure the compatibility of such uses with existing conditions in populated areas, taking into account noise and other factors.

- Any fire, military, emergency or law enforcement vehicle when used for emergency purposes is exempted from OHV decisions.

BLM_0017784

- Wilderness Study Areas are to be either designated as limited or closed to OHV use, and must be managed and monitored to comply with the interim management policy nonimpairment standard.

- As required in 43 CFR Sec. 8342.3 (Designation changes): "The authorized officer shall monitor effects of the use of off-road vehicles. On the basis of information so obtained, and whenever the authorized officer deems it necessary to carry out the objectives of this part, designations may be amended, revised, revoked, or other actions taken pursuant to the regulations in this part."

## O.1.3  Authority and Guidance for Travel Management

Alternatives have been developed based on the following authority and guidance specific to travel management for the BLM:

- Executive Order No. 11644, February 8, 1972 – This order established criteria by which federal agencies were to develop regulations for the management of OHVs on lands under their management. Agencies are to "monitor the effects" of OHV use on their public lands and, "on the basis of the information gathered, they shall from time to time amend or rescind designation of areas for OHV use "as necessary to further" its policy.

- Executive Order No. 11989, May 25, 1977 – This order amended Executive Order 11644 and authorized agencies to adopt a policy that particular lands can be considered closed to OHVs once it is determined that OHV use "will cause or is causing considerable adverse effects" to particular resources.

- 43 C.F.R. Part 8340 – OHV Regulations that establish criteria for designating lands as Open, Limited, or Closed to the use of OHVs.

- IM 2004-005, Clarification of OHV Designations and Travel Management in the BLM Land Use Planning Process.

- OHV – National Management Strategy for Motorized Off-Highway Vehicle Use on Public Lands, USDI, BLM, January 2001.

## O.2  TRAVEL PLAN DESIGNATION PROCESS

A goal of the CRVFO planning process is to develop, with its cooperators, a travel plan that will provide access to public lands, while protecting resource values. The goals and objectives of these travel plans apply to all areas of travel management including access to resources, appropriate recreation opportunities that at the same time protect public land resources, ensure public safety, minimize conflicts among the various public land uses, and provide for support of the local economy.

More specifically, desired future conditions or desired outcomes are stated as goals and objectives. Goals are broad statements of desired outcomes (RMP-wide and resource or resource use specific) and generally are not quantifiable or measurable. Objectives are more-specific desired conditions or outcomes for resources to meet the resource/resource use goal. For key issues, objectives are different across alternatives; for other issues, objectives can be the same across alternatives.

Management actions and allowable uses are designed to achieve the objectives. Management actions include management measures that will guide future and day-to-day activities such as administrative designations (e.g., ACECs, suitable segments for inclusion in the National Wild and Scenic River System), land tenure zones, and proposed withdrawals. Allowable uses indicate which uses are allowed, restricted, or prohibited, such as

BLM_0017785

stipulations. Allowable uses also identify lands where specific uses are excluded to protect resource values, or where certain lands are open or closed in response to legislative, regulatory, or policy requirements.

Implementation decisions generally constitute site-specific on-the-ground actions and are not addressed in the RMP revisions, with the exception of travel management decisions and a few other specific areas.

## O.2.1  Background

In the early 1980s, in response to the Presidential Executive Orders 11644 and 11989, the BLM began designating all public lands in one of three OHV designation categories. Thus public lands within the CRVFO RMP planning area were designated as open, limited to existing roads and trails, limited to designated roads and trails, and closed to OHV use. The designations are as follows:

**Open –** The BLM designates areas as "open" for intensive OHV use where there are no compelling resource protection needs, user conflicts, or public safety issues to warrant limiting cross-country travel. However, motor vehicles may not be operated in a manner causing or likely to cause significant, undue damage to or disturbance of the soil, wildlife, wildlife habitat improvements, cultural or vegetative resources or other authorized uses of the public lands (See 43 CFR 8341).

**Limited –** The "limited" designation is used where OHV use must be restricted to meet specific resource management objectives. In the current guidance context, this means limited to designated roads and trails (a route network designated by the BLM in its RMP). These routes may also be limited to: a time or season of use depending on the resources in the area (for example, threatened and endangered species' habitat or nesting areas, crucial winter ranges, etc.); and/or type of vehicle use (ATV, Motorcycle, four-wheel vehicle, etc.)

**Closed –** The BLM designates areas as "closed" if closure to all vehicular use is necessary to protect resources, ensure visitor safety, or reduce resource or use conflicts. Access by means other than motor vehicle access is generally allowed. The FO Manager may allow motor vehicle access on a case-by-case basis or for emergencies.

In the current RMP process, state and national guidance for the OHV Limited category designation has changed. Designating Open, Closed, and Limited areas for OHV use continues to be mandated, but under the Limited category only the "Limited to Designated Roads and Trails" sub-category is recommended. The designation of the sub-category "Limited to Existing Roads and Trails" is no longer a recommended option. Eliminating the "Limited to Existing Roads and Trails" sub-category prevents confusion and enforcement problems concerning new unauthorized routes being created and then used by the public because they are then "existing". By policy (IM No. 2004-005), BLM discourages the use of the "Limited to Existing Roads and Trails" category.

Many roads within the CRVFO were constructed to create access to public land improvements and projects for timber/vegetation management, gas/mineral development, range management and various ROWs. Some of these roads are maintained by the permittee to maintain the improvement, such as a livestock/wildlife pond or fence. Numerous roads were not necessarily intended to become permanent public access or open for recreational use but have become popular routes for visitors engaged in mechanized/motorized recreation activities. The majority of mechanized/motorized routes were created or "pioneered" by public land users themselves. Open travel designations that permit cross-country mechanized and motorized use, high levels of

BLM_0017786

use, and improvements in mechanized/motorized vehicle technology have allowed public land users to gain access to and through more terrain. The repeated passage of vehicles maintains these routes. Not designed but created, these routes are often rutted and eroded.

In the 1984 Glenwood Springs RMP, the BLM designated all public lands within the CRVFO planning area as Open, Closed, and Limited to Existing and Designated Roads and Trails. Subsequent plans providing travel management direction for the CRVFO include the Red Hill Management Plan (1999), the Bocco Mountain SRMA OHV and Recreation Management Implementation Plan (1999), and the Castle Peak Travel Management Plan (1997). Other plan amendments listed in the *Federal Register* amended travel management within the planning area by implementing seasonal and yearlong restrictions on OHVs.

Travel management area designations were made in accordance with criteria set forth in 43 CFR 8340. As a result, approximately 4 percent of BLM-administered public lands in the CRVFO planning area are designated Closed, with another 26 percent subject to restrictions. The remaining 70 percent of the CRVFO planning area is open to motorized vehicle use.

## O.2.2   Interdisciplinary (ID) Team Process

Between March and June 2008, the CRVFO ID team held meetings specifically concerning the travel plan. During this time, the CRVFO coordinated efforts with the White River National Forest by evaluating USFS designations on routes crossing federal land boundaries.

## O.2.3   Trails and Routes Data-Collection Workshops

The CRVFO hosted three trails and routes data-collection workshops in 2007. The workshops were held to: 1) allow the public to review the BLM's inventory for accuracy and completeness; 2) provide information on routes that are missing from the BLM's inventory; and 3) offer suggestions for reroutes or new trail sections that would complement the existing route system. Table R-1 shows the date, location, and number of attendees for each workshop. All meetings were from 4pm to 7pm.

**Table O-1**
**Trails and Routes Data Collection Workshop Attendance**

| Location (Colorado) | Date | Number of Attendees |
|---|---|---|
| El Jebel<br>El Jebel Community Center<br>0020 Eagle County Drive | June 12, 2007 | 14 |
| Gypsum<br>Gypsum Recreation Center<br>52 Lundgren Boulevard | June 13, 2007 | 7 |
| Rifle<br>Fire Protection District Station 1<br>1850 Railroad Avenue | June 14, 2007 | 2 |
| **Total** | | **23** |

Each open house was structured in a similar format. Attendees were asked to sign in, and then were briefed on the room layout and goals and objectives of the workshop. Two-page information sheets summarizing the BLM's planning effort and travel management process, RMP Newsletter Volume 1, Number 1, and comment forms to document attendees' comments on new or existing routes were made available.

BLM_0017787

An overview map was displayed at the entrance of the room that showed the FO boundary and the different travel management zones within the FO. The CRVFO was divided into 15 travel management zones, which were labeled A through R. Dividing the FO into a number of management zones enabled the public to focus on a specific area of interest.

Work stations were set up around the room with topographic- and aerial photograph-based maps displaying the inventoried trails and routes for each zone. Attendees were asked to complete a comment form and draw on the maps to document any missing existing trails and routes. Proposed new routes were also drawn on the maps. Pencils and markers were available to edit the maps.

The comment period for routes and trails data collection was open until July 20, 2007. The public could submit comments by completing the comment form and sending it via email, US mail, facsimile, or hand delivery to either FO. All travel management zone maps and comment forms were available at the six workshops, at the CRVFO, and on the project Web site (www.blm.gov/rmp/co/kfo-gsfo).

## O.2.4  Identification of Issues

Travel management issues were identified by BLM resource specialists in the preparation plan, through the public scoping process for the CRVFO RMP, and by input from the public in during scoping specifically for travel management planning.

BLM staff identified the following factors describing the condition of travel management within both planning areas, thereby identifying the need for developing a Comprehensive Travel Management plan.

- A lack of comprehensive travel management that considers the relationship between various resources, access for authorized permittees, and recreation uses.

- The lack of planning for recreational experiences that preceded the construction of historic routes.

- Unauthorized uses emanating from designated routes causing impacts on other resources.

- Subdivision of private property creating new access points to public lands.

- Routes that are open to motorized use being accessible only to adjacent landowners.

- Conflicts between recreational users.

During scoping, the BLM received 162 comments about travel management and transportation issues. This represents 26 percent of the total comments received on planning issues, thereby constituting the category that received the most comments overall. From the comments received, the following planning issue statement was developed:

> Travel management and transportation—How will transportation be managed to protect natural and cultural resources, provide motorized and nonmotorized recreation opportunities, reduce user conflicts, enforce route designations and closures, and improve public access?

## O.2.5  Developing Planning Criteria

Considerations of both social and physical elements help define the criteria for a travel plan. The social aspects include public demands, historical uses, existing rights-of-way, permitted uses, public access, resource development, law enforcement and safety, conflicts between existing or potential uses, recreation

BLM_0017788

opportunities, local uses, and cultural and economic issues. Physical aspects include the terrain, soils, water, vegetation, and watersheds, connectedness of routes, special designations, demands for specific types of vehicle use, and manageability considerations.

The comprehensive travel plans for the CRVFO will manage access on public lands in accordance with existing law, executive orders, proclamation, regulation, and policy. General planning criteria for the Resource Management Plan (RMP) process includes:

- Decisions – All decisions made in the RMP will only apply to public lands administered by the BLM.
- Existing Rights – The plan recognizes current, valid existing rights.

  Specific to the travel plan, the criteria include:
- National OHV Policy – Decisions regarding OHV travel will be consistent with the BLM's National OHV Strategy.
- RS 2477 – ROWs may exist across the CRVFO, although adjudication is beyond the scope of this RMP.

## OHV Designation Criteria

Vehicle use restrictions would be established where there are known high resource values that would otherwise be damaged or destroyed. Criteria are defined in 43 CFR 8342.1:

- Designated areas and designated trails shall be located in a manner to minimize impacts to physical resources (soils, watershed, vegetation, air, and other resources) and to prevent impairment of wilderness suitability.
- Designated areas and designated trails shall be located to minimize harassment of wildlife or significant disruption of wildlife habitats. Special attention will be given to protect endangered or threatened species and their habitats.
- Designated areas and designated trails shall be located to minimize conflicts between off-road vehicle use and other existing or proposed recreation uses.
- Designated areas and designated trails shall not be located in officially designated wilderness areas or primitive areas, and shall be located in natural areas only if the authorized officer determines that off-road vehicle use in such locations will not adversely affect their natural, esthetic, scenic, or other values for which established.

## CRVFO Criteria for Travel Plan

In addition to the criteria defined in 43 CFR 8342.1, preliminary screening criteria that were considered during the route designation process, and would be considered during future route modifications, are outlined below:

1. **Environmental Conditions**
   a. General
      - Does access on the route promote resource damage/concerns?
      - Is the route causing resource damage?

BLM_0017789

b. Soil stability

- Is the route within a highly erosive soils area?

- Does the route cross slopes of 50% or greater?

c. Wildlife habitat (e.g., winter range, nesting/brooding and rearing habitat, calving/fawning areas)

- Is the route a known issue within big game winter range?

d. Special status species habitat

- Is the route a known issue within special status species habitat?

e. Proximity to riparian areas and/or 303(d) streams

- Is the route causing damage to water quality?

- Does the route negatively impact wetlands/riparian/fens/mires?

f. Visual resources

- Does the route conflict with Visual Resource Management class objectives?

g. Cultural/paleontological resources

- Is the route creating an issue for any historic properties?

- Is the route creating an issue for any areas of Native American concern?

- Does the route cross significant paleontological areas?

h. Special management areas

- Is the route within a Wilderness Study Area?

- Is the route within a Lands with Wilderness Characteristics (LWC) Area?

- Is the route within an area determined to contain wilderness characteristics?

- Does the route conflict with Special Recreation Management Area objectives?

- Does the route conflict with Area of Critical Environmental Concern objectives?

2. **Route conditions:**

a. General

- Is the route a BLM-maintained route?

- Is the road condition poor and/or unsustainable?

- Is the route unsafe (e.g., steep, no turn-around)?

b. Parallel routes

- Does the route run parallel to another existing route?

c. Spurs

d. Dead end

- Is it a dead-end route (0.5-mile or less)?

e. Does the route end at private property?

BLM_0017790

  f. Access

   • Is there legal public access?

   • Is there an existing right-of-way?

**3. User conflicts, such as:**

  a. Motorized versus non-motorized

  b. Motorized/mechanized versus non-mechanized

**4. Administrative purposes, such as:**

  a. Is the route necessary for rangeland activities?

  b. Is the route necessary for wildland fire suppression activities?

  c. Is the route necessary for safety?

  d. Is the route necessary for resource management and permitted activities?

**5. Public purposes, such as:**

  a. Accessing public or private land

  b. Destinations for specific activities

   • Does the route have recreation value (no special destination)?

  c. Types of desired use (motorized, mechanized, non-motorized/non-mechanized)

**6. Route, vehicle type and size limitations, such as:**

  a. > 50" wheel base for (full-size vehicles)

  b. < 50" wheel base (ATVs)

  c. Single track (motorcycles/mountain bikes)

## Route Designations in Wilderness Study Areas (WSAS)

Information Bulletin No. 99-181 (BLM) directs BLM to comply with the wilderness nonimpairment mandate (Federal Land Policy and Management Act of 1976 [FLPMA], Section 603(c)). BLM must monitor and regulate the activities of off-highway vehicles in the Wilderness Study Areas to assure that their use does not compromise these areas by impairing their suitability for designation as wilderness. The BLM's Off Road Vehicle Regulations (43 CFR 8342.1) require that BLM establish off-road vehicle designations of areas and routes that meet the non-impairment mandate. It is the BLM's policy that cross-country vehicle use in the WSAs does cause the impairment of wilderness suitability. Thus, the BLM should establish off-road vehicle designations in WSAs that limit vehicular access to boundary roads, or ways existing inside a WSA that were identified during the inventory phase of the wilderness review.

## Administrative Access and Use

Routes considered for Administrative Use Only were discussed by the ID Team. These administrative categories could include routes to stock ponds and other range improvements, guzzlers, and BLM facilities. The CRVFO reserves the right to allow travel on these routes to permittees, BLM employees, or whomever it deems appropriate on a case-by-case basis.

BLM_0017791

### Emergency Uses

By regulation, any fire, military, emergency or law enforcement vehicle when used for emergency purposes is exempted from OHV decisions. Emergency uses in WSAs are covered under the BLM's Interim Management Policy, Section I.B.11 and 12.

### Temporary Limitations or Closures

Whenever the authorized officer determines that OHV use will cause or is causing considerable adverse effects on resources (i.e., soil, vegetation, wildlife, wildlife habitat, cultural, historic, scenic, recreation, or other resources), the area must be immediately closed to the type of use causing the adverse effects (43 CFR 8341.2). Such limitation or closures are not OHV designations.

## O.3   CRVFO TRAVEL PLAN DATA COLLECTION AND ALTERNATIVE DEVELOPMENT

### O.3.1   Introduction

As part of the BLM's RMP revisions process, the BLM is developing a complementary travel management plan for all BLM-administered lands within the FO. The revised RMP will comprehensively plan for all types of travel (recreational, casual, agricultural, industrial, administrative, etc.) and accompanying modes and conditions of travel, including motorized, mechanized, and nonmechanized (muscle-powered) uses. It is now Colorado BLM policy (CO-IM-2007-20) to restrict all off-highway vehicle use within limited areas to designated routes.

### O.3.2   Goal

The goal of the travel plan is to provide opportunities for a range of motorized and nonmotorized access and recreation experiences on public lands while protecting sensitive resources and minimizing conflicts among various users.

This process includes preparing a range of alternatives for inclusion in the Draft Environmental Impact Statement (DEIS). The BLM will provide a range of alternatives as to which areas of the FO will be Open to OHV travel, which areas will be Closed to OHV travel, and which areas will be limited to designated routes. Within the limited areas, BLM will provide a range of alternatives by varying miles of designated routes.

### O.3.3   Route Designations and ID Team Meetings

ID team meetings in the CRVFO to address route/resource conflicts and route designations were held from June 2007 through June 2008. The FO Manager conducted each meeting, and every route proposed for designation within the CRVFO boundaries was evaluated.

The purpose of the route designation ID Team meetings was three-fold:

1.  Gather input from ID team on conflicts identified and mitigation proposed by each resource specialist. Identify (where known) the purpose and need for the route in question. Where conflicts with resources existed, these conflicts were discussed and resolved during the meeting, and final proposals for the various alternatives were established.

2.  Formulate three action alternatives for the travel plan: The Conservation alternative emphasizes resource conflicts over the purpose and need for the route. The Commodity alternative emphasizes the purpose and need for the route over resource conflicts. The Balanced alternative weighs both resource conflicts and the purpose and need.

BLM_0017792

3. Develop a designed system of designated routes that fulfills the management goal for the planning area.

The RMP administrative record contains details of the conflicts identified for each route or route segment and BLM's conclusions as to designation, by alternative. All travel recommendations were examined on an area by area and route-by-route basis, usually by employing geographic information system (GIS) and other digital and physical mapping to overlay physical constraints, public comments, and background topography and/or aerial photography, with exiting routes and their public and administrative uses.

As discussed above, resource specialists identified potential conflicts with proposed routes, and characterized the severity of the conflict. In general, routes with serious resource conflicts (or less severe, but multiple conflicts), and no obvious purpose and need, were recommended for non-designation. There were many routes where resource concerns conflicted with established purpose and need. These routes typically were recommended for non designation under Alternative C, but were designated under Alternative D. Whether or not to designate a route under Alternative B was decided by a weighing of the route's importance against the severity of the identified resource conflicts. In many cases, the potential conflict was resolved by reducing the number of parallel and redundant routes.

## Cultural Resources

Existing routes may go through identified cultural or paleontological sites. Use of these routes may hasten erosion, exposing more of the site to natural or human-caused damage. Cross-country travel in particular can exacerbate this problem. Site densities may be such that any access to the area could put such resources at risk

## Recreation

Scoping has shown a desire on the part of some publics for more areas to be managed for nonmotorized recreation. In response to this, BLM may decide to manage certain areas for more primitive forms of recreation, or to reduce user conflicts between motorized and non-motorized users. In such areas, and under different plan alternatives, the existence of certain roads (or a redundancy of such) may pose a conflict with underlying recreation management goals and objectives.

## Riparian

There are numerous streams, rivers, and other watercourses that run through the "limited" OHV category area. Routes are often located in riparian areas in canyons and drainage bottoms to avoid the more difficult uplands. Use of these routes can contribute to loss of riparian vegetation, degrade stream banks, and lead to erosion problems. There are also numerous washes within the "limited" OHV category area that do not support riparian vegetation, and merely provide a channel for water during storm events. Compaction of soils in these washes can lead to accelerated flood velocity, further contributing to erosion and sedimentary transfer.

## Soils

Any surface disturbing activity, including routes, on sensitive soils will cause increases in salinity and sedimentation levels. Roads and off-road travel can cause impacts to watersheds by impacting soil health and water quality. Impacts can include soil compaction, decreased soil stability, loss of vegetation and biotic soil crusts, loss of functioning floodplains, accelerated erosion, water quality degradation, and increased salinity contributions.

BLM_0017793

### WSAs and Lands with Wilderness Characteristics (LWC)

WSAs are managed under the BLM's Interim Management Policy and Guidelines for Lands under Wilderness Review (IMP) so as not to impair their suitability for preservation as wilderness. Each of these WSAs has wilderness characteristics. They are greater than 5,000 acres in size, natural in appearance, and provide outstanding opportunities for solitude and/or primitive recreation. Many also possess supplemental wilderness values including cultural resources and wildlife values.

The IMP specifies that, at a minimum, motorized vehicles are only allowed on pre-existing inventoried ways in WSAs. Use of vehicles off boundary routes and on these ways is permitted only for emergencies, search and rescue operations, official purposes for the protection of human life, safety, and property; protection of lands and their resources, and to build and maintain structures and installations permitted under the IMP.

Today's OHVs are more varied, powerful machines capable of accessing steeper and rougher terrain than was possible over 20 years ago when the WSAs were designated. Motorized use in and around certain WSAs has increased dramatically, and involves sports utility vehicles (SUVs), trucks, all terrain vehicles (ATVs), and motorcycles. As discussed earlier, designating motorized routes within WSAs can lead to the impairment of wilderness character, whether through increased risks of off-road travel or intruding upon the solitude that wilderness users seek.

The Executive Order No. 3310 on December 22, 2010 authorized LWCs to be considered for designation as Wild Lands through the land use planning process when appropriate. The BLM Manual 6300-2-*Lands with Wilderness Characteristics in the Land Use Planning Process*, when finalized, will contain text that further details the process of considering LWC for Wild Land designation. If the BLM determines that LWC within the CRVFO should be designated as Wild Lands, then travel would be closed to OHV use or limited to designated routes only. Other proposed Wild Lands management actions are further described in Appendix F.

### Wildlife

Roads can threaten wildlife populations due to habitat fragmentation, stress caused by human activities at critical times such as birthing or winter, and impacting resources (e.g., water, vegetation) upon which wildlife depend. Off-route travel can exacerbate these effects. Disturbance from human activity can cause increased stress, deplete energy reserves, make animals more susceptible to disease and parasites, and lead to abandonment and avoidance of habitat. Limiting travel to designated routes, reclaiming unnecessary or illegal routes, and seasonal closures, help lessen the impact on wildlife and wildlife habitats.

