The natural gas price projections allow for some generalizations concerning future gas drilling and production activity in the Uncompahgre Planning Area. For the short term, the interest in natural gas exploration in the Uncompahgre Planning Area will likely continue or decrease since prices dropped sharply in 2011 and 2012. Similarly, recent interest in new exploration of potential gas plays may be curtailed by low gas prices. The resilience of drilling levels, despite low natural gas prices, is in part a result of high crude oil prices, which significantly improve the economics of natural gas plays that have high concentrations of crude oil, condensates, or natural gas liquids. The level of future drilling activity will likely be driven more by the success of drilling efforts currently underway in the southern Piceance basin, than by wellhead prices.

Increases in future natural gas production to accommodate projected increased demand is anticipated to come partly from the Rocky Mountain area, in particular shale gas resources. It is difficult to predict how much new gas production is expected to come from reservoirs in the Study Area. According to the United States Geological Survey, 0.06 percent of the total United States undiscovered conventional gas resource is attributed to the Piceance basin, and 0.91 percent attributed to the Paradox basin (U.S. Geological Survey, 2008c). Much of the current gas production from these basins lies outside of the Study Area. Any additional gas produced from the Study Area plays is expected to come mainly from new Cretaceous shale gas and coalbed gas discoveries in the southern Piceance basin, and possibly the extension of Pennsylvanian (Gothic and Hovenweep) shale gas plays into the Paradox basin part of the Study Area. If these plays prove successful in the Study Area, gas drilling will likely be at levels not historically experienced in the Study Area.

## Oil Prices

U.S. energy demand and economic activity in 2012 will gain some momentum from last year's doldrums but growth for each will remain anemic (Radler, 2012). Total energy demand will increase by 1.2% in the U. S., according to Oil & Gas Journal's annual Forecast & Review. Early estimates indicate that in 2011 demand climbed by a mere 0.3%. But uncertainties abound this year—from the state of the European Union and its economies weakened by debt defaults to the effect of the West's reactions to Iran's development of nuclear capabilities—and it's those uncertainties that will drive the 2012 oil market.

Data for Figure 21 (historical and projected crude oil prices) were obtained from the Energy Information Administration (2011). The data are projected averages of low sulfur light crude oil prices and are made in nominal dollars. Historical prices represent the actual average price at the wellhead and show the historic volatility that has occurred in crude oil prices in Colorado. Prices began declining in the early 1980's from a high of $35.69 in 1981 to a low of $12.56 in 1998. A significant climb is seen in oil prices starting in 1999 up to 2008. The rise from a low of $12.56 per barrel to the most recent average high of nearly $100 per barrel represents nearly an order of magnitude increase in prices in just eleven years.

BLM_0018658

Prices for crude oil in 2011 remained generally in a range between $74 and $100 per barrel. Low sulfur light crude oil prices (nominal dollars) in the Annual Energy Outlook rise to $125 per barrel in 2019 as pipeline capacity from Cushing, Oklahoma, to the Gulf Coast increases, the world economy recovers, and global demand grows more rapidly than the available supplies of liquids from producers outside the Organization of the Petroleum Exporting Countries (OPEC). In 2035, the average real price of crude oil is about $125 per barrel in 2009 dollars, or about $200 per barrel in nominal dollars.

The Annual Energy Outlook assumes that limitations on access to energy resources restrain the growth of non-OPEC conventional liquids production between 2012 and 2035, and that OPEC targets a relatively constant market share of total world liquids production. There is a wide range of price scenarios and a great deal of uncertainty surrounding future world oil prices. In several resource rich regions, high oil prices, oil sands, expanded infrastructure, further investment in exploration and drilling contribute to additional non-OPEC oil production.

Historically, exploration for oil in the Study Area has been minimal and only two wells have been classified as oil producers. Data from the U.S. Geological Survey's 1995 and 2002 oil and gas assessments for the Paradox and Piceance basins suggests that in the Study Area, only 30 million and 0.74 million barrels of oil exists as an undiscovered resource (U.S. Geological Survey, 1995 and 2002). Two-thirds of the undiscovered resource in the Paradox basin is attributed to the hypothetical Fractured Interbed continuous oil play. If any exploration specifically for oil is to occur in the Study Area it will likely occur in the Paradox basin. However, none of the wells drilled to date have made oil discoveries in the Study Area's portion of the Paradox basin, and any future drilling is thus expected to be minimal. Any new discoveries would most likely come from plays associated with U.S. Geological Survey's Fractured Interbed continuous oil play.

The future gas drilling target areas discussed in the above "Gas Prices" discussion will generally also produce condensate in association with the gas production.

## LEASING

After initial fieldwork, research, and subsurface mapping (which frequently includes use of seismic data), leasing is often the next step in oil and gas development. Leasing may be based on speculation, with leases within high risk prospects usually purchased for the lowest prices.

Leases on lands where the United States owns the oil and gas rights are offered via oral auction at least quarterly. Starting in 2010 these auctions will be held on the first Tuesday of the second month in each quarter. A list of parcels that will be offered for lease, plus their associated environmental stipulations, is published in a "Notice of Competitive Oil and Gas Lease Sale" which is posted at least 45 days prior to the date of each sale. Leasing is a discretionary act of the Secretary of Interior. Parcels offered for lease may be withdrawn at any time prior to lease issuance.

BLM_0018659

Maximum lease size is 2,560 acres and the minimum bid is two dollars per acre. A 365 dollar per parcel administrative fee is charged and the successful bidder must meet citizenship and legal requirements. In addition to the lease bonus, a 1.50 dollar per acre rental is charged for the first five years of the lease and two dollar per acre is charged thereafter. Leases are issued for a ten-year term and a 12.5 percent royalty on any production is required. Leases that become productive are held-by-production and normally do not terminate until all wells on the lease have ceased production. Many private oil and gas leases contain a "Pugh clause," which allows only the developed portion of the lease to be held by production (see Glossary). However, Federal leases have no such clause, allowing one well to hold an entire lease.

Since August 1996, only lands nominated by industry have been offered for lease. Before that date, virtually all Federal lands available for competitive leasing were offered at each sale. Each new lease is reviewed for resource conflicts and contains restrictive stipulations which protect potentially affected, mainly surface, resource values.

Oil and gas prices and exploration success will, to a great extent, determine the amount of acreage leased and bonus bids received. Forty-nine percent of the money earned from oil and gas leases on public domain (see Glossary) minerals goes to the State of Colorado. The rest stays with the Federal treasury, where it is split between the conservation fund and the general fund on a 4:1 ratio, respectively.

Figure 22 presents the locations of leased and unleased Federal oil and gas minerals within the Study Area.

## PROJECTIONS OF FUTURE OIL AND GAS DRILLING ACTIVITY

It is difficult to predict what will occur a few years into the future, but it is even more difficult to predict 20 years ahead. In an attempt to gain more insight as to what may occur in the Study Area, geologists and engineers in the oil and gas industry were approached for their input. Major oil and gas companies operating in the Study Area were contacted by letter and asked what development activity they anticipated during the next 20 years. The Bureau also contacted many of these companies by telephone, either a few days after the letters were sent, or in order to clarify information after replies were received. In addition, minerals staff of the Bureau's Uncompahgre and Grand Junction field offices were consulted to get their ideas and input for our projections. Information obtained was compiled and used to help predict locations and amounts of future drilling activity within the Study Area. A review of available technical data was also used to help make these predictions. Much of the data reviewed has been summarized above.

### Projected Oil and Gas Drilling Activity

For a base line, unconstrained reasonable foreseeable development projection (Rocky Mountain Federal Leadership Forum, 2004, page 13) we estimate that during the planning cycle of 2010 through 2030, as many as 1,271 wells will be drilled in the Study Area. Up to 782 of these wells could be coalbed natural gas wells (to be discussed latter)

BLM_0018660

and the remaining wells (up to 489 wells) would be considered to be conventional type wells.

As many as 10 of the conventional wells could be deep wells (greater than 15,000 feet in depth) that would be located in the deeper parts of the Paradox basin. At present, identified plays and known interest in the Paradox basin is for oil and gas targets at depths shallower than 15,000 feet. Any future deep wells would be part of a potential high-risk exploratory play that has not yet been identified. Our projection assumes that operators not currently exploring deep targets could show an interest in this type of exploration during the Analysis Period. As such development is at this point hypothetical, no provisions were made in our calculations to include additional disturbance from deep wells (all conventional wells were treated the same for surface disturbance calculations to be discussed later).

The estimated conventional oil and gas development potential and drilling densities within the entire Study Area during the Analysis Period (see Glossary) are shown in Figure 23a. Figure 23b shows potential just on Bureau managed oil and gas minerals and Figure 23c shows potential just on Forest Service managed minerals. No leasing areas (wilderness lands), shown on map 23a, are not shown on maps 23b and 23c to reduce confusion. Estimated acres, number of townships, and percentage of the entire Study Area within each development potential classification type shown in Figure 23a are summarized in Table 3. The percentage of Bureau managed oil and gas minerals of each conventional oil and gas development potential type is:

- Very high      15 percent,
- High           98 percent,
- Moderate       48 percent,
- Low             6 percent,
- Very low       29 percent, and
- Negligible     12 percent.

Overall, the Bureau manages about 30 percent of all Study Area lands assigned a development potential.

The percentage of Forest Service managed oil and gas minerals of each conventional oil and gas development potential type is:

- Very high      74 percent,
- High            0 percent,
- Moderate       25 percent,
- Low            42 percent,
- Very low       34 percent, and
- Negligible     40 percent.

Overall, the Forest Service manages about 36 percent of all Study Area lands assigned a development potential.

We estimate that the **average** ranges of drilling densities per township (one township is about 36 square miles) during the Analysis Period will be:

**Wyoming State Office Reservoir Management Group**                    **- 62 -**

BLM_0018661

- Very High           >12 wells,
- High                > 6 to 12 wells,
- Moderate        > 2 to 6 wells,
- Low                 > 1 to 2 wells,
- Very Low         > 0.25 to 1 wells, and
- Negligible        less than 0.25 wells.

Forest Service wilderness lands and Bureau wilderness and wilderness study areas were not assessed for future oil and gas development potential activities since those areas cover Federal lands that are removed from oil and gas leasing and thus, oil and gas development cannot occur.

The boundary of the very high potential was drawn to include two U.S. Geological Survey (2003) assessment units within their Mancos/Mowry Total Petroleum (Piceance Basin Continuous Gas and Uinta-Piceance Transitional and Migrated Gas assessment units). Hydrocarbons generated from the marine Mancos/Mowry shales, where maturation has reached a vitrinite reflectance (see Glossary) of at least 0.75 percent, has potentially charged all porous sandstones and fractured beds of Cretaceous age. Three groups of reservoirs rocks can be present within this area of very high potential. They are:

1. Lower Cretaceous – Morrison Formation, Cedar Mountain Formation, and Dakota Sandstone (Figure 6a);
2. Lower part of Upper Cretaceous – Frontier Formation, Mancos Shale, and the Mancos B (Figure 6a); and
3. Upper part of Upper Cretaceous – Rollins, Cozzette, and Corcoran sandstone members of the Iles Formation (Figure 6b).

Production in this part of the Study Area has historically come from the third group of reservoirs and recent horizontal well completions have been made in the Mancos Shale (see following "Resource Plays" discussion for more information about the Mancos Shale play) of the second group of reservoirs. The dominate future targets in the very high potential area are expected to be for reservoir groups two and three.

Although we assume an average township in the area of very high potential will contain 25 conventional wells (Table 3), it is likely that actual drilling locations will be preferentially located on private/state surface ownership where it is traditionally easier for operators to negotiate for use of drilling locations than it is on National Forest lands. Most of the oil and gas minerals beneath these private/state lands are managed by the Bureau, with minor amounts controlled by private/state ownership.

The part of the Whitewater Unit lying within the Study Area is assigned a high potential for development. The operator (Fram Operating LLC) presently proposes to develop the Dakota Formation in a part of the unit just north of the Study Area with well pads that may accommodate up to nine wells. Over the analysis period it is possible that one or two additional pads could be located within the Study Area.

BLM_0018662

As much as 29 percent of the conventional wells projected in the Study Area, could be drilled in areas of moderate potential. The Paradox basin portion of the Study Area was assigned a moderate development potential based on past moderate rates of exploration and development activity and potential for additional exploration related to three existing plays defined by the U.S. Geological Survey (1995). The three plays include the Salt Anticline Flank and Buried Fault Blocks, Fractured Interbed, and Porous Carbonate Buildup plays (see Appendix 1 for additional discussion of these plays). Also included is the potential for future shale gas related exploration in shales such as the Gothic and Hovenweep in this part of the Paradox basin. The area of moderate potential on the north contains Cretaceous aged sediments that may be deep enough to contain hydrocarbons that may be associated with the Phosphoria Total Petroleum System of the U.S. Geological Survey (2003). Some limited activity has occurred here in recent years.

A limited number of wells (less than seven percent of the 489 wells projected) are projected in areas of low, very low, and negligible potential. None of the oil and gas industry operators surveyed for this report indicated an interest in future drilling in any of these three potential areas. Only a limited number of wells in these areas have been completed as productive by historical drilling and only a few very low production gas wells are still reported to be active near the town of Ridgeway. Most of the townships in these three areas will not receive any drilling activity during the Analysis Period. If new field discoveries are made in any of these three areas, subsequent drilling density could increase in those areas immediately around a discovery. However, predicting a well density for such areas is not possible at this time.

Historically, about 90 percent of conventional wells have drilled to a depth of less than 10,000 feet, with drilling spread from very shallow to deep. We anticipate that future drilling depths will be predominantly within the range of 5,000 to 10,000 feet.

### Projected Coalbed Natural Gas Drilling Activity

As previously stated, up to 782 coalbed natural gas wells are projected in the Study Area for the Analysis Period. The estimated coalbed natural gas development potential and drilling densities within the Study Area during the Analysis Period are shown in Figure 24a. Figure 24b shows potential just on Bureau managed oil and gas minerals and Figure 24c shows potential just on Forest Service managed minerals. No leasing areas (wilderness lands), shown on map 24a, are not shown on maps 24b and 24c to reduce confusion. Estimated acres, number of townships, and percentage of the entire Study Area within each development potential classification type shown in Figure 24a are summarized in Table 4. The percentage of Bureau managed oil and gas minerals of each coalbed natural gas development potential type is:

- High          19 percent,
- Moderate       22 percent,
- Low           26 percent,
- Very low       27 percent, and
- None          38 percent.

BLM_0018663

Overall, the Bureau manages about 30 percent of all Study Area lands assigned a development potential.

The percentage of Forest Service managed oil and gas minerals of each coalbed natural gas development potential type is:
- High            68 percent,
- Moderate        64 percent,
- Low             39 percent,
- Very low        23 percent, and
- None            40 percent.

Overall, the Forest Service manages about 36 percent of all Study Area lands assigned a development potential.

We estimate that the **average** ranges of drilling densities per township (one township is about 36 square miles) during the Analysis period will be:
- High:           $\geq$ 40 wells,
- Moderate:        20 to 39 wells,
- Low:            2 to 19 wells,
- Very Low:       > 2 wells, and
- None:           no drilling activity expected.

Forest Service wilderness lands and Bureau wilderness and wilderness study areas were not assessed for future oil and gas development potential activities since those areas cover Federal lands that are removed from oil and gas leasing and thus, oil and gas development cannot occur.

The areas we projected as having high and moderate coalbed natural gas development potential during the Analysis Period lie within the boundary of the Mesaverde Total Petroleum System, Coalbed Gas Assessment Unit (Figure A1-7). In addition, historical drilling data and operator supplied information was used to define which parts of the assessment unit would have high potential and which would have moderate potential. As many as 95 percent of the 782 projected coalbed natural gas wells could be drilled in these two areas.

Although we assume an average township in the area of high and moderate potential will contain 60 (high potential) or 30 (moderate potential) coalbed natural gas wells (Table 4), it is likely that actual drilling locations will be preferentially located on private/state surface ownership where it is traditionally easier for operators to negotiate for use of drilling locations than it is on National Forest Lands. Most of the oil and gas minerals beneath these private/state lands are managed by the Bureau, with minor amounts controlled by private/state ownership.

The area of low potential outlines the Tongue Mesa Coal Field (figure 17) where individual coal beds are up to 40 feet thick. To outline the area of very low potential, remaining areas containing Cretaceous aged sediments that could contain coal (in beds generally less than six feet thick) were buffered back one half mile from their outcrop.

BLM_0018664

No present interest in coalbed natural gas exploration has been identified in the short-term for either the low or very low potential areas, but some limited activity could occur at a later date in the Analysis Period.  Areas of no potential for coalbed natural gas activity during the Analysis Period are those determined to have no occurrence potential (see Figure 19) and those areas with Cretaceous sediments near the outcrop (a one half mile buffer back from the outcrop).

Historically, most coalbed gas wells have produced at depths between 2,000 and 5,000 feet, although one well has completed in an interval between 6,845 and 6,928 feet.  We anticipate that future drilling producing intervals will remain predominantly within the range of 2,000 to 5,000 feet.

## PROJECTIONS OF FUTURE OIL AND GAS PRODUCTION

Natural gas production from the Rocky Mountains has grown steadily since 1992 (National Petroleum Council, 2003).  The Rockies are currently the largest producing region in the onshore lower 48 states.  Much of this growth has been from unconventional resources, although conventional production has also been increasing.

When the Energy Information Administration (2004) looked at past United States gas production they found that "Just a few years ago, it was believed that natural gas supplies would increase relatively easily in response to an increase in wellhead prices because of the large domestic natural gas resource base.  This perception has changed over the past few years.  While average natural gas wellhead prices since 2002 have generally been higher than during the 1990's and have led to significant increases in drilling, the higher prices have not resulted in a significant increase in production.  With increasing rates of production decline, producers are drilling more and more wells just to maintain current levels of production.  A significant increase in conventional natural gas production is no longer expected.  Drilling deeper wells in conventional reservoirs is expected to slow the overall decline."   More recent analysis has confirmed this trend.  Foss (2007) found that gas production in the United States has been lower than the recent high of 20.5 trillion cubic feet reported in 2001.  This decline in total production for the United States has occurred even while drilling has reached an all-time high.  Foss (2007) indicated that the United States resource base (conventional oil and gas reservoirs) is maturing and unconventional plays are increasingly the target of drilling.  Since unconventional plays tend to have a lower ultimate oil and gas recovery, overall production from new wells does not match historical results, nor is it expected to in the future.  In general, we expect that new gas wells drilled within the Study Area will follow this trend of reduced production per well from new wells completed, unless a new gas play develops.

Onshore oil production in the lower 48 states has been declining since the late 1980s and is expected to continue into the future (Energy Information Administration (2006c).  Oil production in the Study Area presently is as a byproduct that is associated with the primary gas production.

BLM_0018665

# ESTIMATED FUTURE CONVENTIONAL OIL AND GAS PRODUCTION

As indicated above, we projected 489 conventional oil and gas wells and 782 coalbed natural gas wells could be drilled within the Analysis Period of 2010 through 2030. The first step in projecting future production activity was to project a spudded well count for conventional wells and coalbed natural gas wells. The following data tables for spudded well counts and production were generated via analysis through the program scripting language, Octave. The constraints used for the well spuds for both conventional wells and coalbed natural gas wells were cumulative values and historical trend. A historical cumulative of spudded well data generates a smoother curve from which yearly differences can be extracted to produce annual projected well counts. The resulting calculation of mean spudded conventional and coalbed natural gas wells is presented in Table 5.

Decline curves were then generated for gas and oil for both the conventional and coalbed natural gas analysis. The decline curves were then normalized and convolved with the historical spudded well counts to generate a best fit with the **historical** production of gas and oil. The normalized decline curves were then convolved with the projected spudded well counts to produce annual mean projected conventional oil and gas production (Table 6a) for the Analysis Period. About 31.27 percent of projected conventional wells are expected to be located on Bureau managed oil and gas minerals, so we project that production associated with these wells will also be about 31.27 percent of that projected in Table 6a. Table 6b projects conventional oil and gas production associated with Bureau managed oil and gas minerals.

