**Renewable Energy Visual BMPs**

the facility is connected. Cooling systems include a condenser, which cools spent steam leaving the STG to a liquid state, and a cooling tower, which transfers excess heat from the water to the atmosphere. Water is needed to run the cooling systems, as well as for mirror washing and other maintenance uses on the project sites, and there may be ponds of water for these uses onsite. Reflections and other visual contrasts may be observed from control buildings, STGs, and associated facilities, and plumes from gas boilers and cooling towers may also contribute substantially to observed visual contrasts in some situations. Dry cooling technology may be used at some facilities. Facilities using dry cooling would still have a cooling tower but would have no vapor plume, and would thus avoid that source of potentially large visual contrast.

The reflecting surface of the collector assembly is essentially a mirror and, as such, is highly reflective. Under certain conditions, when viewed from certain angles, specular reflection may result in glinting or glare from collector assembly components. The glint and glare can be observed from viewpoints either perpendicular or parallel to the trough arrays. In some instances, the glare can be bright enough to create strong visual discomfort, such that viewers may be forced to close their eyes, although individuals vary in their sensitivity to glare (Sullivan et al. 2012). The occurrence of glare is highly variable: it may appear and disappear suddenly in some instances, or vary greatly in intensity over a short period of time.



Water vapor plumes at CSP facilities can contribute substantially to overall visual contrasts. (Solar Energy Generating System III-VII, near Kramer Junction, California. Credit: Robert Sullivan, Argonne National Laboratory.)

**70**





**Close-up photo of parabolic trough mirrors showing glare sources. (Nevada Solar One near Boulder City, Nevada. Credit: Robert Sullivan, Argonne National Laboratory.)**

Depending on the angle of mirror tilt, the mirrors may also reflect the sky, clouds, vegetation, soil, and other landscape elements around the facility, which can cause dramatic differences in apparent color of the array (Sullivan et al. 2012).

Reflections from other facility components may cause a variety of other visual effects, such as strong glittering or scintillations that may appear in striking geometrical patterns as they are repeated from the many hundreds or thousands of symmetrically arrayed metal surfaces. Although these reflections are not bright enough to cause discomfort, they may appear as straight lines or grids of light across the entire collector array or large portions of it. They may change dramatically as the observer moves, and in general, they may create striking visual effects that capture and hold an observer's visual attention. These

other array components would primarily be metal, and reflectivity of these surfaces could be potentially be lessened through mitigation measures specifying paint or low-reflectivity coatings.

Potential visual contrasts from solar energy projects utilizing **CLFR technology** would be very similar to the impacts expected for parabolic trough systems; however, the solar energy collectors differ in some respects, and the system makes steam directly, rather than using HTF, resulting in some reduction in ancillary facilities. The Fresnel reflectors utilized for CLFR systems are typically lower in height than parabolic trough collectors, so the vertical profile of the reflecting surface array is slightly lower; however, the receiver could be as high as or higher than that for a standard parabolic trough system.

**71**

 Renewable Energy Visual BMPs



Effects of sun angle and lighting on parabolic trough facility color. The solar collector array can appear black, glittering silver-white, green, gray, or blue, as the mirrors reflect objects around them. (Nevada Solar One near Boulder City, Nevada. Credit: Robert Sullivan, Argonne National Laboratory.)

72

BLM_0021023





Symmetric patterns of reflected light from multiple exposed metal surfaces. (Solar Energy Generating System III–VII, near Kramer Junction, California. Credit: Ron Kolpa, Argonne National Laboratory.)



Close-up photo of Kimberlina CLFR facility near Bakersfield, California. Mirrors are the white band running left to right across the photo. The receiver tubes are held well above the mirrors. Ancillary buildings, including STG, are at far right. (Credit: Robert Sullivan, Argonne National Laboratory.)

**Power tower** facilities include one or more central towers, typically 300 to 700 ft in height, and typically surrounded by a generally circular or semicircular array of flat-plate reflectors called heliostats. The number of heliostats varies by facility, but can number in the thousands to hundreds of thousands. Similarly to parabolic trough systems, the power tower heliostats reflect the sun to heat HTF to eventually boil water, but instead of focusing light onto a tube, the light is focused onto a receiver unit that holds the HTF, located atop the central tower. The heliostats track the sun during the course of the day to keep sunlight focused on the receiver. Power tower facilities have a power block, cooling system,



Torresol Gemmasolar 20-MW power tower facility near Seville, Spain. (Credit: Robert Sullivan, Argonne National Laboratory.)

73

 **Renewable Energy Visual BMPs**

and other ancillary structures similar to those of the parabolic trough system.

The reflecting surface of the heliostat is essentially a mirror and, as such, is a highly reflective surface. Where visible, heliostats could display highly variable surface color and brightness. Viewed from certain angles, specular reflection might result in glint or glare from these surfaces, particularly from elevated viewpoints. Power tower facilities usually have the heliostats arrayed in a circle around the central tower. Where this heliostat configuration is used, some portion of the heliostat field would face viewers regardless of their direction of view, which could increase the potential for glinting and glare from the heliostats. The heliostat supports would be primarily

metal and would also reflect light; however, reflectivity of these surfaces could be lessened through mitigation measures specifying paint or low-reflectivity coatings, and they often would be shaded by the heliostats in any event.

In addition to visual impacts from the tower structure, the sunlight focused on the tower's receiver by the heliostats during normal operations causes the surface of the receiver to appear to glow with sufficient intensity to be visible for long distances; however, the apparent glow is actually diffuse reflected sunlight. The tower receivers can appear brilliantly white at close distances, and the light from relatively small-scale existing facilities has been observed at distances of 25 mi; however, observations



**Power tower heliostats on trailer enroute to installation. Heliostat backs are visible on reversed heliostats at front of trailer. Heliostat supports are visible in heliostat reflections and to the right of the trailer. (Credit: Robert Sullivan, Argonne National Laboratory.)**

**74**



to date have not shown the receiver light to be as intense as the glare observed from parabolic trough facilities (Sullivan et al. 2012).

In addition to heliostat reflections and glare from the receiver, at certain times of the day and from certain angles, the reflection of sunlight on ambient dust particles in the air could sometimes result in the appearance of light streaming diagonally downward and/or upward from the tower in a luminous, transparent, tent-like form.



Glare and reflections from airborne dust particles at Torresol Gemmasolar 20-MW power tower facility near Seville, Spain. (Credit: Robert Sullivan, Argonne National Laboratory.)

Because of the height of the central towers, FAA-compliant aircraft warning lights would be required for power tower receivers (or other structures) 200 ft tall or higher, and may be required in some circumstances for lower height structures (FAA 2007). These lights typically flash white during the day and at twilight and red at night; or alternatively, red or white strobe lights flash during the day and/or at night. In theory, for power towers, daylight lighting might be avoided by painting the tower orange and white according to FAA guidelines; this practice could

result in large increases in visual contrast for the tower during the day, but is unlikely.

**Dish systems** generate electricity through the action of an external engine, rather than steam. These systems usually consist of a parabolic concentrator, a receiver, an external heat engine, and a generator. Sunlight is concentrated onto the receiver, which transfers the heat to a gas contained in a sealed external heat engine. As the gas is heated, the pressure increase drives a piston, thereby powering a generator and producing electricity.

Hundreds or thousands of individual dish engines can be grouped together to form a larger facility. Solar dish engine units superficially resemble backyard satellite dishes but are much larger. The solar dish units are about 40 ft tall. The large surfaces of the dishes may reflect the sky and clouds, potentially creating strong color contrasts with the surrounding landscape, particularly for elevated viewers. Because the dishes are mirrors, they are capable of causing glinting and glare.



Maricopa solar dish facility, Phoenix, Arizona. (Credit: U.S. Department of Energy.)

**75**


**Renewable Energy Visual BMPs**

Dish systems do not use STGs for steam-powered electricity generation, and therefore do not require the variety of buildings, tanks, evaporating ponds, and other facilities associated with STGs, HTFs, and cooling water and steam management. The absence of STGs and related facilities would reduce the visual impacts associated with dish facilities, including potential water vapor plumes from a cooling tower, which would not be present. However, solar dish facilities would normally include an administration building, a maintenance building, a component assembly building, a guardhouse, and other small structures.

## PV Systems

PV technologies differ fundamentally from CSP technologies. PV solar facilities do not concentrate sunlight to generate heat to boil water; instead, they convert solar energy directly to electrical current, utilizing panels or modules coated with special materials that can capture photons and convert the energy into electric current. Because PV solar facilities do not require the infrastructure associated with heating, transporting, boiling, and cooling water and other HTFs, generally speaking, they are visually simpler than parabolic trough and power tower facilities, and generally are associated with lower visual contrasts.

PV technologies can be grouped into two types of systems: flat-plate and concentrating photovoltaic (CPV).

Flat-plate PV facilities contain PV panels in rectangular arrays mounted on either simple fixed mounts that tilt the panels southward toward the midday sun or more complex sun-tracking systems that might add somewhat to the visual impact, depending on the technology employed and its configuration. Interspersed regularly among the solar arrays may be inverter boxes that house electrical equipment. Depending on the facility, the inverter boxes may be taller than the panel array, and thus project above it. Depending on their color, they may contrast with the array, and because they are generally spaced at regular intervals throughout the array, this may result in a striking pattern of color contrasts.


**Flat plate PV: Crystalline silicon PV panels on tilted single-axis trackers. (Nellis Air Force Base, Nevada. Credit: Robert Sullivan, Argonne National Laboratory.)**

CPV systems use concentrating or reflecting optical devices to concentrate sunlight onto high-performance solar cells. These systems incorporate tracking devices. CPV collectors are generally larger and taller than conventional PV panels, and because precise tracking of the sun is essential to obtain the best performance, concentrating PV collectors use more advanced tracking systems that, in some cases, may add to the height and visual complexity of the system.

**76**



A utility-scale PV facility may include one or more of the following: an administration building, a maintenance building, a component assembly building, a guardhouse, and other small structures. In some cases, especially for smaller facilities, administration and other buildings may be at offsite locations.



**Flat plate PV: Thin-film PV panels on fixed (non-tracking) mounts. (Silver State North Solar Project near Primm, Nevada. Credit: Robert Sullivan, Argonne National Laboratory.)**

In general, the low profile of the solar collectors of PV facilities would reduce their visibility (relative to the other solar technologies) when viewed from low viewing angles, especially from longer distances, and they have less associated infrastructure than CSP facilities, which further lowers their vertical profiles. When viewed from elevated positions, more of the facility would be visible, and the regular geometry of the panel arrays would be more apparent, sometimes resulting in substantially larger visual contrasts.



**CPV units on dual-axis trackers. (Clark Generating Station, Las Vegas, Nevada. Credit: Robert Sullivan, Argonne National Laboratory.)**

Unlike the solar reflectors for CSP technologies, PV panel surfaces are not designed to reflect light and, being significantly less reflective than the mirrored surfaces of the solar collectors for the other technologies, they have reduced potential for glint and glare; however, the panels and other components do reflect light that may result in glinting, glare, and other visual effects that would also vary depending on panel orientation, sun angle, viewing angle, viewer distance, and other visibility factors. In a manner somewhat similar to parabolic trough facilities, PV facilities may vary substantially in their appearance, depending on viewer location and other visibility factors. Sullivan et al. (2012) observed the apparent color of the panels at two different facilities to vary rapidly from black to blue to silvery white, depending on viewer location, as a vehicle was driven past the facilities.

**77**



**Renewable Energy Visual BMPs**



Apparent color changes with differing sun angle and viewing geometry at thin-film PV facility. Note contrasting color of regularly spaced inverter boxes among the panels in the collector array. (Copper Mountain Solar Facility, near Boulder City, Nevada. Credit: Robert Sullivan, Argonne National Laboratory.)

**78**

Because they do not use steam to create electricity, PV facilities do not have cooling towers or water vapor plumes, thus avoiding the associated visual contrasts. The lack of a steam turbine generator and associated equipment and infrastructure results in lower lighting levels at night and fewer workers present on average during operations, which also reduces overall visual contrasts.

## References

FAA (Federal Aviation Administration), 2007, *Obstruction Marking and Lighting*, Advisory Circular AC 70/7460-1K, Feb. Available at http://rgl.faa.gov/Regulatory_and_Guidance_Library/rgAdvisoryCircular.nsf/0/b993dcdfc37fcdc486257251005c4e21/$FILE. Accessed Sept. 24, 2012.

Sullivan, R., et al., 2012, "Visual Impacts of Utility-scale Solar Energy Facilities on Southwestern Desert Landscapes," *Proceedings, National Association of Environmental Professionals, 37th Annual Conference*, May 21–24, 2012, Portland, OR.

