Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 1 of 110

# 6.3.4 Use Natural-Looking Constructed Landform, Vegetative, or Architectural Screening

**Project Phase: Siting and Design**

Where screening topography and vegetation are absent, natural-looking constructed landforms and vegetative or architectural screening should be used to minimize visual impacts.



**Constructed landform and vegetation used to screen road cut. (Credit: Lindsey Utter, Argonne National Laboratory.)**



## Notes

Constructed landforms, or vegetative or architectural screening may conceal visual clutter, glare, and other visual impacts associated with a project. The shape and height of constructed landforms must be adapted to the surrounding landscape, and must consider the distance and viewing angle from KOPs in order to ensure that the earthworks are visually unobtrusive. Conventional berms do not conform to the natural contours of the landscape, and may introduce strong contrasts in form and line. Selection of the vegetative screening plant species should be addressed in the project's vegetation management plan, and should be consistent with restrictions in the relevant RMP.

BLM_0021125

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 2 of 110





## Limitations

Depending on the landscape setting, constructing natural-appearing landforms may involve additional surface disturbance. Vegetative or architectural screening may not fit well with the surrounding landscape, potentially creating negative visual contrasts. Screening may be insufficient to screen taller project elements, or could potentially screen solar collectors or disrupt wind flow at wind facilities. Vegetative screening could increase fire risk by introducing an additional fuel source.

BLM_0021126

**Renewable Energy Visual BMPs**

# 6.3.5 Minimize Use of Signs and Make Signs Visually Unobtrusive

**Project Phase: Siting and Design**

The use of permanent signs and project construction signs should be minimized. Beyond those required for basic facility and company identification for safety, navigation, and delivery purposes, commercial symbols or signs and associated lighting on buildings and other structures should be minimized.

All commercial symbols and signs and associated lighting should be designed to minimize offsite visibility. Necessary signs should be made of non-glare materials and utilize unobtrusive colors. The reverse sides of signs and mounts should be painted or coated using the most suitable color selected from the BLM Standard Environmental Color Chart CC-001 (see BMP 6.4.6) to reduce contrasts with the existing landscape.



## Notes

Unnecessary signs, especially poorly designed commercial signs, may introduce strong color contrasts and seem out of place in more natural-appearing landscapes. Signs should be architecturally pleasing, and designed and placed to contribute to the visual quality of the facility entrance. The fronts and the backs of signs, as well as the mounts, are potential sources of glinting and glare when sunlit.



## Limitations

Placement and design of any signs required by safety regulations must conform to regulatory requirements.

BLM_0021127

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 4 of 110

# 6.3.6 Avoid Unnecessary Use of Gravel/Paved Surfaces

**Project Phase: Siting and Design**

Installation of gravel and pavement should be avoided to reduce color and texture contrasts with the existing landscape.



## Notes

Avoiding unnecessary use of gravel or paved surfaces reduces visual contrast, reduces decommissioning effort and cost, and may provide other ecological benefits, such as better drainage, and preservation of vegetation and animal habitat. It should be noted that in some settings, certain gravels may blend well with the colors and textures of the surrounding natural landscape.



## Limitations

Anticipated traffic and loads may require gravel or paved surfaces and roads, especially during construction and decommissioning.

BLM_0021128

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 5 of 110

**Renewable Energy Visual BMPs**

# 6.3.7 Use Rounded Road Cut Slopes

Project Phase: **Siting and Design**

Road cut slopes should be rounded, and the cut-and-fill pitch should be varied to reduce contrasts in form and line; the slope should be varied as needed to preserve specimen trees and nonhazardous rock outcroppings where feasible.



ORIGINAL GROUND LINE

SELECTIVE
CLEARING
LINE

2:1 OR LESS
BACKSLOPE

Rounded road cut slopes with varied cut-and-fill pitch and that retain specimen trees and rock outcroppings have a more natural appearance than V-shaped or U-shaped cuts and ditches with uniform cut-and-fill pitch.



## Notes
The geometry of road cut and ditch design should consider visual objectives; rounded slopes are preferred to V-shaped and U-shaped cuts and ditches. The preservation of specimen trees and nonhazardous rock outcroppings can reduce the strong visual contrasts from road cuts considerably.



## Limitations
Site considerations may limit road cut designs in some locations. Safety requirements may preclude preservation of specimen trees and rock outcroppings that encroach on the ROW.

BLM_0021129

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 6 of 110

# 6.3.8 Use Monopole, Guyed, and Lattice Electric Transmission Towers Appropriately

**Project Phase: Siting and Design**

Consideration should be given to the appropriate choice of monopoles versus guyed or lattice towers for a given landscape setting.



Lattice and monopole towers near solar facility. Lattice towers are generally less visible than monopoles against landscape backdrops. (Credit: Robert Sullivan, Argonne National Laboratory.)



### Notes

Lattice or guyed towers are less visually obtrusive on the rural landscape than monopoles, especially when placed half a mile or more from KOPs and against a landscape backdrop. When transmission towers are placed within a half mile or less from KOPs, then monopoles will occupy a smaller field of view than lattice towers. Monopoles are often more appropriate within built or partially built environments, while lattice or guyed towers tend to be more appropriate for less-developed rural landscapes, where the latticework would be more transparent against natural background textures and colors.

BLM_0021130

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 7 of 110



**Renewable Energy Visual BMPs**

Where transmission facilities are to be collocated in ROWs or corridors, and the existing ROW or corridor has either lattice towers only, guyed towers only, or monopoles only, the same tower type should be selected for new transmission facilities within the ROW/corridor.

 **Limitations**

A variety of important technical considerations affect the decision to use monopole or lattice transmission towers. These usually outweigh visual considerations.

BLM_0021131

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 8 of 110

# 6.4 Materials Surface Treatments

These BMPs address the selection of appropriate colors and surface treatments for structures to reduce color contrast with the surrounding natural environment.

| 6.4 Materials Surface Treatments | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|:---:|:---:|:---:|:---:|
| 6.4.1 Require a Site Study for Color and Texture Selection (p 183) | ● | | | |
| 6.4.2 Select Materials and Surface Treatments to Repeat the Form, Line, Color, and Texture of Surrounding Landscape (p 185) | ● | | | |
| 6.4.3 Consider Seasonal Changes and Seasons of Heaviest Use in Choosing Material Colors and Textures (p 187) | ● | | | |
| 6.4.4 Color Treat Structures to Reduce Contrasts with Existing Landscape (p 189) | ● | | | |
| 6.4.5 Use Non-reflective Materials, Coatings, and/or Paint (p 191) | ● | | | |
| 6.4.6 Select Surface Treatment Colors from the BLM Standard Environmental Colors Chart (p 193) | ● | | | |
| 6.4.7 Test Color Selections (p 195) | ● | | | |
| 6.4.8 Color Treat Grouped Structures Using the Same Color (p 197) | ● | | | |
| 6.4.9 Color Treat Exposed Rock Faces (p 200) | | ● | | |
| 6.4.10 Color Treat Transmission Towers to Reduce Contrasts with Existing Landscape (p 201) | ● | | | |
| 6.4.11 Use Camouflage and/or Disguise Strategies for Close KOPs in Highly Sensitive Viewsheds (p 205) | ● | | | |

BLM_0021132

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 9 of 110


**Renewable Energy Visual BMPs**

## 6.4 Materials Surface Treatments

| | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|---|---|---|---|
| 6.4.12 Maintain Painted, Stained, or Coated Surfaces Properly (p 206) | | | ● | |

BLM_0021133

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 10 of 110

# 6.4.1 Require a Site Study for Color and Texture Selection

**Project Phase: Siting and Design**

A careful study of the site should be performed to identify appropriate colors and textures for facility structures. The choice of colors should be based on the appearance at typical viewing distances and consider the entire landscape around the proposed development.



**A BLM landscape with a wide variety of colors and textures. (Credit: BLM.)**



## Notes

Visual contrast of project elements can be substantially reduced in many cases by choosing appropriate colors for any structures that can be painted, stained, or otherwise coated to reduce their visibility, and that have surface textures compatible with the surrounding landscape. Color choices should be made only after carefully considering the existing colors and textures in the broader landscape around the project, as seen from typical viewing distances, and preferably from project KOPs. Because even within a region the predominant landscape colors may vary widely from site to site, the choice of appropriate colors and textures for facility structures should be based on an onsite assessment of the proposed project site, rather than on assumptions about appropriate colors and textures for the region as a whole.



## Limitations

Some structures may have functional requirements that preclude painting, staining, or coating (such as solar collectors); safety considerations that dictate high-contrast colors (such as white wind turbines); or other relevant environmental considerations (e.g., electric transmission conductor visibility to birds; see BMP 6.4.10). Other structures have paint color schemes dictated by state or local laws.

BLM_0021134

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 11 of 110



A typical BLM landscape with relatively little variety of form, line, color, and texture. (Credit: BLM.)

BLM_0021135

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 12 of 110

# 6.4.2 Select Materials and Surface Treatments to Repeat the Form, Line, Color, and Texture of Surrounding Landscape

**Project Phase: Siting and Design**

Materials and surface treatments for structures and roads should repeat and/or blend with the existing form, line, color, and texture of the surrounding landscape. For example, if the project will be viewed against an earthen or other non-sky background, appropriately colored materials should be selected to help blend structures with the project's backdrop. Where appropriate, roads should be surfaced with material compatible in color with the local environment.



## Notes

Choosing materials and surface treatments to repeat and/or blend with the form, line, color, and texture of the surrounding landscape reduces the visual contrast of project elements with their backdrop, thereby reducing visibility and lowering potential impact. Appropriate colors for smooth surfaces often need to be two to three shades darker than the background color to compensate for shadows that darken most textured natural surfaces. In some instances, successful blending of project elements with the surrounding landscape can render the project elements nearly invisible to casual observers.



This color-treated monopole transmission tower repeats the line and color of the surrounding vegetation effectively, even at a short viewing distance. Only the horizontal line contrast from reflections of sunlight on the upper sides of the crossbars stands out from the background. (Credit: John McCarty, BLM.)

BLM_0021136



**Renewable Energy Visual BMPs**

 **Limitations**

Some structures may have functional requirements that preclude painting, staining, or coating; safety considerations that dictate high-contrast colors; or other relevant environmental considerations. Other structures have paint color schemes dictated by state or local laws.

BLM_0021137

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 14 of 110

# 6.4.3 Consider Seasonal Changes and Seasons of Heaviest Use in Choosing Material Colors and Textures

**Project Phase: Siting and Design**

The identification of appropriate colors and textures for facility materials should take into account both summer and winter appearance, as well as seasons of peak visitor use.



**The muted greens of the structures at this facility are not conspicuous when viewed against the fall coloration of nearby foliage. (Credit: BLM.)**



## Notes

In landscapes with vegetation colors and textures that vary markedly by season, and/or are subject to significant snow cover, the identification of colors and textures for facility materials should normally favor those colors and textures that are present during periods of peak visitor use.

