December 2014 

Group U) for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios. ................................................................202

Figure 5-7a.   Contributions of Federal O&G from the GJFO (Source Group E; left) and new Federal O&G and mining in the 13 Colorado Planning Areas (Source Group R; right) to modeled fourth highest daily maximum 8-hour ozone concentrations greater than the NAAQS for the 2021 High (top), Low (middle) and Medium (bottom) Development Scenarios. ...............207

Figure 5-7b.   Contributions of new Federal and non-Federal O&G and mining from the 14 BLM Planning Areas (Source Group T; left) and all O&G within the 4 km CARMMS domain plus Colorado Federal mining (Source Group U; right) to modeled fourth highest daily maximum 8-hour ozone concentrations greater than the NAAQS for the 2021 High (top), Low (middle) and Medium (bottom) Development Scenarios. ..........................208

Figure 5-8a.   Eighth highest 24-hour $PM_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 High minus 2008 differences (bottom left) and Natural Emissions (bottom right). .................................................................................................213

Figure 5-8b.   Eighth highest 24-hour $PM_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 Low Development Scenario (top right), 2021 Low minus 2008 differences (bottom left) and Natural Emissions (bottom right). .................................................................................................214

Figure 5-8c.   Eighth highest 24-hour $PM_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 Medium Development Scenario (top right), 2021 Medium minus 2008 differences (bottom left) and Natural Emissions (bottom right). .................................................................................................215

Figure 5-9.   Locations of grid cells with modeled 2021 High Development Scenario 8th highest 24-hour $PM_{2.5}$ concentrations above the 35 $\mu g/m^3$ NAAQS. ............216

Figure 5-10.   Natural Emissions (Source Group V, top) and Mining of Federal land in Colorado (Source Group Q, bottom) contributions to the modeled 8th highest 24-hour $PM_{2.5}$ concentration from the 2021 High Development Scenario. ........................................................................................217

Figure 5-11.   Natural Emissions (Source Group V, top) and Mining of Federal land in Colorado (Source Group Q, bottom) contributions to the modeled 8th highest 24-hour $PM_{2.5}$ concentration from the 2021 High Development Scenario. ........................................................................................218

Figure 5-12.   Contribution to 8th highest daily $PM_{2.5}$ concentrations due to emissions from new Federal O&G within the GJFO (top left), UFO (top right) and USFS-PG (bottom left) Planning Areas and new Federal O&G and mining within the 13 Colorado BLM Planning Areas (bottom right) for the 2021 High Development Scenario. ...........................................................219

BLM_0022113

December 2014



Figure 5-13.  Contribution to 8th highest daily $PM_{2.5}$ concentrations due to emissions from new Federal and non-Federal O&G and mining within the 14 BLM Planning Areas (top) and all O&G emissions within the 4 km CARMMS domain (bottom) for the 2021 High (left) and Low (right) Development Scenarios. ...................................................................................220

Figure 5-14a. Annual average $PM_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 High minus 2008 differences (bottom left) and Natural Emissions (bottom right). .......................222

Figure 5-14b. Annual average $PM_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 Low Development Scenario (top right), 2021 Low minus 2008 differences (bottom left) and Natural Emissions (bottom right). .......................223

Figure 5-14c. Annual average $PM_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 Medium Development Scenario (top right), 2021 Medium minus 2008 differences (bottom left) and Natural Emissions (bottom right). ..............224

Figure 5-15.  Contribution to annual average $PM_{2.5}$ concentrations due to emissions from new Federal O&G within the UFO (top left) and USGS-PG (top right) Planning Areas and new O&G and mining from the 13 Colorado BLM Planning Areas (bottom left) and new Federal O&G and mining and non-Federal O&G from the 14 CO/NM BLM Planning Areas for the 2021 High Development Scenario. .......................................................................225

Figure 5-16.  Second highest 24-hour average $PM_{10}$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right). ..................................................................................................227

Figure 5-17.  Contribution to second highest 24-hour average $PM_{10}$ concentrations due to emissions from new Federal O&G within the UFO (top left) and USGS-PG (top right) Planning Areas and new O&G and mining from the 13 Colorado BLM Planning Areas (bottom left) and new Federal O&G and mining and non-Federal O&G from the 14 CO/NM BLM Planning Areas for the 2021 High Development Scenario. ..................................................228

Figure 5-18.  Fourth highest (99th percentile) daily maximum 1-hour average $SO_2$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right). .........................................230

Figure 5-19.  Second highest 3-hour average $SO_2$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right). .................................................................................................231

BLM_0022114

December 2014



Figure 5-20.  24-hour average $SO_2$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right). ...................232

Figure 5-21.  Annual average $SO_2$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right). ...................233

Figure 5-22.  Contribution to fourth highest daily maximum hourly $SO_2$ concentrations due to emissions from new Federal O&G and mining within the 13 CO BLM Planning Areas (top left) and new Federal O&G and mining and non-Federal O&G within the 14 CO/NM BLM Planning Areas (top right).  New Federal O&G and mining and new non-Federal O&G from 14 CO/NM BLM Planning Areas contributions to second highest 3-hour $SO_2$ (bottom left) and annual average $SO_2$ (bottom right) concentrations for the 2021 High Development Scenario. .............................234

Figure 5-23a.  Eighth highest (98th percentile) daily maximum 1-hour average $NO_2$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 Low Development Scenario (bottom left) and 2021 Medium Development Scenario (bottom right). ..........236

Figure 5-23b.  Differences in eighth highest (98th percentile) daily maximum 1-hour average $NO_2$ concentrations between the 2021 emission scenarios and the 2008 Base Case for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios. ........................................237

Figure 5-24.  Grid cells used to represent the Mesa Verde Class I area with new Federal O&G emissions from the TRFO Planning Area. .......................239

Figure 5-25.  Grid cells used to represent the South San Juan Class II area with new Federal O&G emissions from the TRFO Planning Area. .......................240

Figure 5-26.  Grid cells used to represent the Class I and sensitive Class II areas with new Federal O&G emissions from the NMFFO (Mancos Shale) Planning Area. .................................................................................................241

## APPENDICES

Appendix A:  2008 WRF Modeling for CARMMS

Appendix B:  2008 CAMx Base Case Model Performance Evaluation

Appendix C:  Draft Final CARMMS Oil and Gas Emissions Calculator Documentation

Appendix D:  Draft CARMMS Coal and Uranium/Vanadium Mining Emissions

BLM_0022115

December 2014



## ATTACHMENTS

Attachment A-1:  PSD Pollutant Concentrations 2021 High Development Scenario (Excel)

Attachment A-2:  PSD Pollutant Concentrations 2021 Low Development Scenario (Excel)

Attachment A-3:  PSD Pollutant Concentrations 2021 Medium Development Scenario (Excel)

Attachment B-1:  Visibility Impacts using FLAG (2010) 2021 High Development Scenario (Excel)

Attachment B-2:  Visibility Impacts using FLAG (2010) 2021 Low Development Scenario (Excel)

Attachment B-3:  Visibility Impacts using FLAG (2010) 2021 Medium Development Scenario (Excel)

Attachment C-1:  Cumulative Visibility Impacts 2021 High Development Scenario (Excel)

Attachment C-2:  Cumulative Visibility Impacts 2021 Low Development Scenario (Excel)

Attachment C-3:  Cumulative Visibility Impacts 2021 Medium Development Scenario (Excel)

Attachment D-1:  Nitrogen and Sulfur Deposition 2021 High Development Scenario (Excel)

Attachment D-2:  Nitrogen and Sulfur Deposition 2021 Low Development Scenario (Excel)

Attachment D-3:  Nitrogen and Sulfur Deposition 2021 Medium Development Scenario (Excel)

Attachment E-1:  Acid Neutralizing Capacity (ANC) 2021 High Development Scenario (Excel)

Attachment E-2:  Acid Neutralizing Capacity (ANC) 2021 Low Development Scenario (Excel)

Attachment E-3:  Acid Neutralizing Capacity (ANC) 2021 Medium Development Scenario (Excel)

Attachment F-1:  Ozone Projections using MATS 2021 High Development Scenario (Excel)

Attachment F-2:  Ozone Projections using MATS 2021 Low Development Scenario (Excel)

Attachment F-3:  Ozone Projections using MATS 2021 Medium Development Scenario (Excel)

Attachment G-1:  Modeled Ozone Contributions 2021 High Development Scenario (Excel)

Attachment G-2:  Modeled Ozone Contributions 2021 Low Development Scenario (Excel)

BLM_0022116

December 2014



Attachment G-3:  Modeled Ozone Contributions 2021 Medium Development Scenario (Excel)

Attachment H-1:  Modeled $PM_{2.5}$ Contributions 2021 High Development Scenario (Excel)

Attachment H-2:  Modeled $PM_{2.5}$ Contributions 2021 Low Development Scenario (Excel)

Attachment H-3:  Modeled $PM_{2.5}$ Contributions 2021 Medium Development Scenario (Excel)

Attachment I:  Spatial Maps 2021 High, Low and Medium Development Scenarios (zipped)

BLM_0022117

December 2014



# 1.0 INTRODUCTION

## 1.1 Background

The Bureau of Land Management (BLM) is in the process of developing new Resource Management Plans (RMPs) for several Field Offices in Colorado. The draft RMP for the Grand Junction Field Office (GJFO) was released in January 2013[1]. In May 2013, a draft RMP for the Dominguez-Escalante National Conservation Area (D-E NCA) was released[2]. The draft RMP for the Uncompahgre Field Office (UFO[3]), the RMP revision for the Royal Gorge Field Office (RGFO[4]), and the Roan Plateau Planning Area Supplemental Environmental Impact Statement (SEIS[5]) are all in preparation, or pre-planning. As part of these RMPs, BLM is estimating the air quality (AQ) and air quality related value (AQRV) impacts due to the projected BLM-authorized mineral development activities. The analysis includes the cumulative AQ and AQRV impacts due to all Reasonable Foreseeable Development (RFD) sources in the region. In the past, individual RMPs have generally performed their own AQ/AQRV analysis for a long-term year (e.g., 20 years out) when the maximum RMP development is projected to occur. This has resulted in inefficiencies and potential inconsistencies in the RMP's AQ/AQRV analysis and a possibility for a failure to adequately assess the effects of cumulative development across all BLM planning areas on AQ/AQRV in the region. In addition, making emissions projections for such a long-term future year results in increased uncertainties and may create potential inconsistencies in the RMP planned and actual development activities. Thus, the BLM GJFO RMP Air Resource Management Plan (ARMP[6]) contains a commitment to perform a unified regional air quality modeling study to address the AQ/AQRV impacts due to development activities within the GJFO planning area as well as all of BLM Colorado's development activities for a short-term year approximately 10 years in the future.

To address this commitment, the BLM has contracted with Environmental Management Planning and Solutions Inc. (EMPSi), and their Subcontractors ENVIRON International Corporation (ENVIRON) and Carter Lake Consulting (CLC), to perform the Colorado Air Resource Management Modeling Study (CARMMS). The first step in the CARMMS air quality modeling was the development of a Photochemical Grid Model (PGM) and far-field dispersion Modeling Protocol (ENVIRON, Carter Lake and EMPSi, 2014). The Modeling Protocol describes procedures for addressing potential AQ and AQRV impacts due to BLM-authorized mineral development and other BLM-authorized activities in Colorado and in particular within the GJFO and other BLM FOs planning areas in Colorado. AQRVs include visibility, sulfur and nitrogen deposition and lake acid neutralizing capacity (ANC).

The BLM New Mexico State Office (NMSO) is also looking at preparing a RMP for oil and gas development within the Mancos Shale development area in northwestern New Mexico that resides

---

[1] http://www.blm.gov/co/st/en/fo/gjfo/rmp/rmp.html
[2] http://www.blm.gov/co/st/en/nca/denca/denca_rmp.html
[3] http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html
[4]
http://www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/royal_gorge/oil_and_gas.Par.16932.File.dat/RoyalGorgeFinal_RFD_August_2012%20web.pdf
[5] http://www.blm.gov/co/st/en/BLM_Programs/land_use_planning/rmp/roan_plateau.html
[6]
http://www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/grand_junction_field/Draft_RMP/appdx.Par.47942.File.dat/AppdxG_Draft%20GJFO%20Air%20Plan_508.pdf

1

December 2014



primarily within the BLM New Mexico Farmington Field Office (NMFFO). Given that the Mancos Shale development area is adjacent to some of the Colorado BLM Planning Areas and resides within the CARMMS modeling domain, the BLM decided to add the Mancos Development area to the CARMMS analysis.

The BLM Colorado State Office (COSO) convened an Interagency Air Quality Review Team (IAQRT) that consists of U.S. Environmental Protection Agency (EPA) Region 8, Colorado Department of Health and Environment (CDPHE) Air Pollution Control Division (APCD), National Park Service (NPS), Fish and Wildlife Service (FWS) and United States Forest Service (USFS) to review and comment on the Modeling Protocol in accordance with the June 23, 2011 Memorandum of Understanding (MOU[7]) between the United States Department of Interior (USDOI), United States Department of Agriculture (USDA) and United States Environmental Protection Agency (EPA) on procedures for assessing the AQ and AQRV impacts due to on-land oil and gas development activities on Federal lands under the National Environmental Policy Act (NEPA). With the addition of the NMFFO Mancos Shale development to CARMMS, the IAQRT was expanded to include EPA Region 6 and the New Mexico Environmental Department (NMED).

## 1.2   Purpose

This document presents the draft final 2021 modeling results for the CARMMS High, Low and Medium Development Scenarios source apportionment modeling. Presented are the individual AQ and AQRV impacts due to oil and gas (O&G) development on Federal lands within 13 separate Colorado BLM planning areas and the NMFFO Mancos Shale development area as well as the combined assessment of O&G development on Federal and non-Federal lands. In addition, the AQ and AQRV impacts due to mining occurring within the 13 Colorado BLM planning areas and all O&G development within the 4 km CARMMS domain is presented. The 2021 modeling results are compared against National and State Ambient Air Quality Standards (NAAQS and SAAQS) throughout the 4 km modeling domain. The contributions of O&G development to AQ and AQRV at Class I and sensitive Class II areas are presented and compared to PSD increment concentrations and visibility and deposition thresholds of concern.

The CARMMS modeling was performed following procedures documented in a Modeling Protocol. A first draft CARMMS air assessment Modeling Protocol was prepared in August 2013. The BLM and their contractors presented the results of the first draft CARMMS Modeling Protocol to the IAQRT at the BLM COSO office in Denver on October 30, 2013. The IAQRT provided comments on the first draft Modeling Protocol that were incorporated into a draft final Modeling Protocol that was released in January 2014 (ENVIRON, CLC and EMPSi, 2014) along with a Response-to-Comments document that was also dated January 2014. Another meeting with the IAQRT was held at the BLM COSO office on February 28, 2014. IAQRT provided several comments that were addressed in a March 4, 2014 Response-to-Comments document and incorporated into this document. A preliminary draft CARMMS modeling report was prepared in May 2014 that included results for just the 2021 High Development Scenario. Based on comments from BLM, the preliminary draft CARMMS report was updated in an interim draft CARMMS report dated October 2014 that included the 2021 High and Low Development Scenarios modeling results. After

---

[7] http://www.epa.gov/compliance/resources/policies/nepa/air-quality-analyses-mou-2011.pdf

BLM_0022119

December 2014                                             ENVIRON

completion of the 2021 Medium Development Scenario source apportionment modeling this draft final reported was prepared in December 2014 that includes the 2021 High, Low and Medium Development Scenarios results.

## 1.3  Overview of Modeling Approach

CARMMS is using a photochemical grid model (PGM) to assess the AQ and AQRV impacts associated with BLM-authorized mineral development on Federal lands within BLM Colorado and the New Mexico Farmington Field Office Planning Areas. CARMMS will not assess the near-source AQ impacts of the O&G and other development activities; that will be addressed at the Project level in the future.  The development of a PGM database is quite resources intensive. Thus, to the extent possible, CARMMS has leveraged two studies that have or are developing PGM modeling databases for the western states:

1.  The West-wide Jump-start Air Quality Modeling Study (WestJumpAQMS) has performed meteorological, emissions and air quality modeling using a 36 km CONUS, 12 km WESTUS and 4 km Intermountain West modeling domains for the 2008 calendar year.  Details on the WestJumpAQMS modeling approach, the PGM 2008 base case modeling and model performance evaluation are available on the WestJumpAQMS website[8] and contained within the WestJumpAQMS Modeling Protocol (ENVIRON, Alpine and UNC, 2013a[9]) and final report (ENVIRON, Alpine and UNC, 2013b[10]).

2.  The Three-State Air Quality Study (3SAQS) used the WestJumpAQMS 2008 PGM modeling platform and is developing a new PGM modeling database for the western U.S. and the 2011 calendar year.  3SAQS performed 2020 emissions scenario modeling on the 36/12 CONUS/WESTUS domains using the 2008 modeling platform.  3SAQS is also developing a 2011 modeling platform and performing 2011 and 2020 emission scenario modeling with the 2011 modeling platform.  The 3SAQS 2011 modeling platform was not ready in time for the CARMMS modeling.

For CARMMS, WestJumpAQMS developed a stand-alone 2008 4 km CAMx PGM modeling database for the CARMMS 4 km modeling domain shown in Figure 2-1.  Boundary Conditions (BCs) for the 4 km CARMMS domain were obtained from a CAMx 2008 36/12 km simulation conducted by WestJumpAQMS.  WestJumpAQMS has conducted a model performance evaluation for the WRF 2008 36/12/4 km meteorological simulation and the CAMx 2008 36/12/4 km base case simulation that are summarized for the CARMMS 4 km domain in, respectively, Appendices A and B with more details available on the WestJumpAQMS website[11].

The CARMMS CAMx modeling of the CARMMS 4 km modeling domain (Figure 2-1) for a 2021 future year emission scenario using the WestJumpAQMS 2008 meteorological inputs involved the following activities:

---

[8] http://www.wrapair2.org/WestJumpAQMS.aspx
[9] http://www.wrapair2.org/pdf/WestJumpAQMS_Modeling_Protocol_and_Source%20Apportionment_Design_FinalMay.pdf
[10] http://www.wrapair2.org/pdf/WestJumpAQMS_FinRpt_Finalv2.pdf
[11] http://www.wrapair2.org/WestJumpAQMS.aspx

BLM_0022120

December 2014



- Develop a 2021 Future Year emissions scenario using the CARMMS estimates of oil and gas and other mineral development within the Colorado and northern New Mexico BLM planning areas and the EPA/3SAQS 2020 emission estimates for all other source categories.
  - For O&G emissions in the western Colorado BLM Planning Areas, CARMMS developed emissions calculators (Appendix C) with data specific to each area. BLM COSO provided 2021 oil and gas activity projections for a High, Low and Medium Development Scenarios.
  - 2021 mining emissions within western Colorado BLM Planning Areas were also estimated using CARMMS emissions calculators (Appendix D).
  - O&G emissions for eastern Colorado BLM Planning Areas were developed in a study for the BLM Royal Gorge Field Office (RGFO) and provided by the BLM COSO.
  - The CARMMS emissions calculators were adapted to estimate emissions for the Mancos Shale development area using information provided by the BLM NMFFO.
  - O&G emissions for the Uinta Basin were developed for the Air Resource Management Study (ARMS) and were provided by the BLM Utah State Office (UTSO).
  - O&G emissions for the Wyoming were based on recent future year emission developed for the BLM Wyoming State Office (WYSO) Continental Divide-Creston Draft EIS[12] modeling.
  - O&G emissions for the remainder of the region were based on recent 2020 emission projections developed by the Three State Air Quality Study (3SAQS)
  - Future year anthropogenic emissions for the remainder of the source categories were based on a 2020 emissions inventory developed by EPA for the $PM_{2.5}$ NAAQS rulemaking and updated by 3SAQS.
  - Future year emissions for biogenic sources, fires, windblown dust, sea salt and lightning were kept constant at 2008 levels and were based on the WestJumpAQMS.
- The future year emissions were processed using the SMOKE emissions model to generate 2020/2021 emissions for the WestJumpAQMS 36/12 km domain and 4 km CARMMS domain.
- CAMx modeling was performed for the 36/12 km domains and the 2020/2021 emissions scenario using the 2008 WestJumpAQMS modeling platform.
- 2020/2021 Boundary Condition (BC) inputs for the CARMMS 4 km modeling domain were generated using output from the 36/12 km CAMx model simulation for the 2020/2021 emissions scenario using the 2008 WestJumpAQMS 2008 meteorological inputs.
- CAMx ozone and particulate matter source apportionment simulations were performed for the 2021 High, Low and Medium Development Scenarios and 4 km CARMMS modeling domain using the 2008 CARMMS modeling platform.

---

[12] http://www.blm.gov/wy/st/en/info/NEPA/documents/rfo/cd_creston.html

BLM_0022071

December 2014



- o The CAMx 2021 4 km CARMMS domain source apportionment output for the High, Low and Medium Development Scenarios were post-processed to obtain the separate AQ and AQRV impacts due to mineral development activities on Federal lands within each of the 13 Colorado and the northern New Mexico BLM planning areas.
- o The CAMx 2021 High, Low and Medium O&G Development Scenarios output was also post-processed to obtain the cumulative AQ and AQRV impacts due to mineral development on Federal and non-Federal lands within all of the Colorado and the northern New Mexico BLM planning areas as well as O&G development throughout the CARMMS 4 km modeling domain.
- The AQ and AQRV impacts of BLM-authorized oil and gas development on Federal lands within each BLM Colorado planning areas alone and cumulative impacts across all planning areas for the 2021 High, Low and Medium Development Scenarios are summarized in this draft final report.

## 1.4   Air Quality Standards and AQRV Thresholds

### 1.4.1   Federal and State Air Quality Standards and PSD Increments

EPA sets National Ambient Air Quality Standards (NAAQS) for six pollutants, which are called criteria air pollutants (CAPs).  The CAPs are: ozone ($O_3$), nitrogen dioxide ($NO_2$), carbon monoxide (CO), suspended Particle Pollution (particulate matter with a mean aerodynamic diameter of less than or equal to 10 and 2.5 microns; $PM_{10}$ and $PM_{2.5}$), sulfur dioxide ($SO_2$) and lead (Pb).  States may also set their own ambient air quality standards, which must be as stringent as the NAAQS but may be more stringent.

Federal air quality regulations adopted and enforced by the states limit incremental emission increases to specific levels defined by the classification of air quality in an area. The Prevention of Significant Deterioration (PSD) Program is designed to limit the incremental increase of specific air pollutant concentrations above a legally defined baseline level. Incremental increases in PSD Class I areas are strictly limited, while increases allowed in Class II areas are less strict.  PSD Class I and Class II increments are defined for $NO_2$, $PM_{10}$, $PM_{2.5}$ and $SO_2$.  Please note the PSD increments are project level thresholds, and are not an appropriate metric for reference against field office level impacts.

Table 1-1 summarizes the NAAQS, the Colorado Ambient and Quality Standards (CAAQS) and the New Mexico Ambient Air Quality Standards (NMAAQS).  PSD Class I and Class II increments are also shown in Table 1-1.

BLM_0022122

December 2014



## Table 1-1.  Applicable National and State Ambient Air Quality Standards and PSD concentration increments.

| Pollutant/Averaging Time | NAAQS | CAAQS[13] | NMAAQS[14] | PSD Class I Increment[1] | PSD Class II Increment[1] |
|---|---|---|---|---|---|
| **CO** | | | | | |
| 1-hour[2] | 35 ppm | -- | 13.1 ppm | -- | -- |
| 8-hour[2] | 9 ppm | -- | 8.7 ppm | -- | -- |
| **$NO_2$** | | | | | |
| 1-hour[3] | 100 ppb | -- | -- | -- | -- |
| 24-hour | -- | -- | 0.10 ppm | -- | -- |
| Annual[4] | 53 ppb | -- | 0.05 ppm | 2.5 | 25 |
| **$O_3$[15]** | | | | | |
| 8-hour[5] | 0.075 ppm | -- | -- | -- | -- |
| **$PM_{10}$** | | | | | |
| 24-hour[6] | 150 $\mu g/m^3$ | -- | -- | 8 | 30 |
| Annual[7] | -- | -- | -- | 4 | 17 |
| **$PM_{2.5}$** | | | | | |
| 24-hour[8] | 35 $\mu g/m^3$ | -- | -- | 2 | 9 |
| Annual[9] | 12 $\mu g/m^3$ | -- | -- | 1 | 4 |
| **$SO_2$** | | | | | |
| 1-hour[10] | 75 ppb | -- | -- | | |
| 3-hour[11] | 0.5 ppm | 700 $\mu g/m^3$ | -- | 25 | 512 |
| 24-hour[12] | -- | -- | 0.10 ppm | 5 | 91 |
| Annual[4] | -- | -- | 0.02 ppm | 2 | 20 |

1.  The PSD demonstrations serve information purposes only and do not constitute a regulatory PSD increment consumption analysis.
2.  No more than one exceedance per calendar year; for MAAQS - No more than one exceedance per consecutive 12 months
3.  98th percentile, averaged over 3 year; for MAAQS - not to be exceeded more than once over any 12 consecutive months
4.  Annual mean not to be exceeded; for MAAQS - arithmetic average over any four consecutive quarters not to be exceeded
5.  Fourth-highest daily maximum 8-hour ozone concentrations in a year, averaged over 3 years
6.  Not to be exceeded more than once per calendar year on average over 3 years.
7.  3 year average of the arithmetic means over a calendar year
8.  98th percentile, averaged over 3 years
9.  Annual mean, averaged over 3 years, NAAQS promulgated December 14, 2012
10. 99th percentile of daily maximum 1-hour concentrations in a year, averaged over 3 years
11. No more than one exceedance per calendar year (secondary NAAQS) and no more than one exceedance in 12 consecutive months (CAAQS)
12. For areas in New Mexico not within 3.5 miles of the Chino Mines Company
13. http://www.colorado.gov/cs/Satellite/CDPHE-Main/CBON/1251601911433
14. http://www.nmcpr.state.nm.us/nmac/parts/title20/20.002.0003.htm
15. In December 2014 EPA proposed a new primary 8-hour ozone NAAQS that would lower the threshold to somewhere in the 65-70 ppb range that will be promulgated in October 2015.

