December 2014



**Figure 5-6e. Contributions to fourth highest daily maximum 8-hour ozone due to emissions from new Federal and non-Federal O&G and mining within the 14 CO/NM BLM Planning Areas (Source Group T) for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios.**

BLM_0022318

December 2014



**Figure 5-6f. Contributions to fourth highest daily maximum 8-hour ozone due to emissions from existing, new Federal and non-Federal O&G within the entire CARMMS 4 km domain and Federal mining in Colorado (Source Group U) for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios.**

BLM_0022319

December 2014

### 5.6.2.2    Source Group Absolute Contributions to Ozone Exceedances

The contributions of each Source Group to 4th highest DMAX8 ozone above the current ozone NAAQS (76.0 ppb and higher) for the 2021 High, Low and Medium Development Scenarios are contained in Attachments G-1, G-2 and G-3, respectively.  The Attachment G interactive Excel spreadsheet contains two sheets:  "StatTable" that displays the maximum ozone contribution for each Source Group to modeled 2021 DMAX8 ozone greater than the NAAQS; and "Scatter_by_exceedance_region" that shows the ozone contribution of a Source Group, controlled by cell C1, to all grid cells with modeled 2021 4th high DMAX8 ozone greater than the NAAQS by region.  Table 5-41 from StatTable in Attachment G lists the maximum ozone contribution to any modeled 2021 4th high DMAX8 ozone greater than the NAAQS.  The WRFO is the individual BLM Planning Area with the largest contribution to 2021 modeled exceedances of the ozone NAAQS of 1.83 ppb for the High, 0.43 ppb for the Low and 1.66 ppb for the Medium Development Scenarios when the 2021 total ozone was 76.5, 77.0 and 76.3 ppb, respectively.  All of the other individual BLM Planning Areas (Source Groups A through P) have maximum ozone contributions to modeled 2021 DMAX8 ozone in excess of the ozone NAAQS of less than 1 ppb for the 2021 High, Low and Medium Development Scenarios.

The highest contribution to 2021 DMAX8 ozone for all Federal O&G and mining within the 13 Colorado BLM Planning Areas (Source Group R) is 3.22, 0.86 and 2.84 ppb for the 2021 High, Low and Medium Development Scenarios, respectively.  The contribution of new Federal and non-Federal O&G and Federal mining within the 14 BLM Planning Areas (Source Group T) to 2021 DMAX8 ozone exceedances are 5.32, 2.25 and 4.91 ppb for the High, Low and Medium Development Scenarios, respectively.  The highest contribution of all O&G in the CARMMS domain to modeled 2021 DMAX8 ozone exceedances is 31.94, 30.73 and 31.79 ppb for the 2021 High, Low and Medium Development Scenarios that is primarily due to O&G emissions in the Uinta Basin.

Figure 5-7 displays the contribution of Federal O&G emissions from the GJFO BLM Planning Area to the 2021 4th high DMAX8 ozone at all grid cells in the domain that came from the "Scatter_by_exceedance_region" sheet in Attachments G-1, G-2 and G-3.  GJFO has the highest contribution to ozone exceedances in the Uinta Basin with contributions of ~0.70, ~0.06 and ~0.60 ppb for the 2021 High, Low and Medium Development Scenarios, respectively (Figure 5-7a, left).  The contributions of new Federal O&G and mining within the 13 Colorado BLM Planning Areas (Source Group R) to exceedances of the ozone NAAQS is shown in the right panels in Figure 5-7a with the highest contributions of ~3.0, ~0.8 and 2.5 ppb for the High, Low and Medium Scenarios, respectively, occurring in the Uinta Basin.  Source Group R also contributes ~1.5, ~0.1 and ~0.8 ppb to ozone exceedances in the Denver area for the High, Low and Medium Development Scenarios.  Add in new non-Federal O&G that is contained in Source Group T greatly increases the O&G contribution to exceedances in the Denver area with contributions of ~4, ~1 and ~ 1 ppb for the High, Low and Medium Development Scenarios, respectively (Figure 5-7b, left).  Add in the O&G emissions from the Uinta Basin (Source Group U) results in contributions of ~30 ppb to ozone exceedances in the Uinta Basin (Figure 5-7b, right).

BLM_0022320

December 2014

**Table 5-41a. Maximum ozone contribution by Source Group to total modeled 2021 4th high DMAX8 ozone greater than the NAAQS for the 2021 High Development Scenario.**

| Group | Name | Max Contribution (ppb) | Corresponding 4th MDA8 | % Max Contribution |
|---|---|---|---|---|
| A | Little Snake FO | 0.2586 | 76.7 | 0.34% |
| B | White River FO | 1.8306 | 76.5 | 2.39% |
| C | Colorado River Valley FO (CRVFO) | 0.1765 | 76.5 | 0.23% |
| D | Roan Plateau Planning area portion of CRVFO | 0.1608 | 76.5 | 0.21% |
| E | Grand Junction FO | 0.7570 | 77.3 | 0.98% |
| F | Uncompahgre FO | 0.0725 | 76.5 | 0.09% |
| G | Tres Rios FO | 0.6715 | 76.7 | 0.88% |
| H | Kremmling FO | 0.0678 | 76.8 | 0.09% |
| I | Royal Gorge FO Area#1 (RGFO#1) -- North | 0.0073 | 76.0 | 0.01% |
| J | Pawnee Grasslands portion of RGFO#1 | 0.0321 | 76.0 | 0.04% |
| K | RGFO#2 – West-Central/South | 0.0015 | 76.0 | 0.00% |
| L | RGFO#3 – South | 0.0030 | 76.0 | 0.00% |
| M | RGFO#4 – East-Central | 0.0039 | 76.0 | 0.01% |
| N | New Mexico Farmington District | 0.2340 | 78.0 | 0.30% |
| O | Total Colorado River Field Office | 0.3374 | 76.5 | 0.44% |
| P | Total Royal Gorge Field Office | 0.0477 | 76.0 | 0.06% |
| Q | Mining from 13 Colorado BLM Planning Areas | 0.1104 | 76.7 | 0.14% |
| R | Combined new Federal O&G and Mining from the 13 Colorado BLM Planning Areas | 3.2125 | 76.5 | 4.20% |
| S | Combined new Federal and non-Federal O&G and Mining from 13 Colorado BLM Planning Areas | 5.2711 | 76.5 | 6.89% |
| T | Cumulative Emissions Scenario – New Federal and non-Federal O&G from 14 BLM Planning Areas plus mining in the 14 BLM Planning Areas | 5.3221 | 76.5 | 6.96% |
| U | Combined O&G and Mining in 4 km domain | 31.9435 | 76.4 | 41.80% |
| V | Natural Emissions | 2.6494 | 76.5 | 3.46% |

BLM_0022321

December 2014

**Table 5-41b. Maximum ozone contribution by Source Group to total modeled 2021 4th high DMAX8 ozone greater than the NAAQS for the 2021 Low Development Scenario.**

| Group (low O&G) | Name | Max Contribution (ppb) | Max Corresponding 4th MDA8 | % Max Contribution |
|---|---|---|---|---|
| A | Little Snake FO | 0.0480 | 76.4 | 0.06% |
| B | White River FO | 0.4321 | 77.0 | 0.56% |
| C | Colorado River Valley FO (CRVFO) | 0.1406 | 77.0 | 0.18% |
| D | Roan Plateau Planning area portion of CRVFO | 0.1043 | 77.0 | 0.14% |
| E | Grand Junction FO | 0.0608 | 76.1 | 0.08% |
| F | Uncompahgre FO | 0.0249 | 77.0 | 0.03% |
| G | Tres Rios FO | 0.0926 | 76.0 | 0.12% |
| H | Kremmling FO | 0.0021 | 76.3 | 0.00% |
| I | Royal Gorge FO Area#1 (RGFO#1) -- North | 0.0021 | 76.3 | 0.00% |
| J | Pawnee Grasslands portion of RGFO#1 | 0.0104 | 76.3 | 0.01% |
| K | RGFO#2 – West-Central/South | 0.0000 | 76.9 | 0.00% |
| L | RGFO#3 – South | 0.0002 | 77.0 | 0.00% |
| M | RGFO#4 – East-Central | 0.0015 | 76.3 | 0.00% |
| N | New Mexico Farmington District | 0.2342 | 78.0 | 0.30% |
| O | Total Colorado River Field Office | 0.2449 | 77.0 | 0.32% |
| P | Total Royal Gorge Field Office | 0.0140 | 76.3 | 0.02% |
| Q | Mining from 13 Colorado BLM Planning Areas | 0.1164 | 76.4 | 0.15% |
| R | Combined new Federal O&G and Mining from the 13 Colorado BLM Planning Areas | 0.8622 | 77.0 | 1.12% |
| S | Combined new Federal and non-Federal O&G and Mining from 13 Colorado BLM Planning Areas | 2.1963 | 77.0 | 2.85% |
| T | Cumulative Emissions Scenario – New Federal and non-Federal O&G from 14 BLM Planning Areas plus mining in the 14 BLM Planning Areas | 2.2502 | 77.0 | 2.92% |
| U | Combined O&G and Mining in 4 km domain | 30.7272 | 77.0 | 39.93% |
| V | Natural Emissions | 2.8167 | 77.0 | 3.66% |

BLM_0022322

December 2014

**Table 5-41c.  Maximum ozone contribution by Source Group to total modeled 2021 4th high DMAX8 ozone greater than the NAAQS for the 2021 Medium Development Scenario.**

| Group (medium O&G) | Name | Max Contribution (ppb) | Max Corresponding 4th MDA8 | % Max Contribution |
|---|---|---|---|---|
| A | Little Snake FO | 0.2360 | 76.7 | 0.31% |
| B | White River FO | 1.6579 | 76.3 | 2.17% |
| C | Colorado River Valley FO (CRVFO) | 0.1461 | 76.3 | 0.19% |
| D | Roan Plateau Planning area portion of CRVFO | 0.1353 | 78.0 | 0.17% |
| E | Grand Junction FO | 0.6520 | 77.1 | 0.85% |
| F | Uncompahgre FO | 0.0576 | 76.3 | 0.08% |
| G | Tres Rios FO | 0.5825 | 76.7 | 0.76% |
| H | Kremmling FO | 0.0594 | 76.8 | 0.08% |
| I | Royal Gorge FO Area#1 (RGFO#1) -- North | 0.0003 | 77.1 | 0.00% |
| J | Pawnee Grasslands portion of RGFO#1 | 0.0019 | 77.1 | 0.00% |
| K | RGFO#2 – West-Central/South | 0.0002 | 77.1 | 0.00% |
| L | RGFO#3 – South | 0.0002 | 77.1 | 0.00% |
| M | RGFO#4 – East-Central | 0.0019 | 76.3 | 0.00% |
| N | New Mexico Farmington District | 0.1829 | 78.0 | 0.23% |
| O | Total Colorado River Field Office | 0.2807 | 78.0 | 0.36% |
| P | Total Royal Gorge Field Office | 0.0043 | 77.1 | 0.01% |
| Q | Mining from 13 Colorado BLM Planning Areas | 0.1111 | 76.6 | 0.14% |
| R | Combined new Federal O&G and Mining from the 13 Colorado BLM Planning Areas | 2.8433 | 76.3 | 3.73% |
| S | Combined new Federal and non-Federal O&G and Mining from 13 Colorado BLM Planning Areas | 4.8718 | 76.3 | 6.39% |
| T | Cumulative Emissions Scenario – New Federal and non-Federal O&G from 14 BLM Planning Areas plus mining in the 14 BLM Planning Areas | 4.9114 | 76.3 | 6.44% |
| U | Combined O&G and Mining in 4 km domain | 31.7908 | 78.0 | 40.75% |
| V | Natural Emissions | 2.6588 | 76.3 | 3.49% |

BLM_0022323

December 2014



**Figure 5-7a. Contributions of Federal O&G from the GJFO (Source Group E; left) and new Federal O&G and mining in the 13 Colorado Planning Areas (Source Group R; right) to modeled fourth highest daily maximum 8-hour ozone concentrations greater than the NAAQS for the 2021 High (top), Low (middle) and Medium (bottom) Development Scenarios.**

BLM_0022324

December 2014



**Figure 5-7b.  Contributions of new Federal and non-Federal O&G and mining from the 14 BLM Planning Areas (Source Group T; left) and all O&G within the 4 km CARMMS domain plus Colorado Federal mining (Source Group U; right) to modeled fourth highest daily maximum 8-hour ozone concentrations greater than the NAAQS for the 2021 High (top), Low (middle) and Medium (bottom) Development Scenarios.**

BLM_0022325

December 2014

### 5.6.3   PM$_{2.5}$ NAAQS Analysis

There are two PM$_{2.5}$ NAAQS, one for a 24-hour averaging time that is expressed as a three-year average of the 98[th] percentile value in a year with a threshold of 35 µg/m$^3$ and an annual average over three-years with a threshold of 12 µg/m$^3$.  With a complete year of modeling results, the 98th percentile corresponds to the 8th highest daily PM$_{2.5}$ concentration in a year.

### 5.6.3.1   24-Hour PM$_{2.5}$ NAAQS Analyses

Figure 5-8 displays the 8th highest 24-hour PM$_{2.5}$ concentrations for the 2008 Base Case and 2021 emission scenarios and their differences and the contributions of Natural Emissions to the 8[th] highest 24-hour PM$_{2.5}$ concentration.  The maximum 8th high 24-hour PM$_{2.5}$ in 2008 (670 µg/m$^3$) and 2021 High, Low and Medium Development Scenarios (671 µg/m$^3$) far exceeds the 35 µg/m$^3$ NAAQS (Figure 5-8, top panels).  This high value occurs on the southern border of the CARMMS 4 km domain and is due to emissions from wildfires, as shown by its absence when Natural Emissions are removed (Figure 5-8, bottom right).  Even without Natural Emissions, there are several areas where the model-estimated 8[th] highest 24-hour PM$_{2.5}$ concentration exceeds the NAAQS in the 2021 emissions scenarios as shown in Figure 5-9 for the 2021 High Development Scenario.  These 24-hour PM$_{2.5}$ exceedance areas are identified in Figure 5-9 with numbered labels.  In the analysis below we group several exceedance grid cells together: North NM (Areas 13-18); Arizona (Areas 7-9); and Central NM (Areas 11-12).

Attachments H-1, H-2 and H-3 display Source Group's contribution to 8th highest 24-hour PM$_{2.5}$ concentrations when the total concentration is above the NAAQS for the, respectively, 2021 High, Low and Medium Development Scenarios.  Figure 5-10 from Attachment H-1 displays the contributions of Natural Emissions (Source Group V) and Federal mining in Colorado (Source Group Q) to the 8[th] highest 24-hour PM$_{2.5}$ concentration in the 2021 High Development Scenario when it exceeds the 24-hour PM$_{2.5}$ NAAQS.  The exceedances in Ruidoso NM (Area 10) and North NM (Areas 13-18) appear to be due to wildfires (Natural Emissions) based on the top panel in Figure 5-10.  Mining on Federal lands (Source Group Q) is causing the exceedance in South Moffat County (Area 3) based on the bottom panel in Figure 5-10.

The contributions to the 8th highest daily PM$_{2.5}$ concentrations that exceed the NAAQS from Source Groups R and S and the 2021 High Development Scenario are shown in Figure 5-11.  For Source Group R, the scale has been set at a maximum of 0.25 µg/m$^3$ (Figure 5-11, top) so the 45.8 µg/m$^3$ contribution from mining in South Moffat County that was seen in Figure 5-10 (bottom) is not shown.  This figure indicates that new Federal O&G within the 13 CO BLM Planning Areas contribute less than 0.25 µg/m$^3$ when the modeled 2021 8th highest 24-hour PM$_{2.5}$ concentration exceeds the NAAQS (Figure 5-11, top).  Adding in the non-Federal O&G emissions (Source Group S; Figure 5-11, bottom) we see contributions due to non-Federal O&G to modeled exceedances of the NAAQS as high as 15 µg/m$^3$ that is due to non-Federal O&G emissions in the RGFO Planning Area north of Denver (Weld County).

Figure 5-12 displays the contributions of Federal O&G from the GRFO, UFO and USFS-PG Planning Areas and combined Source Group R (new Federal O&G and mining in 13 Colorado Planning Areas) to the 8th highest 24-hour PM$_{2.5}$ concentrations for the 2021 High Development Scenario.  Results for the 2021 Low and Medium Development Scenario are lower and can be

BLM_0022326

December 2014

found in Attachment I. The maximum contribution to 8th highest 24-hour $PM_{2.5}$ concentration due to emissions from new Federal O&G in these four Source Groups and the 2021 High, Low and Medium Development Scenarios are: 1.2, 0.1 and 0.8 µg/m$^3$ (GJFO), 0.3, 0.1 and 0.2 µg/m$^3$ (UFO), 0.6, 0.1 and 0.2 (USFS-PG) and 39.8, 29.8 and 39.8 µg/m$^3$ (Source Group R) (Table 5-42). The maximum contribution due to new Federal O&G and mining from all of the Colorado BLM Planning areas is 39.8 µg/m$^3$ that is due to a coal mine in the LSFO Planning Area, which explains the maximum contribution of Source Group R.

Figure 5-13 shows the contributions of new Federal and non-Federal O&G and mining in the 14 BLM Planning Areas (Source Group T) and all O&G emissions in the 4 km CARMMS domain (Source Group U) for the 2021 High, Low and Medium Development Scenarios. The maximum 24-hour $PM_{2.5}$ contribution in all four panels in Figure 5-12 is essentially identical (40 µg/m$^3$) and is due to a coal mine in the LSFO Planning Area. 24-hour $PM_{2.5}$ contributions in excess of 3 µg/m$^3$ can be seen in the D-J and Piceance Basins and the Uinta Basin for Source Group U.

Table 5-42 summarizes the maximum contribution to the 8th highest 24-hour $PM_{2.5}$ concentrations for all of the Source Groups and the 2021 High, Low and Medium Development Scenarios. For most BLM Planning Areas, the contribution of Federal O&G to the 8th highest 24-hour $PM_{2.5}$ concentrations is small, less than 1 µg/m$^3$. The exception to this is new Federal O&G emissions from the WRFO (5.6, 0.6 and3.2 µg/m$^3$) and GJFO (1.2, 0.1 and 0.8 µg/m$^3$) Planning Areas. As noted previously, mining on Federal lands in the LSFO contributes a maximum of 39.8 µg/m$^3$ to the 8[th] highest 24-hour $PM_{2.5}$ concentration; the mining contribution drives the maximum contribution for all of the combination Source Groups (Q through U).

