impact would be reduced on the remaining 2.9% of impacted vegetation in the planning area. About 43% of the route miles in the Proposed Action would be limited to non-motorized single track which would have the effect of reducing direct and indirect impacts to vegetation when compared to unlimited use types and greater route widths.

Approximately 17 miles of routes pass through low stature sagebrush and other vegetation which would lead to greater levels of vegetation impact, as discussed above. However, this is less than the No Action Alternative. None of the routes in the Proposed Action pass through areas of riparian vegetation. Approximately 3 acres of vegetation would be disturbed by the construction of travel management support facilities.

**Finding on the Public Land Health Standard for plant and animal communities** (partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Invasive, Non-native Species): The Proposed Action would allow a total of 16.1 miles of route in areas that are currently meeting Standard 3 with problems. Vegetation impacts would be reduced on approximately 14.5 miles of these routes due to use or size restrictions. Current land health problems are related to past vegetation treatments and the seral stage of the plant community. The types of impacts associated with limited use routes are unlikely to affect the current status of these problems or the land health rating.

**Alternative 1:**
Alternative 1 would result in a lower route density (3.1 miles per square mile) than all other alternatives except for the No Action Alternative, with 3.1% of the vegetation in the planning area potentially affected. This alternative has 8% of routes classified as open to full sized vehicles which would mean that only 0.2% of the vegetation in the planning area would be subject to unmitigated, route-related impacts. This amount of impact is also less than all other alternatives. Use restrictions and limitations would reduce the extent and degree of impacts on the remaining impacted 2.9% of vegetation in the planning area. Approximately 25% of the routes in this alternative would be limited to non-motorized/non-mechanized single track and another 33% would be limited to non-motorized single track. Alternative 1 has 16.4 miles of routes that will pass through sagebrush and other low stature vegetation which is less than the Proposed Action and No Action alternatives. No routes pass through riparian areas and the amount of vegetation disturbance associated with the construction of travel management support facilities will be the same as the proposed action.

**Finding on the Public Land Health Standard for plant and animal communities** (partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Invasive, Non-native Species): Alternative 1 would allow a total of 13.7 miles of routes in areas that are currently meeting Standard 3 with problems. Vegetation impacts would be reduced on approximately 13.0 miles of these routes due to use or size restrictions. Current land health problems are related to past vegetation treatments and the seral stage of the plant community. The types of impacts associated with limited use routes are unlikely to affect the current status of these problems or the land health rating.

**Alternative 2:**
Alternative 2 would result in a higher route density (3.5 miles per square mile) than any of

34

BLM_0022567

the other alternatives, with a higher percentage of the vegetation (3.5%) in the planning area potentially affected. This alternative has a higher proportion of the BLM-administered routes (29%) than the Proposed Action and Alternative 1 classified as Open, resulting in 1.0% of the vegetation in the planning area receiving unmitigated, route-related impacts. Use restrictions and limitations would reduce extent and degree of impacts on the remaining 2.5% of impacted vegetation in the planning area. The largest factor in this would be the 8% of the route miles limited to non-motorized, single track use. This alternative has 20.3 miles of routes passing through sagebrush and low stature vegetation. This is more than the all the other alternatives and would create more impacts from widening and sediment transport as noted above. No routes pass through riparian areas and the amount of vegetation disturbance associated with the construction of travel management support facilities will be the same as the proposed action.

**Finding on the Public Land Health Standard for plant and animal communities** (partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Invasive, Non-native Species):
Alternative 2 would allow a total of 18 miles of route in areas that are currently meeting Standard 3 with problems. Vegetation impacts would be reduced on approximately 10.5 miles of these routes due to use or size restrictions. Current land health problems are related to past vegetation treatments and the seral stage of the plant community. The types of impacts associated with limited use routes are unlikely to affect the current status of these problems or the land health rating.

**No Action Alternative:**
The No Action Alternative would result in a route density of 3.1 miles per square mile, potentially affecting about 3.1% of the vegetation in the planning area. This alternative has approximately 69% of the routes classified as open, resulting in 2.1% of the vegetation in the planning area potentially receiving unmitigated, route-related impacts from BLM-administered routes. That is higher than any of the other alternatives. This alternative results in 17.2 miles of routes passing through sagebrush and low stature vegetation. No routes pass through riparian areas. There would be no additional disturbance from the construction of new travel management support facilities but there would continue to be impacts to vegetation associated with unrestricted vehicle parking along existing routes.

**Finding on the Public Land Health Standard for plant and animal communities** (partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Invasive, Non-native Species):
The No Action Alternative would allow a total of 9.8 miles of routes in areas that are currently meeting Standard 3 with problems. Vegetation impacts would not change. Current land health problems are related to past vegetation treatments and the seral stage of the plant community and will not likely change with the implementation of the No Action Alternative.

## INVASIVE, NON-NATIVE SPECIES (includes a finding on Standard 3)

**Affected Environment:**
The following noxious or invasive species are known to be present in the planning area and

35

surrounding areas:  Russian knapweed *(Ascription repens)*, musk thistle *(Carduus nutans)*, bull thistle *(Cirsium vulgare)*, Canada thistle *(Circium arvense)*, hoary cress *(Cardaria draba)*, common burdock *(Arctium minus)*, common mullein *(Verbascum L.)*, downy brome *(Bromus tectorum)*, horehound, *(Marrubium vulgare)*, salt cedar *(Tamarix chinensis)*, and field bindweed *(Convolvulus arvensis)*.

Sulphur cinquefoil *(Potentilla recta)* and spotted knapweed *(Centaurea stoebe)* are two Colorado "A List" Species that are not known to be present in the planning area but have been found within 3 miles.  Colorado law requires that any discovery of these two species be reported to the county weed manager and immediate control efforts must be taken.

### Environmental Consequences

#### Impacts Common to all Alternatives:

Noxious weed species have the potential to establish along lines of disturbance created by new route and facility construction and use.  Weed propagules may enter the disturbed area by natural dispersal mechanisms, on equipment used during the construction phase of routes and facilities, on vehicles and on recreation equipment.  Invasion by exotics may displace native vegetation, alter the visual character of the landscape, and, if the weeds are annuals, increase susceptibility of soils to erosion or increase frequency and intensity of wildfires.

Integrated Weed Management methods appropriate to the planning area include the use of herbicides, manual removal, and mechanical removal where necessary.  All herbicide applications would follow label directions and cautions, and BLM restrictions and guidelines.

#### Impacts Common to Proposed Action and Alternatives 1 and 2:

The proposed action and alternatives would likely create additional use in the area, which could also increase the probability of spreading existing, and introducing additional, noxious weeds into the area.  Designing a sustainable designated route system and trailhead facilities would reduce noxious weed spread by concentrating use within approved areas that are easier to monitor for establishment of noxious weeds.  Long term impacts would be reduced by placing weed information for trail users at trailheads and kiosks, and by implementing design features which minimizes route erosion and seed transport.  With the successful implementation of all design features, long term effects to the area from invasive non-native species are expected to be neutral, and possibly improved from the current condition.

#### Proposed Action:

The Proposed Action has a route density of approximately 3.2 miles/square mile of planning area with associated support facilities.  That is slightly higher than the No Action Alternative and could result in an increased potential for weed invasion within the planning area.  However, this alternative proposes to reduce the miles of routes open to full sized vehicles (4WD/2WD) by 27.1 miles when compared to the No Action Alternative and would limit use type and level on 33.9 miles of routes (excluding administrative use).  As described in the preceding Vegetation section, this will have the effect of reducing the potential for the spread of weeds.

36

**Finding on the Public Land Health Standard for plant and animal communities** (partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Vegetation): With the successful implementation of the design features, including education, monitoring, and treatment, the proposed action should be neutral or possibly beneficial in controlling adverse impacts of noxious weeds. The proposed action therefore would maintain or improve the current status of the planning area with respect to Standard 3.

**Alternative 1:**

Alternative 1 proposes a route density of approximately 3.1 route miles/square mile of planning area with associated support facilities. That is lower than all other alternatives and would accordingly reduce the potential for weed spread within the planning area. This alternative would result in 30.6 fewer miles of routes classified as open to full sized vehicles (4WD/2WD) when compared to the No Action Alternative and would place restrictions on use type and the level of use on 28.1 miles of routes (excluding administrative use). As described in the preceding Vegetation section, this will have the effect of reducing the potential for the spread of weeds.

**Finding on the Public Land Health Standard for plant and animal communities** (partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Vegetation):
With the successful implementation of the design features, including education, monitoring, and treatment, Alternative 1 should be neutral or possibly beneficial in controlling adverse impacts of noxious weeds. Alternative 1 therefore would maintain or improve the current status of the planning area with respect to Standard 3.

**Alternative 2:**

Alternative 2 proposes a route density of approximately 3.5 miles/square mile of planning area with associated support facilities. That is higher than all other alternatives and would accordingly increase the potential for weed spread within the planning area when compared to the Proposed Action and Alternative 1. However, this alternative would result in 16.9 fewer miles of routes classified as open to full sized vehicles (4WD/2WD) when compared to the No Action Alternative and would place restrictions on use type and the level of use on 36.4 miles of routes (excluding administrative use). As described in the preceding Vegetation section, this will have the effect of reducing the potential for the spread of weeds when comparing potential impacts to the No Action Alternative.

**Finding on the Public Land Health Standard for plant and animal communities** (partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Vegetation):
With the successful implementation of the design features, including education, monitoring, and treatment, Alternative 2 should be neutral or possibly beneficial in controlling adverse impacts of noxious weeds. Alternative 2 therefore would maintain or improve the current status of the area with respect to Standard 3.

**No Action Alternative:**

Under the No Action Alternative, the route density would be 3.1 route miles/square mile of planning area. There would be no reduction in the miles of routes classified as open to full sized vehicles (4WD/2WD) which would create no potential for reducing weed spread.

BLM_0022570

There would be no new use limitations and restrictions or specific design features to reduce weed spread.  Use of existing routes would continue, educational material would not be placed at trailheads, and an improved monitoring and treatment program would not be initiated.

**Finding on the Public Land Health Standard for plant and animal communities** (partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Vegetation):

Under the No Action Alternative, the current status of this area with respect to Standard 3 would likely not change with no potential to improve.  The potential for existing weed infestations to increase would continue to exist.

## THREATENED, ENDANGERED, AND SENSITIVE SPECIES (includes a finding on Standard 4)

**Affected Environment:**

The Uncompahgre Field Office(UFO) utilizes the U.S. Fish and Wildlife Service Information, Planning, and Conservation System (IPaC) to generate the most current species list to analyze the effects of a Proposed Action on threatened, endangered and candidate species and designated critical habitat for these species (USFWS, 2013).  Appendix D lists federally proposed, candidate, and listed species potentially occurring within the UFO and provides assessments for their occurrence within the planning area.  Based upon this assessment, no threatened, endangered, or proposed species or critical habitats occur in the planning area, or have the potential to be affected by the proposed action, and there will be no further discussion of these species.

The list of BLM sensitive species is based upon the Colorado State Director's Sensitive Species List (2011).  Appendix E lists potentially occurring BLM sensitive species within the UFO (USDI BLM, 2012) and provides assessments for their occurrence within the planning area.  In accordance with BLM Manual 6840, the goal of management is to prevent a trend toward federal listing or loss of viability for sensitive species.

Based upon this assessment, several BLM sensitive species may occur within the planning area and/or be potentially affected by the proposed project.  Those species where the planning area is within the known range of the species, is likely to contain suitable habitat, and includes potential or known occurrences of that species are shown below and are discussed at the beginning of Appendix E.  There will be no effect to any of the other species listed for the UFO, and there will be no further discussion of these species.

Potential Sensitive Species in the Planning Area
(See Appendix E for a discussion on each)

| | |
|---|---|
| Bald eagle - *Haliaeetus leucocephalus* | Midget-faded rattlesnake - *Crotalus oreganus concolor* |
| American peregrine falcon – *Falco peregrines anatum* | Milk snake - *Lampropeltis triangulum taylori* |
| Northern goshawk - *Accipiter gentilis* | Northern leopard frog - *Lithobates pipiens* |
| Brewer's sparrow - *Spizella berweri* | Canyon treefrog - *Hyla arenicolor* |

BLM_0022571

Potential Sensitive Species in the Planning Area
(See Appendix E for a discussion on each)

| | |
|---|---|
| Long-billed curlew - *Numenius americanus* | Roundtail chub - *Gila robusta* |
| White-faced ibis - *Plegadis chihi* | Bluehead sucker - *Catostomus discobolus* |
| Fringed myotis - *Myotis thysanodes* | Flannelmouth sucker - *Catostomus latipinnis* |
| Spotted bat - *Euderma maculatum* | Grand Junction milkvetch - *Astragalus linifolius* |
| Big free-tailed bat - *Nyctinomops macrotis* | Naturita milkvetch - *Astragalus naturitenis* |
| Allen's big-eared bat - *Idionycteris phyllotis* | San Rafael milkvetch - *Astragalus rafaelensis* |
| Townsend's big-eared bat - *Corynorhinus townsendii* | Paradox Valley (Payson's) lupine - *Lupinus crassus* |
| | Paradox breadroot - *Pediomelum aromaticum* |

## Environmental Consequences:

### Impacts Common to all Alternatives:

Ecosystems of the west are especially vulnerable to OHV-related activities on unpaved (gravel or dirt) routes due to the travel effects on soils and vegetation, which may take centuries to recover (Webb, 1982; Lovich and Bainbridge, 1999).  Impacts of OHV activities on wildlife and their habitats are numerous and well documented (Ouren 2007).  Networks of routes fragment habitat, reduce patch size, and increase the ratio of edge to interior.  This may have serious consequences for sensitive species (those that cannot carry out certain aspects of their life cycles without large blocks of habitat or corridors linking habitat patches), predator-prey relationships, and overall population dynamics.  In particular, fragmentation and edges created by OHV routes may have strong effects on animal movement patterns.  Precluding or inhibiting animal movements effectively diminishes dispersal to and re-colonization in other areas, thus increasing the likelihood of local extirpations.  Overall, studies demonstrate that even narrow routes (paved and unpaved) can represent major barriers to movement of animals.  Reluctance to cross even narrow routes similar in width to routes created by OHV travel may alter or preclude the movements of various species.  The cumulative effects of OHV-route networks proliferating across the landscapes may have serious ecological consequences for species reluctant to cross OHV routes.

Noise generated by OHVs may alter animal behaviors, breeding populations, the abilities of some species to detect predators (through auditory cues), and can stimulate estimating animals to emerge from their underground burrows at inappropriate times.  Noise, lights, and other disturbances associated with OHV activities also have the potential for eliciting stress responses from a broad spectrum of wildlife taxa.  Studies have shown that ungulates, birds, and reptiles all experience accelerated heart rates and metabolic function during disturbance events; in turn, animals may be displaced and experience reproductive failure and reduced survivorship.

Direct wildlife mortality can result from vehicular impact, removing individuals from populations; thus, habitats containing routes may represent population sinks for any species that commonly attempts to move from one habitat fragment to another by crossing routes.  If

39

BLM_0022572

mortality rates exceed rates of reproduction and immigration, wildlife populations decline (Beier, 1993; Bruinderink and Hazebrook, 1996; Moore and Mangel, 1996; Forman and Alexander, 1998). Mortality rates vary widely according to habitat and route characteristics. Even where the frequency of wildlife mortality is relatively low most of the year, it may increase during certain seasons or when traffic frequency increases. Furthermore, population dynamics can be altered if low mortality rates nonetheless cause disproportionate mortality among specific sex and/or age classes.

In summary, OHV activities may have effects to wildlife, fish and plant populations in the following areas: habitat fragmentation, patch size, edge to interior ratio, barriers to movement, facilitation of invasions of non-native and/or opportunistic species, mortality rates, noise and other disturbance factors. Measuring indicators of all these factors for the numerous species of interest would be an excessively difficult task. In addition, for most of the species of interest, the relationships between these factors and population dynamics are not well understood. Because of these difficult to measure potential impacts to sensitive wildlife and plant populations, we assume that any reduction in routes, or reduction in class of use (from motorized to non-motorized) would in general improve wildlife, fish and plant habitats in the area.

Based upon the analysis contained in Appendix D (USDI BLM, 2013) no threatened, endangered, or proposed species or critical habitats occur in the planning area, or have the potential to be affected by the proposed project. Therefore, the proposed alternatives for this project will have no effect upon any federally listed species or critical habitat, and no mitigation measures are necessary for this proposal.

Several BLM sensitive species may occur within the planning area and be potentially affected by the proposed project (Appendix E). The effects of the project are based upon the habitats affected and species occurrence within the planning area.

There would continue to be routes of all types at varying levels in all alternatives. Thus, implementing any alternative would continue to have some degree of impacts to BLM sensitive species populations and habitat from motorized and non-motorized travel. Each alternative will have relative differences in the amount of habitat directly impacted by route construction and maintenance, based on miles of routes.

Sensitive species potentially occurring within the planning area that are most vulnerable to direct impacts (crushing/mortality) are sensitive plants. Construction, maintenance, and decommissioning of routes when they are located within suitable, occupied habitat could have impacts to individuals of sensitive plant, reptile, small mammal and ground nesting bird species. Individuals can be crushed or physically removed by construction and/or maintenance equipment. Species most vulnerable to indirect/disruptive impacts include three species of raptors. Disturbances in close proximity to active nests during the breeding season can result in abandonment of the nest and loss of eggs or young. Each alternative will have relative differences in the magnitude of disturbance based upon the route density, type of uses permitted on those routes, the proximity of those routes to nesting and roosting sites, and the season of use.

40

To alleviate indirect impacts to sensitive plant, animals, and active raptor nests during the design, construction, and maintenance phases of the travel plan, the BLM has developed design features which are noted on page 10. Potential impacts to individuals during subsequent public use of the designated route system would remain.

**Proposed Action:**

When compared to the No Action alternative the collective miles of routes would increase from 35.3 miles available for various modes of travel to 43.3 miles of routes (including administrative use), or a 22.7% increase compared to the No Action alternative.

The Proposed Action would result in the second highest amount of ground disturbing activities caused by new route construction. The 17.9 miles of route decommissioning could cause ground disturbance on portions of the route (generally the first 100 feet of the route), which would be short term. The Proposed Action would include approximately 26 miles of new route construction for non-motorized and/or non-mechanized use.

The proposed route construction and decommissioning would occur in all habitat types present within the planning area. Species most vulnerable to the direct impacts to suitable habitats and individuals in the population include the sensitive plant species, ground-nesting birds, bats, and reptiles. The required pre-construction surveys for sensitive plants would identify the locations of populations that may occur on or adjacent to the proposed route locations. Additionally, the required pre-construction surveys for nesting raptors would identify locations to be avoided. Final route locations would then be adjusted to avoid these plant populations and raptor nests with the buffers specified in the design features.

Pre-construction surveys are not required for the other sensitive animal species. Their presence is currently unknown within the planning area and new route construction and decommissioning could directly impact suitable habitats and individuals of these species.

By decommissioning some routes and constructing new routes in better locations with design features, ongoing impacts from recreational uses should be reduced. Recreational use of the designated route system could have impacts to individuals of BLM sensitive species, however the level of impact would not be at the level to cause population declines or need for listing of these species.

**Finding on the Public Land Health Standard for Threatened & Endangered species:**

The lands within the planning area currently meet land health standards for T&E and sensitive species. The Proposed Action as designed is not expected to change the land health standard rating relative to sensitive species or the habitat they may utilize within the planning area. While impacts to individuals are anticipated, they are not expected to cause substantial habitat or population impacts such that any of the species discussed could result in declines that would warrant federal listing for protection under the Endangered Species Act.

41

BLM_0022574

**Alternative 1:**

The collective miles of routes would stay about the same, increasing from 35.3 miles currently available for various modes of travel to 35.5 miles of routes (including administrative use).

The 18.6 miles of route decommissioning could cause ground disturbance on portions of the route (generally the first 100 feet of the route), which would be short term. Alternative 1 would include approximately 18.8 miles of new route construction for non-motorized and/or non-mechanized use.

The proposed route construction and decommissioning would occur in all habitat types present within the planning area. The anticipated direct effects to sensitive plants, reptiles, bats, and ground-nesting birds are similar to those described in the Proposed Action. The direct and indirect effects to sensitive species would be similar to the Proposed Action, but proportional to the relative route densities.

Other than the No Action alternative, Alternative 1 would result in the lowest open route density within the planning area. Reduced open route density and non-motorized recreation is also emphasized on the proposed designated route system, which would reduce the magnitude of the anticipated impacts from those described in the Proposed Action and Alternative 2.

**Finding on the Public Land Health Standard for Threatened & Endangered species:**
Findings are the same as the Proposed Action.

**Alternative 2:**

The collective miles of routes would increase from 35.3 miles available for various modes of travel in the No Action Alternative to 55.4 miles of routes (including administrative use), or a 56.9% increase compared to the No Action Alternative. When compared to the No Action alternative this alternative would result in the greatest increase in overall open route density, and the greatest amount of motorized routes within the planning area (48.8 miles, including administrative use) for the action alternatives.

Alternative 2 would result in the greatest amount of ground disturbing activities caused by new route construction. The 11.2 miles of route decommissioning could cause ground disturbance on portions of the route (generally the first 100 feet of the route), which would be short term. This alternative would include approximately 24.5 miles of new route construction for motorized routes and 4.6 miles for non-motorized routes.

The anticipated direct effects to sensitive plants, reptiles, bats, and ground-nesting birds are similar to those described in the Proposed Action. The direct and indirect effects to sensitive species would be similar to the Proposed Action, but proportional to the relative route densities.

Recreational use of the proposed designated route system has the greatest potential for disturbance to sensitive species, especially raptors. This alternative would result in the

42

BLM_0022575

highest OHV route density within the planning area. Of particular concern to raptors is the proximity of proposed routes to the canyon rims. The canyon rims are the most likely sites for raptor nests and roosting sites. Under this alternative, several of the proposed new route segments would be located near or along the canyon rims, including a primary motorized route on the rim of Naturita Canyon. The required pre-construction raptor surveys would locate currently active nests within the planning area, and identify the proximity of those nests to the proposed routes. As a result, route construction activities would be prohibited within the specified distance during the period from nest establishment to dispersal of the young from the nest that year. These design features would protect the nest from disturbance during the construction phase of the project but not from subsequent use of the designated route system following construction.

Alternative 2 also includes the construction of new single-track non-motorized routes into the bottom of Burn Canyon. This route would be accessed off the proposed designated route system on the east side of Burn Canyon, down each tributary and extend almost to its confluence with Naturita Canyon before looping back up the steep canyon slope to the top. This portion of the designated route system would provide access into both canyons that are currently inaccessible to motorized and mechanized travel. Canyons like these are key movement corridors for various wildlife species. Additionally, canyon habitat that is otherwise unaffected in other alternative, would have additional potential impacts to midget faded rattlesnake, milksnake, sensitive raptor and bats species. With the addition of route access into this canyon, additional disturbance could have impacts to sensitive wildlife species that use these areas as movement corridors and as habitat.

**Finding on the Public Land Health Standard for Threatened & Endangered species:**
Findings are the same as the Proposed Action.

**No Action Alternative:**
The no action alternative represents the current condition within the planning area where the recreation objective would be to continue current management. The existing system of routes within the planning area includes 35.3 miles of BLM routes open to all modes of travel (in addition to the 12.6 miles of County Roads). Many of these routes were established to access range improvements or to explore for oil and gas resources. Several routes became reestablished during the 2002 Burn Canyon wildfire and have continued to be used and expanded by public travel.

Existing routes and management would continue to affect BLM sensitive species through maintenance and use. Existing routes are located within all habitat types present within the planning area. The impacts of maintenance activities are currently very minor. Maintenance of BLM routes is very sporadic and mainly occurs on the primary routes. Secondary routes and other local "two track" routes receive no regular maintenance. Without focused recreation objectives, current levels of activity on existing routes may continue at the current level. Access to much of the rim and habitat away from the county road is not well maintained or accessible to the general public, reducing the amount of impact that could occur to sensitive species in the area.

43

BLM_0022576

**Finding on the Public Land Health Standard for Threatened & Endangered species:**
The lands within the planning area currently meet land health standards for T&E and sensitive species. Continuation of the No Action alternative is not expected to change the land health standard rating relative to sensitive species or the habitat they may utilize within the planning area. While impacts to suitable habitats and individuals of the population are presently occurring, they are not expected to cause substantial habitat or population impacts such that any of the species discussed could result in population declines that would warrant federal listing for protection under the Endangered Species Act.

## MIGRATORY BIRDS

**Affected Environment:**
Plant communities within the planning area provide habitats for a variety of migratory bird species. The U.S. Fish and Wildlife Service list of Birds of Conservation Concern was used to identify the species from this list which are known or have potential to occur within the Uncompahgre Field Office and which are protected under the Migratory Bird Treaty Act. Appendix F provides an assessment of the potential for suitable habitat, species occurrence, and likely effects to migratory birds within the planning area.

Site specific surveys have not been conducted within the planning area to determine species occurrence. The determination of species occurrence is based upon BLM survey data and assessments from the Norwood Land Health Assessment (USDI BLM, 2006), Colorado Breeding Bird Atlas data for the Redvale SE and Norwood SE atlas blocks from 2007-2011, personal knowledge of BLM and contract biologists, and the likelihood of occurrence based on habitat associations. Seven species expected in the planning area show population declines for the Rocky Mountain Region (Appendix F). These include golden eagle, long-billed curlew, yellow-billed cuckoo, Lewis' woodpecker, willow flycatcher, pinyon jay and juniper titmouse.

A wide variety of migratory birds fulfill reproductive functions in the planning area's shrubland and woodland communities from late May through mid-July. The abundance and composition of nesting birds are anticipated to be appropriate to these vegetation types in their current successional state. Birds associated with the planning area are widely distributed and common throughout the resource area and adjacent public and private lands in extensive suitable habitats. The planning area is not likely to be inhabited by any species that is narrowly endemic or highly specialized.

**Environmental Consequences:**
As described above, migratory birds utilize a wide variety of the habitats present within the planning area for their life functions. The scale of the impact is dependent upon the abundance of habitat, the magnitude of the disturbance, and the resulting fragmentation and isolation of habitats and species. Changes and differences in the alternatives result in changes in the miles of routes that would be ultimately available for various uses in various migratory bird habitats, and thus in the degree to which these habitats would be affected.

44

BLM_0022577

**Impacts Common to the Proposed Action and Alternatives 1 and 2**

Each alternative, because of the different actions regarding travel use conditions and routes
that would be available for motorized and non-motorized mechanized travel, also directly
affects the amount of disturbed soil and vegetation in these habitat types, resulting in
varying degrees of impacts or removal of important migratory bird habitat.

There is a potential for impacts to individual migratory birds from the construction,
maintenance, and decommissioning of routes when they are located within suitable,
occupied habitat. There would continue to be routes open to all types of travel at varying
levels in all alternatives. Thus, implementing any alternative would continue to have some
degree of impacts to migratory bird populations and habitat from motorized and mechanized
travel in the form of habitat fragmentation, changes to patch size, edge to interior ratio, and
barriers to movement, the facilitation of invasions of non-native and/or opportunistic
species, species mortality or habitat degradation rates, noise, and other disturbance factors.

To alleviate the potential adverse impacts that are likely to result in habitat modifications,
design features were developed for migratory birds and are part of the proposed action and
alternatives.

Potential impacts to migratory birds are based upon habitats present within the planning area
and the potential for those species to be present. The timeframe specified in the design
features section encompasses the core breeding season for the majority of migratory birds of
conservation concern that may occupy the planning area. Tree clearing for route
construction would be limited in scope under each alternative. In addition, the protection of
cavity nesting habitat and perching sites would retain these structural habitat features.

Based on the design features, the proposed action and alternatives may impact individual
migratory birds, but those actions are not expected to have a measurable impact on
migratory bird populations or species viability on a landscape scale.

The potential impacts to raptors are based upon the modification or disturbance to known or
potential nest sites within the planning area. Site specific surveys are required prior to
construction activities to locate nests and determine if they are active. The timing
restrictions and spatial restrictions are designed to avoid disturbance to nesting raptors
during construction and maintenance activities. These requirements do not apply to
subsequent recreational use activities.

Additional analysis of potential impacts to migratory birds and their habitats can be found in
the TES section of this analysis.

**Proposed Action**

Under this alternative the recreation objective is to manage a quality recreation area with
non-motorized and motorized travel opportunities. When compared to the No Action
alternative the collective miles of routes would increase from 35.3 miles available for
various modes of travel under the No Action Alternative to 43.3 miles of routes (including

BLM_0022578

administrative use), or a 22.7% increase compared to the No Action alternative. Also included is the decommissioning of 17.9 miles of existing routes, which include spur roads and user-developed routes.

The Proposed Action would result in the second highest amount of ground disturbing activities caused by new route construction. In addition to the 17.9 miles of route decommissioning, the Proposed Action would include approximately 25.9 miles of new single-track route construction for non-motorized and/or non-mechanized use.