### O.3.4   Mechanized Routes

Mechanized use includes mechanical devices such as bicycles that are not motorized. CRVFO concluded that routes not designated for motorized travel generally would be available for mechanized, foot, and equestrian travel. As with all designations in the travel plan, BLM reserves the right to change designations in the future, should resource issues warrant such action. Exceptions to permitting mechanized use on routes not designated for motorized use are "ways" in WSAs. In those cases where motorized use on such routes is prohibited, the same prescriptions would apply to mechanized use, as a means of enhancing wilderness values. The same would apply to routes not designated for motorized use in those areas the BLM chooses to manage to preserve wilderness characteristics (in those alternatives of the DEIS containing such areas). In addition, routes not designated for motorized use will not be available for mechanized use in areas identified as hiking or other non-mechanized focus areas. Under IMP, BLM reserves the right to close these trails to mechanized use, should such use lead to degradation of resource values.

BLM_0017794

## O.3.5  Foot and Equestrian Travel

Foot and equestrian travel would continue to be allowed in all areas of CRVFO, except as specifically prohibited.

## O.4  PLAN MAINTENANCE AND CHANGES TO ROUTE DESIGNATIONS

The RMP must include indicators to guide future plan maintenance, amendments, or revisions related to OHV area designations or the approved road and trail system within Limited areas. Indicators could include results of monitoring data, new information, or changed circumstances (IM 04-005, Attachment 2).

Actual route designations within the Limited category can be modified without completing a plan amendment, although NEPA compliance is still required. The Federal regulations at 43 CFR 8342.3 state: "The authorized officer shall monitor effect of the use of off-road vehicles. On the basis of information so obtained, and whenever the authorized officer deems it necessary to carry out the objectives of this part, designations may be amended, revised, revoked, or other action taken pursuant to the regulation in this part."

Within the RMP, FOs must establish procedures for making modifications to their designated route networks. Because future conditions may require the designation or construction of new routes or closure of routes in order to better address resources and resource use conflicts, a FO will expressly state how modification would be evaluated.

As noted in IM 2004-061, plan maintenance can be accomplished through additional analysis and land use planning, e.g., activity level planning. BLM will collaborate with affected and interested parties in evaluating the designated road and trail network for suitability for active OHV management and envisioning potential changes in the existing system or adding new trails that would help meet current and future demands. In conducting such evaluations, the following factors would be considered:

- Routes suitable for different categories of OHVs including dirt bikes, ATVs, dune buggies, and 4-wheel drive touring vehicles, as well as opportunities for joint trail use.

- Needs for parking, trailheads, informational and directional signs, mapping and profiling, and development of brochures or other materials for public dissemination.

- Opportunities to tie into existing or planned route networks.

- Measures needed to avoid onsite and offsite impacts to current and future land uses and important natural resources; among others, issues include noise and air pollution, erodible soils, stream sedimentation, non-point source water pollutions, listed and sensitive species' habitats, historic and archeological sites, wildlife, special management areas, grazing operations, fence and gate security, needs of non-motorized recreationists, and recognition of property rights for adjacent landowners.

- Public land roads or trails determined to cause considerable adverse effects or to constitute a nuisance or threat to public safety would be considered for relocation or closure and rehabilitation after appropriate coordination with applicable agencies and partners.

Those areas managed as Closed will not be available for new motorized or mechanized route designation or construction.

BLM_0017795

Regulations at 43 CFR 8342.2 require BLM to monitor the effects of OHV use. Changes should be made to the Travel Plan based on the information obtained through monitoring. Procedures for making changes to route designations after the record of decision (ROD) is signed are established in the RMP.

Site specific NEPA documentation is required in order to change the route designations in this Travel Plan.

## O.5   IMPLEMENTATION PROCESS

Implementation decisions are actions to implement land use plans and generally constitute BLM's final approval allowing on-the-ground actions to proceed. These types of decisions are based on site-specific planning and NEPA analyses and are subject to the administrative remedies set forth in the regulations that apply to each resource management program of the BLM. Implementation decisions are not subject to protest under the planning regulations.

Instead, implementation decisions are subject to various administrative remedies. Where implementation decisions are made as part of the land use planning process, they are still subject to the appeals process of other administrative review as prescribed by specific resource program regulations after BLM resolves the protests to land use plan decisions and make a decision to adopt or amend the RMP.

Travel planning and implementation process includes the following:

- A map of roads and trails for all travel modes.
- Definitions and additional limitations for specific roads and trails.
- Criteria developed to set parameters and to specify limitations.
- Guidelines for management, monitoring, and maintenance of the system.
- Indicators to guide future plan maintenance, amendments or revisions related to OHV area designations or the approved road and trail system within limited areas.

The travel management networks should be reviewed periodically to ensure that current resource and travel management objectives are being met (43 CFR 8342.3).

In the final decision document, designated OHV routes will be portrayed by a map entitled "Field Office Travel Plan and Map". This map will be the basis for signing and enforcement. The FO will prioritize actions, resources, and geographic areas for implementation. The implementation goals include completing signage, maps, public information, kiosks, and working with partners.

BLM_0017796

# APPENDIX P
## OIL AND GAS OPERATIONS

BLM_0017797

BLM_0017798

# TABLE OF CONTENTS

Section                                                                                                            Page

**P.    OIL AND GAS OPERATIONS** ............................................................................................P-1

    P.1    Geophysical Exploration....................................................................................P-1
        P.1.1    Gravity Surveys ......................................................................................P-1
        P.1.2    Geomagnetic Surveys ...........................................................................P-1
        P.1.3    Seismic Reflection Surveys ...................................................................P-2
    P.2    Geophysical Management (Permitting Process) ................................................P-3
        P.2.1    State Standards......................................................................................P-3
        P.2.2    Mitigation ................................................................................................P-4
    P.3    Oil and Gas Leasing.........................................................................................P-4
    P.4    Drilling Permit Process .....................................................................................P-4
        P.4.1    Permitting................................................................................................P-5
        P.4.2    Surface Disturbance Associated With Exploratory Drilling ...................P-6
        P.4.3    Issuance of Rights-of-Way .....................................................................P-7
    P.5    Drilling Operations............................................................................................P-7
        P.5.1    Rotary Drilling ........................................................................................P-7
        P.5.2    Logging...................................................................................................P-8
        P.5.3    Casing ....................................................................................................P-9
        P.5.4    Oil and Gas Exploratory Units ...............................................................P-9
        P.5.5    Field Development.................................................................................P-10
        P.5.6    Production..............................................................................................P-10
        P.5.7    Gas Production .....................................................................................P-10
        P.5.8    NGLs ....................................................................................................P-11
        P.5.9    CBNG Production .................................................................................P-11
        P.5.10  Water Production...................................................................................P-12
        P.5.11  Production Problems .............................................................................P-12
        P.5.12  Gas Storage..........................................................................................P-12
        P.5.13  Plugging and Abandonment of Wells....................................................P-12

BLM_0017799

*This page intentionally left blank.*

BLM_0017800

# APPENDIX P
# OIL AND GAS OPERATIONS

## P.1    GEOPHYSICAL EXPLORATION

The potential of oil and gas can be detected by direct or indirect exploration methods, such as the mapping of rock outcrops, seeps, borehole data, and remote sensing data. In many cases, indirect methods, such as seismic, gravity, and magnetic surveys are required to delineate subsurface features that could contain oil and gas. Geophysical exploration could provide information that increases the chances of drilling a discovery well, as well as information that could discourage drilling and the associated surface disturbance. More sophisticated geophysical techniques, such as three-dimensional seismic surveys, could supply enough information to model a reservoir and optimize drilling to prevent excess wells and the associated surface disturbance.

### P.1.1   Gravity Surveys

Gravitational prospecting detects micro-variations in gravitational attraction caused by the differences in the density of various types of rock. Gravity data are used to generate anomaly maps from which faults and general structural trends can be interpreted. These surveys are generally not considered definitive because of the many corrections required (e.g., terrain, elevation, latitude), and the poor resolution of complex subsurface structures. The instrument used for gravity surveys is a small portable device called a gravimeter. Generally, measurements are taken at many points along a linear transect, and the gravimeter is transported either by backpack, helicopter, or off-road vehicle. The only surface disturbance associated with gravity prospecting is that caused by a vehicle, if used.

### P.1.2   Geomagnetic Surveys

Magnetic prospecting is commonly used for locating metallic ore bodies, and to a limited extent, in oil and gas exploration. Magnetic surveys use an instrument called a magnetometer to detect small magnetic anomalies caused by mineral and lithologic variations in the Earth's crust. These surveys can detect trends in basement rock and the approximate depth to those basement rocks, but in general, they provide little specific data to aid in petroleum exploration. Many corrections are required to obtain reliable information. The generated maps lack resolution and are considered rudimentary views of subsurface geology. Magnetometers vary greatly in size and complexity, and most magnetic surveys are conducted from the air by suspending a magnetometer under an airplane. Magnetic surveys conducted on the ground are nearly identical to gravity surveys, and surface disturbance is minimal to nonexistent.

---

BLM_0017801

## P.1.3   Seismic Reflection Surveys

Seismic prospecting is the best and most popular indirect method for locating subsurface structures and stratigraphy that might contain hydrocarbons. Seismic energy (shock waves) is induced into the Earth using one of several methods. As these waves travel downward and outward, they encounter various rock strata, each having a different seismic velocity characteristic. As the wave energy encounters the interface between rock layers, where the lower layer is of lower seismic velocity, some of the seismic energy is reflected upward. Sensing devices, commonly called geophones, are placed on the surface to detect these reflections. The geophones are connected to a recording truck that stores the data. The time required for the shock waves to travel from the shot point down to a given reflector and back to the geophone is related to depth, and this value is mapped to give an underground picture of the geologic structure.

There are many methods available today that an explorationist can use to induce the initial seismic energy into the Earth. All methods require preliminary surveying and laying of geophones. The thumper and vibrator methods pound or vibrate the ground to create a shock wave. Usually large trucks are used, each equipped with vibrator pads (about 4 feet square). The pads are lowered to the ground, and vibrators on all trucks are triggered electronically from the recording truck. Information is recorded, and then the trucks moves forward a short distance, and the process is repeated. Less than 50 square feet of surface area is required to operate the equipment at each test site. The trucks are equipped with large flotation type tires, which reduce the impact of driving over undisturbed terrain.

The drilling method uses truck-mounted drills that drill small-diameter holes to depths of 100 to 200 feet. Four to 12 holes are drilled per mile of line. Usually, a 50-pound charge of explosives is placed in the hole, covered, and detonated. The detonated explosive sends a shock wave below the Earth's surface that is subsequently reflected back to the surface from various subsurface rock layers. In rugged topography, a portable drill is sometimes carried in by helicopter. Charges are placed in the hole as done in a truck-mounted operation. Another portable technique is to carry the charges in a helicopter and place the charges on wooden sticks, or lath, about 3 feet above the ground. Usually, 10 charges in a line are detonated at once. In remote areas where there is little known subsurface data, a series of short seismic lines might be required to determine the subsurface geology. Subsequently, more extensive seismic lines are arranged to obtain the greatest amount of geologic information.

Seismic information can be obtained in two- (2D) or three- (3D) dimensional configurations. To obtain 3D seismic information, the seismic sensors and energy source are located along lines in a grid pattern. This type of survey differs from the more common 2D surveys because of the large volume of data and the intensive computerization of the data. The results are expensive to obtain but give a more detailed and informative subsurface picture. The orientation and arrangement of the components in 3D seismic surveys are less tolerant of adjustments to the physical locations of the lines and geophones, but they are also more compact in the area they cover. Although alignment can be fairly critical, spacing of the lines can often be changed to significantly increase the information collected. The depth of the desired geologic information dictates the spacing of the grid lines, with smaller spacing detailing shallower formations. The 3D surveys are very expensive and are usually conducted after 2D surveys or drilling has delineated a geologic prospect that will justify the extra cost. Extensive computer processing of the raw data is required to produce a useable seismic section from which geophysicists can interpret structural relationships to depths of 30,000 feet or more. The effective depth of investigation and resolution are determined, to some degree, by which method is used.

A typical drilling seismic operation can use 10 to 15 people operating five to seven trucks. Under normal conditions, three to five miles of line can be surveyed each day using the explosive method. The vehicles used for a drilling program include several heavy truck-mounted drill rigs, water trucks, a computer recording

BLM_0017802

truck, and several light pickup trucks for the surveyors, shot hole crew, geophone crew permit man, and party chief.

Public and existing private roads and vehicle routes are used. Cross-country off-highway vehicle (OHV) travel might be necessary to carry out tasks. Motor graders and (or) dozers might be required to provide access to remote areas. Concern about unnecessary surface disturbance has caused government and industry to more carefully plan surveys. As a result, earth-moving equipment is now only rarely used in seismic exploration work. Several trips a day are made along a seismograph line, which usually establishes a well-defined two-track vehicle route. The repeated movement back and forth along the line (particularly the light pickup trucks) defines the vehicle route. Spreading vehicles out so that vehicle routes are not straight, and vehicles do not retrace the same route has, in some cases, prevented the establishment of new vehicle routes and has reduced impacts. Drilling water, when needed, is usually obtained from the nearest source.

Each of the foregoing exploration methods has inherent strengths and weaknesses, and explorationists must decide which method is the most practical with regard to surface constraints (such as topography) but will still produce useful information. Economics and past information also play a role in determining the method used. Reconnaissance type surveys of gravity and geomagnetic can be run in areas where there is limited information with the attendant lower costs and less impact. More expensive and higher impact seismic surveys are run when more detailed information is required.

## P.2   GEOPHYSICAL MANAGEMENT (PERMITTING PROCESS)

Geophysical operations on and off an oil and gas leases are reviewed by the appropriate federal surface management agency (SMA) (e.g., Bureau of Land Management [BLM], Bureau of Reclamation, or U.S. Forest Service [USFS]). Effective administration and surface protection can only be accomplished through close cooperation between the operator and the affected agency. The responsibilities of the geophysical operator and the Field Manager are as follows (U.S. Department of the Interior [USDI] 1989b):

- **Geophysical Operator—**An operator is required to file with the Field Manager a "Notice of Intent to Conduct Oil and Gas Exploration Operations." The Notice of Intent should include a map showing the location of the line, all access routes, and ancillary facilities. The party filing the Notice of Intent should be bonded. A copy of the bond or other evidence of satisfactory bonding should accompany the notice. For geophysical operation methods involving surface disturbance, a cultural resources survey is also required. A pre-work field conference may be conducted. Earth-moving equipment should not be used without prior approval. Upon completion of operations, including required rehabilitation, the operator is required to file a "Notice of Completion of Oil and Gas Exploration Operations."

- **Field Manager—**The Field Manager should contact the operator after the Notice of Intent is filed and apprise the operator of the practices and procedures to be followed before commencing operations on BLM-administered lands. After the operations are completed, as specified by the Notice of Completion, the Field Manager should complete a final inspection and notify the operator if the terms and conditions of the Notice of Intent have been met or if additional action is required. Consent to release the bond or termination of liability should not be granted until the terms and conditions have been met.

### P.2.1   State Standards

The operator is required to register with the Colorado Oil and Gas Conservation Commission (COGCC). COGCC standards for plugging shot holes and personnel safety will be followed.

BLM_0017803

## P.2.2   Mitigation

Seasonal restrictions are imposed to reduce conflicts with wildlife, watershed damage, and hunting activity.

The most critical management practice is compliance monitoring during and after seismic activity. Compliance inspections during the operation ensure that stipulations are being followed. Compliance inspections upon completion of work ensure that the lines are clean, and the drill holes are properly plugged.

## P.3   OIL AND GAS LEASING

The Mineral Leasing Act provides that all public lands are open to oil and gas leasing unless a specific order has been issued to close an area. Based on the Federal Onshore Oil and Gas Leasing Reform Act of 1987, all leases must be exposed to competitive lease sales. Lands for which bids are not received at the lease sale will be available for noncompetitive leasing for a period not to exceed two years. Competitive sales will be held at least quarterly and by oral auction. Competitive and noncompetitive leases are issued for a 10-year term or for as long as oil and/or gas are produced. The Federal Government receives yearly rental fees on non-producing leases. Royalty is received at the rate of 12.5 percent of the total saleable production, one-half of which is returned to the State of Colorado.

Lease stipulations may be attached to each parcel and become part of the lease after sale. Initially, stipulations are attached to a parcel by the State office leasing section from various databases. The parcel list is segregated and sent to the field office that has the majority of the parcel lands in its area. In the field office, the parcel is reviewed by a group of resource and National Environmental Policy Act (NEPA) specialists to ensure that lands are in conformance with the resource management plan (RMP), the stipulations are correct, and that any missing stipulations are included. This completes the process and allows the parcel to be included in a sale package.

The authorized officer has the authority to relocate, control timing, and impose other mitigation measures under Section 6 of the Standard Lease Form. This authority is invoked when lease stipulations are not attached to the lease, or new resources are discovered on a lease. Lease stipulations are conditions of lease issuance that provide protection for other resource values or land uses by establishing authority for delay, site changes, or the denial of operations within the terms of the lease contract. The stipulations are specified for each applicable parcel in the Notice of Competitive Oil and Gas Lease Sale and are intended to inform interested parties (potential lessees, operators) that certain activities will be regulated or prohibited unless the operator and the surface owner and/or surface management agency (SMA) arrive at an acceptable plan for mitigation of anticipated impacts. These stipulations are attached to the whole lease, regardless of whether the protection measure is only in a specific portion of the lease. Lease stipulations are based on the perceived resource requirements and land uses as specified in NEPA documentation. New science, comprehensive documentation of resource requirements, land pattern interference, and ongoing monitoring of the effectiveness of a stipulation may allow granting of a waiver, exception, or modification to a stipulation. A lease stipulation "waiver" is a permanent exemption to a lease stipulation. An "exception" is a onetime exemption to a lease stipulation and is determined on a case-by-case basis. A "modification" is a change to the provisions of a lease stipulation, either temporarily, or for the term of the lease.

## P.4   DRILLING PERMIT PROCESS

A federal lessee or the operator of record is governed by procedures set forth by the Onshore Oil and Gas Order No. I, "Approval of Operations on Onshore Federal and Indian Oil and Gas Leases," issued under 43 CFR 3164. These procedures cover the full gamut of operations on federal minerals, from initial permitting of the well to subsequent operations and final abandonment. In the initial permitting process, the operator

BLM_0017804

selects the location of a proposed drill site. This selection is based on COGCC spacing requirements, the subsurface geology, the topography, and the avoidance of known protected surface resource values.

Spacing requirements are established by the COGCC to protect the correlative rights of offsetting mineral owners and efficiently recover the resource. This applies to all mineral ownership (i.e., fee, State, and federal minerals). The spacing requirements are to be applied to the subsurface point of production. Wells must be drilled within 200 feet of the center of a legal subdivision, such as a quarter section, depending on the spacing assigned to the particular area. A proposed location may be moved beyond the designated tolerance by a spacing exception granted by COGCC. A spacing exception requires notification of the offsetting mineral lease owners. If there is a protest, the matter must be presented at a public hearing with full evidence of the need to relocate the well before a decision can be made by COGCC. The Resource Management Plan Planning Area (RMPPA) is subject to State spacing COGCC Rule 318, which for wells deeper than 2,500 feet would be about 40 acres. This does not mean that all wells can be approved at 40-acre spacing. For wells shallower than 2,500 feet, the wells must be spaced at least 300 feet from the nearest well and a distance of at least 200 feet from the lease boundary. However, the majority of wells drilled target the Mesaverde formation, in which 10 acre equivalency spacing is typically approved by the COGCC. This allows wells to target the equivalency of 10 acres per drilling and spacing unit, so that efficient drainage of isolated tight sand lenses may take place. Ten acre equivalency spacing requires that every well be set-back 100' away from adjacent lease or drilling and spacing units with the same spacing. Wells that abut leases or drilling and spacing units, which do not have 10 acre equivalency, require 200' set-backs. Surface density of wells would be a variable based on the surface resource conflicts, economics of directional drilling, accessibility within the checkerboard (surface locations on fee land to access federal minerals within resource conflict areas), and the subsurface density. Occasionally, BLM could require that a lessee drill a directional well on a lease if it is determined that federally owned minerals are being drained by an adjacent well on private or State-owned lands, require compensatory royalty be paid, or require a communitization agreement be formed, any of which may be utilized to mitigate surface impacts and prevent drainage of federal mineral.

## P.4.1  Permitting

After the operator makes a decision to drill, the well, access road, and pipeline can be surveyed and staked without notifying BLM. Cultural resource inventories can also be obtained without notice.

- **Notice of Staking (NOS)**— The operator must decide whether to submit an NOS or an application to drill (APD). The NOS is an abbreviated notice that consists of an NOS form, a staked location map, and sketched site plan. This notice is posted for a 30-day public review, which provides the time frame for processing the approval of the APD. The NOS triggers the onsite inspection of the well, which determines whether there are any conflicts with critical resources, as well as provides the preliminary data to assess what additional items are necessary to complete the APD.

- **Application for Permit to Drill (APD)**—The operator can submit a completed APD in lieu of an NOS, but in either case, no surface disturbing activity can be conducted in conjunction with the drilling operations until the APD is approved by the Field Manager.

If the APD option is used, an APD is submitted to the Field Manager, and a field inspection is held with the operator and any other interested party. The purpose of the onsite field inspection is to evaluate the operator's plan, to assess the situation for possible impacts (surface and subsurface), and to formulate resource protection stipulations. To lessen environmental impacts, a site can be moved, reoriented, or resized, within certain limits, at the onsite inspection. The proposed access road or pipeline can also be rerouted. If

BLM_0017805

necessary, site-specific mitigations are added to the APD as Conditions of Approval (COA) for protection of surface and subsurface resource values in the vicinity of the proposed activity.

The field office is responsible for preparing environmental documentation necessary to satisfy the NEPA requirements and provide any mitigation measures needed to protect the affected surface resource values. Consideration is also given to the protection of subsurface water resources. When processing an APD, the BLM geologist is required to identify the maximum depth of usable water as defined in Onshore Oil and Gas Order No. 2. Usable water is defined as water containing 10,000 parts per million or less of total dissolved solids. Water of this quality is to be protected usually by surface casing and cement. Determining the depth of fresh water requires geophysical log determination of water quality. The field office requires that every pad have an openhole log run for both the surface hole and production hole on a well when surface casing is set less than 1,000' TVD. The open hole log is required to be submitted within 24 hours of running so that a field office geologist has the opportunity to timely analyze the log. If usable fresh water is found to be present below the surface casing, then the operator will be required remediate and change the casing setting depths for future wells. The depth of the casing is specified to be below a depth reasonably anticipated for future useable water recovery. When final approval is given by BLM, the operator can commence construction and drilling operations. Approval of an APD is valid for two years. If drilling does not begin within two years, the conditions of approval can be revised before extending the APD for a maximum of two additional years.

Economic conditions dramatically affect drilling activity, and currently, oil and gas markets are buoyant nationwide; however, a downturn in the petroleum market would create a significant decrease in the number of drilling wells within the RMPPA  Lower natural gas prices reduce the number of natural gas wells drilled because of low return on investments.