The same methods described above were used to projection production of coalbed natural gas hydrocarbons (Table 7a) for the Analysis Period. Some small amounts of oil have been produced in conjunction with the gas production so we projected associated oil production for the Analysis Period. About 33.91 percent of projected coalbed natural gas wells are expected to be located on Bureau managed oil and gas minerals, so we project that production associated with these wells will also be about 33.91 percent of that projected in Table 7a. Table 7b projects coalbed natural gas hydrocarbons associated with Bureau managed oil and gas minerals.

Since projected well activity is expected to increase over the Analysis Period, conventional and coalbed natural gas related hydrocarbon production is also expected to increase. If future drilling activity does not meet our projections then production will not increase at the rates projected.

# OTHER POTENTIAL FUTURE OIL AND GAS ACTIVITIES

## Resource Plays

We use the term Resource Play to describe accumulations of hydrocarbons known to exist over a large areal extent and/or thick vertical section, may be self-sourcing, may be

BLM_0018666

developed with horizontal well completions, and are driven by development efficiencies rather than geologic risk. Within the Study Area, resource plays could include continuous resource plays and assessment units identified by the U.S. Geological Survey (1995 and 2002). In the Piceance basin, those assessment units could include the:

- Mancos/Mowry Total Petroleum System, Uinta-Piceance Basin, Continuous Gas (Figure A1-8),
- Mancos/Mowry Total Petroleum System, Uinta-Piceance Basin, Transitional and Migrated Gas (Figure A1-8),
- Mesaverde Total Petroleum System, Uinta-Piceance Basin, Continuous Gas (Figure A1-6), and
- Mesaverde Total Petroleum System, Uinta-Piceance Basin, Transitional Gas (Figure A1-6).

In the Paradox basin the Fractured Interbed (hypothetical) Play (Figure A1-2) could be included as a resource play. In addition to the hypothetical Fractured Interbed Play, operators in the Paradox basin immediately south of the Study Area have successfully targeted the shale gas resource plays of the Pennsylvanian Gothic and Hovenweep shales (Ismay member of the Paradox Formation).

Coalbed natural gas assessment units could be included as resource plays, but are not since their potential for future development has already been discussed.

The Fractured Interbed Play is the only identified oil resource play in the Study Area. As it is still hypothetical and no operators have shown recent interest in exploration within the play, the likelihood for its development in the Study Area during the Analysis Period is very low.

Carbonaceous shale is expected to be an important future source of natural gas in the United States. At present, there is little production information available to fully characterize any shale gas play that may be present within the Study Area. In the Piceance basin portion of the Study Area, the Mancos/Mowry Total Petroleum System assessment units (Continuous Gas and Transitional and Migrated Gas assessment units) are the most likely to be developed for shale gas resource plays in the Study Area. Though still in the early exploration phase, operators have targeted the Mancos shale in the area covered by these two assessment units, in the northern portion of the Study Area. Figure A1-8 shows the location of these two plays. The Mancos is a ubiquitous formation throughout many western basins deposited during the Late Cretaceous, and is of approximately the same age as other known shale gas resource plays in the region including the Baxter, Hilliard, and Niobrara shales. These shales have proven attractive targets for gas drilling in recent years and a number of successful plays have been developed or are being developed in the Green River, Washakie, Sand Wash, Powder River, Denver, and Uintah basins (Energy Information Administration, 2010e). Occasionally these plays are explored using vertical wellbores with multiple frac/perforation zones, as appears to be the case with the wells spud in the Study Area, but full development generally occurs using horizontal wellbores and large fracs.

BLM_0018667

Three wells are presently reporting gas production from the Mancos in the very high conventional development potential area of Figure 23a. Two are operated by Gunnison Energy Corporation (section 17 of T. 12 S., 89 W. and section 23 of T. 12 S., Range 94 W.) and one is operated by SG Interests (section 15 of T. 11 S., R. 90 W). The SG Interests well has produced for 18 months (through November of 2011). One Gunnison Energy Corporation well has produced gas for 21months while the other produced seven months, but did not report production for November of 2011. One additional test of the Mancos was made by Gunnison Energy Corporation at a location outside the very high development potential area defined in Figure 23a (section 12, of T 13 S., R. 93 W.). A test of the Mancos Shale in this well only recovered water. A better understanding of this potential play should be available once additional testing of the play is undertaken and its economics becomes clearer.

Exploration and development activities in the Gothic and Hovenweep shale gas resource plays of the Paradox basin have been recently initiated immediately south of the Study Area, with initial Gothic Shale wells located in Dolores and Montezuma counties and Hovenweep Shale wells located in San Miguel County. The development potential for these areas south of the Study Area were recently been assessed by Leschak (2009). Developed by predominately using horizontal wellbores and large hydraulic fracs, these plays are in their infancy (fewer than ten wells are presently drilled), but are proving to be productive. In the area being explored south of the Study Area, these shales tend to lie at around 9,000-10,000 feet below the surface (Colorado Oil and Gas Conservation Commission, 2010). While the recently completed wells have provided encouraging results, the likelihood the plays will extend into the Study Area is low. The Paradox basin is distinctly asymmetrical, with the deepest portion of the basin (thickest sedimentary rock column) located adjacent to the Uncompahgre Uplift in the southern portion of the Study Area (Schamel, 2009). Several thousand feet of additional vertical drilling would be required to encounter the Gothic or Hovenweep shales in the Study Area, pushing the limits of the economics. Additionally, the Gothic Shale is likely to become less productive as it nears the clastic input from the Silverton Delta (a river delta developed contemporaneously to the deposition of these shales). The delta is mapped as occurring in western San Miguel County, with input of clastic material to the deltaic system having occurred from paleo-rivers to the east. Thus, only extreme western Montrose County would be likely to have shallow enough sediment packages located distally enough from the Silverton Delta to present a reasonable target for exploration.

When and if the Mancos, Gothic, or Hovenweep shale gas plays are fully characterized for the Study Area and technology and well completion methods are optimized, this energy source could become important. If adjacent to or overlapping existing plays, development would likely commence at a faster rate than if found to be geographically separated from such areas. Such an overlap appears to be the case with the initial Mancos wells located within the areal boundary of the coalbed play presently being developed.

When a shale gas play overlaps an existing play in the Study Area, as is the case with the Mancos, existing wellbores may be utilized in addition to new wells drilled specifically for the shale gas. However, the nature of shale gas plays would likely require drilling of

BLM_0018668

horizontal wells, so the existing wellbores would likely still have to be re-entered and a horizontal lateral drilled into the zone of interest using the existing wellbore as a pilot. Shale has very low permeability and as is the case with shale gas plays being developed in the region, large hydraulic fracture stimulations will probably be necessary to liberate the gas (Bereskin and Mavor, 2003). Existing coalbed gas well pads could similarly be utilized for the drilling of new shale gas wells, or new pads could be configured to allow simultaneously.

The Mesaverde Total Petroleum System Uinta-Piceance Basin Continuous and Transitional Gas assessment units are also present, but are quite small in areal extent, covering only 2,088 acres (0.06%) and 45,360 acres (1.41%), of the Study Area, respectively. These plays are characterized as upper Mesaverde fluvial sandstone reservoirs sourced from the underlying thermally mature coals and carbonaceous shales of the lower part of the Mesaverde (i.e., the Iles Formation coal and shale members) (U.S. Geological Survey, 2002). Only limited exploration of these plays has occurred in the Study Area. Of the 13 wells drilled to the Mesaverde Formation and its members (not including coalbed natural gas wells), four were dry and abandoned, one is temporarily abandoned, one has been converted to a water injection well, and only seven have been completed as Mesaverde gas wells, all of which were either shut-in or choked back due to pipeline constraints at the time of this writing (IHS Energy Group, 2010; Colorado Oil and Gas Conservation Commission, 2010). If this play becomes fully characterized in the Study Area, development would be expected to proceed similarly to the aforementioned shale gas plays. However, being characterized as fluvial sandstone reservoirs, large hydraulic fracs would not be as necessary, and development would be more likely to occur using vertical wells, or multiple directional wells drilled from a single pad.

Although there has not been a lot of past interest in exploration of the Study Area's potential resource plays, some operators have indicated an interest in exploration during the Analysis Period. Their projections were used to assist in preparing the development potential map (Figure 23) and projection of 489 conventional wells for the Analysis Period. The development potential in parts of the Study Area underlain by the four assessment units in the Piceance basin (Figures A1-6 and A1-8) and for the Gothic and Hovenweep shales in the Paradox basin is predominantly tied to operator identified plays associated with these assessment units or our projections of potential for development of these assessment units.

A large portion of the wells projected in the very high conventional development potential area (Figure 23a) could be Mancos wells if this play is determined to be economic in the Study Area. Our projections of moderate conventional development potential in the Paradox basin part of the Study assumes at least some potential for exploration of the Gothic and Hovenweep shales in the future. If one or both shales become economic to produce in this area, a large portion of the wells projected for this area would be related to Gothic and/or Hovenweep shale drilling.

BLM_0018669

## Coal Gasification

Underground coal gasification may be a potential future process that is applied to coal deposits within the Study Area. This process burns the coal in-situ producing a combustible gas with a low heating value that can be used in industrial processes and gas turbines. Air or oxygen commingled with steam is injected into the coal seam resulting in the coal being burned outward from the injection well. The combustion products react with the non-burned coal to form hydrogen, carbon monoxide, and pyrolysis products that are produced at a production well. There is evidence that combustion gases preferentially absorb to the coal cleat faces and displace coalbed natural gas from the coal, which increases the heating value of the produced gas. The heat of reaction of the burned coal heats up the unburned coal in front of the combustion front and drives off the hydrocarbon volatile matter contained in the coal. The removal of volatile matter is essentially the same process that coal goes through in the geologic process of changing from lignite to anthracite by adding geothermal heat (increasing burial depth) and geologic time.

Underground coal gasification is usually at depths too deep to be economically mined. Depth is a positive factor in the gasification process as the higher pressures at depth appear to give better reaction results and a gas with a higher heating value. The limiting factor in depth would be potential reduced permeability of the coal and the ability to efficiently inject and produce the gas.

Underground coal gasification uses essentially the same injection/production process that is utilized in water flooding oil reservoirs and in the carbon dioxide tertiary oil recovery process. Because the coal is burned and removed, subsidence may be a problem but the thin zones, greater depths, and strong cap rocks in most of the northern part of the Study Area should limit this.

There are coal beds in the Study Area at depths too deep for mining but good candidates for underground gasification. Presently, the underground gasification technology involving deep coal beds does not appear to be economic and there is no known research activity into future development in the Study Area. Considering the relatively experimental status of underground coal gasification and the abundant coal found elsewhere in the region, there is a very low probability that this process will be utilized in the Study Area during the Analysis Period.

## Carbon Dioxide Sequestration

Carbon dioxide sequestration is a method of storing captured carbon dioxide gas, a greenhouse gas. The primary industrial sources of carbon dioxide include electrical power plants, oil refineries, chemical refineries, agricultural processing plants, cement works, and iron and steel production. Power and industrial plants, agricultural processing, chemical processing, and petroleum and natural gas processing (including refineries and sources associated with pipeline infrastructure) have been identified as the

BLM_0018670

major industrial sources of carbon dioxide (U.S, Department of Energy, 2007).  Of these sources, electrical power plants produce the most carbon dioxide by a substantial margin.

Within the Study Area and the region, the largest carbon dioxide emission sources are power plants.  Small amounts or carbon dioxide may be produced in association with oil and gas production within the Study Area, but no information was available to quantify amounts.

Capturing and storing carbon dioxide has been proposed to reduce the environmental effects caused by releasing the gas to the atmosphere.  Three types of geologic formations have been identified as potential carbon dioxide sequestrations sites, with only two of these occurring in the Study Area (U.S. Department of Energy, 2008).  Those formation types are:

- Mature Oil and gas reservoirs – These reservoirs have hosted natural accumulations of oil and/or gas and could, in the future, be used to store carbon dioxide.  The entrapment of hydrocarbons indicates that a containment seal is present and any associated water (see Glossary) is assumed to be nonpotable. The Study Area is not known to contain any large oil and gas reservoirs that could be considered for sequestration, nor could the known reservoirs be considered as mature.

- Unminable coal seams – Unminable coal seams are considered to be those that are too deep or too thin to be economically mined.  Many of the Cretaceous coals in the Study Area meet these criteria.  If methane contained in the Study Area coal beds grows to a more mature stage of development then there could be a future opportunity to inject carbon dioxide, which could sweep additional methane from the coalbeds and allow adsorption by the coals of the carbon dioxide.  Since coal beds preferentially adsorb carbon dioxide, they provide excellent storage sites.

- Saline formations – Saline formations suitable for carbon sequestration were defined in the U.S. Department of Energy (2008) atlas as porous and permeable rocks containing water with total dissolved solids greater than 10,000 milligrams per liter, which have the capacity to store large volumes of carbon dioxide. Saline rocks can have a large potential for carbon dioxide storage.  Many of these potential formations are made up of reactive carbonate rocks that could potentially react with and convert the carbon dioxide into compounds for storage in the host rock.  Currently, there are no projects to evaluate this process in saline formations within the Study Area.

# POTENTIAL OIL AND GAS SURFACE DISTURBANCE

As a first step, assumptions were made about the numbers of wells drilled in each well type category, the number of new wells drilled per pad (disturbed site), completion success, and percentages of Bureau managed oil and gas minerals.  These were then combined with assumptions about disturbance associated with well pads and associated

BLM_0018671

roads and pipelines.  Data obtained from operators, the Uncompahgre Field Office, and our historical analysis was used to make the following assumptions.

## Well Assumptions – Wells Drilled, Wells Drilled per Disturbed Site (Pad), Completion Success, and Bureau and Forest Service Managed Oil and Gas Minerals

As stated previously, the conventional oil and gas well category includes all wells that may be drilled other than coalbed natural gas wells.  Thus, any shale gas wells that may be drilled are included in the conventional category.  The method used to determine the number of new wells drilled during this period has been previously discussed.  In addition, we assumed that:

1. In the high conventional potential area (Whitewater Unit) there will be one pad with up to nine wells per pad.  Bureau managed oil and gas minerals will cover more than 98 percent of wells and all surface pads will be on Bureau managed oil and gas minerals.  No Forest Service managed oil and gas minerals lie within high conventional development potential.  The success rate will be 75 percent for wells, with the one pad remaining active in the short-term and long-term.

2. In the very high conventional development potential area of the Piceance basin, wells spudded between January 1, 2000 and December 31, 2009 were: 27.78 percent on Bureau managed oil and gas minerals; 19.44 percent on Forest Service managed oil and gas minerals; and 52.78 percent on private/state managed oil and gas minerals.

3. In the very high and moderate conventional development potential and high and moderate coalbed natural gas parts of the Piceance basin, coalbed natural gas wells would use vertical wellbores.  The conventional wells could be for shale gas targets or for sandstones of the Mesaverde Group and could be drilled either conventionally or with multiple horizontal wellbores to minimize the number of well pads required to drain the resource.

4. In the very high and moderate conventional development potential and high and moderate coalbed natural gas parts of the Piceance basin, 32 of the 52 existing one well locations will receive an average of 3 additional wells (one additional coalbed natural gas well and two additional conventional wells on each existing location).  Up to 96 new wells are projected.  Bureau managed oil and gas mineral lands cover over 27.78 percent of the locations in the area and 19.44 percent on Forest Service managed oil and gas mineral lands, with the remaining locations on private/state oil and gas minerals.  The success rate for coalbed natural gas wells will be 90 percent and for conventional wells it will be 75 percent, with all 32 pads remaining active in the short-term and long-term.

5. In the very high and moderate conventional development potential and high and moderate coalbed natural gas parts of the Piceance basin, 125 new pads will be constructed with an average of two coalbed natural gas wells and two

**Wyoming State Office Reservoir Management Group**                              **- 73 -**

BLM_0018672

conventional wells on each pad for a total of 500 wells.  About one third of the new pads will be on Bureau managed oil and gas mineral lands, one third on Forest Service managed oil and gas minerals and one third on private/state lands. The success rate for coalbed natural gas wells will be 90 percent and for conventional wells it will be 75 percent, with 98 percent of all 125 pads remaining active in the short-term and the remaining two percent abandoned.  In the long-term, remaining pads will continue to be active.

6.   In the Piceance basin part of the Study Area, 229 new pads will be constructed with an average of two coalbed natural gas wells on each pad for a total of 458 wells.  About one third of the new pads will be on Bureau managed oil and gas mineral lands, one third on Forest Service managed oil and gas minerals and one third on private/state lands.  The success rate for coalbed natural gas wells will be 90 percent, with 95 percent of all 229 pads remaining active in the short term and the remaining five percent abandoned.   In the long-term, all remaining pads will continue to be active.

7.   In the rest of the Study Area (areas of low and very low coalbed natural gas potential), 42 single coalbed natural gas well pads will be constructed.  The Bureau will manage oil and gas mineral lands on about 26 percent of the wells in areas of low potential and about 27 percent of the wells in the areas of very low potential.  The Forest Service will manage oil and gas mineral lands on about 39 percent of the wells in areas of low potential and about 23 percent of the wells in the areas of very low potential.  The success rate for coalbed natural gas wells will be 90 percent, with 10 percent abandoned after drilling. In the long-term, remaining wells will continue to be active.

8.   In the rest of the Study Area (areas of moderate and low conventional oil and gas development potential in the Paradox basin and the very low and negligible development potential areas), the remaining 166 conventional wells will be drilled, with an average of 1.5 wells per pad.  The Bureau will manage oil and gas mineral lands on about 49 percent of the wells in areas of moderate potential, six percent of the wells in areas of low potential, about 29 percent of the wells in the areas of very low potential, and about 12 percent of the wells in the areas of negligible potential.  The Forest Service will manage oil and gas mineral lands on about 23 percent of the wells in areas of moderate potential, 42 percent of the wells in areas of low potential, about 34 percent of the wells in the areas of very low potential, and about 40 percent in areas of negligible potential.  The success rate for conventional wells will be 75 percent, with 25 percent abandoned after drilling.  In the long-term, remaining wells will continue to be active.

9.   The projected numbers of new wells per pad were derived from industry sources, consultation with the Uncompahgre Field Office, and our analysis.

BLM_0018673

10. The average well life for the new projected conventional and coalbed natural gas wells will be at least 20 years.
11. All presently active wells completed prior to 1990 (not including one water injection well) will be abandoned during the analysis period. This totals 15 wells that would be abandoned in the long-term.

## Surface Disturbance Assumptions

Assumptions about the different types of surface disturbance associated with drilling new wells were also made. The assumptions include those made for the potential types of drill pads, roads associated with the drill pads, and pipelines associated with drill pads.

### Drill Pads

Drill Pad disturbance is projected to vary with the number of wells planned for each pad and the local topography. If a well is successfully completed, then the operator will be required to begin mandatory interim reclamation of a large part of the area initially disturbed during preparation for drilling of all wells on the pad. This interim reclamation reduces the amount of disturbed surface and the resulting unreclaimed pad area is labeled below as long term disturbance. [If a well is unsuccessful, the entire well pad will be reclaimed and no long-term disturbance will occur.] Average surface disturbance will remain whether wells are drilled conventionally or horizontally.

Conventional Wells

| Development potential | Average initial disturbance (acres/pad) | Long term disturbance (acres/pad) |
|---|---|---|
| **Multi-Well Pads** | 6 | 2.0 |
| **Single & 2 Well Pads** | 4 | 1.5 |

Coalbed Natural Gas Wells

| Development potential | Average initial disturbance (acres/pad) | Long term disturbance (acres/pad) |
|---|---|---|
| **Multi-Well Pads** | 4 | 1.5 |
| **Single Well Pads** | 3 | 1.5 |

### Access roads (all well categories)

A detailed study of recent development in the entire Uncompaghre Field Office was completed. The areas that were studied have been developed with four pads per section in moderate to severe terrain. The area had no prior existing roads, or the existing roads required major upgrades. The study indicates an access road disturbance of **8.0** acres per section has occurred. The 8.0 acre surface disturbance per section assumes a road disturbance width of 40 feet, which equates to an equivalent of 4.85 acres per linear mile of road (1.65 mile of road per section).