## Solar Energy Facility BMPs and Applicable Project Phases

| | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|---|---|---|---|
| 4.1 Develop a Glint and Glare Assessment, Mitigation, and Monitoring Plan (p 80) | ● | | | |
| 4.2 Use Dry-Cooling Technology for CSP Facilities (p 82) | ● | | | |
| 4.3 Site and Operate Solar Collectors to Avoid Offsite Glare (p 83) | ● | | ● | |
| 4.4 Screen Solar Collectors to Avoid Off-site Glare (p 85) | ● | | | |
| 4.5 Use Color-Treated Solar Collectors and Support Structures (p 87) | ● | | | |
| 4.6 Maintain Color-Treated Surfaces of Solar Collectors (p 89) | | | ● | |
| 4.7 Avoid Complete Removal of Vegetation beneath Solar Collector Array (p 90) | | ● | | |
| 4.8 Prohibit Commercial Messages and Symbols on Solar Power Towers and Solar Collector Arrays (p 92) | ● | | | |

BLM_0021030

☀ **Renewable Energy Visual BMPs**

# 4.1 Develop a Glint and Glare Assessment, Mitigation, and Monitoring Plan

**Project Phase: Siting and Design**

Regardless of the solar technology proposed, a glint and glare assessment, mitigation, and monitoring plan should be prepared that accurately assesses and quantifies potential glint and glare effects and determines the potential health, safety, and visual impacts associated with glint and glare. The assessment should be conducted by qualified individuals using appropriate software and procedures. The assessment results should be made available to the BLM in advance of project approval.



**Figure from glint/glare assessment for solar dish facility. (Credit: California Energy Commission.)**

BLM_0021031

Case No. 1:20-cv-02484-MSK    Document 32-2    filed 04/27/21    USDC Colorado    pg 12 of 104



 **Notes**

Research sponsored by the BLM and others has shown that utility-scale solar facilities are capable of causing offsite glare that may cause annoyance, discomfort, or in certain circumstances, ocular damage. A glare assessment, mitigation, and monitoring plan should be used to assist site design and operations planning to avoid and reduce significant offsite glare impacts. The glare assessment, mitigation, and monitoring plan may be incorporated as part of other visual assessment and mitigation planning for the project. The FAA may also require this type of assessment if impacts on aircraft pilots or airports are anticipated.

BLM_0021032

**Renewable Energy Visual BMPs**

# 4.2 Use Dry-Cooling Technology for CSP Facilities

Project Phase: **Siting and Design**

Dry-cooling technology should be used for CSP facilities instead of wet-cooling technology so that visual impacts from water vapor plumes can be avoided.



The Ivanpah Solar Energy Generating System, a CSP power tower facility currently under construction in the Ivanpah Valley in California, will utilize dry-cooling technology. (Credit: Robert Sullivan, Argonne National Laboratory.)



## Notes

The operation of thermal concentrating solar power plants (power towers, parabolic troughs, and similar technologies using steam to generate electricity) requires cooling towers. Air-cooled (dry-cooling) systems are preferred in areas where the viewshed is particularly sensitive to the effects of vapor plumes. These types of plumes occur in water-cooled (wet-cooling) systems. A hybrid cooling system would still generate plumes, but less frequently than a wet-cooled system.



## Limitations

Dry-cooling systems are less thermally efficient than wet-cooling systems. Compared to wet evaporative cooling systems, they require greater amounts of station power to produce the same amount of cooling capacity, therefore reducing the net power generating capacity of the power plant. Dry cooling is least efficient in hot summer months, when demand is greatest. However, in addition to reducing visible water vapor plumes, dry-cooling systems use far less water than wet-cooling systems, which is an especially important benefit in the generally arid western states. While visual impact considerations would not normally drive a decision regarding the use of wet- or dry-cooling technology, they provide an additional reason to choose dry-cooling technology where it is feasible to do so.

BLM_0021033

# 4.3 Site and Operate Solar Collectors to Avoid Offsite Glare

**Project Phase: Siting and Design, Operations**

Solar facilities should be sited and designed to ensure that glint and glare do not have significant effects on roadway users, nearby residences, commercial areas, or other highly sensitive viewing locations. Mirrors and heliostats should be operated to avoid reflection of high-intensity light (e.g., glare) toward offsite ground receptors.



Offsite glare from parabolic trough facility as seen from highway, approximately 1.9 mi from glare spot. (Nevada Solar One facility near Boulder City, Nevada. Credit: Robert Sullivan, Argonne National Laboratory.)



## Notes

Research sponsored by the BLM has shown that utility-scale solar facilities are capable of causing offsite glare that may cause annoyance and visual discomfort. Careful siting and operation of solar collectors (e.g., siting the facility away from roads and trails) or turning mirrors away from the sun during time periods when glare impacts are significantly adverse may substantially reduce or avoid visual impacts from offsite glare.

BLM_0021034

 **Renewable Energy Visual BMPs**

 

Left: Siting a facility with potential to cause glare close to a roadway may result in glare close to the driver's line of sight at short viewing distances.

Right: Siting a facility with potential to cause glare farther from the roadway keeps glare sources farther away from the driver's line of sight at short viewing distances. (Credit: Lindsey Utter, Argonne National Laboratory.)

 ## Limitations

Some glare from collector arrays is unavoidable. Glare occurrence and intensity is highly technology- and site-specific and varies widely depending on viewer location and various environmental factors. It may be difficult or impossible to avoid at least some offsite glare to ground receptors. However, glare occurrence can be mathematically modeled and is predictable. A glare assessment, mitigation, and monitoring plan (see BMP 4.1) should be used to assist site design and operations planning to reduce and avoid offsite glare impacts. Although turning mirrors can reduce or eliminate glare, this can adversely impact the power generation of the solar facility and could affect the viability of the project.



Offsite glare from 20-MW power tower facility. (Torresol Gemasolar facility near Seville, Spain. Credit: Robert Sullivan, Argonne National Laboratory.)

BLM_0021035



# 4.4 Screen Solar Collectors to Avoid Off-site Glare

**Project Phase: Siting and Design**

Where significant offsite glare is unavoidable, fencing with privacy slats, earthen berms, or vegetative screening materials may be employed.



A fabric-covered screening fence at power tower facility screens the heliostats, but not the receivers. (eSolar Sierra Suntower, Lancaster, California. Credit: Robert Sullivan, Argonne National Laboratory.)



## Notes

Research sponsored by the BLM and others has shown that utility-scale solar facilities are capable of causing offsite glare that may cause annoyance, discomfort, or in certain circumstances, ocular damage. Fencing, berms, or vegetation can be used to screen reflecting project elements from offsite views.



## Limitations

Fencing and other screening may not be tall enough to block views of the facility from high-elevation viewpoints, such as nearby mountains, and would not likely be able to screen views of power tower receivers. In addition, the introduction of screening elements may itself create negative visual impacts that must be weighed against the benefits of reduced offsite glare. For example, earthen berms and tall

BLM_0021036



screening vegetation may not blend in well with a flat desert landscape containing only low shrubs and grasses. The introduction of screening elements may also cause undesirable shading of the solar collectors.

BLM_0021037



# 4.5 Use Color-Treated Solar Collectors and Support Structures

**Project Phase: Siting and Design**

The backs and support structures for PV panels, heliostats, parabolic trough mirrors, and solar dishes, as well as other facility components that would cause substantial contrasts as seen from sensitive offsite viewing locations, should have non-reflective finish or be color- treated to reduce visual contrast. Select colors from the BLM Standard Environmental Colors Chart CC-001 (see BMP 6.4.6).



**Close-up view of experimental application of color-treated trough mirror backs (visible at left and center) at a parabolic trough facility. Untreated mirror backs appear blue. (Nevada Solar One facility near Boulder City, Nevada. Credit: Robert Sullivan, Argonne National Laboratory.)**



## Notes

BLM-sponsored research has shown that utility-scale solar facilities may be visible for long distances, and that reflections from solar collector support structures and other components, such as PV inverters, often contribute to visual contrasts between the facility and the surrounding landscape. Color treatment or the use of non-reflective materials in place of potentially reflective surfaces may substantially reduce contrasts.

BLM_0021038

 **Renewable Energy Visual BMPs**



Color-treated trough mirror backs at parabolic trough facility. Color-treated mirror backs appear as a dark band visible at front left of trough field. Untreated mirror backs appear blue. In this case, the color treatment used has the added benefit of strengthening the mirrors, and it improves energy production efficiency during low-energy production seasons. (Nevada Solar One facility near Boulder City, Nevada. Credit: Robert Sullivan, Argonne National Laboratory.)

 ## Limitations

Color treating of facility components is typically done at the time of fabrication. Currently, color treatment of components is not standard practice, and hence requires customization. In addition, the need for treatment is dependent on the visibility of the equipment and the distance and sensitivity of the potential viewers; treatment may not be appropriate in all circumstances.

BLM_0021039



# 4.6 Maintain Color-Treated Surfaces of Solar Collectors

**Project Phase: Operations**

Color-treated surfaces of mirror, dish, and heliostat backs should be kept in good repair.



## Notes

Depending on the component and treatment method, treatments could be subject to fading or flaking, and may require re-treatment to maintain proper coloration.



## Limitations

Re-treatment may be difficult or impossible for some in-place components, or could require disassembly and offsite transport, which could be prohibitively expensive.

BLM_0021040

**Renewable Energy Visual BMPs**

# 4.7 Avoid Complete Removal of Vegetation beneath Solar Collector Array

**Project Phase: Construction**

Consistent with safety and operational requirements, complete removal of vegetation beneath solar collectors should be avoided where feasible. Leave low vegetation, or trim to lowest height tolerable for plant survival.



Trimmed vegetation beneath power tower heliostats (facility under construction). (Ivanpah SEGS facility, Ivanpah Valley, California. Credit: Robert Sullivan, Argonne National Laboratory.)

BLM_0021041





## Notes

Often, vegetation beneath solar arrays is completely stripped and the array area may be leveled prior to construction; however, depending on the solar technology employed, these procedures may not be necessary. In some cases, grasses and some low shrubs can be left under the array, or shrubs can be trimmed to shorten them to an acceptable height. If vegetation can safely be left beneath the array and does not interfere with facility construction, operation, or maintenance, strong color contrasts associated with exposed or eroded soils can be reduced, as can texture contrasts caused by vegetation removal. The visual benefits of leaving vegetation underneath arrays varies depending on the height and spacing between solar collectors; it is most effective at reducing visual impacts for more widely spaced and taller collector arrays because there is more space visible underneath and between the collectors. Leaving or replacing vegetation underneath the array has non-visual benefits as well, such as reduced runoff and erosion, and reduced cost for revegetation at the time of decommissioning.



## Limitations

Some sites may need leveling (which would require vegetation removal) for facility operation. Leaving vegetation beneath the collector array may increase fire hazards. The vegetation must be low enough not to cause shading or interfere with mirror/panel movement or maintenance activities. Where it is not feasible to leave existing vegetation due to construction, safety, or operational concerns, post-construction revegetation should be considered, consistent with facility operations and safety considerations. Vegetation under collector arrays may need periodic maintenance to maintain an acceptable height.

BLM_0021042

 **Renewable Energy Visual BMPs**

# 4.8 Prohibit Commercial Messages and Symbols on Solar Power Towers and Solar Collector Arrays

**Project Phase: Siting and Design**

Commercial messages and symbols (such as logos or trademarks) on solar power towers and solar collector arrays should be prohibited.

### Notes

Commercial messages and symbols such as logos add to the color contrast of power towers and collector arrays, particularly at shorter viewing distances.



Commercial logo on a solar power tower adds to visual contrast. (Torresol Gemmasolar power tower facility near Seville, Spain. Credit: Robert Sullivan, Argonne National Laboratory.)

BLM_0021043



# 5 Geothermal

## Introduction

The following provides a discussion of the general stages of utility-scale geothermal facility development, and a summary of visual contrast sources and effects by project phase.

### Facility Life Cycle

In general, the development of a geothermal facility consists of six stages, including planning, site evaluation, design/engineering, construction, operations, and decommissioning. The following discussion includes only the phases that involve onsite activities that would lead to significant visual contrasts: site evaluation, construction, operations, and decommissioning and reclamation.

### Site Evaluation Phase

Before geothermal resources can be developed, various offsite exploratory activities must take place to characterize the development potential of a geothermal reservoir. Once data and surveys have been compiled and analyzed, more invasive activities such as geophysical testing, drilling temperature gradient wells (above the reservoir), drilling holes for explosive charges for seismic exploration, and core drilling take place.

Specific activities affecting the project site include clearing of vegetation and building of roads to increase access to the project site; detonating small charges below the ground surface to create seismic pulses for the seismic surveys; burying cables and

**93**

BLM_0021044

Case No. 1:20-cv-02484-MSK   Document 32-2   filed 04/27/21   USDC Colorado   pg 25 of 104



sensors as part of the seismic surveys; drilling of wells (typically with truck-mounted rigs); and earth-moving activities to prepare the drilling site. During the exploration and drilling phase, fluids produced during drilling (e.g., drilling mud and groundwater) would be collected by sump or tanker truck and transported to licensed offsite locations for disposal.



**Geothermal drilling rig. (Credit: Idaho Department of Water Resources.)**

If a site is confirmed as a viable prospect for geothermal development, exploration wells are drilled to test the reservoir. Activities include flow testing of wells, producing geothermal fluids for chemical evaluation, and injecting fluids into a geothermal reservoir. Sumps or pits to hold excess geothermal fluids would also be constructed. Water would be left to evaporate, but remaining sludge would be removed and transported to licensed offsite locations for

disposal. Some infrastructure construction may also be required. If a reservoir and geothermal well were determined to be sufficient for development, a wellhead with valves and control equipment would be installed on top of the well casing.

### Construction Phase

After the exploration and drilling phase, the project site is prepared for production. The construction phase involves the construction of the geothermal field(s), infrastructure, power plants, and transmission lines. Activities in this phase of development would include the following:

- Clearing, grading, and constructing access roads;
- Clearing, grading, and constructing electrical generation facilities;
- Building facility structures;
- Drilling and developing well fields;
- Installing pipeline systems; and
- Installing meters, substations, and transmission lines.