BLM_0021138

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 15 of 110

 **Renewable Energy Visual BMPs**

 **Limitations**
The colors and textures of materials may be limited by technical or other (e.g., safety) considerations.

BLM_0021139

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 16 of 110


# 6.4.4 Color Treat Structures to Reduce Contrasts with Existing Landscape

**Project Phase: Siting and Design**

Unless safety or functional requirements preclude it, all structures, including but not limited to buildings, tanks, fences and railing, poles, aboveground pipes and culverts, and reverse sides of signs and guardrails, should be color treated to reduce contrasts with existing landscape, using the most suitable color selected from the BLM Standard Environmental Color Chart CC-001 (see BMP 6.4.6).



This untreated galvanized structure contrasts strongly with its surroundings and is also a potential source of strong glare. (Credit: BLM.)



## Notes

A key visual impact mitigation method is to paint, stain, or coat any surfaces of facility structures that could be a source of color contrast with the surrounding landscape. Even small surfaces such as the backs of road signs can create noticeable color contrasts, and many of these contrasts can easily be reduced through the application of a suitable paint, stain, or other coating that is carefully selected to blend effectively with surrounding landscape elements.



## Limitations

Some structures may have functional requirements that preclude painting, staining, or coating; safety considerations that dictate high-contrast colors; or other relevant environmental considerations. Other structures have paint color schemes dictated by state or local laws.



These structures have been painted with a BLM standard environmental color, and are difficult to distinguish from the surrounding vegetation. (Credit: John McCarty, BLM.)

BLM_0021140

**Renewable Energy Visual BMPs**



This high-profile white tank contrasts strongly with its surroundings. A low-profile color-treated tank would produce much lower contrasts. (Credit: BLM.)



This structure has been painted with a BLM standard environmental color to reduce visual contrasts with the surrounding vegetation. (Credit: BLM.)



The white backs of the road signs contrast strongly with the backdrop. Painting the backs of the signs could have easily avoided the strong color contrasts. (Credit: BLM.)



The reverse side of the sign at lower right has been painted to reduce potential glare and to blend with the surrounding landscape. Lower color contrast could have been achieved through a better color choice. (Credit: BLM.)

BLM_0021141

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 18 of 110

# 6.4.5 Use Non-reflective Materials, Coatings, and/or Paint

**Project Phase: Siting and Design**

Materials, coatings, or paints that have little or no reflectivity should be used on structures including, but not limited to, buildings, tanks, fences and railing, poles, aboveground pipes and culverts, and reverse sides of signs and guardrails. Semi-gloss finishes should be used rather than flat or gloss finishes. Substation equipment should be specified with a low-reflectivity, neutral finish. Insulators at substations and on takeoff equipment should be non-reflective and non-refractive. The surfaces of substation structures should be given low-reflectivity finishes with neutral colors to minimize the contrast of the structures with their backdrops. Chain-link fences surrounding the substations should have a dulled, darkened finish to reduce contrast.



**Reflected light from surfaces of just a few square inches of uncoated metal repeated on thousands of solar panel mounting structures creates an arresting high-contrast visual display. (Credit: Robert Sullivan, Argonne National Laboratory.)**



## Notes
Even very small surfaces such as the backs of road signs or fence rails can create noticeable glinting, or even glare that is visible for very long distances, particularly in the clean, dry air and strong sunlight of the western states. The application of non-reflective or low-reflectivity surface treatments can greatly reduce the occurrence of glinting and glare, but it is important to treat every surface that feasibly can be treated. Treatments should not be limited to metal or "silvered" surfaces; research has shown that almost any smooth surface, regardless of material type or color (even black) may cause glinting and glare in certain lighting conditions and viewing angles.

BLM_0021142

 **Renewable Energy Visual BMPs**


White power conversion units (inverters) at thin-film PV facility contrast strongly with vegetative backdrop. (Credit: Robert Sullivan, Argonne National Laboratory.)

 ## Limitations

Some structures may have functional requirements that preclude the use of non-reflective or low-reflectivity surface treatments.


The power conversion units (inverters) at this thin-film PV facility were painted to match the vegetative background, greatly reducing the color contrast, and are difficult to see. Note however, how conspicuous the white monopole transmission towers are against the mountain backdrop. (Credit: Robert Sullivan, Argonne National Laboratory.)

BLM_0021143

# 6.4.6 Select Surface Treatment Colors from the BLM Standard Environmental Colors Chart

**Project Phase: Siting and Design**

Colors for paints, stains, coatings, and other surface color treatments to be used on structures should be selected from the BLM Standard Environmental Colors Chart.



## Notes

The BLM Standard Environmental Colors Chart CC-001 provides nine standard color choices for use in selecting the most appropriate color(s) for facilities located on lands managed by the BLM. The nine colors on the chart are those that were found to be the most effective in reducing color contrast within the various landscape settings that make up the BLM-administered lands. The instructions on the CC-001 Color Chart should be followed carefully. As a rule of thumb, selected colors should be darker than the background colors to account for natural shadows, normal fading, and weathering. Lighter colors should be avoided. Holding the color chart up to the background from a distance and squinting may help in identifying the predominant background color. The chart also includes a description of various vegetated backgrounds and colors that are typically best suited for use in those backgrounds.



## Limitations

Pre-fabricated materials may not be available in colors used on the BLM Standard Environmental Colors Chart. Exact color matching of the manufactured paint, stain, or coating with the desired color may be difficult. Safety considerations may require use of particular colors not found on the Standard Environmental Colors Chart.

BLM_0021144

194



Renewable Energy Visual BMPs

## Standard Environmental Colors

### Selecting a Color

Observe the color scheme of the overall landscape. Lighter colors visually advance toward the viewer, and darker colors recede into the landscape regardless of the actual distance. Choose a color that repeats the darker, more recessive color scheme of the surrounding soils and/or vegetation. Re-evaluate from a distance to select a color that is slightly darker than the undisturbed landscape.

Observe the color scheme of the overall landscape

### Color Choices

**Carlsbad Canyon:** Use where herbaceous vegetation is dominant in a grassland or other light colored landscape.

**Covert Green:** Use in a mixed shrub/grass steppe where the shrub component is dominant.

**Shadow Gray:** Use in heavy shrublands, deciduous forests, or open pine or juniper woodlands where dark gray trunks and branches darken the landscape color.

**Juniper Green:** Use in mixed coniferous/deciduous or deciduous forests.

**Shale Green:** Use in dense shrublands, coniferous or deciduous forests, and mixed shrub woodlands.

**Sudan Brown:** Use where dark soils give the landscape a brownish color or in forests where dark brown trunks and branches are dominant.

**Beetle:** Use in spruce/fir or other dark coniferous forests having a bluish hue.

**Yuma Green:** Use in dense coniferous or deciduous forests. Use when viewing from a distance or in areas that are typically in shadow.

**Carob Brown:** Use when exposed red soil and rock clearly dominate color in the landscape. Use another dark color if the dominance of red tones is diminished by vegetation.

Narrow color choices and re-evaluate at a distance to select the best one



photo courtesy of Invisible Towers

Consider season of use and critical view points

### Design Solutions

Proper color selection can dramatically mitigate adverse visual impacts. However, the design solution is more effective if used in combination with other mitigation such as: repeating the elements of form, line, and texture; proper siting and location; minimizing scale; and reducing unnecessary surface disturbance.

Select from the colors in the undisturbed landscape

For more information visit: http://www.blm.gov/bmp

**BLM Standard Environmental Color Chart CC-001, front, with color choice descriptions. (Credit: BLM.)**

## Standard Environmental Colors



Carlsbad Canyon    Covert Green    Shadow Gray

Juniper Green    Shale Green    Sudan Brown

Beetle    Yuma Green    Carob Brown

The **Standard Environmental Colors** chart was developed to assist with color selection to minimize the visual contrast of a facility in the landscape.

In order to ensure color accuracy, use an original color chart to match paint. When matching the color chip, request the paint company to have their computer scan set on "natural light." Compare the new paint sample to the color chip under indirect natural sunlight. Use semi-gloss paint, where appropriate, to enhance durability yet reduce reflectivity. Select colors a shade or two darker than the surrounding landscape to account for natural shadows, normal fading, and weathering.

Order **Standard Environmental Colors** charts by emailing your request to: Printed Material Distribution System (PMDS), **BLM_NOC_PMDS@blm.gov** or fax to 303-236-0845. Provide the quantity requested along with a contact name, physical address (no P.O. Boxes), and telephone number. For more information or questions, please call 202-785-6574.

Standard Environmental Color Chart CC-001, June 2008                                   BLM/WY/ST-03/015+8456

**BLM Standard Environmental Color Chart CC-001, back, with color chips and instructions. (Credit: BLM.)**

BLM_0021145

# 6.4.7 Test Color Selections

**Project Phase: Siting and Design**

Color choices should be tested experimentally under field conditions by applying actual paint on equipment. Observations should be made from key observation points (KOPs) under different lighting conditions during the prime visitor use season.



**BLM standard environmental color panels are used to identify the best match between facility colors and the surrounding landscape. (Credit: BLM.)**



## Notes

Color choices should be tested in the field before large-scale implementation. Original color choices may reflect temporary lighting conditions or temporary vegetative color variations, and sample paint chips may not always accurately reflect the color used in production. It is important to assess the color choices as they would be seen from KOPs, because different distances and viewing angles may change the apparent color and the degree of effective blending with the backdrop.

BLM_0021146

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 23 of 110



Tanks painted with two BLM standard environmental colors. The darker color is a better match for this landscape. (Credit: BLM.)

BLM_0021147

Case No. 1:20-cv-02484-MSK    Document 32-3    filed 04/27/21    USDC Colorado    pg 24 of 110

# 6.4.8 Color Treat Grouped Structures Using the Same Color

**Project Phase: Siting and Design**

Grouped structures should be color treated using the same color to reduce visual complexity and color contrast.



These grouped structures have been painted a variety of colors that do not match each other. (Credit: BLM.)



These grouped structures have been painted the same color to reduce visual contrasts with each other and with the surrounding vegetation. (Credit: BLM.)



## Notes

Choosing the same color for grouped structures avoids strong color contrasts that can attract and hold visual attention, and promotes the idea that the facility was carefully planned and designed to fit into the surrounding landscape.



## Limitations

Some structures may have functional requirements that preclude painting, staining, coating, or other color treatments; safety considerations that dictate high-contrast colors; or other relevant environmental considerations. Other structures have paint color schemes dictated by state or local laws.

BLM_0021148

 **Renewable Energy Visual BMPs**



These structures have been painted the same color to reduce visual contrasts with each other and with the surrounding landscape. (Credit: BLM.)