BLM_0022123

December 2014                                              

### 1.4.2    Air Quality Related Value (AQRV) Thresholds

The impacts of each BLM authorized oil and gas and other activities within each BLM Planning area, as well as cumulative impacts of all activities together, at Class I and sensitive Class II areas will be assessed for three AQRVs: visibility, deposition and acid neutralizing capacity (ANC).  The June 23, 2011 MOU between EPA, USDOI and USDA states that the project and cumulative AQRV impacts at Class I and sensitive Class II areas should be assessed by comparing against thresholds of concern defined by the Federal Land Manager (FLM) for the given Class I or sensitive Class II area in question.  In the CARMMS first draft Modeling Protocol and at the October 30, 2013 meeting with the Interagency Air Quality Review Team (IAQRT) we presented the following threshold of concern for AQRVs in Class I and sensitive Class II areas and there were no disagreements in the comments received from the IAQRT:

- Visibility impacts for BLM-authorized oil and gas sources within each BLM Planning Area are assessed using the FLAG (2010) procedures that use the new IMPROVE equation, annual average natural visibility background and monthly relative humidity adjustment factors [f(RH)] (see Section 4.6.1).  The visibility impacts from mineral development on Federal lands within each separate BLM planning area are compared against a 0.5 and 1.0 change in deciview (dv) haze index threshold of concern and any exceedances will be reported.

- Cumulative sources visibility impacts from multiple BLM Planning Areas are assessed using a new visibility approach and metrics developed by the FLMs based on the regional haze rule visibility metrics for the best and worst 20% visibility days as discussed in Section 4.6.2.

- Acid deposition impacts due to mineral development on Federal lands within each separate BLM Planning Area for annual total sulfur (S) and total nitrogen (N)  deposition are compared against the 0.005 kg/ha/yr Deposition Analysis Threshold (DAT) for the western states.  Please note the DAT is a project level threshold, and not an appropriate metric to reference against field office level or cumulative impacts.

- Total N and S deposition impacts due to all emissions in the 2008 and 2021 emissions scenarios (i.e., cumulative) are compared to Critical Load values of 2.2 kg/ha/yr for N in Wyoming, 2.3 kg/ha/yr for N in Colorado except for Dinosaur National Monument where a 3.0 kg/ha/yr Critical Load value for N is used.  For S, a 5.0 kg/ha/yr critical load value is used everywhere (see Section 4.7).

- The predicted annual deposition fluxes of sulfur and nitrogen at sensitive lake receptors due to Federal O&G development from individual BLM Planning Areas are used to estimate the change in ANC in accordance with the January 2000, USFS Rocky Mountain Region's Screening Methodology for Calculating ANC Change to High Elevation Lakes, User's Guide (USFS, 2000).  The predicted changes in ANC are compared with the USFS's Level of Acceptable Change (LAC) thresholds of 10% for lakes with ANC values greater than 25 μeq/l and 1 μeq/l for lakes with background ANC values of 25 μeq/l and less (see Section 4.8).  Please note the LAC is a project level threshold, and not an appropriate metric to reference against field office level or cumulative impacts.

BLM_0022124

December 2014 

## 2.0 CARMMS DATABASE DEVELOPMENT

## 2.1 Modeling System

The CARMMS 2008 modeling database was based on the WestJumpAQMS so the same modeling system was adopted. The justification for the model selection is given in the CARMMS Modeling Protocol (ENVIRON, Cater Lake and EMPSi, 2014). Table 2-1 lists the main models selected for the BLM CARMMS modeling with a brief summary of the reasons for their selection as follows:

- The WRF meteorological model was selected because it contains more recent updates and features compared to the MM5 alternative that is no longer supported by its developer.
- The SMOKE emissions model is the most current and up-to-date emissions modeling system and has performance improvements over the alternatives.
- The MOVES on-road mobile emissions modeling system is the recommended modeling system by the EPA.
- The MEGAN biogenic emissions model has been updated by WRAP specifically for simulating biogenic emissions in the western states.
- The CAMx photochemical grid model (PGM) includes a source apportionment capability that is critically important for the CARMMS and was not available in the version of CMAQ PGM alternative at the time the study was initiated.

**Table 2-1. Summary of models selected for the BLM CARMMS modeling.**

| Model Type | Selected Model |
|---|---|
| Meteorological Model | Weather Research Forecasting (WRF) |
| Emissions Model | Sparse Matrix Operator Kernel Emissions  (SMOKE) |
| Emissions Model – On Road Sources | Motor Vehicle Emissions Simulator (MOVES2010) |
| Emissions Model – Biogenic Sources | Model for Emissions of Gases and Aerosols in Nature (MEGAN) |
| Photochemical Grid Model | Comprehensive Air-quality Model with extensions (CAMx) |

## 2.2 Episode Selection

Since the CARMMS will need to address annual average air quality issues (e.g., $PM_{2.5}$) and deposition issues, a full year is selected for modeling. Due to computational requirements and resource constraints, a single meteorological baseline year will be modeled. The entire 2008 calendar year was selected for the CARMMS modeling because it satisfied the most episode selection criteria of recent years:

1. The entire 2008 calendar year includes a variety of meteorological conditions. The year appears to have higher than average photochemical production potential so was not an atypical low year for secondary ozone and PM formation.

2. 2008 had observed ozone and $PM_{2.5}$ concentrations that were close to and even above the ozone and $PM_{2.5}$ Design Values in Colorado.

BLM_0022125

December 2014 

3. The 2008 year did not include any special study data in Colorado. Note that enhanced monitoring of the Front Range region and vicinity was collected for the summer of 2014, but that was after most of the CARMMS modeling was completed.

4. By modeling a full year (366 days) there should be sufficient number of days to calculated Relative Response Factors (RRFs) following EPA's guidance document (EPA, 2007).

5. The 2008 calendar year was already modeled as part of the Denver ozone modeling and in the WestJumpAQMS and 3SAQS. In particular, the ability to leverage the CARMMS database development off of WestJumpAQMS is critical to the success of the study.

6. Ozone nonattainment areas under the March 2008 0.075 ppm 8-hour ozone NAAQS were designated using 2008-2010 observations, which includes the selected 2008 modeling period.

7. The entire 2008 calendar year dataset includes both weekdays and weekend days.

8. Of the recent years, 2008 fulfills more of the episode selection criteria than other recent years available at the time the project was initiated.

## 2.3 CARMMS Modeling Domains

To leverage modeling data from other studies, the CARMMS adopted the so-called RPO Lambert projection that uses a longitude/latitude origin at (-97, 40) and standard latitude parallels of 33 and 45 degrees. Figure 2-1 displays the 4 km modeling domain used in the CARMMS emissions and photochemical modeling. An initial 4 km modeling domain was identified by including all Class I areas for which any part of the Class I area is within 200 km of a western Colorado BLM Field Office Planning Area. While developing the Modeling Protocol, the BLM New Mexico State Office (NMSO) indicated that they would like to include their Mancos Shale Oil development in the CARMMS modeling. The Mancos Shale Oil development area would be within the New Mexico BLM Farmington Field Office area, but would primarily reside in San Juan County with portions potentially stretching into neighboring Rio Arriba, Sandoval and McKinley Counties. Thus, the CARMMS 4 km domain was extended southward to include all Class I areas within 300 km of the Mancos Shale development area.

Figure 2-1 also shows the Class I areas throughout the domain that were analyzed for air quality and AQRV impacts. More details on the Class I and sensitive Class II areas where the AQ and AQRV impacts due to oil and gas and other activities within the BLM planning areas will be assessed is given in Chapter 4.

The CAMx vertical domain definitions will depend on the definition of the WRF vertical layer structure. WRF was run with 37 vertical levels (36 vertical layers using CAMx definition of layer thicknesses) from the surface up to 50 mb (~19-km high above mean sea level) (ENVIRON and Alpine, 2012[13]). The WRF model employs a terrain following coordinate system defined by pressure, using multiple layers that extend from the surface to 50 mb (approximately 19 km

---

[13] http://www.wrapair2.org/pdf/WestJumpAQMS_2008_Annual_WRF_Final_Report_February29_2012.pdf

BLM_0022126

December 2014



above mean sea level). CARMMS is adopting the same layer collapsing strategy as used by WestJumpAQMS whereby multiple WRF layers are combined into one CAMx layer to reduce the air quality model computational time. Table 2-2 displays the approach for collapsing the WRF 36 vertical layers to 25 vertical layers in CAMx for CARMMS and WestJumpAQMS. The WRF layer collapsing scheme in Table 2-2 is collapsing two WRF layers into one CAMx/CMAQ layer for the lowest four layers in CAMx/CMAQ. In the past, the lowest layers of MM5/WRF were mapped directly into CAMx/CMAQ with no layer collapsing. However, in those applications the MM5/WRF layer 1 was much thicker (20-40 m) than used in this WRF application (12 m). Use of a 12 m lowest layer may trap emissions in a too shallow layer and may result in overstated surface concentrations. For example, $NO_X$ emissions are caused by combustion so are buoyant and have plume rise that in reality could take them out of the first layer if it is defined too shallow.

BLM_0022127

December 2014

ENVIRON



**Figure 2-1.  4 km modeling domain used in the Colorado Air Resource Management Modeling Study (CARMMS).**

BLM_0022128

December 2014



**Table 2-2.  37 Vertical layer interface definition for WRF simulations (left most columns), and approach for reducing to 25 vertical layers for CAMx by collapsing multiple WRF layers (right columns).**

| WRF Meteorological Model | | | | | CAMx Air Quality Model | | |
|---|---|---|---|---|---|---|---|
| WRF Layer | Sigma | Pressure (mb) | Height (m) | Thickness (m) | CAMx Layer | Height (m) | Thickness (m) |
| 37 | 0.0000 | 50.00 | 19260 | 2055 | 25 | 19260.0 | 3904.9 |
| 36 | 0.0270 | 75.65 | 17205 | 1850 | | | |
| 35 | 0.0600 | 107.00 | 15355 | 1725 | 24 | 15355.1 | 3425.4 |
| 34 | 0.1000 | 145.00 | 13630 | 1701 | | | |
| 33 | 0.1500 | 192.50 | 11930 | 1389 | 23 | 11929.7 | 2569.6 |
| 32 | 0.2000 | 240.00 | 10541 | 1181 | | | |
| 31 | 0.2500 | 287.50 | 9360 | 1032 | 22 | 9360.1 | 1952.2 |
| 30 | 0.3000 | 335.00 | 8328 | 920 | | | |
| 29 | 0.3500 | 382.50 | 7408 | 832 | 21 | 7407.9 | 1591.8 |
| 28 | 0.4000 | 430.00 | 6576 | 760 | | | |
| 27 | 0.4500 | 477.50 | 5816 | 701 | 20 | 5816.1 | 1352.9 |
| 26 | 0.5000 | 525.00 | 5115 | 652 | | | |
| 25 | 0.5500 | 572.50 | 4463 | 609 | 19 | 4463.3 | 609.2 |
| 24 | 0.6000 | 620.00 | 3854 | 461 | 18 | 3854.1 | 460.7 |
| 23 | 0.6400 | 658.00 | 3393 | 440 | 17 | 3393.4 | 439.6 |
| 22 | 0.6800 | 696.00 | 2954 | 421 | 16 | 2953.7 | 420.6 |
| 21 | 0.7200 | 734.00 | 2533 | 403 | 15 | 2533.1 | 403.3 |
| 20 | 0.7600 | 772.00 | 2130 | 388 | 14 | 2129.7 | 387.6 |
| 19 | 0.8000 | 810.00 | 1742 | 373 | 13 | 1742.2 | 373.1 |
| 18 | 0.8400 | 848.00 | 1369 | 271 | 12 | 1369.1 | 271.1 |
| 17 | 0.8700 | 876.50 | 1098 | 177 | 11 | 1098.0 | 176.8 |
| 16 | 0.8900 | 895.50 | 921 | 174 | 10 | 921.2 | 173.8 |
| 15 | 0.9100 | 914.50 | 747 | 171 | 9 | 747.5 | 170.9 |
| 14 | 0.9300 | 933.50 | 577 | 84 | 8 | 576.6 | 168.1 |
| 13 | 0.9400 | 943.00 | 492 | 84 | | | |
| 12 | 0.9500 | 952.50 | 409 | 83 | 7 | 408.6 | 83.0 |
| 11 | 0.9600 | 962.00 | 326 | 82 | 6 | 325.6 | 82.4 |
| 10 | 0.9700 | 971.50 | 243 | 82 | 5 | 243.2 | 81.7 |
| 9 | 0.9800 | 981.00 | 162 | 41 | 4 | 161.5 | 64.9 |
| 8 | 0.9850 | 985.75 | 121 | 24 | | | |
| 7 | 0.9880 | 988.60 | 97 | 24 | 3 | 96.6 | 40.4 |
| 6 | 0.9910 | 991.45 | 72 | 16 | | | |
| 5 | 0.9930 | 993.35 | 56 | 16 | 2 | 56.2 | 32.2 |
| 4 | 0.9950 | 995.25 | 40 | 16 | | | |
| 3 | 0.9970 | 997.15 | 24 | 12 | 1 | 24.1 | 24.1 |
| 2 | 0.9985 | 998.58 | 12 | 12 | | | |
| 1 | 1.0000 | 1000 | 0 | | | 0 | |

BLM_0022129

December 2014



## 2.4   Meteorological Modeling Approach

The CARMMS meteorological inputs for the CAMx modeling are based on the WRF modeling performed as part of the WestJumpAQMS.  The WRF computational domains were defined to be slightly larger than the CAMx and SMOKE modeling domains to eliminate the occurrence of boundary artifacts in the CAMx meteorological inputs.  Such boundary artifacts can occur when the boundary conditions (BCs) for the meteorological variables come into dynamic balance with WRF's atmospheric equations and numerical methods.

The WRF model contains many different physics options, and achieving the best model performance for any particular year and region is accomplished by performing model sensitivity tests using different options.  As part of the post-2008 Denver ozone SIP modeling, Alpine Geophysics, LLC and ENVIRON conducted numerous WRF meteorological sensitivity simulations to determine the best performing configuration for simulating meteorology in the Inter-Mountain West region (Morris et al., 2011).  The final WRF configuration was used for the 2008 Denver ozone modeling as well as for the WestJumpAQMS WRF modeling results that are used in CARMMS.

### 2.4.1   2008 WRF Modeling Methodology

The WestJumpAQMS 2008 WRF modeling methodology is described below.  More details are provided in the WestJumpAQMS WRF Application/Evaluation report (ENVIRON and Alpine, 2012[14]).

Horizontal Domain Definition:  The computational domain on which WRF was applied for WestJumpAQMS included a 36 km CONUS, 12 km WESTUS and 4 km Inter-Mountain West Domain (IMWD).  The 4 km domain includes the 4 km CARMMS domain shown in Figure 2-1. The grid projection is Lambert Conformal with a pole of projection of 40 degrees North, -97 degrees East and standard parallels of 33 and 45 degrees, the so-called RPO projection.  The datum (size and shape of earth) is a perfect sphere with radius 6370.0 km.

Vertical Domain Definition:  The WRF modeling was based on 37 vertical layers with an approximately 12 meter deep surface layer.  The vertical domain is presented in both sigma and height coordinates in Table 2-2.

Topographic Inputs:  Topographic information for WRF were developed using the standard WRF terrain databases. The 36 km domain is based on the 10 minute (18 km) global data.  The 12 km domain is based on the 2 minute (~4 km) data.  The 4 km domain is based on 30 second (~900 m) data.

Vegetation Type and Land Use Inputs:  Vegetation type and land use information were developed using the most recently released WRF databases provided with the WRF distribution. Standard WRF surface characteristics corresponding to each land use category were employed.

Atmospheric Data Inputs:  The first guess fields were taken from the 12 km North American Model (NAM) database.

---

[14] http://www.wrapair2.org/pdf/WestJumpAQMS_2008_Annual_WRF_Final_Report_February29_2012.pdf

BLM_0022130

December 2014



<u>Diffusion Options</u>:  Horizontal Smagorinsky first-order closure (km_opt = 4) with sixth-order numerical diffusion and suppressed up-gradient diffusion (diff_6th_opt = 2) were used.

<u>Lateral Boundary Conditions</u>:  Lateral boundary conditions were specified from the initialization dataset (12 km NAM) on the 36 km domain with continuous updates nested from the 36 km domain to the 12 km domain and continuous updates nested from the 12 km domain to the 4 km domain, using one-way nesting (feedback = 0).

<u>Top and Bottom Boundary Conditions</u>:  The top boundary condition was selected as an implicit Rayleigh dampening for the vertical velocity.  Consistent with the model application for non-idealized cases, the bottom boundary condition was selected as physical, not free-slip.

<u>Water Temperature Inputs</u>:  The water temperature data were taken from the National Centers for Environmental Prediction (NCEP) Real Time Global (RTG) global one-twelfth degree analysis[15].

<u>FDDA Data Assimilation</u>:  The WRF model was run with a combination of analysis and observation nudging (i.e., Four Dimensional Data assimilation [FDDA]).  Analysis nudging was used on the 36 km and 12 km domain using the 12 km NAM dataset.  For winds and temperature, analysis nudging coefficients of $5\times10^{-4}$ and $3.0\times10^{-4}$ were used on the 36 km and 12 km domains, respectively.  For mixing ratio, an analysis nudging coefficient of $1.0\times10^{-5}$ was used for both the 36 km and 12 km domains.  The nudging uses both surface and aloft nudging with nudging for temperature and mixing ratio not performed in the lower atmosphere (i.e., within the boundary layer and at the surface).  Observation nudging was performed on the 4 km grid domain using the Meteorological Assimilation Data Ingest System (MADIS)[16] observation archive.  The MADIS archive includes the National Climatic Data Center (NCDC)[17] observations and the National Data Buoy Center (NDBC) Coastal-Marine Automated Network C-MAN[18] stations.  The observational nudging coefficients for winds, temperatures and mixing ratios were $1.0\times10^{-4}$, $1.0\times10^{-4}$, and $1.0\times10^{-5}$, respectively and the radius of influence was set to 50 km.

<u>Physics Options</u>:  The WRF model contains many different physics options.  The physics options chosen for the WestJumpAQMS application are presented in Table 2-3.

<u>Application Methodology</u>:  The WRF model was executed in 5½ day blocks initialized at 12Z every 5 days.  Model results were output every 60 minutes.  The first twelve (12) hours of each 5 ½ day block is used for model spin-up and not used in the PGM model inputs or in the WRF model performance evaluation.  WRF was configured to run in distributed memory parallel mode.

---

[15] Real-time, global, sea surface temperature (RTG-SST) analysis.  http://polar.ncep.noaa.gov/sst/oper/Welcome.html
[16] Meteorological Assimilation Data Ingest System.  http://madis.noaa.gov/
[17] National Climatic Data Center.  http://lwf.ncdc.noaa.gov/oa/ncdc.html
[18] National Data Buoy Center.  http://www.ndbc.noaa.gov/cman.php

BLM_0022131

December 2014    

**Table 2-3.     Physics options used in the WestJumpAQMS WRF 2008 simulation modeling.**

| WRF Treatment | Option Selected | Notes |
|---|---|---|
| Microphysics | Thompson scheme | New with WRF 3.1. |
| Longwave Radiation | RRTMG | Rapid Radiative Transfer Model for GCMs includes random cloud overlap and improved efficiency over RRTM. |
| Shortwave Radiation | RRTMG | Same as above, but for shortwave radiation. |
| Land Surface Model (LSM) | NOAH | Two-layer scheme with vegetation and sub-grid tiling. |
| Planetary Boundary Layer (PBL) scheme | YSU | Yonsie University (Korea) Asymmetric Convective Model with non-local upward mixing and local downward mixing. |
| Cumulus parameterization | Kain-Fritsch in the 36 km and 12 km domains. None in the 4 km domain. | 4 km can explicitly simulate cumulus convection so parameterization not needed. |
| Analysis nudging | Nudging applied to winds, temperature and moisture in the 36 km and 12 km domains | Temperature and moisture nudged above PBL only. |
| Observation Nudging | Nudging applied to surface wind only in the 4 km domain | Surface temperature and moisture observation nudging can introduce instabilities. |
| Initialization Dataset | 12 km North American Model (NAM) | Also used in analysis nudging |

### 2.4.2   Meteorological Model Performance Evaluation

The WestJumpAQMS performed a comprehensive and detailed model performance evaluation of the 2008 WRF 36/12/4 km model simulation. The WestJumpAQMS WRF model performance evaluation is documented in a WRF Application/Evaluation report that is available on its website (ENVIRON and Alpine, 2012[19]). The WRF evaluation consisted of the following:

- Evaluation against surface meteorological observations of wind direction, wind speed, temperature and water vapor mixing ratio (humidity) with monthly performance statistics calculated using the METSTAT program:
  - Surface meteorological performance statistics were calculated across the 36 km CONUS, 12 km WESTUS and 4 km Inter-Mountain West domains, across each individual western state and at individual monitoring sites within each western state, including Colorado[20] that is the main focus of the CARMMS.
  - The surface meteorological model performance statistics were compared against model performance evaluation benchmarks in order to help interpret the WRF model performance and compare it with other studies that were used to develop the benchmarks. The 2008 WRF model performance was compared against both the

---

[19] http://www.wrapair2.org/pdf/WestJumpAQMS_2008_Annual_WRF_Final_Report_February29_2012.pdf
[20] http://www.wrapair2.org/pdf/westjump.wrf.site.co.2012-04-04.pdf

BLM_0022132

December 2014



      simple (simple terrain and/or simple meteorological conditions) and complex
      (complex terrain and/or more complex meteorological conditions) model
      performance benchmarks.

   o  The WRF 2008 precipitation estimates were compared with monthly analysis fields
      generated by the Climate Prediction Center (CPC) in a qualitative evaluation.

Appendix A summarizes some of the WestJumpAQMS WRF model performance evaluation
products as they relate to WRF performance within the CARMMS 4 km modeling domain. The
WestJumpAQMS 2008 WRF model performance within the CARMMS region is as good or better
than meteorological model performance seen in past photochemical modeling studies of the
region (e.g., WRAP regional haze modeling and Denver 2008 ozone State Implementation Plan
modeling). Thus, the WestJumpAQMS 2008 WRF meteorological fields were judged to be
appropriate for use in the CARMMS.

## 2.5   2008 BASE CASE EMISSIONS

The 2008 Base Case emissions were developed by the WestJumpAQMS. The primary source for
the 2008 Base Case emissions is Version 2.0 of the National Emissions Inventory (NEIv2.0[21]).
For most source categories, the SMOKE emissions modeling system was used to process the
emissions into the hourly gridded speciated emissions needed as input for CAMx. The
comprehensive and detailed documentation for the WestJumpAQMS 2008 Base Case emissions
inventory is available on the WestJumpAQMS website[22] and includes a final report (ENVIRON,
Alpine and UNC, 2013) and 16 Emissions Technical Memorandums that provide details on the
2008 emissions for each source category as well as for the parameters used in the emissions
modeling.

### 2.5.1   Source of 2008 Base Case Emissions

Table 2-4 summarizes the emission models and sources of 2008 Base Case emissions that are
based primarily on the 2008 NEIv2.0 with the following enhancements:

- Major (≥25 MW) Electrical Generating Units (EGUs) point source $SO_2$ and $NO_x$ emissions
  used Continuous Emissions Monitor (CEM) measurement data that are available online
  from the EPA Clean Air Markets Division (CAMD[23]). These data are hour-specific for $SO_2$,
  $NO_x$ and heat input. The temporal variability of other pollutant emissions (e.g., PM) for
  the CEM sources were estimated using the hourly CEM heat input data to allocate the
  annual emissions from the NEIv2.0 to each hour of the year. Emissions, locations and
  stack parameters for point sources without CEM devices were based on the 2008
  NEIv2.0.
- The WRAP-IPAMS Phase III 2006 oil and gas emission inventories were projected to
  2008 for all Phase III basins that were available at the time of the WestJumpAQMS 2008
  emissions development. In addition, under WestJumpAQMS new oil and gas emissions

---

[21] http://www.epa.gov/ttnchie1/net/2008inventory.html
[22] http://www.wrapair2.org/WestJumpAQMS.aspx
[23] http://www.epa.gov/airmarkets/

BLM_0022133

December 2014 

inventory was developed for the Permian Basin in southeastern New Mexico/northwestern Texas.

- On-road mobile source emissions were based on the MOVES2010[24] model with county-specific weekday and weekend day VMT and monthly meteorology for the 2008 base case modeling year.

- The WRAP windblown dust (WBD) model [25] was used to generate WBD emissions using day-specific hourly meteorology from the 2008 WRF simulation.

- Sea salt and lightning emissions were generated using the 2008 WRF model hourly gridded output.

- Emissions from fires (wildfires, prescribed burns and agricultural burning) are based on the 2008 fire emissions inventory developed in the Joint Fire Sciences Program (JFSP) Deterministic and Empirical Assessment of Smoke's Contribution to Ozone (DEASCO3[26]) study.

- Biogenic emissions were generated using an enhanced version of the Model of Emissions of Gases and Aerosols in Nature (MEGAN[27]) that was updated by WRAP to better represent biogenic emissions for the western states.

- Mexico emissions were based on the 2008 projections from the 1999 Mexico national emissions inventory.

- The Environment Canada 2006 emissions inventory based on the National Pollutant Release Inventory (NPRI) was used for Canada.

- New spatial surrogates for the emissions were developed using the latest 2010 Census and other data that are now available and includes population and housing statistics for 2010. Details on the new spatial surrogates used for allocating county-level emissions to the 4 km grid cells can be found in the WestJumpAQMS Emissions Technical Memorandum Number 13[28].