BLM_0022327

December 2014

**Table 5-42a.  Maximum contribution to the 8th high 24-hour PM$_{2.5}$ concentrations ($\mu g/m^3$) for each of the Source Groups and the 2021 High, Low and Medium Development Scenarios.**

| Source Group | 24-Hour PM$_{2.5}$ ($\mu g/m^3$) | | |
|---|---|---|---|
| | High | Low | Medium |
| A.   Little Snake FO | 0.8 | 0.2 | 0.6 |
| B.   White River FO | 5.6 | 0.6 | 3.2 |
| C.   CRVFO (No Roan) | 0.4 | 0.2 | 0.3 |
| D.   Roan Plateau | 0.3 | 0.1 | 0.3 |
| E.   Grand Junction FO | 1.2 | 0.1 | 0.8 |
| F.   Uncompahgre FO | 0.3 | 0.1 | 0.2 |
| G.  Tres Rios FO | 0.3 | 0.0 | 0.2 |
| H.  Kremmling FO | 0.1 | 0.0 | 0.0 |
| I.   Royal Gorge FO No. 1 | 0.2 | 0.0 | 0.1 |
| J.   Pawnee Grasslands | 0.6 | 0.1 | 0.2 |
| K.   Royal Gorge FO No. 2 | 0.1 | 0.0 | 0.0 |
| L.   Royal Gorge FO No. 3 | 0.0 | 0.0 | 0.0 |
| M.  Royal Gorge FO No. 4 | 0.1 | 0.0 | 0.0 |
| N.  NMFFO (Mancos) | 0.5 | 0.6 | 0.4 |
| O.  CRVFO (w/ Roan) | 0.7 | 0.3 | 0.5 |
| P.  Royal Gorge FO (total) | 0.7 | 0.2 | 0.2 |
| Q.  Federal Mining in CO | 39.8 | 39.8 | 39.8 |
| R.   New Federal O&G/Mining in CO | 39.8 | 39.8 | 39.8 |
| S.   New O&G/Mining in CO | 40.0 | 39.8 | 39.9 |
| T.   New O&G/Mining in CO/NM | 40.0 | 39.8 | 39.9 |
| U.  All O&G in 4 km Domain | 40.0 | 40.0 | 40.0 |
| V.   Natural Emissions | 658.2 | 658.2 | 658.2 |

BLM_0022328

December 2014

**Table 5-42b.  Maximum contribution to the annual PM$_{2.5}$ concentrations (μg/m$^3$) for each of the Source Groups and the 2021 High, Low and Medium Development Scenarios.**

| Source Group | Annual PM$_{2.5}$ (μg/m$^3$) | | |
|---|---|---|---|
| | High | Low | Medium |
| A.   Little Snake FO | 0.7 | 0.1 | 0.5 |
| B.   White River FO | 4.4 | 0.7 | 2.6 |
| C.   CRVFO (No Roan) | 0.3 | 0.2 | 0.2 |
| D.   Roan Plateau | 0.2 | 0.1 | 0.2 |
| E.   Grand Junction FO | 1.0 | 0.1 | 0.6 |
| F.   Uncompahgre FO | 0.2 | 0.1 | 0.1 |
| G.  Tres Rios FO | 0.4 | 0.1 | 0.2 |
| H.  Kremmling FO | 0.0 | 0.0 | 0.0 |
| I.   Royal Gorge FO No. 1 | 0.1 | 0.0 | 0.0 |
| J.   Pawnee Grasslands | 0.2 | 0.0 | 0.1 |
| K.   Royal Gorge FO No. 2 | 0.0 | 0.0 | 0.0 |
| L.   Royal Gorge FO No. 3 | 0.0 | 0.0 | 0.0 |
| M.  Royal Gorge FO No. 4 | 0.1 | 0.0 | 0.0 |
| N.  NMFFO (Mancos) | 0.3 | 0.3 | 0.2 |
| O.  CRVFO (w/ Roan) | 0.5 | 0.3 | 0.3 |
| P.   Royal Gorge FO (total) | 0.3 | 0.1 | 0.1 |
| Q.  Federal Mining in CO | 20.7 | 20.7 | 20.7 |
| R.   New Federal O&G/Mining in CO | 20.7 | 20.7 | 20.7 |
| S.   New O&G/Mining in CO | 20.7 | 20.7 | 20.7 |
| T.   New O&G/Mining in CO/NM | 20.7 | 20.7 | 20.7 |
| U.  All O&G in 4 km Domain | 20.8 | 20.7 | 20.8 |
| V.   Natural Emissions | 26.4 | 26.4 | 26.4 |

BLM_0022329

December 2014



**Figure 5-8a.  Eighth highest 24-hour PM$_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 High minus 2008 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0022330

December 2014



**Figure 5-8b.  Eighth highest 24-hour PM$_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 Low Development Scenario (top right), 2021 Low minus 2008 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0022331

December 2014



**Figure 5-8c.  Eighth highest 24-hour PM$_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 Medium Development Scenario (top right), 2021 Medium minus 2008 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0022332

December 2014



**Figure 5-9.  Locations of grid cells with modeled 2021 High Development Scenario 8th highest 24-hour PM$_{2.5}$ concentrations above the 35 µg/m$^3$ NAAQS.**

BLM_0022333

December 2014



**Figure 5-10. Natural Emissions (Source Group V, top) and Mining of Federal land in Colorado (Source Group Q, bottom) contributions to the modeled 8th highest 24-hour PM$_{2.5}$ concentration from the 2021 High Development Scenario.**

BLM_0022334

December 2014



**Figure 5-11.  Natural Emissions (Source Group V, top) and Mining of Federal land in Colorado (Source Group Q, bottom) contributions to the modeled 8th highest 24-hour PM$_{2.5}$ concentration from the 2021 High Development Scenario.**

BLM_0022335

December 2014



**Figure 5-12.  Contribution to 8th highest daily PM$_{2.5}$ concentrations due to emissions from new Federal O&G within the GJFO (top left), UFO (top right) and USFS-PG (bottom left) Planning Areas and new Federal O&G and mining within the 13 Colorado BLM Planning Areas (bottom right) for the 2021 High Development Scenario.**

BLM_0022336

December 2014



**Figure 5-13.  Contribution to 8th highest daily PM2.5 concentrations due to emissions from new Federal and non-Federal O&G and mining within the 14 BLM Planning Areas (top) and all O&G emissions within the 4 km CARMMS domain (bottom) for the 2021 High (left) and Low (right) Development Scenarios.**

BLM_0022337

December 2014

## 5.6.3.2   Annual PM$_{2.5}$ NAAQS Analysis

Figure 5-14 displays the annual average PM$_{2.5}$ concentrations for the 2008 Base Case and 2021 emissions scenarios and their differences and the annual average PM$_{2.5}$ concentrations without Natural Emissions. The highest annual average PM$_{2.5}$ concentration is ~30 μg/m$^3$ in the 2008 and 2021 emission scenarios and occurs in the southern most portion of the CARMMS 4 km domain near Ruidoso, NM and is due to wildfires since it is gone when the natural emissions are removed. However, even without Natural Emissions there are several areas where the modeled annual PM$_{2.5}$ concentrations exceed the 12 μg/m$^3$ annual PM$_{2.5}$ NAAQS (red areas in Figure 5-14) in the 2008 Base case and 2021 High and Low Development Scenarios. There are noticeable increases in PM$_{2.5}$ concentrations in Moffat County in the BLM LSFO Planning Area for the 2021 emission scenarios compared to the 2008 base case that are due to higher emissions from mines (Figure 5-14, top two panels). For example, the Colowyo mine PM$_{2.5}$ emissions are 325 TPY in the 2008 base case and 3,400 TPY in the 2021 emission scenarios.

The maximum contribution of each Source Group to annual PM$_{2.5}$ concentrations for the 2021 High and Low Development Scenarios are shown in Table 5-42b. With two exceptions, new Federal O&G within each of the 14 BLM Planning Areas have contributions of less than 1 μg/m$^3$ to annual average PM$_{2.5}$ concentrations. The two exceptions are the WRFO (4.4, 0.7 and 2.6 μg/m$^3$) and GJFO (1.0, 0.1 and 0.6 μg/m$^3$) Planning Areas, and even for those two areas the contributions of the 2021 Low Development Scenario are below 1 μg/m$^3$. Mining on Federal lands in Colorado contributes a maximum of 20.7 μg/m$^3$ due to the coal mine in the LSFO Planning Area. The maximum annual PM$_{2.5}$ due to mining drives the maximum annual PM$_{2.5}$ contributions for all of the combined Source Groups Q through U. Natural emissions (wildfires) contribute a maximum annual PM$_{2.5}$ contribution of 26.4 μg/m$^3$.

Figure 5-15 displays the differences in annual average PM$_{2.5}$ concentrations between the 2021 High Development Scenario and 2021 with the contributions from Source Groups F (UFO), J (USFS-PG), R and T removed; results for the 2021 Low and Medium Development Scenarios are similar but lower and can be found in Attachment I. Very small contributions to annual PM$_{2.5}$ are seen for new Federal O&G from the UFO and USFS-PG Planning Areas (maximum of 0.2 μg/m$^3$). The high contribution of the LSFO coal mine (20.7 μg/m$^3$) is seen in the Source Group R plot (Figure 5-15, bottom left). Relatively high (> 3 μg/m$^3$) contributions to annual average PM$_{2.5}$ are seen in the Source Group T contributions in Weld County (Figure 5-15, bottom right). These higher Weld County PM$_{2.5}$ contributions in Source Group T compared to Source Group R are due to PM$_{2.5}$ emissions from new non-Federal O&G emissions, which is confirmed by the spatial emission plots in Figure 3-10. The new O&G emissions for Weld County and other areas within the RGFO Planning Area were prepared by a contractor for and provided by the BLM COSO on December 30, 2013. However, no documentation on the RGFO O&G was provided so the exact cause of these relatively higher PM$_{2.5}$ impacts are not known.

BLM_0022338

December 2014



**Figure 5-14a. Annual average PM$_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 High minus 2008 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0022339

December 2014



**Figure 5-14b.  Annual average PM$_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 Low Development Scenario (top right), 2021 Low minus 2008 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0022340

December 2014



**Figure 5-14c.  Annual average PM$_{2.5}$ concentrations for the 2008 Base Case (top left), 2021 Medium Development Scenario (top right), 2021 Medium minus 2008 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0022341

December 2014



**Figure 5-15.  Contribution to annual average PM$_{2.5}$ concentrations due to emissions from new Federal O&G within the UFO (top left) and USGS-PG (top right) Planning Areas and new O&G and mining from the 13 Colorado BLM Planning Areas (bottom left) and new Federal O&G and mining and non-Federal O&G from the 14 CO/NM BLM Planning Areas for the 2021 High Development Scenario.**

BLM_0022342

December 2014

### 5.6.4   PM$_{10}$ NAAQS Analysis

Figure 5-16 and 5-17 displays the 2021 High Development Scenario modeling results for 24-hour PM$_{10}$ that can be compared to the 150 µg/m$^3$ 24-hour PM$_{10}$ NAAQS.  Much of the discussion on 24-hour PM$_{2.5}$ also holds for 24-hour PM$_{10}$, although there are less exceedances of the 24-hour PM$_{10}$ NAAQS since the threshold is higher.  Extremely high highest second high PM$_{10}$ concentrations occur in the 2008 and 2021 emissions scenarios that exceed 1,000 µg/m$^3$ (Figure 5-16, top panels).  However, when natural emissions are removed the highest PM$_{10}$ concentration drops to ~390 µg/m$^3$, which is much lower but still above the 24-hour PM$_{10}$ NAAQS.  With two exceptions, the maximum contribution of new Federal O&G emissions to the 2nd highest 24-hour PM$_{10}$ concentrations from each of the BLM Planning Areas individually is less than 3 µg/m$^3$.  The two exceptions and the maximum contributions due to the 2021 High, Low and Medium Development Scenarios are the WRFO (32.2, 3.1 and 11.5 µg/m$^3$) and GJFO (7.9, 0.2 and 3.5 µg/m$^3$) Planning Areas.  Mining on Federal lands contributes a maximum of 47.8 µg/m$^3$ to the 2nd high 24-hour PM$_{10}$ concentrations in all three of the 2021 emission scenarios.  The contributions due to new Federal O&G to 2nd high 24-hour PM$_{10}$ for the UFO and USFS-PG and the 2021 High Development Scenario are shown in the top two panels of Figure 5-17 with very small contributions seen.  The bottom two panels in Figure 5-17 show the contributions of Source Groups R and T to the 2nd high 24-hour PM$_{10}$ concentration for the 2021 High Development Scenario that display the mining contribution in South Moffat County and new non-Federal O&G contribution in Weld County.  The contributions of all of the Source Groups and all three 2021 emission scenarios to 24-hour PM$_{10}$ concentrations can be found in Attachment I.

BLM_0022343

December 2014



**Figure 5-16.  Second highest 24-hour average PM$_{10}$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0022344

December 2014



**Figure 5-17.  Contribution to second highest 24-hour average PM$_{10}$ concentrations due to emissions from new Federal O&G within the UFO (top left) and USGS-PG (top right) Planning Areas and new O&G and mining from the 13 Colorado BLM Planning Areas (bottom left) and new Federal O&G and mining and non-Federal O&G from the 14 CO/NM BLM Planning Areas for the 2021 High Development Scenario.**

BLM_0022345

December 2014

### 5.6.5   SO$_2$ NAAQS Analysis

The 2008 Base Case and 2021 High Development Scenario, their differences and contributions of Natural Emissions to 1-hour, 3-hour and annual SO$_2$ concentrations are shown in, respectively, Figures 5-18 through 5-21.  The 1-hour SO$_2$ NAAQS is 196 µg/m$^3$ and it is exceeded when the colors in Figure 5-17 are yellow or hotter.  With one exception, the 4th highest daily maximum 1-hour SO$_2$ concentrations are below the NAAQS throughout the 4 km CARMMS domain for the 2021 High Development Scenario.  The exception is an isolated point in northeast Arizona where a value of 212 µg/m$^3$ is seen that is not due to natural emissions (see Figure 5-18, bottom right) or O&G and mining emissions in Colorado or New Mexico that is the focus of CARMMS.  With one exception, new Federal O&G emissions in the 14 BLM Planning Areas have very small contributions to 1-hour, 3-hour, 24-hour and annual SO$_2$ concentrations with contributions being less than 1 µg/m$^3$.  The exception is for the WRFO Planning Area (Source Group B) that contributes 78.4, 75.0, 42.7 and 18.0 µg/m$^3$ to the 1-hour, 3-hour, 24-hour and annual average SO$_2$ concentrations for the 2021 High and Medium Development Scenarios and 12.9, 12.0, 7.0 and 3.0 µg/m$^3$ for the 2021 Low Development Scenario.  As noted in Section 3.7, a majority of the SO$_2$ emissions in the WRFO Planning Area are due to the Meeker and Willow Creek gas plants whose emissions were based on the CDPHE 2008 APEN data grown to 2021 based on the change in gas production within the Piceance Basin between 2008 and 2021.  For the 2021 High Development Scenario the 2021 growth factor from 2008 was a factor of 3.4.  Example spatial maps showing the SO$_2$ contributions for Source Groups R and T and the 2021 High Development Scenario are given in Figure 5-22 with other Source Groups and 2021 emission scenarios given in Attachment I.

BLM_0022346

December 2014



**Figure 5-18. Fourth highest (99th percentile) daily maximum 1-hour average SO2 concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0022347

December 2014



**Figure 5-19. Second highest 3-hour average SO₂ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0022348

December 2014



**Figure 5-20.  24-hour average SO$_2$ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0022349

December 2014



**Figure 5-21. Annual average SO₂ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 minus 2008 differences (bottom left) and Natural Emissions (bottom right).**

BLM_0022350

December 2014



**Figure 5-22.  Contribution to fourth highest daily maximum hourly SO$_2$ concentrations due to emissions from new Federal O&G and mining within the 13 CO BLM Planning Areas (top left) and new Federal O&G and mining and non-Federal O&G within the 14 CO/NM BLM Planning Areas (top right).  New Federal O&G and mining and new non-Federal O&G from 14 CO/NM BLM Planning Areas contributions to second highest 3-hour SO$_2$ (bottom left) and annual average SO$_2$ (bottom right ) concentrations for the 2021 High Development Scenario.**

BLM_0022351

December 2014

### 5.6.6   NO$_2$ NAAQS Analysis

Figure 5-23a displays spatial maps of the 98th percentile daily maximum 1-hour NO$_2$ concentrations for the 2008 Base Case and 2021 High, Low and Medium Development Scenarios with the differences in NO$_2$ concentrations between the 2021 emissions scenarios and the 2008 Base Case shown in Figure 5-23b.  The 1-hour NO$_2$ NAAQS is 188 µg/m$^3$ (100 ppb) and the tile plots in Figure 5-23a have a cut-point at 188 µg/m$^3$ from red to white.  For example, an exceedance of the 1-hour NO$_2$ NAAQS can be seen in the Denver area in the 2008 Base Case that goes away in the 2021 emission scenarios.  In all four scenarios, the highest 1-hour NO$_2$ concentration occurs on the southern border of the 4 km CARMMS domain that is above the NAAQS.  This NO$_2$ exceedance is due to wildfires so is present in the 2008 Base Case and 2021 scenarios since wildfires were assumed to be unchanged.  The fact that the peak 1-hour NO$_2$ value at this wildfire location is identical for all three 2021 emission scenarios indicates that the 2021 O&G emissions have minimal contributions to it.  Outside of this isolated wildfire location in the most southern part of the 4 km CARMMS domain, the 8th highest daily maximum 1-hourNO$_2$ concentrations only exceeds the 1-hour NO$_2$ NAAQS at one other location in the 2021 emission scenarios that is the most northeastern corner of Weld County.  Although there are O&G emissions nearby to this location, they do not occur at this high NO$_2$ concentration location (Figure 3-10).  The fact that there is little reduction in this 1-hour NO$_2$ peak between the 2021 High and Low Development Scenarios (Figure 5-23b) suggests that the high NO$_2$ concentration is due to other new sources in the 2021 emission scenario than O&G.  One possibility is the addition of new electrical generation in the EPA 2020 emission projections.

The differences in 1-hour NO$_2$ concentrations between the 2008 and 2021 emission scenarios (Figure 5-23b) indicate reductions in the Denver area, slight increases in the O&G development areas (e.g., Uinta, Piceance and D-J Basins) and several isolated occurrences of large increases in northern, eastern and southern Colorado as well as eastern Arizona and New Mexico.  As noted above, the cause of the large NO$_2$ concentration increase at the point in northeast corner of Weld County is not known but doesn't appear to be due to O&G emissions.  The NO$_2$ increase in Cheyenne County in eastern Colorado also does not appear to be due to O&G emissions since there are no new O&G emissions at that location in the 2021 emission scenarios (Figure 3-10).  The increase in 2021 NO$_2$ concentrations in the southwest corner of Las Anima County in southern Colorado is at the location of new O&G emissions for the Ratton Basin so may be due to O&G emissions, but the resultant total NO$_2$ concentrations are below the NAAQS.  The final two locations of NO$_2$ concentration increases in eastern Arizona and New Mexico are away from any O&G emissions (Figure 3-10).  The causes of these isolated large increases in NO$_2$ concentrations for the future year modeling are not known at this time.  Since the same increases are seen for the 2021 High, Low and Medium Development Scenarios (Figure 5-23b) then they are not due to O&G emissions.  They are likely due to EPA's 2020 emission projections used for non-O&G anthropogenic emissions in the 2021 emission scenarios, possibly the deployment of new electrical generating units.