The proposed route construction and decommissioning would occur in all habitat types present within the planning area. Nest sites for migratory birds are the most vulnerable to the direct impacts of new route construction. The loss or abandonment of occupied nests would lead to a direct loss of individuals in the population. The design features would help alleviate these impacts.

The disturbance associated with route construction, maintenance, and recreational use of the route system can cause nest failures as well, particularly with raptors. Of particular concern is the proximity of the activities associated with route construction, maintenance, and use to an active nest. Within the planning area the cliffs and larger trees associated with the canyon rims are the most likely sites for raptor nests and roosting sites. Under this alternative several proposed non-motorized routes would be located along the canyon rims in the planning area.

The required pre-construction raptor surveys would locate currently active nests within the planning area, and identify the proximity of those nests to the proposed routes. As a result, route alignment could be adjusted and construction activities would be prohibited within the specified distance during the period from nest establishment to dispersal of the young from the nest that year. Seasonal restrictions would also be in effect for maintenance activities. These design features would protect the nest from disturbance during the construction phase and future maintenance of the project but not from subsequent use of the route system.

### Alternative 1

Under this alternative the recreation objective is to emphasize enhancing and protecting wildlife habitat while providing quality non-motorized recreation travel opportunities and public access. The collective miles of routes would increase from 35.3 miles available for various modes of travel under No Action to 35.5 miles of routes (including administrative use), or a 0.6% increase compared to the No Action alternative.

In addition to the 18.6 miles of route decommissioning, Alternative 1 would include approximately 18.8 miles of new single-track route construction for non-motorized and/or non-mechanized use.

The proposed route construction and decommissioning would occur in all habitat types present within the planning area. The anticipated impacts to migratory birds and their habitats would be similar to those described in the Proposed Action. However, the scope and magnitude of those impacts would be less than Alternative 2 and the Proposed Action.

46

The direct loss of suitable nesting and feeding habitat would be less under this alternative as a result of reducing the total miles of proposed new route construction and overall miles of route (excluding administrative use routes).  Potential losses of individuals due to nest failures or direct mortality would be proportionally reduced.

Similarly the indirect effects of disturbance to nesting raptors would also be less under this alternative.  Alternative 1 has a lower density of proposed single-track routes near the rims of the canyons than the Proposed Action or Alternative 2, and those route systems are non-motorized.  The required pre-construction raptor surveys would locate currently active nests within the planning area, and identify the proximity of those nests to the proposed routes. As a result, route alignment would be adjusted to reduce impacts to these nest sites and construction activities would be prohibited within the specified distance during the period from nest establishment to dispersal of the young from the nest that year.  These design features would protect the nest from disturbance during the construction phase of the project, and seasonal restrictions would also be in effect for maintenance activities. Subsequent use of the designated route system following construction could have impacts to individuals.

### Alternative 2

Under this alternative the recreation objective is to manage for a motorized and non-motorized multi-use recreation area. The collective miles of routes would increase from 35.3 miles available for various modes of travel under No Action to 55.4 miles of routes (including administrative use), or a 56.9% increase compared to the No Action Alternative. This alternative would result in the greatest increase in overall route density, and the greatest amount of motorized routes within the planning area.

Alternative 2 would result in the greatest amount of ground disturbing activities caused by new route construction.  In addition to the 19.1miles of route decommissioning, this alternative would include approximately 29.2 miles of new route construction for motorized routes (24.5 miles) and non-motorized single-track routes (4.7 miles).

The proposed route construction and decommissioning would occur in all habitat types present within the planning area.  The anticipated impacts to migratory birds and their habitats would be similar to those described in the Proposed Action.  However, the scope and magnitude of those impacts would be greater than Alternative 1 and the Proposed Action.

The direct loss of suitable nesting and feeding habitat would be the highest under this alternative as a result of increasing the total miles of proposed new route construction. Potential losses of individuals due to nest failures or direct mortality would be proportionally increased.

Similarly the indirect effects of disturbance to nesting raptors would also be the greatest under this alternative.  Under this alternative, several of the proposed new routes would be located near or along the canyon rims, including several motorized routes on the rim of

BLM_0022580

Naturita and Burn Canyon, and crossing McKee Draw on the canyon walls. Additionally there is motorized (McKee Draw) and non-motorized (Burn Canyon) single track proposed in the bottoms of canyons with potential raptor nesting habitat. The required pre-construction raptor surveys would locate currently active nests within the planning area, and identify the proximity of those nests to the proposed routes. As a result, route alignment would be adjusted to reduce impacts to these nest sites and construction activities would be prohibited within the specified distance during the period from nest establishment to dispersal of the young from the nest that year. These design features would protect the nest from disturbance during the construction phase of the project, and seasonal restrictions would also be in effect for maintenance activities. Subsequent recreational use of the designated route system following construction could have impacts to individuals depending on the timing and intensity of recreational activities.

### No Action

The No Action alternative represents the current condition within the planning area and the recreation objective would be to continue existing management. The existing system of routes within the planning area includes 12.6 miles of County roads, and 35.3 miles of BLM routes open to all modes of travel. Many of these routes were established to access range improvements, or to explore for oil and gas resources. Several routes became reestablished during the 2002 Burn Canyon wildfire and have continued to be used and expanded by public travel.

Existing routes and management would continue to affect migratory bird species through maintenance and use. There would be no seasonal restrictions for maintenance activities. Existing routes are located within all habitat types present within the planning area. The impacts of maintenance activities are currently minor. Maintenance of BLM routes is sporadic and mainly occurs on the primary routes. Secondary routes and other local "two track" roads receive no regular maintenance. Use of the planning area is currently limited by seasonal weather patterns and road conditions.

No notable changes, from the current environment, in habitat conditions area are anticipated to occur that would have a measurable impact, positively or negatively, on migratory bird populations or species viability on a landscape scale.

## WILDLIFE, TERRESTRIAL (includes a finding on Standard 3)

### Affected Environment:

The Burn Canyon Travel Management planning area supports a wide variety of terrestrial wildlife species. Table 7 shows a list of the most common or noted wildlife species, their occurrence, and the basic habitat types in which they are found. Some species are year-long residents, while others are migrants.

A large wildfire occurred on public and private lands in 2002 that burned approximately ½ of the planning area. Most of the burn area was reseeded with a mix of native grass, forb, and sagebrush, and much of the pre-burn native shrub community re-sprouted soon after the fire.

BLM_0022581

**Table 7.** Most Common or Noted Terrestrial Wildlife Species, Groups of Species, Their Occurrence, and
Basic Habitat Type Associations in the Planning Area (Norwood Land Health Assessment, BLM 2006)

| Species Common Name | Habitat Type | Occurrence |
|---|---|---|
| Mule Deer | Pinyon-juniper, oak-mountain shrub, riparian, sagebrush, grassland. | Common year long, mostly during the winter |
| Elk | Pinyon-juniper, oak-mountain shrub, riparian, sagebrush, grassland. | Common year long, mostly during the winter |
| Mountain Lion | All habitat types, mostly in canyons and rimrock areas. | Common year long, mostly during winter |
| Bobcat | All habitat types | Uncommon year long |
| Coyote | All habitat types | Common year long |
| Cottontail rabbit | All habitat types | Common year long |
| Porcupine | Ponderosa pine, pinyon-juniper, riparian | Common year long |
| Raptors – eagles, hawks, falcons | All habitat types | Common year long |
| Merriam's turkey | Ponderosa pine, pinyon-juniper | Uncommon spring - fall |
| Migratory birds | All habitat types | Common spring - fall |
| Small mammals | All habitat types | Common year long |
| Amphibians | Streams, wetlands, riparian | Uncommon year long |
| Reptiles | All habitat types | Common year long |
| Bats | All habitat types | Uncommon spring - fall |

A variety of small mammal, bird, and reptile species are scattered throughout the planning area
where their specific habitats are present.  Habitat is varied and is created by diversity in
topography, slope, aspect, vegetation, soils, and climate.  The description of the existing
vegetation in the vegetation section provides a good description of most wildlife habitats that
occur in the planning area.

Mule deer and elk are likely the most noted wildlife species that occur due to their prominence
in the ecosystem and their high social and economic value to the local community and region.
Both species use the planning area year-long, but the greatest concentrations occur during the
winter months.

During most winters there is a high degree of overlap in mule deer and elk use on winter ranges,
however, the extent of competition is unknown.  Colorado Parks and Wildlife (CPW) has
classified the entire planning area as severe winter range for both elk and mule deer.  CPW
defines severe winter range as "that part of the range of a species where 90 percent of the
individuals are located when the annual snowpack is at its maximum and/or temperatures are at
a minimum in the two worst winters out of ten".  The upper portion of the planning area that
was burned in the 2002 Burn Canyon fire is mapped as a winter concentration area for elk,

49

BLM_0022582

while the lower elevations and canyons are winter concentration areas for mule deer. CPW
defines winter concentration areas as "that part of the winter range of a species where densities
are at least 200% greater than the surrounding winter range density during the same period used
to define winter range in the average five winters out of ten". The severe winter range and
winter concentration areas constitute BLM's crucial winter range.

Large predators, such as coyote and mountain lion use the planning area regularly as parts of
their larger overall ranges. Of the predators, coyotes are the most numerous and widespread.
Mountain lion are found in the planning area year-long but primarily utilize it coincident with
elk and deer winter use as they commonly follow the seasonal migration of these primary prey
sources. There appears to be suitable denning habitat in the canyons and rocky cliffs within the
planning area. While the exact status of these predator populations is unknown, they are all
believed to be doing well.

### Environmental Consequences:

Recreational and other travel activities may have effects to wildlife populations similar to those
described in the TES, Migratory Bird and Aquatic Wildlife sections of this document.
Measuring indicators of all these factors for the numerous species of interest would be an
excessively difficult task. In addition, for most of the species of interest, the relationships
between these factors and population dynamics are not well understood. Because of these
difficult to measure potential impacts to wildlife populations, BLM assumes that any reduction
in routes, or reduction in class of use (i.e., from motorized to non-motorized) would in general
improve wildlife habitats. Assumptions for reduction in class of use are that, in general, by
changing from motorized to non- motorized the noise level associated with those recreational
activities would be lower and travel a lesser distance for non-motorized than motorized
recreation. This would result in a smaller "foot print" of disturbance and disruption of wildlife
habitats.

### Impacts Common to All Alternatives:

There would continue to be routes at varying levels in all alternatives. Thus, all alternatives
continue to have impacts to wildlife populations from activities relative to habitat
fragmentation, patch size, edge to interior ratio, barriers to movement, facilitation of
invasions of non-native and/or opportunistic species, mortality rates, noise and other
disturbance factors. For many terrestrial wildlife species, potential effects to wildlife from
recreational and other vehicular travel-related activities will be similar to those described in
the TES and migratory bird sections. Additionally, effects described below for big game
could generally be applied to other terrestrial wildlife species.

There is a large and growing body of evidence documenting the effects of travel on routes
and the associated recreation activities upon wildlife (Foreman et al. 2003, Hebblewhite
2008, Nietvelt 2002, Sawyer et al. 2006 and 2009). Much of that research is related to the
impacts upon elk, and to a lesser extent upon mule deer. In general, big game avoid areas
near open routes due to the presence of human activity. This response varies in relation to
traffic rates, the extent of vegetative cover adjacent to the routes, topography, and the type
of route, and can result in avoidance up to ½ mile from the activity. The type of activity on
those routes also influences the magnitude and duration of their response. Elk responded

50

BLM_0022583

earlier and moved farther from routes to avoid motorized vehicles, followed by mountain bikes, then hikers, and least of all by horseback riders (Naylor et al. 2009).  The ultimate effect of displacement of elk, by motorized traffic as well as other disturbances, is a temporary or permanent reduction in effective habitat for elk.  Concomitant with loss of effective habitat are reduced local and regional populations.

According to a recent literature review of ungulate response to route development, substantial impacts to ungulate populations begin to manifest themselves when route densities reach 0.5 -1.0 mile of road/sq. mile.  As a result, both deer and elk seek areas of low road density and human activity that provide the security they need for reproduction and survival.  Big game security areas within the planning area are primarily associated with the major canyon systems which are inaccessible to motorized and mechanized vehicles.  Another large big game security area is located on the ridge between McKee Draw and Naturita Canyon.  Each alternative will have effects on these critical big game habitat areas.

BLM has chosen to use route density as a means to characterize habitat quality for big game within the planning area.  Doherty et al. (2008), Hebblewhite (2008), Sawyer et al. (2009) and others have used spatial models to characterize the effects of route density on overall habitat quality within a given geographic area.

Big game habitat quality within the geographic boundary of the Burn Canyon travel management planning area can be characterized as described in Table 8 based on route densities analyzed across the alternatives.   Route densities were calculated based on the "Kernel Density" tool provided in ArcGIS with a search radius of 100 meters based on the average route avoidance distance for ungulates described in Rost and Bailey 1979, and Freddy et al. 1986.

**Table 8. Habitat Quality Categories as a Function of Road Density**

| Habitat Quality | Existing Route Density and Fragmentation |
|---|---|
| Category 1 | 0.0 - 0.5 road miles/sq. mile |
| Category 2 | 0.6 - 2.0 road miles/sq. mile |
| Category 3 | 2.1 - 4.0 road miles/sq. mile |
| Category 4 | > 4.0 road miles/sq. mile |

The Kernel Density model used in this analysis assumes that all routes have an equal effect upon habitat quality regardless of the classification (road or single track trail) or use (motorized, mechanized, or non-motorized/non-mechanized) of the route.  The model does not adjust for the magnitude of potential effects of the route on habitat quality as influenced by topography or cover.  A series of maps were produced to display the results of this analysis for each alternative (Figures 3-6).

Another indicator of how the alternatives will affect big game habitat quality is shown in Table 9 and Figure 2.  This table compares the total acres within each habitat quality category and the percent change from the No Action alternative.

51

BLM_0022584

**Table 9. Habitat Categories by Alternative**

| Habitat Category | No Action | | Proposed Action | | Alternative 1 | | Alternative 2 | |
|---|---|---|---|---|---|---|---|---|
| | Acres | % of Planning Area | Acres | % Δ* | Acres | % Δ* | Acres | % Δ* |
| 1 | 776.9 | 8 | 508.2 | -34.6 | 1019.0 | 31.2 | 644.1 | -17.1 |
| 2 | 2428.0 | 25 | 2880.4 | 18.6 | 3458.3 | 42.4 | 2304.7 | -5.1 |
| 3 | 4370.6 | 44 | 3334.6 | -23.7 | 3202.3 | -26.7 | 2951.1 | -32.5 |
| 4 | 2275.3 | 23 | 3127.5 | 37.5 | 2171.2 | -4.6 | 3950.9 | 73.6 |

*Percent change from No Action alternative

**Figure 2. Habitat Categories by Alternative**



As described above, the planning area is located within an elk and mule deer severe winter range and winter concentration area, which constitutes BLM's crucial winter range. To avoid disturbance to wintering big game, a big game timing restriction (closure) would be implemented on BLM's designated routes.

Disturbance to wintering big game animals results in excitement, and usually sudden movement. Excitements costs energy, vital energy needed for survival in winter or for the growth of the unborn fawn or calf. Weight loss by cow elk during pregnancy is correlated to calf weights at birth and survival to four weeks of age. Data from Thorne et al. (1976) indicated that cow elk losing more than 3% of their body weight between January and just prior to calving produced calves with less than a 50% chance of survival. Any disturbance by humans during the winter may cause more excitement than can reasonably be tolerated by pregnant elk.

While impacts to suitable habitats and individuals within the population are anticipated, they are not expected to cause substantial habitat or population impacts such that any terrestrial

BLM_0022585

wildlife species could result in population declines that would warrant federal listing for protection under the Endangered Species Act or current land health rating.

**Proposed Action**

Under this alternative the recreation objective is to manage a quality recreation area with non-motorized and motorized travel opportunities. When compared to the No Action alternative the collective miles of routes would increase from 35.3 miles available for various modes of travel under No Action to 43.3 miles of routes (including administrative routes), or a 22.6% increase compared to the No Action alternative. Across the planning area, this alternative reduces Category 1 (34.6%) and Category 3 habitat (23.7%), while increasing Category 2 (18.6%) and 4 (37.5) as compared to the No Action alternative (Table 9; Figure 2).

Existing big game security areas would be affected both negatively and positively under this alternative. The Proposed Action includes the construction of two new route segments to access the Flatiron road, located on the ridge between McKee Draw and Naturita Canyon. This area is currently an important big game security area. Under the No Action alternative, this route is designated as "Open to all vehicles", but is affectively closed (except administrative access) due to a gate on Forest Service. The construction of these route segments will provide public access with single-track connecter routes to the McKee Draw road. These route segments are proposed as non-motorized/non-mechanized use only, and will provide increased access for this type of use. By decreasing the class of access into this area, it expands the amount of Category 1 habitat in Naturita Canyon and much of the ridge between Naturita Canyon and McKee Draw (See Figure 3).

The Proposed Action retains the roadless character and integrity of Naturita Canyon, McKee Draw, Mud Springs Draw, Callan Draw, and Burn Canyon below the canyon rims which are currently inaccessible to motorized and mechanized use due to their terrain and/or public access. It also greatly enhances the roadless character and habitat quality of the mesas located in the lower Mud Springs and Callan Draws by decommissioning several routes in this area. The single track route that follows the bottom of McKee Draw would also be decommissioned under this alternative, enhancing habitat quality within this portion of the canyon. This alternative generally moves these areas to have more Category 1 and 2 Habitat Quality (See Figure 3). These canyon systems will continue to provide critical security areas and travel corridors for big game and other terrestrial wildlife to access limited water supplies and to move through the landscape.

Figure 3 depicts spatially where areas of high route density and low habitat quality (Category 4) occur within the planning area. One of the primary areas is associated with the mesas above the rims of the lower Burn Canyon and McKee Draw area where open route densities exceed 4.0 miles per section. Most of this area is outside the area burned in the 2002 Burn Canyon wildfire so tree cover is still intact. Compared to the No Action alternative, the Proposed Action would expand the extent of this Category 4 area through construction of new non-motorized single track routes. This expands the area of Category 4 habitat westward to the canyon rims above the confluence of Naturita Canyon and Mud Springs Draw, but the magnitude of this impact could be relatively less than some of the

BLM_0022586

other alternatives.  The presence of live tree cover and restricting recreational uses to non-motorized would help alleviate the impact of high route density.

Another primary area of high route density and low habitat quality is associated with the mesas above the rims in the upper portion of the planning area in area of Callan Draw and Burn Canyon.  This portion of the planning area is located inside the 2002 Burn Canyon wildfire and has limited available vegetative cover.  The area is an extension of similar habitat on the adjacent National Forest to the south and currently contains very few open routes.  The Proposed Action includes retention of the existing route into upper Burn Canyon, as an ATV motorized route that connects Burn Canyon to Mud Springs Draw, and construction of two non-motorized single-track routes.  The Proposed Action moves the area from predominantly Category 2 habitat under the No Action Alternative to Category 4 under this alternative.   Proposed routes in this area would be in previously burned habitat with very limited hiding cover available for big game and other wildlife.  The establishment of additional routes in this area would further degrade habitat quality and effectiveness by increasing the magnitude of disturbance to wildlife from increased activity (Naylor et al. 2009) relative to the No Action Alternative.

Seasonal restrictions will be in effect for all motorized and mechanized travel (excluding county roads) from December 1 through April 30. This alternative provides some refuge for wintering big game and other wildlife during these months.  The planning area is severe winter range for elk and mule deer.  By excluding motorized and mechanized travel in the area, human disturbance to wintering terrestrial wildlife will be reduced during that time period.  Motorized and mechanized travel in the area would be restricted to the county road, and non-motorized/non-mechanized travel could occur on all other routes during the closure period.

### Finding on the Public Land Health Standard for Plant and Animal Communities
(partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Invasive, Non-native Species): The Public Land Health Standard is based upon current vegetation cover, composition, and seral stage as well as wildlife browsing use, not upon the effects of recreational development and activities.  The Norwood Land Health Assessment found that much of the area was meeting LHA standards with problems outside the Burn Canyon wildfire area due to over mature and conifer-invaded sagebrush habitats and lower than expected herbaceous cover and composition.  As these problems are associated with wildlife browsing use and seral stage, the Proposed Action should not have impacts to the current land health rating.

BLM_0022837

**Figure 3. Habitat Quality – Proposed Action**



55

BLM_0022588

**Alternative 1**

Under this alternative the recreation objective is to emphasize enhancing and protecting wildlife habitat while providing quality non-motorized recreation travel opportunities and public access. The collective miles of routes would decrease from 36.3 miles available for various modes of travel to 35.5 miles of routes (including administrative routes), or a 0.02% decrease compared to the No Action alternative. Across the planning area, this alternative reduces habitat in Category 3 (26.7%) and Category 4 (4.6%) while increasing Category 1 (31.2%) and 2 (42.4%) (Table 9; Figure 2).

Existing big game security areas would be affected both negatively and positively under this alternative. As described in the Proposed Action, Alternative 1 includes the construction of two new route segments to access the Flatiron road, located on the ridge between McKee Draw and Naturita Canyon. As previously described, the construction of these route segments will provide public access with single-track connecter routes to the McKee Draw road. This will provide increased access for non-motorized/non-mechanized use, however it removes the "open to all vehicles" access under the No Action alternative. By decreasing the class of access into this area, it expands the amount of Category 2 habitat in Naturita Canyon and much of the ridge between Naturita Canyon and McKee Draw, but does not expand Category 1 habitat in the area (See Figure 4).

Alternative 1 retains the roadless character and integrity of Naturita Canyon, McKee Draw, Mud Springs Draw, Callan Draw, and Burn Canyon below the canyon rims which are currently inaccessible to motorized and mechanized vehicles due to their terrain and/or public access. It provides the greatest enhancement of the roadless character and habitat quality of lower Naturita Canyon and the mesas located in the lower Mud Springs and Callan Draws by reducing the planned route density and decommissioning several routes in this area. The single track route that follows the bottom of McKee Draw would also be decommissioned under this alternative, enhancing habitat quality within this portion of the canyon. Similar to the Proposed Action, this alternative generally moved these areas to have more Category 1 and 2 Habitat Quality (See Figure 4). These canyon systems will continue to provide critical security areas and travel corridors for big game and other terrestrial wildlife to access limited water supplies and move through the landscape. Alternative 1 is the only alternative that limits access to the State Land section to administrative use only, which also enhances habitat quality within this area.

Figure 4 depicts spatially where areas of high route density and low habitat quality (Category 4) occur within the planning area. One of the primary areas is associated with the mesas above the rims of the lower Burn Canyon and McKee Draw area where open route densities exceed 4.0 miles per section. Most of this area is outside the area burned in the 2002 Burn Canyon wildfire so tree cover is still intact. Compared to the No Action alternative, Alternative 1 would reduce the extent of this Category 4 area by reducing the planned route density on the west side of Burn Canyon, limiting use to non-motorized/non-mechanized, and increasing the amount of Category 1 and 2 habitat in lower Mud Springs and the mesas between Mud Springs and Burn Canyon. The majority of the designated route system would be located on the east side of Burn Canyon. Route density here would

BLM_0022589

remain high. The magnitude of this impact would be the least compared to Alternative 2 and the Proposed Action. The presence of live tree cover in combination with restricting recreational uses to non-motorized only would help alleviate the impact of higher route densities in this area.

The upper portion of Callan Draw and Burn Canyon would also have route densities that exceed 4.0 miles per section. This portion of the planning area is located inside the 2002 Burn Canyon wildfire and has limited available vegetative cover. The area is an extension of similar habitat on the adjacent National Forest and currently contains very few routes. Alternative 1 includes modifying the existing route in to upper Burn Canyon as non-motorized single-track, and the construction of a system of mountain bike and hiking routes in this area. When compared to the No Action alternative this would increase route densities and reduces big game habitat quality by expanding the area of Category 4 habitat. The lack of cover in combination with building new routes into un-routed habitat would result in a long term impact to habitat quality and big game use in this area.

Under this alternative, all routes (excluding county roads) would be closed to all modes of travel (motorized, mechanized, hiking and horse) from December 1 through April 30. This alternative provides the greatest refuge for wintering big game and other wildlife. The planning area is severe winter range for elk and mule deer. By excluding all modes of travel in the planning area, human disturbance to wintering terrestrial wildlife will be at the lowest level compared to Alternative 2 and the Proposed Action. This would affectively create large areas of Category 1 habitat throughout much of the planning area during the closure period.

> **Finding on the Public Land Health Standard for plant and animal communities** (partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Invasive, Non-native Species)**:**
Determination is the same as for the Proposed Action.

57

BLM_0022590

**Figure 4. Habitat Quality – Alternative 1**



58

BLM_0022591

**Alternative 2**

Under this alternative the recreation objective is to emphasize providing for a motorized and non-motorized multi-use recreation area. The collective miles of routes would increase from 35.3 miles available for various modes of travel under No Action to 55.4 miles of routes (including administrative routes), or a 56.9% increase compared to the No Action alternative. When compared to the No Action alternative this alternative would result in the greatest increase in overall route density, and the greatest amount of motorized routes. Across the planning area, this alternative reduces habitat in Category 1 (17.1%), Category 2 (5.1%) and Category 3 (32.5%), while increasing Category 4 (73.6%) (Table 9; Figure 2).

Alternative 2 would have the greatest impact upon existing big game security areas within the planning area, making the greatest increase in areas of Category 4 habitat (73.6%) (See Fig. 5). This alternative includes the development of a motorized ATV route on the Flatiron ridge area located between McKee Draw and Naturita Canyon. As previously described, this area is currently a very important big game security area. Under this alternative, connector routes would be established and provide access across McKee Draw for ATV, motorcycle, and non-motorized use at both the north and south end, and Full-size administrative access on the southern end.

Compared to the No Action alternative, big game security areas within the rest of the planning area would be reduced to the inner canyons of Naturita Creek, , portions of Mud Springs Draw (Category 1 and 2), and to a limited extent the remaining Mud Springs Draw, Callan Draw and McKee Draw (Category 3). However, increased route densities on the mesas above these canyon areas would likely result in habitat degradation and displacement of big game from the surrounding habitats. Routes on the mesa tops between Naturita Creek, McKee Draw, Mud Springs Draw and Callan Draw result in a much expanded area of Category 4 habitat in the area.

Big game habitat quality and security habitat in the Burn Canyon drainage would be impacted by this alternative. The proposal includes the construction of an extensive system of motorized single track routes on the east side of Burn Canyon that includes construction of new non-motorized single track routes into the bottom of Burn Canyon. This new route would be accessed off the mesa top down each tributary and extend almost to its confluence with Naturita Canyon before looping back up the steep canyon slope to the top. This portion of the route system would provide access into both canyons that are currently inaccessible to motorized and mechanized travel and virtually eliminate the integrity and roadless character of this big game security area and wildlife travel corridor. Once this route system is constructed, the probability of unauthorized user-created routes developing into Naturita Canyon would increase, and would very likely connect to existing livestock routes and driveways in Naturita Canyon, Mud Springs Draw, and Callan Draw. If this occurs, recreational activities would further degrade and fragment wildlife habitat.

In addition to the route system on the east side of Burn Canyon, there is an equally extensive system of routes proposed on the west side that are connected to other routes within the planning area. Additional routes would be constructed into the area between the upper portion of Mud Springs Draw and Burn Canyon where there are currently very few routes

59

BLM_0022592

and limited cover.  The effects, while similar to the other action alternatives, would create the largest area of Category 4 habitat of all the Alternatives (3,950.9 acres).  This alternative would result in long term degradation of big game habitat quality and loss of security areas within the planning area.

Under this alternative, all routes (excluding county roads) would be closed to motorized travel from December 1 through April 30.  This alternative provides refuge for wintering big game and other wildlife, but is the least protection of the action alternatives.  The planning area is severe winter range for elk and mule deer.  By excluding motorized travel in the area, human disturbance to wintering terrestrial wildlife will be reduced during that time period. Travel in the area would be restricted to the county roads, and non-motorized on all other routes.

**Finding on the Public Land Health Standard for plant and animal communities** (partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Invasive, Non-native Species)**:** Determination is the same as for the Proposed Action.

BLM_0022593

**Figure 5. Habitat Quality – Alternative 2**



61

BLM_0022594

### No Action Alternative

The no action alternative represents the current condition within the planning area where the
recreation objective would be to continue current management.  The existing system of
routes within the planning area includes 12.6 miles of County roads, and 35.3 miles of BLM
routes open to all modes of travel. Many of these routes were established to access range
improvements, or to explore for oil and gas resources.  Several routes became reestablished
during the 2002 Burn Canyon wildfire and have continued to be used and expanded by
public travel.  Effects from this alternative would be similar to what is described in Impacts
Common to All Alternatives.  The planning area is composed of primarily Category 3
habitat across 44% of the area (Table 9).  Much of the remaining area is Category 2 (25%)
and Category 4 (23%), with a small amount of Category 1 habitat (8%).