## P.4.2   Surface Disturbance Associated With Exploratory Drilling

Upon receiving approval to drill the proposed well, the operator moves construction equipment over existing roads to the point where the access road will begin. Generally, the types of equipment include dozers (track-mounted and rubber-tired), scrapers, and motor-graders. Moving equipment to the construction site requires moving several loads (some overweight and overwidth) over public and private roads. Existing roads and vehicle routes are improved in places and occasionally, culverts and cattle guards are installed as specified in the approved APD.

The length of the access road varies. Generally the shortest feasible route is selected to reduce the haul distance and construction costs. Environmental factors or the landowner's preference might dictate a longer route. In rough terrain, the type of construction is sidecasting (using the material taken from the cut portion of the road to construct the fill portion), slightly less than one-half of the roadbed is on a cut area, and the rest is on a fill area. Roads are usually constructed with a l4-foot (single lane) or 24-foot (double lane) running surface (in relatively level terrain). The total acreage disturbed for each mile of access road constructed varies significantly with the steepness of the slope.

Well locations are constructed by one of three different general types of construction, but in every case, all soil material suitable for plant growth is first removed and stockpiled in a designated area. Sites on flat terrain usually require slightly more than removing the topsoil material and vegetation. Drilling sites on ridge tops and hillsides are constructed by cutting and filling portions of the location. The majority of the excess cut material is stockpiled in an area that will allow it to be easily recovered for rehabilitation. It is important to confine extra cut material in a stockpile rather than to cast it down hillsides and drainages where it cannot be recovered for rehabilitation. The amount of level surface required for safely assembling and operating a drilling rig varies with the type of rig and the number of wells that will share the same pad. The surface area

BLM_0017806

required for a typical pad is about two acres and should be constructed so that the drill rig can be placed on the cut surface instead of fill material to prevent the derrick from leaning or toppling as a result of the settling of uncompacted soil.

In addition to the drilling rig footprint, a reserve pit or cuttings pit is constructed, usually square or oblong, but sometimes in another shape to accommodate topography. Depending on the relationship of the location to natural drainages, it might be necessary to construct water bars or diversions. The area disturbed for construction depends largely on the steepness of the slope. Depending on the soil permeability, pits can be lined with an impermeable material to contain the drilling fluids. The field office prohibits the use of oil based or inverted drilling fluids.

Drilling activities usually begin within a week or two after the location and access road have been constructed. The drilling rig and associated equipment are moved to the location and erected. Moving a drilling rig might require moving 10 to 25 truckloads of equipment over public highways and private roads. The derrick, when erected, is roughly 160 feet high.

Water for drilling is hauled to rig storage tanks. Water sources are usually wells or commercial water sources. The operator must obtain a permit from the Colorado State Engineer for the use of surface or subsurface water for drilling and any applicable BLM surface use permits. When drilling commences, and as long as it progresses, water is continually transported to the rig location. Roughly 2,000 barrels or 84,000 gallons of water are required to drill a natural gas well to the depth of 8,000 feet. More water would be required if circulation is lost.

### P.4.3   Issuance of Rights-of-Way

Rights of way (ROW) are required for all facilities, tank batteries, pipelines, powerlines, and access roads that occupy federally owned land outside the lease or unit boundary. When a third party (someone other than the operator) constructs a facility or installation on or off the lease, a ROW is also required. The ROW is issued by BLM.

### P.5   DRILLING OPERATIONS

This section describes more conventional or traditional drilling operation techniques. BLM encourages the use of other new alternative construction and drilling techniques and technologies designed to limit environmental effects.

### P.5.1   Rotary Drilling

Drilling is accomplished by rotating the drill string and putting variable weights on the bit located at the bottom of the string. While drilling, the derrick and associated hoisting equipment bear a majority of the drill string's weight. The combination of rotary motion and weight on the bit causes rock to be gouged away at the bottom of the hole. The rotary motion is created by a square or hexagonal rod, called a kelly, which fits through a square or hexagonal hole in a large turntable, called a rotary table. The rotary table sits on the drilling rig floor and as the bit advances, the kelly slides down through it. When the kelly has gone as deep as it can, it is raised, and a new piece of drill pipe, about 30 feet in length, is attached in its place. The drill pipe is then lowered, the kelly is reattached, and drilling recommences. When the bit becomes dull, it is necessary to "trip" the drill string and replace the bit. This is a time-consuming process of withdrawing 90-foot sections of the drill pipe until the bit is out of the hole. However, many operator utilize flex drilling rigs and fit-for-purpose drilling rigs, which have the capability of moving themselves without rigging down, and top drives which eliminates the need of a rotary and kelly. This technology reduces drilling time from 28 days to eight days to drill a well. New bits constructed with modern metals and manufactured polycrystalline diamonds

BLM_0017807

along with down hole mud motors have revolutionized drilling operations, whereby thousands of feet of hole can be drilled with one bit run. The mud motor is a turbine driven by high-pressure mud and is placed at the top of the bit to enable more rotational power to be transmitted to the bit and thus increase penetration rates. Drilling fluid (mud) is circulated through the drill pipe to the bottom of the hole, through the bit, up the annulus (i.e., the space around a pipe in a well bore) of the well, across a screen that separates the rock chips, and into holding tanks from which finer sediments settle from the mud before it is pumped back into the well. The mud is maintained at a required weight and viscosity to cool the bit, reduce the drag of the drill pipe on the sides of the hole, seal off any porous zones, contain formation fluids to prevent a blowout, and bring the rock chips to the surface for disposal. Various additives are used in maintaining the mud at the appropriate viscosity and weight. Most of the mud consists of bentonite. Some of the additives are caustic, toxic, or acidic, but these hazardous additives are used in small amounts during the drilling operations and later contained within the cuttings pit.

Within the RMPPA, drilling is usually accomplished with water or light mud to depths within about 1,000 feet of the prospective formation. Water and natural clays recovered during the drilling operation or light drilling mud, allow fast drilling rates and the attendant reduction in mud chemicals. Once the bit reaches the target depth, the mud system is gradually made more sophisticated by addition of bentonite, chemicals, and natural weight materials to reduce water loss to the potential producing zones and to control the subsurface pressure. In almost all cases, the subsurface pressure is higher than an equivalent water column, and it is necessary to increase the mud weights to control the pressure and prevent a blowout or uncontrolled flow of formation fluids. Wells are at balance or slightly overbalanced, which increases penetration rate and reduces the time on the well, or in the formations of interest. The wells are always overbalanced for safety requirements when a bit trip is made, the well is logged, or the casing is installed.

Drilling operations are continuous, 24 hours a day, 7 days a week. The crews usually work three 8-hour shifts or two 12-hour shifts a day. Pickup trucks or cars are used for workers' transportation to and from the site. On remote isolated sites, a camp might be established to house the crews, which will reduce the travel requirements. Other operations, such as cementing, running casing, and rig maintenance will require road travel, sometimes with heavy equipment.

Upon completion of the drilling, a determination is made regarding the productive potential of the well. If oil or gas is not discovered in commercial quantities, the well is considered dry. The operator is then required to follow BLM procedures to properly plug the dry hole. The drill site and access road are then rehabilitated in accordance with the stipulations attached to the APD and the plugging approval. If the well is a producer, drilling rig operations continue until the production casing is cemented into the well before removing the drilling equipment from the location.

## P.5.2   Logging

Geophysical logs are obtained by running various instruments into the hole on a wire cable. Logs are usually run at a depth point where casing will be installed. A log is not usually run before surface casing is set, but in most instances a log recording natural gamma radiation is run through the surface casing to determine the geology of that section. The logs can determine water resistivity, hydrocarbon saturations, natural gamma radiations, porosity of the rock by density, nuclear receptivity and sonic measurements, permeability, pressure, temperature, hole geometry, and subsurface track. Logs are used to evaluate whether the well is dry or has the potential for a satisfactory completion. Logs also delineate the various geologic horizons; hydrocarbon zones; fresh, usable, and unusable water; and sands, shales, limestones, coals, and other minerals. The hydrocarbon intervals are usually randomly situated in each well, and logs are required to specify these intervals so that they can be perforated and stimulated during the completion program. Normally in the RMPPA, logs recording

BLM_0017808

resistivity and a combined porosity log of density and nuclear receptivity are run in the well. Neutron and density porosity logs are indicators of natural gas by crossing over.

### P.5.3   Casing

Various types of casing are placed in the drilled hole to provide a conduit for completion operations and production, hang subsequent strings, to nipple the BOP up on, keep hole stability, and for zonal isolation. Casing is a string of steel pipe composed of approximately 40-foot lengths of pipe that are threaded together. Casing is cemented into the well to protect against migration of fluids within the hole and to isolate the productive zones so they can be completed and produced without interference from other zones containing hydrocarbons or water. Hole deviation, depth, bore hole environment, placement of centralizers, and a myriad of other factors affect the integrity of the casing and cement job, and must be considered in the original design.

Surface casing that is properly set and cemented also protects surface aquifers from contamination by drilling and production operations. Surface casing should be set to a depth greater than the deepest fresh water aquifer that could be reasonably developed. Usable water could exist at great depths but these aquifers are not normally considered to be important water sources. Surface casing is designed to be large enough to allow subsequent strings of smaller casing to be set as the well is drilled deeper. Cement is placed in the annulus of the surface casing from casing shoe to ground level. The surface casing is the first string on which blowout prevention (BOP) equipment is installed. The BOP equipment allows the well to be shut in at any time that conditions warrant, protecting against unanticipated formation pressures and allowing safe control of the well. BOP equipment is tested and inspected regularly by both the rig personnel and the inspection and enforcement branch of BLM. Minimum standards and enforcement provisions are part of Onshore Order No. 2. Well-trained rig personnel are a necessity for well control.

Usually, only the bottom few thousand feet of intermediate or production casing is cemented, which often leaves several thousand feet of open hole behind some casing strings. In the RMPPA, the annulus (i.e., the space around a pipe in a well bore) is required to be filled with sufficient cement to provide adequate protection from interzonal migration of unsuitable water and hydrocarbons. Production casing or production liner is designed to provide isolation of oil and gas formations, and a high-pressure conduit to the hydrocarbon zones that allows stimulation of these intervals to improve the productivity.

During completion operations, the production casing is perforated into zones containing the natural gas. In the RMPPA, the low permeability character of the productive formations requires these zones to be "fraced" or stimulated by treated produced water and large quantities of sand, which improves the productivity to an economic rate. Generally, eight frac stages are done on each well to free up gas in multiple tight sand lenses. Roughly 50 percent of the stimulation fluid is produced within a couple of days, and the rest over an extended period at low rates. Radioactive tracers show the fracs stay within the zone, which is important to maximize the fracs' productivity because a frac length and height are the primary factor in successfully stimulating a productive interval. After completion operations are finished, wellhead equipment, consisting of various valves and pressure regulators, is installed to control the oil or gas flow to the production facilities and to safely shut-in the well under any conditions.

### P.5.4   Oil and Gas Exploratory Units

Surface use in an oil or gas field could be affected by unitization of the leaseholds. In areas of federal and mixed mineral ownership, an exploratory unit can be formed before a wildcat exploratory well is drilled. The boundary of the unit is based on geologic data and attempts to consolidate the interests in an entire structure or geologic play. The developers of the unit enter into an agreement to develop and operate as a single entity,

BLM_0017809

regardless of separate lease ownerships. Costs and benefits are allocated according to agreed-upon terms. Development in a unitized field can proceed more efficiently than in a field composed of individual leases because competition between lease operators and drainage considerations is not a primary concern. Unitization also can reduce surface use requirements because all wells are operated as though under a single lease, and operations can be planned for more efficiency. Duplication of field processing facilities is eliminated, and consolidation of facilities into more efficient systems is probable. Unitization can also involve wider spacing than usual, or spacing based on reservoir factor rather than a set rule, which could result in fewer wells and higher recovery efficiency. Through planning, access roads are usually shorter and better organized, facilities are usually consolidated, and well efficiency is maximized to a degree not seen in individual lease operations.

### P.5.5   Field Development

New field development is analyzed in an environmental assessment (EA) or environmental impact statement (EIS) after the sufficient confirmation wells are drilled. The operator generally can estimate the extent of drilling and disturbance required to extract and produce the oil and gas at that time. Many fields go through several development stages. A field can be considered fully developed, and can produce for many years when it is determined that a well can be drilled to a deeper pay zone, or a new interval is discovered to be economically attractive. In this case, there is typically less new disturbance because the old well bores or the old well pads are used for the new completions. A new stage of field development, such as infill drilling, can lead to increases in roads and facilities. All new construction, reconstruction, or alterations of existing facilities, including roads, flow lines, pipelines, tank batteries, or other production facilities must be approved by BLM and could require a new environmental document. Throughout field development, partial restoration and rehabilitation is required to reduce the surface impacts to the minimum required to produce the resource.

The most important factor in further development of an oil or gas field is the economics of production. When an oil or gas discovery is made, a well spacing pattern can be established before development drilling begins. This pattern is dependent on the current statewide or areawide spacing. Well spacing is regulated by COGCC, and factors considered in the establishment of a spacing pattern include data from the discovery well that translate into recovery efficiency. These data include porosity, permeability, pressure, composition of reservoir and fluids, depth of formations, well production rates, and the economic effect of the proposed spacing on recovery. These data are relatively sparse in the initial phase of development, and extended production permits refinement of these values. Because these data are so tentative, COGCC tends to define large spacing until the data are more conclusive. Spacing for oil wells usually varies from 40 to 320 acres per well but can be as small as 2.5 acres. Spacing for gas wells is generally from 160 to 640 acres per well, but can be as small as 10 acres if reservoir recovery efficiency dictates that spacing. Spacing requirements can pose problems in selecting an environmentally sound location or in the cumulative impacts. Reservoir characteristics determine the most efficient spacing to achieve maximum recovery. If an operator determines that a different spacing is necessary to achieve maximum recovery, the State (with input from BLM) may grant exceptions to the spacing requirements.

### P.5.6   Production

Gas, oil, and water are being produced in the RMPPA by means of natural flow and artificial lift (plunger lift or poor boy gas lift).

### P.5.7   Gas Production

A typical gas well facility may consists of methanol injection equipment (to keep production and surface lines from freezing), separator (which separates gas, oil, and water), dehydrator (uses glycol or calcium chloride to extract entrained water in the gas), and an orifice meter. An intermitter is sometimes used to either shut-in the

BLM_0017810

well to build up pressure, or to aid conveying liquids to surface if the well bore is accumulating excessive quantities of liquids. If the gas is producing some oil or condensate, oil tanks are used to store the oil or condensate until it is sold by truck or pipeline. Pipeline quality gas at the wellhead requires a minimum of processing equipment. As the quality of gas decreases with the increased presence of water, solids, or liquid hydrocarbons, the amount of processing equipment increases. Water or liquid hydrocarbons in the gas are removed before the gas is sold, usually in the separation equipment near the wellhead. If liquid hydrocarbons are present, storage facilities (tank batteries) are required to store the liquids until they accumulate in sufficient quantities to be hauled out by large trucks. Gas dehydration equipment might also be onsite to remove water entrained in the gas to a water content defined by pipeline specifications. Gas production data can be found in the RFD scenario for oil and gas that was developed for the revised RMP.

Lighter ends of NGLs ($C_{6+}$) tend to go into a gaseous state when naturally heated in a stock tank and vent to atm once enough pressure builds in the tank (typically 0.2 psi) , or it may  be collected into feeder lines leading to a flare stack where it is thermally destroyed.

## P.5.8   NGLs

In the RMPPA, condensate is associated with natural gas production. The production equipment, such as separator, tank battery, and holding facility for production water, are either placed on a portion of the location (on cut rather than fill) and located a safe distance from the wellhead, or placed offsite as a centralized facility. Tanks are surrounded by earthen dikes or lined corrugated barriers to contain accidental spills. Production facility colors are required to be from the standard color chart and are specified in the APD COAs.

Each well on location produces a mix of fluids, which is separated at the separators. A single separator is designated for each well and is always location on the same pad as the well. Two types of separators are utilized in the field office area: three phase separators and two phase separators. Three phase separators separate the condensate, water, and gas into three different lines. Two phase separators separate the natural gas and combined liquid into two different lines. Gas is measured immediately after separation and the condensate and water is stored in stock tanks either on the pad or at a different location, where the condensate is sold and the produced water is hauled to a treatment facility. The produced water is typically treated with bleach and aerated to kill bacteria, evaporated to some extent, used for frac operations, or injected into permitted disposal wells.

## P.5.9   CBNG Production

Very little CBNG production is produced in the field office area even though around 60 exist in Garfield County. There is a potential for producing natural gas directly out of coals seams, but with the current cost of water disposal for the area and depressed natural gas prices, CBNG production is cost prohibitive. CBNG production combines high water production rates of some oil fields with low-pressure operations of some gas fields. Because of the reservoir characteristics of coal, high water production rates are initially required to dewater the reservoir and allow gas to be liberated from cleat surfaces (i.e., the vertical cleavage in coal seams) within the coal. In a coal reservoir, gas is primarily trapped on the face of the coal within the cleat system by molecular attraction. Pressure must be reduced to liberate the gas molecules from the coal face. The production history shows that water production rates begin high, with little or no gas. The water rate then drops at a constant rate, with increasing gas rates until a maximum gas rate is achieved relative to the original gas saturation and reservoir pressures. The gas rate then declines to the economic limit. The reservoir depths of CBNG production are within the same formation (Mesaverde) as the majority of gas production in the RMPPA. A CBNG operation usually consists of a high-capacity submersible or progressive cavity pump, with water produced out of the tubing, and low-pressure gas produced out of the casing. Centralized facilities

BLM_0017811

collect the gas for compression to pipeline pressures and the water for disposal. Electric power is usually used to power the well pumps and is connected to the well by a subsurface cable laid with the water and gas lines.

## P.5.10 Water Production

Associated water produced with the natural gas is disposed of by trucking the water to an authorized disposal pit, placing the water into lined  pits, where the water is treated with biocides, aerated, condensate skimmed, and utilized in frac operations or disposed of in an authorized disposal well.. The COGCC has been granted primacy over class II injection wells by the Environmental Protection Agency; therefore, they control all aspects of disposal wells. The BLM authorizes produced water, from federal wells, to be disposed of in an authorized disposal facility.

## P.5.11 Production Problems

Weather extremes pose problems for producers by causing roads to become impassable, equipment to malfunction, and flow lines, separators, and tanks to freeze up. Others include high water production, low concentrations of H2S in a few wells, and corrosion.

## P.5.12 Gas Storage

Pipeline-quality gas can be stored in good quality reservoirs with sufficient sealing parameters. This gas is pumped into the reservoir during nonpeak, usually lower priced time periods, and then pumped out into the transmission lines at times of peak demand and good prices. The differential in price pays the governmental storage fees for the use of the reservoir and the injection/compression costs required to store and retrieve the gas. Gas storage also serves as a buffer for cold periods when demand is high and levels out the summer slack period of production. There is one active gas storage reservoir within the RMPPA.

## P.5.13 Plugging and Abandonment of Wells

The purpose of plugging and abandoning a well is to prevent fluid migration between zones, to protect minerals from damage, and to restore the surface area. Each well must be handled individually because of a combination of factors, including geology, subsurface well design, and specific rehabilitation concerns; therefore, only minimum requirements can be established, and these must be modified for individual wells.

The first step in the plugging process is the filing of the Notice of Intent to Abandon. This notice is reviewed by both the SMA and RMPPA petroleum engineer and geologist. The notice must be filed and approved before plugging a previously producing well. Verbal plugging instructions can be given for plugging current drilling operations, but a notice must be filed after the work is completed. If usable fresh water was encountered while the well was being drilled, the SMA may be allowed, if interested, to assume future responsibility for the well, and the operator will be reimbursed for the attendant costs. This assumption of responsibility becomes effective after the deeper zones are plugged back to the usable water zone. Usually the operator is more than satisfied to remove the surface reclamation liability and will not charge for the remaining well equipment.

The operator's plan for securing the hole is reviewed. The minimum requirements, as stated in Onshore Order No. 2, are as follows: In open hole situations, cement plugs must extend at least 50 feet above and below zones that have fluid with the potential to migrate, zones of lost circulation (this type of zone could require an alternate method to isolate it), and zones of potentially valuable minerals. Thick zones may be isolated using cement plugs across the top and bottom of the zone. In the absence of productive zones and minerals, long sections of open hole may be plugged with cement plugs placed every 3,000 feet. In cased holes, cement plugs must be placed opposite perforations and extending 50 feet above and below, except

BLM_0017812

where limited by plug back depth. The length of the plug is 100 feet plus 10 percent per 1,000 feet (i.e., at 10,000 feet). The plug will be 200 feet long.

Cement plugs could be replaced with a cement retainer, if the retainer is set 50 feet above the open perforations and the perforations are squeezed with cement. A bridge plug could also be used to isolate a producing zone and must be capped, if placed through tubing, with a minimum of 50 feet of cement. If the cap is placed using a dump bailer, a minimum of 35 feet of cement is required. A dump bailer is an apparatus run on wire line to convey the cement to the bottom of the hole. In the event that the casing has been cut and recovered, a plug is placed 50 feet within the casing stub, and the 100 feet plus 10 percent per 1,000 feet rule is used for the space above the cutoff point. In all cases, a plug is set at the bottom of the surface casing that has a volume of cement using the 100 feet plus 10 percent per 1,000 feet rule. This could require perforating the casing and circulating or squeezing cement behind the production casing if that casing is not removed. Annular space at the surface will be plugged with 50 feet of cement using small-diameter tubing or by perforating and circulating cement.

If the integrity of a plug is questionable, or the position is extremely vital, it can be tested with pressure or by tagging the plug with the tubing or drill string. Tagging the plug involves running a pipe into the hole until the plug is encountered, and placing a specified amount of weight on the plug to verify its placement and competency. The surface plug within the casing must be a minimum of 50 feet. The interval between plugs must be filled with mud that will balance the subsurface pressures, and if this balance point is unknown, a minimum of 9 pounds per gallon is specified. After the casing has been cut off below the ground level, any void at the top of the casing must be filled with cement. A metal marker plate is welded over the top of the casing, 3' below surface.. A permanent abandonment marker is required on all wells.

The SMA is responsible for establishing and approving methods for surface rehabilitation, and determining when this rehabilitation has been satisfactorily accomplished. With satisfactorily rehabilitation, a Subsequent Report of Abandonment is approved, and the well bond released.

BLM_0017813

*This page intentionally left blank.*

BLM_0017814

**APPENDIX Q**
**UPPER COLORADO RIVER WILD AND SCENIC**
**STAKEHOLDER GROUP MANAGEMENT PLAN**

BLM_0017815

BLM_0017816

# Upper Colorado River
# Wild and Scenic Stakeholder Group
# Management Plan

Prepared on behalf of:

American Whitewater
Aurora Water
Blue Valley Ranch
Colorado River Outfitters Association
Colorado River Water Conservation District
Colorado Springs Utilities
Denver Water
Eagle County
Eagle Park Reservoir Company
Eagle River Water and Sanitation District
Grand County
Middle Park Water Conservancy District
Municipal Subdistrict, Northern Colorado Water Conservancy District
Northern Colorado Water Conservancy District
Northwest Colorado Council of Governments
Summit County
The Wilderness Society
Trout Unlimited
Upper Eagle Regional Water Authority
Vail Associates, Inc.