BLM_0018674

**Pipelines**

The table below assumes that with the well and well pad densities described above that
- pipelines would be run parallel to the access roads,
- pipeline Right-Of-Way widths would average 50, and
- full reclamation would occur at the time of installation.

The assumption that the pipelines and access roads be run parallel may result in higher estimates of surface disturbance than what is actually approved; in some installations, the construction areas may overlap which will reduce the initial disturbance figures.

| Development potential | Pipeline average initial disturbance (acres per section) | Pipeline long term disturbance (acres per section) |
|---|---|---|
| **CBM, Conventional, Shale ( all categories)** | *10.0 acres  (1.65 miles@ 50')* | *0* |

## Analysis Results

Table 8a shows our projection of new exploratory and development wells (1,271 wells with 418 of those wells drilled on Bureau managed oil and gas minerals) that could be drilled in the Study Area from 2010 through 2030.  There are an additional 62 existing active well locations (IHS Energy Group, (2010) and Colorado Oil and Gas Conservation Commission, 2010), as of April 2010, for a total of 1,333 existing and projected coalbed natural gas and conventional oil and gas wells in the short-term.  Of those 1,333 existing and projected wells; 432 will lie on Bureau managed oil and gas minerals.  Bureau managed wells were calculated using a percentage for well type.  Those percentages are presented above in "Well Assumptions."   The 1,271 new wells drilled will be located on 540 disturbed sites, with 174 sites projected on Bureau managed oil and gas minerals.

Table 8a also calculates associated acres of total surface disturbance (short-term disturbance) directly associated with all new wells and existing active wells (as of April 2010).  Number of disturbed sites are multiplied by acres of disturbance (per site) to calculate total acres of surface disturbance and Bureau managed well disturbance for each well type (e.g., total disturbed sites * (access roads and pipelines + well pad).  For well sites that are abandoned (two percent for Coalbed Gas/Conventional Well Multipads, five percent for Coalbed Gas Multipads, 10 percent for Coalbed Gas Single Well Pads, and 25 percent for Conventional One and Two Well Pads) pipelines will not be installed so pipeline disturbance is not included in the calculation.  Approximately 10,984 acres of new short-term surface disturbance (3,578 acres of disturbance on Bureau managed oil and gas minerals) could occur if all 1,271 projected wells are drilled.  Total short-term surface disturbance (for all well types) would be 11,201 acres, with 3,627 of those acres on Bureau managed oil and gas minerals.

Table 8b includes our long-term projections of wells and associated disturbance.  This projection factors in the dry-hole abandonment and reclamation of some new wells

BLM_0018675

drilled (see above assumptions) and abandonment of some presently active wells.  In the long-term 1,070 (352 Bureau managed) of the projected 1,271 (418 Bureau managed) new wells drilled will remain active at the end of the Analysis Period.  We also project that 494 (159 Bureau managed) of the 540 (174 Bureau managed) new disturbed sites will also remain active.  Total wells in active status will be 1,117 (366 Bureau managed) in the long term, with 541 active disturbed wells sites (173 Bureau managed disturbed well sites).

Finally, Table 8b shows the calculated unreclaimed acres of total surface disturbance (long-term disturbance) directly associated with all remaining active wells. Approximately 4,465 acres of new unreclaimed surface disturbance (1,456 acres of unreclaimed Bureau managed oil and gas minerals) from new wells drilled during the Analysis Period could remain in the long-term.  Total unreclaimed long-term surface disturbance (for all well types) would be 4,630 acres, with 1,505 of those acres on Bureau managed oil and gas minerals.

Both Table 8a and 8b use calculations that contain decimals, but all results shown are rounded to whole numbers.  As a result of this rounding, the whole numbers shown may not exactly add up to the totals shown.

# SUMMARY

For our base line projection we analyzed the oil and gas resource within the Study Area, discussed types of future development that may occur, estimated the development potential for each type of resource, and projected base line activity levels for the Analysis Period 2010 through 2030.  We projected that as many as 489 conventional oil and gas wells and 782 coalbed natural gas wells could be drilled during this period.  Our forecast of annual oil and gas production for 2010 through 2029 is presented in Table 7.  Short-term and long-term surface disturbance associated with existing wells and future projected wells is presented in Tables 8a and 8b for all lands and for Bureau managed oil and gas mineral lands.  For our analysis of the base line projection, we assumed that the only land use restrictions on future oil and gas resource development would be those that have been legislatively imposed.

BLM_0018676

# APPENDIX 1 – U.S. GEOLOGICAL SURVEY ASSESSMENTS OF UNDISCOVERED TECHNICALLY RECOVERABLE OIL AND GAS RESOURCES WITHIN THE UNCOMPAHGRE STUDY AREA

## INTRODUCTION

The U.S. Geological Survey has published a number of resource assessments of undiscovered technically recoverable oil and gas resources that cover parts of the Uncompahgre Study Area. Their "1995 National Assessment of United States Oil and Gas Resources" (Huffman, 1995) scientifically estimated the amount of crude oil, natural gas, and natural gas liquids (see Glossary) that could be added to proved reserves in the United States, assuming existing technology. It presented information about potential undiscovered accumulations of oil and gas in 71 geologic or structural provinces within the United States. Two of those provinces, the Uinta-Piceance basin and the Paradox basin, lie within the Study Area. Figure A1-1 shows the location of the two provinces within the field office. The Uinta-Piceance basin was assessed in both the U.S. Geological Survey 1995 Assessment and the U.S. Geological Survey 2002 Assessment. Because of the change in methodology from the 1995 assessment to the updated 2002 assessment (see below), the two assessments have different southern boundaries defined for the Piceance basin.

Recently the U.S. Geological Survey revised their methods for preparing oil and gas resource assessments. Thirty two basins have been reassessed or will be re-assessed since the 1995 report. The U.S. Geological Survey used the new method to update their quantitative estimate of undiscovered technically recoverable oil and gas resource for the Uinta-Piceance Basin Province (U.S. Geological Survey Uinta-Piceance Assessment Team, chapter 1, 2003). The Paradox Basin Province was not updated in the 2002 report. The 1995 Paradox Basin Province assessment, the 1995 Uinta-Piceance Basin assessment, and the updated 2002 Uinta-Piceance Basin assessment are summarized below to describe the potential undiscovered technically recoverable oil and gas resources lying within the Uncompahgre Study Area. Also included is a summary of each Total Petroleum System and the Assessment Units within the Study Area. The area southeast of the 2002 Piceance Basin boundary and the area southeast of Ouray County, labeled as San Juan, are two gaps with no Assessment Units or play areas. The two gaps were not analyzed for undiscovered accumulations. Figure A1-1 shows the basin boundaries. The information was taken from the U.S. Geological Survey Assessments. For more detailed information, please refer to the complete reports published by the U.S. Geological Survey.

BLM_0018677

## PARADOX BASIN PROVINCE ASSESSMENT

The Paradox Basin Province occupies approximately 2,447.94 square miles (1,566,681.48 acres) of the Study Area. It covers an area of approximately 33,000 square miles, is 280 miles long, and 200 miles wide throughout Colorado and Utah (Huffman, 1995). Located in southwestern Colorado, the Paradox Basin Province is bounded by the Uncompahgre Plateau to the northeast, the San Juan Dome to the east, and the Monument uplifts, Circle Cliffs, and the Henry Mountains to the west. The San Rafael Swell is the northwest boundary. The Paradox basin, Kaiparowits Plateau, Henry Mountains basin, and the Wasatch and Pausaugunt Plateaus are other geologic features in the Paradox Basin Province. The province has thick sequences of Phanerozoic sediments with 5,000 to 8,000 feet of sediment in the central part of the basin. There is greater than 15,000 feet of total sediment in the Paradox basin, Kaiparowits basin, and the Wasatch Plateau (Huffman, 1995).

Production in the province is mainly from porous carbonate buildups (algal mounds). The Paradox Basin Province is one of four principal oil and gas producing regions in Colorado. The Giant Aneth field, containing more than one billion barrels of oil in place, is located in the Paradox basin. The Aneth field is southwest of the Study Area. There have been at least 84 wells drilled in the Paradox basin within the Study Area as of June 30, 2009 (IHS Energy Group, 2009). No coal bed gas wells have been drilled in the Study Area as of June, 2009 (IHS Energy Group, 2009). In the Paradox Basin Province, the Paradox basin is defined by "the maximum extent of salt in the Middle Pennsylvanian Paradox Formation" (Nuccio et al., 1996). There are eight wells that reached total depth in the Pennsylvanian salt of the Paradox basin in the Study Area (IHS Energy Group, 2009). The northern part of the basin includes a structural fold and fault belt.

### Play Summary

The "1995 National Assessment of United States Oil and Gas Resources" (Beeman et al., 1996; Charpentier et al., 1996; Gautier et al., 1996) did not update the Paradox Basin Province assessment with the latest U.S. Geologic Survey assessment of oil and gas resources completed in 2002. The 1995 resource assessment includes six conventional oil and gas plays. Five of these plays are within the Study Area (Figures A1-2 and A1-3). The five play areas in the Study Area include the Salt Anticline Flank, Porous Carbonate Buildup, Permian-Pennsylvanian Marginal Clastics, Fractured Interbed, and Buried Fault Blocks. Each play area is a set of discovered or undiscovered oil and gas accumulations or prospects that are geologically related. The U.S. Geological Survey defined a play "by the geological properties (such as trapping style, type of reservoir, nature of the seal) that are responsible for the accumulations or prospects" (Huffman, 1995). The U.S. Geological Survey has made available some statistical information for these plays. Listed in Table A1-1 is the information for the Salt Anticline Flank, Porous Carbonate Buildup, Permian-Pennsylvanian Marginal Clastics, and Buried Fault Blocks plays. Since there is only one unconventional play, the Fractured Interbed play is only discussed in paragraph form, below.

**Play Descriptions**

*Salt Anticline Flank*

The Salt Anticline Flank play is located in the southwest part of the Study Area.  It encompasses approximately 784,741.75 acres.  Gas is the predominant hydrocarbon produced from this play.  Six wells in the Salt Anticline Flank play, within the Study Area, have produced in the past. Reservoirs include the Hermosa Group limestone and the Cutler Formation arkosic sandstone (Huffman, 1995).  Amongst these reservoirs is a well-developed fracture system with good vertical communication.  Source rocks are from the Hermosa Group black dolomitic shale and the contact between the Cutler-Hermosa which is coaly carbonaceous shale.  Gas migration coincided with salt movement and anticlinal growth.  Traps include thinning and permeability pinchouts. Seals are from steeply dipping flanks of salt anticlines and updip termination against salt diapirs.  Exploration in this play is mainly outside the Study Area in Andy's Mesa. Projections from the 1995 assessment state a low resource potential for oil and fair to good resource potential for gas (Huffman, 1995).  See Figure A1-2 for the location of the Salt Anticline Flank play within the Study Area.

*Buried Fault Blocks*

The Buried Fault Blocks play is in the southwest part of the Study Area (Figure A1-2).  It shares a common boundary with the Salt Anticline Flank play and the Fractured Interbed play.  There are 784,750.244 acres of the Buried Fault Blocks play within the Study Area. The reservoirs in this play store oil in the Leadville dolomite or dolomitic limestone and the McCracken Sandstone Member of the Elbert Formation (Huffman, 1995).  The source rock for this area is the Paradox Formation black dolomitic shale.  Traps are on uplifted fault blocks with the Paradox Formation evaporite beds as a seal.  Future resource potential is low to moderate.  Unexplored fields are predicted to be small to medium sized with a minimal oil column (Huffman, 1995).

*Fractured Interbed*

The Fractured Interbed play is the only unconventional play in the Paradox basin within the Study Area (Figure A1-2).  An unconventional accumulation includes "oil and gas resources that exist as geographically extensive accumulations that generally lack well-defined oil/water or gas/water contacts…" (Beeman et al., 1996; Charpentier et al., 1996; and  Gautier et al., 1996). Coal-bed gas, tight gas, and oil and gas shales are examples of unconventional oil and gas plays.   The Fractured Interbed play has approximately 784,741.75 acres within the Study Area.  The median cell size is 960 acres.  A cell is a volume having dimensions related to the drainage area of an individual well (Beeman et al., 1995: Charpentier et al., 1996: Gautier et al., 1996).  The median cell total is 1,812 with a median untested cell total of 99.34 percent.  The median untested cells with potential to add reserves were 20 percent.  Information was not available regarding median carbon-dioxide content.  The drilling depth range to the Fractured Interbed play is 8,000 to 10,000 feet (Huffman, 1995).

BLM_0018679

*Porous Carbonate Buildup*

The Porous Carbonate Buildup play is in the far south portion of the Study Area (Figure A1-3). It contains only 11,306.79 Acres. This play is primarily an oil play. The Great Aneth field is developed in this play. Reservoirs include the Hermosa Group limestone and dolomite (Huffman, 1995). Zones in the Hermosa Group are the Alkali Gulch, Barker Creek, Akah, Desert Creek, and Ismay. The Desert Creek and Ismay are the largest producers in the play. The Paradox Formation dolomite and mudstone are the primary source of hydrocarbons. There is one to five percent total organic carbon content in these source rocks. Stratigraphic traps predominate. Seals include porosity differences in overlying evaporate beds and interbedded shale. Most fields in the play produce between one and three million barrels of oil. The one exception is the Great Aneth (Huffman, 1995).

*Permian-Pennsylvanian Marginal Clastics*

Within the Study Area, the Permian-Pennsylvanian Marginal Clastics play is 255,863.61 acres. It is located in the southern part of the Study Area (Figure A1-3). The play is gas prone. The hydrocarbon-bearing reservoir, with shows present, is the Cutler Formation sandstone (Huffman, 1995). Hydrocarbons are sourced from Desmoinesian dolomitic shale and mudstone. Traps include a combination of sandstone lenses pinched out on folds and faults. The seal is formed from shale beds or low permeable clays. There is little to no exploration in the area and not production existed as of 1995 (Huffman, 1995).

## Play Resource Results

Unlike the "2002 National Assessment of United States Oil and Gas Resources", the U.S. Geological Survey (Beeman et al., 1996; Charpentier et al., 1996; Gautier et al., 1996) did not use a forecast span to estimate undiscovered technically recoverable resource quantities for the five play areas from their "1995 National Assessment of United States Oil and Gas Resources." Below is a summary of the estimated volumes of hydrocarbons in the four conventional plays and the one unconventional (continuous-type) play, which lie at least partly within the Study Area.

In Table A1-2, the U.S. Geological Survey resource estimates for three types of hydrocarbons (oil, gas, and natural gas liquids) are shown for the conventional plays and the continuous play in the Paradox Basin Province, together with our projection of the amount of those hydrocarbons that could be present within the Study Area. To determine the potential resource within the Study Area we:
- assumed a homogenous distribution of each hydrocarbon type within each Assessment Unit or play area,
- calculated the percent of each Assessment Unit or play area that lies within the Study Area, and

BLM_0018680

- multiplied that percentage by the U.S. Geological Survey resource value estimates for each entire Assessment Unit or play area to calculate Study Area resource values.

The U.S. Geological Survey estimates of recoverable resources for each play area within the province are presented as a range of possibilities. There is a high estimate of recoverable petroleum resources, a mean estimate, and a low estimate of petroleum resources. The high estimate of recoverable petroleum products is the least probable to be recoverable. Therefore, it is shown as a five percent probability of occurrence. The low estimate of recoverable resources is the most likely amount of petroleum product to be recovered. Ninety-five percent probability of occurrence of recovery is likely to occur for the low estimate. The mean is an average of all the probabilities of occurrence. Similarly, the Bureau of Land Management followed the U.S. Geological Survey example to estimate potential abundance of petroleum resources for the Uncompahgre Field Office. We estimate that the Study Area contains a **mean undiscovered cumulative volume of 29.44 million barrels of oil, 144.78 billion cubic feet of gas, aud 4.14 million barrels of natural gas liquids, in the Paradox Basin Province play areas for the 1995 assessment** (Table A1-2).

In addition, we estimate that the Study Area's oil resource in the Paradox Basin Province could **range from 5.60 to 75.04 million barrels, the gas resource could range from 13.74 to 339.88 billion cubic feet, and the natural gas liquids resource could range from 0.35 to 11.05 million barrels** (Table A1-2). These estimates are based on the 1995 assessment.

## UINTA-PICEANCE BASIN PROVINCE ASSESSMENT

The Uinta-Piceance Basin Province is located in southwestern Colorado and southeastern Utah. It has approximately 21 trillion cubic feet of undiscovered natural gas (U.S. Geological Survey Uinta-Piceance Assessment Team, chapter 1, 2002). Most of the natural gas is in unconventional (continuous) accumulations. Thirteen trillion cubic feet of gas lies within the Mesaverde Total Petroleum System and seven trillion cubic feet of gas reside in the Mancos/Mowry Total Petroleum System. An average of sixty million barrels of oil is undiscovered. The main source rocks for the Uinta-Piceance basin include the Phosphoria Formation, Mancos Shale, Mancos/Mowry Shales, Mesaverde group, and Green River formations (U.S. Geological Survey Uinta-Piceance Assessment Team, chapter 2, 2002). Within the Study Area there have been at least 255 conventional wells and 36 coal-bed methane wells drilled as of April 29, 2010 (IHS Energy Group, 2010).

The Uinta-Piceance Basin Province boundary for the 1995 U.S. Geological Survey assessment is defined by the Uinta Mountain Uplift to the north and the southern Park Range and Sawatch Uplift on the east. North of the Uncompahgre Uplift axis defines the southern boundary. The Utah thrust belt defines the western boundary (Spencer, 1995). The Douglas Creek arch separates the Uinta-Piceance basin in two halves. In the south-central portion of the Uinta-Piceance Basin Province there is a fold belt and igneous

BLM_0018681

intrusions in the southeast. Numerous folds are in the northeastern Piceance basin along with many normal faults in the western Uinta basin. Normal faulting occurs in the middle of the Uinta-Piceance basin (U.S. Geological Survey Uinta-Piceance Assessment Team, chapter 2, 2003).

**Play Summaries**

The "1995 National Assessment of United States Oil and Gas Resources" (Spencer, 1995) had three conventional accumulation (see Glossary) plays within the Study Area: the Basin Margin Subthrust, Upper Cretaceous Conventional Play, and the Cretaceous Dakota to Jurassic Gas Oil plays (Figure A1-4). Continuous accumulation (see Glossary) play areas inside the Study Area include the Tight Gas Piceance Mesaverde Williams Fork Continuous Gas, Piceance Basin-Divide Creek Anticline Coal-bed Gas, Piceance Basin-Igneous Intrusion Coal-bed Gas, and Piceance Basin-Western Basin Margin Coal-bed Gas plays (Figure A1-5). Each play area is a set of discovered or undiscovered oil and gas accumulations or prospects that are geologically related. The U.S. Geological Survey defined a play "by the geological properties (such as trapping style, type of reservoir, nature of the seal) that are responsible for the accumulations or prospects." A conventional play contains oil and gas accumulations having hydrocarbon-water contacts and seals that hold or trap hydrocarbons. The hydrocarbons in these plays can be recovered using traditional development and production practices. Supporting geologic studies for these play areas are available at http://certmapper.cr.usgs.gov/data/noga95/prov20/text/prov20.pdf (Spencer, 1995). Since the Uinta-Piceance Basin Province was re-assessed in 2002, estimates of resources in the area were only calculated for the Uinta-Piceance Basin Province 2002 assessment.