The construction phase of the development process would result in the greatest area of land disturbance at the geothermal energy project site, although some of the disturbed land would be reclaimed once construction activities end.

### Operations Phase

The operations and maintenance phase involves the operation and maintenance of the geothermal field(s)—including drilling additional production and reinjection wells—and the generation of electricity. The types of operations and maintenance activities

BLM_0021045



depend on the size and temperature of the geothermal reservoir. The operations and maintenance phase can last from 10 to 50 years.



Pipelines and cooling towers at operating geothermal plant. (GEM 2/GEM 3 facility near Holtville, California. Credit: Robert Sullivan, Argonne National Laboratory.)

### Decommissioning and Reclamation Phase

Once geothermal production ceases, the production wells are abandoned, facility structures and infrastructure are removed, and all the disturbed areas at the project site are reclaimed. Well abandonment involves plugging, capping, and reclaiming the well site. Reclamation includes removing the power plant and all surface equipment and structures, regrading the site and access roads to pre-production contours, and replanting vegetation to facilitate natural restoration.

### Visual Contrast Sources and Effects Summary by Project Phase

### Site Evaluation Phase

Activities during the resource exploration and drilling phase are temporary and are conducted at a smaller scale than those during the construction, operations and maintenance, and decommissioning and site reclamation phases. The impacts would occur as a result of typical exploration and drilling activities, such as localized ground clearing, vehicular traffic, seismic testing, positioning of equipment, and drilling. Most impacts during the resource exploration and drilling phase would be associated with the development (improving or constructing) of access roads and exploratory and flow-testing wells. Exploration generally includes ground disturbance, but it does not include the direct testing of geothermal resources or the production or utilization of geothermal resources. Activities for commercial facilities usually would be limited to 2–7 acres per facility. The exploration and drilling phase generally takes between 1 and 5 years to complete.

As part of the development of geothermal facilities, drilling is an important activity during exploration and production. During exploration activities for temperature gradient wells, drill rigs can be up to 60 ft in height. A truck-mounted or small rotary rig often is utilized for drilling these types of wells. The drilling rigs are quite visible due to their height and associated equipment. Support equipment consists of water trucks, tanks, supply transport vehicles, and backhoes.

Exploration and drilling activities would have only temporary and minor visual effects, resulting from the presence of drill rigs, workers, vehicles, and other equipment (including lighting for safety); and from vegetation damage, scarring of the terrain, and altering of landforms or contours.

**95**

BLM_0021046



**Renewable Energy Visual BMPs**



Geothermal drilling rig at night. (Long Valley Exploratory Well near Mammoth Lakes, California. Credit: Sandia National Laboratories.)

### Construction Phase

Activities that may cause environmental impacts during construction include site preparation (e.g., clearing and grading); facility construction (e.g., geothermal power plant, pipelines, transmission lines); and vehicular and pedestrian traffic. Impacts would be more extensive than those that would occur in the exploration and drilling phase. The construction phase would require from 50 to 350 acres, depending on the geometry of the geothermal systems and the anticipated size of the power development. Some of this disturbed land would be reclaimed once construction activities end. Construction of a large geothermal development

would normally require about 2 to 4 years. A pipeline or transmission line could take several months or more to construct, depending primarily on its length.

Construction activities would have temporary visual effects resulting from the presence of drill rigs, workers, vehicles, and other equipment (including lighting for safety); and from vegetation damage, scarring of the terrain, and altering of landforms or contours.

### Operations Phase

The operations and maintenance phase involves the operation and maintenance of the geothermal field(s) and the generation of electricity. Typical activities during the operations and maintenance phase include operation and maintenance of production and injection wells and pipeline systems, operation and maintenance of the power plant, waste management, and maintenance and replacement of facility components.

During utilization, the well field would be developed; roads would be built and/or improved; well field equipment, including piping, would be installed; transmission lines would be built; and well work-overs, repairs, and maintenance would occur.

Three types of geothermal power plant systems are commonly used to generate electricity indirectly; the technology selected is dependent on the temperature, depth, and quality of the water and steam in the area:

- **Flash steam**—this type of plant uses hot water that is above 360 degrees Fahrenheit (182 degrees Celsius). The high pressure underground keeps

BLM_0021047



the water in a liquid state. As the water is pumped from the reservoir to the power plant, the drop in pressure causes the water to convert to steam to power turbines.

- **Binary-cycle**—this type of plant uses water with a range of temperature from 165 to 360 degrees Fahrenheit (74 to 182 degrees Celsius). The water passes through a heat exchanger, which transfers heat to a separate pipe containing other fluids with lower boiling points. These fluids then are vaporized to power a turbine. Most U.S. power plants would be composed of this type of system.

- **Dry steam power plants**—this type of plant uses very hot water, with a temperature exceeding 455 degrees Fahrenheit (235 degrees Celsius). The water within a reservoir primarily is in the form of steam. The steam is routed to the surface via a well and then is used to turn a turbine.

These plants also can be hybridized by including elements of the three different technologies at a single location. All three methods re-inject the remaining geothermal fluid back into the ground to replenish the reservoir and to recycle the hot water.

Some geothermal facilities will at times produce visible plumes from cooling towers. Binary and flash/binary power plants normally do not emit visible steam or water vapor plumes, whereas flash and steam plants do (Lund 2007). Two other types of plumes may be visible. These consist of bore head plumes and natural vents. Bore head plumes are pressurized steam, and are quite dense in comparison to those emitted from cooling towers. The bore head plume has greater vertical scale and generally is

visible during all weather conditions. Steam plumes from natural vents can vary in size and density.



Steam plumes rise from cooling towers at a dry steam plant. (Geysers facility near Calistoga, California. Credit: U.S. Geological Survey.)

Drilling and flow-testing activities associated with geothermal energy production often are conducted 24 hours per day, and would require night lighting during operations. Nighttime light sources during drilling and flow testing would be confined to the drill rigs and other operational areas as necessary for safety. Additional lighting may be needed in areas used for the movement of personnel.

As noted above, as part of the development of geothermal facilities, drilling is an important activity during exploration and production. During production, the size of the drill rigs increases. For instance, the top of a drill rig derrick could be as much as 180 ft above the ground surface, and the rig floor could be 20 to 30 ft above the ground surface. These rigs typically are equipped with diesel engines, fuel and drilling mud storage tanks, mud pumps, and other ancillary equipment. Full-size tractors may be used to get this equipment to a drilling site.

BLM_0021048

 **Renewable Energy Visual BMPs**

In addition, a pipeline system would be needed to connect each of the production wells and injection wells to the power plant. Pipelines are usually 24 to 36 in. in diameter and typically are constructed on supports above the ground surface. The pipelines may have a few feet of clearance underneath them. Every 100 to 200 ft or so, the pipeline may have an expansion loop, or U-shaped bends, to allow for expansion due to heating and cooling. Pipelines transporting hot fluids to the plant are wrapped in insulation, but injection pipelines generally are not.

Geothermal facilities generally have one or more cooling towers used for cooling systems. Cooling towers prevent turbines from overheating and help to prolong facility life. The height of these towers can vary, although typically they are around 50 ft tall or less. Plumes from cooling towers at facilities using wet cooling systems also may increase the overall visibility of the individual structures, as previously discussed.

**Decommissioning and Reclamation Phase**

After well production ceases, wells would be plugged and capped, and the well site would be reclaimed. Aboveground components and gravel from well pads and access roads (if not maintained for other uses), and from other ancillary facility sites, would be removed. Other activities would include recontouring the site and access roads, and revegetation. Following decommissioning, the site would be restored to approximate its original condition, or to some standard that results in stable environmental conditions.

Impacts would be similar to those addressed for the construction phase. Decommissioning activities would have only temporary and minor visual effects, resulting from the presence of workers, vehicles, and construction equipment (including lighting for safety); and from vegetation damage, dust generation, scarring of the terrain, and altering of landforms as structures are dismantled and removed.

## References

Lund, J., 2007, *Characteristics, Development, and Utilization of Geothermal Resources*, GHC Bulletin, June 2007. Available at http://geoheat.oit.edu/pdf/tp126.pdf. Accessed Sept. 24, 2012.

**98**

BLM_0021049



| Geothermal Energy Facility BMPs and Applicable Project Phases | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|---|---|---|---|
| 5.1 Use Dry-Cooling Technology (p 100) | ● | | | |
| 5.2 Screen Pipelines from Roads and Other Sensitive Viewpoints (p 102) | ● | | | |
| 5.3 Paint or Coat Aboveground Pipelines (p 104) | ● | | | |
| 5.4 Minimize Drill Rig and Well Test Facility Lighting (p 106) | | ● | ● | |

BLM_0021050

**Renewable Energy Visual BMPs**

# 5.1 Use Dry-Cooling Technology

**Project Phase: Siting and Design**

Dry-cooling technology should be used instead of wet-cooling technology so that visual impacts from water vapor plumes can be avoided.



Steam plumes rise from cooling towers at a dry steam plant. (Geysers facility near Calistoga, California. Credit: NREL.)



Air-cooled geothermal plant. The use of dry cooling technology avoids visual impacts from plumes. Note the use of vegetation for partial screening of ground-level views of the plant. (Mammoth facility, eastern Sierra Nevada in California. Credit: NREL.)



## Notes

The operation of many geothermal power plants requires cooling towers to cool the geothermal working fluid to its liquid state so that it can be re-injected into the steam field. Air-cooled (dry-cooling) systems are preferred in areas where the viewshed is particularly sensitive to the effects of vapor plumes. These types of plumes occur in water-cooled (wet-cooling) systems. A hybrid cooling system would still generate plumes, but less frequently than a wet-cooled system.



## Limitations

Dry-cooling systems are less thermally efficient than wet-cooling systems. Compared to wet evaporative cooling systems, they require greater amounts of station power to produce the same amount of cooling capacity, therefore reducing the net power generating capacity of the power plant. Dry cooling is least efficient in hot summer months, when demand is greatest. However, in addition to reducing visible water vapor plumes, dry-cooling systems use far less water than wet-cooling systems, which is an especially

BLM_0021051

Case No. 1:20-cv-02484-MSK   Document 32-2   filed 04/27/21   USDC Colorado   pg 32 of 104



important benefit in the generally arid western states. While visual impact considerations would not normally drive a decision regarding the use of wet- or dry-cooling technology, they provide an additional reason to choose dry-cooling technology where it is feasible to do so.

BLM_0021052

**Renewable Energy Visual BMPs**

# 5.2 Screen Pipelines from Roads and Other Sensitive Viewpoints

**Project Phase: Siting and Design**

Pipelines should be set back from roadways and other sensitive viewpoints, and should be sited to take advantage of available topographic or vegetative screening to conceal them from view.



Geothermal pipelines at dual-flash geothermal power plant. Because of the low vertical profile, even moderate-height vegetation can effectively screen views of the pipelines (see more distant pipelines at right). This road is interior to the facility, and therefore no setback is needed for visual impact reduction; however, if it was a public road, a modest setback from the road and darker coloration could have greatly reduced the visual contrast from the pipelines, even at a very short viewing distance. (GEM 2/GEM 3 facility near Holtville, California. Credit: Robert Sullivan, Argonne National Laboratory.)



## Notes

Geothermal plants require extensive pipeline systems for geothermal fluid, water, and/or steam transport that may create strong line, color, and texture contrasts with the surrounding landscape. The nature, extent, and visual complexity of the pipeline system are dependent on the type of geothermal technology employed, as well as the size and configuration of the individual facility. The pipelines generally run parallel to, and very close to, the ground, so moderate-height vegetation or topographic relief may provide effective screening. Site planning should use topography and vegetation to screen pipelines from view.

For vegetative screening, the setback distance will depend on the density of the vegetation and its screening effectiveness. The color of the pipeline may also affect the setback distance; painting or coating the pipelines to match darker colors in the natural surroundings (see BMP 5.3) may reduce the distance required for effective screening.

BLM_0021053



 **Limitations**

Although geothermal pipeline systems generally have relatively low profiles, fencing and other screening may not be tall enough to block views of the pipelines from high-elevation viewpoints, such as nearby mountains. In addition, if artificial screening elements are constructed (e.g., fences or berms) the introduction of these screening elements may create negative visual impacts that must be weighed against the benefits of reduced contrast from the screening of pipelines. In addition, if additional bends in the re-injection lines are needed, this could add to pumping costs; any increase in the length of the pipeline will add to the cost as well.

BLM_0021054

Case No. 1:20-cv-02484-MSK   Document 32-2   filed 04/27/21   USDC Colorado   pg 35 of 104

# 5.3 Paint or Coat Aboveground Pipelines

**Project Phase: Siting and Design**

Aboveground pipelines should be painted or coated to match colors in the natural surroundings. Select colors from the BLM Standard Environmental Colors Chart CC-001 (see BMP 6.4.6).



Uncoated geothermal pipelines contrast strongly with their surroundings. (Geysers facility near Calistoga, California. Credit: David Parsons, NREL.)



### Notes

Geothermal plants generally require extensive pipeline systems for geothermal fluid, water, and/or steam that may create strong color contrasts with the surrounding landscape if untreated. Aboveground pipelines should generally be painted or coated to match darker colors in the natural surroundings; however, appropriate color selection is dependent on a careful analysis of site- and project-specific factors.