BLM_0021149

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 26 of 110







**Photograph of existing infrastructure at a geothermal plant, and a photosimulation showing the beneficial effects of painting facility components to reduce color contrasts with existing landscape (BMP 6.4.4), using the most suitable color selected from the BLM Standard Environmental Color Chart (BMP 6.4.6), and painting grouped structures the same color (BMP 6.4.8). The chosen color (Shadow Gray) is darker than the background color to compensate for shadows that darken most textured natural surfaces (BMP 6.4.2), and is a good match for both the creosote bush vegetation and the existing gray transmission towers. (Credit: Argonne National Laboratory).**

6.4.8 Color Treat Grouped Structures Using the Same Color

BLM_0021150

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 27 of 110

**Renewable Energy Visual BMPs**

# 6.4.9 Color Treat Exposed Rock Faces

**Project Phase: Construction**

The color contrast resulting from the exposure of unweathered rock on excavated rock faces should be removed by color treating with an oxidizing color treatment.



**Application of oxidizing color treatment on excavated rock face. (Credit: Craig Johnson, Logan Simpson Design, Inc.)**


### Notes
Oxidizing color treatments can accelerate natural weathering processes to restore the natural appearance of rock faces. Available chemicals include pH-neutral products that can be applied in a single application without protective gear, and that do not harm vegetation or wildlife. Some color treaments can be applied to a wide variety of materials, such as galvanized metal.


### Limitations
In areas with loose, scaling rock, untreated rock surfaces may become exposed after rock stain treatment, thereby causing strong color contrasts.

BLM_0021151

# 6.4.10 Color Treat Transmission Towers to Reduce Contrasts with Existing Landscape

**Project Phase: Siting and Design**

Electric transmission towers should be color treated to reduce contrasts with the existing landscape. Monopole towers should have a low-reflectivity treatment in the most suitable color selected from the BLM Standard Environmental Color Chart CC-001. Lattice towers should receive a non-specular treatment, typically a darkened gray color. Where transmission facilities using monopole towers are located within the same ROW or corridor, the color treatment should match the existing facilities within the ROW, unless they contrast with the visual backdrop. Electricity transmission facilities should utilize non-specular conductors and non-reflective coatings on insulators.



**Glare from untreated galvanized guyed lattice transmission towers in low-angle sunlight. (Credit: BLM.)**



## Notes

The large height, size, and solid form of monopoles combined with the strong vertical line contrasts they introduce into landscapes makes the use of appropriate color treatment particularly important for projects where monopole transmission towers are used. The solid surfaces of monopoles can be highly reflective if the surfaces are light in color and do not employ low-reflectivity coatings. The use of untreated galvanized monopoles should be avoided in all circumstances. White monopole towers should also be avoided. Weathering steel structures (e.g., COR-TEN) are preferable to untreated galvanized or white towers, but are best suited to a limited range of high-relief landscapes with minimal vegetation, where the predominant natural colors range from reds to darker browns. Lattice transmission towers are typically less visible in the

BLM_0021152



**Renewable Energy Visual BMPs**

landscape than monopoles, especially at longer distances, and in some instances can be rendered nearly invisible by surface treatment that darkens their color and lowers their reflectivity.



**Untreated galvanized monopole transmission towers (left) and lattice towers (right). Note monopole crossbar reflectivity even in distant background, and greater visual weight of monopoles beyond the immediate foreground. (Credit: Robert Sullivan, Argonne National Laboratory.)**

 ## Limitations

In some sensitive locations, particularly in important bird migration pathways, flight paths, or concentrated use areas (e.g., wetlands, aquatic habitats, or rookeries), coordination between resource specialists should identify and resolve potential conflicts regarding conductor visibility, wildlife impacts, and conformance to VRM objectives.

BLM_0021153

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 30 of 110





Weathered lattice tower and white monopole. An additional lattice tower is visible in the background to the left of the large lattice tower. (Credit: Robert Sullivan, Argonne National Laboratory.)



The color-treated lattice tower to the upper left of the untreated tower blends in very well with the surrounding landscape, and could easily be missed by a casual viewer. (Credit: John McCarty, BLM.)



COR-TEN monopole in a high-relief landscape with minimal vegetation, and where the predominant natural color is red. (Credit: John McCarty,BLM.)



Color-treated monopole towers blend in well with the surrounding landscape, resulting in substantially lower visual contrast. (Credit: BLM.)

BLM_0021154

Case No. 1:20-cv-02484-MSK   Document 22-3   filed 04/27/21   USDC Colorado   pg 31 of 110





**Failure to employ non-specular conductors for this transmission line result in high visual contrast in sunny conditions. (Credit: Robert Sullivan, Argonne National Laboratory.)**

BLM_0021155

# 6.4.11 Use Camouflage and/or Disguise Strategies for Close KOPs in Highly Sensitive Viewsheds

**Project Phase: Siting and Design**

Color camouflage technology applications and/or disguise strategies should be considered for structures within sensitive viewsheds and with visibility distance between 0.25 and 2 mi. BLM guidance on the use of color to mitigate visual impacts should be consulted.



## Notes

In certain situations where project elements must be sited within close proximity to highly sensitive viewpoints, color camouflage technology applications and/or disguise strategies can be used to reduce visibility and visual contrast.



## Limitations

The BLM has tested camouflage technology applications and disguise for certain structures. This research has shown that camouflage technology applications and disguise strategies are only effective in certain circumstances, and are most effective at viewing distances between 0.25 and 0.75 mi.



**Color camouflage application on tank. (Credit: BLM.)**

BLM_0021156

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 33 of 110

# 6.4.12 Maintain Painted, Stained, or Coated Surfaces Properly

Project Phase: **Operations**

Painted, stained, or coated surfaces should be kept in good repair, and the surface treatment should be reapplied when necessary, as the surface color fades or the coating flakes or otherwise deteriorates.



## Notes

The contrast reduction effectiveness of surface treatments depends of the condition of the surface treatment. If the surface color fades too much, color contrast may increase. If the surface coating flakes, the underlying structure's surface may be exposed, potentially increasing contrast and causing glinting or glare. Damaged surface coatings may also make the facility look unkempt or poorly maintained.



## Limitations

Some coatings may be difficult to apply in field settings.

BLM_0021157

# 6.5 Lighting

These BMPs help ensure that projects minimize night-sky impacts through proper lighting design and usage.

| 6.5 Lighting | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|---|---|---|---|
| **6.5.1 Prepare a Lighting Plan (p 208)** | ● | | | |
| **6.5.2 Use Audiovisual Warning System (AVWS) Technology for Hazard Lighting on Structures Taller than 200 ft (p 210)** | ● | | | |
| **6.5.3 Use Full Cutoff Luminaires (p 211)** | ● | | | |
| **6.5.4 Direct Lights Properly to Eliminate Light Spill and Trespass (p 213)** | ● | ● | | |
| **6.5.5 Use Amber instead of Bluish-White Lighting (p 214)** | ● | | | |
| **6.5.6 Minimize Lighting Usage during Construction and Operations (p 215)** | | ● | ● | |
| **6.5.7 Use Vehicle-Mounted Lights or Portable Light Towers for Nighttime Maintenance Activities (p 218)** | | | ● | |

BLM_0021158

**Renewable Energy Visual BMPs**

# 6.5.1 Prepare a Lighting Plan

**Project Phase: Siting and Design**

A lighting plan should be prepared documenting how lighting will be designed and installed to minimize night-sky impacts and impacts on nocturnal wildlife during construction and operations. The lighting plan should specify the following:

(1)  Number of lights and lumen output of each—Minimum number of lights and the lowest luminosity consistent with safe and secure operation of the facility;

(2)  Alternatives to lighting—Retro-reflective or luminescent markers in lieu of permanent lighting where feasible;

(3)  Fixture design—Lights of the proper design, shielded to eliminate uplight, placed and directed to eliminate light spill and trespass to offsite locations;

(4)  Lamp color temperature—Lights of the proper color to minimize night-sky impacts;

(5)  Standard operating procedures—Minimization of unnecessary lighting use through alternatives to permanent lighting, such as restricting lighting usage to certain time periods;

(6)  Any activities that may be restricted to avoid night-sky impacts; and

(7)  A process for promptly addressing and mitigating complaints about potential lighting impacts.

 **Notes**

The dark night skies of many parts of the western United States are valued by residents and visitors to the region and are a tourist amenity in some areas, particularly in the southwestern deserts. Poorly designed outdoor lighting can impact areas tens of miles away. Not only is light pollution from facility and activity lighting a negative visual impact, it also can be a concern for nocturnal wildlife. A quality lighting plan helps ensure that unneeded lighting is avoided; lights are properly placed, shielded, and used; and there is a process in place to resolve issues raised by local stakeholders concerning lighting.

BLM_0021159

Case No. 1:20-cv-02484-MSK Document 32-3 filed 04/27/21 USDC Colorado pg 36 of 110

 **Limitations**

Safety and security must be considered in developing a lighting plan for facilities and access roads. The FAA and other agencies may have regulations governing lighting practices that must be considered in designing facility lighting.



Lighting management plan for a solar facility. (Credit: BLM.)

BLM_0021160

**Renewable Energy Visual BMPs**

# 6.5.2 Use Audiovisual Warning System (AVWS) Technology for Hazard Lighting on Structures Taller than 200 ft

**Project Phase: Siting and Design**

If the FAA approves AVWS technology for general use, it should be used for structures exceeding 200 ft in height. If the FAA denies a permit for use of this technology, the project developer should limit the amount of lighting to the minimum required by the FAA, in order to minimize visibility beyond that required to meet safety requirements.



Conventional hazard navigation lights atop wind turbines. (Credit: Terry DeWan, Terrence J. DeWan & Associates.)



### Notes

AVWS is a radar-based obstacle avoidance system that activates obstruction lighting and audio signals only when an aircraft is in close proximity to an obstruction on which an AVWS unit is mounted, such as a wind turbine. The obstruction lights and audio warnings are inactive when aircraft are not in proximity to the obstruction. Currently, the FAA may approve use of AVWS on a case-by-case basis. If approved for general use by the FAA, the use of AVWS technology would greatly reduce the night-sky impacts of lighting from tall structures and would also reduce avian mortality.



### Limitations

As of the publication of the BMP publication, the use of AVWS technology for any structures other than communication towers is under FAA evaluation. In the interim, projects proposing the use of AVWS technology are reviewed on a case-by-case basis until the FAA makes a final suitability determination.

BLM_0021161

# 6.5.3 Use Full Cutoff Luminaires

**Project Phase: Siting and Design**

Except as required to meet the minimum safety and security requirements (e.g., collision markers required by the FAA, or other emergency lighting triggered by alarms), all permanent lighting should use full cutoff luminaires, which are fully shielded (i.e., not emitting direct or indirect light above an imaginary horizontal plane passing through the light source), and must meet the Illuminating Engineering Society (IES) glare requirement limiting intensity of light from the luminaire in the region between 80° and 90° from the ground. All fixtures must be mounted properly, at the proper angle.



Unshielded lighting makes this substation a strong source of glare. However, the skyglow visible above the mountains is not from this facility; it is from the Las Vegas metropolitan area, approximately 13 mi north of the facility. (Credit: Marc Sanchez, BLM.)