---

[24] http://www.epa.gov/otaq/models/moves/
[25] http://www.wrapair.org/forums/dejf/fderosion.html
[26] https://www.firescience.gov/projects/11-1-6-6/proposal/11-1-6-6_11-1-6_attachment_1_primary.pdf
[27] http://acd.ucar.edu/~guenther/MEGAN/MEGAN.htm
[28] http://www.wrapair2.org/pdf/Memo13_Parameters_Sep30_2013.pdf

BLM_0022134

December 2014



**Table 2-4. Summary of sources of emissions and emission models used to generate 2008 base case emissions for use in CARMMS.**

| Emissions Component | Configuration | Details |
|---|---|---|
| Model Code | SMOKE Version 3.1 | http://www.smoke-model.org/index.cfm |
| Oil and Gas Emissions | Update WRAP Phase III 2006 to 2008 | Seven WRAP Phase III Basins in CO, NM, UT and WY plus add 2008 Permian Basin O&G Emissions |
| Area Source Emissions | 2008 NEI Version 2.0 | Western state updates, then SMOKE processing of http://www.epa.gov/ttn/chief/net/2008inventory.html |
| On-Road Mobile Sources | MOVES2010 | County specific emissions run for monthly weekday and weekend days. California based on EMFAC2011. |
| Point Sources | 2008 CEM and Non-CEM Sources | Use 2008 day-specific hourly measured CEM for $SO_2$ and $NO_x$ emissions for CEM sources, 2008 NEIv2.0 for other pollutants and non-CEM sources |
| Off-Road Mobile Sources | 2008 NEIv2.0 | Based on EPA NONROAD model http://www.epa.gov/oms/nonrdmdl.htm |
| Wind Blown Dust Emissions | WRAP Wind Blown Dust (WBD) | WRAP WBD Model with 2008 WRF meteorology adjusted to be consistent with 2002 WBD modeling |
| Ammonia Emissions | NEIv2.0 | Based on CMU Ammonia Model. Review and update spatial allocation if appropriate. |
| Biogenic Sources | MEGAN | Enhanced version of MEGAN Version 2.1 from WRAP Biogenics study http://www.wrapair2.org/pdf/WGA_BiogEmisInv_FinalReport_March20_2012.pdf |
| Fires | 2008 DEASCO3 | 2008 DEASCO3 fire inventory used. http://www.wrapair2.org/pdf/JSFP_DEASCO3_TechnicalProposal_November19_2010.pdf |
| Temporal Adjustments | Seasonal, day, hour | Based on latest collected information |
| Chemical Speciation | CB05 Chemical Speciation | CB6 considered but was too new at time study was initiated. |
| Gridding | Spatial Surrogates based on landuse | Develop new spatial surrogates using 2010 census data and other data |
| Quality Assurance | SMOKE QA Tools; PAVE, VERDI plots; Summary reports | Follow WRAP emissions QA/QC plan. |

BLM_0022135

December 2014 

### 2.5.2   On-Road Mobile Sources

The MOtor Vehicle Emissions Simulator (MOVES[29]) is EPA's current tool to construct on-road mobile source emissions estimates for national, state, and county level inventories of criteria air pollutants, greenhouse gas emissions, and some mobile source air toxics from highway vehicles.  In addition, MOVES can make projections for energy consumption (total, petroleum-based, and fossil-based).  EPA requires that all new regulatory modeling studies use the MOVES model for mobile source emissions and MOVES is also recommended for NEPA studies (EPA, 2012c).

The CARMMS/WestJumpAQMS 2008 on-road mobile source emission modeling was conducted using MOVES2010 (EPA, 2012a).  On July 31, 2014, EPA released a new version of MOVES (MOVES2014; EPA, 2014a,b).  The CARMMS mobile source emissions modeling was conducted in 2013 using MOVES2010, well before the release of MOVES2014.  As stated in EPA's MOVES2014 Policy Guidance (EPA, 2014c) "All states other than California should use MOVES2014 for future SIPs in order to take full advantage of the improvements incorporated in this version.  However, state and local agencies that have already completed significant work on a SIP with MOVES2010 can continue to use it"[30] (EPA, 2014c).

The WestJumpAQMS ran MOVES2010 configured to estimate 2008 mobile source emissions directly (i.e., emissions inventory mode) at a county level basis by month using the monthly average diurnally varying 2008 WRF meteorological conditions.  However, the 3SAQS updated the 2008 and 2020 mobile source emissions using MOVES2010 in the emissions factor mode to generate a lookup table of emissions factors that was used with SMOKE-MOVES and the 2008 WRF gridded hourly meteorological data to generate day-specific hourly gridded on-road mobile source emission inputs.  The CARMMS 2021 High, Low and Medium Development Scenarios CAMx source apportionment modeling used the 3SAQS 2020 SMOKE-MOVES on-road mobile source emissions.  SMOKE-MOVES spatially allocated the mobile source activity data to the 36/12/4 km modeling domains using spatial surrogates developed using the 2010 census and other data.  This includes new spatial surrogate categories specific to new source categories in MOVES (e.g., heavy duty truck idling at rest stops).  SMOKE-MOVES also chemically speciated the emissions to the CB05 chemical mechanism using CB05 chemical speciation profiles based on the SPECIATE4.3 database.  More details on the 2008 on-road mobile source emissions can be found in the 3SAQS 2008 base case modeling report (Adelman, Shanker, Yang and Morris, 2014).

### 2.5.3   Area and Non-Road Mobile Sources

The 2008 NEIv2.0 area and non-road emissions were processed using the SMOKE emissions model with new 2010 census spatial surrogates and default temporal and CB05 speciation adjustments.  Several source categories within the area and non-road category were removed from the NEIv2.0 so that they could be replaced or updated and separately processed, which allows a more thorough QA/QC analysis.  The source categories that were extracted from the NEIv2.0 area and non-road sources for separate treatment or replacement were as follows:

---

[29] http://www.epa.gov/otaq/models/moves/
[30] http://www.epa.gov/otaq/models/moves/documents/420b14008.pdf

BLM_0022136

December 2014 

- Oil and gas (O&G) exploration and production sources for locations covered by most of the WRAP Phase III O&G Basins and the Permian Basin were removed from the 2008 NEIv2. They were replaced by the WRAP Phase III 2006 emissions projected to 2008 (see Section 2.5.4). New 2008 O&G emissions were developed for the Permian Basin in southeastern New Mexico/northwestern Texas. The 2008 NEIv2.0 O&G emissions were used for the remainder of the U.S. locations, which includes the Williston and Great Plains Basins (North Dakota and Montana) whose WRAP Phase III emissions were not available at the time of the 2008 emissions inventory development.

- Ammonia emissions due to livestock and fertilizer sources were removed from the NEIv2.0 and processed separately.

- Aircraft, locomotive and marine (ALM) sources were processed separately as their own source group in the emissions modeling. The marine sources do not include large ocean going (Class 3) vessels (Commercial Marine Vessels, CMV) that were processed under the off-shore shipping category.

- Fire emissions were removed from the NEIv2.0 and were replaced by 2008 fire emissions developed as part of the DEASCO3 study.

- Fugitive dust emissions were removed from the NEIv2.0 for separate processing.

Below we summarize the processing area and non-road emissions used from the 2008 NEIv2 in the CARMMS 2008 base case, more details can be found in WestJumpAQMS Technical Memorandum No.2 Area and Non-Road Emissions (Loomis, Morris and Adelman, 2013[31]).

## 2.5.3.1   Area Sources

The NEI Area (or Non-Point) data category contains emission estimates for sources which individually are too small in magnitude or too numerous to inventory as individual point sources, and which can often be estimated more accurately as a single aggregate source for a County or Tribal area. Area source (non-point) emissions are emissions sources that are summed over a geographic region, rather than specifically located. Examples of area sources include small industrial, residential, consumer product, and agricultural emissions. For emissions modeling purposes, these types of emissions are defined by state and county (or tribal) identifiers, and SCC codes. After extracting the area source categories from the NEIv2.0 as indicated above, the remaining area sources in the NEIv2.0 were processed by SMOKE as their own source category.

## 2.5.3.2   Non-Road Sources

The NEI Non-Road data categories contain mobile sources which are estimated for version 2.0 of the 2008 NEI using the EPA NONROAD[32] model, run within the National Mobile Inventory Model (NMIM[33]). The non-road emissions have been compiled as both annual total emissions, and average day emissions by month. In order to take the best advantage of the monthly and seasonal variability of the non-road emissions sources, we used the monthly options for SMOKE modeling inputs.

---

[31] http://www.wrapair2.org/pdf/Memo_2_Area_Jan22_2013%20review%20draft.pdf
[32] http://www.epa.gov/otaq/nonrdmdl.htm
[33] http://www.epa.gov/otaq/nmim.htm

BLM_0022137

December 2014 

Note that emissions data for aircraft, locomotives, and commercial marine vessels are <u>not</u> included in the NEI non-road data category starting with the 2008 NEI. These three non-road mobile source categories were handled as special cases, with separate input processing streams. Aircraft engine emissions occurring during Landing and Takeoff Operations (LTO) and the Ground Support Equipment (GSE) and Auxiliary Power Units (APU) associated with the aircraft are now included in the point data category at individual airports in the 2008 NEI. Emissions from locomotives that occur at rail yards are also included in the point data category. In-flight aircraft emissions, locomotive emissions outside of the rail yards, and commercial marine vessel emissions (both underway and port emissions) are included in the Non-Point data category.

### 2.5.4    2008 Oil and Gas Emissions

For Basins covered by the WRAP-IPAMS Phase III 2006 oil and gas (O&G) emissions available at the time of the 2008 base case emissions development, the WRAP Phase III O&G 2006 emissions were projected to 2008. WestJumpAQMS also developed new 2008 O&G emissions for the Permian Basin in southeastern New Mexico/northwestern Texas. For all other Basins in the U.S. (including Williston and Great Plains Basins whose WRAP Phase III emissions were not available at the time of the 2008 base case development) the 2008 O&G emissions from the NEIv2.0 were used and processed as area and point sources.

#### 2.5.4.1   2008 Phase III O&G Emissions Update

The WRAP Phase III 2006 baseline O&G inventories were projected to 2008 for the following eight WRAP Phase III Basins:

- Denver-Julesburg Basin (CO)
- Piceance Basin (CO)
- Uinta Basin (UT)
- North San Juan Basin (CO)
- South San Juan Basin (NM)
- Wind River Basin (WY)
- Powder River Basin (WY)
- Greater Green River Basin (WY)

The 2008 O&G emission update for the WRAP Phase III and Permian Basins used 2008 O&G production statistics from the Enerdeq database published by IHS Global, also referred to as the "PI Dwight's" database. This database contains production statistics that are consistent and typically of higher quality than the primary data in individual state O&G Commission databases.

Processing of the IHS data for the 2008 projections followed the same methodology as used in the WRAP Phase III study[34]. Summaries of production statistics were extracted from the IHS database, including well count by well type and location, spud count, production of gas by well type and well location, production of liquid petroleum (oil or condensate) by well type and well

---

[34] http://www.wrapair2.org/PhaseIII.aspx

BLM_0022138

December 2014



location, and production of water by well type and well location. All data were summarized at the county and basin level, for tribal and non-tribal land separately as applicable to each basin. No new survey work was conducted for the 2008 O&G emissions update so the analysis did not include any updates of company-specific production statistics as was done in the development of the Phase III 2006 O&G emission inventories. The resulting production statistics data were summarized at the county, tribal and basin levels for all basins including the Permian Basin.

The 2008 production statistics from the IHS database were used to project the Phase III baseline 2006 O&G inventories. The projections will be developed as scaling factors that represented the ratio of the value of a specific activity parameter in 2008 to the value in 2006. The scaling factors were developed at the county and tribal levels for all basins. Scaling factors were then matched to all source categories considered as part of the Phase III inventories, using the same cross-referencing analysis conducted as part of the midterm (2012) projections in the Phase III study. The 2008 to 2006 scaling factors were used to adjust the activity data for the oil and gas emissions.

Where specific scaling factors are estimated to be less than one (1), indicating a reduction in an activity parameter from 2006 to 2008, all emissions factors and activity data will be assumed to be identical in 2008 as in 2006 and the 2006 emissions will be reduced and no emission controls assessment is needed (i.e., when activity is reduced between 2006 and 2008 we are assuming that the same equipment is being used in the field, it is just producing less). In this case, the 2008 emissions will be developed assuming the direct application of the scaling factor with no additional controls.

Where scaling factors are estimated to be greater than one (1), it is assumed that some growth in activity has occurred in the 2006-2008 time period and that new equipment may have been deployed in the field. A controls analysis was conducted specific to each basin and utilizing the control measures identified as part of the WRAP Phase III midterm O&G projections work. The controls analysis only considered broad control factors, rather than detailed analyses as conducted in the Phase III midterm projections. Where no significant impact of controls from federal or state regulations are anticipated in the 2006-2008 time period, no control factors for the specific source category will be assumed.

For Colorado Basins, the permitted O&G 2008 emissions were based on the CDPHE 2008 APEN database rather than projected from the WRAP Phase III 2006 O&G emissions, whose permitted O&G emissions were based on the CDPHE 2006 APEN database. In addition, the Colorado Department of Health and Development (CDPHE) has determined that not all condensate flash VOC emissions that were assumed to be controlled 95% by flares make it to the flare and are instead vented to the atmosphere. Thus, CDPHE has introduced the concept of a Capture Efficiency (CE) for condensate flare control that assumes only 75% of the condensate flash VOC emissions are actually controlled by the flare and the other 25% is released directly to the atmosphere. The CDPHE 75% CE assumption was adopted in the CARMMS/WestJumpAQMS 2008 base case O&G emissions in Colorado. The WRAP Phase III 2006 unpermitted condensate tank O&G emissions are either projected to 2008 (D-J Basin) or the 2008 APEN condensate tank emissions are reduced (Piceance Basin) in order for the total 2008 condensate production in the inventory to match the 2008 IHS database production statistics.

BLM_0022139

December 2014



Details on the development of the 2008 O&G emissions for the Colorado Basins, the Uinta and South San Juan Basins and the Wyoming Basins can be found in three WestJumpAQMS Technical Memorandums by, respectively, Bar-Ilan and Morris (2012a[35]), Bar-Ilan and Morris (2012b[36]) and Bar-Ilan and Morris (2012c[37]).

#### 2.5.4.2   2008 Emission Inventory for the Permian Basin

A study prepared by Applied EnviroSolutions, Inc. (AES) on 2007 O&G emissions in the New Mexico portion of the Permian Basin along with 2008 O&G emissions from the Texas Commission on Environmental Quality (TCEQ) was used to develop a comprehensive O&G emissions inventory of the Permian Basin. The Permian Basin lies outside of the CARMMS modeling domain, although Permian Basin emissions are used in the CAMx 36/12 km modeling to provide BCs for the CARMMS 4 km domain. Details on the development of the 2008 O&G emissions for the Permian Basin can be found in WestJumpAQMS Emissions Technical Memorandum Number 4d (Bar-Ilan and Morris, 2013[38]).

#### 2.5.4.3   2008 O&G Emissions for the Remainder of the U.S.

The WRAP Phase III Basins and Permian Basin O&G emissions described above covers most of an area including northwestern TX, NM, CO, UT and WY and all of the 4 km CARMMS domain. For areas within these states not covered by the WRAP Phase III and Permian Basins, and O&G emissions outside of this region, the O&G emissions from the 2008 NEIv2.0 were used. Details on the O&G emissions used in the 2008 base case not covered by the WRAP Phase III Basins can be found in WestJumpAQMS Technical Memorandum No. 4e (Loomis, Adelman, Morris and Bar-Ilan, 2013[39]).

### 2.5.5   Fire Emissions

2008 emissions from wild fires, prescribed burns and agricultural burning were based on the comprehensive 2008 fire emissions inventory developed as part of the DEASCO3[40] project sponsored by the Joint Fire Science Program (JFSP). The WestJumpAQMS emissions Technical Memorandum Number 5 (Morris, Tai, Loomis and Adelman, 2012[41]) discusses and compares available fire emissions data for 2008. Details on the DEASCO3 fire emissions development methodology[42] and the methodology for fire plume rise and speciation[43] is available on the DEASCO3 website.

### 2.5.6   Ammonia Emissions

Ammonia emissions were based on the 2008 NEIv2.0 emissions inventory. A vast majority of the ammonia emissions in the 2008 NEIv2.0 were from livestock and fertilizer application that

[35] http://www.wrapair2.org/pdf/Memo_4a_OG_Jun06_2012_Final.pdf
[36] http://www.wrapair2.org/pdf/Memo_4b_OG_June06_2012_Final.pdf
[37] http://www.wrapair2.org/pdf/Memo_4c_OG_Jan23_2013_RevisedFinal.pdf
[38] http://www.wrapair2.org/pdf/Memo_4d_OG_Apr24_2013_Final.pdf
[39] http://www.wrapair2.org/pdf/Final_Memo_4e_RemainderOG_Mar6_2013.pdf
[40] http://www.wrapair2.org/pdf/JSFP_DEASCO3_TechnicalProposal_November19_2010.pdf
[41] http://www.wrapair2.org/pdf/Memo_5_Fires_Apr27_2012_Final.pdf
[42] https://wraptools.org/pdf/ei_methodology_20130930.pdf
[43] https://wraptools.org/pdf/DEASCO3_Plume_Rise_Memo_20131210.pdf

BLM_0022140



were based on the CMU ammonia model[44].  Updated spatial surrogates for locations of Concentrated Animal Feeding Operations (CAFOs) in Colorado developed as part of the NPS ROMANS study were used to spatially allocate the NEIv2.0 livestock ammonia emissions in Colorado, which greatly improves the ammonia emissions within the CARMMS domain.  Details on the development of the ammonia emissions used in the CARMMS 2008 base case can be found in the WestJumpAQMS Technical Memorandum No. 8 (Loomis, Wilkinson, Adelman and Morris, 2013[45]).

### 2.5.7   Ocean Going Vessels

The 2008 off-shore shipping emissions inventory was based on the 2008 NEIv2.0.  These emissions are developed and carried as point sources, rather than the area-level files generally used for off-road mobiles sources, including marine emissions sources.  Details on the Off-Shore Shipping emissions are provided in a report "Documentation for the Commercial Marine Vessel Component of the National Emissions Inventory – Methodology" prepared by Eastern Research Group (ERG, 2010[46]) dated March 30, 2010.  The WestJumpAQMS emissions Technical Memorandum Number 7 (Loomis, Morris and Adelman, 2012[47]) describes the off-shore shipping emissions and how they were processed for input into the photochemical grid model.

### 2.5.8   Biogenic Emissions

WRAP performed a Western Biogenic Emissions Update Study that enhanced the MEGAN biogenic emissions model to better simulate biogenic emissions in the western U.S.  The CARMMS used the new enhanced version of MEGAN along with the 2008 WRF 36/12/4 km data to generate hourly gridded speciated biogenic emission inputs for 2008 and the CARMMS 4 km domain.  Details on the WRAP Biogenic Emissions Update Study can be found in the study's final report (Sakulyanontvittaya, Yarwood and Guenther, 2012[48]) with a summary provided in the WestJumpAQMS emissions Technical Memorandum Number 9 on biogenic emissions (Sakulyanontvittaya et al., 2012[49]).

### 2.5.9   Spatial Allocation

New spatial allocation surrogates were developed at 4 km resolution for the CONUS domain using the latest 2010 CENSUS and other new data.  The 4 km surrogate distributions were used directly for disaggregating the county-level emissions to the 4 km grid cells in the CARMMS modeling domain, as well as collapsed to 36 and 12 km resolution for spatial allocation to the 36 km CONUS and 12 km WESTUS domains used in WestJumpAQMS modeling.  Table 2-5 summarizes the spatial surrogates to be used for spatial allocation in the CARMMS/WestJumpAQMS SMOKE emissions modeling.  More details are provided in the WestJumpAQMS emissions Technical Memorandum Number 13 on SMOKE modeling parameters (Adelman, Loomis and Morris, 2013[50]).

---

[44] http://www.cmu.edu/ammonia/
[45] http://www.wrapair2.org/pdf/Memo8_AmmoniaSources_Feb28_2013review_draft.pdf
[46] http://www.epa.gov/ttn/chief/net/nei08_alm_popup.html
[47] http://www.wrapair2.org/pdf/OffshoreShippingEmissionsMemo_7WestJumpAQMS_Jan23_2012.pdf
[48] http://www.wrapair2.org/pdf/WGA_BiogEmisInv_FinalReport_March20_2012.pdf
[49] http://www.wrapair2.org/pdf/Memo_9_Biogenics_May9_2012_Final.pdf
[50] http://www.wrapair2.org/pdf/Memo13_Parameters_Feb28_2013review_draft.pdf

BLM_0022141

December 2014



**Table 2-5.  Spatial surrogate distributions to be used in the SMOKE emissions modeling spatial allocations.**

| Shapefile | Description | Type | Year | Source |
|---|---|---|---|---|
| cty_pophu2k_revised | U.S. County Boundaries | Polygon | 2005 | U.S. Census Bureau |
| pophu_bg2010 | Population/ Housing | Polygon | 2010 | U.S. Census Bureau |
| rd_ps_tiger2010 | Roadways | Line | 2010 | U.S. Census Bureau |
| waterway_ntad2011 | Waterways | Line | 2010 | U.S. Bureau of Transport Statistics |
| rail_tiger2010 | Railways | Line | 2010 | U.S. Census Bureau |
| exits** | Highway Exits | Point | 2010 | ESRI |
| mjrrds** | Major Roads | Line | 2010 | ESRI |
| transterm** | Transportation Terminals | Point | 2010 | ESRI |
| fema_bsf_2002bnd | Building footprints | Polygon | 2010 | FEMA |
| heating_fuels_acs0510_c2010 | Home heating fuels | Polygon | 2010 | U.S. Census Bureau |

### 2.5.10 Temporal Allocation

Temporal profiles are available from the U.S. EPA for a wide range of emissions sources.  While the majority of the temporal profiles available from the EPA represent nationally averaged emissions sources, state-specific monthly profiles exist for prescribed fires, wildfires, livestock, and some mobile sources.  For most sources the emissions modeling temporal allocations were based on the U.S. EPA temporal profiles distributed with the 2008 NEIv2.0[51] (filename: amptpro_2008aa_us_can_revised_06oct2011_v0.txt).  Several source categories use episode emissions that already have hourly emissions so will not use the temporal allocation profiles.  These emissions categories include: large point sources with measured hourly CEM emissions; on-road mobile sources that use the MOVES monthly weekday/weekend day hourly emissions; biogenic emissions from MEGAN; and fire emissions from DEASCO3.  The EPA default cross walk file between SCC codes and temporal allocations is available on the NEIv2.0 website[52].

### 2.5.11 Chemical Speciation

The U.S. EPA develops speciation profiles from information stored in the SPECIATE database[53].  The SPECIATE database is the official repository of volatile organic compound (VOC) and particulate matter (PM) emissions source profiles for different categories of emissions sources.  CARMMS SMOKE emissions modeling used the SPECIATE Version 4.3 database released in September 2011 that contains 5,592 profiles of chemical mass fractions from source testing conducted by EPA, state agencies, or published in the literature since the 1970's.  Of the profiles in SPECIATE V4.3, 3,570 are for PM sources, 1,775 are for VOC sources, and 247 are for other gases, such as mercury.  The most recent update to the SPECIATE database occurred with the release of version 4.4 in February 2014 that includes 5,728 speciation profiles for VOC, PM and mercury.  SPECIATE 4.4 was released after CARMMS conducted most of its emissions modeling.

Part of the speciation process for VOCs includes converting inventory reactive organic gases (ROG) to total organic gases (TOG).  This step is required because inventoried VOC excludes ethane and methane in the mass of total VOC while the speciation profiles include ethane and

---

[51] http://www.epa.gov/ttnchie1/net/2008inventory.html
[52] ftp://ftp.epa.gov/EmisInventory/2008v2/doc/scc_eissector_xwalk_2008neiv2.xlsx
[53] http://www.epa.gov/ttnchie1/software/speciate/

BLM_0022142



methane.  Before the speciation profiles can be applied to the inventory, the inventory VOC must be scaled up to account for the missing methane mass.  SCC-specific ROG-to-TOG conversion factors are included with the speciation profiles to prepare the inventories for speciation.

The CARMMS CAMx photochemical grid modeling used the Carbon Bond version 05 (CB05) chemical mechanism (Yarwood et al., 2005[54]).  The SMOKE emissions modeling was performed using CB05 speciation profiles, based on the SPECIATE V4.3 database, and ROG-to-TOG conversion factors.  The Speciation Tool is an interface to the SPECIATE database that develops CB05 VOC speciation profiles for use in the SMOKE emissions modeling.  The exception to using the SPECIATE V4.3 VOC speciation profiles was for the WRAP Phase III Basins where Basin-specific CB05 VOC speciation profiles were used for O&G VOC emissions.

### 2.5.12  Emissions Quality Assurance and Quality Control

The emissions modeling quality assurance (QA) and quality control (QC) procedures developed as part of the WRAP Regional Modeling Center are being used in the CARMMS and WestJumpAQMS emissions modeling (Adelman, 2004).  The 2008 base case emissions are processed by major source category in several different "streams" of emissions modeling.  This is done in order to assist in the QA/QC of the emissions modeling as it is much easier to identify potential issues in the emissions fields when analyzing single source categories at a time.  Each stream of emissions modeling generates a pre-merged CAMx-ready emissions model input with all pre-merged emissions inputs merged together to generate the final CAMx-ready two-dimensional gridded low-level (layer 1) and point source emission inputs.  Table 2-6 lists an example of separate streams of emissions modeling by source category that can be used.  Also shown in Table 2-6 are the source of the emissions, processing comments and the temporal allocation strategy whose options are as follows:

- Single day per year (aveday_yr)
- Single day per month (aveday_mon)
- Typical Monday, Weekday, Saturday, Sunday per year (mwdss_yr)
- Typical Monday, Weekday, Saturday, Sunday per month (mwdss_mon)
- Emissions estimated for each model simulation day (daily)
- Emissions estimated for each model simulation day with temporal profiles generated with average daily meteorology (daily met)
- Emissions estimated for each model simulation day with temporal profiles generated with hourly meteorology (hourly met)

---

[54] http://www.camx.com/publ/pdfs/cb05_final_report_120805.aspx

BLM_0022143

December 2014



## Table 2-6. Emissions processing categories and temporal allocation approach for 2008 Base Case emissions modeling.

| No. | Emissions Processing Category (Abbr) | Inventory Source | Temporal | Processing Comments |
|---|---|---|---|---|
| 1 | Nonpoint/Area (nonpt) | NEI | mwdss_mon | Remove oil & gas, agricultural NH3, and dust,; includes commercial marine and rail |
| 2 | Livestock NH3 (lv) | NEI | mwdss_mon | Do not apply met-based temporal profiles; separate out for possible sensitivity later |
| 3 | Fertilizer NH3 (ft) | NEI | mwdss_mon | Group with lv as a full agricultural NH3 sector (ag) |
| 4 | Fugitive and Road Dust (fd) | NEI | mwdss_mon | Includes paved and unpaved road dust; apply transport factors but not met factors |
| 5 | Residential Wood Combustion (rwc) | NEI | mwdss_mon | Do not apply met-based temporal profiles; separate out for possible sensitivity later |
| 6 | Area Oil & Gas from P3 (ogp3) | WRAP P3 | mwdss_mon | Basin specific speciation profiles and spatial surrogates (includes Permian Basin) |
| 7 | Area Oil and Gas from NEI (ognei) | NEI | MWDSS_mon | Use default speciation and allocations |
| 8 | Nonroad mobile (nr) | NEI | mwdss_mon | Includes NMIM commercial marine and rail |
| 9 | MOVES RPD (rpd) | MOVES | hourly met | |
| 10 | CEM Point (ptcem) | NEI08/CAMD | daily | Anomalies removed from 2008 CAMD data |
| 11 | Non-CEM Point (ptncem) | NEI08 | mwdss_mon | Removed oil & gas sources from NEI and transferred to ptognei sector |
| 12 | Point Oil & Gas from P3 (ptogp3) | WRAP P3 | mwdss_mon | WRAP Phase III inventory and Permian Basin |
| 13 | Point Oil & Gas from NEI (ptognei) | WRAP NEI | mwdss_mon | Remove NEI oil and gas emissions for counties in WRAP P3/Permian Basins |
| 14 | Point Fires (ptfire) | FINN or SMARTFIRE | daily | |
| 15 | Commercial Marine (ptseca) | NEI | aveday_mon | Latest version from Emissions Control Area (ECA) rule |
| 16 | Lightning $NO_x$ (lnox) | | hourly met | Gridded hourly NO emissions tied to WRF convective rainfall (optional) |
| 17 | Sea salt (ss) | | hourly met | Surf zone and open ocean PM emissions (Optional) |
| 18 | Windblown Dust (wbd) | TBD | hourly met | WRAP WBD model one option |
| 19 | MEGAN Biogenic (bg) | MEGAN2.1 | hourly met | Use new versions of MEGAN V2.10 updated by WRAP for the western U.S. |
| 20 | Mexico Area (mexar) | Mexico NEI | mwdss_mon | Mexico inventory projected from 1999 to 2008 |
| 21 | Mexico Point (mexpt) | Mexico NEI | mwdss_mon | Mexico inventory projected from 1999 to 2013 |
| 22 | Mexico Mobile (mexmb) | Mexico NEI | mwdss_mon | Mexico inventory projected from 1999 to 2013 |
| 23 | Canada Area (canar) | Canada NPRI | mwdss_mon | Latest Environment Canada Inventory |
| 24 | Canada Point (canpt) | Canada NPRI | mwdss_mon | Latest Environment Canada Inventory |
| 25 | Canada Mobile (canmb) | Canada NPRI | mwdss_mon | Latest Environment Canada Inventory |
| 26+ | BLM Planning Areas | BLM | Mwdss_mon | Separate processing of O&G and mining emissions in each BLM Planning Area |

BLM_0022144

December 2014 

Separate QA/QC is performed for each separate stream of emissions processing and in each step. SMOKE includes advanced quality assurance features that include error logs when emissions are dropped or added. The QA/QC procedures developed under the WRAP RMC will be used (Adelman, 2004) that includes visual displays that such as:

- Spatial plots of the hourly emissions for each major species (e.g., $NO_X$, VOC, some speciated VOC, $SO_2$, $NH_3$, PM and CO);
- Vertical average emissions plots for major species and each of the grids;
- Diurnal plots of total emissions by major species and by state; and
- Summary tables of emissions for major species for each grid and by major source category.