BLM_0022352

December 2014



**Figure 5-23a. Eighth highest (98th percentile) daily maximum 1-hour average NO₂ concentrations for the 2008 Base Case (top left), 2021 High Development Scenario (top right), 2021 Low Development Scenario (bottom left) and 2021 Medium Development Scenario (bottom right).**

BLM_0022353

December 2014



**Figure 5-23b.  Differences in eighth highest (98th percentile) daily maximum 1-hour average NO$_2$ concentrations between the 2021 emission scenarios and the 2008 Base Case for the 2021 High (top left), Low (top right) and Medium (bottom) Development Scenarios.**

BLM_0022354

December 2014

## 5.7   Source-Receptor Issues

Grid cells were assumed to represent receptors for Class I and sensitive Class I areas if there was any overlap between the grid cell and Class I/II area.  Thus, there was the potential for emissions from oil and gas and other sources to be located in the same grid cell/receptor as a Class I/II area.  However, in reality new oil and gas sources would not be located in a Class I area so such situations would likely overstate the oil and gas air quality impacts in a Class I area.  This section identifies several instances when Class I/II areas are defined very close to new oil and gas emissions resulting air quality impacts that are likely higher than would actually occur.

New Federal O&G development on some of the BLM Planning Areas had relatively higher concentrations impacts at specific Class I areas.  For example, new Federal O&G within the TRFO had Maximum annual $NO_2$ impacts at Mesa Verde Class I area of 1.97 $\mu g/m^3$ that was 79% of the annual $NO_2$ PSD Class I increment for the 2021 High Development Scenario.  In addition, the visibility impacts at Mesa Verde due to new Federal O&G within TRFO Planning Area for the 2021 High Development Scenario had 35 days with $\Delta dv > 0.5$ and 4 days with $\Delta dv > 1.0$.  Recall that grid cells used to represent receptors for Class I and sensitive Class II areas were defined if any portion of the Class I/II area intersected with the grid cell no matter how small the overlap is in order to be conservative (see Section 4.3.2).  Figure 5-24 displays the grid cells used to represent the Mesa Verde Class I area along with new Federal O&G emissions from the TRFO Planning Area.  The most northern Mesa Verde 4 km grid cell receptor is surrounded by emissions from the TRFO Planning Area with the Class I area covering approximately 20% of the 4 km grid cell so using this 4 km grid cell as a receptor for the Mesa Verde Class I area is probably appropriate.  However, there have been other cases when the Class I/II area cover a very small portion of a grid cell that is used as a receptor for a Class I/II area.  Perhaps a Class I/II area should be required to have a minimal overlap with a grid cell (e.g., 5%) in order for the grid cell to be considered as a receptor for the Class I/II area.

Another example of relatively larger impacts was seen for TRFO at the South San Juan Class II area (16 days with $\Delta dv > 0.5$).  Figure 5-25 compares the grid cells used to represent the South San Juan Wilderness and compares them to new Federal O&G emissions from the TRFO Planning Area.  In this case the emissions from the TRFO Planning Area occur in one of the grid cells being used to represent the South San Juan area and the grid cell contains a large portion of the Class II area.  It might be beneficial to examine the TRFO O&G emissions to determine whether they are spatially located correctly.

A final example of relatively larger impacts is for new Federal O&G emissions from the NMFFO that had relatively large visibility impacts (210 days with $\Delta dv > 0.5$ and 50 days with $\Delta dv > 1.0$) at the Aztec Ruins Class II area.  Aztec Ruins is a small area that is represented by two 4 km grid cells and sits in the middle of the NMFFO Mancos Shale development area.  This is shown in Figure 5-26 with the two cells representing Aztec Ruins unlabeled but seen in the middle of the NMFFO O&G emissions.

BLM_0022355

December 2014





**Figure 5-24.  Grid cells used to represent the Mesa Verde Class I area with new Federal O&G emissions from the TRFO Planning Area.**

BLM_0022356

December 2014





**Figure 5-25.  Grid cells used to represent the South San Juan Class II area with new Federal O&G emissions from the TRFO Planning Area.**

BLM_0022357

December 2014





**Figure 5-26. Grid cells used to represent the Class I and sensitive Class II areas with new Federal O&G emissions from the NMFFO (Mancos Shale) Planning Area.**

BLM_0022358

December 2014

## 6.0 ACRONYMS

| | |
|---|---|
| ACHD | Allegheny County Health Department |
| AES | Applied Envirosolutions |
| AMET | Atmospheric Model Evaluation Tool |
| APCA | Anthropogenic Precursor Culpability Assessment |
| APU | Auxiliary Power Units |
| ARMS | Air Resource Management Study |
| AQ | Air Quality |
| AQRV | Air Quality Related Value |
| AQS | Air Quality System |
| BC | Boundary Condition |
| BLM | Bureau of Land Management |
| CAFOS | Concentrated Animal Feeding Operations |
| CAMD | Clean Air Markets Division |
| CAMx | Comprehensive Air-quality Model with extensions |
| CAPS | Criteria Air Pollutants |
| CARMMS | Colorado Air Resource Management Modeling Study |
| CASTNet | Clean Air Status and Trends Network |
| CAVR | Clean Air Visibility Rule |
| CB05 | Carbon Bond mechanism version 5 |
| CD-C | Continental Divide-Creston |
| CDPHE | Colorado Department of Health and Environment |
| CEM | Continuous Emissions Monitor |
| CENRAP | Central Regional Air Planning Association |
| CMAQ | Community Multiscale Air Quality modeling system |
| CMU | Carnegie Mellon University |
| ConCEPT | Consolidated Community Emissions Processing Tool |
| CONUS | Continental United States |
| COSO | BLM Colorado State Office |
| CRVFO | Colorado River Valley Field Office |
| CPC | Center for Prediction of Climate |
| CSAPR | Cross State Air Pollution Rule |
| CSN | Chemical Speciation Network |
| DDM | Decoupled Direct Method |
| DEASCO3 | Deterministic and Empirical Assessment of Smoke's Contribution to Ozone |
| Dv | deciview |
| ECA | Emissions Control Area |
| EGU | Electrical Generating Units |
| EIS | Environmental Impact Statement |
| EM | Emissions Model |
| EMS | Emissions Modeling System |
| EPA | Environmental Protection Agency |
| EPS | Emissions Processing System |
| ERG | Eastern Research Group |
| ESRL | Earth Systems Research Laboratory |
| FB | Fractional Bias |
| FE | Fractional Error |

BLM_0022359

December 2014

| | |
|---|---|
| FFO | New Mexico BLM Farmington Field Office |
| FINN | Fire Inventory from NCAR |
| FLM | Federal Land Manager |
| FRM | Federal Reference Method |
| FWS | Fish and Wildlife Service |
| GCM | Global Chemistry Model |
| GEOS-Chem | Goddard Earth Observing System (GEOS) global chemistry model |
| GJFO | Grand Junction Field Office |
| GSE | Ground Support Equipment |
| IAD | Impact Assessment Domain |
| IMPROVE | Interagency Monitoring of Protected Visual Environments |
| IMWD | Inter-Mountains West Processing Domain |
| IPAMS | Independent Petroleum Association of the Mountain States |
| JSFP | Joint Science Fire Program |
| FO | Kremmling Field Office |
| LCP | Lambert Conformal Projection |
| LTO | Landing and Takeoff Operations |
| LSFO | Little Snake Field Office |
| LSM | Land Surface Model |
| MADIS | Meteorological Assimilation Data Ingest System |
| MATS | Modeled Attainment Test Software |
| MEGAN | Model of Emissions of Gases and Aerosols in Nature |
| MM | Meteorological Model |
| MM5 | Version 5 of the Mesoscale Model |
| MNGE | Mean Normalized Gross Error |
| MNB | Mean Normalized Bias |
| MOVES | Motor Vehicle Emissions Simulator |
| MOZART | Model for Ozone And Related chemical Tracers |
| NAAQS | National Ambient Air Quality Standard |
| NADP | National Acid Deposition Program |
| NCAR | National Center for Atmospheric Research |
| NCDC | National Climatic Data Center |
| NDBC | National Data Buoy Center |
| NEI | National Emissions Inventory |
| NEPA | National Environmental Policy Act |
| NMB | Normalized Mean Bias |
| NME | Normalized Mean Error |
| NMED | New Mexico Environmental Department |
| NMFFO | New Mexico Farmington Field Office |
| NMIM | National Mobile Inventory Model |
| NMSO | BLM New Mexico State Office |
| NOAA | National Oceanic and Atmospheric Administration |
| NPRI | National Pollutant Release Inventory |
| NPS | National Park Service |
| NSPS | New Source Performance Standard |
| NSR | New Source Review |
| O&G | Oil and Gas |
| OA | Organic Aerosol |
| OSAT | Ozone Source Apportionment Technology |

BLM_0022360

December 2014

| | |
|---|---|
| PAVE | Package for Analysis and Visualization |
| PBL | Planetary Boundary Layer |
| PGM | Photochemical Grid Model |
| PiG | Plume-in-Grid |
| PM | Particulate Matter |
| PPM | Piecewise Parabolic Method |
| PSAT | Particulate Source Apportionment Technology |
| PSD | Prevention of Significant Deterioration |
| QA | Quality Assurance |
| QC | Quality Control |
| RAQC | Regional Air Quality Council |
| RGFO | Royal Gorge Field Office |
| RMC | Regional Modeling Center |
| RMNP | Rocky Mountain National Park |
| RMP | Resource Management Plan |
| ROMANS | Rocky Mountain Atmospheric Nitrogen and Sulfur Study |
| SCC | Source Classification Code |
| SIP | State Implementation Plan |
| SMOKE | Sparse Matrix Kernel Emissions modeling system |
| SOA | Secondary Organic Aerosol |
| TCEQ | Texas Commission on Environmental Quality |
| TRFO | Tres Rios Field Office |
| UAM | Urban Airshed Model |
| UCR | University of California at Riverside |
| UFO | Uncompahgre Field Office |
| UNC | University of North Carolina |
| UPA | Unpaired Peak Accuracy |
| USFS | United States Forest Service |
| USFS-PG | United State Forest Service Pawnee Grasslands |
| UTSO | BLM Utah State Office |
| VERDI | Visualization Environment for Rich Data Interpretation |
| VISTAS | Visibility Improvements for States and Tribal Associations in the Southeast |
| VMT | Vehicle Miles Traveled |
| WBD | Wind Blown Dust model |
| WEA | Western Energy Alliance |
| WESTUS | Western United States |
| WRAP | Western Regional Air Partnership |
| WRFO | White River Field Office |
| WGA | Western Governors' Association |
| WRF | Weather Research Forecasting model |

BLM_0022361

December 2014

## 7.0 REFERENCES

Abt.  2012.  Modeled Attainment Software, User's Manual.  Abt Associates Inc., Bethesda, MD.  October.  (http://www.epa.gov/ttn/scram/guidance/guide/MATS-2-5-1_manual.pdf).

Adelman, Z. 2004. Quality Assurance Protocol – WRAP RMC Emissions Modeling with SMOKE, Prepared for the WRAP Modeling Forum by the WRAP Regional Modeling Center, Riverside, CA

Adelman, Z., C. Loomis and R. Morris.  2013.  Technical Memorandum No. 13 – Emissions Modeling Parameters, Ancillary Data and Summary Results for the WestJumpAQMS Photochemical Modeling.  UNC, Alpine Geophysics and ENVIRON.  February 28.  (http://www.wrapair.org/pdf/Memo13_Parameters_Feb28_2013review_draft.pdf).

Adelman, Z., U. Shanker, D. Yang and R. Morris.  2014.  Three-States Air Quality Modeling Study – CAMx Photochemical Grid Model Final Model Performance Evaluation Simulation Year 2008.  University of North Carolina at Chapel Hill, Institute for the Environment and ENVIRON International Corporation.  September.  (http://vibe.cira.colostate.edu/wiki/Attachments/Modeling/3SAQS_Base08b_MPE_Final_30Sep2014.pdf).

AECOM.  2013.  Utah State BLM Emissions Inventory Technical Support Document.  AECOM, Fort Collins, Colorado.  November.  (http://www.blm.gov/pgdata/etc/medialib/blm/ut/natural_resources/airQuality.Par.34346.File.dat/UTSO_EmissionsTSD121913.pdf).

Arunachalam, S.  2009.  Peer Review of Source Apportionment Tools in CAMx and CMAQ.  University of North Carolina Institute for the Environment, Chapel Hill, NC.  August 31.  (http://www.epa.gov/scram001/reports/SourceApportionmentPeerReview.pdf).

Bar-Ilan, A. and R. Morris. 2012a.  Technical Memorandum No. 4a – Source of Oil and Gas Emissions for the WestJumpAQMS 2008 Photochemical Modeling in the Colorado Basins.  ENVIRON International Corporation, Novato, CA.  June 7.  (http://www.wrapair2.org/pdf/Memo_4a_OG_Jun06_2012_Final.pdf).

Bar-Ilan, A. and R. Morris. 2012b.  Technical Memorandum No. 4b – Source of Oil and Gas Emissions for the WestJumpAQMS 2008 Photochemical Modeling in the Uinta and South San Juan Basins.  ENVIRON International Corporation, Novato, CA.  June 7.  (http://www.wrapair2.org/pdf/Memo_4b_OG_June06_2012_Final.pdf).

Bar-Ilan, A. and R. Morris. 2012c.  Technical Memorandum No. 4c – Source of Oil and Gas Emissions for the WestJumpAQMS 2008 Photochemical Modeling in the Wyoming Basins.  ENVIRON International Corporation, Novato, CA.  January 23.  (http://www.wrapair2.org/pdf/Memo_4c_OG_Jan23_2013_RevisedFinal.pdf).

Bar-Ilan, A. and R. Morris. 2012d.  Technical Memorandum No. 4d – Source of Oil and Gas Emissions for the WestJumpAQMS 2008 Photochemical Modeling in the Permian Basin.  ENVIRON International Corporation, Novato, CA.  April 24.  (http://www.wrapair2.org/pdf/Memo_4d_OG_Apr24_2013_Final.pdf).

Baron, J.S. 2006. Hindcasting nitrogen deposition to determine an ecological critical load.  *Ecological Applications*, 16(2): 433–439.

BLM_0022362

December 2014

BLM. 2012a. Draft Environmental Impact Statement Continental Divide-Creston Natural Gas Development Project. Bureau of Land Management, Wyoming High Desert District, Rawlins Field Office. November. (http://www.blm.gov/wy/st/en/info/NEPA/documents/rfo/cd_creston.html).

BLM. 2012b. Grand Junction Field Office – Draft Resource Management Plan and Environmental Impact Statement. Bureau of Land Management, Grand Junction Field Office. December. (http://www.blm.gov/co/st/en/fo/gjfo/rmp/rmp/docs.html).

Boylan, J.W. 2004. Calculating Statistics: Concentration Related Performance Goals. EPA PM Model Performance Workshop, Chapel Hill, NC. February 11.

Byun, D.W., and J.K.S. Ching. 1999. "Science Algorithms of the EPA Models-3 Community Multiscale Air Quality (CMAQ) Modeling System", EPA/600/R-99/030.

Chang, J.S., R.A. Brost, I.S.A. Isaksen, S. Madronich, P. Middleton, W.R. Stockwell, and C.J, Walcek. 1987. A Three-dimensional Eulerian Acid Deposition Model: Physical Concepts and Formulation. *J. Geophys. Res.*, **92**, 14,681-14,700.

Coats, C.J. 1995. Sparse Matrix Operator Kernel Emissions (SMOKE) Modeling System, MCNC Environmental Programs, Research Triangle Park, NC.

Colella, P., and P.R. Woodward. 1984. The Piecewise Parabolic Method (PPM) for Gas-dynamical Simulations. *J. Comp. Phys.*, **54**, 174201.

Emery, C., E. Tai, and G. Yarwood. 2001. "Enhanced Meteorological Modeling and Performance Evaluation for Two Texas Episodes", report to the Texas Natural Resources Conservation Commission, prepared by ENVIRON, International Corp, Novato, CA.

Emery, C.A., E. Tai, E., R. E. Morris, G. Yarwood. 2009a. Reducing Vertical Transport Over Complex Terrain in CMAQ and CAMx; AWMA Guideline on Air Quality Models Conference, Raleigh, NC, October 26-30, 2009.

Emery, C.A., E. Tai, R.E. Morris, G. Yarwood. 2009b. Reducing Vertical Transport Over Complex Terrain in Photochemical Grid Models; 8th Annual CMAS Conference, Chapel Hill, NC, October 19-21, 2009.

Emery, C., E. Tai, G. Yarwood and R. Morris. 2011. Investigation into approaches to reduce excessive vertical transport over complex terrain in a regional photochemical grid model. *Atmos. Env.*, Vol. 45, Issue 39, December 2011, pp. 7341-7351. (http://www.sciencedirect.com/science/article/pii/S1352231011007965).

ENVIRON. 2013. User's Guide – Comprehensive Air Quality Model with Extensions – Version 6.0. ENVIRON International Corporation, Novato, California. May. (http://www.camx.com/files/camxusersguide_v6-00.aspx).

ENVIRON and Alpine. 2012. Western Regional Air Partnership (WRAP) West-wide Jump-start Air Quality Modeling Study (WestJumpAQMS) – WRF Application/Evaluation. ENVIRON International Corporation, Novato, California. Alpine Geophysics, LLC. University of North Carolina. February 29. (http://www.wrapair2.org/pdf/WestJumpAQMS_2008_Annual_WRF_Final_Report_February29_2012.pdf).

BLM_0022363

December 2014

ENVIRON, Alpine and UNC.  2012.  Western Regional Air Partnership (WRAP) West-wide Jump-start Air Quality Modeling Study (WestJumpAQMS) – Modeling Protocol.  ENVIRON International Corporation, Novato, CA.  Alpine Geophysics, LLC, Arvada, CO.  University of North Carolina and Chapel Hill, NC.  October.  (http://www.wrapair2.org/pdf/WestJumpAQMS_Modeling_Protocol_and_SourceApportionment_Design_Draft_Final.pdf).

ENVIRON, Alpine and UNC.  2013.  Western Regional Air Partnership (WRAP) West-wide Jump-start Air Quality Modeling Study (WestJumpAQMS) – Final Report.  ENVIRON International Corporation, Novato, CA.  Alpine Geophysics, LLC, Arvada, CO.  University of North Carolina and Chapel Hill, NC.  October.  (http://www.wrapair2.org/pdf/WestJumpAQMS_FinRpt_Finalv2.pdf).

ENVIRON, Carter Lake and EMPSI. 2014. Modeling Protocol Colorado Air Resource Management Modeling Study. (CARMMS) ENVIRON International Corporation, Novato, CA. January.

ENVIRON, Carter Lake and EMPSi.  2014.  Colorado Air Resource Management Modeling Study (CARMMS), Preliminary Results for the High Development Scenario.  ENVIRON International Corporation, Novato, CA.  May.

EPA. 1991.  Guideline on the Regulatory Application of the Urban Airshed Model. U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, technical Support Division, Source Receptor Analysis Branch, Research Triangle Park, North Carolina.  July.  (http://www.epa.gov/ttn/scram/guidance/guide/uamreg.pdf).

EPA.  2007.  Guidance on the Use of Models and Other Analyses for Demonstrating Attainment of Air Quality Goals for Ozone, PM2.5 and Regional Haze.  U.S. Environmental Protection Agency, Research Triangle Park, NC. EPA-454/B-07-002.  April.  (http://www.epa.gov/ttn/scram/guidance/guide/final-03-pm-rh-guidance.pdf).

EPA.  2012a.  Motor Vehicle Emissions Simulator (MOVES) – User Guide for MOVES2010b.  U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division.  EPA 420-B-12-001b.  June.  (http://www.epa.gov/otaq/models/moves/documents/420b12001b.pdf).