Recreational use of the planning area is currently limited by seasonal weather patterns and
road conditions.  San Miguel County does not plow snow beyond the private land inholding,
and there is usually enough snow to limit travel from early December through early March.
Many of the routes are impassible when wet, especially when soils are saturated.

The Forest Service travel plan also influences access on some BLM roads in the area.  The
Flatiron road, located on the ridge between Naturita Canyon and McKee Draw, is gated at
the Forest boundary.  While this route is designated as "open to all vehicles" under this
alternative, the Forest Service gate limits use of this BLM road to administrative use only.
The north end of this administrative road turns into a fire line that extends all the way down
to Naturita Creek.  However, it is not legally accessible due to the presence of private land.
Vehicle and mountain bike access to the rest of this area is limited due to the steep canyon
walls and rimrock that extends the entire length of the ridge.   This situation has essentially
created a large big game security area on this ridge.

As indicated in Figure 6, the other important big game security areas within the planning
area are associated with the main canyons.  Naturita Canyon, McKee Draw, Mud Springs
Draw, Callan Draw, and Burn Canyon below the canyon rims are currently inaccessible to
motorized and mechanized use due to their terrain and/or public access.  A single track
motorized route located along the bottom of McKee Draw degrades the solitude of the lower
portion of this canyon.  These canyon systems also provide travel corridors for big game and
other terrestrial wildlife to access limited water supplies and move through the landscape.

Figure 6 also depicts areas of high open road density and low habitat quality (Category 4).
The primary area is associated with the mesas above the rims of the lower Burn Canyon and
McKee Draw area where open road densities exceed 4.0 miles per section.  Most of this area
is outside the area burned in the 2002 Burn Canyon wildfire so tree cover is still intact.  The
other primary area is associated with the mesas above the rims of the lower portion of Mud
Springs Draw and Callan Draw.  Two smaller areas are associated with the upper portion of
Mud Springs Draw and Callan Draw.  This portion of the planning area is located within the
area burned in the 2002 Burn Canyon wildfire and has limited cover.

BLM_0022595

**Finding on the Public Land Health Standard for Plant and Animal Communities**
(partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Invasive, Non-native Species)
Determination is the same as for the Proposed Action.

**Figure 6. Habitat Quality – No Action Alternative**



63

BLM_0022596

## WILDLIFE, AQUATIC (includes a finding on Standard 3)

**Affected Environment:**

The planning area is a relatively dry landscape with limited aquatic, wetland, and riparian habitat. Naturita Creek is the only perennial stream that has potential habitat for aquatic wildlife species. Small patches of wetland and riparian habitat may also occur in association with livestock ponds or springs in the area. Seasonal aquatic habitat may be present in ephemeral or intermittent streams.

Two County roads cross Naturita Canyon within the planning area; one at Redvale and the other near Norwood. Both stream crossings include large culverts that are large enough to provide fish passage for the species currently found in Naturita Creek. Surveys have been conducted on various reaches of Naturita Creek by Colorado Parks and Wildlife (CPW) to evaluate fisheries habitat and determine which species are present. Fish species located in the lower warm-water reaches include speckled dace, bluehead sucker, flannelmouth sucker, and roundtail chub. The reaches upstream of McKee Draw support coldwater species such as rainbow and brown trout.

Aquatic habitats within the planning area may also support populations of amphibians such as the canyon tree frog and northern leopard frog. The planning area is within the range of these species, but site specific surveys have not been conducted to determine the presence of these species.

**Environmental Consequences:**

**Impacts Common to all Alternatives**

No routes in any alternative cross riparian zones. All alternatives have some level of interaction with ephemeral or intermittent streams. Thus, implementing any alternative would continue to have some degree of impacts to aquatic wildlife species populations and habitat from motorized and non-motorized mechanized travel. These impacts would take the form of habitat fragmentation, changes to patch size, edge to interior ratio, and barriers to movement, the facilitation of invasions of non-native and/or opportunistic species, species mortality or habitat degradation rates, noise, and other disturbance factors.

The scale of the impact is dependent upon the abundance of aquatic habitat, the magnitude of the disturbance, and the resulting fragmentation and isolation of habitats and species. Each alternative will have relative differences in the amount of aquatic habitat directly impacted by route construction and maintenance, based on miles of routes, as well as type of uses permitted on those routes, the proximity of those routes to aquatic habitat, and the season of use.

Additional impacts for each of the alternatives are described for aquatic wildlife species and habitats in the TES and Migratory Bird sections of this analysis.

For all alternatives -- Finding on the Public Land Health Standard for plant and animal communities (partial, see also Wildlife, Aquatic; Wildlife, Terrestrial; and Invasive, Non-native Species): Based upon the Norwood Land Health Assessment (BLM 2006) the aquatic and

BLM_0022597

riparian habitat types found in the planning area currently meet public land health standards for healthy productive plant and animal communities. It is anticipated that implementing travel management decisions would continue to meet land health standards into the future.

### Impacts Common to Proposed Action, Alternative 1, and No Action

Within the Proposed Action, Alternative 1 and the No Action alternative, there are a few locations where open routes are in proximity to potential seasonal aquatic habitat within ephemeral or intermittent streams. Where these occur, quality of aquatic habitat would be reduced as described above in "Common to All". The No Action alternative will have slightly greater impact than the Proposed Alternative and Alternative 1. These alternatives have very limited channel crossing, whereas the No Action alternative has more channel crossings, and also a few short portions of routes (<0.5 miles total) that follow channel bottoms.

### Alternative 2

The travel management objective in Alternative 2 is to emphasize providing for a motorized and non-motorized multi-use recreation area. Included in this alternative is the construction of a new single track route in Burn Canyon that would extend almost to its confluence with Naturita Canyon. This route would provide access into both canyons that are currently inaccessible to motorized and mechanized travel. Directly, the new route system would not have impacts to aquatic habitats or species in riparian habitats. However, this would cause impacts to seasonal aquatic habitats.


## WATER QUALITY, SURFACE AND GROUND (includes a finding on Standard 5)

### Affected Environment:

The average annual precipitation in the planning area is about 17 inches (USGS Stream Stats). Precipitation from frontal events occurs during winter and spring months often in the form of snow. These events are typically low intensity but can last for several days. In contrast, summer precipitation is commonly associated with the southwest monsoon air flow pattern producing short duration, high intensity rain and flood events. These summer floods are typically localized and have the greatest impact on intermittent and ephemeral channels.

The area proposed for the routes and supporting facilities is within the Naturita Creek watershed, a sub basin of the San Miguel Basin (Hydrologic Unit Code (HUC) 14030003). The proposed area includes portions of McKee Draw and Burn Canyon drainages on the eastern boundary and Mud Springs and Callan Draw on the western boundary. These drainages all drain northerly to Naturita Creek. The proposed area also includes portions of six unnamed drainages that vary in size from 0.06 to 0.63 square miles and flow in a northerly direction directly to Naturita Creek (US Geological Survey, Stream Stats). All of the drainages on the subject area flow either intermittently or ephemerally, except for Naturita Creek which flows perennially.

### *Standards and Classifications*

The Clean Water Act of 1972 gives the Environmental Protection Agency (EPA), the authority to set effluent limits on discharges of pollutants into waters of the United States and regulate

BLM_0022598

water quality standards for surface waters.  The Clean Water Act also gives the EPA the ability to authorize state governments to administer the program while retaining oversight.

The State of Colorado passed the Colorado Water Quality Control Act, revised in 2002, granting authority to the Colorado Water Quality Control Commission to classify and assign numeric standards to state waters.  State waters are classified according to present beneficial uses, or beneficial uses that may be reasonably expected in the future.  Beneficial use classifications include aquatic life, recreation, agriculture, and water supplies for various purposes.  Numeric standards are assigned in order to define allowable concentrations of various parameters under the following categories: physical and biological, inorganic and metals.  Water quality classifications and numeric standards for surface and downstream receiving waters in the planning area are contained in the Commission's 5 CCR 1002-31, Regulation No. 35, Classifications and Numeric Standards for Gunnison and Lower Dolores River Basins (CDPHE, Water Quality Control Commission, 5 CCR 1002).

It is BLM policy that agency projects should meet or exceed water quality standards established by the State of Colorado for all water bodies located on or influenced by BLM- administered lands.

Table 10 lists the water quality classifications for the above-described surface waters (CDPHE, Water Quality Control Commission, 5 CCR 1002-35).

**Table 10. Water Quality Classifications for Naturita Creek and Tributaries.**

| *4th Field Hydrologic Unit* | *Stream Segment* | *Stream Classification* [1-3] |
|---|---|---|
| 14030003 San Miguel Basin | Naturita Creek from Uncompahgre National Forest Boundary to the San Miguel River Confluence | Aquatic Life Cold [1] Recreation E [2] Agriculture[3] Water Supply[4] |
| | Tributaries to Naturita Creek | Aquatic Life Cold 2[1] Recreation E Agriculture Water Supply |

1- Waters are designated either warm or cold based on water temperature regime. Class 1 waters are capable of sustaining a wide variety of cold or warm water biota, while class 2 waters are not.
2- Recreation Class E - Existing Primary Contact Use. These surface waters are used for primary contact recreation or have been used for such activities since November 28, 1975.
3- Waters that are suitable for irrigating crops usually grown in Colorado.
4- Waters that are suitable or intended to become suitable for potable water supplies.

Compliance with section 303(d) of the Clean Water Act requires Colorado to identify water where effluent limitations are not strong enough to attain water quality standards. These waters are placed on the 303(d) list.  Each water body on the list must have a Total Maximum Daily Load Assessment (TMDL) prepared.  The TMDL calculates the maximum quantity of a pollutant that may be added to a water body from all sources, including point sources, nonpoint sources, and natural background sources, without exceeding the applicable water quality criteria for that pollutant.  The assessment also quantifies how much the pollutant would need to be reduced to meet the criteria.

BLM_0022599

There are no surface waters that directly receive drainage from the areas affected by the proposed routes and facilities that are on Colorado's impaired waters, 303(d) list. However, Naturita Creek from the Uncompahgre National Forest boundary to the San Miguel River confluence is on the Colorado Monitoring and Evaluation List (M and E List) for suspected impairment from excessive concentrations of E. coliform (E. coli.) bacteria and low concentrations of dissolved oxygen (CDPHE, Water Quality Control Commission, 5 CCR 1002-93).

In addition to the state's water quality classifications and numeric standards, all surface waters of the State are subject to the Basic Standards (Colorado Department of Public Health and Environment, Water Quality Control Commission, Regulation NO. 31), which in part reads: state surface waters shall be free from substances attributable to human-caused point or nonpoint source discharge in amounts, concentrations or combinations that:

1. Can settle to form bottom deposits detrimental to the beneficial uses. Depositions are stream bottom buildup of materials which include but are not limited to anaerobic sludges, mine slurry or tailings, silt, or mud; or
2. form floating debris, scum, or other surface materials sufficient to harm existing beneficial uses; or
3. produce color, odor, or other conditions in such a degree as to create a nuisance or harm existing beneficial uses or impart any undesirable taste to significant edible aquatic species or to the water; or
4. are harmful to the beneficial uses or toxic to humans, animals, plants, or aquatic life; or
5. produce a predominance of undesirable aquatic life; or
6. cause a film on the surface or produce a deposit on shorelines.

### Water Quality Data

The Colorado River Basin Salinity Control Act passed in 1974 and amended in 1984, directs the BLM to minimize salt contributions to the Colorado River system from BLM administered lands. Since the soils on the planning area are low in dissolvable salts this is not an issue with the proposed action or any of the alternatives.

The sediment yield of the area's streams is largely associated with episodic, high flow events, resulting from intense precipitation events during the summer season. Sediment supplied to the area's streams during these events is from a variety of sources, including both in and near channel, and upland sources. The existing network of routes in the planning area has the potential to intercept and concentrate storm runoff, which increases the sediment yield. The transport and fate of sediment produced from the planning area is delivered to Naturita Creek from its tributaries that occur on the planning area, and eventually in to the San Miguel River.

### Groundwater

Ground water is limited within the planning area. The semi-arid climate in the vicinity of the proposed action limits water availability for groundwater recharge, and the deeply incised surface topography is not conducive for the occurrence of extensive, continuous, shallow groundwater aquifers. However, there are springs in Mud Springs Draw and McKee Draw that discharge in or in close proximity to the stream channel. Colorado's well application database shows 3 well permits on or in close proximity to the planning area. Well completion data is

BLM_0022600

lacking for these well applications which implies they are not developed (Colorado Decision Support System).

**Environmental Consequences:**

**Impact Analysis Common to all Alternatives:**

Commonly, routes alter natural drainage patterns, collect and concentrate runoff, and accelerate both runoff and sediment yield.  However, the route location on the landscape, soil erodibility and degree of soil compaction on the route surface, and route design and maintenance all factor into the magnitude that hydrologic function and water quality is influenced.  Routes located in lower topographic positions, in close proximity to (within 100 feet) or in drainages, have the potential to have the greatest impact to drainage channel stability and water quality.  The following are some of the more common impacts to water related resources that occur when routes are located within or close to stream channels.

- At route/stream crossings, channel geometry is altered, affecting channel stability function, resulting in accelerated sediment yield.

- Routes parallel to stream channels often disturb riparian vegetation, if present, which is needed for channel stability and proper hydrologic function of the stream channel. Routes within close proximity to streams also have a shorter flow path to deliver concentrated runoff and sediment to the receiving drainage channel.

- Routes in or close to channels can more easily convey chemical contaminants (e.g., motor and hydraulic oils, grease, fuel, antifreeze, and heavy metals from tire wear) to the water course.

- Routes close to channels also have the potential to intercept surface runoff from the land area upslope, concentrating the runoff and routing it to locations less capable of conveying the flow without eroding.

Routes located on the upper portion of watersheds have less direct influence on drainage channels, but still have the potential to capture, redirect, and concentrate runoff from upslope, often onto the route surface.  Surface runoff captured and concentrated on route surfaces can augment high flow peaks in receiving streams.  Concentrated flow on routes located on soils that have a high capacity to erode results in accelerated soil erosion and a higher sediment yield to local surface water ways.

Recreation Guidelines developed by the BLM (USDI, Bureau of land Management 2001) which are intended to minimize soil erosion and subsequent water quality impacts include the following: plan routes away from riparian and wetland areas, minimize surface disturbance to maintain sufficient vegetation to protect soils (especially highly erodible and fragile soils), and reduce the number of stream crossings where possible.

Based in part on BLM's Recreation Guidelines, the Public Land Health Standards, and the potential impacts described above, the metrics used to compare hydrologic impacts between the alternatives presented are the number of stream channel crossings by routes (excluding county roads), and miles of routes within 100 feet of the ephemeral and intermittently

BLM_0022601

flowing stream channels on the planning area.

Since shallow groundwater resources do not occur on the area, there would be no impact to this resource by implementing any of the alternatives.

**Proposed Action:**
With the implementation of the Proposed Action, 2.5 miles of routes would occur within 100 feet of stream channels with 26 route crossings. Compared to the No Action Alternative this would be 0.4 miles fewer miles within 100 feet of a stream channel and 7 additional channel crossings. The design feature to harden stream crossings where channel instability could occur would lessen water quality impacts from accelerated sediment. Additionally, 2.3 miles of routes within 100 feet of a stream channel and 10 existing stream crossings would be closed and rehabilitated. Only 0.4 miles of motorized- administrative use only routes would occur within 100 feet of stream channels and 6 channel crossings. This would help minimize the potential for chemical contamination (oil, fuel, antifreeze, etc.) to water quality. Some short term and small amount of accelerated sediment would be expected with implementing the proposed action during construction activities. However, with the implementation of the support facilities, public education, design features, the monitoring and maintenance plan, and adhering to "adaptive management" principles, impacts to water quality would be minimized, and the proposed action would result in substantially less impact to the surface water quality than the No Action Alternative.

**Water Quality Proposed Action, Standard 5 finding:**
The water quality Land Health Standard #5 was rated as meeting in the 2005-2006 Norwood Land Health Assessment. As noted above, water quality impacts would be minimized. This proposed action would be compliant with the Colorado River Basin- Salinity Control Act and the Colorado State Water Quality Classifications (CDPHE, Water Quality Control Commission, 5 CCR 1002-35). Thus, the proposed action would meet the intent of Colorado's Public Land Health Standard #5 for both the short and long term.

**Alternative 1:**
With the implementation of Alternative 1, 2.2 miles of routes would occur within 100 feet of stream channels with 26 route crossings. Compared to the No Action Alternative this would be 0.7 miles fewer miles within 100 feet of a stream channel and 7 additional channel crossings. The design feature to harden stream crossings where channel instability could occur would lessen water quality impacts from accelerated sediment. Additionally, 2.3 miles of routes within 100 feet of a stream channel and 9 existing stream crossings would be closed and rehabilitated. Only 0.3 miles of motorized routes would occur within 100 feet of stream channels and 4 channel crossings. This would help minimize the potential for chemical contamination (oil, fuel, antifreeze, etc.) to water quality. Some short term and small amount of accelerated sediment would be expected with implementing the proposed action during construction activities. However, with the implementation of the support facilities, public education, design features, the monitoring and maintenance plan, and adhering to "adaptive management" principles, impacts to water quality would be minimized, and this alternative would result in substantially less impact to the surface water quality than the No Action Alternative.

69

BLM_0022602

**Water Quality Alternative 1, Standard 5 finding:**
Same finding as with the Proposed Action.

**Alternative 2:**
With the implementation of Alternative 2, 5.9 miles of routes would occur within 100 feet of stream channels with 41 route crossings. Compared to the No Action Alternative this would be 3 additional miles within 100 feet of a stream channel and 22 more channel crossings. The design feature to harden stream crossings where channel instability could occur would lessen water quality impacts from accelerated sediment. Additionally, 0.5 miles of routes within 100 feet of a stream channel and 3 existing stream crossings would be closed and rehabilitated. Approximately 1.4 miles of motorized routes would occur within 100 feet of stream channels and 34 channel crossings, which would have a higher potential for chemical contamination (oil, fuel, antifreeze, etc.) to water quality compared to the Proposed Action, Alternative 1, and the No Action Alternative. Some small amount of accelerated sediment would be expected with implementing the proposed action, especially during construction activities. However, with the implementation of the support facilities, public education, design features, the monitoring and maintenance plan, and adhering to "adaptive management" principles, impacts to water quality would be minimized, and this alternative would result in slightly less impact to the surface water quality than the No Action Alternative.

**Water Quality Alternative 2, Standard 5 finding:**
Same finding as with the Proposed Action.

**No Action Alternative:**
With the implementation of the No Action Alternative, 2.9 miles of motorized routes would occur within 100 feet of stream channels, and 19 channels would have motorized route crossings. This would increase the potential for accelerated yields of sediment and chemical contamination of the planning area's water courses, potentially reaching Naturita Creek. Sediment and biological pathogens could increase as a result of the lack of support facilities such as parking areas, toilets, and trailheads. Public education efforts to minimize impacts to water resources would also be minimal. Thus, impacts to water quality such as higher concentrations of E. coli and sediment could progressively over time from accelerated soil erosion on routes, and lack of support facilities and user education.

**Water Quality No Action Alternative, Standard 5 finding:**
The lack of mitigation to keep route erosion and other impacts to water quality (accelerated concentrations of sediment, biological pathogens and chemical contaminants) to a minimum could affect existing water quality. The lack of toilet facilities could result in increased E. coli. concentrations in Naturita Creek, which is on the Colorado Monitoring and Evaluation List for suspected impairment from excessive concentrations of this constituent. Although at present the planning area meets Land Health Standard #5, progressively increasing impacts to water quality could result in the area not meeting the standard in the future.

70

BLM_0022603

## ACCESS AND TRANSPORTATION

**Affected Environment:**
The UFO Travel Management Plan Amendment (2010) changed the travel designations from open to limited to existing routes within the planning area.  The planning area does provide for several right-of-ways (ROWs) and other permitted or leased actions such as grazing.

The planning area is surrounded by private land except for the southern boundary which is adjacent to U.S. Forest Service land.  There are two in-holdings in the planning area, one private (160 acres) and one managed by the Colorado State Land Board (640 acres).  Travel on adjacent land managed by U.S. Forest Service is limited to designated routes with seasonal closures from December 1 to April 15.

In preparing for this Travel Management Plan (TMP), existing routes were inventoried.  The inventory utilized global positioning satellite (GPS) and geographic information system (GIS) technologies to accurately locate and accumulate information about the routes.

Within the planning area the existing BLM road network consists primarily of low standard dirt routes that are connected to county roads.  Many of the BLM routes were developed to serve needs for temporary or intermittent access and were not designed to serve sustained high levels of use.  Most of the routes were developed to provide access for specific activities, such as suppressing wildfires, seismic activity, and construction and maintenance of the transmission line.  In today's environment, BLM routes are needed to serve both functional and recreational needs.

The inventory identified a total of 35.3 miles of existing routes on BLM-managed public lands. This mileage does not include county roads, roads on the private inholding, or roads on the Colorado State Land Board parcel. The mileages of existing routes by travel use categories are summarized in Table 1.

There are 12.6 miles of county road which are not affected by decisions made in this plan and would remain open to the public under all of the alternatives according to county statutes.  San Miguel and Montrose counties both maintain these roads to provide public access. The Redvale to Dry Creek Basin road in the northwest corner of the planning area is maintained year long, as well as a portion of the McKee Draw road up to a private land inholding in the northeast corner of the planning area.  The rest of the McKee Draw road and the Burn Canyon road receive summer maintenance only.

Travel within the planning area is currently limited by seasonal weather patterns and road conditions.  San Miguel County does not plow snow on their road systems beyond the private land inholding, and there is usually enough snow to limit travel from early December through early March.  Many of the roads are impassible when wet, especially when soils are saturated.

Most winter recreation activities currently take place at higher elevations in deeper snow than what is found on the planning area.  There are currently no restrictions on winter use of San Miguel County roads in the area.  The Naturita Division of the GMUG National Forest has gates

71

on the McKee Draw road that are used to close the area to all motorized vehicles from December 1st to April 15th to protect big game winter range.  People that run snowmobiles in this area may use the Burn Canyon road to connect to the Hamilton road to go to Miramonte Reservoir.

The monetary costs associated with maintaining a given road or trail is directly related to the overall physical makeup of the route (soil type, slope, vegetative cover, aspect, etc.), as well as to the amount and type of traffic that occurs on it.  Routes with high levels of traffic, and routes that are used for high-speed modes of travel that cause higher amounts of disturbance to traveling surfaces, require more maintenance than routes with low levels of use and that are used for slow-speed, low impact modes of travel.

### Environmental Consequences:

#### Proposed Action:

The existing BLM transportation system would be modified with additional routes and closures.  The use of motorized and mechanized modes of travel would be limited to designated routes with seasonal closures.  Seasonal closures would apply to motorized and mechanized modes of travel.

Under the Proposed Action, 43.3 miles of motorized and non-motorized routes would be designated and managed for a range of travel purposes.  Of these, approximately 9.4 miles would be available for motorized use, 31 miles for non-motorized use only, and 2.9 miles for full-sized administrative use only.  Under the Proposed Action, 23 fewer miles of routes would be managed for motorized use and 31 more miles of routes would be managed for non-motorized use than under the No Action Alternative.

For a complete summary of the mileages by the individual travel use categories for each alternative, see Table 1.

The impacts to the management of the transportation system would increase as this alternative includes construction of 25.9 miles of new routes.  The Proposed Action would generate the immediate need for additional maintenance, construction, closure and improvements to support the designated travel management system.  Additional signage would be needed to designate the allowable travel uses on most designated routes.  The installation of gates, barricades, and other closure devices would be needed to reinforce the travel restrictions.  The construction of user facilities, such as parking areas and trailhead facilities would be made to accommodate increased recreation usage.

An outcome of a designated travel management system is that user groups are generally willing to adopt routes that identify with their own interests.  Thus, as various user groups develop a sense of ownership for their favorite routes and volunteer to adopt and maintain them, the need to utilize BLM funds for maintaining many of these routes could decline over time.

#### Alternative 1:

The existing BLM transportation system would be modified by additional routes and closures.  The use of motor vehicles and mechanized vehicles and devices would be limited

72

BLM_0022605

to designated routes with seasonal closures.  Seasonal Closures would apply to all modes of travel.

Under Alternative 1, 35.5 miles of motorized and non-motorized routes would be designated and managed for a range of travel purposes.  Of these, approximately 3 miles would be available for motorized use, 4.4 miles for full-sized administrative use only and 28.1 miles for non-motorized use.  Under Alternative 1, 27.9 fewer miles of routes would be managed for motorized use and 28.1 more miles of routes would be managed for non-motorized use than under No Action.  For a complete summary of the mileages by the individual travel use categories for each alternative, see Table 1.

This alternative includes the construction of 18.8 miles of new routes, primarily for non-motorized travel uses. Alternative 1 would generate the immediate need for additional construction, maintenance and improvements to support the designated travel management system.  Transportation management would increase in that many more existing routes would have restricted travel conditions, and more would be closed to travel.  Additional signage would be needed to designate the allowable travel uses on the designated routes. The installation of gates, barricades, and other closure devices would be needed to reinforce the travel restrictions.  The construction of user facilities, such as parking areas and other trailhead facilities would be needed to accommodate increased recreation usage.

As various user groups develop a sense of ownership for their favorite routes and volunteer to adopt and maintain them, the need to utilize BLM funds for maintaining many of the routes could decline over time.

**Alternative 2:**
The existing BLM transportation system would be modified with the least amount of closures of all three alternatives. The use of motorized and mechanized modes of travel would be limited to designated routes with seasonal closures.  Seasonal closures would apply to motorized travel only.

Under Alternative 2, 55.4 miles of motorized and non-motorized routes would be designated and managed for a range of travel purposes.  Of these, approximately 46.5 miles would be available for motorized use, 2.3 miles would be available for full size administrative use only, and 6.6 miles for non-motorized use.  Under Alternative 2, 13.5 additional miles of routes would be managed for motorized use and 6.6 more miles of routes would be managed for non-motorized use than under the No Action.  For a complete summary of the mileages by the individual travel use categories for each alternative, see Table 1.

Alternative 2 includes the construction of 29.2 miles of new routes, the highest number of proposed new routes of all three alternatives.  This alternative would generate the immediate need for additional signage to designate the allowable travel uses on most designated routes. The installation of gates, barricades, and other closure devices would be needed to reinforce the travel restrictions.

As various user groups develop a sense of ownership for their favorite routes and volunteer

73

BLM_0022606

to adopt and maintain them, the need to utilize BLM funds for maintaining many of the routes could decline over time.

### No Action Alternative:

Under the No Action, the authorized BLM transportation system would be unaltered. The "Limited to Existing Routes" designations for motorized and mechanized modes of travel would remain. Motorized use would remain on all routes. A potential exists for new user-created routes to be developed through use by visitors and others due to the lack of loop opportunities.

Currently 35.3 miles of motorized routes in the area are recognized as existing, legal routes. All of these routes are managed for motorized and non-motorized use. For a complete summary of the mileages by the individual travel use categories for each alternative, see Table 1.

Under the No Action, impacts to the management of the transportation system would steadily grow over time. A need for regular route maintenance would result from this alternative. As recreation uses on Public Lands increase with frequency, the number of miles of routes that would require regular maintenance would also gradually increase. Increased reconstruction and maintenance efforts would be needed to counter the deterioration of routes that were not designed for sustained or high levels of use, but experience increased amounts of traffic. The closure and rehabilitation of some routes would also be required where severe resource impacts or conflict with other uses occur.

## NOISE

### Affected Environment:

Many areas within the planning area are relatively quiet. Vehicles on the county roads are the largest noise contributors to public lands. Most of the public lands are more influenced by the noise from motor vehicles on routes than from other sources. The level of noise generated by car and truck traffic generally lessens with increased distance from roads but the sounds of traffic can often be heard from many miles away. The degree to which the sounds of traffic noise can be heard away from the highway and county roads is dependent on the nature of the local terrain and wind direction. Noise can be blocked or muted by the surrounding vegetation and topography.

The use of recreational vehicles on BLM routes is another major source of noise in portions of the planning area. As a general rule, ATVs and motorcycles produce more noise than full-size 4WDs and SUVs. ATVs and motorcycles produce more noise because their exhaust systems are not as effective at muffling noise and the machines are often operated at high rpms, whereas full-size vehicles are usually equipped with effective muffling systems and are operated at slower speeds. Consequently, the areas with the highest noise levels are those that contain numerous routes that attract high amounts of ATV and motorcycle use.

Under Colorado State Law 08-063, state and federal agencies have the ability to educate and

BLM_0022607

enforce state sound limits. The law sets a limit of 96 decibels on most OHVs and authorizes the use of the Society of Automotive Engineers 20 inch sound test. This test makes it possible to field test OHVs for sound education and enforcement purposes. BLM OHV crews and Law Enforcement personnel are trained in test procedures.