In consultation with:

Colorado Water Conservation Board
Colorado Division of Wildlife
U.S. Bureau of Reclamation

For submittal to:

U.S. Bureau of Land Management
U.S. Forest Service

# February 2011

BLM_0017817



Page 2 of 70

BLM_0017818

# EXECUTIVE SUMMARY

The Upper Colorado River Wild and Scenic Stakeholder Group (Stakeholder Group or SG) represents a diverse range of interests who have worked together since 2008 to develop an Upper Colorado River Wild and Scenic Stakeholder Group Management Plan (SG Plan or Plan) to protect the outstandingly remarkable values (ORVs) identified in the U.S. Bureau of Land Management (BLM) and U.S. Forest Service (USFS) Eligibility Reports for Segments 4 through 7 of the Upper Colorado River. The SG Plan is being proposed to BLM and the USFS as a potential Wild and Scenic Rivers management alternative for the resource management plan revision process. The Stakeholder Group's intention for this collaborative Plan is to balance permanent protection of the ORVs, certainty for the stakeholders, water project yield, and flexibility for water users.  A significant benefit of the SG Plan is that through the cooperative and voluntary efforts of interested water users, local governments, and other entities, the ORVs can be protected (and perhaps enhanced) in ways that coordinate with federal agency management.

The SG Plan will use identified Long-Term Protection Measures and voluntary Cooperative Measures of the Stakeholder Group to protect the ORVs.  Examples of the protective measures include the appropriation of a Colorado Water Conservation Board (CWCB) Instream Flow (ISF) water right, delivery of water to senior water demands downstream of Segments 4 through 7, and water deliveries to the 15-Mile Reach in the Grand Valley pursuant to the Upper Colorado River Endangered Fish Recovery Program.

The SG Plan aims to protect all ORVs while focusing on recreational fishing (in Segments 4 through 6) and recreational floatboating (in Segments 4 through 7).  The SG Plan uses two distinct tools – "ORV Indicators" (characterizing the range and quality of the ORVs) which will be used to gage whether the ORVs are being protected; and "Resource Guides" (reflecting ranges for factors such as flow, temperature and water quality) that will be used as a source of information among others to inform SG discussions under the Plan.  Resource Guides are not intended to be used as a test for Plan success nor for use by permitting agencies or entities as the criterion for evaluating a project's effects on the ORVs.  However, nothing in the Plan shall preclude or limit the use of any data regardless of whether such data has been used in the negotiation of the Resource Guides.  The Resource Guides will not create binding requirements that water providers satisfy specific flow levels. The SG Plan's implementation procedures will provide a feedback loop to periodically confirm that the management measures under the SG Plan, in coordination with BLM's and USFS's other land management actions, are protective of all ORVs.  The SG Plan contains mechanisms to address concerns related to impairment of or a significant risk of impairment to the ORVs.

BLM_0017819

The effective date of the SG Plan will commence upon issuance of records of decision by BLM and the USFS approving the Plan without material change as the Wild and Scenic Rivers management alternative for Segments 4 through 7 of the Upper Colorado River.  A formal endorsement of the Plan by the Stakeholder Group shall be provided no later than April 30, 2011.[1]  Prior to the effective date of the Plan, the stakeholders will carry out the tasks described in Attachment B.

For the first 3-to-5 years of implementation of the SG Plan, provisional ORV Indicators and Resource Guides will be used.  During this period (provisional period), the Stakeholder Group will work to gather additional data, learn and refine what is needed for the protection of the ORVs, and develop final ORV Indicators and Resource Guides. The SG Plan includes a Monitoring Plan as well as requirements for periodic reporting to BLM and the USFS.  The SG Plan also includes provisions addressing governance, representation, decision-making, funding, and agency coordination.  It is anticipated that BLM and the USFS will be non-voting members of the Stakeholder Group.  The Plan is contingent upon the agencies deferring but not precluding a suitability determination, and on resolution of the issues under Section III.C.2.c. of this Plan (Poison Pill).

Proponents of new projects that seek federal authorization, funding or assistance could choose to participate in the SG Plan.  In such event, a new project proponent would: inform the SG of the proposed project in a timely manner to facilitate SG consideration and comment on the project; formally endorse the Plan and commit to participate in the Cooperative Measures procedures and funding provisions of the Plan; and demonstrate to the appropriate permitting/authorizing agency(ies) that project operations will not unreasonably diminish the ORVs or that operations will be subject to mitigation to avoid unreasonably diminishing the ORVs.  The SG intends that permitting or authorizing agency(ies) will conduct their own independent assessment of a project's impacts to the ORVs, if any.  Membership as a stakeholder is not intended to serve as project mitigation nor as a means to demonstrate that a project does not unreasonably diminish the ORVs (except as may be agreed between the project proponent and the SG).

---

[1]   Aurora Water will initiate the endorsement process by April 30, 2011 but due to Aurora's procedural rules will not be able to obtain formal endorsement until June 2011.

BLM_0017820

**TABLE OF CONTENTS**

EXECUTIVE SUMMARY.................................................................................................. 3

DEFINITIONS ............................................................................................................... 6

II.     DESCRIPTION OF ORVs..................................................................................... 10

III.    ORV INDICATORS AND RESOURCE GUIDES .................................................. 13

IV.    MEASURES TO ENSURE PROTECTION OF ORVs........................................... 25

V.     MONITORING PLAN ........................................................................................... 31

VI.    GOVERNANCE.................................................................................................... 32

VII.   NEW PROJECTS.................................................................................................. 42

VIII.  FUNDING ............................................................................................................. 44

IX.    AGENCY COORDINATION ................................................................................. 49

LIST OF ATTACHMENTS............................................................................................. 51

        Attachment A: Milestones and Mechanisms........................................................ 52
        Attachment B: Timeline and Task List ................................................................ 56
        Attachment C: Existing Flow Conditions............................................................. 61
        Attachment D: Provisional Period Monitoring Plan ............................................ 64

BLM_0017821

# DEFINITIONS

A.       "Effective date" of the Plan will commence upon issuance of records of decision by BLM and the USFS approving this Plan without material change as the management alternative for Segments 4 through 7 of the Upper Colorado River.  A formal endorsement of the Plan by the Stakeholder Group shall be provided no later than April 30, 2011.  Prior to the effective date of the Plan, the stakeholders will carry out the tasks described in Attachment B.

B.       "Stakeholder" refers to an individual person or entity having membership status under the Plan pursuant to section VIII.B., whether or not such person or entity is a member of the Governance Committee.

C.       "Stakeholder Group" is comprised of all stakeholders.  The Stakeholder Group conducts its business and makes decisions through the SG Governance Committee.  The terms "Stakeholder Group", "SG", "Governance Committee", and "GC" are used interchangeably throughout this document.

D.       "Streamflow-influenced ORVs" refer to Outstandingly Remarkable Values which are influenced by streamflow and water quality, as defined in Part II of the Plan.

E.       "ORV Indicators" mean the conditions that characterize the primary streamflow-influenced ORVs as they exist today.  Provisional ORV Indicators are to be used by the Plan until such time as the final ORV Indicators are developed and approved pursuant to the criteria in the Plan.

F.       "Resource Guides" are flow, temperature and water quality ranges specified in Part III of this Plan to inform SG discussions under the Plan.  "Provisional Resource Guides" are identified in Part III of this Plan, subject to the identified qualifications on their use and the procedures for their finalization described in the Plan.

G.       "Cooperative Measures" are voluntary actions that will be explored and may be implemented to assist in protection of the ORVs pursuant to the process described in Section IV.B. of the Plan.

H.       "Long-Term Protection Measures" refer to specific measures described in Part IV.A. of the Plan that are expected to result in ongoing protection of the ORVs, absent a Material Change in Circumstances.  These are supported by the SG and will be pursued pursuant to the Milestones in Attachment A.

I.       "Milestones" contain the requirements for implementation of the Long-Term Measures for protection of the ORVs.  These are described in Part I of Attachment A to this Plan.

BLM_0017822

J.      "Material Change in Circumstance" means a change in circumstance that undermines the value of one of the Long-Term Protection Measures under Section IV.A. of the SG Plan, including but not limited to the examples described in Part II of Attachment A.

K.      "Significant risk of impairment to" an ORV is a determination made by affirmative vote of at least five Interest Groups that one or more of the ORVs is faced with an imminent risk of material diminishment due to circumstances under the control of the Plan.  This may be cause for invoking the dispute resolution and potential Plan termination procedures in Section VI.J.4.

L.      "Provisional period" refers to the first 3-to-5 years of Plan implementation commencing upon the effective date of the Plan.  During this period, the SG will utilize provisional ORV Indicators and provisional Resource Guides, while working cooperatively to implement defined data collection and monitoring efforts and perform additional technical review.  Final ORV Indicators and Resource Guides will be adopted prior to conclusion of the provisional period.

M.      "Consensus", "agreement", "unanimous vote", and "unanimous consent" of the SG or GC all refer to and require the affirmative vote of all Interest Groups. These terms are used interchangeably throughout this document.

N.      "Poison Pill" means the potential withdrawal of the SG Plan under the conditions set forth in Section III.C.2.c. of the Plan.

O.      A "water right" is a right to utilize a certain quantity of water based on the priority of a party's appropriation of water for beneficial use.  An "absolute water right" is a water right that has been put to actual use.  A "conditional water right" is a right to perfect a water right with a certain priority upon the completion with reasonable diligence of the appropriation upon which such water right is based.

BLM_0017823

# I.   INTRODUCTION

This SG Plan has been developed to monitor and protect the ORVs identified in the BLM and USFS Eligibility Reports for Segments 4 through 7 of the Upper Colorado River.[2]  It is intended to serve as a Wild and Scenic Rivers management alternative for the resource management plan revision process.   A significant benefit of the SG Plan is that through the cooperative and voluntary efforts of interested water users, local governments, and other entities, the ORVs can be protected (and perhaps enhanced) in ways that coordinate with federal agency management.

Stakeholders have participated in the development of the SG Plan based on the premise that Cooperative Measures under the Plan are voluntary and cooperative. This SG Plan will be implemented in accordance with the following Guiding Principles:

**Purpose of the Plan**:  The Stakeholder Group's intention for this collaborative Plan is to balance permanent protection of the ORVs, certainty for the stakeholders, water project yield, and flexibility for water users.

**Cooperative Measures**:  The SG acknowledges that under the SG Plan, cooperative actions that would impair water providers' ability to meet their water supply commitments will not be undertaken.

**Provisional Resource Guides**:  During the provisional period, the SG will work cooperatively to gather additional data, learn and refine what is needed for the protection of the ORVs, and develop a long-term Monitoring Plan to guide the protection of the ORVs.  During the provisional period, the Resource Guides will be used as a source of information among others to inform SG discussions under the Plan.  The Resource Guides are not intended to be used as a test for Plan success nor for use by permitting agencies or entities as the criterion for evaluating a project's effects on the ORVs.  However, nothing in the Plan shall preclude or limit the use of any data regardless of whether such data has been used in the negotiation of the Resource Guides.  The Resource Guides do not create any binding requirements that water providers satisfy specific flow levels. The SG will use the data and knowledge gained during the provisional period to develop final ORV Indicators, and Resource Guides that recognize long-term hydrologic variability, which may or may not resemble the provisional Resource Guides.

---

[2] The USFS is involved with BLM in the assessment of Wild and Scenic management along the Colorado River, and is the federal managing agency with respect to USFS Segments 1 and 2 (within BLM Segment 7) covering portions of the Upper Colorado River through Glenwood Canyon.

BLM_0017824

**Resource Priorities:**  Under both the provisional period and subsequent to adoption of final Resource Guides and ORV Indicators, the SG acknowledges that the Cooperative Measures can have a limited ability to significantly influence the higher flow levels contemplated by the Resource Guides, particularly during low-flow periods.  The SG is committed to work together to prioritize the use of Cooperative Measures among the various ORVs in a manner consistent with the intent of the SG Plan.

**Project Permits**:  The SG acknowledges that the Municipal Subdistrict, Northern Colorado Water Conservancy District (Municipal Subdistrict) and Denver Water's continued participation in the SG Plan is contingent upon completion of all NEPA and related environmental permitting for the Municipal Subdistrict's Windy Gap Firming Project and Denver Water's Moffat Collection System Project (Projects), and upon Denver Water and the Subdistrict's election to proceed with the permitted Projects.  The SG also acknowledges that the SG Plan is contingent upon the non-exercise of Paragraph III.C.2.c. of the SG Plan (Poison Pill).  Prior to expiration of the period for exercise of the Poison Pill, members of the SG would continue to contribute annual funding to the SG Plan, but shall not be required to contribute endowment funding as anticipated pursuant to Section VIII.A. of the Plan.

**Suitability Determination and Agency Coordination**:  The SG Plan is contingent upon the neutral deferral of a suitability determination under the Wild and Scenic Rivers Act by BLM/USFS. The SG Plan will not become effective or will terminate if either agency enters formal findings that Segments 4, 5, 6 or 7 of the Upper Colorado River are suitable or not suitable.  The SG supports the position that BLM/USFS defer a determination of suitability until and unless there is a determination by the SG that the Plan should be terminated by BLM/USFS, and/or that it should no longer be used as a Wild and Scenic Rivers management alternative.  The SG agrees to revisit this position on deferral at the end of the provisional period.  If the Plan is determined to have failed, the BLM/USFS will be charged with considering a suitability determination.  The SG encourages adoption by the BLM/USFS of a streamlined NEPA process that would, under such circumstances, allow the opportunity to provide comment and feedback to the agencies on the merits of suitability including comments expressing opposition to or support of a finding of suitability. The SG believes that interagency agreements/MOUs are important to the success of the Plan if suitability is deferred.  The SG will work with BLM, USFS, and other federal agencies to encourage the adoption of appropriate MOUs that describe how the federal agencies' actions will relate to the SG Plan.

**Elevation/Referral Process:**  The SG recommends including the BLM and USFS as non-voting members of the SG.  As property managers, BLM and USFS are actually stakeholders in resource management issues and should be included when the elevation process triggers discussion among the SG (see Tier 3 process, Paragraph IV.C. of the Plan).  Tier 3 includes the assessment of data

BLM_0017825

gathered, evaluation of the status of the resources, and exploration of voluntary cooperative efforts as described in the SG Plan; the BLM and USFS would participate in the SG discussions to provide resources and potential guidance on the issues and the data.  As recognized in these Principles, the Plan will be successful as long as the SG is working together to protect the ORVs.  After attempts at resolution have been explored by the SG, the SG will consider mediation or referral to a policy-level group within the SG in efforts to address unresolved material concerns.  If, after all cooperative efforts have been explored and concerns remain that the ORVs are being impaired, the SG may by a 5/6 vote of the SG Interest Groups determine that the local process is no longer working and that the SG Plan should be terminated.

## II.  DESCRIPTION OF ORVs

A.  <u>Identification of ORVs</u>.

The BLM and USFS Eligibility Reports identify the following ORVs that are the subject of this Plan:

| Segment | Reach | ORVs | Preliminary Classification |
|---|---|---|---|
| Segment 4 | Colorado River from top of Gore Canyon to the Pumphouse recreational site (5.36 miles) | Scenic (canyon, cliffs)<br><br>Recreational (fishing - DOW Wild Trout waters; floatboating - Class V whitewater boating; scenic driving)<br><br>Geological<br><br>Wildlife (bald eagle nesting and winter habitat; river otter habitat)<br><br>Historic (Moffat Rd.; early hydroelectric projects; WWII German POW camp) | Recreational |

BLM_0017826

| | | | |
|---|---|---|---|
| Segment 5 | Colorado River from the Pumphouse Recreational Site down to State Bridge (15.26 miles) | Scenic (Little Gore Canyon & Red Gorge)<br><br>Recreational (fishing - same as Segment 4; floatboating - Class II/III run; scenic driving)<br><br>Geological<br><br>Wildlife (same as above)<br><br>Historic (early hydroelectric projects; early copper mining; Brass Balls Mine/Cable Rapids Cabin; State Bridge; historic Moffat Road)<br><br>Paleontological (fossils). | Recreational |
| Segment 6 | Colorado River from State Bridge to Dotsero (18.02 miles) | Scenic<br><br>Recreational (fishing; floatboating; scenic driving)<br><br>Wildlife (river otter habitat)<br><br>Botanical (riparian plant communities) | Recreational |
| Segment 7 | Colorado River from Dotsero to ½ mile east of No Name Creek/ Glenwood Canyon (15.78 miles) | Scenic<br><br>Recreational (floatboating)<br><br>Geological | Recreational |
| USFS Segment 1 | Colorado River from National Forest boundary on the east end of Glenwood Canyon to the upstream end of the Shoshone Dam (4 miles) | (same as Segment 7 above) | Recreational |
| USFS Segment 2 | Colorado River from the Shoshone power plant to the National Forest boundary on the west end of Glenwood Canyon (5 miles) | (same as Segment 7 above) | Recreational |

B.    Nature of and Factors Influencing ORVs.

This Plan aims to monitor and protect all ORVs while focusing on the primary streamflow-influenced ORVs identified in subsection (1) below. The SG Plan's implementation procedures provide a feedback loop to periodically assess and confirm that the management measures under the

BLM_0017827

Plan, in coordination with the BLM and USFS other land management actions, are protective of all ORVs.

1.  The primary streamflow-influenced ORVs are:
    - Recreational Fishing
    - Recreational Floatboating
2.  Other streamflow-influenced ORVs are:
    - Wildlife
    - Botanical
    - Scenic
3.  Additional ORVs are:
    - Geological
    - Historical
    - Paleontological

C.  <u>Context of ORVs - Existing Conditions</u>.

1.  Existing Flow Conditions

    Figure 1 (see Attachment C) shows the range of historical streamflows at the Colorado River near Kremmling stream gage (USGS #9058000) for the period 1983 – 2006.  This period of record generally represents the level of flows in existence at the time that BLM and USFS identified the ORVs.  The streamflows shown in Figure 1 will be used to inform discussions of the SG under Sections III and IV.

    Figure 2 (see Attachment C) shows the range of historical streamflows at the Colorado River near Dotsero stream gage (USGS #9070500) for the period 1983 – 2006.  This period of record generally represents the level of flows in existence at the time that BLM and USFS identified the ORVs.  The streamflows shown in Figure 2 will be used to inform discussions of the SG under Sections III and IV.

    Figure 3 (see Attachment C) compares the median annual flow at Kremmling for the periods 1904 – 1918 (pre-Moffat and C-BT systems) and 1962 – 1984 (pre-1984 Operating Rules for Green Mountain Reservoir and pre-Windy Gap) and 1985 – 2006 (post-Windy Gap).

BLM_0017828

2.      Existing Temperature Conditions

At the 2010 Rulemaking on 5 CCR 1002-93, the State of Colorado determined that existing conditions for stream temperature in the reach of the Colorado River that comprises Segments 4 through 7 meet current Daily Maximum (DM) and Maximum Weekly Average Temperature (MWAT) stream temperature standards.  See Provisional Period Monitoring Plan Exhibit 1 (Attachment D).

3.      Existing Water Quality Conditions

In 2008, the State of Colorado determined that existing water quality conditions for the reach of the Colorado River that comprises Segments 4 through 7 meet current water quality standards for the protection of recreation and aquatic life.  See Provisional Period Monitoring Plan Exhibit 1 (Attachment D).

## III.    ORV INDICATORS AND RESOURCE GUIDES

A.      <u>Definition and Use of ORV Indicators and Resource Guides</u>.

This Plan aims at monitoring and protecting the ORVs using two distinct tools – "ORV Indicators" and "Resource Guides" – as follows:

1.      ORV Indicators

In the first 3-to-5 years of implementation of this Plan, the Stakeholder Group will gather necessary data and develop specific indicators which will be used to gage whether the ORVs are being protected.  These indicators are referred to in the Plan as "ORV Indicators."  Failure to meet the criteria related to the provisional or final ORV Indicators would be cause for elevation and potential termination of this Plan pursuant to Section IV.C.-D. and VI.J.

2.      Resource Guides

Streamflow-influenced ORVs may be affected by factors such as flows, temperature and water quality.  This Plan establishes ranges for these factors, referred to as "Resource Guides," which are described in Part III of the Plan.  Not all stakeholders endorse these Resource Guides or believe that the ranges they represent are necessary to support the ORVs.  Nevertheless, the SG has negotiated the provisional Resource Guides as one source of information among others for informing SG discussions under the

BLM_0017829

Plan.  The Resource Guides are not intended to be used as a test for Plan success, nor for use by permitting agencies or entities as the criterion for evaluating a project's effects on the ORVs.  However, nothing in the Plan shall preclude or limit the use of any data regardless of whether such data has been used in the negotiation of the Resource Guides.[3]

B.      Establishment of Provisional ORV Indicators.

Until such time as final ORV Indicators are developed, the Plan will use the following provisional ORV Indicators:

1.      *RECREATIONAL FISHING* (Segments 4 through 6):

Recreational Fishing ORV Indicators for the Upper Colorado River from Gore Canyon to Red Dirt Creek.[4]

| Type | Name | Current level (if available) |
|---|---|---|
| Fishery[5] | Quality Trout | 24 fish over 14" per acre |
| Fishery[3] | Biomass | 90 pounds/acre |
| Fishery[3] | Species Diversity (SD) | 14 species of fish |
| Recreational Fishing[6] | Total Fishing Effort (TFE) | TBD |
| Recreational Fishing4 | Catch/Unit Effort (CPUE) | TBD |

The Stakeholder Group currently has insufficient information to describe the range and variability of the provisional recreational fishing ORV Indicators over time.  The SG will monitor available information during the provisional period to evaluate, and revise if necessary, the provisional ORV

---

[3]  For further information regarding Resource Guides and their use, see Section VII.B.3. of this Plan.

[4]  Existing Colorado Division of Wildlife (CDOW) fishery data suggests that the quality of the recreational coldwater fishery in the reach of the Colorado River downstream of its confluence with Red Dirt Creek may not be as high as in the reach above.  The provisional ORV Indicators will apply to that portion of Segment 6 upstream of the Colorado River's confluence with Red Dirt Creek.  During the provisional period, the SG will gather data, as appropriate, and evaluate whether there is a need to develop specific ORV Indicators for the lower portion of Segment 6.

[5]  Note:  These Provisional ORV Indicators were developed using levels of Quality Trout, Biomass, and SD collected by Colorado Division of Wildlife (CDOW) personnel in 2008.  Data collected by DCOW personnel in 2010 yielded 46 trout per acre 14" or larger, with a total biomass of 121 pounds per acre.  The CDOW plans to collect additional fishery data within BLM Segment 5 every other year.