**Total Petroleum Systems and Assessment Unit Summaries**

In their newest assessment (written in 2002 and published in 2003), the U.S. Geological Survey divided the Uinta-Piceance Basin Province into "Total Petroleum Systems" and "Assessment Units" (see Glossary definitions) rather than "plays." Summaries of the Total Petroleum Systems and Assessment Units are provided below.

*Mesaverde Total Petroleum System*

The Mesaverde Total Petroleum System encompasses approximately 20,000 square miles (12,800,000 acres) in the Uinta-Piceance Province. Within the Study Area, the Mesaverde Total Petroleum System covers approximately 1,722.36 square miles (1,102,312.93 acres). Sediment thickness ranges from less than 1,500 feet on the northwest boundary of the Study Area to greater than 10,000 feet in the deepest part of the Piceance basin (Johnson et al., chapter 7, 2003). There are seven gas Assessment Units within the Mesaverde Total Petroleum System, with four of these units lying within the Study Area (Figure A1-6, Figure A1-7). The four Assessment Units in the Study Area include the Piceance Basin Continuous Gas Assessment Unit, the Piceance Basin Transitional Gas Assessment Unit, the Mesaverde Sandstone Gas Assessment Unit, and the Mesaverde Group Coal-bed Methane Assessment Unit.

BLM_0018682

The U.S. Geological Survey defines a Total Petroleum System as being mappable, contains genetically related petroleum from source rocks, and contains a reservoir and seal, with migration and timing as critical components (2003). The Mesaverde Total Petroleum System's source rocks are from coals and carbonaceous shales in the Cretaceous Mesaverde Group. The main gas producing coal deposit in the Piceance basin is the Cameo-Fairfield coal group of the Williams Fork Formation. Reservoirs in the Piceance basin (the northern focus of the Study Area) are fluvial channel sandstone beds of the Wasatch Formation and Fort Union Formation. The seal of the Mesaverde Total Petroleum System is likely lacustrine shales of the Tertiary Green River Formation. The trapping mechanism is likely from capillary seal or water block (Johnson et al., chapter 7, 2003).

The upper limit of the Mesaverde Total Petroleum System in the study area is defined by the Tertiary Green River Formation (Johnson et al., chapter 7, 2003). The lower limit of the Mesaverde Total Petroleum System has an indistinct seal throughout the Uinta-Piceance basin because the Mancos/Mowry Total Petroleum System intertongues with the Mesaverde Total Petroleum System. In the Piceance basin, the lower limit is defined as the lowest coal zone of the Williams Fork Formation. Gas generation began 55 million years ago and peaked between 47 and 39 million years ago in the Piceance basin (2003). There are no major gas fields that lie within the Mesaverde Total Petroleum System of the Study Area. Of the 96 wells that tested the Mesaverde Total Petroleum System, approximately 22 wells have production (gas only) sourced from the Mesaverde Total Petroleum System (IHS Energy Group, 2009). Thirty-one Coal-bed natural gas wells tested the Mesaverde Total Petroleum System. Approximately 26 of those Coal-bed natural gas wells have production sourced from the Mesaverde Total Petroleum System. No wells produce oil in this Total Petroleum System.

*Piceance Basin Continuous Gas Assessment Unit*

The Piceance Basin Continuous Gas Assessment Unit covers less than one-tenth a township (2,088.28 acres) in the Study Area (Figure A1-6). Located in the northeastern portion of the Study Area, the Assessment Unit boundary is defined by a vitrinite reflectance line of 1.10 percent R0 (Johnson et al., chapter 7, 2003). Since the vitrinite reflectance represents thermally mature source rocks, the potential for gas is high. Fluvial channels in the Williams Fork and Wasatch Formations are the primary gas producing stratigraphy. Permeability in the sandstone from these formations is low. A well defined fracture system is has not been identified, so enhancement of permeability is likely to produce gas in this Assessment Unit (2003). Ninety percent of the Assessment Unit remains unexplored so values in Table A1-5 are estimates. There are no wells in the Piceance Basin Continuous Gas Assessment Unit that lie within the Study Area.

*Piceance Basin Transitional Gas Assessment Unit*

Approximately 45,358.31 acres of the Piceance Basin Transitional Gas Assessment Unit lie within the Study Area (Figure A1-6). The boundary of the Assessment Unit is defined

BLM_0018683

by the vitrinite reflectance values between 0.75 percent and 1.10 percent $R_0$ (Johnson et al., chapter 7, 2003).  The main petroleum product produced is natural gas from the White River Dome, Divide Creek, and Parachute fields located outside the Study Area. Reservoir rocks from these fields are fluvial channel sandstone mainly in the Mesaverde Group and partly in the Wasatch Formation.   The reservoir rocks are likely more water-saturated due to less mature source rocks of the Cameo-Fairfield (Mesaverde Group) coal group, resulting in fewer successful future tests (2003).  From the base of the Cameo-Fairfield coal group to the base of the first significant lacustrine shale in the Green River Formation are the Assessment Unit's stratigraphic extents. Pressure in the Assessment Unit formations is variable and the maximum estimated ultimate recovery is four billion cubic feet of gas (Table A1-5).  Ninety percent of the field remains unexplored (2003).

*Mesaverde Sandstone Gas Assessment Unit*

The Mesaverde Sandstone Gas Assessment Unit is a conventional oil and gas resource (Figure A1-6 and Table A1-3).  The trapping mechanisms include both structural and stratigraphic with distinct gas-water contacts (Johnson et al., chapter 7, 2003).  Source rocks from the lower Mesaverde Group include coal beds and carbonaceous units.  The reservoirs are primarily fluvial channel sandstones from the Wasatch Formation.  While there is small potential for conventional-type hydrocarbons in the Mesaverde Group in the basin margins, production was only allocated from the Wasatch Formation.  The conventional-type accumulations from the Wasatch Formation are located primarily in the Piceance Creek Dome and Sulphur Creek fields in the north-central Piceance basin. The average well depth in these fields is 4,800 feet with a minimum field size of 0.5 million barrels of oil equivalent (2003).

*Mesaverde Group Coal-bed Methane Assessment Unit*

The approximate area of the Mesaverde Group Coal-bed Methane Assessment Unit is 4,815,000 acres in the Uinta-Piceance Basin Province (Figure A1-7).  While the Assessment Unit is largely untested, the maximum estimated ultimate recovery is five billion cubic feet of gas, assuming future Coal-bed methane technology advances (Johnson et al., chapter 7, 2003).  The Grand Valley and Parachute fields were not used by the Survey in calculating the estimated ultimate recovery because these fields commingle Coal-bed methane and sandstone reservoirs.  Overall, Coal-bed methane production has not been commercially successful, likely due to thin coal beds, under saturation of gas, steeply dipping beds, and gas leakage (2003).  Exceptions are in the White River Dome and Pinyon Ridge fields.  These fields have more production likely due to folding and fracturing.  The coal beds in the Mesaverde Group Coal-bed Methane Assessment Unit are less than 7,000 feet deep in the Williams Fork Formation in the Piceance basin.  Thermal maturity of the coals ranges from less than 0.65 percent to 1.35 percent $R_0$.  Thirty-one Coal-bed methane wells have been drilled in this Assessment Unit.  Twenty-six of these wells have been productive.

BLM_0018684

*Mancos/Mowry Total Petroleum System*

The Mancos/Mowry Total Petroleum System is in the northern part of the Study Area and encompasses 287,576.47 acres (449.34 square miles) of the Study Area.  The Piceance Basin Continuous gas Assessment Unit and the Uinta-Piceance Transitional and Migrated Gas Assessment Unit are the two Assessment Units within the Mancos/Mowry Total Petroleum System that reside in the Study Area (Figure A1-8).  The Mancos/Mowry Total Petroleum System is rich in organic shales and interbedded sandstones (Kirschbaum, chapter 6, 2003).  Permeability was enhanced by a Laramide orogeny fracture system and gas generation. There is more than 5,000 feet of Mancos Shale and Mowry Formation sediment (2003).

Reservoirs in the Mancos/Mowry Total Petroleum System can be in fluvial, tidal, and shoreface deposits.  Fluvial deposits include the Morrison Formation, Cedar Mountain Formation, and the Dakota Sandstone.  These fluvial reservoirs are predominantly tight and underpressured (Kirschbaum, chapter 6, 2003).  Well spacing is typically 60 to 640 acres.  Tidal and shoreface deposits include the Dakota, Castlegate, Sego Sandstone, Morapos Sandstone member of the Mancos Shale, Corcoran-Cozzette-Rollins Sandstone members of the Iles Formation or Mount Garfield Formation, and the Mancos B. Gas production is mainly from tight sandstones but these formations vary in hydrocarbon production, pressure, porosity, and permeability.  The Douglas Creek Arch has a gas cap in the Mancos B/Emery sandstone.  Oil may be under the gas cap where trapping allows.  Traps include stratigraphic and structural traps.  Seals are from the Mancos and Mowry shales and mudstone.  The system is sourced by hydrocarbons generated from 9 to 76 million years ago.  Maximum hydrocarbon generation was 19 to 35 years ago (2003).

There were 68 wells tested in the Mancos/Mowry Total Petroleum System as of June 30th, 2009 (IHS Energy Group, 2009).  Of these 68 wells, four wells were completed in the Dakota Sandstone.  Two of the wells were completed as gas wells and are therefore sourced from the Mancos/Mowry Total Petroleum System.  The remaining two wells were completed as oil wells and appear to be sourced from the Phosphoria Total Petroleum System.

*Piceance Basin Continuous Gas Assessment Unit*

The Piceance Basin Continuous Gas Assessment Unit's boundary is defined by the vitrinite reflectance of greater than 1.1 percent $R_0$ at the base of the Mancos Shale (Kirschbaum, chapter 6, 2003).  The Assessment Unit has approximately 92,747.77 acres (144.92 square miles) in the Study Area (Figure A1-8).  Potential to recover hydrocarbons is dependent on the depth of the reservoir.  The lower reservoir group is the Morrison, Cedar Mountain, and Dakota Formations.  The upper reservoir group is the Iles sandstones.  Historical production for the lower reservoir is at depths less than 10,000 feet.  The upper reservoir has historical production at depths less than about 6,000 feet.  Outside these depths there is no potential for producing hydrocarbons.  The economic depths to drill may vary with technological advances.  Table A1-5 shows the estimated undiscovered technically recoverable resource quantities for the Piceance Basin

BLM_0018685

Continuous Gas Assessment Unit.  Please note that this Assessment Unit is labeled as "Mancos/Mowry Total Petroleum System Piceance Basin Continuous Gas Assessment Unit" in Table A1-5 to distinguish it from the Piceance Basin Continuous Gas Assessment Unit residing in the Mesaverde Total Petroleum System.

*Uinta-Piceance Transitional and Migrated Gas Assessment Unit*

The Uinta-Piceance Transitional and Migrated Gas Assessment Unit's boundary is where vitrinite reflectance values from 0.75 percent to 1.1 percent $R_0$ occur at the base of the Mancos shale (Kirschbaum, chapter 6, 2003).  Within the Study Area, the Assessment Unit covers approximately 194,828.70 acres (304.42 square miles).  The reservoirs in this Assessment Unit include the Morrison Formation, Cedar Mountain Formation, Dakota Sandstone, Frontier Formation, Mancos B, Castlegate Sandstone, Sego Sandstone, Morapos Sandstone, Niobrara Formation, and Blackhawk Formation (hypothetical).  These reservoirs are tight with pressures from normal to underpressured.  Continuous accumulations are predominant, but conventional gas/water contacts or water-saturated reservoirs exist (2003).  Table A1-4 shows details of the Assessment Unit and Table A1-5 shows estimated undiscovered technically recoverable resource quantities.  Figure A1-8 shows the Uinta-Piceance Transitional and Migrated Gas Assessment Unit within the Study Area.

**Phosphoria Total Petroleum System**

The Phosphoria Total Petroleum System encompasses approximately 1,822,437.72 acres (2,847.56 square miles) within the Study Area.  Oil in the Phosphoria Total Petroleum System has accumulated in the Weber Sandstone, Phosphoria and Park City  Formations, Shinarump Member of the Chinle Formation, Entrada Sandstone, Curtis Formation, Morrison Formation, and the Dakota Sandstone (Figure 6a).  The boundary of the Phosphoria Total Petroleum System is based on the extent of the Phosphoria-type oil.  The trapping mechanisms include both stratigraphic and structural traps.  Stratigraphic traps are dominated by eolian and alluvium deposits intertonguing.  The structural traps include thrusted and cluster anticlines.  The seal includes carbonate rocks and mudstone with low porosity and permeability (Johnson, chapter 9, 2003).  The Assessment Units within the Phosphoria Total Petroleum System that also lie within the Study Area include the Hanging Wall Assessment Unit and the Paleozoic/Mesozoic Assessment Unit (Figure A1-9, Table A1-3).

There are 41 wells that penetrated the Phosphoria Total Petroleum System in the Study Area (IHS Energy Group, 2009).  Of these 41 wells, two conventional oil wells have production that appears to be sourced from the Phosphoria Total Petroleum System.  The other 39 wells are plugged and abandoned.  No gas or coal-bed gas wells produce from the Phosphoria Total Petroleum System in the Study Area.

BLM_0018686

*Hanging Wall Assessment Unit*

The Hanging Wall Assessment Unit has only 120.77 acres (0.19 square miles) that are within the Study Area (Figure A1-9). It contains conventional type hydrocarbon accumulations in structural and stratigraphic-structural traps (Johnson, chapter 9, 2003). The structural traps are thrusted anticlines. The sealing mechanism is from low-permeability rocks. Source rocks include the Middle Pennsylvanian Minturn Formation, Phosphoria Formation, and the Mancos Shale. The Hanging Wall Assessment Unit contains non-associated gas likely sourced from Mesaverde coals. Oil is mainly from the Phosphoria Formation (2003). There are no wells from this Assessment Unit that are within the Study Area.

*Paleozoic/Mesozoic Assessment Unit*

The Paleozoic/Mesozoic Assessment Unit covers the north half of the Study Area (Figure A1-9). The Assessment Unit includes rocks from the Paleozoic time period or a combination of Paleozoic and Mesozoic rocks. The source rock is mainly from the Phosphoria Formation. Paleozoic source rocks are known to have high concentrations of carbon dioxide and inert gases when produced. Reservoir rocks are from sandstones and carbonate rocks (Johnson, chapter 9, 2003). These include the Lower Permian Kaibab Limestone, Lower Triassic Moenkopi Formation, Entrada Sandstone, Morrison Formation, Cedar Mountain Formation, and the Dakota Sandstone. Trapping is from anticlinal features associated with the Douglas Creek arch and Uncompahgre Uplift. The seal includes rocks with low permeability. This Assessment Unit mainly produces oil from the Dakota Formation. The two producing oil wells discussed above appear to be from the Paleozoic/Mesozoic Assessment Unit.

Each Assessment Unit falls within one of two types of potential undiscovered accumulation: conventional and continuous accumulations (see Glossary definitions). Of the five Assessment Units evaluated in the "2002 National Assessment of United States Oil and Gas Resources" in the Uinta-Piceance Basin Province, three Assessment Units lie within Field Office boundaries: the Paleozoic/Mesozoic, Mesaverde Sandstone, and the Hanging Wall Assessment Units (Tables A1-3, A1-5).

Continuous accumulations include tight reservoirs, shale reservoirs, unconventional reservoirs, basin-centered reservoirs, fractured reservoirs, Coal-beds, oil shales, and shallow biogenic gas. Assessment Units categorized as continuous accumulations that lie within the Study Area include the Mesaverde Total Petroleum System Piceance Basin Continuous Gas, Uinta-Piceance Transitional and Migrated Gas, Piceance Basin Transitional Gas, Mancos/Mowry Total Petroleum System Piceance Basin Continuous Gas, and the Mesaverde Group Coal-bed Gas (Tables A1-4 and A1-5).

Conventional accumulations have "discrete geographic entities with well-delineated hydrocarbon-water contacts" (U.S. Geological Survey Uinta-Piceance Assessment Team, chapter 1, 2003). Also, conventional accumulations have rocks with high permeability, discrete seals and traps, and high recovery factors (2003). In the Study Area, the

BLM_0018687

Assessment Units categorized as conventional resources are the Paleozoic/Mesozoic Conventional Oil, Mesaverde Sandstone Gas, and Hanging Wall Assessment Units (Tables A1-3 and A1-5).

## Assessment Unit Resource Results

The U.S. Geological Survey estimated undiscovered technically recoverable resource quantities of oil and gas that could be added to the proved reserves within each Assessment Unit, using a forecast span of 30 years. A 30-year forecast span affects the minimum undiscovered accumulation size, the number of years in the future that reserve growth is estimated, economic assessments, the accumulations chosen for consideration, and the assessment of risk. Below is a summary of estimated hydrocarbon volumes in the three conventional Assessment Units and five continuous Assessment Units that reside in the Field Office boundaries.

In Table A1-5, the U.S. Geological Survey resource estimates for three types of hydrocarbons (oil, gas, and natural gas liquids) are shown for the both conventional and continuous Assessment Units in the Uinta-Piceance Basin Province, together with our projection of the amount of those hydrocarbons that could be present within the Study Area. To determine the potential resource within the Study Area we:

- assumed a homogenous distribution of each hydrocarbon type within each Assessment Unit,
- calculated the percent of each Assessment Unit that lies within the Study Area, and
- multiplied that percentage by the U.S. Geological Survey resource value estimates for each entire Assessment Unit to calculate Study Area resource values.

The U.S. Geological Survey estimates of recoverable resources for each Assessment Unit or play area within the province are presented as a range of possibilities. There is a high estimate of recoverable petroleum resources, a mean estimate, and a low estimate of petroleum resources. The high estimate of recoverable petroleum products is the least probable to be recoverable. Therefore, it is shown as a five percent probability of occurrence. The low estimate of recoverable resources is the most likely amount of petroleum product to be recovered. Ninety-five percent probability of occurrence of recovery is likely to occur for the low estimate. The mean is an average of all the probabilities of occurrence. Similarly, the Bureau of Land Management followed the U.S. Geological Survey example to estimate potential abundance of petroleum resources for the Uncompahgre Field Office. For the 2002 report, we estimated the total undiscovered technically recoverable resource that the Study Area contains is a **mean undiscovered cumulative volume of 0.74 million barrels of oil, 308.85 billion cubic feet of gas, and 0.56 million barrels of natural gas liquids, in the Uinta-Piceance Basin Province Assessment Units** (Table A1-5).

In addition, we estimate that the Study Area's oil resource in the Paradox Basin Province could **range from 0.31 to 1.36 million barrels, the gas resource could range from**

BLM_0018688

**187.78 to 489.93 billion cubic feet, and the natural gas liquids resource could range from 0.19 to 1.18 million barrels** (Table A1-5).

BLM_0018689

# REFERENCES

Allis, R., T. Chidsey, W. Gwynn, C. Morgan, S. White, M. Adams, and J. Moore, 2001, Natural CO2 reservoirs on the Colorado Plateau and Southern Rocky Mountains: in First National Conference on Carbon Sequestration, 19 pages. Available online: http://www.netl.doe.gov/publications/proceedings/01/carbon_seq/6a2.pdf .

Avery, C.D., and J.C. Miller, 1934, Relationship of geology to unit operation of oil and gas fields, involving Government lands: Bulletin of the American Association of Petroleum Geologists, volume 18, number 11, pp. 1454-1492.

Beecham, C., 2010, Bureau of Land Management, Colorado State Office letter to Liane Mattson, Leasable and Salable Minerals Program Leader, U.S. Forest Service; Delta, Colorado: 3 pages with one attachment.

Beeman, W. R., Obuch, R. C., and Brewton, J. D., 1996, Digital map data, text, and graphical images in support of the 1995 National Assessment of United States oil and gas resources: U.S. Geological Survey Digital Data Series 35.

Bereskin, B. and M. Mavor, 2003, Shale gas geology and engineering: an overview. Course notes available from American Association of Petroleum Geologists, 1444 South Boulder Avenue, Tulsa, Oklahoma, 74119, 135 pages.