BLM_0021055



## ⚠ Limitations



Paint/coatings will require periodic retreatments to maintain effectiveness in reducing color contrast. In some facilities, pipes may be color-coded to identify pipeline contents or relative temperature (hot or cold), for both safety and environmental protection reasons. Dark coatings on pipes could exacerbate thermal expansion problems for pipes exposed to desert sun. However, if selective emissivity coatings are used, they can reduce insolation (thus reducing thermal expansion and contraction problems) and black body radiation (thus keeping more heat in pipelines).



Geothermal pipelines coated to match surroundings at dual-flash geothermal power plant. Note that better results would have been obtained by using a darker color shade on the pipe coating. (GEM 2/GEM 3 facility near Holtville, California. Credit: Robert Sullivan, Argonne National Laboratory.)

BLM_0021056

Case No. 1:20-cv-02484-MSK   Document 32-2   filed 04/27/21   USDC Colorado   pg 37 of 104

# 5.4 Minimize Drill Rig and Well Test Facility Lighting

**Project Phase: Construction, Operations**

All drill rig and well test facility lighting should be limited to that required to safely conduct operations. Lighting should be shielded, and should direct light to focus on the immediate work area, except as may be required to comply with safety requirements.


## Notes

Drill rig and well test facility lighting can be visible for long distances, and to reduce night-sky impacts its use should be limited to the lowest safe level. Drill rigs would not be limited to the initial facility construction phase, because new wells are typically drilled periodically during facility operation.


## Limitations

Some lighting is required for nighttime construction activities; for safety reasons, the lighting usually must be bright.



**Geothermal production well drilling. (Imperial Valley, California. Credit: Warren Gretz, NREL.)**

BLM_0021057



# 6 Common Elements

## Introduction

Despite using very different approaches and technologies for generating electricity, wind, solar, geothermal, and other types of energy generation facilities have numerous facility elements in common, including electric transmission infrastructure, roads, buildings, tanks, and other structures. Development of the facilities involves common processes as well, including both planning activities, such as facility siting and design, and "on the ground" activities, such as vegetation clearance and recontouring.

To avoid repetition, the BMP publication presents BMPs that relate to these common facility elements and processes separately, as "Common Element" BMPs. Within this grouping, the BMPs have been divided into ten topic areas, based on common themes, such as BMPs for facility siting and design, vegetation management, and lighting. Although they may deal with different physical or planning elements, the BMPs within each topic area share a common principle or purpose. The ten topic areas are introduced briefly below.

### 6.1 Mitigation Planning

These 11 BMPs address planning issues concerning visual impact analysis and mitigation, including making sure the right qualified parties conduct the work using appropriate methods, and that necessary planning documents are in place. They include the following:

**107**

BLM_0021058

 **Renewable Energy Visual BMPs**

6.1.1 Ensure that Qualified Individuals Conduct and Review Impact Analyses and Mitigation Plans;

6.1.2 Use Appropriate Methods and Data for Visual Impact Assessment and Mitigation Planning and Design;

6.1.3 Incorporate Stakeholder Input into the Siting and Design and Mitigation Planning Processes;

6.1.4 Conduct a Thorough Assessment of Existing and Potentially Affected Visual Resources;

6.1.5 Consult the Applicable VRI and VRM Class Designations;

6.1.6 Develop Spatially Accurate and Realistic Photo Simulations of Project Facilities;

6.1.7 Develop a Decommissioning and Site Reclamation Plan;

6.1.8 Develop a Visual Resource Impact Monitoring and Mitigation Compliance Plan;

6.1.9 Hold a Preconstruction Meeting to Coordinate the Mitigation Strategy;

6.1.10 Discuss Visual Mitigation Objectives with Equipment Operators; and

6.1.11 Use Offsite Mitigation.

## 6.2 Siting and Design

These 17 BMPs help ensure that facilities and their components are sited to avoid or reduce impacts on visually sensitive areas. They include the following:

6.2.1 Site Facilities and ROWs outside Sensitive Viewsheds, or as Far as Possible from Sensitive Viewing Locations;

6.2.2 Site ROW Crossings to Minimize Impacts on Linear KOPs;

6.2.3 Site Projects Away from Visually Prominent Landscape Features;

6.2.4 Site Facilities to Avoid Night-Sky Impacts on Sensitive Locations;

6.2.5 Site Facilities in Previously Developed or Disturbed Landscapes;

6.2.6 Site and Design Facilities to Repeat the Form, Line, Color, and Texture of the Existing Landscape;

6.2.7 Site Facilities in Areas Suitable for Reclamation;

6.2.8 Minimize the Number of Facility Structures;

6.2.9 Collocate Linear Features in Existing ROWs or Corridors;

6.2.10 Avoid Siting Linear Features in the Centers of Valley Bottoms and on Ridgetops;

6.2.11 Avoid Skylining;

6.2.12 Site Linear Facilities along Natural Lines within the Landscape;

6.2.13 Avoid Siting Roads on Side Slopes;

6.2.14 Site Facility Components to Minimize Cut and Fill;

**108**

BLM_0021059

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 40 of 104



6.2.15  Avoid Siting Staging and Laydown Areas in Visually Sensitive Areas;

6.2.16  Site Facilities and Components in Existing Clearings; and

6.2.17  Bury Underground Utilities along Roads.

## 6.3 Structure Design and Materials Selection

These eight BMPs address the selection and design of structures, landforms, and other materials to blend with the existing landscape setting. They include the following:

6.3.1  Use Low-Profile Structures and Tanks;

6.3.2  Custom Design Structures in Key Areas;

6.3.3  Consider Use of Alternative Components;

6.3.4  Use Natural-Looking Constructed Landform, Vegetative, or Architectural Screening;

6.3.5  Minimize Use of Signs and Make Signs Visually Unobtrusive;

6.3.6  Avoid Unnecessary Use of Gravel/Paved Surfaces;

6.3.7  Use Rounded Road Cut Slopes; and

6.3.8  Use Monopole and Lattice Electric Transmission Towers Appropriately.

## 6.4 Materials Surface Treatment

These 12 BMPs address the selection of appropriate colors and surface treatments for structures to reduce color contrast with the surrounding natural environment. They include the following:

6.4.1  Require a Site Study for Color and Texture Selection;

6.4.2  Select Materials and Surface Treatments to Repeat the Form, Line, Color, and Texture of Surrounding Landscape;

6.4.3  Consider Seasonal Changes and Seasons of Heaviest use in Choosing Materials Colors and Textures;

6.4.4  Color Treat Structures to Reduce Contrasts with Existing Landscape;

6.4.5  Use Non-reflective Materials, Coatings, and/or Paint;

6.4.6  Select Surface Treatment Colors from the BLM Standard Environmental Colors Chart;

6.4.7  Test Color Selections;

6.4.8  Color Treat Grouped Structures Using the Same Color;

6.4.9  Color Treat Exposed Rock Faces;

6.4.10  Color Treat Transmission Towers to Reduce Contrasts with Existing Landscape;

6.4.11  Use Camouflage and/or Disguise Strategies for Close KOPs in Highly Sensitive Viewsheds; and

6.4.12  Maintain Painted, Stained, or Coated Surfaces Properly.

BLM_0021060

 **Renewable Energy Visual BMPs**

## 6.5 Lighting

These seven BMPs help ensure that projects minimize night-sky impacts through proper lighting design and usage. They include the following:

6.5.1  Prepare a Lighting Plan;

6.5.2  Use Audio Visual Warning System Technology for Hazard Lighting on Structures Taller than 200 ft;

6.5.3  Use Full Cutoff Luminaires;

6.5.4  Direct Lights Properly to Eliminate Light Spill and Trespass;

6.5.5  Use Amber Instead of Bluish-White Lighting;

6.5.6  Minimize Lighting Usage during Construction and Operations; and

6.5.7  Use Vehicle-Mounted Lights or Portable Light Towers for Nighttime Maintenance Activities.

## 6.6 Avoiding Disturbance

These eight BMPs help to avoid or minimize land and other types of disturbance. They include the following:

6.6.1  Minimize Project Footprint and Associated Disturbance;

6.6.2  Avoid Unnecessary Road Improvements;

6.6.3  Use Penalty Clauses to Protect High-Value Landscape Features;

6.6.4  Confine Construction Activities and Facilities to Pre-Defined Areas;

6.6.5  Provide Construction Personnel with Avoidance Area Maps;

6.6.6  Do Not Apply Paints or Permanent Discoloring Agents to Rocks or Vegetation to Mark Survey Limits

6.6.7  Require Overland Driving Where Recontouring Is Not Required; and

6.6.8  Use Air Transport to Erect Transmission Towers.

## 6.7 Soils and Erosion Management

These five BMPs help to avoid or reduce visual impacts from wind and water erosion through dust control, erosion and sediment control, and topsoil management. They include the following:

6.7.1  Implement Dust and Wind Erosion Control Measures;

6.7.2  Implement Erosion and Sediment Control Measures;

6.7.3  Implement Temporary and/or Permanent Soil Stabilization Measures;

6.7.4  Strip, Stockpile, and Stabilize Topsoil for Re-spreading; and

6.7.5  Segregate Topsoil and Reapply to Disturbed Areas.

## 6.8 Vegetation Management

These eleven BMPs concern vegetation protection, vegetation clearing techniques, and measures to

**110**

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 42 of 104



promote successful revegetation. They include the following:

6.8.1  Prepare a Reclamation Plan;

6.8.2  Preserve Existing Vegetation;

6.8.3  Use Retaining Walls, Berms, Fences, and Markings to Protect Trees and Other Scenic Features;

6.8.4  Design Vegetative Openings to Mimic Natural Openings;

6.8.5  Use Partial ROW Clearing and Feather Edges of Transmission ROWs;

6.8.6  Avoid Slash Piles in Sensitive Viewing Areas; Chip Slash for Mulch to Hide Fresh Soil;

6.8.7  Mulch Cleared Areas, Furrow Slopes, and Use Planting Holes;

6.8.8  Use Pitting and Vertical Mulching to Facilitate Revegetation and Discourage Vehicle Traffic;

6.8.9  Revegetate Using Salvaged Native Plants and Approved, Weed-free Seed Mixes;

6.8.10  Transplant Vegetation from Cleared Areas; and

6.8.11  Monitor and Maintain Revegetated Areas until Vegetation Is Self-Sustaining.

## 6.9 Reclamation

These nine BMPs promote successful interim and long-term reclamation through good recontouring practices, site preparation to promote revegetation,

and removal of structures and surface treatments. They include the following:

6.9.1  Review Predevelopment Visual Conditions after Construction;

6.9.2  Begin Site Reclamation during Construction and Operations, Immediately after Disturbances;

6.9.3  Recontour Disturbed Areas to Approximate Natural Slopes;

6.9.4  Scarify/Roughen Cut Slopes and Recontoured Areas;

6.9.5  Salvage and Replace Rocks, Brush, and Woody Debris;

6.9.6  Sculpt and Shape Bedrock Landforms;

6.9.7  Close and Remediate Unused Access Roads;

6.9.8  Remove Aboveground and Near-Ground Structures; and

6.9.9  Remove or Bury Gravel and Other Surface Treatments.

## 6.10 "Good Housekeeping"

These nine BMPs address measures to keep the site clean and orderly during construction, operations, and decommissioning. They include the following:

6.10.1  Develop "Housekeeping" Procedures;

6.10.2  Maintain a Clean Worksite;

6.10.3  Prohibit Onsite Burning;

**111**

BLM_0021062

 **Renewable Energy Visual BMPs**

6.10.4  Use Exit Tire Washes and Vehicle Tracking
Pads to Reduce the Tracking of Sediment onto Roads;

6.10.5  Remove or Avoid Slash Piles;

6.10.6  Clean Off-Road Equipment;

6.10.7  Remove Stakes and Flagging;

6.10.8  Use Fabric-Covered Fences to Conceal Material
Storage Yards and Laydown Yards; and

6.10.9  Actively Maintain Operating Facilities.

**112**

# 6.1 Mitigation Planning

These BMPs address planning issues concerning visual impact analysis and mitigation, including making sure that qualified parties conduct the work using appropriate methods, and that necessary planning documents are in place.

| 6.1 Mitigation Planning | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|---|---|---|---|
| 6.1.1 Ensure that Qualified Individuals Conduct and Review Impact Analyses and Mitigation Plans (p 114) | ● | | | |
| 6.1.2 Use Appropriate Methods and Data for Visual Impact Assessment and Mitigation Planning and Design (p 116) | ● | | | |
| 6.1.3 Incorporate Stakeholder Input into the Siting and Design and Mitigation Planning Processes (p 118) | ● | | | |
| 6.1.4 Consult the Applicable Visual Resource Inventory (VRI) and Visual Resource Management (VRM) Class Designations (p 120) | ● | | | |
| 6.1.5 Conduct a Thorough Assessment of Existing and Potentially Affected Visual Resources (p 123) | ● | | | |
| 6.1.6 Develop Spatially Accurate and Realistic Photo Simulations of Project Facilities (p 127) | ● | | | |
| 6.1.7 Develop a Visual Resource Impact Monitoring and Mitigation Compliance Plan (p 131) | ● | | | |
| 6.1.8 Develop a Decommissioning and Site Reclamation Plan (p 133) | ● | | | |
| 6.1.9 Hold a Preconstruction Meeting to Coordinate the Mitigation Strategy (p 134) | ● | | | |
| 6.1.10 Discuss Visual Mitigation Objectives with Equipment Operators (p 136) | | ● | | |
| 6.1.11 Use Offsite Mitigation (p 138) | ● | | | |

**113**

BLM_0021064

# 6.1.1 Ensure that Qualified Individuals Conduct and Review Impact Analyses and Mitigation

**Project Phase: Siting and Design**

A qualified visual resource specialist (usually a professional landscape architect) with demonstrated experience with the BLM's VRM policies and procedures should be a part of the developer's and the BLM's respective planning teams, and should be engaged as early as possible in the project planning process.