 ## Notes

Lights pointed upward are major contributors to light pollution, and lights pointed horizontally can be visible for many miles in open, flat landscapes. An essential component of night-sky impact mitigation for facility lighting is the use of properly shielded and mounted lighting fixtures. These fixtures greatly reduce skyglow from upward pointing light, as well as light trespass from light falling outside the desired area of illumination. In addition, full cutoff lighting reduces glare for workers, creating a safer and more comfortable working environment.



Light fixtures. Only the light at left is a full-cutoff luminaire; the other lights cast light upward and are more likely to cause skyglow, light trespass, and glare. (Credit: Lindsey Utter, Argonne National Laboratory.)

BLM_0021162



**Renewable Energy Visual BMPs**

The terms "fully shielded luminaire" and "full cutoff luminaire" are often used interchangeably, but they are not identical. All full cutoff luminaires are fully shielded, but not all fully shielded luminaires are full cutoff. Full cutoff luminaires limit glare from the luminaire between 80° and 90° from the ground; a luminaire could be fully shielded but not meet the glare limitation requirements between 80° and 90° that are required to meet the IES full cutoff designation.

The IES recently adopted a new system for rating luminaires, the Backlight, Uplight, and Glare (BUG) rating system. In the new IES BUG luminaire rating system (IES TM-15), luminaires are rated by the amount of light they produce in different angular zones around the light source. In the BUG rating system, lights at renewable energy facilities should have a U rating of 1 or below, and a G rating of 2 or below.

 **Limitations**

The FAA and other agencies may have regulations governing lighting practices that must be considered in designing facility lighting. FAA consultation may be required and/or desirable in the early stages of both wind and solar power tower facilities.

BLM_0021163

# 6.5.4 Direct Lights Properly to Eliminate Light Spill and Trespass

**Project Phase: Siting and Design, Construction**

Construction and permanent lighting should be mounted and directed to focus light only on the intended area, and to avoid light spill and offsite light trespass. Lights pointing upward or horizontally should be avoided.



Nighttime shot of a building at a solar PV facility. The lights are shielded and are directing light downward and only to the immediate vicinity of the building; however, there may be more lights than the minimum needed. The building appears to be unoccupied; if so, motion sensors could be used to reduce lighting further. (Copper Mountain Solar Facility, near Boulder City, Nevada. Credit: Marc Sanchez, BLM.)



## Notes

Lights pointed upward are major contributors to light pollution, and lights pointed horizontally can be visible for many miles in open, flat landscapes. Pointing lights only where needed helps to reduce light spill into areas where it is not needed and light trespass that crosses property boundaries.



## Limitations

Safety or functional considerations may dictate lighting practices that result in some light spill or light trespass.

BLM_0021164

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 41 of 110

# 6.5.5 Use Amber instead of Bluish-White Lighting

**Project Phase: Siting and Design**

When accurate color rendition is not required (e.g., roadway, basic security), lighting should be amber in color, using either low-pressure sodium lamps or yellow LED lighting, or an equivalent. When white light is required for accurate color rendition, it should be less than or equal to 3500° Kelvin color temperature (warm-white). Bluish-white lighting should not be used in permanent outdoor lighting.



**This image shows a mix of bluish-white and warm-white lighting at two substation facilities. The skyglow visible above the mountains is from the Las Vegas metropolitan area. (Credit: Marc Sanchez, BLM.)**

 **Notes**

The use of low-pressure sodium lamps, yellow LED lighting, or an equivalent reduces skyglow and wildlife impacts. Bluish-white lighting is more likely to cause glare and attract insects, and is associated with other human physiological issues.

 **Limitations**

Lighting that is amber or warm-white in color sometimes requires a special order from lighting manufacturers.

BLM_0021165

# 6.5.6 Minimize Lighting Usage during Construction and Operations

Project Phase: **Construction, Operations**

Consistent with safety requirements, lighting use should be minimized during construction and operations.

During construction, localized and portable lighting should be used where and when the work is occurring. Lighting should be powered by generators and have switches to cut power when lighting is not required during construction.

Lighting for facilities should not exceed the minimum number, intensity, and coverage required for safety and basic security. All area lighting should be divided into separately controlled zones to focus lighting on smaller areas where tasks are being performed and to avoid illuminating unused space. Area lighting should be controlled by timers, sensors, or switches available to facility operators; dusk-to-dawn lighting controlled by photocell alone should not be allowed except where required for safety. The facility operators should identify those components/structures that do not require continuous lighting for safety reasons. Area lights should only be switched on when there is a specific need (e.g., cleaning mirrors and panels at a solar facility, pumping fuel, persons occupying an area, or alarm situation). When not needed, lights should be switched off. Exceptions to switched-off lighting for safety purposes should be articulated in the lighting plan (see BMP 6.5.1). Focused task lighting, portable light towers, or flashlights should be used instead of area lighting, and retro-reflective or luminescent markers should be used in lieu of permanent lighting where feasible.

BLM_0021166

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 43 of 110




**Nighttime shot of a geothermal power plant located near El Centro, California. Better lighting practices could substantially reduce light pollution from this facility. (Credit: Warren Gretz, NREL.)**

 ## Notes

Dark night skies are a highly valued amenity in many parts of the American west. Many industrial facilities have too much lighting, well beyond that needed for safety, security, and efficient conduct of work. Poorly designed outdoor lighting can impact areas tens of miles away. In addition to causing light pollution, excessive lighting can cause hazards for nocturnal wildlife, waste energy and money, and even create safety and security hazards by causing excessive glare. Facilities should use the minimum lighting levels consistent with safety and security requirements.



**Nighttime shot of the power block and part of the cooling tower at a solar parabolic trough facility. Bright lights combined with many complex, highly reflective surfaces makes this facility lighting easily visible at distances greater than 10 mi (Nevada Solar One, near Boulder City, Nevada. Credit: Marc Sanchez, BLM.)**

BLM_0021167

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 44 of 110



 ## Limitations

Safety and security must be considered in designing and using lighting. The FAA and other agencies may have regulations governing lighting practices that must be considered in designing facility lighting and regulating lighting usage. Solar thermal facilities (parabolic trough, compact linear Fresnel lens, and power tower) have power blocks that require substantially more lighting for safety and inspection purposes.



**Nighttime shot of a large substation. Numerous bright, poorly shielded lights make this facility a strong source of glare and light spill. (Eldorado Valley, near Boulder City, Nevada. Credit: Marc Sanchez, BLM.)**

BLM_0021168

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 45 of 110

# 6.5.7 Use Vehicle-Mounted Lights or Portable Light Towers for Nighttime Maintenance Activities

**Project Phase: Operations**

Vehicle-mounted lights or portable light towers are preferred over permanently mounted lighting for nighttime maintenance activities. If possible, such lighting should be equipped with hoods or louvers and be aimed toward the ground to avoid causing glare and skyglow.



Portable light tower. (Credit: Wisconsin Department of Military Affairs.)



## Notes

Using properly placed vehicle-mounted lights or portable light towers puts the light only where it is needed, reducing overall lighting usage. Pointing the lights toward the ground is important, because research has shown that vehicle headlights can be visible for many miles in the open landscapes and clear air of the western United States.



## Limitations

Use of vehicle lighting must be consistent with safety requirements. Some maintenance activities may have lighting requirements that make vehicle-mounted lighting impractical.

BLM_0021169

# 6.6 Avoiding Unnecessary Disturbance

These BMPs help to avoid or minimize land and other types of disturbance.

| 6.6 Avoiding Unnecessary Disturbance | Siting and Design | Construction | Operation | Decommissioning and Reclamation |
|---|---|---|---|---|
| **6.6.1 Minimize Project Footprint and Associated Disturbance (p 220)** | | ● | | |
| **6.6.2 Avoid Unnecessary Road Improvements (p 221)** | | ● | | |
| **6.6.3 Use Penalty Clauses to Protect High-Value Landscape Features (p 222)** | | ● | | |
| **6.6.4 Confine Construction Activities and Facilities to Pre-Defined Areas (p 223)** | | ● | | |
| **6.6.5 Provide Construction Personnel with Avoidance Area Maps (p 224)** | | ● | | |
| **6.6.6 Do Not Apply Paints or Permanent Discoloring Agents to Rocks or Vegetation to Mark Survey Limits (p 225)** | | ● | | |
| **6.6.7 Require Overland Driving Where Re-contouring Is Not Required (p 226)** | | ● | | |
| **6.6.8 Use Air Transport to Erect Transmission Towers (p 227)** | | ● | | |

**219**

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 47 of 110



# 6.6.1 Minimize Project Footprint and Associated Disturbance

**Project Phase: Construction**

Minimize the project footprint and associated disturbance during and after construction. The number, size, and length of roads, temporary fences, laydown areas, and borrow areas should be minimized. Existing rocks, vegetation, and drainage patterns should be preserved to the maximum extent possible. All construction and maintenance activities should be conducted in a manner that will minimize disturbance of vegetation, soils, drainage channels, and intermittent and perennial stream banks.



## Notes

Unnecessary site disturbance can be a major source of visual contrasts. As a general rule, the project footprint and associated disturbance during and after construction should be minimized. Reducing the project footprint and minimizing disturbance of vegetation, soils (particularly in areas with highly contrasting subsoil color), drainage channels, and stream banks directly reduces the extent of visual contrast and hence visual impacts, as well as having numerous other environmental benefits.



## Limitations

Site characteristics, and technical and environmental considerations, may limit the ability to reduce a project's footprint during construction.

BLM_0021171

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 48 of 110

# 6.6.2 Avoid Unnecessary Road Improvements

**Project Phase: Construction**

Existing roads should be left in as close to an undeveloped condition as possible.



## Notes

Existing roads should be left in as close to an undeveloped condition (i.e., two-track road) as possible without creating environmental degradation (e.g., erosion or rutting from poor water drainage) or unsafe conditions.



## Limitations

Load-bearing and safety considerations may require road upgrading. Some roads used for routine inspection and maintenance will require all-weather accessibility.

BLM_0021172

# 6.6.3 Use Penalty Clauses to Protect High-Value Landscape Features

**Project Phase: Construction**

Use penalty clauses to protect high-value trees and other landscape elements in areas with high visual sensitivity.



## Notes
In areas of very high visual sensitivity, the use of penalty clauses to protect highly valued trees or other scenic elements may be justified.



## Limitations
The use of penalty clauses should be restricted to areas of the highest visual sensitivity.



This high-value tree was protected during road construction. (Credit: BLM.)

BLM_0021173

# 6.6.4 Confine Construction Activities and Facilities to Pre-Defined Areas

**Project Phase: Construction**

Personal vehicles, sanitary facilities, and work areas should be confined to clearly delineated construction boundaries specified in the plan of development. For construction and prolonged operations and maintenance projects, maintenance equipment, materials, and vehicles should be stored at the sites where activities will occur, or at specified maintenance yards.



**Limits of construction activities are clearly marked at this site. (Credit: John McCarty, BLM.)**



## Notes
The limits of construction activity areas should be predetermined and demarcated, with activity restricted to and confined within those limits. Confining equipment, vehicles, and activities to pre-defined areas will result in less vegetation and ground disturbance, as well as reducing visual clutter.