This QA information will be examined against the original point and area source data and summarized in an overall QA/QC assessment.

Scripts to perform the emissions merging of the appropriate biogenic, on-road, non-road, area, low-level, fire, and point emission files were written to generate the CAMx-ready two-dimensional day-specific hourly speciated gridded emission inputs. The point source and, as available, elevated fire emissions were processed into the day-specific hourly speciated emissions in the CAMx-ready point source format.

The resultant CAMx model-ready emissions were subjected to a final QA using spatial maps, vertical plots and diurnal plots to assure that: (1) the emissions were merged properly; (2) CAMx inputs contain the same total emissions; and (3) to provide additional QA/QC information.

## 2.6   2008 Base Case Modeling and Model Performance Evaluation

WestJumpAQMS performed a CAMx 2008 4 km Base Case simulation for the CARMMS 4 km modeling domain and conducted a model performance evaluation. The CARMMS model performance evaluation was documented in Section 4.5.3 in the WestJumpAQMS final report (ENVIRON, Alpine and UNC, 2013[55]). The CARMMS study intended to rely on the WestJumpAQMS CAMx model performance evaluation that focused on monthly and annual model performance statistics across the 4 km CARMMS domain for ozone, $PM_{2.5}$ and related species. However, when presenting the CARMMS 2008 Base Case modeling and model performance evaluation results to the IAQRT at a February 28, 2014 meeting, the IAQRT requested that more model performance information be provided. In particular, the IAQRT requested that ozone model performance statistics be calculated using a 60 ppb observed ozone cut-off concentration instead of 40 ppb as used by WestJumpAQMS, and that model performance statistics be provided down to an individual monitoring site. Thus, CARMMS calculated additional ozone model performance statistics using the 60 ppb ozone cut-off and packaged up all of the WestJumpAQMS model performance products for the 4 km CARMMS domain and 2008 Base Case simulation. The result was a 72 Mb zipped file of model performance products that had over 4,500 model performance statistics and displays that

---

[55] http://www.wrapair2.org/pdf/WestJumpAQMS_FinRpt_Finalv2.pdf

BLM_0022145

December 2014



summarized model performance down to the individual monitoring site for each month and for each day of 2008 across the 4 km CARMMS domain.  The zipped file of model performance products was provided to the IAQRT.

Appendix B summarizes the CARMMS CAMx 2008 Base Case simulation and model performance evaluation across the 4 km CARMMS domain, including ozone model performance statistics using a 60 ppb observed ozone cut-off threshold as recommended by EPA.  The CARMMS CAMx Base Case simulation achieved EPA's ozone model performance goals, except in the winter months (Jan, Feb, Nov and Dec) when a 60 ppb observed ozone cut-off is used.  The highest winter ozone events in the CARMMS 4 km domain occur during the winter ozone episodes in the Uinta Basin under cold pool shallow inversion conditions or stratospheric ozone intrusions events that the CARMMS modeling system was either not configured to simulate or has difficulty simulating, respectively.  The CARMMS CAMx Base Case simulation also mostly achieved the PM Model Performance Criteria.  More details on the CARMMS 2008 4 km base case simulation and model performance evaluation are provided in Appendix B.

BLM_0022146

December 2014



## 3.0 FUTURE YEAR EMISSIONS

The meteorological base year for the CARMMS modeling is 2008. The development of the 2008 Base Case modeling database and emissions scenario was described in Chapter 2. In this section, we describe the development of the future year emissions scenario. The future year emissions scenario modeled is 2021. Projecting future year oil and gas (O&G) emissions has many uncertainties as it depends on economic conditions (e.g., price of natural gas and oil), identification of new O&G plays, availability of exploration and development equipment and regulatory requirements. For CARMMS, future year O&G emissions were developed for a range of potential outcomes that would hopefully bound the actual future year O&G development in the region. CARMMS developed three levels of 2021 future year O&G development within the BLM Colorado Planning Areas:

- High Development Scenario;
- Low Development Scenario; and
- Medium Development Scenario, which is a mitigated version of the High Development Scenario.

There are four general types of future year emissions addressed in CARMMS:

1. BLM-authorized (Federal lands) and other (non-Federal lands) oil and gas and mining emissions within the Colorado BLM planning areas (as well as the BLM Farmington Field Office in northern New Mexico);

2. Oil and gas and other development areas outside of Colorado/northern New Mexico BLM Planning Areas;

3. Remainder future year anthropogenic emissions; and

4. Emissions related to the 2008 base year that remained unchanged in the future year scenarios.

## 3.1   Western Colorado BLM Planning Area Oil and Gas Emissions

To address emissions from future BLM-authorized (Federal lands) and non-BLM-authorized (non-Federal lands) oil and gas development in the western Colorado planning areas, CARMMS has developed several emission calculators. Existing emissions calculators were improved under CARMMS and representative calculators for "typical" crude oil, conventional gas (with condensate), coal bed natural gas (CBNG), and shale gas within the region have been developed. New information has been incorporated for drilling times; engine configurations; condensate and produced water production; well pad versus offsite gas treatment and storage; well-head, infield, and pipeline compression; and gas/oil production. The ability to readily modify input assumptions, such as production parameters, emission control assumptions, and wellhead equipment configurations, has also been incorporated into the calculators.

The refined emission calculators were used to develop the 2021 future-year O&G emissions inventories for the eight western Colorado BLM planning areas. The O&G emission calculators were also updated using information provided by the BLM New Mexico Farmington Field Office (FFO) petroleum engineers to estimate future year O&G emissions for the Mancos Shale Development area in northern New Mexico.

BLM_0022147

December 2014



The following sections summarize the emission calculators used to estimate the O&G and mining emissions for western Colorado and northern New Mexico. Details on the emission calculators are provide in two Technical Memorandums (Grant, Zapert and Morris, 2013a,b) that are included as Appendices C and D.

### 3.1.1   Overview of Calculators

Emission calculators have been developed for each of the following well types.

- Conventional gas
- Conventional oil
- Shale gas
- Coalbed natural gas (CBNG)

For each well type, a separate self-contained emission calculator spreadsheet contains all of the inputs and calculations need to generate well site emissions.

Additionally, a calculator has been developed to estimate midstream emissions for each area. The midstream emission calculator draws upon Colorado Department of Public Health (CDPHE) Air Pollutant Emission Notice (APEN) emissions for base year emission estimates. Future year midstream emission projections are dependent on the change in oil and gas production in a given planning area which can be updated based on linkages to the by well type emission calculators.

### 3.1.2   Pollutants

The emission calculators include estimates of emissions of criteria air pollutants (CAPs), greenhouse gases (GHGs), and hazardous air pollutants (HAPs) as follows:

- Criteria Pollutants
  - Carbon monoxide (CO)
  - Nitrogen oxides ($NO_X$)
  - Particulate matter less than or equal to 10 microns in diameter ($PM_{10}$)
  - Particulate matter less than or equal to 2.5 microns in diameter ($PM_{2.5}$)
  - Sulfur dioxide ($SO_2$)
  - Volatile Organic Compounds (VOCs)
- Greenhouse Gases[56]
  - Carbon dioxide ($CO_2$)
  - Methane ($CH_4$)
  - Nitrous oxide ($N_2O$)
- Hazardous Air Pollutants (HAPs)[57]

---

[56] Note that the CARMMS PGM modeling does not use Greenhouse Gas (GHG) emissions, but the emission calculators provide GHG emission estimates so they can be reported in the RMPs.

BLM_0022148

December 2014 

While lead (Pb) is a criteria pollutant, emissions of lead in the BLM western Colorado planning areas due to O&G and mining activities are extremely low and are therefore not included in this analysis.

HAP emissions were estimated for each emissions source.  For oil and gas emissions sources, HAP emissions from venting and combustion source categories were estimated for formaldehyde, n-hexane, benzene, toluene, ethylbenzene, and xylenes (BTEX).

Anthropogenic greenhouse gas emission inventories typically include carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), and fluorinated gases.  Fluorinated gases are not expected to be emitted in appreciable quantities by any category considered in this emission inventory and were therefore not included in this analysis.

Although the CARMMS emissions calculators calculate HAP and GHG emissions for oil and gas sources, the CARMMS PGM modeling do not use these emissions so they are not included in this report.

### 3.1.3   Temporal

The calculators estimate annual emissions associated with oil and gas exploration.  Baseline emissions are estimated for 2011 with annual emission forecasts made for every year out to 10 years (2021).

### 3.1.4   Calculator Inputs

The emission calculator for each well type allows for specification of the following inputs.

- Base year oil and gas activity (gas production, oil production, spud counts, active well counts)
- Well decline estimates
- Level of control by source category
- Gas composition
- Equipment configurations (e.g. drill rigs, fracing rigs)
- Gas venting activity (e.g. completions, blowdowns)

The midstream emission calculator includes estimates of base year 2011 gas plant and compressor station emissions are taken from CDPHE APEN data.  Base year midstream emissions are projected to future years based upon the gas production in each planning area.

### 3.1.5   Emission Calculations

Emission calculations for all emission-generating activities were developed based on typical emission inventory methodology.  Methods used to estimate emissions from each source category are explained in detail in Appendix C (Grant, Zapert and Morris, 2013a).  For each source category, emissions for the 2011 baseline were estimated.  Emissions were then

---

[57] Note that the CARMMS PGM modeling does not use HAPs emissions, but the emission calculators provide HAPs emission estimates so they can be reported in the RMPs.

BLM_0022149

December 2014 

forecasted to future years, accounting for activity growth and for applicable sources emissions controls.

The methodologies described here are used consistently in all four calculators by well type; however the input data of each calculator was selected to best reflect the operational characteristics of each well type (oil, gas, CBNG, and shale gas) and thus obtained from literature sources including the following Air Quality Technical Support Documents (AQTSD) from Colorado field office planning areas and BLM emission calculators:

- White River AQTSD (URS, 2012a)
- Colorado River Valley AQTSD (URS, 2012b)
- Grand Junction AQTSD (BLM, 2012b)
- Uncompahgre AQTSD (in preparation)
- BLM Crude Oil Well Gas Emission Calculator
- BLM Coalbed Natural Gas Well Emission Calculator

Emissions are generated in three main phases of oil and gas systems:

- Emissions from Well Construction and Development
- Emissions from the Production Phase (occurring at-or-nearby the well pad)
- Emissions from Midstream Sources (Central Gas Compression and Processing)

The methodologies implemented to estimate base year and future year emissions from oil and gas sources are explained in Appendix C (Grant, Zapert and Morris, 2013a) and covered the following source categories:

- Well pad construction and development:
    o Well pad, access road and pipeline construction equipment;
    o Well pad, access road and pipeline construction traffic;
    o Drilling and completion equipment;
    o Fracing equipment;
    o Refracing equipment;
    o Drilling and well completion traffic;
    o Well pad, access road and pipeline construction wind erosion; and
    o Well completion venting.

- Production phase emissions:
    o Well workover equipment;
    o Production traffic;
    o Blowdown venting;
    o Well recompletion venting;
    o Pneumatic devices and fugitive components;

BLM_0022150

December 2014                                    

- o   Water injection pumps;
- o   Compressor station maintenance traffic exhaust and fugitive dust;
- o   Condensate or oil tanks flashing and working and breathing losses;
- o   Loading emissions from condensate and oil tanks;
- o   Haul trucks traffic emissions;
- o   Heaters; and
- o   Dehydrators;

- Midstream sources:
  - o   Natural gas processing facilities;
  - o   Natural gas compressor stations; and
  - o   Gas sweetening.

The oil and gas emission calculators are designed to estimate emissions from both BLM-authorized and non-BLM-authorized activities within the western Colorado BLM planning areas. Emissions were also estimated for coal and uranium mines on federal lands in the western Colorado BLM planning areas.  However, unlike the oil and gas emissions, emissions from mines not on federal lands were not estimated and were obtained from the EPA 2020 projections. The emissions for mines on federal lands were estimated for the baseline (2011) and future years and were based on the CDPHE APEN database and available EISs and EAs.  Details on the mining emissions are given in Appendix D (Grant, Zapert and Morris, 2013b).  Emissions were estimated for the following mines (BLM field office in parenthesis):

- Book Cliffs Area (Grand Junction).
- McClane (Grand Junction).
- Oak Mesa Area (Uncompahgre).
- King (Tres Rios).
- Foidel (Kremmling).
- Deserado (White River).
- Trapper (Little Snake).
- Colowyo (Little Snake).
- Sage Creek (Little Snake).
- West Elk (Uncompahgre).
- Elk Creek (Uncompahgre).

BLM_0022151

December 2014 

## 3.2   Oil and Gas Emissions outside of the BLM Western Colorado Planning Areas

The following three sections describe the procedures for estimating baseline and future year oil and gas emissions for areas within the CARMMS 4 km modeling domain but outside of the western Colorado BLM planning areas.

### 3.2.1   Colorado Royal Gorge Field Office

Baseline and future year oil and gas emissions for the BLM Royal Gorge Field Office[58] planning area in eastern Colorado were based on a recent study performed by URS Corporation for the BLM COSO.

### 3.2.2   South San Juan Basin, New Mexico

Oil and gas emissions for the New Mexico BLM Farmington Field Office in the South San Juan Basin that includes San Juan, Rio Arriba, Sandoval and McKinley Counties were estimated based on oil and gas activity provided by the New Mexico BLM State and Farmington Field Office for the Mancos Shale Play and 2012 WRAP Phase III inventories for oil and gas emissions in the South San Juan basin.  Figure 3-1 displays the Mancos Shale oil and gas development area in northwestern New Mexico in relation to BLM Planning Areas (note that the Mancos Shale extends into southern Colorado Tres Rios Field Office Planning Area).  Figure 3-2 displays a detailed map of the Mancos Shale development area; the formation is split into an oil prone area in the south and a gas prone area to the north.  The oil development is expected to occur at a rate of approximately 200 wells per year starting around 2015.  The development of the gas prone area to the north (dry gas with little or no fluids) is dependent on the price of natural gas and is expected to be intensively developed starting approximately four years after the oil prone area (~2019).

70% of the new O&G emissions due to the Mancos Shale development are assumed to occur on Federal lands (i.e., BLM-authorized) and these emissions will be attributed to the New Mexico BLM Farmington Field Office even though there are small amounts of emissions within the BLM Colorado Tres Rios Field Office Planning Area.

---

[58] http://www.blm.gov/co/st/en/fo/rgfo.html

BLM_0022152

December 2014





**Figure 3-1.  Mancos Shale development area (shown with other oil and gas source areas from CARMMS).**



**Figure 3-2.  Map of oil and gas prone development areas within the Mancos Shale Oil formation primarily in the New Mexico BLM FFO planning area.**

BLM_0022153

December 2014



To address emissions from future BLM-authorized (Federal lands) and non-BLM-authorized (non-Federal lands) oil and gas development in the South San Juan Basin, BLM commissioned development of Mancos Shale emission calculators. CARMMS emission calculators were modified and adapted to develop two new Mancos Shale emission calculators, one for oil wells and another for gas wells drilled in the Mancos Shale formation. Mancos Shale oil and gas well information has been incorporated for all phases of well development and production emissions to the extent that Mancos Shale specific data was available based on information provided by the BLM New Mexico Farmington Field Office (FFO) petroleum engineers. The ability to readily modify input assumptions, such as production parameters, emission control assumptions, and wellhead equipment configurations, has also been incorporated into the calculators.

The Mancos Shale emission calculators were used to develop the 2021 future-year O&G emissions inventories for oil and gas activity associated with the Mancos Shale formation. The oil and gas emission calculators are designed to estimate emissions from both BLM-authorized and non-BLM-authorized activities for the Mancos Shale formation emissions.

Pollutants included in the Mancos Shale calculators, temporal considerations, and calculator inputs are all consistent with the CARMMS calculators as described in Sections 3.1.2, 3.1.3, and 3.1.4, respectively.

### 3.2.2.1   Emission Calculations

Emission calculations for all Mancos Shale emission-generating activities were developed based on typical emission inventory methodology. Methods used to estimate emissions from each source category are consistent with the CARMMS Western Colorado Planning Area calculators explained in detail in Appendix C (Grant, Zapert and Morris, 2013a). For each source category, emissions were estimated for all years of activity, accounting for activity growth and for applicable sources, emissions controls.

The methodologies described here are used consistently in both oil well and gas well Mancos Shale calculators; however the input data of each calculator was selected to best reflect the operational characteristics of each well type (oil and gas) and thus obtained from either BLM New Mexico Farmington Field Office (FFO) petroleum engineers provided well characteristics data or from CARRMS Western Colorado oil and gas calculators.

Emissions are generated in three main phases of oil and gas systems:

- Emissions from Well Construction and Development
- Emissions from the Production Phase (occurring at-or-nearby the well pad)
- Emissions from Midstream Sources (Central Gas Compression and Processing)

The methodologies implemented to estimate base year and future year emissions from oil and gas sources are explained in Appendix C (Grant, Zapert and Morris, 2013a) using the emissions calculators for source categories discussed in Section 3.1.5.

---

BLM_0022154

December 2014 

Recent trends in gas production in the South San Juan Basin show consistent decline since 2006 (Figure 3-3). Average decline over the 2006 to 2013 period is about 42 billion cubic-feet (BCF) per year, with the largest drop in production occurring from 2012 to 2013 (64 BCF). Over the ten year period from 2011 to 2021, the average annual historical rate of decline would result in a loss of 420 BCF and the most recent, maximum rate of annual decline would result in a loss of 640 BCF. The total gas production estimated to be added to 2021 for the Mancos Shale for the high development scenario is about 510 BCF per year. Given existing midstream capacity and recent declines in gas production in the South San Juan Basin, additional emissions at midstream sources (i.e. compressor stations and gas plants) were assumed negligible for the Mancos Shale development.



**Figure 3-3. Historical gas production in the South San Juan Basin (including Rio Arriba, San Juan, Sandoval, and McKinley Counties).**

### 3.2.3   Uinta Basin, Utah

Baseline and future year emissions associated with oil and gas development in the Uinta Basin have been estimated by AECOM for the BLM Utah State Office (UTSO[59]) under the UTSO Air Resource Management Study (ARMS).  The UTSO ARMS is using a 2010 baseline year.  More details on the oil and gas emissions for the Uinta Basin are available in the UTSO ARMS documentation (AECOM, 2013[60]).

### 3.2.4   Southwestern Wyoming

Oil and gas development emissions for southwestern Wyoming were based on recent BLM Environmental Impact Statements (EISs), including those compiled as part of the draft EIS for the Continental Divide-Creston Natural Gas Project[61].

---

[59] http://www.blm.gov/ut/st/en.html
[60] http://www.blm.gov/pgdata/etc/medialib/blm/ut/natural_resources/airQuality.Par.34346.File.dat/UTSO_EmissionsTSD121913.pdf
[61] http://www.blm.gov/wy/st/en/info/NEPA/documents/rfo/cd_creston.html

BLM_0022155

December 2014 

## 3.3   Other Anthropogenic Emissions

Other anthropogenic emissions (i.e., non O&G and BLM authorized mining sources) for the 2021 future year were based on 2020 emission projections compiled by the 3SAQS that were based on EPA's 2020 projections used in the $PM_{2.5}$ NAAQS rulemaking, which used EPA's 2007v5 modeling platform[62].  Emissions associated with oil and gas emissions within the western Colorado, Royal Gorge, North San Juan Basin, Uinta Basin and southwest Wyoming Basin described in Section 3.2 above were removed from the 2020 3SAQS/NEI to avoid double counting.  Similarly, mining emissions on federal lands in the western Colorado BLM planning areas were also removed from the 2020 NEIs and replaced by estimates from the CARMMS calculators.

Details on the development of the 2020 NEI can be found in the 2020 Emissions Technical Support Document (TSD) for the $PM_{2.5}$ NAAQS rule (EPA, 2012d[63]).

## 3.4   Emissions that Remain at 2008 Levels

The following emission categories from the 2008 Base Case emissions scenario (see Section 2.5) were assumed to remain unchanged for the 2021 future year emission scenarios:

- Biogenic emissions.
- Wildfires, Prescribed Burns and Agricultural Burning emissions.
- Lightning emissions.
- Sea Salt emissions.
- Windblown Dust emissions.
- Emissions from Canada, Mexico and offshore sources (used in the 2021 36/12 km simulation used to provide boundary conditions for the 4 km CARMMS domain).

## 3.5   Western Colorado BLM Planning Area Oil and Gas Emissions

The emission calculators were used to generate O&G emissions for the eleven-year period of 2011-2021 for 8 western Colorado BLM Planning Areas:

- Roan Plateau portion of the Colorado River Valley Field Office (CRVFO)
- CRVFO outside of the Roan Plateau
- Grand Junction Field Office (GJFO)
- Kremmling Field Office (KFO)
- Little Snake Field Office (LSFO)
- Tres Rios Field Office (TRFO)
- Uncompahgre Field Office (UFO)
- White River Field Office (WRFO)

---

[62] http://www.epa.gov/ttnchie1/emch/
[63] http://epa.gov/ttn/chief/emch/2007v5/2007v5_2020base_EmisMod_TSD_13dec2012.pdf

BLM_0022156

December 2014



For each year between 2011-2021, the emissions calculators were used to estimate O&G emissions for upstream (well site) and midstream emission sources and for O&G development on Federal and non-Federal lands within in each of the 8 western Colorado BLM Planning Areas listed above.

### 3.5.1    2021 High, Low and Medium Development Scenarios

The emissions calculators were used to generate O&G emissions within the 8 western Colorado BLM Planning Areas for 2021 High, Low and Medium Development Scenarios.  The High Development Scenario is based on BLM COSOs estimates of RFD O&G future development within these 8 BLM Planning Areas.  The Low Development Scenario is based on historical 5-year average O&G development over the 2008-2012 period that was used to grow O&G emissions to each year between 2011-2021.  Applicable State and Federal controls are applied to the O&G emissions starting in the year that are required.

The Low Development Scenario assumes 25,710 total active wells in 2021 within the 8 western Colorado BLM Planning Areas with 8,121 wells (32%) on Federal and 17,589 wells (68%) on non-Federal lands.  The High Development Scenario assumes 41,033 total active wells, 1.6 times higher than the Low Development Scenario, that are split as 18,347 on Federal (45%) and 22,686 (55%) on non-Federal lands.  The 2021 Medium Development Scenario has the same number of wells as the High Development Scenario but assumes additional levels of controls beyond the application of existing state and federal requirements.  The Medium Development Scenario assumes additional control of engine and fugitive emission sources for all phases of well-site operation for wells drilled on Federal land after 2015 as follows:

- All development (drilling / completion / fracing) engines will be Tier 4.  Tier 4 gen-set standards will be applied for all engines with a horsepower >750; final Tier 4 standards will be applied to all engines with horsepower <750.
- All condensate tank, oil tank, and dehydrator emissions are captured and controlled by VRUs (assumed 95% control efficiency attained by vapor recovery).
- All pneumatic devices are low-bleed or no bleed.  Assumed 50% of devices are low-bleed (6 cfh) and 50% of devices are no-bleed.
- Assume that 30% of production engines are powered by electricity (applies to all well-site engines).
- Assume 80% dust control for unpaved road traffic.
- All truck loading emissions are captured and controlled by VRU.

Table 3-1 and Figure 3-4 compare the total emissions from the 8 western Colorado BLM Planning Areas for the 2021 High, Low and Medium Development emission scenarios.