EPA.  2012b.  Using MOVES to Prepare Emissions Inventories in State Implementation Plans and Transportation Conformity.  Technical Guidance for MOVRS2010, 2010a and 2010b.  U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division.  EPA 420-B-12-028.  April.  (http://www.epa.gov/otaq/models/moves/documents/420b12028.pdf).

EPA.  2012c.  Policy Guidance on the Use of MOVES2010 and Subsequent Minor Revisions for State Implementation Plan Development, Transportation Conformity and Other Purposes.  U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Transportation and Climate Division.  EPA 420-B-12-010.  April.  (http://www.epa.gov/otaq/models/moves/documents/420b12010.pdf).

EPA.  2012d.  Technical Support Document (TSD) – Preparation of Emissions Inventories for the Versions 5.0 2007 Emissions Modeling Platform.  U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Air Quality Assessment Division.  December 14.

BLM_0022364

December 2014

(http://epa.gov/ttn/chief/emch/2007v5/2007v5_2020base_EmisMod_TSD_13dec2012.pdf).

EPA, 2014a. Motor Vehicle Emission Simulator (MOVES) – User's Guide for MOVES2014. U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division. Ann Arbor, Michigan. EPA-420-B-14-055. July. (http://www.epa.gov/otaq/models/moves/documents/420b14055.pdf).

EPA, 2014b. MOVES2014 User Interface Manual. U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division. Ann Arbor, Michigan. EPA-420-B-14-057. July. (http://www.epa.gov/otaq/models/moves/documents/420b14057.pdf).

EPA, 2014c. Policy Guidance for the Use of MOVES2014 for State Implementation Plan Development, Transportation Conformity, and Other Purposes. U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division. Ann Arbor, Michigan. EPA-420-B-14-008. July. (EPA, 2014b. MOVES2014 User Interface Manual. U.S. Environmental Protection Agency, Office of Transportation and Air Quality, Assessment and Standards Division. Ann Arbor, Michigan. EPA-420-B-14-057. July. (http://www.epa.gov/otaq/models/moves/documents/420b14008.pdf).

ERG. 2010. Documentation for the Commercial Marine Vessel Component of the National Emissions Inventory – Methodology. Eastern Research Group, Morrisville, NC. EPA Contract No. EP-D-07-097. March 30.

FLAG. 2010. Federal Land Managers' Air Quality Related Values Work Group (FLAG) – Phase I Report – Revised (2010). Natural Resource Report NPS/NRPC/NRR – 2012/232. (http://nature.nps.gov/air/pubs/pdf/flag/FLAG_2010.pdf).

Fox, Douglas, Ann M. Bartuska, James G. Byrne, Ellis Cowling, Rich Fisher, Gene E. Likens, Steven E. Lindberg, Rick A. Linthurst, Jay Messer, and Dale S. Nichols. 1989. A Screening Procedure to Evaluate Air Pollution Effects on Class I Wilderness Areas. General Technical Report RM-168. U.S.D.A. Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado. 36 pp.

FWS and NPS. 2012. Letter on Cumulative Visibility Metric Approach from Sandra V. Silva, Chief, Branch of Air Quality, U.S. Fish and Wildlife Service and Carol McCoy, Chief, Air Resource Division, National Park Service to Kelly Bott, Wyoming Department of Environment. February 10.

Grant, J., J. Zapert and R. Morris. 2013a. Draft West-CARMMS Oil and Gas Emission Calculator Documentation. Prepared for Chad Meister and Forrest Cook, BLM Colorado State Office. Prepared by ENVIRON International Corporation, Novato, CA and Carter Lake Consulting, Laramie, WY. May 9.

Grant, J., J. Zapert and R. Morris. 2013b. Draft West-CARMMS Coal and Uranium/Vanadium Mining Emissions. Prepared for Chad Meister and Forrest Cook, BLM Colorado State Office. Prepared by ENVIRON International Corporation, Novato, CA and Carter Lake Consulting, Laramie, WY. May 9.

Kemball-Cook, S., Y. Jia, C. Emery, R. Morris, Z. Wang and G. Tonnesen. 2005. Annual 2002 MM5 Meteorological Modeling to Support Regional Haze Modeling of the Western U.S.

BLM_0022365

December 2014

ENVIRON International Corporation, Novato, CA.  University of California at Riverside. March.  (http://www.camx.com/files/camxusersguide_v6-00.aspx).

Kwok.  R. 2012. Implementation and Evaluation of PM2.5 Source Contribution Analysis in a Photochemical Modeling.  Presented at 11th Annual CMAS Workshop, October 15-17, Chapel Hill, NC.  (http://www.cmascenter.org/conference/2012/agenda.cfm).

Loomis, C., R. Morris and Z. Adelman.  2012.  WestJumpAQMS Emissions Technical Memorandum No. 7 – Off-Shore Shipping Emissions.  Alpine Geophysics, LLC, ENVIRON International and University of North Carolina.  January 23. (http://www.wrapair2.org/pdf/OffshoreShippingEmissionsMemo_7WestJumpAQMS_Jan23_2012.pdf).

Loomis, C., Z. Adelman R. Morris and A. Bar-Ilan. 2013  Technical Memorandum No. 4e – Source of Oil and Gas Emissions for the WestJumpAQMS 2008 Photochemical Modeling not covered by the WRAP Phase III Inventory.  Alpine Geophysics, UNC and ENVIRON International Corporation, Novato, CA.  March 6. (http://www.wrapair2.org/pdf/Final_Memo_4e_RemainderOG_Mar6_2013.pdf).

Loomis, C., R. Morris and Z. Adelman.  2013.  Technical Memorandum No. 2:  Area and Non-Road Emissions – Non-Point (Area) and Non-Road Mobile Source Emissions for the WestJumpAQMS 2008 Photochemical Modeling.  Alpine Geophysics LLC, ENVIRON International Corporation and University of North Carolina.  January 22. (http://www.wrapair2.org/pdf/Memo_2_Area_Jan22_2013%20review%20draft.pdf).

Loomis, C., J. Wilkinson, Z. Adelman and R. Morris.  2013.  Technical Memorandum No. 8 Ammonia Source Emissions – Ammonia Source Emissions including Livestock and Fertilizer Sources for the WestJumpAQMS 2008 Photochemical Modeling.  February 28. (http://www.wrapair2.org/pdf/Memo8_AmmoniaSources_Feb28_2013review_draft.pdf).

Martin, L.R. and T.W. Good.  1991.  Catalyzed Oxidation of Sulfur Dioxide in Solution:  The Iron-Manganese Synergism.  *Atmos. Env.* Vol. 25, Issue 10, pp. 2395-2399.

McNally, D. E. 2009.  12km MM5 Performance Goals.  Presentation to the Ad-hoc Meteorology Group.  June 25.  (http://www.epa.gov/scram001/adhoc/mcnally2009.pdf).

Morris, R. E. and T. C. Myers.  1990a.  "User's Guide for the Urban Airshed Model.  Volume I: User's Manual for UAM (CB-IV)" prepared for the US Environmental Protection Agency (EPA-450/4-90-007a), Systems Applications International, San Rafael, CA.

Morris, R. E., T. C. Myers, E. L. Carr, and S. G. Douglas.  1990b.  "User's Guide for the Urban Airshed Model.  Volume II:  User's Manual for the UAM (CB-IV) Modeling System" prepared for the US Environmental Protection Agency (EPA-450/4-90-007b), Systems Applications International, San Rafael, CA.

Morris, R.E., B. Koo, B. Wang, G. Stella, D. McNally and C. Loomis.  2009c.  Technical Support Document for VISTAS Emissions and Air Quality Modeling to Support Regional Haze State Implementation Plans.  ENVIRON International Corporation, Novato, CA and Alpine Geophysics, LLC, Arvada, CO. March.  (http://www.metro4-sesarm.org/vistas/data/RHR/Modeling/Reports/VISTASII_TSD_FinalReport_3-09.pdf).

Morris, R.E., B. Koo, T. Sakulyanontvittaya, G. Stella, D. McNally, C. Loomis and T.W. Tesche.  2009d.  Technical Support Document for the Association for Southeastern Integrated

BLM_0022366

December 2014

Planning (ASIP) Emissions and Air Quality Modeling to Support $PM_{2.5}$ and 8-Hour Ozone State Implementation Plans.  ENVIRON International Corporation, Novato, CA and Alpine Geophysics, LLC, Arvada, CO. March 24.  (http://www.metro4-sesarm.org/vistas/data/ASIP/Modeling/Reports/ASIP_TSD_PM25-O3_FinalRept_3.24.09.pdf).

Morris, R., E. Tai, B. Koo, D. McNally and C. Loomis.  2011.  Sensitivity Modeling to Investigate Modeling Improvements for the June-July 2006 Denver Ozone Episode.  ENVIRON International Corporation, Novato, CA.  June.

Morris, R.E., E. Tai, D. McNally and C. Loomis.  2012a.  Preliminary Ozone Model Performance Evaluation for the Denver 2008 Episode.  ENVIRON International Corporation, Novato, CA.  May.  (http://raqc.org/postfiles/ozone_modeling/modeling_forum/Denver_2008_Prelim_MPE_080912.pdf).

Morris, R.E., E. Tai, B. Koo, D. McNally and C. Loomis.  2012b.  Revised Base Case Modeling and Model Performance Evaluation for the Denver 2008 Ozone Episode.  ENVIRON International Corporation, Novato, CA.  August.

Morris, R., B. Koo, J. Jung, C. Loomis and D. McNally.  Air Quality Technical Support Document (AQTSD) for the Proposed Revision to the Allegheny County Portion of the Pennsylvania State Implementation Plan (SIP).  ENVIRON International Corporation, Novato, CA.  Appendix G-3 of the draft Liberty-Clairton PM2.5 SIP.  November.  (http://www.achd.net/air/index.php).

Morris, R., E. Tai, C. Loomis and Z. Adelman.  2012.  Technical Memorandum No. 5 Fire Emissions – Wildfires, Prescribed Burns and Agricultural Burning Emissions.  ENVIRON International Corporation, Novato, CA.  April 27.  (http://www.wrapair2.org/pdf/Memo_5_Fires_Apr27_2012_Final.pdf).

National Park Service.  2014.  National Park Service Air Resources Division, Email from Andrea Stacy NPS to Charis Tuers BLM Wyoming State Office regarding applicable critical load values for Wyoming and Colorado, August 15, 2014.

Parker, L. and R. Morris.  2014.  Additional CARMMS sensitive Class II areas to accommodate Mancos Shale Development area in north New Mexico.  Technical Memorandum.  ENVIRON Internationa Corporation, Novato, CA.  Prepared for Mary Uhl, BLM New Mexico State Office.  August 28.

Pardo, L.H., Robin-Abbott, M, J., and Driscoll C,T., editors. 2011.  Assessment of Nitrogen Deposition Effects and Empirical Critical Loads of Nitrogen for Ecoregions of the United States. U.S. Forest Service, May.

Saros, J.E., D.W. Clow, T. Blett and A.P. Wolfe.  2010.  Critical Nitrogen Deposition Loads in High-Elevation Lakes of the Western U.S. Inferred from Paleolimnological Records.  Water, Air & Soil Pollution, DOI 10.1007/s11270-010-0526-6.

Sakulyanontvittaya, T., G. Yarwood and A. Guenther.  2012.  Improved Biogenic Emission Inventories across the West.  ENVIRON International Corporation, Novato, CA.  March 19. (http://www.wrapair2.org/pdf/WGA_BiogEmisInv_FinalReport_March20_2012.pdf).

BLM_0022367

December 2014

Sakulyanontvittaya, T., G. Yarwood R. Morris, C. Loomis and Z. Adelman. 2012. Technical Memorandum No. 10 – Biogenic Emissions for use in the WestJumpoAQMS. ENVIRON International Corporation, Novato, CA. May 9. (http://www.wrapair2.org/pdf/Memo_9_Biogenics_May9_2012_Final.pdf).

Simon, H., K. Baker and S. Phillips. 2012. Compilations and Interpretation of Photochemical Model Performance Statistics Published between 2006 and 2012. *Atmos. Env.* 61 (2012) 124-139. December. (http://www.sciencedirect.com/science/article/pii/S135223101200684X).

Timin, B. 2012. O3/PM2.5/Regional Haze Modeling Guidance Summary. 2012. EPA/OAQPS. Presented at 2012 EPA Regional/State/Local Modelers Workshop, Chicago, IL, April 30 – May 4, (http://www.cmascenter.org/conference/2009/slides/young_mass_consistency_2009.pdf).

URS. 2012a. Air Resources Technical Support Document – White River Field Office oil and Gas Resource Management Plan Amendment / Environmental Statement. URS Corporation, Denver, CO. Updated June. (http://www.blm.gov/pgdata/etc/medialib/blm/co/programs/land_use_planning/rmp/white_river/documents/ARTSD.Par.87204.File.dat/Updated_WRFO_ARTSD_June.20.2012.pdf).

URS. 2012b. Technical Support Document – Colorado River Valley Field Office Oil and Gas Resource Management Plan Revision. URS Corporation, Denver, CO. Revised August. (http://www.blm.gov/pgdata/etc/medialib/blm/co/field_offices/crvfo/rmp_vol_1_chapter4.Par.53741.File.dat/Revised_CRVFO_ARTSD_08-31-2012_with_Appendices.pdf).

USFS. 2000. Screening Methodology for Calculation ANC Change to High Elevation Lakes. USDA Forest Service, Rocky Mountain Region. January. (http://www.fs.fed.us/air/documents/anc_scre.pdf).

Wilkinson J.G., C. Loomis and R. Morris. 2012. Technical Memorandum No. 3: ON-Road Mobile Sources – on-Road Mobile Source Emissions. Alpine Geophysics, LLC and ENVIRON International Corporation. June 25. (http://www.wrapair2.org/pdf/Memo_3_MOVES_On-Road_June25_2012_final.pdf).

Yarwood. G., S. Rao, M. Yocke, and G.Z. Whitten. 2005. Updates to the Carbon Bond chemical mechanism: CB05. Final Report prepared for US EPA. Available at http://www.camx.com/publ/pdfs/CB05_Final_Report_120805.pdf.

Yarwood, G., J. Jung, G. Z. Whitten, G. Heo, J. Mellberg and M. Estes. 2010. Updates to the Carbon Bond Mechanism for Version 6 (CB6). 2010 CMAS Conference, Chapel Hill, NC. October. (http://www.cmascenter.org/conference/2010/abstracts/emery_updates_carbon_2010.pdf).

Zhang, L., S. Gong, J. Padro, L. Barrie. 2001. A size-segregated particle dry deposition scheme for an atmospheric aerosol module. *Atmos. Environ.*, **35**, 549-560.

Zhang, L., J. R. Brook, and R. Vet. 2003. A revised parameterization for gaseous dry deposition in air-quality models. *Atmos. Chem. Phys.*, **3**, 2067–2082.

BLM_0022368

December 2014



# APPENDIX A

# 2008 WRF Meteorological Modeling for CARMMS

BLM_0022369

December 2014



## A.1   Introduction

The WRF model performance evaluation was conducted as part of WestJumpAQMS and is documented in a "WRF Application/Evaluation" report (ENVIRON and Alpine, 2012[1]).  The WestJumpAQMS 2008 WRF model performance evaluation was based on a combination of qualitative and quantitative analyses.  The qualitative approach was to compare the spatial distribution of the model estimated monthly total precipitation with the monthly Center for Prediction of Climate (CPC) precipitation analysis using graphical outputs.  The quantitative approach was to examine tabulations and graphical displays of the model bias and error for surface wind speed, wind direction, temperature, and mixing ratio (humidity) and compare the performance statistics to benchmarks developed based on a history of meteorological modeling as well as past meteorological model performance evaluations.  The statistics were calculated using the publicly available METSTAT evaluation tool, which calculates the statistical performance metrics and can produce time series of predicted and observed meteorological variable and performance statistics. The observed database for winds, temperature, and water mixing ratio that were used in this analysis is from the National Oceanic and Atmospheric Administration (NOAA), Earth System Research Laboratory (ESRL) Meteorological Assimilation Data Ingest System (MADIS).  The locations of the MADIS monitoring sites within the 36 and 12 km WRF modeling domains are shown in Figures A-1 and A-2.  The rain observations were taken from the NOAA CPC[2] retrospective rainfall archives.

The WestJumpAQMS 2008 WRF Application/Evaluation report evaluated the WRF surface meteorological parameters using METSTAT across the 36 km CONUS, 12 km WESTUS and 4 km IMWD modeling domains and compared them against meteorological model performance benchmarks.  Provided with the WestJumpAQMS WRF Application/Evaluation report was the evaluation of the WRF model performance at each individual surface monitoring site in the inter-mountains western states.  The results for all sites in Colorado are available on the WestJumpAQMS website[3] with a few examples of the WRF Colorado model performance given below.

---

[1] http://www.wrapair2.org/pdf/WestJumpAQMS_2008_Annual_WRF_Final_Report_February29_2012.pdf
[2] http://www.cpc.ncep.noaa.gov/products/precip/realtime/retro.shtml
[3] http://www.wrapair2.org/pdf/westjump.wrf.site.co.2012-04-04.pdf

BLM_0022370

December 2014





**Figure A-1.   Locations of MADIS surface meteorological modeling sites within the WestJumpAQMS WRF 36 km modeling domain.**



**Figure A-2. Locations of MADIS surface meteorological modeling sites within the WestJumpAQMS WRF 12 km modeling domain.**

BLM_0022371

December 2014



## A.2    Meteorological Model Performance Benchmarks

Meteorological model performance evaluation benchmarks have been developed after examining the model performance of ~30 meteorological model simulations that produced "good" air quality model performance, primarily to support ozone SIPs (Emery et al., 2001). The key to the benchmarks is to understand how good or poor the results are relative to other model applications run for the U.S. These meteorological model performance benchmarks include measures of bias and error in surface temperature, wind speed and direction and water vapor mixing ratio. Because the benchmarks were developed primarily for meteorological model simulations to support urban ozone planning they represent model performance under fairly "simple" conditions. That is, usually fairly flat terrain (although sometimes with coastal conditions) with simple meteorological conditions (e.g., stationary high pressure). Meteorological model performance within the complex terrain of the Inter-Mountain West would be expected to be not as good as in these simple conditions. Thus, for some of the meteorological model performance metrics (i.e., temperature) more "complex" performance benchmarks have been developed (Kemball-Cook et al., 2005; McNally, 2009).