### Environmental Consequences:

#### Proposed Action:

Lower levels of noise are anticipated in areas where routes are closed or are converted from motorized to non-motorized use. In the planning area as a whole, there would be an increase in the number and size of areas where low levels of noise are found, as well as some localized areas where noise levels would increase. The overall increase in visitors would probably result in slight increases in noise levels on non-motorized routes and a moderate increase in noise levels on motorized routes.

#### Alternative 1:

Motorized noise levels would be expected to decrease due to less routes being designated for motorized travel, therefore having a reduction in motorized noise disturbance to wildlife, adjacent property owners, and other recreation users. The decrease would be slight in areas that are currently relatively quiet and greater in those areas with designated non-motorized use or have route closures. If visitor use increases, it could result in a low to moderate increase in noise levels on those public land routes that remain available for motorized use and on adjacent federal and county roads. This would be caused by users of motorized vehicles shifting their use to those routes that remain open.

#### Alternative 2:

Motorized noise levels would be expected to slightly increase due to more routes being designated for motorized travel, therefore increasing the motorized noise disturbance to wildlife, adjacent property owners, and other recreation users. The increase in motorized noise levels would come from the continuation of use on designated motorized routes, the addition of new routes in certain areas, and the overall gradual increase in use throughout the planning area. The overall increase in visitors would probably result in moderate increases in noise levels on those public land routes that remain available for motorized use and on adjacent federal and county roads.

#### No Action Alternative:

In most areas, noise levels would increase, varying from low increases in some areas (the less roaded areas) to moderate increases in others. Though some increases in noise levels would come from increasing development on adjacent private lands, most of the increases on public lands would come from recreational motorized use. Overall, under the No Action, as use levels increase, noise levels could slowly but gradually increase throughout the planning area. A variety of noise levels would still be able to be found, as not all areas would experience the same levels and types of increases in noise.

BLM_0022608

## RECREATION

**Affected Environment:**

Recreational use has increased greatly over the last fifteen years. This increase can be attributed to population growth in Colorado (16.9% increase from 2000 to 2010). Population growth within San Miguel and Montrose Counties also has a direct impact on recreation use because many residents and their families and friends recreate on public lands near their homes. San Miguel County's population increased by approximately 11.6% from 2000-2010 and Montrose County populations increased by 23.5% (Colorado Department of Local Affairs, 2010).

The increase in recreation use of the public lands in and adjacent to the area has had a direct effect on the condition of the existing routes. Many routes were constructed or developed for specific uses such as range improvements, utility corridors, and access to private land. Most of these routes were not designed for the type and amount of use that they are receiving from the recreating public. In popular areas, the increase in use has led to an increase in user created routes, most of which are not planned or designed, and many are poorly located on the land. Without a designated system of routes, visitors are uncertain about what routes are available for their use, there are minimal loop opportunities, creating the desire to develop additional user created routes. The increase in use on public lands has impacted both resources and recreation settings. The increase in recreation use is concentrated in the "urban interface", or the close proximity of public lands to private lands and the local communities and amenities. Increased residential subdivision development adjacent to and near the area has contributed to the growing use on public lands.

Activities and Opportunities in the Planning Area:

The planning area maintains a variety of recreation settings and activities for visitors, communities, and the environment. The recreational setting can be characterized as a roaded natural area. This type of setting on public lands is often adjacent to communities, rural residential subdivisions and along improved routes. The area has natural landscapes that are partially modified by routes and utility lines. Recreation activities consist of motorized and non-motorized activities in a middle country setting. The public lands provide benefits to local communities because they are easily accessible to residents for recreation.

The planning area currently has a small system of unplanned, user-created single track routes and two-track routes that are used by recreationists from the Norwood area and surrounding communities. The area is used for mountain biking, hiking, horseback riding, trail running, hunting, and OHV use. The area is directly adjacent to U.S. Forest Service lands to the south which allows for more exposure of the area. There are currently no developed facilities within the planning area. There are several informal parking areas developed off of the Burn Canyon Rd (W35) which is the main access to the planning area.

Commercial and Special Recreation Uses:

BLM evaluates, issues, manages, and monitors Special Recreation Permits (SRPs) for commercial and competitive recreation uses and organized group events on public lands and waters. SRPs are issued within the area, primarily for hunting (big game and mountain lion).

BLM_0022609

The recreation opportunities provided by commercial and special recreation uses produce important benefits for visitors, businesses, communities, and the environment.  The route system on public lands is essential to all of these commercial and special recreation uses, and the impacts of travel management decisions  to these activities was considered in developing the alternatives.  Each of the alternatives would allow the activities currently authorized by SRPs to continue.

Other Important Recreation Planning Considerations:

Route Assessment:  During the route inventory process for this travel planning effort, BLM learned that many of the parallel routes, spur routes leading to private lands, and spur routes leading to past range improvements or current permitted operations were of little or no recreation value and could be considered for possible elimination and closure in the route network to be designated through this travel planning effort, with minimal impacts to recreation users.

Recreation Management and Implementation:  Appropriate recreation management is essential to adequately develop and implement the decisions made in any travel management plan.  The recreation guidelines and BLM's National Management Strategies provide direction for proper management.  Some of the more important points include:  educating recreationists;  providing clear and consistent maps; signing routes; developing brochures; increasing partnerships  with user groups and volunteer  efforts; increasing on-the-ground presence; developing support facilities in appropriate locations; developing an inventory and monitoring of recreational uses; and developing adaptive management  that would ensure that the goals and objectives are achieved.

Important characteristics for designing, implementing, and managing a good travel plan and route system for recreationists includes: developing user facilities, such as appropriate staging areas, parking lots, and trailheads;  locating routes that access desirable features, overlooks,  and recreation areas; providing loop opportunities  rather than routes that dead-end; locating routes so that they are easily constructed, maintained, and sustained;  and providing routes that allow for different types of activities.

Off-Route Parking, Camping, and Game Retrieval:  The planning area currently limits users to park motorized or mechanized vehicles, appropriate to the mode of travel, immediately adjacent and parallel to BLM existing routes.

**Environmental Consequences:**

**Proposed Action:**
Approximately 9.4 miles of motorized and 31 miles of non-motorized routes would be designated for recreational use.  Overall this would provide 5.1 more miles than would be available in the No Action.  Potential recreational impacts from the Proposed Action would consist of 31 more miles of non-motorized use and 25.9 less miles of motorized use compared to the No Action.  This alternative would result in the adoption of a travel management plan that would create a system designated routes more favorable to sustaining a middle country recreation setting.  Motorized and mechanized modes of travel would be restricted to designated routes as well as traveling off-route to park and camp.  This

BLM_0022610

alternative would improve non-motorized recreational activities by providing the construction of new routes and the development of loop opportunities.

Routes that would not be designated for motorized or mechanized modes of travel include those that would not enhance recreational activities. Compared to No Action, much of the available miles of routes would be improvements to the travel system and, in turn, would improve recreation overall for users. Overall, the alternative includes loop routes, adequate parking, and better route location for motorized and non-motorized travel.

For recreation uses authorized by SRPs, the Proposed Action would allow the activities currently authorized to continue. It would enhance activities for commercial outfitters because new routes and quality loop opportunities would be designated and developed over time. It would benefit commercial big game (elk and deer) outfitters by reducing human contact with these species and potentially increase success in tracking and hunting.

The distance that vehicles would be permitted to travel off routes for parking would remain the same, one vehicle width from the edge of the route, and in such a manner so as to be safe and not interfere with other traffic; however they would only be permitted on designated routes compared to No Action in which vehicles would be permitted on existing routes.

Dispersed camping would continue to be allowed in most of the area, but users would be required to park adjacent to and at a safe distance (one car-width) off designated routes, and then walk to the campsite.

Big game retrieval would continue to be allowed using wheeled, muscle-powered game carts or wagons to retrieve big game from all available designated routes only during Colorado Parks and Wildlife (CPW) authorized big game hunting seasons.

The Proposed Action would improve the overall transportation system for motorized and non-motorized recreation and would result in decreased short term, long term, and cumulative impacts. The Proposed Action would meet the goals and objectives for the planning area.

### Alternative 1:

Approximately 3 miles of motorized routes and 28.1 miles of non-motorized routes would be designated for recreational use in this alternative. Overall this would provide 4.2 less miles than would be available in the No Action. Potential recreational impacts from Alternative 1 would consist of 28.1 more miles of non-motorized use and 32.3 less miles of motorized use compared to the No Action. This alternative would result in the adoption of a travel management plan that would create a system of planned and designated routes more favorable to non-motorized recreation activities. It would create a system of designated routes more favorable to sustaining a back country recreation setting however more user facilities would be constructed. Overall, Alternative 1 would enhance non-motorized recreational activities compared to the No Action.

For recreation uses authorized by SRPs, Alternative 1 would provide more acres to access

78

BLM_0022611

by non-motorized uses, create quality loop opportunities, and provide better public information compared to No Action.

Impacts for parking, dispersed camping, and big game retrieval would be similar to the Proposed Action.

Overall, Alternative 1 would minimally improve the transportation system for motorized and greatly improve the system for non-motorized recreation. This alternative would be moderately compatible with the goals and objectives.

### Alternative 2:

Approximately 46.5 miles of motorized routes and 6.6 miles of non-motorized routes would be designated for recreational use in this alternative. Overall this would provide 17.8 more miles than would be available in the No Action. Potential recreational impacts from Alternative 2 would consist of 6.6 more miles of non-motorized use and 11.2 more miles of motorized use compared to the No Action. This alternative would result in the adoption of a travel management plan that would create a system of planned and designated routes more favorable to motorized recreation activities. It would create a system of designated routes more favorable to sustaining a middle to front country recreation setting. Numerous new routes and user facilities would be constructed and it would provide loop opportunities and better public information compared to the No Action.

For recreation uses authorized by SRPs, Alternative 2 would provide more acres to access by motorized or mechanized vehicles compared to No Action.

Impacts for parking, dispersed camping, and big game retrieval would be similar to the Proposed Action.

Overall, this alternative would result in increased short term, long term, and cumulative impacts to recreation uses and users, and result in a travel management plan that would not take advantage of the recreational activities the community seeks. Implementing this alternative would mean that the goals and objectives would potentially be harder to achieve.

### No Action Alternative:

The Planning Area currently contains approximately 36.3 miles of existing routes. These routes and the public lands offer a variety of levels of motorized and non-motorized recreational activities and access. These routes would continue to be available for all forms of motorized and non-motorized uses. A high potential exists for new user-created routes to be developed through use by visitors and others.

Although this alternative provides a number of motorized access routes, it does not constitute a travel management plan or route system that would resolve the existing issues, nor does it consider good recreation planning and design factors that could enhance recreation activities and reduce user conflicts and impacts. Loop routes, adequate parking, staging areas and other user facilities, and adequate public information would not be developed and made available. Poorly located and planned existing routes would continue

79

BLM_0022612

to be used, resulting in a continuation of impacts associated with this use, including more user-created routes that would not be placed in sustainable locations, and desirable destinations and other features would not get incorporated into the travel system for the public.

The No Action would provide only a limited number of single track routes for users. No routes are currently designated as non-motorized use only. The No Action would not adequately respond to the needs and issues identified by recreation users.

For recreation uses authorized by SRPs, the activities currently authorized would continue, assuming renewal of permitted activities. This alternative would provide the highest level of motorized access. It would not enhance activities for commercial outfitters due to the numerous spur routes and lack of looped opportunities within the area.

The No Action would not provide a planned transportation system that would adequately address user conflicts or enhance recreational activities. The No Action would not be compatible with the goals and objectives. Cumulative impacts concerning noise, route proliferation, resource impacts, safety, and user conflicts would continue or increase as a result of implementing this alternative.

## LAW ENFORCEMENT

**Affected Environment:**

Problems with unauthorized or illegal use on public lands are numerous and growing. In addressing these problems the law enforcement program focuses on education, compliance checks, and issuing written warnings and violation notices.

Under the BLM's current OHV regulations, motorized travel is limited to three categories of OHV designations: Open, Limited or Closed. Many unauthorized "user created" routes have been developed over the years that visitors now regard as existing motorized routes. The creation of such routes often conflicts with other users. Unauthorized single track routes have been illegally constructed within the Norwood-Burn Canyon Travel Management Planning Area. No signs are posted in this area.

**Environmental Consequences:**

**Impacts Common to All Alternatives**

In accordance with 43 CFR 8340.0-5, motorized travel within the planning area would not be affected for the following uses: fire management or suppression activities emergencies, or law enforcement vehicles being used for emergency purposes, as well as any vehicle whose use is expressly authorized by the Authorized Officer (permitted/authorized use). Law enforcement personnel would be permitted to use motorized vehicles in the planning area on designated routes, closed routes, and cross-country during official law enforcement or investigative events.

**Impacts Common to Proposed Action, Alternatives 1 and 2**

80

The Proposed Action and alternatives would implement a travel management plan with a
designated route management system that would improve the ability of law enforcement
personnel to enforce regulations and restrictions.  Implementation of a designated route
system would have a positive impact and benefit for law enforcement in adopting and
essentially switching to a designated route system.  By providing clear direction with maps
and signs, most people will abide by the route designations.  Also, public participation and
support from stakeholders will form partnerships to educate the public and increase peer
pressure.  This will assist the Ranger in enforcing user compliance and in court proceedings.

**Proposed Action:**
The Proposed Action would initially create a greater need for education with the users, and
compliance and law enforcement actions, but this would improve over time as users become
familiar with the new travel management plan and route system.  The seasonal closures to
prevent disturbance to wintering big game would, over time, assist law enforcement by
providing fewer routes during the closure period to patrol.

**Alternative 1:**
Alternative 1 would initially create a greater need for education with the users, and
compliance and law enforcement actions, but this would improve over time as users become
familiar with the new travel management system. This alternative would require the most
law enforcement presence, since the number of routes that would be designated for use
would be reduced.  This could lead to overcrowding and increased user conflicts in some
areas, increased violations of OHV use on non-motorized routes, and increased attempts to
establish user-created routes.

**Alternative 2:**
Since more routes would be available for recreational use, in the long term, and users would
be distributed over more miles of routes, potentially a lower level of law enforcement
presence would be required.

**No Action Alternative:**
Under the No Action Alternative, law enforcement personnel would continue to operate
under current travel management regulations that are difficult for the public to understand
and for the BLM to enforce.  This alternative also limits the ability to effectively enforce the
closures of user created routes.

## SOCIO-ECONOMICS

**Affected Environment:**
The planning area is located primarily in San Miguel County with a few small sections located in
Montrose County.

The Longwoods International Colorado Travel Year 2011 report stated 28.9 million visitors
traveled to and within Colorado on overnight trips.  Overnight touring trips accounted for 3.1
million visitors, and overnight outdoor trips accounted for 2.9 million visitors. The report

81

illustrates the importance of the outdoors and public lands to the Colorado visitors who cite mountains, wilderness, and lakes/rivers as important elements of their vacation.

Tourism has grown in the Southwest Region fairly steadily since 2000 based on total travel impacts as measured by direct travel spending, tourism-related employment wages, and state and local taxes.

**Environmental Consequences:**

**Proposed Action:**
The Proposed Action would provide a variety of routes, and 8 more miles of total routes than the no action alternative. Under the Proposed Action, the local economy would likely derive some economic benefit from additional routes for mountain biking and hiking. Because there would be more non-motorized routes (31 miles) than all alternatives, the economic benefit from non-motorized recreation opportunities would likely be greatest under the Proposed Action. Although there would likely be economic benefits derived, the combination of travel uses on the public lands would likely not have a major effect on population, employment, or income.

Socially, the additional routes would provide increased opportunity for hiking and mountain biking.

**Alternative 1:**
Alternative 1 would focus primarily on non-motorized use and provide 28.1 miles of non-motorized routes, and 0.2 more total miles than the no action alternative. Under alternative 1, the local economy would likely derive some economic benefit from additional routes for mountain biking. Although there would likely be economic benefits derived, the combination of travel uses on the public lands would likely not have a major effect on population, employment, or income.

Socially, the additional routes would provide increased opportunity for hiking and mountain biking.

**Alternative 2:**
Of the three action alternatives, alternative 2 would provide the least amount of non-motorized routes (6.6 miles), but the most amount of motorized routes (46.5 miles). Alternative 2 would provide 20.1 miles more of total routes than the no action alternative. Under alternative 2, the local economy would likely not derive economic benefit from designating routes. The limited number of miles for motorized routes would not typically provide a destination for a quality day trip for motorcycle or ATV trail riders.

Socially, the additional miles of routes would provide increased motorized and non-motorized opportunities for the local community.

**No Action Alternative:**

82

BLM_0022615

The No Action Alternative would maintain the status quo.  The local economy would likely not derive economic benefit.  No changes to the area's population, employment, and income would result under this alternative.

## *CUMULATIVE IMPACTS*

### Introduction

This section discloses the cumulative effects from all alternatives, considering past, present and reasonably foreseeable actions.

The Council on Environmental Quality (CEQ) regulations defines cumulative effects as "...the impact on the environment which results from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions regardless of what agency (Federal or non-Federal) or person undertakes such actions".  The cumulative effects are the direct and indirect incremental effects of the impacts from implementing the proposed changes and projects in each of the alternatives, when added to other past, present, and reasonably foreseeable actions (40 CFR Part 1508.7).  The geographic boundary of the cumulative impacts analysis area is the planning area and the surrounding Forest Service-managed and private lands, and the nearby communities.

Major specific actions and activities with the potential to cumulatively affect the resources evaluated in this document are identified below.  These actions are generally summarized in the narrative following the table below.  Some resources would be affected by several or all of the described activities, while others would be affected very little or not at all.

The Proposed Action and Alternatives 1 and 2 are action alternatives and each change existing OHV designations to "Limited to Designated  Routes", such that all motorized and mechanized travel would be limited to designated  routes (does not apply to hiking and horseback riding). Each alternative has a unique and different travel plan with different sets of selected routes that would be available, travel use conditions and design features, and travel management support facilities.

The three alternatives would be nearly identical in the degree and nature of cumulative effects that would occur as a result of prohibiting all cross country motorized and mechanized travel in order to prevent new user created routes on public lands.  By implementing a travel plan the public would be aware of the routes that would be available for use and which routes would not be available, and fewer conflicts would occur.  Reductions of cumulative impacts would occur throughout the entire planning area as a result of this prohibition.

### U.S. Forest Service Planning

The U.S. Forest Service has completed travel management planning efforts on the parcel directly south of the BLM travel management planning area. The routes in the USFS planning area are managed as travel is limited to designated routes with seasonal closures.  Recreational opportunities in this area include both motorized and non-motorized recreation.

BLM_0022616

The BLM travel management planning area is adjacent to lands managed by the U.S. Forest Service. Coordination of BLM activities sometimes results in BLM adopting standards or specifications that match with USFS guidelines and vice-versa (where possible).

### Local Land Use Planning

San Miguel County covers 1286 square miles and has a population of around 7490 (2011 Census Data for Colorado, dola.colorado.gov). Six municipalities lie within the county (Mountain Village, Norwood, Ophir, Placerville, Sawpit, and Telluride). San Miguel County completed its current master plan in February 2008. The Town of Norwood completed a Land Use Plan in October 2007 and Norwood Park and Recreation District completed a Master Plan in June 2010. These plans will continue to provide tools for growth and outline management direction for projected land use, transportation planning and elements, planning policies, and zoning surrounding the majority of the Norwood-Burn Canyon planning area.

Local master plans could impact public lands by authorizing new subdivisions, open space identification, needs for travel element updates, relocations, or new construction. As a result of local land use planning, cumulative impacts to all resources could increase for the Proposed Action and Alternatives 1 and 2 due to the increased number of people and vehicles accessing private lands. Impacts would be reduced by designating and signing routes and closing areas seasonally to protect wildlife.

### Continued Population Growth

Between 2000 and 2010, the population within San Miguel County increased by 11.6% and Montrose County populations increased by 23.5%. These trends are expected to continue over the next ten years. This growth is expected to result in more private agricultural or undeveloped land being converted into residential or commercial uses. The Norwood-Burn Canyon planning area is surrounded on all sides by private ownership with the exception of the southern boundary, managed by U.S. Forest Service. With this growth, new management challenges, including travel management, will face the land management agencies surrounding the communities, and the nearby communities themselves.

Population increases in and around the planning area would result in more demand for public land access for a variety of purposes, both motorized and non-motorized. There could be more requests for routes in the area. This would lead to widespread on-site and off-site impacts on nearby USFS, Colorado State Land Board, and private lands.

### Uncompahgre Field Office Fuel Reduction Projects

Projects have been implemented in the past, and projects have been proposed and evaluated in the Field Office that have or would reduce the amount of standing and downed wildfire fuel in the planning area. These projects have and would make the public lands, where this activity occurs, less likely to incur wildfires, and land health conditions could be improved. Use of roads or need to travel cross country with motorized vehicles to accomplish projects would be analyzed for each case. These project have the potential to affect wildlife solitude and habitat forage, fragment migration routes, and add sediment to waterways on a short term basis, and require more temporary new routes; however, mitigation and design features in project plans would likely mitigate these impacts to vegetation, soils, and potentially to water courses.

84

**Possible Upgrading of Some Major County Roads in or adjacent to the Planning area**

Three major county graveled roads are located within the planning area that could be upgraded, partially relocated, and or paved during the next 10-15 years in order to provide better and quicker access to private land. Private land development has generated increased traffic by construction, visitors, and resident uses.

Routes established as a result of increased population growth and increases in volume of motorized uses contribute to surface runoff which ultimately reaches perennial and intermittent steams, ponds, riparian habitat, and wetlands and affects the physical and biological components of these areas.

**BLM Special Recreation Permits**

BLM issues and manages Special Recreation Permits to groups or individuals for organized, commercial, or competitive purposes and events. The BLM has had a growing number of requests for consideration of all types of Special Recreation Permits. These permits are issued for a variety of activities and events including guided horseback rides, hunting (big game and mountain lion), and mountain bike tours. The route system on public lands is essential to all of these commercial and special recreation uses, and the impacts of travel management decisions to these activities was considered in developing the alternatives. Each of the alternatives would allow the activities and events currently authorized by Special Recreation Permits to be considered in the future, under certain circumstances. New applications would be evaluated through the NEPA process and with public input to determine conformance with travel management decisions and to develop potential stipulations for operation, maintenance, and monitoring of permitted activities.

In the No Action Alternative, requests for competitive, commercial, or organized events would continue, possibly resulting in more disturbances in the planning area to soils, water, vegetation and opportunities for solitude. SRP requests will probably increase in the next 15–20 years for the Proposed Action, Alternative 1 and 2. Decisions will conform to the travel management plan thus mitigating cumulative effects from this activity.

**Cumulative impacts to resources:**

The cumulative effects from the Proposed Action and Alternatives 1 and 2 would differ only in the degree of the effects that would occur to the resources.

Cultural Resources

Cumulative impacts to cultural resources may be categorized as those impacts arising as direct secondary impacts, indirect secondary impacts and unintended impacts to previously undiscovered National Register Eligible properties. Direct secondary impacts to cultural resources are generally those of collecting, looting and vandalism of sites due to increased visitation and access to historic properties previously less accessible. Indirect secondary impacts are also a consequence of improved access, but consist of damages to a site from illegal off-route travel through a site, vehicle parking, camping, and other impacts in which the users are unaware of the presence of cultural sites. Finally, unintended impacts may include

85

BLM_0022618

such things as the creation of new erosional channels from route construction and use.

Resources: Soil, Vegetation, Invasive Species, T&E, Migratory Birds, Wildlife, Water Quality

The alternatives, when combined with past, present, and reasonably foreseeable actions, will have negligible impacts to resources at the watershed level. Minimal, localized improvements which result from improving route and recreation management could be offset by localized loss or impacts from creation of new, authorized routes. The level of these impacts will vary by alternative. The localized and low level impacts have a very minor influence on resources across the watershed. Resources on the larger watershed scale are experiencing impacts on federal and private lands such as those associated with wildfire, vegetation treatments, mining, livestock grazing, wildlife use, rights of ways, recreation, adjacent private land inholdings, and travel infrastructure. Impacts resulting from activities on private property in the watershed include cultivation, irrigation, livestock production, residential and commercial land development, and mining.

Impacts to water quality result from activities associated with private property in the watershed, including: cultivation, irrigation, recreation, livestock production, and residential and commercial land development. The cumulative effect of all the impacts in the watershed could contribute to decreased water quality in the future.

Alternative 1, Proposed Action, Alternative 2 and No Action Alternative, from most to least, have the potential to improve long-term productivity by reducing the number of existing miles and routes on the landscape. Once closed, these areas will have the potential to revert to vegetated conditions.

Transportation

In addition to growth in recreational travel, reasonably foreseeable actions that may affect transportation over the next 10 years on private and public lands include continued residential growth, fire fuels reduction/habitat projects, county road and utility maintenance and upgrades, and new rights-of-way. Other future activities near the travel planning area that could potentially impact transportation include U.S. Forest Service and Colorado State Land Board projects, local land use planning, soil research, vegetation treatments, county road upgrades, special recreation permits and activities, and utility right-of-way and corridors. The cumulative impacts to transportation from all action alternatives would be dispersed and long-term and require on-going monitoring and mitigation by BLM and partners.

Noise

Ambient sound and noise levels vary greatly throughout and near the planning area. Ambient sound includes the wind and noise originating from vehicle traffic on Highway 145, San Miguel and Montrose County roads and privately owned lands. Other noise sources include industrial activities, farming and ranching activities, aircraft over-flights, target shooting, and activities related to uses around private land areas. The cumulative effects to ambient sound from these activities in addition to noise from all action alternatives will be long-term and most adverse and dispersed in the No Action Alternative.

Recreation

BLM_0022619

Population growth and residential development of surrounding private lands will occur throughout the greater region and will result in increased amounts of recreational usage on public lands. Activities near the travel planning area that could also potentially impact recreation include local land use planning, vegetation treatments, county road upgrades, special recreation permits and activities, utility rights of way and corridors, fuels reduction projects, and utility corridor maintenance and upgrades. The cumulative effects to recreation from these activities in addition to action alternatives will be long-term and most adverse and dispersed in the No Action, contained and long-term in Proposed Action, Alternatives 1 and 2.

## PERSONS / AGENCIES CONSULTED

Colorado Parks and Wildlife
Colorado State Historic Preservation Office (SHPO)
U.S. Forest Service

## INTERDISCIPLINARY REVIEW:

The following BLM personnel have contributed to and have reviewed this environmental assessment.

| Name | Title | Area of Responsibility |
|------|-------|------------------------|
| Julie Jackson | Recreation | Recreation; Visual Resources Management; Transportation, Noise |
| Edd Franz | Recreation Planner | Wild and Scenic Rivers |
| Jedd Sondergard | Hydrologist | Floodplains, Water Quality; Soils |
| Kelly Homstad | Fire Use Specialist | Air Quality, Fire and Forest Management |
| Amanda Clements | Ecologist | Wetlands & Riparian Zones; Vegetation |
| Glade Hadden | Archeologist | Cultural; Native American Religious Concerns, Paleontology |
| Ken Holsinger Melissa Siders | Wildlife Biologist | Wildlife; Threatened, Endangered and Sensitive Species; Migratory Birds |
| Angela Losasso | Range Management Specialist | Rangeland Management; Invasive, Non-Native Species |
| Jedd Sondergard | Planner | NEPA Review |
| Teresa Pfifer | Realty Specialist | Lands and Realty |
| Rob Ernst | Geologist | Geology and Minerals |
| Alan Kraus | Hazmat Specialist | Hazardous/Solid Wastes |

BLM_0022620

# REFERENCES

Beier, P., 1993, Determining minimum habitat areas and habitat corridors for cougars: Conservation Biology, v. 7, no. 11, p. 94–108.

Bruinderink, G.W.T.A., and Hazebroek, E., 1996, Ungulate traffic collisions in Europe: Conservation Biology, v. 10, no. 4, p. 1059–1067.

CDPHE, Colorado Department of Public Health and Environment, Colorado Air Quality Control Commission, Report to the Public 2011-2012

CDPHE, Water Quality Control Commission, 5 CCR 1002-93, Regulation #93, Colorado's Section 303(D) List of Impaired Waters and Monitoring and Evaluation List, Adopted February 13, 2012, Effective March 31, 2012.

CDPHE, Water Quality Control Commission, 5 CCR 1002-35, Regulation NO. 35, Classifications and Numeric Standards for Gunnison and Lower Dolores River Basins, Amended June 13, 2011, Effective January 1, 2012.

CDPHE, Water Quality Control Commission, Regulation NO. 31, the Basic Standards and Methodologies for Surface Water (5 CCR 1002-31), Adopted: August 9, 2010, Effective: January 1, 2011.

Colorado Breeding Bird Atlas II.  2007-11 Results for 88B4SE (Redvale-SE) and 88B3SE (Norwood-SE) Atlas Blocks.  (Available at: http:/bird.atlasing.org/Atlas/CO).

Colorado Decision Support System, HydroBase and Map Viewer. (Available at: http://cdss.state.co.us/DNN/Home/tabid/36/Default.aspx).

Colorado Department of Local Affairs 2010. State Demography Office. (Available at: https://dola.colorado.gov/ddb/dashboard.jsf).