[6]  Note:  A creel census will be required to quantify TFE and CPUE.   The current estimated annual cost of the creel census will be approximately $25,000.  CDOW has no current plans to conduct a creel census within BLM Segments 4, 5, or 6 of the Colorado River; therefore, this cost, and supervision of the creel census, will likely be the responsibility of the Stakeholder Group.

BLM_0017830

Indicators above as described in the Monitoring Plan, Part V. During the provisional period, the SG will evaluate any instance where the individual ORV Indicator values for recreational fishing shown in Table III.B.1 are not met in a given year. In the event that subsequent data for such instances does not exhibit an improving trend toward meeting the provisional Indicator values in each subsequent year, the SG may invoke the SG elevation procedures in Section VI.J.4 of the Plan. It is recognized that the ORV Indicators for total fishing effort and catch/unit effort are not yet determined and that this is needed for a better understanding of the status of the recreational fishing ORV.

2.    *RECREATIONAL FLOATBOATING* (Segments 4 through 7):

Narrative standard: Protect the existing range and quality of the outstanding floatboating opportunities.[7] This narrative standard does not imply mirroring any specific hydrology.

C.    Establishment of Provisional Resource Guides.

Factors which may influence or affect the condition of the primary streamflow-influenced ORVs include flow levels, temperature, and water quality. Provisional Resource Guides[8] are established for each of these factors as part of this Plan. These guides are subject to the qualifications on their use described in Section III.A.2. and Section VII.B.3. of this Plan.

---

[7] The intent of the SG is to develop and incorporate objective criteria into the final recreational floatboating ORV Indicator.

[8] These provisional Resource Guides have been negotiated and are the result of compromise among the SG participants to inform SG discussions during the first 3-to-5 years of Plan implementation and may be replaced by final Guides that will be developed as a result of monitoring and data collection under the Plan.

BLM_0017831

1.    *RECREATIONAL FISHING* (Segments 4 through 6):

a.    Seasonal flows:

| Season | Number of Days in Season | Month | Seasonal Fish Flow Range and Midpoint (cfs) |
|--------|--------------------------|-------|---------------------------------------------|
| 1 | 91 | April | 800-1000 900 midpoint |
| | | May | |
| | | June | |
| 2 | 92 | July | 600-1000 800 midpoint |
| | | August | |
| | | September | |
| 3 | 61 | October | 400-800 600 midpoint |
| | | November | |
| 4 | 122 | December | 400-600 500 midpoint |
| | | January | |
| | | February | |
| | | March | |

The provisional Resource Guides contained in the Table above represent the seasonal ranges of flow for the recreational fishing ORV.  The SG will use the mid-point value as a reference flow and compare it to the 5-year rolling average under each season for purposes of discussion under the Plan.[9]  Analysis of both historical and modeled future flow data shows that flow conditions in Segments 4, 5, and 6 can be expected to continue to be highly variable and that flow levels will sometimes lie above or below the ranges of the seasonal flow guides.  While this could be addressed through the use of criteria addressing a specified frequency of meeting these guides, such implementation criteria has not been established for purposes of the Plan.  The SG may develop such criteria in the future, but the Plan is designed to operate in the absence of such criteria.

b.    Flushing flows:  The SG has not achieved consensus on a definition or amount of a flushing flow in Segments 4, 5 and 6 but will continue to work toward consensus during the provisional period.  For purposes of the provisional period,

---

[9]    For the provisional period, the 5-year rolling average will include the data from the previous 4 years.

BLM_0017832

the SG has negotiated the following provisional Resource Guide for a periodic high flow[10]:

> A daily average flow of at least 2,000 cfs maintained for three consecutive days with a frequency of occurrence of once in two years on average.

During the provisional period, the SG will monitor substrate, stream flows and other conditions in Segments 4, 5 and 6 to evaluate the adequacy of this provisional Resource Guide. The SG acknowledges there are achievability issues regarding the frequency of occurrence of periodic high flows during the historical period and under modeled future stream flow conditions.  Under these circumstances the SG will explore voluntary cooperative efforts to protect the fishing ORV.

c.     Channel maintenance flows:  During the provisional period, the SG agrees to study the extent to which channel maintenance flow guides will be incorporated in the Plan. Discussions during the provisional period may result in the decision that no channel maintenance flow guides will be included in the Plan.

2.     *RECREATIONAL FLOATBOATING:*

The Stakeholder Group will develop final flow guides protective of the recreational floatboating ORV as soon as possible but in no event later than 3 years after approval of this Plan by BLM and USFS, absent extension of such time period by action of the Stakeholder Group.  In the interim, this Plan adopts the following numeric and narrative criteria as provisional recreational floatboating flow guides.  The numeric criteria describe the number of boatable days ("Usable Days") within the recreational floatboating season of April 1 to September 30, expressed as a range from minimum to median and maximum under each floatboating experience category and year type.

a.     Segments 4 through 6

For purposes of this provisional flow guide for Segments 4, 5, and 6, flows between 700 cfs and 1300 cfs are presumed to provide a low water experience ("Green"); flows between

---

[10] The SG believes that this periodic high flow should mobilize substrate in riffle areas in segments 4 and 5, and also in segment 6 with consideration of tributary inflow.

BLM_0017833

1300 cfs and 4000 cfs are presumed to provide a standard experience ("Blue"); and flows above 4000 cfs are presumed to provide a high water experience ("Black"). Flows through Segments 4, 5, and 6 less than 700 cfs or more than 7400 cfs are not considered by some stakeholders in the Stakeholder Group to provide Usable Days under these provisional flow guides, and therefore are not counted.

The following chart reflects the water year type, total median Usable Days, and the range of Usable Days within each floatboating experience category that will serve as the provisional flow guides.

Number of Usable Days: Segments 4 through 6 [*minimum (median) maximum*]

|  | Total Usable Days | Green Opportunities 700 – 1300 cfs | Blue Opportunities 1300 – 4000 cfs | Black Opportunities 4000 – 7400 cfs |
|---|---|---|---|---|
| Wettest 25% Years | 115 (161) 180 | 38 (74) 121 | 39 (72) 79 | 4 (22) 28 |
| Wet Typical 25% Years | 120 (153) 169 | 68 (108) 119 | 19 (57) 79 | 0 (0) 5 |
| Dry Typical 25% Years | 74 (115) 141 | 69 (106) 127 | 0 (14) 33 | 0 (0) 0 |
| Driest 25% Years | 62 (80) 96 | 53 (73) 87 | 0 (1) 25 | 0 (0) 0 |

Definition of Year Types: *[Hydrology Workgroup is completing this section – see Attachment B, paragraph 1.b.]*

| Year Type | Annual Kremmling Gage Flows |
|---|---|
| Wettest 25% Year | |
| Wet Typical Year | |
| Dry Typical Year | |
| Driest 25% Year | |

The numeric criteria shown in the above chart are based on simulated future streamflow conditions modeled by imposing future demands and system operations on past undepleted stream flow (simulated future flows) instead of existing streamflow conditions. It is recognized, based on an analysis of both historical and modeled future flow data, that flow conditions can be expected to continue to be highly variable and that flow levels will at times lie outside the ranges of

BLM_0017834

these guides.  While this could be addressed through the use of criteria addressing a specified frequency of meeting these guides, such implementation criteria has not been established for purposes of the Plan.  The SG may develop such criteria in the future, but the Plan is designed to operate in the absence of such criteria.

Some stakeholders (including those representing the floatboating recreation community) maintain that the use of simulated future flows for the provisional flow guides is not protective of the ORVs.  The entire Stakeholder Group agrees to implement the Cooperative Measures process (considering available resources and protection of the other ORVs) in efforts to increase the number of Usable Days for each floatboating experience category, within each year type.

It is anticipated that stakeholders will bring their specific preferences and goals to the Cooperative Measures planning process and to the negotiation of final recreational floatboating flow guides.  The use of simulated future flows as part of these provisional flow guides does not reflect agreement among the stakeholders whether simulated future flows or historical stream flows should be used to develop the final flow guides (even if Section III.C.2.c. of this Plan is not exercised).  Nothing in these provisional flow guides implies agreement by the stakeholders on use of the Usable Day concept, floatboating experience categories, nor year types for purposes of development of final flow guides.

b.      Segment 7

The following chart  presents the year type, total Usable Days (i.e., the total number of days between April 1 and September 30 when the flow at the Dotsero gage is between 1,200 to 8,600 cfs), and the range of Usable Days within each floatboating experience category that will serve as the provisional Resource Guides for Segment 7.

BLM_0017835

Number of Usable Days: Segment 7 [*minimum (median) maximum*]

| Year Type | Total Usable Days | Green Opportunities 1200/1250[11] - 1800 cfs | Blue Opportunities 1800 - 5500 cfs | Black Opportunities 5500-8600 cfs |
|---|---|---|---|---|
| Wettest 25% Years | 120 (156) 169 | 33 (57) 83 | 49 (68) 77 | 21 (29) 42 |
| Wet Typical 25% Years | 126 (164) 172 | 44 (68) 102 | 39 (75) 110 | 1 (13) 33 |
| Dry Typical 25% Years | 138 (161) 178 | 75 (86) 121 | 40 (61) 91 | 0 (2) 11 |
| Driest 25% Years | 136 (159) 177 | 88 (126) 137 | 10 (32) 63 | 0 (0) 6 |

Definition of Year Types:  *[Hydrology Workgroup is completing this section – see Attachment B, paragraph 1.b.]*

**Year Type**                **Annual Dotsero Gage Flows**
Wettest 25% Year
Wet Typical Year
Dry Typical Year
Driest 25% Year

It is recognized, based on an analysis of both historical and modeled future flow data, that flow conditions can be expected to continue to be highly variable and that flow levels will at times lie outside the ranges of these guides. While this could be addressed through the use of criteria addressing a specified frequency of meeting these guides, such implementation criteria has not been established for purposes of the Plan.  The SG may develop such criteria in

---

[11]  The stakeholders do not agree on the specific flow rate for the Green floatboating category; however, during the provisional period, the number of usable days in the Green floatboating category will be based on a flow rate of 1200 – 1800 cfs.  The Stakeholder Group agrees that nothing in these provisional Resource Guides has any effect on the operation of the Shoshone Hydro Power Plant or the water rights for the Shoshone Hydro Power Plant.  Moreover, nothing in this SG Plan shall be interpreted as a waiver of any party's position with respect to the appropriate flow rate for the Green floatboating category, or on any existing or future agreements regarding the operation of the Shoshone Hydro Power Plant and its associated water rights.

BLM_0017836

the future, but the Plan is designed to operate in the absence of such criteria.

c.    Poison Pill.  It is recognized that the SG does not currently have the information it needs to set final floatboating flow guides at this time and that the setting of those guides will be informed by information about the resource and water uses. The provisional floatboating flow guides, as set forth in Paragraph III.C.2. of the Plan, were negotiated using historical  data and an assumed future hydrology.  Some stakeholders have expressed serious concern with such an approach because they maintain that it will result in a reduction of usable floatboating days from what occurs under existing hydrology.  However, these stakeholders have agreed to include the provisional floatboating flow guides in the Plan, subject to the negotiation of protective measures within the context of the permitting for the Windy Gap Firming Project and the Moffat Collection System Project ("Projects") that will address consistency of the Projects with the streamflow-influenced ORVs.  If the outcome of those negotiations or final permitting precludes continued support of the Plan by any stakeholder (including a Project proponent), that stakeholder shall provide written notification of such position to the SG and the SG will withdraw the Plan from consideration by BLM and USFS as a locally supported Wild and Scenic management plan alternative.  To clarify, the net effect of such withdrawal will be that the BLM and USFS will be left to determine the appropriate Wild and Scenic determinations and protective measures for Segments 4, 5, 6 and 7, if any, without taking into account the SG Plan alternative.  Written notification to the SG by the objecting stakeholder must occur no later than six (6) months after the issuance of required permits for the Windy Gap Firming Project[12] and the Moffat System Improvement Project[13], at which time the SG will convene a

---

[12]   The anticipated permits and approvals for the Windy Gap Firming Project are: a Clean Water Act Section 404 permit from the U.S. Army Corps of Engineers; special use permit or license, and revised amendatory carriage contract, from U.S. Bureau of Reclamation; 401 certification from the Colorado Water Quality Control Division; state fish and wildlife mitigation plan; and, without waiving any party's rights, Grand County 1041 and special use permit amendments, if such are required.  The requirements of NEPA, FWCA and ESA would be addressed as part of the above federal permits.

[13]   The anticipated permits for the Moffat System Improvement Project are:  a Clean Water Act Section 404 permit from the U.S. Army Corps of Engineers; license amendment by FERC; Section (4) conditions and special use permit from the U.S. Forest Service; 401 certification from the Colorado Water Quality Control Division; and Boulder County 1041 permit, if one is required.

BLM_0017837

special meeting.  Notification of Plan withdrawal to BLM and USFS must occur within 60 days after notification to the SG, unless a longer time period is agreed to by the SG.

The SG agrees that if, upon the deadlines set forth above, the Plan is not withdrawn: (1) protection measures established through negotiations or permitting provide the means for the Windy Gap Firming Project and the Moffat System Improvement Project to be operated in a manner consistent with protection of the ORVs; (2) the Projects will not be subject to the requirements of Part VII (New Projects); (3) the Projects will fall under IV.D.2. of the Plan; and (4) the Plan may not be withdrawn pursuant to the withdrawal provisions of this section III.C.2.c.

3.     *WATER QUALITY* (Segments 4 through 7):

The Resource Guides for water quality are the Colorado Department of Public Health and Environment (CDPHE) water quality standards for cold water aquatic life and recreation uses for the portion of the stream segment that CDPHE has designated COUCUC03 (Mainstem of the Colorado River from the outlet of Granby Reservoir to the confluence with the Roaring Fork River) that is within Wild and Scenic Segments 4 through 7.[14]

4.     *TEMPERATURE* (Segments 4 through 7):

The Resource Guides for temperature are the CDPHE stream temperature water quality standards for Daily Maximum (DM) and Maximum Weekly Average Temperature (MWAT) for the portion of the stream segment that CDPHE has designated COUCUC03 (Mainstem of the Colorado River from the outlet of Granby Reservoir to the confluence with the Roaring Fork River) that is within Wild and Scenic Segments 4 through 7.[15]

---

[14] 40 C.F.R. 131.20 provides that each State must specify appropriate water uses to be achieved and protected.  The classification of the waters must take into consideration the use and value of water for public water supplies, protection and propagation of fish, shellfish and wildlife, recreation in and on the water, agricultural, industrial, and other purposes including navigation.  In no case shall a State adopt waste transport or waste assimilation as a designated use for any waters of the United States.

[15] 40 C.F.R. 131.20 provides that each State must specify appropriate water uses to be achieved and protected.  The classification of the waters must take into consideration the use and value of water for public water supplies, protection and propagation of fish, shellfish and wildlife, recreation in and on the water, agricultural, industrial, and other purposes including navigation.  In no case shall a State adopt waste transport or waste assimilation as a designated use for any waters of the United States.

BLM_0017838

D.     <u>Refinement of Provisional Resource Guides</u>.

The provisional Resource Guides will be evaluated and may be adjusted as a result of defined data collection, monitoring efforts, and technical review as part of the 3-to-5 year study effort described in the Monitoring Plan in Part V.  It is anticipated that information such as that developed in Phase 3 of the Grand County Stream Management Plan, CDOW studies to develop a proposed ISF, and estimations of future water availability by stakeholders, etc. will be used to help finalize these Resource Guides during this period.

At the end of the provisional period: (1) final Resource Guides will be adopted by unanimous consent; or (2) absent unanimous consent, the provisional guides would persist until such time as they are changed/finalized in the future by unanimous consent; or (3) if an Interest Group withdraws, the then existing guides would become permanently fixed for purposes of continuation of the Plan (pursuant to Section VI.K.).

E.     <u>Existing Water Rights.</u>

The SG members recognize that existing water rights, including absolute and decreed conditional water rights in existence as of the date of adoption of the Plan (existing water rights), have been exercised or may be exercised in the Colorado River basin in the future at times when the river flows in Segments 4 through 7 are both inside and outside the flow guide ranges.  The SG members agree that the flow guides herein have been negotiated as one source of information among others for informing SG discussions under the Plan, but the implementation of the Plan shall not affect the legal operation of water rights pursuant to state law. Nothing in the Plan shall be deemed or construed to create any obligation on any SG member to operate facilities or exercise water rights in any particular manner.  However, nothing herein shall be interpreted to override the provisions of Section VII regarding the opt-in of new projects. Likewise nothing in the Plan shall be deemed or construed to preclude any SG member from participating in any water rights litigation.

F.     <u>Eagle River MOU Project</u>.

The 1997 Eagle River MOU between the Cities of Aurora and Colorado Springs, the Colorado River Water Conservation District, the Vail Consortium consisting of the Eagle River Water and Sanitation District, Upper Eagle Regional Water Authority, and Vail Associates, Inc. ("Vail Consortium"), and Cyprus Climax Metals Co., provides for the development of the Eagle River MOU Joint Use Water Project (ERMOU

Page 23 of 70

BLM_0017839

Project) as a phased joint-use project to provide water supply for East Slope and West Slope water users. The ERMOU Project has been cooperatively configured to avoid or minimize environmental concerns and will be constructed as an alternative to the federally permitted Homestake II Project. Successful implementation of the ERMOU Project is important to meet the current and future water needs of both East Slope and West Slope ERMOU parties.

The SG has discussed how to address the ERMOU Project in the SG Plan. Consistent with the intent of the SG to develop a Plan to balance the permanent protection of the ORVs, certainty for the stakeholders, water project yield, and flexibility for water users, the ERMOU Project is recognized in the SG Plan.

Aurora, Colorado Springs, the Eagle Park Reservoir Company, and the Vail Consortium support the SG Plan as the preferred management plan alternative and will continue to participate in good faith in the SG subject to the following:

1.    The Guiding Principles shall continue to guide the development and implementation of the SG Plan;

2.    The SG supports the neutral deferral of a suitability determination by the BLM and USFS in accordance with the Guiding Principles;

3.    The modeling or other assumptions underlying the Segment 7 Resource guides or other implementing documents for the SG Plan will incorporate the depletions from the ERMOU Project, which will not exceed an annual average of 30,000 acre feet;

4.    During the provisional period, the SG will continue to evaluate voluntary "cooperative measures" that could be implemented for Segment 7, and will consider in good faith how such cooperative measures are consistent with the ORV protection goals of the SG Plan; and

5.    During the provisional period, the SG will continue to evaluate the effects of completion of the MOU Project within Segment 7, and will consider in good faith whether such effects advance the ORV protection goals of the SG Plan.

BLM_0017840

## IV.   MEASURES TO ENSURE PROTECTION OF ORVs

This Plan adopts the following tiered system for implementation of management measures for the protection of the ORVs.

Tier 1   Implementation of Long-Term Measures.  These measures, described in Section IV.A. below, are supported by the Stakeholder Group and will be pursued pursuant to identified Milestones in Attachment A to this Plan.

Tier 2   Implementation of additional Cooperative Measures.  These will complement the Tier 1 measures.  These may serve to maintain or enhance the ORVs, assist in achieving provisional or final Resource Guides, and/or address a Material Change in Circumstances.  Section IV.B. of this Plan mandates a specific process to ensure timely and periodic consideration of data pertaining to the ORV Indicators and Resource Guides and to assess the need and available opportunities for implementing additional measures.

Tier 3   SG Elevation Process.  This Plan incorporates an elevation and evaluation process by the Stakeholder Group for purposes of addressing unresolved concerns of SG members material to implementation of the Plan or the status of the ORVs.  That elevation process is summarized in Section IV.C. below.

Tier 4   Termination of Plan.  The Plan provides that the SG may terminate this Plan in accordance with Section VI.J.4. subsequent to completion of the dispute resolution procedures specified in that section.

A.   **Tier 1  Long-Term Protection Measures**.

These are measures that are expected to provide significant protection of the ORVs, unless a Material Change in Circumstances occurs.

The long-term protective measures are summarized below.  The long-term protective measures will be pursued in accordance with the Milestones in Attachment A.

1.   *Appropriation of CWCB instream flow right*:  The Stakeholder Group has expressed support for a CWCB ISF water right or water rights for base flows in the subject stream segments.  An ISF water right can protect stream flows between two points on a stream from future water rights appropriations in accordance with the State's

BLM_0017841

prior appropriation system.  ISF water rights are held exclusively by the CWCB for minimum stream flows to preserve the natural environment to a reasonable degree, and are adjudicated and administered within the State's water right priority system.

2. *Delivery of water to a downstream demand*:  Water released from storage or otherwise made available from upstream sources can be delivered to downstream demands.  Such deliveries can be "shepherded" (i.e., protected) through the subject stream segments. A primary example is the release of water from Green Mountain Reservoir pursuant to the 1984 Green Mountain Reservoir Operating Policy for delivery to irrigation demands in the Grand Valley near Grand Junction.

3. *Existing senior water rights*:  The Shoshone and Cameo groups of senior water rights generally control the administrative call within the Colorado River Basin.  These water rights are located downstream of the subject stream reaches; therefore, an administrative call during dry or average conditions by these water rights can curtail diversions from upstream junior water rights or require the release of water from storage to replace those junior diversions.  This administrative call generally results in stream flow through the subject stream segments in amounts greater than would exist in the absence of the administrative call.

4. *Upper Colorado River Endangered Species Program*:  This is an existing mechanism by which water is released or bypassed from upstream reservoirs for the benefit of the endangered fish species in the Grand Valley on a temporary basis.  The water deliveries are protected through the subject stream segments downstream through the 15-Mile Reach of the Colorado River.  During peak runoff, bypasses from upstream reservoirs can provide peak flushing flows through the subject stream segments.  During dry periods in late summer or early fall, releases from upstream storage to supplement low flows in the 15-Mile Reach can significantly supplement flows in the subject stream segments.

<u>Material Change in Circumstances</u>:  The Plan includes mechanisms to address a Material Change in Circumstances that could impact the effectiveness of these long-term measures in protecting the ORVs.  These are included as part of the detailed Milestones in Part II of Attachment A to this Plan.

BLM_0017842

B.  **Tier 2**  Cooperative Measures.

As a complement to the Long-Term Protection Measures, the following voluntary Cooperative Measures strategies will be implemented under the terms of this Plan.

1.  The Stakeholder Group commits to rigorously explore potential Cooperative Measures that would achieve provisional or final ORV Indicators and/or Resource Guides pursuant to the procedures specified in this Section.

2.  Cooperative Measures will take into account the nature of the hydrologic year (i.e., dry, average or wet) as defined pursuant to Part II of this Plan.  SG discussions shall also be informed by and take into consideration other factors, including external conditions such as those related to any extended drought, fire, climate change, or other conditions outside the control of the Plan.

3.  The Stakeholder Group or a subcommittee appointed by the SG will meet quarterly, or more frequently as determined necessary, to assure a timely and periodic assessment of the need for, focus of, and available opportunities for implementation of these Cooperative Measures.  A record will be kept of the concepts discussed at these meetings.  Progress in implementing Cooperative Measures shall be an agenda item on the meetings of the Stakeholder Group.