Bon, R.L. and Chidsey, T.C, November 2006, Major Oil Plays in Utah and Vicinity: Quarterly Technical Progress Report. By Utah Geological Survey. Department of Energy, Office of Fossil Energy; p. i-vii, 1-10. Reporting period April 1 to June 30, 2006.

Boswell, R.S., 2006, Impediments to Developing Unconventional Natural Gas Resource Plays: presented at "14th Annual EIA Energy Outlook and Modeling Conference," March 27, 2006. Available online: http://www.eia.doe.gov/oiaf/aeo/conf/boswell/boswell.pdf.

Boysen, J. and D. Boysen, 2008, The freeze-thaw/evaporation process for produced water treatment, disposal and beneficial uses: 39 pages. Downloaded from http://ipec.utulsa.edu/Conf2008/Manuscripts%20&%20presentations%20received/Boysen_37_FreezeThaw.pdf

Brown, D., 2006, Slimhole CTD Targets Shallow Plays: AAPG Explorer magazine, volume 27, number 12, pages 8 and 10.

Charpentier, R. R., Klett, T. R., Obuch, R. C., and Brewton, J. D., 1996, Tabular data, text, and graphical images in support of the 1995 National Assessment of United States oil and gas resources: U.S. Geological Survey Digital Data Series 36.

BLM_0018690

Chidsey, T.C, January 2003, Major Oil Plays in Utah and Vicinity: Quarterly Technical Progress Report. By Utah Geological Survey, Department of Energy, Office of Fossil Energy; p. i-v, 1-17. Reporting period July 1 to Sept. 30, 2002.

Chidsey, T.C, Morgan, C.D., and Bon, R.L., July 2003, Major Oil Plays in Utah and Vicinity: Quarterly Technical Progress Report. By Utah Geological Survey, Department of Energy, Office of Fossil Energy; p. i-iv, 1-13. Reporting period Jan. 1 to March 31, 2003.

Chidsey, T.C, Morgan, C.D., McClure, K., and Willis, G.C., September 2003, Major Oil Plays in Utah and Vicinity: Quarterly Technical Progress Report. By Utah Geological Survey, Department of Energy, Office of Fossil Energy; p. i-vi, 1-29. Reporting period April 1 to June 30, 2003.

Chidsey, T.C, Morgan, C.D., McClure, K., Sprinkel, D.A., Bon, R.L., and Doelling, H.H., March 2004, Major Oil Plays in Utah and Vicinity: Quarterly Technical Progress Report. By Utah Geological Survey, Department of Energy, Office of Fossil Energy; p. i-viii, 1-32. Reporting period Oct. 1 to Dec. 31, 2003.

Chidsey, T.C, April 2005, Major Oil Plays in Utah and Vicinity: Quarterly Technical Progress Report. By Utah Geological Survey, Department of Energy, Office of Fossil Energy; p. i-v, 1-24. Reporting period Jan. 1 to March 31, 2005.

Chidsey, T.C, July 2006, Major Oil Plays in Utah and Vicinity: Quarterly Technical Progress Report. By Utah Geological Survey, Department of Energy, Office of Fossil Energy; p. i-viii, 1-59. Reporting period Jan. 1 to March 31, 2006.

Chidsey, T.C, November 2006, Major Oil Plays in Utah and Vicinity: Quarterly Technical Progress Report. By Utah Geological Survey, Department of Energy, Office of Fossil Energy; p. i-v, 1-10. Reporting period April 1 to June 30, 2006.

Chidsey, T.C, May 2007, Major Oil Plays in Utah and Vicinity: Quarterly Technical Progress Report. By Utah Geological Survey, Department of Energy, Office of Fossil Energy; p. i-viii, 1-45. Reporting period Jan. 1 to March 31, 2007.

Chidsey, T.C, Morgan, C.D., and Eby, D.E., February 2008, Major Oil Plays in Utah and Vicinity: Quarterly Technical Progress Report. In: Oil and Natural Gas Technology. Department of Energy, Office of Fossil Energy; p. i-viii, 1-40. Reporting period July 1 to Sept. 30, 2007.

Cleveland, C.J., 2003, A Preliminary Economic Assessment of Scientific Inventory of Onshore Federal Lands' Oil and Gas Resources and Reserves and the Extent and Nature of Restrictions or Impediments to their Development: CEES Working Paper Series #0301, 12 pages.  Available online: http://www.bu.edu/cees/research/workingp/0302.html.

BLM_0018691

Cole, R.D., and Cumella, S.P., 2003, Stratigraphic architecture and reservoir characteristics of the Mesaverde Group, southern Piceance Basin, Colorado, *in* K.M. Peterson, T.M. Olson, and D.S. Anderson, eds., Piceance Basin 2003 Guidebook: Denver, Colorado, Rocky Mountain Association of Geologists, p. 385-442.

Colorado Oil and Gas Conservation Commission, 2010, Colorado well data and statistics: Colorado Oil and Gas Conservation Commission Online database.  Available online: http://cogcc.state.co.us.

Curtis, J.B., and S.L. Montgomery, 2002, Recoverable natural gas resource of the United States: Summary of recent estimates: American Association of Petroleum Geologists Bulletin, volume 86, number 10, p. 1671-1678.

Duda, J.R., and G. Covatch, 2005, Projections of marginal wells and their contributions to oil and natural gas supplies, 2005 Society of Petroleum Engineers Eastern Regional Meeting, SPE 98014, 11 pages.

Dunn H., 1972, Piceance Basin and Las Animas Arch: in W.M. Murphy ed., Geologic Atlas of the Rocky Mountain Region United States of America; Rocky Mountain Association of Geologists, p. 278-282.

Dyman, T.S., D.T. Nielsen, R.C. Obuch, J.K. Baird, and R.A. Wise, 1990, Deep oil and gas wells and reservoirs in the United States from the Well History Control System and Petroleum Data System, *in* L.M.H. Carter, ed., USGS Research on Energy Resources: U.S. Geological Survey Circular 1060, p. 27-28.

Dyman, T.S., D.D. Rice, D.T. Nielsen, R.C. Obuch, and J.K. Baird, 1993a, Geologic and production characteristics of deep oil and gas wells and reservoirs in the conterminous U.S.: Oklahoma Geological Survey Circular 95, P. 208-215.

Dyman, T.S., D.D. Rice, J.W. Schmoker, C.J. Wandrey, R.C. Burruss, R.A. Crovelli, G.L. Dolton, T.C. Hester, C.W. Keighin, J.G. Palacas, W.J. Perry, Jr., L.C. Price, C.W. Spencer, and D.K. Vaughan, 1993b, Geologic studies of deep natural-gas resources in the United States: U.S. Geological Survey Professional Paper 1570, p. 171-203.

Dyman, T.S., D.D. Rice, and P.A. Westcott, eds., 1997, Geologic controls of deep natural gas resources in the United States: U.S. Geological Survey Bulletin 2146, 239 pages.

Energy Information Administration, 2004, Annual energy outlook 2004 with projections to 2025: U.S. Department of Energy, Office of Oil and Gas, Energy Information Administration; DOE/EIA-0383(2004), 263 pages.  Available online: http://eia.doe.gov/oiaf/aeo/index.html.

BLM_0018692

Energy Information Administration, 2006a, Annual energy outlook 2006 with projections to 2030: U.S. Department of Energy, Office of Oil and Gas, Energy Information Administration; DOE/EIA-0383(2006), 221 pages.

Energy Information Administration, 2006b, Oil and Gas Lease Equipment and Operating Costs 1987 Through 2006: 11 pages and excel spreadsheet. Available online: http://www.eia.doe.gov/pub/oil_gas/natural_gas/data_publications/cost_indices_equipment_production/current/coststudy.html and excel spreadsheet available online: http://www.eia.doe.gov/pub/oil_gas/natural_gas/data_publications/cost_indices_equipment_production/current/coststudy.xls.

Energy Information Administration, 2006c, Overview of the Annual Energy Outlook 2005, presented by J.J. Conti at 2005 EIA Midterm Analysis and Forecasting Conference in Washington, DC on April 12, 2005. Available online: http://www.eia.doe.gov/oil_gas/natural_gas/data_publications/crude_oil_natural_gas_reserves/cr.html.

Energy Information Administration, 2007a, Assumptions to the Annual Energy Outlook 2007 with projections to 2030: U.S. Department of Energy, Office of Oil and Gas, Energy Information Administration, DOE/EIA-0554(2007), 176 pages. Available online: http://www.eia.doe.gov/oiaf/aeo/assumption/index.html.

Energy Information Administration 2007b, Performance profiles of major energy producers 2006: U.S. Department of Energy, Office of Energy Markets and End Use, published December, 2007; DOE/EIA-0206(06), 102 pages. Available online: http://tonto.eia.doe.gov/FTPROOT/financial/020606.pdf.

Energy Information Administration 2007c, U.S. crude oil, natural gas, and natural gas liquids reserves 2006 annual report: U.S. Department of Energy; DOE/EIA-0216(2007), 162 pages. Available online: http://www.eia.doe.gov?neic/infosheets/petroleumreserves.html.

Energy Information Administration 2009a, Performance profiles of major energy producers 2008: U.S. Department of Energy, Office of Energy Markets and End Use, published December, 2009; DOE/EIA-0206(08), 108 pages. Available online: http://tonto.eia.doe.gov/FTPROOT/financial/020608.pdf.

Energy Information Administration, 2009c, Annual Energy Outlook 2009 with Projections to 2030, Updated Annual Energy Outlook 2009 Reference Case with ARRA, DOE/EIA-0383(2009), 230 pages. Available online: http://www.eia.doe.gov/oiaf/aeo/index.html.

Energy Information Administration, 2010a, Colorado state energy profile, downloaded September 15, 2008 from http://tonto.eia.doe.gov/state/state_energy_profiles.cfm?sid=CO

BLM_0018693

Energy Information Administration, 2010b, Assumptions to the Annual Energy Outlook 2010 with projections to 2035: Oil and Gas Supply Module. U.S. Department of Energy, Office of Oil and Gas, Energy Information Administration; DOE/EIA-0554(2010), p. 195. Available online: http://www.eia.doe.gov/oiaf/aeo/assumption/pdf/0554(2010).pdf

Energy Information Administration, 2010c, Petroleum product spot prices. Available online: http://tonto.eia.doe.gov/dnav/pet/pet_pri_top.asp

Energy Information Administration, 2010d, Annual Energy Outlook 2010 Early Release Overview; Updated Annual Energy Outlook 2010 Reference Case, DOE/EIA-0383(2010), downloaded April 28, 2009 from http://www.eia.doe.gov/oiaf/aeo/index.html .

Energy Information Administration, 2010e, Shale Gas Plays, Lower 48 States. Digital map updated March 10, 2010, downloaded from http://www.eia.doe.gov/oil_gas/rpd/shale_gas.jpg.

Energy Information Administration, 2011, Annual energy outlook with projections to 2035: DOE/EIA-0383(2011), 246 pages. Available online: http://www.eia.gov/forecasts/archive/aeo11/index.cfm

Energy Information Administration, 2012, Annual Energy Outlook 2012 Early Release Overview. DOE/EIA-0383ER(2012), 13 pages. Retrieved January 23, 2012, from the Energy Information Administration website: http://www.eia.gov/forecasts/aeo/er/early_prices.cfm.

Eustes, A.W. III, 2003, Directional Drilling Seminar; Course notes from Bureau of Land Management Directional Drilling Seminar held in Casper, Wyoming, March 18 and 19, 2003.

Foss, M.M., 2007, United States natural gas prices to 2015: Oxford Institute for Energy Studies NG 18, 40 pages. Available online: http://www.oxfordenergy.org/pdfs/NG18.pdf.

Fowler, B. and Gallagher, P., 2004, Oil and Gas Potential and Reasonable Foreseeable Development (RFD) Scenarios in the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests, Colorado. Bureau of Land Management; p. 1-51.

Fram Operating, 2011, The proposed Whitewater unit master development plan: submitted to BLM August 17, 2011, 35 pages. Available online: http://www.blm.gov/co/st/en/fo/gjfo/energy/proposed_whitewater.html .

Fritz, R.D., Horn, M.K., and Joshi, S.D. (eds.), Geological Aspects of Horizontal Drilling; AAPG Continuing Education Course Note Series No. 33, 563 pages.

BLM_0018694

Gault Group Inc., 2006, Oil and Gas Potential and Reasonable Foreseeable Development (FRD) Scenarios in the San Juan National Forest and BLM Public Lands, Colorado. Prepared by: United States Forest Service: Department of the Interior; p. 1-117.

Gautier, D. L., Dolton, G. L., Takahashi, K. I., and Varnes, K. L., eds., 1996, 1995 National Assessment of United States oil and gas resources – results, methodology, and supporting data: U.S. Geological Survey Digital Data Series 30, version 2 corrected.

Gobec, M., T. Van Leeuwen, and V. Kuuskraa, 2007, Economics of unconventional gas: OGJ Unconventional Gas Article #5, 14 pages.  Available online: http://www.adv-res.com/Literature.asp.

Hayes, T., 2004, The electrodialysis alternative for produced water management: Gas Tips, Volume 10, Number 3, pages 15-20.  Available online: http://www.netl.doe.gov/technologies/oil-gas/publications/GasTIPS/GasTIPS-Summer04.pdf .

Hettinger, R.D., and Kirschbaum, M.A., 2002, Stratigraphy of the Upper Cretaceous Mancos Shale (upper part) and Mesaverde Group in the southern part of the Uinta and Piceance basins, Utah and Colorado, U.S. Geological Survey, Pamphlet to accompany Geologic Investigations Series I-2764, 21 pp.

Hettinger, R.D., Roberts, L.N.R., and Gognat, T.A., edited by Kirschbaum, M.A., Roberts, L.N.R., and Biewick, L.R.H., 2000, Chapter O: Investigations of the Distribution and Resources of Coal in the Southern Part of the Piceance Basin, Colorado. In: Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah: U.S. Geological Survey Professional Paper 1625-B; p. O1-O101.

Hettinger, R.D., Roberts, L.N.R., and Kirschbaum, M.A., edited by Bankey, V., 2004, Chapter M: Coal Resources and Coal Resource Potential.  In: Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado: U.S. Geological Survey Bulletin 2213-M; p. 191-223.

Huffman, A.C., Jr., 1995, Paradox Basin Province (021), in D.L. Gautier, G.L. Dolton, K.I. Takahashi, and K.L. Varnes, eds., 1995 National Assessment of United States Oil and Gas Resources, U.S. Geological Survey Digital Data Series DDS-30. Available online: http://certmapper.cr.usgs.gov/data/noga95/prov21/text/prov21.pdf .

Humphries, M., 2004, Oil and gas exploration and development on public lands: Congressional Research Service Report for Congress, The Library of Congress, RL32315, 23 pages.

BLM_0018695

IHS Energy Group, 2010, Rocky Mountain US Well Data: Network License for PI/Dwights PLUS Version 1.7.

International Programme on Chemical Safety, 1994, Assessing human health risks of chemicals: derivation of guidance values for health-based exposure limits: Geneva, World Health Organization (Environmental Health Criteria 170). Available online: http://www.inchem.org/documents/cicads/cicads/cicad53.htm .

Interstate Oil and Gas Compact Commission, 2008, Marginal Wells: Fuel for Economic Growth, 2008 Edition, 49 pp, downloaded May 28, 2009 from http://iogcc.publishpath.com/Websites/iogcc/pdfs/2008-Marginal-Well-Report.pdf .

Johnson, E.A., 2003, Geologic Assessment of the Phosphoria Total Petroleum System, Uinta-Piceance Province, Utah and Colorado, Chapter 9. In: Petroleum Systems and Geologic Assessment of Oil and Gas in the Uinta-Piceance Province, Utah and Colorado, U.S. Geological Survey Digital Data Series DDS—69—B, p. 1-37.

Johnson, R.C., and Roberts, S.B., 2003, The Mesaverde Total Petroleum System, Uinta-Piceance Province, Utah and Colorado, Chapter 7 of Petroleum Systems and Geologic Assessment of Oil and Gas in the Uinta-Piceance Province, Colorado and Utah. U.S. Geological Survey, Digital Data Series DDS-69-B, 63 pp.

Kaiser, Mark J., (2012). Louisiana Haynesville Shale: Oil & Gas Journal. Vol. 110. Retrieved January 23, 2012 from http://www.ogj.com/articles/print/vol-110/issue-1a/exploration-development/louisiana-haynesville-p1.html.

Kim, E, 2007, North America gas production trends & issues: presentation for Wood Mackenzie Research and Consulting at Gas/Electric Partnership Workshop on February 8, 2007; 34 pages.  Available online: http://www.gaselectricpartnership.com/AAWOODMAC.pdf .

Kirschbaum, M.A and Biewick, L.R.H, edited by Kirschbaum, M.A., Roberts, L.N.R., and Biewick, L.R.H., 2000, Chapter B: A Summary of the Coal Deposits in the Coal Deposits in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah. In: Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah: U.S. Geological Survey Professional Paper 1625-B; p. B1-B33.

Kirschbaum, M.A, edited by Kirschbaum, M.A., Roberts, L.N.R., and Biewick, L.R.H., 2000, Chapter A:  Introduction: Geologic Assessment of Coal in the Colorado Plateau. In: Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah: U.S. Geological Survey Professional Paper 1625-B; p. A1-A34.

BLM_0018696

Kirschbaum, M.A., 2003, Geologic Assessment of Undiscovered Oil and Gas Resources of the Mancos/Mowry Total Petroleum System, Uinta-Piceance Province, Utah and Colorado, Chapter 6. In: Petroleum Systems and Geologic Assessment of Oil and Gas in the Uinta-Piceance Province, Utah and Colorado, U.S. Geological Survey Digital Data Series DDS—69—B, p. 1-42.

Knopman, D., 2002, Assessing Gas and Oil Resources in the Intermountain West: RAND CT-195, p. 1-13. Available online: http://www.rand.org/pubs/testimonies/CT195/.

Kuuskraa, V., 2007a, Unconventional Gas-1: Reserves, production grew greatly during last decade: Oil & Gas Journal, Volume 105, Issue 33, September 03, 2007.

Kuuskraa, V., 2007b, Unconventional Gas-2: Resource potential estimates likely to change: Oil & Gas Journal, Volume 105, Issue 35, September 17, 2007.

LaTourrette, T., M. Bernstein, P. Holtberg, C. Pernin, B. Vollaard, M. Hanson, K. Anderson, and D. Knopman, 2002a, A New Approach to Assessing Gas and Oil Resources in the Intermountain West: RAND  Issue Paper IP-225-WFHF,  8 pages.  Available online: http://www.rand.org/pubs/.

LaTourrette, T., M. Bernstein, P. Holtberg, C. Pernin, B. Vollaard, M. Hanson, K. Anderson, and D. Knopman, 2002b, Assessing Gas and Oil Resources in the Intermountain West: Review of Methods and Framework For a New Approach: RAND MR-1553-WFHF,  94 pages.  Available online: http://www.rand.org/pubs/.

LaTourrette, T., M. Bernstein, M. Hanson, C. Pernin, D. Knopman, and A. Overton, 2003, Assessing Natural Gas and Oil Resources: An Example of a New Approach in the Greater Green River Basin: RAND  112 pages.  Available online: http://www.rand.org/pubs/.

Leschak, P., 2009, 2009 addendum to the oil and gas potential and reasonable foreseeable development (RFD) scenarios in the San Juan National Forest and BLM public lands, Colorado: 47 pages.  Available online: http://ocs.fortlewis.edu/forestplan/supplement/supporting-documents.htm.

Levorsen, A.I., 1967, Geology of Petroleum: Second edition, W.H. Freeman Company, San Francisco, 724 pages.

Matthews, V. (ed.) , KellerLynn, K. (ed.) , & Fox, B. (ed.). 2003. Messages in stone: Colorado's colorful geology. Colorado Geological Survey. p. 43, 62.