BLM staff, contractors, and other federal and state agency staff receive visual resource management training from BLM. (Credit: John McCarty, BLM.)



## Notes

Decisions regarding design aesthetics and the associated visual impact on the surrounding environment should be made by qualified persons. VRM is a design-based program necessitating early involvement of qualified environmental design arts professionals to assure proper integration of VRM principles into project site selection, site planning, and design development as a means to avoid expensive mitigation identified during NEPA analyses. Such qualifications normally include academic or other accepted credentials in landscape architecture. Familiarity with BLM's VRM system, and especially with the use of the VCR process to determine conformance to VRM Class objectives, is essential. Practical field experience with utility-scale energy projects is highly desirable.

BLM_0021065

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 46 of 104



The visual resource specialist's responsibilities include identifying and addressing visual resource issues as a part of the early planning and design phase of the projects; working directly with the proponent's engineer to explore potential design options; evaluating and preparing additional mitigation measures when preparing NEPA documents; and monitoring compliance with VRM conditions of approval when under construction, during operation, and at decommissioning.

The large size and generally strong visual contrasts generated by renewable energy facilities and associated transmission makes visual impact mitigation for these projects challenging. Proper siting of facilities and facility components is the most effective way to mitigate potential visual impacts; engaging a visual resource specialist early in the project planning process helps to avoid costly corrective mitigation that could have been avoided though better siting and design decisions.

 **Limitations**

Project proponents typically will not have visual resource expertise on staff, and the same may be true for contractors hired to conduct visual impact analyses. BLM project staff may need to consult with state VRM leads and other VRM specialists within BLM.

BLM_0021066

# 6.1.2 Use Appropriate Methods and Data for Visual Impact Assessment and Mitigation Planning and Design

**Project Phase: Siting and Design**

Topographical data of appropriate engineering-design quality should be used for digital terrain mapping and project visualization, including exploration of visual aspects of project location selection, site planning and design, visual impact analysis and simulation, and visual impact mitigation planning and design.



LANDSAT satellite imagery overlaid onto National Elevation Dataset elevation data depicting Grand Canyon and the Colorado Plateau. (Credit: National Aeronautics and Space Agency.)

BLM_0021067

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 48 of 104





### Notes

Visual impact analysis and mitigation planning and design should be performed through field assessments, and through the use of global positioning system (GPS) technology, photo documentation, computer-aided design and development software, GIS software, and three-dimensional modeling and rendering software. These tools should be used to analyze visibility, select KOPs, depict site conditions, and create visual simulations that reflect potential visual impacts and mitigation measures, including iterative visualization of both project design evolution and mitigation outcomes. The digital terrain data should be at a horizontal and vertical resolution suitable for site design and accurate placement of proposed developments at a landscape and project viewshed scale. Visualization tools should be used early in project planning to inform project siting, design, and mitigation planning and to support the visual impact assessment.



### Limitations

In some remote areas, terrain data of sufficiently high resolution may be difficult or very expensive to obtain. Some visualization techniques require advanced computing skills and software/hardware.

BLM_0021068

# 6.1.3 Incorporate Stakeholder Input into the Siting and Design and Mitigation Planning Processes

**Project Phase: Siting and Design**

Project stakeholders including the appropriate BLM field office, appropriate land management agencies, Native American governments, and the public should be consulted to provide input on identifying important visual resources within the project area and on the siting and design process.



BLM public involvement activity for identifying visual resource concerns in Wyoming. (Credit: BLM).



## Notes

The appropriate land management agencies, planning entities, Native American governments, and the public should be consulted to provide input on identifying important visual resources within the project area and on the siting and design process.

Project developers should consult with the respective land management agencies that have been assigned administrative responsibilities for landscapes having special designations within the project's viewshed on each agency's viewshed protection objectives and practices. Developers should demonstrate a concerted effort to reconcile conflicts.

The lead federal agency (usually the BLM) should consult with Native American governments early in the planning process to identify issues and areas of concern regarding the proposed development. Aside from requirements under the National Historic Preservation Act (NHPA), consultation is necessary to establish

BLM_0021069

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 50 of 104



whether the project is likely to disturb traditional cultural properties, affect access rights to particular locations, disrupt traditional cultural practices, and/or visually impact areas important to the tribe(s).

In addition to traditional meetings, possible approaches for stakeholder involvement include conducting public forums for disseminating information, offering organized tours of operating renewable energy development projects, using computer simulation and visualization techniques in public presentations, and conducting surveys regarding public perceptions and attitudes about specific types of renewable energy developments. Beyond traditional meetings, these efforts often help stakeholders better understand the potential visual impacts of the project, and in some cases this may result in decreased stakeholder opposition.

 ## Limitations

Potentially affected stakeholders may be difficult to identify or to engage in the earliest stages of project planning. The input of participating stakeholders may not be complete and may not be representative of all viewpoints. Some stakeholders may be entirely opposed to the project on the basis of visual impacts that are not mitigated effectively; if the project is built, they may feel that their input was not appropriately considered in the planning and siting process. It may also be challenging to reconcile opposing views among project stakeholders.

BLM_0021070

**Renewable Energy Visual BMPs**

# 6.1.4 Consult the Applicable Visual Resource Inventory (VRI) and Visual Resource Management (VRM) Class Designations

**Project Phase: Siting and Design**

Project developers should consult the relevant VRI class values and VRM class designations of proposed and alternative project locations and surrounding viewsheds for information regarding visual quality, public sensitivities, visibility, visual management objectives, and potential VRM conformance issues.



## Notes

The applicable VRI provides important baseline information about the project area's visual resource values and should be used to identify visual resource attributes that may be affected by project development. Visual quality, public sensitivity, and visibility (distance zones) data from the VRI should be used in siting, design, and mitigation planning. The VRI narrative provides useful information about the locations, numbers, types, and sensitivities of viewers in the project area and can be used to inform the selection of KOPs. In order to meet the requirements of NEPA to disclose potential impacts on the resource, anticipated changes in VRI values must be analyzed.

The VRM class designations for the proposed project location and surrounding viewshed include VRM objectives that reflect land management decisions (presented in the RMP) made in consideration of multiple land use objectives. VRM class designations are not measures of scenic quality or other visual resource values, and thus are fundamentally different than VRI classes. The impact analysis must discuss the project's conformance to the applicable VRM class designation. It is the developer's responsibility to conduct an early investigation of the respective project's compatibility with the VRM class objectives and the potential that these objectives can be met by applying effective siting, design, and mitigation strategies. Project developers should document and demonstrate how the visual management objectives were factored into the various phases of project planning and decision rationale.



## Limitations

Inexperienced analysts sometimes confuse VRM and VRI data, and BLM staff may need to provide oversight to ensure that the VRI information is considered and presented correctly. In some field offices, VRI data may be outdated or difficult to obtain in an easily usable format (e.g., GIS data), although the BLM

BLM_0021071

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 52 of 104



has updated the VRIs for many field offices in the years prior to issuing this visual BMP publication. Due in part to its historic lack of availability, VRI information is sometimes not included in visual impact assessments, so BLM staff may have to work with developers to make sure that current VRIs are consulted and that VRI values are discussed in the impact analysis at the appropriate scale. Although the inventory provides baseline data that can be used for disclosing impacts in the NEPA process, the data is intended only for discussion of broad-scale changes since the VRI process is a broad-scale planning effort. Site-specific impacts need to be disclosed separately from these broad-scale impacts.



**BLM VRI map for Cedar City Field Office in Utah. The VRI contains information about the project area's visual quality, public sensitivities, and visibility, and is useful for multiple purposes, including visual impact assessment. (Credit: BLM.)**

6.1.4 Consult the Applicable Visual Resource Inventory (VRI) and Visual Resource Management (VRM) Class Designations          **121**

BLM_0021072

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 53 of 104



**BLM VRM map for Cedar City Field Office in Utah. The VRM class designations identify visual resource management objectives, and reflect land management decisions made in consideration of multiple land use objectives. (Credit: BLM.)**

BLM_0021073

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 54 of 104

# 6.1.5 Conduct a Thorough Assessment of Existing and Potentially Affected Visual Resources

**Project Phase: Siting and Design**

The visual impact analysis should identify and map landscape characteristics, key observation points (KOPs) and key viewsheds, prominent scenic and cultural landmarks, and other visually sensitive areas near the project location. The analysis should include a review of the land-use planning-level VRI to assess and analyze potential impacts on the relative visual resource values and the applicable RMP, and to identify the VRM objectives for potential conformance conflicts (see BMP 6.1.4).



## Notes

KOPs should be selected by first determining the extent of the viewshed using GIS-based viewshed modeling tools. The viewshed modeling should illustrate the areas from which the proposed facilities may theoretically be seen. The distance from the project selected for the viewshed analysis should be sufficient to include all areas likely to be subject to non-negligible visual contrasts from the proposed project. The viewshed analysis should incorporate offsets for both viewer and target (project) heights. Viewer height offset should be 5.5 ft. The target height offset should be equivalent to the tallest facilities to be incorporated in the impact analysis. Because of the long visibility distances for utility-scale renewable energy facilities, the viewshed analysis should incorporate earth curvature.

From within the visible areas, KOPs should then be selected at places where people would be expected: for example, at scenic overlooks, roads, trails, campgrounds, recreationally active river corridors, historical sites and trails, and residential areas. For the purpose of conducting a visual contrast rating evaluation, the number of KOPs should be reduced to those that serve as the best representations for determining conformance to the respective VRM class objectives. The BLM should approve KOP selections, and the BLM should reserve the right to require additional KOPs to further determine the extent of visual impacts and conformance to VRM class objectives.

The assessment of visual resources should be part of the project's early pre-planning phases, and may need to be re-assessed during the life of the project as the project design progresses, or if KOPs change, for example, in response to residential area or road construction, development of scenic attractions, or changing recreation patterns.

BLM_0021074

 **Renewable Energy Visual BMPs**

 ### Limitations

There is no required or accepted radius of visual impact analysis for utility-scale renewable energy facilities. An appropriate value may need to be determined on a site- and project-specific basis; however, because of the large size and generally high visibility of renewable energy facilities (particularly wind and solar facilities), distances of 25 mi or more may be appropriate in the open landscapes typical of BLM-managed lands.

BLM_0021075

6.1.5 Conduct a Thorough Assessment of Existing and Potentially Affected Visual Resources



Chapter 6: **Common Elements**

6.1 Mitigation Planning



**Project viewshed map depicting the potential visibility of a solar facility from surrounding lands. The facility could potentially be seen from any location within the orange-tinted areas. (Credit: California Energy Commission.)**



KOP viewshed map depicting the potential visibility of solar facilities in Amargosa Valley Solar Energy Zone from Pyramid Peak in Death Valley National Park (solar energy zone in blue and red cross-hatching). Color-shaded areas are visible from the Pyramid Peak KOP. (Credit: Argonne National Laboratory.)

BLM_0021077

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 58 of 104

# 6.1.6 Develop Spatially Accurate and Realistic Photo Simulations of Project Facilities

**Project Phase: Siting and Design**

Spatially accurate and realistic photo simulations of project facilities in the proposed location must be prepared and evaluated in accordance with BLM Handbook H-8431-1 and other agency directives, as part of the siting process. They should show views from KOPs including sensitive visual resource areas and highly sensitive viewing locations such as specially designated areas, scenic highways, and residences. The BLM and other stakeholders should be involved in selecting KOPs for simulations. The BLM should approve KOP selections for use in preparing simulations, and should reserve the right to require additional simulations to further determine the extent of visual impacts and conformance to VRM class objectives.



## Notes

Visual impact simulations are a critical component of the visual impact analysis and mitigation planning and design process. BLM VRM policy strongly recommends that visual impact simulations be prepared for potentially high-impact projects, which would normally include utility-scale wind, solar, and geothermal facilities, as well as transmission projects. Simulations should be prepared as described in BLM Handbook H-8431-1, *Visual Resource Contrast Rating*, in order to evaluate visual contrasts of the energy projects to determine if the proposed project is in conformance with the VRM Management Class objectives that apply to the project area.

Simulations should be based on accurate project design specifications and on accurate spatial information (particularly elevation data) and must account for screening vegetation and structures. Simulations should be spatially accurate; they should show all of the project elements that would be visible, at the correct size and location, and in the correct visual perspective. They should be realistic (i.e., they should look like the facility would actually look when built, as seen from the relevant KOP), and they should be colored and shaded realistically, with cast shadows that are depicted accurately and realistically. Any known errors in accuracy or realism should be clearly stated so that viewer expectations are appropriate.

Simulations should portray a range of viewing conditions and anticipated impacts associated with lighting conditions and sun angles. Simulations also should show enough of the surrounding landscape to show the project in the appropriate spatial context. They should be reproduced at a size large enough to be comfortably viewed from the appropriate specified distance to accurately depict the apparent size of the

BLM_0021078


facility in a real setting. The appropriate viewing distance for the simulation as presented to stakeholders and decision-makers should be clearly stated.