BLM_0021174

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 51 of 110

# 6.6.5 Provide Construction Personnel with Avoidance Area Maps

**Project Phase: Construction**

Provide maps of avoidance areas to construction personnel; the maps should include established work zones and ROW areas where overland travel should be avoided. Use survey staking to delineate avoidance areas in conjunction with avoidance area maps.



Providing construction personnel with avoidance area maps will reduce unnecessary disturbance of vegetation and soil. (Credit: U.S. Fish and Wildlife Service.)



### Notes

Ensuring that construction personnel have clear maps of avoidance areas will reduce unnecessary vegetation and soil disturbance, and potentially associated erosion- and dust-related visual impacts.

BLM_0021175

Case No. 1:20-cv-02484-MSK    Document 33-3    filed 04/27/21    USDC Colorado    pg 52 of 110

# 6.6.6 Do Not Apply Paints or Permanent Discoloring Agents to Rocks or Vegetation to Mark Survey Limits

**Project Phase: Construction**

Neither paint nor permanent discoloring agents should be applied to rocks or vegetation to indicate survey limits.



### Notes

Paint, especially on rocks, can be visible for years. Use stakes and flagging instead. Lime or chalk could also be used, provided the activity relying on such marks is completed before the next rain event.



**Use of stakes and flagging rather than paint on vegetation. (Credit: BLM.)**

BLM_0021176

**Renewable Energy Visual BMPs**

# 6.6.7 Require Overland Driving Where Re-contouring Is Not Required

**Project Phase: Construction**

Allow only overland driving in areas where recontouring is not required.



**Overland driving: seismic vibrator trucks. (Credit: BLM.)**



## Notes
In areas where recontouring is not required, disturbance should be limited to overland driving, to minimize changes in the original land contours. Large rocks and vegetation may be moved within these areas to allow vehicle access.



## Limitations
Project and other environmental considerations may preclude overland driving; in some areas, roads will be required. Long, straight-line routes should be avoided, because in some landscapes (e.g., pinyon-juniper areas) the vegetation disturbance may leave long-lasting visible scars.

BLM_0021177

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 54 of 110



# 6.6.8 Use Air Transport to Erect Transmission Towers

**Project Phase: Construction**

In areas of the highest visual sensitivity, air transport capability should be used to mobilize equipment and materials for clearing, grading, and erecting transmission towers.

 **Notes**

The use of air transport capability preserves the natural landscape conditions between tower locations, and may reduce the need for construction roads.

 **Limitations**

Using air transport for transmission towers is expensive, and is generally reserved for the most sensitive or difficult-to-access areas. Maximum weight limitations may preclude air transport of heavy equipment.



**Helicopter transporting pre-assembled transmission tower. (Credit: Bonneville Power Administration.)**

BLM_0021178

BLM_0021179

Case No. 1:20-cv-02484-MSK Document 33-3 filed 04/27/21 USDC Colorado pg 56 of 110

# 6.7 Soils, Erosion, and Dust Management

These BMPs help to avoid or reduce visual impacts from wind and water erosion through dust control, erosion and sediment control, and topsoil management.

| 6.7 Soils, Erosion, and Dust Management | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|---|---|---|---|
| **6.7.1 Implement Dust and Wind Erosion Control Measures** (p 230) | | ● | ● | ● |
| **6.7.2 Implement Erosion and Sediment Control Measures** (p 232) | | ● | ● | ● |
| **6.7.3 Implement Temporary and/or Permanent Soil Stabilization Measures** (p 235) | | ● | | |
| **6.7.4 Strip, Stockpile, and Stabilize Topsoil for Re-spreading** (p 237) | | ● | | |
| **6.7.5 Segregate Topsoil and Reapply to Disturbed Areas** (p 239) | | ● | | |

**229**

BLM_0021180

**Renewable Energy Visual BMPs**

# 6.7.1 Implement Dust and Wind Erosion Control Measures

**Project Phase: Construction, Operations, Decommissioning**

Dust abatement measures should be implemented in arid environments and areas with air quality regulations (i.e., air quality non-attainment and maintenance areas) to minimize the impacts of vehicular and pedestrian traffic, construction, and wind on exposed surface soils. This may also require limiting the types of equipment, vehicle speeds, and routes utilized during construction. Open-bodied trucks that transport materials that could be sources of airborne dust should be covered while transporting the materials. Access roads, onsite roads, and parking lots should be surfaced with aggregate with hardness sufficient to prevent vehicles from crushing the aggregate and thus causing dust. Access roads and other areas of ground disturbance within the construction limits should be watered, as needed, to avoid the creation of dust. All soil disturbance activities and travel on unpaved roads should be suspended during periods of high winds. In areas subject to wind erosion, appropriate BLM-approved measures, such as the application of fine water spray, plastic sheeting, mulch, gravel, chemical soil stabilizers, or chemical dust suppressants, should be used to reduce impacts. Stockpiles should be sprayed with water, covered with tarpaulins, and/or treated with appropriate dust suppressants, especially in preparation for high-wind or storm conditions.



Wind-blown dust from unpaved roads may be a significant source of visual contrast. (Credit: BLM.)



Application of dust palliative. (Credit: Alaska Department of Environmental Conservation, Division of Air Quality.)

BLM_0021181

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 58 of 110

 


## Notes

Windblown dust can be highly visible, and is a particular problem in the arid southwestern states. Dust abatement and wind erosion control measures reduce visual impacts, improve air quality, and provide numerous other benefits.



## Limitations

There may be limitations to the amount of water that can be applied for dust abatement based on soil type. Only BLM-approved products must be used, as certain chemical dust suppressants may not be allowed.

BLM_0021182

# 6.7.2 Implement Erosion and Sediment Control Measures

Project Phase: **Construction, Operations, Decommissioning**

Erosion and sediment control measures should be in place and functioning before construction or decommissioning activities occur. Preserve as much existing vegetation as possible. Sediment controls should be installed and maintained along the site perimeter on all down-gradient sides of the construction. Sediment barriers may include sediment fences, berms, and straw wattles. Run-on/run-off control measures should include slope drains, check dams, surface roughening, and bank stabilization. Slash and boulders should be placed at the side or downslope of roads to act as a sediment filter. To reduce the potential for erosion, all existing road drainage structures should be maintained or repaired during construction and during operation and maintenance activities.



Sediment discharge into lakes, streams, and rivers causes visual impacts in addition to water quality problems. (Credit: John McCarty, BLM).



An example of erosion control good practices: the reseeded area is fenced off and the silt fence left in place until vegetation is re-established. (Credit: BLM.)



## Notes

Soil erosion can cause substantial visual impacts through vegetation loss, gullying, soil deposition, sedimentation of water, and tracking of mud on roadways.

BLM_0021183

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 60 of 110

 
 **Limitations**

EPA and/or states require permit coverage, including the creation of a Stormwater Pollution Prevention Plan, prior to the disturbance of an acre or more. BLM may require certified weed-free straw to prevent introduction of invasive or noxious species.

BLM_0021184

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 61 of 110



An example of erosion control good practices: straw bales used for downslope sediment control. (Credit: BLM.)



Although imperfectly installed, this combination of straw bales and silt fence is holding back a large amount of water and sediment. (Credit: John McCarty, BLM.)



An example of erosion control good practices: seeded straw erosion control matting on road embankment. (Credit: John McCarty, Colorado Department of Transportation.)

BLM_0021185

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 62 of 110

# 6.7.3 Implement Temporary and/or Permanent Soil Stabilization Measures

**Project Phase: Construction**

Temporary and/or permanent soil stabilization measures should be applied immediately on all disturbed areas as grading progresses and on all roadways. These measures should be utilized appropriately until construction is complete, and all vegetation is established. Temporary slope stabilization measures may include covering exposed soil with plastic sheeting, straw mulching, or other approved measures. To reduce the potential for erosion, riprap, boulders, and vegetation can be used to stabilize slopes.



**A stabilized and seeded slope. (Credit: BLM.)**

 **Notes**

Loose soil must be protected from washing away in heavy rains to avoid soil deposition, sedimentation of water, and tracking of mud on roadways. In some situations chemical solutions can be used to stabilize soils.

BLM_0021186

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 63 of 110



**Renewable Energy Visual BMPs**

⚠️ **Limitations**

The transport of other materials to the site (e.g., riprap) and their use for soil stabilization itself causes some environmental impacts; at some point, the soil stabilization benefits gained may be outweighed by the impacts of implementing the procedures. A site-specific analysis of the potential benefits and costs must be made. Potential effects of chemical soil stabilization solutions on native vegetation and other sensitive environmental features in the immediate area may preclude the use of these soil stabilization agents.



Slash used to stabilize slope below a road cut. (Credit: BLM.)

BLM_0021187

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 64 of 110

# 6.7.4 Strip, Stockpile, and Stabilize Topsoil for Re-spreading

**Project Phase: Construction**

Strip, stockpile, and stabilize topsoil from a site before excavating earth for facility construction. Avoid screening stockpiled topsoil. Stockpiled soil should be placed in a stable location and configuration. Soil stockpiles should have temporary stabilization or covering at the end of each workday. Sediment fences should be installed around stockpiles. Topsoil piles should not be left in sensitive viewing areas.



**Stockpiled topsoil. In this case, composted sewage sludge (two darker piles in foreground) was mixed with soil from the topsoil stockpile behind and to the left of the mixed soil/compost piles. (Credit: John McCarty, Colorado Department of Transportation.)**



## Notes

Topsoil is often better than subsoil for revegetation purposes, and should be saved for spreading on disturbed areas. Depth of existing topsoil should be measured prior to stripping to assure complete salvage

BLM_0021188

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 65 of 110



of suitable soils. Topsoil should not be screened because retaining the original soil components will help re-establish the surface texture that existed prior to disturbance. Topsoil quality should also be tested in the event additional topsoil must be obtained to complete reclamation. Test results will facilitate specifying appropriate soil quality for any additional topsoil.

Topsoil piles can be a source of visual impacts if left in visually sensitive areas and must be protected from erosion, because they can be a source of fugitive dust that creates an additional visual impact. Apply an approved erosion control stabilizer or approved seed mix as a temporary erosion control mix on the stockpiled soil to control fugitive dust and preserve topsoil quantity. Carefully controlling the slopes of the piles and selecting their locations on the site can control both sediment production from storm-water runoff and windblown fugitive dust. Viability of topsoil is may be adversely affected by excessive stockpile depth (>5–8 ft) and the length of time the soil is stockpiled (>1 year).