BLM_0022157

December 2014



**Table 3-1.  Comparison of oil and gas emissions (tons per year, TPY) from the 8 western Colorado BLM Planning Areas for 2021 High, Low and Medium Development emission scenarios.**

| Scenario | VOC | CO | NO$_X$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ |
|---|---|---|---|---|---|---|
| All Wells | | | | | | |
| Low | 44,025 | 22,715 | 25,078 | 4,425 | 1,270 | 259 |
| Medium | 78,654 | 45,453 | 51,983 | 7,224 | 2,355 | 1,145 |
| High | 95,427 | 46,014 | 56,666 | 9,482 | 2,714 | 1,145 |
| Federal Emissions | | | | | | |
| Low | 13,950 | 7,369 | 7,939 | 1,233 | 424 | 190 |
| Medium | 30,254 | 22,811 | 26,003 | 2,763 | 1,118 | 971 |
| High | 47,007 | 23,371 | 29,879 | 4,996 | 1,452 | 972 |
| Non-Federal Emissions | | | | | | |
| Low | 30,075 | 15,346 | 17,139 | 3,191 | 846 | 69 |
| Medium | 48,399 | 22,642 | 25,979 | 4,461 | 1,237 | 174 |
| High | 48,420 | 22,642 | 26,787 | 4,486 | 1,262 | 174 |

BLM_0022158

December 2014





**Figure 3-4.  Comparison of total oil and gas emissions from the 8 western Colorado BLM Planning Areas for the 2021 High, Low and Medium Development Scenarios.**

### 3.5.2   2021 High, Low and Medium Development Scenarios

The CARMMS air quality modeling results for the 2021 High, Low and Medium Development Scenarios are presented in Chapter 5.  In this section we summarize the emissions for the 8 western Colorado BLM Planning Areas and the three 2021 emission scenarios.  Figure 3-5 and Table 3-2 display the $NO_X$ and VOC O&G emissions for the 8 western Colorado BLM Planning Areas and the 2011 current year emissions and the three 2021 emission scenarios stratified by O&G emissions on Federal and non-Federal lands.  Summary spreadsheets (not shown) also include emissions stratified by upstream vs. midstream and provide emissions per well.  Across the 8 Colorado Planning Areas, the 2021 High Development Scenario O&G $NO_X$ and VOC emissions are, respectively, 2.6 and 2.7 times greater than in 2011, whereas the 2021 Low Development Scenario are 1.1 and 1.3 times greater than 2011, so the 2021 Low Development Scenario emissions are very similar to 2011 O&G emission levels.  The controls assumed in the

42

BLM_0022159

December 2014



2021 Medium Development Scenario reduce O&G NO$_X$ and VOC emissions by -8.2% and -17.6% from the 2021 High Development Scenario.

**Table 3-2a.  Summary of oil and gas NO$_X$ and VOC emissions within the 8 western Colorado BLM Planning Areas for the 2011 current year and 2021 <u>High</u> Development emission scenarios (2021 emissions include both existing and new O&G sources).**

| 2011 | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
|---|---|---|---|---|---|---|
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 1,036 | 3,575 | 4,611 | 2,596 | 10,407 | 13,003 |
| Roan (CRVFO) | 1,280 | 2,158 | 3,438 | 1,962 | 3,356 | 5,318 |
| GJFO | 535 | 2,976 | 3,511 | 634 | 4,032 | 4,665 |
| KFO | 69 | 40 | 108 | 150 | 138 | 288 |
| LSFO | 741 | 189 | 930 | 1,493 | 415 | 1,907 |
| TRFO | 879 | 4,551 | 5,431 | 837 | 3,243 | 4,080 |
| UFO | 61 | 76 | 137 | 55 | 65 | 120 |
| WRFO | 3,296 | 736 | 4,032 | 4,433 | 1,052 | 5,485 |
| Grand Total | 7,896 | 14,301 | 22,198 | 12,159 | 22,708 | 34,867 |
| 2021 High Scenario | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 1,679 | 4,639 | 6,318 | 5,070 | 14,287 | 19,357 |
| Roan (CRVFO) | 1,835 | 1,856 | 3,692 | 2,971 | 3,425 | 6,395 |
| GJFO | 7,670 | 10,291 | 17,961 | 13,744 | 20,230 | 33,974 |
| KFO | 236 | 221 | 458 | 424 | 326 | 750 |
| LSFO | 2,320 | 1,723 | 4,042 | 3,334 | 2,349 | 5,683 |
| TRFO | 3,386 | 5,096 | 8,482 | 2,289 | 3,861 | 6,150 |
| UFO | 612 | 1,067 | 1,679 | 620 | 1,082 | 1,702 |
| WRFO | 12,141 | 1,893 | 14,034 | 18,556 | 2,859 | 21,415 |
| Grand Total | 29,879 | 26,787 | 56,666 | 47,007 | 48,420 | 95,427 |
| Difference | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 62% | 30% | 37% | 95% | 37% | 49% |
| Roan (CRVFO) | 43% | -14% | 7% | 51% | 2% | 20% |
| GJFO | 1333% | 246% | 412% | 2069% | 402% | 628% |
| KFO | 244% | 455% | 322% | 183% | 136% | 160% |
| LSFO | 213% | 813% | 335% | 123% | 467% | 198% |
| TRFO | 285% | 12% | 56% | 173% | 19% | 51% |
| UFO | 903% | 1302% | 1124% | 1025% | 1565% | 1317% |
| WRFO | 268% | 157% | 248% | 319% | 172% | 290% |
| Grand Total | 278% | 87% | 155% | 287% | 113% | 174% |

BLM_0022160

December 2014



**Table 3-2b.  Summary of oil and gas NO$_X$ and VOC emissions within the 8 western Colorado BLM Planning Areas for the 2011 current year and 2021 <u>Medium</u> Development emission scenarios (2021 emissions include both existing and new O&G sources).**

| 2011 | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
|---|---|---|---|---|---|---|
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 1,036 | 3,575 | 4,611 | 2,596 | 10,407 | 13,003 |
| Roan (CRVFO) | 1,280 | 2,158 | 3,438 | 1,962 | 3,356 | 5,318 |
| GJFO | 535 | 2,976 | 3,511 | 634 | 4,032 | 4,666 |
| KFO | 69 | 40 | 109 | 150 | 138 | 288 |
| LSFO | 741 | 189 | 930 | 1,493 | 415 | 1,908 |
| TRFO | 879 | 4,551 | 5,430 | 837 | 3,243 | 4,080 |
| UFO | 61 | 76 | 137 | 55 | 65 | 120 |
| WRFO | 3,296 | 736 | 4,032 | 4,433 | 1,052 | 5,485 |
| Grand Total | 7,896 | 14,301 | 22,197 | 12,159 | 22,708 | 34,867 |
| 2021 Medium Scenario | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 1,428 | 4,459 | 5,887 | 3,174 | 14,283 | 17,457 |
| Roan (CRVFO) | 1,613 | 1,820 | 3,433 | 2,438 | 3,424 | 5,862 |
| GJFO | 6,517 | 9,927 | 16,444 | 6,158 | 20,221 | 26,379 |
| KFO | 197 | 213 | 410 | 245 | 326 | 571 |
| LSFO | 2,092 | 1,680 | 3,772 | 2,690 | 2,348 | 5,038 |
| TRFO | 2,984 | 5,033 | 8,017 | 1,876 | 3,860 | 5,735 |
| UFO | 486 | 1,012 | 1,498 | 531 | 1,081 | 1,611 |
| WRFO | 10,686 | 1,835 | 12,522 | 13,142 | 2,857 | 15,999 |
| Grand Total | 26,003 | 25,979 | 51,983 | 30,254 | 48,399 | 78,654 |
| Difference | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
| BLM Area | Federal | non-Fed | Total | Federal | non-Fed | Total |
| CRVFO (No Roan) | 38% | 25% | 28% | 22% | 37% | 34% |
| Roan (CRVFO) | 26% | -16% | 0% | 24% | 2% | 10% |
| GJFO | 1118% | 234% | 368% | 871% | 402% | 465% |
| KFO | 185% | 433% | 276% | 63% | 136% | 98% |
| LSFO | 182% | 789% | 306% | 80% | 466% | 164% |
| TRFO | 239% | 11% | 48% | 124% | 19% | 41% |
| UFO | 696% | 1232% | 993% | 865% | 1563% | 1243% |
| WRFO | 224% | 149% | 211% | 196% | 172% | 192% |
| Grand Total | 229% | 82% | 134% | 149% | 113% | 126% |

BLM_0022161

December 2014



**Table 3-2c.  Summary of oil and gas NO$_X$ and VOC emissions within the 8 western Colorado BLM Planning Areas for the 2011 current year and 2021 <u>Low</u> Development emission scenarios (2021 emissions include both existing and new O&G sources).**

| 2011 | NO$_X$ Emissions (TPY) | | | VOC Emissions (TPY) | | |
|---|---|---|---|---|---|---|
| **BLM Area** | **Federal** | **non-Fed** | **Total** | **Federal** | **non-Fed** | **Total** |
| CRVFO (No Roan) | 1,036 | 3,575 | 4,611 | 2,596 | 10,407 | 13,003 |
| Roan (CRVFO) | 1,280 | 2,158 | 3,438 | 1,962 | 3,356 | 5,318 |
| GJFO | 535 | 2,976 | 3,511 | 634 | 4,032 | 4,666 |
| KFO | 69 | 40 | 109 | 150 | 138 | 288 |
| LSFO | 741 | 189 | 930 | 1,493 | 415 | 1,908 |
| TRFO | 879 | 4,551 | 5,430 | 837 | 3,243 | 4,080 |
| UFO | 61 | 76 | 137 | 55 | 65 | 120 |
| WRFO | 3,296 | 736 | 4,032 | 4,433 | 1,052 | 5,485 |
| Grand Total | 7,896 | 14,301 | 22,197 | 12,159 | 22,708 | 34,867 |
| **2021 Low Scenario** | **NO$_X$ Emissions (TPY)** | | | **VOC Emissions (TPY)** | | |
| **BLM Area** | **Federal** | **non-Fed** | **Total** | **Federal** | **non-Fed** | **Total** |
| CRVFO (No Roan) | 1,212 | 3,334 | 4,546 | 3,701 | 10,456 | 14,157 |
| Roan (CRVFO) | 1,248 | 1,856 | 3,104 | 2,208 | 3,425 | 5,633 |
| GJFO | 819 | 5,229 | 6,049 | 1,203 | 10,107 | 11,310 |
| KFO | 80 | 94 | 175 | 127 | 145 | 272 |
| LSFO | 592 | 389 | 980 | 972 | 536 | 1,508 |
| TRFO | 1,051 | 5,261 | 6,313 | 782 | 3,931 | 4,712 |
| UFO | 176 | 127 | 303 | 200 | 140 | 340 |
| WRFO | 2,760 | 849 | 3,609 | 4,758 | 1,336 | 6,093 |
| Grand Total | 7,939 | 17,139 | 25,078 | 13,950 | 30,075 | 44,025 |
| **Difference** | **NO$_X$ Emissions (TPY)** | | | **VOC Emissions (TPY)** | | |
| **BLM Area** | **Federal** | **non-Fed** | **Total** | **Federal** | **non-Fed** | **Total** |
| CRVFO (No Roan) | 17% | -7% | -1% | 43% | 0% | 9% |
| Roan (CRVFO) | -3% | -14% | -10% | 13% | 2% | 6% |
| GJFO | 53% | 76% | 72% | 90% | 151% | 142% |
| KFO | 16% | 136% | 60% | -16% | 5% | -6% |
| LSFO | -20% | 106% | 5% | -35% | 29% | -21% |
| TRFO | 20% | 16% | 16% | -7% | 21% | 15% |
| UFO | 189% | 67% | 121% | 264% | 116% | 184% |
| WRFO | -16% | 15% | -11% | 7% | 27% | 11% |
| Grand Total | 1% | 20% | 13% | 15% | 32% | 26% |

BLM_0022162

December 2014





**Figure 3-5.**  NO$_X$ and VOC emissions and well counts from oil and gas development within the 8 western Colorado BLM Planning Areas and for the 2011 current (left) and 2021 High Development Scenario (right) emissions scenarios.

## 3.6   Future Year Emissions Modeling Procedures

The 2021 future year emissions were processed using the SMOKE emissions model in a similar manner as used for the 2008 Base Case emissions scenario described in Section 2.5.  One difference in the 2021 SMOKE emissions modeling was that each source category for which separate ozone and particulate matter contributions are needed was processed in a separate stream in the SMOKE emissions modeling.  This resulted in many different streams of SMOKE emissions processing for the three 2021 emission scenarios to provide separate source groups so that the AQ/AQRV impacts can be isolated in the source apportionment modeling.

46

December 2014



### 3.6.1   Non-Oil and Gas Future-Year Emissions Data

For most of the inventory sectors, the 2020 inventory and ancillary emissions data were obtained directly from the 3SAQS modeling platform, which in turn uses data from EPA's 2007v5 modeling platform (EPA, 2012d).  Developed by EPA for use in the $PM_{2.5}$ NAAQS RIA, the 2020 inventory represent the best estimate of future year emissions without the implementation of any new controls necessary to attain the current $PM_{2.5}$ annual and 24-hr (35 µg/m$^3$ and 15 µg/m$^3$) and ozone 8-hr (75 ppb) standards (EPA, 2012d).  These emissions reflect rule promulgated or under reconsideration as of July 2012.

A summary of the 2007v5 modeling platform 2020 inventory is provided below and additional details are available from EPA (EPA, 2012d).

<u>CEM Point:</u> For Electric Generating Units (EGUs) with Continuous Emissions Monitors (CEMs), EGU-specific emissions estimates were obtained from the Integrated Planning Model (IPM®[64]), version 4.10 accounting for controls from the Cross-State Air Pollution Rule (CSAPR[65]) and Mercury and Air Toxics Standard (MATS[66]) rulemakings.

<u>Non-CEM Point:</u>  Projection factors and percent reductions reflect CSAPR comments and emission reductions due to national rules, control programs, plant closures, consent decrees and settlements and 1997 and 2001 ozone State Implementation Plans in NY, CT, and VA. EPA used projection approaches for corn ethanol and biodiesel plants, refineries and upstream impacts from the Energy Independence and Security Act of 2007 (EISA). Terminal area forecast (TAF) data aggregated to the national level were used for aircraft to account for projected changes in landing/takeoff activity.

<u>Nonpoint/Area:</u>  Agricultural sector projection factors for livestock estimates based on expected changes in animal population from 2005 Department of Agriculture data, updated based on personal communication with EPA experts in July 2012; fertilizer application $NH_3$ emissions projections include upstream impacts EISA. Fugitive dust projection factors for dust categories related to livestock estimates based on expected changes in animal population and upstream impacts from EISA. Other nonpoint source projection factors that implement CSAPR comments and reflect emission reductions due to control programs. Residential wood combustion projections are based on growth in lower-emitting stoves and a reduction in higher emitting stoves. PFC projection factors reflecting impact of the final Mobile Source Air Toxics (MSAT 2) rule. Upstream impacts from EISA, including post-2007 cellulosic ethanol plants are also reflected.

<u>Off-road Mobile:</u>  Other than for California, this sector uses data from a run of NMIM that utilized NONROAD2008a, using future-year equipment population estimates and control programs to the year 2020 and using national level inputs. Final controls from the final locomotive-marine and small spark ignition OTAQ rules are included. California-specific data were provided by California Air Resources Board (CARB).

---

[64] http://www.icfi.com/insights/products-and-tools/ipm
[65] http://www.epa.gov/crossstaterule/
[66] http://www.epa.gov/mats/

BLM_0022164

December 2014 

<u>Aircraft/locomotive/marine:</u>  For all states except California, projection factors for Class 1 and Class 2 commercial marine and locomotives, which reflect final locomotive-marine controls. California projected year-2020 inventory data were provided by CARB.

<u>Offshore shipping:</u>  Base-year 2007 emissions grown and controlled to 2020, incorporating controls based on Emissions Control Area (ECA) and International Marine Organization (IMO) global $NO_X$ and $SO_2$ controls.

<u>On-road Mobile, not including refueling:</u>  MOVES2010b emissions factors for year 2020 were developed using the same representative counties, state-supplied data, meteorology, and procedures that were used to produce the 2007 emission factors. California-specific data were provided by CARB. Other than California, this sector includes all non-refueling on-road mobile emissions (exhaust, evaporative, evaporative permeation, brake wear and tire wear modes).

<u>On-road Refueling:</u>  Uses the same projection and processing approach as the on-road sector, except for California where EPA projected using MOVES2010b and did not include CARB data.

<u>Canada Sources:</u>  Held constant and 2006 levels.

<u>Mexico Sources:</u>  Projections from 1999 to 2018.

The ancillary data (spatial/temporal/chemical) were held unchanged from the 3SAQS platform for preparing the 2021 emissions for CAMx.  In the 3SAQS platform, the base sets of ancillary data were taken directly from the EPA 2007v5 modeling platform. The 3SAQS made targeted improvements to the ancillary files for counties in the 3-state study region (Figure 3-6).  The improvements were focused on the assignments of spatial/chemical/temporal profiles to inventory sources and on developing profiles that best represent the emissions patterns in the 3-state study region.

BLM_0022165

December 2014    



**Figure 3-6.  List of counties where the 3SAQS made targeted emission improvements to the EPA NEI.**

The 3SAQS improvements over the EPA 2008, 2011 and 2020 National Emissions Inventory (NEI) for the CO/UT/WY counties include the following:

<u>Utah</u>

- Updated the 2007v5 spatial surrogates for land cover and building square footage with NLCD2006 and FEMA-HAZUS data
- Changed the ATV/ORV/Snowmobile surrogate assignment from rural land area to forest land
- Changed the livestock surrogate assignment from total agricultural land to pasture land
- Changed the fertilizer surrogate assignment from total agricultural land to crop land
- Created a state-specific, year 2011 monthly temporal profile for residential natural gas heating fuel use with Energy Information Administration data (Figure 3-7).
- Used point locations of rest areas and truck stops to allocation MOVES extended idling emissions to the modeling grid

---

BLM_0022166

December 2014



Colorado

- Updated the 2007v5 spatial surrogates for land cover and building square footage with NLCD2006 and FEMA-HAZUS data
- Changed the ATV/ORV/Snowmobile surrogate assignment from rural land area to forest land
- Created CAFO spatial surrogates from data provided by CDPHE for livestock ammonia sources
- Changed the livestock surrogate assignment from total agricultural land to pasture land
- Changed the fertilizer surrogate assignment from total agricultural land to crop land
- Created a state-specific, year 2011 monthly temporal profile for residential natural gas heating fuel use with Energy Information Administration data (Figure 3-7).
- Developed 2008 vehicle miles traveled (VMT)-based spatial surrogates for on-road mobile sources. Figure 3-8 compares the U.S. Census year 2010 TIGER line roadway data with link-based VMT data from CO.
- Used point locations of rest areas and truck stops to allocation MOVES extended idling emissions to the modeling grid

Wyoming

- Updated the NEI08v2 spatial surrogates for land cover and building square footage with NLCD2006 and FEMA-HAZUS data
- Changed the ATV/ORV/Snowmobile surrogate assignment from rural land area to forest land
- Changed the livestock surrogate assignment from total agricultural land to pasture land
- Changed the fertilizer surrogate assignment from total agricultural land to crop land
- Created a state-specific, year 2011 monthly temporal profile for residential natural gas heating fuel use with Energy Information Administration data (Figure 3-7).
- Developed confined animal feeding operation (CAFO) spatial surrogates for livestock sources. The CAFOs locations data were provided by the state of Wyoming (Figure 3-9). The 3SAQS generated WY livestock surrogates for cattle, poultry, and swine.
- Used point locations of rest areas and truck stops to allocation MOVES extended idling emissions to the modeling grid

BLM_0022167

December 2014                                    ENVIRON



**Figure 3-7.  3SAQS 2011 residential natural gas consumption monthly temporal profiles.**



**Figure 3-8.  Colorado roadway spatial data improvement plots. Left: TIGER 2010 Shapefile of urban/rural primary/secondary roads. Right: CO 2008 VMT-based roadways.**

BLM_0022168

December 2014





**Figure 3-9.  Wyoming CAFO locations.**

### 3.6.2   Oil and Gas Future-Year Emissions Data

For oil and gas sources, ENVIRON developed emissions inventories for the western Colorado BLM planning areas as described in Section 3.1 and South San Juan basin, NM as described in Section 3.2.2.  The oil and gas emissions for all other planning areas were provided by BLM as described in Section 3.2.

Oil and gas sources within 14 BLM planning areas, emissions were divided into existing and RFD (new) source categories to facilitate CAMx source apportionment processing.  The RFD sources were further divided into oil and gas development on the BLM-authorized land (Federal) and other (non-Federal) lands.  The South San Juan basin existing emissions were obtained from the WRAP Phase III midterm projection.

For processing oil and gas emissions, we developed ancillary data (spatial/temporal/chemical) specific to planning areas. The area-specific spatial allocation profiles were developed from the data provided by BLM and chemical speciation profiles were prepared from the gas composition available in the emission calculator.  Table 3-3 provides a list of speciation and gridding profiles developed by planning areas.  The conventional (CG) and CBM gas speciation profile are assigned to source categories associated with the respective well type.  For spatial allocation, gridding profiles were developed for each well type (i.e., conventional, CBM) and land type (Federal, non-Federal) combination.

BLM_0022169

December 2014



**Table 3-3. Source of VOC speciation profile and spatial surrogates used for gridding oil and gas emissions in the 14 CO/NM BLM Planning Areas.**

| Source Region | Speciation Profiles | Gridding Profiles |
|---|---|---|
| **Colorado** | | |
| Colorado River Valley, without Roan | CRV{CG} | CRVFO {CG}{Fed,non-Fed} |
| Grand Junction FO | GJ {CBM,CG,SG} | GJFO {CG,CBM}{Fed,non-Fed} |
| Kremmling FO | K {CBM,CG,CO} | KFO shapefile |
| Little Snake FO | LS {CG,CO} | CRVFO {CG}{Fed,non-Fed} |
| Roan Plateau | CRV{CG} | CRVFO_Roan_Plateau. |
| Tres Rios FO | TR {CBM,CG,CO,SHL} | TRFO {CG,CBM}{Fed,non-Fed} |
| Uncompahgre FO | U {CBM,CG} | UFO {CG,CBM}{Fed,non-Fed} |
| White River FO | WR {CG,CO} | WRVFO {CG}{Fed,non-Fed} |
| Pawnee National Grasslands | DJ{FLA ,VNT} | RGFO {CG}{Fed} |
| Royal Gorge FO Area1 | DJ{FLA ,VNT} | RGFO {CG}{Fed,non-Fed} |
| Royal Gorge FO Area2 | DJ{FLA ,VNT} | RGFO {CG}{Fed,non-Fed} |
| Royal Gorge FO Area3 | DJ{FLA ,VNT} | RGFO {CG}{Fed,non-Fed} |
| Royal Gorge FO Area4 | DJ{FLA ,VNT} | RGFO {CG}{Fed,non-Fed} |
| **New Mexico** | | |
| Farmington FO | MAN{SG, SO} | Shapefile |

### 3.6.3    Mining Future-Year Emissions Data

For mining sources, emissions were estimated for coal and uranium mines on Federal lands in the western Colorado BLM Planning Areas.  The emissions for mines on Federal lands were estimated based on the CDPHE APEN database and available EISs and EAs.  The mining emissions not on federal lands were obtained from the 2020 EPA/3SAQS inventory.  EPA default chemical speciation profiles were used in the SMOKE emissions modeling for mining.

The estimated coal mining sources were consolidated with the 2020 EPA/3SAQS inventory to avoid potential double counting.  The western Colorado uranium mining emissions were modeled as "area" and spatially allocated using spatial surrogates developed from the data provided by BLM in a shapefile format.

## 3.7    Emissions Modeling Results

Table 3-4 lists the total $NO_X$, VOC, $SO_2$ and $PM_{2.5}$ emissions for the 20 Source Categories used in the CAMx 2021 High Development Scenario source apportionment simulation (see Section 4.1 and Table 4-1) plus three combined O&G source groups as well as total anthropogenic and all emissions within the 4 km CARMMS domain.  These emissions were obtained from CAMx source apportionment diagnostic output file for each day of the annual simulation that were summed to obtain total annual emissions.  The emissions in Table 3-4 differ from the ones presented earlier in Tables 3-1 and 3-2 in that they represent emissions after processing by SMOKE emissions model that performs spatial and temporal allocation and chemical speciation.  Another important differences in the emissions presented in Table 3-4 from those in Tables 3-1 and 3-2 is that for the BLM Planning Areas (Numbers 1-14) the emissions are in Table 3-4 are

BLM_0022170

December 2014



just for new O&G emissions on Federal lands, whereas Tables 3-1 and 3-2 Federal O&G emissions are for new and existing sources. For VOC, the differences in emissions between Tables 3-2 and Table 3-4 are even greater because SMOKE also does chemical speciation of the VOCs into the CB05 chemical mechanism that drops the unreactive portions of VOCs that do not participate in photochemistry.

For new Federal O&G within the 14 BLM Planning Areas and the 2021 High Development Scenario, the WRFO has the highest $NO_X$ emissions (11,264 tons per year, TPY) followed by GJFO (7,293 TPY), FFO (3,321 TPY) and TRFO (2,665 TPY). Total 2021 O&G $NO_X$ emissions in the 14 BLM Planning Areas is 178,447 TPY that is split 18 percent new Federal (32,566 TPY), 37 percent new non-Federal (65,713 TPY) and 45 percent existing O&G emissions (81,168 TPY). Outside of the 14 BLM Planning Areas, there is an additional 61,220 TPY O&G $NO_X$ emissions for a total 2021 High Development Scenario O&G $NO_X$ emissions across the entire 4 km CARMMS domain of 240,667 TPY that represents 34 percent of the total anthropogenic and 30 percent of the total (anthropogenic plus natural) $NO_X$ emissions in the 4 km domain.

Total O&G VOC emissions in the 4 km CARMMS domain for the 2021 High Development Scenario are 835,785 TPY that represents 73 percent of the total anthropogenic and 39 percent of the total anthropogenic plus natural VOC emissions across the domain. Natural VOC emissions represent 46 percent of the annual VOC emissions across the 4 km CARMMS domain. Note that biogenic emissions are highly day-specific with higher emissions under warmer temperatures and higher light intensity. Thus, the contributions of biogenic VOC emissions to the total annual VOC emissions (46 percent) would be expected to be lower on cooler and higher on warmer days. Also note that the VOC emissions in Table 3-4 were obtained from the Carbon Bond chemical mechanism species that will be different than the VOC species input into the SMOKE emissions modeling system (for example, includes ethane and excludes nonreactive carbon in VOCs).

With one exception, $SO_2$ emissions from Federal O&G within the 14 BLM Planning Areas are fairly low (< 20 TPY). The exception is the WRFO Planning Area where the 904 TPY $SO_2$ emissions represent 95 percent of the 950 TPY $SO_2$ emissions from all 14 BLM Planning Areas combined in the 2021 High Development Scenario. A majority of the 2021 $SO_2$ emissions in the WRFO Planning Area come from two gas plants: the Enterprise Gas Proc – Meeker Gas Plant and the Williams Field – Willow Creek Gas Plant. These gas plant emissions were based on the CDPHE 2008 Air Pollution Emission Notice (APEN) database grown to 2021 using the change in gas production between 2008 and 2021 for the 2021 High, Low and Medium Development Scenarios. Total O&G $SO_2$ emissions across the CARMMS domain is 6,071 TPY that is primarily (75 percent) due to O&G from outside of the 14 BLM Planning Areas, these areas in the 4 km CARMMS domain outside of the 14 BLM Planning Areas includes the Uinta Basin where sour gas reserves occur.