The equations for bias, error and Root Mean Squared Error (RMSE) are given below. Table A-1 list the simple and complex meteorological model performance benchmarks that the WRF 2008 simulation model performance was compared against. It is important to emphasize that the benchmarks are not passing/failing grades, rather they are metrics that allow the intercomparison of meteorological model performance.

$$\text{Bias} = \frac{1}{N}\sum_{i=1}^{N}(P_i - O_i)$$

$$\text{Error} = \frac{1}{N}\sum_{i=1}^{N}|P_i - O_i|$$

$$\text{RMSE} = \left[\frac{1}{N}\sum_{i=1}^{N}(P_i - O_i)^2\right]^{1/2}$$

**Table A-1. Simple and complex meteorological model performance benchmarks for surface meteorological model performance evaluation.**

| Meteorological Variable | Benchmark | | |
|---|---|---|---|
| | Simple (Emery et al., 2001) | Complex (McNally, 2009) | Complex (Kemball-Cook et al., 2005) |
| Temperature Bias | ≤±0.5°K | ≤±1.0 K | ≤±2.0 K |
| Temperature Error | ≤2.0°K | ≤3.0 K | ≤3.5 K |
| Mixing Ratio Bias | ≤±1.0 g/kg | -- | NA |
| Mixing Ratio Error | ≤2.0 g/kg | -- | NA |
| Wind Speed Bias | ≤±0.5 m/s | -- | ≤±1.5 m/s |
| Wind Speed RMSE | ≤2.0 m/s | -- | ≤2.5 m/s |
| Wind Direction Bias | ≤±10 degrees | -- | NA |
| Wind Direction Error | ≤30 degrees | -- | ≤±55 degrees |

A-3

BLM_0022372

December 2014



## A.3  Summary of 2008 WRF Model Performance Evaluation for the CARMMS Region

The WestJumpAQMS WRF Application/Evaluation report evaluated WRF across several preliminary Impact Assessment Domains as shown in Figure A-3. The CO_UT 4 km IAD most closely resembles the CARMMS 4 km modeling domain so those results are discussed below. WestJumpAQMS also evaluated WRF's surface meteorological model performance separately for each site in Colorado that is discussed at the end of this section.

### A.3.1  Surface Meteorological Model Performance

Figure A-4 display soccer plots of monthly humidity (mixing ratio) and temperature model performance within the CO_UT 4 km IAD domain (see Figure A-3) for the WestJumpAQMS 2008 4 km WRF simulation. Soccer plots plot a model's bias versus error and compares them with the model performance benchmark, where in these figures from the WestJumpAQMS WRF Application/Evaluation report (ENVIRON and Alpine, 2012) the Simple and McNally (2009) Complex benchmarks are used (see Table A-1). The WRF 36, 12 and 4 km humidity model performance achieves the Simple Performance Benchmark within the CO_UT 4 km IAD domain (Figure A-4, left). The monthly humidity performance for the WRF 4 km simulation is exhibiting near zero bias and very low error that achieves the Performance Benchmarks.

The WRF 36 km temperature performance has a bias that achieves the ≤±1.0 K McNally and ≤±2.0 K Kemball-Cook Complex Benchmarks (Figure A-4, right). However, the WRF 12 and 4 km simulation temperature exhibits a positive bias ranging from 0.0 to 1.3 K so that some months fall outside of the McNally but are within the Kemball-Cook Complex Benchmarks. The last four months of the year have a positive bias that is greater than 1.0 K. The WRF 12 and 4 km simulation temperature error falls between the Simple (2.0 K) and Complex 3.0/3.5 K) Benchmarks.

The WRF wind speed bias and error falls between the Simple and Complex benchmarks (Figure A-5, left). WRF exhibits a low wind speed bias across the CO-UT 4 km IAD domain with the negative bias greater for the warm than the cool months. The WRF 12 and 4 km wind direction has a near zero bias that is always within ±5 degrees that achieves the Simple Benchmark (≤±10 degrees). However, the wind direction error falls between the Simple (≤30 degrees) and Complex ≤55 degree benchmarks

BLM_0022373

December 2014 



**Figure A-3.   Locations of the preliminary 4 km Impact Assessment Domains (IADs) used in the WestJumpAQMS 2008 WRF evaluation.**

A-5

December 2014





**Figure A-4.  Monthly Humidity (left) and Temperature (right) performance for all sites in the preliminary CO_UT 4 km Impact Assessment Domain for the 36 km (top), 12 km (middle) and 4 km (bottom) WestJumpAQMS WRF simulations.**

BLM_0022375

December 2014

ENVIRON



**Figure A-5.  Wind Speed (left) and Wind Direction (right) performance for all sites in the preliminary CO_UT 4 km Impact Assessment Domain for the 36 km (top), 12 km (middle) and 4 km (bottom) WestJumpAQMS WRF simulations.**

BLM_0022376

December 2014 

## A.3.2  Precipitation Evaluation

Figure A-6 compares monthly total precipitation across the 4 km IMWD for the CPC analysis fields based on observations, the WRF 4 km estimates and the four months of January, April, July and October (see WestJumpAQMS WRF report for remainder of months, ENVIRON and Alpine, 2012).  The much higher resolution in the WRF 4 km precipitation fields is readily apparent compared to the coarser CPC fields and must be accounted for in the interpretation of precipitation model performance.  In January 2008, the spatial distribution of the CPC and WRF monthly precipitation fields are very similar with most of it occurring in the western half of the domain and much dryer conditions east of the Front Range.  The CPC and WRF estimate similar areas of higher precipitation intensity, although the WRF has smaller areas of higher intensity than the CPC analysis fields due to the higher resolution (Figure A-6a, top).

In April 2008, both the CPC analysis and WRF monthly precipitation exhibit a diagonal northwest to southeast orientation in the precipitation pattern with areas of higher intensity occurring over the Bitterroot Range on the ID-MT border, stretching down along the continental divide and in NB, KS and OK (Figure A-6a, bottom).

In July 2008, the desert southwest summer monsoon is clearly evident in the CPC and WRF precipitation fields with the highest intensity occurring in Arizona and New Mexico (Figure A-6b, top).  Higher precipitation amounts are also seen in the high plains in the eastern part of the 4 km IMWD, with the Rocky Mountains in the western part of the 4 km IMWD being much dryer.

In October 2008, both the CPC and WRF have very similar spatial patterns of monthly precipitation with the highest intensity precipitation occurring in Kansas stretching down to OK and TX, with WRF estimating higher intensity in OK/TX than seen in the CPC fields (Figure A-6b, bottom).

BLM_0022377

December 2014





Figure A-6a. Comparison of January (top) and April (bottom) 2008 monthly precipitation amounts (mm) over the 4 km Inter-Mountain West Domain (IMWD) from the CPC analysis of observations (left) and estimated by the WestJumpAQMS 4 km WRF simulation.

BLM_0022378

December 2014




**Figure A-6b.** Comparison of July (top) and October (bottom) 2008 monthly precipitation amounts (mm) over the 4 km Inter-Mountain West Domain (IMWD) from the CPC analysis of observations (left) and estimated by the WestJumpAQMS 4 km WRF simulation.

BLM_0022379

December 2014



### A.3.3   Performance at Individual Monitoring Sites

WestJumpAQMS performed WRF 4 km surface meteorological model performance at individual monitoring sites in Colorado that is posted to its website[4].  The WRF performance varies greatly by site, which may be due in part to each site having its own local influences that cannot be captured by the 4 km WRF average meteorological conditions.  For example, Figures A-7 and A-8 displays the WRF 4 km model performance at the Grand Junction (KGJT) and Gunnison (KGUC) Colorado monitoring sites that lie within the BLM Grand Junction and Uncompahgre Field Offices planning areas, respectively.  KGJT has a negative wind direction bias that mostly falls within the ±10 degree performance benchmark and error that falls between the 30 and 55 degree simple and complex benchmarks.  KGUC, on the other hand, has much worse wind direction performance with a positive bias that ranges from 0 to 30 degrees and errors of 50 to 80 degrees that fall outside of the benchmark ranges.  Similar wind speed performance is seen with mostly an underestimation bias right at the -0.5 m/s simple benchmark but always achieving the complex benchmarks.  The humidity benchmarks are almost always achieved at both sites with only July at KGJT falling outside of the benchmark due to being too moist.  Different temperature model performance characteristics are seen at the two sites with KGJT achieving the complex benchmark (≤±1.0 K) except for the cold winter months that are too warm by from 1.5 to 3.0 K.  Whereas KGUC always achieves the complex benchmark with monthly temperature bias and error clustered around the -0.5 K and 2.0 K simple benchmark bias and error point, except for January that has an overestimation bias of ~0.75 K.

---

[4] http://www.wrapair2.org/pdf/westjump.wrf.site.co.2012-04-04.pdf

BLM_0022380

December 2014





**Figure A-7.  Monthly WRF 4 km surface meteorological model performance at the Grand Junction (KGJT), Colorado monitoring site.**

BLM_0022381

December 2014





**Figure A-8.  Monthly WRF 4 km surface meteorological model performance at the Gunnison (KGUT), Colorado monitoring site.**

BLM_0022382

December 2014



**APPENDIX B**

**2008 CAMX Base Case Model Performance Evaluation**

BLM_0022383

December 2014



## B.1    Introduction

The CAMx PGM was selected for modeling air quality and AQRV impacts due to oil and gas and other activity within the Colorado and northern New Mexico BLM-planning areas. CAMx was selected over CMAQ due to the availability of the CAMx source apportionment tool and the need to obtain separate air quality and air quality related value (AQRV) contributions due to emissions of BLM authorized oil and gas sources in numerous Colorado and northern New Mexico BLM planning areas. CAMx Version 6.1 (V6.1, released April, 2014) was used in the CARMMS future year modeling analysis. However, CAMx V6.0 (September 2013 release) was used for the 2008 Base Case modeling. The CAMx V6.1 future year and CAMx V6.0 2008 Base Case models were configured to obtain identical results, although the CAMx V6.1 future year source apportionment took advantage of a new point source emissions "compact format" feature that greatly reduces the disk space requirements and consequently computational resources for the future year source apportionment modeling.

## B.2    CAMx Model Configuration

The CAMx PGM 2008 Base Case modeling was configured as shown in Table B-1 and described below.

Advection and Diffusion Methods: The piecewise parabolic method (PPM) advection solver was used for horizontal transport (Colella and Woodward, 1984) along with the spatially varying (Smagorinsky) horizontal diffusion approach. CAMx will use K-theory for vertical diffusion using the CMAQ-like vertical diffusivities from WRFCAMx.

Chemical Mechanism: The CB05 gas-phase chemical mechanism was selected for the CAMx 2008 Base Case modeling to be consistent with WestJumpAQMS.

Spin-Up Initialization:  A minimum of ten days of model spin up (i.e., using meteorological and emission conditions for December 21-31, 2007) was used to initialize the PGM.

Model Run Strategy:  CAMx includes two approaches for using multiple central processing units (CPUs) for multi-processing: (1) Message Passing Interface (MPI) that performs modeling domain decomposition, passes the model solution for each subdomain to different CPUs at each time step, and then reassembles the solution across the whole domain at the end of the time step; and (2) Open Multiprocessing (OpenMP) that uses compiler directives to use multiple CPUs in the model simulation. An optimal configuration of MPI and OpenMP will be determined for the Linux Cluster being used to minimize the model throughput time. After benchmarking several different configurations, the CAMx CARMMS current and future year model simulations were run separately for four quarters using ~10 days of spin-up and using 24 CPUs for each quarter (i.e., using 96 CPUs at once) with 6 MPI domain decomposition and each MPI subdomain was run with 4 OpenMP multi-processing CPUs (24 = 6 x 4).

Boundary Conditions: Boundary conditions (BCs) for the 36 km CONUS domain CAMx simulation were based on output from the Model for OZone And Related chemical Tracers

BLM_0022384

December 2014



(MOZART,[1]) global chemistry model. BCs for the CARMMS CAMx 2008 4 km based case simulation were based on the WestJumpAQMS CAMx 2008 36/12 km Base Case simulation.

Photolysis Rates: For photolysis rates, CAMx requires a lookup table of photolysis rates as well as gridded albedo/haze/ozone/snow as input. Day-specific ozone column data are based on the Total Ozone Mapping Spectrometer (TOMS) data measured using the satellite-based Ozone Monitoring Instrument (OMI[2]). Albedo is based on land use data, which includes enhanced albedo values when snow cover is present. For CAMx there is an ancillary snow cover input that is based on WRF output that overrides the land use based albedo input to use an enhanced snow cover albedo value. The Tropospheric Ultraviolet and Visible (TUV) Radiation Model[3] photolysis rate processor was used. CAMx is configured to use the in-line TUV to adjust for cloud cover and account for the effects aerosol loadings have on photolysis rates; this latter effect on photolysis may be especially important in adjusting the photolysis rates due to the occurrence of PM concentrations associated with emissions from fires. Note that the same photolysis rates are used in the 2008 Base Case and 2021 future year modeling.

Landuse: Landuse fields were generated based on U.S. Geological Survey (USGS) Geographic Information Retrieval and Analysis System (GIRAS) data[4]. The WRF estimate snow cover data is used to override the USGS land cover categories when snow cover is present.

Meteorological Inputs: The WestJumpAQMS 2008 WRF-derived meteorological fields were processed to generate CAMx meteorological inputs for the CARMMS 4 km domain and 2008 using the WRFCAMx processor.

Plume in Grid: The subgrid-scale Plum-in-Grid module was not used in the CARMMS modeling.

Other Model configuration options are detailed in Table B-1.

---

[1] http://www.acd.ucar.edu/wrf-chem/mozart.shtml
[2] http://ozoneaq.gsfc.nasa.gov/
[3] http://cprm.acd.ucar.edu/Models/TUV/
[4] http://pubs.usgs.gov/ds/2006/240/

BLM_0022385

December 2014



**Table B-1. CAMx model configurations for BLM CARMMS 2008 4 km Base Case simulation.**

| Science Options | Configuration | Details |
|---|---|---|
| Model Codes | CAMx V6.0 – May 2013 Release | CAMx V6.1 (April 2014) used in 2021 future year modeling |
| Horizontal Grid Mesh- Regional Run to generate Boundary Conditions (BC) for the 4 km impact assessment domain | 36/12 km | 36/12 km run to generate BC for CARMMS 4 km impact assessment domain. 36/12 km run with 2 way grid nesting |
| 36 km grid | 148 x 112 cells | 36 km CONUS RPO domain |
| 12 km grid | 239 x 206 cells | 12 km WESTUS domain from WestJumpAQMS domain |
| Horizontal Grid Mesh- CARMMS Impact Assessment Runs | 4 km | 216 x 234 |
| Vertical Grid Mesh | 25 vertical layers, defined by WRF | Layer 1 thickness ~24- m. Model top at ~19-km above MSL |
| Grid Interaction | 36/12 km two way nesting provide one-way grid nesting to 4 km CARMMS domain | CARMMS 4 km stand-alone domain |
| Initial Conditions | 10 day spin-up | |
| Boundary Conditions | 36 km CONUS domain from MOZART global chemistry model | 4 km domain BCs from 36/12 km regional run |
| Emissions | | |
| Baseline Emissions Processing | SMOKE, MOVES and MEGAN | |
| Sub-grid-scale Plumes | No Plume-in-Grid for major $NO_x$ sources | |
| Chemistry | | |
| Gas Phase Chemistry | CB05 | |
| Meteorological Processor | WRFCAMx | |
| Horizontal Diffusion | Spatially varying | Smagorinsky |
| Vertical Diffusion | CMAQ-like in WRFCAMx | |
| Diffusivity Lower Limit | Kz_min = 0.1 to 1.0 m$^2$/s or 2.0 m$_2$/s | |
| Deposition Schemes | | |
| Dry Deposition | Zhang dry deposition scheme | Zhang et al., 2001; 2003 |
| Wet Deposition | CAMx -specific formulation | rain/snow/graupel/virga |
| Numerics | | |
| Gas Phase Chemistry Solver | Euler Backward Iterative (EBI) -- Fast Solver | |
| Vertical Advection Scheme | Implicit scheme w/ vertical velocity update (CAMx) | |
| Horizontal Advection Scheme | Piecewise Parabolic Method (PPM) scheme | Colella and Woodward, 1984 |
| Integration Time Step | Wind speed dependent | ~0.1-1 min for 4 km domain |

BLM_0022386

December 2014   

## B.3    2008 CAMx Base Case Modeling

WestJumpAQMS performed CAMx modeling using two-way grid nesting on the regional 36 km CONUS and 12 km WESTUS domains using the 2008 Base Case emission scenario to develop boundary conditions (BCs) for the smaller 4 km CARMMS domain. WestJumpAQMS then ran CAMx for the 4 km CARMMS impact assessment domain using 2008 Base Case emissions and BCs from the CAMx 2008 Base Case 36/12 km run.

## B.4    Photochemical Model Performance Evaluation

The CAMx 2008 Base Case modeling and model performance evaluation was conducted under the WestJumpAQMS. Originally CARMMS was going to completely rely on the WestJumpAQMS model evaluation of the CARMMS 2008 Base Case simulation and CARMMS did not intend to perform any additional 2008 Base Case modeling or model performance evaluation. WestJumpAQMS conducted a comprehensive detailed model performance of the CAMx 2008 36/12 km Base Case simulation across the 36 km CONUS and 12 km WESTUS domains, and within each western State for ozone, total $PM_{2.5}$ mass, speciated $PM_{2.5}$, sulfur and nitrogen wet deposition and for several ozone and $PM_{2.5}$ precursor (e.g., $SO_2$ and $NO_x$) and related (e.g., HNO3) species. Section 4.5.3 of the WestJumpAQMS final report (ENVIRON, Alpine and UNC[5]) presented the evaluation the CARMMS 2008 4 km Base Case simulation across the CARMMS 4 km domain.

### B.4.1   February 28, 2014 IAQRT Meeting

The WestJumpAQMS model evaluation results for the CARMMS CAMx 4 km Base Case simulation were presented to the Interagency Air Quality Review Team (IAQRT) on February 28, 2014 at the BLM Colorado State Office (COSO). EPA expressed several concerns regarding the adequacy of the model performance evaluation of the CARMMS 2008 4 km Base Case. In particular they believed that the ozone model performance evaluation should be performed using a 60 ppb observed ozone cut-off instead of the 40 ppb cut-off used by WestJumpAQMS. In addition, they expressed concerns about just calculating monthly model performance statistics across the entire 4 km CARMMS modeling domain.

The evaluation of the CAMx model for the CARMMS 2008 base case simulation produced many more evaluation products than provided in the WestJumpAQMS final report. However, it did not calculate ozone model performed statistics using a 60 ppb observed ozone cut-off threshold as desired by EPA. So we calculated additional ozone model performance statistics using the 60 ppb ozone cut-off threshold. The spreadsheet of monthly ozone bias and error model performance statistics and their comparison with the ozone bias (≤±15%) and error (≤35%) performance goals was updated as follows:

---

[5] http://www.wrapair2.org/pdf/WestJumpAQMS_FinRpt_Finalv2.pdf

BLM_0022387

December 2014



Ozone Averaging Times

- Hourly
- Daily maximum 8-Hour Ozone Concentrations

Ozone Monitoring Networks

- AQS
- CASTNet

Bias and Error Statistical Metrics

- Fractional Bias and Error
- Normalized Mean Bias and Error
- Mean Normalized Bias and Error

As discussed below, with the exception of some winter months, the monthly ozone statistical performance metrics across the CARMMS 4 km domain still achieved EPA's performance goals even using the 60 ppb cut-off threshold for both averaging times and monitoring networks and three types of bias/error performance metrics.

Regarding more details on the CARMMS CAMx 4 km base case MPE, we packaged up the model performance products in a zipped file that includes many differences types of monthly model performance metrics and species for sites in the CARMMS 4 km modeling domain.  Model performance displays include scatter plots and time series plots of predicted and observed concentrations, in addition to a full suite of model performance evaluation statistical metrics, and are provided for each month of 2008 as follows:

- All sites in the CARMMS 4 km domain and all hours/days in a month.
- At each individual site in the CARMMS 4 km domain and all hours/days in a month.
- For each day in 2008 across all sites in the CARMMS 4 km domain.