Colorado Longwoods International. 2011. Colorado Travel Year Online Report. (Available at: http://www.colorado.com/longwoods-international).

Doherty K.E., Naugle D.E., B.L. Walker B.L., and J.M. Graham. 2008. Greater Sage-Grouse Winter Habitat Selection and Energy Development. Journal of Wildlife Management 72(1): 187-195.

FEMA, Federal Emergency Management Agency, Floodplain Maps (Available at: http://map1.msc.fema.gov/idms/IntraView.cgi?JX=1575&JY=658&ROT=0&KEY=66958919&IFIT=1).

Forman, R.T.T., and Alexander, L.E., 1998, Roads and their major ecological effects: Annual Review of Ecology and Systematics, v. 29, p. 207–231.

BLM_0022621

Foreman T.T., Sperling D., Bissonette J.A., Clevenger A.P., Cutshall CD., Dale V.H., Fahrig L., France R., Goldman CR., Heanue K., Jones J.A., Swanson F.J., Turrentine T., and T.C Winter. 2003. Road Ecology. Island Press, Washington, D.C 481 pp.

Freddy, D. J., W. M. Bronaugh, and M. C. Fowler. 1986. Responses of mule deer to disturbance by persons afoot and snowmobiles. Wildlife Society Bulletin 14:63–68.

Hebblewhite, M. 2008. A literature review of the effects of energy development on ungulates: Implications for central and eastern Montana. Report prepared for Montana Fish, Wildlife and Parks, Miles City, MT. 125 pp.

Kingery, H.E. 1998. Colorado Breeding Bird Atlas. Colorado Bird Atlas Partnership. 636p.

Lovich J and Bainbridge D A 1999 Anthropogenic degradation of the Southern California desert ecosystem and prospects for natural recovery and restoration —a review; Environmental Management 24 309–326

Moore, T.G., and Mangel, M., 1996, Traffic related mortality and the effects on local populations of barn owls Tyto alba, in Evink, G.L., Garrett, P., Zeigler, D., and Barry, J., eds., Trends in addressing transportation related wildlife mortality—Proceedings of the transportation related wildlife mortality seminar, Orlando, Florida, April 30–May 2, 1996: Tallahassee, Florida, State Department of Transportation, Report no. FL-ER-58-96, http://www.icoet.net/ICOWET/96proceedings.asp.

Naylor, L.M., M.J. Wisdom, and R.G. Anthony. 2009. Behavioral Responses of North American Elk to Recreational Activity. Journal of Wildlife Management 73(3):328–338.

NDIS. Natural Diversity Information Source, Colorado Parks and Wildlife. Available: http://ndis.nrel.colostate.edu

Nietvelt, CG. 2002. The effects of roads on wildlife: bibliography. Report prepared for U.S. Forest Service Bridger-Teton National Forest, Jackson, Wyoming. 73 pp.

Ouren, D.S., Haas, Christopher, Melcher, C.P., Stewart, S.C., Ponds, P.D., Sexton, N.R., Burris, Lucy, Fancher, Tammy, and Bowen, Z.H., 2007, Environmental effects of off-highway vehicles on Bureau of Land Management lands: A literature synthesis, annotated bibliographies, extensive bibliographies, and internet resources: U.S. Geological Survey, Open-File Report 2007-1353, 225 p.

Outdoor Industry Association. 2012. The Outdoor Recreation Economy. Take it Outside for American Jobs and a Strong Economy. (Available at: *www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5389204.pdf)*

Painter, ML, CL Chambers, M Siders, RR Doucett, JO Whitaker Jr, and CL Phillips. 2009. Diet of spotted bats (Euderma maculatum) in Arizona as indicated by fecal analysis and stable isotopes. Can. J. Zool. 87: 865-875.

89

Patterson, Carol. 2013. Report of the Class III Cultural Resources Inventory. BLM Project Number 13UN02. Urraca Archaeological Services, Montrose, CO. 24 pp.

Rabe, M. J., M. S. Siders, C. R. Miller, T. K. Snow. 1998. Long foraging distance for a spotted bat (Euderma maculatum) in northern Arizona. The Southwestern Naturalist 43(2):266-269.

Recreation Management Guidelines to Meet Public Land Health Standards on Bureau of Land Management Lands in Colorado, December, 11, Instruction Memorandum No. CO-2001-011.

Rost, G. and Bailey, J. distribution of mule deer and elk in relation to roads. The Journal of Wildlife Management 43(3),634-641. 1979. Allen Press.

Sawyer, H., Kauffman M.J., and R.M. Nielson. 2009. Influence of well pad activity on winter habitat selection patterns of mule deer. Journal of Wildlife Management 73:1052-1061.

Sawyer, H., Nielson, R., Lindzey, F., and L. Mcdonald. 2006. Winter habitat selection of mule deer before and during development of a natural gas field. Journal of Wildlife Management 70(2),396-403.2006.

Siders, M.S., Rabe, M. J., T. K. Snow and K. Yasuda. 1999. Long foraging distance for two uncommon bat species (Euderma maculatum and Eumops perotis) in northern Arizona. Proceedings of 4th Biennial Conference of Research on the Colorado Plateau.

State of Colorado Jobs by Sector [NAICS based], 2010. Department of Local Affairs. (Available at: https://dola.colorado.gov/demog_webapps/jsn_parameters.jsf)

Thorne, et al. 1976. Nutrition during gestation in relation to successful reproduction in elk. Journal of Wildlife Management 40(2):330-335.

Trombulak, S. C. and C. A. Frissell. In press. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology.

USDA, Natural Resources Conservation Service, Soil Survey of the San Miguel Area, Colorado. Parts of Dolores, Montrose, and San Miguel Counties. In cooperation with the Colorado Agricultural Experiment Station.

USDI, Bureau of Land Management 2001. Biological Soil Crusts: Ecology and Management, Technical Reference 1730-2, 2001.

US Department of Commerce 2011. United States Census Bureau. State and County Quick Facts (Available: http://quickfacts.census.gov/qfd/states/08000.html)

USDI, 2012. The Department Of The Interior's Economic Contributions Fiscal Year 2011. (Available at: **www.doi.gov/ppa/upload/DOI-Econ-Report-6-21-2011.pdf**)

BLM_0022623

USDI, Bureau of Land Management, Uncompahgre Field Office, BLM sensitive species within the Uncompahgre Field Office, 2012.

USDI, Bureau of Land Management, Uncompahgre Field Office, Colorado State Director's Sensitive Species List, 2011.

USDI, Bureau of Land Management, Uncompahgre Field Office, Norwood Land Health Assessment 2005-2006.

USDI, Bureau of Land Management, Uncompahgre Field Office, Travel Management Plan Amendment, 2010.

USDI, Bureau of Land Management, Uncompahgre Field Office, TES Wildlife and Plants Report for the Burn Canyon Travel Management Plan, 2013.

USDI, Bureau of Land Management, Uncompahgre Field Office, Mitigation Menu and Effects Determination Verbage, 2010.

USDI, Bureau of Land Management, Uncompahgre Field Office, Special Status Species and Birds of Conservation Concern for the Uncompahgre Field Office, 2011.

USDI, US Fish and Wildlife Service, List of Threatened, Endangered, and Proposed Species that may occur and/or be affected by the proposed Burn Canyon project, 2013.

US Geological Survey Stream Stats. (Available at: http://water.usgs.gov/osw/streamstats/index.html).

Walker, D.A. and K.R. Everett. 1987. Road Dust and Its Environmental Impact on Alaskan Taiga and Tundra. Arctic and Alpine Research 19: 479-489.

Robert H. Webb (1982). Off-road Motorcycle Effects on a Desert Soil. Environmental Conservation, 9, pp 197-208. doi:10.1017/S0376892900020403.

1986. BLM Manual H8410-1, Visual Resource Management. Rel. 8-28. Washington D.C.

1992, BLM Manual 8351, Wild and Scenic Rivers-Policy and Program Direction for Identification, Evaluation, and Management. Rel.8-61. Washington D.C.

2010, Final Wild and Scenic River Eligibility Report, Bureau of Land Management, Uncompahgre Field Office, Colorado.

BLM_0022624

## *GLOSSARY*

<u>Activity plan</u>: A detailed, site specific plan for management of one or more resource programs. An activity plan provides additional specificity needed to implement RMP decisions.  Activity plans are completed only if necessary. When multiple programs are addressed, activity plans may be called Integrated Activity Plans or Coordinated RMPs.

<u>Ephemeral streams</u>:  Flow generally occurs for a short time after extreme storms. The channel is usually not well defined.

<u>Intermittent streams</u>:  Flow generally occurs only during the wet season (50 percent of the time or less).

<u>Landscape:</u> A defined land area that forms a management unit or basis of analysis.

<u>Long-term effects</u>:  Indicated effects to be greater than 5 years.

<u>Mechanized Travel</u>: Moving by means of mechanical devices such as a bicycle; not powered by a motor.

<u>Motorized Vehicle</u>:  Moving by means of vehicles that are propelled by motors such as but not limited to cars, trucks, all-terrain vehicles (ATV), Sport Utility Vehicles (SUV), motorboats, and snow machines which include snowmobiles and snow bikes. Synonymous with off-road vehicle.

<u>Non-Motorized Use</u>:  Moving by foot, stock or pack animal, boat, or mechanized vehicle such as a bicycle.

<u>Pet</u> means any domesticated or tamed animal that is kept as a companion.

<u>Off-Highway Vehicle:</u> This term is synonymous with the term off-road vehicle (or ORV). Whereas off-road vehicle is used in the regulations and includes any motorized vehicle (see definition above), the term off-highway vehicle (OHV) is a more contemporary term.

<u>Off-Road Vehicle</u>:  Any motorized vehicle capable of, or designed for, travel on or immediately over land, water, or other natural terrain, excluding: (1) any non-amphibious registered motorboat: (2) any military, fire, emergency, or law enforcement vehicle while being used for emergency purposes; (3) any vehicle whose use is expressly authorized by the authorized officer, or otherwise officially approved; (4) vehicles in official use; and (5) any combat or combat support vehicle when used in times of national defense emergencies.

<u>Perennial streams</u>:  Water flows in the stream at least 90 percent of the time in a well-defined channel.

<u>Short-term effects</u>:  Indicated effects to be within 5 years.

BLM_0022625

Standards for Public Land Health: A description of conditions needed to sustain public land health; the standards relate to all uses of the public lands in Colorado.

Resource Management Plan (RMP): A BLM multiple use planning document, prepared in accordance with Section 202 of the Federal Land Policy and Management Act, that
    a. establishes resource conditions, goals and objectives to be attained;
    b. allocates resources and identifies allowable uses;
    c. identifies land areas for limited, restrictive, or exclusive uses; and
    d. provides guidance for implementation of the decisions made in the plan.

Routes: Multiple roads, trails, and primitive roads; a group or set of roads, trails, and primitive roads that represents less than 100% of the BLM transportation system. Generically, components of the transportation system are described as "routes".

Transportation Management Plan: A document that focuses on all aspects of transportation in a land area. Transportation planning can also be accomplished within Integrated Activity Plans, or Coordinated RMPs where multiple resource programs are planned for concurrently.

93

BLM_0022626

# *APPENDICIES*

## Appendix A

**Definitions of Travel Use Categories**

The Travel Use Categories define the individual routes in terms of the types of uses that are permitted on them. There are 10 categories, of which the first 7 represent the types of designated travel uses that apply to those routes that are available for use by the public and that are controlled by BLM. The 8th category, Non-BLM, are available to use by the public but are controlled by other jurisdictions that regulate use of the roads. The other two categories are routes that are controlled by BLM but that are not available for public use with motorized or mechanized vehicles.

It is important to understand that each Travel Use Category is named for the type of use that it is primarily suited to accommodate. The other travel uses included in the category should be considered as secondary uses. This distinction is important so that it is recognized that just because secondary uses are allowed does not mean that all of the routes in the category are suitable for those uses. All the Travel Use Categories are shown with symbols and/or color codes on the maps of alternatives.

The most inclusive travel uses class is the **4WD/2WD (Open)** category, including all of the various types of routes commonly found on public lands, ranging from maintained dirt and graveled routes to low standard primitive four-wheel drive routes. These routes are designed to accommodate conventional size motor vehicles but are also available for use by ATVs, motorcycles, bicycles, horses, and foot travel.

The **ATV 2-Track** category includes routes that are intended for use by motorized modes of transportation 50 inches or less in width and weighing no more than 1200 pounds, but are also available for motorcycles, bicycles, horses, and foot travel.

The **Motorized Single Track** category includes routes that are intended for motorized modes of transportation 36 inches or less in width but are also available for use by bicycles, horses, and foot travel.

The **Non-Motorized Single Track** category includes routes that are intended for mechanized modes of transportation 36 inches or less in width but are also available for use by horses and foot travel.

The **Non-Motorized Single Track and Administrative Use** category includes routes that are intended for mechanized modes of transportation 36 inches or less in width but are also available for use by horses and foot travel. These routes will also be available to full size motorized vehicle administrative uses.

The **Non-Motorized/Non-Mechanized Single Track** category includes routes intended for equestrian modes of transportation 36 inches or less in width but is also available for foot travel.

i

The **Hiking Only Single Track** category includes routes intended for foot travel 36 inches or less in width.

**The Non-BLM** category includes county, state, and Federal highways and roads. As a general rule most of the Non-BLM roads are public roads limited to use with street-legal vehicles and are not open to ATVs or other unlicensed motorized vehicles. Most are paved or graveled roads designed to accommodate high-speed traffic. There are, however, a few county roads that are low standard dirt roads. The BLM does not have management authority over these roads.

The **Administrative Use Only** category consists of existing routes that are not designated for specific recreational travel uses, and are not available to the public for motorized or mechanized travel. Many Administrative Access routes, however, will remain available for administrative uses by authorized personnel and permit holders with motorized or mechanical vehicles, including heavy equipment such as excavators and water hauling semi-trucks, and where legal public access exists are also available to the public for foot and horse travel.

The last category includes the **Closed** routes. These Closed routes are those that are neither available for use by the public nor needed for administrative uses.

ii

BLM_0022628

**<u>Appendix B</u>**

**Maps of the Alternatives**

(Maps are located on CD as separate PDFs if reviewing the document electronically)

iii

BLM_0022629

**(Page left blank intentionally)**

iv

BLM_0022630

## Appendix C

**Issues and Concerns for the Norwood-Burn Canyon Travel Management Planning Area**

**Background**

The Bureau of Land Management Uncompahgre Field Office started the initial phase of the environmental assessment for the Norwood-Burn Canyon Recreation Route proposal in April 2012. The original proposal only entailed constructing new single track routes within the Norwood Planning Area. During the scoping period, approximately 33 comments were received revealing several issues (included below) requiring attention in conjunction with the proposal of new routes. In order to address these issues, the decision was made to conduct a comprehensive travel management plan for the area. A second scoping comment period was initiated in August 2012. The public was notified through press releases, web site postings, and letters sent to approximately 93 individuals and groups who had expressed an interest in participating in the travel management planning effort.

At the close of the second public scoping period, the Uncompahgre Field Office had received comments from 84 individuals and organizations in response to the request for public input relating to the Norwood-Burn Canyon Travel Management Plan. These comments, along with the original comments, were placed into subject categories and summarized. This document contains a general summary of the comments. Those issues received but beyond the scope of this EA and are not included (i.e. wilderness designations and RMP revision decisions).

**Summary of Comments—Issues and Concerns**

**Access and Transportation**
- Close routes that lead to private land.
- Keep routes away from private land. If new routes are constructed near private land, BLM should conduct a land survey first and post signs indicating private/public land.
- Recommend specifically designating routes to the north (south of Naturita Canyon) non-motorized, as well as those adjacent to Burn Canyon and those leading north from the northern most proposed parking area.
- Landowners opposed to parking areas paralleling/bordering private land.
- Do not allow the following: routes in Burn Canyon or that lead into Burn Canyon, routes in Mud Springs Draw, and routes that lead into Naturita Canyon to limit impacts to natural areas and possible incursions into Naturita Canyon.
- Recommend that the routes have seasonal closures.
- Need for non-motorized route system to compliment the multitude of motorized route networks on other BLM lands nearby.
- Appropriate signing and barriers needed to keep ATVs on two-track routes and off proposed single track routes.
- Address impacts and signing of access roads into Burn Canyon area, including maintenance and access from Redvale if proposed.
- Density of routes too high when factoring in current routes.
- Routes too close together and may cause new user-created loops.
- Route density and specific routes should be analyzed with respect to wildlife

v

BLM_0022631

habitat quality and fragmentation, recreational user experience, and potential conflicts with adjacent private landowners.
- Consider route density with respect to adjacent USFS lands and current BLM routes.
- This project should confirm and affirm as a minimum baseline, the 2008 RMP amendment that limits travel to existing routes in the UFO.
- Address cumulative impacts of all routes combined (current and proposed) on other resources, adjacent USFS lands, and recreational values.
- Please analyze existing routes, reroute those necessary, and close undesignated routes.
- Recommend all current routes stay motorized and new routes designated as non-motorized to maintain wild qualities of the area, provide more sustainable routes, and reduce amount of increased noise from motorized users.
- The planning area is not large enough to support motorized use. Please make entire area non-motorized.
- Convert 2-track routes to non-motorized use.
- Allow motorized full-size vehicles only on county roads.
- Designate specific areas as non-motorized only.
- Keep current routes open to all users.
- Create more single track routes, both motorized and non-motorized.
- Create more 2-track routes.
- Create more loop routes and link existing and proposed routes.
- Please limit travel in this area to "designated routes only".
- Strongly opposed to motorized use due to negative impacts to other resources.
- Opposed to any new routes or development and close some of the existing routes.
- Balance the amount of new routes opened with an equal amount of existing routes closed.
- Consider connecting BLM route system to USFS Thunder Mountain Trails.
- Please add new proposed routes (non-motorized) on the sides of canyons (not in the canyons) to provide a different riding experience.
- Implement the proposal in full submitted by Norwood Park and Recreation District.
- Designate all routes leading toward or near Naturita Canyon as non-motorized.
- Designate the route down McKee Draw as single track – some prefer it to be motorized while some requested non-motorized only.
- In order to insure that RS 2477 does not apply on any routes being considered for closure, proper research must be performed to ensure that the route was not constructed before 1976.
- Separate user groups to reduce potential impacts.
- Consider impacts by motorized recreation vs. non-motorized – noise, dust, pollution, soil erosion.
- Create a new non-motorized route that travels along the perimeter of the planning area, including the far NW corner and connect all the routes.
- Ensure enforcement of route closures and types of uses on designated routes.
- Consider the appropriateness of new routes in previously burned areas. If constructed, designate those areas as non-motorized only.
- Please add new non-motorized routes in the southwest corner of the planning area.
- No new routes in roadless areas, canyons, or important wildlife areas.

BLM_0022632

- Close the routes marked that led south from County Road W35 into the State School Section. It contributes to habitat fragmentation in the planning unit and is neither suitable nor needed for recreation.
- Close the old road that goes south off of CR W35, skirts the State School Section to the west and goes east to Callan Draw. It should be kept as a wildlife security and movement area. Closure would also avoid encroachment of user created routes onto neighboring Forest Service land that is closed to motorized and mountain bike use. The closure would maintain the whole area east of the State Section and south of CR W35 as an unbroken block effective habitat.
- Close routes in the NW section of this planning area. These routes provides deer and elk winter range and high quality big game hunting and should be closed where possible, except for those serving a specific livestock or energy exploration purpose, or unless a few lend themselves, ecologically and recreationally, to being converted to single track mountain bike routes.
- Close routes in the eastern portion of the planning area in addition to the user-created route in McKee Draw in order to protect habitat and a create a roadless area.
- Close all routes east of County Road 38Q known as Flatiron Mesa and manage as an undisturbed primitive area.
- Route 38Q extends onto FSR608 which is restricted from December 1 through May 15 for soft road bed protection, including travel by snow vehicles. Manage consistently.
- Two unnamed routes on BLM loop onto USFS lands and are in big game winter range with seasonal closures to motorized use from December 1 through April 15. Both of these routes will be decommissioned. Manage consistently.
- Incorporate the route plan submitted to BLM by Singletrack Trails, Inc. as it was completed by a professional trail planner.

**Cultural and Historic Resources**
- Analyze impacts to cultural, historic and paleontological resources.
- Complete surveys of area prior to any construction.
- An extensive new route system and publicity will increase the exposure of archeological sites to vandalism. This problem should be analyzed and addressed.

**Land Health and Threats**
- Previous fire and restoration efforts have been implemented in this area. The routes should support and build on this restoration effort and not negatively impact the area.
- Incorporate studies of the ecological values of draws and washes in western ecosystems.
- The proposed route system should consider the larger landscape-wide effects beyond just this BLM parcel.

**Law Enforcement and Public Safety**
- Concerns regarding lack of management and enforcement now.
- Proper monitoring and enforcement needed to reduce user-created routes.
- Increased workload for law enforcement, both BLM and Colorado Parks and Wildlife

BLM_0022633

**Noise**
- Landowners concerned about noise next to their property.
- Increased traffic, especially from motorized use, will cause more noise pollution.
- Designate as non-motorized only to reduce noise.
- Analyze sound impacts, especially in canyons, even from non-motorized use.

**Recreation**
- Area is ideal for sustainable recreation routes
- Provide stacked loop system for all abilities
- Need for parking area, kiosks, brochures, maps, picnic area, and drinking area if area is developed.
- Clarify trailhead and parking areas and do not locate parking areas in the canyons.
- Minimize number of trailhead facilities and make routes accessible from communities.
- Proposed routes minimize long site lines and avoid gradients exceeding 10%
- Lack of sustainable single track routes in the area within riding distance to town.
- Ensure routes are designed by skilled and experienced trail designers with mountain bikers in mind, not just motorized users.
- Route design should be influenced not only by recreationists but also by those with an ecological/biological background.
- Provide increased education to minimize conflicts and educate on other resource values.
- Increased use and impacts of potential user-created routes may be a problem.
- Give equal representation to all user groups and skill levels.
- Consider one-way, directional routes that are only open to specific user on alternative days to minimize user conflicts.
- Create some separation of user groups for a better experience.
- Consider designated campsites – others believe this should be addressed in the RMP.
- New routes will create more opportunities for the community and provide a healthier lifestyle for people.
- Implement the project in phases to assess impacts as new routes are developed.
- Open routes contingent on user compliance of no new social routes.
- Work with local clubs and volunteers for construction of the new routes.
- Include language in the planning process for off-road, dispersed camping.
- Recommend that the BLM take definitive and necessary steps to ensure development of a route system does not encourage or invite rouge route construction.

**Multi-use**
- Analyze impacts between various user groups, motorized vs. non-motorized, and hunting.

**Socioeconomics**
- Attract tourist dollars and benefit local economy
- Route system would help Norwood become an outdoor destination town
- Extent to which the route system will attract visitors is unknown and not worth the expense to build based on other negative impacts to the resources.

BLM_0022634

- Lack of data to show the need for new routes.

**Soils**
- Design and construct routes to minimize potential erosion
- New routes would not be sustainable and cause erosion due to type of soil in this area.

**Vegetation**
- Potential increase of noxious weeds. Weed control needed.
- No new routes in the bottom of Burn Canyon or any other riparian zones, as well as routes that lead to the canyons.

**Water Quality**
- Analyze impacts to riparian areas, especially Naturita Creek.
- Divert routes and parking areas away from riparian areas.

**Wildlife**
- Preserve wildlife habitat and corridors and protect current roadless areas.
- Area designated as "critical big game winter range"; need to protect wildlife.
- Implement seasonal closures to mitigate negative effects to wildlife.
- Develop a system for effective enforcement of seasonal closures.
- Ensure steps for maintenance of backcountry habitat for wildlife.
- Keep motorized users away from the escarpments (edge zones) as these areas are important for birds and wildlife.
- No new routes (or only non-motorized) in previously burned areas in order to protect wildlife habitat.
- Keep routes on mesa tops and avoid the rims to protect wildlife and ecological values.

BLM_0022635

In April 2014, Uncompahgre Field Office initiated another 30-day comment period for the public to review the preliminary Norwood-Burn Canyon Travel Management Plan.  The Uncompahgre Field Office received 100 comments from individuals, organizations, and agencies. Below is the summary of preliminary comments received as well as the responses.

| Comment | Comment #(s) | Response |
|---------|--------------|----------|
| I am in favor of alternative 1 | 157, 159, 746, 754, 775, 801, 1121 | Thank You for your comment |
| I am in favor of alternative 2 | 143, 147, 148, 149, 150, 151, 153, 154, 735, 736, 737, 738, 740, 741, 742, 743, 744, 750, 751, 752, 755, 756, 757, 759, 760, 761, 762, 763, 764, 765, 766, 769, 770, 771, 772, 774, 777, 778, 779, 780, 781, 782, 783, 784, 785, 786, 787, 789, 790, 791, 792, 793, 794, 795, 796, 797, 798, 799, 803, 1122 | Thank You for your comment |
| I am in favor of the proposed action | 145, 146, 155, 156, 158, 161, 162, 732, 733, 734, 739, 745, 746, 747, 748, 749, 753, 758, 767, 773, 788, 804, 805, 806 | Thank You for your comment |
| I am in favor of the no action | 753 | Thank you for your comment |
| Need for more single-track trails in the Norwood area | 141, 743 | Thank you for the comment. The proposed action and final decision adds single track trails to the area - see Final Decision Map |
| Against motorized use; less motorized use the less damage and noise | 142, 155, 156, 159, 161, 733, 747, 754, 800, | Thank You for your comment |

x

| Comment | Comment #(s) | Response |
|---|---|---|
|  | 801, 804, 806 |  |
| Need more motorized multi-use trails; San Miguel County lacks motorized routes for users | 143, 147, 149, 154, 735, 737, 738, 740, 741, 742, 743, 750, 751, 752, 755, 777, 789, 791, 797, 798 | After considering the comment, changes were made in the Final Decision to accommodate motorized use where possible - see Final Decision Record Map. BLM will also work in coordination with the USFS, Town of Norwood, San Miguel County, and Norwood Park and Recreation District to look at additional opportunities that may be provided to connect destination areas for OHV's on county roads similar to the Wagon Wheel Trail System in Rio Blanco County. |
| Trails will have positive economy and local impacts for Norwood | 144, 161, 733, 734, 735, 736, 741, 742, 743, 745, 768, 773, 783, 805, 806 | Thank you for you comment |
| Request that official camping sites/amenities be considered | 145, 733, 767, 773, 775, 806 | Thank you for the comment. Dispersed camping is currently allowed where users can park directly adjacent to the route or at the end of spur routes to camp. |
| Change seasonal closure dates | 152, 162, 163, 732, 733, 745, 746, 749, 767, 775, 806 | After considering the comment, no changes were made due to the lower elevations of BLM lands and the big game are very vulnerable and sensitive during this time of year. Colorado Parks and Wildlife would like to have the seasonal dates remain until April 30th however there is adaptive management allowed for in the proposed action to open later or earlier if BLM and CPW agree that the dates can be modified on a case by case basis each year |
| Prohibit all users during the seasonal closure dates | 739, 1121 | After considering the comment, no changes were made due to two county roads running through the middle of the area.  BLM feels prohibiting all uses during the seasonal closure would not be manageable unless the county roads were closed seasonally as well.  The management of the roads are under San Miguel County's jurisdiction. |
| USFS administrative access is not needed | 152 | After considering the comment, changes were made to close routes that led into the USFS with the exception of the route that is needed by the BLM range permittee to access his range improvement project - see Final Decision Map |
| Routes close to USFS boundaries will encourage unauthorized use on the Forest Service | 152 | Thank you for the comment |

BLM_0022637

| Comment | Comment #(s) | Response |
|---|---|---|
| Road/trail densities should be reduced to more consistent with those set on the USFS for the benefit of wildlife | 152, 739 | Thank you for the comment |
| Disclose size and level of development for the proposed trailheads | 152 | Thank you for the comment. The size and level of development is part of the proposed action under the Management Common to Proposed Action and Alternatives 1 and 2 under the heading of Travel Management Support Facilities - see page 9 of the EA |
| Hiking, horseback riding and mountain biking is incompatible with motorized use | 158, 160, 748, 768, 773 | Thank you for the comment. The Proposed action and the final decision provides different options for all users - see Final Decision Map |
| Would like to have McKee Draw Trail open to hikers and link to the east with 3040 at conjunction of 3451 | 142, 162, 732, 745, 749 | After considering the comment, changes were made to the proposed action to include a loop with the McKee Draw Trail. See Final Decision Map |
| Would like to have McKee Draw Trail open to bikers and below | 145, 747,768 | After considering the comment, changes were made to the proposed action to include a loop for hikers only to lessen the impacts wildlife with the McKee Draw Trail. See Final Decision Map |
| No need to require pets on be on a leash since it is already illegal to let dogs chase or harass wildlife or livestock in CO | 739 | Thank you for the comment - The proposed action requires "Pets must remain on a leash at all trailheads and under audible or physical control on the routes." We felt that trailheads needed a little more control but once on the trail then the decision is consistent with the existing regulations |
| Don't believe that 3327 or 3072 exist | 739 | After considering the comment, an on-sight was conducted to verify that route did exist and that it is feasible to keep it open as an ATV designated route as proposed in the Proposed Action |
| Should not approve trails off of ATV trail 3210 due to sensitive wildlife area. | 739, 746 | After considering the comment, changes were made to the final decision (see final decision map) to not include the routes due to sensitive cultural and wildlife areas and provide for quality hunting experiences. |
| Do not support the new proposed routes (3229-3432) that cross McKee Draw because it will open up semi-primitive areas that provide big game security and opportunity for quiet use recreation | 739, 759 | Thank you for your comment. The routes have been proposed for hiking and equestrian use except for the grazing permittee access to his range improvement project.  The area will also be seasonally closed from December 1 to April 30 |