4.  It is recognized that the availability of certain Cooperative Measures will be opportunistic in nature, and that certain measures may be implemented without full coordination of the Stakeholder Group.  In that event, they shall be reported on at the next ensuing meeting of the Stakeholder Group or its subcommittee.

5.  Cooperative Measures will respect the priority system and the operations of water right holders, and will take into account impacts of implementation of the Cooperative Measures on other segments of the Colorado River and its tributaries.  It is understood that under the SG Plan, Cooperative Measures that would impair water providers' ability to meet their water supply commitments will not be undertaken, in accordance with the Guiding Principles.

6.  It is recognized that it may not be possible to implement Cooperative Measures in every year.

7.  Possible Cooperative Measures may include but are not necessarily limited to:

BLM_0017843

a.    *Acquisition of water rights for ISF purposes.*

The CWCB could enter into an agreement with a water user under which it would acquire water, water rights or an interest in water to use to preserve or improve the natural environment to a reasonable degree through the reaches of the river subject to this Plan.  The CWCB could explore the potential for securing instream flows for large seasonal or flushing flows under its acquisition authority.  Depending on the conditions of the agreement, such acquisition could result in long-term protection of flows in higher amounts than the new ISF appropriation made under Section IV.A.1.  The SG and the CWCB are continuing to explore options for protection of flows pursuant to such voluntary arrangements.  Because attempting to decree an ISF water right for higher flows could slow down the new ISF water right appropriation process pursuant to Section IV.A.1., the protection of higher flows could be achieved via a water acquisition implemented through a separate water right decree.

b.    *Strategic timing of reservoir releases to meet winter storage elevations.*

Several major reservoirs upstream of the stream segments have winter season storage target levels that require the release of previously stored water in anticipation of spring runoff.  The coordinated timing/scheduling of late summer and early fall reservoir releases to meet annual reservoir target elevations can help to satisfy late season flow demands.  Such measures would take into account needs and effects during other seasons.

c.    *Storage and subsequent release of historical consumptive use and return flows.*

The Stakeholder Group will not encourage the dry-up of agricultural land.  However, as development occurs in the area, some agricultural land and associated water rights will be taken out of production.  On an "if and when/excess capacity" basis, the historical

BLM_0017844

consumptive use and, in some cases, the historical return flow of the water rights can be placed into storage in upstream reservoirs for later release for a variety of purposes (both consumptive and non-consumptive).  The timing of such releases may benefit the ORVs.  Potential examples of such arrangements include the Red Top Valley Ditch, the Vail Ditch, and the Moser/Water Trust transaction.

d.    *Use of Windy Gap system*.

Depending on the hydrology, operations, agreements, and other circumstances, the Municipal Subdistrict may be able to allow the use of excess capacity in the Windy Gap system for the diversion and storage of water for the benefit of the ORVs.  For example, favorable circumstances existed in 2008 through 2010 which allowed Grand County to reimburse the Municipal Subdistrict for the pumping costs to pump as much as 5,000 acre feet of Windy Gap water into Granby Reservoir.  Pursuant to contract, the Windy Gap water was then released downstream between August and October for consumptive uses in the Grand Valley, benefitting in-channel resources enroute.

e.    *Spring peak enhancement*.

Spring flushing flows could be enhanced through the coordinated bypass of reservoir inflow during the spring runoff.  Close coordination and cooperation with the State Engineer's Office to protect the annual fill of reservoirs would help to implement this strategy.

f.    *Cooperative flow management*.

Voluntary flow management programs provide a water management tool that can be used for maintaining and enhancing flow-related values within a given stream reach, while meeting downstream demands such as those for the endangered fish species, through the collaborative operation of water facilities and other cooperative efforts.

BLM_0017845

g.   *Water Rights Acquisition.*

The SG could explore opportunities to acquire water rights for the purpose of maintaining and enhancing flow-related values in Segments 4 through 7, provided any acquisition is on a willing seller/willing buyer basis and the SG agrees to not encourage dry-up of agricultural lands.

C.   **Tier 3  Stakeholder Group Elevation Process**.

Any stakeholder may elevate an issue to the Stakeholder Group for purposes of addressing unresolved concerns material to implementation of the Plan or to the status of the ORVs.  Prior to elevation, that concern shall be summarized in writing, together with an explanation of any "competing views" on the issue and the efforts to date to resolve the matter.  Data pertinent to the Stakeholder Group's deliberations shall be summarized or compiled.  Elevation shall be triggered by submitting a written request, accompanied by the above materials, for the Stakeholder Group to convene a meeting (or add an agenda item to a previously set meeting). The Stakeholder Group shall address such issue in accordance with its Governance protocols in Part VI.

D.   **Tier 4  Plan Termination**.

1.   The SG may terminate this Plan pursuant to Section VI.J. following completion of the non-binding dispute resolution procedures specified in that section.  Formal notification of such termination will be provided to BLM and USFS which details the issues, relevant data, and steps undertaken in efforts to address the concerns which led to termination of the Plan.

2.   It is the intent of this Plan that termination of the Plan or any modification of the Plan by BLM and/or USFS would not by itself constitute grounds for reopening of federal authorizations or funding for new projects predating BLM and USFS approval of this Plan, or for reopening of federal authorizations or funding for other projects that include and are in compliance with terms, conditions or mitigation measures protective of the ORVs independent from the operation of the Plan.

BLM_0017846

## V.    MONITORING PLAN

A.    <u>Monitoring Plan</u>.

The purpose of this Monitoring Plan is to establish a protocol to monitor ORV Indicators and Resource Guides to assist in implementation of the SG Plan.  The Provisional Period Monitoring Plan is provided in Attachment D.  Data and information generated from this Provisional Period Monitoring Plan will be used in the following manner:

1.    *Provisional Period Monitoring Plan*:  During the 3-to-5 year provisional period, participants will collect and analyze data specified in the Monitoring Plan to monitor, evaluate, and revise if necessary the provisional ORV Indicators and Resource Guides to assist in implementation of the SG Plan.  Data gathered during the provisional period will also help characterize existing conditions for many parameters.

2.    *Long-Term Monitoring Plan*: The SG will use the results from the Provisional Period Monitoring Plan to develop final ORV Indicators and Resource Guides.  The Provisional Period Monitoring Plan will be revised, if necessary, to prescribe monitoring measures for the ORV Indicators and Resource Guides under the Long-Term Monitoring Plan to assist in implementation of the Plan.

3.    *Reporting*: The Stakeholder Group will gather the data prescribed in the Monitoring Plan and prepare an annual Monitoring Report for the Stakeholder Group (including the BLM and the USFS).

4.    *Funding*: Funding needed for the Monitoring Plan, including data gathering and analysis, will be provided through the Stakeholder Group's funding mechanisms provided in Part VIII.

BLM_0017847

B.  Provisional Monitoring Parameters.

| ORV INDICATORS | ORV RESOURCE GUIDES |
|---|---|
| **Recreational Fishing**: | **Recreational Fishing**: |
| - Quality Trout | - Flow guides |
| - Biomass | - Flushing Flow |
| - Species Diversity | |
| - Total Fishing Effort | |
| - Catch/Unit Effort | **Recreational Floatboating**: |
| | - Usable Days |
| **Recreational Floatboating**: | |
| - Narrative during provisional period | **Water Quality:** |
| | - CDPHE existing water quality standards for cold water aquatic life and recreation uses |
| | **Temperature:** |
| | - CDPHE existing water quality standards for temperature |

# VI.  GOVERNANCE

During the provisional period, the stakeholders will develop either (a) a comprehensive Memorandum of Understanding among the participating stakeholders (or other form of agreement); (b) a formal legal entity (e.g., corporation, joint venture, partnership, etc.); or (c) both, that will govern the overall administration of the Plan.

A.  Governance Committee.  The SG will conduct its business and make decisions through the SG Governance Committee (GC).

B.  Non-Delegable Responsibilities.  It is recognized that the signatories to this Plan may have statutory or other organizationally established responsibilities that cannot be delegated.  This cooperative Plan is not intended to abrogate any signatory's non-delegable responsibilities.

C.  Purposes of the GC.  The purposes of the GC include, but are not necessarily limited to, the following:

1.  Implement the Plan.
2.  Make management decisions under the Plan.
3.  Conduct annual reporting to the BLM and USFS.
4.  Finalize ORV Indicators and Resource Guides.
5.  Make financial decisions.
6.  Establish rules and bylaws.
7.  Hold meetings open to the public.
8.  Seek funding.

BLM_0017848

9.  Coordinate with other entities gathering data, studies, information, or conducting cooperative efforts.
10. Elect officers.
11. Establish committees.
12. Approve budgets and expenses.
13. Conduct monitoring and research efforts.
14. Review ORV Indicators and Resource Guides.
15. Evaluate protection of ORVs in accordance with the Plan.
16. Coordinate with water users to recommend and learn about cooperative efforts to include in annual report.
17. Recommend and fund efforts to protect and enhance ORVs.
18. Evaluate whether Material Changes in Circumstances exist as defined under the Plan and recommend strategies to address Material Changes in Circumstances.
19. Discuss new projects and new members.
20. Amend the Plan, as necessary, pursuant to procedures under the Plan.
21. Pursue agreements with state and federal entities to further goals of the Plan.

D.  <u>Representation</u>.  The GC should reflect a fair representation of different interests and expertise.

1.  Voting Committee Members.  There shall be a total of six Interest Groups consisting of three GC members from each Interest Group. The Interest Groups[16] shall consist of the following:

   a.  West Slope Water Conservancy/Conservation Districts and Landowners/Water Users.
   b.  Local Government.
   c.  Trans-Mountain Diverters.
   d.  Conservation/Environmental/Fishing.
   e.  Recreational Floatboating.
   f.  State Interests (e.g., CWCB, CDOW, and State or Division Engineer).

2.  Ex Officio members.  The SG requests that BLM and USFS personnel serve as *ex officio* non-voting members of the GC.
3.  Charter/Protocol.  Each Interest Group will establish a "charter/protocol" that sets forth the process and procedure for inclusion in the Interest Group and for the selection of its representatives.  The protocols for Interest Groups 1.d and 1.e

---

[16] It is anticipated that the Eagle River entities (Vail Associates, Inc., Upper Eagle Regional Water Authority, Eagle River Water and Sanitation District, and Eagle Park Reservoir Company) will be included within Interest Group category 1.a or 1.b above.

BLM_0017849

above shall include a procedure for designating the representative to the Review Committee for those two Interest Groups pursuant to Section VI.J.4.b.

4. Alternates.  For each primary representative chosen, an alternate will also be designated to cover the contingency that the primary representative may not be available.   In the absence of the primary representative, the alternate will have full GC Voting Committee member status.

5. Terms.  For initial appointments, each Interest Group will appoint one GC member to a one-year term, the second to a two-year term, and the third to a three-year term.  Subsequent terms for each appointment will be for full three-year terms.

6. Replacement.  A GC member or alternate may be replaced by the respective Interest Group in accordance with its charter/protocol.

7. Indemnity – TBD prior to effective date of Plan.

8. Officers.  The GC will appoint a Chair and Vice-Chair, who shall serve in the Chair's absence, for the purpose of organizing and supervising meetings.  The GC shall appoint a Secretary, who need not be a member of the GC, to prepare minutes and to maintain the official records for the GC.  Officers shall serve one-year terms. Officers that are members of the GC shall have full voting rights.

E. <u>Meetings of the GC</u>.

1. *Annual Meeting*.  The GC shall have an annual meeting that shall occur in March each year, or as otherwise determined by the GC. The agenda for the annual meeting shall include election of officers, a review of the bylaws, and reports on the status of the SG's annual activities and finances.  Written notice of the annual meeting stating the place, day and time of the meeting, along with the meeting agenda, shall be delivered to GC members not less than 14 nor more than 60 days before the date of the annual meeting.

2. *Regular Meetings*.  Regular meetings of the GC shall occur at least quarterly, unless otherwise determined by the members.  The day, time, and location of the next regular meeting shall be scheduled before the end of the current regular meeting, whenever possible. Written notice of the next regular meeting stating the place, day, and time of the meeting, along with the meeting agenda, shall be delivered to GC members not less than 14 nor more than 30 days before the date of any meeting.

3. *Special Meetings*.  Special meetings shall be called as soon as practicable by the Chair upon the request of five or more GC members; provided, however, that if the purpose for calling the

BLM_0017850

special meeting is to determine whether impairment or a significant risk of impairment exists to the ORVs then (a) the special meeting may be called upon the request of any one GC member, and (b) shall be held no later than 15 days from the initial GC member request.  The special meeting request will provide a suggested date, time, and place of meeting, along with a proposed agenda of items to be discussed.  Members shall be notified at least four days prior to a special meeting.

4.    *Meeting Notice.*

a.    Written notice stating the place, day and time of the meeting along with the meeting agenda shall be delivered either personally, by mail, or by e-mail, at the direction of the Chair, to each GC member (and alternates).  Written notice shall be delivered personally or by e-mail for any special meetings that are called.

b.    Notice must be delivered on or before established deadlines contained herein for annual, regular, or special meetings.  If mailed, such notice shall be deemed to be delivered as to any GC member (or alternate) after being deposited in the United States mail, addressed to the GC member at its address as it appears on in the records for the GC, with postage thereon prepaid.  If e-mailed, such notice shall be deemed delivered as to any GC member (or alternate) on the day of such e-mail transmission.  Such electronic transmission may be corroborated by a printout showing the electronic address from which transmitted, the electronic address to which transmitted, the date, and the time of such transmission.

5.    *Open Meetings and Public Participation.*

a.    All annual, regular, and special meetings of the GC shall be open to the public.  The GC shall maintain an agenda item during each regular or special meeting devoted to written and oral public comment.

b.    Reasonable public notice of the time and place designated for all annual, regular, and special meetings shall be posted in public locations approved by the GC.  At a minimum, public notice for regular and special meetings will be posted at approved locations in Grand, Summit, Eagle, and Garfield Counties and via an e-mail distribution list to interested

BLM_0017851

stakeholders.  The GC may also provide public notice for meetings using an approved internet website and/or postings in widely distributed newspapers (e.g., Denver Post, Summit Daily News, etc.).  Such notices shall remain posted through the date of the meeting, and shall be changed in the event that the time or place of such regular meetings is changed.

6.   *Meeting Location.*

a.   Regular and special meetings shall be held at a time and in a place to be designated by the GC.  Meetings will generally be held in Grand, Summit, Eagle, or Garfield Counties. Meeting rooms shall have reasonable teleconferencing capability to meet the participation needs of any GC member.

b.   The GC may approve meetings to be held in other locations, as circumstances warrant, provided that adequate notice is provided to GC members and the public.

7.   *Meeting Agenda.*

a.   Agenda Formulation.  Agenda items for annual or regular meetings should be submitted to the Chair within a reasonable time prior to the next scheduled meeting.

b.   Amendment of Agenda.  The agenda for any meeting may be amended the day of the meeting by the GC through the voting procedures set forth below.

8.   *Telephonic/Electronic Participation.*  GC members may participate in and hold a meeting by means of conference telephone, video teleconference, webinar, or similar communications equipment. Participation in such a meeting by the methods described above shall constitute attendance and presence in person at such meeting.

F.   Quorum Required.

1.   All business of the SG shall be conducted at meetings of the GC at which a quorum is present.

2.   A quorum consists of at least 12 of the 18 GC members reflecting at least 5 of the 6 Interest Groups.

BLM_0017852

3.      No proxies are allowed.

4.      If a quorum is not present at any meeting, the GC members shall continue the meeting to a date and time certain not later than 15 days from the original meeting.

G.      <u>SG Decisions Made by Consensus</u>.

1.      The preference and goal of the SG is that the GC make consensus decisions based on give and take among members, with each participant:

   a.      listening carefully to the views of others;
   b.      attempting to verbalize the needs of an Interest Group with which they might disagree; and
   c.      proposing solutions and decisions that accommodate all or most of the Interest Groups.

H.      <u>Voting</u>.

1.      The unanimous consent of all Interest Groups present at a meeting is required for the approval of any measure considered by the GC, except as provided in Paragraph VI.J.4., below.  Unanimous consent is the general rule and will be required for, among other things, any amendment to the Plan and any changes to the ORV Indicators and Resource Guides.

2.      Each Interest Group receives one vote on each measure.

3.      Within the respective Interest Groups, the affirmative vote of those representatives attending the meeting, as set forth in the Table below, is required to approve/disapprove any measure.

| VOTING WITHIN INTEREST GROUPS | |
|---|---|
| Number of Interest Group GC Members Present at Meeting | Affirmative Votes required to pass Measure within Interest Group |
| 3 | 2 of 3 |
| 2 | 2 of 2 |
| 1 | 1 |

4.      No GC vote can commit the rights, authorities, resources, finances, or operations of any SG member without that member's approval.

5.      Votes of the GC shall be recorded by the Secretary in the minutes of the SG, regardless of whether the measure is approved.

BLM_0017853

Dissenting votes within individual Interest Groups shall be noted in the minutes.

I.       Failure to Reach Consensus.

1.       Any Interest Group may request that a dissenting Interest Group provide a written summary regarding the disputed issue within 10 days.  The written summary shall set forth the issue, explain the competing views, and identify options that may be available to resolve the disagreement.

2.       At the request of any Interest Group following provision of a written summary, the GC shall revisit the issue and the specific proposal at the next GC meeting.

3.       After the actions in paragraphs VI.I.1. and VI.I.2. are undertaken, and upon the request of any Interest Group, the GC may by unanimous vote determine that the unresolved concern should be addressed in accordance with the provisions of paragraph VI.J.4. below.  In evaluating the matter, the GC shall seek and take into consideration the views of the appropriate federal agency(ies) (BLM and/or USFS) through their participation as non-voting members of the SG.   The SG deliberations shall also be informed by and take into consideration other relevant factors, including external conditions such as those related to any extended drought, fire, climate change, or other conditions outside the control of the Plan.

4.       A written summary on measures that fail to achieve consensus after the actions in paragraphs VI.I.1. and VI.I.2. are undertaken shall be included in the SG's annual report to BLM and USFS.  The written summary may include majority and minority reports.

J.       GC Consideration of Long-Term Protection Measures, ORV Impairment, Significant Risk of Impairment, and Matters Referred by Consensus.

1.       Failure to meet a Milestone.

a.       If the CWCB does not file a water court application by the anticipated date in Attachment A, and such failure to file occurs prior to the effective date of the Plan, the stakeholders will follow the procedures in Section 1.G of Attachment B.  If the failure to file a water court application should occur after the effective date of the Plan, the GC will discuss the cause of the delay and request that the CWCB file an application for the recommended instream flow as

Page 38 of 70

soon as possible within the next calendar year.  In addition, the GC will determine whether the delay in filing an application will result in a material diminution in the amount of water available in priority to the anticipated CWCB instream flow. If it is determined by unanimous consent that a material diminution will exist, the GC will then determine the appropriate management activities to implement to reasonably mitigate the decrease in water available in priority to the instream flow.  If the GC is unable to reach consensus on how to address the diminution through management activities, the GC will follow the procedures in Paragraph VI.J.4(4) below.

b.     If a final decree for a CWCB instream flow is not entered by the date anticipated in Attachment A, and assuming the Plan is effective,[17] the GC will discuss the cause of the delay. The GC will determine whether the delay causes any material adverse impact to the purpose of the Long-Term Protection Measures.  If, by unanimous consent, the GC determines that a material adverse impact is found, the GC will determine the appropriate management activities to reasonably mitigate the material adverse impact.  If the GC is unable to reach consensus on how to mitigate the material adverse impact, the GC will follow the Governance procedures in Paragraph VI.J.4(4) below.

2.     Material Change in Circumstance.

Any member of the GC may assert a Material Change in Circumstance, as defined in the Definitions Section, in the implementation of one of the Long-Term Protection Measures by submitting a written request for the GC to convene a meeting (or add an agenda item to a previously set meeting) pursuant to the procedures in Section IV.C. of the Plan.  The GC will determine whether a Material Change in Circumstances exists.  If the GC determines by unanimous consent that a Material Change in Circumstance exists, it will then decide how to address the material change.  If the GC is unable to reach consensus on how to address the material change, the GC will follow the procedures in Paragraph VI.J.4(4) below.

---

[17]   The Task List in Attachment B describes the stakeholder response in the event of failure to meet this Milestone prior to the effective date of the Plan.

BLM_0017855

3.      Significant Risk of Impairment.

If, during any meeting called in part for the purpose of determining whether a significant risk of impairment exists (as contemplated in the Definitions Section and Section IV.C. of the Plan), the GC cannot reach unanimous consensus on a determination of that matter, the GC shall immediately follow the procedures set forth in paragraph VI.J.4, below.

4.      Procedures for Mediation.

The following actions shall be taken by the GC upon (1) the vote of at least five Interest Groups that there is a significant risk of impairment to an ORV; (2 ) the data affirmatively demonstrating that an ORV has been impaired by virtue of an ORV Indicator not being met pursuant to the criteria established in the SG Plan, absent a vote of at least five Interest Groups that further action is not warranted at that time; (3) a unanimous consensus decision of the GC made following the procedures contemplated by paragraph VI.I.3, above; or (4) the failure of the GC to reach consensus on how to address a missed Milestone or a Material Change in Circumstance:

a.      Absent a unanimous vote to skip mediation, the issue will be referred to a mediator to facilitate consideration of non-binding options toward resolution for a period of 45 days to further efforts to reach consensus on the disputed issue.

b.      Within 30 days of the termination of the mediation process (or a unanimous vote to skip the mediation process), the disputed issue will be referred to a Review Committee.  The Review Committee will consist of:  a member of the Board of Directors of the Colorado River Water Conservation District, a member of the Board of Directors of either NCWCD or DWB, the Director of the Colorado Department of Natural Resources, and a member of the Board of Directors of a conservation or recreation Interest Group member.  The Review Committee shall meet to consider the disputed issue and shall provide non-binding guidance to the GC within 15 days of the date of referral.

c.      Subsequent to the Review Committee's guidance to the GC, and upon the request of any Interest Group, the GC may terminate the SG's Plan upon the affirmative vote of at least five Interest Groups.  Any such GC vote regarding

BLM_0017856

termination of the SG Plan shall occur no later than 90 days following the meeting referred to in paragraph VI.J.4.b., above. Should the Plan not terminate, the underlying causes for the vote shall be made an agenda item for the next regular or special called meeting, at which time appropriate follow-up actions shall be determined.

d.      The GC may agree to shorten or lengthen the timeframes provided above by consensus, upon the good faith request of any GC member.  An example of a good faith request may be to allow additional time for the internal study or technical/scientific review of an alleged significant risk or to shorten the applicable timeframes when reasonable evidence exists of an existing or imminent substantial risk to an ORV.

K.  Withdrawal from the Plan.

Each stakeholder reserves its right to withdraw from participation in the Plan at any time.

1.      Withdrawal Procedure:  Before withdrawing from the Plan, a stakeholder or Interest Group shall provide written notice to the Governance Committee, at which time the Committee shall call a special meeting for the purposes of discussing the reasons for withdrawal and potential alternatives.