Molenaar, C.M., 1972, Paradox Basin: in W.M. Murphy ed., Geologic Atlas of the Rocky Mountain Region United States of America; Rocky Mountain Association of Geologists, p. 282-284.

**Wyoming State Office Reservoir Management Group**                            **- 98 -**

Morgan, C.D., Hemborg, T.H., 1993, Paradox Basin [Px] Plays. In: Atlas of Major Rocky Mountain Gas Reservoirs; Rocky Mountain Bureau of Mines and Mineral Resources, p. 90-94.

Nation, L., 2002, Resource Paper Taken to Task: Congressional Panel Hears Mankin. In: *Explorer* by AAPG. Available online: http://www.aapg.org/explorer/2002/06jun/testimony.cfm.

National Petroleum Council, 1999, Meeting the Challenges of the Nation's Growing Natural Gas Demand, Volume 11, Task Group Reports, p. S-21.

National Petroleum Council, 2003, Balancing natural gas policy: Volume 1 Summary of findings and recommendations, 118 pages downloaded on 01-29-04, Volume 2 Integrated Report, 366 pages downloaded 04-22-04 and Volume 4 Supply task Group Report, 479 pages.  Available online: http://www.npc.org.

National Petroleum Council, (2011). Prudent Development: Realizing the Potential of North America's Natural Gas and Oil Resources. Retrieved January 23, 2012 from http://www.ogj.com/articles/print/vol-110/issue-1a/exploration-development/louisiana-haynesville-p1.html.

Nuccio, V.F., Condon, S.M, 1996, Burial and Thermal History of the Paradox Basin, Utah and Colorado, and Petroleum Potential of the Middle Pennsylvanian Paradox Formation; U.S. Geological Survey Bulletin 2000-O.

,Potential Gas Committee, 2003, Potential supply of natural gas in the United States, report of the Potential Gas Committee (December 31, 2002), Darrell L. Pierce, President and General Chairman, Colorado School of Mines, Golden, Colorado, 316 pages.

PTTC (Petroleum Technology Transfer Council), 2002, Commercialization of the freeze-thaw/evaporation purification process: Rockies Newsletter, volume 5, number 2, page 1.

Radler, Marilyn, (2012). US energy demand to stay weak in 2012 amid strong oil, gas production. Retrieved January 23, 2012 from http://www.ogj.com/articles/print/vol-110/issue-1a/exploration-development/louisiana-haynesville-p1.html .

Raymond James & Associates Inc., (2012). Market Watch: Gas prices continue falling compared with small decline for oil. *Oil & Gas Journal*. Retrieved January 23, 2012 from http://www.ogj.com/articles/2012/01/market-watch-gas-prices-rises.article.html .

BLM_0018698

Reeves., S.R., G.J. Koperna, and V.A. Kuuskraa, 2007, Nature and importance of technology progress for unconventional gas: OGJ Unconventional Gas Article #4, 14 pages.  Available online: http://www.adv-res.com/Literature.asp.

Rocky Mountain Federal Leadership Forum, 2004, Reasonably foreseeable development scenarios and cumulative effects analysis; *for oil and gas activities on Federal lands in the greater Rocky Mountain region*: U.S.D.O.I Bureau of Land Management, U.S. Environmental Protection Agency, U.S.D.O.I. Fish and Wildlife Service, U.S.D.O.I. National Park Service, and U.S.D.A Forest Service: Final Report published January 16, 2004; 100 pages.

Rocky Mountain Oil Journal, 2005, Weekly News Periodical.

Schaefer, K., (2010), The 3-break even prices for natural gas. *Oil and Gas Investment Bulletin*, April 12, 2010 issue (online). Retrieved March 18, 2011 from http://oilandgas-investments.com/2010/natural-gas/the-3-break-even-prices-for-natural-gas/ .

Schamel, S. 2009, Shale gas potential of the Paradox Basin, Colorado and Utah, *in* W.S. Houston, L.L. Wray, and P.G. Moreland, eds., The Paradox Basin revisited – New Developments in Petroleum Systems and Basin Analysis: RMAG 2009 Special Publication – The Paradox Basin, p. 568-603.

Skrtic, L., 2006. Hydrogen Sulfide, Oil and Gas, and People's Health: Master of Science thesis, Energy and Resources Group, University of California, Berkley, 77 pages.

Sieminski, A., 2008, Oil Market Issues and Outlook: Select Committee on Energy Independence and Global Warming, U.S. House of representatives, June 11 2008. Available online: http://globalwarming.house.gov/tools/2q08materials/files/0056.pdf .

Spears & Associates, Inc., 2003, U.S. Department of Energy microhole initiative workshop summary.  Available online: http://www.fossil.energy.gov/programs/oilgas/microhole/microhole-workshop-report.pdf.

Spencer, C.W., 1995, U.S. Geological Survey, Uinta-Piceance Basin Province (020): National Oil and Gas Assessment; Available online: http://certmapper.cr.usgs.gov/data/noga95/prov20/text/prov20.pdf.

Spencer, D., 2006, Bureau of Land Management, Colorado State Office letter to Charles S. Richmond, Supervisor Grand Mesa-Uncompahgre-Gunnison National Forests: 9 pages.  Available online: http://www.fs.usda.gov/detail/gmug/landmanagement/planning/?cid=fsbdev7_003218 by selecting "Update to the 2004 RFD (BLM, 2006)."

BLM_0018699

Stoeser, D.B., G.N. Green, L.C. Morath, W.D. Heran, A.B. Wilson, D.W. Moore, and B.S. Van Gosen, 2005, Preliminary integrated geologic map databases for the United States: U.S. Geological Survey, Open-File Report (2005-1351). Available online: http://pubs.usgs.gov/of/2005/1351/ .

Stone, D.S., 1977, Tectonic history of the Uncompahgre uplift: in H.K. Veal ed., Exploration frontiers of the central and southern Rockies; Rocky Mountain Association of Geologists, p. 23-30.

Tremain, C.M., Hemborg, H.T., Noe, D.C., Morgan, C.D., 1993, Greater Piceance Plays. In: Atlas of Major Rocky Mountain Gas Reservoirs; Rocky Mountain Bureau of Mines and Mineral Resources, p. 95-104.

U.S. Department of Energy, 1999, Environmental benefits of advanced oil and gas exploration and production technology: DOE-FE-0385, 168 pages.

U.S. Department of Energy, 2005, Coiled tubing: state of the industry and role for NETL: Topical report prepared for U.S. Department of Energy, National Energy Technology Laboratory under contract DE-AD26-00Nt00612, 32 pages. Available online: http://www.netl.doe.gov/technologies/oil-gas/publications/AP/Coiled%20Tubing%20Topical%20Report%20June%202005.pdf.

U.S. Department of Energy, 2007, Carbon sequestration atlas of the United States and Canada. Available online: http://www.netl.doe.gov/technologies/carbon_seq/refshelf/atlas/index.html.

U.S. Department of Energy, 2008, 2009 carbon sequestration atlas of the United States and Canada, second edition: 89 pages. Available online: http://www.netl.doe.gov/technologies/carbon_seq/refshelf/atlasII/index.html .

U.S. Departments of the Interior, Agriculture and Energy, 2003, Scientific inventory of onshore Federal lands' oil and gas resources and reserves and the extent and nature of restrictions or impediments to their development–The Paradox/San Juan, Uinta/Piceance, Greater Green River, and Powder River basins and the Montana Thrust Belt: BLM/WO/GI-03/002+3100. Available online: http://www.blm.gov/epca/.

U.S. Departments of the Interior, Agriculture and Energy, 2006, Scientific inventory of onshore Federal lands' oil and gas resources and reserves and the extent and nature of restrictions or impediments to their development–Phase II Cumulative Inventory: Northern Alaska, Montana Thrust Belt, Powder River Basin, Wyoming Thrust Belt, Greater Green River Basin, Denver Basin, Uinta/Piceance Basin, Paradox/San Juan Basins, Appalachian Basin, Black Warrior Basin and Florida Peninsula: BLM/WO/GI-03/002+3100/REV06. Available online: http://www.blm.gov/epca/.

BLM_0018700

U.S. Departments of the Interior, Agriculture, and Energy, 2008, Inventory of Onshore Federal Oil and Natural Gas Resources and Restrictions to Their Development: Phase III Inventory—Onshore United States. p. 1-392. Available online: http://www.blm.gov/wo/st/en/prog/energy/oil_and_gas/EPCA_III.html.

U.S. Geological Survey, 1995, 1995 National Assessment of United States Oil and Gas Reservoirs; By U.S. Geological Survey. U.S. Geological Survey Circular 1118. p. 1-30.

U.S. Geological Survey (Uinta-Piceance Assessment Team), 2003, Executive Summary—Assessment of undiscovered oil and gas resources of the Uinta-Piceance Province of Utah and Colorado, 2002, Chapters 1 and 2. In: Petroleum Systems and Geologic Assessment of Oil and Gas in the Uinta-Piceance Province, Utah and Colorado. National Assessment of Oil and Gas Project, USGS Digital Data Series DDS-69-B, Version 1.0.

U.S. Geological Survey, 2004, Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National forests and Vicinity, Colorado. Department of the Interior. U.S. Geological Survey Bulletin 2213; p. 1-222.

U.S. Geological Survey, 2006, Coal Resource and Development Potential Report; Grand Mesa, Uncompahgre, and Gunnison National Forest. Revised from Coal Resources and Coal Resource Potential. In: Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity, Colorado: U.S. Geological Survey Bulletin 2213-M; p. 1-44.

U.S. Geological Survey, 2008a, Produced waters database. Available online: http://energy.cr.usgs.gov/prov/prodwat/intro.htm.

U.S. Geological Survey, 2008b, Mean Continuous Gas Resources (excluding coalbed methane) (Undiscovered Technically recoverable Resources); 2008 National Oil and Gas Assessment update, map. Available online: http://certmapper.cr.usgs.gov/data/noga00/natl/graphic/2008/mean_cont_gas_08.pdf.

U.S. Geological Survey, 2008c, USGS Assessment of Oil and Gas Resources Update. Retrieved April 11, 2011 from http://certmapper.cr.usgs.gov/data/noga00/natl/tabular/2008/summary_08.pdf .

Vidas, E.H., R.H. Hugman, and P.S. Springer, 2003, Assessing Natural Gas and Oil Resources: Technical Details of Resource allocation and Economic Analysis: RAND, 79 pages. Available online: http://www.rand.org/pubs/.

Wilson, M.S., K.W. Grove, and A.B. Wilson, 2003, Exploration of the Mississippian Leadville Limestone in the Piceance basin, western Colorado: in Piceance Basin 2003 Guidebook of the Rocky Mountain Association of Geologists, p. 252-270.

**Wyoming State Office Reservoir Management Group**                                    **- 102 -**

BLM_0018701

# GLOSSARY

**Accumulation.**  An accumulation is one or more pools or reservoirs of petroleum that make up an individual production unit and is defined by trap, charge, and reservoir characteristics.  Two types of accumulations are recognized, conventional and continuous.

**Adsorbed (adsorption).**  The adherence of gas molecules to the surface of solids (coal or shale particles) with which they are in contact.

**Analysis period.**  January 1, 2010 through December 31, 2030.

**Associated water.**  Water that is produced from a well that also produces coalbed natural gas.

**Assessment unit.**  A mappable volume of rock within a total petroleum system that encompasses accumulations (discovered and undiscovered) that share similar geologic traits and socio-economic factors.  Accumulations within an assessment unit should constitute a sufficiently homogenous population such that the chosen methodology of resource assessment is applicable.  A total petroleum system might equate to a single assessment unit.  If necessary, a total petroleum system can be subdivided into two or more assessment units in order that each unit is sufficiently homogeneous to assess individually.  An assessment unit may be identified as conventional, if it contains conventional accumulations (see Glossary), or as continuous, if it contains continuous accumulations (see Glossary).

**Brittish Thermal Unit.**  A measure of heat energy.  One million BTU's is the heating value of one thousand cubic feet of methane.

**Borehole.**  Any narrow shaft drilled in the earth, either vertically or horizontally, to explore for or release oil, gas, water, etc.

**Casing string.**  An assembled length of steel pipe configured to suit a specific borehole.  The sections of pipe are connected and lowered into a borehole, then cemented in place.  Casing is run to protect or isolate formations next to the borehole.

**Coalbed natural gas.**  The gas that is produced from coalbeds.  It is mostly biogenic and may include nitrogen and carbon dioxide.  Coalbed natural gas is used inerchangeably with coalbed gas.

**Continuous accumulation.**  Common geologic characteristics of a continuous accumulation include occurrence down dip from water-saturated rocks, lack of obvious trap and seal, pervasive oil or gas charge, large aerial extent, low matrix permeability, abnormal pressure (either high or low), and close association with source rocks.  Common production characteristics include a large in-place petroleum volume, low recovery factor, absence of truly dry holes, dependence on fracture permeability, and

BLM_0018702

sweet spots within the accumulation that have generally better production characteristics but where individual wells still have serendipitous hit or miss production characteristics (Schmoker, 2003).

**Conventional accumulation.**  The U.S. Geological Survey has defined conventional accumulations "by two geologic characteristics: (1) they occupy limited, discrete volumes of rock bounded by traps, seals, and down-dip water contacts, and (2) they depend upon the buoyancy of oil or gas in water for their existence" (Schmoker and Klett, 2003).

**Development potential.**  A projection of expected oil and gas and coalbed natural gas activity that is reasonably assumed to occur during the Planning Period (2010 through 2030).  This activity projection projects the types and levels of anticipated exploratory and development activity and is primarily based on operator input, geology, and past and present activity in the Study Area.  Economics, drilling and completion technology, accessibility to drilling locations and infrastructure, and risk some of the factors used to project development potential.

**Diagenetic pore-throat trap.**  A stratigraphic configuration of the reservoir and/or its sealing units formed by post depositional processes that cause variations in pore-throat aperture sizes (constricted openings connecting pore spaces between sediment grains) that create the trap boundaries between the reservoir and seal.

**Field.**  A production unit consisting of a collection of oil and gas pools that when projected to the surface form an approximately contiguous area that can be circumscribed.

**Held by production.**  This usually refers specifically to oil and gas leased that are productive and are held beyond their primary term because they are producing oil or gas in economic quantities.

**In-place.**  The total volume of oil and/or gas thought to exist (both discovered and yet-to-be discovered) without regard to the ability to either access or produce it.  Although the in-place resource is primarily a fixed, unchanging volume, the current understanding of that volume is continually changing as technology improves.

**Natural gas.**  Any gas of natural origin that consists primarily of hydrocarbon molecules producible from a borehole.

**Natural gas liquids.**  Hydrocarbons found in natural gas that are liquefied at the surface in field facilities or in gas processing plants.  Natural gas liquids are commonly reported separately from crude oil.

**Nonconventional gas (Unconventional gas).**  Nonconventional gas is generally thought of as gas that is created in formations without the permeability necessary to allow significant migration.  It is generally described as those gas accumulations that are hard

BLM_0018703

to discover, characterize, and commercially produce by common exploration and production technologies.  It may include coalbed natural gas, tight sand, tight carbonates, shale, or deep gas.

**Occurrence Potential.**  A rating of the potential for the presence of hydrocarbon resources to occur within the Study Area.  The rating is based on geological and geophysical indications that hydrocarbons are present.  Other factors, such as, accessibility, exploration cost, risk, oil and gas prices, and analysis period are not include in an analysis of Occurrence Potential.

**Petroleum.**  A collective term for oil, gas, natural gas liquids, and tar.

**Play.**  A set of known or postulated oil and gas accumulations sharing similar geologic, geographic, and temporal properties, such as source rock, migration pathway, timing, trapping mechanism, and hydrocarbon type.  A play may differ from an assessment unit; an assessment unit can include one or more plays.

**Play area.**  An area where productive oil or gas wells may be drilled based on a specific geologic concept.

**Proved growth reserves or reserve growth.**  The increases in known petroleum volume that commonly occur as oil and gas accumulations are developed and produced, synonymous with field growth.

**Proved reserves.**  The volume of oil and gas demonstrated, on the basis of geologic and engineering information, to be recoverable from known oil and gas reservoirs under present-day economic and technological conditions.

**Public domain.**  Minerals that have been owned continuously by the United States.

**Reserves.**  Oil and gas that has been proven by drilling and is available for profitable production.

**Rotary drilling rig.**  A modern drilling unit capable of drilling a well with a bit attached to a rotating column of steel pipe.

**Spacing pattern.**  The pattern of well locations, which could be one well location per 40, 80, 160, 320, or 640 acres for in the Study Area.

**Spudded.**  To break ground with a drilling rig at the start of well-drilling operations.

**Stratigraphic test.**  A well drilled to obtain geologic and/or engineering data about the coal.

BLM_0018704

**Stratigraphic trap.** A trap (any barrier to the upward movement of oil or gas, allowing either or both to accumulate) that is the result of lithologic changes rather than structural deformation.

**Structure trap.** A trap (any barrier to the upward movement of oil or gas, allowing either or both to accumulate) that is the result of folding, faulting, or other deformation.

**Technically recoverable resources.** The volume of hydrocarbons which are recoverable using current exploration and production technology without regard to cost, which is a proportion of the estimated in-place resource.

**Total petroleum system.** A total petroleum system consists of all genetically related petroleum generated by a pod or closely related pods of mature source rocks. Particular emphasis is placed on similarities of the fluids of petroleum accumulations and is therefore closely associated with the generation and migration of petroleum. The geologic elements of a total petroleum system, include (1) source-rock distribution, thickness, organic richness, maturation, petroleum generation, and migration; (2) reservoir-rock type (conventional or continuous), distribution, and quality; and (3) character of traps and time of formation with respect to petroleum generation and migration.

**Undiscovered technically recoverable resource.** A subset of the in-place resource hypothesized to exist on the basis of geologic knowledge, data on past discoveries, or theory, and that is contained in undiscovered accumulations outside of known fields. Estimated resource quantities are producible using current recovery technology but without reference to economic viability. These resources are therefore dynamic, constantly changing to reflect our increased understanding of both the in-place resource as well as the likely nature of future technology. Only accumulations greater than or equal to 1 million barrels of oil or 6 billion cubic feet of gas were included in the earlier 1995 assessment.

**Unstable grains.** Said of mineral grains within a sedimentary rock, that don't resist chemical change after deposition.

**Vitrinite reflectance.** The most common thermal maturity indicator. Vitrinite is a maceral derived from the woody tissues of vascular plants. Vitrinite reflectance is a measure of the amount of light reflected by vitrinite present in the rock's organic component. Generation of gas is considered to begin at 0.75 percent.

BLM_0018705



**Figure 1.**
The Uncompahgre Field Office and it's location within Colorado.

April, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

**Figure 2a.**
Location of Uncompahgre Study Area within Uncompahgre Field Office.



Lands Excluded From Reasonable Forseeable
Development Analysis

Gunnison Gorge National Conservation Area Planning Area

Dominguez-Escalante National Conservation Area

**No Leasing**

BLM Wilderness

Forest Service Wilderness

Black Canyon of the Gunnison National Park

BLM Wilderness Study Areas

Dominguez Canyon Wilderness

0        15        30 Miles

1:700,000

January, 2012

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with
other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.



**Figure 2b.**
Location of oil and gas mineral ownership within the Uncompahgre Study Area.

**Lands Excluded From Reasonable Forseeable Development Analysis**

Gunnison Gorge National Conservation Area Planning Area

Dominguez-Escalante National Conservation Area

**No Leasing**

BLM Wilderness

Forest Service Wilderness

Black Canyon of the Gunnison National Park

BLM Wilderness Study Areas

Dominguez Canyon Wilderness

**Oil and Gas Mineral Ownership**

Bureau Managed

Forest Service

Park Service

Private/State

0     15     30 Miles

1:700,000

January, 2012

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

BLM_0018708

**Figure 3a.**
Location and initial status of all conventional oil and gas wells drilled within the Uncompahgre Study Area.  Data from IHS Energy Group (2010) and Colorado Oil and Gas Conservation Commission (2010).



April, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.  Original data was compiled from various sources.  This information was developed through digital means and may be updated without notification.

BLM_0018709

**Figure 3b.**

Location and initial status of all coalbed natural gas wells drilled within the Uncompahgre Study Area. Data from IHS Energy Group (2010) and Colorado Oil and Gas Conservation Commission (2010).



April, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

BLM_0018710



**Figure 4.**
Major structural elements and selected geologic units of the Uncompahgre Study Area.

0 15 30 Miles

1:700,000

April, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

**Figure 5.** Generalized stratigraphic chart of the Paradox basin within the Study Area (after Huffman, 1995; Stevenson and Wray, 2009), with hydrocarbon and carbon dioxide producing zones.

| Era | Age | Stratigraphic Unit | | | Hydrocarbon Production[1] |
|---|---|---|---|---|---|
| Cenozoic | Tertiary | Wasatch Formation | | | Gas Oil |
| Mesozoic | Cretaceous | Mesaverde Group | | | Gas |
| | | Mancos Shale (includes Ferron Sandstone member) | | | Gas Oil |
| | | Dakota Sandstone | | | Gas Oil |
| | | Burro Canyon Formation | | | Gas Oil |
| | Jurassic | Morrison Formation | Recapture member | | Gas Oil |
| | | | Bluff Sandstone | | Gas Oil |
| | | Carmel Formation | | | |
| | | Glen Canyon Group | Navajo Sandstone | | Oil |
| | | | Kayenta Formation | | |
| | | | Wingate Sandstone | | |
| | Triassic | Chinle Formation (includes Shinarump member) | | | |
| | | Moenkopi Formation | Timpoweap member | | |
| | | | Hoskinnini member | | Oil |
| Paleozoic | Permian | Cutler Formation | Kaibab Limestone, White Rim and De Chelley Sandstones | | Oil (White Rim S.S.) |
| | | | Organ Rock Tongue member | | Gas (Cutler Formation undifferentiated) |
| | | | Cedar Mesa Sandstone | | |
| | | | Halgaito Tongue member | | |
| | Pennsylvanian | Hermosa Group | Honaker Trail Formation | | Gas |
| | | | Paradox Formation | Ismay member (includes Hovenweep and Gothic Shales) | Gas Oil |
| | | | | Desert Creek member (includes Chimney Rock Shale) | Gas Oil |
| | | | | Akah member | Gas Oil |
| | | | | Barker Creek member | Gas Oil |
| | | | | Cane Creek Shale | Gas Oil |
| | | Pinkerton Trail Formation | | | |
| | | Molas Formation | | | |
| | Mississippian | Leadville Limestone | | | Gas Oil $CO_2$ |
| | Devonian | Ouray Limestone | | | $CO_2$ |
| | | Elbert Formation (includes McCracken member) | | | Gas Oil |
| | | Aneth Formation | | | |
| | Silurian | *hiatus* | | | |
| | Ordovician | | | | |
| | Cambrian | Lynch Dolomite | | | |
| | | Muav Limestone | | | |
| | | Bright Angel Shale | | | |
| | | Tapeats Sandstone/Ignacio Quartzite | | | |

[1]Only limited production has occurred in the Study Area portion of the Paradox basin. Thus, basin-wide hydrocarbon producing zones (including CO2) are shown here.

BLM_0018712

Figure 6a: Generalized stratigraphic chart of the Piceance basin within the Study Area (after Johnson and Roberts, 2003), with hydrocarbon producing zones.

| Era | Age | Stratigraphic Unit | | Hydrocarbon Production |
|---|---|---|---|---|
| | | NW | SE | |
| Cenozoic | Tertiary | Green River Formation | | Gas |
| | | Wasatch Formation | | Gas |
| | | Fort Union Formation | | Gas |
| Mesozoic | Cretaceous | Mesaverde Formation or Group[1] | | Gas Oil |
| | | Mancos Shale or Group | | Gas |
| | | "Mancos B" | | Gas Oil |
| | | Ferron Sandstone | Frontier Formation | Gas |
| | | Mowry Shale | | Oil |
| | | Dakota Sandstone | | Gas Oil |
| | | Cedar Mountain Formation | hiatus | Gas |
| | Jurassic | Morrison Formation | | Gas Oil |
| | | Stump Formation | Curtis Formation | Oil (Curtis) |
| | | Entrada Sandstone | | Gas Oil (Entrada) |
| | Triassic | Glen Canyon Sandstone and equivalents | | |
| | | Chinle Formation (includes Shinarump member) | | Oil (Shinarump) |
| | | Moenkopi Formation | | |
| Paleozoic | Permian | Park City Formation | Phosphoria Formation | Oil |
| | | Upper Weber Sandstone | | Oil |
| | Pennsylvanian | Lower Weber Sandstone | | Oil |
| | | Morgan Formation | Mintum Formation | |
| | | hiatus | Belden Shale | |
| | Mississippian | Leadville Limestone | | |
| | Devonian | Chaffee Group | | |
| | Silurian | hiatus | | |
| | Ordovician | hiatus | Manitou Formation | |
| | Cambrian | Dotsero Formation | | |
| | | Sawatch Sandstone | | |

[1]See Figure 6b for detailed stratigraphic relationships within the Mesaverde Group.

BLM_0018713

Figure 6b: Generalized stratigraphic chart of the Mesaverde Group of the Piceance basin within the Study Area (after Hettinger and Kirschbaum, 2002; Cole and Cumella, 2003), with hydrocarbon producing zones.

| Era | Age | Stratigraphic Unit | | | Hydrocarbon Production |
|-----|-----|-------|-----------|--------|----------------------|
| | | Group | Formation | Member | |
| Mesozoic | Upper Cretaceous | Mesaverde | Williams Fork | Ohio Creek | Gas Oil (Williams Fork -- undifferentiated) |
| | | | | Bowie Shale[1] | Gas (including coal bed gas) |
| | | | Iles | Rollins | Gas |
| | | | | Cozzette[2] | Gas |
| | | | | Corcoran[2] | Gas |

[1]Includes the Cameo coal zone.
[2]The Cozzette Sandstone and Corcoran Sandstone members of the Iles Formation have an intertonguing relationship with the underlying Mancos Shale. As a result, occasionally these members are found in stratigraphically lower positions that the Mancos.

**Figure 7.**
Oil and gas fields within the Uncompahgre Study Area.  Data from Colorado Oil and Gas Conservation Commission (2010).



May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.  Original data was compiled from various sources.  This information was developed through digital means and may be updated without notification.

BLM_0018715

**Figure 8.**
Location and initial classification of Uncompahgre Study Area oil, gas, and coalbed natural gas wells spudded between January 1, 2000 and December 31, 2009. Data from IHS Energy Group (2010).

May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.



**Figure 9.**

Location and present status of Uncompahgre Study Area oil, gas, and coalbed natural gas wells spudded between January 1, 2000 and December 31, 2009. Data from IHS Energy Group (2010) and Colorado Oil and Gas Conservation Commission (2010).



BLM_0018717



**Figure 10.**
Location of oil and gas units and a communitization agreement within the Uncompahgre Study Area. Data from Bureau files.

BLM_0018718

**Figure 11.** Conventional and coalbed natural gas wells spud by decade within the Uncompahgre Study Area. Data from IHS Energy Group (2010).



Note: Coalbed natural gas wells include three wells which co-produce coalbed and conventional gas; conventional wells excluded two wells for which no spud date was available.

BLM_0018719

**Figure 12.** Conventional and coalbed natural gas wells spud within the Uncompahgre Study Area for 2000-2009.  Data from IHS Energy Group (2010).



Note: Coalbed natural gas wells include three wells which co-produce coalbed and conventional gas; conventional wells exclude two wells for which no spud date was available.

BLM_0018720

**Figure 13.**
Uncompahgre Study Area locations of all conventional gas and coalbed natural gas wells that have been spudded and not completed and those still in an active status. Data from Colorado Oil and Gas Conservation Commission (2010) and IHS Energy Group (2010).



BLM_0018721



**Figure 14.**
True vertical depths of vertical, directional, and horizontal wells drilled within the Uncompahgre Study Area.  Data from IHS Energy Group (2010).

BLM_0018722



**Figure 15.**
Existing and proposed directional and horizontal borehole locations within the Uncompahgre Study Area.  Data from IHS Energy Group (2010).

BLM_0018723

**Figure 16.**
Geographic distribution of water quality samples across the Uncompahgre Study Area and distribution of sample salinity.  Data from U.S. Geological Survey (2008a).



**Figure 17.**
Location of coal fields within the Uncompahgre Study Area.

April, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.



**Figure 18.**

Potential for occurrence of oil and gas (excluding coalbed natural gas) within the Uncompahgre Study Area.

**Occurrence Potential**

High

Low

National Forest Lands

**Lands Excluded From Reasonable Forseeable Development Analysis**

Gunnison Gorge National Conservation Area Planning Area

Dominguez-Escalante National Conservation Area

**No Leasing**

BLM Wilderness

Forest Service Wilderness

Black Canyon of the Gunnison National Park

BLM Wilderness Study Areas

Dominguez Canyon Wilderness

0          15          30 Miles

1:700,000

June, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

BLM_0018726



**Figure 19.**

Potential for occurrence of coalbed natural gas within the Uncompahgre Study Area.

0 15 30 Miles

1:700,000

June, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

N

**Figure 20.** Colorado historical natural gas prices with future natural gas price projections (Energy Information Administration, 2011).



**Figure 21.** Colorado historical crude oil prices with future oil price projections (Energy Information Administration, 2011).



**Figure 22.**
Leased and unleased Federal oil and gas minerals within the Uncompahgre Study Area. Data from Bureau files.



June, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

BLM_0018730

**Figure 23a.**
Conventional oil and gas development potential and projected drilling densities within the Uncompahgre Study Area for 2010 through 2030.



Conventional Oil and Gas Development Potential (2010-2030)

- Very High - more than 12 wells per township
- High - more than 6 to 12 wells per township
- Moderate - more than 2 to 6 wells per township
- Low - more than 1 to 2 wells per township
- Very Low - 0.25 to 1 well per township
- Negligible - less than 0.25 wells per township

National Forest Lands

**Lands Excluded From Reasonable Forseeable Development Analysis**

- Gunnison Gorge National Conservation Area Planning Area
- Dominguez-Escalante National Conservation Area

**No Leasing**

- BLM Wilderness
- Forest Service Wilderness
- Black Canyon of the Gunnison National Park
- BLM Wilderness Study Areas
- Dominguez Canyon Wilderness

0      15      30 Miles

1/700,000

January, 2012

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

BLM_0018731

**Figure 23b.**
Conventional oil and gas development potential and projected drilling densities on Bureau managed oil and gas minerals within the Uncompahgre Study Area 2010 through 2030.



**Conventional Oil and Gas Development Potential (2010-2030)**

- Very High - more than 12 wells per township
- High - more than 6 to 12 wells per township
- Moderate - more than 2 to 6 wells per township
- Low - more than 1 to 2 wells per township
- Very Low - 0.25 to 1 well per township
- Negligible - less than 0.25 wells per township
- National Forest Lands

**Lands Excluded From Reasonable Forseeable Development Analysis**

- Gunnison Gorge National Conservation Area Planning Area
- Dominguez-Escalante National Conservation Area

0        15        30 Miles

1:700,000

January, 2012

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

BLM_0018732

**Figure 23c.**

Conventional oil and gas development potential and projected drilling densities on Forest Service managed oil and gas minerals within the Uncompahgre Study Area for 2010 through 2030.



Conventional Oil and Gas Development Potential (2010-2030)

- Very High - more than 12 wells per township
- High - more than 6 to 12 wells per township
- Moderate - more than 2 to 6 wells per township
- Low - more than 1 to 2 wells per township
- Very Low - 0.25 to 1 well per township
- Negligible - less than 0.25 wells per township

National Forest Lands

**Lands Excluded From Reasonable Forseeable Development Analysis**

Gunnison Gorge National Conservation Area Planning Area

Dominguez-Escalante National Conservation Area

0    15    30 Miles

1:700,000

January, 2012

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

BLM_0018733



**Figure 24a.**

Coalbed natural gas development potential and projected drilling densities within the Uncompahgre Study Area for 2010 through 2030.

**Coalbed Natural Gas Development Potential (2010-2030)**

- High - 40 or more wells per township
- Moderate - 20 to 39 wells per township
- Low - 2 to 19 wells per township
- Very Low - Less than 2 wells per township
- None - No drilling activity is anticipated during 2010-2030

National Forest Lands

**Lands Excluded From Reasonable Forseeable Development Analysis**

- Gunnison Gorge National Conservation Area Planning Area
- Dominguez-Escalante National Conservation Area

**No Leasing**

- BLM Wilderness
- Forest Service Wilderness
- Black Canyon of the Gunnison National Park
- BLM Wilderness Study Areas
- Dominguez Canyon Wilderness

0 12.5 25 Miles

1:700,000

February, 2012

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.



**Figure 24b.**
Coalbed natural gas development potential and projected drilling densities on Bureau managed oil and gas minerals within the Uncompahgre Study Area for 2010 through 2030.

**Coalbed Natural Gas Development Potential (2010-2030)**

- High - 40 or more wells per township
- Moderate - 20 to 39 wells per township
- Low - 2 to 19 wells per township
- Very Low - Less than 2 wells per township
- None - No drilling activity is anticipated during 2010-2030

National Forest Lands

**Lands Excluded From Reasonable Forseeable Development Analysis**

- Gunnison Gorge National Conservation Area Planning Area
- Dominguez-Escalante National Conservation Area

0 15 30 Miles

1:700,000

February, 2012

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

**Figure 24c.**
Coalbed natural gas development potential and projected drilling densities on Forest Service managed oil and gas minerals within the Uncompahgre Study Area for 2010 through 2030.



**Coalbed Natural Gas Development Potential (2010-2030)**

High - 40 or more wells per township

Moderate - 20 to 39 wells per township

Low - 2 to 19 wells per township

Very Low - Less than 2 wells per township

None - No drilling activity is anticipated during 2010-2030

National Forest Lands

**Lands Excluded From Reasonable Forseeable Development Analysis**

Gunnison Gorge National Conservation Area Planning Area

Dominguez-Escalante National Conservation Area

0        15        30 Miles

1:700,000

February, 2012

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.  Original data was compiled from various sources.  This information was developed through digital means and may be updated without notification.

BLM_0018736

**Table 1.** Historical conventional oil, gas, and water production from formations within the Uncompahgre Study Area. Data from IHS Energy Group (2010).

| CONVENTIONAL WELLS WITH PRODUCTION | | | | |
|---|---|---|---|---|
| RESERVOIR NAME | NUMBER OF WELLS | CUMULATIVE OIL (barrels) | CUMULATIVE GAS (cubic feet) | CUMULATIVE WATER (barrels) |
| Corcoran | 8 | 2,126 | 663,568,000 | 3,180 |
| Corcoran/Cozzette | 7 | 2,048 | 1,712,799,000 | 5,850 |
| Cozzette | 8 | 260 | 359,170,000 | 834 |
| Cutler | 1 | 405 | 57,442,000 | 2,987 |
| Dakota | 1 | 1,004 | 1,629,000 | 0 |
| Hermosa | 1 | 120 | 41,087,000 | 1,308 |
| Honaker Trail | 1 | 0 | 129,122,000 | 0 |
| Mesaverde | 1 | 26 | 3,884,000 | 968 |
| Rollins | 2 | 0 | 9,954,000 | 0 |
| Williams Fork | 3 | 322 | 142,547,000 | 69 |
| Williams Fork Cameo | 1 | 219 | 130,324,000 | 11 |
| TOTALS | 34 | 6,530 | 3,251,526,000 | 15,207 |

**Table 2.** Historical coalbed natural gas, oil, and water production from formations within the Uncompahgre Study Area. Data from IHS Energy Group (2010).

| COALBED NATURAL GAS WELLS WITH PRODUCTION | | | | |
|---|---|---|---|---|
| RESERVOIR NAME | NUMBER OF WELLS | CUMULATIVE OIL (barrels) | CUMMULATIVE GAS (cubic feet) | CUMULATIVE WATER (barrels) |
| **Cameo** | 1 | 16 | 51,929,000 | 7,686 |
| **Cameo Coal** | 3 | 236 | 103,281,000 | 6,695 |
| **Cameo Coal Williams Fork** | 1 | 0 | 64,000 | 7 |
| **Corcoran** | 2 | 1,083 | 1,100,237,000 | 1,484 |
| **Corcoran/ Cozzette/ Mesaverde** | 1 | 532 | 80,125,000 | 899 |
| **Cozzette** | 1 | 4 | 15,329,000 | 768 |
| **Mesaverde** | 3 | 4 | 18,704,000 | 768 |
| **Williams Fork** | 10 | 6,519 | 3,385,018,000 | 1,746,012 |
| **Williams Fork Coal** | 1 | 96 | 48,688,000 | 1,519 |
| **Williams Fork Cameo** | 1 | 0 | 3,000 | 0 |
| **TOTALS** | **24** | **8,490** | **4,803,378,000** | **1,765,838** |

BLM_0018738

**Table 3.** Estimated conventional oil and gas development potential classification acres, number of townships, projected average drilling densities, and percentage of the entire Uncompahgre Study Area for each development potential classification type for the period 2010 through 2030.

| Development Potential | Acres | Area (townships) | Average new wells per township | % of Study Area |
|---|---|---|---|---|
| Very High | 280,901 | 12.19 | 25 | 8.73 |
| High | 22,419 | 0.97 | 9 | 0.70 |
| Moderate | 807,514 | 35.05 | 4 | 25.10 |
| Low | 119,013 | 5.17 | 1.5 | 3.70 |
| Very Low | 1,167,738 | 50.68 | 0.50 | 36.30 |
| Negligible | 425,608 | 18.47 | 0.10 | 13.23 |
| Not Assessed | 393,739 | 17.09 | 0 | 12.24 |
| **Totals** | **3,216,933** | **139.62** | | **100** |

BLM_0018739

**Table 4.** Estimated coalbed natural gas development potential classification acres, number of townships, projected average drilling densities, and percentage of the Uncompahgre Study Area within each development potential classification type for the period 2010 through 2030.

| Development Potential | Acres | Area (townships) | Average new wells per township | % of Study Area |
|---|---|---|---|---|
| High | 114,462 | 4.97 | 60 | 3.56 |
| Moderate | 339,344 | 14.73 | 30 | 10.55 |
| Low | 33,652 | 1.46 | 10 | 1.05 |
| Very Low | 1,262,581 | 54.80 | 0.50 | 39.25 |
| None | 1,072,891 | 46.57 | 0 | 33.35 |
| Not Assessed | 393,739 | 17.09 | 0 | 12.24 |
| **Totals** | **3,216,668** | **139.62** | | **100** |

**Table 5.** Annual conventional and coalbed natural gas well spuds projected for the Uncompahgre Study Area.

| YEAR | CONVENTIONAL SPUDS | COALBED NATURAL GAS SPUDS |
|---|---|---|
| 2010 | 2 | 7 |
| 2011 | 3 | 6 |
| 2012 | 5 | 11 |
| 2013 | 7 | 7 |
| 2014 | 11 | 12 |
| 2015 | 17 | 17 |
| 2016 | 22 | 22 |
| 2017 | 25 | 20 |
| 2018 | 26 | 17 |
| 2019 | 28 | 32 |
| 2020 | 31 | 30 |
| 2021 | 32 | 54 |
| 2022 | 32 | 60 |
| 2023 | 31 | 47 |
| 2024 | 30 | 71 |
| 2025 | 29 | 71 |
| 2026 | 28 | 94 |
| 2027 | 28 | 58 |
| 2028 | 34 | 83 |
| 2029 | 42 | 62 |