Simulations should include a variety of specifications and supplementary information, preferably presented with the simulation itself, including the following:

- Geographic coordinates for the camera/KOP location;
- Date and time of the photograph;
- View direction;
- Weather conditions;
- Lighting condition (frontlit, backlit, sidelit);
- Camera and lens make and model;
- Focal length used for photograph (for film SLR cameras) or 35-mm equivalent focal length for digital SLR cameras;
- Horizontal and vertical width of field depicted in the simulation; and
- Distance to nearest visible portion of facility (e.g., the nearest visible wind turbine).

The proper viewing distance for the simulation at its intended reproduction size should be specified, as viewing the simulation from the incorrect viewing distance will result in the objects in the simulation being perceived to be either larger or smaller than they would be in a real view from the KOP. The simulation should include an inset or supplementary map (with a legend) that shows the location of the KOP, the facility boundary and major components, and nearby features such as roads and populated places; and depicts graphically the horizontal field of view shown in the simulation. The simulation should be clearly labeled to indicate the project, KOP location, and alternative depicted in the simulation.

Simulations may be single-frame, panoramic, or both; the choice should be determined on a case-by-case basis. In most cases, the presentation of both a single-frame and a panoramic image for each simulated view is greatly preferable to showing either one alone. Single-frame images may be needed to show adequate details of the objects in the simulation to depict it realistically, but may not show as much of the facility as would be seen in "real world" views, and may not show enough of the surrounding landscape to portray the visual context properly, or to show the scale of the project in relation to its surroundings. Panoramic images show more of the project and its surroundings; this is particularly important for the depiction of renewable energy facilities in typical BLM landscapes, as the facilities tend to be very large, and the landscapes very open, with expansive views. However, in some cases, panoramic images may lack details that would be visible in reality, especially when they are reproduced at relatively small sizes, which is common in practice. Showing both types of images for each simulated view allows proper depiction of

BLM_0021079

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 60 of 104



facility details while showing the facility in the proper visual context and better depicting its scale in relationship to its surroundings.

In some cases, the use of animations may be appropriate. The visual chracteristics of renewable energy facilities are such that the viewing experience is dynamic; the appearance of wind and solar facilities in particular may change dramatically in the course of a day. Animations are particularly effective at showing wind turbine blade motion, changes in position and reflectivity of solar collectors/reflectors over the course of a day, and changes in lighting conditions as the sun rises and sets or clouds pass in front of the sun. Animations can also depict changes in the viewed landscape and visual contrasts as the viewer moves, for example, while hiking a trail, floating a river, or driving a scenic byway.

 ### Limitations

The development of spatially accurate and realistic simulations is a complex technical process that requires a high degree of skill, appropriate technology, accurate data, and rigorous methods. If improperly prepared, simulations may be misleading, but the errors may not be apparent to casual observers. For a variety of technical reasons, even when properly prepared, simulations are limited in their ability to realistically portray the full range of the visual experience of utility-scale renewable energy facilities, particularly wind and solar facilities. In addition, if the project design changes after the preparation of the simulations (a relatively common occurrence), the simulations may not depict the actual project that is eventually built.

Because animations are more expensive to produce than still-image simulations, their use is generally restricted to situations of high visual sensitivity.

BLM_0021080



**130**

6.1.6 Develop Spatially Accurate and Realistic Photo Simulations of Project Facilities



**Photomontage simulation of wind energy facility on BLM-administered land in Arizona. Note the extensive supplementary information provided with the simulation, including panoramic photograph to show landscape context, inset map of wind facility and simulation KOP, description of lighting conditions, photography details, and correct simulation viewing distance. (Credit: BLM.)**

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 62 of 104

# 6.1.7 Develop a Visual Resource Impact Monitoring and Mitigation Compliance Plan

**Project Phase: Siting and Design**

A visual resource impact monitoring and mitigation compliance plan should be developed and implemented. The plan should include provisions for monitoring the effectiveness of the visual impact mitigation strategy and determining compliance with the project's visual impact mitigation requirements.

 ## Notes

The visual resource impact monitoring and mitigation compliance plan should ensure that required visual impact mitigations are implemented and are effective. Visual design objectives within the plans should be measurable and monitored during construction, operations, and decommissioning. The plan should include monitoring and compliance elements that establish the monitoring requirements and thresholds for acceptable performance, and measures for corrective actions. The visual contrast rating procedures should also be included for field-based compliance assessment during operations and after decommissioning.

 ## Limitations

Currently, the BLM lacks protocols or guidelines for visual impact and mitigation conformance monitoring, and it is not required of developers.

BLM_0021082



This visual impact mitigation plan specifies mitigation monitoring locations. (Credit: BLM.)

6.1.7 Develop a Visual Resource Impact Monitoring and Mitigation Compliance Plan

BLM_0021083

# 6.1.8 Develop a Decommissioning and Site Reclamation Plan

**Project Phase: Siting and Design**

A decommissioning and site reclamation plan should be developed and implemented in order to ensure that the area's pre-development scenic quality and integrity are restored and that the project area is visually integrated into the surrounding landscape setting. Important plan elements should include requirements that most aboveground and near-ground structures be removed, that the project site be re-graded, and that native vegetation be re-established to be consistent with the surrounding landscape.



## Notes

The plan should be in place prior to construction because decommissioning decisions can influence all phases of the facility's life cycle. Reclamation of the construction areas, including roads and rights-of-way (ROWs), should begin immediately after construction to reduce the likelihood of visual contrasts associated with erosion and invasive plant infestation and to reduce the visibility of temporarily disturbed areas as quickly as possible. Topsoil from all decommissioning activities should be salvaged and reapplied during final reclamation. See BMPs 6.9.1–6.9.9 for specific recommended best practices for site reclamation. The decommissioning and site reclamation plan should be developed in coordination with the visual impact monitoring and mitigation compliance plan (see BMP 6.1.7).



## Limitations

The ultimate success of the decommissioning and site reclamation plan depends in part on diligence on the part of the project proponent and effective monitoring by the BLM.

BLM_0021084

Case No. 1:20-cv-02484-MSK    Document 33-2    filed 04/27/21    USDC Colorado    pg 65 of 104

# 6.1.9 Hold a Preconstruction Meeting to Coordinate the Mitigation Strategy

**Project Phase: Siting and Design**

BLM landscape architects or other designated visual resource specialists should participate in the project pre-construction meeting to coordinate the VRM mitigation strategy and confirm the compliance-checking schedule and procedures. Final design and construction documents should be reviewed for completeness with regard to the visual mitigation elements, assuring that requirements and commitments are adequately addressed. The construction documents should include, but not be limited to, grading, drainage, revegetation, vegetation clearing, and feathering plans, and they should demonstrate how VRM objectives will be met, monitored, and measured for conformance.



**BLM landscape architects or other designated visual resource specialists should participate in the project pre-construction meeting. (Credit: BLM.)**

 **Notes**

VRM consultations should take place early in the project planning phase, in accordance with BLM VRM manuals and handbooks, to help determine the proposed project's potential conformance to the applicable RMP's VRM class designation and other potential constraints. Early consultation between the project

BLM_0021085

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 66 of 104



proponent and BLM VRM specialists results in better mitigation and fewer potentially costly "surprises" for both the developer and the BLM.

 ### Limitations

Design details for all project elements may not yet exist at a given point in time, and are subject to change. Additional meetings may be necessary, especially if the project plans change significantly after the initial preconstruction meeting.

BLM_0021086

Case No. 1:20-cv-02484-MSK    Document 33-2    filed 04/27/21    USDC Colorado    pg 67 of 104

# 6.1.10 Discuss Visual Mitigation Objectives with Equipment Operators

Project Phase: **Construction**

Visual impact mitigation objectives and activities should be discussed with equipment operators before construction activities begin.



**Making sure that equipment operators understand good practices to avoid unnecessary damage to visual resources can have significant benefits in improved mitigation results. (Credit: BLM.)**



## Notes

Because equipment operators are the persons actually making the alterations to the landscape associated with project development, making sure that they understand good practices to avoid unnecessary damage to visual resources can have significant benefits in improved mitigation results. Furthermore, experienced equipment operators may have good suggestions for improving techniques for specific mitigation

BLM_0021087

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 68 of 104



procedures that must be tailored to the environment of a specific site. At the most basic level, making equipment operators aware of the importance of visual resource values may make them less likely to litter or to engage in other actions that cause unnecessary visual impacts.

Providing equipment operators with example photographs or with diagrams of desired results (e.g., a properly feathered ROW edge) can be very helpful in achieving better outcomes.

 ## Limitations

A large renewable energy project, particularly a large solar facility, may involve hundreds or thousands of workers over a period of several years, with workers involved with a particular project for very specific tasks over a relatively short period of time. Under these circumstances, effective communication with equipment operators may be difficult.

BLM_0021088

**Renewable Energy Visual BMPs**

# 6.1.11 Use Offsite Mitigation

**Project Phase: Siting and Design**

In addition to mitigation measures that directly reduce the impacts of the renewable energy facility under consideration and its associated facilities, offsite mitigation of visual impacts may be an option in some situations. Offsite mitigation should be considered in situations where nonconforming proposed actions that will result in unavoidable visual impacts may lead to changing the VRM class objectives through an RMP amendment. Unavoidable visual impacts may then be mitigated by correction or remediation of impacts of approximately equal magnitude for a nonconforming existing condition resulting from a different proposed action located within the same viewshed, and within the same or a more protective VRM class.

In situations where offsite mitigation opportunities are absent within the same viewshed, different viewsheds that need mitigation of visual impacts that could affect highly sensitive visual resources (for example, along National Scenic and Historic Trails, Wild and Scenic River corridors, Scenic or Backcountry Byways) may be considered.


## Notes

Offsite mitigation serves as a means to offset a loss of visual landscape integrity. For example, offsite mitigation could include reclaiming unnecessary roads, removing abandoned buildings, reclaiming abandoned mine sites, putting utility lines underground, rehabilitating and revegetating existing erosion or disturbed areas, or establishing scenic conservation easements.


## Limitations

Appropriate offsite mitigation will be determined on a project-specific basis in consultation with the BLM. The BLM's policy is to mitigate impacts to an acceptable level onsite whenever possible through avoidance, minimization, remediation, or reduction of impacts over time. Offsite mitigation may be used only when the BLM can demonstrate that the proposed mitigation is reasonably necessary to accomplish an authorized BLM purpose. When proposed offsite mitigation is geographically distant from the project area, particularly when it occurs on non-Federal land, the connection to resources for which the BLM is responsible should be clear. BLM policy guidance on offsite mitigation procedures is contained in BLM IM 2008-204, Offsite Mitigation.

BLM_0021089

# 6.2 Siting and Design

These BMPs help ensure that facilities and their components are sited and designed to avoid or reduce impacts on visually sensitive areas.

| 6.2 Siting and Design | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|---|---|---|---|
| 6.2.1 Site Facilities and ROWs outside Sensitive Viewsheds, or as Far as Possible from Sensitive Viewing Locations (p 141) | ● | | | |
| 6.2.2 Site ROW Crossings to Minimize Impacts on Linear KOPs (p 145) | ● | | | |
| 6.2.3 Site Projects Away from Visually Prominent Landscape Features (p 147) | ● | | | |
| 6.2.4 Site Facilities to Avoid Night-Sky Impacts on Sensitive Locations (p 149) | ● | | | |
| 6.2.5 Site Facilities in Previously Developed or Disturbed Landscapes (p 150) | ● | | | |
| 6.2.6 Site Facilities and Components in Existing Clearings (p 151) | ● | | | |
| 6.2.7 Site and Design Facilities to Repeat the Form, Line, Color, and Texture of the Existing Landscape (p 152) | ● | | | |
| 6.2.8 Site Facilities in Areas Suitable for Reclamation (p 155) | ● | | | |
| 6.2.9 Minimize the Number of Facility Structures (p 156) | ● | | | |
| 6.2.10 Collocate Linear Features in Existing ROWs or Corridors (p 157) | ● | | | |
| 6.2.11 Avoid Siting Linear Features in the Centers of Valley Bottoms and on Ridgetops (p 158) | ● | | | |
| 6.2.12 Avoid Skylining (p 160) | ● | | | |

BLM_0021090

 **Renewable Energy Visual BMPs**

| 6.2 Siting and Design | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|---|---|---|---|
| **6.2.13 Site Linear Facilities along Natural Lines within the Landscape** (p 161) | ● | | | |
| **6.2.14 Avoid Siting Roads on Side Slopes and Ridge Faces** (p 163) | ● | | | |
| **6.2.15 Site Facility Components to Minimize Cut and Fill** (p 164) | ● | | | |
| **6.2.16 Avoid Siting Staging and Laydown Areas in Visually Sensitive Areas** (p 166) | | ● | | |
| **6.2.17 Bury Underground Utilities along Roads** (p 167) | ● | | | |

**140**

BLM_0021091

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 72 of 104

# 6.2.1  Site Facilities and ROWs outside Sensitive Viewsheds, or as Far as Possible from Sensitive Viewing Locations

**Project Phase: Siting and Design**

Facilities and ROWs should be sited outside the viewsheds of highly sensitive viewing locations, and/or areas with limited visual absorption capability and/or high scenic integrity. When facilities must be sited within view of visually sensitive areas, they should be sited as far away as possible. Where full screening of facility views is not possible, siting should take advantage of partial screening opportunities.



The Wedge Overlook—a KOP in the San Rafael Swell in BLM's Price Utah Field Office. (Credit: BLM.)