**Stockpiled topsoil, surrounded by a silt fence intended to control offsite soil transport during heavy rains. (Credit: BLM.)**

BLM_0021189

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 66 of 110

# 6.7.5 Segregate Topsoil and Reapply to Disturbed Areas

**Project Phase: Construction**

Topsoil from cut and fill activities should be spread on freshly disturbed areas to reduce color contrast, re-establish surface textures, and aid rapid re-vegetation. Topsoil should be placed at natural slope angles. For road construction, excess fill should be used to fill uphill-side swales to reduce slope interruptions that would appear unnatural, as well as to reduce fill piles. Prior to reapplication, topsoil stockpiled for excessively long periods should be retested for quality in comparison to pre-construction soil.



**Excess fill being removed for offsite storage. (Credit: BLM.)**



## Notes
Topsoil should be spread on disturbed areas to reduce contrasts and hasten revegetation; if spread on slopes and cuts, it should approximate the original contours.



## Limitations
Excess topsoil should not be spread in undisturbed areas or deposited in wetlands, lakes, or streams.

BLM_0021190

BLM_0021191

# 6.8 Vegetation Management

These BMPs concern vegetation protection, vegetation clearing techniques, and measures to promote successful revegetation.

| 6.8 Vegetation Management | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|:---:|:---:|:---:|:---:|
| **6.8.1 Prepare a Reclamation Plan** (p 242) | ● | | | |
| **6.8.2 Design Vegetative Openings to Mimic Natural Openings** (p 244) | ● | | | |
| **6.8.3 Use Partial ROW Clearing and Feather Edges of Transmission ROWs** (p 248) | ● | | | |
| **6.8.4 Preserve Existing Vegetation** (p 251) | | ● | ● | |
| **6.8.5 Use Retaining Walls, Berms, Fences, and Markings to Protect Trees and Other Scenic Features** (p 253) | | ● | | |
| **6.8.6 Avoid Slash Piles in Sensitive Viewing Areas; Chip Slash for Mulch to Hide Fresh Soil** (p 255) | | ● | | |
| **6.8.7 Mulch Cleared Areas, Furrow Slopes, and Use Planting Holes** (p 257) | | ● | | ● |
| **6.8.8 Use Pitting and Vertical Mulching to Facilitate Revegetation and Discourage Vehicle Traffic** (p 260) | | ● | | ● |
| **6.8.9 Revegetate Using Salvaged Native Plants and Approved, Weed-free Seed Mixes** (p 262) | | ● | | ● |
| **6.8.10 Transplant Vegetation from Cleared Areas** (p 263) | | ● | | |
| **6.8.11 Monitor and Maintain Revegetated Areas until Vegetation Is Self-Sustaining** (p 264) | | ● | | ● |

BLM_0021192

**Renewable Energy Visual BMPs**

# 6.8.1 Prepare a Reclamation Plan

**Project Phase: Siting and Design**

A reclamation plan should be prepared in consultation with BLM when necessary.  The plan should address surface reconstruction and stabilization, topsoil management, soil preparation and seed mix(es), and invasive plant management. The Authorized Officer should approve any changes to the plan, such as changes to the seed mix(es).



## Notes

A well-designed and executed reclamation plan should re-establish the visual qualities of form, line, color, and texture, while limiting vegetation loss and the spread and establishment of invasive plant species, as well as helping to control soil erosion and windblown fugitive dust. Because adjacent, non-federal lands could also be affected by the revegetation actions, consultation with state authorities such as the department of natural resources or state soil conservation service may be helpful.



## Limitations

The reclamation plan must be consistent with fire safety requirements, and support safe facility operation.

BLM_0021193



## Appendix C

### SEED MIX

| COMMON NAME | SCIENTIFIC NAME | VARIETY | POUNDS of PLS/ACRE |
|---|---|---|---|
| Indian ricegrass | Achnatherum hymenoides | Paloma | 1.5 |
| Fringed Sage | Artemisia frigida | | 0.25 |
| Prairie Sage | Artemisia ludoviciana | | 0.25 |
| Wyoming big sagebrush | Artemisia tridentata ssp. wyomingensis | | 1 |
| Fourwing saltbrush | Atriplex canescens | Rincon | 1.5 |
| Shadscale saltbrush | Atriplex confertifolia | | 1.5 |
| Sideoats Grama | Bouteloua curtipendula | Vaughn or Niner | 1.5 |
| Winterfat | Ceratoides lanata | | 0.5 |
| Thickspike Wheatgrass | Elymus lanceolatus | Critana | 1.5 |
| Galleta grass | Hilaria jamesii | Viva | 1 |
| Western wheatgrass | Pascopyrum smithii | Ariba | 2 |
| Sandberg bluegrass | Poa secunda | | 0.5 |
| Bluebunch wheatgrass | Pseudoroegneria spicata | P-7 | 1.5 |
| Scarlet globemallow | Sphaeralcea coccinea | | 0.25 |
| Alkali Sacaton | Sporobolus airoides | Salado | 0.25 |

*The suggested seed mix was developed in collaboration with DOW, BLM, Field Experts and Otak.

Notes:
- All seed to be broadcast over scarified soils, lightly raked.
- All seeded areas not mulched with the debris from hydro-axing shall be mulched with certified weed free straw at a rate of 2 tons/acre.
- All straw mulched areas are to be secured with a Plantago insular tackifier per manufacturer specifications
- Biosol fertilizer shall be incorporated into the tackifier slurry at a rate of 1,500 lbs./acre.
- Application soil surface shall then be roughened with pitting or gouging, to increase water retention and seed germination. In the case of slopes steeper than 3:1, mini-benches shall be created and are not exceed 6 inches in vertical dimension.
- Seeding shall take place between September 1 to March 1.

Source for all non-named varieties of forb, grass and shrub seed should meet the following environmental characteristics, if not collected from a comparable environment such as the south facing slope of the Roan Cliffs or Hogback formation within Garfield County, Colorado:

    Annual precipitation of 10 – 20 inches
    Elevation 5,500 feet about sea level (+ or – 1,000')
    Locations – West of the Continental Divide in the States of Colorado, Wyoming, Idaho, New Mexico, and Utah.

All forb, grass and shrub seed labels shall conform to the applicable portions of the Federal and Colorado seed Act as well as contain the following seed collection site description information:

    Elevation
    State
    County
    Date of collection
    Date tested

The Contractor shall furnish to the Authorized Officer a signed statement certifying that the seed furnished is from a lot that has been tested by a recognized laboratory for seed testing within six months prior to the date of commencement of seeding operations, except for forb and woody plant seed. All forb and woody plant seed shall have been tested by a registered seed technologist within one year prior to the date of commencement of seeding operations.

The Contractor shall also adhere to the BLM Instruction Memorandum No. 2006-073, Weed-Free Seed Use on Lands Administered by the BLM, located in Appendix G.

20

**This visual mitigation plan includes instructions for using a seed mix that will balance recognized valued resources, including visual aesthetics, wildlife, soil, and water. (Credit: Otak, Inc.)**

BLM_0021194

Case No. 1:20-cv-02484-MSK   Document 32-3   filed 04/27/21   USDC Colorado   pg 71 of 110

# 6.8.2 Design Vegetative Openings to Mimic Natural Openings

**Project Phase: Siting and Design**

Openings in vegetation for facilities, structures, and roads, should be feathered and shaped to repeat the size, shape, and characteristics of naturally occurring openings.



### Notes
Feathering the edges of openings in vegetation and shaping clearings to mimic natural openings reduces strong line contrasts from straight cuts through vegetation, but more importantly, reduces the perception that the facility was imposed on the landscape rather than fit into it.



The clearing for the transmission tower was shaped to blend in well with the naturally occurring clearings in the surrounding area. (Credit: BLM.)



The clearings for transmission towers in this photo were shaped to blend in well with the naturally occurring clearings on the hillside. Although the conductors are plainly visible in this lighting, the dark tower color makes the towers difficult to see against the dark colors and varied textures of the vegetation. (Credit: BLM.)

BLM_0021195

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 72 of 110



 ## Limitations

In some circumstances, functional requirements or safety considerations may dictate specific vegetation clearing practices, especially where space is limited. In some cases, feathering the edges of openings may not be permitted.

BLM_0021196



**Thinning and feathering plan for a clearing for a facility. (Credit: Otak, Inc.)**

6.8.2 Design Vegetative Openings to Mimic Natural Openings

BLM_0021197

6.8.2 Design Vegetative Openings to Mimic Natural Openings





The vegetation management strategy in this visual mitigation plan includes "organic" openings that mimic natural openings, areas of thinning and feathering, and preservation of individual trees. (Credit: BLM.)

Chapter 6: **Common Elements**

6.8 Vegetation Management



Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 75 of 110

# 6.8.3 Use Partial ROW Clearing and Feather Edges of Transmission ROWs

**Project Phase: Siting and Design**

The vegetation management plan for transmission ROWs and other features in forested areas should incorporate partial ROW clearing where feasible, including topping rather than removing trees that exceed the allowable height and leaving irregular edges within the ROW. Trees that would not present a safety or engineering hazard or otherwise interfere with operations should be left on the ROW. The plan should also specify feathering of ROW edges (i.e., the progressive and selective thinning of trees) combined with mixing of tree heights to create an irregular vegetation outline.



Cutting vegetation only at the edge of the ROW can create a strong line contrast between vegetation and the cleared ROW that can be visible for many miles. (Credit: Lindsey Utter, Argonne National Laboratory.)



Partial ROW clearing and feathering of ROW edges creates a more natural appearance. (Credit: Lindsey Utter, Argonne National Laboratory.)

---

 ### Notes

If vegetation management creates a "hard edge" between the cleared area and the surrounding vegetation, strong linear contrasts are created that are non-natural in appearance and may be visible for very long distances, especially for views along or parallel to the ROW. Partial ROW clearing and feathering of ROW edges may result in reduced vegetation disturbance (and therefore less slash), the appearance of narrower

BLM_0021199

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 76 of 110

 
ROWs, better screening, and a more natural-looking appearance. Feathering and clearing activities may need to extend beyond the designated ROW.

 ## Limitations

The Federal Energy Regulatory Commission and North American Electric Reliability Council have strict vegetation management standards for transmission ROWs, which are intended to ensure safe and reliable electric transmission; vegetation management practices in transmission ROWs must adhere to these standards.

BLM_0021200

Renewable Energy Visual BMPs





The vegetation management strategy in this visual mitigation plan includes areas of thinning and clearing along a ROW, and preservation of existing vegetation. (Credit: BLM.)



Chapter 6: **Common Elements**

6.8 Vegetation Management

# 6.8.4 Preserve Existing Vegetation

**Project Phase: Construction, Operations**

Vegetation clearing should be minimized. Brush-beating, mowing, or using protective surface matting rather than removing vegetation should be employed. Trim trees in preference to cutting trees, and cut trees in preference to bulldozing them. In construction areas where recontouring is not required, cut vegetation crowns/roots should be left undisturbed to avoid root damage and to allow for re-sprouting. Installation of underground features (e.g., buried power and signal cables) should be completed using directional drilling rather than excavation, and compatible utilities should share underground ROWs/trenches. Vegetation management during construction should include repairing soil compaction (e.g., by aeration or sand



Mowing on BLM lands. (Credit: BLM.)

addition after construction activities have ceased). Road maintenance activities should avoid blading existing forbs and grasses in ditches and adjacent to roads.