Total $PM_{2.5}$ emissions from O&G in the 14 BLM Planning Areas and the 2021 High Development Scenario is 7,849 TPY of which over half (58 percent) is due to new non-Federal O&G and the rest approximately split equally between new Federal and existing O&G. Mining within the 14 BLM Planning Areas contributes 6,957 TPY. By far the largest contribution of primary $PM_{2.5}$ emissions is the other (non O&G and mining) anthropogenic emissions category that

December 2014 

contributes 74 percent of the region-wide total with natural emissions (mostly due to wildfires) contributing most of the rest (23 percent).

Table 3-5a is like Table 3-4 only for the 2021 Low Development Scenario, with the percent reductions of emissions between the Low and High development Scenarios shown in Table 3-5b. The total new Federal O&G $NO_x$ emissions across the 14 BLM Planning Areas for the low scenario (8,385 TPY) is -74% lower than the high scenario (32,566 TPY). Similar reductions are seen for the other species (-63 to -83 percent). The annual emissions for the 2021 Medium Development Scenario are shown in Table 3-6a with the percent reduction from the 2021 High Development Scenario given in Table 3-6b. Total O&G $NO_x$ emissions across the 14 BLM Planning Areas for the 2021 Medium Development Scenario is 27,071 TPY that is -17% lower than the 201 High Development Scenario (Table 3-6b). Similarly, 2021 Medium Development Scenario O&G VOC emissions across the 14 BLM Planning Areas are -35% lower than the 2021 High Development Scenario.

BLM_0022172

December 2014



**Table 3-4.  Total emissions (tons per year) for each Source Category (see Table 4-1) and combinations of Source Categories for the 2021 High Development Scenario from the CAMx source apportionment diagnostic output files after processing by SMOKE.**

| | CARMMS 2021 High Development Scenario (tpy) | | | | |
|---|---|---|---|---|---|
| Number | Group | NO$_X$ | VOC | SO$_2$ | PM$_{2.5}$ | PM$_{10}$ |
| 19 | Natural (Biogenics + Fires) | 113,165 | 992,560 | 1,132 | 79,453 | 574,255 |
| 1 | LSFO | 2,007 | 4,648 | 13 | 73 | 170 |
| 2 | WRFO | 11,264 | 27,258 | 904 | 597 | 1,368 |
| 3 | CRVFO | 1,311 | 6,076 | 2 | 71 | 250 |
| 4 | RPPA | 1,245 | 2,739 | 1 | 48 | 135 |
| 5 | GJFO | 7,293 | 18,108 | 15 | 310 | 1,496 |
| 6 | UFO | 586 | 870 | 1 | 35 | 140 |
| 7 | TRFO | 2,665 | 1,715 | 2 | 125 | 855 |
| 8 | KFO | 177 | 412 | 0 | 10 | 50 |
| 9 | RGFO #1 | 303 | 875 | 1 | 29 | 225 |
| 10 | PGPA | 930 | 2,682 | 3 | 90 | 689 |
| 11 | RGFO #2 | 1,151 | 1,526 | 1 | 22 | 58 |
| 12 | RGFO #3 | 224 | 77 | 0 | 3 | 16 |
| 13 | RGFO #4 | 90 | 944 | 0 | 16 | 134 |
| 14 | FFO | 3,321 | 8,747 | 5 | 314 | 1,824 |
| 15 | New O&G from non-Fed BLM PAs | 65,713 | 228,655 | 297 | 4,548 | 30,790 |
| 16 | Existing O&G from BLM PAs | 81,169 | 228,749 | 252 | 1,558 | 2,838 |
| 17 | Mining from BLM PAs | 686 | 46 | 8 | 6,957 | 6,977 |
| 18 | All O&G outside 14 BLM PAs | 61,220 | 301,705 | 4,572 | 2,680 | 2,822 |
| 20 | Remaining anthro emissions | 459,907 | 312,498 | 95,720 | 242,828 | 1,400,504 |
| | 14 BLM PAs Fed O&G | 32,566 | 76,676 | 950 | 1,744 | 7,409 |
| | 14 PAs Total O&G | 179,447 | 534,080 | 1,499 | 7,849 | 41,038 |
| | Total O&G | 240,667 | 835,785 | 6,071 | 10,530 | 43,859 |
| | Total Anthropogenic | 701,260 | 1,148,329 | 101,799 | 260,315 | 1,451,340 |
| | Total All Emissions | 814,425 | 2,140,889 | 102,931 | 339,768 | 2,025,594 |

BLM_0022173

December 2014                                                           ENVIRON

**Table 3-5a.  Total emissions (tons per year) for each Source Category (see Table 4-1) and combinations of Source Categories for the 2021 Low Development Scenario from the CAMx source apportionment diagnostic output files after processing by SMOKE.**

| CARMMS 2021 Low Development Scenario (tpy) | | | | | | |
|---|---|---|---|---|---|---|
| Number | Group | $NO_X$ | VOC | $SO_2$ | $PM_{2.5}$ | $PM_{10}$ |
| 19 | Natural (Biogenics + Fires) | 113,165 | 992,560 | 1,132 | 79,453 | 574,255 |
| 1 | LSFO | 275 | 638 | 2 | 10 | 23 |
| 2 | WRFO | 1,861 | 4,502 | 149 | 99 | 226 |
| 3 | CRVFO | 844 | 3,916 | 1 | 46 | 161 |
| 4 | RPPA | 656 | 1,552 | 1 | 26 | 70 |
| 5 | GJFO | 425 | 965 | 1 | 20 | 72 |
| 6 | UFO | 150 | 270 | 0 | 10 | 45 |
| 7 | TRFO | 326 | 227 | 0 | 16 | 89 |
| 8 | KFO | 21 | 34 | 0 | 1 | 5 |
| 9 | RGFO #1 | 61 | 262 | 0 | 5 | 42 |
| 10 | PGPA | 188 | 804 | 1 | 17 | 129 |
| 11 | RGFO #2 | 104 | 191 | 0 | 2 | 6 |
| 12 | RGFO #3 | 141 | 51 | 0 | 2 | 11 |
| 13 | RGFO #4 | 14 | 135 | 0 | 2 | 20 |
| 14 | FFO | 3,321 | 8,747 | 5 | 314 | 1,824 |
| 15 | New O&G from non-Fed BLM PAs | 31,247 | 104,163 | 113 | 2,057 | 13,769 |
| 16 | Existing O&G from BLM PAs | 81,169 | 228,749 | 252 | 1,558 | 2,838 |
| 17 | Mining from BLM PAs | 686 | 46 | 8 | 6,957 | 6,977 |
| 18 | All O&G outside 14 BLM PAs | 61,220 | 301,705 | 4,572 | 2,680 | 2,822 |
| 20 | Remaining anthro emissions | 459,907 | 312,498 | 95,720 | 242,828 | 1,400,504 |
|  | 14 BLM PAs Fed O&G | 8,385 | 22,294 | 161 | 570 | 2,723 |
|  | 14 PAs Total O&G | 120,801 | 355,207 | 527 | 4,185 | 19,331 |
|  | Total O&G | 182,021 | 656,912 | 5,099 | 6,865 | 22,152 |
|  | Total Anthropogenic | 642,614 | 969,456 | 100,827 | 256,651 | 1,429,633 |
|  | Total All Emissions | 755,779 | 1,962,016 | 101,958 | 336,104 | 2,003,888 |

BLM_0022174

December 2014



**Table 3-5b. Percent difference in 2021 High and Low Development Scenario emissions (High – Low) for each Source Category (see Table 4-1) and combinations of Source Categories from the CAMx source apportionment diagnostic output after processing by SMOKE.**

| CARMMS 2021 Low Scenario Percent Change from High Scenario (%) | | | | | | |
|---|---|---|---|---|---|---|
| Number | Group | $NO_x$ | VOC | $SO_2$ | $PM_{2.5}$ | $PM_{10}$ |
| 19 | Natural (Biogenics + Fires) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 1 | LSFO | -86.3% | -86.3% | -86.4% | -86.3% | -86.4% |
| 2 | WRFO | -83.5% | -83.5% | -83.5% | -83.5% | -83.5% |
| 3 | CRVFO | -35.6% | -35.5% | -35.7% | -35.2% | -35.5% |
| 4 | RPPA | -47.3% | -43.3% | -46.8% | -46.3% | -48.2% |
| 5 | GJFO | -94.2% | -94.7% | -94.1% | -93.6% | -95.2% |
| 6 | UFO | -74.5% | -69.0% | -76.5% | -70.6% | -67.7% |
| 7 | TRFO | -87.8% | -86.8% | -83.8% | -87.1% | -89.6% |
| 8 | KFO | -88.2% | -91.7% | -88.8% | -89.2% | -89.8% |
| 9 | RGFO #1 | -79.8% | -70.0% | -81.9% | -81.6% | -81.3% |
| 10 | PGPA | -79.8% | -70.0% | -81.9% | -81.2% | -81.2% |
| 11 | RGFO #2 | -91.0% | -87.5% | -90.8% | -90.5% | -89.3% |
| 12 | RGFO #3 | -37.0% | -34.0% | -37.5% | -33.0% | -31.0% |
| 13 | RGFO #4 | -85.0% | -85.7% | -85.0% | -85.4% | -85.4% |
| 14 | FFO | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 15 | New O&G from non-Fed BLM PAs | -52.4% | -54.4% | -61.8% | -54.8% | -55.3% |
| 16 | Existing O&G from BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 17 | Mining from BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 18 | All O&G outside 14 BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 20 | Remaining anthro emissions | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | 14 BLM PAs Fed O&G | -74.3% | -70.9% | -83.1% | -67.3% | -63.2% |
| | 14 PAs Total O&G | -32.7% | -33.5% | -64.9% | -46.7% | -52.9% |
| | Total O&G | -24.4% | -21.4% | -16.0% | -34.8% | -49.5% |
| | Total Anthropogenic | -8.4% | -15.6% | -1.0% | -1.4% | -1.5% |
| | Total All Emissions | -7.2% | -8.4% | -0.9% | -1.1% | -1.1% |

BLM_0022175

December 2014



**Table 3-6a.  Total emissions (tons per year) for each Source Category (see Table 4-1) and combinations of Source Categories for the 2021 Medium Development Scenario from the CAMx source apportionment diagnostic output files after processing by SMOKE.**

| Number | Group | $NO_x$ | VOC | $SO_2$ | $PM_{2.5}$ | $PM_{10}$ |
|---|---|---|---|---|---|---|
| | CARMMS 2021 Medium Development Scenario (tpy) | | | | | |
| 19 | Natural (Biogenics + Fires) | 113,165 | 992,560 | 1,132 | 79,453 | 574,255 |
| 1 | LSFO | 1,779 | 3,633 | 13 | 58 | 98 |
| 2 | WRFO | 9,809 | 18,803 | 904 | 500 | 810 |
| 3 | CRVFO | 1,060 | 3,253 | 2 | 51 | 123 |
| 4 | RPPA | 1,023 | 1,848 | 1 | 35 | 70 |
| 5 | GJFO | 6,149 | 8,345 | 15 | 196 | 673 |
| 6 | UFO | 460 | 733 | 1 | 24 | 66 |
| 7 | TRFO | 2,263 | 1,253 | 2 | 65 | 361 |
| 8 | KFO | 137 | 210 | 0 | 6 | 23 |
| 9 | RGFO #1 | 193 | 679 | 1 | 10 | 52 |
| 10 | PGPA | 593 | 2,081 | 3 | 29 | 158 |
| 11 | RGFO #2 | 846 | 1,468 | 1 | 15 | 25 |
| 12 | RGFO #3 | 156 | 54 | 0 | 2 | 5 |
| 13 | RGFO #4 | 51 | 679 | 0 | 5 | 30 |
| 14 | FFO | 2,552 | 6,808 | 4 | 185 | 745 |
| 15 | New O&G from non-Fed BLM PAs | 64,849 | 227,796 | 297 | 4,517 | 30,722 |
| 16 | Existing O&G from BLM PAs | 81,169 | 228,749 | 252 | 1,558 | 2,838 |
| 17 | Mining from BLM PAs | 686 | 46 | 8 | 6,957 | 6,977 |
| 18 | All O&G outside 14 BLM PAs | 61,220 | 301,705 | 4,572 | 2,680 | 2,822 |
| 20 | Remaining anthro emissions | 459,907 | 312,498 | 95,720 | 242,828 | 1,400,504 |
| | 14 BLM PAs Fed O&G | 27,071 | 49,849 | 947 | 1,180 | 3,239 |
| | 14 PAs Total O&G | 173,089 | 506,394 | 1,496 | 7,254 | 36,800 |
| | Total O&G | 234,309 | 808,100 | 6,068 | 9,935 | 39,621 |
| | Total Anthropogenic | 694,902 | 1,120,643 | 101,796 | 259,720 | 1,447,102 |
| | Total All Emissions | 808,067 | 2,113,203 | 102,928 | 339,173 | 2,021,356 |

BLM_0022176

December 2014



**Table 3-6b.  Percent difference in 2021 High and Medium Development Scenario emissions (High – Medium) for each Source Category (see Table 4-1) and combinations of Source Categories from the CAMx source apportionment diagnostic output files after processing by SMOKE.**

| CARMMS 2021 Medium Scenario Percent Change from High Scenario (%) | | | | | | |
|---|---|---|---|---|---|---|
| Number | Group | NO$_X$ | VOC | SO$_2$ | PM$_{2.5}$ | PM$_{10}$ |
| 19 | Natural (Biogenics + Fires) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 1 | LSFO | -11.3% | -21.8% | -1.4% | -20.7% | -42.7% |
| 2 | WRFO | -12.9% | -31.0% | 0.0% | -16.4% | -40.8% |
| 3 | CRVFO | -19.1% | -46.5% | -0.4% | -27.9% | -50.6% |
| 4 | RPPA | -17.9% | -32.5% | -0.3% | -26.9% | -48.1% |
| 5 | GJFO | -15.7% | -53.9% | -0.6% | -36.8% | -55.0% |
| 6 | UFO | -21.5% | -15.7% | -5.2% | -32.4% | -52.5% |
| 7 | TRFO | -15.1% | -26.9% | -4.1% | -47.9% | -57.8% |
| 8 | KFO | -22.5% | -48.9% | -7.2% | -40.1% | -55.3% |
| 9 | RGFO #1 | -36.2% | -22.4% | -20.6% | -67.0% | -77.0% |
| 10 | PGPA | -36.2% | -22.4% | -20.6% | -67.2% | -77.0% |
| 11 | RGFO #2 | -26.5% | -3.8% | -24.8% | -33.2% | -56.2% |
| 12 | RGFO #3 | -30.2% | -29.8% | -28.3% | -50.5% | -68.3% |
| 13 | RGFO #4 | -43.5% | -28.0% | -1.0% | -71.0% | -77.4% |
| 14 | FFO | -23.1% | -22.2% | -21.4% | -41.0% | -59.2% |
| 15 | New O&G from non-Fed BLM PAs | -1.3% | -0.4% | -0.1% | -0.7% | -0.2% |
| 16 | Existing O&G from BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 17 | Mining from BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 18 | All O&G outside 14 BLM PAs | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 20 | Remaining anthro emissions | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | 14 BLM PAs Fed O&G | -16.9% | -35.0% | -0.3% | -32.3% | -56.3% |
| | 14 PAs Total O&G | -3.5% | -5.2% | -0.2% | -7.6% | -10.3% |
| | Total O&G | -2.6% | -3.3% | -0.1% | -5.7% | -9.7% |
| | Total Anthropogenic | -0.9% | -2.4% | 0.0% | -0.2% | -0.3% |
| | Total All Emissions | -0.8% | -1.3% | 0.0% | -0.2% | -0.2% |

Figure 3-10 displays spatial maps of NO$_X$, VOC and PM$_{2.5}$ emissions across the 4 km CARMMS domain by different source types for the 2021 High Development Scenario.  The spatial maps for the Low and Medium Development Scenarios have the same locations as the High Development Scenario just with lower intensity.  Figure 3-10a displays the total new Federal and new non-Federal O&G emissions across the 14 CO/NM BLM Planning Areas that shows a mixture of Federal and non-Federal O&G emissions in the western Colorado Planning Areas. Most of the new O&G emissions in the eastern Colorado Planning Areas (e.g., Weld County) are due to non-Federal O&G, except for the development within the Pawnee Grassland Planning Area.  The differences in the new Federal and non-Federal O&G emissions for the Mancos Shale

BLM_0022177

December 2014



Development area in northern New Mexico reflects the assumption that new O&G was split 70 percent Federal and 30 percent non-Federal.

Figure 3-10b top panel displays the spatial distribution of emissions that combines the existing O&G within the 14 CO/NM BLM Planning Areas with the remainder O&G (new Federal and non-Federal plus existing) within the 4 km CARMMS domain but outside of the 14 CO/NM BLM Planning Areas. In addition to the familiar Basins within the 14 CO/NM Planning Areas (Denver-Julesburg, Piceance and North and South San Juan), the Uinta Basin is clearly evident along with O&G emissions in southwest Wyoming and in the Texas panhandle. Mining within the Colorado BLM Planning Areas consist of mainly isolated grid cells that can have very high $PM_{2.5}$ emissions (Figure 3-10b, bottom panel). Figure 3-10c displays the other (remainder) anthropogenic emissions and natural emissions. Roadways and the major urban areas of Denver, Salt Lake City, Colorado Springs and Albuquerque are clearly evident in the other anthropogenic emissions $NO_X$ and VOC maps. Whereas the spatial maps of other anthropogenic $PM_{2.5}$ emissions is more reflective of agricultural sources. Natural VOC emissions are dominated by forested areas, whereas the natural $NO_X$ emissions are higher in agricultural areas and the locations of fires in 2008.

### 3.7.1   Mining PM Speciation Issues

The EPA default PM speciation profiles as provided with the SMOKE emissions modeling system were used to speciate PM emissions for mining sources. These PM speciation profiles convert total $PM_{2.5}$ emissions into particulate SO4, NO3, NH4, EC, OA and OPM2.5 (other PM2.5) for the PGM modeling. In analyzing the AQ and AQRV impacts associated with mining on Federal lands in the CARMMS 2021 modeling results, we noticed sulfur deposition impacts and visibility impairment impacts due to SO4 that were higher than expected given the low $SO_2$ emissions from mining for the 2021 emission scenarios (8 TPY, see Tables 3-4 through 3-6). These higher than expected sulfur impacts from mining were due to primary SO4 emissions. Of the 6,957 TPY $PM_{2.5}$ emissions from mining (Table 3-4), 874 TPY (12.5%) is due to primary SO4 emissions.

Table 3-7 lists the mining source categories and emissions by Source Classification Code (SCC) and the PM speciation profile code used in the SMOKE modeling system that is used to speciate the mining PM emissions using a cross-reference with the SCC number. SMOKE speciates most of the mining PM emissions using the 92047 PM speciation profile that is for "Mineral Products – Avg – Simplified." Table 3-8 lists the $PM_{2.5}$ speciation profiles for the three profiles used to speciate the mining emissions in SMOKE. For the dominant 92047 PM profile for mining, 14.1% of the $PM_{2.5}$ emissions are speciated as primary SO4. The reference for the 92047 PM speciation profile in the SPECIATE database is "Shareef, G.S. Engineering Judgment, Radian Corporation. September 1987." In our search we could not find this reference.

For some types of above ground mining that uses blasting, higher sulfur emissions may be expected. However, in Colorado most of the mining is underground that would not include blasting so would be expected to have lower sulfur emissions, which is reflected in the low mining $SO_2$ emissions. Thus, it appears that mining primary SO4 emissions are overstated in the CARMMS 2021 modeling, which would result in overstated sulfur deposition and visibility impacts associated with mining. This issue will be discussed with EPA so that the SMOKE emissions modeling system can be updated in the future.

BLM_0022178

December 2014





Figure 3-10a. Spatial distribution of Federal (top) and non-Federal oil and gas $NO_X$, VOC and $PM_{2.5}$ emissions (tons per year) for the 14 BLM Planning Areas and the 2021 High Development Scenario.

BLM_0022179

Case No. 1:20-cv-02484-MSK Document 32-8 filed 04/27/21 USDC Colorado pg 68 of 100

**Figure 3-10b. Spatial distribution of Existing oil and gas (top) and mining on Federal lands $NO_X$, VOC and $PM_{2.5}$ emissions (tons per year) for the 14 BLM Planning Areas and the 2021 High Development Scenario.**

December 2014





**Figure 3-10c. Spatial distribution of other anthropogenic (top) and natural (biogenic, fires, lightning, sea salt and windblown dust) NO$_X$, VOC and PM$_{2.5}$ emissions (tons per year) for the 14 BLM Planning Areas and the 2021 High Development Scenario.**

BLM_0022181

December 2014



**Table 3-7. SCC number and description, PM$_{2.5}$ speciation profile code and name, and PM emissions for 95% of the mining emissions on Federal lands used in the CARMMS 2021 modeling**

| SCC | SCC Description | Profile | Profile name | PM2.5 (tpy) |
|---|---|---|---|---|
| 30501099 | Coal Mining, Cleaning & Material Handling /Other Not Classified | 92047 | Mineral Products - Avg - Simplified | 1,717 |
| 30501022 | Coal Mining, Cleaning & Material Handling /Drilling/Blasting | 92047 | Mineral Products - Avg - Simplified | 1,460 |
| 30501011 | Coal Mining, Cleaning & Material Handling /Coal Transfer | 92047 | Mineral Products - Avg - Simplified | 1,449 |
| 30501015 | Coal Mining, Cleaning & Material Handling /Loading | 92047 | Mineral Products - Avg - Simplified | 457 |
| 30501049 | Coal Mining, Cleaning & Material Handling /Wind Erosion: Exposed Areas | 92022 | Crustal Material - Simplified | 403 |
| 30501038 | Coal Mining, Cleaning & Material Handling /Truck Loading: Coal | 92047 | Mineral Products - Avg - Simplified | 333 |
| 30501043 | Coal Mining, Cleaning & Material Handling /Open Storage Pile: Coal | 92047 | Mineral Products - Avg - Simplified | 113 |
| 30501024 | Coal Mining, Cleaning & Material Handling /Hauling | 92047 | Mineral Products - Avg - Simplified | 105 |
| 30504010 | Mining & Quarrying Nonmetallic Minerals /Underground Ventilation | 92073 | Sand & Gravel - Simplified | 72 |
| 30501040 | Coal Mining, Cleaning & Material Handling /Truck Unloading: End Dump – Coal | 92047 | Mineral Products - Avg - Simplified | 68 |
| 30501046 | Coal Mining, Cleaning & Material Handling /Bulldozing: Coal | 92047 | Mineral Products - Avg - Simplified | 67 |
| 30501009 | Coal Mining, Cleaning & Material Handling /Raw Coal Storage | 92047 | Mineral Products - Avg - Simplified | 61 |

BLM_0022182

December 2014



**Table 3-8. PM$_{2.5}$ speciation profiles used to speciate the mining PM emissions.**

| Profile | Pol | Species | Fraction |
|---------|-----|---------|----------|
| Mineral Products - Avg - Simplified | | | |
| 92047 | PM2_5 | POA | 7.4% |
| 92047 | PM2_5 | PEC | 1.5% |
| 92047 | PM2_5 | PNO3 | 0.3% |
| 92047 | PM2_5 | PSO4 | 14.1% |
| 92047 | PM2_5 | PMFINE | 76.8% |
| Crustal Material - Simplified | | | |
| 92022 | PM2_5 | POA | 7.5% |
| 92022 | PM2_5 | PEC | 0.2% |
| 92022 | PM2_5 | PNO3 | 0.1% |
| 92022 | PM2_5 | PSO4 | 0.2% |
| 92022 | PM2_5 | PMFINE | 92.0% |
| Sand & Gravel - Simplified | | | |
| 92073 | PM2_5 | POA | 0.0% |
| 92073 | PM2_5 | PEC | 0.0% |
| 92073 | PM2_5 | PNO3 | 0.1% |
| 92073 | PM2_5 | PSO4 | 0.3% |
| 92073 | PM2_5 | PMFINE | 99.7% |

BLM_0022183

December 2014



## 4.0 FUTURE YEAR MODELING APPROACH

The CAMx source apportionment tool was used to obtain separate contributions of BLM authorized oil and gas development on Federal lands within 13 Colorado BLM Planning Areas plus the Mancos Shale Development area in northwestern New Mexico.  This draft final report addresses the contributions to air quality (AQ) and air quality related value (AQRV) impacts associated with the 2021 High, Low and Medium Development Scenarios.  The following sections describe how the CARMMS 2021 CAMx source apportionment modeling was conducted for the three scenarios and analyzed with the results presented in Chapter 5.

### 4.1   CARMMS Source Apportionment Modeling Approach

The CAMx Anthropogenic Precursor Culpability Assessment (APCA) version of the Ozone Source Apportionment Technology (OSAT) and the Particulate Source Apportionment Technology (PSAT) were used to obtain separate AQ and AQRV contributions due to BLM-authorized new oil and gas development on Federal lands for each of the 13 Colorado BLM Planning Areas and the Mancos Shale O&G development area within the New Mexico BLM Farmington Field Office (NMFFO) Planning Area (i.e., the 14 BLM Planning Areas).  Separate source apportionment contributions from new oil and gas emissions on non-Federal lands and existing oil and gas within the combined 14 BLM Planning Areas was also obtained.  Separate source apportionment of AQ/AQRV impacts associated with the 10 mines located within Colorado BLM Planning Areas discussed at the end of Section 3.1.5 was also obtained.  Separate source apportionment contributions was also obtained for oil and gas emissions within the 4 km CARMMS domain outside of the 14 BLM Planning Areas, remainder anthropogenic emissions and natural emissions (i.e., biogenic sources, fires, lightning, windblown dust and sea salt).