Model performance displays and statistics are provided for numerous gas-phase (e.g., ozone and $NO_X$) and particulate matter (PM) species (e.g., SO4, NO3, NH4, EC, OA).  EPA specifically requested model performance for ammonia (NH3) and ammonium (NH4).  However, there were no routine NH3 measurements available in 2008 and NH4 was just measured at the CSN network.  Although we also evaluated CAMx against derived ammonium (NH4d) at IMPROVE sites that is obtained using the IMPROVE SO4 and NO3 measurements and assuming they are completely neutralized by NH4; note this will overstate actual NH4 values because SO4 is not always neutralized and both SO4 and NO3 can be neutralized by other cations besides NH4.

The detailed model performance displays and metrics for the CARMMS CAMx 2008 base case simulation is contained in the zipped file "CARMMS_2008_4km_MPE_Details.zip" that contains over 4,500 separate model performance displays and is larger than 70 Mb.

BLM_0022388

December 2014                                                   

Below we present the WestJumpAQMS evaluation of the CARMMS 2008 Base Case simulation across the 4 km CARMMS domain with the addition of the ozone metrics using the 60 ppb cut-off concentrations discussed above.  However, we do not present the evaluation down to the individual site as the amount of information is too overwhelming.

## B.4.2   Observed Monitoring Networks

The following routine air quality measurement data networks were used in the CAMx model performance evaluation:

EPA AQS Surface Air Quality Data:  Data files containing hourly-averaged concentration measurements at a wide variety of state and EPA monitoring networks are available in the Air Quality System (AQS[6]) database throughout the U.S.  These data sets will be reformatted for use in the model evaluation software tools.  There are several types of networks within the AQS that measure different species.  The standard hourly AQS AIRS monitoring stations typically measure hourly ozone, $NO_2$, $NO_x$ and CO concentration and there are thousands of sites across the U.S.  The Federal Reference Method (FRM) network measures 24-hour total $PM_{2.5}$ mass concentrations using a 1:3 day sampling frequency, with some sites operating on an everyday frequency.  The Chemical Speciation Network (CSN) measures speciated $PM_{2.5}$ concentrations including $SO_4$, $NO_3$, $NH_4$, EC, OC and elements at 24-hour averaging time period using a 1:3 or 1:6 day sampling frequency.

IMPROVE Monitoring Network:  The Interagency Monitoring of Protected Visual Environments (IMPROVE[7]) network collects 24-hour average $PM_{2.5}$ and $PM_{10}$ mass and speciated $PM_{2.5}$ concentrations (with the exception of ammonium) using a 1:3 day sampling frequency.  IMPROVE monitoring sites are mainly located at more rural Class I area sites that correspond to specific National Parks and Wilderness Areas across the U.S., with most of the sites located in the western U.S.  Although there are also some IMPROVE protocol sites that can be more urban-oriented.

CASTNet Monitoring Network:  The Clean Air Status and Trends Network (CASTNet[8]) operates approximately 80 monitoring sites in mainly rural areas across the U.S.  CASTNet sites typically collected hourly ozone, temperature, wind speed and direction, sigma theta, solar radiation, relative humidity, precipitation and surface wetness.  CASTNet also collects weekly (Tuesday to Tuesday) samples of speciated $PM_{2.5}$ sulfate, nitrate, ammonium and other relevant ions and weekly gaseous $SO_2$ and nitric acid ($HNO_3$).

NADP Network:  The National Acid Deposition Program (NADP[9]) collects weekly samples of $SO_4$, $NO_3$ and $NH_4$ in precipitation (wet deposition) in their National Trends Network (NTN) at over a 100 sites across the U.S. that are mainly located in rural areas away from big cities and major point sources.  Seven NADP sites also collect daily wet deposition measurements (AIRMON) when precipitation occurs.  Over 20 of the NADP sites also collect weekly mercury (MDN)

---

[6] http://www.epa.gov/ttn/airs/airsaqs/aqsweb/
[7] http://vista.cira.colostate.edu/IMPROVE/
[8] http://java.epa.gov/castnet/
[9] http://nadp.sws.uiuc.edu/NADP/

BLM_0022389

December 2014



samples.  Note that observed sulfate and nitrate dry deposition can be estimated at CASTNet
sites using concentrations and a micro-meteorological model that produces a deposition
velocity.  But these are not true observations, but model estimates of dry deposition flux using
observed atmospheric concentrations and meteorological variables and a micro-meteorological
deposition model.

### B.4.3   Model Performance Goals

Over two decades ago EPA developed PGM ozone model performance goals that are listed in
Table B-2 (EPA, 1991).  During the regional haze RPO process, additional model performance
goals and criteria were developed for PM species (Boylan, 2004; Morris et al., 2009c,d) that are
listed in Table B-3.  Note that the EPA 1991 ozone model performance goals were applied to the
mean normalized bias (MNB) and mean normalized gross error (MNGE) model performance
statistics that are calculated for all predicted and observed hourly ozone pairs matched by time
and location for which the observed hourly ozone is above a threshold, with a 60 ppb threshold
recommended.  However, the 60 ppb ozone cut-off was selected for urban ozone modeling of
areas with high ozone concentrations addressing the 1-hour ozone NAAQS of 124 ppb.  Ozone
is much lower these days so an observed ozone cut-off threshold concentration of 40 ppb was
used for calculating the MNB and MNGE ozone statistics in addition to the 60 ppb cut-off value.
For PM performance statistics, the Fractional Bias (FB) and Fractional Error (FE) bias/error
performance metrics are compared against goals and criteria developed during the Regional
Planning Organizations (RPOs) modeling to support the Regional Haze Rule (Boylan, 2004;
Morris et al., 2009c,d).  Table B-4 lists the definitions of the model performance statistical
metrics.

More recently, EPA compiled and interpreted the model performance from 69 PGM modeling
studies in the peer-reviewed literature between 2006 and March 2012 and developed
recommendations on what should be reported in a model performance evaluation (Simon,
Baker and Phillips, 2012).  Although these recommendations are not official EPA guidance, they
are useful for consideration in the BLM CARMMS model performance evaluation:

- PGM MPE studies should at a minimum report the Mean Bias (MB) and Mean Error (ME or
  RMSE), and Normalized Mean Bias (NMB) and Normalized Mean Error (NME) and/or Fractional
  Bias (FB) and Fractional Error (FE).  Both the MNB and FB are symmetric around zero with the FB
  bounded by -200% to +200%.
- Use of the Mean Normalized Bias (MNB) and Gross Error (MNGE) is not encouraged because
  they are skewed toward low observed concentrations and can be misinterpreted due to the lack
  of symmetry around zero.
- The model evaluation statistics should be calculated for the highest resolution temporal
  resolution available and for important regulatory averaging times (e.g., daily maximum 8-hour
  ozone).
- It is important to report processing steps in the model evaluation and how the predicted and
  observed data were paired and whether data are spatially/temporally averaged before the
  statistics are calculated.

BLM_0022390

December 2014



- Predicted values should be taken from the grid cell that contains the monitoring site, although bilinear interpolation to the monitoring site point can be used for higher resolution modeling (< 12 km).

- $PM_{2.5}$ should also be evaluated separately for each major component species (e.g., $SO_4$, $NO_3$, $NH_4$, EC, OA and OPM2.5).

- Evaluation should be performed for subsets of the data including, high observed concentrations (e.g., ozone > 60 ppb[10]), by subregions and by season or month.

- Evaluation should include more than just ozone and $PM_{2.5}$, such as $SO_2$, $NO_2$ and CO.

- Spatial displays should be used in the model evaluation to evaluate model predictions away from the monitoring sites. Time series of predicted and observed concentrations at a monitoring site should also be used.

- It is necessary to understand measurement artifacts in order to make meaningful interpretation of the model performance evaluation.

Given these recommendations we will stress the FB and FE and NMB and NME measures of bias and error over the MNB and MNGE.

**Table B-2. Hourly ozone model performance goals from EPA's 1991 PGM modeling guidance.**

| Goal | Metric | Definition | Comment |
|------|--------|-----------|---------|
| ≤±20% | Unpaired Peak Accuracy (UPA) | $\dfrac{P - O_{peak}}{O_{peak}}$ | Compare highest predicted and observed daily maximum hourly ozone concentrations unmatched by location and hour but matched by day. |
| ≤±15% | Mean Normalized Bias (MNB) | $\dfrac{1}{N}\sum_{i=1}^{N}\dfrac{(P_i - O_i)}{O_i}$ | Predicted and observed hourly ozone concentrations matched by time and location when observed ozone is 60 ppb or greater. Use a 40 ppb cut-off in CARMMS. |
| ≤35% | Mean Normalized Gross Error (MNGE) | $\dfrac{1}{N}\sum_{i=1}^{N}\dfrac{\lvert P_i - O_i\rvert}{O_i}$ | Predicted and observed hourly ozone concentrations matched by time and location when observed ozone is 60 ppb or greater. Use a 40 ppb cut-off in CARMMS. |

**Table B-3. Ozone and PM model performance goals and criteria for bias and error (Boylan, 2004; Morris et al., 2009c,d).**

| Bias | Error | Comment |
|------|-------|---------|
| ≤±15% | ≤35% | Ozone model performance Goal from the 1991 guidance that would be considered very good model performance for PM species (EPA, 1991). |
| ≤±30% | ≤50% | PM model performance Goal, considered good PM performance (Boylan, 2004). |
| ≤±60% | ≤75% | PM model performance Criteria, considered average PM performance. Exceeding this level of performance for PM species with significant mass may be cause for concern (Boylan, 2004). |

---

[10] Note that because of the low ozone concentrations in the Montana/Dakotas the Simon, Baker and Phillips (2012) 60 ppb threshold recommendation should be lowered to 40 ppb.

BLM_0022391

December 2014



**Table B-4. Definition of model performance evaluation statistical measures used to evaluate PGMs in the past.**

| Statistical Measure | Mathematical Expression | Notes |
|---|---|---|
| Accuracy of paired peak (AP) | $\dfrac{P - O_{peak}}{O_{peak}}$ | Comparison of the peak observed value ($O_{peak}$) with the predicted value at same time and location |
| Coefficient of determination (r2) | $\dfrac{\left[\sum\limits_{i=1}^{N}(P_i - \overline{P})(O_i - \overline{O})\right]^2}{\sum\limits_{i=1}^{N}(P_i - \overline{P})^2 \sum\limits_{i=1}^{N}(O_i - \overline{O})^2}$ | Pi = prediction at time and location i; Oi = observation at time and location i; $\overline{P}$ = arithmetic average of Pi, i=1,2,…, N; $\overline{O}$ = arithmetic average of Oi, i=1,2,…,N |
| Normalized Mean Error (NME) | $\dfrac{\sum\limits_{i=1}^{N}\left|P_i - O_i\right|}{\sum\limits_{i=1}^{N}O_i}$ | Reported as % |
| Root Mean Squared Error (RMSE) | $\left[\dfrac{1}{N}\sum\limits_{i=1}^{N}(P_i - O_i)^2\right]^{\frac{1}{2}}$ | Reported as % |
| Fractional Gross Error (FE) | $\dfrac{2}{N}\sum\limits_{i=1}^{N}\left|\dfrac{P_i - O_i}{P_i + O_i}\right|$ | Reported as % and bounded by 0% to 200% |
| Mean Absolute Gross Error (MAGE) | $\dfrac{1}{N}\sum\limits_{i=1}^{N}\left|P_i - O_i\right|$ | Reported as concentration (e.g., µg/m$^3$) |
| Mean Normalized Gross Error (MNGE) | $\dfrac{1}{N}\sum\limits_{i=1}^{N}\dfrac{\left|P_i - O_i\right|}{O_i}$ | Reported as % |
| Mean Bias (MB) | $\dfrac{1}{N}\sum\limits_{i=1}^{N}(P_i - O_i)$ | Reported as concentration (e.g., µg/m$^3$) |
| Mean Normalized Bias (MNB) | $\dfrac{1}{N}\sum\limits_{i=1}^{N}\dfrac{(P_i - O_i)}{O_i}$ | Reported as % |
| Mean Fractionalized Bias (Fractional Bias, FB) | $\dfrac{2}{N}\sum\limits_{i=1}^{N}\left(\dfrac{P_i - O_i}{P_i + O_i}\right)$ | Reported as %, bounded by -200% to +200% |
| Normalized Mean Bias (NMB) | $\dfrac{\sum\limits_{i=1}^{N}(P_i - O_i)}{\sum\limits_{i=1}^{N}O_i}$ | Reported as % |
| Bias Factor (BF) | $\dfrac{1}{N}\sum\limits_{i=1}^{N}\left(\dfrac{P_i}{O_i}\right)$ | Reported as BF:1 or 1: BF or in fractional notation (BF/1 or 1/BF). |

BLM_0022392

December 2014



### B.4.4  Model Performance Evaluation Approach

The WestJumpAQMS CAMx 2008 base case model performance evaluation focused on evaluating the model for its primary intended purpose, estimating the air quality and AQRV impacts within the 4 km CARMMS modeling domain. Based on EPA modeling guidance (EPA, 1991; 2007), the recommendations of Simon, Baker and Philips (2012) and previous studies, the WestJumpAQMS CAMx model performance evaluation included the following:

- The PGM should be evaluated across all relevant species for which observations are available, including ozone, NO, $NO_2$, $NO_x$, $HNO_3$, $SO_2$, $PM_{2.5}$, $PM_{10}$, speciated $PM_{2.5}$ ($SO_4$, $NO_3$, $NH_4$, EC, OA and OPM2.5) and wet sulfur and nitrogen deposition.
- Numerous statistical performance measures should be calculated (Table B-4) and reported following the recommendations of Simon, Baker and Phillips (2012)
- The native sampling frequency of the observations will be used in the evaluation, along with important regulatory averaging times (e.g., daily maximum 8-hour ozone, annual $PM_{2.5}$ and annual wet deposition).
- The PGM evaluation should also include geographic, temporal and concentration stratifications.
- The PGM results should be more thoroughly evaluated for the 4 km CARMMS domain.
- Seasonal and monthly evaluation should be included.
- Evaluation for high observed concentrations should be made.
- Several graphical displays of model performance may be used, including, but not limited to:
    - Scatter Plots of predicted and observed concentrations/depositions.
    - Spatial Maps of performance, including spatial maps of model predictions with superimposed observations and interpolated spatial maps of bias and error.
    - Time Series Plots of predicted and observed concentrations using native observation averaging time.
    - Soccer Plots that compare model performance statistics with model performance goals (Table B-3).

Details on the CAMx 2008 model performance evaluation are provided in the WestJumpAQMS final report and supporting material. Below we summarized the CAMx model performance evaluation statistical metrics for just within the CARMMS 4 km modeling domain that is the subject of this study.

### B.5  Model Evaluation within the 4 km CARMMS Domain

WestJumpAQMS developed a separate CAMx 4 km modeling database for the 2008 annual period and the 4 km CARMMS modeling domain (see Figure 2-1) that covers all of Colorado, the northern two-thirds of New Mexico as well as eastern Utah and northeastern Arizona. WestJumpAQMS conducted a separate model performance evaluation of the CAMx 2008 base case simulation for the CARMMS 4 km domain that is summarized from the WestJumpAQMS final report (ENVIRON, Alpine and UNC, 2013) in this section. Also presented below are some supplemental ozone evaluation results as suggested by the IAQRT in their February 28, 2014 meeting.

---

BLM_0022393

December 2014



Figures B-1 through B-4 displays the monthly and annual daily maximum 8-hour (DMAX8) and hourly ozone model performance statistics across all CASTNet (top) and AQS (bottom) sites in the 4 km CARMMS domain using observed ozone cut-off concentrations of 40 and 60 ppb.  The Fractional Bias and Error (FB and FE) and Normalized Mean Bias and Error (NMB and NME) performance statistics are used in these Figures.  The Mean Normalized Bias and Error (MNB and MNE) statistics are not presented following the recommendations of Simon, Baker and Philips (2012).  The CARMMS ozone model performance statistics are compared against EPA's 1991 bias (≤±15%) and error (≤35%) ozone model performance goals (Table B-2).  The CAMx 4 km model pDMAX8 ozone performance evaluation across CASTNet and AQS monitors within the CARMMS 4 km domain using the FB 40 ppb cut-off are ≤±6% with an annual FB of less than 2%, which achieves the ozone bias ≤±15% performance goal by a wide margin (Figure B-1a).  Similarly, the monthly DMAX8 ozone FE tends to be between 5% and 12%, so achieves the ozone performance goal of ≤35% by over a factor of 2 (Figure B-1a).  Some of the underestimation of the DMAX8 ozone at the Colorado CASTNet sites (e.g., in May) may be due in part to the model's inability to fully simulate stratospheric ozone intrusion events (e.g., at Gothic).  Figure B-1b presents similar DMAX8 ozone modeling results for the NMB and NME performance statistics using a 40 ppb cut-off that also exhibit very good model performance statistics that achieves the ozone model performance goals.

Figure B-2 presents similar DMAX8 ozone performance statistics as Figure B-1 only using a 60 ppb ozone cut-off value instead of 40 ppb.  With a focus on higher observed ozone concentrations then it is not surprising that the model exhibits an underestimation bias.  The maximum underestimation bias occurs in the late winter and spring when stratospheric ozone and winter ozone events occur that the model has difficulty in reproducing.  The DMAX8 ozone with 60 ppb cut-off performance statistics still achieve the ozone error performance goal for all months and bias goal for all months except February 2008.

Figure B-3 and B-4 are like Figure B-1 and B-2 only for hourly ozone model performance instead of DMAX8 ozone.  The hourly ozone model performance using a 40 ppb cut-off value achieves the ozone goals for all months of the year (Figure B-3); it is encouraging that much better ozone performance is seen during the summer ozone season.  Using a 60 ppb ozone cut-off, the hourly ozone underestimation bias is so great during the winter months that it exceeds the ozone model performance goal (Figure B-4).  However, during the summer when the observed and model ozone is higher and is the primary ozone period of concern, CAMx achieves the ozone model performance goals.

The CAMx 4 km total PM$_{2.5}$ mass performance across the FRM, IMPROVE and CSN sites in the 4 km CARMMS domain is shown in Figure B-5.  The model tends to overestimate PM$_{2.5}$ in the winter falling to a near zero bias in the summer.  However, the overestimation bias is usually within the PM Performance Criteria with only 5 of the 36 monthly FBs (14% of the time) failing to achieve the PM Performance Criteria.   14 months achieve the PM Performance goal (~40% of the time), which occur in the summer and months adjacent to the summer.

BLM_0022394

December 2014



Figures B-6 and B-7 display the CAMx 4 km model performance related to sulfur species that includes SO4 at IMPROVE, CSN and CASTNet monitoring networks, SO2 at CASTNet and wet SO4 deposition at NADP. SO4 tends to be overestimated in the winter and underestimated in the spring, summer and early fall. SO2 is also overestimated in the winter and fall with near zero bias to underestimating in the spring and summer, which indicates that the summer SO4 underestimation is not due to insufficient oxidation of available SO2 concentrations. The wet SO4 deposition also is overestimated in the winter and underestimated in the summer suggesting that too rapid wet depositions is not the cause of the summer SO4 underestimation tendency. The summer underestimation of wet SO4 deposition also suggests that the overstated WRF convective precipitation is not overly washing out the atmospheric pollutants.