BLM_0022638

| Comment | Comment #(s) | Response |
|---|---|---|
| What is the purpose and what is being proposed on the county road that goes down Mud Springs Draw? | 739 | San Miguel County currently has jurisdiction over the road and currently makes the decisions on for the route. Please talk with San Miguel County for further information. |
| In favor of no dogs off leash | 746 | Thank you for the comment - The proposed action requires "Pets must remain on a leash at all trailheads and under audible or physical control on the routes." We felt that trailheads were currently the only area that needed a little more control but once on the trail then the decision is consistent with the existing regulations |
| 3372 and 3327 should not be upgraded and designated for either motorized or mountain bike use | 746 | Thank you for the comment. The route 3325, 3327, 3072, 3333, 3330 currently exists on the ground and was orignally open to full sized vehicles. In the final decision, the route has been downgraded to an ATV route due to the terrain and the nature of the trail. See Final Decision Map. This will still allow for hunting access and provide a small ATV loop for hunters to return to their camps or vehicles. |
| Refrain from improving recreation connectivity at the expense of wildlife connectivity | 746 | Thank you for your comment.  Please see Decision Record and Final Decision Map of changes made. |
| Include a implementation plan with Decision Record and funding availability | 746, 762, 763, 769, 770, 771, 774, 779, 781, 783, 798, 806, 1122 | After considering the comment, changes in wording were made to reiterate the implementation that is addressed throughout the EA - see Management Common to All Alternatives, Management Common to Proposed Action and Alternatives 1 and 2, and the Proposed Action.  There are also route by route decisions made within the database that will guide the implementation of the travel plan.<br>The EA does not address funding since funding sources change annually.  BLM utilizes numerous funding options such as appropriated dollars, working with partners to receive outside grants like GOCO, REI, and Colorado State non-motorized and motorized grants, Federal Highways Administration grants, etc. and other places as the opportunities arise. |
| Use adaptive management | 746 | Thank you for the comment. Adaptive management has been established in the EA (see pages 12-13 and 17-18). |
| Disallow permitted competitive or group events. | 746 | Thank You for your comment. Special Recreation Permits were addressed on page 12 of the EA. |
| Reduce Trail Access in Wildlife Security/Sensitive Areas | 746, 753, 1121 | After considering the comment, changes have been made to the proposed action please see Final Decision Map and Decision Record |

xiii

BLM_0022639

| Comment | Comment #(s) | Response |
|---|---|---|
| 3207/3420 Western edge of Burn Canyon and leads to the edge of Naturita Canyon, no reason to keep open to all vehicles, should only be for mountain bikes and below | 747 | Thank you for the comment. This route is an existing full size vehicle route that leads to an overlook and spur route to provide camping opportunities.  The route allows for continued hunting access, dispersed camping and scenic overlook of the canyon for those who can not access the area with non-motorized modes of transportation. |
| 3330, 3333, 3072, 3325-3329 This route connecting upper Burn Canyon to Callan Draw should not be constructed - If constructed it should not allow motorized use due to negative impact to important, sensitive big game habitat | 753, 759 | Thank you for the comment. The route 3325, 3327, 3072, 3333, 3330 currently exists on the ground. In the final decision, the route was designated for ATVs, mountain bikes, horses and hikers due to the terrain and the nature of the trail.   This will still allow for hunting access and provide a small ATV loop for hunters to return to their camps or vehicles.  All other proposed trails within the area have been not proposed in the final decision. See Final Decision Map. |
| 3211 Should not be constructed - Important big game habitat | 753 | After considering the comment, changes have been made in the final decision - see Final Decision Map |
| 3210 Should not be constructed - Important big game habitat | 753 | After considering the comment, changes have been made in the final decision - see Final Decision Map |
| 3434 Should not be constructed keep activity north of CR W35 | 753 | After considering the comment, changes have been made in the final decision due to sensitive wildlife and cultural resources- see Final Decision Map |
| 3371 Should not be constructed keep activity north of CR W35 | 753 | After considering the comment, changes have been made in the final decision due to sensitive wildlife and cultural resources - see Final Decision Map |
| 3396 Comes too close to private property | 754, 800 | Thank you for the comment, BLM intends to work with local landowners on site to address concerns and issues with trails near their boundaries. |
| Trails around our land, you are effectively putting us on the frontline to deal with regulation enforcement, injuries and accidents | 754, 800 | Thank you for the comment, BLM intends to work with local landowners on site when final layout is completed to address concerns and issues with trails near their boundaries. |
| Request that the whole leg of the trail system (3327, 3313, 3386, 3396, 3383, 3397, 3390) be completely removed due | 754, 800 | After considering the comment, no changes have been made. The BLM specialists have determined that the route designation is compatible with the other uses in the area.  The route is a key connector to link the north and south trail system and be able to provide one key staging area for the single track trails in the |

xiv

BLM_0022640

| Comment | Comment #(s) | Response |
|---|---|---|
| to wildlife and sensitive resources | | area. |
| Private land issues and boundary marking | 754, 800, 802 | Thank you for your comment, BLM intends to work with local landowners on site when final layout is completed to address concerns and issues with trails near their boundaries.  Trails will not be constructed directly on private land and surveys will be completed where necessary as well as signage to respect private property if needed. |
| Private and county road concerns including 3312 and 3394 for administrative use 3061, 3093, 3092, 3143, 3094 are all on private land | 754, 800 | Thank you for the comment, administrative use allows for permitted use to access areas such as private land owners to their private land.  BLM would only recommend to the county to vacate the part of county road that leads north to the well pad and recommend keeping access for private land owners.  BLM is not proposing to close any routes on private land (mapping error and has been fixed - see Final Decision Map) |
| Safety concerns on County Road W35 | 754, 800, 802 | Thank you for your comment. The BLM will continue to work with San Miguel County and the Town of Norwood to provide the safest access possible if issues arise. |
| There is no meaningful site-specific or issue-specific analysis to justify these actions; Analysis of most resource specific issues is completely faulty; | 757, 779, 781, 1122 | Please see pages 20-87 in EA for issue-specific analysis |
| Unclear if Lands with Wilderness Characteristics (LWC's) was considered | 759, 776 | After considering the comment, it was determined that Lands with Wilderness Characteristics (LWC's) did not need to be considered because the area does not meet the Lands with Wilderness Characteristics criteria. The San Juan Wilderness Bill does not impart any status to the land adjacent to the area (it is a Bill not a designation); Lands with Wilderness Characteristics have very specific criteria.  The area does not meet the size criteria as defined in the BLM Handbook Land Use Planning 1601-1 and BLM Manual 6320 - Considering Lands with Wilderness Characteristics in the BLM Land Use Planning Process (Public). |
| Not familiar with private roads on public lands. What is private road 3000? | 776 | Thank You for the comment, San Miguel County currently has jurisdiction over the road and currently makes the decisions for the route. Please talk with San Miguel County for further information. |

BLM_0022641

| Comment | Comment #(s) | Response |
|---|---|---|
| What is being proposed for the 2-track road that goes down Mud Springs Draw off the County rd near the drill pad located in Section 33? None of the maps indicate the purpose of this route | 776 | Thank you for your comment, the route is currently under San Miguel County's jurisdiction. BLM will request that the county relinquish this part of the county road (but keep the part that accesses the private land) back to the BLM since the road will no longer be needed with the well pad being reclaimed and no other uses are being proposed within that area. |
| Preferred alternative fails to address the new opportunities for non-motorized usage in adjacent planning areas such as DENCA and San Juan NF Resource Plan | 781, 798, 1122 | After considering the comment, it was determined that transportation planning and USFS planning was addressed within the Cumulative Impacts Analysis. (See page 83-87 in the EA) |
| Current proposed action is not consistent with the purpose and need for the project. | 783, 786, 798, 1122 | After considering the comment, it was determined that both the proposed action and the final decision are consistent with the purpose and need for the project.  Changes have been made to the proposed action. See Final Decision Map and Decision Record. |
| Would like to see the Burn Canyon Trail added to proposed action | 788 | After considering the comment, no changes were made due to Burn Canyon being a very sensitive wildlife corridor. |
| 3297, 3293, 3291, 3106, 3288, 3289, 3304, 3300, 3224 - I like this Proposed biking, hiking, equ. Loop | 788 | Thank you for your comment |
| 3426, 3427, 3285, 3283, 3309, 3308, 3317, 3284, 3300 - Also biking, hiking, equ. | 788 | Thank you for your comment - the routes are designated for biking, hiking, and equestrian use on Final Decision Map. |
| 3251, 3253, 3258, 3264, 3275, 3215, 3356, 3349, 3004, 3214, 3433, 3428, 3257, 3212, 3269 - Allow mountain bikes, motorcycles, hiking and equ. | 788 | After considering the comment, changes were made in the Final Decision to accommodate motorized use on these routes - see Final Decision Map |
| 3433, 3432, 3424, 3450, 3451, 3040, 3110, 3090 - Keep open to mix use add a loop trail by providing new mileage | 788 | After considering the comment, changes were made please see Final Decision Map |

BLM_0022642

| Comment | Comment #(s) | Response |
|---|---|---|
| on top of McKee Draw to the west of existing burn line trail. | | |
| Add 3229 crossing through McKee Draw for bicycles, hiking, equ. | 788 | After considering the comment, no changes were made due to sensitive resources |
| 3442, 3449 Allow bikes, hikers, equ. | 788 | After considering the comment, changes were made to McKee Draw (3442) and route 3449 will remain with the same designation which does allow for bikes, hikers, and equestrian use. |
| 3325, 3327, 3072, 3333, 3330 - Open for ATVs | 788 | Thank you for the comment - the route will remain designated for ATVs, motorcycles, mountain bikes, equestrian use, and hikers - see Final Decision Map |
| 3221, 3342, 3222, 3279, 3313, 3228, 3392, 3395, 3400, 3223 - bikes, hike, equ. Add to proposed please | 788 | After considering the comment, no changes were made due to Burn Canyon being a very sensitive wildlife corridor, no changes were made to the Proposed Action.   Hikers and equestrian use are allowed cross country so the opportunity does still exist. |
| Would like to see a phased implementation approach as well as signage for education of the area | 806 | After considering the comment, changes in wording were made to reiterate the implementation that is addressed throughout the EA - see Management Common to All Alternatives, Management Common to Proposed Action and Alternatives 1 and 2, and the Proposed Action.  There are also route by route decisions made within the database that will guide the implementation of the travel plan. BLM utilizes numerous funding options such as appropriated dollars, working with partners to receive outside grants like GOCO, REI, and Colorado State non-motorized and motorized grants, Federal Highways Administration grants, etc. and other places as the opportunities arise due to this BLM will need to implement in a phased approach. |
| Analysis presented in the EA does not include an adequate discussion to justify discriminating between trail based recreational groups (e.g. mechanized users verse hikers verse motorized user) with respect to each type of activity's impact on displacing big game. CPW finds no | 1121 | Thank You for the comment, please see EA (Threatened, Endangered, and Sensitive Species, Environmental Consequences, Impacts Common to all Alternatives, pg 39-40) for a discussion of OHV-related impacts likely to occur based on various studies and literature reviews.  Impacts of OHV activities on wildlife and their habitats are numerous and well documented.  Because of the complexity of potential impacts to various wildlife species from various forms of trail use (motorized, non-motorized), analysis of effects was not distinguish between motorized or non-motorized routes (EA pg 40). "Measuring indicators of all these factors for the numerous species of interest would be an excessively difficult task.  In |

xvii

BLM_0022643

| Comment | Comment #(s) | Response |
|---|---|---|
| compelling evidence in the scientific literature or in our professional judgment that user groups, in this case, constitute significant differences with respect to wildlife impacts to warrant separate management actions. | | addition, for most of the species of interest, the relationships between these factors and population dynamics are not well understood.  Because of these difficult to measure potential impacts to sensitive wildlife and plant populations, we assume that any reduction in routes, or reduction in class of use (from motorized to non-motorized) would in general improve wildlife, fish and plant habitats in the area."Assumptions for terrestrial wildlife analysis were stated in the EA (pg 50) that "for reduction in class of use are that, in general, by changing from motorized to non-motorized the noise level associated with those recreational activities would be lower and travel a lesser distance for non-motorized than motorized recreation. This would result in a smaller 'foot print' of disturbance and disruption of wildlife habitat."Alternatives that discriminated between trail based recreational groups (e.g. motorized, non-motorized) were developed for this project area based on issues that were brought to the proposal.The original proposal from the community for this area was a non-motorized trail area.CPW expressed concerns for protecting crucial habitat areas for big game species in the southern and northwestern portions of the project area from disruptive activities and need for refuge for these species due to the Burn Canyon fire (see EA pg 48-49)The current RMP identifies the entire planning area as a wildlife emphasis area due to big game crucial winter ranges (see EA pg 49-50) |

xviii

BLM_0022644

| Comment | Comment #(s) | Response |
|---------|-------------|----------|
| Benefits are asserted from moving to a designated trail system in the planning area are addressed in the EA without addressing the additional benefits that would result from a properly implemented existing route system. Rather than attempting to assert benefits from previous management decisions, the proper question should be how to fund implementation and education of users regarding the newly adopted TMP (UFO TMP in 2010). | 1122 | After considering the comment, no changes were made to the document. The Land Use Planning decision made the area "Limited" to existing routes until further route by route planning could be conducted.  The route by route planning is part of the implementation process.  (See page 5, 25, and 26 of the EA and See page 5, 6, 8, and 10 of DOI-BLM-CO-S050-2008-0064, Environmental Assessment, November 2009, Uncompahgre Basin & San Juan/San Miguel Resource Management Plan Amendments and page 1 of the Decision Record; also see BLM Handbook H-8342-1) <br> Also BLM's policy mandates that: "Area designations limiting motorized use to existing roads, primitive roads and trails can only be made on an interim basis as a preliminary step leading to the selection of a designated network of roads, primitive roads and trails." (BLM Handbook H-8342-1, pg. 12) |

BLM_0022645

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Appendix D**<br>**THREATENED AND ENDANGERED SPECIES[1]** | | | | | | | | | |
| **SPECIES** | **STATUS** | **HABITAT DESCRIPTION[2]** | **CRITICAL HABITAT (Y/N) [3]** | **KNOWN[4]** | **RANGE[5]** | **HABITAT[6]** | **NO EFFECT[7]** | **MENLAE[8]** | **MELAE[9]** |
| **Birds** | | | | | | | | | |
| Mexican spotted owl *(Strix occidentalis lucida)* | T, ST | Larger canyon systems dominated by rock cliffs and ledges, containing streams, riparian vegetation and/or conifer. | No | None | ☒ | ☒ | ☒ | ☐ | ☐ |
| Gunnison sage-grouse *(Centrocercus minimus)* | C | Sagebrush dominated habitats interspersed with grassy or wet meadows | No | None | ☒ | ☐ | ☒ | ☐ | ☐ |
| Yellow-Billed Cuckoo *(Coccyzus americanus)* | C | Larger stream systems supporting woodlands of cottonwood & willow | No | None | ☒ | ☒ | ☒ | ☐ | ☐ |
| **Mammals** | | | | | | | | | |
| Black-footed ferret *(Mustela nigripes)* | E,SE | Well-established active prairie dog colonies; sagebrush, desert shrublands, grasslands | No | No suitable habitat present. Believed to be extirpated from this portion of its range. | ☐ | ☐ | ☒ | ☐ | ☐ |
| North American wolverine *(Gulo luscus)* | C | Alpine and arctic tundra, boreal and mountain forests (primarily coniferous). Limited to mountains in the south, especially large wilderness areas | No | No suitable habitat present. No known populations in this portion of San Miguel or Montrose County. | ☐ | ☐ | ☒ | ☐ | ☐ |
| Gunnison's prairie dog *(Cynomys gunnisoni)* | C | Level to gently sloping grasslands, semi-desert shrublands, and montane shrublands, from 6,000'- 12,000 in elevation. | No | No suitable habitat present within the planning area. | ☒ | ☐ | ☒ | ☐ | ☐ |

xx

BLM_0022646

| Appendix D THREATENED AND ENDANGERED SPECIES[1] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SPECIES | STATUS | HABITAT DESCRIPTION[2] | CRITICAL HABITAT (Y/N)[3] | KNOWN[4] | RANGE[5] | HABITAT[6] | NO EFFECT[7] | MENLAE[8] | MELAE[9] |
| **Fish** | | | | | | | | | |
| Bonytail *(Gila elegans)* | E, SE, CH | Warm-waters of the Colorado River mainstem and tributaries, some reservoirs; flooded bottomlands for nurseries; pools and eddies over rocky substrates with silt-boulder mixtures for spawning | No | None | ☒ | ☐ | ☒ | ☐ | ☐ |
| Colorado pikeminnow *(Ptychocheilus lucius)* | E, ST, CH | Warm-waters of the Colorado River mainstem and tributaries; deep, low velocity eddies, pools, runs, and nearshore features; uninterrupted streams for spawning migration and young dispersal; also floodplains, tributary mouths, and side canyons; highly complex systems | No | None | ☒ | ☐ | ☒ | ☐ | ☐ |
| Humpback chub *(Gila cypha)* | E, ST, CH | Warm-water, canyon-bound reaches of Colorado River mainstem and larger tributaries; turbid waters with fluctuating hydrology; young require low-velocity, shoreline habitats such as eddies and backwaters | No | None | ☒ | ☐ | ☒ | ☐ | ☐ |
| | | Warm-water reaches of | | | | | | | |

BLM_0022647

| Appendix D | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **THREATENED AND ENDANGERED SPECIES**[1] | | | | | | | | | |
| **SPECIES** | **STATUS** | **HABITAT DESCRIPTION**[2] | **CRITICAL HABITAT (Y/N)** [3] | **KNOWN**[4] | **RANGE**[5] | **HABITAT**[6] | **NO EFFECT**[7] | **MENLAE**[8] | **MELAE**[9] |
| Razorback sucker *(Xyrauchen texanus)* | E, SE, CH | the Colorado River mainstem and larger tributaries; some reservoirs; low velocity, deep runs, eddies, backwaters, sidecanyons, pools, eddies; cobble, gravel, and sandbars for spawning; tributaries, backwaters, floodplain for nurseries. | No | None | ☒ | ☐ | ☒ | ☐ | ☐ |
| Greenback cutthroat trout *(Oncorhynchus clarki stomias)* | T | Cold water streams and lakes with adequate spawning habitat (riffles), often with shading cover; young shelter in shallow backwaters | No | None | ☒ | ☐ | ☒ | ☐ | ☐ |
| **Plants, Reptiles, Amphibians, Invertebrates** | | | | | | | | | |
| No species listed for the Planning area. | | | | | | | | | |

1  List provided by the USFWS ECOS-IPaC, February 13, 2013.

2  Van Reyper G. 2006. Bureau of Land Management TES [threatened, endangered, sensitive] species descriptions. Uncompahgre Field Office, Montrose, CO, updated 2009/2010.Unpublished document.

3  Designated Critical Habitat in Planning Area

4  Potential and/or known occurrences in Planning Area. Assessment based on UFO files and GIS data, partner data, and local knowledge.

5  Planning area is within the current known range of the species.

6  Planning area contains suitable habitat for the species.

7  Project activities will have "No Effect" to the species or its habitat

8  Project activities "May Effect, Not Likely to Adversley Effect" to the species or its habitat

9 Project activities "May Effect, Likely to Adversley Effect" to the species or its habitat

BLM_0022648

## Appendix E
## Potentially Occurring BLM Sensitive Species within the UFO

Those species where the planning area is within the known range of the species, is likely to contain suitable habitat, and includes potential or known occurrences of that species are shown below. An evaluation of all potentially occurring BLM sensitive species within the UFO is shown in the table further in this appendix.

- Bald eagle - *Haliaeetus leucocephalus*

In 2007, the bald eagle was delisted from Endangered Species Act protection. The bald eagle was removed from the Colorado list of threatened and endangered species in 2009, but continues as a BLM Sensitive Species.

There are no known nest sites, winter concentration, roost or communal roost sites within or near the planning area. From early December through early April, wintering bald eagles forage throughout the Wright's Mesa area, north of the planning area. Helicopter and ground surveys, conducted by BLM in the early 1980's located a communal night roost site on public land within the San Miguel River canyon north and east of the planning area. Several day roosts are located throughout Wright's Mesa, and bald eagles may forage in the planning area.

- American peregrine falcon – *Falco peregrines anatum*

Within the planning area, Naturita Canyon contains suitable habitat for the peregrine falcon, but has no known eyries. The nearest known breeding pairs are located in the Dolores River Canyon approximately 20 miles west of the planning area.

- Northern goshawk - *Accipiter gentilis*

Throughout their range, goshawks utilize primarily coniferous and deciduous forest habitat, especially in mountains. Preferred nesting habitat in this part of Colorado includes mature to old growth aspen and ponderosa pine forest. Nest trees are large, opened crowned trees with large limbs which can provide a base for their stick nest. Goshawks reuse the same nesting territory year after year and may use the same nest for several seasons. They may have several alternate nest sites within a territory. Site-specific surveys have not been conducted within the planning area to determine the presence of this species.

- Brewer's sparrow - *Spizella berweri*

The distribution of the Brewer's sparrow is roughly correlated to the North American range of big sagebrush. Natural Diversity Information Source (NDIS) data records indicate the Brewer's sparrow occurs in both Montrose and San Miguel Counties. Breeding Bird Atlas (Kingery 1998, Breeding Bird Atlas II) records document the presence of this species in Montrose County as well. There are no records of Brewer's sparrow within the planning area.

The Brewer's sparrow is a sagebrush obligate species. Habitat characteristics correlated with dense populations include a dominance of

xxiii

BLM_0022649

stands of moderate-density big sagebrush of mid-height, with high forb cover, low grass cover, and some horizontal diversity. In this sagebrush community, Brewer's sparrows feed in the foliage of the shrubs.

Brewer's sparrows are summer residents of the mesas and foothills of western Colorado. They start to arrive in Mid-April with full numbers at the end of the month. Prolific singing occurs until pair bonding, then singing decreases. Depending on weather conditions, they begin nesting late (mid-May to late June) and nest only once each season. The female lays 3-5 eggs in a ground nest. Incubation takes 16-17 days and young fledge in 21-24 days.

The planning area is within the known range of this species, and suitable habitat is present. Site-specific surveys have not been conducted to determine the presence of this species within the planning area.

- Long-billed curlew - *Numenius americanus*
The long-billed curlew is highly associated with healthy native grassland habitats, primarily shortgrass prairie, with nearby shallow lakes, playas, or ponds for feeding, bathing or drinking.

Within the planning area, Naturita Creek contains wetland and riparian habitat that is suitable for this species. The presence of long-billed curlew in southwestern Colorado is very rare. There are no records of breeding pairs in this area of the State.

- White-faced ibis - *Plegadis chihi*
Populations of white-faced ibis are found in both North and South America. In North America they are primarily found along the Gulf Coast, through the Great Basin, and in other isolated colonies in the plains and southwest. In Colorado, breeding occurs mainly in the San Luis Valley, with some records near Gunnison, Cortez, Greeley, and Browns Park in the northwestern corner of the State. The planning area is within the range of white-faced ibis, and Naturita Creek contains wetland and riparian habitat that is suitable for this species. The Colorado Breeding Bird Atlas includes a record of a white-faced ibis observed in the Norwood SE Atlas Block. However, it does not include the exact location of this observation.

The white-faced ibis is a colonial nester utilizing wetland habitats and flooded agricultural fields. Most ibises nesting in Colorado favor tall emergents such as bulrush and cattail growing as islands surrounded by shallow water. They arrive at their breeding grounds in mid-April and nest in May. Both sexes participate in the construction of the nest which is made from bulrush or cattail stems about three feet above the water level. Incubation and hatching occurs from early June through late July. Young can fly by late July to mid-August. By the fall they migrate to wintering areas south of Colorado.

- Fringed myotis - *Myotis thysanodes*
This bat is a western species, ranging from the Isthmus of Tehuantepec in Mexico north to British Columbia, Montana, and Wyoming. In Colorado, they apparently occur as scattered populations at moderate elevations on the Western Slope, along the foothills of the Front Range and mesas of southeastern Colorado. Maximum elevation of known populations is 7,500 feet.

BLM_0022650

The fringed myotis is a species of coniferous forest and woodland at moderate elevations in Colorado. Records of occurrence are few and the species isn't common in the State, but is perhaps widely distributed. Typical vegetation of their habitat includes ponderosa pine, pinyon/juniper, greasewood, saltbush and scrub oak. They roost in rock crevices, caves, mines, and buildings. Hibernation occurs in caves and buildings.

Breeding takes place in the fall. Ovulation, fertilization, implantation, and gestation occur in the spring. Up to several hundred females congregate in nursery colonies. A single young is produced after a gestation of 50 days. Growth is rapid, and most young are able to fly in 20 days.

The fringed myotis feeds on arthropods such as moths, daddy long legs, and beetles. They forage along water, above shrubs and woodlands or low over meadows, emerging to feed about 2 hours after sunset.

The planning area is within the known range of this species, and suitable habitat is present. Fringed myotis have been detected within the UFO, and in the Ray Mesa area to the west of the planning area. However, site-specific surveys have not been conducted to determine the presence of this species.

- Spotted bat - *Euderma maculatum*

Spotted bats are found at scattered locations in western North America and is apparently one of the rarest bats in the United States. In Colorado, the spotted bat is known from published records from the vicinity of Dinosaur National Monument, and there are also informal reports from a number of locations at lower elevations on the Western Slope, including the four corners area. There is one occurrence of a spotted bat foraging over oak and sagebrush from the north rim of the Black Canyon near Grizzley Ridge. There are acoustic records for spotted bats from the Fruitland Mesa and Gunnison Gorge area of the Gunnison Gorge National Conservation Area, and the Paradox Valley, west of the planning area.

The spotted bat has been found in a variety of habitats including ponderosa pine, pinyon and juniper woodland, and shrub desert. Early researchers suggested that the species may prefer ponderosa pine forests, but more recent investigations suggest that the species may prefer areas with cliffs and water. They will roost in crevices of rocky cliffs and canyons and forage over a variety of habitats. They have been known to have maternity roosts in cliffs in desert habitat, traveling long distances (25 miles) and up in elevation (4500-6000 feet increase) to forage in high elevation meadows (Rabe et al. 1998, Siders et al. 1999).

The spotted bat appears mostly solitary, forming small nursery colonies or groups in hibernation. Little is known about hibernation or annual movement patterns, although they have been found in buildings in Nevada in September. Details of mortality are unknown, although known predators include kestrels and owls.

Little is known of the reproductive biology of the species. A single young is born, probably in late May or mid-June. One newborn weighed 4 grams, which is 25% the weight of its mother.

BLM_0022651

The preferred food of the spotted bat is moths (Painter et al. 2009). Apparently only the abdomens are eaten as the spotted bat has been observed to remove and discard wings and heads of captured prey. Other food items include beetles, katydids, and grasshoppers. Foraging occurs throughout the night in open habitat, 5-10 meters above the ground.

Suitable habitat is present within the planning area. The spotted bat is rare in western Colorado but may possibly occur within the planning area. Surveys have not been conducted to determine the presence of this species, but acoustic detections have been documented for the Paradox Valley to the northwest of the planning area.

- Big free-tailed bat - *Nyctinomops macrotis*
The big free-tailed bat occurs mainly in southern California, Arizona, New Mexico, Texas and Mexico. This migratory species is a swift, powerful flier, and occasional individuals wander as far north as Canada. Only a few have been documented in Colorado, on both sides of the Continental Divide and as high as Gunnison (at 7,700 feet). Long thought to be an accidental wanderer in Colorado, recent preliminary data now suggest the presence of breeding colonies in southern Utah and adjacent Colorado. Acoustic detections of big free-tailed bats have been documented in various locations within the UFO from Cedaredge to Paradox Valley

The big free-tailed bat frequents rocky canyons and rugged terrain in desert and woodland habitats. For roosting, they prefer rock crevices in high cliffs, but also uses buildings, caves, and occasionally tree holes.

Breeding probably occurs in midwinter while the species is in warmer latitudes. A single young is born in mid-June to early July. Females form small nursery colonies, and the young do not leave the nursery until they are almost full grown.