2.      Effect:

a.      Withdrawal from the Plan by one Interest Group or individual stakeholder(s) does not terminate the Plan.  However, subsequent to any withdrawal, the remaining SG may choose to take action to terminate the Plan.

b.      Withdrawal of an Interest Group from the Plan will result in the automatic adoption of the ORV Indicators and Resource Guides in effect at the time of the Interest Group's withdrawal as permanent for purposes of the Plan, unless otherwise agreed to by the withdrawing Interest Group.

c.      Following the withdrawal of one Interest Group, Section VI.F.2. of the Plan shall automatically be revised to read as follows:  "A quorum consists of at least 10 of the 15 GC members, reflecting all 5 of the Interest Groups."   The voting requirements under the Plan shall stay the same.

BLM_0017857

     d.    Withdrawal of more than one Interest Group will terminate the Plan.

L.    <u>Reimbursement of Funds</u>.

In the event of withdrawal by a single Interest Group or individual stakeholder (the Withdrawer), the Withdrawer shall not be entitled to a refund of any annual dues that support the Plan activities and shall make any contributions required to be paid to the Plan for costs which have been obligated prior to the effective date of the withdrawal.  The Withdrawer will be reimbursed for monies then remaining out of the original monies contributed to an Endowment Fund (except as otherwise provided by the terms of any contract or permit), but with no consideration for accrued interest associated with such contribution to the Endowment Fund.  The remaining Interest Groups shall amend the Plan as necessary to reflect changes in the cost and revenue allocations.

In the event the Plan is terminated in accordance with Sections K.2.a. and K.2.d., any unexpended and uncommitted funds shall be distributed proportionately to those Interest Groups remaining in the Plan at the time of termination based on each party's percentage share of the original contribution.

## VII.  NEW PROJECTS

A.    This section applies to new projects or facilities that require federal authorization, funding, or assistance (regardless of whether any water rights to be exercised by the new project pre-date the Plan), including changes to existing projects undergoing federal permitting or requesting federal funding or other federal assistance.

B.    Proponents of new projects may choose to include ("opt-in") the project in the Plan as provided below.

To opt-in a new project, the proponent shall:

1.    Inform the SG of the proposed project and provide pertinent information in a timely manner sufficient to allow the SG to provide written comments on the proposed project within any applicable public comment period.  The SG will review the proposed project and will consider the impact of the proposed project on the ORVs in Segments 4 through 7 with consideration of the provisions of VII.B.2. and VII.B.3., below.  The SG will provide timely SG

BLM_0017858

comments and recommendations thereon to the permitting agencies upon unanimous consent of the SG. Individual stakeholders may submit separate comments on an opt-in project's impacts to ORVs in Segments 4 through 7 provided they have first attempted to develop consensus comments and recommendations inclusive of their views as a member of the SG. However, this requirement shall not apply to the State.

2.      Formally endorse the Plan and commit to participate in the Cooperative Measures procedures in Section IV.B. and the Funding provisions in Part VIII; and

3.      Formally commit to meet either subparagraph a. or b. below:

   a.      Demonstrate that project operations will not unreasonably diminish the ORVs; or

   b.      Demonstrate that project operations will be subject to mitigation to avoid unreasonably diminishing the ORVs.

Satisfaction of the criteria set forth in paragraph VII.B.3., above, shall be determined by the permitting or authorizing agency(ies) through the agencies' standard approval procedures. The Resource Guides are not intended to be used by agencies or entities as the criterion for evaluating a project's effects on the ORVs, regardless of whether the project has or has not opted-in to the Plan. If a SG member uses or promotes the guides for evaluating project effects or as permitting criterion during current or future project permitting, any Interest Group may terminate the Plan following consultation with the full SG. This requirement does not preclude individual stakeholders from submitting comments regarding compliance with State regulatory standards applicable to aspects of a project separate from the ORVs. Moreover, nothing herein shall be interpreted to preclude or limit the use of any data regardless of whether such data has been used in the negotiation of the Resource Guides.

The SG intends that permitting agencies will conduct their own independent assessment of a project's impacts to the ORVs, if any. Membership as a stakeholder is not intended to be used as criterion for determining whether a project proponent has addressed potential ORV impacts, if any, of a proposed project; nor shall it be used as a component of any demonstration that project operations will not unreasonably diminish the ORVs (except as may otherwise be agreed between the project proponent and the SG).

BLM_0017859

After permit issuance, the SG will not oppose or administratively or judicially challenge an opted-in new project on the basis of project impacts to ORVs in Segments 4 through 7, and any individual stakeholder seeking to do so shall be required to withdraw from participation in the SG Plan prior to taking such action.  An opt-in project proponent seeking to challenge a permit decision or permit conditions related to project impacts to ORVs in Segments 4 through 7 shall likewise be required to withdraw from participation in the SG Plan prior to taking such action.  Subsequent participation in the SG Plan by the withdrawing stakeholder shall require unanimous approval of the SG.  It is the SG's intent that withdrawal of a stakeholder from the Plan pursuant to this paragraph shall not trigger reconsideration of any prior agency determinations with regard to that stakeholder's own project effects on ORVs unless participation in the Plan is a condition of that project's permit.  The exercise of State or local government statutorily mandated review or approval authorities with respect to a proposed opt-in project shall not constitute an opposition or challenge warranting that entity's withdrawal from participation in the SG Plan pursuant to this paragraph.  Nothing in the Plan shall be deemed or construed to preclude any SG member from participating in any water rights litigation.

C.      Additional Incentives for Opt-in

The SG will consider further incentives for a project proponent to opt-in to the Plan on a case-by-case basis.


## VIII.   FUNDING

A.      Endowment Fund.

1.      *Creation of an Endowment Fund.*  Within three years after the effective date of the Plan, the SG will seek to create an endowment fund of at least $1.5 million, which will also be called the corpus.  It is the goal of the SG that each member shall make a financial contribution to the endowment fund, in an amount that takes into consideration each member's financial ability to contribute.  Awards or grants from governmental and private entities can be accepted as part of a member's contribution to the endowment fund.  The endowment fund shall be created and expended consistent with the requirements to qualify and maintain status as a 501(c)(3) entity.  The SG's intent is to preserve the corpus to be used for protecting and enhancing ORVs, rather than for administrative and routine operation costs, which will be funded by other mechanisms described below.

BLM_0017860

2.    *Trustee Appointment*.   Within three years after the effective date of the Plan, the GC will appoint a trustee for the endowment fund. The trustee shall have all the necessary powers within the law to invest, maintain and manage the endowment fund.  These powers shall include accepting donations, applying for grants, bequests, loans, or undertaking other financial transactions to maintain or enhance the endowment fund.  Powers also include contracting with banks or other depositories for the funds and lawfully depositing and withdrawing money from the fund.  In addition, the trustee shall be responsible for ensuring that all distributions are in accordance with the restrictions placed on endowment contributions.

a.    The GC shall adopt a Statement of Investment Policy and Objectives (Statement) in order to establish a clear understanding on the part of the GC and the trustee of the investment objectives and guidelines for the endowment fund.  The Statement will also provide the GC a basis for evaluation of the trustee's performance.

b.    The Statement might provide that the primary investment goal is the preservation of the principal after taking into account inflation.  A secondary objective could be to earn the highest possible rate of return consistent with prudent standards for preservation of capital.

3.    *Endowment Fund Spending*.  The GC may allocate funds to projects or other associated efforts which, in its view, will further the preservation, protection, or enhancement of the ORVs.  If a primary goal of the investment is to preserve the principal, the GC may decide to have a goal to limit the spending, to the extent it can, to just the interest earned.  The GC may instruct the trustee to contract with any receiving entity for the completion of projects or other associated efforts, including requirements for escrows, inspection, bonding, collateral, or other guarantees of project or associated effort completion.  Such efforts may require the Trust to hire staff, purchase or rent facilities, equipment, or other property, and contract for goods and services necessary to further its purposes.

*Purpose of Endowment Fund*.  The purpose of the endowment fund is to provide supplemental resources to protect and enhance the ORVs in the Colorado River between Kremmling and the confluence of No Name Creek also known as BLM Segments 4

BLM_0017861

through 7.  Funding is limited to the ORVs identified in those respective segments described in Part II of this Plan.

4.    *Specific Limitations on Use of Endowment Funds*.  In addition to the general restrictions on the use of funds described below, the following specific limitations will apply to the use of the endowment funds.

    a.    *Protection of Corpus*.  The GC shall at all times endeavor to maintain the corpus of the endowment.  However, it is recognized that opportunities may arise where the benefits of using some portion of the corpus significantly outweigh its diminishment.  Specifically, where the opportunity exists to match in-kind or financial contributions on a one-to-one or greater basis for a project or program meeting the allocation guidelines, the GC shall be empowered to authorize expenditure of no more than 15% of the corpus during any fiscal year.  Such expenditure shall require the unanimous consent of all Interest Groups.  Any funds expended under this provision shall be credited towards the endowment contribution requirements.

    b.    *Administrative Costs*.  No more than 15% of expenditures within any calendar year shall be used for administrative costs.  This limitation does not apply to non-discretionary expenses such as responding to IRS audits or litigation, financing, repairs or reimbursements caused by accident, unanticipated damage and acts of God.

    c.    *Not for Operations and Maintenance*.  The GC shall generally restrict its expenditures to projects and associated efforts that further the protection and enhancement of the ORVs within BLM Segments 4 through 7.  Generally, expenditures should not be made for ongoing operations and maintenance of such projects.

B.    <u>Funding Assessment</u>.  In addition to other funding sources, the Plan will establish and rely on memberships to help fund administrative and operating costs and associated efforts under the Plan.  The GC shall maintain a list, updated at least annually, of such members.  The GC shall issue to every participating member of the Plan a letter of membership that will evidence that member's participation in the Plan.  Membership participation shall be open to any person, natural or corporate, upon contribution to the endowment fund and payment of appropriate assessments so long as the participant "opts in" in accordance with Part VII of this Plan.

BLM_0017862

1.   *Classes of Membership*.  Members of the Plan will be issued a letter of membership based on the member's classification as determined by the GC.  Each member shall be included in only one of the following classes, which conform to the Interest Groups and have equal voting rights:

    a.   West Slope Water Conservancy/Conservation Districts and Landowners/Water Users.
    b.   Local Government.
    c.   Trans-Mountain Diverters.
    d.   Conservation/Environmental/Fishing.
    e.   Recreational Floatboating.
    f.   State Interests (e.g., CWCB, CDOW, and State or Division Engineer).

2.   *Assessments*.  Annual assessments will be levied to each Interest Group in amounts sufficient in total to meet the administrative and operating costs and any debt service requirements as identified by the GC. The first year after the effective date of the Plan, the SG anticipates an assessment of $10,000 levied to each Interest Group.  Assessments are expected to vary in accordance with actual costs, and will be established by the GC on an annual basis.[18]

Nonpayment of annual assessments shall be cause (with ameliorating circumstances being taken into account) for an Interest Group to lose its voting privileges during the period of non-payment.

3.   *In-kind contributions*. In-kind contributions from stakeholders may be accepted as part of a member's contribution to the annual assessment.

4.   *Unspent funds*.  At the end of each fiscal year, unspent operating funds in excess of $50,000 may be re-allocated to the Endowment Fund, as determined by the GC.

C.   <u>Funding from Grants</u>.  The SG will actively seek grants from federal, state, local and private entities to fund projects and efforts that enhance and protect the ORVs.  The use of funds from these grants will comply with underlying specifications and requirements of those grants.

---

[18] Assessments to governmental entities would be subject to annual appropriation.

BLM_0017863

D.  <u>Leverage of Funding with BLM</u>.  In addition to the funding described above in Sections VIII.A.-C., the SG will cooperate and coordinate with the BLM to leverage funds through the BLM's Challenge Cost Share program, the BLM's Recreation Resource Management program, and other similar types of BLM programs to be used on specific projects that protect and enhance the ORVs.

E.  <u>State of Colorado Wild and Scenic Rivers Fund</u>.  In addition to the funding described above in Sections VIII.A.-D., the SG will request funds from the Wild and Scenic Rivers Fund created as part of Senate Bill 09-125, codified in C.R.S. § 37-60-122.3.  The request for funds will be made in accordance with the underlying legislation and the criteria/guidelines for these funds called the *Terms and Conditions Developed by the Colorado Water Conservation Board for the Allocation of Funds from the Wild and Scenic Alternatives Fund*, approved at the CWCB meeting January 26-27, 2010.

F.  <u>General Limitations on Use of Funds</u>.

   1.  *GC Control*.  The GC shall control all use of the funds, and all restrictions herein apply to the GC.

   2.  *Effect on ORVs*.  Grants, loans or other disbursements shall be made only for protection, preservation, or enhancement of the ORVs within BLM Segments 4 through 7.

   3.  *No Political Spending*.  No funds shall be used for any political purpose, including but not limited to contribution to political parties or causes, contributions to or promotion of candidates for public office, publication or contribution to flyers, brochures or other printed materials supporting issues or candidates, lobbying, or contributing to materials to be used for lobbying.

   4.  *No Opposition to Water Development*.  No funds shall be used to directly challenge or oppose water development or water operations.

   5.  *Consideration of All ORVs*.  When considering funding a project, the GC shall weigh the harms and benefits to all ORVs.  Funds shall not be used for a project that would unduly harm one ORV to benefit another.

   6.  *Public Meetings*.  The GC shall grant funding only in meetings open to the public.  Notice of public meetings will be provided in accordance with Section VI.E. of this Plan.

BLM_0017864

7.   *Public Benefit*.  The GC shall grant funding only for projects and associated efforts that are accessible to and/or benefit the public. No funds shall create improvements on private property that would significantly enhance the value of the property unless the property is leased to a public entity and the improvement serves the public purpose of that entity.

G.   Distribution of Assets Upon Dissolution.  Upon dissolution or final liquidation of the [SG entity], all of its assets remaining after payment or provision for all its liabilities shall be paid over or transferred to a corporation or governmental entity established to fulfill the same purposes (in whole or in part) for which [the SG entity] was established.  If no such entity is created for that purpose, the assets may be distributed or conveyed to one or more governmental units within the meaning of Section 170 (b)(1)(A)(v) of the Internal Revenue Code or to the Colorado Division of Wildlife for the benefit of wildlife habitat within or without the State of Colorado, or if such a transfer is not possible or practical, the assets may be distributed to and among one or more exempt organizations described in Section 501(c)(3) of the Internal Revenue Code for exclusively public purposes.  The organizations or governmental units to receive such property, and their respective shares and interests, shall be determined by the GC.  Any such assets not disposed of shall be disposed of by the appropriate court of the county in which the principal office of the [entity] is then located exclusively for such purposes or to such organization or organizations as said court shall determine are organized and operated exclusively for exempt purposes.

## IX.   AGENCY COORDINATION

A.   Coordination with BLM and the USFS.

1.   Coordination between BLM, USFS, and the SG is important to the successful implementation of the SG Plan.  The SG proposes that BLM and the USFS become non-voting members of the SG's Governance Committee and fully participate in the Committee's activities.

2.   The Governance  Committee will provide an annual report to BLM and USFS summarizing efforts and activities related to implementation of the Plan including, but not limited to, status and results of monitoring efforts, status of ORV Indicators, Cooperative Measures, funding, and other pertinent information.

BLM_0017865

3.   The Governance Committee recommends that the BLM and USFS provide notification to the GC of any federal activity that may affect Segments 4 through 7 of the Colorado River.

4.   The Governance Committee will notify BLM and the USFS within 30 days if monitoring indicates that an ORV Indicator has not been met.

B.   Interagency Coordination.

1.   Coordination with and the cooperation of other federal agencies whose decisions may affect the ORVs is important.  The SG proposes the development of an MOU between BLM and the USFS and other federal agencies, including but not limited to the U.S. Army Corps of Engineers, the Bureau of Reclamation, the U.S. Fish and Wildlife Service, and the Federal Energy Regulatory Commission, which describes how their actions will relate to the SG Plan.

2.   Elements of the MOU should include, but not be limited to, acknowledgment of the SG Plan as the management alternative adopted by BLM and the USFS for Segments 4 through 7 of the Colorado River; data sharing; notification of federal agency activity that may affect these segments; recognition that the Resource Guides are to be used solely for purposes internal to operation of the Plan; and appropriate coordination and consultation procedures.

BLM_0017866

# LIST OF ATTACHMENTS

Attachment A:      Milestones for Implementation of Tier 1 Long-Term Protection
                   Measures and Mechanisms for addressing Changed
                   Circumstances

Attachment B:      Time Line and Task List

Attachment C:      Existing Flow Conditions

Attachment D:      Provisional Period Monitoring Plan

BLM_0017867

# Attachment A

## Milestones for Implementation of Tier 1 Long-Term Protection Measures, and Mechanisms for Addressing Changed Circumstances in Long-Term Protection Measures

I.   <u>Milestones for Implementation of Tier 1 Long-Term Protection Measures</u>.

  A.   *Measure 1*:  Appropriation of a CWCB Instream Flow(s).  Refer to section IV.A.1. of the Plan.

   1.   The SG will make a written recommendation for appropriation of instream flow(s) to the CWCB on or prior to April 15, 2011.  The SG's recommendation will include results of the most recent data collection available.

   2.   CWCB will declare its intent to appropriate ISF(s) prior to May 31, 2011, which initiates the notice and comment procedure under Rule 5 of the Rules Concerning the Colorado Instream Flow and Natural Lake Level Program.  The SG will participate in the process to support an ISF appropriation(s) that is(are) consistent with the SG's recommendation to the CWCB.

   3.   CWCB will file a water court application to adjudicate an instream flow(s), on or prior to December 31, 2011.  This date will set the administrative priority of the instream flow with respect to junior water rights.

   4.   Entry of a final decree for CWCB's instream flow(s) should occur prior to December 31, 2015.  Individual participants in the SG will consider participating in the CWCB ISF adjudication process in support of the CWCB's application.

  B.   *Measure 2*: Delivery of water to downstream demands.  Refer to section IV.A.2. of the Plan.

   1.   This is an existing feature of Colorado's stream administration and operations on the Colorado River that delivers previously stored water through the subject stream segments to downstream demands.  No milestones are necessary to implement this existing long-term protection measure.

BLM_0017868

C.  *Measure 3*: Existing water rights administration.  Refer to section IV.A.3. of the Plan.

    1.  This is an existing feature of Colorado's stream administration and operations on the Colorado River that operates to curtail diversions (or require the replacement of such diversions) from upstream junior water users to provide water through the subject stream segments for delivery to downstream senior water rights.  No milestones are necessary to implement this existing long-term protection measure.

D.  *Measure 4*: Delivery of water to the 15-Mile Reach in the Grand Valley pursuant to the Upper Colorado River Recovery Program.  Refer to section IV.A.4. of the Plan.

    1.  This is an existing mechanism by which water is delivered from upstream reservoirs for the benefit of the endangered fish species in the Grand Valley on a temporary basis.  The water deliveries are protected through the subject stream segments downstream through the 15-Mile Reach of the Colorado River.  The SG recognizes that negotiations are currently proceeding in a separate forum to develop alternative sources of supply for the water users' portion (10,825 acre feet) of water delivered to the endangered fish.  The water users' portion has historically averaged (1998 – 2008) approximately 9.1% of the total amount of water delivered to the fish, and 12.8% of the water delivered to the fish from sources above Kremmling (Table A.1.).  The SG recognizes that a portion of the water users' obligation likely will cease to be delivered from points above Kremmling, and instead will be made from sources of water downstream of Segments 4 through 7.  Significant releases of water to the endangered fish can be expected to continue to be made from Green Mountain Reservoir pursuant to the Recovery Program and the operation of the Green Mountain Reservoir Rule Curve established in the Orchard Mesa Check Decree, Case No. 91CW247, Water Division 5.  No milestones are necessary to implement this existing long-term protection measure.

II.  <u>Mechanisms for Addressing Changed Circumstances in Long-Term Protection Measures</u>

A.  Examples of Changed Circumstances that Trigger Action of the SG.

    1.  *Measure 1*: Examples of a Material Change in Circumstances include, but are not limited to: the CWCB's appropriation of an ISF that is not consistent with the SG's recommendation to the CWCB;

Page 53 of 70

BLM_0017869

a significant new water right appropriation upstream of or within the subject stream reaches that is senior to the CWCB's anticipated ISF(s); the CWCB's determination to abandon its instream flow water right or to allow the inundation of part of the instream flow right; or an administrative or judicial reduction of the instream flow right.

2.     *Measure 2*: Examples of a Material Change in Circumstances include, but are not limited to, a change in the operating procedures by which previously stored water is released from Green Mountain Reservoir under the 1984 Operating Policy and the terms of the Orchard Mesa Check Decree, Case No. 91CW247, Water Division 5.

3.     *Measure 3*: Examples of a Material Change in Circumstances include, but are not limited to, a reduction, elimination, or other significant change from historical practice in the operation of the administrative call of the Shoshone Power Right, except for (1) the changes from historical practice expressly set forth in the Agreement Concerning Reduction of Shoshone Call between Xcel Energy and the Denver Water Board, which has a term from January 1, 2007 to February 28, 2032 (2007 Shoshone Agreement); and (2) any longer period of relaxation pursuant to paragraph 5 of the 2007 Shoshone Agreement agreed to between the Denver Water Board and the Colorado River Water Conservation District.  Other examples of a Material Change in Circumstance would be an abandonment, material reduction, or material change in the manner of operation of the Cameo group of water rights.

4.     *Measure 4*: As discussed above, the SG expects a non-material change in the methods by which water will be delivered to the endangered fish in the 15-Mile Reach.  Examples of a Material Change in Circumstances related to implementation of Measure 4 include, but are not limited to: (A) the currently-proposed 5,412.5 acre-feet of Granby Reservoir releases are no longer provided; (B) the first enlargement of Wolford Mountain Reservoir (decreed in Case No. 95CW281, Water Division No. 5, is no longer available for release for delivery to the 15-Mile Reach for endangered fish species purposes; or (C) the mechanism for the release of Historic Users Pool "Surplus" water as provided in the Orchard Mesa Check Decree, Case No. 91CW247, Water Division 5 is no longer available.