BLM_0018741

**Table 6a.** Annual conventional natural gas and oil production projected for the Uncompahgre Study Area.

| YEAR | CONVENTIONAL GAS (thousand cubic feet) | CONVENTIONAL OIL (Barrels) |
|------|----------------------------------------|----------------------------|
| 2010 | 10,262 | 0 |
| 2011 | 15,804 | 0 |
| 2012 | 12,982 | 0 |
| 2013 | 46,215 | 0 |
| 2014 | 88,775 | 0 |
| 2015 | 157,500 | 961 |
| 2016 | 260,700 | 2,749 |
| 2017 | 391,200 | 5,159 |
| 2018 | 531,020 | 7,845 |
| 2019 | 666,310 | 10,400 |
| 2020 | 809,060 | 12,454 |
| 2021 | 965,490 | 13,776 |
| 2022 | 1,125,400 | 14,367 |
| 2023 | 1,271,800 | 14,490 |
| 2024 | 1,397,200 | 14,553 |
| 2025 | 1,509100 | 14,948 |
| 2026 | 1,601,600 | 15,856 |
| 2027 | 1,672,400 | 17,090 |
| 2028 | 1,744,500 | 18,042 |
| 2029 | 1,857,200 | 17,755 |

**Table 6b.**  Annual conventional natural gas and oil production projected for wells on Bureau managed oil and gas minerals in the Uncompahgre Study Area.

| YEAR | CONVENTIONAL GAS (thousand cubic feet) | CONVENTIONAL OIL (Barrels) |
|------|----------------------------------------|----------------------------|
| 2010 | 3,209 | 0 |
| 2011 | 4,942 | 0 |
| 2012 | 4,059 | 0 |
| 2013 | 14,451 | 0 |
| 2014 | 27,760 | 0 |
| 2015 | 49,250 | 301 |
| 2016 | 81,521 | 860 |
| 2017 | 122,328 | 1,613 |
| 2018 | 166,050 | 2,453 |
| 2019 | 208,355 | 3,252 |
| 2020 | 252,993 | 3,894 |
| 2021 | 301,909 | 4,308 |
| 2022 | 351,913 | 4,493 |
| 2023 | 397,692 | 4,531 |
| 2024 | 436,904 | 4,551 |
| 2025 | 471,896 | 4,674 |
| 2026 | 500,820 | 4,958 |
| 2027 | 522,959 | 5,344 |
| 2028 | 545,505 | 5,642 |
| 2029 | 580,746 | 5,552 |

**Table 7a.** Annual coalbed natural gas production and associated oil production projected for the Uncompahgre Study Area.

| YEAR | GAS (thousand cubic feet) | OIL (Barrels) |
|------|---------------------------|---------------|
| 2010 | 697,341 | 1,139 |
| 2011 | 1,014,091 | 1,335 |
| 2012 | 1,672,897 | 2,171 |
| 2013 | 1,714,779 | 1,977 |
| 2014 | 2,094,916 | 2,567 |
| 2015 | 2,726,814 | 3,597 |
| 2016 | 3,657,532 | 4,690 |
| 2017 | 4,143,067 | 4,920 |
| 2018 | 4,080,733 | 4,570 |
| 2019 | 5,114,376 | 6,617 |
| 2020 | 5,765,390 | 7,142 |
| 2021 | 8,320,738 | 10,848 |
| 2022 | 10,548,777 | 13,425 |
| 2023 | 10,998,736 | 12,455 |
| 2024 | 12,804,283 | 15,735 |
| 2025 | 13,856,355 | 17,003 |
| 2026 | 16,744,206 | 20,732 |
| 2027 | 15,635,355 | 17,314 |
| 2028 | 16,454,692 | 19,315 |
| 2029 | 14,962,892 | 17,304 |

**Table 7b.**  Annual coalbed natural gas production and associated oil production projected for wells on Bureau managed oil and gas minerals in the Uncompahgre Study Area.

| YEAR | GAS (thousand cubic feet) | OIL (Barrels) |
|------|---------------------------|---------------|
| 2010 | 236,468 | 386 |
| 2011 | 343,878 | 453 |
| 2012 | 567,279 | 736 |
| 2013 | 581,482 | 670 |
| 2014 | 710,386 | 870 |
| 2015 | 924,663 | 1,220 |
| 2016 | 1,240,269 | 1,590 |
| 2017 | 1,404,914 | 1,668 |
| 2018 | 1,383,777 | 1,550 |
| 2019 | 1,734,285 | 2,244 |
| 2020 | 1,955,044 | 2,422 |
| 2021 | 2,821,562 | 3,679 |
| 2022 | 3,577,090 | 4,552 |
| 2023 | 3,729,671 | 4,223 |
| 2024 | 4,341,932 | 5,336 |
| 2025 | 4,698,690 | 5,766 |
| 2026 | 5,677,960 | 7,030 |
| 2027 | 5,301,949 | 5,871 |
| 2028 | 5,579,786 | 6,550 |
| 2029 | 5,073,917 | 5,868 |

**Table 8a. Uncompahgre Study Area surface disturbance associated with new drilled wells and existing wells for the baseline scenario (short-term disturbance) for the 2010-2030 period.**

| Wells | | | Disturbed Sites | | | Acres of Surface Disturbance (per site) | | Acres of Disturbance by Well Type | |
|---|---|---|---|---|---|---|---|---|---|
| Type | Total | BLM Managed | New Wells per pad (average) | Total Disturbed Sites | BLM Managed Disturbed Sites | Access Roads and Pipelines | Well Pad | Total | BLM Managed |
| Wells in Whitewater Unit | 9 | 9 | 9 | 1 | 1 | 18 | 6 | 23 | 23 |
| Additional Coalbed Gas/Conventional Wells at 32 Existing Locations | 96 | 27 | 3 | 32 | 9 | 0 | 2 | 64 | 18 |
| Coalbed Gas/Conventional Well Multipads | 500 | 167 | 4 | 125 | 42 | 18 | 6 | 2,975 | 992 |
| Coalbed Gas Multipads | 458 | 153 | 2 | 229 | 76 | 18 | 4 | 4,924 | 1,641 |
| Coalbed Gas Single Well Pads | 42 | 11 | 1 | 42 | 11 | 18 | 3 | 840 | 228 |
| Conventional One and Two Well Pads | 166 | 52 | 1.5 | 111 | 35 | 18 | 4 | 2,158 | 677 |
| Total New Exploratory and Development Wells | 1,271 | 418 | Total New Exploratory and Development Well Disturbed Sites | 540 | 174 | Total New Exploratory and Development Well Surface Disturbance | | 10,984 | 3,578 |
| Existing Active Coalbed Natural Gas Wells | 22 | 6 | 1 | 22 | 6 | 2 | 1.5 | 77 | 21 |
| Existing Active Conventional Wells | 40 | 8 | 1 | 40 | 8 | 2 | 1.5 | 140 | 28 |
| Total Existing Active Wells | 62 | 14 | Total Existing Disturbed Well Sites | 62 | 14 | Total Existing Well Surface Disturbance | | 217 | 49 |
| **Total Wells** | **1,333** | **432** | **Total Short-Term Disturbed Well Sites** | **602** | **188** | **Total Short-Term Disturbance** | | **11,201** | **3,627** |

BLM_0018746

**Table 8b. Uncompahgre Study Area surface disturbance associated with new active wells and existing wells determined to remain in an active status for the baseline scenario (long-term disturbance) for the 2010-2030 period.**

| Wells | | | Disturbed Sites | | | Acres of Surface Disturbance (per site) | | Acres of Disturbance by Well Type | |
|---|---|---|---|---|---|---|---|---|---|
| Type | Total | BLM Managed | Wells per pad (average) | Total Disturbed Sites | BLM Managed Disturbed Sites | Access Roads and Pipelines | Well Pad | Total | BLM Managed |
| Wells in Whitewater Unit | 7 | 6 | 9 | 1 | 1 | 8 | 2 | 10 | 10 |
| Additional Coalbed Gas/Conventional Wells at 32 Existing Locations | 77 | 21 | 3 | 32 | 9 | 0 | 0.5 | 16 | 4 |
| Coalbed Gas/Conventional Well Multipads | 413 | 137 | 3 | 123 | 41 | 8 | 2 | 1,225 | 408 |
| Coalbed Gas Multipads | 412 | 137 | 2 | 218 | 73 | 8 | 1.5 | 2,067 | 689 |
| Coalbed Gas Single Well Pads | 38 | 10 | 1 | 38 | 10 | 8 | 1.5 | 359 | 97 |
| Conventional One and Two Well Pads | 125 | 39 | 1.5 | 83 | 26 | 8 | 1.5 | 789 | 247 |
| Total New Active Wells | 1,070 | 352 | Total New Active Disturbed Well Sites | 494 | 159 | Total New Active Well Surface Disturbance | | 4,465 | 1,456 |
| Remaining Active Coalbed Natural Gas Wells | 22 | 6 | 1 | 22 | 6 | 2 | 1.5 | 77 | 21 |
| Remaining Active Conventional Wells | 25 | 8 | 1 | 25 | 8 | 2 | 1.5 | 88 | 28 |
| Total Remaining Active Wells | 47 | 14 | Total Remaining Well Sites | 47 | 14 | Total Remaining Wells Surface Disturbance | | 165 | 49 |
| **Total Wells** | **1,117** | **366** | **Total Long-Term Disturbed Well Sites** | **541** | **173** | **Total Long-Term Well Disturbance** | | **4,630** | **1,505** |

BLM_0018747

**Figure A1-1.**
Location of the Uinta-Piceance 2002 and Paradox Basin 1995 province boundaries within the Uncompahgre Study Area.  Data from United States Geological Survey (2010).



BLM_0018748

**Figure A1-2.**
Location of the 1995 Paradox Basin Province Salt Anticline Flank, Buried Fault Blocks, and Fractured Interbed Plays within the Uncompahgre Study Area.
Data from United States Geological Survey (2010).



**Paradox Basin Plays**

Salt Anticline Flank and Buried Fault Blocks

Fractured Interbed

0          15          30 Miles

1:700,000

May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.
Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

**Figure A1-3.**
Location of the 1995 Paradox Basin Province Porous Carbonate Buildup and Permian-Pennsylvanian Margin Clastics Plays within the Uncompahgre Study Area.  Data from United States Geological Survey (2010).



**Paradox Basin Plays**

Porous Carbonate Buildup

Permian Pennsylvanian Margin Clastics

0          15          30 Miles

1:700,000

May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources.  This information was developed through digital means and may be updated without notification.

N

**Figure A1-4.**
Location of the 1995 Piceance Basin Province conventional accumulation plays within the Uncompahgre Study Area. Data from United States Geological Survey (2010).



**Piceance Basin Plays**

Upper Cretaceous

Basin Margin Subthrusts

Cretaceous Dakota To Jurassic

0      15      30 Miles

1:700,000

May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

BLM_0018751

**Figure A1-5.**
Location of the 1995 Piceance Basin Province continuous accumulation plays within the Uncompahgre Study Area.  Data from United States Geological Survey (2010).



**1995 Piceance Basin Plays**

Divide Creek Anticline

Igneous Intrusion

Tight Gas Piceance Mesaverde Williams Fork

Western Basin Margin

0        15        30 Miles

1:700,000

May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources.  This information was developed through digital means and may be updated without notification.

BLM_0018752

**Figure A1-6.**
Location of the 2002 Uinta-Piceance Basin Mesaverde Total Petroleum System within the Uncompahgre Study Area. Data from United States Geological Survey (2010).



May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

**Figure A1-7.**
Location of the 2002 Uinta-Piceance Basin Mesaverde Total Petroleum System Coalbed Gas Assessment Unit within the Uncompahgre Study Area.
Data from United States Geological Survey (2010).



Mesaverde Total Petroleum System
Assessment Unit

Mesaverde Group Coalbed Gas

0          15          30 Miles

1:700,000

May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.
Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

**Figure A1-8.**
Location of the 2002 Uinta-Piceance Basin Mancos/Mowry Total Petroleum System within the Uncompahgre Study Area. Data from United States Geological Survey (2010).



**Mancos/Mowry Total Petroleum System Assessment Units**

Continuous Gas

Transitional And Migrated Gas

0        15        30 Miles

1:700,000

May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

**Table A1-1.**
U.S. Geological Survey 1995 assessment of undiscovered conventional accumulation plays in the Paradox Basin Province, Uncompahgre Study Area.

| Play Name | Exploration Status | Undiscovered Oil Accumulations | | | | Undiscovered Gas Accumulations | | |
|---|---|---|---|---|---|---|---|---|
| | | Number Range | Mean Size (MMBO) | Mean API Gravity (Degrees) | Drilling Depth Range (feet) | Number Range | Mean Size (BCFG) | Drilling Depth Range (feet) |
| Buried Fault Blocks, Older Paleozoic | Confirmed | 1-14 | 7.3 | 48 | 6,000-15,000 | 1-12 | 30.7 | 6,000-15,000 |
| Porous Carbonate Buildup | Confirmed | 10-50 | 6.3 | 43 | 2,500-14,000 | 3-15 | 13.1 | 4,000-14,000 |
| Permian-Pennsylvanian Marginal Clastics | Hypothetical | 1-4 | 1.3 | N/A | 3,000-7,000 | 1-15 | 9.0 | 3,000-20,000 |
| Salt Anticline Flank | Confirmed | 1-7 | 6.3 | 47.5 | 3,000-15,000 | 3-20 | 39.5 | 3,000-15,000 |

MMBO= Million Barrels of Oil
BCFG = Billion Cubic Feet of Gas

N/A = Not Available

Data from Huffman (1995)

**Table A1-2.**

U.S. Geological Survey 1995 assessment of undiscovered conventional and continuous resource plays within the Paradox Basin Province and Uncompahgre Study Area.

| | Play Area | Estimated Undiscovered Resources Quantities for 95 Percent, 5 Percent, and the Mean Case Probabilities of Occurrence for the Paradox Basin Province | | | | | | | | | % of Play Lying Within Field Office | Estimated Undiscovered Resource Quantities for 95 Percent, 5 Percent, and the Mean Case Probabilities of Occurrence for the Uncompahgre Field Office Area[1] | | | | | | | | |
| | | Oil (MMBO) | | | Gas (BCFG) | | | NGL (MMBNGL) | | | | Oil (MMBO) | | | GAS (BCFG) | | | NGL (MMBNGL) | | |
| | | 95% | 5% | Mean | 95% | 5% | Mean | 95% | 5% | Mean | | 95% | 5% | Mean | 95% | 5% | Mean | 95% | 5% | Mean |
| **Conventional Resource** | Buried Fault Blocks, Older Paleozoic | 3.30 | 109.50 | 40.10 | 29.22 | 761.30 | 291.70 | 1.96 | 59.29 | 22.00 | 16.30 | 0.54 | 17.85 | 6.54 | 4.76 | 124.09 | 47.55 | 0.32 | 9.66 | 3.59 |
| | Porous Carbonate Buildup | 10.00 | 235.70 | 152.00 | 37.50 | 756.55 | 482.40 | 2.65 | 62.21 | 40.10 | 0.13 | 0.01 | 0.31 | 0.20 | 0.05 | 0.98 | 0.63 | 0.003 | 0.08 | 0.05 |
| | Permian-Pennsylvanian Marginal Clastics | 0.00 | 5.50 | 2.30 | 0.00 | 143.00 | 56.20 | 0.00 | 1.76 | 0.70 | 29.80 | 0.00 | 1.64 | 0.69 | 0.00 | 42.61 | 16.75 | 0.00 | 0.52 | 0.21 |
| | Salt Anticline Flank | 1.70 | 50.70 | 18.10 | 31.35 | 825.75 | 396.30 | 0.16 | 4.79 | 1.80 | 16.30 | 0.28 | 8.26 | 2.95 | 5.11 | 134.60 | 64.60 | 0.03 | 0.78 | 0.29 |
| | **Total Undiscovered Conventional Resource** | **15.00** | **401.40** | **212.50** | **98.07** | **2,486.60** | **1,226.60** | **4.77** | **128.05** | **64.60** | **-** | **0.83** | **28.06** | **10.37** | **9.92** | **302.29** | **129.52** | **0.35** | **11.05** | **4.14** |
| **Continuous Resource** | Fractured Interbed | 60.68 | 597.03 | 242.32 | 48.55 | 477.62 | 193.86 | N/A | | | 7.87 | 4.78 | 46.99 | 19.07 | 3.82 | 37.59 | 15.26 | N/A | | |
| | **Total Undiscovered Continuous Resource** | **60.68** | **597.03** | **242.32** | **48.55** | **477.62** | **6.00** | **0.00** | **0.00** | **0.00** | **-** | **4.78** | **46.99** | **19.07** | **3.82** | **37.59** | **15.26** | **0.00** | **0.00** | **0.00** |
| | **Total Undiscovered Resource** | **75.68** | **998.43** | **454.82** | **146.62** | **2,964.22** | **1,232.60** | **4.77** | **128.05** | **64.60** | **-** | **5.60** | **75.04** | **29.44** | **13.74** | **339.88** | **144.78** | **0.35** | **11.05** | **4.14** |

MMBO – Million Barrels of Oil
BCFG = Billion Cubic Feet of Gas

NGL = Natural Gas Liquids
MMBNGL = Million Barrels of Natural Gas Liquids
N/A – Not Available

[1] Potential resource is assumed to be evenly distributed across each play area or assessment unit.
Data from Huffman (1995)

**Table A1-3.**
U.S. Geological Survey 2002 assessment of undiscovered conventional accumulation assessment units in the Uinta-Piceance Basin Province, Uncompahgre Study Area.

| Assessment Unit Name | Exploration Status | Undiscovered Oil Accumulations | | | | Undiscovered Gas Accumulations | | |
|---|---|---|---|---|---|---|---|---|
| | | Number Range | Mean Size (MMBO) | Mean API Gravity (Degrees) | Drilling Depth Range (feet) | Number Range | Mean Size (BCFG) | Drilling Depth Range (feet) |
| Mesaverde Sandstone Gas | Confirmed | 0-0 | N/A | N/A | N/A | 1-18 | 5.0 | 500-5,500 |
| Paleozoic/Mesozoic | Confirmed | 2-8 | 1.2 | 37 | 300-4,000 | 2-12 | 7.2 | 300-4,000 |
| Hanging Wall | Confirmed | 1-5 | 1.2 | 37 | 150-3000 | 1-5 | 7.2 | 150-3,000 |

MMBO= Million Barrels of Oil

BCFG = Billion Cubic Feet of Gas          N/A = Not Available          Data from U.S. Geological Survey Uinta-Piceance Assessment Team (2003)

BLM_0018758

**Table A1-4.**
U.S. Geological Survey 2002 assessment of undiscovered continuous accumulation assessment units in the Uinta-Piceance Basin Province, Uncompahgre Study Area.

| Assessment Unit Name | Exploration Status | Median Assessment Unit Size (acres) | Median Cell Size (acres) | Median Cell Total | Median Untested Cell Total (%) | Median Untested Cells With Potential to Add Reserves (%) | Median Carbon-dioxide Content (%) | Drilling Depth Range (feet) |
|---|---|---|---|---|---|---|---|---|
| Mesaverde TPS PiceanceBasin Continuous Gas | Confirmed | 1,273,000 | 67 | 822 | 97.00 | 20.0 | 3.0 | 1,200-4,300 |
| Uinta-Piceance Transitional and Migrated Gas | Confirmed | 2,540,000 | 130 | 2270 | 88.00 | 28.0 | 1.0 | 400-4,500 |
| Piceance Basin Transitional Gas | Confirmed | 622,000 | 80 | 188 | 97.00 | 12.0 | 3.0 | 750-2,700 |
| Mancos/Mowry TPS Piceance Basin Continuous Gas | Confirmed | 2,058,000 | 110 | 731 | 96.00 | 18.0 | 2.0 | 700-5,000 |
| Mesaverde Group Coalbed Gas | Confirmed | 4,815,000 | 120 | 90 | 99.80 | 5.0 | 4.0 | 100-1,830 |

Cell = A volume having areal dimensions related to the drainage area of an individual well.          Data from U.S.Geological Survey Uinta-Piceance Assessment Team (2003)

BLM_0018759