## Notes

Siting should take advantage of both topography and vegetation to screen the views of projects or project elements from visually sensitive areas. For example, facility elements, including structures, roads, and ROWs, can be sited around bends, or behind ridges and vegetative screens. For projects with low vertical profiles, even slight undulations in topography can provide at least partial concealment. Visually complex

BLM_0021092



**Renewable Energy Visual BMPs**

landscape backdrops often provide opportunity for visual concealment. ROW location, size, and boundary determinations should consider terrain characteristics and opportunities for full or partial project concealment by recessing the project into the landscape terrain. Where the entire facility cannot be screened, partial screening is generally preferred, in order to reduce the apparent size and visual dominance of the visible elements.

Special consideration should be given when siting facilities within view of National Historic Trails and Sites (including sites eligible for Listing on the National Register of Historic Places), and tribal cultural resources, especially if the visual setting is important to the historic or cultural context and integrity of the area. A detailed visual analysis should be conducted, and stipulations, such as restrictions on surface disturbance, may be warranted. Population centers and highly sensitive scenic resources, including, but not limited to, units of the National Park Service, National Monuments, National Scenic Highways, and Wild and Scenic Rivers, should also be given special consideration, and every attempt should be made to avoid visual impacts on these areas, including consideration of alternative siting locations.

When facilities must be sited within view of visually sensitive areas, they should be sited as far away as possible, as visual impacts generally diminish as viewing distance increases. Where they occur, landscapes with low scenic integrity and/or high visual absorption capability are generally preferred as siting locations.

 **Limitations**

Some BLM landscapes have low relief and lack vegetation tall enough to screen the taller elements of renewable energy facilities, particularly wind turbines, solar power tower receivers, plumes from boilers or cooling towers, and transmission lines and towers. The very large size of most renewable energy facilities may make complete screening of facility views difficult or impossible, especially for views from relatively close viewpoints.

BLM_0021093

6.2.1 Site Facilities and ROWs outside Sensitive Viewsheds, or as Far as Possible from Sensitive Viewing Locations



**Advanced viewshed analysis map for the road network in the BLM's Kremmling Field Office in Colorado. Roads are linear KOPs; the colored areas on the map indicate the length of road from which a given point in the landscape is visible, with red-tinted areas being the most visible, and blue areas the least visible (gray areas are not visible from the roads). From a visual impact standpoint, the red-tinted areas would generally be less optimal facility siting locations. (Credit: BLM.)**

Chapter 6: **Common Elements**

6.2 Siting and Design





144

6.2.1 Site Facilities and ROWs outside Sensitive Viewsheds, or as Far as Possible from Sensitive Viewing Locations



**Advanced viewshed analysis map for a portion of the Pony Express Trail in the BLM's Filmore Field Office in Utah. The trail is a linear KOP; the colored areas on the map indicate how tall a structure could be at a given location and still be concealed from view at any point on the trail. In the red-tinted areas, any structure could be visible from the trail, while in the green areas, objects as tall as wind turbines would be concealed from the view on the trail by intervening topography. From a visual impact standpoint, the green-tinted areas would generally be more optimal facility siting locations. (Credit: BLM.)**

BLM_0021095

# 6.2.2 Site ROW Crossings to Minimize Impacts on Linear KOPs

**Project Phase: Siting and Design**

Locations for right-of- way (ROW) crossings of roads, waterways, and other linear KOPs should be chosen to avoid the most visually sensitive points or segments along the linear KOP. Site crossings should be chosen to minimize duration of view for observers traveling on the linear KOP. ROWs should cross linear features at right angles whenever possible.



## Notes

Crossings of ROWs (and associated facilities) with waterways, roads, trails and other features may attract visual attention because of strong visual contrasts in form, line, color, and texture, especially where they involve extensive vegetation clearing. They may become undesirable visual focal points in the landscape. ROW crossings of roads, waterways, and other linear features should be concealed or located as far as possible from the most visually sensitive points or segments on a linear KOP.



Crossing sensitive linear features at a right angle minimizes the visibility of facilities on the ROW for viewers traveling along the linear feature. (Credit: Lindsey Utter, Argonne National Laboratory.)

Where ROWs cross linear features (e.g., trails, roads, and rivers) at oblique angles, viewers traveling along the linear features may be subject to relatively long-duration views of facilities in the ROW, at relatively short distances. ROWs should cross linear features at right angles whenever possible to minimize the viewing area and duration. Avoid crossings in the middle of long, straight segments and at road intersections.

Road, trail, and waterway crossings often offer extended views down ROWs. Structures, roads, and other project elements should be set as far back as possible from road, trail, and waterway crossings, and vegetation should be used to screen views from crossings. Vegetative screening should mimic natural

BLM_0021096



**Renewable Energy Visual BMPs**

vegetative patterns (using native plants) and be made to blend with the natural form, line, color, and texture.



## Limitations

Many technical, environmental, and economic factors must be considered in locating ROW crossings; these other considerations may outweigh potential visual impacts in the siting decision. Technical requirements may determine where structures are located along ROWs, and may dictate that structures or other project elements are sited near crossings. In these instances, vegetative screening may help to reduce negative visual contrasts, although adding new vegetation may itself cause undesirable visual contrasts.

BLM_0021097

# 6.2.3  Site Projects Away from Visually Prominent Landscape Features

**Project Phase: Siting and Design**

Avoid siting facilities near visually prominent landscape features that naturally draw an observer's attention. Do not site facilities so that they are visually aligned with prominent landscape features, as seen from KOPs.



Siting this windfarm directly in front of a prominent mountain ridge (as seen from this KOP) draws visual attention to the wind turbines. (Dunlap Ranch Wind Energy Project, Carbon County, Wyoming.  Credit: Robert Sullivan, Argonne National Laboratory.)



## Notes
Because the eye is naturally drawn to prominent landscape features (e.g., knobs and waterfalls), facilities and their components should be sited away from these features. Similarly, facilities should be sited so that they are away from the direct line of sight from a KOP to a prominent landscape feature. In some instances, landscape features to avoid could be manmade (e.g., bridges or dams).



## Limitations
Siting facilities near or in line with prominent landscape features may be unavoidable in some circumstances, such as when there are multiple KOPs or multiple prominent landscape features, or when the only feasible location for a facility is near a landmark.

BLM_0021098


**Renewable Energy Visual BMPs**



This prominent landmark would draw visual attention to any renewable energy facilities in its vicinity or along the line of sight between the viewer and the landmark. (Credit: BLM.)

BLM_0021099

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 80 of 104

# 6.2.4  Site Facilities to Avoid Night-Sky Impacts on Sensitive Locations

**Project Phase: Siting and Design**

Renewable energy facility siting should take into account the impacts of facility lighting on the night sky, and should avoid siting in areas where potential viewers are most sensitive to night-sky impacts.



## Notes

Facility siting should consider the potential for night-sky impacts, because starry night skies free from glare and skyglow are a highly valued resource in many parts of the western United States, and night-sky tourism is an important economic activity in some areas. In addition, nocturnal wildlife can be adversely affected by outdoor lights. Research has shown that wind turbine lights may be visible for very long distances (more than 35 mi), and indirect lighting impacts such as skyglow (the scattering of light in the sky) may reduce night-sky quality at locations very distant from the light sources. Review of local Comprehensive Plans and stakeholder consultation are excellent ways to determine the importance of night skies to local residents, tourists, and other parties. See BMPs 6.5.1 through 6.5.7 for practices to reduce lighting impacts from renewable energy facilities.



## Limitations

Economic considerations may sometimes preclude avoiding areas sensitive to night-sky impacts; however, there are many cost-effective ways to reduce the use of lighting at facilities and to use lighting equipment and practices that minimize night-sky impacts.

BLM_0021100

**Renewable Energy Visual BMPs**

# 6.2.5  Site Facilities in Previously Developed or Disturbed Landscapes

Project Phase: **Siting and Design**

Facilities and facility components should be sited in already industrialized and developed landscapes.



Siting this windfarm in an already cluttered viewscape helps to reduce the effects of the additional contrasts from the wind turbines. In this view, the vertical lines of the turbines repeat the vertical lines of the utility poles in the foreground. (Seven Mile Hill Wind Farms, Carbon County, Wyoming. Credit: Robert Sullivan, Argonne National Laboratory.)



## Notes
Where possible, developments should be sited in landscapes that have already been industrialized or disturbed, with due consideration for visual absorption capacity and possible cumulative effects.



## Limitations
In some instances, siting a new facility in a previously developed landscape may exceed the landscape's visual absorption capability, and thereby create more negative impacts than siting the facility in an undeveloped area. In some instances, it could be more desirable to site a facility in an undeveloped area with few potential viewers than to increase cumulative visual impacts by adding a new facility near existing facilities in an area with many potential viewers or with high visual sensitivity.

BLM_0021101

# 6.2.6  Site Facilities and Components in Existing Clearings

**Project Phase: Siting and Design**

In forested areas or shrublands, site facilities and their components in existing clearings.



## Notes

Because visual impacts are usually lessened when vegetation and ground disturbances are minimized, where possible in forested areas or shrublands, siting should take advantage of existing clearings to reduce vegetation clearing and ground disturbance.



## Limitations

There may be other environmental or technical reasons to avoid siting facilities in a particular clearing.



Clearings for two facilities are shown in this photograph. The one on the lower left is at the edge of an existing clearing. The clearing to the upper right is located in densely vegetated area. Both clearings create strong color contrasts, but the upper clearing creates stronger line and texture contrasts. (Credit: BLM.)

BLM_0021102

 **Renewable Energy Visual BMPs**

# 6.2.7  Site and Design Facilities to Repeat the Form, Line, Color, and Texture of the Existing Landscape

**Project Phase: Siting and Design**

A careful study of the project site should be performed to identify appropriate colors and textures for materials; the siting and design of facilities, structures, roads, and other project elements should match and repeat the form, line, color, and texture of the existing landscape in accordance and compliance with the visual resource management (VRM) class objectives.



Despite the elevated viewpoint, at a viewing distance of almost 7 mi the low, flat, and visually simple forms, lines, color, and texture of the Solar Energy Generating Systems III-VII parabolic trough facilities blend in well with the broad flat expanse of the valley in which they are located. Note, however, how lines from ROW clearing focus views on the facilities. (Credit: Robert Sullivan, Argonne National Laboratory.)

## Notes

Careful siting of facilities and facility components, along with good choices of materials and paints/coatings can, in some instances, substantially reduce the apparent visual contrast associated with renewable energy facilities through repetition of the form, line, color, and texture that occur in the natural

BLM_0021103

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 84 of 104



landscape. Reflective surfaces should be coated with flat or low-reflectivity finishes where functional requirements permit.

In many BLM-administered lands, the landscape is strongly horizontal; it is dominated by the horizon line, which may be unbroken by the short vegetation that in many cases has only a few dominant, typically muted colors. These situations favor low, flat structures, with simple geometry and consistent, subdued coloring. Low-height solar collector arrays may blend well in these settings, particularly when KOPs are not significantly elevated with respect to the arrays. A line of distant wind turbines sited on level ground such that the hubs appear to be at a uniform height may also echo the strong horizon line and thereby be less conspicuous, particularly if the intervening landscape has some vertical elements such as fence posts or telephone poles.

At night, the elements of form and texture are generally absent; lights typically create strong color contrast, and sometimes line contrast if they are arranged in a row. Existing lights in the landscape can reduce the apparent contrast to a degree, and if the lights appear to be of uniform height they repeat the horizon line, if it is visible. This repetition may reduce the apparent contrast from the wind turbines.

 ## Limitations

In landscapes with vegetation that varies by season, repetition of the existing vegetation color may reduce color contrast in one season but be very conspicuous in other seasons. Generally, the best approach is to match colors that routinely occur in the season of greatest use.

In some situations, glare from reflective surfaces may make them highly conspicuous, even if the actual surface color blends with colors in the existing landscape.

Because of their vertical towers and blade motion, and because the FAA effectively requires that wind turbines be white, current wind turbine designs do not generally repeat the form, line, color, and texture of typical BLM landscapes, although the presence of vertical elements in the existing landscape is helpful. At night, the synchronized red flashing lights of wind facilities are very unlikely to blend with the existing landscape.

Power tower receiver towers are generally single, strong vertical elements that will contrast strongly with the predominant horizon line. The brilliant white light of the receiver, visible during sunny daylight hours, presents a unique and strong color contrast that is generally very conspicuous, even at long distances.

BLM_0021104

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 85 of 104



The facility clearing in this view (at far right) mimics the organic shape of natural clearings, reducing form and line contrasts, and blends in well with the surrounding landscape. (Credit: BLM.)



Burying a pipeline. Slopes are contoured to approximate naturally occurring slopes. (Credit: Rob Sweeten, BLM.)



Pipeline ROW after revegetation. (Credit: Rob Sweeten, BLM.)

BLM_0021105

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 86 of 104

# 6.2.8 Site Facilities in Areas Suitable for Reclamation

**Project Phase: Siting and Design**

Facilities, structures, and roads should be sited in locations with stable soils and that are favorable for revegetation and reclamation/restoration.



## Notes

Facilities, structures, and roads should be sited in stable soils and in areas favorable for revegetation and reclamation/restoration, in order to aid interim reclamation and to avoid visual contrasts associated with unreclaimed/restored sites after decommissioning. Hydrology should be carefully considered in siting operations to avoid erosion and to help assure successful revegetation.



## Limitations

Many project sites may lack stable soils in areas where facility components must be located.