## Notes

Minimizing vegetation disturbance not only reduces an obvious source of visual contrast (primarily color and texture contrast) associated with vegetation removal and the resulting exposure of soil colors and textures, but also has other visual benefits, such as reducing erosion that can cause negative visual impacts, and reducing the likelihood of visual contrasts associated with the introduction of invasive vegetation. Of course, minimizing vegetation disturbance has numerous non-visual benefits, such as preserving wildlife habitat and water quality.



## Limitations

Technical and safety concerns may require complete vegetation removal in a variety of situations for a least some portion of a project site. For example, it may be necessary to remove vegetation that could be fuel for fires, especially in areas traveled by vehicles with hot exhausts and/or catalytic converters. Vegetation that would interfere with equipment motion (e.g., solar collector tracking) or transport would also be removed.

BLM_0021202

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 79 of 110



This BLM plan specifies preservation of existing vegetation. (Credit: BLM.)

BLM_0021203

# 6.8.5 Use Retaining Walls, Berms, Fences, and Markings to Protect Trees and Other Scenic Features

**Project Phase: Construction**

In order to protect valuable trees and other scenic attributes, clear only to the edge of the designed grade manipulation and not beyond through the use of retaining walls or berms to protect tree roots and stems from construction activities. Use fences or markings to delineate trees or other features within the project site that should be preserved.



Marking a specimen tree for preservation. (Credit: Colorado Department of Transportation.)



### Notes
Retaining walls can help to retain existing vegetation, reduce the amount/extent of earthwork, reduce surface disturbance, and protect roots.



### Limitations
Technical and safety concerns may require complete vegetation removal in a variety of situations for at least some portion of a project site. For example, for fire safety and protection of personnel operating manual switches and relays, onsite power management areas and substations (transformers, inverters, relays, etc.) should be kept free of vegetation.

BLM_0021204



Temporary retaining wall used to protect trees during construction. (Credit: Lindsey Utter, Argonne National Laboratory.)



Permanent retaining wall used to protect trees after construction phase. (Credit: Lindsey Utter, Argonne National Laboratory.)

BLM_0021205

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 82 of 110

# 6.8.6 Avoid Slash Piles in Sensitive Viewing Areas; Chip Slash for Mulch to Hide Fresh Soil

**Project Phase: Construction**

Slash piles should not be left in sensitive viewing areas. Slash from vegetation removal should be mulched and spread to cover fresh soil disturbances (i.e., the preferred methodology) or should be buried.



Chipping slash to eliminate slash piles. (Credit: NPS.)



## Notes

Slash piles may be unsightly in and of themselves, but also give the project an "unfinished" look. Using slash for mulch can immediately reduce color and texture contrast of exposed soils, and reduces erosion, aids in moisture retention, and provides organic matter that aids revegetation, which ultimately reduces long-term visual impacts. Other options for slash disposal include selling vegetation for fuel value or pulping.

BLM_0021206

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 83 of 110

 **Renewable Energy Visual BMPs**

 **Limitations**

Mulch should not be spread on undisturbed areas or wetlands. In some situations, there may be more mulch from slash than the available cleared area can accommodate, in which case burial or offsite disposal may be necessary.

BLM_0021207

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 84 of 110

# 6.8.7 Mulch Cleared Areas, Furrow Slopes, and Use Planting Holes

**Project Phase: Construction**

Where existing vegetation in areas to be cleared is of appropriate size and density, it should be mulched and spread. Furrow slopes (i.e., cut grooves or create narrow, shallow trenches), and use planting holes or planting pockets (to be filled in with growing media) on slopes.



Mulch application. (Credit: Natural Resources Conservation Service.)



Compost blanket application. (Credit: Tom Gore, Altitude Training.)



## Notes

Mulching cleared areas can immediately reduce color and texture contrast of exposed soils, but also reduces erosion, aids in moisture retention, and provides organic matter that aids revegetation, which ultimately reduces long-term visual impacts. Furrowing slopes and providing planting pockets or holes also aids revegetation, providing similar long-term visual contrast reduction. Mulch should be certified as weed-free when possible.



## Limitations

Mulch should not be spread on undisturbed areas or wetlands. Mulch can also act as a fire fuel—discretion must be exercised when placing mulch at or near energized equipment where sparking/arcing is possible, or near hot equipment.

BLM_0021208

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 85 of 110



Furrowing slopes results in increased water retention, reduced erosion, and better revegetation. (Credit: John McCarty, Colorado Department of Transportation.)

6.8.7 Mulch Cleared Areas, Furrow Slopes, and Use Planting Holes

BLM_0021209

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 86 of 110





Preparing furrows along a slope to plant bare-root stock. (Credit: John McCarty, Colorado Department of Transportation.)



Preparing a planting pocket. (Credit: John McCarty, Colorado Department of Transportation.)



Planting a conifer in a planting pocket. (Credit: John McCarty, Colorado Department of Transportation.)



A successfully revegetated area after re-establishing surface texture, seeding, planting, and maintenance. (Credit: John McCarty, Colorado Department of Transportation.)

6.8.7 Mulch Cleared Areas, Furrow Slopes, and Use Planting Holes

BLM_0021210

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 87 of 110

# 6.8.8 Use Pitting and Vertical Mulching to Facilitate Revegetation and Discourage Vehicle Traffic

**Project Phase: Construction, Decommissioning**

Disturbed surfaces with compacted soils, such as abandoned roads, should be revegetated using pitting and vertical mulching techniques. Pits should be dug 6 to 12 in. deep and spaced approximately 12 in. apart. Dead brush, bunch grasses, and various woody materials and rocks gathered from nearby areas should then be placed onto the ground surface, as well as upright, into the soil (vertical mulching).



Pitting an abandoned roadway. (Credit: BLM.)



## Notes

Pitting decompacts the soil and creates depressions for windblown seeds and water to collect, thereby encouraging seed germination and seedling survival. Vertical mulching (1) captures and stabilizes windblown soil and seed; (2) slows water movement and increases soil water retention; (3) provides shade and cover for germinating seeds and seedlings; (4) increases soil organic matter; (5) provides habitat for animals and insects; and (6) discourages vehicle traffic.

In order to help conceal areas of vegetation loss and soil disturbance, limbs, other vegetation, and rocks used for vertical mulching should be scattered in a natural-appearing arrangement. Vegetation used should match the color and texture of the vegetation in nearby areas as closely as possible, and should be "planted" at the same density as in nearby areas.

BLM_0021211



**Vertical mulch in an abandoned roadway. (Credit: BLM.)**

 **Limitations**

In some environments, particularly the desert southwest, successful revegetation is difficult; in recognition of this limitation, avoidance of these areas should be considered.

BLM_0021212

# 6.8.9 Revegetate Using Salvaged Native Plants and Approved, Weed-free Seed Mixes

**Project Phase: Construction, Decommissioning**

Disturbed surfaces should be revegetated using salvaged native vegetation or using BLM-approved seed mixes consisting of weed-free native grasses, forbs, and shrubs representative of the surrounding and intact native vegetation composition. The seed should be appropriate to the geographic and elevation characteristics of the area to be seeded. The seed should be tested for viability no more than 1 year prior to application. The seed mix should be specified as pure live seed (PLS) pounds per acre and seed delivered should be labeled as to the content (species, PLS). Certified "noxious weed-free" seed must be used on all areas to be restored. Other construction material, such as fill and straw mulch, should also be free of noxious weed seed.



Reseeding a ROW on BLM-administered land. (Credit:  BLM.)



## Notes

Using salvaged native vegetation may greatly speed revegetation, helping to restore the textures and colors of native vegetation more rapidly than starting from seed. Using native plants and seed helps ensure that revegetated areas will blend in visually with the surrounding landscape, and reduces the likelihood of invasive plant colonization that can introduce contrasting colors and textures, among other negative visual and non-visual impacts. Vegetation management during construction should include repairing soil compaction (e.g., by aeration or sand addition after construction activities have ceased).



## Limitations

In some environments, particularly the desert southwest, successful revegetation with native seed mixes is difficult, and in recognition of this limitation, avoidance of these areas should be considered.

BLM_0021213

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 90 of 110

# 6.8.10 Transplant Vegetation from Cleared Areas

**Project Phase: Construction**

Vegetation from areas that are to be cleared or thinned for construction or visual mitigation should be transplanted into areas that were disturbed and cleared during construction.



**Transplanting dormant vegetation. (Credit: John McCarty, Colorado Department of Transportation.)**



## Notes

Where feasible, transplanting existing vegetation will restore the landscape's visual character more quickly than seeding, particularly in arid regions.



## Limitations

Some species are unlikely to survive transplanting under any circumstances. Smaller specimens may have a greater chance of survival than larger specimens. In some environments, particularly the desert southwest, successful transplanting may be difficult, and transplanted plants may require maintenance to ensure survival.

BLM_0021214

**Renewable Energy Visual BMPs**

# 6.8.11 Monitor and Maintain Revegetated Areas until Vegetation Is Self-Sustaining

**Project Phase: Construction, Decommissioning**

The project developer should monitor and maintain revegetated surfaces. Corrective measures should be conducted as needed until a self-sustaining stand of vegetation is re-established and visually adapted to the undisturbed surrounding vegetation. No new disturbance should be created during operations without completion of a VRM analysis and approval by the authorized officer.



## Notes
Poorly maintained revegetation efforts may lead to invasive plant colonization, erosion, and dust, all of which have negative visual impacts and negative effects on wildlife, air and water quality, and other resources.



## Limitations
In some environments, particularly the desert southwest, successful revegetation may be difficult, and may take years. Maintaining revegetation efforts long after the other decommissioning procedures have concluded will be difficult, and may need to be incorporated as a condition of the lease.

BLM_0021215

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 92 of 110

# 6.9 Reclamation

These BMPs promote successful interim and long-term reclamation through good recountouring practices, site preparation to promote revegetation, and removal of structures and surface treatments.

| 6.9 Reclamation | Siting and Design | Construction | Operations | Decommissioning and Reclamation |
|---|---|---|---|---|
| **6.9.1 Review Predevelopment Visual Conditions after Construction (p 266)** | | ● | | |
| **6.9.2 Begin Site Reclamation during Construction and Operations, Immediately after Disturbances (p 268)** | | ● | ● | |
| **6.9.3 Recontour Disturbed Areas to Approximate Natural Slopes (p 270)** | | ● | | ● |
| **6.9.4 Scarify/Roughen Cut Slopes and Recontoured Areas (p 272)** | | ● | | ● |
| **6.9.5 Salvage and Replace Rocks, Brush, and Woody Debris (p 274)** | | ● | | ● |
| **6.9.6 Sculpt and Shape Bedrock Landforms (p 275)** | | ● | | |
| **6.9.7 Remove Two-Track Roads (p 279)** | | ● | | ● |
| **6.9.8 Close and Remediate Unused Access Roads (p 281)** | | | ● | ● |
| **6.9.9 Remove Above-Ground and Near-Ground Structures (p 283)** | | | | ● |
| **6.9.10 Remove or Bury Gravel and Other Surface Treatments (p 284)** | | | | ● |

BLM_0021216

**Renewable Energy Visual BMPs**

# 6.9.1 Review Predevelopment Visual Conditions after Construction

**Project Phase: Construction**

Predevelopment visual conditions and the inventoried visual quality rating and scenic integrity should be reviewed after construction.