### 4.1.1   Overview of Source Apportionment Tools

The CAMx OSAT/APCA ozone and PSAT PM source apportionment tools use reactive tracers that are released from each Source Group for which contributions are desired.  These reactive tracers operate in parallel to the host photochemical grid model accessing the model's transport, dispersion, chemistry and deposition algorithms.  For example, the OSAT/APCA ozone source apportionment tools represents each Source Group's ozone contributions using four reactive tracers that represent the Source Groups VOC emissions (V), $NO_X$ emissions (N) and ozone attributed to the Source Group that is formed under more VOC-limited (O3V) and $NO_X$-limited (O3N) conditions.  At each time step and in each grid cell, ozone formed is allocated to the Source Groups based on the Source Groups relative contribution of VOC or more $NO_X$ emissions to the total VOC or $NO_X$ concentrations after determination of whether ozone formation is more VOC-limited or more $NO_X$-limited.  The APCA ozone source apportionment tool differs from OSAT in that it recognizes that some precursor emissions are not controllable so redirects ozone formed from the uncontrollable to the controllable Source Group.  For example, when ozone is formed under VOC-limited conditions due to the interaction between biogenic VOC and anthropogenic $NO_X$ emissions, a case OSAT would assign the ozone formed to the biogenic emissions Source Group, APCA redirects the ozone formed to the anthropogenic emissions Source Group recognizing that biogenic VOC emissions are not controllable and without the anthropogenic $NO_X$ the ozone would not have been generated.  In a CAMx APCA source apportionment run, the first Source Category specified in the run is

BLM_0022184

December 2014

assumed to be the uncontrollable Source Group (typically natural emissions) and ozone will only be allocated to natural emissions when it is due to natural VOC and NO$_X$ emissions interacting with each other (e.g., ozone formed due to reactions between biogenic VOC and biogenic NOx).  For the CARMMS modeling, the natural emissions Source Group included biogenic, fires (wildfires, prescribed burns and agricultural burning), lightning, windblown dust and sea salt emissions.  Although one could argue that emissions from prescribed burns and agricultural burning are not natural, emissions from wildfires dominate the fire emissions especially within the CARMMS 4 km domain.

For the CAMx PSAT PM source apportionment tool there are several families of PM source apportionment tracers that can be run separately or together that track the different components of PM.  Each of these families has a different number of reactive tracers to track the pathway from the PM precursor emissions to the ultimate PM compounds.  The five different families of PSAT source apportionment are as follows (number of tracers in parenthesis): Sulfate-SO4 (2); Nitrate/Ammonium-NO3/NH4 (7); Primary PM (6); Secondary Organic Aerosol-SOA (20) and Mercury-Hg (3).  For CARMMS, we used the SO4, NO3/NH4 and Primary PM PSAT families of tracers so that 15 total reactive tracers are needed to track PM contribution for each Source Group.  The Hg PSAT family was not used because mercury is not a focus of CARMMS and O&G sources have negligible Hg emissions.  There are five SOA precursors treated in CAMx: toluene and xylene (aromatics), isoprene, terpene and sesquiterpene with biogenic sources contributing a majority of the SOA.  O&G VOC emissions are dominated by light VOCs that do not form any SOA.  We examined the speciation of the O&G emissions and found the five VOC species that are SOA precursors account for approximately 0.1 percent of the O&G VOC emissions.  Thus, O&G emission VOCs would have a negligible contribution to SOA so the SOA family of PSAT source apportionment tracers was not used.  The CARMMS annual source apportionment runs take over a month to complete and use of the SOA PSAT family would have more than doubled the number of tracers.

Thus, SOA is not included in the PM$_{2.5}$ and visibility impacts associated with Source Groups A through V that are based on the PSAT source apportionment modeling results.  But SOA is included in the PM$_{2.5}$ and visibility impacts of Source Groups W and X that represents total emissions from the 2021 and 2008 emission scenarios.

### 4.1.2   CARMMS Source Apportionment Configuration

The APCA version of the OSAT and the SO4, NO3/NH4 and Primary PM (i.e., no SOA) families of PSAT source apportionment was used to track the AQ/AQRV contributions of new O&G development on Federal lands in 14 separate BLM Planning Areas for the 2021 High, Low and Medium Development Scenarios using the CARMMS 2008 4 km modeling platform.  The 14 BLM Planning Areas where separate AQ/AQRV impacts due to new O&G development on Federal lands were simulated are shown in Figure 4-1.  In total, the 2021 CAMx source apportionment modeling tracked AQ/AQRV contributions for 20 separate Source Categories in the order listed in Table 4-1.  Because the APCA version of OSAT is being used, the first Source Category has to be natural emissions.  The 2nd through 15th Source Categories correspond to new O&G emissions on Federal lands within the 13 Colorado BLM planning areas and the Mancos Shale development area within the BLM NMFFO lands (the 14 BLM Planning Areas).

BLM_0022185

December 2014

The 16th Source Category is the combined emissions from all new O&G within the 14 BLM Planning Areas on non-Federal lands.  The 17th and 18th Source Categories are, respectively, existing O&G within the 14 BLM Planning Areas and mining on Federal lands within the 14 BLM Planning Areas[67].  The 19th Source Category is all O&G emissions (existing, new Federal and new non-Federal) outside of the 14 BLM Planning Areas (i.e., the yellow area in Figure 4-1).  And the final (20th) Source Category is remaining anthropogenic emissions (e.g., point, mobile and area sources that are not O&G everywhere or mining on Federal lands within the 14 BLM Planning Areas).

**Table 4-1.  Ordering of the 20 Source Categories used in the CAMx 2021 source apportionment modeling.**

| 1 | Natural emissions (combined biogenic, fires, lightning, sea salt and WBD). |
|---|---|
| 2 | Little Snake FO |
| 3 | White River FO |
| 4 | Colorado River Valley FO (CRVFO) |
| 5 | Roan Plateau Planning area portion of CRVFO |
| 6 | Grand Junction FO |
| 7 | Uncompahgre FO |
| 8 | Tres Rios FO |
| 9 | Kremmling FO |
| 10 | Royal Gorge FO Area#1 (RGFO#1) -- North |
| 11 | Pawnee Grasslands portion of RGFO#1 |
| 12 | RGFO#2 – West-Central/South |
| 13 | RGFO#3 – South |
| 14 | RGFO#4 – East-Central |
| 15 | New Mexico Farmington Field Office |
| 16 | Combined New O&G from non-Federal lands within the 14 BLM Planning Areas |
| 17 | Combined Existing O&G from 14 BLM Planning Areas |
| 18 | Mining from 14 BLM Planning Areas |
| 19 | All O&G (existing and new on Federal and non-Federal lands) in 4 km domain outside of the 14 BLM Planning Areas (see yellow region in Figure 1) |
| 20 | Remaining anthropogenic emissions (on-road and non-road mobile, point and area sources everywhere in 4 km domain) |

---

[67] There were no mining emissions within the northern New Mexico Mancos Shale development area.

BLM_0022186

December 2014



**Figure 4-1. 13 Colorado and New Mexico BLM planning areas (the 14 BLM Planning Areas) where separate contributions of new O&G development on Federal lands was obtain for 2021 source apportionment modeling.**

BLM_0022187

December 2014

## 4.2   Post-Processing of the CAMx 2021 Source Apportionment Modeling Results

The CAMx 2021 total concentrations results were post-processed for comparisons to the applicable ambient air quality standards as listed in Table 4-3.  With the exception of ozone, where results will be reported in concentration units of part per billion by volume (ppb), all concentrations will be reported in units of micrograms per cubic meter ($\mu g/m^3$).  Gas-phase species were converted from parts per million (ppm) to $\mu g/m^3$ using the conversion factor recommended in the Colorado Department of Health and Environment (CDPHE) air permit modeling guidance[68].  The incremental AQ and AQRV impacts due to each of the 24 Source Groups listed in Table 4-2 are reported.  These 24 Source Groups are labeled A through X consist of the following sources:

| | |
|---|---|
| (A - N) | New Federal O&G from each of the 14 BLM Planning Areas as shown in Figure 4-1 and listed as Source Categories No. 2 through 15 in Table 4-1. |
| (O) | Total Federal O&G from the CRVFO that combines the Roan Plateau and non-Roan Plateau portions of the CRVFO. |
| (P) | Total Federal O&G from the RGFO that combines the four RGFO subregions plus the Pawnee Grassland portion of the RGFO. |
| (Q) | Mining on Federal land within the 13 Colorado BLM Planning Areas. |
| (R) | Combined O&G and mining development on Federal lands within all of the 13 Colorado BLM Planning Areas. |
| (S) | Combined new O&G and mining development on Federal lands and new O&G development non-Federal lands within the 13 Colorado BLM Planning Areas. |
| (T) | The Cumulative Emissions scenario that includes new O&G development on Federal and non-Federal lands and mining development  on Federal lands within the 13 Colorado BLM Planning areas plus new O&G development for the Mancos Shale area in northern New Mexico. |
| (U) | Emissions from all O&G development throughout the 4 km CARMMS domain (new Federal and non-Federal O&G through the domain plus Federal mining in Colorado). |
| (V) | Natural emissions (biogenic, fires, lightning, WBD and sea salt). |
| (W) | All emissions from the 2021 CAMx simulation (total concentrations). |
| (X) | All emissions from the 2008 CAMx base case simulation (total concentrations). |

---

[68] C [ppm] = C [$\mu g/m^3$] / (40.9 x MW), where MW = molecular weight in g/mole.  This formula assumes 1 atmosphere pressure and 298 K temperature.  http://www.colorado.gov/airquality/permits/guide.pdf

BLM_0022188

December 2014

**Table 4-2. 24 Source apportionment post-processing Source Groups that separate AQ/AQRV impacts at Class I and sensitive Class II areas will be disclosed for the 2021 emission scenarios and 2008 base case.**

| Processing Source Group | Source Group Name | Source Category No. (See Table 4-1) |
|---|---|---|
| A through N | See Table 4-1 for names of the new Federal O&G from the 14 BLM Planning Areas Source Categories #2 through #15 | Separately #2 - #15 |
| O | Total Colorado River Field Office | #4 and #5 |
| P | Total Royal Gorge Field Office | #10, #11, #12 #13 and #14 |
| Q | Mining from 13 Colorado BLM Planning Areas | #18 |
| R | Combined new Federal O&G and Mining from the 13 Colorado BLM Planning Areas | #2 -#14 and #18 |
| S | Combined new Federal and non-Federal O&G and Mining from 13 Colorado BLM Planning Areas | #2 - #14 plus #16 and #18 |
| T | Cumulative Emissions Scenario – New Federal and non-Federal O&G from 14 BLM Planning Areas plus mining in the 14 BLM Planning Areas | #2 - #16 and #18 |
| U | Combined O&G and Mining in 4 km domain | #2 - #19 |
| V | Natural Emissions | #1 |
| W | 2021 All Emissions | #1 - #20 |
| X | 2008 Base Case All Emissions | -- |

BLM_0022189

December 2014

**Table 4-3. Applicable National and State Ambient Air Quality Standards and PSD concentration increments (bold indicates units in which standard was defined, conversion to ppm/ppb following CDPHE modeling guidance and with the exception of ozone that will be reported in ppb, all modeled concentrations will be reported in µg/m$^3$).**

| Pollutant/Averaging Time | NAAQS | CAAQS[13] | NMAAQS[14] | PSD Class I Increment[1] | PSD Class II Increment[1] |
|---|---|---|---|---|---|
| **CO** | | | | | |
| 1-hour[2] | **35 ppm** 40,000 µg/m$^3$ | -- | **13.1 ppm** 1,100 µg/m$^3$ | -- | -- |
| 8-hour[2] | **9 ppm** 10,000 µg/m$^3$ | -- | **8.7 ppm** 10,000 µg/m$^3$ | -- | -- |
| **NO$_2$** | | | | | |
| 1-hour[3] | **100 ppb** 188 µg/m$^3$ | -- | -- | -- | -- |
| 24-hour | -- | -- | **0.10 ppm** 1,953 µg/m$^3$ | -- | -- |
| Annual[4] | **53 ppb** 100 µg/m$^3$ | -- | **0.05 ppm** 98 µg/m$^3$ | 2.5 µg/m$^3$ | 25 µg/m$^3$ |
| **O$_3$** | | | | | |
| 8-hour[5] | **0.075 ppm** 147 µg/m$^3$ | -- | -- | -- | -- |
| **PM$_{10}$** | | | | | |
| 24-hour[6] | **150 µg/m$^3$** | -- | -- | 8 µg/m$^3$ | 30 µg/m$^3$ |
| Annual[7] | -- | -- | -- | 4 µg/m$^3$ | 17 µg/m$^3$ |
| **PM$_{2.5}$** | | | | | |
| 24-hour[8] | **35 µg/m$^3$** | -- | -- | 2 µg/m$^3$ | 9 µg/m$^3$ |
| Annual[9] | **12 µg/m$^3$** | -- | -- | 1 µg/m$^3$ | 4 µg/m$^3$ |
| **SO$_2$** | | | | | |
| 1-hour[10] | **75 ppb** 196 µg/m$^3$ | -- | -- | | |
| 3-hour[11] | **0.5 ppm** 1,300 µg/m$^3$ | **700 µg/m$^3$** | -- | 25 µg/m$^3$ | 512 µg/m$^3$ |
| 24-hour[12] | -- | -- | **0.10 ppm** 262 µg/m$^3$ | 5 µg/m$^3$ | 91 µg/m$^3$ |
| Annual[4] | -- | -- | **0.02 ppm** 52 µg/m$^3$ | 2 µg/m$^3$ | 20 µg/m$^3$ |

1. The PSD demonstrations serve information purposes only and do not constitute a regulatory PSD increment consumption analysis.
2. No more than one exceedance per calendar year; for NMAAQS - No more than one exceedance per consecutive 12 months
3. 98th percentile, averaged over 3 year; for NMAAQS - not to be exceeded more than once over any 12 consecutive months
4. Annual mean not to be exceeded; for NMAAQS - arithmetic average over any four consecutive quarters not to be exceeded
5. Fourth-highest daily maximum 8-hour ozone concentrations in a year, averaged over 3 years
6. Not to be exceeded more than once per calendar year on average over 3 years.
7. 3 year average of the arithmetic means over a calendar year
8. 98th percentile, averaged over 3 years
9. Annual mean, averaged over 3 years, NAAQS promulgated December 14, 2012
10. 99th percentile of daily maximum 1-hour concentrations in a year, averaged over 3 years
11. No more than one exceedance per calendar year (secondary NAAQS) and no more than one exceedance in 12 consecutive months (CAAQS)
12. For areas in New Mexico not within 3.5 miles of the Chino Mines Company
13. http://www.colorado.gov/cs/Satellite/CDPHE-Main/CBON/1251601911433
14. http://www.nmcpr.state.nm.us/nmac/parts/title20/20.002.0003.htm

BLM_0022190

December 2014

## 4.3   Class I and Sensitive Class II Areas for Analysis

The BLM COSO and NMSO and their contractors worked with the IAQRT to identify the Class I and sensitive Class II areas where the AQ/AQRV impacts due to O&G development on Federal lands within the Colorado BLM Planning Areas would be assessed.  With the addition of the Mancos Shale development area in northwest New Mexico in the CARMMS analysis, the BLM NMSO reached out to the IAQRT to assist in identifying additional Class I and sensitive Class II areas to analyze in the analysis.  Responses were received from NPS, USFS and FWS and a Technical Memorandum was prepared dated September 2, 2014 (Parker and Morris, 2014) for the NMSO that identified the Class I and sensitive Class II areas for the CARMMS analysis. Although the Class I area list did not change, several additional sensitive Class II areas were added to the CARMMS post-processing list that were within 300 km of the Mancos Shale development area.

The Class I and sensitive Class II areas were also analyzed and a few areas that overlapped or were adjacent were consolidated.  In addition, new shapefiles of the Class I/II areas were acquired and GIS analysis was performed to define the grid cell definition of the Class I/II areas. This resulted in changes to the grid cell definitions of the Class I/II areas (i.e., receptors) from what was used in the CARMMS May 2014 preliminary draft report.  Section 4.3.1 describes the procedures used and examples on how the grid cell definitions of the Class II/II areas were performed.

### 4.3.1   Final Class I and Sensitive Class II Areas

The Class I areas where air quality and AQRV impacts were calculated within the 4 km CARMMS modeling domain are displayed in Figure 4-2 and listed in Table 4-4.  The sensitive Class II areas used in the CARMMS post-processing are displayed in Figure 4-3 by FLM ownership and listed in Table 4-5.  Note that several of the Class I areas are portions of a sensitive Class II area.  In total, the CARMMS modeling results were post-processed using 26-27 and 58 Class I and sensitive Class II areas, respectively.  Details on how the sensitive Class II areas were defined are provided in Parker and Morris (2014).  Note that the Colorado side of Dinosaur National Monument is considered PSD Class I for just $SO_2$.  Sensitive lakes in the region where acid neutralizing capacity (ANC) calculations will be made are listed in Table 4-6.

BLM_0022191

December 2014



**Figure 4-2.  Locations of Class I (dark green) and sensitive Class II (light green) areas where air quality and AQRV impacts were assessed as well as sensitive lakes (blue dots) where ANC calculations will be made (Class I areas are labeled).**

BLM_0022192

December 2014

**Table 4-4.        List of Class I Areas for Impact Analysis**

| Class I Area | State | FLM |
|---|---|---|
| Arches NP | UT | NPS |
| Bandelier Wilderness | NM | NPS |
| Black Canyon of the Gunnison National Park | CO | NPS |
| Bosque del Apache Wilderness | NM | FWS |
| Canyonlands NP | UT | NPS |
| Capitol Reef NP | UT | NPS |
| Eagles Nest Wilderness | CO | USFS |
| Flat Tops Wilderness | CO | USFS |
| Galiuro Wilderness | AZ | USFS |
| Gila Wilderness | NM | USFS |
| Great Sand Dunes Wilderness-NPS | CO | NPS |
| La Garita Wilderness | CO | USFS |
| Maroon Bells-Snowmass Wilderness | CO | USFS |
| Mesa Verde NP | CO | NPS |
| Mount Baldy Wilderness | AZ | USFS |
| Mount Zirkel Wilderness | CO | USFS |
| Pecos Wilderness | NM | USFS |
| Petrified Forest NP | AZ | NPS |
| Rawah Wilderness | CO | USFS |
| Rocky Mountain NP | CO | NPS |
| Salt Creek Wilderness | NM | FWS |
| San Pedro Parks Wilderness | NM | USFS |
| Weminuche Wilderness | CO | USFS |
| West Elk Wilderness | CO | USFS |
| Wheeler Peak Wilderness | NM | USFS |
| White Mountain Wilderness | NM | USFS |
| Dinosaur NM[1] | UT & CO | NPS |
| 1. The Colorado side of Dinosaur NM is PSD Class I for $SO_2$ | | |

BLM_0022193

December 2014



**Figure 4-3a.  NPS sensitive Class II areas for the CARMMS analysis labeled.  Class I areas and non-NPS sensitive Class II areas unlabeled.**

BLM_0022194

December 2014



**Figure 4-3b.** **USFS sensitive Class II areas for the CARMMS analysis labeled. Class I area and non-USFS Class II areas displayed but not labeled.**

BLM_0022195

December 2014



**Figure 4-3c.  FWS sensitive Class II areas for the CARMMS analysis labeled. Class I areas and non-FWS areas shown but not labeled.**

BLM_0022196

December 2014

Table 4-5.  Sensitive Class II areas where air quality and AQRV impacts were assessed.

| Sensitive Class II Area | State | FLM |
|---|---|---|
| Alamosa NWR | CO | FWS |
| Aldo Leopold Wilderness | NM | USFS |
| Apache Kid Wilderness | NM | USFS |
| Aztec Ruins NM | NM | NPS |
| Baca NWR | CO | FWS |
| Bear Wallow Wilderness | AZ | USFS |
| Bitter Lake NWR | NM | FWS |
| Blue Range Wilderness | NM | USFS |
| Bosque Del Apache NWR | NM | FWS |
| Browns Park NWR | CO | FWS |
| Canyon de Chelly NM | AZ | NPS |
| Capitan Mountains Wilderness | NM | USFS |
| Chaco Culture NHP | NM | NPS |
| Chama River Canyon Wilderness | NM | USFS |
| Chimney Rock NM | CO | USFS |
| Colorado NM | CO | NPS |
| Cruces Basin Wilderness | NM | USFS |
| Curecanti NRA | CO | NPS |
| Dark Canyon Wilderness | UT | USFS |
| Dinosaur NM | CO | NPS |
| Dome Wilderness | NM | USFS |
| El Malpais NM | NM | NPS |
| Escudilla Wilderness | AZ | USFS |
| Flaming Gorge | UT | USFS |
| Florissant Fossil Beds NM | CO | NPS |
| Fossil Ridge Wilderness | CO | USFS |
| Glen Canyon NRA | UT | NPS |
| Great Sand Dunes National Park | CO | NPS |
| Great Sand Dunes National Preserve | CO | NPS |
| Greenhorn Mountain Wilderness | CO | USFS |
| High Uintas Wilderness | UT | USFS |
| Holy Cross Wilderness | CO | USFS |
| Hovenweep NM | CO | NPS |
| Hunter-Fryingpan Wilderness | CO | USFS |
| Las Vegas NWR | NM | FWS |
| Latir Peak Wilderness | NM | USFS |
| Lizard Head Wilderness | CO | USFS |
| Lost Creek Wilderness | CO | USFS |
| Manzano Mountain Wilderness | NM | USFS |
| Maxwell NWR | NM | FWS |
| Monte Vista NWR | CO | FWS |
| Mount Evans Wilderness | CO | USFS |
| Mount Sneffels Wilderness | CO | USFS |
| Natural Bridges NM | UT | NPS |
| Navajo NM | AZ | NPS |

BLM_0022197

December 2014

## Table 4-6.  Sensitive lakes where ANC calculations were made.

| Lake | National Forest Name | Wilderness Name |
|---|---|---|
| Walk Up Lake | Ashley National Forest | |
| Tabor Lake | White River National Forest | Collegiate Peaks Wilderness |
| Brooklyn Lake | White River National Forest | Collegiate Peaks Wilderness |
| Booth Lake | White River National Forest | Eagles Nest Wilderness |
| Upper Willow Lake | White River National Forest | Eagles Nest Wilderness |
| Upper Ned Wilson Lake | White River National Forest | Flat Tops Wilderness |
| Lower Nwl Packtrail Pothole | White River National Forest | Flat Tops Wilderness |
| Ned Wilson Lake | White River National Forest | Flat Tops Wilderness |
| Upper Nwl Packtrail Pothole | White River National Forest | Flat Tops Wilderness |
| Dean Lake | Ashley National Forest | High Uintas Wilderness |
| No Name (Utah; Duchesne - 4d2-039) | Ashley National Forest | High Uintas Wilderness |
| Fish Lake | Wasatch-Cache National Forest | High Uintas Wilderness |
| Bluebell | ASHLEY NATIONAL FOREST | HIGH UINTAS WILDERNESS |
| Upper Coffin | Ashley National Forest | High Uintas Wilderness |
| Blodgett Lake, Colorado | White River National Forest | Holy Cross Wilderness |
| Upper Turquoise Lake | White River National Forest | Holy Cross Wilderness |
| Upper West Tennessee Lake | San Isabel National Forest | Holy Cross Wilderness |
| Blue Lake (Colorado; Boulder - 4e1-040) | Arapaho And Roosevelt National Forests | Indian Peaks Wilderness |
| No Name (Colorado; Boulder - 4e1-055) | Arapaho And Roosevelt National Forests | Indian Peaks Wilderness |
| King Lake (Colorado; Grand - 4e1-049) | Arapaho And Roosevelt National Forests | Indian Peaks Wilderness |
| Crater Lake (Colorado; Grand - 4e1-041) | Arapaho And Roosevelt National Forests | Indian Peaks Wilderness |
| Upper Lake | Arapaho And Roosevelt National Forests | Indian Peaks Wilderness |
| Small Lake Above U-Shaped Lake | Rio Grande National Forest | La Garita Wilderness |
| U-Shaped Lake | Rio Grande National Forest | La Garita Wilderness |
| Moon Lake (Upper) | White River National Forest | Maroon Bells-Snowmass Wilderness |
| Avalanche Lake | White River National Forest | Maroon Bells-Snowmass Wilderness |
| Capitol Lake | White River National Forest | Maroon Bells-Snowmass Wilderness |
| Upper Middle Beartrack Lake | Arapaho And Roosevelt National Forests | Mount Evans Wilderness |
| South Lake (Colorado) | Pike And San Isabel National Forests | Mount Evans Wilderness |
| Abyss Lake | Pike And San Isabel National Forests | Mount Evans Wilderness |
| North Lake (Colorado) | Pike And San Isabel National Forests | Mount Evans Wilderness |
| Frozen Lake | Pike And San Isabel National Forests | Mount Evans Wilderness |
| Seven Lakes (Lg.East) | Medicine Bow-Routt National Forest | Mount Zirkel Wilderness |
| Summit Lake (Colorado; | Medicine Bow-Routt National Forest | Mount Zirkel Wilderness |

BLM_0022198

December 2014

| Lake | National Forest Name | Wilderness Name |
|---|---|---|
| Jackson - 4e2-060) | | |
| Lake Elbert | Medicine Bow-Routt National Forest | Mount Zirkel Wilderness |
| Deep Creek Lake, Colorado | Gunnison National Forest | Raggeds Wilderness |
| Rawah Lake #4 | Arapaho And Roosevelt National Forests | Rawah Wilderness |
| Island Lake | Arapaho And Roosevelt National Forests | Rawah Wilderness |
| Kelly Lake (Colorado) | Arapaho And Roosevelt National Forests | Rawah Wilderness |
| Upper Stout Lake | San Isabel National Forest | Sangre De Cristo Wilderness |
| Upper Little Sand Creek Lake | San Isabel National Forest | Sangre De Cristo Wilderness |
| Lower Stout Lake | San Isabel National Forest | Sangre De Cristo Wilderness |
| Crater Lake (Sangre De Cristo) | Rio Grande National Forest | Sangre De Cristo Wilderness |
| Lake South Of Blue Lakes | San Juan-Rio Grande National Forest | South San Juan Wilderness |
| Glacier Lake (Colorado) | San Juan-Rio Grande National Forest | South San Juan Wilderness |
| Little Eldorado Lake | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| White Dome Lake | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| Lake Due South Of Ute Lake | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| Big Eldorado Lake | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| Small Pond Above Trout Lake | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| Upper Sunlight Lake | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| Upper Grizzly Lake | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| West Snowdon Lake | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| Middle Ute Lake | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| Little Granite Lake | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| Lower Sunlight Lake | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| Four Mile Pothole | San Juan-Rio Grande National Forest | Weminuche Wilderness |
| South Golden Lake | Grand Mesa, Uncompahgre And Gunnison National Forests | West Elk Wilderness |

## 4.3.2   Class I and Sensitive Class II Area Grid Cell Assignments

The list of CAMx grid cells that represent each Class I/II area changed slightly between the preliminary analysis as documented in the May 2014 report and the draft final analysis reported here.  For some of the Class I/II areas, the CAMx grid cells used to represent the areas are identical in the preliminary and final analyses, these areas include Galiuro Wilderness, Mt Baldy Wilderness and Colorado NM.  For some other Class I/II areas, the CAMx grid cells used to represent the areas differ by a single grid cell (of about 100 total grid cells).  The final results for these areas are usually expected to be very close to the preliminary results, those areas include Canyonlands National Park and Rocky Mountain National Park.  Some of the other Class I/II areas have more grid cell differences between the preliminary and final analysis.