Figures B-8 and B-9 displays CAMx 4 km model performance statistics related to nitrogen species including NO3, HNO3 and combined NO3 plus HNO3. Monthly NO3 performance at the IMPROVE sites almost always achieves the PM Performance Goal, whereas it is generally underestimated across the CSN and CASTNet networks with the largest underestimation bias occurring in the summer. On the other hand, HNO3 tends to be overestimated by the CAMx 4 km CARMMS base case and the performance of total nitrate (HNO3+NO3) exhibits much better performance with near zero bias in the spring and summer that achieves the PM Performance Goals. These results suggest that some of the NO3 underestimation bias may be due to not enough conversion of the gaseous HNO3 to particulate NO3. This could be due to insufficient ammonia present to buffer the nitric acid or not fully accounting for other basic compounds that can neutralize nitric acid (e.g., Calcium, Sodium, etc.). Thermodynamic variables could also partly account for this if the temperatures were too hot or the atmosphere not moist enough.

NH4 model performance across he IMPROVE, CSN and NADP networks in the CARMMS 4 km domain is shown in Figure B-10. NH4 is underestimated, which is consistent with the SO4 and NO3 underestimation bias, with the performance being better across the CSN network that always achieves the PM Performance Criteria and sometimes achieves the PM Performance Goal. The underestimation bias is greater across the IMPROVE network due to the use of derived NH4d in the evaluation that overestimates actual ambient NH4 concentrations. The NH4 wet deposition exhibits near zero or an underestimation bias indicating that the NH4 underestimation tendency is not due to overstated wet scavenging.

The CAMx 4 km model performance for gaseous NO$_X$ and NO$_Y$ across AQS and nonmethane organic compounds (NMOC) across PAMS monitoring sites are shown in Figure B-11. NO$_X$ is underestimated in the winter with near zero bias in the summer, whereas NO$_Y$ is overestimated in the summer, underestimated in the winter and has near zero bias in the spring. Given that these measurements may have artifacts and picking up other reactive nitrogen species, it is hard to interpret the evaluation. NMOC is underestimated throughout the year, which may be due in part to the fact they tend to be sited in urban areas.

BLM_0022395

December 2014





**Figure B-1a.  CAMx 4 km daily maximum 8-hour ozone model performance for Fractional Bias (left) and Fractional Error (right) across CASTNet (top) and AQS (bottom) monitors within the CARMMS 4 km domain using a 40 ppb observed ozone cut-off value.**

BLM_0022396

December 2014 



**Figure B-1b. CAMx 4 km daily maximum 8-hour ozone model performance for Normalized Mean Bias (left) and Normalized Mean Error (right) across CASTNet (top) and AQS (bottom) monitors within the CARMMS 4 km domain using a 40 ppb observed ozone cut-off value.**

BLM_0022397

December 2014





**Figure B-2a.  CAMx 4 km daily maximum 8-hour ozone model performance for Fractional Bias (left) and Fractional Error (right) across CASTNet (top) and AQS (bottom) monitors within the CARMMS 4 km domain using a 60 ppb observed ozone cut-off value.**

BLM_0022398

December 2014





**Figure B-2b.  CAMx 4 km daily maximum 8-hour ozone model performance for Normalized Mean Bias (left) and Normalized Mean Error (right) across CASTNet (top) and AQS (bottom) monitors within the CARMMS 4 km domain using a 60 ppb observed ozone cut-off value.**

BLM_0022399

December 2014





**Figure B-3a.  CAMx 4 km hourly ozone model performance for Fractional Bias (left) and Fractional Error (right) across CASTNet (top) and AQS (bottom) monitors within the CARMMS 4 km domain using a 40 ppb observed ozone cut-off value.**

BLM_0022400

December 2014





**Figure B-3b.  CAMx 4 km hourly ozone model performance for Normalized Mean Bias (left)
and Normalized Mean Error (right) across CASTNet (top) and AQS (bottom) monitors within
the CARMMS 4 km domain using a 40 ppb observed ozone cut-off value.**

BLM_0022401

December 2014





**Figure B-4a.  CAMx 4 km hourly ozone model performance for Fractional Bias (left) and Fractional Error (right) across CASTNet (top) and AQS (bottom) monitors within the CARMMS 4 km domain using a 60 ppb observed ozone cut-off value.**

BLM_0022402

December 2014





**Figure B-4b.  CAMx 4 km hourly ozone model performance for Normalized Mean Bias (left) and Normalized Mean Error (right) across CASTNet (top) and AQS (bottom) monitors within the CARMMS 4 km domain using a 60 ppb observed ozone cut-off value.**

BLM_0022403

December 2014





**Figure B-5.  CAMx 4 km PM$_{2.5}$ model performance for FB (left) and FE (right) across FRM (top), IMPROVE (middle) and  CSN (bottom) monitors within the CARMMS 4 km Impact Assessment Domain (IAD).**

BLM_0022404

December 2014





**Figure B-6.  CAMx 4 km Sulfate (SO4) model performance for FB (left) and FE (right) across IMPROVE (top), CSN (middle) and  CASTNet (bottom) monitors within the CARMMS 4 km Impact Assessment Domain (IAD).**

BLM_0022405

December 2014





**Figure B-7.  CAMx 4 km SO2 (top) and SO4 (middle) at CASTNet and SO4 Wet Deposition (bottom) at NADP model performance for FB (left) and FE (right) monitors within the CARMMS 4 km Impact Assessment Domain (IAD).**

BLM_0022406

December 2014





**Figure B-8.  CAMx 4 km NO3 model performance for FB (left) and FE (right) across IMPROVE (top), CSN (middle) and CASTNet (bottom) monitors within the CARMMS 4 km Impact Assessment Domain (IAD).**

BLM_0022407

December 2014





**Figure B-9.  CAMx 4 km HNO3 (top), NO3 (middle) and tHNO3+NO3 (bottom) model performance for FB (left) and FE (right) across CASTNet monitors within the CARMMS 4 km Impact Assessment Domain (IAD).**

BLM_0022408

December 2014





**Figure B-10.  CAMx 4 km NH4 concentration and wet deposition model performance for FB (left) and FE (right) across IMPROVE (top), CSN (middle) and  NADP (bottom) monitors within the CARMMS 4 km Impact Assessment Domain (IAD).**

BLM_0022409

December 2014





**Figure B-11. CAMx 4 km NO$_X$ (top), NO$_Y$ (middle) and NMOC (bottom) model performance for FB (left) and FE (right) across AQS and PAMS) monitors within the CARMMS 4 km Impact Assessment Domain (IAD).**

BLM_0022410

December 2014

**APPENDIX C**

**CARMMS Technical Memorandum**
**Draft Final CARMMS Oil and Gas Emission Calculator Documentation**
**August 15, 2013**

BLM_0022411

December 2014

August 15, 2013

# MEMORANDUM

To:        Chad Meister and Forrest Cook, BLM Colorado State Office
From:      John Grant, Jim Zapert, and Ralph Morris
Subject:   Draft Final CARMMS Oil and Gas Emission Calculator Documentation

---

## 1.0 INTRODUCTION

### 1.1   Scope and Goals

The purpose of this document is to explain the emissions calculation procedures used in the oil and gas emission calculators that have been developed for the Western Colorado Air Resource Management Modeling Study (West-CARMMS). We have improved existing emissions calculators and develop representative calculators for "typical" crude oil, conventional gas (with condensate), coal bed natural gas (CBNG), and shale gas within the region. New information has been incorporated for drilling times; engine configurations; condensate and produced water production; well pad versus offsite gas treatment and storage; well-head, infield, and pipeline compression; and gas/oil production. The ability to readily modify input assumptions such as production parameters, emission control assumptions, and wellhead equipment configurations has also been incorporated into the calculator.

The refined emission calculators will be used to develop the baseline and future-year emissions inventories under Task 2 for the Western Colorado Bureau of Land Management (BLM) planning areas (see Figure 1-1).



**Figure 1-1.  Colorado Field Office Planning Areas.**

---

BLM_0022412



December 2014

## 1.2   Overview of Calculators

Emission calculators have been developed for each of the following well types.

- Conventional gas
- Conventional oil
- Shale gas
- Coalbed natural gas (CBNG)

For each well type a separate, a self-contained emission calculator spreadsheet contains all of the inputs and calculations need to generate wellsite emissions.

Additionally, a calculator has been developed to estimate midstream emissions for each area. The midstream emission calculator draws upon Colorado Department of Public Health (CDPHE) Air Pollutant Emission Notice (APEN) emissions for base year emission estimates.  Future year midstream emission projections are dependent on the change in oil and gas production in a given planning area which can be updated based on linkages to the by well type emission calculators.

### 1.2.1   Pollutants

The emission calculators include estimates of emissions of criteria air pollutants (CAPs), greenhouse gases (GHGs), and hazardous air pollutants (HAPs) as follows:

- Criteria Pollutants
  - Carbon monoxide (CO)
  - Nitrogen oxides (NO$_x$)
  - Particulate matter less than or equal to 10 microns in diameter (PM$_{10}$)
  - Particulate matter less than or equal to 2.5 microns in diameter (PM$_{2.5}$)
  - Sulfur dioxide (SO$_2$)
  - Volatile Organic Compounds (VOCs)
- Greenhouse Gases
  - Carbon dioxide (CO$_2$)
  - Methane (CH$_4$)
  - Nitrous oxide (N$_2$O)
- Hazardous Air Pollutants (HAPs)

While lead (pb) is a criteria pollutant, emissions of lead in the BLM western Colorado planning areas are expected to be extremely low and are therefore not included in this analysis.

HAP emissions were estimated for each emissions source.  For oil and gas emissions sources, HAP emissions from venting and combustion source categories were estimated for formaldehyde, n-hexane, benzene, toluene, ethylbenzene, and xylenes (BTEX).

Anthropogenic greenhouse gas emission inventories typically include carbon dioxide (CO$_2$), methane (CH$_4$), nitrous oxide (N$_2$O), and fluorinated gases.  Fluorinated gases are not expected

BLM_0022413



December 2014

to be emitted in appreciable quantities by any category considered in this emission inventory and were therefore not included in this analysis.

### 1.2.2 Temporal

The calculators estimate annual emissions associated with oil and gas exploration. Per the West-CARMMS scope of work, base year emissions are estimated for 2011 with annual emission forecasts to 2021.

## 2.0 CALCULATOR DEVELOPMENT

### 2.1 Calculator Inputs

The emission calculator for each well type allows for specification of the following inputs.

- Base year oil and gas activity (gas production, oil production, spud counts, active well counts)
- Well decline estimates
- Level of control by source category
- Gas composition
- Equipment configurations (e.g. drill rigs, fracing rigs)
- Gas venting activity (e.g. completions, blowdowns)

The inputs are implemented to estimate by source category emissions as described below. Appendices A, B, C, and D show the by source category inputs for each well type.

The midstream emission calculator includes estimates of base year 2011 gas plant and compressor station emissions taken from CDPHE APEN data. Base year midstream emissions are projected to future years based upon the gas production in each planning area. Appendix C5 shows base year 2011 midstream emissions by field office and facility as reported in APENS data.

### 2.2 Emission Calculations

Emission calculations for all emission-generating activities were developed based on typical emission inventory methodology. Methods used to estimate emissions from each source category are explained in Section 2.2.1. For each source category, emissions for the base year were estimated. Emissions were then forecasted to future years, accounting for activity growth and for applicable sources emissions controls.

The methodologies described here are used consistently in all four calculators by well type; however the input data of each calculator was selected to best reflect the operational characteristics of each well type (oil, gas, CBNG, and shale gas) and thus obtained from literature sources including the following Air Quality Technical Support Documents (AQTSD) from Colorado field office planning areas and BLM emission calculators listed below; shale gas calculator inputs were taken from a recent shale gas project (Bull Mountain, Zapert, 2013) in the Uncompahgre field office:

BLM_0022414



December 2014

- White River AQTSD (URS, 2012a)
- Colorado River Valley AQTSD (URS, 2012b)
- Grand Junction AQTSD (ENVIRON, 2012a)
- Uncompahgre AQTSD (ENVIRON, 2012b)
- BLM Crude Oil Well Gas Emission Calculator (BLM, 2013a)
- BLM Coalbed Natural Gas Well Emission Calculator (BLM, 2013b)

Emissions are generated in three main phases of oil and gas systems:

- Emissions from Well Construction and Development
- Emissions from the Production Phase (occurring at-or-nearby the well pad)
- Emissions from Midstream Sources (Central Gas Compression and Processing)

The methodologies implemented to estimate base year and future year emissions from oil and gas sources are explained in this section.

### 2.2.1   Emissions from Well pad Construction and Development

Emissions from Well pad Construction and Development include those generated by equipment, vehicles and activities related to well pad construction, access roads construction, pipeline construction, wellbore drilling and well completions.  Table 2-1 includes the emission sources identified for the well pad construction and development phase.  Pollutant emissions are initially estimated on a per surrogate basis and later scaled with the projected surrogate estimate to obtain area-wide annual emissions from each source.

**Table 2-1.    Construction source categories and scaling surrogates.**

| Equipment Source Category | Emissions units per event | Scaling Surrogate |
|---|---|---|
| Well Pad, Access Road, and Pipeline Construction Equipment | tons/new pad | New pads per year |
| Well Pad, Access Road and Pipeline Construction Traffic | tons/new pad | New pads per year |
| Drilling Equipment and Completion Equipment | tons/spud | Spuds per year |
| Fracing Equipment | tons/spud | Spuds per year |
| Refracing Equipment | tons/well | Active wells per year |
| Drilling and Well Completion Traffic | tons/spud | Spuds per year |
| Rig Hauling and Rig Moving Traffic | tons/pad | New pads per year |
| Well Pad, Access Road and Pipeline Construction Wind Erosion | tons/new pad | New pads per year |
| Well Completion Venting | tons/spud | Spuds per year |

### 2.2.1.1   Well Pad, Access Road, and Pipeline Construction Equipment

This category refers to emissions associated with off-road engines used during construction of well pads, access roads and pipelines and is also inclusive of well pad reclamation activity. Detailed data for each engine type such as horsepower rating, hours of operation, fuel type,

BLM_0022415



December 2014

engine technology and load factors were derived from the literature. The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors for each equipment type. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009). Engines were classified in three types as activity data and emissions factors vary by utility: well pad construction equipment, access road construction equipment and pipeline construction equipment.

Emissions on a per event (new well pads) basis for an engine type for which data was provided were estimated according to Equation 1:

$$E_{engine\ k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$

Equation (1)

where:
$E_{engine}$ are emissions of pollutant $i$ from an engine type k [ton/pad]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower of the engine k [hp]
$LF$ is the load factor of the engine k
$t_{event}$ is the number of hours the engine is used [hr/pad]
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of type-k engines

### 2.2.1.1.1  Area-Wide Annual Emissions from Source Category

Annual emissions from well pad construction equipment by pollutant were estimated from the sum of engine emissions from each of the construction engine types ($E_{engineTOTAL,i} = \sum E_{engine\ k,i}$) according to Equation 2:

$$E_{well\ pad\ equip,\ i} = E_{engineTOTAL,i} \times S_{well\ pad}$$

Equation (2)

where:
$E_{well\ pad\ equip}$ are annual emissions of pollutant i from well pad construction and development equipment [ton/yr]
$E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/pad]
$S_{well\ pad}$ is the scaling surrogate for well pad construction [new pads/yr]

### 2.2.1.2  Well Pad, Access Road and Pipeline Construction Traffic

This category refers to the exhaust emissions from light-duty and heavy-duty vehicle traffic during well pad, access road and pipeline construction. Emission factors were developed using the MOVES2010a model (USEPA, 2010). For each field office, by project year representative county emissions factors were developed. The emission factors were prepared for two vehicle classes, heavy duty trucks (source type combination short-haul truck) and pick-up trucks (source type light commercial truck). MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, tire wear, and evaporative processes. The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012).

BLM_0022416



December 2014

The representative county for each field office and annual average per mile emission factors by county, year and vehicle type are summarized in Appendix C-6.

Emissions from two distinct fleet types were estimated in this source category dependent on the vehicle destination/use: (1) well pad and access road construction vehicles and (2) pipeline construction vehicles. Annual vehicle miles traveled (VMT) to well site were available for each vehicle class (light duty and heavy duty) within each fleet type (well pad and access road, and pipeline construction), thus exhaust emissions for each of four vehicle groups were calculated using the MOVES2010a emission factors on a grams per mile basis, as shown in Equation 3.

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$   Equation (3)

where:

$E_{traffic,\ i}$ is traffic exhaust emissions for pollutant i per well pad  [ton/pad]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/pad]
$D$ is the round trip distance [miles/trip]
$907185$ is the mass conversion [g/ton]

### 2.2.1.2.1  Area-Wide Annual Emissions from Source Category

Annual emissions for well pad, pipeline and access road construction traffic by pollutant were propagated with the appropriate scaling surrogate according to Equation 4:

$$E_{well\ pad\ traffic,\ i} = E_{traffic,\ i} \times S_{well\ pad}$$   Equation (4)

where:

$E_{well\ pad\ traffic,\ i}$  is the annual exhaust emissions of pollutant i from well pad, pipeline and access road construction traffic [ton/yr]
$E_{traffic,\ i}$ are the emissions of pollutant i per new well pad [ton/wellpad]
$S_{well\ pad}$ is the scaling surrogate for well pad and access road construction traffic [new pads/yr]

### 2.2.1.3   Drilling, Completion and Hydraulic Fracturing Equipment

This section refers to emissions associated with off-road engines used during drilling and completion activities. Detailed data for each engine type per source category such as horsepower rating, hours of operation, fuel type, engine technology and load factors was derived from the literature. Emissions for four distinct engine groups were estimated: (1) drilling equipment, (2) completion equipment, (3) fracing equipment, and (4) refracing equipment. Emissions were estimated separately by engine type as inputs and surrogates (see Table 2-1) varied by type; however the same methodology delineated by Equations 5 and 6 was used in all calculations.

For drilling, completion and hydraulic fracturing equipment, the EPA Tier 2 Federal Diesel Engine Standard emission rates were applied for $NO_x$, VOC, CO, $PM_{10}$ and $PM_{2.5}$ emissions. The

BLM_0022417



December 2014

$N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009). Emissions on a per event (spuds or active wells) basis for an engine type were estimated according to Equation 5:

$$E_{engine\ k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$  Equation (5)

where:

$E_{engine}$ are exhaust emissions of pollutant $i$ from an engine type $k$ [ton/event]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower of the engine $k$ [hp]
$LF$ is the load factor of the engine $k$
$t_{event}$ is the number of hours engine $k$ is used [hr/event]
907,185 is the mass unit conversion [g/ton]
$n$ is the number of type-k engines

### 2.2.1.3.1  Area-Wide Annual Emissions from Source Category

Annual equipment emissions by pollutant were estimated separately for each of the four engine groups and scaled with the appropriate scaling surrogate according to Equation 6:

$$E_{D\&C\ equipment,\ i} = E_{engineTOTAL,i} \times S_{event}$$  Equation (6)

where:

$E_{D\&C\ equipment,i}$ is annual emissions of pollutant i from completion/drilling equipment [ton/yr]
$E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/event]
$S_{event}$ is the scaling surrogate for completion/drilling operations [event/yr] according to Table 2-1.