Moths seem to be the mainstay of their diet, although little data has been collected. This bat emerges late in the evening and forages at high altitudes.

Suitable habitat is present within the planning area. This species may occur within the planning area but site specific surveys have not been completed to determine species presence. Acoustic records for this species have been documented in Paradox Valley, northwest of the planning area.

- Allen's big-eared bat - *Idionycteris phyllotis*
The Allen's big-eared bat is found in extreme southern Nevada, the southern third of Utah, throughout Arizona, in the southwestern quarter of New Mexico, and south through the interior of Mexico. It is considered to be rare in western Colorado.

They are most often associated with ponderosa pine, pinyon-juniper, pine-oak woodland, and riparian habitats above 3,000 feet. Maternity colonies of 30 to 150 individuals have been found in crack in cliff faces, mine shafts, boulder piles, lava beds, and beneath the loose bark of large ponderosa pine snags.

BLM_0022652

Colonies are most often found in rocky places near riparian habitat or woodlands. These bats feed on moths, soldier beetles, dung beetles, leaf beetles, roaches, and flying ants, either catching them in flight or gleaning them from foliage.

Suitable habitat may be present within the planning area. There are no known occurrences of this species within or adjacent to the planning area but site-specific surveys have not been conducted to determine species presence.

- Townsend's big-eared bat - *Corynorhinus townsendii*
This is a bat of western North America, ranging from southern British Columbia to southern Mexico. Townsend's big-eared bats can be found throughout Colorado except in the eastern plains. Its distribution seems to be determined by the availability of roosts such as caves, mines, tunnels, crevices and masonry structures, and suitable roosting sites are one of the primary limiting factors to this species.

The Townsend's big-eared bat is generally solitary or gathers in small groups, although during the summer females may form larger maternity colonies. In Colorado they occur in mines, caves and structures in woodlands and forests to elevations above 9,500 feet.

Breeding occurs in the fall, with ovulation, fertilization, implantation, and gestation occurring in the spring. Gestation takes 50-60 days to produce one young which is born in mid-June and can fly in 2 ½ to 3 weeks.

This bat feeds mainly on small moths, but also eats beetles, flies, and wasps. The Townsend's big-eared bat is usually a late flier and forages along the edge of vegetation. They sometimes glean insects from the vegetation.

Populations of Townsend's big-eared bat are highly susceptible to disturbance in their nursery and hibernacula. Roost sites need to be protected for species conservation.

Suitable habitat is present within the planning area. Acoustic records for this species have been documented for Paradox Valley northwest of the planning area. This species may occur within the planning area but site specific surveys have not been completed to determine species presence.

- Midget-faded rattlesnake - *Crotalus oreganus concolor*
The midget-faded rattlesnake is one of the smallest rattlesnakes in the Colorado Plateau region of the United States. The Green River formation in Southwestern Wyoming, Eastern Utah, and Western Colorado make up the entire range of the midget-faded rattlesnake. They are known to occur in San Miguel, Delta and Montrose Counties.

Midget-faded rattlesnakes prefer rocky outcrops in areas dominated by sage, but will also utilize riparian, salt shrub, mountain shrub, and pinyon-juniper habitats. The rock outcrops are focal points in their habitat that provide cover and hibernacula. Suitable outcrops typically provide several den sites.

BLM_0022653

This subspecies typically reproduces biennially, triennially or even longer. Gravid females have been found to only move short distances from the den site after emergence until parturition in late August to mid-September.

These snakes tend to be prey generalists that will feed on anything they can catch and swallow. Small mammals such as mice or lizards are their primary diet.

Suitable habitat is present within the planning area. Midget-faded rattlesnakes may occur within the planning area but site specific surveys have not been completed to determine species presence.

•Milk snake - *Lampropeltis triangulum taylori*
The milk snake ranges from extreme southern Canada to northern South America. There are three subspecies recognized in the State of Colorado. They occur throughout most of eastern and southern Colorado at elevations below 8,000 feet and in west-central Colorado below about 6,000 feet.

The milk snake occurs in a wide variety of habitats in Colorado including shrubby hillsides, canyons, pinyon-juniper woodland, and open stands of ponderosa pine. They hibernate in rock crevices, under logs or other debris. After emergence in June they will remain active until September or October. Females typically lay eggs in the month of July, and the young hatch in August or early September.

The milk snake is a constrictor and eats a variety of small vertebrates including small mammals, birds, lizards, snakes, and bird or reptile eggs.

Suitable habitat is present within the planning area. They are considered to be unusual but locally common in San Miguel and Montrose counties. Site-specific surveys have not been conducted to determine the presence of this species in the planning area.

•Northern leopard frog - *Lithobates pipiens*
The range of the northern leopard frog extends from southern Canada and northern United States south to Maryland, West Virginia, Kentucky, northern Illinois, extreme northwestern Missouri, Nebraska, New Mexico, Arizona, and eastern California. They occur throughout Colorado, excluding most of the southeastern and east-central portions of the state. Elevational range extends from below 3,500 feet in northeastern Colorado to above 11,000 feet in southern Colorado. NDIS data records indicate that the northern leopard frog occurs in both San Miguel and Montrose Counties.

Typical habitats include wet meadows and the banks and shallows of marshes, ponds, glacial kettle ponds, beaver ponds, lakes, reservoirs, streams, and irrigation ditches. Little information is available on northern leopard frog food habits in Colorado, but invertebrates undoubtedly dominate the diet of adults.

The planning area is within the range of the northern leopard frog and Naturita Creek contains wetland and riparian habitat that is suitable

xxviii

BLM_0022654

for this species.  There are no records of this species occurring within the planning area but site specific surveys have not been conducted to determine the presence of this species.

• Canyon treefrog - *Hyla arenicolor*
The range of the canyon treefrog extends from southern Utah and southern Colorado south through Arizona, New Mexico, and western Texas to central Mexico. It occurs in western Colorado along the southern edge of the Colorado River valley, east to Grand Junction, and along the Dolores River and its tributaries from near the Utah border south into San Miguel County, mainly at elevations of about 4,500–6,300 feet (1,370–1,920 m).

The canyon treefrog occurs along intermittent streams in deep, rocky canyons.  Known foods include beetles, ants, caterpillars, caddis flies, centipedes, spiders, and worms.

The planning area is within the range of the canyon treefrog and Naturita Creek contains wetland and riparian habitat that is suitable for this species.  There are no records of this species occurring within the planning area but site specific surveys have not been conducted to determine the presence of this species.

• Roundtail chub - *Gila robusta*
The roundtail chub is endemic to the Colorado River Basin in Wyoming and Colorado. Historically, roundtail chub were known to commonly occur in most medium to large tributaries of the Upper Colorado River Basin and in the lower elevation streams including the Colorado, Dolores, Duchesne, Escalante, Green, Gunnison, Price, San Juan, San Rafael, White, and Yampa rivers.

In Colorado they are currently found in the larger rivers and tributary streams, quite often in slow moving waters adjacent to areas of faster water.  They utilize warm-water rocky runs, rapids, and pools of creeks and small to large rivers with a cobble-rubble, sand-cobble, or sand-gravel substrate.

• Naturita Creek provides suitable habitat for the roundtail chub within the planning area.   Surveys recently conducted by the Colorado Parks and Wildlife (CPW) have located roundtail chub in the San Miguel River and lower Naturita Creek.

• Bluehead sucker - *Catostomus discobolus*
The bluehead sucker is found throughout the middle and upper Colorado River Drainage in Colorado, New Mexico, Arizona, Utah and Wyoming. In Colorado, the species is restricted to Western Slope waters. In some waters, such as the Gunnison River above Blue Mesa Reservoir, this species and the flannelmouth sucker seem to have been replaced by introduced white and longnose suckers since the 1960's. The white and longnose suckers, introduced from East Slope waters, have replaced the flannelmouth and bluehead in the upper Gunnison River. Competition with the introduced species and/or cold water temperatures from reservoir releases probably led to the disappearance of the flannelmouth sucker from the upper Gunnison

xxix

BLM_0022655

The bluehead sucker is found in a wide variety of areas from headwater streams to large rivers. It is absent in areas of standing water, requiring water of moderate-to-fast velocity. The species also prefers a rock substrate. If a river substrate is composed of sand, bluehead suckers are found where rock shoals created by talus slopes reach into the water.

Naturita Creek provides suitable habitat for bluehead sucker within the planning area.   Surveys recently conducted by the CPW have located bluehead sucker in the San Miguel River and lower Naturita Creek.

- Flannelmouth sucker - *Catostomus latipinnis*
The flannelmouth sucker is restricted to larger streams and rivers in the middle and upper Colorado River Drainage, including parts of Wyoming, Colorado, New Mexico, Utah, Arizona and Nevada.  In Colorado, the flannelmouth sucker is found only in large river systems on the western slope. This species and the bluehead sucker have disappeared from some waters, such as the Gunnison River above Blue Mesa Reservoir, since the 1960's.  The white and longnose suckers, introduced from East Slope waters, have replaced the flannelmouth and bluehead in the upper Gunnison River. Competition with the introduced species and/or cold water temperatures from reservoir releases probably led to the disappearance of the flannelmouth sucker from the upper Gunnison.

The flannelmouth sucker inhabits larger streams and rivers in all habitat types including riffles, runs, eddies, and backwaters. The species does not appear to maintain viable populations in impoundments.

Naturita Creek provides suitable habitat for flannelmouth sucker within the planning area.   Surveys recently conducted by the CPW have located flannelmouth sucker in the San Miguel River and lower Naturita Creek.

- Grand Junction milkvetch - *Astragalus linifolius*
Grand Junction milkvetch is a member of the Pea Family (*Fabaceae*).  It is a Colorado endemic, found on the Eastern base of the Uncompahgre Plateau in Delta, Mesa and Montrose Counties.  Known populations grow on sparsely vegetated habitats in pinyon-juniper and sagebrush communities at elevations between 4,800 and 6,200 feet, on soils derived from the Chinle and Morrison Formation and selenium-bearing soils.

The planning area is outside the known range of Grand Junction milkvetch but contains suitable habitat for this species.  There are no records of this species occurring within the planning area but site specific surveys have not been conducted to determine the presence of this species.

- Naturita milkvetch - *Astragalus naturitensis*
Naturita milkvetch is a member of the Pea Family (*Fabaceae).*  It is found in New Mexico, Utah and Colorado (Mesa, Montezuma, Montrose and San Miguel Counties) and it is known to occur in the Mailbox Park area.  It is found in areas with shallow soils over exposed bed rock in pinyon-juniper woodlands, typically between 5000 and 7000 feet in elevation.  This plant seems to tolerate and even thrive on some disturbance but is apparently not impacted by livestock grazing on open rangelands.  The flowering period for Naturita milkvetch

xxx

BLM_0022656

occurs from April to early June, with the fruiting period between late May and early June.

The planning area is within the possible range of Naturita milkvetch and contains suitable habitat for this species. There are no records of this species occurring within the planning area but site specific surveys have not been conducted to determine the presence of this species.

• San Rafael milkvetch - *Astragalus rafaelensis*
The San Rafael milkvetch is a member of the Pea Family (*Fabaceae*). It is found in eastern Utah and portions of western Colorado. In Colorado known populations are located in the Dolores River Valley of Montrose County. They are found growing on the banks of sandy clay gulches and hills, at the foot of sandstone outcrops, or among boulders along dry watercourses in seleniferous soils derived from shale or sandstone formations, typically between 4,400 and 6,500 feet in elevation.

The planning area is outside the known range of San Rafael milkvetch but may contain suitable habitat for this species. There are no records of this species occurring within the planning area but site specific surveys have not been conducted to determine the presence of this species.

• Paradox Valley (Payson's) lupine - *Lupinus crassus*
The Paradox Valley, or Payson's lupine is a member of the Pea Family (*Fabaceae*). It is strictly a Colorado endemic, found in the western portion of Montrose County where it is known to occur in the uplands near Naturita. Known populations are found in pinyon-juniper woodlands or clay barrens derived from Chinle or Mancos Formation shales. Within these habitat types it is found in draws and dry washes with sparse vegetation, typically between 5000 and 5800 feet in elevation. The flowering period occurs in May with fruiting between May and June.

The planning area is outside the known range of Paradox Valley lupine but contains suitable habitat for this species. Known populations are from a very limited area of Montrose County. There are no records of this species occurring within the planning area but site specific surveys have not been conducted to determine the presence of this species.

• Paradox breadroot - *Pediomelum aromaticum*
The Paradox breadroot is a member of the Pea Family (*Fabaceae*). It is found in Arizona, Utah and Colorado (Mesa and Montrose Counties) where it grows in open pinyon-juniper woodlands, in sandy soils or adobe hills, typically between 4,800 and 5,700 feet in elevation. The flowering period for this species is during May and June, with fruiting in June.

The planning area is outside the known range of Paradox breadroot but contains suitable habitat for this species. At this time known locations for Paradox breadroot are near the Utah border at lower elevations than the planning area. There are no records of this species occurring within the planning area but site specific surveys have not been conducted to determine the presence of this species.

BLM_0022657

The following table lists all potentially occurring BLM sensitive species in the Uncompahgre field Office

| BLM Sensitive Species of the UFO[1] | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SPECIES** | **HABITAT DESCRIPTION[2]** | **KNOWN[3]** | **RANGE[4]** | **HABITAT[5]** | **NO EFFECT[6]** | **MAI[7]** | **LFL[8]** |
| **Birds** | | | | | | | |
| Bald eagle *(Haliaeetus leucocephalus)* | Nests in forested rivers and lakes; winters in upland areas, often with rivers or lakes nearby | No known breeding occurrences in or near planning area. Wintering bald eagles are common on Wright's Mesa to the north and they may forage in the planning area. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Northern goshawk *(Accipiter gentilis)* | Breeds primarily in mature ponderosa pine, aspen, and mixed aspen/conifer forests. | Nesting pairs have been documented on the adjacent National Forest. | ☒ | ☒ | ☐ | ☒ | ☐ |
| American peregrine falcon *(Falco peregrines anatum)* | Open country near cliff habitat, often near water such as rivers, lakes, and marshes; nests on ledges or holes on cliff faces and crags | Nearest known breeding pairs in Dolores River Canyon approximately 20 miles west of the planning area. | ☒ | ☐ | ☒ | ☐ | ☐ |
| Ferruginous hawk *(Buteo regalis)* | Open, rolling and/or rugged terrain in grasslands and shrubsteppe communities; also grasslands and cultivated fields; nests on cliffs and rocky outcrops. | Primarily occur in eastern plains of Colorado. | ☒ | ☐ | ☒ | ☐ | ☐ |
| Brewer's sparrow *(Spizella breweri)* | Breeds primarily in big sagebrush, but also in other shrublands such as mountain mahogany or rabbitbrush; migrants seen in wooded, brushy, and weedy riparian, agricultural, and urban areas; occasionally observed in pinyon-juniper. | Breeding pairs or migrants may occur in the planning area. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Burrowing owl | Level to gently sloping grasslands and semi- | | | | | | |

BLM_0022658

| BLM Sensitive Species of the UFO[1] | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SPECIES** | **HABITAT DESCRIPTION[2]** | **KNOWN[3]** | **RANGE[4]** | **HABITAT[5]** | **NO EFFECT[6]** | **MAI[7]** | **LFL[8]** |
| *(Athene cunicularia)* | desert grasslands; Prairie dog colonies for shelter and food | None | ☒ | ☐ | ☒ | ☐ | ☐ |
| Columbian sharp-tailed grouse *(Tympanuchus phasianellus)* | Native bunchgrass and shrub-steppe communities for nesting; mountain shrubs including serviceberry are critical for winter food and escape cover. Thought to be extirpated from UFO. | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| Long-billed curlew *(Numenius americanus)* | Lakes and wetlands and adjacent grassland and shrub communities | Rare species. Not known to occur in the planning area. | ☒ | ☒ | ☐ | ☒ | ☐ |
| White-faced ibis *(Plegadis chihi)* | Marshes, swamps, ponds and rivers | None | ☒ | ☒ | ☐ | ☒ | ☐ |
| American white pelican *(Pelecanus erythrorhynchos)* | Typically large reservoirs but also observed on smaller water bodies including ponds; nests on islands | None | ☒ | ☐ | ☒ | ☐ | ☐ |
| Black swift *(Cypseloides niger)* | Nests on precipitous cliffs near or behind high waterfalls; forages from montane to adjacent lowland habitats | None | ☒ | ☐ | ☒ | ☐ | ☐ |
| **Mammals** | | | | | | | |
| Desert bighorn sheep *(Ovis canadensis nelsoni)* | Steep, mountainous or hilly terrain dominated by grass, low shrubs, rock cover, and areas near open escape and cliff retreats; in the resource area, concentrated along major river corridors and canyons | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| White-tailed prairie dog *(Cynomys leucurus)* | Level to gently sloping grasslands and semi-desert grasslands from 5,000' – 10,000' in elevation. Common on Wright's Mesa. | None | ☒ | ☐ | ☒ | ☐ | ☐ |
| Kit fox *(Vulpes macrotis)* | Semi-desert shrublands of saltbrush, shadscale and greasewood often in association with prairie dog towns | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| Fringed myotis *(Myotis thysanodes)* | Ponderosa pine, pinyon-juniper, mountain shrub, and desert shrub. Roost in rock crevices, caves, mines, buildings and trees. | Occur in scattered populations in western Colorado. May occur. | ☒ | ☒ | ☐ | ☒ | ☐ |

BLM_0022659

| BLM Sensitive Species of the UFO[1] | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SPECIES** | **HABITAT DESCRIPTION[2]** | **KNOWN[3]** | **RANGE[4]** | **HABITAT[5]** | **NO EFFECT[6]** | **MAI[7]** | **LFL[8]** |
| Spotted bat *(Euderma maculatum)* | Desert shrub, ponderosa pine, pinyon-juniper woodland, canyon bottoms, open pasture, and hayfields.  Roost in rock crevices in cliffs with surface water nearby. | Rare in western Colorado but may possibly occur. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Big free-tailed bat *(Nyctinomops macrotis)* | Rocky canyons and rugged terrain in desert and woodland habitats. Roost in rock crevices in cliffs and in buildings, caves, and occasionally tree holes | Small scattered populations in Colorado and eastern Utah. May occur. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Allen's big-eared bat *(Idionycteris phyllotis)* | Mountainous areas of ponderosa pine, pinyon-juniper, pine-oak woodland, and riparian habitats | Rare in western Colorado but may possibly occur. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Townsend's big-eared bat *(Corynorhinus townsendii)* | Mesic habitats including coniferous forests, deciduous forests, sagebrush steppe, juniper woodlands, and mountain; maternity roosts and hibernation in caves and mines; does not use crevices or cracks; caves, buildings, and tree cavities for night roosts | May occur. | ☒ | ☒ | ☐ | ☒ | ☐ |
| **Reptiles and Amphibians** | | | | | | | |
| Longnose leopard lizard *(Gambelia wislizenii)* | Desert and semidesert areas with scattered shrubs or other low plants; e.g., sagebrush; areas with abundant rodent burrows, typically below 5,000' in elevation | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| Midget-faded rattlesnake *(Crotalus viridis concolor)* | Prefer rocky outcrops in areas dominated by sag Also utilize riparian, salt shrub, mountain shrub, pinyon-juniper. | Uncommon in San Miguel County.  May occur. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Milk snake *(Lampropeltis triangulum taylori)* | Shrubby hillsides, canyons, pinyon-juniper woodland, ponderosa pine stands; hibernates in rock crevices. | Unusual but locally common in San Miguel and Montrose counties. May occur. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Northern leopard frog *(Rana pipiens)* | Springs, slow-moving streams, marshes, bogs, ponds, canals, flood plains, reservoirs, and lakes; in summer, commonly inhabits wet meadows and fields; may forage along water's edge or in nearby meadows or fields | Unusual but locally common in San Miguel and Montrose counties. May occur. | ☒ | ☒ | ☐ | ☒ | ☐ |

xxxiv

BLM_0022660

| BLM Sensitive Species of the UFO[1] | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SPECIES** | **HABITAT DESCRIPTION**[2] | **KNOWN**[3] | **RANGE**[4] | **HABITAT**[5] | **NO EFFECT**[6] | **MAI**[7] | **LFL**[8] |
| Canyon treefrog *(Hyla arenicolor)* | Rocky canyon bottoms along intermittent or perennial streams in temporary or permanent pools or arroyos ; semi-arid grassland, pinyon-juniper, pine-oak woodland, scrubland, and montane zones; elevation 1000' - 10,000' | None | ☒ | ☒ | ☐ | ☒ | ☐ |
| Boreal toad *(Anaxyrus boreas boreas)* | Mountain lakes, ponds, meadows, and wetlands in subalpine forest (e.g., spruce, fir, lodgepole pine, aspen); feed in meadows and forest openings near water but sometimes in drier forest habitats | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Fish** | | | | | | | |
| Roundtail chub *(Gila robusta)* | Warm-water rocky runs, rapids, and pools of creeks and small to large rivers; also large reservoirs in the upper Colorado River system; generally prefers cobble-rubble, sand-cobble, or sand-gravel substrate | Species found in San Miguel River and lower Naturita Creek. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Bluehead sucker *(Catostomus discobolus)* | Large rivers and mountain streams, rarely in lakes; variable, from cold, clear mountain streams to warm, turbid streams; moderate to fast flowing water above rubble-rock substrate; young prefer quiet shallow areas near shoreline | Species found in San Miguel River and lower Naturita Creek. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Flannelmouth sucker *(Catostomus latipinnis)* | Warm moderate- to large-sized rivers, seldom in small creeks, absent from impoundments; pools and deeper runs often near tributary mouths; also riffles and backwaters; young usually in shallower water than are adults | Species found in San Miguel River and lower Naturita Creek. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Colorado River cutthroat trout *(Oncorhynchus clarki pleuriticus)* | Cool, clear streams or lakes with well-vegetated streambanks for shading cover and bank stability; deep pools, boulders, and logs; thrives at high elevations | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Plants** | | | | | | | |
| Debeque milkvetch *(Astragalus debequaeus)* | Varicolored, fine-textured, seleniferous, saline soils of the Wasatch Formation-Atwell Gulch Member; elevation 5100' – 6400' | None | ☐ | ☐ | ☒ | ☐ | ☐ |

xxxv

BLM_0022661

| BLM Sensitive Species of the UFO[1] | | | | | | | |
|---|---|---|---|---|---|---|---|
| SPECIES | HABITAT DESCRIPTION[2] | KNOWN[3] | RANGE[4] | HABITAT[5] | NO EFFECT[6] | MAI[7] | LFL[8] |
| Grand Junction milkvetch *(Astragalus linifolius)* | Grows on the Chinle and Morrison Formations, with pinyon-juniper and sagebrush. Elev. 4800-6200 ft. | Colorado endemic. Found on the Eastern base of the Uncompahgre Plateau in Delta, Mesa and Montrose Counties. Unlikely to occur. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Naturita milkvetch *(Astragalus naturitensis)* | Sandstone mesas, ledges, crevices and slopes in pinyon-juniper woodlands. Elev. 5000-7000 ft. | Found in New Mexico, Utah and Colorado (Mesa, Montezuma, Montrose and San Miguel Counties.) May occur. | ☒ | ☒ | ☐ | ☒ | ☐ |
| San Rafael milkvetch *(Astragalus rafaelensis)* | Gullied hills, washes and talus under cliffs; in seleniferous clayey, silty, or sandy soils. Elev. 4400-6500 ft. | Found in Utah and Colorado (Dolores River Valley, Montrose Co.) Unlikely to occur. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Gypsum Valley cateye *(Cryptantha gypsophila)* | Confined to scattered gypsum outcrop and grayish-white, often lichen-covered, soils of the Paradox Member of the Hermosa Formation; often the dominant plant at these sites; elevation 5200' – 6500' | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| Fragile (slender) rockbrake *(Cryptogramma stelleri)* | Cool, moist, sheltered calcareous cliff crevices and rock ledges | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| Kachina daisy (fleabane) *Erigeron kachinensis* | Saline soils in alcoves and seeps in canyon walls; elevation 4800' – 5600' | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| Montrose (Uncompahgre) bladderpod *(Lesquerella vicina)* | Sandy-gravel soil mostly of sandstone fragments over Mancos Shale (heavy clays) mainly in pinyon-juniper woodlands or in the ecotone between it and salt desert scrub; also in sandy soils derived from Jurassic sandstones and in sagebrush steppe communities; elevation 5800' – 7500' | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| Colorado (Adobe) desert parsley | Adobe hills and plains on rocky soils derived from Mancos Formation shale; shrub | | | | | | |

BLM_0022662

| BLM Sensitive Species of the UFO[1] | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SPECIES** | **HABITAT DESCRIPTION[2]** | **KNOWN[3]** | **RANGE[4]** | **HABITAT[5]** | **NO EFFECT[6]** | **MAI[7]** | **LFL[8]** |
| *(Lomatium concinnum)* | communities dominated by sagebrush, shadscale, greasewood, or scrub oak; elevation 5500' – 7000' | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| Paradox Valley (Payson's) lupine *(Lupinus crassus)* | Pinyon-juniper woodlands, or clay barrens derived from Chinle or Mancos Formation shales. Draws and washes with sparse vegetation. Elev. 5000-5800 ft. | Colorado endemic, Montrose Co. May occur. | ☒ | ☒ | ☐ | ☒ | ☐ |
| Dolores skeleton plant *(Lygodesmia doloresensis)* | Reddish purple, sandy alluvium and colluviums of the Cutler Formation between the canyon walls and the river in juniper, shadscale, and sagebrush communities; elevation 4000' – 5500' | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| Eastwood's monkey-flower *(Mimulus eastwoodiae)* | Shallow caves and seeps on steep canyon walls; elevation 4700' – 5800' | None | ☐ | ☐ | ☒ | ☐ | ☐ |
| Paradox breadroot *(Pediomelum aromaticum)* | Open pinyon-juniper woodlands, in sandy soils or adobe hills.  Elev. 4,800 – 5,700 Ft. | Found in Arizona, Utah and Colorado (Mesa and Montrose Co.)  May occur. | ☒ | ☒ | ☐ | ☒ | ☐ |
| **Invertebrates** | | | | | | | |
| Great Basin silverspot butterfly *Speyeria nokomis* | Found in streamside meadows and open seepage areas with an abundance of violets | None | ☐ | ☐ | ☒ | ☐ | ☐ |

1 Based on Colorado BLM State Director's Sensitive Species List (Last update: April 15, 2011).
2 Van Reyper G. 2006. Bureau of Land Management TES [threatened, endangered, sensitive] species descriptions. Uncompahgre Field Office, Montrose, CO, updated 2009/2010.Unpublished document.  Spackman SB, JC Jennings, C Dawson, M Minton, A Kratz, C Spurrier. 1997. Colorado rare plant field guide. Prepared for the BLM, USFS, and USFWS by the Colorado Natural Heritage Program.
3 Potential and/or known occurrences in Planning Area. Assessment based on UFO files and GIS data, partner data, and local knowledge.
4 Planning area is within the current known range of the species
5 Planning area contains suitable habitat for the species
6 Project activities will have "No Effect" to the species or its habitat
7 Project activities may effect individuals of the species or its habitat, but not likely to result in a trend toward federal listing
8 Project activities are likely to result in a trend toward federal listing for the species

BLM_0022663

| Appendix F BIRDS OF CONSERVATION CONCERN OF THE UFOi | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SPECIES | HABITAT DESCRIPTION ii | RANGE/ STATUS iii | KNOWN iv | RANGE v | HABITAT vi | NO EFFECT vii | MAI viii | LFL ix |
| Gunnison sage grouse *Centrocercus minimus* | Sagebrush communities (especially big sagebrush) for hiding and thermal cover, food, and nesting; open areas with sagebrush stands for leks; sagebrush-grass-forb mix for nesting; wet meadows for rearing chicks | Year-round resident, breeding | See assessment under Sensitive Species Section | | | | | |
| American bittern *Botaurus lentiginosus* | Marshes and wetlands; ground nester | Spring/ summer resident, breeding confirmed in the region but not within the UFO | None | ☒ | ☒ | ☐ | ☒ | ☐ |
| Bald eagle 10 *Haliaeetus leucocephalus* | Nests in forested rivers and lakes; winters in upland areas, often with rivers or lakes nearby | Fall/winter resident, no confirmed breeding | See assessment under Sensitive Species Section | | | | | |
| Ferruginous hawk *Buteo regalis* | Open, rolling and/or rugged terrain in grasslands and shrubsteppe communities; also grasslands and cultivated fields; nests on cliffs and rocky outcrops | Fall/ winter resident, non-breeding | See assessment under Sensitive Species Section | | | | | |
| Golden eagle *Aquila chrysaetos* | Open country, grasslands, woodlands, and barren areas in hilly or mountainous terrain; nests on rocky outcrops or large trees | Year-round resident, breeding | ☐ | ☒ | ☒ | ☐ | ☒ | ☐ |
| Peregrine falcon 10 *Falco peregrinus* | Open country near cliff habitat, often near water such as rivers, lakes, and marshes; nests on ledges or holes on cliff faces and | Spring/summer resident, breeding | See assessment under Sensitive Species Section | | | | | |