BLM_0017870

**TABLE A.1.**
**ANNUAL SUMMARY OF HISTORICAL RECOVERY PROGRAM RELEASES (Acre Feet)**

| | RESERVOIR RELEASES TO 15 MILE REACH (Acre Feet) | | | | | | | | | | | |
| | FISH POOL RELEASES | | | | | DISCRETIONARY RELEASES | | | | | | |
| Year | Green Mtn HUP Surplus | Ruedi Fish Pools | Wolford Water Users | Wolford USFWS Pool | Williams Fk Reservoir Water Users | Green Mtn Reservoir | Wolford Mtn Reservoir | Dillon Reservoir | Williams Fk Reservoir | Granby Reservoir | Willow Ck Reservoir | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998 | 31,736 | 20,803 | 0 | 6,000 | 0 | 0 | 5,516 | 0 | 0 | 0 | 0 | 64,055 |
| 1999 | 35,564 | 20,418 | 0 | 4,939 | 0 | 0 | 0 | 11,479 | 1,825 | 26,914 | 3,382 | 104,521 |
| 2000 | 47,187 | 19,064 | 5,409 | 6,000 | 3,858 | 0 | 0 | 0 | 0 | 0 | 0 | 81,518 |
| 2001 | 34,657 | 21,345 | 5,413 | 3,078 | 5,369 | 0 | 0 | 0 | 0 | 0 | 0 | 69,862 |
| 2002 | 0 | 10,975 | 0 | 300 | 3,757 | 0 | 0 | 0 | 0 | 0 | 0 | 15,032 |
| 2003 | 47,526 | 20,434 | 0 | 286 | 3,757 | 0 | 0 | 0 | 0 | 0 | 0 | 72,003 |
| 2004 | 119 | 15,981 | 0 | 0 | 2,678 | 0 | 0 | 0 | 0 | 0 | 0 | 18,778 |
| 2005 | 31,200 | 17,163 | 1,000 | 0 | 3,814 | 0 | 0 | 0 | 0 | 0 | 0 | 53,177 |
| 2006 | 25,358 | 19,680 | 5,413 | 5,233 | 5,412 | 0 | 0 | 0 | 0 | 0 | 0 | 61,096 |
| 2007 | 32,745 | 14,273 | 4,339 | 0 | 2,394 | 0 | 2,500 | 0 | 0 | 0 | 0 | 56,251 |
| 2008 | 61,433 | 20,423 | 5,413 | 3,189 | 5,367 | 0 | 1,829 | 0 | 0 | 0 | 0 | 97,654 |
| Mean (98 - 08) | 31,593 | 18,233 | 2,453 | 2,639 | 3,310 | 0 | 895 | 1,044 | 166 | 2,447 | 307 | 63,086 |
| Water Users (98 - 08) | | | 2,453 | | 3,310 | | | | | | | 5,763 | 9.1% |

**IF HISTORICAL DISCRETIONARY RELEASES ARE CONSIDERED AND ASSUMED TO CONTINUE**

Historical Releases above Kremmling

| | Green Mtn HUP Surplus | Ruedi | Wolford Water Users | Wolford USFWS Pool | Williams Fk WU | Green Mtn | Wolford Mtn | Dillon | Williams Fk | Granby | Willow Ck | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Releases | 31,593 | N/A | 2,453 | 2,639 | 3,310 | 0 | 895 | 1,044 | 166 | 2,447 | 307 | 44,853 | |
| Water Users Portion | | | 2,453 | | 3,310 | | | | | | | 5,763 | 12.8% |

Estimated Future Releases above Kremmling

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Releases | 31,593 | N/A | 0 | 2,639 | 0 | 0 | 895 | 1,044 | 166 | 7,859 | 307 | 44,502 | |
| Water Users Portion | | | | | | | | | | 5,412 | | 5,412 | 12.2% |

REDUCTION IN TOTAL DELIVERIES ABOVE KREMMLING = 351 | 0.8%

**IF HISTORICAL DISCRETIONARY RELEASES ARE ASSUMED TO NOT CONTINUE**

Historical Releases above Kremmling

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Releases | 31,593 | N/A | 2,453 | 2,639 | 3,310 | 0 | 0 | 0 | 0 | 0 | 0 | 39,995 | |
| Water Users Portion | | | 2,453 | | 3,310 | | | | | | | 5,763 | 14.4% |

Estimated Future Releases above Kremmling

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Releases | 31,593 | N/A | 0 | 2,639 | 0 | 0 | 0 | 0 | 0 | 5,412 | 0 | 39,644 | |
| Water Users Portion | | | | | | | | | | 5,412 | | 5,412 | 13.7% |

REDUCTION IN TOTAL DELIVERIES ABOVE KREMMLING = 351 | 0.9%

BLM_001871

**Attachment B**

## Timeline and Task List

1.  <u>Period Prior to Submittal of an Endorsed Plan.</u>

    A.   SG to come to resolution on amount of recommended ISF by April 15 or come to alternative resolution on how the CWCB process will proceed prior to endorsement of Plan.

    B.   SG to finalize language for definition of year-types for inclusion in Plan based on conceptual agreement to use Colorado Basin River Forecast Center forecasts of undepleted flow to predict the year type prior to the recreation season for informing the upcoming year's discussion about Cooperative Measures, and to use measured/depleted flows at the end of the wild and scenic year for evaluation of post-recreation season comparison to the boating Resource Guides.

    C.   SG to consider whether to include more detailed description of simulated future flows.

    D.   Prior to endorsement on April 30th, 2011, the SG intends that any contact with press about this Plan should be handled through Rob Buirgy, Project Manager; or the BLM/USFS.

2.  <u>Period Following Submittal of an Endorsed Plan until Effective Date</u> (i.e., before BLM/USFS approve the Plan as the alternative in the ROD).

    A.   Decisions made in this period are all by unanimous consensus of all stakeholders, continuing the current process of negotiation and compromise.

    B.   Provide formal SG Endorsement of Plan to BLM/USFS no later than April 30, 2011.[19]

    C.   Begin monitoring:
         (1)   Gather data collected by others (e.g., CDOW fish biomass).
         (2)   SG fund and gather data (e.g., conduct creel surveys, recreation surveys) if SG unanimously agrees to funding of such efforts.
         (3)   Evaluate monitoring data compared to provisional Resource Guides and provisional ORV Indicators.
         (4)   Prepare Annual Monitoring Report.

---

[19]   Aurora Water will initiate the endorsement process by April 30, 2011 but due to Aurora's procedural rules will not be able to obtain formal endorsement until June 2011.

BLM_0017872

D.      No SG Plan funding assessments (Section VIII.B.2.) to be levied during this period.[20]

E.      Stakeholders will engage in a good faith effort toward reaching agreement on final Resource Guides and ORV Indicators; outline studies and data collection to be done in the provisional period.  By unanimous consensus among all stakeholders, ORV Indicators and Resource Guides could be finalized during this period and would become effective upon the effective date of the Plan.

F.      Explore Cooperative Measures in accordance with the process set forth in the Plan.

G.      Conduct discussions and make written recommendation to CWCB for the base flow in-stream flow pursuant to C.R.S. §37-92-102 in accordance with Section IV.A.1. of the Plan.

If the CWCB does not file a water court application by the anticipated date in Attachment A, and the Plan has not become effective, the stakeholders will discuss the cause of the delay and request that the CWCB file an application for the recommended instream flow as soon as possible within the next calendar year.  In addition, the stakeholders will determine whether the delay in filing an application will result in a material diminution in the amount of water available in priority to the anticipated CWCB instream flow.  If it is determined by unanimous consent of all stakeholders that a material diminution will exist, the stakeholders may decide to implement management activities to reasonably mitigate the decrease in water available in priority to the instream flow.

If a final decree for a CWCB instream flow is not entered by the date anticipated in Attachment A, and the Plan has not become effective, the stakeholders will discuss the cause of the delay.  The stakeholders will determine whether the delay causes any material adverse impact to the purpose of the Long-Term Protection Measures.  If it is determined by unanimous consent of all stakeholders that a material adverse impact exists, the stakeholders may decide to implement management activities to reasonably mitigate the material adverse impact.

---

[20] Prior to expiration of the period for exercise of the Poison Pill, members of the SG would continue to contribute annual funding to the SG Plan, but shall not be required to contribute endowment funding under the Plan.  The Homestake Partners will also only contribute annual (not endowment) funding to the SG Plan unless or until the ERMOU Project is "opted in" as a new project.

BLM_0017873

H.   Continue discussions on commitments to the Plan on behalf of the Windy Gap Firming Enterprise, Northern Water and Denver Water pursuant to Section III.C.2.c. of the Plan (Poison Pill).

I.   Hold full SG meetings (quarterly or semi annually) and prepare annual report/update; make any changes/refinements to the Plan agreed upon by all stakeholders.

J.   Develop MOU among SG members for provisional period of Plan.  A long-term MOU or legal entity would be entered into subsequent to sunset of the Poison Pill.

K.   Begin discussions and review relevant data to determine the extent to which channel maintenance flows may be incorporated into the Plan.

L.   By unanimous consensus of all stakeholders, other tasks can be performed as needed.

3.   <u>BLM/USFS Adoption of Plan without Material Changes – Plan becomes Effective</u>

A.   Provisional Period:  First 3-to-5 years of Plan Implementation

(1)   Within 3 years or sooner, develop final Resource Guides and ORV Indicators by unanimous consent (6/6) of Interest Groups.

(2)   Execute MOU among SG members for provisional period of Plan. A long-term MOU or legal entity would be entered into subsequent to sunset of the Poison Pill.  Develop long-term MOU.

(3)   Interest Groups develop protocol for selection of representatives and procedure for inclusion, and designate alternates and appoint members.

(4)   GC appoints Chair, Vice Chair and Secretary.

(5)   Within 3 years after Plan is effective, create an endowment fund and appoint trustee (per Section VIII.A. of the Plan).

(6)   Begin Provisional Period Monitoring Plan (per Section V and Attachment D of Plan):

a.   Gather data collected by others (e.g., CDOW fish biomass).
b.   SG fund and gather data (e.g., conduct creel surveys, recreation surveys).

BLM_0017874

       c.      Evaluate monitoring data compared to provisional Resource Guides and provisional ORV Indicators.

       d.      Prepare Annual Monitoring Report.

(7)     Study the extent to which channel maintenance flows may be incorporated into the Plan.

(8)     Resolve Project permit issues; notify BLM/USFS if Plan is withdrawn or has continued support, and modify Plan to confirm that Projects fall under Reopener Clause of Plan (Section IV.D.2.).

(9)     Implement Tier 1 Long-Term Measures (per Section IV.A. and Attachment A of the Plan).

(10)    Implement voluntary Tier 2 Cooperative Measures process (per Section IV.B. of the Plan) and hold quarterly meetings (or more frequently, as determined necessary) to assess need for, focus of, and availability of Cooperative Measures (per Section IV.B.3.).

(11)    Hold SG meetings (annual, regular, and special) (per Section VI.E.).

(12)    Perform other tasks determined by unanimous consensus of the SG.

B.    At End of Provisional Period

Implement SG Plan, including, but not limited to:

(1)     Revise Plan for final Resource Guides (potentially including implementation criteria) and ORV Indicators.

(2)     Go through Mediation protocol if final Resource Guides, Indicators and potential implementation criteria are not unanimously agreed upon.

(3)     Revisit recommendation to defer a determination of suitability per the Guiding Principle.

(4)     Using results from the provisional period monitoring, develop and implement Long-Term Monitoring Plan (per Section V.A.2.).

(5)     Execute long-term MOU among stakeholders or legal entity.

(6)     Continue Tier 1 Long-Term Measures.

BLM_0017875

(7)     Continue with voluntary Tier 2 Cooperative Measures process.

(8)     Continue holding SG meetings (annual, regular, and special).

(9)     Perform other tasks determined by unanimous consensus of the SG.

BLM_0017876

# Attachment C

# Existing Flow Conditions: Colorado River near Kremmling



Figure 1
Colorado River near Kremmling (USGS #9058000)
Daily Streamflow Conditions
(1983-2006)

BLM_0017877

## Existing Flow Conditions: Colorado River near Dotsero



**Figure 2**
**Colorado River near Dotsero  (USGS #9070500)**
**Daily Streamflow Conditions**
**(1983-2006)**

BLM_0017878

# Existing Flow Conditions: Colorado River near Kremmling – 1904 to 2006



**Figure 3**
**Colorado River near Kremmling (USGS #9058000)**
**Median Daily Streamflow**
**(1904-2006)**

Note: Colorado River near Kremmling streamflow data is not available from 1919 to 1961 and 1971.

BLM_0017879

**Attachment D**

**Provisional Period Monitoring Plan**

<u>**ORV INDICATORS**</u>

**Recreational Fishing – *Quality Trout*** = <u>24 fish over 14" per acre</u>.  Note:  Current levels of Quality Trout, Biomass, and Species Diversity were collected by CDOW personnel in 2008.[21]  The CDOW plans to collect additional fishery data within BLM Segment 5 every other year.

> <u>Sample site selection</u>:
> <u>Sample collection</u>:
>> Where
>> Who
>> Frequency
> <u>Sample analysis</u>:
> <u>Data management outliers, housing</u>:
> <u>Data analysis</u>:
> <u>Funding</u>:

**Recreational Fishing – *Biomass*** = 2008 data collected by CDOW showed <u>90 lbs. per acre</u>.[22]

> <u>Sample site selection</u>:
> <u>Sample collection</u>:
>> Where
>> Who
>> Frequency
> <u>Sample analysis</u>:
> <u>Data management outliers, housing</u>:
> <u>Data analysis</u>:
> <u>Funding</u>:

**Recreational Fishing – *Species Diversity*** = <u>14 species of fish.</u>

> <u>Sample site selection</u>:
> <u>Sample collection</u>:
>> Where
>> Who
>> Frequency
> <u>Sample analysis</u>:
> <u>Data management outliers, housing</u>:

---

[21]  CDOW data collected in 2010 showed 46 fish over 14" per acre.

[22]  CDOW data collected in 2010 showed 121 lbs. per acre.

BLM_0017880

Data analysis:
Funding:

**Recreational Fishing – *Trout Fishing Effort*** = <u>N/A</u>.  Note: A creel census will be required to quantify Total Fishing Effort and Catch/Unit Effort.   The current estimated annual cost of the creel census will be approximately $25,000.  CDOW has no current plans to conduct a creel census within BLM Segments 4, 5, or 6 of the Colorado River; therefore, this cost, and supervision of the creel census, will likely be the responsibility of the Stakeholder Group.

Sample site selection:
Sample collection:
Where
Who
Frequency
Sample analysis:
Data management outliers, housing:
Data analysis:
Funding:

**Recreational Fishing – *Catch/Unit Effort*** = <u>N/A.</u>

Sample site selection:
Sample collection:
Where
Who
Frequency
Sample analysis:
Data management outliers, housing:
Data analysis:
Funding:

**Recreational Floatboating**

Sample site selection:  During the Provisional Period the Stakeholder Group has defined a narrative Recreational Floatboating ORV indicator.
Sample collection:
Where
Who
Frequency
Sample analysis:
Data management outliers, housing:
Data analysis:
Funding:

BLM_0017881

## ORV RESOURCE GUIDES

**Recreational Fishing – *Flow Guides*** = (Insert Provisional Flow Guide Table when final).

<u>Sample site selection</u>: The Stakeholder Group has identified the USGS stream flow gage at Kremmling as the appropriate flow measuring device to monitor the Fishing Resource Guides for Segments 4, 5 and 6.
<u>Sample collection</u>:
Where: USGS gage 09058000 Colorado River near Kremmling.
Who:  USGS.
Frequency: per USGS.
<u>Sample analysis</u>: USGS or Not Applicable.
<u>Data management outliers, housing</u>: USGS.
<u>Data analysis</u>: The Stakeholder Group will use USGS flow data to compare with the Resource Guide 5-year running average review described in Section III.C.1.
<u>Funding</u>:

**Water Quality**

<u>Sample site selection</u>: Utilize the Colorado Water Quality Control Division (WQCD) Triennial Review Process for compliance with water quality standards protective of aquatic life and recreational uses.[23]
<u>Sample collection</u>: No new water quality sampling is proposed for this effort. The WQCD utilizes most sources of data made available to them to make their assessment of water quality.  Typically this assessment is based on the most recent 5 to 8 years of data.
Where
Who
Frequency
<u>Sample analysis</u>: Not applicable.
<u>Data management</u>: The WQCD's template for summarizing water quality conditions is descriptive and adequate for the Stakeholder Group's purposes. This document is available to the general public.  The 2013 WQCD assessment should be compared with the previous assessment done in 2008.
<u>Data analysis</u>: If degradation of water quality is reported by the WQCD the reported exceedances of water quality standards may be evaluated by the

---

[23]  40 C.F.R. 131.20 provides that each State must specify appropriate water uses to be achieved and protected.  The classification of the waters must take into consideration the use and value of water for public water supplies, protection and propagation of fish, shellfish and wildlife, recreation in and on the water, agricultural, industrial, and other purposes including navigation.  In no case shall a State adopt waste transport or waste assimilation as a designated use for any waters of the United States.

BLM_0017882

Stakeholder Group.  For purposes of the Monitoring Report, the Stakeholder Group should report:

- Was the exceedance for a standard protective of aquatic life or recreation use?
- Were the data indicating exceedance of standards collected from the reach of interest to the SG?

Existing Conditions: Existing Conditions for water quality are characterized  by the WQCD 4-10-08 summary of Upper Colorado River Segment 03 developed for the Triennial Review of WQCC Regulation #33 (See Exhibit 1).

Funding:

## Temperature

Sample site selection: During the Provisional Period, temperature monitoring[24] will be conducted on the mainstem of the Colorado River through the use of temperature loggers located at:

- Colorado River at Dotsero (SG site).
- Colorado River at State Bridge (SG site); a logger is also placed at this location about 5 meters above the river for ambient air temperature.
- Colorado River at Pumphouse (BLM site WS-CO-002).
- Colorado River at Hwy 9 Bridge (DWB site WS-CO-004).

Sample collection: Tidbit or HOBO loggers, deployed in the stream current and protected in PVC pipe with holes.

> Where: Detailed descriptions of locations including photos are recorded. *(see TU example, would be included as attachment to these monitoring protocols.)*
>
> Who:  Deployment and collection of data loggers has been done by staff from the River District, NWCCOG and TU.
>
> Frequency: Deploy temperature loggers after peak runoff, approximately late July, and maintain through early fall. Temperature loggers are set to record at 15-minute intervals.

Sample analysis: Down load data from logger directly to Excel spreadsheets.

Data management:  Currently the River District is holding this data.

Data analysis: Spreadsheet is developed that allows for computation of MWAT and DM statistic.  Daily air temperature and streamflows should be plotted with MWAT and DM for data records that approach or exceed these standards for assessment of the role of these two parameters on stream temperature.

Existing Conditions:  Existing temperature conditions for the Colorado River from Kremmling to Glenwood Springs were evaluated as part of the WQCC

---

[24] 40 C.F.R. 131.20 provides that each State must specify appropriate water uses to be achieved and protected.  The classification of the waters must take into consideration the use and value of water for public water supplies, protection and propagation of fish, shellfish and wildlife, recreation in and on the water, agricultural, industrial, and other purposes including navigation.  In no case shall a State adopt waste transport or waste assimilation as a designated use for any waters of the United States.

BLM_0017883

Rulemaking for Regulation #93 (303d list) in 2009.  Based on available representative data, no exceedances of stream temperature standards were found for this portion of the river.
Funding:

**Recreational Floatboating – *Usable Days*** = (Insert Provisional Usable Days Table when final)

Sample site selection: The Stakeholder Group has identified the USGS stream flow gage at Kremmling as the appropriate flow measuring device to monitor Recreational Floatboating Resource Guides for Segments 4, 5 and 6, and the USGS gage at Dotsero for Segment 7.
Sample collection: USGS
Where:  USGS gage 09058000 Colorado River near Kremmling (Segments 4, 5 and 6); USGS gage 09070500 Colorado River near Dotsero (Segment 7).
Who:   USGS
Frequency:  per USGS
Sample analysis: NA.
Data management outliers, housing: USGS.
Data analysis:  The Stakeholder Group will analyze data for comparison with the provisional Resource Guide.
Funding:

BLM_0017884

# Exhibit 1 to Provisional Period Monitoring Plan

## Upper Colorado River Basin Regulation No. 33 Triennial Rulemaking Rationale 4-10-08

**Segment WBID:** *COUCUC03*

**Segment Description:** 3. Mainstem of the Colorado River from the outlet of Lake Granby to the confluence of the Roaring Fork River.

**Designation:** Reviewable

**Classifications:** Aquatic Life Cold 1
Recreation ~~1a~~ E
Water Supply
Agriculture

**Stream Length:** 134.4 miles

**Proposed Changes 2008:** Basin-wide changes: Delete f. coli standards, change As(ac)=50(Trec) to As(ac)=340, add As(ch)=0.02(Trec), and add a temperature standard of cold stream tier II. Add a sculpin-based zinc standard.

**Rationale for Changes 2008:** The deletion of f. coli, and changes to recreation nomenclature, arsenic standards, TVS cadmium standards, and TVS zinc standards are basin-wide changes that correspond with decisions made by the Commission in the June 2005 Basic Standards Rulemaking Hearing (31.44). The Commission changed the recreation use nomenclature so that Recreation 1a waters are now Recreation E (31.44 G.). A sculpin-based zinc standard was added because CDOW records indicate that mottled sculpin are present in the segment and hardness drops below 113 mg/l (31.44 J.). Temperature standards were added to correspond with decisions made by the Commission in the January 2007 Rulemaking Hearing (31.45). Colorado Division of

### Water Quality Data – COUCUC03

| Parameter | TVS | Colorado River blw Lake Granby | |
|---|---|---|---|
| | | NCWCD/RW/ USGS/WQCD All Sites 2001-2007 | n |
| pH, s.u. | 6.5-9.0 | 7.86-8.53 | 349 |
| D.O., mg/L | 6 | 7.95 | 317 |
| Hardness*, mg/L | NA | 109.6 | 339 |
| E. coli, #/100 mL | 126 | 3 | 120 |
| As-D**, µg/L | 0.02 | **0.36** | 106 |
| Cd-D, µg/L | 0.45 | 0.00 | 221 |
| Cu-D, µg/L | 9.68 | 1.30 | 247 |
| Fe-D, µg/L | 300 | 171 | 215 |
| Fe-Trec, µg/L | 1000 | 215 | 189 |
| Pb-D, µg/L | 2.78 | 0.00 | 156 |
| Mn-D, µg/L | 50.0 | **60.1** | 209 |
| Se-D, µg/L | 4.60 | 0.13 | 167 |
| Ag-D, µg/L | 0.09 | 0.00 | 80 |
| Zn-D, µg/L | 128.4 | 6.7 | 192 |
| U-D**, µg/L | 30 | 1.00 | 44 |
| $NH_3$, mg/L | TVS | 0.030 | 199 |
| $NO_3$, mg/L | 10 | 0.023 | 139 |
| $SO_4$, mg/L | 250 | 54.6 | 187 |

\* Hardness measured as $CaCO_3$ mg/L
\** Standard is Trec

Wildlife (CDOW) records indicate that cold stream tier II fish are present in this segment. Temperature data from the most recent 7 years from all available stations in the segment were compared to the fish-based temperature standards to assess the attainability of those standards (see tables below). Sufficient temperature data (minimum 3 evenly spaced samples per day) were not available to assess attainment of the MWAT, so only the attainability of the DM standard was assessed.
This assessment indicates that the cold stream tier II DM standards are attainable.

**Aquatic Life:** CDOW records indicate brown and rainbow trout; northern pike; roundtail chub; mountain whitefish; speckled and longnose dace; mottled sculpin; and bluehead, flannelmouth, longnose, mountain, and white suckers are present in the mainstem Colorado.

BLM_0017885