BLM_0021106

**Renewable Energy Visual BMPs**

# 6.2.9  Minimize the Number of Facility Structures

**Project Phase: Siting and Design**

Design facilities to use the minimum number of structures.



## Notes

Through site design, the number of permanent structures required should be minimized. Activities should be combined and carried out in one structure, or structures should be collocated to share pads, fences, access roads, and lighting. When the facility is not far from developed areas, some activities (e.g., storage of spare parts) could also take place at offsite locations. Where multiple structures are required, they should be clustered to the extent possible in order to decrease "sprawl;" reduce the visual footprint of associated infrastructure (e.g., roads and potentially fences and lighting); and to take advantage of the screening opportunities that closely spaced structures may provide.

The number of temporary structures (e.g., water tanks) should also be minimized; in some cases, these structures may be onsite for long periods of time.



## Limitations

Safety and technical considerations will require separation of some project components.

BLM_0021107

Case No. 1:20-cv-02484-MSK Document 32-2 filed 04/27/21 USDC Colorado pg 88 of 104

# 6.2.10 Collocate Linear Features in Existing ROWs or Corridors

**Project Phase: Siting and Design**

Collocate linear features adjacent to existing ROWs or in designated utility corridors, rather than utilizing new ROWs.

**Collocation of transmission lines generally reduces overall visual impacts. (Credit: BLM.)**

## Notes

To the extent possible, transmission lines, roads, and other extensive structures associated with renewable energy should be collocated within a corridor to utilize existing/shared ROWs, access and maintenance roads, and other infrastructure in order to reduce visual impacts associated with new construction. Collocation of linear features, such as transmission lines and pipelines, usually results in reduced visual contrast because of reduced vegetation clearing and road development. Where there are multiple ROWs, they should be located on the same side of the road, preserving open views of landscapes on the opposing side.

## Limitations

Regulatory authorities may prohibit or restrict collocation of facilities within existing ROWs for safety or other reasons. Existing corridors may lack sufficient space for new facilities, or routing requirements may preclude using existing ROWs. There are potential technical interferences between certain utilities. Issues of liability and ROW access would also need to be addressed.

BLM_0021108

**Renewable Energy Visual BMPs**

# 6.2.11 Avoid Siting Linear Features in the Centers of Valley Bottoms and on Ridgetops

**Project Phase: Siting and Design**

Site transmission lines and other linear features to avoid valley bottoms and ridgetops.



This ROW bisects several ridges, creating prominent strong lines for the eye to follow. (Credit: BLM.)


## Notes
The eye follows strong natural lines in the landscape, and these lines and associated landforms can "focus" views on particular landscape features. For this reason, linear facilities associated with renewable energy projects, such as transmission line ROWs, should be sited to avoid running across the centers of valley bottoms, and to avoid ridgetop bisection (i.e., routing the ROWs perpendicular to and over ridgelines).


## Limitations
Technical issues, land ownership patterns, cost, and various environmental factors generally dictate where ROWs are located. For example, in rugged canyons, valley bottoms may provide the only buildable land and be the only feasible, cost-effective route, especially if facilities are collocated in an existing ROW or corridor.

BLM_0021109

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 90 of 104


This ROW bisecting the ridgeline is conspicuously visible from any view aligned with the ROW. (Credit: BLM.)


This ROW crossing a valley floor is conspicuously visible from this elevated KOP. (Credit: BLM.)

BLM_0021110

 **Renewable Energy Visual BMPs**

# 6.2.12 Avoid Skylining

**Project Phase: Siting and Design**

"Skylining" of transmission/communication towers and other structures should be avoided.



**Skylining of transmission lines makes them conspicuously visible against the sky backdrop. (Credit: BLM.)**

 ## Notes

Transmission/communication towers and other structures should not be placed on ridgelines, summits, or other locations where they would be silhouetted against the sky. Skylining draws visual attention to the project elements and can greatly increase visual contrast. Siting should take advantage of opportunities to use topography as a backdrop for views of facilities and structures to avoid skylining. Roads may be less visible if located along ridgetops, but if they are located on the ridge face they can be highly visible because of increased cut, fill, and side cast material.

Although wind turbines may sometimes be located near ridgelines, skylining of substations, transmission towers, communication towers, and other structures associated with wind developments should be avoided.

## Limitations

Routing requirements generally dictate where ROWs are located, and this may result in skylining, especially if facilities are collocated in an existing ROW. Areas suitable for ROWs may be limited in rugged landscapes. There may be conflicts between avoiding skylining structures and siting facilities away from prominent landforms (e.g., conspicuous mountain ridges). If moving transmission tower sites results in greater span lengths, the use of more massive towers may be required to bear the increased weight loads.

**160**

BLM_0021111

Case No. 1:20-cv-02484-MSK    Document 33-2    filed 04/27/21    USDC Colorado    pg 92 of 104

# 6.2.13 Site Linear Facilities along Natural Lines within the Landscape

**Project Phase: Siting and Design**

Siting of facilities, especially linear facilities (e.g., transmission lines, pipelines, roads), should take advantage of natural lines within the landscape (e.g., natural breaks in the landscape topography, the edges of clearings, or transitions in vegetation). Siting of facilities on steep slopes should be avoided.




## Notes

Siting linear facilities along naturally occurring lines in the landscape can reduce apparent contrast through repetition of the line element or through combination of multiple line elements into a single line element. Facilities sited on steep slopes are often more visible (particularly if either the project or viewer is elevated); they may also be more susceptible to soil erosion, which could also contribute to negative visual impacts.



Siting transmission lines along natural vegetative breaks rather than through the middle of open areas can substantially reduce visual contrast. (Credit: Lindsey Utter, Argonne National Laboratory.)


## Limitations

Routing requirements may preclude following naturally occurring lines in the landscape. Ecological or cost considerations may make it infeasible to run a linear facility along the edge of a clearing or along an existing linear feature if it would add substantially to the length of the facility, or route it through difficult areas.

BLM_0021112



**This road follows the undulating contours of the landform, making it less visually prominent. (Credit: John McCarty, BLM.)**

BLM_0021113

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 94 of 104

# 6.2.14 Avoid Siting Roads on Side Slopes and Ridge Faces

**Project Phase: Siting and Design**

Avoid siting roads on steep side slopes and ridge faces. Site roads along ridgetops.



**Siting this road on a side slope resulted in a large amount of fill that creates strong visual contrasts. (Credit: BLM.)**



## Notes

Siting of roads should avoid steep side slopes and ridge faces. Placing roads on steep side slopes and ridge faces can make them highly visible due to increased cut and fill, and especially side cast material. Where possible, site roads along ridgetops rather than side slopes and ridge faces. Siting roads along ridgetops helps to minimize cut and fill and avoids contrast created by side cast material. Truck excess fill offsite rather than side casting. If siting roads on steep slopes and ridge faces is unavoidable, use retaining walls to minimize excessive cut and fill, and create cuts and fills that match existing lines, forms, colors, and textures of the surrounding landscape as closely as possible. Minimize switchbacks by following the natural contours.



## Limitations

Routing or other requirements may dictate that roads be sited on side slopes and ridge faces.

BLM_0021114

**Renewable Energy Visual BMPs**

# 6.2.15  Site Facility Components to Minimize Cut and Fill

**Project Phase: Siting and Design**

Structures and roads should be designed and located to minimize cut and fill. Use retaining walls and bridges to reduce cut and fill.



**Building this road on a steep side slope resulted in excessive and highly visible cut and fill. (Credit: BLM)**



## Notes

Minimizing cut and fill reduces vegetation and soil disturbance, which reduces associated visual contrasts; it also reduces the potential for erosion and dust that have negative visual impacts. Minimizing cut and fill also has substantial ecological benefits, and generally reduces cost. Retaining walls and bridges should be used to reduce cut and fill. Cuts and fills should match existing lines, forms, colors, and textures of the surrounding landscape as closely as possible.



## Limitations

Site characteristics and project requirements may limit opportunities to minimize cut and fill. Retaining walls and bridges have their own potential visual impacts that must be considered.

BLM_0021115

Case No. 1:20-cv-02484-MSK   Document 33-2   filed 04/27/21   USDC Colorado   pg 96 of 104



**This road follows natural contours, reducing the need for cut and fill. (Credit: BLM)**

BLM_0021116

# 6.2.16  Avoid Siting Staging and Laydown Areas in Visually Sensitive Areas

**Project Phase: Construction**

Site staging areas and laydown areas outside the viewsheds of KOPs, and not in visually sensitive areas.



*Staging area at Ivanpah Solar Energy Generating System power tower facility, Ivanpah Valley, California. (Credit: Robert Sullivan, Argonne National Laboratory.)*



## Notes

Staging areas and laydown areas should be sited outside the viewsheds of KOPs and not in visually sensitive areas; they should be sited in swales, around bends, and behind ridges and vegetative screens, where these screening opportunities exist. They should also be sited in already-disturbed areas, if possible.



## Limitations

In open landscapes, siting staging areas and laydown areas outside the viewsheds of KOPs may be impossible because staging and laydown areas must be close to the project site. For example, wind turbine component staging areas are often in the immediate vicinity of the wind turbines.

BLM_0021117

# 6.2.17  Bury Underground Utilities along Roads

**Project Phase: Siting and Design**

Electrical collector lines, utility pipelines, and communication and other local utility cables should be buried where feasible, and should be sited along the edge of roads.


## Notes
Burying pipelines and utility cables will often substantially reduce line contrasts and reduce visual clutter. Underground utilities should be placed along the edge of roads in order to reduce surface disturbance.


## Limitations
Technical and cost considerations may require siting utilities above ground and away from roads. In some wind facilities, pre-existing land uses may be allowed (e.g. agriculture, grazing), and any surface-disturbing uses must be considered if utilities are to be buried.


**Burying a small pipeline. (Credit: BLM.)**

BLM_0021118

BLM_0021119

# 6.3 Structure Design and Material Selection

These BMPs address the selection and design of structures, landforms, and other materials to blend with the existing landscape setting.

| 6.3 Structure Design and Material Selection | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|:---:|:---:|:---:|:---:|
| **6.3.1 Use Low-Profile Structures and Tanks (p 170)** | ● | | | |
| **6.3.2 Custom Design Structures in Key Areas (p 172)** | ● | | | |
| **6.3.3 Consider Use of Alternative Components (p 173)** | ● | | | |
| **6.3.4 Use Natural-Looking Constructed Landform, Vegetative, or Architectural Screening (p 174)** | ● | | | |
| **6.3.5 Minimize Use of Signs and Make Signs Visually Unobtrusive (p 176)** | ● | | | |
| **6.3.6 Avoid Unnecessary Use of Gravel/Paved Surfaces (p 177)** | ● | | | |
| **6.3.7 Use Rounded Road Cut Slopes (p 178)** | ● | | | |
| **6.3.8 Use Monopole and Lattice Electric Transmission Towers Appropriately (p 179)** | ● | | | |

**169**

# 6.3.1 Use Low-Profile Structures and Tanks

**Project Phase: Siting and Design**

Facility siting should incorporate measures to minimize the profile of all facility-related structures, particularly for facilities proposed within the foreground/middle-ground distance of sensitive viewing locations.



Low-profile tanks. (Credit: BLM.)



Horizontal tanks reduce tank height substantially. (Credit: John McCarty, BLM.)



## Notes

The use of low-profile structures and tanks reduces their visibility and visual dominance within the viewshed. Partial burial of some ancillary structures may be possible, or underground tanks could be used preferentially for onsite fuel storage. Some buildings could occupy one story rather than two, resulting in substantial height reductions. Mechanical draft cooling towers could be employed rather than the much taller natural draft cooling towers.



## Limitations

Functional requirements may dictate the height of some structures, such as wind turbines, power towers, and solar power block structures containing steam turbine generators. Burial of facility components will increase site development costs and may increase the difficulty and cost of inspection and maintenance. Using low-profile structures may increase the amount of disturbed land and vegetation, so a tradeoff decision must be made.

BLM_0021121





**Partially buried tanks. (Credit: John McCarty, BLM.)**

BLM_0021122

**Renewable Energy Visual BMPs**

# 6.3.2 Custom Design Structures in Key Areas

**Project Phase: Siting and Design**

Custom-designed structures should be used in key areas when such designs would soften the visual impact and blend more effectively with the surroundings.



## Notes

Massing and scale of structures should be considered, as should the architectural character appropriate to the region where a facility is to be located. Architectural considerations should include integration of vertical and horizontal relief variation to create shadow lines that diminish the overall visual scale and dominance of facilities.



## Limitations

The ability of a structure to blend in with the surrounding landscape or to reflect architectural character appropriate to the region may be constrained by functional requirements of the structure.

6.3.2 Custom Design Structures in Key Areas

BLM_0021123

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 104 of 104

# 6.3.3 Consider Use of Alternative Components]

**Project Phase: Siting and Design**

Alternate technologies that would serve the same function and simultaneously reduce visual impact should be explored by project designers.



## Notes

Where visual impacts are an important concern, project designers should explore opportunities to substitute facility components that are similar in functionality, but less likely to cause negative visual impacts than the components that would normally be employed.



## Limitations

Functional limitations or available technology may limit opportunities for using alternative components. Functional components of facilities are not typically selected based on visual impact considerations. Some alternative technologies might involve increased cost or decreased efficiency (e.g., mechanical draft versus natural draft cooling towers), and a tradeoff decision would be required.

BLM_0021124