**BLM VRI Scenic Quality Rating Unit photo. (Credit: BLM.)**



## Notes

Predevelopment visual conditions and the inventoried visual quality rating and scenic integrity should be reviewed after construction to assess the degree of change, in order to help implement appropriate mitigation and identify any additional mitigation needed. Mitigation efforts should be directed at restoring the visual elements of form, line, color, and texture as closely as possible to predevelopment conditions or to the current surrounding landscape conditions, whichever achieves the best visual quality and most ecologically sound outcome.



## Limitations

Restoration of predevelopment conditions may not be feasible or even possible in some instances, for example, if extensive landforming has been required. During facility operations, vegetation clearing may need to be maintained for technical or safety reasons, for example, tree clearing (especially to remove upwind interferences with wind farms) or vegetation clearing (e.g., for fire safety around thermoelectric technologies such as CSP and geothermal).

BLM_0021217

6.9.1 Review Predevelopment Visual Conditions after Construction



BLM Scenic Quality Rating map. (Credit: BLM.)

Chapter 6: **Common Elements**

6.9 Reclamation

**Renewable Energy Visual BMPs**

# 6.9.2 Begin Site Reclamation during Construction and Operations, Immediately after Disturbances

**Project Phase: Construction, Operations**

Begin site reclamation activities during construction and during operations, as soon as possible after disturbances.



**Had this pipeline installation been remediated immediately after construction, the visual impacts of erosion and weed infestation might have been avoided. (Credit: BLM.)**

BLM_0021219

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 96 of 110





## Notes

Reclamation of the areas disturbed during project construction or operations should begin immediately after the disturbance to reduce the likelihood of visual contrasts associated with erosion and invasive plant infestation, and to reduce the visibility of affected areas. Disturbed surfaces should be restored as closely as possible to their original contour or planned finished grade and revegetated immediately after construction in that area is completed. Action should be prompt in order to limit erosion and accelerate restoration of the preconstruction color and texture of the landscape. Interim restoration should also be undertaken during the operating life of the project, as soon as possible after disturbances occurring during operations.

Other interim visual reclamation efforts may include treatments such as thinning and feathering vegetation along project edges, enhanced contour grading, salvaging landscape materials from within construction areas, invasive plant control, or special revegetation, as approved by the BLM. In addition to reducing visual impacts during construction processes that often go on for years, undertaking these activities during construction takes advantage of the availability of equipment and labor already onsite, thereby achieving cost savings.

These interim reclamation activities should be included in the project construction plans and specifications.



## Limitations

Weather, soil conditions, ecological considerations, and technical considerations may delay interim reclamation activities.

BLM_0021220

 **Renewable Energy Visual BMPs**

# 6.9.3 Recontour Disturbed Areas to Approximate Natural Slopes

**Project Phase: Construction, Decommissioning**

Recontour soil borrow areas, cut and fill slopes, berms, waterbars, and other disturbed areas to approximate naturally occurring slopes.


## Notes
Contouring to approximate naturally occurring slopes reduces form contrasts between disturbed areas and the natural environment.


## Limitations
Naturally occurring contours and slopes may be difficult to recreate in some circumstances; for example, if substantial grade alterations are necessary to install a permanent road with adequate grades and shoulder slopes, or if rock outcrops were removed.



**Slope recontouring to approximate naturally occurring slopes during road reclamation. (Credit: BLM.)**



**Slope recontouring for road reclamation. (Credit: John McCarty, Colorado Department of Transportation.)**



**The recontoured slope for this reclaimed road blends in well with the naturally occurring slope. (Credit: BLM.)**

6.9.3 Recontour Disturbed Areas to Approximate Natural Slopes

BLM_0021222

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 99 of 110

# 6.9.4 Scarify/Roughen Cut Slopes and Recontoured Areas

Project Phase: **Construction, Decommissioning**

Cut slopes and recontoured areas should be randomly scarified and roughened to reduce texture contrasts with existing landscapes and aid in revegetation.





## Notes

Contouring to a rough texture traps seeds and water and discourages off-road travel, thereby facilitating revegetation and reducing visual impacts associated with erosion. Trackwalking, a process by which a tracked vehicle is "walked" up and down cut-and-fill slopes to create shallow tractor cleat imprints that trap seeds and moisture, thereby increasing germination and establishment, may be used in areas where soils are already compacted, as is the case on many construction sites.

This roughened slope will revegetate faster and more completely than a smooth slope. (Credit: BLM.)



## Limitations

Because trackwalking involves heavy equipment, it can increase soil compaction, and the practice is best suited to sites where soils are already compacted. Trackwalking should not be used where soils have been deeply ripped and roughened, as it may compact the loosened soil and make the surface smoother than it would otherwise be. Trackwalking is not appropriate for long, steep slopes. The track impressions may not be rough enough to trap the large volume of fast-moving stormwater that may occur on long, steep slopes in large rainstorms.

BLM_0021223





Trackwalking: a tracked vehicle is "walked" up and down cut-and-fill slopes, leaving a pattern of tractor cleat imprints that traps seeds and moisture, increasing germination and establishment. (Credit: Tom Gore, Altitude Training.)



Trackwalking close up: the tractor cleat imprints are an inch or two deep, and their orientation helps slow water runoff and erosion while trapping seed and increasing soil moisture to aid germination and seedling growth. (Credit: Tom Gore, Altitude Training.)

BLM_0021224

**Renewable Energy Visual BMPs**

# 6.9.5 Salvage and Replace Rocks, Brush, and Woody Debris

**Project Phase: Construction, Decommissioning**

Rocks, brush, and woody debris should be salvaged and replaced to approximate pre-project visual conditions.



The placement of salvaged woody debris in this reclaimed road helped to restore natural textures and colors to the reclaimed area. (Credit: John McCarty, BLM.)

 **Notes**

The replacement of rocks, brush, and woody debris will help "soften" the color and texture contrasts associated with project-related vegetation clearing and site grading to re-establish the pre-disturbance surface character. In addition, restoring brush and woody debris reduces wind and water erosion, and may improve water retention, aiding revegetation.



 **Limitations**

Ecological and safety concerns may preclude full restoration of rocks, brush, and woody debris.

The placement of salvaged rocks on this slope helps to restore a more natural appearance to the reclaimed area, and holds soil in place for successful revegetation. (Credit: John McCarty, Colorado Department of Transportation.)

**274**

BLM_0021225

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 102 of 110



# 6.9.6 Sculpt and Shape Bedrock Landforms

**Project Phase: Construction**

Natural or previously excavated bedrock landforms should be sculpted and shaped when excavation of these landforms is required.


## Notes

Backslopes, benches, and vertical variations should be integrated into a final landform that repeats the natural shapes, forms, textures, and lines of the surrounding landscape. The earthen landform should be integrated and transitioned into the excavated bedrock landform. Sculpted rock face angles, bench formations, and backslopes should adhere to the natural bedding and fracture planes of the natural bedrock geology. Extensive rock faces should be broken up by benches placed such that they repeat lines of naturally occurring strata. Half-cast drill traces from pre-split blasting should not remain evident in the final rock face.



Failure to replace the rock shelf properly has caused erosion and visual contrasts in form, line, color, and texture that are visible for long distances. (Credit: BLM.)


## Limitations

In some areas, the geology will make sculpting and shaping bedrock difficult because of concerns about landform and rock face stability, and the presence of thick overburden.

BLM_0021226

Case No. 1:20-cv-02484-MSK   Document 33-3   filed 04/27/21   USDC Colorado   pg 103 of 110





Half cast drill traces in sandstone have an obvious artificial appearance. (Credit: U.S. Department of Transportation Federal Highway Administration.)



Proper replacement of this rock shelf preserves the form, line, and texture of the original rock shelf, and color contrast will be greatly reduced when revegetation occurs. (Credit: John McCarty, Colorado Department of Transportation.)

BLM_0021227





**Rock sculpting in progress. (Credit: Colorado Department of Transportation.)**

BLM_0021228



A freshly shaped and sculpted rock cut. (Credit: John McCarty, BLM.)



After revegetation, a properly shaped and sculpted rock cut blends in well with the surrounding landscape. (Credit: BLM.)

6.9.6 Sculpt and Shape Bedrock Landforms

BLM_0021229

# 6.9.7 Remove Two-Track Roads

**Project Phase: Construction, Decommissioning**

Temporary two-track roads should be removed, and the land should be restored to its natural state, as soon as possible.



**A two-track road built to provide access to a transmission ROW. (Credit: USDA Forest Service.)**



### Notes

Temporary roads needed for construction should be removed as quickly as possible after construction is completed.

BLM_0021230

 **Renewable Energy Visual BMPs**

 **Limitations**

Some construction roads may be needed for ROW maintenance. If the necessity for an all-weather access road arises, the operator must consult with the surface management agency to determine whether all or a portion of the road needs to be upgraded.

BLM_0021231

# 6.9.8 Close and Remediate Unused Access Roads

**Project Phase: Construction, Decommissioning**

All new access roads that are not needed or required for maintenance should be closed using the most effective and least environmentally damaging methods appropriate to that landscape setting.



**Closed and remediated road. (Credit: BLM.)**



### Notes

Closure and remediation of new access roads that are not needed or required for maintenance limits new or improved accessibility into formerly difficult-to-access areas; increased accessibility to such areas often results in increased visual impacts, and may also have other negative consequences, such as vegetation damage and soil erosion.

BLM_0021232

 **Renewable Energy Visual BMPs**

 ## Limitations

Operation of geothermal plants is likely to involve abandonment of some of the initial wells and construction of new wells during the operating life of the plant. Access roads will be required for those well installations throughout the course of the plant's operating life.



**Road removal in progress. The flat road surface is roughened, rocks are added, and vegetation transplanted from the edges of the ROW. (Credit: BLM.)**

BLM_0021233



# 6.9.9 Remove Above-Ground and Near-Ground Structures

**Project Phase: Decommissioning**

Most above-ground structures and near-ground pipelines, conduits, and other connecting structures should be removed upon completion of a project.



## Notes
Removal of above-ground structures avoids long-term negative visual impacts.



## Limitations
Exceptions may be necessary for massive structures or certain underground structures. The BLM has approved abandonment in place (or required only partial removals of buried objects to specified depths) for structures that would not interfere with revegetation or future land uses and that have adequate environmental remediation. Consultation on removal/abandonment requirements will be necessary.



**Culvert removal during road decommissioning. (Credit: Washington State Recreation and Conservation Office.)**

BLM_0021234