Determining the grid cells that represent the Class I/II areas is achieved with Graphical Information System (GIS) software, and is performed by intersecting the CAMx model grid cells

BLM_0022199

December 2014

with GIS shapefiles that define the Class I/II boundaries.  Different GIS tools are available to perform the intersection that assigns a Class I/II designation to each grid cell, and different input shapefiles defining the boundaries are also available.

To generate the grid cells for the final analysis, we used official Class I boundary shapefiles that are available for download from the NPS website[69].  The GIS tool "spatial join" was used to assign a Class I/II area to each CAMx grid cell if any part of the Class I/II area intersects the grid cell, even if the Class I/II area only covers a small fraction of the grid cell.  For example, Figure 4-4 displays the La Garita Wilderness Class I area boundary and grid cells (receptors) representing that area, the numbers displayed in the grid cells are the i and j coordinates of the CARMMS 4 km domain modeling grid.  In Figure 4-4 it can be seen that many of the grid cells covering the boundary of La Garita have more than 50% of the grid cell area outside of the La Garita boundary, these grid cells may not have been used in the preliminary analysis.  In fact there are numerous grid cells assigned to the La Garita Wilderness where the Class I area covers less than 10 percent of the grid cell.  The inclusion of any grid cell that intersects any part of the Class I area no matter how small introduces conservatisms in the analysis.  In addition, for the final processing, attention was paid to grid cells that cover more than one Class I/II area, in those cases, a particular grid cell was used twice to represent 2 different neighboring Class I/II areas. Figure 4-5 provides an example of a grid cell (56_153) that is used to represent both Black Canyon of the Gunnison Class I area and Curecanti NPS Class II area. Figure 4-6 displays a quality assurance (QA) plot showing all the Class I areas (including the Colorado side of Dinosaur NM, since it is considered a Class I area for $SO_2$), overlaid with the grid cells used to represent the Class I/II areas in the final analysis.

---

[69] http://www.nature.nps.gov/air/maps/classiloc.cfm

BLM_0022200

December 2014



**Figure 4-4. La Garita Wilderness Area represented by 4 km grid cells.**

BLM_0022201

December 2014



**Figure4-5. Example of Black Canyon of the Gunnison Class I area grid cell overlap with Curecanti Class II area.**

BLM_0022202

December 2014



**Figure 4-6. QA Plot showing all Class I Areas and CARMMS 4 km grid cell receptors that represent the areas.**

BLM_0022203

December 2014

## 4.4   Ambient Concentration Analysis using Absolute Modeling Results

Modeled concentrations predicted by the CAMx due to all sources were compared against national and state standards (NAAQS, CAAQS and NMAAQS, see Table 4-3) throughout the 4 km modeling domain.  When exceedances of the ozone or $PM_{2.5}$ NAAQS are estimated, the APCA and PSAT source apportionment results was used to determine the contribution of emissions from each of the Source Groups to determine the major cause of the modeled exceedance.  The incremental air quality concentration contribution due to emissions from oil and gas on Federal lands at Class I and sensitive Class II areas for each BLM planning area were compared to applicable PSD increments (see Table 4-3).  The PSD demonstrations are for information only and are not regulatory PSD Increment consumption analyses, which would be completed as necessary by the relevant state or other agency.

## 4.5   Ambient Concentration Analysis using Relative Modeling Results

EPA's modeling guidance recommends using the PGM modeling results in a relative fashion when comparing future year modeling results to the ozone and $PM_{2.5}$ NAAQS (EPA, 2007).  The relative change in the PGM concentrations between the current and future year simulations are used to scale the observed current year ozone or $PM_{2.5}$ Design Value (DVC) to obtain a projected future year Design Value (DVF).  The model derived scaling factors are called Relative Response Factors (RRFs) and are based on the ratio of future year to current year modeling results:

$$DVF = DVC \times RRF$$

EPA's PGM modeling guidance provides recommended procedures for calculating DVCs and RRFs (EPA, 2007) that have been implemented in EPA's Modeled Attainment Test Software (MATS[70]; Abt, 2012).  The MATS projection tool was used with the CAMx 2008 Base Case and 2021 High, Low and Medium Development Scenarios modeling results to project future year ozone DVFs that were compared to the NAAQS.  MATS also has a capability of projecting $PM_{2.5}$ DVFs but there is much less observed $PM_{2.5}$ data in the region so such projections would be extremely limited, so MATS was not used for $PM_{2.5}$.  The MATS default settings for making future year ozone projections were used that includes using a current year Design Value (DVC) based on an average of three-years of Design Values (DVs) centered on the Base Case modeling year (2008) and constructing RRFs using at least 10 days of modeling results.  As the Base Case year is 2008, then this means using a DVC based on DVs from the following 3-year periods, 2006-2008, 2007-2009 and 2008-2010.

## 4.6   Visibility Analysis

Visibility impacts were calculated for new oil and gas emissions on Federal lands within each BLM Planning Areas as well as for cumulative emissions sources. The approach used the incremental concentrations as quantified by the CAMx PSAT tool simulation of oil and gas and mining activities within each BLM planning area.  Changes in light extinction from CAMx model

---

[70] http://www.epa.gov/ttn/scram/modelingapps_mats.htm

BLM_0022204

December 2014

concentration increments due to emissions from oil and gas and other activity emissions were calculated for each day at grid cells that intersect Class I and sensitive Class II areas within the 4 km modeling domain (see Section 4.3.2).  The FLAG (2010) procedures were used in the incremental BLM planning area-specific visibility assessment analysis.

The visibility evaluation metric used in this analysis is based on the Haze Index which is measured in deciview (dv) units and is defined as follows:

$$HI = 10 \times \ln[b_{ext}/10] \,.$$

$b_{ext}$ is the atmospheric light extinction measured in inverse megameters ($Mm^{-1}$) and is calculated primarily from atmospheric concentrations of particulates.  A more intuitive measure of haze is visual range (VR), which is defined as the distance at which a large black object just disappears from view, and is measured in km. Visual range is related to $b_{ext}$ by the formula VR = $3912 / b_{ext}$.  Visual range will not be used as a threshold in the analysis, but could be back-calculated from extinction to give a more easily understood visibility metric.

The incremental concentrations due to BLM planning area emissions were added to background concentrations in the extinction equation ($b_{ext}$) and the difference between the Haze Index with added BLM planning area concentrations to the Haze Index based solely on background concentrations is calculated.  This quantity is the change in Haze Index, which is referred to as "delta deciview" ($\Delta dv$) :

$$\Delta dv = 10 \times \ln[b_{ext(BLM+background)}/10] - 10 \times \ln[b_{ext(background)}/10]$$

$$\Delta dv = 10 \times \ln[b_{ext(BLM+background)}/b_{ext(background)}]$$

Here $b_{ext(BLM+background)}$ refers to atmospheric light extinction due to oil and gas and other activities in each BLM planning area  plus background concentrations, and $b_{ext(background)}$ refers to atmospheric light extinction due to background concentrations only.

For each individual BLM Planning Areas, the estimated visibility degradation at the Class I areas and sensitive Class II areas due to new O&G emissions on Federal lands are presented in terms of the number of days that exceed a threshold change in deciview ($\Delta dv$) relative to background conditions.  In the next section we describe the method for calculating the extinction, $b_{ext}$.

### 4.6.1   IMPROVE Reconstructed Mass Extinction Equations

The FLAG (2010) procedures for evaluating visibility impacts at Class I areas use the revised IMPROVE reconstructed mass extinction equation to convert PM species in $\mu gm^{-3}$ to light extinction ($b_{ext}$) in inverse megameters ($Mm^{-1}$) as follows:

$$b_{ext} \;=\; b_{SO4} + b_{NO3} + b_{EC} + b_{OCM} + b_{Soil} + b_{PMC} + b_{SeaSalt} + b_{Rayleigh} + b_{NO2}$$

where

$$b_{SO4} = \; 2.2 \times f_S(RH) \times [\text{Small Sulfate}] \; + 4.8 \times f_L(RH) \times [\text{Large Sulfate}]$$

88

BLM_0022205

December 2014

$$b_{NO3} = 2.4 \times f_S(RH) \times [\text{Small Nitrate}] + 5.1 \times f_L(RH) \times [\text{Large Nitrate}]$$

$$b_{OCM} = 2.8 \times [\text{Small Organic Mass}] + 6.1 \times [\text{Large Organic Mass}]$$

$$b_{EC} = 10 \times [\text{Elemental Carbon}]$$

$$b_{Soil} = 1 \times [\text{Fine Soil}]$$

$$b_{CM} = 0.6 \times [\text{Coarse Mass}]$$

$$b_{SeaSalt} = 1.7 \times f_{SS}(RH) \times [\text{Sea Salt}]$$

$$b_{Rayleigh} = \text{Rayleigh Scattering (Site-specific)}$$

$$b_{NO2} = 0.33 \times [NO_2 \, (ppb)] \, \{\text{or as: } 0.1755 \times [NO_2 \, (\mu g/m^3)]\}.$$

f(RH) are relative humidity adjustment factors that account for the fact that sulfate, nitrate and sea salt aerosols are hygroscopic and are more effective at scattering radiation at higher relative humidity. FLAG (2010) recommends using monthly average f(RH) values rather than the hourly averages recommended in the previous FLAG (2000) guidance document in order to moderate the effects of extreme weather events on the visibility results.

The revised IMPROVE equation treats "large sulfate" and "small sulfate" separately because large and small aerosols affect an incoming beam of light differently. However, the IMPROVE measurements do not separately measure large and small sulfate; they measure only the total $PM_{2.5}$ sulfate. Similarly, CAMx writes out a single concentration of particulate sulfate for each grid cell. Part of the definition of the new IMPROVE equation is a procedure for calculating the large and small sulfate contributions based on the magnitude of the model output sulfate concentrations; the procedure is documented in FLAG (2010). The sulfate concentration magnitude is used as a surrogate for distinguishing between large and small sulfate concentrations. For a given grid cell, the large and small sulfate contributions are calculated from the model output sulfate (which is the "Total Sulfate" referred to in the FLAG (2010) guidance) as:

For Total Sulfate < 20 $\mu g/m^3$:

$$[\text{Large Sulfate}] = ([\text{Total Sulfate}] / 20 \, \mu g/m^3) \times [\text{Total Sulfate}]$$

For Total Sulfate ≥ 20 $\mu g/m^3$:

$$[\text{Large Sulfate}] = [\text{Total Sulfate}]$$

For all values of Total Sulfate:

$$[\text{Small Sulfate}] = [\text{Total Sulfate}] - [\text{Large Sulfate}]$$

The procedure is identical for nitrate and organic mass. Sulfate, nitrate and organic mass concentrations for the western U.S. are expected to be mainly in the small fraction.

BLM_0022206

December 2014

The PSAT source apportionment algorithm does not separately track $NO_2$ concentrations but instead tracks total reactive nitrogen (RGN) that consistent mainly of NO plus $NO_2$. Thus for each hour and each grid cell representing a Class I/II area, a Source Group's incremental PSAT RGN contribution is converted to $NO_2$ by multiplying by the total (all emissions) CAMx model $NO_2$/RGN concentration ratio, which is then used in the IMPROVE visibility equation.

Although sodium and particulate chloride are treated in the CAMx core model, these species are not carried in the CAMx PSAT tool; neglecting sea salt in the visibility calculations in the 4 km CARMMS impact assessment domains does not compromise the accuracy of the analysis as IMPROVE measurements show that sea salt concentrations are negligible in this inland area and there would be no sea salt associated with any of the O&G emissions.

Predicted daily average modeled concentrations due to each BLM planning area for grid cells containing Class I and sensitive Class II area receptors were processed using the revised IMPROVE reconstructed mass extinction equation FLAG (2010) to obtain changes in $b_{ext}$ at each sensitive receptor area that are converted to deciview and reported.

The FLAG (2010) method was used to estimate the visibility impacts from each Colorado and northern New Mexico BLM Planning Area. This method used the revised IMPROVE equation together with annual average natural conditions (see Table 6 in FLAG, 2010) and monthly relative humidity factors for each Class I area (see Tables 7-9 in FLAG, 2010). The $\Delta$dv was calculated for each grid cell that overlaps a Class I or sensitive Class II area for each day of the annual CAMx run. The highest $\Delta$dv across all grid cells overlapping a Class I or sensitive Class II area was selected to represent the daily value at that Class I/II area. Visibility impacts due to new O&G emissions on Federal lands within each BLM Planning Areas that are more than 0.5 and 1.0 dv will be reported.

## 4.6.2   Cumulative Visibility

The cumulative visibility impacts due to the development of oil and gas and other (e.g., mining) activities on all BLM Planning Areas were assessed following the recommendations from the FWS and NPS that was outlined in their February 10, 2012 letter to the Wyoming Department of Environmental Quality on recommended cumulative visibility method for the Continental Divide-Creston gas infill development EIS (FWS and NPS, 2012) and subsequent conversations with the FLMs. This approach is based on an abbreviated regional haze rule method that estimates the future year visibility at Class I and sensitive Class II areas for the average of the Worst 20% (W20%) and Best 20% (B20%) visibility days with and without the effects of the cumulative emissions on visibility impairment. The cumulative visibility impacts used CAMx model output from the 2008 Base Case and 2021 emissions scenarios in conjunction with monitoring data to produce cumulative visibility impacts at each Class I area in the CARMMS domain. EPA's Modeled Attainment Test Software (MATS[71]) was used to make the 2021 visibility projections for the W20% and B20% days. The basic steps in the recommended cumulative visibility method are as follows (FWS and NPS, 2012):

---

[71] http://www.epa.gov/ttn/scram/modelingapps_mats.htm

BLM_0022207

December 2014

1.  Calculate the observed average 2008 current year cumulative visibility impact using the Haze Index (HI, in deciviews) at each Class I or associated sensitive Class II area to determine the 20% of days with the worst and 20% of days with the best visibility.  The intent is to incorporate 5 years of monitoring data surrounding the 2008 Base Case year, which would include 2006-2010.  MATS uses the IMPROVE data associate with each Class I area and modeling results at the location of the IMPROVE monitoring site will be used.

2.  Estimate the relative response factors (RRFs) for each component of $PM_{2.5}$ and for coarse mass (CM) corresponding to the new IMPROVE visibility algorithm using the CAMx 2008 and 2021 model output.

3.  Using the RRFs and ambient data, calculate 2021 future-year daily concentration data for the B20% and W20% days using the CAMx 2008 Base Case and 2021 standard model concentration estimates and PSAT source apportionment modeling results two ways:

    a.  <u>2021 Total Emissions</u>: Use total 2021 High, Low and Medium Development Scenario CAMx concentration results due to all emissions;

    b.  <u>2021 No Cumulative Emissions</u>:  Use PSAT source apportionment results to eliminate contributions of PM concentrations associated with combined emission scenarios corresponding to Source Groups R,S,T and U in Table 4-2.

4.  Use the information in step 3 to calculate the average 2021 visibility for the 20% Best and 20% Worst visibility days and the 2021 emissions.

5.  Assess the average differences in cumulative visibility impacts for the four combined scenarios and also compare with the current observed Baseline visibility conditions.

## 4.7   Sulfur and Nitrogen Deposition

CAMx-predicted wet and dry fluxes of sulfur- and nitrogen-containing species were processed to estimate total annual sulfur (S) and nitrogen (N) deposition values at each Class I and sensitive Class II area as well as at each acid sensitive lake.  The Maximum annual S and N deposition values from any grid cell that intersects a Class I or sensitive Class II receptor area was used to represent deposition for that area, in addition to the Average annual deposition values of all grid cells that intersect a Class I or sensitive Class II receptor area.  Maximum and Average predicted S and N deposition impacts were estimated separately for each BLM planning area and together across all BLM planning areas using the Source Groups in Table 4-2.

Nitrogen deposition impacts were calculated by taking the sum of the nitrogen contained in the fluxes of all nitrogen species modeled by CAMx PSAT source apportionment tool.  CAMx species used in the nitrogen deposition flux calculation are: reactive gaseous nitrate species, RGN (NO, $NO_2$, $NO_3$ radical, HONO, $N_2O_5$), TPN (PAN, PANX, PNA), organic nitrates (NTR), particulate nitrate formed from primary emissions plus secondarily formed particulate nitrate ($NO_3$), gaseous nitric acid ($HNO_3$), gaseous ammonia ($NH_3$) and particulate ammonium ($NH_4$).  CAMx species used in the sulfur deposition calculation are primarily sulfur dioxide emissions ($SO_2$) and particulate sulfate ion from primary emissions plus secondarily formed sulfate ($SO_4$).

BLM_0022208

December 2014

FLAG (2010) recommends that applicable sources assess impacts of nitrogen and sulfur deposition at Class I areas.  This guidance recognizes the importance of establishing critical deposition loading values ("Critical Loads") for each specific Class I area as these Critical Loads are completely dependent on local atmospheric, aquatic and terrestrial conditions and chemistry.  Critical Load thresholds are essentially a level of atmospheric pollutant deposition below which negative ecosystem effects are not likely to occur.  FLAG (2010) does not include any Critical Load levels for specific Class I areas and refers to site-specific critical load information on FLM websites for each area of concern.  This guidance does, however recommend the use of deposition analysis thresholds (DATs[72]) developed by the National Park Service and the Fish and Wildlife Service.  The DATs represent screening level values for nitrogen and sulfur deposition for individual projects with deposition impacts below the DATS considered negligible.  DAT have been established for both nitrogen and sulfur deposition and in western Class I areas they are 0.005 kilograms per hectare per year (kg/ha/yr) for both nitrogen and sulfur deposition.  As a screening analysis, results for oil and gas and mining activities for each BLM planning area, which is Source Groups A through P were separately compared to the DATs.  Comparison of deposition impacts from combined Source Groups to the DAT is not appropriate.

For the combined Source Groups and total 2008 and 2021 emissions Source Groups W and X, the annual nitrogen and sulfur deposition were compared against Critical Load values established for the Rocky Mountain region to assess total deposition impacts. The NPS has provided recent information on nitrogen critical load values applicable for Wyoming and Colorado Class I and sensitive Class II areas (NPS, 2014).  For Class I and sensitive Class II areas in Wyoming a critical load value of 2.2 kg/ha/yr for nitrogen deposition (estimated from a wet deposition critical load value of 1.4 kg N/ha/yr) is applicable, based on research conducted by Saros et. al.(2010) in the eastern Sierra Nevada and Greater Yellowstone ecosystems.  This is a critical load value that is protective of high elevation surface waters.  For Colorado Class I and sensitive Class II areas (with the exception of Dinosaur National Monument) a critical load value 2.3 kg N/ha/yr is applicable for total nitrogen deposition, based on research conducted by Jill Baron (Baron 2006) that estimated 1.5 kg/ha/yr as a critical loading value for wet nitrogen deposition for high-elevation lakes in Rocky Mountain National Park, Colorado.  For Dinosaur National Monument, which is an arid region, a nitrogen deposition critical load value is based on research conducted by Pardo et al. (2011) which concluded that the cumulative critical load necessary to protect shrublands and lichen communities in Dinosaur NM is 3 kg N/ha/year.

For sulfur deposition, the critical load threshold published by Fox et al. (Fox 1989) for total sulfur deposition of 5 kg/ha/yr, for the Bob Marshall Wilderness Area in Montana and Bridger Wilderness Area in Wyoming, was used as critical load threshold for each of the Class I and sensitive Class II areas.

In summary, we will compare the total annual sulfur and nitrogen deposition amounts for the cumulative Source Groups Q through X to the following Critical Load values:

<u>Nitrogen</u>

---

[72] http://www.nature.nps.gov/air/Pubs/pdf/flag/nsDATGuidance.pdf

BLM_0022209

December 2014

- Wyoming – 2.2 kg/ha/yr

- Colorado – 2.3 kg/ha/yr, except for Dinosaur Monument that will use 3.0 kg/ha/yr

Sulfur

- 5.0 kg/ha/yr – all areas

## 4.8   Acid Neutralizing Capacity

In addition to calculation of total deposition fluxes, an additional analysis was performed to assess the change in water chemistry associated with atmospheric deposition from BLM oil and gas and mining activities and cumulative sources for each of the sensitive lakes listed in Table 4-5.  This analysis assesses the change in the acid neutralizing capacity (ANC) of sensitive lakes. An estimate of potential changes in ANC was made by following the procedure developed by the USFS Rocky Mountain Region (USFS, 2000).  Predicted changes in ANC are compared with the threshold (10 percent change in ANC for lakes with background ANC values greater than 25 micro equivalents per liter [μeq/L], and no more than a 1 μeq/L change in ANC for lakes with background ANC values equal to or less than 25 μeq/L).  A list of sensitive lakes was obtained from the USFS (Table 4-5).  The most recent lake chemistry background ANC data was obtained from the VIEWS website for each of the sensitive lakes in the 4 km CARMMS modeling domain.

BLM_0022210

December 2014

## 5.0  2021 MODELING RESULTS

In this Chapter we present the CARMMS modeling results for the 2021 High, Low and Medium Development Scenarios following the procedures given in Chapter 4 using examples from the 24 Source Group contributions given in Table 4-2.  Electronic attachments are provided that contain modeling results for all of the Source Groups with summaries provided in this Chapter. In this Chapter we present results for several Source Groups as examples given below, results for the rest of the Source Groups are provided in the interactive electronic attachments:

| | |
|---|---|
| (E) | New O&G on Federal lands within the BLM Grand Junction Field Office (GJFO) Planning Area; |
| (F) | New O&G on Federal lands in the BLM Uncompahgre Field Office (UFO) Planning Area; |
| (J) | New O&G on Federal lands within the U.S. Forest Service Pawnee Grasslands Planning Area(USFS-PG); |
| (R) | New O&G and mining on Federal lands within the 13 Colorado Planning Areas; |
| (T) | New O&G on Federal and non-Federal lands and mining on Federal lands within the 14 BLM Planning Areas (Colorado and northern New Mexico BLM Planning Areas0; and |
| (U) | All O&G (new Federal and non-Federal as well as existing) and Federal mining in Colorado within the 4 km CARMMS domain. |

## 5.1  PSD Pollutant Concentration Impacts at Class I and Sensitive Class II Areas

Attachment A-1, A-2 and A-3 are three Excel spreadsheets that contain the contributions of emissions from each Source Group listed in Table 4-2 to pollutant concentrations at the 27 Class I (Table 4-4) and 58 sensitive Class II (Table 4-5) areas for the, respectively, 2021 High, Low and Medium Development Scenarios.  Results are presented for each PSD pollutant and averaging time given in Table 4-3.  Attachment A contains two pivot table sheets:

The first pivot table sheet is "Summary" that lists the impacts of a user selected Source Group to all PSD pollutants across all Class I/II areas.  It is controlled by selecting the Source Group in cell B1 and whether contributions of the maximum receptor or average across all receptors in a Class I/II area is desired in cell B2; we always select the "Maximum" option. If a concentration at a Class I or sensitive Class II area is above the, respectively, PSD Class I or II Increments, the cell is shaded yellow.

The second pivot table sheet is "MaxImpact" and for a user-selected PSD pollutant it lists the maximum concentration impact at any Class I and sensitive Class II area due to emissions from each Source Group along with the percentage the concentration is of the PSD Increment and the Class I and II area where the maximum occurs.  The pivot table is

BLM_0022211

December 2014

controlled by selecting the pollutant and averaging time in cell B1 and whether maximum or average concentrations across the Class I/II area is desired in cell B2.

The sheet "Readme" has a brief explanation of the sheets in the spreadsheet and maps for the locations of the Class I and sensitive Class II areas.

The PSD incremental concentrations are reported for informational purposes only and the analyses presented in this section are not a comprehensive PSD increment consumption assessment, which must be performed by the appropriate state or federal agency.

### 5.1.1   Maximum PSD Concentration Impacts at any Class I or II Area

EPA has defined PSD Concentrations Increments for Class I and II areas for 8 different pollutant concentration/averaging time combinations (see Table 4-3). In this section we present the "Maximum" PSD concentration impacts at Class I and sensitive Class II areas due to each of the relevant 24 Source Groups from Table 4-2 (i.e., from the MaxImpact sheet in Attachments A-1 and A-2). The modeled impacts are based on the CAMx PSAT source apportionment contributions. For short-term averaging times (i.e., not annual), the highest second high concentration at each Class I/II area is selected for comparison with the PSD increment.

### 5.1.1.1   Annual $NO_2$ PSD Concentrations

The maximum (highest 2nd high) contribution to annual $NO_2$ concentrations at any Class I or sensitive Class II area due to emissions from the 24 Source Groups for the 2021 High, Low and Medium Development Scenarios are shown in Table 5-1, which was obtained from the MaxImpact sheet in Attachments A-1, A-2 and A-3. The Class I and II PSD Increments for annual $NO_2$ are 2.5 and 25 $\mu g/m^3$, respectively. The annual $NO_2$ contributions from each of the individual BLM Planning Areas in Colorado and northern New Mexico (i.e., Source Groups A through P) are all below the annual $NO_2$ PSD Increment in all Class I and sensitive Class II areas for all three 2021 emission scenarios. The BLM Planning Area with the highest annual $NO_2$ concentration contribution to any Class I area is the BLM Colorado Tres Rios Field Office (TRFO) Planning Area whose annual $NO_2$ concentration contribution at Mesa Verde National Park for the 2021 High Development Scenarios is 1.97 $\mu g/m^3$, which represents 79% of the Class I area Increment. The mitigation in the 2021 Medium Development Scenario reduces this impact by -16% to 1.66 $\mu g/m^3$, which represents 66% of the PSD Class I area annual $NO_2$ increment. The corresponding TRFO annual $NO_2$ impact for the Low Development Scenario is 0.24 $\mu g/m^3$, which represents 9% of the Class I increment. The maximum annual $NO_2$ contribution at any Class I area from any other of the 14 BLM Planning Areas are less than 5% of the Class I area $NO_2$ PSD Increment. The highest annual $NO_2$ concentration at any sensitive Class II area due to new O&G emissions on Federal lands in any of the 14 BLM Planning Areas is the New Mexico Farmington Field Office (NMFFO) with a 2.0 $\mu g/m^3$ annual $NO_2$ at the Aztec Ruins Class II area that represents 8% of the PSD Class II area Increment; recall that the same high emissions scenario was used for the BLM NMFFO Planning Area for both the CARMMS 2021 High and Low Development Scenarios. The NMFFO Planning Area new Federal O&G annual NO2 impacts at Mesa Verde for the 2021 Medium Development Scenario is 1.6 $\mu g/m^3$ that is -23% lower than seen for the 2021 High Development Scenario.

BLM_0022212