### 2.2.1.4  Drilling and Well Completion Traffic

This section refers to on-road emissions from light-duty and heavy-duty vehicle traffic during drilling and completion operations. Methodology to estimate traffic emissions from these source categories was similar to that of source category *Well Pad, Access Road and Pipeline Construction Traffic*. However, emissions for *Drilling Traffic* and *Completion Traffic* were calculated separately since activity inputs and surrogates varied by source category. Input data to estimate the annual vehicle miles traveled (VMT) per activity was derived from the literature for each vehicle class (light duty and heavy duty) within each fleet. Fleets were defined by the vehicle destination or utility, which vary by the type of oil and gas development (conventional and CBNG versus shale). These are shown in Table 2-2 below. Annual average emission factors from EPA's MOVES2010a model as described in Section 2.2.1.2 were applied.

BLM_0022418

December 2014



**Table 2-2.    Vehicle fleets used during drilling and completion.**

| Vehicle Use/Destination | Vehicle Class | | Fleet group ID |
|---|---|---|---|
| | Type | Class | |
| Drilling Traffic | Semi Trucks | Heavy Duty Truck | 1 |
| | Pickup Trucks | Light Duty Truck | 2 |
| Rig Move Drilling Traffic | Semi Trucks | Heavy Duty Truck | 3 |
| Rig Hauling | Semi Trucks | Heavy Duty Truck | 4 |
| Well Completion & Testing | Semi Trucks | Heavy Duty Truck | 5 |
| | Pickup Trucks | Light Duty Truck | 6 |

Exhaust emissions for each of the fleet groups were calculated using the appropriate MOVES2010a emission factors on a grams per mile basis, as shown in Equation 7:

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185} \qquad \text{Equation (7)}$$

where:

$E_{traffic,\ i}$ is the traffic emissions for pollutant i per spud  [tons/spud]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/spud]
$D$ is the round trip distance [miles/trip]
$907185$ is the mass unit conversion [g/ton]

Given that emissions from the vehicle fleets are based on the same surrogate (spuds), total emissions from drilling and completion traffic will be the sum of emissions per spud from each fleet (calculated with Equation 7), as shown in Equation 8:

$$E_{traffic,D\&C,\ i} = \sum_{fleet=1}^{7}\left(E_{traffic,\ i}\right)_{fleet} \qquad \text{Equation (8)}$$

where

$E_{traffic,D\&C,\ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]
$E_{traffic,\ i}$ is the traffic emissions for pollutant i per spud for a vehicle fleet [tons/spud]

*2.2.1.4.1  Area-Wide Annual Emissions from Source Category*

Annual emissions for drilling/completion traffic by pollutant were propagated with the appropriate scaling surrogate (spuds per year) according to Equation 9:

$$E_{traffic,\ i} = E_{traffic,D\&C,\ i} \times S_{spud} \qquad \text{Equation (9)}$$

where:

$E_{category\ traffic,\ i}$ are annual emissions of pollutant i from drilling/completion traffic [ton/yr]
$E_{traffic,D\&C,\ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]

C-8



December 2014

$S_{spud}$ is the scaling surrogate for drilling/completion traffic [spuds/yr]

## 2.2.1.5   Construction Equipment Fugitive Dust

Fugitive dust emissions from disturbed land by well pad construction and reclamation equipment were estimated based on AP-42 Chapter 13 Section 13.2.3 guidance for estimating emissions from Heavy Construction Operations (USEPA, 1995).  A construction fugitive dust emission factor for total suspended particles (TSP) is available in the AP-42 guidance (1.2 tons-TSP/acre/month of activity).

Total suspended particle emissions from wellpad construction equipment on a per wellpad basis are estimated based on Equation 10:

$$E_{equip.dust,TSP} = EF \times A \times t \times \frac{(1-C)}{30} \qquad \text{Equation (10)}$$

where:

$E_{equip,dust,TSP}$ is the TSP emissions from construction equipment fugitive dust [tons/wellpad]
$A$ is the average number of acres disturbed per wellpad [acres/wellpad]
$t$ is the number of construction days per wellpad [days]
$C$ is the control efficiency
$30$ is the conversion factor for days/month

Conversion factors for TSP to particulate matter $PM_{10}$ (EPA, 2006b) and from $PM_{10}$ to $PM_{2.5}$ (Midwest Research Institute, 2006) were used to estimate other fugitive dust pollutant emissions ($PM_{10}$ and $PM_{2.5}$).  A control efficiency of 50% was assumed for well pad construction watering control.

### 2.2.1.5.1   Area-Wide Annual Emissions from Source Category

Annual emissions for construction equipment fugitive dust, by pollutant i, were propagated with the appropriate scaling surrogate (wellpads per year) according to Equation 11:

$$E_{equip,dust,i_{TOTAL}} = E_{equip.dust,i} \times S_{new\ pads} \qquad \text{Equation (11)}$$

where:

$E_{equip,dust,i_{TOTAL}}$ is the annual dust emissions of pollutant i from construction equipment [ton/yr]
$E_{equip.dust,i}$ is the fugitive dust emissions of pollutant i from construction equipment per pad [tons/wellpad]
$S_{new\ pads}$ is the scaling surrogate for construction equipment fugitive dust [new pads/yr]

## 2.2.1.6   Fugitive Dust Emissions from Construction, Drilling and Completion Support Vehicles

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance in Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 12.

C-9



December 2014

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b$$

Equation (12)

where:

    *EF* is the size-specific particulate emissions factor for pollutant i (lb/mile)
    *s* is the surface material silt content (%)
    *W* is the mean vehicle weight (tons)
    *k, a, b* are empirical constants according to Table 2-3.

**Table 2-3.   Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | $PM_{10}$ | $PM_{2.5}$ |
|-----------|-----------|------------|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were derived with Equation 12.  To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 13 was applied.

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100}$$

Equation (13)

where:

    $EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
    $EF_i$ is the size-specific emission factor [lb/mile]
    *P* is number of precipitation days (>0.01" rainfall) at the site
    *CE* is the control efficiency for watering in unpaved roads; CE =50%

Emissions were estimated for all types of vehicles involved in construction, drilling and completion activities.  The vehicle groups were classified according to their vehicle class and utility, and literature data was collected to estimate annual vehicle miles traveled per activity (or event), which varied by vehicle groups and by the type of oil and gas development (conventional oil, conventional gas, CBNG, and shale).  The vehicle fleets used in each type of development are shown in Table 2-4.

**Table 2-4.   Vehicles groups related to fugitive road dust emissions in well construction and development.**

| Vehicle group ID | Utility/destination | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Pad Access Road | Heavy Duty Truck | New pads |
| 2 | Construction | Light Duty Truck | |
| 3 | Pipeline Construction | Heavy Duty Truck | |
| 4 | | Light Duty Truck | |

BLM_0022421



December 2014

| Vehicle group ID | Utility/destination | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 5 | Drilling Traffic | Heavy Duty Truck | Spuds |
| 6 | | Light Duty Truck | |
| 7 | Rig Move Drilling Traffic | Heavy Duty Truck | New pads |
| 8 | | Light Duty Truck | |
| 9 | Rig Hauling | Heavy Duty Truck | |
| 10 | Well Completion & Testing | Heavy Duty Truck | Spuds |
| 11 | | Light Duty Truck | |
| 12 | Fuel Haul Truck | Heavy Duty Truck | Spuds |

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 13, along with the vehicle miles traveled for each vehicle group as shown in Equation 14.

$$E_{traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$

Equation (14)

where:

$E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event [ton/event]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per activity [trips/event]

$D$ is the round trip distance [miles/trip]

$2000$ is the mass conversion [lb/ton]

### 2.2.1.6.1  Area-Wide Annual Emissions from Source Category

Annual emissions for road fugitive dust from construction/drilling/completion traffic were propagated with the appropriate scaling surrogate according to Equation 15:

$$E_{dust,traffic,\ i} = E_{traffic,\ i} \times S_{event}$$

Equation (15)

where:

$E_{dust,traffic,\ i}$ are annual emissions of pollutant i for road fugitive dust from construction/drilling/completion traffic [ton/yr]

$E_{traffic,\ i}$ are the emissions of pollutant i per event (spuds or new pads) [ton/event]

$S_{event}$ is the scaling surrogate for the vehicle group [event/yr]

### 2.2.1.7   Construction Wind Erosion

Wind erosion dust emissions associated with well pad construction, and road, pipeline construction operations, and  well pad reclamation  activity were estimated based on AP-42 guidance for the estimation of emissions from industrial wind erosion (USEPA, 2006b). Wind erosion emissions per well pad were estimated based on Equation 16:

---

BLM_0022422



December 2014

$$E_{dust,i} = \frac{P \times A \times r}{907,185}$$

Equation (16)

where:

$E_{dust, i}$ are dust emissions for pollutant i from construction wind erosion [ton/pad]
$P$ is the erosion potential [g/m$^2$]
$A$ is the well pad construction area [m$^2$/pad]
$r$ is the particle size multiplier for PM$_{10}$ or PM$_{2.5}$
*907,185* is a mass unit conversion [g/ton]

The erosions potential is a function of the wind friction velocity, as shown in equation 17 and 18:

$$P = 58 \times (u * - u_t)^2 + 25(u * - u_t)$$

Equation (17)

where:

$u*$ is the friction velocity (m/s)
$u_t$ is the threshold friction velocity (m/s)

$$P = 0 \quad for \quad (u* \le u_t)$$

Equation (18)

Friction velocity estimates (u*) were made by multiplying the average annual fastest wind speed by 0.053 per AP-42 guidance (USEPA, 2006b). Particle size multipliers of 0.5 and 0.075 were assumed for PM$_{10}$ and PM$_{2.5}$ respectively per AP-42 guidance.

### 2.2.1.7.1  Area-Wide Annual Emissions from Source Category

The annual construction dust wind erosion emissions were scaled by multiplying per well pad emissions by the scaling surrogate (new pads) according to Equation 19:

$$E_{wind\ erosion\ total,\ i} = E_{dust,\ i} \times S_{well\ pad}$$

Equation (19)

where:

$E_{.dust\ erosion\ total,i}$ are the annual emissions of pollutant *i* from construction dust wind erosion [ton/yr]
$E_{dust,\ i}$ are the dust emissions of pollutant i per well pad [ton/pad]
$S_{well\ pad}$ is the scaling surrogate for construction dust wind erosion [pad/yr]

### 2.2.1.8  Well Completion Venting

This section describes emissions from well completion venting. The calculation methodology for estimating venting emissions from a single completion event is shown below in Equation 20:

$$E_{completion,i} = \left[ \frac{P \times Q_{completion}}{\frac{R}{MW_{gas}} \times T \times 3.5 \times 10^{-5}} \right] \times \frac{f_i}{907185} \times (1 - 0.95 F_{flare} - F_{green})$$

Equation (20)

where:

BLM_0022423



December 2014

$E_{completion,i}$ is the uncontrolled emissions of pollutant *i* from a single completion event [ton/event]
*P* is atmospheric pressure [1 atm]
$Q_{completion}$ is the volume of gas generated per completion [MCF/event]
*R* is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
*T* is the atmospheric temperature [298 K]
$f_i$ is the mass fraction of pollutant *i* in the completion venting gas
$F_{green}$ is the fraction of completions that were controlled by green completion techniques
$F_{flare}$ is the fraction of completions controlled by flare
*0.95* is the control efficiency of the flare

#### 2.2.1.8.1   Extrapolation to Area-Wide Annual Emissions

Annual emissions are obtained by scaling-up emissions per event by the number of spuds for a particular year. The total emissions from completion venting are estimated following Equation 21:

$$E_{completion,TOTAL,i} = E_{completion,i} \times S_{spuds}$$ 

Equation (21)

where:
$E_{completion,TOTAL}$ are the annual emissions for pollutant i from completion venting [tons/year]
$E_{completion,i}$ are the completion emissions from a single completion event [tons/event], event=spuds
$S_{spuds}$ is the scaling surrogate for completion venting in a particular year [spuds/year]

### 2.2.1.9   Well Completion Flaring

This section describes the methodology for estimating flaring emissions from completion venting as described in Equation 22. It was assumed the efficiency of the flare was 95 percent.

$$E_{flare,completion} = \left( \frac{EF_i \times Q_{completion} \times F_{flared} \times HV}{1000} \right) \Big/ 2000$$

Equation (22)

where:
$E_{flare,completion}$ is the area-wide flaring emissions of pollutant i for well completions [ton/event]
$EF_i$ is the flaring emissions factor for pollutant *i* [lb/MMBtu]
$Q_{completion}$ is the volume of gas generated per completion [MCF/event]
*HV* is the local heating value of the gas [BTU/SCF]
$F_{flared}$ is the fraction of well completions with flares

#### 2.2.1.9.1   Extrapolation to Area-Wide Annual Emissions

Annual area-wide flaring emissions for well completions are scaled-up using the total number of spuds per year as shown in Equation 23:

BLM_0022424



December 2014

$$E_{heater,TOTAL,i} = E_{heater,i} \times S_{TOTAL}$$  Equation (23)

where:

$E_{heater,TOTAL}$ is the annual emissions from well completion flaring for pollutant i [ [ton/yr]
$E_{heater}$ is the emissions from well completion flaring for pollutant i per event [ton/event]
$S_{TOTAL}$ is the total number of spuds for a particular year [spuds]. The number of well completions is assumed equal to the spuds count for the year.

## 2.2.2 Emissions from the Production Phase

Emissions from the Production phase include those generated by equipment, vehicles and activities related to oil and gas production at well sites after a well has been completed. Pollutant emissions are initially estimated on a per event basis and later scaled with the projected number of events per year (scaling surrogate) to obtain Area-wide annual emissions from each source.

### 2.2.2.1 Well Workovers Equipment

This category refers to emissions associated with off-road engines used during well workovers. Detailed data for a typical workover engine such as horsepower rating, hours of operation, fuel type, engine technology and load factor was derived from the literature. The EPA NONROAD2008a model (EPA, 2009b) was used to compile emission factors for 'other oil field equipment' representative of workover engines. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for a workover engine were estimated according to Equation 24:

$$E_{engine,\ i} = f \times \frac{EF_i \times HP \times LF \times t \times n}{907,185}$$  Equation (24)

where:

$E_{engine}$ are emissions of pollutant $i$ from a workover engine [ton/well]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower of the engine [hp]
$LF$ is the load factor of the engine
$t$ is the number of hours of use per day [hr/day]
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of operating days per well [days/well]
$f$ is the well workover frequency per year

#### 2.2.2.1.1 Area-Wide Annual Emissions from Source Category

Annual emissions from well workover equipment by pollutant were estimated according to Equation 25:

$$E_{WO-equip,\ i} = E_{engine\ i} \times S_{wells}$$  Equation (25)

BLM_0022425



December 2014

where:

$E_{WO\text{-}equip,\,i}$ are annual emissions of pollutant i from workover equipment [ton/yr]
$E_{engine,\,i}$ is emissions of pollutant i from workover equipment per well [ton/well]
$S_{well\,pad}$ is the scaling surrogate for workovers [active wells/yr]

## 2.2.2.2   Production Traffic (Well workovers, Road Maintenance, Well Pad Reclamation and Production)

This section describes the estimation of exhaust emissions from light-duty and heavy-duty vehicle traffic used for Well Workovers, Maintenance, Well Pad Reclamation and Production. This excludes traffic from tank loading and compressor stations maintenance. Vehicle classes within the four source categories are shown in Table 2-5. Emissions from these vehicle fleets were first estimated on a per well basis and later on scaled to annual Area-wide emissions with the scaling surrogate, active wells per year.

**Table 2-5.     Vehicle fleets comprising production traffic.**

| Vehicle fleets ID | Utility (source category) | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Workover Commuting Vehicles | Light Duty Truck | Active Wells |
| 2 | | Heavy Duty Truck | |
| 3 | Road Maintenance | Light Duty Truck | |
| 4 | Road and Well Pad Reclamation | Light Duty Truck | |

Emission factors were developed using the MOVES2010a model as described in Section 2.2.1.2 above.

Exhaust emissions for the five vehicle groups were estimated as shown in Equation 26.

$$E_{fleet,traffic,\,i} = \frac{EF_i \times N_{trips} \times D}{907185}$$   Equation (26)

where:

$E_{fleet,traffic,\,i}$ is the fleet's traffic emissions for pollutant i per well  [tons/well]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/well]
$D$ is the round trip distance [miles/trip]
$907185$ is the mass unit conversion [g/ton]

### 2.2.2.2.1  Area-Wide Annual Emissions from Source Category

Annual emissions for each category (fleet) of production traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 27:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\,i} \times S_{wells}$$   Equation (27)

BLM_0022426



December 2014

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from a production fleet [ton/yr]

$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per well for a production traffic fleet [ton/well]

$S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

### 2.2.2.3   Fugitive Dust Emissions from Production Traffic (Well Workovers, Road Maintenance, Well Pad Reclamation and Other Production)

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (EPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 28.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b$$   Equation (28)

Where:

$EF$ is the size-specific particulate emissions factor for pollutant i (lb/mile)

$s$ is the surface material silt content (%)

$W$ is the mean vehicle weight (tons)

$k, a, b$ are empirical constants according to Table 2-6.

**Table 2-6.   Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | PM$_{10}$ | PM$_{2.5}$ |
|-----------|-----------|------------|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were calculated with Equation 28. To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 29 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100}$$   Equation (29)

Where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]

$EF_i$ is the size-specific emission factor [lb/mile]

$P$ is number of precipitation days (>0.01" rainfall) at the site

$CE$ is the control efficiency for watering in unpaved roads

BLM_0022427



December 2014

Vehicle fleets comprising production traffic are shown in Table 2-5. Fugitive dust emissions from these vehicle fleets were first estimated on a per well basis and later scaled to annual Area-wide emissions with the scaling surrogate, active wells per year.

Fugitive dust road emissions per well were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 29, along with the vehicle miles traveled for each vehicle group. This is shown in Equation 30

$$E_{fleet,traffic, \; i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$    Equation (30)

where:

$E_{fleet,traffic, \; i}$ is the traffic fugitive dust emissions for pollutant i per well  [ton/well]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per activity [trips/well]

$D$ is the round trip distance [miles/trip]

$2000$ is the mass conversion [lb/ton]

### 2.2.2.3.1  Area-Wide Annual Emissions from Source Category

Annual fugitive dust emissions for each category (fleet) of Production traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 31:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic_{,} \; i} \times S_{wells}$$    Equation (31)

where:

$E_{fleet,TOTAL, \; i}$ are annual fugitive dust emissions of pollutant i from a production fleet [ton/yr]

$E_{fleet,traffic, \; i}$ is the fugitive dust emissions of pollutant i per well for a production traffic fleet [ton/well]

$S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

### 2.2.2.4   Blowdown venting

This section refers to the estimation of emissions from venting during well blowdowns. The calculation methodology for estimating emissions from a single blowdown event is shown below in Equation 32:

$$E_{blowdown,i} = \left( \frac{P \times (V_{vented})}{\left( R /_{MW_{gas}} \right) \times T \times 3.5 \times 10^{-5}} \right) \times \frac{f_i}{907185}$$    Equation (32)

where:

$E_{blowdown,i}$ is the emissions of pollutant i from a single blowdown event [ton/event]

$P$ is atmospheric pressure [1 atm]

---

C-17