BLM_0022664

| Appendix F |
|---|
| **BIRDS OF CONSERVATION CONCERN OF THE UFOi** |

| SPECIES | HABITAT DESCRIPTION ii | RANGE/ STATUS iii | KNOWN iv | RANGE v | HABITAT vi | NO EFFECT vii | MAI viii | LFL ix |
|---|---|---|---|---|---|---|---|---|
| | crags | | | | | | | |
| Prairie falcon *Falco mexicanus* | Open country in mountains, steppe, or prairie; winters in cultivated fields; nests in holes or on ledges on rocky cliffs or embankments | Year-round resident, breeding | ☐ | ☒ | ☒ | ☐ | ☒ | ☐ |
| Long-billed curlew *Numenius americanus* | Lakes and wetlands and adjacent grassland and shrub communities | Spring/ fall migrant, non-breeding | See assessment under Sensitive Species Section |
| Snowy plover [11] *Charadrius alexandrines* | Sparsely vegetated sand flats associated with pickleweed, greasewood, and saltgrass | Spring migrant, non-breeding | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Mountain plover *Charadrius montanus* | High plain, cultivated fields, desert scrublands, and sagebrush habitats, often in association with heavy grazing, sometimes in association with prairie dog colonies ; short vegetation | Spring/ fall migrant, non-breeding | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Yellow-billed cuckoo *Coccyzus americanus* | Riparian, deciduous woodlands with dense undergrowth; nests in tall cottonwood and mature willow riparian, moist thickets, orchards, abandoned pastures | Summer resident, breeding | See assessment under Sensitive Species Section |
| Flammulated owl *Otus flammeolus* | Montane forest, usually open and mature conifer forests; prefers ponderosa pine and Jeffrey pine | Summer resident, breeding | ☒ | ☒ | ☐ | ☐ | ☒ | ☐ |
| Burrowing owl | Open grasslands and low | | | | | | | |

xxxix

BLM_0022665

| Appendix F | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **BIRDS OF CONSERVATION CONCERN OF THE UFOi** | | | | | | | | |
| **SPECIES** | **HABITAT DESCRIPTION ii** | **RANGE/ STATUS iii** | **KNOWN iv** | **RANGE v** | **HABITAT vi** | **NO EFFECT vii** | **MAI viii** | **LFL ix** |
| *Athene cunicularia* | shrublands often in association with prairie dog colonies; nests in abandoned burrows created by mammals; short vegetation | Summer/ fall resident, breeding | See assessment under Sensitive Species Section | | | | | |
| Lewis's woodpecker *Melanerpes lewis* | Open forest and woodland, often logged or burned, including oak, coniferous forest (often ponderosa), riparian woodland, and orchards, less often in pinyon-juniper | Year-round resident, breeding | ☒ | ☒ | ☒ | ☐ | ☒ | ☐ |
| Willow flycatcher *Empidonax traillii* | Riparian and moist, shrubby areas; winters in shrubby openings with short vegetation | Summer resident, breeding | ☐ | ☒ | ☒ | ☐ | ☒ | ☐ |
| Gray vireo *Vireo vicinior* | Pinyon-juniper and open juniper-grassland | Summer resident, breeding | ☒ | ☒ | ☒ | ☐ | ☒ | ☐ |
| Pinyon jay *Gymnorhinus cyanocephalus* | Pinyon-juniper woodland | Year-round resident, breeding | ☒ | ☒ | ☒ | ☐ | ☒ | ☐ |
| Juniper titmouse *Baeolophus griseus* | Pinyon-juniper woodlands, especially juniper; nests in tree cavities | Year-round resident, breeding | ☒ | ☒ | ☐ | ☐ | ☒ | ☐ |
| Veery *Catharus fuscescens* | Deciduous forests, riparian, shrubs | Possible summer resident, observed recently in Gunnison County, possible breeding | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Bendire's thrasher *Toxostoma bendirei* | Desert, especially areas of tall vegetation, cholla cactus, creosote bush and yucca, and in juniper woodland | UFO is outside known range | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Grace's warbler *Dendroica graciae* | Mature coniferous forests | Summer resident, breeding | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Brewer's | Sagebrush-grass | | | | | | | |

BLM_0022666

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **Appendix F**<br>**BIRDS OF CONSERVATION CONCERN OF THE UFO[i]** |
| **SPECIES** | **HABITAT DESCRIPTION** [ii] | **RANGE/ STATUS** [iii] | **KNOWN** [iv] | **RANGE** [v] | **HABITAT** [vi] | **NO EFFECT** [vii] | **MAI** [viii] | **LFL** [ix] |
| sparrow *Spizella breweri* | stands; less often in pinyon-juniper woodlands | Summer resident, breeding | colspan=6 | See assessment under Sensitive Species Section |
| Grasshopper sparrow *Ammodramus savannarum* | Open grasslands and cultivated fields | UFO is outside known range | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Chestnut-collared longspur *Calcarius ornatus* | Open grasslands and cultivated fields | Spring migrant, non-breeding | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Black rosy-finch *Leucosticte atrata* | Open country including mountain meadows, high deserts, valleys, and plains; breeds/ nests in alpine areas near rock piles and cliffs | Winter resident, non-breeding | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ |
| Brown-capped rosy-finch *Leucosticte australis* | Alpine meadows, cliffs, and talus and high-elevation parks and valleys | Summer residents, breeding | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Cassin's finch *Carpodacus cassinii* | Open montane coniferous forests; breeds/ nests in coniferous forests | Year-round resident, breeding | ☒ | ☒ | ☐ | ☐ | ☒ | ☐ |

i U.S. Fish and Wildlife Service. 2008. Birds of Conservation Concern 2008. United States Department of Interior, Fish and Wildlife Service, Division of Migratory Bird Management, Arlington, Virginia. 85 pp. [Online version available at <http://www.fws.gov/migratorybirds/>].
ii Cornell Lab of Ornithology. All about birds: bird guide. <http://www.allaboutbirds.org/guide/> Accessed 05/15/2009.
iii Status within the UFO. San Juan Institute of Natural and Cultural Resources. Colorado Breeding Bird Atlas. Fort Lewis College, Durango, Colorado. <http://www.cobreedingbirdatlasii.org/> Accessed: 05/15/2009.
iv Potential and/or known occurrences in Planning Area. Assessment based on UFO files and GIS data, partner data, and local knowledge.
v Planning area is within the current known range of the species?
vi Planning area contains suitable habitat for the species?
vii Project activities will have no effect to the species or it's habitat
viii Project activities may effect individuals of the species or it's habitat, but not likely to result in a trend toward federal listing
ix Project activities are likely to result in a trend toward federal listing for the species

BLM_0022667

BLM_0022668

# BLM

## Grand Junction Field Office • COLORADO

# Grand Junction Field Office
# Record of Decision
# and
# Approved Resource Management Plan

BLM/CO/PL-15/016

U.S. Department of the Interior
Bureau of Land Management
August 2015

**BLM Mission**

To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.

BLM/CO/PL-15/016

Cover photo by Bob Wick, Wilderness, Wild and Scenic River, and Visual Resources Program Lead, Washington Office

BLM_0022669



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Colorado State Office
2850 Youngfield Street
Lakewood, Colorado 80215-7210
www.co.blm.gov



In Reply Refer To:
1610 (CON0-4000)

**AUG 1 0 2015**

Dear Reader:

After many years of hard work and collaboration by Bureau of Land Management (BLM) staff and the public, the Grand Junction Field Office (GJFO) completed its Approved Resource Management Plan (RMP) that includes a comprehensive Travel Management Plan (TMP). The Approved RMP will provide guidance to manage 1,061,400 acres of BLM land and 1,231,300 acres of Federal mineral estate administered that extends across four Colorado counties: Mesa, Garfield, Rio Blanco and Montrose.

The enclosed Record of Decision (ROD) and Approved RMP have been prepared in accordance with the Federal Land Policy and Management Act and the National Environmental Policy Act of 1969, as amended. The approval of this ROD serves as the final decision for all land use planning and implementation decisions described in the enclosed GJFO Approved RMP.

The Proposed RMP/Final Environmental Impact Statement (EIS) was subject to a 30-day protest period that ended on May 11, 2015. Nineteen protest letters were received. The BLM Director reviewed and denied all of the protests. Minor modifications and clarifications were made as a result of the protests and are discussed in Section 1.3 of the ROD. The 60 day Governor's consistency review period for the Proposed RMP/Final EIS, which ensures consistency with State government plans or policies, concluded June 8, 2015. The Governor's Office did not identify any inconsistencies with State government plans or policies.

The enclosed ROD also approves a TMP that includes route designations for the majority of the field office. Approval of the enclosed ROD (and the TMP) initiates a 30-day appeal period for TMP related implementation decisions (see Section 1.4.2 Implementation Decisions) of the ROD. The BLM will continue to coordinate with cooperating agencies and stakeholders to implement the TMP.

The ROD, Approved RMP and TMP are available at www.blm.gov/co/st/en/fo/gjfo.html. Limited printed copies or CD copies are available by request from the Grand Junction Field Office, 2815 H Road, Grand Junction, Colorado 81506, or by calling (970) 244-3000.

2

The BLM greatly appreciates all those who contributed to complete the GJFO RMP. Particularly the public that gave us feedback; our cooperating agencies, which included Federal, State, and local governments; the BLM Northwest Resource Advisory Council (and subgroup members); and Native American Tribes. The extensive public interest and involvement in this planning process has ensured that the Approved RMP will sustain the health, diversity, and productivity of BLM lands for the use and enjoyment of present and future generations.

Sincerely,

Ruth Welch
State Director

# APPENDIX A
# FIGURES

1-1     Project Planning Area
2-1     Wildlife Emphasis Areas
2-2     Little Book Cliffs Wild Horse Range
2-3     Visual Resource Management
2-4     Lands Managed for Wilderness Characteristics Outside Existing WSAs
2-5     Grazing Allotments
2-6     Extensive Recreation Management Areas
2-7     Special Recreation Management Areas
2-8     Comprehensive Travel and Transportation Management
2-9     Right-of-Way Corridors, Exclusion and Avoidance Areas
2-10    Land Tenure Adjustments
2-11    Coal Leasing
2-12    Fluid Minerals
2-13    No Surface Occupancy or Surface-disturbing Activities
2-14    Controlled Surface Use
2-15    Timing Limitations
2-16    Lands Withdrawn from Mineral Entry
2-17    Locatable Minerals
2-18    Mineral Materials
2-19    Non-energy Leasable Minerals
2-20    Areas of Critical Environmental Concern
2-21    Wilderness Study Areas
2-22    Segments Suitable for Inclusion in the National Wild and Scenic Rivers System
2-23    Water Intake Zone 3
2-24    Prairie Dog Towns
2-25    Surface Geology
2-26    Wildland Fire Management
2-27    Forest Management
2-28    Target Shooting Closures
2-29    Solar and Wind Energy Development Emphasis Areas
2-30    Oil Shale
2-31    National Scenic, Historic, and Recreational Trails and State and BLM Byways
3-1     Steep Slopes

BLM_0022672

3-2      Fragile and Slumping Soils
3-3      Saline Soils
3-4      Local Geologic Formations Affecting Water Quality
3-5      Municipal Watersheds and Source Water Protection Areas
3-6      Ecoregions
3-7      Major Vegetation Groups
3-8      Noxious Weeds: All Species Surveyed Since 2000
3-9      Elk Range
3-10     Mule Deer Range
3-11     Sage-grouse Habitat
3-12     Biomass Energy Potential
3-13     BLM Land Health Assessments
3-14     Land Health Assessment Below 6,000 Feet
3-15     Oil and Gas – Leases and Wells
3-16     Geothermal Energy Potential
3-17     Solar Energy Potential
3-18     Wind Energy Potential
3-19     Developed Recreation Sites
3-20     Right-of-Way Locations
3-21     Master Leasing Plan Surface Management and Split Estate
3-22     Master Leasing Plan Oil and Gas Leases
3-23     Bighorn Sheep
3-24     Pronghorn Antelope
4-1      Master Leasing Plan Oil and Gas Potential
4-2      Master Leasing Plan No Surface Occupancy
4-3      Master Leasing Plan Controlled Surface Use
4-4      Master Leasing Plan Timing Limitations
4-5      Master Leasing Plan ACECs and Wildlife Emphasis Areas
4-6      Master Leasing Plan Recreation Management Areas
4-7      Master Leasing Plan VRM Classes
4-8      Current Oil and Gas Leases and Proposed Fluid Minerals Leasing

BLM_0022673



Source: BLM 2010a

*Project Planning Area*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

Figure 1-1

0   2.5   5      10      15      20
Miles

**Legend:**
- GJFO Planning Area
- Bureau of Land Management
- National Conservation Area
- US Forest Service
- Private
- National Park Service
- State of Colorado
- Bureau of Reclamation
- Other Federal
- State of Colorado, County, or City Area
- State Boundary
- County Boundary
- River
- Road
- Town

BLM_0022674



Source: BLM 2010a

**Wildlife Emphasis Areas**

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of
these data. Original data were compiled from various sources. This information may not meet National Map
Accuracy Standards. This project was developed through digital means and may be updated without notice.
Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

Figure A-1

Legend:
- Beehive
- Blue Mesa
- Bull Hill
- East Salt Creek
- Glade Park
- Prairie Canyon Area
- Rapid Creek
- Sunnyside
- Timber Ridge
- Winter Flats

0  2.5  5    10    15    20
Miles

BLM_0022675



Little Book Cliffs Wild Horse Range

Source: BLM 2010a

*Little Book Cliffs Wild Horse Range*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5      18
Miles

Figure A-2

BLM Grand Junction Field Office Resource Management Plan



Source: BLM 2010a

**Visual Resource Management**

Class I
Class II
Class III
Class IV

0   2.5   5   10   15   20
Miles

Figure A-3

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

BLM_0022678



Area/allotment within the GJFO RMP with seasonal limitations for grazing

Grazing allotment managed and covered under the GJFO RMP open to grazing

Area/allotment within the GJFO RMP closed to grazing

Area within the GJFO RMP managed and covered under the Moab Field Office regarding grazing

Area within the GJFO RMP managed and covered under the White River Field Office regarding grazing

Source: BLM 2010a

*Grazing Allotments*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5      10       15       20
Miles

Figure A-5

BLM Grand Junction Field Office Resource Management Plan

BLM_0022679



*Extensive Recreation Management Areas*

Source: BLM 2010a

Extensive Recreation Management Area
Numbers represent SRMA Recreation Management Zones (RMZs).

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5      10      15      20
Miles

Figure A-6

BLM Grand Junction Field Office Resource Management Plan



Special Recreation Management Area

Numbers represent SRMA Recreation Management Zones (RMZs).

Source: BLM 2010a

*Special Recreation Management Areas*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5      10        15        20
Miles

Figure A-7

BLM Grand Junction Field Office Resource Management Plan

BLM_0022681



Source: BLM 2010a

Closed to Motorized & Mechanized (Open to Foot & Horse)

Closed to Motorized, Limited to Designated Routes for Mechanized (Open to Foot & Horse)

Limited to Designated Routes for Motorized and Mechanized Vehicles (Open to Foot & Horse)

Limited to Designated Routes for Foot, Horse & Mechanized (Closed to Motorized Use)

Seasonal Closure for Motorized and Mechanized Travel (Limited to Designated Routes When Closure is not in Effect)

Open to all Modes of Travel

Closed to All Modes of Travel

*Comprehensive Travel and Transportation Management*

0   2.5   5      10      15      20
Miles

Figure A-8

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

BLM_0022682



Source: BLM 2010a

**Right-of-Way Corridors, Exclusion and Avoidance Areas**

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5          10          15          20
Miles

Figure A-9

Legend:
- ROW Corridor
- ROW Exclusion Area
- ROW Avoidance Area

BLM Grand Junction Field Office Resource Management Plan

BLM_0022683



Land Available for Disposal
Land Available for Cooperative Management

Source: BLM 2010a

*Land Tenure Adjustments*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5    10    15    20
Miles

Figure A-10

BLM Grand Junction Field Office Resource Management Plan

BLM_0022684



Acceptable for Coal Leasing*

Unacceptable for Coal Leasing

*Within the coal resource development
potential area

Source: BLM 2010a

*Coal Leasing*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of
these data. Original data were compiled from various sources. This information may not meet National Map
Accuracy Standards. This project was developed through digital means and may be updated without notice.
Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5     10      15      20
Miles

Figure A-11

BLM Grand Junction Field Office Resource Management Plan

BLM_0022685



Open to Fluid Minerals Leasing

Closed to Fluid Minerals Leasing

Source: BLM 2010a

*Fluid Minerals*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5   10   15   20
Miles

Figure A-12

BLM Grand Junction Field Office Resource Management Plan

BLM_0022686



No Surface Occupancy or Surface-disturbing Activity

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

*No Surface Occupancy or Surface-disturbing Activities*

0  2.5  5      10        15        20
Miles

Figure A-13



Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Controlled Surface Use

*Controlled Surface Use*

0  2.5  5    10    15    20
Miles

Figure A-14

BLM Grand Junction Field Office Resource Management Plan



Timing Limitation

Source: BLM 2010a

*Timing Limitations*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5   10   15   20
Miles

Figure A-15

BLM Grand Junction Field Office Resource Management Plan

BLM_0022689



Source: BLM 2010a

*Lands Withdrawn from Mineral Entry*

**Legend:**
- BLM Protective Withdrawal
- Bureau of Reclamation Withdrawal
- Department of Energy Withdrawal
- Fish and Widlife Service Withdrawal

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5        10        15        20
Miles

Figure A-16

BLM Grand Junction Field Office Resource Management Plan

BLM_0022690



Area to be Petitioned for Withdrawal

Source: BLM 2010a

*Locatable Minerals*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5      10        15        20
Miles

Figure A-17

BLM Grand Junction Field Office Resource Management Plan



Open for Mineral Material Sales

Closed for Mineral Material Sales

Source:BLM 2010a

*Mineral Materials*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5      10      15      20
Miles

Figure A-18

BLM Grand Junction Field Office Resource Management Plan

BLM_0022692



Open to Non-energy Leaseable Minerals

Closed to Non-energy Leaseable Minerals (e.g. potash)

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Non-energy Leasable Minerals*

0  2.5  5    10    15    20
Miles

Figure A-19

BLM Grand Junction Field Office Resource Management Plan

BLM_0022693

Roan and Carr Creeks

Badger Wash

South Shale Ridge

Pyramid Rock

Atwell Gulch

Mt Garfield

Rough Canyon

Indian Creek

The Palisade

Unaweep Seep

Dolores River Riparian

Juanita Arch

Sinbad Valley

Area of Critical Environmental Concern

Source: BLM 2010a

**Areas of Critical Environmental Concern**

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5   10   15   20
Miles

Figure A-20

BLM Grand Junction Field Office Resource Management Plan

BLM_0022694



Source: BLM 2010a

*Wilderness Study Areas*

**Legend**
- Demaree Canyon
- Little Book Cliffs
- The Palisade
- Sewemup Mesa

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5    10    15    20
Miles

Figure A-21

BLM Grand Junction Field Office Resource Management Plan

BLM_0022695



Wild and Scenic River Study Segment on BLM-administered Land

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

*Segments Suitable for Inclusion in the NWSRS*

0   2.5   5        10        15        20
Miles

Figure A-22

BLM_0022696



Water Intake Zone 3

*Water Intake Zone 3*

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

Figure A-23

0  2.5  5      10      15      20
Miles

BLM_0022697



**Prairie Dog Towns**

Legend:
- Active Town
- CPW Prairie Dog Management Area

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5      10      15      20
Miles

Figure A-24

BLM Grand Junction Field Office Resource Management Plan

BLM_0022698



## Generalized Geologic Units

- Alluvium and eolian deposits (Quaternary)
- Qc  Colluvium (Quaternary)
- Qgo  Older gravel (Quaternary)
- Qd  Glacial drift (Quaternary)
- Tg  Green River Formation (Tertiary)
- Tw  Wasatch Formation (Tertiary)
- Kmv  Mesaverde Group (Cretaceous) - Mesaverde Fm, Castlegate SS, Farrer Fm, Hunter Canyon Fm, Mt Garfield Fm, Neslin Fm, Sego SS
- Km  Mancos Shale (Cretaceous)
- Kdb  Dakota SS and Burro Canyon Fm (Cretaceous)
- Jm  Morrison Formation (Jurassic)
- Jsv  Summerville Fm and Entrada SS (Jurassic)
- JTRgc  Glen Canyon Group (Jurassic/Triassic) - Navajo SS, Kayenta Fm, Wingate, SS
- TRcm  Chinle and Moenkopi Formations (Triassic)
- Pc  Cutler Formation (Permian)
- PPh  Hermosa Formation (Pennsylvanian)
- pC  Precambrian

Source: BLM 2010a

*Surface Geology*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5    10    15    20
Miles

Figure A-25

BLM Grand Junction Field Office Resource Management Plan

BLM_0022699



Allow Unplanned Fire for Resource Benefits

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Wildland Fire Management*

0   2.5   5      10      15      20
Miles

Figure A-26

BLM Grand Junction Field Office Resource Management Plan



Forestry Zone

Closed to Wood Product Sales or Harvest

Source: BLM 2010a

*Forest Management*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5       10       15       20
Miles

Figure A-27

BLM Grand Junction Field Office Resource Management Plan



**Target Shooting Closures**

Legend:
- Bangs SRMA
- Coal and Main Canyons
- Grand Valley OHV SRMA
- Gunnison River Bluffs ERMA
- Horse Mountain ERMA - Portions of RMZ 1 and 2 and adjoining lands
- Mt. Garfield ACEC
- North Fruita Desert SRMA
- North Fruita Desert Open Area
- Palisade Rim SRMA
- Pyramid Rock ACEC

Legal hunting not subject to the No Shooting restriction.

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

0  2.5  5    10    15    20
Miles

Figure A-28

BLM_0022702



Solar Emphasis Area

Wind Emphasis Area

Source: BLM 2010a

*Solar and Wind Energy Development Emphasis Areas*

0   2.5   5   10   15   20

Miles

Figure A-29

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

BLM_0022703



Federal Subsurface Minerals
Private Subsurface Minerals

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Oil Shale*

0  2.5  5    10    15    20
Miles

Figure A-30

BLM Grand Junction Field Office Resource Management Plan



Old Spanish National Historic Trail 100 meter corridor

National and State Scenic and Historic Byway

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

**National Scenic, Historic, and Recreational Trails and State and BLM Byways**

0   2.5   5        10        15        20
Miles

Figure A-31

BLM Grand Junction Field Office Resource Management Plan

BLM_0022705



**Steep Slopes**

Natural Slopes 25-40 percent

Steep Slopes 40-percent or Greater

Source: 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5        9        13.5       18
Miles

Figure A3-1

BLM Grand Junction Field Office Resource Management Plan

BLM_0022706



Source: BLM 2010a

**Fragile and Slumping Soils**

Slumping Soils
Fragile Soils

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5        10          15          20
Miles

Figure A3-2

BLM Grand Junction Field Office Resource Management Plan



Saline Soils

Source: BLM 2010a

*Saline Soils*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5     9     13.5     18
Miles

Figure A3-3

BLM Grand Junction Field Office Resource Management Plan

BLM_0022708



Salinity and/or Selinium Producing Formations

- ■ Tgg/Tg/Tgp/Tgrl/Tgru - Green River Formation
- ■ Tw/Two/Twr - Wasatch Formation
- ■ Km/Kml/Kmu - Mancos Shale
- ■ Jmb/Jms - Morrison Formation
- ☐ Non-Marine Derived Surface Geology

Source: BLM 2010a

*Local Geologic Formations Affecting Water Quality*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5      18
Miles

Figure A3-4

BLM Grand Junction Field Office Resource Management Plan

BLM_0022709



Source: BLM 2010a   *Municipal Watersheds and Source Water Protection Areas*

**Legend**

- City of Grand Junction Watershed
- City of Palisade Watershed (Sensitivity Unidentified)
- City of Palisade Watershed High Sensitivity
- City of Palisade Watershed Moderate Sensitivity
- City of Palisade Watershed Low Sensitivity
- Mesa/Powderhorn Municipal Watershed
- Jerry Gulch Watershed
- Colbran Buzzard Creek SurfaceWater Area
- Vega Groundwater Protection Area

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5      10      15      20
Miles

Figure A3-5

BLM Grand Junction Field Office Resource Management Plan

BLM_0022710



Ecoregions

Intermountain Semi-Desert Province
Nevada-Utah Mountain Semi-Desert
Southern Rocky Mountain Steppe

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5     9     13.5     18
Miles

Figure A3-6

BLM Grand Junction Field Office Resource Management Plan



Source: BLM 2010a

**Major Vegetation Groups**

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0 2.25 4.5    9    13.5    18
Miles

Figure A3-7

BLM Grand Junction Field Office Resource Management Plan

BLM_0022712



Source: BLM 2010a

## Noxious Weeds: All Species Surveyed Since 2000

Legend:
- Black Henbane
- Bull Thistle
- Canada Thistle
- Chicory
- Common Burdock
- Dalmatian Toadflax, Broad-Leaved
- Dalmatian Toadflax, Narrow-Leaved
- Diffuse Knapweed
- Hoary Cress
- Houndstongue
- Jointed Goatgrass
- Leafy Spurge
- Musk Thistle
- Oxeye Daisy
- Perennial Pepperweed
- Plumeless Thistle
- Purple Loosestrife
- Russian Knapweed
- Salt Cedar
- Scotch Thistle
- Spotted Knapweed
- Yellow Starthistle

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5   9   13.5   18
Miles

Figure A3-8

BLM Grand Junction Field Office Resource Management Plan



**Elk Range**

Source: BLM 2010a

Elk Production Area
Elk Severe Winter Range
Elk Winter Concentration Area

This map will be periodically updated to reflect the most current habitat mapping by CPW.

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5      10      15      20
Miles

Figure A3-9

BLM Grand Junction Field Office Resource Management Plan

BLM_0022714



Source: BLM 2010a

# Mule Deer Range

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0 2.5 5 10 15 20

Miles

Figure A3-10

BLM Grand Junction Field Office Resource Management Plan



Source: BLM 2010a

*Sage-Grouse Habitat*

**Legend:**
- Greater Sage-Grouse Preliminary Priority Habitat
- Greater Sage-Grouse Preliminary General Habitat
- Greater Sage-Grouse Occupied Habitat
- Greater Sage-Grouse Lek Site
- Critical Habitat
- Gunnison Sage-Grouse Occupied Habitat
- Gunnison Sage-Grouse Potential Habitat
- Gunnison Sage-Grouse Lek Site

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5    10    15    20
Miles

Figure A3-11

BLM Grand Junction Field Office Resource Management Plan

BLM_0022716



Aspen
Doug Fir and White Fir
Ponderosa Pine
Pinyon-Juniper
Mountain Shrub
Sagebrush
Blackbrush
Greasewood
Saltbrush
Barren Land
Riparian
Existing Transmission Line

Figure shows all biomass energy potential areas, excluding Wilderness Study Areas.

Source: BLM 2010a

*Biomass Energy Potential*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5      18
Miles

Figure A3-12

BLM Grand Junction Field Office Resource Management Plan

BLM_0022717



Meeting Land Health Standards

Meeting Land Health Standards with Problems

Not Meeting Land Health Standards

Unclassified

Source: BLM 2010a

*BLM Land Health Assessments*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5      18
Miles

BLM Grand Junction Field Office Resource Management Plan

Figure A3-13



*Land Health Assessment Below 6,000 Feet*

Source: BLM 2010a

Legend:
- Allotments below 6,000ft
- Not Meeting Land Health Standards or Meeting Land Health Standards with Problems below 6,000 ft.

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5    9    13.5    18
Miles

Figure A3-14

BLM Grand Junction Field Office Resource Management Plan



Oil and Gas - Leases and Wells

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5      18
Miles

Figure A3-15

BLM Grand Junction Field Office Resource Management Plan

BLM_0022720



Existing Transmission Line

Geothermal Potential from Geothermal PEIS

Data included known hot springs locations, oil and gas basins with geothermal potential, geothermal heat flow and gradient data, and direct use potential.

Source: BLM 2010a

*Geothermal Energy Potential*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5      18
Miles

Figure A3-16

BLM Grand Junction Field Office Resource Management Plan

BLM_0022721



Photovoltaic Solar Energy Potential kWh/m$^2$-day
- Very Good (5-6)

Concentrated Solar Energy Potential  kWh/m$^2$-day
- Moderate (5-6)
- Good (6-7)
- Existing Transmission Line

Figure shows solar energy potential areas, excluding Wilderness Study Areas and unsuitable areas for right-of-ways.

Source: BLM 2010a

*Solar Energy Potential*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5     9     13.5     18
Miles

Figure A3-17

BLM Grand Junction Field Office Resource Management Plan

BLM_0022722