monitoring station data, air quality monitoring reports prepared by others (CDPHE, EPA, NPS or USFS), and/or appropriate regional modeling results.

In addition to monitored or predicted background data, regional emissions inventories will be continuously or periodically updated to reflect the annual mass of pollutants added to the atmosphere. The data will provide an understanding between mass emissions and monitored/modeled air quality conditions and provide a reasonable basis from which to evaluate impacts from future projects or actions.

The last component of the baseline analysis includes providing a brief synopsis of the current meteorological conditions that exist for any planning area such that exceptional events and historical deviations in atmospheric values can be documented to provide additional context for the observed/reported air quality values.

## IV.B    Emissions Tracking

To provide for the periodic baseline the BLM will use the project-specific information used in its NEPA analyses as a mechanism to track emissions of criteria pollutants, volatile organic compounds, hazardous air pollutants, and greenhouse gases from BLM authorized oil and gas activities within each field office planning area. (NOTE: the BLM may incorporate emissions inventories for other authorized activities with significant emissions to provide for an appropriate cumulative inventory, where such sources are not already included as a Colorado Air Pollution Emissions Notice, or National Emissions Inventory component). The BLM will use emissions data from APDs to inform iterative elements of our adaptive management strategy, including modeling inputs and any subsequent prescriptive or comparative project tiering from any applicable modeling results.

## IV.C    Prescriptive Model Validation

Prescriptive model validation includes comparing the annual NEPA emissions data from BLM authorized oil and gas activities within the planning areas to emission levels analyzed in the CARMMS modeling study (or the most recent BLM or interagency air impacts analysis conducted in accordance with the provisions of the modeling Section III above). Emissions data will include specific oil and gas indicators, such as the number of wells drilled, number of producing wells, production data, compressor stations installed, centralized liquids gathering stations, and gas treatment facilities constructed. The actual emissions levels and new baseline air quality observations will be correlated against the modeled parameters to determine the reasonableness of the model for predicting impacts and its continued appropriateness as a reference for any subsequent project analysis.

If during the course of our annual analysis it is determined that the model has not demonstrated a reasonable correlation of predicted impacts (for modeled emissions inventory levels) compared against the actual emissions recorded for a planning area, the BLM will investigate the potential sources of the discrepancy to determine a potential cause, such as meteorological factors (ex: winter time ozone, which cannot be modeled at this time), or fee mineral development (i.e. non-BLM authorized actions). If a probable cause for the discrepancy cannot be established, then the BLM will initiate

BLM_0022993

interagency coordination with our regulatory partners to determine if a new modeling analysis is potentially warranted.

## IV.D    Responding to Monitored Exceedances of the NAAQS

If during the course of a year a Federal Reference or Equivalent air monitor within any planning area records a validated exceedance of any NAAQS (excluding any non-attainment areas) the BLM will review the available data to determine if any BLM authorized activity caused or significantly contributed to the exceedance event.  The review will encompass the following steps.

### IV.D.1– QA/QC

The BLM will ensure the validity of the monitored data by: (a) reviewing Quality Assurance/Quality Control (QA/QC) metadata to ensure against false high readings, and (b) reviewing meteorological data to determine if an exceptional atmospheric event such as stratospheric ozone intrusion occurred.  The BLM may contact CDPHE for technical consultation and concurrence regarding possible exceptional events.

### IV.D.2 – Screening Analysis

If the monitoring data are validated, the BLM will conduct a screening analysis to determine the likely cause, source, or origin of the exceedance and whether any BLM authorized source(s) within or adjacent to the planning area caused or contributed to the monitored exceedance.  If the screening analysis indicates BLM-authorized sources did NOT cause or significantly contribute to the exceedance, then no further action will be taken by the BLM.  The data, analysis, and conclusions will be included in the annual public report described under I.C above.

### IV.D.3 – Enforcement

Should the results of the screening analysis indicate that a BLM authorized source(s) caused or significantly contributed to the monitored exceedance, the BLM will review the COA from the authorization for the source(s) to determine if all the COA were implemented as required.  Where it is determined that operators did not comply with the conditions of approval for their authorized activities, and did not submit an appropriate sundry notice for approved deviations from such conditions, BLM may issue a notice of incident of noncompliance or take other appropriate enforcement action.

### IV.D.4 – Contingency Planning

If, after review the BLM determines that an authorized source(s) caused or significantly contributed to the monitored exceedance, the BLM will initiate consultation with CDPHE, EPA, and any other applicable local, state, federal, and tribal agencies with responsibility for managing air resources to address appropriate responses to the monitored exceedances.  Responses to monitored exceedances may include employing more stringent mitigation measures within

BLM_0022994

the agencies' respective authority to reduce projected future emissions and performing additional modeling and analysis to determine the overall effectiveness of such mitigation measures.

Additionally, the BLM may implement reasonable temporary measures that have been included in a project specific authorization as conditions of approval, which could limit drilling operations, completions or well stimulations, blowdowns, or other non-essential operations during specified time periods (i.e. a timing limitation). Other actions the Bureau may take would include limiting the number of annual APD approvals issued for the affected area until such time that updated regional modeling can be conducted to provide an appropriate assessment of the expected impacts from a reasonable level of development.

### IV.E    Evaluating Projected Future Development/Emissions

Periodically, but not less than every three years, the BLM will evaluate the available or reasonably foreseeable oil and gas development projections for each planning area for the following three to five year period, and compare these projected levels to the level of predicted future development analyzed in the CARMMS modeling study (or the most recent BLM or interagency air impacts analysis conducted under the provisions of the modeling section(s) III.C.3 or III.C.5 above). The BLM will use the projected development/emissions data to determine whether the modeling analysis remains appropriate as a reference for any subsequent project analyses.

## Section V – ANNUAL SUMMARY REPORT

Annually, the BLM will prepare a comprehensive summary report (from actual project data and analysis). This report will be made available to the public. The BLM will use this annual review to evaluate whether current air resources protection strategies are meeting the goals and objectives established within the BLM Colorado RMPs. If the analysis shows that the strategies are not achieving our defined air resource protection goals, the BLM will collaborate with CDPHE and the EPA to develop or modify air resource protection strategies as necessary to effectively protect air resources within any deficient planning area. Should this result in changes to RMP goals and objectives, additional planning level analyses will be required.

## SECTION VI – OIL AND GAS DEVELOPMENT EMISSIONS REDUCTION STRATEGIES & BMPS

Table VI-1 displays some emission reduction measures, their potential environmental benefits and liabilities, and feasibility. The table is not meant to be exhaustive in terms of available or acceptable emissions reduction/control technologies or techniques, but provides a baseline or starting point from which to construct design features and mitigation options for project specific or regional analyses.

BLM_0022995

**Table VI-I Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| **Control Strategies for Drilling and Compression** | | | |
| Multi-well pad directional or horizontal drilling. | When compared to single pad vertical drilling, reduces construction related emissions, decreases surface disturbance, reduces trip frequencies, and reduces habitat fragmentation. | Could result in higher air impacts in one area with longer sustained drilling times. | Depends on geological strata, topography, and other physical constraints. |
| Improved engine technology (Tier 2 or 4) for diesel drill rig engines. | Reduced NOx, PM, CO, and VOC emissions. | | Dependent on availability of technology from engine manufacturers and, potentially differentials in cost for small operators.. |
| Selective Catalytic Reduction (SCR) for drill rig engines and/or compressors. | $NO_x$ emissions reduction, potential decreased formation of visibility impairing compounds and ozone. NOx control efficiency of 95% achieved on drill rig engines. NOx emission rate of 0.1 g/hp-hr achieved for compressors. | Potential NH3 emissions and formation of visibility impairing ammonium nitrate. Regeneration/disposal of catalyst can produce hazardous waste. | Not applicable to 2-stroke engines. |
| Non-selective catalytic reduction (NSCR) for drill rig engines and/or compressors. | NOx emissions reduction, potential decreased formation of visibility impairing compounds, and ozone. NOx control efficiency of 80-90% achieved for drill rig engines. NOx emission rate of 0.7 g/hp-hr achieved for compressor engines greater than 100 hp. | Regeneration/disposal of catalysts can produce hazardous waste. | Not applicable to lean burn or 2-stroke engines. |

BLM_0022996

**Table VI-1 Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| Natural Gas fired drill rig engines. | NOx emissions reduction, potential decreased formation of visibility impairing compounds, and ozone. | May require construction of infrastructure (pipelines and/or gas treatment equipment). May require onsite gas storage. May require additional engines to supplement needed torque. | Requires onsite processing of field gas. |
| Electrification of drill rig engines and/or compressors | Decreased emissions at the source. Transfers emissions to more efficiently controlled source (EGU). | Displaces emissions to EGU. Temporary increase in emissions with construction of power lines. | Depends on availability of power and transmission lines. |
| Improved engine technology (Tier 2, 3 or 4) for all mobile and non-road diesel engines. | Reduced NOx, PM, CO, and VOC emissions. | | Dependent on availability of technology from engine manufacturers. |
| Reduced emission (a.k.a. "green") completions. | Reduction in VOC and CH4 emissions. Reduces or eliminate flaring and venting and associated emissions. Reduces or eliminates open pits and associated evaporative emissions. Increased recovery of gas to pipeline rather than atmosphere. | Temporary increase in truck traffic and associated emissions due to delivery of onsite equipment or due to construction of infrastructure. | Need adequate pressure and flow. Need onsite infrastructure (tanks/dehydrator). Availability of sales line. Green completion required where feasible per COGCC Rule 805(b)(3) and NSPS 40 CFR 63 OOOO. |
| Flaring of completion emissions | Reduces methane, VOC, and some HAP emissions. Converts CH4 to CO2. | | |
| Minimize/eliminate venting and/or use closed loop process where possible during "blow downs". | Reduces methane, VOC, and some HAP emissions | | |

BLM_0022997

**Table VI-1 Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| Eliminate evaporation pits for drilling fluids. | Reduces VOC and GHG emissions. Reduces potential for soil and water contamination. Reduces odors. | May increase truck traffic and associated emissions. May increase pad size. | Requires tank and/or pipeline infrastructure. |
| Electrification of wellhead compression/ pumping. | Reduces local emissions of fossil fuel combustion and transfers to more easily controlled source. | Displaces emissions to EGU. | Depends on availability of power and transmission lines. |
| Wind (or other renewable) generated power for compressors. | Low or no emissions. | May require construction of infrastructure. Visual impacts. Potential wildlife impacts. | Depends on availability of power and transmission lines. |
| Compressor seals – replace wet with dry or use mechanical seal. | Reduce gas venting (VOC and GHG emissions). | | May be costly or not mechanically feasible. |
| Compressor rod packing system – use monitoring and replacement system. | Reduce gas leaks (VOC and GHG emissions). | | Requires establishing a monitoring system and doing replacements. |
| **Control Strategies Utilizing Centralized Systems** | | | |
| Centralization (or consolidation) of gas processing facilities (e.g., separation, dehydration, sweetening). | Reduces vehicle miles traveled (truck traffic) and associated emissions. Reduced VOC and GHG emissions from individual dehydration/ separator units. | Temporary increase in construction associated emissions. Higher potential for pipe leaks/groundwater impacts. | Requires pipeline infrastructure, infeasible for highly dispersed or exploratory wells. |
| Liquids Gathering systems (for condensate and produced water). | Reduces vehicle miles traveled and associated emissions. Reduced VOC and GHG emissions from tanks, truck loading/unloading, and multiple production facilities. | Temporary increase in construction associated emissions. Higher potential for pipe leaks/groundwater impacts. | Requires pipeline infrastructure . May be infeasible for highly dispersed or exploratory wells, difficult terrain, or patchy surface ownership. |

BLM_0022998

**Table VI-1 Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| Water and/or fracturing liquids delivery system. | Reduced long term truck traffic and associated emissions. | Temporary increase in construction associated emissions. Higher potential for pipe leaks/groundwater impacts. | Requires pipeline infrastructure. May be infeasible for highly dispersed or exploratory wells, difficult terrain, or patchy surface ownership. |
| **Control Strategies for Tanks, Separators, and Dehydrators** | | | |
| Eliminate use of open top tanks. | Reduced VOC and GHG emissions. | | |
| Capture and control of flashing emissions from all storage tanks and separation vessels with vapor recovery and/or thermal combustion units. | Reduces VOC and GHG emissions. | Pressure buildup on older tanks can lead to uncontrolled rupture. | |
| Capture and control of produced water, crude oil, and condensate tank emissions. | Reduces VOC and GHG emissions. | | 95% VOC control required by COGCC in some areas and by CDPHE statewide with applicability thresholds |
| Capture and control of dehydration equipment emissions with condensers, vapor recovery, and/or thermal combustion. | Reduces VOC, HAP, and GHG emissions. | | 90% VOC control required by COGCC in some areas and by CDPHE statewide with applicability thresholds |
| Use zero emissions dehydrators or use desiccants dehydrators. | Reduces VOC, HAP, and GHG emissions. | Requires desiccants (salt tablets and forms a brine solution that must be disposed of. | Can be as effective as Triethylene glycol (TEG) dehydration. |
| **Control Strategies for Misc. Fugitive VOC Emissions** | | | |
| Install plunger lift systems to reduce well blow downs. | Reduces VOC and GHG emissions. | | Can be more efficient at fluids removal than other methods; must have adequate pressure. |
| Install and maintain low VOC emitting seals, valves, hatches on production equipment. | Reduces VOC and GHG emissions. | | |

BLM_0022999

**Table VI-1 Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| Initiate equipment leak detection and repair program (e.g., including use of FLIR infrared cameras, grab samples, organic vapor detection devices, and/or visual inspection). | Reduction in VOC and GHG emissions. | | |
| Install or convert gas operated pneumatic devices to electric, solar, or instrument (or compressed) air driven devices/controllers. | Reduces VOC and GHG emissions. | Electric or compressed air driven operations can displace or increase combustion emissions. | |
| Use "low" or "no bleed" gas operated pneumatic devices/controllers. | Reduces VOC and GHG emissions. | | Required by COGCC and by CDPHE in non-attainment areas. |
| Use closed loop system or thermal combustion for gas operated pneumatic pump emissions. | Reduces VOC and GHG emissions. | | |
| Install or convert gas operated pneumatic pumps to electric, solar, or instrument (or compressed) air driven pumps. | Reduces VOC and GHG emissions. | Electric or compressed air driven operations can displace or increase combustion emissions. | |
| Install vapor recovery on truck loading/unloading operations at tanks. | Reduces emissions of VOC and GHG emissions. | Pressure build up on older tanks can lead to uncontrolled rupture. | |
| **Control Strategies for Fugitive Dust and Vehicle Emissions** | | | |
| Unpaved surface treatments including watering, chemical suppressants, and gravel. | 20% - 80% control of fugitive dust (particulates) from vehicle traffic. | Potential impacts to water and vegetation from runoff of suppressants. | |
| Use remote telemetry and automation of wellhead equipment. | Reduces vehicle traffic and associated emissions. | | Not possible in some terrain. |
| Speed limit restrictions on unpaved roads. | Reduction of fugitive dust emissions. | | |

BLM_0023000

**Table VI-1 Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| Reduce commuter vehicle trips through car pools, commuter vans or buses, innovative work schedules, or work camps. | Reduced combustion emissions, reduced fugitive dust emissions, reduced ozone formation, reduced impacts to visibility. | | |
| **Miscellaneous Control Strategies** | | | |
| Use of ultra-low sulfur diesel (e.g., in engines, compressors, construction equipment). | Reduces emissions of particulates and sulfates. | | Fuel not readily available in some areas. |
| Reduce unnecessary vehicle idling. | Reduced combustion emissions, reduced ozone formation, reduced impacts to visibility, reduced fuel consumption. | | |
| Reduced pace of (phased) development. | Peak emissions of all pollutants reduced. | Emissions generated at a lower rate but for a longer period. LOP, duration of impacts is longer. | May not be economically viable or feasible if multiple mineral interests. |

BLM_0023001

This page intentionally left blank.

BLM_0023002

# Appendix H
Best Management Practices and
Standard Operating Procedures

BLM_0023003

BLM_0023004

# APPENDIX H
# BEST MANAGEMENT PRACTICES AND STANDARD OPERATING PROCEDURES

## INTRODUCTION

This appendix provides a list of common standard operating procedures (SOPs) and best management practices (BMPs) for the resource management plan (RMP). Standard operating procedures are established guidelines that are followed by the BLM in carrying out management activities. While the list of SOPs is complete, the list is not intended to be comprehensive; additional SOPs could be developed and implemented to support achieving resource objectives.

Best management practices are state-of-the-art mitigation measures applied on a site-specific basis to avoid, minimize, reduce, rectify, or compensate for adverse environmental or social impacts. They are applied to management actions to aid in achieving desired outcomes for safe, environmentally responsible resource development by preventing, minimizing, or mitigating adverse impacts and reducing conflicts. Best management practices can also be proposed by project applicants for activities on BLM-administered lands (e.g., for gas drilling). Best management practices not incorporated into the permit application by the applicant may be considered and evaluated through the environmental review process and incorporated into the use authorization as conditions of approval or stipulations. Standard conditions of approval and stipulations are also provided in this appendix, as appropriate. Additional BMPs, conditions of approval, and stipulations could be developed to meet resource objectives based on local conditions and resource-specific concerns.

*Master Leasing Plan*
Best management practices and SOPs that will be analyzed at the development stage and may be applied consistent with environmental analysis and existing lease rights are denoted by "**(MLP)**" in this appendix.

BLM_0023005

# AIR QUALITY (A)

Air quality standards are governed by the Clean Air Act of 1990 (as amended) (42 United States [US] Code Chapter 85). The US Environmental Protection Agency is charged with setting National Ambient Air Quality Standards (US Environmental Protection Agency 2009). At the state level, the Colorado Department of Public Health and Environment (2009) has established its standards.

## Standard Operating Procedures

**A-1**: The BLM has the authority and responsibility under the Federal Land Policy and Management Act of 1976 to manage public lands in a manner that will protect the quality of air and atmospheric values. Therefore, the BLM may manage the pace, place, density, and intensity of leasing and development to meet air quality goals.

**A-2**: The proponent of a project will be required to minimize air pollutant emissions by complying with all applicable state and federal regulations (including application of best available control technology) and may be required to apply mitigation including but not limited to BMPs and other control technologies or strategies identified by the BLM or Colorado Department of Public Health and Environment in accordance with delegated regulatory authority.

## Best Management Practices

**A-3**: The BLM may require proponents of oil and gas development projects to conduct preconstruction air monitoring within or adjacent to the proposed development area. The purpose of this monitoring is to establish baseline air quality conditions prior to development at the site. The requirement for monitoring will be determined by the BLM based on the absence of existing monitoring; existing air quality conditions; magnitude of potential air emissions from the project or activity; magnitude of existing emission sources in the area; proximity to a federally mandated Class I area, sensitive Class II area, or population center; location within a nonattainment or maintenance area; meteorological or geographic conditions; project duration; or issues identified during project scoping. The project proponent will be required to provide a minimum of one year of baseline ambient air monitoring data for any pollutant(s) of concern as determined by BLM. If BLM determines that baseline monitoring is required, this pre-analysis data must meet Colorado Department of Public Health and Environment air monitoring standards, be obtained from a site within 50 kilometers of the project boundary, and cover the year immediately prior to the proposed project submittal. The project proponent will be responsible for siting, installing, operating, and maintaining any required air monitoring.

**A-4**: The BLM may require proponents of oil and gas development projects to conduct air monitoring for the life of the oil and gas development project depending on the magnitude of potential air emissions from the project or

BLM_0023006

activity; proximity to a federally mandated Class I area, sensitive Class II area, or population center; location within a nonattainment or maintenance area; meteorological or geographic conditions; existing air quality conditions; magnitude of existing development in the area; or issues identified during project scoping. The purpose of this air monitoring is to determine impacts attributable to the project over time. The project proponent will be responsible for siting, installing, operating, and maintaining any required air monitoring.

**A-5**: The BLM may require a project proponent to conduct air quality modeling for any pollutant(s) of concern in the absence of sufficient data to ensure compliance with laws and regulations or to determine the effectiveness of mitigation options, unless the project proponent can demonstrate that the project will result in no net increase in emissions of the pollutant(s) of concern. The requirement for modeling will be based on existing air quality conditions; magnitude of potential air emissions from the project or activity; magnitude of existing emission sources in the area; proximity to a federally mandated Class I area, sensitive Class II area, an area expected to exceed a National Ambient Air Quality Standard or Prevention of Significant Deterioration increment, population center, location within a nonattainment or maintenance area; meteorological or geographic conditions; project duration; or issues identified during project scoping. The BLM, in cooperation with an interagency review team, will determine the parameters for the modeling analysis through the development of a project-specific modeling protocol.

**A-6**: The BLM may require proponents of oil and gas development projects to submit a contingency plan that provides for reduced operations in the event of an air quality episode. Specific operations and pollutants to be addressed in the contingency plan will be determined by the BLM on a case-by-case basis taking into account existing air quality and project-emitted pollutants.

**A-7**: Implement directional drilling techniques to reduce construction-related emissions (dust and vehicle and construction equipment emissions).

**A-8**: **(MLP)** Improve engine technology (Tier 2 or better) for diesel drill rig engines to reduce nitrogen oxides (NOx), particulate matter (PM), carbon monoxide (CO), and volatile organic compound (VOC) emissions.

**A-9**: Utilize natural gas-fired drill rig engines to reduce NOx emissions and reduce formation of visibility impairing compounds and ozone.

**A-10**: Improve engine technology (Tier 2 or better) for all mobile and non-road diesel engines to reduce NOx, PM, CO, and VOC emissions.

**A-11**: Utilize "Green completion" (also known as closed loop or flareless) technology to reduce VOC and methane emissions. This would also reduce or eliminate open pits and associated evaporative emissions.

BLM_0023007

**A-12**: Utilize "Green workovers" to reduce VOC and methane emissions. This would also reduce or eliminate open pits and associated evaporative emissions.

**A-13**: Eliminate evaporation pits for drilling fluids to reduce VOC and greenhouse gas emissions.

**A-14**: Electrification of wellhead compression/pumping to reduce local emissions of fossil fuel combustion and transfers to a more easily controlled source.

**A-15**: Utilize renewable power sources to provide energy for compressors, monitoring equipment, or pumps.

**A-16**: Replace wet compressor seals with dry seals or use mechanical seals to reduce gas venting (VOC and greenhouse gas emissions).

**A-17**: Centralize or consolidate gas processing facilities, liquids gathering systems (condensate and produced water), water and/or fracturing liquids delivery systems, to reduce VOC and greenhouse gas emissions from individual dehydration/separator units and to reduce vehicle emissions.

**A-18**: Eliminate the use of open top tanks to reduce VOC and greenhouse gas emissions.

**A-19**: Improve capture and control of flashing emissions from all storage tanks and separation vessels with vapor recovery and/or thermal combustion units.

**A-20**: Improve capture and control of produced water, crude oil, and condensate tank emissions to reduce VOC and greenhouse gas emissions.

**A-21**: Improve capture and control of dehydration equipment emissions with condensers, vapor recovery, and/or thermal combustion to reduce VOC, hazardous air pollutants, and greenhouse gas emissions.

**A-22**: Use zero-emissions dehydrators or use desiccants dehydrators to reduce VOC, hazardous air pollutants, and greenhouse gas emissions.

**A-23**: Reduce miscellaneous fugitive VOC emissions by:

    a) Installing plunger lift systems to reduce well blow downs

    b) Installing and maintaining low VOC-emitting seals, valves, and hatches on production equipment

    c) Initiating equipment leak detection and repair program (e.g., including use of infrared cameras, grab samples, organic vapor detection devices, and/or visual inspection)

BLM_0023008

    d) Installing or converting gas-operated pneumatic devices to electric, solar, or instrument (or compressed) air driven devices/controllers

    e) Using "low" or "no bleed" gas-operated pneumatic devices/controllers

    f) Using closed-loop system or thermal combustion for gas-operated pneumatic pump emissions

    g) Installing or converting gas-operated pneumatic pumps to electric, solar, or instrument (or compressed) air driven pumps

    h) Install vapor recovery on truck loading/unloading operations at tanks

**A-24**: Utilize dust suppression techniques on unpaved surfaces, including watering, chemical suppressants, and gravel.

**A-25**: Utilize remote telemetry and automation of wellhead equipment to reduce vehicle traffic and associated emissions.

**A-26**: Post and enforce speed limits to reduce airborne fugitive dust from vehicular traffic on unpaved roads.

**A-27**: Reduce commuter vehicle trips through car pools, commuter vans or buses, innovative work schedules, or work camps.

**A-28**: Use ultra-low sulfur diesel (e.g., in engines, compressors, and construction equipment) to reduce emissions of particulates and sulfates.

**A-29**: Utilize best available technology and methods to degasify coal seams prior to mining. Capture methane gas from coal seams to obtain a market income. Modify methane drainage over time to ensure capture is optimal.

**A-30**: Reduce unnecessary vehicle idling to reduce combustion emissions, ozone formation, visibility impacts, and fuel consumption.

**A-31**: Reduce the pace of (phased) development to reduce the peak emissions of all pollutants.

**A-32**: Restrict surface disturbing activities to periods when wind speeds are less than 25 miles per hour.

**A-33**: Keep soil and coal refuse moist while loading into dump trucks.

**A-34**: Keep soil and coal refuse loads below the freeboard of the truck.

**A-35**: Minimize drop heights when loaders dump soil and coal refuse into trucks.

**A-36**: Tighten gate seals on dump trucks.

**A-37**: Cover dump trucks before traveling on public roads.

**A-38**: Cover construction materials, stockpiled soils, and stockpiled coal refuse if they are a source of fugitive dust.

**A-39**: Train workers to handle construction materials and debris to reduce fugitive emissions.

**A-40**: Employ water injection or rotoclones on all overburden drills.

**A-41**: Use chutes, drapes, or other means to enclose conveyor transfer points, screens, and crushers; cover all conveyors.

**A-42**: Suppress and extinguish spoil and coal fires as soon as is reasonable and safely possible.

### References

BLM (US Department of the Interior, Bureau of Land Management). 2009. Air Quality BMPs – Best Management Practices for Fluid Minerals. Internet Web site: www.blm.gov/bmp.

Colorado Department of Public Health and Environment. 2011. Air Quality Control Commission Regulations. Internet Web site: http://www.cdphe.state.co.us/regulations/airregs. Accessed on May 21, 2011.

US Environmental Protection Agency. 2009. National Ambient Air Quality Standards. Internet Web site: http://www.epa.gov/air/criteria.html. Accessed on October 14, 2009.

## SOILS (S)

### Standard Operating Procedures

**S-1**: All routes shall be built and maintained to BLM Manual 9113 (BLM 2011a) standards for road shape and drainage features or where appropriate BLM Manual 9115 (BLM 2012a) standards for primitive roads. For drainage crossings, culverts should be sized for the 50-year storm event with no static head and to pass a 100-year event without failing. Site-specific conditions may warrant BLM to require designs for larger events (e.g., 75- to 100-year storm events). Large culverts and bridges shall be designed and constructed per BLM Manual 9112 (large culverts and bridges) (BLM 2009). Large culverts and bridges shall be designed to pass a 100-year storm event (minimum).

**S-2**: When saturated soil conditions exist on access roads or location, or when road rutting becomes deeper than 3 inches, construction shall be halted until

BLM_0023010

soil material dries out or is frozen sufficiently for construction to proceed without undue damage and erosion to soils, roads, and locations.

**S-3**: Topsoil shall not be placed while in a frozen or muddy condition, when the subgrade is excessively wet, or in a condition that may otherwise be detrimental to proper grading or proposed sodding or seeding.

**S-4**: Topsoil shall only be used for reclamation and shall not be used as fill or to bed or pad the pipe during backfilling.

**S-5**: Topsoil stripping will include all growth medium present at a site (e.g., following initial clearing of large trees), as indicated by color or texture. Stripping and storage depth may be specified during the onsite inspection. All stripped topsoil/growth medium will be salvaged, segregated, and stored in a manner that extends biological viability and protects it from loss. Topsoil and all growth medium will be replaced prior to seedbed preparation. No topsoil will be stripped or segregated when soils are saturated or frozen below the stripping depth.

**S-6**: A Winter Construction Plan will be submitted and approved by the BLM Authorized Officer before a Notice to Proceed will be authorized for construction activities in frozen soils.

**S-7**: Prohibit placing fill on a frozen foundation.

**S-8**: Slopes shall not be created so close to property lines as to endanger adjoining properties without adequate protection against sedimentation, erosion, slippage, settlement, subsidence, or other related damages.

**S-9**: Surface-disturbing actions will be sensitive to natural resource protection. When surface disturbance in sensitive areas is unavoidable, it will be minimized to the greatest extent practicable, especially near drainage features and on soils mapped as being saline (see **Glossary**).

**S-10**: Surface-disturbing actions associated with development of fluid minerals will follow Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (commonly referred to as The Gold Book) (BLM 2007).

**S-11**: As detailed in the site plan for surface water management, drainage from disturbed areas will be confined or directed to minimize erosion, particularly within 100 feet of all drainages. No runoff, including that from roads, will be allowed to flow into intermittent or perennial waterways without first passing through sediment-trapping mechanisms such as vegetation, anchored bales, or catchments.

BLM_0023011

**S-12**: Standard secondary containment shall hold 110 percent of the capacity the largest single tank it contains and be impervious to any oil, glycol, produced water, or other toxic fluid for 72 hours. Earthen berms will be compacted and of fine material that will prevent seepage of any spill to surrounding area.

**S-13**: All tanks with a capacity of ten barrels or greater shall be labeled or posted with the following information: A. Name of operator; B. Operator's emergency contact telephone number; C. Tank capacity; D. Tank contents; and E. National Fire Protection Association label. Smaller chemical storage shall be labeled with contents and National Fire Protection Association label.

**S-14**: Interim and final reclamation procedures shall utilize best available science and technology to protect natural resources from undue degradation.

**S-15**: Use BLM GJFO Trail Design Criteria along with BLM Handbooks H-9113-2 (BLM 2011b) and H-9115-2 (BLM 2012b) to evaluate road conditions for maintenance and mitigation.

## Best Management Practices

**S-16**: To limit surface disturbance and associated impacts to natural resources, all actions will consider the character of the topography and landform. Deep vertical cuts, long or steep fill slopes, and side cuts across steep slopes will be avoided. Rights-of-way will be shared, and structures and facilities will be grouped.

**S-17**: Consider site-specific soil and vegetative characteristics and reclamation potential in project design and layout.

**S-18**: Native vegetation and soils will be protected, and disturbance to them will be minimized.

**S-19**: Cleared vegetation smaller than 4 inches in diameter will be stockpiled, shredded, and salvaged with topsoil. Cleared vegetation larger than 4 inches in diameter will be scattered over disturbed areas to accomplish reclamation objectives. Excessive vegetation larger than 4 inches in diameter may be removed from BLM-administered land or shredded in place to be salvaged with topsoil. A wood-cutting permit may be purchased from BLM for material removed from the site.

**S-20**: Windrowing of Topsoil. [Use where appropriate based on topography – may not be appropriate for pads in steep areas or where pad size should be minimized.] Topsoil shall be windrowed around the perimeter of surface disturbance to create a berm that limits and redirects stormwater runoff and extends the viability of the topsoil per BLM Topsoil Best Management Practices (BLM 2009 PowerPoint presentation available upon request from the Grand Junction Field Office). Topsoil shall also be windrowed, segregated, and stored along disturbed surfaces or linear features for later spreading across the

disturbed corridor during final reclamation. Topsoil berms shall be promptly seeded to maintain soil microbial activity, reduce erosion, and minimize weed establishment.

**S-21**: Where applicable, entrances to construction locations will be covered by gravel "track pads" to prevent sediment and weed seeds from being tracked in and out of the site.

**S-22**: In areas where all weather access is necessary, the operator will construct and maintain all-weather routes per BLM Manual 9113 (BLM 2011a) standards. Graveling or other appropriate surfacing material will be required to reduce environmental resource damage and provide safe all-weather access.

**S-23**: Specialized low surface impact equipment (e.g., wide- or balloon-tired vehicles and all-terrain vehicles) or helicopters may be used for activities in off-road areas to protect fragile soils and or other resource values.

**S-24**: Standard secondary containment shall include a study corrugated metal wall to create a basin, be lined with a heavy impervious poly liner, and be protected with a gravel surface. Small plastic hoppers shall be installed at all loadout connections to catch drips and small leaks.

## References

BLM (US Department of the Interior, Bureau of Land Management). 2007. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development – The Gold Book. BLM/WO/ST-06/021+3071/REV 07. BLM, Denver, CO. 84 pp.

_____. 2009. Handbook H-9112-1—Bridges and Major Culverts Handbook. BLM, Washington, DC.

_____. 2011a. Manual 9113—Roads Manual. BLM, Washington, DC.

_____. 2011b. Handbook H-9113-2—Roads National Inventory and Condition Assessment Guidance and Instructions. BLM, Washington, DC.

_____. 2011c. Handbook H-9113-1—Road Design Handbook. BLM, Washington, DC.

_____. 2012a. Manual 9115—Primitive Roads Manual. BLM, Washington, DC.

_____. 2012b. Handbook H-9115-2—Primitive Roads Inventory and Condition Assessment Guidance and Instructions. BLM, Washington, DC.

_____. 2012c. Handbook H-9115-1—Primitive Roads Design. BLM, Washington, DC.

BLM_0023013

US Department of the Interior and US Department of Agriculture. 2007. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development. BLM/WO/ST-06/021+3071/REV 07. BLM, Denver, CO. 84 pp.

# WATER RESOURCES (H)

## Standard Operating Procedures

**H-1**: The operator/permittee shall adhere to all requirements under the Federal Water Pollution Control Act, as amended through Public Law 107-303, November 27, 2002.

**H-2**: For surface-disturbing activities exceeding 1 acre, develop and implement Stormwater Pollution Prevention Plans to include site-specific design, systematic site monitoring, installation of run-on/off controls such as ditches or berms, and installation of adaptive BMPs to reduce potential erosion and sediment production and transport. Stormwater will be dispersed to stabilized areas to slow velocity, prevent erosion, and support infiltration into soils. Stormwater BMPs identified in the State-approved Storm Water Pollution Prevention Plan shall be in place prior to any earth-disturbing activity. Additional BMPs will be installed if determined necessary by the BLM. All measures shall be maintained in good, functional condition. All temporary BMPs shall be removed once site stabilization and reclamation efforts have been deemed successful by the BLM.

**H-3**: For actions requiring individual permits through the US Army Corps of Engineers, require a licensed Professional Engineer to approve and stamp the project design, construction, and reclamation plans to mitigate to the fullest extent practicable riparian resource damage associated with the proposed action.

**H-4**: Spoil material from clearing, grubbing, and channel excavation shall be disposed of in a manner that will not interfere with the function of the channel and in accordance with all local, state, and federal laws and regulations.

**H-5**: Surface-disturbing actions associated with development of fluid minerals will follow Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (commonly referred to as The Gold Book) (BLM 2007).

**H-6**: Before activities take place, every pad, access road, or facility site will have an approved surface drainage plan for establishing positive management of surface water drainage and to reduce erosion and sediment transport. The drainage plan will include adaptive BMPs, monitoring, maintenance, and reporting. BMPs may include run-on/run-off controls such as surface pocking or revegetation, ditches or berms, basins, and other control methods to reduce erosion. Pre-construction drainage BMPs will be installed as appropriate.

BLM_0023014

**H-7**: The operator will reduce potential for contaminating water resources where spills of drilling fluids are most vulnerable. Areas of vulnerability will include a 0.25-mile buffer around the following: mapped alluvial, colluvial, and glacial deposits; springs and perennial water sources; Source Water Protection Areas; and Municipal Watersheds. In these areas, the operator will:

a) Utilize closed-loop drilling systems

b) Utilize gas-blocker additives during the cementing process

c) Contain flowback and stimulation fluids in tanks on well pad with secondary containment mats/blankets (or equivalent)

d) Install containment devices beneath and around crude oil, condensate, and produced water storage tanks

e) Collect baseline water quality data from downstream fresh water sources prior to drilling, mining, or storing potentially harmful substances. Parameters to be analyzed will be determined on a site-specific basis based on the nature of the proposed action. The operator will be responsible for submitting a list of parameters to BLM for approval prior to sampling.

f) Provide notification of potentially impacted Public Water Systems 15 miles downstream

g) Develop an emergency spill and response program to be reviewed and approved by BLM prior to surface-disturbing activities

**H-8**: Protection of drinking water supply sources within surface water supply areas (leased or made available for leasing) will concur with Colorado Oil and Gas Conservation Commission rule 317B and subsequent updates.

**H-9**: All routes shall be built and maintained to BLM Manual 9113 (BLM 2011a) standards for road shape and drainage features or where appropriate BLM Manual 9115 (BLM 2012a) standards for primitive roads. For drainage crossings, culverts should be sized for the 50-year storm event with no static head and to pass a 100-year event without failing. Site-specific conditions may warrant BLM to require designs for larger events (e.g., 75- to 100-year storm events). Large culverts and bridges shall be designed and constructed per BLM Manual 9112 (large culverts and bridges) (BLM 2009). Large culverts and bridges shall be designed to pass a 100-year storm event (minimum).

**H-10**: Erosion control features shall be maintained through periodic inspection and maintenance, including cleaning dips and cross-drains, repairing ditches, marking culvert inlets to aid in location, and clearing debris from culverts.

**H-11**: Surface discharges shall comply with all regulatory requirements outlined in the Federal Water Pollution Control Act (commonly referred to as the Clean Water Act), as amended through Public Law 107-303, November 27, 2002.

BLM_0023015

Additionally, surface discharges should be made to well-defined channels away from major erosional features. Furthermore, discharges should be limited to a volume less than or equal to the naturally occurring mean annual peak flow (which is roughly equivalent to a peak generated by a 2-year 24-hour storm event) and that can be handled by the natural channel under anticipated conditions.

**H-12**: To protect water quality, anti-backflow devices shall be utilized while drafting fresh water from streams, springs, reservoirs, and wells.

**H-13**: Range improvements will conform to BLM Manual H-1740-2 and subsequent updates (BLM 2008).

**H-14**: Discharge of surface and groundwater to surface drainages will comply with the Federal Water Pollution Control Act (as amended through Public Law 107-303, November 27, 2002), will be pre-approved by BLM, and will meet the following criteria:

a) Discharge operations will not negatively impact downstream beneficial uses

b) Discharge soil/water interactions will not facilitate the movement of water quality contaminants (e.g., salt, selenium [typically associated with Mancos shale-derived soils], sediment, and metals) above natural rates in surface and/or groundwater

c) Water discharge shall be limited to well-defined major channels to reduce potential of discharged water dissolving and transporting salts from the stream channel and to reduce concentration of salts in alluvium

d) Discharges will be limited to a volume that can be handled by the natural channel and less than or equal to the naturally occurring mean annual peak flow (roughly equivalent to a 2-year, 24-hour storm peak)

e) Discharge points will be located in stable channels or reservoirs away from any downstream head-cuts or other major erosional features (as determined by BLM). Outfall design may include discharge aprons and downstream stabilization of channel side slopes to prevent erosion and provide energy dissipation.

f) Subject to BLM approval, water quality thresholds for both surface and groundwater will be set and monitored during discharge operations in order that they will cease if thresholds were exceeded

BLM_0023016

g) Surface and groundwater quantity and quality will be monitored during all discharge operations. Monitoring locations will be subject to BLM approval. Monitoring activities will continue for at least two water years following cessation of discharge.

**H-15**: Hazardous substances will not be used in drilling, testing, or completion operations, or introduced at any time into the reserve or cuttings pit. Fluids will be confined to pits or tanks and all pits that may contain liquids will be lined to protect groundwater. Liners will be maintained in good condition, with no tears or holes, until they are removed when the reserve pit is closed.

**H-16**: Pits will be constructed so that water will not run into them. Fluid levels will be maintained below 2 feet of the lowest point of containment.

**H-17**: Interim and final reclamation procedures shall utilize best available science and technology to protect natural resources from undue degradation.

## Best Management Practices

**H-18**: **(MLP)** To limit surface disturbance and associated impacts to natural resources, all actions will consider the character of the topography and landform. Deep vertical cuts, long or steep fill slopes, and side cuts across steep slopes will be avoided. Rights-of-way will be shared, and structures and facilities will be grouped.

**H-19**: Provide energy dissipaters (e.g., rock piles and logs) where necessary at the downstream end of ditch relief culverts to reduce the erosion energy of the emerging water.

**H-20**: The face of cut or fill slopes shall not be subject to any concentrated flows of surface water, such as from natural drainage ways, graded swales, and downspouts.

**H-21**: Provide subsurface drainage where necessary to intercept seepage that would otherwise adversely affect slope stability or create excessively wet site conditions.

**H-22**: Grade road surfaces only as often as necessary to maintain a stable running surface and to retain the original surface drainage.

**H-23**: Avoid cutting the toe of cut slopes when grading roads or pulling ditches.

**H-24**: The operator will be responsible for keeping road inlet and outlet ditches, catch-basins, and culverts free of obstructions, particularly before and during spring runoff. Routine machine-cleaning of ditches shall be kept to a minimum during wet weather. Leave the disturbed area in a condition that provides drainage with no additional maintenance.

BLM_0023017

**H-25**: Remove all temporary stream crossings immediately after use, and cross-ditch the ends of routes or rights-of-way to mitigate erosion from disturbed areas.

**H-26**: When designing protective/mitigation measures, consider the changes that may occur in the watershed hydrology and sedimentation over the design life of the measure. Moreover, design and construct roads that are self-maintaining and consider using road surfacing, such as gravel when year-long access may be necessary.

**H-27**: Design and construct stream crossings at right angles, in straight sections of stable reaches to handle (at a minimum) the 100-year flood, and consider culvert and bridge designs that facilitate aquatic life passage.

**H-28**: Where the access road crosses small drainages and intermittent streams not requiring culverts, low water crossings shall be used. The road will dip to the original streambed elevation of the drainage and the crossing will prevent any blockage or restriction of the existing channel. Material moved from the banks of the crossing will be stockpiled nearby for later use in reclamation. Gravel, riprap, or concrete bottoms may be required in some situations.

**H-29**: For pipeline crossings of drainage ways: Pipelines crossing at the surface must be constructed high enough to remain above the highest possible flood flows at each crossing. Pipeline crossings below the surface must be buried deep enough to remain undisturbed by scour and fill processes typically associated with passage of peak flows. A hydraulic analysis should be completed during the pipeline design phase to avoid repeated maintenance of such crossings and eliminate costly repairs and potential environmental degradation associated with pipeline breaks at stream crossings (US Department of the Interior 2007). Utilize horizontal-directional boring techniques under perennial water bodies and/or wetland complexes when environmental circumstances allow.

**H-30**: Minimize crossing of streams (intermittent and perennial) and wetlands with vehicles and heavy machinery.

**H-31**: Time work in wetlands and watercourses to occur during low-flow season when conditions are driest. High flows occur during late summer early fall as a result of high-intensity convective thunderstorm events. Work in these areas must also be done in a manner consistent with BMPs for biological resources.

**H-32**: Exclude livestock and vehicles from spring sources and riparian areas where on-site evaluation and/or monitoring data indicate degrading conditions or potential to degrade spring or riparian function.

BLM_0023018

**H-33**: Avoid alteration of natural hydrologic function and condition in source areas for springs, seeps, fens, or other water developments. Relocate surface-disturbing activities away from these sensitive areas as site conditions warrant.

**H-34**: Limit consumptive water use from federal point source water rights on BLM-administered lands that are not sustainable and/or would jeopardize discharge to streams, springs, seeps, fens, or downstream senior water rights.

**H-35**: Manage and manipulate invasive stands of brush and weeds on forest, range, pasture land by mechanical, chemical, or biological means or by prescribed burning to improve watershed function and condition.

**H-36**: Limit surface disturbance near drainage features and minimize surface disturbance on steep slopes, fragile soils, saline soils, and Mancos shale-derived soils.

**H-37**: When activity in streams, wetlands, or riparian areas is unavoidable, the operator will first employ best available technology such as eco-Matting to reduce impacts. The operator would then restore modified or damaged areas as close as practicable to natural conditions to protect banks and wetlands and to re-establish riparian vegetation.

**H-38**: Maintain to the greatest extent practicable natural flow rates and chemical and physical properties of surface and groundwater during work within stream channels, floodplains, and/or riparian areas.

**H-39**: Oil and gas drilling operations within municipal watersheds, source water protection areas, or locally important fresh water aquifers should utilize methods and materials that will prevent degradation of the underlying groundwater. This may include practices such as surface and intermediate casing through potential fresh water zones, gas blocker additives to cement jobs, the use of green fracturing fluids, pitless drilling, and closed loop drilling. The use of "green" fracturing fluids will be documented in the form of Material Safety Data Sheets, which will be reviewed by the operator for compliance prior to use. Material Safety Data Sheets will remain on site at all times such chemicals are present.

**H-40**: Water from well production tests (water wells) or hydrostatic testing of pipelines shall be filtered of sediments prior to discharge into wetlands. Energy dissipating methods (e.g., straw-bails, waddles, and vegetative buffers) shall be in place prior to discharge of production water or water used for hydrostatic testing.

**H-41**: Within portions of municipal watersheds and source water protection areas available for fluid minerals development, the operator should develop and implement a watershed protection plan. This plan would include characterization and monitoring of baseline hydrologic/hydrogeologic conditions

BLM_0023019

such as, but not limited to, water quality, water quantity, groundwater flow patterns, connectivity between geologic formations, and communication between surface and groundwater. The operator should collaborate with all watershed stakeholders in development and implementation of the watershed protection plan.

**H-42**: Livestock feeding and salting shall be done in a manner to protect water quality. When possible, these developments or practices should be done at least 550 meters from riparian zones.

**H-43**: Maintain appropriate vegetative/riparian buffers around water features to slow runoff and trap sediments and protect water quality. A minimum buffer distance should be 200 meters or greater where site conditions warrant.

**H-44**: Surface-disturbing actions should not permanently impair floodplain function.

**H-45**: No operations using chemical processes (except for vegetation management) or other pollutants in their activities will be allowed within 200 feet of any water bodies. This includes staging equipment for refueling, as well as equipment maintenance.

**H-46**: Fill material will not be cast over hilltops or into drainages.

**H-47**: All pipeline welds within 100 feet of a perennial stream will be x-rayed to prevent leakage into the stream. Where pipelines cross streams that support federal or state-listed threatened or endangered species or BLM-listed sensitive species, additional safeguards such as double-walled pipe and remotely-actuated block or check valves on both sides of the stream may be used.

**H-48**: Baseline information of channel characteristics and riparian vegetation present must be documented before actions are permitted to disturb riparian areas and the stream channel.

**H-49**: Direct overflow from water developments back to the original natural drainage in a way that does not accelerate erosion or modify riparian habitats.

**H-50**: Avoid soil compaction or surface-disturbing activities in recharge areas that could impair natural function of springs and/or seeps.

## References

US Department of the Interior and US Department of Agriculture. 2007. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development. BLM/WO/ST-06/021+3071/REV 07. BLM, Denver, CO. 84 pp.

BLM_0023020

_____. 2008. Handbook H-1740-2—Integrated Vegetation Management Handbook. BLM, Washington, DC. Internet Web site: http://www.blm.gov/style/medialib/blm/wo/Information_Resources_Man agement/policy/blm_handbook.Par.59510.File.dat/H-1740-2.pdf. Accessed on May 18, 2012.

BLM (US Department of the Interior, Bureau of Land Management). 2009. Handbook H-9112-1—Bridges and Major Culverts Handbook. BLM, Washington, DC.

_____. 2011a. Manual 9113—Roads Manual. BLM, Washington, DC.

_____. 2011b. Handbook H-9113-1—Road Design Handbook. BLM, Washington, DC.

_____. 2012a. Manual 9115—Primitive Roads Manual. BLM, Washington, DC.

US Department of the Interior. 2007. Hydraulic considerations for pipelines crossing stream channels. Technical Note 423. BLM/ST/ST-07/007+2880. BLM, National Science and Technology Center, Denver, CO. Internet Web site: http://www.blm.gov/nstc/library/techno2.htm. Accessed on May 18, 2012.

## VEGETATION: RANGELAND (VR)

Guidance may come from various sources. See individual resources.

### Standard Operating Procedures

**VR-1**: When making decisions about proposed projects/actions in known sagebrush habitat, existing plans and guidance will be used by interdisciplinary teams and considered in the decision-making process. This guidance includes the conservation actions/guidelines identified in the Western Association of Fish and Wildlife Agencies – Conservation Assessment of Greater Sage-Grouse and Sagebrush habitats (Connelly et al. 2004), and local working group population plans (Pinion Mesa population of Gunnison Sage-Grouse and Parachute-Piceance-Roan Population of Greater Sage-Grouse).

**VR-2**: Utilize the techniques and methods for vegetation treatments identified in the Record of Decision for Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States (BLM 2007).

### Best Management Practices

**VR-3**: Close and rehabilitate roads quickly once they are no longer needed.

**VR-4**: Close selected routes to protect special status species and significant plant communities.

BLM_0023021

**VR-5**: Build roads to the appropriate standard, no higher than necessary for use and safety, and utilize primitive or two-track roads rather than newly constructed roads where feasible.

**VR-6**: Pipelines (and electrical power lines when possible) shall be placed within road corridors to minimize disturbance.

**VR-7**: Minimize disturbance to soil and native vegetation as much as possible.

**VR-8**: Stockpile topsoil for use in final reclamation. Topsoil shall be stored separately from other fill materials.

**VR-9**: When timely natural regeneration of the native plant community is not likely to occur, carefully select species that will not compete with or exclude botanical resources for revegetation efforts. Bare sites shall be seeded as soon as appropriate to prevent establishment of undesirable plant species.

**VR-10**: Ensure that seed used for revegetation as well as straw and hay bales used for erosion control are certified free of noxious weeds.

**VR-11**: Monitor revegetation sites to ensure successful establishment of desired species.

**VR-12**: Monitor the long-term success of revegetation efforts to ensure successful establishment of desired species and detect any noxious weed infestations. If revegetation is unsuccessful, continue efforts to establish desired species in disturbed sites.

**VR-13**: In Salt Desert Shrub communities with biological soil crusts, require reclamation that includes, but is not limited to, broadcasting bacterial inoculants; planting native grass, forbs, and shrubs seedlings; and installing exclosure fences.

## References

BLM (US Department of the Interior, Bureau of Land Management). 2007. Final Vegetation Treatment Using Herbicides on BLM Lands in 17 Western States, Programmatic Environmental Impact Statement. BLM, Nevada State Office, Reno, NV. June 2007.

Connelly, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver. 2004. Conservation Assessment of Greater Sage-Grouse and Sagebrush Habitat. Western Association of Fish and Wildlife Agencies. Unpublished report. Cheyenne, WY.

Elliott, B.A., S. Spackman Panjabi, B. Kurzel, B. Neely, R. Rondeau, and M. Ewing. 2009. Recommended Best Management Practices for Plants of Concern. Practices developed to reduce the impacts of oil and gas development activities to plants of concern. Unpublished report prepared by the Rare

BLM_0023022

Plant Conservation Initiative for the National Fish and Wildlife Foundation.

# VEGETATION: RIPARIAN HABITAT AND WETLANDS (VRW)

## Standard Operating Procedures

**VRW-1**: Utilize the techniques and methods for vegetation treatments identified in the Record of Decision for Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States (BLM 2007).

**VRW-2**: Utilize the techniques and processes for protection of floodplains as identified in Executive Order 11988, Floodplain Management.

**VRW-3**: Road crossings that will be used for longer than one year on perennial streams will be engineered and approved by the BLM Authorized Officer.

**VRW-4**: Do not locate roads or other facilities immediately parallel to streams. Where roads or facilities must cross streams, cross perpendicularly and immediately exit the buffer zone.

**VRW-5**: **(MLP)** Armor low-water stream crossings, place properly sized culverts, or span streams as appropriate to protect the riparian zone.

**VRW-6**: Maintain a minimum of six-inch stubble height at the end of October or winter grazing rotation on streambank (lotic) riparian. If stability of riparian system is dependent upon riparian grasses and forbs, maintain adequate stubble height to dissipate energy from spring runoff.

**VRW-7**: Maintain a minimum of four-inch stubble height at the end of October on wet meadows (lentic) systems.

**VRW-8**: Roads and trails (off-highway vehicle, horse, bicycle, and hiking) will avoid wetlands and if avoidance is not possible will be designed and constructed in accordance with Technical Reference 2E22A68-NPS, Off-highway Vehicle Management (Meyer 2002).

## Best Management Practices

**VRW-9**: Minimize crossing of streams (intermittent and perennial) and wetlands with vehicles, heavy machinery, and facilities (e.g., pipelines).

**VRW-10**: Locate residue piles (e.g., sawdust, field chipping residue, and disposal ponds) away from drainages where runoff may wash residue into water bodies or wetlands.

**VRW-11**: Maintain appropriate vegetative/riparian buffers from ground disturbing or heavy use activities of at least 200 meters around riparian and wetland areas to protect and enhance the health and function of these systems.

BLM_0023023

**VRW-12**: Manage vegetation in riparian areas to provide wildlife habitat, adequate shade, sediment control, bank stability, and recruitment of wood into stream channels.

**VRW-13**: Locate project staging areas for refueling, maintenance equipment, materials, operating supplies, and boring in areas not designated as riparian and/or wetland areas.

**VRW-14**: Minimize surface disturbance within riparian areas and in wetlands.

**VRW-15**: Avoid late summer or early fall grazing in areas with declining willow populations. If grazing during these time periods must occur, allow for at least one full year of rest between grazing rotations.

**VRW-16**: Utilize riparian pastures as appropriate to manage grazing activities in riparian areas. Vary the timing, duration, and frequency of grazing in riparian pastures.

**VRW-17**: Create off-stream watering facilities when possible (e.g., stock tanks, stock ponds, and nose pumps). Place grazing stock tanks and other watering facilities at least 550 meters from riparian zones.

**VRW-18**: Actively move cattle to and from riparian pastures or pastures containing riparian habitat. Do not allow for cattle to drift between pastures (Leonard et al., p. 33-34).

**VRW-19**: Low-stress stockmanship methods should be used to encourage cattle grazing away from riparian areas. Cattle should be turned out away from riparian areas when enter new pastures or allotments. Cattle should also be guided to appropriate bedding areas.

**VRW-20**: Cull cattle from the herd that congregate or preferentially graze riparian areas for extended periods of time.

**VRW-21**: Place salt, hay, grain, molasses, and other supplements on uplands at least 550 meters away from riparian and wetland areas to encourage cattle to graze uplands and move out of riparian areas. Supplementation sites should be at least 1,100 meters (1,200 yards) apart.

**VRW-22**: Phase the size and timing of vegetation removal treatments within riparian areas. Phasing treatments sizes and timing to reduce soil and water temperatures, maintain bank and soil stability, and retain adequate wildlife habitat for cover and nesting.

**VRW-23**: Phase the size and timing of vegetation-removal treatments on uplands immediately adjacent to riparian areas, and buffer treatment boundaries away from riparian areas to reduce sedimentation and erosion in riparian zones.

BLM_0023024

Allow for at least one year between vegetation removal treatments in uplands and in riparian or wetland areas.

**VRW-24**: Relocate existing roads away from riparian areas as feasible during requested permitting or authorization of these routes. Reclaim abandoned portions of relocated roads back to natural conditions. Recontour routes back to natural slopes as feasible, rip compacted soils (except for in close proximity to desirable trees), and seed disturbed areas.

**VRW-25**: Fences should not be placed immediately on the edge of riparian areas. Place fences away from riparian or wetland areas to decrease impacts from trailing along fences.

### References

BLM (US Department of the Interior, Bureau of Land Management). 2007. Final Vegetation Treatment Using Herbicides on BLM Lands in 17 Western States, Programmatic Environmental Impact Statement. BLM, Nevada State Office, Reno, NV. June 2007.

Meyer, K. 2002. Managing degraded off-highway vehicle trails in wet, unstable, and sensitive environments. Technical Reference 2E22A68-NPS: Off-highway Vehicle Management. US Department of Agriculture, Forest Service, Technology and Development Program.

Leonard, S., G. Kinch, V. Elsbernd, M. Borman, and S. Swanson. 1997. Riparian Area Management Technical Reference 1737-14—Grazing Management for Riparian-Wetland Areas. BLM (US Department of the Interior, Bureau of Land Management) and US Department of Agriculture, Forest Service, Denver, CO. 80pp.

## NOXIOUS AND INVASIVE WEED PREVENTION (WEED)

This list incorporates many suggested practices under various land uses and is designed to allow managers to choose those practices that are most applicable to and feasible for each situation. SOPs established by policy or law are identified as such.

### Site-Disturbing Projects

#### Pre-project Planning

**WEED-1**: Environmental analyses for projects and maintenance programs should assess weed risks, analyze high-risk sites for potential weed establishment and spread, and identify prevention practices.

**WEED-2**: Determine site-specific restoration and monitoring needs and objectives at the onset of project planning.

**WEED-3**: Learn to recognize noxious and invasive weeds.

BLM_0023025

**WEED-4**: Inventory all proposed projects for weeds prior to ground-disturbing activities. If weeds are found, they should be treated (if the timing is appropriate) or removed (if seeds are present) to limit weed seed production and dispersal.

**WEED-5**: Be cognizant of moving equipment and machinery from weed-contaminated areas to uncontaminated areas.

**WEED-6**: Locate and use weed-free project staging areas. Avoid or minimize travel through weed-infested areas, or restrict travel to periods when spread of disseminules is least likely.

**WEED-7**: Identify sites where equipment can be cleaned. Remove mud, dirt, and plant parts from project equipment before moving it into a project area. Seeds and plant parts should be collected and incinerated when possible.

**WEED-8**: If certified weed-free gravel pits become available in the county, the use of certified weed-free gravel will be required wherever gravel is applied to BLM-administered lands (e.g., roads). **(SOP)**

**WEED-9**: Maintain stockpiled, non-infested material in a weed-free condition. Topsoil stockpiles should be promptly revegetated to maintain soil microbial health and reduce the potential for weeds.

**WEED-10**: Use competitive seed mixes when practical. A certified seed laboratory shall test each lot according to the Association of Official Seed Analysts standards (which include an all-state noxious weed list) and provide documentation of the seed inspection test. The seed shall contain no noxious, prohibited, or restricted weed seeds and shall contain no more than 0.5 percent by weight of other weed seeds. Seed may contain up to 2.0 percent of "other crop" seed by weight, including the seed of other agronomic crops and native plants; however, a lower percentage of other crop seed is recommended. **(SOP)**

*Project Implementation*
**WEED-11**: Minimize soil disturbance. To the extent practicable, native vegetation should be retained in and around project activity areas, and soil disturbance should be kept to a minimum.

**WEED-12**: If a disturbed area must be left bare for a considerable length of time, cover the area with weed barrier until revegetation is possible.

*Post-project Actions*
**WEED-13**: Clean all equipment before leaving the project site when operating in weed-infested areas.

BLM_0023026

**WEED-14**: Inspect, remove, and properly dispose of weed seed and plant parts found on clothing and equipment. Proper disposal means bagging and incinerating seeds and plant parts or washing equipment in an approved containment area.

**WEED-15**: Revegetate disturbed soil where appropriate to optimize plant establishment for that specific site. Define revegetation objectives for each site. Revegetation may include topsoil replacement, planting, seeding, fertilization, and certified weed-free mulching as necessary. Use native material where appropriate and feasible.

**WEED-16**: Monitor sites where seed, hay, straw, or mulch has been applied. Eradicate weeds before they form seed. In contracted projects, contract specifications could require that the contractor control weeds for a specified length of time.

**WEED-17**: Inspect and document all ground-disturbing activities in noxious weed-infested areas for at least three growing seasons following project completion. For ongoing projects, continue to monitor until reasonably certain that no weeds are present. Plan for follow-up treatments based on inspection results.

## Roads and Utilities

### *Pre-project Planning*
**WEED-18**: Communicate with contractors, local weed districts, or weed management areas about projects and BMPs for prevention.

**WEED-19**: Remove mud, dirt, and plant parts from project equipment before moving it into a project area. Seeds and plant parts shall be collected and incinerated when practical, or washed off in an approved containment area. **(SOP)**

**WEED-20**: Avoid acquiring water for road dust abatement where access to water is through weed-infested sites.

**WEED-21**: Treat weeds on travel rights-of-way before seed formation so that construction equipment does not spread weed seed.

**WEED-22**: Schedule and coordinate blading or pulling of noxious weed-infested roadsides or ditches in consultation with the local weed specialist. When it is necessary to blade weed-infested roadsides or ditches, schedule the activity when disseminules are least likely to be viable.

BLM_0023027

### Project Implementation

**WEED-23**: Retain shade to suppress weeds by minimizing the removal of trees and other roadside vegetation during construction, reconstruction, and maintenance, particularly on south aspects.

**WEED-24**: Do not blade or pull roadsides and ditches infested with noxious weeds unless doing so is required for public safety or protection of the roadway. If the ditch must be pulled, ensure that weeds remain onsite. Blade from least-infested to most-infested areas.

### Post-project Actions

**WEED-25**: Power or high-pressure clean all equipment of all mud, dirt, and plant parts before leaving the project site if operating in areas infested with weeds. Seeds and plant parts shall be collected and incinerated when possible.

**WEED-26**: When seeding has been specified for construction and maintenance activities, seed all disturbed soil (except travel route) soon after work is completed.

**WEED-27**: Use a certified weed-free seed mix suitable for local environmental conditions that includes fast, early growing (preferably native) species to provide quick revegetation. Consider applying weed-free mulch with seeding. **(SOP)**

**WEED-28**: Periodically inspect roads and rights-of-way for noxious weeds. Train staff to recognize weeds and report locations to the local weed specialist. Follow-up with treatment when needed.

**WEED-29**: When reclaiming roads, treat weeds before roads are made impassable. Inspect and follow up based on initial inspection and documentation.

**WEED-30**: To avoid weed infestations, create and maintain healthy plant communities whenever possible, including utility rights-of-way, roadsides, scenic overlooks, trailheads, and campgrounds.

## Recreation Activities

**WEED-31**: Inspect and clean mechanized trail vehicles of weeds and weed seeds.

**WEED-32**: Wash boots and socks before hiking into a new area. Inspect and clean packs, equipment, and bike tires.

**WEED-33**: Avoid hiking through weed infestations whenever possible.

**WEED-34**: Keep dogs and other pets free of weed seeds.

**WEED-35**: Avoid picking unidentified "wildflowers" and discarding them along trails or roadways.

BLM_0023028

**WEED-36**: Maintain trailheads, campgrounds, visitor centers, boat launches, picnic areas, roads leading to trailheads, and other areas of concentrated public use in a weed-free condition. Consider high-use recreation areas as high-priority sites for weed eradication.

**WEED-37**: Sign trailheads and access points to educate visitors about noxious and invasive weeds and the consequences of their activities.

**WEED-38**: In areas susceptible to weed invasion, limit vehicles to designated, maintained travel routes. Inspect and document travel corridors for weeds, and treat as necessary.

**WEED-39**: Encourage use of pelletized feed for backcountry horsemen and hunters. Pelletized feed is unlikely to contain weed seed.

## Watershed Management

**WEED-40**: Frequently and systematically inspect and document riparian areas and wetlands for noxious weed establishment and spread. Eradicate new infestations immediately because effective tools for riparian-area weed management are limited.

**WEED-41**: Promote dense growth of desirable vegetation in riparian areas (where appropriate) to minimize the availability of germination sites for weed seeds or propagules transported from upstream or upslope areas.

**WEED-42**: Address the risk of invasion by noxious weeds and other invasive species in watershed restoration projects and water quality management plans.

## Grazing Management

**WEED-43**: Consider prevention practices and cooperative management of weeds in grazing allotments. Prevention practices may include:

a) Altering season of use

b) Minimizing ground disturbance

c) Excluding livestock grazing

d) Preventing weed seed transportation

e) Maintaining healthy vegetation

f) Revegetating areas

g) Inspecting areas

h) Educating permittees and users

i) Reporting

BLM_0023029

**WEED-44**: Provide certified weed-free supplemental feed in a designated area so that new weed infestations can be detected and treated immediately. Pelletized feed is unlikely to contain viable weed seed.

**WEED-45**: If livestock may contribute to seed spread in a weed-infested area, schedule livestock use prior to seed-set or after seed has fallen.

**WEED-46**: If livestock were transported from a weed-infested area, annually inspect and treat entry units for new weed infestations.

**WEED-47**: Consider closing infested pastures to livestock grazing when grazing will either continue to exacerbate the condition or contribute to weed seed spread. Designate those pastures as unsuitable range until weed infestations are controlled.

**WEED-48**: Manage the timing, intensity (utilization), duration, and frequency of livestock activities to maintain the competitive ability of desirable plants and retain litter cover. The objective is to prevent grazers from selectively removing desirable plant species and leaving undesirable species.

**WEED-49**: Exclude livestock grazing on newly seeded areas with fencing to ensure that desired vegetation is well established, usually after two to three growing seasons. **(SOP)**

**WEED-50**: Reduce ground disturbance, including damage to biological soil crusts. Consider changes in the timing, intensity, duration, or frequency of livestock use; location and changes in salt grounds; restoration or protection of watering sites; and restoration of yarding/loafing areas, corrals, and other areas of concentrated livestock use.

**WEED-51**: Inspect areas of concentrated livestock use, especially watering locations and other sensitive areas that may be particularly susceptible to invasion, for weed invasion. Inventory and manage new infestations.

**WEED-52**: Defer livestock grazing in burned areas until vegetation is successfully established, usually after two to three growing seasons. **(SOP)**

## Outfitting / Recreation Pack and Saddle Stock Use

**WEED-53**: Allow only certified weed-free hay/feed on BLM-administered lands. **(SOP)**

**WEED-54**: Inspect, brush, and clean animals (especially hooves and legs) before entering BLM-administered land. Inspect and clean tack and equipment.

**WEED-55**: Regularly inspect trailheads and other staging areas for backcountry travel. Bedding in trailers and hay fed to pack and saddle animals may contain weed seed or propagules.

BLM_0023030

**WEED-56**: Tie or contain stock in ways that minimize soil disturbance and prevent loss of desirable native species.

**WEED-57**: Authorized trail sites for tying pack animals should be monitored several times per growing season to quickly identify and eradicate new weeds. Trampling and permanent damage to desired plants is likely. Tie-ups shall be located away from water and in shaded areas where the low light helps suppress weed growth.

**WEED-58**: Educate outfitters to look for and report new weed infestations.

## Wildlife

**WEED-59**: Periodically inspect and document areas where wildlife concentrate in the winter and spring and cause excess soil disturbance.

**WEED-60**: Use weed-free materials for all wildlife management activities.

**WEED-61**: Incorporate weed prevention into all wildlife habitat improvement project designs.

## Fire

### Fire Management Plans

**WEED-62**: Prescribed fire plans should include pre-burn invasive weed inventory and risk assessment components, as well as post-burn mitigation components.

**WEED-63**: Integrate prescribed fire and other weed-management techniques to achieve best results. This may involve post-burn herbicide treatment or other practices that require careful timing.

**WEED-64**: Include weed prevention and follow-up monitoring in all prescribed fire activities. Include in burn plans the possibility for post-burn weed treatment.

### Incident Planning

**WEED-65**: Increase weed awareness and weed prevention by providing training to new and/or seasonal fire staff on invasive weed identification and prevention.

**WEED-66**: For prescribed burns, inventory the project area and evaluate potential weed spread with regard to the fire prescription. Areas with moderate to high weed cover should be managed for at least two years prior to the prescribed burn to reduce the number of weed seeds in the soil. Continue weed management after the burn.

**WEED-67**: On wildfires or prescribed burns in or near weed-infested areas, ensure that a Qualified Resource Advisor familiar with weeds issues or who has

BLM_0023031

access to the relevant information is assigned. Include a discussion of weed-prevention operational practices in all fire briefings.

**WEED-68**: Use operational practices (e.g., avoiding weed infestations when locating fire lines) to reduce weed spread.

**WEED-69**: Identify and periodically inspect potential helispots, staging areas, incident command posts, and base camps and maintain a weed-free condition. Encourage network airports and helibases to do the same.

**WEED-70**: Develop a burned area integrated weed-management plan, including a monitoring component to detect and eradicate new weeds early.

### Fire-fighting

**WEED-71**: Ensure that all equipment (including borrowed or rental equipment) is free of weed seed and propagules before entering incident location.

**WEED-72**: When possible, use fire-suppression tactics that reduce disturbances to soil and vegetation, especially when creating fire lines.

**WEED-73**: Use wet or scratch-lines where possible instead of fire breaks made with heavy equipment.

**WEED-74**: Given the choice of strategies, avoid ignition and burning in areas at high risk for weed establishment or spread.

**WEED-75**: Hose off vehicles on site if they have traveled through infested areas.

**WEED-76**: Inspect clothing for weed seeds if foot travel occurred in infested areas.

**WEED-77**: When possible, establish incident bases, fire operations staging areas, and aircraft landing zones in areas that have been inspected and are verified to be free of invasive weeds.

**WEED-78**: Cover weed-infested cargo areas and net-loading areas with tarps if weeds exist and cannot be removed or avoided.

**WEED-79**: Flag high-risk weed infestations in areas of concentrated activity, and show weeds on facility maps.

**WEED-80**: If fire operations involve travel or work in weed-infested areas, a power wash station should be staged at or near the incident base and helibase. Wash all vehicles and equipment upon arrival from and departure to each incident. This includes fuel trucks and aircraft service vehicles.

BLM_0023032

**WEED-81**: Identify areas affected by suppression activities that may be vulnerable to weed invasion, and utilize suppression funds to repair.

*Post-fire Rehabilitation*

**WEED-82**: Have a weed specialist review burned area rehabilitation reports to ensure that proper and effective weed prevention and management is addressed.

**WEED-83**: Thoroughly clean the undercarriage and tires of vehicles and heavy equipment before entering a burned area.

**WEED-84**: Treat weeds in burned areas. Weeds can recover as quickly as two weeks following a fire.

**WEED-85**: Schedule inventories one month and one year post-fire to identify and treat infestations. Eradicate or contain newly emerging infestations.

**WEED-86**: Restrict travel to established roads to avoid compacting soil that could hinder the recovery of desired plants.

**WEED-87**: Determine soon after a fire whether revegetation is necessary to speed recovery of a native plant community, or whether desirable plants in the burned area will recover naturally. Consider the severity of the burn and the proportion of weeds to desirable plants on the land before it burned. In general, more severe burns and higher pre-burn weed populations increase the necessity of revegetation. Use a certified weed-free seed mix. **(SOP)**

**WEED-88**: Inspect and document weed infestations on fire access roads, equipment cleaning sites, and staging areas. Control infestations to prevent spread within burned areas.

**WEED-89**: Seed and straw mulch to be used for burn rehabilitation (e.g., for wattles, straw bales, and dams) shall be certified weed-free. **(SOP)**

**WEED-90**: Replace soil and vegetation right side up (i.e., any uprooted plants still in a clump of soil are replaced upward) when rehabilitating fire line.

# FISH AND WILDLIFE MANAGEMENT AND SPECIAL STATUS SPECIES (FWS)

## Standard Operating Procedures

**FWS-1**: To minimize the spread of aquatic nuisance species, including, but not limited to, zebra mussels, New Zealand mud snails, quagga mussels, rusty crayfish, and whirling disease vectors, personnel working in water will:

    a) Before leaving a particular water, inspect and clean gear used in the water, including watercraft (e.g., boats, canoes, kayaks, and rafts), trailers, oars, nets, waders, wading boots, sandals, and life jackets.

BLM_0023033

Remove vegetation, mud, grit, algae, and the like, and drain water from boats and other gear.

b) Prior to entering another water body, clean gear by spraying with 409 or a similar soap or bleach solution, and let equipment dry in the hot sun for several hours, or use hot tap water that drains onto the ground, not down a drain or into another water course.

**FWS-2**: Constructed fences will comply with applicable wildlife fence standards, such as those described in BLM Handbook H-1741-1, Fencing (BLM 1989). Current standards for fencing cattle out in deer and elk range is a 4-strand fence 40 inches high with a spacing of wires from ground to top of 60 inches (smooth bottom wire), 6 inches (second wire barbed), 6 inches (third wire barbed), and 12 inches (top wire preferably smooth, but it may need to be barbed in areas of intense cattle use).

**FWS-3**: The GJFO will consult agency species management plans and other conservation plans as appropriate to guide management and devise mitigation measures when needed. Examples of these plans include, but are not limited to, the Colorado Wildlife Action Plan; Colorado Sagebrush: A Conservation Assessment and Strategy; National, Rangewide, statewide, and local working group conservation plans for Gunnison and Greater Sage-Grouse; Sharing the land with pinyon-juniper birds; Birds in a sagebrush sea: managing sagebrush habitats for bird communities; North American Landbird Conservation Plan; North American Waterbird conservation Plan; National and Colorado Partners in Flight Bird Conservation Plans; and Colorado Gunnison's and White-tailed Prairie Dog Conservation Strategy and Recovery plans for federally listed species.

**FWS-4**: Lessees will be notified that a lease parcel contains potential habitat for threatened, endangered, proposed, candidate, and BLM sensitive plants, fish, and wildlife.

**FWS-5**: Existing plant location records will be consulted and site inventories will be conducted to identify suitable habitat[1] for these plants. Surveys for occupied suitable habitat will be performed prior to any ground disturbance. Surveys will take place when the plants can be positively identified during the appropriate flowering periods. Surveys will be performed by qualified field botanists/biologists who will provide documentation of their qualifications, experience, and knowledge of the species prior to starting work.

**FWS-6**: In complex linear or split-estate actions, early coordination with private landowners will facilitate the process the BLM must complete prior to authorizing the action. To comply with the Endangered Species Act, the BLM must consider the effects to listed species on private land that result from a federal action, such as linear rights-of-way or constructing a well pad on private land to drill to federal lease. Before an applicant can contract a biological survey,

BLM_0023034

the private surface owner must allow the biological consultant access. Projects can be authorized without completing biological surveys on private lands, but this may lead to lengthy delays while the BLM completes consultation.

**FWS-7**: For Colorado hookless cactus and other threatened, endangered, proposed, and candidate species, surface-disturbing activities will be avoided within 200 meters of occupied plant habitat[1] wherever possible and where geography and other resource concerns allow[2]. Fragmentation of existing populations and identified areas of suitable habitat will be avoided wherever possible.

**FWS-8**: For BLM sensitive species, surface-disturbing activities will be avoided within 100 meters of occupied plant habitat[1] wherever possible and where geography and other resource concerns allow[2]. Fragmentation of existing populations and identified areas of suitable habitat will be avoided wherever possible.

**FWS-9**: Where development is allowed within 100 meters of occupied habitat for threatened, endangered, proposed, and candidate species or BLM sensitive species, unauthorized disturbance of plant habitat will be avoided by on-site guidance from a biologist, and by fencing the perimeter of the disturbed area, or such other method as agreed to by US Fish and Wildlife Service. In such instances, a monitoring plan approved by US Fish and Wildlife Service will be implemented for the duration of the project to assess impacts to the plant population or seed bank. If detrimental effects are detected through monitoring, corrective action will be taken through adaptive management.

**FWS-10**: Surface disturbance closer than 20 meters to a listed plant will be considered an adverse effect. Mitigating measures within this narrow buffer are important and helpful to individual plants, but not all adverse effects can be fully mitigated within this distance. Some adverse effects due to dust, dust suppression, loss of pollinator habitat, and toxic spills will likely remain. There are two possible exceptions to this rule: 1) the new disturbance is no closer to a listed plant than preexisting disturbance, and no new or increased impacts to the listed plant are expected; or 2) the listed plant is screened from the proposed disturbance (e.g., tall, thick vegetation, or a berm acts as a screen or effective barrier to fugitive dust and other potential impacts).

---

[1] Occupied habitat includes areas historically or currently supporting plants and/or soils containing a viable seed bank. Suitable habitat is defined as an area that contains or exhibits the specific components or constituents necessary for plant persistence, as determined by existing maps plus field inspection and/or surveys. It may or may not be occupied by plants or a seed bank. Potential habitat is defined as an area that satisfies the broad criteria of the species' habitat description. It is usually determined by preliminary in-house assessment.

[2] An avoidance buffer helps to minimize dust transport, weed invasion, unauthorized vehicular activities, and chemical and produced-water spills, and also helps protect pollinator habitat.

BLM_0023035

**FWS-11**: Transplantation of potentially affected plants will not be used as a rationale to defend a "not likely to adversely affect" or a "no effect" determination for listed plant species.

**FWS-12**: For drilling pads and other installations, surveys will extend beyond the edge of disturbance by at least 200 meters for threatened, endangered, proposed, and candidate species. For linear features such as roads and pipelines, surveys will extend at least 100 meters beyond the edge of the proposed ground disturbance along each side of the right-of-way. If special status plants are found within the survey area, the contractor will determine the complete extent of the occurrence and the approximate number of individuals within it.

**FWS-13**: Documentation will include individual plant locations and suitable habitat distributions. Prior to conducting plant surveys, the operator will provide the BLM maps (as hard copy and Geographic Information System files) of all proposed areas of disturbance. Maps will include existing and proposed roads, pipelines, well pads, pits, parking lots, and all other work areas. Post-construction or as-built maps will also be submitted to account for any deviations from pre-project maps. Specific polygons where rare plant surveys have been conducted will be included, along with the results of those surveys (positive or negative). The locations of any monitoring plots established to measure the status of rare plants and habitat in the vicinity of project activities will be displayed.

**FWS-14**: Protect pollinator species for endangered or threatened species by incorporating the SOPs found in the Final Programmatic Environmental Impact Statement for Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States (BLM 2007).

**FWS-15**: Conduct development on existing or previously disturbed surface locations to reduce impacts on undisturbed areas and minimize impact on wildlife habitat.

**FWS-16**: To protect nesting raptors, raptor surveys shall be conducted prior to activities that could impact nesting activities. Based on the survey results, the following mitigation measures may be applied:

a) Protect nest sites from human disturbances by implementing Colorado Parks and Wildlife and US Fish and Wildlife Service recommended buffers around known nest sites.

b) Provide perching and nesting structures as mitigation where disturbances are impacting raptors.

c) Apply guidance from Suggested Practices for Raptor Protection on Power Lines: the State of the Art in 2006 (Avian Power Line Interaction Committee 2006) and Avian Protection Plan Guidelines (Avian Power Line Interaction Committee and US Fish and Wildlife

BLM_0023036

Service 2005) or most current guidance for new power line construction (including upgrades and reconstruction) to prevent electrocution of raptors.

**FWS-17: (MLP)** Implement drilling technology improvements, such as horizontal drilling, to maximize resource recovery and minimize environmental impacts.

**FWS-18: (MLP)** Install pipelines adjacent to roads wherever possible.

**FWS-19: (MLP)** Strategically apply fugitive dust-control measures to reduce coating of vegetation and deposition in water sources, including enforcing established speed limits on BLM-administered and private roads.

**FWS-20:** Ensure that ponds containing mining or other wastes that are potentially hazardous to fish and wildlife are enclosed to exclude birds, bats, and other wildlife attracted to the water.

**FWS-21:** When placing culverts on streams containing fish or amphibians, design culverts to maintain or improve aquatic organism passage.

**FWS-22:** In wildland fire situations work with Fire Resource Advisors during suppression efforts in the GJFO when considering dipping water from ponds, reservoirs, and lakes throughout the Grand Valley. Select reservoirs, ponds, and lakes harbor native and/or endangered fishes and should be avoided if at all possible. If these waters must be used, screen water intakes with 0.25-inch mesh to avoid fish entrainment.

**FWS-23:** When obtaining water from any live stream or river, the following actions should be taken:

a) The best method to avoid fish entrainment is to pump from off-channel locations (e.g., ponds, lakes, and diversion ditches) not directly connected to the mainstem rivers even during high spring flows;

b) If the pump head must be located in the river channel where larval fish are known to occur:

1. Do not situate the pump in a low-flow or no-flow area, as these habitats tend to concentrate larval or young-of-year fishes. Instead, place the pump into fast moving/riffle habitat.

2. Limit the amount of pumping, to the greatest extent possible, during that period of the year when larval fish may be present (June 1 to August 15).

BLM_0023037

3. Avoid pumping, to the greatest extent possible, during the pre-dawn hours (two hours prior to sunrise), as larval fish drift studies indicate that this is a period of greatest daily activity.

c) Screen all pump intakes with 0.25-inch or finer mesh material.

d) Report any fish impinged on any intake screens to US Fish and Wildlife Service (970-243-2778) or Colorado Parks and Wildlife:

Northwest Region
711 Independent Avenue, Grand Junction, CO 81505
Phone: (970) 255-6100

Southwest Region
415 Turner Drive, Durango, CO 81303
Phone: (970) 375-6700

## Best Management Practices

**FWS-24**: Design lighting required for recreation, oil and gas, and other programs to be directing downward using shielded lights and only the minimum illumination required. Utilize green lights in areas that require illumination at night and prevent skyward projection of lighting that may disorient night migrating birds. Sodium vapor lights, widely used for streetlights and security lighting, should not be used because they have been shown to attract night-flying birds.

**FWS-25**: Limit flaring operations when well pads are within 100 meters of occupied threatened, endangered, proposed, candidate, and sensitive species habitat.

**FWS-26**: Control noxious weeds using integrated techniques. Limit chemical control in areas with rare plant species to avoid damage to non-target species. Mechanical or chemical control in and near rare plant habitat shall only be implemented by personnel familiar with the rare plants.

**FWS-27**: Prohibit collection of rare plants or plant parts, except as permitted by the BLM Authorized Officer for scientific research.

**FWS-28**: The use of deicers and dust suppressants within 100 meters of road-side occurrences of special status plant species will require prior approval from the BLM.

**FWS-29**: Herbicide application shall be kept at least 200 meters from known plant populations, except in instances where weed populations threaten habitat integrity or plant populations. Great care shall be used to avoid pesticide drift in those cases.

**FWS-30**: Use temporary water delivery lines laid on the surface of the ground to reduce truck traffic.

BLM_0023038

**FWS-31**: Retain existing snags for wildlife use in places where they will not create a human hazard.

**FWS-32**: Where linear disturbance is proposed, edges of vegetation shall be feathered to avoid long linear edges of habitat and allow for greater habitat complexity for wildlife.

**FWS-33**: Protect existing temporary pools to providing breeding and hibernating habitat for amphibians.

**FWS-34**: Avoid fragmentation of wildlife habitat, especially in wildlife migration and movement corridors.

**FWS-35**: **(MLP)** Encourage the use of a variety of BMPs, as defined by the most recent version of "Best Management Practices for Oil and Gas Development on Public Lands," http://www.blm.gov/bmp/.

**FWS-36**: Identify in-channel features (e.g., culverts and water-diversion structures) that block aquatic organism movement and/or impair stream connectivity and replace, modify, or remove these impediments as they are identified and as opportunities allow. Consider and address aquatic organism passage and appropriate life-stage requirements when designing new or modifying existing stream crossings.

**FWS-37**: Where construction of in-channel barriers will benefit aquatic species by limiting access from competitive species and/or disease vectors, consider barriers as a management tool on a site-specific basis.

**FWS-38**: In critical and sever winter range for deer and elk, avoid recurring transportation activity within two hours before and after sunrise and sunset to avoid disturbing wintering wildlife between December 1 and May 1 (excluding emergencies).

**FWS-39**: For intensive activities within winter range for wildlife, use carpooling for activities like crew rotations and shift changes.

**FWS-40**: For intensive activities within winter range for wildlife, monitor and enforce speed limits.

**FWS-41**: For intensive activities within winter range for wildlife, prohibit pets and possession of fire arms on the site by employees or contractors.

**FWS-42**: Implement closed-loop drilling systems on all active rigs, using only a small cuttings mixing area on each location.

**FWS-43**: Optimize completion operations to minimize impact. Techniques include:

BLM_0023039

    a) Simultaneous drilling and completion operations minimize the operating time on the well pad, where space and safety restrictions permit the use of this technique.

    b) Remote completion operations using nearby existing well pads minimize overall surface disturbance.

**FWS-44**: Reuse water whenever possible for drilling and completion activities. Recycle all water used in completion activities to meet water needs for completion of subsequent wells on location; this will reduce fresh water consumption and reduce truck traffic.

**FWS-45**: Expand the water-distribution system to efficiently move water in pipelines, thereby reducing truck traffic for drilling and completion activities.

**FWS-46**: Reduce visits to well sites through remote monitoring (i.e., supervisory control and data acquisition) and the use of multi-function contractors.

**FWS-47**: **(MLP)** Use solar panels as an alternative energy source for on location production equipment to limit trips to the location for production maintenance.

**FWS-48**: Use dual-fuel natural gas/diesel systems, thereby reducing diesel delivery to the well site by as much as 70 percent.

**FWS-49**: **(MLP)** Use existing roads instead of new construction segments wherever feasible.

**FWS-50**: **(MLP)** Seed all access roads and facilities other than well pads in a timely manner after construction has been completed. Seed all topsoil from pad construction.

**FWS-51**: Noise-reduction techniques and designs will be used to reduce noise from compressors or other motorized equipment.

**FWS-52**: Where new roads are constructed, seasonal restrictions on public vehicular access will be evaluated where there are wildlife conflict or road damage/maintenance issues.

**FWS-53**: Install multiple pipelines in a single trench to minimize disturbance.

**FWS-54**: Install trench plugs (sloped to allow wildlife or livestock to exit the trench should they enter) at known wildlife or livestock trails to allow safe crossing on long spans of open trench.

**FWS-55**: Coordinate with Colorado Parks and Wildlife about BLM projects and BLM-authorized projects that are proposed within 0.5-mile of a small-

BLM_0023040

capacity water development and 2.0 miles of a large-capacity wildlife water development. Projects determined to have a detrimental effect on wildlife using wildlife water developments will be avoided or rerouted if possible.

**FWS-56**: Coordinate with Colorado Parks and Wildlife about migratory bird inventories when migratory bird inventories are proposed by BLM or required of third parties.

### References

Avian Power Line Interaction Committee. 2006. Suggested Practices for Raptor Protection on Power Lines: the State of the Art in 1996. Edison Electric Institute, Avian Power Line Interaction Committee and California Energy Commission, Washington, DC, and Sacramento, CA.

Avian Power Line Interaction Committee and US Fish and Wildlife Service. 2005. Avian Protection Plan Guidelines, April 2005. Washington, DC.

BLM (US Department of the Interior, Bureau of Land Management). 1989. Handbook H-1741-1—Fencing. BLM, Washington, DC. 58pp.

_____. 2007. Final Vegetation Treatment Using Herbicides on BLM Lands in 17 Western States, Programmatic Environmental Impact Statement. BLM, Nevada State Office, Reno, NV. June 2007.

BLM (US Department of the Interior, Bureau of Land Management) and US Fish and Wildlife Service. 2008. Recommendations for Avoiding Adverse Effects on Threatened, Endangered, Proposed, Candidate, and BLM Sensitive Plants on BLM Lease Lands in Colorado. Draft. July 25, 2008.

US Department of Agriculture, Forest Service. 2007. Designing for Aquatic Organism Passage at Road-Stream Crossings.

Elliott, B.A., S. Spackman Panjabi, B. Kurzel, B. Neely, R. Rondeau, and M. Ewing. 2009. Recommended Best Management Practices for Plants of Concern. Practices developed to reduce the impacts of oil and gas development activities to plants of concern. Unpublished report prepared by the Rare Plant Conservation Initiative for the National Fish and Wildlife Foundation.

## WILDLIFE DAMAGE MANAGEMENT (WDM)

### Standard Operating Procedures

**WDM-1**: Control activities conducted by the US Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services will be coordinated with the GJFO on an annual basis, including review of authorized control areas and annual submittal of control activities on BLM-administered lands.

BLM_0023041

**WDM-2**: US Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services will notify the GJFO before any damage control activity is implemented within the restricted area(s), and exceptions will be approved on a case-by-case basis.

**WDM-3**: All US Environmental Protection Agency use restrictions and requirements for toxicants are to be followed where control devices are employed on BLM-administered lands. The GJFO must be notified before any toxicants are deployed, and a map of the treatment area must be provided. Adequate signage must be provided and maintained.

**WDM-4**: All aerial control activities in the wild horse area must be conducted in compliance with all applicable Colorado State Statutes, the provisions of the 1971 Wild and Free-Roaming Horses and Burros Act, as amended, and its associated regulations (43 Code of Federal Regulations [CFR] 4700). No harassment of wild horses and burros is permitted under these provisions; maliciously or negligently causing the injury of a wild horse or burro is also expressly prohibited.

**WDM-5**: Any aerial control activities in the wild horse area will require notification of and prior approval from the GJFO.

**WDM-6**: During the foaling season (March 1 to June 30), a flyover survey to determine whether wild horses are present will be conducted prior to commencing any wildlife damage management activities. This survey will be conducted at a minimum of 500 feet above ground level. If wild horses are determined to be present, flyover surveys will be adjusted as needed to prevent any disturbance or harassment of the animals present, and wildlife damage activities that would result in disturbance or harassment of these animals will not occur.

**WDM-7**: All persons involved with wildlife damage management activities shall be briefed on the regulations and penalties relating to harassment of wild horses prior to commencing animal-control operations.

**WDM-8**: The GJFO will identify through the US Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services annual work plan process areas of BLM-administered lands considered special resource use areas on which control activities be avoided except as requested by Colorado Parks and Wildlife, or other protective restrictions may apply. Examples may include special status species habitats (e.g., sage-grouse leks and nesting areas and bald eagle nests).

**WDM-9**: Interim Management Policies (BLM 2012) must be adhered to at all times in Wilderness Study Areas (WSAs), and the GJFO must be notified before any wildlife damage management activity is implemented. Wildlife damage management activities in WSAs must be directed at the offending animal. Aerial

BLM_0023042

hunting may be allowed in WSAs as long as those actions do not impair wilderness characteristics.

### References

BLM (US Department of the Interior, Bureau of Land Management). 2012. Manual 6330—Management of Wilderness Study Areas. Rel. 6-134. BLM, Washington, DC. July 13, 2012.

# WILD HORSES (WH)

### Standard Operating Procedures

**WH-1**: Wild Horse and/or Burro Gathers SOPs.

**WH-2**: Wild Horse Fertility Control Treatment SOPs.

**WH-3**: All new or reconstructed exclosures within herd management areas will follow the horse fencing standards.

**WH-4**: Any new facilities shall be a minimum of 0.25-mile from water sources to avoid hindrance of use by wild horses.

**WH-5**: Any new facilities shall be designed to avoid injury to horses or fenced to prevent wild horse access.

**WH-6**: Require rebar to be welded between the rails of cattle guards if the cattle guard or similar device is to be installed in or near herd management areas to decrease the risk of wild horse and/or burro entrapment.

**WH-7**: All new or reconstructed fences on the perimeter of the wild horse range will be comprised of materials (e.g., wooden poles and smooth wire) that would reduce injury to wild horses.

**WH-8**: Seed mixes for projects within the wild horse range shall benefit wild horses (emphasis on palatable grasses) while meeting land health standards.

**WH-9**: If a project involves heavy or sustained traffic, require road signs for safety and protection of wild horses.

**WH-10**: Above-ground facilities requiring painting will be designed to blend in with local environment.

**WH-11**: Disturbed areas will be contoured to blend with the natural topography. Blending is defined as reducing form, line, and color contrast associated with the surface disturbance.

**WH-12**: Still or motion picture photography for personal use is permitted; however, photography for commercial purposes may require a permit. Contact the local BLM office.

BLM_0023043

**WH-13**: Feed weed-free certified hay or pellet feed (refer to www.weedfreefeed.com for more information).

**WH-14**: For guide/outfitters and recreationists: The permittee shall inform all staff and clients that wild horses protected by federal law and will prevent harassment of wild horses from permitted activities. Prohibited acts include, but are not limited to, maliciously injuring or harassing a wild horse, chasing wild horses, removing or attempting to remove a wild horse from BLM-administered lands, destroying a wild horse, selling or attempting to sell a wild horse, and commercially exploiting a wild horse. Crimes are punishable by fine and/or imprisonment. Examples of violations include harassment by all-terrain vehicle, injury or death by a bullet or arrow, and illegal capture.

## Best Management Practices

**WH-15**: Adequate water for livestock and dogs may not be available for recreationists. Springs and other water sources identified on maps may be dry at any time.

**WH-16**: Bring a sufficient quantity of drinking water for riding stock (15 gallons or more per day, per animal)

**WH-17**: Secure riding stock adequately (use portable panels or corrals).

**WH-18**: Ensure that domestic riding stocks are current with annual vaccinations.

**WH-19**: Do not bring sick or diseased riding animals into herd management areas. Wild horses on the range are not vaccinated against any diseases.

**WH-20**: Do not drive across, camp on, or stake riding stock out to graze on riparian areas.

**WH-21**: Water riding stock only at springs or streams with stable banks and dry soils.

**WH-22**: Keep riding stock secured away from dispersed camp sites and spread manure before leaving.

**WH-23**: Explore the area prior to hauling in a trailer to assess access. Pulling horse or other trailers off of State- or County-designated roads shall only be done with prior operator knowledge of the road. Many roads are narrow, rough, steep, or impassable. Turning around may be difficult or impossible, especially with a trailer.

**WH-24**: In the event that a foaling mare or newborn foal is encountered, every effort shall be made to stay away from that location. Do not attempt to help the mare or foal.

BLM_0023044

**WH-25**: Stay at least 100 feet away from wild horses.

**WH-26**: Try not to place yourself between members of a wild horse band or between adjoining bands.

**WH-27**: Observe wild horses quietly so wild behavior is not disrupted.

**WH-28**: If you are approached by wild horses while riding horseback, stay calm, maintain control of your animal, and leave the area as soon as possible. Ride with others whenever possible.

**WH-29**: Mares, especially if in season, may attract wild stud horses to you or your camp. Keep domestic horses secure at all times. Ride with others who are experienced and skilled at resolving unwanted wild horse or burro interactions.

**WH-30**: Do not feed or try to attract animals towards you.

**WH-31**: Keep dogs under control so they do not disturb or chase wild horses.

**WH-32**: Report sick or injured animals, or violations, to the BLM.

**WH-33**: Please do not attempt to assist or handle sick or injured animals.

## CULTURAL RESOURCES (CR)

### Standard Operating Procedures

**CR-1**: Evaluation of all BLM activities and BLM-authorized activities shall be made in compliance with BLM Manual 8100, The Foundations for Managing Cultural Resources (BLM 2004a) and subsequent 8100 series (BLM 2004b, 2004c, 2004d, 2004e, 2004f, 2004g, and 2004h); Handbook of Guidelines and Procedures for Inventory, Evaluation, and Mitigation of Cultural Resources (BLM 1998); and the current State Protocol Agreement between the Colorado BLM and the Colorado State Historic Preservation Office.

**CR-2**: In complex linear or split-estate actions, early coordination with private landowners will facilitate the process the BLM must complete prior to authorizing the action. To comply with the National Historic Preservation Act, the BLM must consider the effects to cultural resources on private land that result from a federal action, such as linear rights-of-way or constructing a well pad on private land to drill to federal lease. Before an applicant can contract a cultural survey, the private surface owner must allow the cultural consultant access. Projects can be authorized without completing cultural surveys on private lands, but this may lead to lengthy delays while the BLM completes consultation.

**CR-3**: The holder of a BLM authorization to carry out land use activities on federal lands, including all leases and permits, must notify the BLM, by telephone

BLM_0023045

and written confirmation, immediately upon the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony (43 CFR 10.4[g]). Activities must stop in the immediate vicinity of the discovery. The discovery must be protected from the authorized activity for a period of 30 days or unless otherwise notified by the BLM (43 CFR 10.4[c] and [d]).

**CR-4**: The National Historic Preservation Act, as amended, requires that if newly discovered historic or archaeological materials or other cultural resources are identified during project implementation, work in that area must stop and the BLM Authorized Officer must be notified immediately. Within five working days, the BLM Authorized Officer will inform the proponent as to:

 a) Whether the materials appear eligible for the National Register of Historic Places;

 b) The mitigation measures the proponent will likely have to undertake before the site could be used (assuming in situ preservation is not practicable) (36 CFR 800.13); and

 c) A timeframe for the BLM Authorized Officer to complete an expedited review under 36 CFR 800.11 to confirm, through the State Historic Preservation Office, that the BLM Authorized Officer's findings were correct and mitigation was appropriate.

**CR-5**: A standard Education/Discovery stipulation for cultural resource protection shall be attached to the land use authorization. The operator or its contractor is responsible for informing all persons who are associated with the project operations that federal laws protect cultural resources and they will be subject to prosecution for disturbing or destroying any historic or archaeological sites, or collecting any cultural objects, prehistoric or historic from federal lands.

**CR-6**: Strict adherence to the confidentiality of information concerning the nature and location of archeological resources will be required of any company issued a land use authorization and all of their subcontractors (Archaeological Resource Protection Act, 16 US Code 470hh).

**CR-7**: When a National Environmental Policy Act of 1969 (NEPA) document specifically stipulates the need for an archaeological monitor during construction or a project is located in areas that require an archaeological monitor to be present (see conditions of approval polygons for Sunnyside, Grand Mesa Slopes, and Indian Creek), it is the applicant's responsibility to contract an archaeological consultant holding a current Colorado BLM permit and authorized to work in the GJFO. Fieldwork authorizations are required prior to any cultural resource monitoring where resources are present or reasonably expected is permitted only when the ground surface is free of snow, unfrozen, and dry.

BLM_0023046

**CR-8**: A cultural resource must be allocated to public use prior to:

   a)  authorizing or implementing any Heritage Tourism project;

   b)  issuing Special Recreation Permits that will use a cultural resource; or

   c)  a BLM recreation project is proposed that involves the use or interpretation of a cultural resource.

## Best Management Practices

**CR-9**: BLM specialists shall complete a File Search Request form and submit to the GJFO Archaeologist as soon as there is proposed BLM activity or BLM-authorized activity that will require preparation of a NEPA document. This will provide the specialist with immediate information as to the need for Class III inventory, whether that will be contracted or in-house, or the presence of cultural resources that may preclude or impede the project.

**CR-10**: Once it has been determined that a project will require contracted cultural inventory, the BLM specialists shall complete a Request for Cultural Resource Compliance form *(find at S:\blm share\CRM_for_FO\ CR Compliance)* and submit it to the GJFO Archaeologist as soon as a final design for a BLM-proposed project or activity is complete.

**CR-11**: When possible, locate projects in areas that are previously disturbed. To comply with the National Historic Preservation Act, the BLM must identify significant cultural resources. Under the current regulations and guidelines, the BLM may decide that no inventory needs to be conducted because the proposed action is located in an environment where ground disturbance has modified the surface so extensively that the likelihood of finding intact cultural resources is negligible.

**CR-12**: Where proposed projects or development will adversely affect a cultural resource, testing, data recovery, or full excavation to recover scientific information may be required as mitigation. The applicant or operator bears the full cost of mitigation and is encouraged to consider avoiding adverse effects through project relocation or redesign rather than mitigating adverse effects.

**CR-13**: **(MLP)** A File Search Request form must be submitted to the GJFO Archaeologist identifying the site and the proposed use so the allocation to public use can be confirmed.

## References

BLM (US Department of the Interior, Bureau of Land Management). 1998. Handbook of Guidelines and Procedures for Inventory, Evaluation, and Mitigation of Cultural Resources. BLM, Colorado State Office, Lakewood, CO. Revised 2007.

BLM_0023047

_____. 2004a. Manual 8100—The Foundations for Managing Cultural Resources. Release 8-72. BLM, Washington, DC. December 3, 2004.

_____. 2004b. Manual 8110—Identifying and Evaluating Cultural Resources. Release 8-73. BLM, Washington, DC. December 3, 2004.

_____. 2004c. Manual 8120—Tribal Consultation under Cultural Resources. Release 8-74. BLM, Washington, DC. December 3, 2004.

_____. 2004d. Manual 8120-1—General Procedural Guidance for Native American Consultation. Release 8-75. BLM, Washington, DC. December 3, 2004.

_____. 2004e. Manual 8130—Planning for Uses of Cultural Resources. Release 8-76. BLM, Washington, DC. December 3, 2004.

_____. 2004f. Manual 8140—Protecting Cultural Resources. Release 8-77. BLM, Washington, DC. December 3, 2004.

_____. 2004g. Manual 8150—Permitting Uses of Cultural Resources. Release 8-78. BLM, Washington, DC. December 3, 2004.

_____. 2004h. Manual 8170—Interpreting Cultural Resources for the Public. Release 8-79. BLM, Washington, DC. December 3, 2004.

## TRIBAL CONSULTATION (TC)

### Standard Operating Procedures

**TC-1**: The BLM has a responsibility to develop a government-to-government relationship with the tribes: the formal relationship that exists between the federal government and tribal governments under US laws. Tribal governments are considered dependent domestic sovereignties with primary and independent jurisdiction (in most cases) over tribal lands. Concerning proposed BLM plans and actions, at least the level of consideration and consistency review provided to state governments must be afforded to tribal governments.

**TC-2**: The BLM is responsible for consultation under General Authorities defined as "laws, executive orders, and regulations that are not considered cultural resource authorities." The regulations implementing both the Federal Land Policy and Management Act of 1976 and NEPA require Native American consultation. The American Indian Religious Freedom Act and the Indian Sacred sites order (Executive Order 13007) pertain to the free exercise clause of the First Amendment (BLM Manual 8120-1, Guidelines for Conducting Tribal Consultation [BLM 2004b], Federal Land Policy and Management Act of 1976 Title II, NEPA Section 102 (40 CFR 1501.2 and 1501.7)

BLM_0023048

**TC-3**: Tribes must be consulted whenever other governmental entities or the public are formally involved in the BLM's environmental review process in any NEPA documentation that entails public involvement or initial discussions with local or state governments (BLM Handbook H-1790-1, National Environmental Policy Act [BLM 2008]).

**TC-4**: National Historic Preservation Act Section 106 consultations for cultural resources that are significant to Indian tribes. Consultation with an Indian tribe must recognize the government-to-government relationship between the federal government and Indian tribes. The agency official shall consult with representatives designated or identified by the tribal government. Consultation shall be conducted in a manner sensitive to the concerns and needs of the Indian tribe. (36 CFR 800.2[c][2][ii][C]).

## Best Management Practices

**TC-5**: Notification is conducted by simple, one-way written means. Consultation is generally construed to mean direct, two-way communication.

**TC-6**: When publishing notices or open letters to the public indicating that the BLM is contemplating an action and that comments are welcome, BLM managers shall send individual letters by certified mail or delivery confirmation to tribes requesting their input on actions being considered. If this is an opening dialogue, prior to having developed a strong working relationship with the tribe, if a timely response is not received, the BLM manager shall follow up with personal telephone calls.

**TC-7**: For the benefit of both parties, BLM managers are encouraged to strive for the most efficient and effective method of consultation. Whatever method is chosen, all consultation activities shall be carefully documented in the official record.

**TC-8**: Consultation roles can be facilitated but may not be transferred to others. Cultural resource consulting firms working for land use applicants cannot negotiate, make commitments, or otherwise give the appearance of exercising the BLM's authority in consultations.

**TC-9**: Owing to their status as self-governing entities, tribes shall be notified and invited to participate at least as soon as (if not earlier than) the Governor, state agencies, local governments, and other federal agencies.

**TC-10**: Tribal consultation means dialogue between a BLM manager and an American Indian Tribe. The BLM managers are encouraged to visit tribal councils and appropriate tribal leaders on a recurring basis. This face-to-face meeting helps to develop relationships that can reduce the time and effort spent in later consultation or individual projects. This government-to-government consultation shall be treated with appropriate respect and dignity of position.

BLM_0023049

**References**

BLM (US Department of the Interior, Bureau of Land Management). 2004a. Manual 8120—Tribal Consultation under Cultural Resources. Release 8-74. BLM, Washington, DC. December 3, 2004.

_____. 2004b. Manual 8120-1—General Procedural Guidance for Native American Consultation. Release 8-75. BLM, Washington, DC. December 3, 2004.

_____. 2008. Handbook H-1790-1—National Environmental Policy Act. BLM, Washington, DC. January 2008.

# PALEONTOLOGY (P)

## Standard Operating Procedures

**P-1**: Attach lease notices, stipulations, and other requirements to permitted activities to prevent damage to paleontological resources.

**P-2**: Prior to any surface-disturbing activities, an inventory of paleontological resources (fossils) may be required. Mitigation may be required upon the discovery of any vertebrate fossil or other scientifically important paleontological resource. Mitigation of scientifically important paleontological resources may include avoidance, monitoring, collection, excavation, or sampling. Mitigation of discovered scientifically important paleontological resources may require the relocation of the disturbance over 100 meters. This and any subsequent mitigation work shall be conducted by a BLM-permitted paleontologist.

**P-3**: The lessee/operator shall bear all costs for inventory and mitigation (BLM 2008).

**P-4**: The lessee is prohibited from surface occupancy and surface-disturbing activities within 100 meters around all known scientifically important paleontological resources.

(Locality-specific name)

This stipulation is to protect scientific information that may be damaged from inadvertent or authorized uses.

*Exception:* The BLM Authorized Officer may: (1) allow for paleontological excavation and (2) change the protection boundary on a case-by-case basis, taking into account topographical barriers, the design of the proposed action, and the characteristics of the paleontological resource.

*Modification:* None

*Waiver:* Destruction of all the physical characteristics of a paleontological resource.

**P-5**: A standard Education/Discovery stipulation for paleontological resource protection shall be attached to the land use authorization. The operator or its contractor is responsible for informing all persons who are associated with the project operations that federal laws protect paleontological resources, and they will be subject to prosecution for disturbing or destroying any vertebrate fossils or paleontological sites, or collecting any fossilized bones, tracks, or any other vertebrate trace fossils from federal lands.

**P-6**: The Paleontological Resources Preservation Act [16 US Code 470aaa] requires the lessee/operator to immediately suspend activities in the vicinity of a vertebrate fossil discovery, protect the discovery from damage, and notify the BLM Authorized Officer of any paleontological resources discovered as a result of operations under this authorization. The BLM Authorized Officer will evaluate, or will have evaluated, such discoveries as soon as possible, but not later than 10 working days after being notified. Appropriate measures to mitigate adverse effects to significant paleontological resources will be determined by the BLM Authorized Officer after consulting with the operator. Within 10 days, the operator will be allowed to continue construction through the site, or will be given the choice of either: (1) following the BLM Authorized Officer's instructions for stabilizing the fossil resource in place and avoiding further disturbance to the fossil resource; or (2) following the BLM Authorized Officer's instructions for mitigating impacts to the fossil resource prior to continuing construction through the project area.

### References

BLM (US Department of the Interior, Bureau of Land Management). 2008. Instruction Memorandum 2009-011—Assessment and Mitigation of Potential Impacts to Paleontological Resources. BLM, Washington, DC. October 10, 2008.

## VISUAL RESOURCES (V)

### Standard Operating Procedures

**V-1**: All new surface-disturbing projects or activities, regardless of size or potential impact, will incorporate visual design considerations during project design as a reasonable attempt to meet the Visual Resource Management class objectives for the area and minimize the visual impacts of the proposal. Visual design considerations will be incorporated by:

a) Using the Visual Resource Management contrast rating process (required for proposed projects in highly sensitive areas, high impact projects, or for other projects where it appears to be the most effective design or assessment tool).

b) Providing a brief narrative visual assessment for all other projects that require an environmental assessment or environmental impact statement.

BLM_0023051

    c) Measures to mitigate potential visual impacts could include the use of natural materials, screening, painting, project design, location, or restoration (BLM Handbook H-8431-1, Visual Resource Contrast Rating [BLM 1986]; or online at http://www.blm.gov/nstc/VRM/8431.html, for information about the contrast rating process).

**V-2**: All new roads will be designed and constructed to a safe and appropriate standard, "no higher than necessary" to accommodate intended vehicular use. Roads will follow the contour of the land where practical. Existing oil and gas roads that are in eroded condition or contribute to other resource concerns will be brought to BLM standards within a reasonable period of time.

## Best Management Practices

**V-3**: Impacts to dark night skies will be prevented or reduced through the application of specific mitigation measures identified in activity level planning and NEPA-level review. These measures may include directing all light downward, using shielded lights, using only the minimum illumination necessary, using lamp types such as sodium lamps (less prone to atmospheric scattering), using circuit timers, and using motion sensors.

**V-4**: Any facilities authorized will use the best technology available to minimize light emissions.

**V-5**: Any new permits/authorizations, including renewals, will be stipulated to use the best technology available to minimize light emissions, as compatible with public health and safety.

**V-6**: Restrict visual intrusion in Visual Resource Management Class I and II areas and within 0.25-mile of historic trails.

**V-7**: Screening facilities from view and avoiding placement of production facilities on steep slopes, hilltops, and ridgelines.

**V-8**: Paint all facilities a color that best allows the facility to blend with the background (operator-committed BMP).

**V-9**: Gravel of road color shall be similar to adjacent dominant soil colors.

**V-10**: Reduce impacts on Visual Resource Management Class II and III areas.

**V-11**: Bury distribution power lines and flow lines in or adjacent to access roads.

**V-12**: Repeat form, line, color, and texture elements to blend facilities with the surrounding landscape.

BLM_0023052

**V-13**: All aboveground facilities, including power boxes, building doors, roofs, and any visible equipment, will be painted a color selected from the latest national color charts that best allows the facility to blend into the background.

**V-14**: Perform final reclamation recontouring of all disturbed areas, including access roads, to the original contour or a contour that blends with the surrounding topography.

**V-15**: To the extent opportunities are practicable, extreme visual contrast created by past management practices or human activities will be minimized. Examples include right-of-way amendments, mineral material sites, abandoned mines, and areas impacted by unauthorized off-road driving.

**V-16**: Reclaim unused well pads within one year.

**V-17**: Final reclamation of all oil and gas disturbance will involve recontouring of all disturbed areas, including access roads, to the original contour or a contour that blends with the surrounding topography and revegetating all disturbed areas.

**V-18**: The use of submersible pumps will be strongly encouraged, especially in Visual Resource Management Class I, II, or III areas or any area visible by the visiting public.

**V-19**: The use of partial or completely below-grade wellheads will be strongly encouraged in high visibility areas as well as VRM Class I, II, or III areas.

**V-20**: The placement of production facilities on hilltops and ridgelines will be prohibited where they are highly visible.

### References

BLM (US Department of the Interior, Bureau of Land Management). 1986. BLM Handbook H-8431-1—Visual Resource Contrast Rating. BLM, Washington, DC. January 17, 1986.

## WILDLAND FIRE ECOLOGY AND MANAGEMENT (WFM)

### Standard Operating Procedures

#### Fire Suppression

**WFM-1**: Resource Advisors and other applicable specialists shall be utilized to advise the Incident Commander and suppression resources on the natural resource values during the suppression effort.

**WFM-2**: Avoid applying fire retardant in or near drinking water sources.

BLM_0023053

**WFM-3**: Avoid the application of retardant or foam within 300 feet of a waterway or stream channel. Deviations from this procedure are acceptable if life or property is threatened.

**WFM-4**: Fire lines will not be constructed by heavy equipment within riparian stream zones. If construction is necessary due to threats to life or property, control lines shall terminate at the edge of the riparian zone at a location determined appropriate to meet fire-suppression objectives based on fire behavior, vegetation/fuel types, and fire fighter safety.

**WFM-5**: For streams currently occupied by cutthroat trout or other aquatic special status species, extractions of water from ponds or pools shall not be allowed if stream inflow is minimal and water extraction will lower the existing pond or pool level.

**WFM-6**: Lands will be temporarily closed to other uses in areas where fire suppression is being implemented.

**WFM-7**: Stream flow shall not be impounded or diverted by heavy equipment in order to facilitate extraction of water from the stream for fire-suppression efforts.

**WFM-8**: If it is determined that use of retardant or surfactant foam within 300 feet of a waterway or stream channel is appropriate due to threats to life or property; alternative line construction tactics are not feasible because of terrain constraints, congested areas, or lack of ground personnel; or potential damage to natural resources outweighs possible loss of aquatic life, then the unit administrator shall determine whether there have been any adverse effects to federally listed species. If the action agency determines that adverse effects were incurred by federally listed species or their habitats, then the action agency must consult with US Fish and Wildlife Service, as required by 50 CFR 402.05, as soon as practicable.

**WFM-9**: Avoid whenever possible burning out unburned islands of native vegetation, specifically sagebrush communities.

**WFM-10**: Minimize/mitigate impacts to cultural resources and pristine vegetative communities.

**WFM-11**: Prior to use on BLM-administered lands, thoroughly rinse to remove mud and debris from all fire-suppression equipment from off-district or out of state and used to extract water from lakes, ponds, streams, or spring sources. Examples of this equipment are helicopter buckets, draft hoses, and screens. After cleaning the equipment, disinfect it to prevent the spread of invasive aquatic species. Do not rinse equipment with disinfectant solutions within 100 feet of natural water sources. GJFO suppression equipment used to extract water from sources known to be contaminated with invasive aquatic species, as

BLM_0023054

identified by US Fish and Wildlife Service and Colorado Parks and Wildlife, also shall be disinfected beforehand on GJFO BLM-administered lands.

**WFM-12**: Vehicle and equipment shall be washed before being assigned to fires to minimize the spread of noxious weeds. Larger fires with incident management teams assigned may need to have a weed wash station.

### Emergency Stabilization, Burned Area Rehabilitation, and Suppression Repair

Treatments from these three programs include the following:

**WFM-13**: Stabilize areas that have low potential to naturally revegetate and that have high wind and soil erosion potential. Treatments include the following:

a) Installing water bars and other drainage diversions, culverts along fire roads, dozer lines, and other cleared areas;

b) Seeding and planting to provide vegetative cover;

c) Spreading mulch to protect bare soil and discourage runoff;

d) Repairing damaged roads and drainage facilities;

e) Clearing stream channels of structures or debris that is deposited by suppression activities;

f) Installing erosion control structures;

g) Installing channel-stabilization structures;

h) Fencing or restricting areas to livestock and wild horse and burro grazing to promote success of natural revegetation or establishment of seeded species;

i) Temporarily closing lands to other uses during emergency stabilization and rehabilitation practices if activities inhibit treatment;

j) Repairing or replacing range improvements and facilities; and

k) Monitoring emergency stabilization and rehabilitation treatments.

## Best Management Practices

### Fuels Management

**WFM-14**: Construct fuel breaks or green strips to protect wildland-urban interface communities and provide for firefighter safety by using mechanical, chemical, biological, and prescribed fire treatment methods.

**WFM-15**: Construct fuel breaks and green strips in areas containing a good understory of native perennials in order to successfully compete with and deter the establishment and spread of annual species.

BLM_0023055

**WFM-16**: Seed fuels treatments in areas that do not have a good understory of desirable native perennials that can successfully compete with annual weed species.

**WFM-17**: Where practicable, use large-scale landscape planning to connect fuel treatments and avoid small, piecemeal projects.

**WFM-18**: Plan for maintenance cycles and maintain fuel treatments to ensure effectiveness.

**WFM-19**: Prevent seeded species from being grazed during the first two growing seasons (more than 18 months) following seeding, or until site-specific analysis and/or monitoring data indicates that vegetation cover, species composition, and litter accumulation are adequate to support and protect watershed values, meet vegetation objectives, and sustain grazing use

**WFM-20**: Provide fire prevention and mitigation outreach information and education to communities within the GJFO.

## WILDERNESS, WILDERNESS STUDY AREAS, AND LANDS WITH WILDERNESS CHARACTERISTICS (WSA)

### Standard Operating Procedure

**WSA-1**: All WSAs will be managed in accordance with BLM Manual 6330, Management of Wilderness Study Areas (BLM 2012).

### References

BLM (US Department of the Interior, Bureau of Land Management). 2012. Manual 6330—Management of Wilderness Study Areas. Release 6-134. BLM, Washington, DC. July 13, 2012. 56pp.

## FORESTRY (F)

### Standard Operating Procedures

**F-1**: No fuel wood cutting of live trees will be allowed for cottonwood, willow, or alder, unless resource objectives allow otherwise.

**F-2**: No forestry harvest or collection of products will be allowed during the winter closure timing restraints (November 30 to May 1).

**F-3**: Trees marked for wildlife protection and/or "Seed Tree Do Not Fall" will not be allowed to be harvested for any type of forestry products.

**F-4**: Harvest plans will be completed on all commercial sales within woodlands and forests, showing access roads, decks, and skid trail locations. Approval of these plans by the BLM Authorized Officer is required before harvest can start.

BLM_0023056

## Best Management Practices

**F-5**: The closure of new roads will be considered and planned for during sale preparation in accordance with existing policy.

**F-6**: Clear cuts will be considered for use in the pinyon-juniper and aspen types in critical big game winter ranges and other areas where economically feasible.

**F-7**: Clear cuts will be considered for use in restoring aspen sites.

**F-8**: Cuts that thin the pinyon-juniper canopy cover to 20 percent or less will be favored for use in bighorn sheep ranges. These cuts will focus on the smaller trees in the stand,

**F-9**: Large conifer seed trees (three to seven trees per acre) will be left where practical as wildlife shelter on south-facing slopes of big game winter ranges to ensure the succession of quality snags.

**F-10**: An average of three to seven trees per acre of the largest nonhazardous snags, particularly those adjacent to openings and open water, will be left on commercial sale areas.

**F-11**: Sale areas with less than 15 percent ground cover in the understory on critical deer and elk winter ranges will be seeded using a mixture of grasses, forbs, and shrubs and will be paid for with wildlife funds.

**F-12**: A minimum of 180-year rotation will be allowed for pinyon-juniper stands. Other species will be managed on a rotation of sufficient length to produce cavity trees for flickers and small owls.

**F-13**: A minimum 50-foot buffer will be maintained along all riparian areas.

**F-14**: Snags with existing cavities or nests will be priority for retention.

**F-15**: Snag diameter for retention will be the largest class on site and will be retained in clusters if possible.

**F-16**: If site potential allows, retain five to seven snags per acre, preferably in a clumped configuration.

**F-17**: If possible, retain at least 15 live trees per acre for future snag recruitment. Recruitment snags will not have to be structurally superior; live tree with forked and broken tops may be preferred.

**F-18**: Do not disturb or destroy active or inactive nests of raptors that are reused.

BLM_0023057

**F-19**: Avoid heavy equipment use in stands of cottonwood, willow, and alder. If heavy equipment use is necessary, allow on a case-by-case basis and mitigate for adverse impacts.

**F-20**: Allow dead and down collection of cottonwood for personal use.

**F-21**: Protect seed and important wildlife habitat trees in pinyon-juniper stands.

**F-22**: Allow removal of pinyon-juniper encroachment utilizing mechanical, biological, and chemical treatments. Allow tree harvesting for Christmas trees and transplants other woodland products and biomass reduction.

**F-23**: Minimize disturbance to the soil such that surface runoff does not result in sediment transport into waterbodies. Concentrate skidding on as few skid trails as needed.

**F-24**: Limit primary skid trails to 10 percent of the total working area.

**F-25**: Avoid widespread or random skidding patterns with repeated passes.

**F-26**: Minimize placement and use of skid trails in ephemeral drainages. If skid trails must be within or cross an ephemeral drainage, additional BMPs are needed to protect water quality.

**F-27**: Minimize the extent of gouges or trenches upon the ground surface that are created by the skidding of trees or logs.

**F-28**: On sloping terrain, skid trails shall follow along the land contours and shall be kept to 25 percent grade or less when practical.

**F-29**: Establish decks at locations where soil disturbance is minimized.

**F-30**: Maintain as close to normal (pre-construction) streamflow by maintaining depth, width, gradient, and capacity of the stream channel at the crossing.

**F-31**: Perform construction, installation, and removal work during low-water flow if circumstances allow.

**F-32**: Stabilize the approachways and/or stream crossing locations so sediment is not transported into the stream.

**F-33**: Approaches to the stream are relatively flat to better control runoff.

**F-34**: The crossing can be installed at a right (90-degree) angle to the stream channel so crossing distance is minimized.

**F-35**: Any trees removed during these processes will be purchased by the applicant prior to construction. The applicant is responsible for a per-cord fee.

BLM_0023058

### *Guidelines for Christmas Tree and Firewood Harvesting*

**F-36**: Vehicle use is restricted to existing roads and trails. Do not drive off road.

**F-37**: Do not damage adjacent trees.

**F-38**: When cutting down standing trees, cut the stump 12 inches or less, or as close to the ground as possible.

**F-39**: Scatter lopped branches at least 50 feet from the stump.

**F-40**: Do not top a larger tree to obtain a Christmas tree.

**F-41**: Do not harvest any trees within 100 feet of a spring or creek unless trees are identified for selective removal to meet resource objectives.

**F-42**: Pack out personal trash, as well as trash left by others.

**F-43**: Do not harvest when soils are saturated to a depth of 3 inches to prevent damage to roads.

**F-44**: The GJFO closes annually to firewood harvesting on November 30. Firewood harvesting reopens in the spring based on road conditions.

## LIVESTOCK GRAZING

### Standard Operating Procedures

**LG-1**: Follow the Grazing Guidelines established along with the Colorado Standards for Rangeland Health.

**LG-2**: Protect seedings from grazing for one full year and through the growing season of the second year. Some seedings established during adverse weather cycles may need protection for a longer period.

**LG-3**: New fences shall be constructed to BLM standards allowing for the appropriate wildlife passage. Fences constructed will comply with applicable wildlife fence standards, such as those described in BLM Handbook H-1741-1, Fencing (BLM 1989).

**LG-4**: Bird and wildlife ramps shall be installed in all troughs.

**LG-5**: Access routes to functioning range improvements shall be retained to allow for periodic maintenance and prevent cross-country travel.

**LG-6**: Continue to maintain range-improvement projects to support proper livestock management including optimal distribution.

BLM_0023059

**LG-7**: Rangeland and vegetation monitoring will be conducted to detect changes in grazing use, trend, and range conditions. These data will be used to support and direct grazing management decisions. These efforts will help ensure that livestock grazing meets objectives for rangeland health and resolves conflicts with wildlife or other resources.

**LG-8**: Grazing management decisions will be based on inventory and monitoring data, both short-term and long-term, which will be jointly developed by grazing permittees and the appropriate federal land-management agency.

**LG-9**: All water-development activities for livestock grazing use that exceed the minimum depletion level established by US Fish and Wildlife Service must comply with all US Fish and Wildlife Service fees and prescribed mitigations to offset water depletion in the Colorado River.

**LG-10**: Surface-disturbing activities will be coordinated with livestock grazing permittees to minimize the effects of the surface disturbance on other approved operations. To the maximum extent practicable, this effort will include consulting on scheduling of operations to mutually minimize effects.

**LG-11**: Any damage to the function of range improvements (e.g., fence damage, cattle guard cleaning, and livestock loss) from other approved operations will be repaired immediately or remedied by the operator causing the damage.

**LG-12**: Well pads, pits, and other facilities that could be hazardous to livestock will be fenced to keep livestock out and the fences maintained in functioning condition.

## Best Management Practices

**LG-13**: Development of springs and seeps or other projects affecting water and associated resources shall be designed to maintain the associated riparian area and assure attainment of standards.

**LG-14**: Disturbance to established rangeland study sites shall be avoided to provide for the continuation of monitoring efforts, which involves comparisons of data to previous records of that site.

**LG-15**: Facilities shall be constructed a minimum of 0.125-mile from livestock gathering spots, such as water sources and gathering facilities, to prevent disruption of the use of these facilities and potential damage to the facility by livestock.

**LG-16**: Exclosures may be established in areas where the vegetative potential of the area is questionable or to compare the effectiveness of grazing management.

**LG-17**: Livestock grazing could be used as an intensively managed prescriptive grazing practice to control cheatgrass and noxious or invasive weeds.

BLM_0023060

**LG-18**: Use grazing systems that contain rotation, deferment, and rest to produce a mosaic of habitat patches and increases the density, height, and distribution of native plants.

**LG-19**: Rotate livestock use areas year to year; avoid grazing in the same place at the same time each year.

**LG-20**: Avoid re-grazing the same plants in one growing season.

**LG-21**: Adjust grazing seasons to benefit both warm- and cool-season grass species by providing periodic rest from grazing for each type.

**LG-22**: Avoid grazing an area during the spring and fall period in one year's time.

**LG-23**: Allow for adequate litter cover following grazing use to protect soil surface and enhance soil moisture retention.

**LG-24**: During spring grazing, ensure livestock are removed early enough so that sufficient soil moisture remains for plant recovery.

**LG-25**: Allow for rest/recovery periods before or after grazing during critical growth periods. Recovery shall include the production of seed to allow for the regeneration of desirable plant species.

**LG-26**: Occasional grazing use during the dormant season will provide rest during the growing season and will allow plants to recover.

**LG-27**: Adjust intensity, timing, and/or duration of grazing during periods of drought.

**LG-28**: Manage livestock grazing, including dormant season use, to ensure adequate residual grass cover remains when soil moisture or wildlife habitat is of concern.

**LG-29**: Proper utilization allows stubble for root and crown protection, litter accumulation for organic matter contribution to the soil, cover and habitat for wildlife, and forage availability for grazing animals utilizing the area. Generally, utilization levels shall be based upon recovery periods and other resource objectives. Suggested utilization guidelines are:

    a)   In areas not meeting land health standards where cattle grazing is a causative factor, limit utilization on key species to 30 percent during the critical growth period and 40 percent during the dormant season

BLM_0023061

b) In areas meeting land health standards, limit utilization on key species to 40 percent during the critical growth period and 50 percent during the dormant season

c) If wildlife/livestock conflicts exist, annual utilization would be read before the next seasons growth begins to account for all uses and demands on the plants

d) The exception to these guidelines is if the permittee can convince the BLM Authorized Officer that they have the knowledge, ability, and commitment to implement a grazing system that should result in improvements to the ecosystem

**LG-30**: Limit use in areas of valuable woody plants during times when they are selected.

**LG-31**: Avoid the following grazing management practices:

a) Long seasonal use with no recovery time

b) Heavy use that stresses plants

c) Little or no re-growth before winter (i.e., little stubble for root crown protection)

d) Use at the same time every year (i.e., repeating the stress)

e) No rest or growing season recovery (i.e., little recovery with long seasons of use)

f) Little or ineffective herding

g) Salt placed in the same locations year after year

h) Livestock left behind after pasture moves

i) Grazing during the critical growth period year after year

**LG-32**: When using livestock to control noxious or invasive weeds, match animal dietary preference or tolerance to the target species.

**LG-33**: Use the target weed's phenology when developing a grazing strategy.

**LG-34**: Manage heavy grazing on target weed species to account for any intermixed desirable species.

### Vegetation/Riparian Zone Grazing Management Guidelines

**LG-35**: To reduce negative impacts to grazing, determine the critical period(s) of a riparian site, and then limit grazing during the critical period(s) to no more often than once every three or four years. Critical periods and impacts are likely to be either in late spring/early summer when streambanks are more easily broken down by trampling, or late summer/early fall, when excessive browsing man damage vegetation. Each site has its own critical period that shall be

BLM_0023062

individually determined. Important critical period variables are soil moisture, plant species composition, and animal behavior patterns. Site may be grazed every year if use does not occur during the critical period(s). Extended periods of rest or deferment from grazing may be needed to enable recovery of badly degraded sites. Graze earlier in the season when cattle use uplands (Mosley et al. 1997).

**LG-36**: To maintain streambank stability, limit cattle access to surface water when adjacent streambanks and shorelines are overly wet and susceptible to trampling and sloughing. Streambank trampling can often be reduced by capitalizing on the natural foraging behavior of cattle. Cattle generally avoid grazing excessively wet sites or in cold-air pockets. Cattle seek out wind-swept ridges, and they graze on upland forage when it is more palatable than forage in riparian areas. Avoid hot season grazing of riparian areas (Mosley et al. 1997).

**LG-37**: To graze a site more than once per growing season, moisture and temperature conditions shall be conducive to plant growth. For such sites, allow a recovery period of at least 30 to 60 days, depending on vegetation type, before re-grazing within the same growing season. Grazing more often and for shorter periods (i.e., three weeks or less at a time) is preferable to fewer and longer grazing periods (Mosley et al. 1997).

**LG-38**: To control the timing, frequency, and intensity of cattle grazing, consider creating smaller riparian pastures with similar or homogenous features. Adjusting timing, frequency, and intensity of grazing in individual pasture units is more important than adopting a formalized grazing season (Mosley et al. 1997).

**LG-39**: To protect streambanks, prevent cattle from congregation near surface waters; fencing, supplemental feeding, and herding methods work best. Provide remote watering systems for cattle. Manage the riparian area as a separate and unique pasture. Inappropriate cattle grazing will usually first be evidenced by excessive physical disturbance to streambanks and shorelines (Mosley et al. 1997).

**LG-40**: On riparian areas that are determined to be non-functioning or functioning at risk as a result of livestock grazing impacts, limits of bank disturbance will be determined and included within the Terms and Conditions of the grazing permit.

**LG-41**: In general, utilization standards in riparian areas should be no more than 30 percent use of current the year's growth on woody species, and a minimum of 4 inches of stubble height shall remain at the end of the grazing period.

**LG-42**: To protect streambanks, discourage trailing up and down the channel by placing logs across trails, perpendicular to the stream channel.

BLM_0023063

**LG-43**: Adjust intensity, timing, and/or duration of grazing during periods of drought.

### References

BLM (US Department of the Interior, Bureau of Land Management). 1989. Handbook H-1741-1—Fencing. BLM, Washington, DC. 58pp.

Mosley, J.C., P.C. Cook, A.J. Griffis, and J. O'Laughlin. 1997. Guidelines for Managing Cattle Grazing in Riparian Areas to Protect Water Quality: Review of Research and Best Management Practices Policy. Report No. 15. University of Idaho, Moscow, ID. December 1997.

# RECREATION (REC)

### Standard Operating Procedures and Best Management Practices

GJFO recreation management relies heavily on community partnerships and employs the basic concept of the four E's:- Engineering, Education, Enforcement, and Evaluation. Partnerships and the four E's provide an effective recreation management framework. The following SOPs and BMPs are categorized using that framework. The following SOPs and BMPs are arranged to correspond with those four general categories.

#### *Partnerships*

**REC-1**: Develop and maintain partnerships with recreation-based organizations and service providers. These partnerships should engage partners in the planning, implementation, and monitoring of recreation opportunities and facilities on BLM-administered lands.

**REC-2**: Administer Extensive Recreation Management Areas (ERMAs) and Special Recreation Management Areas (SRMAs) (and associated Recreation Management Zones [RMZs]) cooperatively through partnership agreements (example memorandum of understanding) between managing partners (e.g., recreation organizations and municipal governments) and the BLM GJFO that outline administrative roles and responsibilities.

**REC-3**: Consider administering specific recreation facilities (e.g., campgrounds) cooperatively through partnership agreements with partner organizations or businesses.

**REC-4**: With community partners (local governments, recreation related businesses, clubs, and organizations), utilize community and visitor assessments to determine demand for regional recreation resources and opportunities.

**REC-5**: Develop and maintain partnerships with local and regional municipalities, recreation organizations, businesses, and other community partners to assist in the maintenance and enhancement of recreation routes, signs, facilities, and visitor services that help achieve recreation management

BLM_0023064

objectives. Visitor use fees may be charged to support infrastructure and services (e.g., campgrounds, campsites, trailhead facilities, trail construction and maintenance, trail patrols, emergency medical services, law enforcement, maps, and information).

**REC-6**: Coordinate with adjoining public land management units (i.e., Dominguez-Escalante National Conservation Area, McInnis Canyon National Conservation Area, BLM Colorado River Valley Field Office, BLM Moab Field Office, BLM Uncompahgre Field Office, BLM White River Field Office, Colorado National Monument, US Bureau of Reclamation parcels, Colorado Parks and Wildlife parcels, and County and city parcels) to establish consistent recreation management actions.

*Recreation Facilities and Trails (Engineering)*
**REC-7**: Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create and maintain a sustainable recreational route system that helps achieve recreation and other resource use objectives, while protecting natural and cultural resources (BLM 2005, 2014).

**REC-8**: Reroute or close trails that create resource damage and/or trespass on private property.

**REC-9**: For recreation facility development, utilize the BLM Guidelines for a Quality Built Environment manual (BLM 2010).

**REC-10**: Develop and maintain recreation visitor use data monitoring systems to track visitor use trends.

**REC-11**: Work with targeted recreation users and managing partners to protect and enhance targeted recreation opportunities in ERMAs and SRMAs.

**REC-12**: Work with partners (e.g., recreation organizations and municipal governments) to develop connectivity to adjoining urban trails to provide safe access to BLM-administered lands, alternative transportation options, and improved recreational opportunities.

**REC-13**: In ERMAs, avoid management actions that attract or concentrate recreation use at sites of other authorized uses (e.g., camping near stock ponds.)

**REC-14**: In ERMAs, locate new recreation facility developments to mitigate recreation impacts on other resource uses and developments.

**REC-15**: In SRMAs, locate new developments for other resource uses to mitigate impacts to targeted recreation resources.

BLM_0023065

**REC-16**: Develop recreation facilities at primary access points that may include, but are not limited to, parking/staging areas that accommodate targeted users, vault toilets, informational kiosks, and shade shelters.

**REC-17**: Work with private landowners and recreationists to avoid trespass issues where public and private lands interface.

**REC-18**: Work with community partners and utility permit applicants to minimize the impact to recreation from utility developments in right-of-way corridors and/or Renewable Energy Emphasis areas (wind and solar) that overlap ERMAs and SRMAs.

**REC-19**: Use guidance from Best Management Practices for Lead at Outdoor Shooting Ranges (US Environmental Protection Agency 2005) in areas where intensive recreational target shooting occurs.

**REC-20**: Utilize Recreation Management Guidelines to Meet Public Land Health Standards on BLM Lands in Colorado (BLM 2000).

**REC-21**: Utilize current BMPs and the Recreation Management Guidelines to Meet Public Land Health Standards on BLM Lands in Colorado (BLM 2000) to reduce or eliminate impacts from recreation to the other natural and cultural resources listed in the objective above. This appendix describes BMPs current at the time of the RMP planning process. BMPs will likely evolve over the life of the RMP. Implementation of management actions should be based on the most current BMPs.

**REC-22**: In areas managed for multiple activities, support cooperative efforts by recreation users and other stakeholders that develop strategies promoting compatible interactions between recreation users (e.g., multi-user/interdisciplinary working groups).

### Recreation Information and Education

**REC-23**: Provide clear, consistent, and standardized messaging to the public regarding recreation opportunities and regulations on BLM-administered lands. This messaging should be included in digital communications (e.g., websites and social media), print media (e.g., brochures and kiosk displays), signage, and personal contacts with recreation customers (e.g., office visits, phone calls, and field contacts).

**REC-24**: Utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (e.g., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about targeted recreation opportunities in ERMAs and SRMAs.

BLM_0023066

**REC-25**: Clearly identify primary access points to recreation areas both onsite (e.g., signs and developed recreation facilities) and offsite (e.g., digital and print media and recreation service providers.)

**REC-26**: In ERMAs, utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (e.g., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about other resource uses in the area and appropriate recreation behavior that mitigates impacts to operations and facilities of other resource uses.

**REC-27**: Work with cooperators and partners to provide visitor information and education resources that help achieve area recreation management objectives and the objectives of adjoining or overlapping designations (e.g., WSAs, lands with wilderness characteristics units, Areas of Critical Environmental Concern (ACECs), wildlife emphasis areas, and recreation management areas [RMAs]).

**REC-28**: Work with managing partners (e.g., local clubs, businesses, and municipalities) to develop appropriate marketing strategies and informational materials (e.g., maps and brochures) that help achieve specific recreation management objectives.

**REC-29**: Clearly identify RMA/RMZ boundaries using a variety of communication tools and/or barriers including, but not limited to, digital and/or print media, signs and/or fencing, and natural topographic features. Boundary identification strategies should generally employ the most practical, cost-effective, and least-obtrusive materials and methods that are still effective for attaining desired management results. For example, periodic boundary identification signs may be sufficient to contain use along portions of an RMZ boundary. If signing alone proves ineffective, fencing or other physical barriers can be installed.

**REC-30**: In areas where intensive recreational target shooting occurs, work with volunteers and managing partners to develop and communicate shooting range safety rules, etiquette, and stewardship messages.

**REC-31**: Promote the seven standard principles of Leave No Trace (www.lnt.org) outdoor ethics through print and electronic media and through personal communications with recreationists participating in non-motorized recreation activities on BLM-administered lands.

**REC-32**: Promote the principles of Tread Lightly (www.treadlightly.org) outdoor ethics, including the Respected Access campaign, through print and electronic media and through personal communications with recreationists participating in recreation activities on BLM- administered lands.

BLM_0023067

*Recreation Monitoring (Enforcement and Evaluation)*

**REC-33**: Special recreation permits will contain noxious weed management stipulations (e.g., pre-event inventories to avoid infested areas; event management to avoid or isolate activities that could cause weed introduction or spread, monitoring, and treatment of infestations exacerbated by the activity; and other appropriate noxious weed management stipulations).

**REC-34**: Lands may be temporarily closed to other uses during recreation events performed under special recreation permit (e.g., equestrian endurance rides or motorcycle events).

**REC-35**: In SRMAs, monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five-year intervals or as funding allows. Monitor activity participation and recreation setting characteristics (RSCs) annually during the primary use season of mid-April through October.

**REC-36**: Manage recreation to minimize or prevent adverse effects to biological and cultural resources using the Recreation Guidelines to Meet Public Land Health Standards on BLM Lands in Colorado (BLM 2000).

**REC-37**: Ensure all recreation management actions in areas overlapping ACECs help protect the relevance and importance criteria of those ACECs. Conduct social and physical monitoring to determine if recreation use is consistent with specific ACEC goals, objectives, and resource protection measures. Promote stewardship of ACEC resources by providing opportunities for visitors to learn about those resources.

**REC-38**: Adapt specific recreation regulations (e.g., camping stay limits) if monitoring indicates that recreation use is causing unacceptable resource damage or is compromising achievement of recreation or other resource use objectives.

**REC-39**: Coordinate with partner groups to complete resource monitoring requirements.

*Special Recreation Management Areas*

**REC-40**: In SRMAs, work with recreation users and other stakeholders to ensure protection of targeted activities, experiences, and outcomes.

**Bangs SRMA**

**Bangs RMZ 1** – Lunch Loops Community Recreation Area

**REC-41**: (Resource objective): Through the life of the RMP, manage the Bangs SRMA, RMZ 1, to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources:

BLM_0023068

Colorado hookless cactus (*Sclerocactus glaucus*), Grand Junction milkvetch (*Astragalus linifolius*), water quality (non-point source erosion/sedimentation into the Colorado River), soils, paleontological resources, and cultural resources.

**REC-42**: (Resource use objective): Through the life of the RMP, minimize impacts from other resource uses to recreation to ensure those uses support RMZ recreation objectives. The following resource uses were identified for management consideration in the Bangs SRMA, RMZ 1, during the planning process: lands and realty.

**REC-43**: Partnerships: Develop and maintain partnerships with local and regional recreation organizations and other community partners to assist in the maintenance and enhancement of RMZ routes, signs, facilities, and visitor services.

**REC-44**: BMPs for the Bangs SRMA, RMZ 1, (for both resource and resource use objectives) include, but are not limited to, the following:

- Work with stakeholders to create additional access to the RMZ.

- Work with stakeholders to acquire adjacent lands to be managed consistently with the RMZ and to increase targeted recreational opportunities.

- Work with partners (e.g., City of Grand Junction and Mesa County) to develop connectivity to adjoining urban trails to provide safe access to BLM-administered lands, alternative transportation options, and improved recreational opportunities.

- Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create and maintain a sustainable recreational route system that helps achieve RMZ objectives.

- Administer the RMZ cooperatively through a partnership agreement (example memorandum of understanding) between the City of Grand Junction and BLM GJFO that outlines administrative roles and responsibilities.

- Work with partners, local tourism groups, local businesses, and the City of Grand Junction to tailor information and maps to the needs and wants of local customers. Provide information at local outlets and onsite locations only.

- In SRMAs, locate new developments for other resource uses to mitigate impacts to recreation resources.

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five-year intervals or as funding allows. Monitor activity participation and

BLM_0023069

recreation setting characteristics (RSCs) annually during the primary use season of mid-April through October.

**Bangs RMZ 2**: Magellan – Tabeguache OHV Trails

**REC-45**: (Resource objective): Through the life of the RMP, manage the Bangs SRMA, RMZ 2, to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado hookless cactus (*Sclerocactus glaucus*), Grand Junction milkvetch (*Astragalus linifolius*), canyon tree frog (*Hyla arenicolor*), northern leopard frog (*Rana pipiens*), desert bighorn sheep, deer and elk winter range, water quality (non-point source erosion/sedimentation into the Gunnison and Colorado Rivers), soils, riparian resources, paleontological resources, and cultural (historic and prehistoric) resources.

**REC-46**: (Resource use objective): Through the life of the RMP, minimize impacts from other resource uses to recreation to ensure those uses support RMZ recreation objectives. The following resource uses were identified for management consideration in the Bangs SRMA, RMZ 2, during the planning process: livestock grazing.

**REC-47**: Partnerships: Develop and maintain partnerships with local and regional OHV organizations and other community partners to assist in the maintenance and enhancement of RMZ routes, signs, facilities and visitor services.

**REC-48**: BMPs for the Bangs SRMA, RMZ 2, (for both resource and resource use objectives) include, but are not limited to, the following:

- Work with stakeholders to create additional access to the RMZ.

- Work with stakeholders to acquire adjacent lands to be managed consistently with the RMZ and to increase targeted recreational opportunities.

- Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create a sustainable recreational route system that helps achieve RMZ objectives.

- Work with partners, local tourism groups, local OHV clubs, local businesses, and the City of Grand Junction to develop appropriate marketing materials that meet RMZ management objectives.

- In cooperation with partner groups, monitor motorized routes through canyons (e.g., Billings Canyon) on an annual basis.

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five-year intervals or as funding allows. Monitor activity participation and

RSCs annually during the primary use season of mid-April through October.

**Bangs RMZ 3**: Mica Mine/Rough Canyon Outdoor Classroom

**REC-49**: (Resource objective): Through the life of the RMP, manage the Bangs SRMA, RMZ 3, to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado hookless cactus (*Sclerocactus glaucus*); Grand Junction milkvetch (*Astragalus linifolius*); significant plant communities, including West Slope Pinyon Woodland (*Pinus edulis-Juniperus osteosperma/Coleogyne ramosisima* Woodland); canyon tree frog (*Hyla arenicolor*); northern leopard frog (*Rana pipiens*); desert bighorn sheep; deer and elk winter range; water quality (non-point source erosion/sedimentation into the Gunnison and Colorado Rivers); soils; riparian resources; paleontological resources; and cultural (historic and prehistoric) resources.

**REC-50**: (Resource use objective): Through the life of the RMP, minimize impacts from other resource uses to recreation to ensure those uses support RMZ recreation objectives. The following resource uses were identified for management consideration in the Bangs SRMA, RMZ 3, during the planning process: mineral collecting, livestock grazing, and lands and real estate.

**REC-51**: Partnerships: Develop and maintain partnerships with local schools and community partner organizations to assist in the development, implementation, and maintenance of educational opportunities and facilities in the RMZ.

**REC-52**: BMPs for the Bangs SRMA, RMZ 3, (for both resource and resource use objectives) include, but are not limited to, the following:

- Ensure all management actions in the RMZ help protect the relevance and importance criteria of the Rough Canyon ACEC. Promote stewardship of the ACEC resources by providing opportunities for visitors to learn about those resources.

- Work with cooperators, partners, and local schools to provide curriculum-based, educational opportunities in this zone consistent with the management objectives of the RMZ and ACEC.

- Develop an interpretation and environmental education plan to enhance outdoor classroom opportunities in cooperation with local schools and visitors to the area.

- Conduct social and physical monitoring to determine if recreation use is consistent with the Rough Canyon ACEC goals, objectives, and resource-protection measures.

BLM_0023071

- Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create and maintain a sustainable recreational route system that helps achieve RMZ and ACEC objectives.

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five-year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.

**Bangs RMZ 4** – Bangs Primitive Backcountry Zone:

**REC-53**: (Resource objective): Through the life of the RMP, manage the Bangs SRMA, RMZ 4, to minimize recreation impacts to other resources, with special consideration given to protection/ mitigation of the following resources: Colorado hookless cactus (*Sclerocactus glaucus*), deer and elk winter range, water quality (non-point source erosion/ sedimentation into the Colorado River), soils, paleontological resources, and cultural (historic and prehistoric) resources.

**REC-54**: (Resource use objective): Through the life of the RMP, minimize impacts from other resource use to recreation to ensure those uses support RMZ recreation objectives. The following resource uses were identified for management consideration in the Bangs SRMA, RMZ 4, during the planning process: livestock grazing.

**REC-55**: Partnerships: Develop and maintain partnerships with local and regional recreation organizations and other community partners to assist in the oversight and monitoring of the RMZ.

**REC-56**: BMPs for the Bangs SRMA, RMZ 4, (for both resource and resource use objectives) include, but are not limited to, the following:

- Work with stakeholders to acquire adjacent lands to be managed consistently with the RMZ and to increase targeted recreational opportunities.

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five-year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.

**Dolores River Canyons SRMA**

**REC-57**: (Resource objective): Through the life of the RMP, manage the Dolores River Canyons SRMA to minimize recreation impacts to other

BLM_0023072

resources, with special consideration given to protection/mitigation of the following resources: rare plants, including Kachina daisy (*Erigeron kachinensis*), Eastwood's monkeyflower (*Mimulus eastwooodiae*), San Rafael milkvetch (*Astragalus rafaelensis*), Fisher milkvetch (*Astragalus piscator*), Dolores River skeleton plant (*Lygodesmia doloresensis*), horseshoe milkvetch (*Astragalus equisolensis*), Grand Junction milkvetch (*Astragalus linifolius*), tufted frasera (*Frasera paniculatum*), Osterhout's cryptantha (*Cryptantha osterhoutii*), and Gypsum catseye; significant plant communities, including Foothills Riparian Shrubland (*Forestiera pubescens shrubland*) and Narrowleaf Cottonwood Riparian Forest (*Acer negundo – Populus angustifolia/ Celtis reticulate* Forest); (*Cryptantha gypsophila*); invasive non-native vegetation including Russian knapweed (*Acroptilon repens*) and tamarisk (*Tamarix* spp.); bald eagle (*Haliaeetus leucocephalus*); peregrine falcon (*Falco peregrinus*); deer and elk winter range; riparian resources; visual resources; paleontological resources; and cultural (historic and prehistoric) resources.

**REC-58**: (Resource use objective): Through the life of the RMP, minimize impacts from other resource use to recreation to ensure those uses support RMZ recreation objectives. The following resource uses were identified for management consideration in the Dolores River Canyons SRMA during the planning process: gold prospecting, lands and realty (right-of-way corridor), and livestock grazing. In the portions of this RMZ that overlap the right-of-way corridor, manage recreation to achieve management objectives for the right-of-way corridor.

**REC-59**: Partnerships

- Develop and maintain partnerships with local and regional recreation organizations and other community partners to assist in the oversight and monitoring of the SRMA.

- Coordinate education and interpretation efforts to ensure consistency with Unaweep-Tabeguache Scenic and Historic Byway objectives and actions.

**REC-60**: BMPs for the Dolores River Canyons SRMA (for both resource and resource use objectives) include, but are not limited to, the following:

- Ensure all management actions in the SRMA help protect the relevance and importance criteria of the Dolores River Riparian ACEC and The Palisade ACEC. Promote stewardship of ACEC resources by providing opportunities for visitors to learn about those resources.

- Work with cooperators and partners to provide educational opportunities in the area that are consistent with the management objectives of the SRMA and ACECs.

BLM_0023073

- Develop an interpretation and environmental education plan to enhance educational/interpretive opportunities in cooperation with managing partners and visitors to the area.

- Conduct social and physical monitoring to determine if recreation use is consistent with ACEC goals, objectives, and resource protection measures.

- Work with community partners, and utility permit applicants to minimize the impact to recreation from utility developments in the right-of-way corridor.

- Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create and maintain a sustainable recreational route system that helps achieve SRMA and ACEC objectives.

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five-year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.

## Grand Valley OHV SRMA

**REC-61**: (Resource objective): Through the life of the RMP, manage the Grand Valley OHV SRMA to minimize recreation impacts in areas adjacent to the SRMA, with special consideration given to protection/mitigation of the following resources: Colorado hookless cactus (*Sclerocactus glaucus*), Grand Junction suncup (*Camissonia eastwoodiae*), Grand Junction buckwheat (*Eriogonum contortum*), water quality (salinity and non-point source erosion/sedimentation into the Colorado River), and Mancos soils.

**REC-62**: (Resource use objective): Through the life of the RMP, minimize impacts from other resource use to recreation to ensure those uses support SRMA recreation objectives. The following resource uses were identified for management consideration in the Grand Valley OHV SRMA during the planning process: lands and realty (right-of-way corridor, land acquisitions, and private property trespass) and livestock grazing. In the portions of this SRMA that overlap the right-of-way corridor, manage recreation to achieve management objectives for the right-of-way corridor.

**REC-63**: Partnerships

- Develop and maintain partnerships with local and regional recreation organizations, businesses, and other community partners to assist in the maintenance and enhancement of SRMA routes, signs, facilities, and visitor services identified as necessary for achievement of SRMA objectives.

BLM_0023074

- Coordinate with local governments, businesses, and other recreation tourism partners to develop and implement strategies for protecting water quality by reducing non-point sources of pollutants from the SRMA.

**REC-64**: BMPs for the Grand Valley OHV SRMA (for both resource and resource use objectives) include, but are not limited to, the following:

- Clearly identify primary access points to the SRMA both onsite (e.g., signs and developed recreation facilities) and offsite (e.g., digital and print media and recreation service providers.)

- Work with stakeholders to create additional access to the SRMA.

- Work with stakeholders to acquire adjacent lands to be managed consistently with the SRMA and to increase targeted recreational opportunities.

- Work with partners (e.g., State of Colorado, City of Grand Junction, and Mesa County) to develop connectivity to adjoining urban trails to provide safe access to BLM-administered lands, alternative transportation options, and improved recreational opportunities.

- Work with partners, local tourism groups, local businesses, and municipalities to develop appropriate marketing information and maps to promote SRMA objectives.

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five-year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.

### North Fruita Desert SRMA

**REC-65**: (Resource objective): Through the life of the RMP, manage the North Fruita Desert RMZ to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: mule deer and elk winter range, water quality (non-point source erosion/sedimentation into the Colorado River), and soils.

**REC-66**: (Resource use objective): Through the life of the RMP, minimize impacts from other resource uses to recreation to ensure those uses support RMZ recreation objectives. The following resource uses were identified for management consideration in the North Fruita Desert RMZ during the planning process: livestock grazing.

**REC-67**: Partnerships: Develop and maintain partnerships with local and regional recreation organizations and other community partners to assist in the

BLM_0023075

maintenance and enhancement of SRMA routes, signs, facilities, and visitor services.

**REC-68**: BMPs for the North Fruita Desert RMZ (for both resource and resource use objectives) include, but are not limited to, the following:

- Work with stakeholders to acquire adjacent lands to be managed consistently with the SRMA and to increase targeted recreational opportunities.

- Work with partners (e.g., Colorado Plateau Mountain Bike Trail Association, City of Fruita, and Mesa County) to develop connectivity to adjoining urban trails to provide safe access to BLM-administered lands, alternative transportation options, and improved recreational opportunities.

- Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create a sustainable recreational route system that helps achieve SRMA objectives.

- Reroute trails that create resource damage and/or trespass on private property.

- Consider administering portions of the SRMA (e.g., campground) cooperatively through partnership agreements with partner organizations or businesses.

- Work with local, regional, national, and international chambers of commerce, tourism groups, and businesses to provide accurate recreation information, user ethics, and use/user expectations, with an emphasis on promotional marketing.

- If monitoring indicates long-term camping is displacing targeted SRMA visitors, implement a seven-day camping limit.

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five-year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.

**Palisade Rim SRMA**

**REC-69**: (Resource objective):  Through the life of the RMP, manage the Palisade Rim SRMA to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: deer and elk winter range, Colorado hookless cactus (*Sclerocactus glaucus*), water quality (non-point source erosion/sedimentation into the Colorado River), soils, paleontological resources, and cultural resources.

**REC-70**: (Resource use objective): Through the life of the RMP, minimize impacts from other resource uses to recreation to ensure those uses support RMZ recreation objectives. The following resource uses were identified for management consideration in the Palisade Rim SRMA during the planning process: lands and realty (access across US Bureau of Reclamation withdrawal parcel), land acquisition, private property trespass). In the portions of the SRMA that overlap the right-of-way corridor, manage recreation to achieve right-of-way corridor management objectives.

**Rec-71**: Partnerships

- Develop and maintain partnerships with local and regional recreation organizations and other community partners to assist in the maintenance and enhancement of SRMA routes, signs, facilities, and visitor services.

- Coordinate with Town of Palisade, Orchard Mesa Irrigation District, US Bureau of Reclamation, and Colorado Department of Transportation to develop and/or maintain necessary recreation facilities and access.

- Coordinate with Town of Palisade and other service providers to appropriately market the SRMA to achieve SRMA objectives.

**REC-72**: BMPs for the Palisade Rim SRMA (for both resource and resource use objectives) include, but are not limited to, the following:

- Work with stakeholders to improve existing access and create additional access to the SRMA.

- Work with stakeholders to acquire adjacent lands to be managed consistently with the SRMA and to increase targeted recreational opportunities.

- Work with partners (e.g., Town of Palisade and Mesa County) to develop connectivity to adjoining urban trails to provide safe access to BLM-administered lands, alternative transportation options, and improved recreational opportunities.

- Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create a sustainable recreational route system that helps achieve SRMA objectives.

- Reroute, or close and naturalize trails that create resource damage and/or trespass on private property.

- Administer the SRMA cooperatively through partnership agreements (example memorandum of understanding) between the Town of Palisade, US Bureau of Reclamation, and Colorado

BLM_0023077

Department of Transportation, Orchard Mesa Irrigation District, and BLM GJFO that outline administrative roles and responsibilities.

- Work with partners, local tourism groups, local businesses and municipalities (Town of Palisade) to develop appropriate marketing information and maps to promote SRMA objectives.

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five-year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.

### Extensive Recreation Management Areas

**REC-73**: In ERMAs managed for multiple activities, consider separating incompatible recreation uses in either time or space if conflict arises and warrants the change (e.g., different uses on different trails on different days and designating directional travel on system trails).

**REC-74**: Develop and maintain partnerships as appropriate with local residents, local and regional recreation organizations, businesses, local government agencies, and other community partners to assist in the maintenance and enhancement of routes, signs, facilities, monitoring, and visitor services that help achieve recreation objectives in ERMAs/RMZs.

### Barrel Springs ERMA

**REC-75:** (Resource objective): Through the life of the plan, manage the Barrel Springs ERMA to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: deer and elk winter range, fragile and slumping soils, riparian habitat, paleontological resources, rare plants - Piceance Bladderpod (*Lesquerella parviflora*), and the following Significant plant communities: Montane Riparian Woodland (*Populus balsamifera* Woodland), Emergent Wetlands (*Eleocharis rostellata* Herbaceous Vegetation), Foothills Riparian Shrubland (*Betula occidentalis / Maianthemum stellatum* Shrubland).

**REC-76**: (Resource use objective): Through the life of the RMP, manage recreation in the Barrel Springs ERMA to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: fluid mineral leasing, livestock grazing, and lands and realty.

**REC-77**: BMPs for the Barrel Springs ERMA (for both resource and resource use objectives) include, but are not limited to, the following:

- In ERMAs, utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management

BLM_0023078

strategies (e.g., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about other resource uses in the area, and appropriate recreation behavior that mitigates impacts to operations and facilities of other resource uses.

- Utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about the RMA's targeted recreation opportunities.

- In ERMAs, avoid management actions that attract or concentrate recreation use at sites of other authorized uses (e.g., camping near stock ponds.)

- In ERMAs, locate new recreation facility developments to mitigate recreation impacts on other resource uses and developments.

- Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create and maintain a sustainable recreational route system that helps achieve ERMA objectives.

- Work with targeted recreation users and Colorado Parks and Wildlife to protect and enhance hunting opportunities in the ERMA.

**Gateway ERMA**

**REC-78**: (Resource objective): Through the life of the RMP, manage the Gateway ERMA to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: scenic values; wilderness characteristics; geological features; plant species of concern, including Gypsum Valley cateye (*Cryptantha gypsophila*), San Rafael milkvetch (*Astragalus rafaelensis*), Naturita milkvetch (*Astragalus naturitensis*), Grand Junction milkvetch (*Astragalus linifolius*); two significant plant communities, including Fremont's Cottonwood Riparian Forests (*Populus deltoides ssp. wislizeni / Rhus trilobata* Woodland) and Emergent Wetlands (*Eleocharis rostellata* herbaceous vegetation); deer and elk winter range; cliff-nesting raptors; cultural resources; and paleontological resources. The resources listed above are also identified for special management and protection in one or more of the following areas that the ERMA overlaps or is immediately adjacent to: Palisade WSA, Sewemup WSA , Maverick lands with wilderness characteristics unit, Unaweep Canyon lands with wilderness characteristics unit, Dolores River Riparian ACEC, Juanita Arch ACEC, The Palisade ACEC, Sinbad Valley ACEC, Unaweep Seep ACEC, Blue Mesa wildlife emphasis area, Bull Hill wildlife emphasis area, Calamity Camp National Historic Register site, and Dolores River Riparian SRMA.

BLM_0023079

**REC-79**: (Resource use objective): Through the life of the RMP, manage recreation in the Gateway ERMA to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: uranium exploration and mining, mineral material sales, and livestock grazing.

**REC-80**: BMPs for the Gateway ERMA (for both resource and resource use objectives) include, but are not limited to, the following:

- In ERMAs, utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (e.g., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about other resource uses in the area, and appropriate recreation behavior that mitigates impacts to operations and facilities of other resource uses.

- Utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about the ERMA's targeted recreation opportunities.

- In ERMAs, avoid management actions that attract or concentrate recreation use at sites of other authorized uses (e.g., camping near stock ponds and parking on or near cultural sites.)

- In ERMAs, locate new recreation facility developments to mitigate recreation impacts on other resource uses and developments.

- Work with partners (e.g., Museum of Western Colorado and Gateway Canyon Resort) to focus interpretive media and other educational efforts on cultural heritage tourism and the stewardship of natural and cultural resources.

- Work with cooperators and partners to provide educational opportunities in the area that are consistent with the management objectives of the ERMA and adjoining or overlapping WSAs, lands with wilderness characteristics units, ACECs, wildlife emphasis areas and SRMAs.

- Ensure all management actions in the ERMA help protect the relevance and importance criteria of the Dolores River Riparian ACEC, Juanita Arch ACEC, The Palisade ACEC, and Sinbad Valley ACEC. Promote stewardship of ACEC resources by providing opportunities for visitors to learn about those resources.

- Develop an interpretation and environmental education plan to enhance educational/interpretive opportunities in cooperation with managing partners and visitors to the area.

BLM_0023080

- Work with managing partners to develop appropriate marketing strategies that help achieve the ERMA's objectives.

- Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create and maintain a sustainable recreational route system that helps achieve ERMA objectives.

**Grand Valley Shooting Ranges ERMA**

**REC-81**: (Resource use objective): Through the life of the RMP, manage the Grand Valley Shooting Ranges ERMA to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado hookless cactus (*Sclerocactus glaucus*) and water quality (lead contamination and non-point source erosion/sedimentation into the Colorado River).

**REC-82**: (Resource use objective): Through the life of the RMP, manage recreation in the Grand Valley Shooting Ranges ERMA to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: livestock grazing and fluid mineral leasing.

**REC-83**: Partnerships

- Coordinate with community (Mesa County), state (Colorado Parks and Wildlife), and national (National Rifle Association) partners to maintain shooting range access, facilities (e.g., parking areas, fences/barriers, backstops, shade shelters, shooting benches, and chronograph pads), and visitor services (e.g., volunteer range stewards) that help achieve ERMA objectives.

- Work with partners to post conditions of use and facilitate activity participation.

**REC-84**: BMPs for the Grand Valley Shooting Ranges ERMA (for both resource and resource use objectives) include, but are not limited to, the following:

- In ERMAs, utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (e.g., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about other resource uses in the area, and appropriate recreation behavior that mitigates impacts to operations and facilities of other resource uses.

- In ERMAs, Utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education,

BLM_0023081

and enforcement patrols) to inform recreation participants about the RMA's targeted recreation opportunities.

- Use guidance from the Best Management Practices for Lead at Outdoor Shooting Ranges (US Environmental Protection Agency 2005)

- Locate new recreation facility developments to mitigate recreation impacts on other resource uses and developments.

- Work with volunteers and managing partners to develop and communicate shooting range safety rules, etiquette, and stewardship messages.

**Gunnison River Bluffs ERMA**

**REC-85**: (Resource objective): Through the life of the RMP, manage the Gunnison River Bluffs ERMA to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado hookless cactus (*Sclerocactus glaucus*), cliff-nesting raptors, paleontological resources, and cultural resources.

**REC-86**: (Resource use objective) Through the life of the RMP, manage recreation in the Gunnison River Bluffs ERMA to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: livestock grazing and lands and realty.

**REC-87**: BMPs for the Gunnison River Bluffs ERMA (for both resource and resource use objectives) include, but are not limited to, the following:

- In ERMAs, utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about other resource uses in the area, and appropriate recreation behavior that mitigates impacts to operations and facilities of other resource uses.

- Utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about the ERMA's targeted recreation opportunities.

- Work with partners (e.g., City of Grand Junction and Mesa County) to develop connectivity to adjoining urban trails to provide safe access to BLM-administered lands, alternative transportation options, and improved recreational opportunities.

BLM_0023082

- Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create and maintain a sustainable recreational route system that helps achieve ERMA objectives.

- Administer the ERMA cooperatively through partnership agreements (example memorandum of understanding) between managing partners (e.g., Old Spanish Trail Association and Mesa County) and BLM GJFO that outline administrative roles and responsibilities.

- In ERMAs, avoid management actions that attract or concentrate recreation use at sites of other authorized uses (e.g., trails near livestock developments or private residences.)

- In ERMAs, locate new recreation facility developments to mitigate recreation impacts on other resource uses and developments.

## Horse Mountain ERMA

**RMZ 1** – Horse Mountain Trails

**REC-88**: (Resource objective): Through the life of the RMP, manage the Horse Mountain ERMA, RMZ 1, to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado hookless cactus (*Sclerocactus glaucus*) and water quality (non-point source erosion/sedimentation into the Colorado River).

**REC-89**: (Resource use objective): Through the life of the RMP, manage recreation in the Horse Mountain ERMA, RMZ 1, to ensure a balance between protecting targeted recreation activities and settings with other resource uses. Consider the following resource uses: fluid mineral leasing and livestock grazing. In the portions of this RMZ that overlap the right-of-way corridor and Wind Energy Emphasis Area, manage recreation to achieve management objectives for those designations.

**REC-90**: Partnerships: Work with community partners (e.g., Town of Palisade, Mesa County, City of Grand Junction, local businesses, and private landowners) to plan and develop a trail system that helps achieve RMZ objectives.

**REC-91**: BMPs for the Horse Mountain ERMA, RMZ 1, (for both resource and resource use objectives) include, but are not limited to, the following:

- In ERMAs, utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about other resource uses in the area, and appropriate recreation

BLM_0023083

behavior that mitigates impacts to operations and facilities of other resource uses.

- Utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about the RMZ's targeted recreation opportunities.

- Work with community partners, and utility permit applicants to minimize the impact to recreation from utility developments in the right-of-way corridor and Wind Energy Emphasis area that overlap the RMZ.

- Work with partners (e.g., Town of Palisade, City of Grand Junction and Mesa County) to develop connectivity to adjoining urban trails to provide safe access to BLM-administered lands, alternative transportation options, and improved recreational opportunities.

- Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create and maintain a sustainable recreational route system that helps achieve RMZ objectives.

- Administer the RMZ cooperatively through partnership agreements (example memorandum of understanding) between managing partners (e.g., Town of Palisade) and BLM GJFO that outline administrative roles and responsibilities.

- In ERMAs, avoid management actions that attract or concentrate recreation use at sites of other authorized uses (e.g., trails near livestock developments or private residences.)

- In ERMAs, locate new recreation facility developments to mitigate recreation impacts on other resource uses and developments.

**RMZ 2** – C Road OHV Open Area

**REC-92**: (Resource objective):  Through the life of the RMP, manage the Horse Mountain SRMA, RMZ 2, to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado hookless cactus (*Sclerocactus glaucus*) and water quality (non-point source erosion/sedimentation into the Colorado River).

**REC-93**: (Resource use objective):  Through the life of the RMP, manage recreation in the Horse Mountain SRMA, RMZ 2, to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: lands and realty (right-of-way corridor) and fluid mineral leasing. In the portions of this RMZ that overlap the

BLM_0023084

right-of-way corridor, manage recreation to achieve management objectives for the right-of-way corridor.

**REC-94**: BMPs for the Horse Mountain SRMA, RMZ 2, (for both resource and resource use objectives) include, but are not limited to, the following:

- Clearly identify OHV open area boundaries using a variety of communication tools and/or barriers including, but not limited to, digital and/or print media, signs and/or fencing, and natural topographic features. Boundary identification strategies should generally employ the most practical, cost-effective, and least-obtrusive materials and methods that are still effective for attaining desired management results. For example, periodic boundary identification signs may be sufficient to contain use along portions of an open OHV area boundary. If signing alone proves ineffective, fencing or other physical barriers can be installed.

- Develop recreation facilities at primary access points that may include, but are not limited to, parking/staging areas that accommodate OHV-hauling rigs, OHV loading/unloading ramps, vault toilets, informational kiosks, and shade shelters.

- Clearly identify primary access points to the RMZ both onsite (e.g., signs and developed recreation facilities) and offsite (e.g., digital and print media and recreation service providers.)

- Work with partners, local businesses and municipalities to tailor information and maps to promote RMZ objectives.

- In ERMAs, utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about other resource uses in the area, and appropriate recreation behavior that mitigates impacts to operations and facilities of other resource uses.

- Utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about the RMZ's targeted recreation opportunities.

- Work with adjoining landowners and users to minimize conflicts with private property.

- Work with community partners, and utility permit applicants to minimize the impact to recreation from utility developments in the right-of-way corridor where it overlaps the RMZ.

BLM_0023085

- Administer the RMZ cooperatively through partnership agreements (example memorandum of understanding) between managing partners and BLM GJFO that outline administrative roles and responsibilities.

- In ERMAs, locate new recreation facility developments to mitigate recreation impacts on other resource uses and developments.

**RMZ 3** – Target Shooting

**REC-95**: (Resource objective): Through the life of the RMP, manage the Horse Mountain SRMA, RMZ 3, to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado hookless cactus (*Sclerocactus glaucus*) and water quality (lead contamination and non-point source erosion/sedimentation into the Colorado River).

**REC-96**: (Resource use objective): Through the life of the RMP, manage recreation in the Horse Mountain SRMA, RMZ 3, to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: fluid mineral leasing and livestock grazing. In the portions of this RMZ that overlap the right-of-way corridor, manage recreation to achieve management objectives for the right-of-way corridor.

**REC-97**: Partnerships

- Coordinate with community partners to maintain access and facilities (e.g., access roads, parking areas, fences/barriers, and signage), and visitor services (e.g., volunteers) that help achieve RMZ objectives.

- Work with partners to post conditions of use and facilitate activity participation.

- Work with adjoining landowners and users to minimize conflicts with private property.

**REC-98**: BMPs for the Horse Mountain SRMA, RMZ 3, (for both resource and resource use objectives) include, but are not limited to, the following:

- Clearly identify RMZ boundaries using a variety of communication tools and/or barriers including, but not limited to, digital and/or print media, signs and/or fencing, and natural topographic features. Boundary identification strategies should generally employ the most practical, cost-effective, and least-obtrusive materials and methods that are still effective for attaining desired management results. For example, periodic boundary identification signs may be sufficient to

BLM_0023086

contain use along portions of the RMZ boundary. If signing alone proves ineffective, fencing or other physical barriers can be installed.

- In ERMAs, utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (e.g., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about other resource uses in the area, and appropriate recreation behavior that mitigates impacts to operations and facilities of other resource uses.

- Utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about the RMA's targeted recreation opportunities.

- In ERMAs, locate new recreation facility developments to mitigate recreation impacts on other resource uses and developments.

- Work with area residents, volunteers and managing partners to develop and communicate shooting safety rules, etiquette, and stewardship messages.

## North Desert ERMA

**REC-99**: (Resource objective):  Through the life of the RMP, manage the North Desert ERMA to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado hookless cactus (*Sclerocactus glaucus*), Grand Junction buckwheat (*Eriogonum contortum*), Grand Junction suncup (*Camissonia eastwoodiae*), Dolores River skeletonplant (*Lygodesmia doloresensis*); significant plant communities, including Saline Bottomland Shrublands (*Sarcobatus vermiculatus / Suaeda moquinii* Shrubland), Western Slope Grasslands (*Achnatherum hymenoides* Shale Barren Herbaceous Vegetation), Cold Desert Shrublands (*Atriplex confertifolia / Achnetherum hymenoides* Shrubland), Gardner's Mat Saltbush Shrublands (*Atriplex gardneri / Leymus salinus* Dwarf-shrubland), and Skunkbrush Riparian Shrubland (*Rhus triloblata* Shrubland); water quality (non-point source erosion/sedimentation into the Colorado River); Mancos Shale; saline soils; deer and elk winter range; and pronghorn.

**REC-100**: (Resource use objective):  Through the life of the RMP, manage recreation in the North Desert ERMA to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: coal leasing, mineral material sales, fluid mineral leasing, and livestock grazing. In the portions of this RMZ that overlap the right-of-way corridor and Solar Energy Emphasis Areas (Mitchell Road and 21 Road), manage recreation to achieve management objectives for those designations.

BLM_0023087

**REC-101**: Develop and maintain partnerships with local and regional OHV recreation organizations and other community partners to assist in the maintenance and enhancement of ERMA routes, signs, facilities, and visitor services.

**REC-102**: BMPs for the North Desert ERMA (for both resource and resource use objectives) include, but are not limited to, the following:

- In ERMAs, utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about other resource uses in the area, and appropriate recreation behavior that mitigates impacts to operations and facilities of other resource uses.

- Utilize information portals (e.g., information/education kiosks, signs, brochures, maps, and websites) and management strategies (i.e., onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about the ERMA's targeted recreation opportunities.

- Work with community partners, and utility permit applicants to minimize the impact to recreation from utility developments in the right-of-way corridor and Solar Energy Emphasis areas that overlap the ERMA.

- Work with partners (e.g., City of Fruita, City of Grand Junction, and Mesa County) to develop connectivity to adjoining urban trails to provide safe access to BLM-administered lands, alternative transportation options, and improved recreational opportunities.

- Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see **Appendix M**) to create and maintain a sustainable recreational route system that helps achieve ERMA objectives.

- Administer the ERMA cooperatively through partnership agreements (example memorandum of understanding) between managing partners (e.g., City of Fruita, City of Grand Junction, and Mesa County) and BLM GJFO that outline administrative roles and responsibilities.

- In ERMAs, avoid management actions that attract or concentrate recreation use at sites of other authorized uses (e.g., trails near livestock developments or private residences.)

- In ERMAs, locate new recreation facility developments to mitigate recreation impacts on other resource uses and developments.

BLM_0023088

**References**

BLM (US Department of the Interior, Bureau of Land Management). 2000. Recreation Management Guidelines to Meet Public Land Health Standards on Bureau of Land Management Lands in Colorado. BLM, Colorado State Office, Lakewood, CO. Internet Web site: http://www.blm.gov/co/st/en/BLM_Information/newsroom/2000/recguidefnr/guide_final.html.

_____. 2005. Trail Design Criteria. BLM, Grand Junction Field Office, Grand Junction, CO.

_____. 2010. Guidelines for a Quality Built Environment, First Edition. December 2010.

_____. 2014. Trail Development Process. (in progress). Unpublished report. BLM, Grand Junction Field Office, Grand Junction, CO.

US Environmental Protection Agency. 2005. Best Management Practices for Lead at Outdoor Shooting Ranges, EPA-902-B-01-001 Revised June 2005. US Environmental Protection Agency, Region 2, Denver, CO.

## LANDS AND REALTY (LR)

### Standard Operating Procedures

**LR-1**: Power lines shall be constructed in accordance to standards outlined in Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996 (Avian Power Line Interaction Committee 2006). Right-of-way applicants shall assume the burden and expense of proving that proposed pole designs not shown in the above publication are "raptor safe." Such proof shall be provided by a raptor expert approved by the BLM Authorized Officer.

**LR-2**: Rights-of-way and other lands and realty authorizations, including power lines, pipelines, transmission corridors, energy development sites and related development, and gravel pits, will contain noxious and invasive plant management terms or stipulations for all ground-disturbing actions. These will include conducting a pre-disturbance noxious weed inventory, designing to avoid or minimize vegetation removal and weed introduction or spread, managing weeds during the life of the right-of-way or authorization to prevent or minimize weed introduction or spread, abandoning the right-of-way or authorization to establish competitive vegetation on bare ground areas, and monitoring revegetation success and weed prevention and control for a reasonable number of years.

**LR-3**: Rights-of-way will be constructed to avoid physical damage to range improvements and rangeland study areas.

BLM_0023089

**LR-4**: The right-of-way holder shall notify the BLM Authorized Officer at least 48 hours prior to the commencement construction, reclamation, maintenance, or any surface-disturbing activities under this grant.

**LR-5**: Copies of the right-of-way grant with the stipulations shall be kept on site during construction and maintenance activities. All construction personnel shall review the grant and stipulations before working on the right-of-way or permitted area.

**LR-6**: All facilities shall be labeled with the authorization number, operator, and contact information.

**LR-7**: No signs or advertising devices shall be placed on the premises or on adjacent BLM-administered lands, except those posted by or at the direction of the BLM Authorized Officer.

**LR-8**: The Holder shall promptly remove and dispose of all waste caused by its activities. The term "waste" as used herein means all discarded matter including, but not limited to, human waste, trash, garbage, refuse, petroleum products, ashes, and equipment. No burning of trash, trees, brush, or any other material shall be allowed.

**LR-9**: The Proponent (applying for new right-of-way) shall notify all existing right-of-way holders in the project area prior to beginning any surface-disturbance or construction activities. The Holder shall obtain an agreement with any existing right-of-way holders or other parties with authorized facilities that cross or are adjacent to those of the holder to assure that no damage to an existing right-of-way or authorized facility will occur. The agreement(s) shall be obtained prior to any use of the right-of-way or existing facility.

**LR-10**: The Holder shall participate in the formation of a Road User's Association for the road if new rights-of-way are granted for use of the existing road. All new users will be required to join the association.

**LR-11**: The Holder will provide a performance bond for the authorized facility, acceptable to the BLM Authorized Officer, in the amount of $(_) that must be maintained in effect until restoration of the right-of-way has been accepted by the BLM Authorized Officer. The bond shall be furnished by the holder within 30 days of signing the grant (_) and shall be applied to all additional authorizations associated with the project as necessary.

**LR-12**: Incorporate conditions of approval and mitigation measures from the Final Programmatic EIS on Wind Energy Development on BLM-administered Lands in the Western US (BLM 2005), as applicable.

**LR-13**: Incorporate conditions of approval and mitigation measures from the Solar Energy Programmatic EIS, as applicable (BLM 2012).

**LR-14**: All construction activities shall be confined to the minimum area necessary. The exterior boundaries of the construction area shall be clearly flagged prior to any surface-disturbing activities.

**LR-15**: Existing roads will be used wherever possible. Additional roads shall be kept to the minimum. Route locations must be approved by the BLM prior to construction.

**LR-16**: When blasting is necessary, the following precautions will be used:

    a) In areas of human use, blasting blankets will be used.

    b) Landowners or tenants in close proximity to the blasting will be notified in advance of the blasting so that livestock and other property can be adequately protected.

    c) Access to the blasting area will be restricted by construction personnel stationed at each end of the area to be blasted.

    d) Blasting within 0.25-mile of federally owned or controlled springs and flowing water wells must be approved in writing by the area manager.

    e) No blasting will be permitted within 0.25-mile of historic trails, natural areas, identified archaeological sites, and recreation areas.

    f) Powder magazines will be located out of sight or at least 0.5-mile from roads. Loaded shot holes will not be left unattended. Approval from the area manager will be obtained for the magazine locations.

**LR-17**: **(MLP)** Roads will be constructed and maintained to BLM road standards [BLM Manual 9113 (BLM 2011a)]. All vehicle travel will be within the approved driving surface.

### Standard Operating Procedures for Pipeline Projects

**LR-18**: A preconstruction field conference shall be requested by the grantee at least five working days prior to any construction activities unless otherwise agreed upon by the BLM Authorized Officer.

**LR-19**: Once the pipeline is constructed, the grantee/operator shall restore the existing roadway to meet or exceed conditions prior to construction. The preconstruction width of the driving surface shall also be restored and erosion-control structure installed subject to approval of the BLM Authorized Officer. The grantee/operator shall be responsible for road maintenance from the beginning to completion of operations. This may include, but not be limited to, blading the roadway, cleaning ditches and drainage facilities, dust abatement, or other requirements as directed by the BLM Authorized Officer.

BLM_0023091

**LR-20**: Construction width shall include the existing road. The pipeline shall be located two to three feet from the edge of the ditch along the existing road. The existing road shall be on the working side of the trench.

**LR-21**: The grantee shall accomplish the crossing of the pipeline owned by (company name) in accordance with an agreement between the grantee/operator.

**LR-22**: Pipeline location warning signs shall be installed within five days of construction completion. Each sign shall be permanently marked with the right-of-way serial number.

### Standard Operating Procedures for Geophysical Exploration

**LR-23**: The operator will furnish a map with the Notice of Intent showing approximate line to be used. A map will also be filed with the Notice of Completion showing the completed line. The map will be of a minimum scale of 0.5-inch equals 1.0 mile.

**LR-24**: Rehabilitation of disturbed areas is to be done concurrent with the geophysical operations.

**LR-25**: Blasting or vibrating within 0.25-mile of federally-owned or controlled springs and flowing water wells or cultural resource sites must be approved in writing by the area manager.

**LR-26**: Plugging of drill holes will conform to the Colorado Reclamation Standards Abandoned Drill Holes Act. Drill hole cuttings will be returned to the hole.

**LR-27**: No blading or other dirt work will be allowed without written permission from the area manager.

**LR-28**: Adhere to Standard Terms and Conditions described in BLM Handbook H-3150-1: Onshore Oil and Gas Geophysical Exploration Surface Management Requirements (BLM 1994).

## Best Management Practices

**LR-29**: Coordinate with the Colorado Parks and Wildlife early in the sale process on proposals to sell BLM-administered land encumbered by a small-capacity wildlife water development.

## References

Avian Power Line Interaction Committee. 2006. Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996. Edison Electric Institute, Avian Power Line Interaction Committee, and the California Energy Commission. Washington, DC, and Sacramento, CA.

BLM_0023092

BLM (US Department of the Interior, Bureau of Land Management). 1994. Handbook H-3150-1—Onshore Oil and Gas Geophysical Exploration Surface Management Requirements. BLM, Washington, DC. Revised 2007.

_____. 2005. Final Programmatic Environmental Impact Statement on Wind Energy Development on BLM-Administered Lands in the Western US. BLM, Washington, DC. June 2005.

_____. 2011a. Manual 9113—Roads Manual. BLM, Washington, DC.

_____. 2011b. Handbook H-9113-1—Road Design Handbook. BLM, Washington, DC.

_____. 2012. Approved Resource Management Plan Amendments/Record of Decision for Solar Energy Development in Six Southwestern States. BLM, Washington, DC. October 2012.

## MINERALS AND ENERGY (M&E)

Actions involving minerals and energy are governed by:

- Minerals Leasing Act of 1920 (30 US Code 181 et seq.);
- Federal Oil and Gas Royalty Management Act (30 US Code 1718[b]);
- Federal Onshore Oil and Gas Leasing Reform Act (30 US Code 226[g]);
- 43 CFR 8900 et seq.
- Federal On Shore Orders 1-7
- 43 CFR 3809 regulations (Locatable Minerals Management)

### Standard Operating Procedures

SOPs are measures that are required in most circumstances. Some are based on laws and policy, while others are specific to the planning area to achieve resource management objectives.

#### Geophysical Exploration

**M&E-1**: If operations open an existing fence, temporary gates will be installed for use during the course of operations, or the fence will be immediately repaired. On completion of operations, fences will be restored to their original condition or better.

**M&E-2**: When saturated soil conditions exist on access roads or location, or when road rutting becomes deeper than 3 inches, construction shall be halted until soil material dries out or is frozen sufficiently for construction to proceed without undue damage and erosion to soils, roads, and locations.

BLM_0023093

**M&E-3**: For geophysical operations, specialized low surface impact equipment (e.g., wide- or balloon-tired vehicles or all-terrain vehicles) or helicopters may be used for activities in off-road areas to protect fragile soils and or other resource values.

**M&E-4**: Prohibit the use of subsurface explosives and vibrosis buggies within 0.25-mile of all spring sources and perennial streams.

**M&E-5**: Powder magazines will be located at least 1.0 mile from traveled roads, unless otherwise authorized after analysis or review. Loaded shot holes and charges will be attended at all times.

**M&E-6**: Materials or equipment related to project activities (e.g., trash, flagging, and lath) will be removed to an authorized disposal site.

**M&E-7**: Project materials which could be a hazard to public health, safety, or resource values will be stored in appropriate secondary containment. No oil or lubricants will be drained onto the ground surface.

**M&E-8**: Shot-hole cuttings will be returned to the hole, or an alternative plan will be submitted for BLM approval.

### Reducing Fluid Mineral Development Footprint

**M&E-9**: Surface-disturbing actions will be sensitive to natural resource protection. When surface disturbance in sensitive areas is unavoidable, they will be minimized to the greatest extent practicable, especially near drainage features and on soils mapped as being saline (see **Glossary**).

**M&E-10**: Utilities such as gas and water lines, power lines, and roads will be located in common corridors where practicable.

### Administrative / General and Planning

**M&E-11**: **(MLP)** Consider site specific soil and vegetative characteristics and reclamation potential in project design and layout.

**M&E-12**: **(MLP)** Design and construct energy service roads to a safe and appropriate standard, no higher than necessary to accommodate their intended use.

**M&E-13**: **(MLP)** Locate and construct roads and other linear facilities to follow the contour of the landform or mimic lines in the vegetation.

**M&E-14**: **(MLP)** A pre-construction meeting will be held with the BLM before and to facilitate implementation of plans and ensure compliance with stipulations or conditions of approval. The BLM will be notified at least 48 hours prior to construction or reclamation work.

**M&E-15**: By November 1 each year, companies will provide georeferenced spatial data depicting as-built locations of all facilities, wells, roads, pipelines, power lines, reservoirs, discharge points, and other related facilities to the BLM for all Master Development Plans where construction and development have been completed.

**M&E-16**: Where winter range areas are not protected by lease stipulations, operations such as construction, drilling, completion, work-overs and other intensive activities will be avoided from January 1 to March 1 to minimize impacts to wintering big game.

**M&E-17**: Before activities take place, every pad, access road, or facility site will have an approved surface drainage plan (storm water management plan) for establishing positive management of surface water drainage, to reduce erosion and sediment transport. The drainage plan will include adaptive BMPs, monitoring, maintenance and reporting. BMPs may include run-on/run-off controls such as surface pocking or revegetation, ditches or berms, basins, and other control methods to reduce erosion. Pre-construction drainage BMPs will be installed as appropriate.

**M&E-18: (MLP)** Before surface disturbance, agreements will be obtained with all existing rights-of-way holders, authorized users and pipeline operators affected by permitted activities. If agreement cannot be reached, the operator will comply with the law or regulations.

**M&E-19**: Disclosure of hydraulic fracture fluids per Colorado Oil and Gas Conservation Commission rule 205A will be done using www.FracFocus.org 30 days following the conclusion of the hydraulic fracturing treatment and in no case later than 90 days after the commencement of such hydraulic fracturing treatment.

### Pre-Construction
**M&E-20**: Stakes, snow fence, or flagging will be installed to mark boundaries of permitted areas of disturbance, including pre-construction BMPs and soils storage areas, and be maintained in place until final construction cleanup is completed.

**M&E-21: (MLP)** Pre-construction drainage BMPs will be installed as appropriate, per the approved surface/storm drainage water management plan to protect stream drainages and to reduce erosion and sediment transport.

**M&E-22: (MLP)** Surveys for raptor nests, sensitive plant, and animal species and cultural resources will be conducted prior to construction activities following BLM survey standards. Survey results will be submitted to the BLM for analysis and recommendations before project approval.

BLM_0023095

*Construction*

**M&E-23: (MLP)** All routes shall be built and maintained to BLM Manual 9113 (BLM 2011a) standards for road shape and drainage features or where appropriate BLM Manual 9115 (BLM 2012a) standards for primitive roads. For drainage crossings, culverts should be sized for the 50-year storm event with no static head and to pass a 100-year event without failing. Site specific conditions may warrant BLM to require designs for larger events (e.g., 75- to 100-year storm events). Large culverts and bridges shall be designed and constructed per BLM Manual 9112 (large culverts and bridges) (BLM 2009a). Large culverts and bridges shall be designed to pass a 100-year storm event (minimum).

**M&E-24:** As detailed in the site plan for surface/storm water management, drainage from disturbed areas will be confined or directed to minimize erosion, particularly within 100 feet of all drainages. No runoff, including that from roads, will be allowed to flow into intermittent or perennial waterways without first passing through sediment-trapping mechanisms such as vegetation, anchored bales, or catchments.

**M&E-25: (MLP)** Topsoil stripping will include all growth medium present at a site (e.g., following initial clearing of large trees), as indicated by color or texture. Stripping and storage depth may be specified during the onsite inspection. All stripped topsoil /growth medium will be salvaged, segregated, and stored in a manner that extends biological viability and protects it from loss. Topsoil and all growth medium will be replaced prior to seedbed preparation. No topsoil will be stripped or segregated when soils are saturated or frozen below the stripping depth.

**M&E-26: (MLP)** Access roads requiring construction with cut-and-fill will minimize surface disturbance and consider the character of the landform's contours, visual contrasts, the cut materials, the depth of cut, where the fill material will be deposited, and other resource concerns.

**M&E-27: (MLP)** Fill material will not be cast over hilltops or into drainages without BLM approval.

**M&E-28: (MLP)** When saturated soil conditions existing on access roads or location, or when road rutting becomes deeper than 3 inches, construction shall be halted until soil material dries out or is frozen sufficiently for construction to proceed without undue damage and erosion to soils, roads, and locations.

**M&E-29: (MLP)** Construction activities at drainage crossings (e.g., burying pipelines and installing culverts) will be timed to avoid high-flow conditions. Construction activities that affect stream flow will consist of either a piped stream diversion or the use of a coffer dam and pump to divert flow around the disturbed area.

BLM_0023096

**M&E-30**: **(MLP)** When activity in a wetland is unavoidable, the operator will reduce impacts through the use of oak or high-density polyethylene (HDP) mats and will restore all temporarily disturbed wetlands or riparian areas, consulting with the BLM to determine appropriate mitigation, including verification of native plant species to be used in restoration.

**M&E-31**: **(MLP)** All stream crossings affecting perennial streams or streams supporting riparian habitat shall be professionally engineered (design, construction, and maintenance).

**M&E-32**: **(MLP)** Where the access road crosses small drainages and intermittent streams not requiring culverts, low-water crossings shall be used. The road will dip to the original streambed elevation of the drainage and the crossing will prevent any blockage or restriction of the existing channel. Material moved from the banks of the crossing will be stockpiled nearby for later use in reclamation. Gravel, riprap, or concrete bottoms may be required in some situations.

**M&E-33**: **(MLP)** All pipeline welds within 100 feet of a perennial stream will be x-rayed to prevent leakage into the stream. Where pipelines cross streams that support federal or state-listed threatened or endangered species or BLM-listed sensitive species, additional safeguards such as double-walled pipe and remotely-actuated block or check valves on both sides of the stream may be used.

**M&E-34**: **(MLP)** Water from hydrostatic testing of pipelines will be filtered of sediments prior to discharge. Energy dissipating methods such as straw-bales, wattles, and vegetative buffers will be in place before any discharge of water.

**M&E-35**: **(MLP)** Baseline information of channel characteristics and riparian vegetation present must be documented before actions are permitted to disturb riparian areas and the stream channel.

### Drilling

**M&E-36**: **(MLP)** Pits that may contain liquid, such as reserve pits, produced water pits, frac-water pits, cuttings trenches (if covered by water/fluid), and evaporation pits, will install and maintain netting to prevent entry or use by migratory birds. They will be fenced on three sides before drilling activity and closed off on the fourth side after drilling is completed.

**M&E-37**: If any pit that may contain liquid is constructed with a slope steeper than 3:1, or if the pit is lined, escape ramps will be installed every 50 feet along the pit slope and at each corner to allow escape by livestock and wildlife.

**M&E-38**: Fluids will be confined to pits and all pits that may contain liquids will be lined to protect groundwater. Liners will be maintained in good condition, with no tears or holes, until they are removed when the reserve pit is closed.

BLM_0023097

**M&E-39**: Pits will be constructed so that water will not run into them. Fluid levels will be maintained below two feet of the lowest point of containment.

### Utilization and Production

**M&E-40**: Operations will not damage, disrupt or interfere with water flows and/or improvements associated with springs, wells, or impoundments.

**M&E-41**: Regularly scheduled road maintenance will include, but not be limited to, crown or slope reconstruction, clean-out of ditches, culverts and catchments, replacement of the road surface, and dust abatement.

**M&E-42**: Well pads and facilities will be kept free of unnecessary equipment, trash, and other materials not in current use.

**M&E-43**: Pits will be promptly drained, tested, closed, and reclaimed according to local state and federal regulations.

**M&E-44**: Dust from vehicular traffic, equipment operations, or wind events will be controlled as needed. No application of surfactants or dust agents will proceed without BLM approval. In areas with soils mapped as Mancos shale, application of water on native road surfaces will be limited to minimize mobilization of selenium. In such areas, alternate dust-abatement measures such as proper road surfacing and maintenance, and speed limits will be used, subject to BLM approval.

**M&E-45**: Noise will be minimized by methods such as closed compressor buildings to comply with Colorado Oil and Gas Conservation Commission standards for noise.

**M&E-46**: **(MLP)** Pipeline warning signs permanently marked with the operator's and owner's names (emergency contact) and purpose (product) of the pipeline will be installed within five days of construction completion and before use of the pipeline for transportation of product.

**M&E-47**: All production equipment with a chimney, vent, or stack shall be fitted with a device to prevent birds from entering or perching on the chimney, such as an excluder cone or equivalent.

**M&E-48**: Production facilities will be located and arranged to facilitate safety and maximize areas to be reclaimed.

**M&E-49**: **(MLP)** All above-ground facilities should be painted a natural color selected from the BLM Standard Environmental Color Chart to minimize contrast with adjacent vegetation and/or rock outcrops. Color(s) should be selected in the field at the proposed project location and should be planned for the season with the greatest number of viewers. Selected color(s) should be one to two shades darker than those naturally occurring in the background

BLM_0023098

landscape (this will also help with the effects of fading over time). The operator may need to paint drill rig anchors and those minor working tips and edges of production facilities that are subject to Occupational Safety and Health Administration safety requirements a red, yellow, or orange color.

**M&E-50**: Standard secondary containment shall hold 110 percent of the capacity the largest single tank it contains and be impervious to any oil, glycol, produced water, or other toxic fluid for 72 hours. Earthen berms must be compacted and of fine material that will prevent seepage of any spill to surrounding area.

**M&E-51**: All tanks with a capacity of ten barrels or greater shall be labeled or posted with the following information: A. Name of operator; B. Operator's emergency contact telephone number; C. Tank capacity; D. Tank contents; and E. National Fire Protection Association label. Smaller chemical storage shall be labeled with contents and National Fire Protection Association label.

**M&E-52**: All liquids management hoses will be stored inside secondary containment when not in use.

**M&E-53**: **(MLP)** All open top tanks, catchments or secondary containment vessels will be equipped with sturdy metal screening to prevent access to wildlife of all sizes to prevent entrapment and drowning of small wildlife.

### Site Stabilization, Reclamation and Monitoring

**M&E-54**: Road and pipeline reclamation, including seedbed preparation and seeding of temporarily disturbed areas, will be completed within 30 days following completion of construction.

**M&E-55**: **(MLP)** Following completion of pad construction, topsoil storage piles, stormwater control features, and cut-and-fill slopes will be temporarily seeded to stabilize the materials, maintain biotic soil activities, and minimize weed infestations. When this is not feasible, disturbed surfaces must be stabilized using other methods like hydro-mulch or erosion matting while vegetation is establishing. Seedbed preparation is not generally required for topsoil storage piles or other areas of temporary seeding.

**M&E-56**: Interim reclamation includes recontouring and revegetating the entire portion of the disturbed area, except that part of the well pad needed for production activities.

a) It will be completed within six months following completion of the last well planned for the pad or after a year has passed with no new wells drilled on the pad. All areas unnecessary to production activities will be revegetated, including the area within the remaining rig anchors. In special cases, an exception to this will be requested.

BLM_0023099

b) Before interim reclamation is scheduled, the operator will meet with BLM to inspect the disturbed area, review the existing reclamation plan, and agree upon any revisions to it.

c) All parts of the area unnecessary for long-term operations will be reshaped to blend with natural topography, covered evenly with topsoil, and a seedbed prepared.

d) For cut-and-fill slopes, initial reclamation will typically consist of moving fill material back into cuts, back-filling, and reshaping to achieve the configuration specified in the reclamation plan. Compacted areas will be well ripped in two passes at perpendicular directions. In fragile or loose soils, compaction techniques such as tread-walking may be necessary to prevent high erosion hazard. Topographic contours will be reshaped to blend with natural topography. These may include berms and swales to manage water drainage, support revegetation, mitigate visual impacts, and maximize natural appearances.

**M&E-57**: Seedbed Preparation. Good seedbed preparation is key to soil stabilization, moisture infiltration, and improving the chances for revegetation success.

a) Following contouring, backfilled or ripped surfaces will be covered evenly with topsoil.

b) Within 24 hours of broadcast seeding, the spread topsoil will be roughened by a method such as pitting, raking, or harrowing before seeding to break up any crust that has formed and ensure good seed-to-soil contact.

c) To control erosion and enhance vegetative establishment on slopes steeper than 3:1, or to create a more natural looking landscape in areas of visual sensitivity, seedbed preparation may include pocking or pitting the soil material to form microbasins scaled to the site and materials. These microbasins will be constructed in irregularly spaced and irregularly aligned rows with an orientation perpendicular to the natural flow of runoff down a slope.

d) Requests to use soil amendments, including fertilizer and soil conditioners, will be submitted to the BLM for approval. Submittal will include basic information on the amendment and the purpose of its use.

**M&E-58**: Seed Mixes. Seed mixes will typically consist of native, early-succession species, or species with the ability to establish quickly in disturbed soil areas. Non-native species considered desirable under special circumstances, such as sterile non-native grasses, will be submitted to the BLM for approval before use.

BLM_0023100

a) Seed mix composition will be calculated based on the number of Pure Live Seed per pound rather than percentage by weight. Seeding rate in pounds per acre will be based on the total number of Pure Live Seeds per square foot.

b) Weed free seed will be used. It will contain no noxious, prohibited, or restricted weed seeds and no more than 0.5 percent by weight of any other weed seeds. Seed may contain up to 2.0 percent of "other crop" seed by weight, including the seed of other agronomic crops and native plants; however, a lower percentage of other crop seed is recommended. To maintain quality, purity, germination, and yield, only tested, certified seed for the current year, with a minimum germination rate of 80 percent and a minimum purity of 90 percent, will be used unless otherwise approved by BLM in advance of purchase. Seed shall be viability-tested in accordance with state law(s) and within nine months before purchase.

c) Seed mixes for temporary use may contain one or more sterile hybrid grasses or other non-native cover crop in addition to native perennial species, if pre-approved by BLM.

d) For private surfaces, BLM-approved seed mixes will be recommended, but the surface landowner has ultimate authority over the seed mix to be used in reclamation.

e) Seed tags or other official documentation of the seed mix will be supplied to the BLM for approval at least 14 days before the date of proposed seeding. Seed that does not meet the above criteria will not be applied to BLM-administered lands. A Sundry Notice describing the completed work, the weed-free certification, and the seed tag(s) will be submitted BLM within 30 days after seeding.

**M&E-59**: Seeding Procedures

a) Seeding will be conducted no more than 24 hours following completion of final seedbed preparation (see Seedbed Preparation).

b) Where practical, seed will be planted by drill-seeding to a depth of 0.25- to 0.5-inch along the contour of the site. Drill seeding will be followed by culti-paction to enhance seed-to-soil contact and prevent losses of both. Where drill-seeding is impracticable, seed may be installed by broadcast-seeding at twice the drill-seeding rate, followed by raking or harrowing to provide 0.25- to 0.5-inch of soil cover. Hydro-seeding and hydro-mulching may be used in temporary seeding or in areas where drill-seeding or broadcast-seeding/ raking are impracticable. Hydro-seeding and hydro-mulching must be conducted in two separate applications to ensure adequate seed-to-soil contact.

BLM_0023101

c) If interim revegetation is unsuccessful, reseedings will be repeated annually until satisfactory vegetative cover has been achieved. Requirements for reseeding of temporary areas will be considered on a case-by-case basis. Seeding will be considered successful when the site is protected from erosion and revegetated with a vigorous, self-sustaining, and diverse cover of native (or otherwise approved) plant species. The BLM shall not require reseeding during periods that have proven less than optimal.

**M&E-60**: Mulch

a) Mulch will be applied within 24 hours following completion of seeding. Where areas have been drill- or broadcast-seeded and raked, certified weed-free straw or certified weed-free native grass hay mulch will be crimped into the soil. Hydro-mulching may be used in areas of interim reclamation where crimping is impractical, in areas of interim reclamation that were hydroseeded, and in areas of temporary seeding regardless of seeding method.

b) Mulch will not be applied in areas where erosion potential necessitates use of a biodegradable erosion-control blanket (straw matting).

**M&E-61**: Cut-and-fill slopes will be protected against erosion by contour grading, microbasins, or other measures approved by the BLM. Well-anchored BMPs such as biodegradable matting, weed-free bales, or wattles may also be used on cut-and-fill slopes and along drainages to protect against soil movement.

**M&E-62**: The reclaimed pad will be protected from disturbance by a fence to exclude livestock grazing for the first two growing seasons or until seeded species are firmly established, whichever comes later. Seeded species will be considered firmly established when perennial grass and forb species are at least 80 percent cover of that of the surrounding or reference area.

**M&E-63**: Monitoring. Because weed and reclamation management activities are components of a long-term process, monitoring and reporting are integral to and long-term commitment to land health.

a) All sites considered as "operator reclamation in progress" will be routinely monitored for reclamation success. Reports will be submitted to the BLM by December 1 of each year. Annual reports will include whether accomplishment of objectives appears likely and of not, what corrective actions are proposed.

b) All sites will be routinely monitored for the presence of noxious weeds or other undesirable plant species as set forth in the joint BLM/US Department of Agriculture, Forest Service Noxious and Invasive Weed Management Plan for Oil and Gas Operators.

BLM_0023102

Pesticide use proposals will be approved by the BLM before application of herbicides. Annual weed monitoring reports shall be submitted to the BLM by December 1. They will include weed species found (listed by common names), total acres infested with weeds, total acres treated, treatment methods, and total pounds of active ingredient of pesticides applied. All Noxious Weed Inventory and Pesticide Application records for that year will be included with the report.

**M&E-64**: Visual Resources

a) Every proposal will include a detailed, site-specific description and plan of how it will meet the Visual Resource Management Class of the area where it is proposed. As much as possible all proposed features will be located and placed to avoid or minimize visibility from travel corridors, residential areas, and other sensitive observation points.

b) To the extent practical, existing vegetation shall be preserved when clearing and grading for pads, roads, and pipelines. Cleared trees and rocks may be salvaged for redistribution over reshaped cut-and-fill slopes or along linear features.

c) Above-ground facilities will be painted a non-reflective natural color selected to minimize contrast with adjacent vegetation or rock outcrops. Colors may be specified by the BLM on a project-by-project basis.

d) Adaptive management techniques may be applied before or after construction to mitigate straight-line visual contrast effects of pad margins, cut-and-fill slopes, pipeline alignments, or other cleared vegetation. This could include additional tree removal along contrasting edges to create irregularly shaped openings or more natural-looking mosaic patterns, or treating surfaces to mitigate visual contrasts in color or surface texture.

## Best Management Practices

BMPs are adaptive state-of-the-art mitigation measures applied on a site-specific basis to reduce, prevent, or avoid adverse environmental or social impacts. Numerous BMPs for oil and gas development are also incorporated into the general oil and gas development requirements. These include minimizing the number and size of pads through use of multiple well designs and directional drilling, centralizing hydraulic fracturing and water management, minimizing road footprints, centralizing support facilities such as tank batteries, collocating utilities and pipelines in common corridors and aligning them along roadways, and implementing intensive interim reclamation practices. The BLM encourages applicants to include in their proposals BMPs such as those identified. If not, BLM will likely require them. Actual BMPs proposed or required during the

BLM_0023103

permitting process to mitigate impacts are expected to vary according to technologies and site-specific needs. BMPs will also be expected to change over the life of a project, being adaptively updated in response to monitoring and changing project conditions. Additional practices could be required, withdrawn, or modified in response to changing activities or future planning. Such adaptive changes to BMPs may generally be implemented without further review or land use planning, but will be analyzed during the NEPA analysis associated with the permitting process. Monitoring and adaptive management practices will help to refine and clarify needed BMPs, consistent with the goals and objectives of this RMP.

The listed BMPs are not intended to be complete, but rather to offer operators and resource staff examples of commonly used methods to reduce impacts that sometimes result when fluid mineral development occurs. More fluid mineral development BMPs can be found at www.blm.gov/bmp.

### Geophysical Exploration

**M&E-65**: Specialized low surface impact equipment (e.g., wide- or balloon-tired vehicles or all-terrain vehicles) or helicopters may be used for activities in off-road areas to protect fragile soils and or other resource values.

**M&E-66**: **(MLP)** Pre-mobilization inspection will be performed to insure that all construction equipment and vehicles are clean and free of weeds, weed seed, soil, and vegetative material prior to moving onto BLM-administered lands. Driving through or parking on noxious weed infestations will be avoided.

### Reducing Fluid Mineral Development Footprint

**M&E-67**: **(MLP)** The operator will co-locate multiple wells on well pads and use directional drilling to reduce the number of pads and roads.

**M&E-68**: **(MLP)** The operator will use centralize completions to reduce the number of truck trips, expense, exhaust emissions, and fugitive dust.

**M&E-69**: **(MLP)** To minimize construction disturbance, truck traffic, dust, and other impacts to air quality, soils, and wildlife, centralized production facilities will be used for all natural gas liquids and produced water.

**M&E-70**: **(MLP)** Telemetry will be used to remotely monitor producing wells and facilities to reduce vehicular traffic. During winter closures, unavoidable monitoring and or maintenance activities will be conducted between 9 a.m. and 3 p.m., to the extent practical.

### Administrative / General and Planning

**M&E-71**: **(MLP)** To limit surface disturbance and associated impacts to natural resources, all actions will consider the character of the topography and landform. Deep vertical cuts, long or steep fill slopes, and side cuts across steep

BLM_0023104

slopes will be avoided. Rights-of-way will be shared, and structures and facilities will be grouped.

**M&E-72: (MLP)** Drilling will be done with closed-loop systems as much as possible, particularly in areas where water resources are most vulnerable, including soils mapped as alluvial, colluvial, and glacial deposits; near springs and perennial water sources; in important groundwater recharge areas; and within municipal watersheds.

**M&E-73**: **(MLP)** Chemicals used in the fracturing process will be biodegradable, non-toxic, pH neutral, residual free, non-corrosive, non-polluting, and non-hazardous in the forms and concentrations being used. Documentation in the form of Material Safety Data Sheets will be reviewed by operator for compliance prior to use, and Material Safety Data Sheets will remain on site at all times such chemicals are present.

**M&E-74**: **(MLP)** In municipal watersheds, the operator will develop and implement a Watershed Protection Plan. This plan will characterize baseline hydrologic and hydrogeologic conditions such as, but not limited to, water chemistry, water quantity, groundwater flow patterns, connectivity between geologic formations, and communication between surface and groundwater. The operator will collaborate with all watershed stakeholders in development of the plan.

**M&E-75**: **(MLP)** Adopt BMPs per the BLM and US Department of Agriculture, Forest Service Noxious and Invasive Weed Management Plan for Oil and Gas Operators (BLM and US Department of Agriculture, Forest Service 2007).

**M&E-76**: Incorporate BMPs and conditions of approval from the Final Programmatic EIS for Geothermal Leasing in the Western US (BLM and US Department of Agriculture, Forest Service 2008), as applicable.

### Pre-Construction
**M&E-77: (MLP)** Pre-mobilization inspections will be performed to ensure that all construction equipment and vehicles are clean and free of soils, weeds, weed seed, and vegetative material prior to moving onto BLM-administered lands. Driving through or parking on noxious weed infestations will be avoided.

### Construction
**M&E-78: (MLP)** Surface-disturbing actions associated with development of fluid minerals will follow Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (commonly referred to as The Gold Book) (BLM 2007b).

**M&E-79: (MLP)** Where feasible, entrances to construction locations will be covered by gravel "track pads" to prevent sediment and weed seeds from being tracked in and out of the site.

BLM_0023105

**M&E-80: (MLP)** In areas of mapped Mancos Shale, saline soils, or fragile soils, groundwater will not be discharged to surface water drainages to minimize mobilization and transport of selenium, salts, and sediment within the Colorado River Basin.

**M&E-81: (MLP)** Where linear disturbance is proposed, edges of vegetation removal will be feathered to avoid long linear habitat edges and support habitat complexity for wildlife. Additional trees will be removed along such edges to create irregularly shaped openings and more natural mosaic habitat.

**M&E-82: (MLP)** Cleared vegetation smaller than four inches in diameter will be stockpiled, shredded, and salvaged with topsoil. Cleared vegetation larger than four inches in diameter will be scattered over disturbed areas to accomplish reclamation objectives. Excessive vegetation larger than four inches in diameter may be removed from BLM-administered land or shredded in place to be salvaged with topsoil. A wood cutting permit will be purchased from BLM for material removed from the site.

**M&E-83: (MLP)** Windrowing of Topsoil. [Use where appropriate based on topography – may not be appropriate for pads in steep areas or where pad size should be minimized.] Topsoil shall be windrowed around the perimeter of surface disturbance to create a berm that limits and redirects stormwater runoff and extends the viability of the topsoil per BLM Topsoil Best Management Practices (BLM 2009b PowerPoint presentation available upon request from the Grand Junction Field Office). Topsoil shall also be windrowed, segregated, and stored along disturbed surfaces or linear features for later spreading across the disturbed corridor during final reclamation. Topsoil berms shall be promptly seeded to maintain soil microbial activity, reduce erosion, and minimize weed establishment.

**M&E-84: (MLP)** Cattle guards will be installed and maintained whenever access roads intersect existing gates or fences.

### Drilling
**M&E-85: (MLP)** Catalytic converters will be installed on all internal combustion engines to minimize emissions to Tier 3 levels.

**M&E-86:** Hazardous substances will not be used in drilling, testing, or completion operations or introduced at any time into the reserve or cuttings pit.

### Utilization and Production
**M&E-87: (MLP)** Secondary containment shall include a study corrugated metal wall to create a basin, be lined with a heavy impervious poly liner, and be protected with a gravel surface. Small hoppers or drip pans shall be installed at all loadout connections to catch drips and small leaks.

**M&E-88**: When special resource values are at risk, such as crucial wildlife areas, companies controlling access into these areas will gate and lock roads or restrict use to authorized users.

**M&E-89**: Speed control measures will be in place on all project-related unpaved roads to reduce fugitive dust.

**M&E-90**: **(MLP)** Use enclosed tanks instead of open tanks or pits to reduce fugitive VOC emissions.

**M&E-91**: **(MLP)** Use vapor recovery units on oil, condensate, and produced water storage tanks to reduce fugitive VOCs and recovers British thermal unit-rich vapors for sale or use on site.

**M&E-92**: **(MLP)** Use and maintain proper hatches, seals, and valves to minimize VOC emissions.

**M&E-93**: **(MLP)** Optimize glycol circulation and install flash tank separator to capture methane and reduce VOC emissions on glycol dehydrators.

**M&E-94**: **(MLP)** Replace wet seals with dry seals in centrifugal compressors. Centrifugal wet seal compressor emissions from the seal oil degassing vent can be reduced by the replacement of wet seals with dry seals that emit less methane and have lower power requirements.

**M&E-95**: Reduce gas leaks and emissions from reciprocating compressors by the economic replacement of rod packing at frequent intervals.

**M&E-96**: Reduce methane and VOC emissions by installing or replacing high-bleed pneumatic devices with low-bleed pneumatic devices.

**M&E-97**: Reduce methane emissions by installing plunger lifts and smart automation systems which monitor well production parameters.

**M&E-98**: Implement a Direct Inspection and Monitoring Program that identifies and cost effectively fixes fugitive gas leaks using leak detection, infrared camera, organic vapor analyzer, soap solution, ultrasonic leak detectors, measurement, calibrated bagging, rotameters, and/or high volume samplers.

### Site Stabilization, Reclamation and Monitoring

**M&E-99**: **(MLP)** During interim reclamation, contour land forming will be used to create a visual barrier to the permanent structures location on the site.

**M&E-100**: **(MLP)** Re-topsoil and revegetate access road cut-and-fill slopes, backslopes and road shoulders, and borrow ditches. Also, revegetate the travel surface of surfaced roads and turnarounds, where practical. With low-traffic roads, this will result in a hardpan, two-track road that is stable and requires less maintenance.

BLM_0023107

**References**

BLM (US Department of the Interior, Bureau of Land Management). 1992. Handbook H-3042-1—Solid Minerals Reclamation. **Release 3-275.** BLM, Washington, DC. February 2, 1992. 104 pp.

_____. 2002. Handbook H-3600-1—Mineral Materials Disposal. Release 3-315. BLM, Washington, DC. February 22, 2002. 171 pp.

_____. 2009a. Handbook H-9112-1—Bridges and Major Culverts Handbook. BLM, Washington, DC.

_____. 2009b. Topsoil Best Management Practices. Microsoft PowerPoint presentation. Unpublished report. BLM, Grand Junction Field Office, Grand Junction, CO.

_____. 2011a. Manual 9113—Roads Manual. BLM, Washington, DC.

_____. 2011b. Handbook H-9113-1—Road Design Handbook. BLM, Washington, DC.

_____. 2012a. Manual 9115—Primitive Roads Manual. BLM, Washington, DC.

BLM (US Department of the Interior, Bureau of Land Management) and US Department of Agriculture, National Forest Service. 2007a. Noxious and Invasive Weed Management Plan for Oil and Gas Operators: Grand Junction Field Office and Grand Valley Ranger District. BLM, Grand Junction Field Office, Grand Junction, CO. March 2007.

_____. 2007b. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development – The Gold Book. BLM/WO/ST-06/021+3071/REV 07. BLM, Denver, CO. 84 pp.

_____. 2008. Record of Decision, Programmatic Environmental Impact Statement for Geothermal Leasing in the Western US – Appendix B. BLM, Washington Office, Washington, DC. December 2008.

## RENEWABLE ENERGY (RE)

### Standard Operating Procedures

**RE-1**: Authorize rights-of-way by applying appropriate BMPs from the BLM Record of Decision for Implementation of a Wind Energy Development Program (BLM 2005), land use restrictions, stipulations, and mitigation measures.

**References**

BLM (US Department of the Interior, Bureau of Land Management). 2005. Record of Decision for Implementation of a Wind Energy Development

BLM_0023108

Program and Associated Land Use Plan Amendments. BLM, Washington, DC. December 15, 2005.

# TRANSPORTATION AND ACCESS (TA)

## Standard Operating Procedures

**TA-1**: Continue coordination with counties and other agency road entities to promote utilization of BMPs for road maintenance they perform within GJFO boundaries. Maintain an inventory of existing road and trail systems.

**TA-2: (MLP)** BLM Manual 9113 (BLM 2011a) and BLM Handbook 9113-2 (BLM 2011b) will be used to guide all maintenance and road construction designs and requirements. Include definitions for functional road classification and maintenance levels for BLM roads.

**TA-3**: All highway rights-of-way and other road authorizations will contain noxious and invasive weed stipulations that include prevention, inventory, treatment, and revegetation or rehabilitation. Road abandonment will include at least three years of post-abandonment monitoring and treatment.

**TA-4**: All travel management decisions will concur with the BLM GJFO Travel Management Plan (see **Appendix M**).

## Best Management Practices

**TA-5**: In order to ensure public access and safety, the GJFO shall continue an active road maintenance program employing the use of redesign, blading, brush removal for sight distance as appropriate, scarification, graveling, water barring, low water crossings, spur ditching, seeding, and installation/cleaning of culverts.

**TA-6**: NEPA Requirements. No new NEPA analysis will be required for road maintenance activities within the defined maintenance disturbance/easement footprint, which is defined as previously disturbed or maintained. Disturbance outside of the defined maintenance disturbance/easement footprint or road realignment will be subject to additional NEPA compliance.

## References

BLM (US Department of the Interior, Bureau of Land Management). 2011a. Manual 9113—Roads Manual. BLM, Washington, DC.

_____. 2011b. Handbook H-9113-2—Roads National Inventory and Condition Assessment Guidance and Instructions. BLM, Washington, DC.

_____. 2011c. Handbook H-9113-1—Road Design Handbook. BLM, Washington, DC.

BLM_0023109

## RECLAMATION (R)

The objectives of interim reclamation are to restore vegetative cover and a portion of the landform sufficient to maintain healthy, biologically active topsoil; control erosion; and minimize loss of habitat, forage, and visual resources during the life of the well or facilities.

The long-term objective of final reclamation is to return the land to a condition approximating that which existed prior to disturbance. This includes restoration of the landform and natural vegetative community, hydrologic systems, visual resources, and wildlife habitats. To ensure that the long-term objective will be reached through human and natural processes, standards will be enforced to meet objectives for site stability, visual quality, hydrological function, and vegetative productivity.

### Standard Operating Procedures

**R-1**: A reclamation plan will be provided to the BLM with the original proposed action or when activities are needed. The plan will follow the BLM Colorado Northwest District Template for Reclamation Plans (BLM 2012). Reclamation plans will discuss interim and final reclamation activities. The plan will include provisions for:

a) Reclamation timeline

b) Pre-disturbance planning recommendations if applicable

c) Vegetation monitoring plan

d) Stabilization and stormwater

e) Dust abatement

f) Vegetation clearing

g) Topsoil management

h) Pit closures, if applicable

i) Recontouring and seedbed preparation

j) Application of topsoil and revegetation

k) Fencing

l) Management of invasive, noxious, and non-native species

### Best Management Practices

**R-2**: Trees and vegetation will be left along the edges of the pads whenever feasible to provide screening.

**R-3**: **(MLP)** To help mitigate the contrast of recontoured slopes, reclamation will include measures to feather cleared lines of vegetation and to save and redistribute cleared trees, debris, and rock over recontoured cut-and-fill slopes.

BLM_0023110

**R-4**: To reduce the view of production facilities from visibility corridors and private residences, facilities will not be placed in visually exposed locations (such as ridgelines and hilltops).

**R-5**: Production facilities will be clustered and placed away from cut-and-fill slopes to allow the maximum recontouring of cut-and-fill slopes.

**R-6**: **(MLP)** All long-term above ground structures will be painted [Covert Green] (from the BLM Supplemental Environmental Colors chart) to blend with the natural color of the late summer landscape background.

**R-7**: Projects should be located to take advantage of existing vertical features, such as landforms or existing stands of vegetation to provide visually screening.

**R-8**: **(MLP)** Projects should not be located in visually exposed locations, such as ridgelines and hilltops.

**R-9**: **(MLP)** Projects should be located in areas that will minimize the amount of cut-and-fill needed to meet natural grade.

**R-10**: **(MLP)** Linear disturbances (roads and pipelines) should follow the natural contours of the landscape as much as possible.

**R-11**: Project design should take into consideration any existing vegetation surrounding the project that can be used for visual screening. Care should be taken to preserve the integrity of the vegetation, and the vegetation should remain standing and undamaged when the cut-and-fill slopes are recontoured.

**R-12**: **(MLP)** Thinning and feathering of existing vegetation may also be used in areas where clearing within dense vegetation is required. Thinning and feathering will reduce the hard line between new construction and existing vegetation and will emulate the forms of natural clearings.

**R-13**: **(MLP)** Production facilities should be placed to maximize recontouring of the cut-and-fill slopes and interim reclamation. Facilities should be oriented in the direction that is least visually obtrusive and should be clustered to reduce the overall impact and the area that will need to be visually mitigated. Facilities should be located away from the cut-and-fill slopes and, if possible, near the access road or entrance to the pad to maximize the total surface area that can be reclaimed.

**R-14**: **(MLP)** Cut-and-fill slopes should be recontoured to the approximate original contour or consistent with the adjacent topography so that the reclaimed landscape features blend into the natural surroundings.

BLM_0023111

**R-15**: **(MLP)** Berms may be utilized to provide visual screening but should be used only when viewing the surrounding natural environment and should blend with the adjacent topography.

**R-16**: **(MLP)** Cleared vegetation and rocks salvaged during construction should be salvaged and redistributed over reshaped cut-and-fill slopes or along linear features to emulate the color and texture closer to that of the natural landscape and to help create microclimates to encourage vegetation growth. The material should be placed so that it appears to be naturally deposited.

**R-17**: **(MLP)** Above-ground facilities should be painted a natural color selected from the BLM Standard Environmental Color Chart to minimize contrast with adjacent vegetation and/or rock outcrops. Color(s) should be selected in the field at the proposed project location and should be planned for the season with the greatest number of viewers. Selected color(s) should be one to two shades darker than those naturally occurring in the background landscape (this will also help with the effects of fading over time).

## References

BLM (US Department of the Interior, Bureau of Land Management). 2012. Draft BLM Colorado Northwest District Template for Reclamation Plans. Unpublished report.

BLM_0023112

# Appendix I

Cultural Resource Allocation to Use Categories

BLM_0023113

BLM_0023114

# APPENDIX I
# CULTURAL RESOURCES ALLOCATION TO USE CATEGORIES

Allocations to Use Categories are made in land use plans and may be applied to both individual properties and classes of properties. Categorizing cultural resources according to their potential uses is a result of the identification process and a tool for protection and utilization decisions. The following tables identify the suitable uses for cultural properties by considering the properties' characteristics, condition, setting, location, and accessibility, and their perceived values and potential uses. This allocation list is based on available cultural information used to prepare the Class I Cultural Resource Overview and as such is a "snap-shot", where the data record was current to March 2009.

**Table I-1**, Relationship Among Use Categories, National Register Eligibility, and Preservation/National Register Nomination, serves as a general guide to consider the relationship between National Register evaluation and allocation to use categories. In addition each category includes a description of the criteria used to evaluate the sites. As previously recorded sites are reevaluated and newly recorded sites are received these criteria will be use to assign allocation. Previous allocations may be reevaluated and revised using these, as appropriate, when circumstances change or new data become available thus precluding the need for a plan amendment (BLM Manual 8110, Identifying and Evaluating Cultural Resources, Section .41, Allocation to Use Categories [BLM 2004]).

The following defines use categories for sites in the Grand Junction Field Office RMP planning area. Italicized sections are quoted from BLM Manual 8110, Identifying and Evaluating Cultural Resources (BLM 2004).

BLM_0023115

**Table I-1**
**Relationship Among Use Categories, National Register Eligibility, and**
**Preservation/National Register Nomination**

| Cultural Resource Use Category | National Register Eligibility | Preservation/National Register Nomination |
|---|---|---|
| Scientific Use | Usually eligible | Long-term preservation not critical; medium National Register nomination priority |
| Conservation for Future Use | Always eligible | Long-term preservation is required; highest nomination priority |
| Traditional Use | May be eligible | Long-term preservation is desirable; nomination priority is determined in consultation with the appropriate cultural group(s). |
| Public Use | Usually eligible | Long-term preservation is desirable; high nomination priority |
| Experimental Use | May be eligible | Long-term preservation is not anticipated; low nomination priority. |
| Discharged from Management | Not eligible | Long-term preservation and management are not considerations; nomination is inappropriate |

Source: BLM 2004

## I.1 SCIENTIFIC USE

*This category applies to any cultural property determined to be available for consideration as the subject of scientific or historical study at the present time, using currently available research techniques. Study includes methods that would result in the property's physical alteration or destruction. This category applies almost entirely to prehistoric and historic archaeological properties, where the method of use is generally archaeological excavation, controlled surface collection, and/or controlled recordation (data recovery). Recommendations to allocate individual properties to this use must be based on documentation of the kinds of data the property is thought to contain and the data's importance for pursuing specified research topics. Properties in this category need not be conserved in the face of a research or data recovery (mitigation) proposal that would make adequate and appropriate use of the property's research importance.*

Additional criteria can be applied in consideration of assigning Isolated Finds to this category. Unless otherwise determined at the time of submitting a project to the SHPO IFs will be allocated to Scientific use. When allocating IFs recorded in the past one should consider the following:

- Some isolated finds represent a period in prehistory where little is known, in the RMPPA this applies to Paleoindian artifacts.

BLM_0023116

- IFs have been recorded where the environmental setting is conducive to a prehistoric ground surface being preserved, where the site is actually at a depth not discernible by surface inventory and the few artifacts recorded on the surface as an IF are the result of mechanical or biological displacement. These isolates may actually represent sites and therefore may be included in this category. These cultural resources would require sub-surface inventory (trench or other surface disturbing construction monitoring) as mitigation for any surface disturbing projects or evaluative testing for proposed actions that would remove them from federal ownership (e.g. lease or exchanges).

- In the past some isolated prehistoric features or historic sites, were recorded as Isolated Finds when they should have been recorded as sites. These need to be reevaluated if they are in the Area of Potential Effect or if they meet a particular research proposal.

One thousand five hundred seventy-four (1,574) cultural resources are allocated to this category which includes 27 isolated features/isolated finds (see **Table I-2**, Scientific Use Sites, at the end of this appendix).

## I.2 CONSERVATION FOR FUTURE USE

*This category is reserved for any unusual cultural property which, because of scarcity, a research potential that surpasses the current state of the art, singular historic importance, cultural importance, architectural interest, or comparable reasons, is not currently available for consideration as the subject of scientific or historical study that would result in its physical alteration. A cultural property included in this category is deemed worthy of segregation from all other land or resource uses, including cultural resource uses, that would threaten the maintenance of its present condition or setting, as pertinent, and will remain in this use category until specified provisions are met in the future. No additional criteria were applied.*

Four (4) cultural resources are allocated to this category as a primary allocation and three sites with this use allocation as a secondary use (see **Table I-3**, Conservation for Future Use Sites, at the end of this appendix).

## I.3 TRADITIONAL USE

*This category is to be applied to any cultural resource known to be perceived by a specified social and/or cultural group as important in maintaining the cultural identity, heritage, or well being of the group. Cultural properties assigned to this category are to be managed in ways that recognize the importance ascribed to them and seek to accommodate their continuing traditional use. Although a few cultural resources have been attributed to Shoshone and Navajo in the Grand Junction Field Office, most protohistoric and historic Native American Indian sites are affiliated to the Ute. The Ute have a generalized concept of spiritual significance that is not easily transferred to Western models or definitions. As such the BLM recognizes that they have identified sites that are of concern because of their association with Ute occupation of the area*

BLM_0023117

*as part of their traditional lands. These sites include wickiup camps and open camps with definitive Ute occupation (associated to Ute rock art, artifact assemblages and/or trails), isolated Ute rock art, Culturally Modified Trees (e.g. scarred and prayer trees) and Ceremonial features (e.g. eagle traps, vision circles, and special structures). This list is in no way intended to be a comprehensive list and may continue to grow through consultation.*

Traditional Use sites with known associated burials will have a secondary allocation to Conservation Use, precluding the disturbance of these sites or the option of mitigation of these sites through data recovery. Other sites that are identified through consultation as inappropriate for Scientific or Public Use would also have a secondary allocation to Conservation Use to further emphasize the protection of the site. Consultation would be required to assign a secondary use prior to authorizing actions at a Traditional Use. Examples of this situation would be secondary allocation to Public use in response to a request to use a site for a heritage tourism or recreation opportunity (e.g. rock art or trails) or secondary allocation to Scientific use and a request to conduct any evaluative testing (excavation of small test units that are under the threshold that would require consultation under an ARPA permit) or using a rock art site to conduct a field school to teach rock art recording. At the current time there are no anticipated projects that would qualify a secondary use allocation of Experimental Use at a Traditional Use site. If there is such a proposal in the future it would require consultation and unless it was something proposed or approved by a tribe it would not be authorized.

One hundred thirty-five (135) cultural resources are allocated to this category (see **Table I-4**, Traditional Use Sites, at the end of this appendix).

## I.4     PUBLIC USE

*This category may be applied to any cultural property found to be appropriate for use as an interpretive exhibit in place, or for related educational and recreational uses by members of the general public. The category may also be applied to buildings suitable for continued use or adaptive use, for example as staff housing or administrative facilities at a visitor contact or interpretive site, or as shelter along a cross-country ski trail.*

Sites allocated to public use often require the completion of scientific investigation and preparation and accommodations for public health and safety prior to being made available for public use. Their allocation to this category is only the first step in this process. In many cases sites may not meet National Register criteria but they are part of the historic landscape and may be important to residents and for heritage tourism.

Prehistoric and historic routes, trails, abandoned railroad grades, and roads, may be assigned to Public Use category. Where these segments are accessible to the public and could be used or are currently used for travel/transportation the method of use will be appropriate to their National Register eligibility, the effect

BLM_0023118

of the proposed use (is it consistent with the historical use of the property?) and will be designated through Travel Management. Active railroads are assigned to this category. Historic mining sites are allocated to this use as a primary use. Visual integrity needs to be considered when projects are proposed by the Abandoned Mine Lands program where reclamation for public health and safety is the priority. The criterion of visual historic landscape for Public Use allocation is also applied to cabins, homesteads, and other ranching/agricultural sites. Also included in this category are sites that as an overall site type may not be appropriate for "use by the general public". One example of this type of allocation is the functioning irrigation ditches, canals, and other water control features. As a whole the irrigation systems are what made the settlement and agricultural development of areas in the RMPPA possible, and they contribute to the development of the historic landscape, but alone we may be managing only a segment of ditch across an isolated BLM parcel. They are interpretable and in some locations may even be appropriate for on-site information; this is the rationale for their designation to Public Use.

Ninety-five (95) cultural resources are allocated to this category (see **Table I-5**, Public Use Sites, at the end of this appendix).

## I.5    EXPERIMENTAL USE

*This category may be applied to a cultural property judged well suited for controlled experimental study, to be conducted by BLM or others concerned with the techniques of managing cultural properties, which would result in the property's alteration, possibly including loss of integrity and destruction of physical elements. Committing cultural properties or the data they contain to loss must be justified in terms of specific information that would be gained and how it would aid in the management of other cultural properties. Experimental study should aim toward understanding the kinds and rates of natural or human caused deterioration, testing the effectiveness of protection measures, or developing new research or interpretation methods and similar kinds of practical management information. It should not be applied to cultural properties with strong research potential, traditional cultural importance, or good public use potential, if it would significantly diminish those uses.*

A group of sites that have been officially determined not eligible to the National Register have been allocated to this use through the plan. They are located in a variety of environments and represent sites that have been affected by grazing, mechanical vegetation treatments, wildland fire, and recreation development. If there are new research proposals outside of studying the effects of these impacts, or proposals where these sites would not meet the research needs a research plan would be required. Other conditions for archaeological research may apply. In the past it was common to completely surface collect sites, leaving no visible trace of the site. Decades later these sites may have new surface evidence. Another case is where there are sites in depositional environments where the setting is conducive to a prehistoric ground surface being preserved, where the site is actually at a depth not discernible by surface inventory and the

BLM_0023119

few artifacts on the surface are the result of mechanical or biological displacement. A cultural management plan needs to be prepared to identify sites that would fit this experimental category with a secondary use of Scientific. Findings would result in a reallocation based on the site's new determined potential.

Seventy-nine (79) cultural resources are allocated to this category (see **Table I-6**, Experimental Use Sites, at the end of this appendix).

## I.6 DISCHARGED FROM MANAGEMENT

*This category is assigned to cultural properties that have no remaining identifiable use. Most often these are prehistoric and historic archaeological properties, such as small surface scatters of artifacts or debris, whose limited research potential is effectively exhausted as soon as they have been documented. Also, more complex archaeological properties that have had their salient information collected and preserved through mitigation or research may be discharged from management, as should cultural properties destroyed by any natural event or human activity. Properties discharged from management remain in the inventory, but they are removed from further management attention and do not constrain other land uses. Particular classes of unrecorded cultural properties may be named and described in advance as dischargeable upon documentation, but specific cultural properties must be inspected in the field and recorded before they may be discharged from management.*

Archives (site record, cultural plat, database entry, and curation if applicable) continue to be maintained for all Discharge Use category sites. Isolated Finds are not automatically allocated to this category. This category should not be used to retire an assigned site number based on a lack of information in the original site recording. It should be used as a management decision for sites that the BLM has managed in the past that now meet the following criteria: 1) they have been removed from federal ownership either through land exchange, lease patent, or removal of a patent reservation; 2) they have been totally excavated; 3) they are destroyed to a point that no physical evidence remains (e.g. a wooden fence is burned in a fire or a flood removes all traces of a site). This is not meant to be an exhaustive list of events that could lead to this allocation but is meant to guide future decisions for discharge use. Justification should always become part of the record for a discharge use site.

Seven (7) cultural resources are allocated to this category (see **Table I-7**, Sites Discharged from Management, at the end of this appendix).

BLM_0023120

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5GF.1051 | | Mining | Need data (F) | Book Cliffs | |
| 5GF.1055 | Sheltered camp | | Not eligible (F) | Book Cliffs | |
| 5GF.1056 | | Habitation/ homestead | Not eligible (F) | Grand Valley | |
| 5GF.1063 | Open camp | | Not Eligible (O) | Book Cliffs | |
| 5GF.1065 | Open lithic | | Not eligible (F) | Roan Creek | |
| 5GF.1067 | Isolated feature-hearth | | Not eligible (F) | Roan Creek | |
| 5GF.1068 | Isolated feature-hearth | | Not eligible (O) | Roan Creek | |
| 5GF.1074 | Sheltered camp | | Need data (F) | Book Cliffs | |
| 5GF.1075 | | Habitation/ homestead | Not eligible (F) | Book Cliffs | |
| 5GF.1076 | | Habitation/ homestead | Need data (F) | Book Cliffs | |
| 5GF.1077 | Open camp | | Not eligible (F) | Roan Creek | |
| 5GF.1079 | Sheltered camp | | Need data (F) | Book Cliffs | |
| 5GF.1081 | Open lithic | | Need data (F) | Roan Creek | |
| 5GF.1082 | Open lithic | | Need data (F) | Roan Creek | |
| 5GF.1083 | Open camp | | Need data (F) | Roan Creek | |
| 5GF.1084 | Isolated find – Paleoindian | | Not Eligible (F) | Grand Valley | |
| 5GF.1124 | Open lithic | | Need data (F) | Roan Creek | |
| 5GF.1127 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5GF.1130 | | Farm/ranch | Not eligible (F) | Book Cliffs | |
| 5GF.114 | Open camp | | Need data (F) | Book Cliffs | |
| 5GF.1152 | | Isolated feature | Not eligible (F) | Book Cliffs | |
| 5GF.1155 | | Farm/ranch | Not eligible (F) | Book Cliffs | |
| 5GF.116 | Open camp | | Need data (F) | Book Cliffs | |
| 5GF.1171 | Open camp | | Need data (F) | Grand Valley | |
| 5GF.1204 | Open camp | | Eligible (F) | Book Cliffs | |
| 5GF.1223 | Open lithic | | Not eligible (F) | Roan Creek | |
| 5GF.1335 | Open camp | | Not Eligible (O) | Grand Valley | |
| 5GF.1336 | Open camp | | Need data (F) | Book Cliffs | |
| 5GF.1337 | Open camp | | Not Eligible (O) | Grand Valley | |
| 5GF.1340 | Open camp | | Need data (F) | Book Cliffs | |
| 5GF.1341 | Open camp | | Need data (F) | Book Cliffs | |
| 5GF.1342 | Open lithic | | Need data (F) | Book Cliffs | |
| 5GF.1343 | Open camp | | Need data (F) | Book Cliffs | |
| 5GF.1344 | Open lithic | | Need data (F) | Book Cliffs | |
| 5GF.1345 | Open lithic | | Need data (F) | Book Cliffs | |
| 5GF.1346 | Open camp | | Need data (F) | Book Cliffs | |
| 5GF.1347 | Sheltered camp | | Need data (F) | Book Cliffs | |
| 5GF.1348 | Sheltered camp | | Need data (F) | Book Cliffs | |
| 5GF.1349 | Sheltered camp | | Need data (F) | Book Cliffs | |

BLM_0023121

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5GF.1443 | | Isolated feature | Not eligible (F) | Roan Creek | |
| 5GF.1444 | | Isolated feature | Not eligible (F) | Roan Creek | |
| 5GF.1459 | Open camp | | No assessment | Book Cliffs | |
| 5GF.1475 | | Camp | Not eligible (F) | Grand Valley | |
| 5GF.1550 | | Farm/ranch | Not Eligible (O) | Book Cliffs | |
| 5GF.157 | Sheltered lithic | | Not eligible (F) | Book Cliffs | |
| 5GF.1589.1 | | Road | Not Eligible (O) | Roan Creek | |
| 5GF.174 | Open lithic | | Eligible (F) | Roan Creek | |
| 5GF.183 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5GF.221 | | Trash scatter/ dump | Not eligible (F) | Book Cliffs | |
| 5GF.222 | | Camp | Not Eligible (O) | Book Cliffs | |
| 5GF.223 | | Camp | Not eligible (F) | Book Cliffs | |
| 5GF.224 | Open camp | | Not eligible (F) | Book Cliffs | |
| 5GF.225 | Open camp | | Need data (F) | Grand Valley | |
| 5GF.226 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5GF.2292 | Open camp | | Eligible (O) | Grand Valley | |
| 5GF.2293 | Open camp | | Eligible (O) | Grand Valley | |
| 5GF.2701 | Open camp | | Eligible (F) | Grand Valley | |
| 5GF.271 | Sheltered lithic | Trash scatter/ dump | Not Eligible (O) | Book Cliffs | |
| 5GF.274 | Open camp | | Not eligible (F) | Book Cliffs | |
| 5GF.2785 | | Trash scatter/ dump | Not Eligible (O) | Roan Creek | |
| 5GF.2797 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5GF.283 | | Farm/ranch | Not eligible (F) | Book Cliffs | |
| 5GF.284 | | Trash scatter/ dump | Not eligible (F) | Grand Valley | |
| 5GF.2947 | | Rock feature | Not eligible (F) | Roan Creek | |
| 5GF.3101 | Isolated find – Paleoindian | | Not Eligible (F) | Book Cliffs | |
| 5GF.3183 | Open camp | | Eligible (O) | Roan Creek | |
| 5GF.3184 | Open camp | | Eligible (O) | Roan Creek | |
| 5GF.3234 | | Isolated feature | Not eligible (F) | Roan Creek | |
| 5GF.345 | Open lithic | | No assessment | Roan Creek | |
| 5GF.3577 | Open lithic | | Need data (O) | Book Cliffs | |
| 5GF.3579 | Open lithic | | Not Eligible (O) | Book Cliffs | |
| 5GF.3672 | | Habitation/ homestead | Not Eligible (O) | Roan Creek | |
| 5GF.3876 | Open lithic | | Not Eligible (O) | Grand Valley | |
| 5GF.3877 | Open lithic | Farm/ranch | Not eligible (F) | Grand Valley | |
| 5GF.3878 | Open lithic | | Eligible (F) | Grand Valley | |
| 5GF.3879 | Open camp | | Eligible (F) | Grand Valley | |
| 5GF.3880 | Open camp | | Eligible (F) | Grand Valley | |
| 5GF.395 | | Building | Not Eligible (O) | Book Cliffs | |

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5GF.3951 | Open lithic | | Not eligible (F) | Book Cliffs | |
| 5GF.399 | | Camp | Not eligible (F) | Book Cliffs | |
| 5GF.403 | | Camp | Not eligible (F) | Grand Valley | |
| 5GF.4048 | Open camp | | Not eligible (F) | Roan Creek | |
| 5GF.4049 | Open camp | | Need data (F) | Roan Creek | |
| 5GF.4230 | Open camp | | Eligible (F) | Roan Creek | |
| 5GF.4243 | Open architectural | Brush Fence | Not Eligible (O) | East Salt Creek, Book Cliffs | Public Use |
| 5GF.4244 | Isolated feature | | Eligible (F) | Grand Valley | |
| 5GF.435 | Open lithic | | Not eligible (F) | Roan Creek | |
| 5GF.442 | Open lithic | | Need data (F) | Roan Creek | |
| 5GF.443 | Open camp | | Need data (F) | Roan Creek | |
| 5GF.454 | Open lithic | | Not eligible (F) | Book Cliffs | |
| 5GF.487 | | Habitation/ homestead | Not eligible (F) | Roan Creek | |
| 5GF.622 | | Inscription | Need data (F) | Book Cliffs | |
| 5GF.640 | | Farm/ranch | Eligible (O) | Book Cliffs | |
| 5GF.641 | | Rock feature | Not eligible (F) | Book Cliffs | Public Use |
| 5GF.741 | Sheltered camp | | Need data (O) | Book Cliffs | |
| 5GF.745 | | Logging | Not eligible (F) | Roan Creek | |
| 5GF.826 | | Camp | Not eligible (F) | Roan Creek | |
| 5GF.841 | Open camp | | Need data (F) | Roan Creek | |
| 5GF.954 | | Trash scatter/ dump | Not eligible (F) | Grand Valley | |
| 5GF.959 | Open camp | Trash scatter/ dump | Eligible (O) | Roan Creek | |
| 5GF.960 | Open lithic | | Not Eligible (O) | Roan Creek | |
| 5GF.962 | Isolated feature | | Need data (O) | Roan Creek | |
| 5GF.966 | | Farm/ranch | Not eligible (F) | Roan Creek | |
| 5GF.967 | | Farm/ranch | Not Eligible (O) | Roan Creek | |
| 5GF.969 | Open camp | | Need data (F) | Roan Creek | |
| 5GF.986 | Open lithic | | Not eligible (F) | Roan Creek | |
| 5ME.1004 | Quarry | | Not eligible (F) | Plateau Valley | |
| 5ME.1019 | Open lithic | | No assessment | Grand Mesa Slopes | |
| 5ME.1056 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.1059 | Open lithic | | Need data (F) | Grand Mesa Slopes | |
| 5ME.106 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.1062 | Open camp | | Eligible (O) | Grand Valley | |
| 5ME.1063 | Open architectural | Camp | Not eligible (F) | Grand Valley | |
| 5ME.1066 | Open lithic | | Need data (F) | Gateway | |
| 5ME.110 | Open lithic | | No assessment | Plateau Valley | |
| 5ME.11033 | Open lithic | | Need data (F) | Glade Park | |

BLM_0023123

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.11034 | | | Need data (F) | Glade Park | |
| 5ME.11037 | Open camp | | Need data (F) | Book Cliffs | |
| 5ME.11044 | Open lithic | | Eligible (O) | Glade Park | |
| 5ME.11065 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.11085 | Open camp | Habitation/ homestead | Eligible (O) | Gateway | |
| 5ME.111 | Open camp | | Need data (O) | Plateau Valley | |
| 5ME.112 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.11223 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11224 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11225 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11265 | | Camp | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11266 | | Trash scatter/ dump | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11269 | Open camp | | Need data (O) | Gateway | |
| 5ME.11270 | Open camp | | Need data (O) | Gateway | |
| 5ME.113 | Open camp | | No assessment | Plateau Valley | Public Use |
| 5ME.11367 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.11373 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.11383 | Open camp | | Eligible (O) | Gateway | |
| 5ME.11387 | Open camp | | Eligible (O) | Gateway | |
| 5ME.11390 | Open camp | | Eligible (O) | Gateway | |
| 5ME.11391 | Open camp | Trash scatter/ dump | Eligible (O) | Glade Park | |
| 5ME.11396 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.11400 | Sheltered camp | | Eligible (O) | Glade Park | |
| 5ME.11451 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.11469 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.1148 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.11526 | Open lithic | | Need data (O) | Grand Mesa Slopes | |
| 5ME.11527 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11534 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.1155 | Sheltered camp | | Need data (O) | Bangs Canyon | |
| 5ME.1156 | Sheltered camp | | Need data (F) | Bangs Canyon | |
| 5ME.1157 | Sheltered camp | Rock feature | Need data (F) | Bangs Canyon | |
| 5ME.11576 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |

BLM_0023124

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.11579 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.1158 | Sheltered camp | Camp | Need data (F) | Bangs Canyon | |
| 5ME.11580 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.11588 | | Mining | Eligible (O) | Bangs Canyon | |
| 5ME.11590 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.11608 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.11609 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.11610 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.11611 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.11612 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.11613 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.11614 | | Mining | Not Eligible (O) | Grand Valley | |
| 5ME.11615 | | Camp | Not Eligible (O) | Grand Valley | |
| 5ME.11616 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.11617 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.11618 | | Trash scatter/ dump | Not Eligible (O) | Book Cliffs | |
| 5ME.11619 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.11624 | | Farm/ranch | Not eligible (F) | Grand Valley | |
| 5ME.11626 | | Isolated feature | Not eligible (F) | Grand Valley | |
| 5ME.1163 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.11630 | | Isolated feature | Not eligible (F) | Grand Valley | |
| 5ME.11636 | | Isolated feature | Not eligible (F) | Book Cliffs | |
| 5ME.11639 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5ME.1164 | | Building | Not eligible (F) | Gateway | |
| 5ME.11652 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.11660 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11661 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11662 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11663 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |

BLM_0023125

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.11667 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.1167 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.11670 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11671 | Open camp | Trash scatter/ dump | Eligible (O) | Grand Mesa Slopes | |
| 5ME.11673 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11674 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.11675 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11679 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.1168 | | Habitation/ homestead | Not eligible (F) | Grand Valley | |
| 5ME.11692 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11693 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.11714 | Open camp | | Need data (F) | Roan Creek | |
| 5ME.11717 | Open camp | | Need data (O) | Roan Creek | |
| 5ME.11720 | Open lithic | | Need data (O) | Gateway | |
| 5ME.11721 | Open lithic | | Need data (O) | Gateway | |
| 5ME.11723 | Open lithic | | Eligible (O) | Gateway | |
| 5ME.11724 | Open camp | | Eligible (O) | Gateway | |
| 5ME.11725 | Open lithic | | Eligible (O) | Gateway | |
| 5ME.1178 | | Mining | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.1179 | Unknown | | No assessment | Grand Valley | |
| 5ME.11793 | | Camp | Not Eligible (O) | Grand Valley | |
| 5ME.118 | Sheltered camp | | Need data (F) | Bangs Canyon | |
| 5ME.11801 | Open camp | | Need data (O) | Plateau Valley | |
| 5ME.11852 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.11894 | Open lithic | | Not Eligible (O) | Grand Valley | |
| 5ME.11918 | Open camp | | Eligible (O) | Bangs Canyon | |
| 5ME.1192 | Open camp | | Eligible (F) | Gateway | |
| 5ME.11920 | Open camp | | Not Eligible (O) | Bangs Canyon | |
| 5ME.11922 | Open camp | | Not Eligible (O) | Bangs Canyon | |
| 5ME.11923 | | Trash scatter/ dump | Not Eligible (O) | Bangs Canyon | |
| 5ME.11976 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.11977 | Open lithic | Trash scatter/ dump | Not Eligible (O) | Glade Park | |

BLM_0023126

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.11997 | Isolated find – Early Archaic | | Not Eligible (F) | Glade Park | |
| 5ME.12000 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12001 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12022 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.12024 | Sheltered camp | | Not Eligible (O) | Glade Park | |
| 5ME.12026 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.12027 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12028 | Sheltered architectural | | Eligible (O) | Glade Park | |
| 5ME.1203 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.12030 | Sheltered camp | | Eligible (O) | Glade Park | |
| 5ME.12051 | Isolated find-Paleoindian | | Not Eligible (F) | Glade Park | |
| 5ME.1207 | Open lithic | Camp | Need data (F) | Grand Mesa Slopes | |
| 5ME.1210 | Open camp | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.1211 | Open camp | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.1214 | Open camp | | Need data (F) | Grand Valley | |
| 5ME.12142 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.12143 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.12146 | Open camp | | Need data (O) | Roan Creek | |
| 5ME.12147 | Open camp | | Need data (O) | Roan Creek | |
| 5ME.1215 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.1217 | Open architectural | Trash scatter/ dump | Need data (F) | Grand Valley | |
| 5ME.12207 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.12208 | | Trash scatter/ dump | Not Eligible (O) | Bangs Canyon | |
| 5ME.12217 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.12218 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.12219 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.12243 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.12249 | Open camp | | Need data (O) | Bangs Canyon | |
| 5ME.12250 | Sheltered camp | | Eligible (O) | Bangs Canyon | |
| 5ME.12280 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5ME.123 | Open lithic | | Need data (F) | Glade Park | |
| 5ME.1232 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.12357 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5ME.12362 | Open camp | | Eligible (F) | Gateway | |

BLM_0023127

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.12363 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12365 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12366 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12368 | Open lithic | | Eligible (F) | Gateway | |
| 5ME.12373 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.12374 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.12377 | Open lithic | | Eligible (F) | Gateway | |
| 5ME.12378 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.12379 | | Rock feature | Not eligible (F) | Gateway | |
| 5ME.12383 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.12384 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12385 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12387 | Open lithic | | Not eligible (F) | Gateway | Scientific |
| 5ME.12388 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12390 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12395 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12397 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12398 | Open camp | | Not eligible (F) | Gateway | |
| 5ME.12399 | Open lithic | | Eligible (F) | Gateway | |
| 5ME.12401 | Open lithic | | Eligible (F) | Gateway | |
| 5ME.12402 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12405 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.1241 | Open camp | Camp | Eligible (F) | Grand Mesa Slopes | |
| 5ME.12410 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12412 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.12413 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12414 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12415 | Open camp | | Eligible (F) | Gateway | |
| 5ME.12417 | Open camp | | Not eligible (F) | Gateway | |
| 5ME.12418 | Open camp | | Not eligible (F) | Gateway | |
| 5ME.12419 | Open camp | | Not eligible (F) | Gateway | |
| 5ME.1242 | Open camp | | Need data (F) | Grand Mesa Slopes | |
| 5ME.12420 | Open lithic | | Eligible (F) | Gateway | |
| 5ME.12422 | Open camp | | Need data (O) | Plateau Valley | |
| 5ME.12423 | Open camp | | Need data (O) | Plateau Valley | |
| 5ME.1243 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.1244 | Open camp | | No assessment | Bangs Canyon | |
| 5ME.12482 | | Building | Within Potential District- Contributing | Roan Creek | |
| 5ME.12485 | | Habitation/ homestead | Within Potential District- Contributing | Roan Creek | |

BLM_0023128

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.12497 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.12500 | Open camp | | Need data (O) | Roan Creek | |
| 5ME.12501 | Sheltered camp | | Need data (O) | Roan Creek | |
| 5ME.12517 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.12526 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12527 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12534 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12548 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12562 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.12565 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.12567 | | Trash scatter/ dump | Not eligible (F) | Grand Valley | |
| 5ME.12568 | | Trash scatter/ dump | Not eligible (F) | Grand Valley | |
| 5ME.12569 | | Trash scatter/ dump | Not eligible (F) | Grand Valley | |
| 5ME.12641 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.12642 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.12645 | Open camp | | Not Eligible (O) | Bangs Canyon | |
| 5ME.12646 | Sheltered camp | | Not Eligible (O) | Bangs Canyon | |
| 5ME.12647 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.12648 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.12662 | Open camp | | Need data (O) | Roan Creek | |
| 5ME.12736 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.12737 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12738 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12739 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12740 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.12741 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12742 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.12743 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12744 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12745 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12746 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12747 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.12748 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.12749 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12750 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.12751 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12752 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12753 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12754 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12755 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12756 | Open camp | | Not Eligible (O) | Glade Park | |

BLM_0023129

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.12757 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12759 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.12760 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.12761 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12762 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12763 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.12764 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.12765 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.12766 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12767 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12768 | Open camp | | Not eligible (F) | Glade Park | |
| 5ME.12786 | Open camp | | Eligible (O) | Gateway | |
| 5ME.12788 | Open camp | | Need data (O) | Gateway | |
| 5ME.12789 | Open camp | | Eligible (O) | Gateway | |
| 5ME.12790 | Open camp | | Eligible (O) | Gateway | |
| 5ME.12792 | Open camp | | Need data (O) | Gateway | |
| 5ME.12793 | Open camp | | Need data (O) | Gateway | |
| 5ME.12794 | Open camp | | Need data (O) | Gateway | |
| 5ME.12795 | Open camp | | Eligible (O) | Gateway | |
| 5ME.12796 | Open camp | | Eligible (O) | Gateway | |
| 5ME.12797 | Open camp | | Eligible (O) | Gateway | |
| 5ME.12798 | Open camp | | Eligible (O) | Gateway | |
| 5ME.12799 | Open camp | | Eligible (O) | Gateway | |
| 5ME.12800 | Open camp | | Eligible (O) | Gateway | |
| 5ME.12802 | Open camp | | Need data (O) | Gateway | |
| 5ME.12804 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.12806 | Open camp | Trash scatter/ dump | Eligible (O) | Gateway | |
| 5ME.12808 | Open camp | Trash scatter/ dump | Need data (O) | Gateway | |
| 5ME.12809 | | Camp | Not Eligible (O) | Plateau Valley | |
| 5ME.12810 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.12811 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.12812 | Open camp | | Need data (O) | Glade Park | |
| 5ME.12813 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.12860 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.12872 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.12873 | Open camp | | Need data (O) | Gateway | |
| 5ME.12875 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.12879 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.12883 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.12886 | Open camp | | Need data (O) | Gateway | |
| 5ME.12893 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.12894 | Open camp | | Not Eligible (O) | Gateway | |

BLM_0023130

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.12895 | Open camp | | Need data (O) | Gateway | |
| 5ME.12896 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.12897 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.12898 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.12899 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.12916 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.12917 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.12918 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.12919 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.12920 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.12921 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.12961 | | Farm/ranch | Not Eligible (O) | Bangs Canyon | |
| 5ME.12970 | Open camp | Camp | Need data (O) | Bangs Canyon | |
| 5ME.12971 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.12972 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.12973 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.12978 | Open camp | Camp | Need data (O) | Bangs Canyon | |
| 5ME.12979 | Open camp | | Need data (O) | Bangs Canyon | |
| 5ME.1298 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.12980 | Open camp | | Eligible (O) | Bangs Canyon | |
| 5ME.12981 | Open camp | | Need data (O) | Bangs Canyon | |
| 5ME.12982 | Open camp | Camp | Need data (O) | Bangs Canyon | |
| 5ME.12983 | Open camp | | Not Eligible (O) | Bangs Canyon | |
| 5ME.12984 | Open lithic | | Need data (O) | Bangs Canyon | |
| 5ME.12985 | Open lithic | | Need data (O) | Bangs Canyon | |
| 5ME.12991 | | Trash scatter/ dump | Not eligible (F) | Bangs Canyon | |
| 5ME.12992 | | Trash scatter/ dump | Not eligible (F) | Bangs Canyon | |
| 5ME.12993 | | Trash scatter/ dump | Not eligible (F) | Bangs Canyon | |
| 5ME.13007 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.13008 | Open camp | | Not Eligible (O) | Bangs Canyon | |
| 5ME.13009 | Open camp | | Need data (O) | Bangs Canyon | |
| 5ME.13018 | | Trash scatter/ dump | Not eligible (F) | Bangs Canyon | |
| 5ME.13023 | Open camp | Camp | Need data (O) | Bangs Canyon | |
| 5ME.13040 | | Inscription | Not eligible (F) | Bangs Canyon | |
| 5ME.13042 | Open camp | | Need data (O) | Bangs Canyon | |
| 5ME.13075 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.13076 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.13077 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.13078 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.13079 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.131 | Open lithic | | Need data (F) | Bangs Canyon | |

BLM_0023131

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.13101 | Isolated find – Paleoindian | | Not Eligible (F) | Glade Park | |
| 5ME.13108 | Isolated find – Paleoindian | | Not Eligible (F) | Glade Park | |
| 5ME.13127 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.13131 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.13136 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.13140 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.13143 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.13186 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.13191 | Sheltered camp | | Eligible (O) | Bangs Canyon | |
| 5ME.13192 | | Building | Not Eligible (O) | Bangs Canyon | |
| 5ME.13193 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.13196 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.13233 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.13236 | Open lithic | Trash scatter/ dump | Not Eligible (O) | Bangs Canyon | |
| 5ME.13237 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.13239 | | Trash scatter/ dump | Not Eligible (O) | Roan Creek | |
| 5ME.13240 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5ME.13241 | Sheltered camp | | Eligible (O) | Roan Creek | |
| 5ME.13310 | Open camp | | Need data (O) | Book Cliffs | |
| 5ME.13313 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.13314 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.13315 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.13323 | Isolated find – Paleoindian | | Not Eligible (F) | Glade Park | |
| 5ME.13328 | Open lithic | | Not eligible (F) | Roan Creek | |
| 5ME.13353 | Open camp | | Need data (O) | Bangs Canyon | |
| 5ME.1339 | Open lithic | | No assessment | Roan Creek | |
| 5ME.13422 | | Trash scatter/ dump | Not Eligible (O) | Bangs Canyon | |
| 5ME.1348 | Open camp | | Eligible (F) | Roan Creek | |
| 5ME.1357 | Open camp | | Eligible (F) | Gateway | |
| 5ME.1358 | Open camp | | Eligible (F) | Glade Park | |
| 5ME.1360 | Open camp | Camp | Not Eligible (O) | Glade Park | |
| 5ME.1362 | Open lithic | | Need data (F) | Gateway | |
| 5ME.13656 | Open lithic | | Eligible (O) | Plateau Valley | |
| 5ME.13658 | Sheltered camp | | Eligible (O) | Glade Park | |
| 5ME.13661 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.13664 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.13665 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.13666 | Open camp | Trash scatter/ dump | Not Eligible (O) | Glade Park | |

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.13668 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.13694 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5ME.13695 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.13707 | | Trash scatter/ dump | Not Eligible (O) | Glade Park | |
| 5ME.13708 | | Trash scatter/ dump | Not Eligible (O) | Glade Park | |
| 5ME.13709 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.1371 | Open camp | Isolated feature | Need data (O) | Glade Park | |
| 5ME.13710 | | Trash scatter/ dump | Not Eligible (O) | Glade Park | |
| 5ME.13711 | | Trash scatter/ dump | Not Eligible (O) | Glade Park | |
| 5ME.13712 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.13713 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.13714 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.13715 | | Trash scatter/ dump | Not Eligible (O) | Glade Park | |
| 5ME.13716 | | Trash scatter/ dump | Not Eligible (O) | Glade Park | |
| 5ME.13717 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.1373 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.1374 | | Habitation/ homestead | Need data (O) | Roan Creek | |
| 5ME.1375 | | Trash scatter/ dump | Not eligible (F) | Roan Creek | |
| 5ME.1376 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.13797 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.13798 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.13800 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.13801 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.13802 | Open camp | | Need data (O) | Grand Mesa Slopes | |
| 5ME.13828 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.13829 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.1385 | | | Not eligible (F) | Roan Creek | |
| 5ME.1386 | Open lithic | | Need data (F) | Grand Valley | |
| 5ME.13886 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.1389 | Open camp | | Eligible (F) | Plateau Valley | |

BLM_0023133

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.13894 | Open lithic | | Not Eligible (O) | Roan Creek | |
| 5ME.13897 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.13898 | Open camp | Trash scatter/ dump | Not Eligible (O) | Glade Park | |
| 5ME.13899 | | Trash scatter/ dump | Not Eligible (O) | Glade Park | |
| 5ME.13900 | | Trash scatter/ dump | Not Eligible (O) | Glade Park | |
| 5ME.13960 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.13961 | Open camp | | Need data (O) | Plateau Valley | |
| 5ME.13962 | Open camp | | Need data (O) | Plateau Valley | |
| 5ME.13963 | Open architectural | | Not Eligible (O) | Plateau Valley | |
| 5ME.13964 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.13965 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.13966 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.13969 | | Camp | Not eligible (F) | Plateau Valley | |
| 5ME.14002 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.14009 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.14045 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.14049 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.14093 | | Trash scatter/ dump | Not Eligible (O) | Plateau Valley | |
| 5ME.14102 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.14105 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5ME.1412 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.14123 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5ME.14132 | Open camp | | Need data (O) | Glade Park | |
| 5ME.14133 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.1414 | Open lithic | | No assessment | Plateau Valley | |
| 5ME.14141 | Open lithic | | Not Eligible (O) | Roan Creek | |
| 5ME.14142 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.14143 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.14144 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.14148 | | | Not eligible (F) | Roan Creek | |
| 5ME.1419 | | Trash scatter/ dump | Not eligible (F) | Grand Valley | |
| 5ME.1420 | Open camp | Trash scatter/ dump | No assessment | Grand Valley | |
| 5ME.14208 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.14221 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.14222 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.1424 | Open lithic | | No assessment | Plateau Valley | |
| 5ME.1425 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.14261 | Sheltered camp | | Need data (O) | Bangs Canyon | Experimental |

BLM_0023134

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.14264 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.14265 | | Camp | Not Eligible (O) | Bangs Canyon | |
| 5ME.14266 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.14267 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.14268 | Open camp | | Eligible (O) | Bangs Canyon | |
| 5ME.14269 | | Camp | Not Eligible (O) | Bangs Canyon | |
| 5ME.14270 | Open camp | | Eligible (O) | Bangs Canyon | |
| 5ME.14271 | Sheltered camp | | Need data (O) | Bangs Canyon | |
| 5ME.14272 | Open camp | | Eligible (O) | Bangs Canyon | |
| 5ME.14273 | Open camp | | Not Eligible (O) | Bangs Canyon | |
| 5ME.14274 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.14275 | Sheltered lithic | | Need data (O) | Bangs Canyon | |
| 5ME.14276 | Sheltered camp | | Need data (O) | Bangs Canyon | |
| 5ME.14277 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.14278 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.14279 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.14280 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.14282 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.14283 | Sheltered camp | | Not Eligible (O) | Bangs Canyon | |
| 5ME.14284 | Sheltered camp | | Need data (O) | Bangs Canyon | |
| 5ME.14287 | Sheltered camp | | Need data (F) | Bangs Canyon | |
| 5ME.1429 | Open lithic | | No assessment | Plateau Valley | |
| 5ME.1430 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.14301 | Open camp | | Eligible (O) | Gateway | |
| 5ME.14303 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.14304 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.14308 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.14309 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.14310 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.1433 | Open lithic | | No assessment | Plateau Valley | |
| 5ME.1434 | Open camp | | No assessment | Plateau Valley | |
| 5ME.14341 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.14342 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.14352 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.14353 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.14356 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.14361 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.14362 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.1437 | Open lithic | | No assessment | Plateau Valley | |
| 5ME.14370 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.14371 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.1438 | Open lithic | | No assessment | Plateau Valley | |
| 5ME.14383 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.14385 | Open lithic | | Not Eligible (O) | Glade Park | |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0023135

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.14424 | Open camp | | Eligible (O) | Gateway | |
| 5ME.14425 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.14426 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.14427 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.14428 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.14429 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.14438 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.14439 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.14440 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.14441 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.14442 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.14443 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.14444 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.14449 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.14450 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.14455 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.1446 | Open lithic | | No assessment | Grand Mesa Slopes | |
| 5ME.1448 | Open lithic | | No assessment | Grand Mesa Slopes | |
| 5ME.1449 | Open lithic | | No assessment | Grand Mesa Slopes | |
| 5ME.1450 | Open lithic | | No assessment | Grand Mesa Slopes | |
| 5ME.14507 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.14515 | Open lithic | Camp, road | Not Eligible (O) | Plateau Valley | |
| 5ME.1457 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.1458 | Isolated find – Early Archaic | | Not Eligible (F) | Grand Mesa Slopes | |
| 5ME.1459 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.146 | Open camp | | Need data (F) | Gateway | |
| 5ME.1462 | Open lithic | | No assessment | Grand Mesa Slopes | |
| 5ME.1463 | Open lithic | | No assessment | Grand Mesa Slopes | |
| 5ME.1465 | Open lithic | | No assessment | Grand Mesa Slopes | |
| 5ME.1471 | Open camp | | No assessment | Plateau Valley | |
| 5ME.1472 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.1476 | Open lithic | Camp | No assessment | Grand Mesa Slopes | |
| 5ME.1478 | Isolated find – Paleoindian | | Not Eligible (F) | Grand Valley | |

BLM_0023136

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.148 | Open camp | | Not eligible (F) | Gateway | |
| 5ME.1486 | Open lithic | | No assessment | Grand Mesa Slopes | |
| 5ME.1489 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.149 | Open camp | | Need data (F) | Gateway | |
| 5ME.1491 | Open lithic | | No assessment | Roan Creek | |
| 5ME.15005 | | Camp | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.15006 | | Camp | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.15007 | | Camp | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.1501 | Open camp | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.1506 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.15105 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.15106 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.15107 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.1512 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.1514 | Open lithic | | No assessment | Plateau Valley | |
| 5ME.15148 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.1515 | Open lithic | | No assessment | Plateau Valley | |
| 5ME.15157 | Open camp | | Eligible (O) | Gateway | |
| 5ME.15159 | Open lithic | | Eligible (O) | Gateway | |
| 5ME.15198 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.1520 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.15215 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.1523 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.1525 | | Camp | Eligible (F) | Plateau Valley | |
| 5ME.1526 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.1527 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.15305 | Open camp | | Need data (O) | Roan Creek | |
| 5ME.15306 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.15307 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5ME.15371 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.15375 | Open lithic | | Not Eligible (O) | Roan Creek | |
| 5ME.15397 | Open lithic | | Not Eligible (O) | Grand Valley | |
| 5ME.15398 | Open lithic | | Eligible (O) | Grand Valley | |
| 5ME.1545 | Open camp | | No assessment | Glade Park | |
| 5ME.15456 | | Pole cache | Not Eligible (O) | Plateau Valley | |
| 5ME.15457 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.1546 | Open lithic | | Need data (F) | Gateway | |
| 5ME.15462 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.15464 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.15468 | | Pole cache | Not Eligible (O) | Plateau Valley | |

BLM_0023137

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.15470 | Open lithic | | Need data (O) | Plateau Valley | |
| 5ME.15498 | | Trash scatter/ dump | Not Eligible (O) | Grand Valley | |
| 5ME.15503 | Open lithic | | Need data (O) | Grand Mesa Slopes | |
| 5ME.15505 | Open lithic | | Need data (O) | Grand Mesa Slopes | |
| 5ME.15506 | Open lithic | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.1553 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.1554 | Open lithic | | Not Eligible (O) | Grand Valley | |
| 5ME.1555 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.15568 | | Mining | Eligible (F) | Bangs Canyon | |
| 5ME.15589 | Open lithic | | Need data (O) | Bangs Canyon | |
| 5ME.15592 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.15594 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.15596 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.15597 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.15599 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.1561 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.15631 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.15636 | Sheltered camp | | Eligible (O) | Plateau Valley | |
| 5ME.1566 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.1567 | Open lithic | | Eligible (F) | Plateau Valley | |
| 5ME.15709 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.15710 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.15716 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.15717 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.15718 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.15719 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.15721 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.15722 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.15723 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.15724 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.15725 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.15726 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.1574 | Open lithic | | Need data (F) | Roan Creek | |
| 5ME.15765 | Open camp | | Eligible (O) | Gateway | |
| 5ME.15769 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.15770 | Sheltered camp | | Eligible (O) | Gateway | |

BLM_0023138

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.15771 | Sheltered camp | | Eligible (O) | Gateway | |
| 5ME.15772 | | Isolated feature | Not Eligible (O) | Gateway | |
| 5ME.15786 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.15787 | | Camp, rock feature | Not Eligible (O) | Roan Creek | |
| 5ME.15795 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.1580 | Open camp | | No assessment | Roan Creek | |
| 5ME.1581 | Sheltered camp | | Not eligible (F) | Roan Creek | |
| 5ME.1588 | | Farm/ranch | Not eligible (F) | Roan Creek | |
| 5ME.15908 | Open camp | | Eligible (O) | Gateway | |
| 5ME.15909 | Open camp | | Eligible (O) | Gateway | |
| 5ME.15910 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.15912 | Open camp | | Eligible (F) | Gateway | |
| 5ME.15913 | Open camp | | Eligible (O) | Gateway | |
| 5ME.15930 | Open lithic | | Need data (O) | Bangs Canyon | |
| 5ME.15931 | Open lithic | | Eligible (F) | Bangs Canyon | |
| 5ME.15932 | Open lithic | | Eligible (O) | Bangs Canyon | |
| 5ME.15934 | Open lithic | | Eligible (O) | Bangs Canyon | |
| 5ME.15935 | Open lithic | | Eligible (O) | Bangs Canyon | |
| 5ME.16051 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16052 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16096 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.16098 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.16100 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.16101 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.16102 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.16103 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.16138 | Open camp | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16141 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16142 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16143 | Isolated feature | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16144 | Open lithic | Camp | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16145 | Open lithic | Trash scatter/ dump | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16147 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16148 | | Camp | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16149 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |

BLM_0023139

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.16150 | Quarry | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16151 | Quarry | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16152 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16153 | Open camp | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.16154 | Open camp | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.16257 | | Trail | Not Eligible (O) | Bangs Canyon | |
| 5ME.16258 | Open camp | | Need data (O) | Bangs Canyon | |
| 5ME.16295 | Sheltered camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16296 | Sheltered camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16297 | Sheltered camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16298 | Isolated feature | | Eligible (F) | Bangs Canyon | |
| 5ME.16299 | Sheltered camp | | Need data (F) | Bangs Canyon | |
| 5ME.16300 | Sheltered camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16301 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16302 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.16303 | Sheltered lithic | | Need data (F) | Bangs Canyon | Public Use |
| 5ME.16304 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16305 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.16306 | Sheltered camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16307 | Sheltered camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16308 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16309 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16310 | Sheltered lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16311 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16312 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16313 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.16314 | Sheltered camp | | Need data (F) | Bangs Canyon | Public Use |
| 5ME.16315 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.16316 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16317 | Sheltered camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16318 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16319 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16321 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16322 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16323 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16324 | Sheltered camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16324 | Sheltered camp | | Eligible (O) | Bangs Canyon | |
| 5ME.16325 | Sheltered camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16326 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.16327 | Open lithic | | Not eligible (F) | Bangs Canyon | |

BLM_0023140

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.16328 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.16329 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.16330 | | | Need data (F) | Bangs Canyon | |
| 5ME.16332 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16334 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16335 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16336 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16337 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16338 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16339 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16340 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16341 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16342 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16343 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16344 | Open lithic | | Eligible (F) | Bangs Canyon | |
| 5ME.16345 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16346 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16347 | Sheltered camp | | Not eligible (F) | Bangs Canyon | |
| 5ME.16348 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16349 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16350 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16351 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.16352 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16353 | | Trash scatter/ dump | Not eligible (F) | Bangs Canyon | |
| 5ME.16354 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16355 | | Trash scatter/ dump | Not eligible (F) | Bangs Canyon | |
| 5ME.16356 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16357 | Open lithic | | Not eligible (F) | Bangs Canyon | Public Use |
| 5ME.16358 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16359 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.16360 | | Camp | Not eligible (F) | Bangs Canyon | |
| 5ME.16361 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.16362 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.16380 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.16381 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.16409 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.16411 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.1642 | Open camp | | Need data (F) | Gateway | |
| 5ME.16426 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.1643 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.16437 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.1644 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.16466 | Open lithic | | Not eligible (F) | Plateau Valley | |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0023141

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|----------|----------------------|-------------------|-------------|-------------------|---------------------|
| 5ME.16501 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.16525 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.16547 | | Habitation/ homestead | Not eligible (F) | Plateau Valley | |
| 5ME.16552 | Open camp | | Eligible (F) | Gateway | |
| 5ME.16553 | Open camp | | Not eligible (F) | Gateway | |
| 5ME.16576 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.16577 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.16578 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.166 | Quarry | | Need data (F) | Gateway | |
| 5ME.16640 | Open lithic | Camp | Not eligible (F) | Gateway | |
| 5ME.16642 | Open lithic | | Eligible (F) | Bangs Canyon | |
| 5ME.16643 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16644 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16645 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.16679 | | Water control feature | Eligible (F) | Grand Valley | |
| 5ME.16680 | | Water control feature | Eligible (F) | Grand Valley | |
| 5ME.16681 | | Water control feature | Eligible (F) | Grand Valley | |
| 5ME.16781 | | | | Roan Creek | |
| 5ME.169 | Sheltered camp | | No assessment | Gateway | |
| 5ME.170 | Quarry | | Need data (F) | Gateway | |
| 5ME.171 | Sheltered camp | | Need data (F) | Gateway | |
| 5ME.172 | Sheltered camp | | Need data (F) | Gateway | |
| 5ME.177 | Open lithic | | Need data (F) | Gateway | |
| 5ME.205 | | Camp | Need data (F) | Grand Valley | |
| 5ME.214 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.265 | Open camp | Farm/ranch | Eligible (O) | Grand Mesa Slopes | |
| 5ME.269 | Open lithic | Trash scatter/ dump | Eligible (O) | Grand Mesa Slopes | |
| 5ME.270 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.271 | Open camp | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.272 | Open camp | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.274 | Open lithic | | Not Eligible (O) | Grand Valley | |
| 5ME.275 | Open lithic | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.276 | Open camp | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.277 | Open camp | | Eligible (F) | Plateau Valley | |

BLM_0023142

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|----------|----------------------|--------------------|-------------|-------------------|---------------------|
| 5ME.278 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.280 | Sheltered camp | | Eligible (F) | Plateau Valley | |
| 5ME.283 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.284 | Open camp | Trash scatter/dump | Eligible (F) | Grand Mesa Slopes | |
| 5ME.285 | Open camp | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.286 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.288 | Open camp | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.289 | Open lithic | | Not Eligible (O) | Grand Valley | |
| 5ME.293 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.295 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.303 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.306 | Open camp | | Need data (F) | Grand Valley | |
| 5ME.311 | Open lithic | | Need data (F) | Gateway | |
| 5ME.312 | Open camp | | Need data (F) | Glade Park | |
| 5ME.322 | Open lithic | | Eligible (F) | Bangs Canyon | |
| 5ME.323 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.324 | Open camp | | Eligible (F) | Bangs Canyon | |
| 5ME.326 | Open lithic | | Eligible (F) | Bangs Canyon | |
| 5ME.327 | Open camp | | Need data (O) | Bangs Canyon | |
| 5ME.333 | Open camp | | Eligible (O) | Bangs Canyon | |
| 5ME.334 | Open architectural | | Eligible (F) | Glade Park | |
| 5ME.338 | Open camp | | Need data (F) | Glade Park | |
| 5ME.339 | Open camp | | Need data (F) | Glade Park | |
| 5ME.340 | Open camp | | Eligible (F) | Glade Park | |
| 5ME.341 | Open camp | | Need data (F) | Glade Park | |
| 5ME.342 | Open camp | | Need data (F) | Glade Park | |
| 5ME.343 | Open camp | | Need data (F) | Glade Park | |
| 5ME.344 | Open lithic | | Need data (F) | Glade Park | |
| 5ME.346 | Open camp | | Need data (F) | Gateway | |
| 5ME.3647 | Open lithic | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.3648 | Open lithic | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.3649 | Open lithic | Trash scatter/ dump | Eligible (O) | Grand Mesa Slopes | |
| 5ME.3650 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.3651 | Open lithic | | Need data (F) | Roan Creek | |
| 5ME.3663 | Open camp | | No assessment | Bangs Canyon | |
| 5ME.3668 | Open camp | | Need data (O) | Plateau Valley | |
| 5ME.3670 | Open lithic | | Need data (F) | Plateau Valley | |

BLM_0023143

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.3671 | Open camp, quarry | | Need data (F) | Plateau Valley | |
| 5ME.3672 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.3673 | Open lithic | | Eligible (F) | Plateau Valley | |
| 5ME.3685 | Sheltered camp | | Need data (F) | Plateau Valley | |
| 5ME.3686 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.3687 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3688 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3689 | Quarry | | Not eligible (F) | Plateau Valley | |
| 5ME.3690 | Open lithic | Trash scatter/ dump | Need data (F) | Plateau Valley | |
| 5ME.3693 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.3695 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.3696 | Open lithic, quarry | | Not Eligible (O) | Plateau Valley | |
| 5ME.3698 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.3709 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3710 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3711 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3712 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3713 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3714 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3716 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3728 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3730 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.3732 | | Farm/ranch | Not eligible (F) | Roan Creek | |
| 5ME.3733 | Isolated feature | | Not eligible (F) | Roan Creek | |
| 5ME.3735 | | | Not eligible (F) | Roan Creek | |
| 5ME.3771 | Open camp | | Need data (F) | Glade Park | |
| 5ME.3775 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3776 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.3783 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3788 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3789 | Open architectural | Habitation/ homestead | Need data (F) | Bangs Canyon | |
| 5ME.3802 | Open camp | | Not eligible (F) | Grand Valley | |
| 5ME.3803 | Open camp | Mining | Not eligible (F) | Grand Valley | |
| 5ME.3806 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.3807 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.3808 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.3809 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.3810 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.3818 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.3819 | | Trash scatter/ dump | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.3824 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.3825 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.3837 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.3839 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.3840 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.3844 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.3845 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.3859 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.386 | | Habitation/ homestead | Eligible (F) | Grand Mesa Slopes | |
| 5ME.3860 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.3861 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.3863 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.3864 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.3865 | Sheltered camp | | Not eligible (F) | Roan Creek | |
| 5ME.3866 | Open camp | | Need data (F) | Roan Creek | |
| 5ME.3874 | | Fence | Not eligible (F) | Roan Creek | |
| 5ME.3876 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.388 | | Water control feature | Eligible (F) | Grand Mesa Slopes | |
| 5ME.3880 | Open lithic | Trash scatter/ dump | Need data (F) | Grand Valley | |
| 5ME.3886 | Open lithic | | No assessment | Glade Park | |
| 5ME.389 | Open lithic | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.3895 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.3899 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.390 | Open lithic | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.3907 | Open camp | | Not Eligible (O) | Bangs Canyon | |
| 5ME.391 | Open lithic | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.3911 | Open camp | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.3912 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.3915 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.3916 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.3917 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.392 | Open lithic | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.3921 | | Trash scatter/ dump | Not eligible (F) | Grand Valley | |

BLM_0023145

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.3924 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3925 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3929 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.393 | Open lithic | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.3930 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3932 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3933 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3935 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3937 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3939 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.394 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.3941 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3942 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3943 | | Camp | No assessment | Grand Valley | |
| 5ME.3944 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3945 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3946 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3947 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3948 | | Trash scatter/ dump | Not eligible (F) | Grand Valley | |
| 5ME.3949 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.3950 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.396 | Open lithic | | Not Eligible (O) | Grand Valley | |
| 5ME.397 | Open lithic | | Not Eligible (O) | Grand Valley | |
| 5ME.3970 | Open camp | Water control feature | Need data (F) | Roan Creek | |
| 5ME.3971 | | Camp | Not eligible (F) | Roan Creek | |
| 5ME.3977 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.3978 | Sheltered camp | | Not Eligible (O) | Roan Creek | |
| 5ME.399 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.400 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.4000 | | Farm/ranch | Not eligible (F) | Roan Creek | |
| 5ME.401 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.4010 | | Farm/ranch | Not eligible (F) | Roan Creek | |
| 5ME.4011 | Sheltered camp | | Need data (O) | Roan Creek | |
| 5ME.4018 | Open camp | | Need data (F) | Glade Park | |
| 5ME.402 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.4020 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.4021 | | Farm/ranch | Eligible (O) | Roan Creek | |
| 5ME.4031 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.4032 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.4033 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.4034 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.4044 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.4045 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.4046 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.4047 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.4048 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.4049 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.405 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.4050 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.4051 | Open lithic | | Need data (F) | Grand Mesa Slopes | |
| 5ME.4052 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.4053 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.4054 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.4055 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.4056 | Open lithic | | No assessment | Grand Mesa Slopes | |
| 5ME.4057 | | Habitation/ homestead | Need data (F) | Gateway | |
| 5ME.4058 | Open lithic | | Need data (F) | Gateway | |
| 5ME.4059 | Open camp | | Need data (F) | Gateway | |
| 5ME.4060 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.4061 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4064 | Open architectural | | Not Eligible (O) | Gateway | |
| 5ME.408 | Open camp | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.4082 | Sheltered camp | Camp | Need data (O) | Bangs Canyon | |
| 5ME.4083 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4084 | Sheltered camp | | Need data (F) | Bangs Canyon | |
| 5ME.4085 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4086 | Open lithic | | Need data (F) | Bangs Canyon | |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0023147

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.4087 | Sheltered camp | Camp | Need data (F) | Bangs Canyon | |
| 5ME.4088 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4089 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.409 | | Fence | Eligible (F) | Plateau Valley | |
| 5ME.4090 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4092 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4093 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4094 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4095 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4096 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4097 | Open camp | | Need data (O) | Bangs Canyon | |
| 5ME.4098 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4099 | Open camp | | Need data (O) | Bangs Canyon | |
| 5ME.410 | Open lithic | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.4100 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4104 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.4105 | Open camp | | Need data (F) | Roan Creek | |
| 5ME.4106 | Open camp | | Need data (F) | Roan Creek | |
| 5ME.4107 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.4108 | Open lithic | | Need data (F) | Gateway | |
| 5ME.4109 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.411 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.4116 | | Water control feature | Not Eligible (O) | Grand Valley | |
| 5ME.412 | Open architectural | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.413 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.414 | Open camp | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.415 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.418 | Open camp | | Eligible (F) | Grand Valley | |
| 5ME.419 | Open lithic | | Eligible (F) | Grand Valley | |
| 5ME.420 | Open camp | | Need data (O) | Grand Valley | |
| 5ME.4200 | Isolated find – Paleoindian | | Not Eligible (F) | Book Cliffs | |
| 5ME.4201 | Open camp | | Need data (F) | Book Cliffs | |
| 5ME.4206 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4207 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4208 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4209 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4210 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4211 | Open lithic | | Need data (F) | Bangs Canyon | |

BLM_0023148

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.4212 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4213 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4214 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4215 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4216 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4217 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4218 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4219 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.422 | Open camp | | Eligible (O) | Grand Valley | |
| 5ME.4220 | Sheltered camp | | Need data (F) | Bangs Canyon | |
| 5ME.4221 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4222 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4223 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.423 | Open lithic | | Need data (F) | Grand Valley | |
| 5ME.4232 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.4234 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.4235 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.4236 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.4237 | Sheltered camp | | Need data (F) | Glade Park | |
| 5ME.4238 | Open camp | | Not eligible (F) | Glade Park | |
| 5ME.4239 | Open camp | | No assessment | Glade Park | |
| 5ME.4240 | Open camp | | Not eligible (F) | Glade Park | |
| 5ME.4241 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.4242 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4243 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.4244 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.4245 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4246 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4247 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4248 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4249 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4250 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4251 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4252 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4253 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4254 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.4255 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4256 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4257 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4258 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4259 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4260 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4261 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4262 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4263 | Open lithic | | Need data (F) | Bangs Canyon | |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0023149

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.4264 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4265 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4266 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4267 | Open lithic | | No assessment | Bangs Canyon | |
| 5ME.4268 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4269 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.427 | Open lithic, quarry | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.4270 | Open lithic | | No assessment | Bangs Canyon | |
| 5ME.4271 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4272 | Quarry | | Not eligible (F) | Bangs Canyon | |
| 5ME.4273 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4274 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4275 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4276 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4277 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4278 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4279 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4280 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4297 | Open lithic | | Need data (F) | Gateway | |
| 5ME.4298 | Open lithic | | Need data (F) | Gateway | |
| 5ME.4299 | Sheltered camp | | Need data (F) | Roan Creek | |
| 5ME.4300 | Open camp | | Need data (F) | Grand Valley | |
| 5ME.4301 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.4302 | Open camp | | Not eligible (F) | Grand Valley | |
| 5ME.4303 | Open lithic | | Not eligible (F) | Roan Creek | |
| 5ME.4318 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.4333 | Open camp | Camp | Need data (F) | Roan Creek | |
| 5ME.4334 | Open lithic | | Need data (F) | Grand Valley | |
| 5ME.4335 | Open lithic | | Need data (F) | Gateway | |
| 5ME.4336 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.4337 | Open lithic | | Need data (F) | Grand Valley | |
| 5ME.4338 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.4339 | Open camp | | Not eligible (F) | Gateway | |
| 5ME.4340 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.4341 | Open lithic | | Not eligible (F) | Roan Creek | |
| 5ME.4342 | Open camp | | Not eligible (F) | Bangs Canyon | |
| 5ME.4343 | Sheltered camp | | Need data (F) | Bangs Canyon | |
| 5ME.4344 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4349 | | Habitation/ homestead | Need data (F) | Roan Creek | |
| 5ME.4350 | Open lithic | | Need data (F) | Roan Creek | |
| 5ME.4355 | Sheltered lithic | | Not Eligible (O) | Glade Park | |

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.4385 | Sheltered lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4386 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4387 | Open camp | | Need data (F) | Roan Creek | |
| 5ME.4392 | Open lithic | | Need data (F) | Roan Creek | |
| 5ME.4395 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.4396 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.4413 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.4416 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.4419 | | | Need data (F) | Roan Creek | |
| 5ME.4420 | Open camp | | Eligible (F) | Roan Creek | |
| 5ME.4421 | | Habitation/ homestead | Not eligible (F) | Roan Creek | Public Use |
| 5ME.4422 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.4423 | Isolated feature-hearth | | Not eligible (F) | Roan Creek | |
| 5ME.4424 | Open camp | | Need data (F) | Roan Creek | |
| 5ME.4429 | Open lithic | | Need data (F) | Roan Creek | |
| 5ME.4431 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.4432 | Sheltered camp | | Eligible (O) | Roan Creek | |
| 5ME.4434 | Sheltered camp | | Not eligible (F) | Roan Creek | |
| 5ME.4435 | Open lithic | | Not eligible (F) | Roan Creek | |
| 5ME.4437 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5ME.4438 | Open camp | | Need data (F) | Roan Creek | |
| 5ME.4439 | Open lithic | | Not eligible (F) | Roan Creek | |
| 5ME.4440 | Open camp | | Eligible (F) | Roan Creek | |
| 5ME.4441 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.4452 | Open camp | | Not eligible (F) | Grand Valley | |
| 5ME.4453 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.4454 | Open camp | | Eligible (F) | Grand Valley | |
| 5ME.4455 | Open camp | | Not Eligible (O) | Grand Valley | |
| 5ME.4456 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.4479 | Open camp | | Not eligible (F) | Grand Valley | |
| 5ME.4488 | | Mining | Eligible (F) | Book Cliffs | |
| 5ME.4491 | Quarry | | Need data (F) | Bangs Canyon | |
| 5ME.4492 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4494 | Quarry | | Need data (F) | Bangs Canyon | |
| 5ME.4495 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4497 | Open camp | Camp | Eligible (F) | Roan Creek | |
| 5ME.4500 | Isolated find – Paleoindian | | Not Eligible (F) | Grand Mesa Slopes | |
| 5ME.4503 | Sheltered camp | | Not eligible (F) | Plateau Valley | |
| 5ME.4509 | | Mining | Need data (F) | Book Cliffs | |
| 5ME.4510 | | Mining | Need data (F) | Roan Creek | |
| 5ME.4512 | | Mining | Need data (F) | Book Cliffs | |
| 5ME.4513 | | Mining | Need data (F) | Book Cliffs | |

BLM_0023151

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.4514 | | Mining | Not eligible (F) | Book Cliffs | |
| 5ME.4519 | Open camp | | Not Eligible (O) | Grand Valley | |
| 5ME.4521 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.456 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.4632 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.4634 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.4635 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.4638 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.4643 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.4644 | Open lithic | | Not Eligible (O) | Book Cliffs | |
| 5ME.4646 | Open camp | | Not Eligible (O) | Plateau Valley | |
| 5ME.4648 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.4649 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.4663 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.4664 | | Camp | Not eligible (F) | Grand Valley | |
| 5ME.4684 | | | Not eligible (F) | Grand Valley | |
| 5ME.4699 | Sheltered camp | | Not Eligible (O) | Bangs Canyon | |
| 5ME.4702 | Open lithic | | Need data (F) | Grand Mesa Slopes | |
| 5ME.4705 | Sheltered lithic | | Need data (F) | Bangs Canyon | |
| 5ME.4709 | Open lithic | | Need data (F) | Gateway | |
| 5ME.471 | Open camp | Farm/ranch | Not Eligible (O) | Plateau Valley | |
| 5ME.4710 | Open lithic | | Need data (F) | Gateway | |
| 5ME.4713 | Open camp | | Not eligible (F) | Plateau Valley | |
| 5ME.4719 | Open lithic | | Need data (F) | Glade Park | |
| 5ME.472 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.4725 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.473 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.4732 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.4733 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.4735 | Open camp | | Eligible (F) | Book Cliffs | |
| 5ME.4736 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.4737 | Open camp | | Not eligible (F) | Grand Valley | |
| 5ME.4738 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.4739 | Open camp | | Not Eligible (O) | Grand Valley | |
| 5ME.474 | Open lithic | | Eligible (F) | Plateau Valley | |
| 5ME.4740 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.4741 | Open camp | | Not Eligible (O) | Grand Valley | |
| 5ME.4742 | Open camp | | Not Eligible (O) | Grand Valley | |
| 5ME.4743 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.4765 | Open lithic | | No assessment | Bangs Canyon | |
| 5ME.4776 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.4778 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |

BLM_0023152

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.4779 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.4780 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.480 | Open camp | | Need data (F) | Gateway | |
| 5ME.4805 | Isolated find – Paleoindian | | Not Eligible (F) | Plateau Valley | |
| 5ME.481 | Open lithic | | Need data (F) | Gateway | |
| 5ME.4812 | | Farm/ranch | Not eligible (F) | Glade Park | |
| 5ME.482 | | Water control feature | Eligible (F) | Plateau Valley | |
| 5ME.4830 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.4833 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.4836 | Open lithic | | No assessment | Glade Park | |
| 5ME.4837 | | Building | No assessment | Glade Park | |
| 5ME.4838 | Sheltered camp | | No assessment | Glade Park | |
| 5ME.4847 | Open lithic | | No assessment | Bangs Canyon | |
| 5ME.4851 | | Camp | Not Eligible (O) | Bangs Canyon | |
| 5ME.4857 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.4862 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.4889 | Open lithic | | Not Eligible (O) | Grand Valley | |
| 5ME.4890 | Open camp | | Eligible (O) | Grand Valley | |
| 5ME.4891 | Open lithic | | Need data (F) | Grand Valley | |
| 5ME.4892 | Isolated find – Early Archaic | | Not Eligible (F) | Grand Valley | |
| 5ME.4917 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.4919 | | Habitation/ homestead | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.4926 | | Water control feature | Eligible (O) | Grand Mesa Slopes | |
| 5ME.4928 | | Mining | Not Eligible (O) | Roan Creek | |
| 5ME.4941 | Sheltered camp | | Need data (F) | Bangs Canyon | Public Use |
| 5ME.4942 | Sheltered camp | | Not eligible (F) | Bangs Canyon | |
| 5ME.4943 | Sheltered lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4944 | Sheltered lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.4955 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.4959 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.4961 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.4962 | Open lithic | Camp | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.4963 | | Camp | Eligible (F) | Grand Mesa Slopes | |
| 5ME.4972 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |

BLM_0023153

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.4973 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.4974 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.4981 | | | Not eligible (F) | Plateau Valley | |
| 5ME.5119 | Open camp | | Not Eligible (O) | Gateway | |
| 5ME.5140 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.5148 | Open camp | | Not eligible (F) | Gateway | |
| 5ME.5163 | Open camp | | Not eligible (F) | Gateway | |
| 5ME.5165 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.5168 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.5175 | Isolated find – Paleoindian | | Not Eligible (F) | Roan Creek | |
| 5ME.5178 | Sheltered architectural | | Need data (O) | Bangs Canyon | |
| 5ME.5214 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.5215 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.5216 | | Mining | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.5227 | Open camp | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.5228 | Open camp | Building | Not eligible (F) | Gateway | |
| 5ME.5231 | Open camp | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.5233 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.5234 | | | Not eligible (F) | Plateau Valley | |
| 5ME.5240 | Open lithic | | Need data (F) | Bangs Canyon | |
| 5ME.5243 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.5244 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.5249 | Open camp | | No assessment | Grand Mesa Slopes | |
| 5ME.5260 | Quarry | | Not eligible (F) | Grand Valley | |
| 5ME.5261 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.5262 | Sheltered camp | | Need data (F) | Bangs Canyon | |
| 5ME.5296 | Isolated find – Paleoindian | | Not Eligible (F) | Grand Valley | |
| 5ME.5381 | Open camp | | Not eligible (F) | Gateway | |
| 5ME.548 | Open camp | | Eligible (F) | Gateway | |
| 5ME.549 | Open camp | | Need data (F) | Gateway | |
| 5ME.550 | Open camp | | Need data (F) | Bangs Canyon | |
| 5ME.5762 | Isolated find – Paleoindian | | Not Eligible (F) | Grand Mesa Slopes | |
| 5ME.5829 | | | Not eligible (F) | Bangs Canyon | |

BLM_0023154

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.5866 | Open camp | | Not eligible (F) | Glade Park | |
| 5ME.5867 | Open camp | | Not eligible (F) | Bangs Canyon | |
| 5ME.5898 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.5903 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.5905 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.5936 | Open camp | | Eligible (O) | Gateway | |
| 5ME.5979 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.6010 | Open lithic | | Need data (O) | Bangs Canyon | |
| 5ME.6011 | Open lithic, quarry | | Need data (O) | Bangs Canyon | |
| 5ME.6012 | Open camp | | Not Eligible (O) | Bangs Canyon | |
| 5ME.6015 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.6016 | Open lithic | | Not Eligible (O) | Bangs Canyon | |
| 5ME.6017 | Open lithic | | Need data (O) | Bangs Canyon | |
| 5ME.6019 | Open lithic, quarry | | Need data (O) | Bangs Canyon | |
| 5ME.6021 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.6023 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.6028 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.6029 | Open lithic | | Not eligible (F) | Grand Valley | |
| 5ME.6031 | Open lithic | Camp | Not eligible (F) | Grand Valley | |
| 5ME.6073 | | Trash scatter/ dump | Not eligible (F) | Grand Valley | |
| 5ME.617 | Open lithic | | Not eligible (F) | Plateau Valley | |
| 5ME.6170 | Open lithic | Farm/ranch | Not Eligible (O) | Gateway | |
| 5ME.6173 | Open camp | | Eligible (O) | Gateway | |
| 5ME.6217 | Sheltered lithic | | Need data (O) | Bangs Canyon | |
| 5ME.625 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.628 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.632 | | Habitation/ homestead | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.633 | | Farm/ranch | Eligible (F) | Grand Mesa Slopes | |
| 5ME.634 | Sheltered camp | | Eligible (F) | Plateau Valley | |
| 5ME.6346 | Open camp | | Eligible (F) | Glade Park | |
| 5ME.6347 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.6348 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.6349 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.635 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.6350 | Sheltered camp | | Eligible (F) | Glade Park | |
| 5ME.6351 | Sheltered camp | | Eligible (F) | Glade Park | |

BLM_0023155

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.6352 | Open camp | | Eligible (F) | Glade Park | |
| 5ME.6356 | Isolated find – Paleoindian | | | | |
| 5ME.636 | Open camp | | Need data (F) | Grand Valley | |
| 5ME.6360 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.6370 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6379 | Open camp | | Need data (O) | Glade Park | |
| 5ME.6383 | Open lithic | | Eligible (O) | Plateau Valley | |
| 5ME.6384 | Open lithic | | Eligible (O) | Plateau Valley | |
| 5ME.6385 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.6386 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.6388 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.6389 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.6390 | Open lithic | | Eligible (O) | Plateau Valley | |
| 5ME.6391 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.6392 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.6393 | Open lithic | | Eligible (O) | Plateau Valley | |
| 5ME.6394 | Open lithic | | Eligible (O) | Plateau Valley | |
| 5ME.6395 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.6396 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.6397 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.6398 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.6399 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.640 | Sheltered camp | | Need data (F) | Plateau Valley | |
| 5ME.6400 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.6401 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.642 | | Building | Eligible (O) | Plateau Valley | |
| 5ME.6436 | Open lithic | | Not Eligible (O) | Roan Creek | |
| 5ME.6443 | Sheltered camp | | Eligible (F) | Roan Creek | |
| 5ME.6444 | Open camp | | Eligible (F) | Roan Creek | |
| 5ME.6445 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.6458 | Open lithic | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.6459 | Open lithic | Water control feature | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.6460 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6461 | Open camp | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.6472 | Open camp | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.6474 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.6475 | Open lithic | | Not Eligible (O) | Roan Creek | |
| 5ME.6478 | Open camp | | Not Eligible (O) | Gateway | |

BLM_0023156

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.6479 | Open lithic | | Not Eligible (O) | Gateway | |
| 5ME.6480 | Isolated find – Early Archaic | | Not Eligible (F) | Gateway | |
| 5ME.6484 | Open camp | | Need data (O) | Roan Creek | |
| 5ME.6485 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5ME.6494 | Open lithic | | Need data (O) | Grand Mesa Slopes | |
| 5ME.6495 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6538 | Open camp | | Need data (O) | Roan Creek | |
| 5ME.6540 | Open camp | | Not Eligible (O) | Roan Creek | |
| 5ME.6541 | Open camp | | Need data (O) | Roan Creek | |
| 5ME.6543 | Open lithic | | Not Eligible (O) | Roan Creek | |
| 5ME.6659 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.6660 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.6661 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.6662 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.6674 | | Camp | Eligible (O) | Plateau Valley | |
| 5ME.6693 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6694 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6702 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6703 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6704 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6705 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6706 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.6707 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6708 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6709 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.6713 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6715 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.6716 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |

BLM_0023157

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.6717 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6729 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6730 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.6731 | Open camp | Habitation/ homestead | Eligible (O) | Grand Mesa Slopes | |
| 5ME.6744 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6759 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6760 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6773 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6774 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.6778 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.682 | | Camp | Not eligible (F) | Roan Creek | |
| 5ME.6828 | | Habitation/ homestead | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.684 | Open lithic | | Need data (F) | Gateway | |
| 5ME.6844 | | Mining | Not Eligible (O) | Bangs Canyon | |
| 5ME.6845 | | Mining | Not Eligible (O) | Bangs Canyon | |
| 5ME.6846 | | Mining | Not Eligible (O) | Bangs Canyon | |
| 5ME.686 | Open lithic | | Need data (F) | Gateway | |
| 5ME.689 | Open lithic | | No assessment | Roan Creek | |
| 5ME.691 | Unknown | | No assessment | Roan Creek | |
| 5ME.692 | Unknown | | No assessment | Roan Creek | |
| 5ME.693 | Unknown | | No assessment | Roan Creek | |
| 5ME.6934 | Isolated find – Paleoindian | | Not Eligible (F) | Grand Valley | |
| 5ME.6938 | Sheltered camp | | Need data (O) | Plateau Valley | |
| 5ME.6939 | Sheltered camp | | Need data (O) | Plateau Valley | |
| 5ME.6942 | Open camp | | Need data (O) | Plateau Valley | |
| 5ME.6951 | Open camp | | Need data (O) | Plateau Valley | |
| 5ME.6960 | Open lithic | | Need data (O) | Plateau Valley | |
| 5ME.697 | Open lithic | | Not eligible (F) | Glade Park | |
| 5ME.699 | Open camp | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.7004 | Open camp | Trash scatter/ dump | Eligible (O) | Roan Creek | |
| 5ME.7005 | Open camp | | Need data (O) | Roan Creek | |

BLM_0023158

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.701 | Open lithic | | Need data (F) | Gateway | |
| 5ME.7030 | Open camp | | Need data (O) | Bangs Canyon | Public Use |
| 5ME.708 | Sheltered camp | | No assessment | Roan Creek | |
| 5ME.7121 | Open camp | | Need data (O) | Roan Creek | |
| 5ME.714 | Sheltered camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.715 | Open lithic | | Need data (F) | Plateau Valley | |
| 5ME.716 | Open lithic | | Need data (F) | Grand Mesa Slopes | |
| 5ME.717 | | Camp | Need data (O) | Roan Creek | |
| 5ME.720 | Open camp | | Need data (F) | Gateway | |
| 5ME.7297 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.7298 | Open lithic | | Not Eligible (O) | Plateau Valley | |
| 5ME.7305 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.7306 | Open camp | | Eligible (O) | Plateau Valley | |
| 5ME.7308 | Sheltered camp | | Eligible (O) | Plateau Valley | |
| 5ME.7326 | Open lithic | | Eligible (O) | Grand Valley | |
| 5ME.7327 | Open lithic | | Eligible (O) | Grand Valley | |
| 5ME.7328 | Open lithic | | Eligible (O) | Grand Valley | |
| 5ME.734 | Open camp | | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.7352 | Sheltered camp, open camp | | Eligible (O) | Plateau Valley | |
| 5ME.7354 | Open lithic | | Not eligible (F) | Roan Creek | |
| 5ME.7355 | Open camp | | Not eligible (F) | Roan Creek | |
| 5ME.736 | Open lithic | | No assessment | Roan Creek | |
| 5ME.737 | | Mining | No assessment | Roan Creek | |
| 5ME.7372 | | Mining | Not Eligible (O) | Bangs Canyon | |
| 5ME.7373 | | Mining | Not Eligible (O) | Bangs Canyon | |
| 5ME.738 | Unknown | | No assessment | Roan Creek | |
| 5ME.752 | | Farm/ranch | Not Eligible (O) | Roan Creek | |
| 5ME.753 | | Habitation/ homestead | No assessment | Roan Creek | |
| 5ME.757 | | Habitation/ homestead | No assessment | Plateau Valley | |
| 5ME.760 | | Farm/ranch | Eligible (O) | Grand Mesa Slopes | |
| 5ME.770 | | Water control feature | Need data (F) | Grand Mesa Slopes | |
| 5ME.7740 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.7741 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.7742 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.776 | | | No assessment | Roan Creek | |
| 5ME.782 | Open lithic | | No assessment | Roan Creek | |
| 5ME.787 | Open camp | | Need data (F) | Roan Creek | |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0023159

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.788 | Sheltered camp | | Need data (F) | Roan Creek | |
| 5ME.789 | Open camp | | No assessment | Glade Park | |
| 5ME.790 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.791 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.7961 | Open camp | | Eligible (O) | Roan Creek | |
| 5ME.7963 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.7964 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.7965 | Open camp | | Need data (O) | Glade Park | |
| 5ME.7966 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.7967 | Open camp | | Need data (O) | Glade Park | |
| 5ME.7968 | Sheltered camp | | Eligible (F) | Glade Park | |
| 5ME.7969 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.797 | Open camp | | Need data (F) | Roan Creek | |
| 5ME.7970 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.7971 | Open camp | | Need data (O) | Glade Park | |
| 5ME.7972 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.7973 | Open camp | | Need data (O) | Glade Park | |
| 5ME.7974 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.7975 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.7976 | Sheltered camp | | Eligible (O) | Glade Park | |
| 5ME.7977 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.7978 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.7979 | Open camp | | Eligible (O) | Glade Park | |
| 5ME.7980 | Open camp | | Need data (O) | Glade Park | |
| 5ME.7982 | Open camp | | Need data (O) | Glade Park | |
| 5ME.799 | Open lithic | | Need data (F) | Glade Park | |
| 5ME.8005 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8006 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.8033 | Open camp | | Eligible (F) | Grand Mesa Slopes | |
| 5ME.8035 | | Road | Not eligible (F) | Grand Mesa Slopes | |
| 5ME.8037 | Open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.8042 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8047 | Rock art, open camp | | Eligible (O) | Grand Mesa Slopes | |
| 5ME.8048 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8049 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |

BLM_0023160

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.8057 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8058 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8059 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8060 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8061 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8072 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8073 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8074 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8075 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8076 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8077 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.8078 | Open camp | | Not Eligible (O) | Grand Mesa Slopes | |
| 5ME.808 | Sheltered camp | | Need data (F) | Roan Creek | |
| 5ME.809 | Sheltered camp | | Need data (F) | Roan Creek | |
| 5ME.811 | Open lithic | | Eligible (F) | Gateway | Public Use |
| 5ME.816 | | Farm/ranch | No assessment | Gateway | |
| 5ME.819 | Open lithic | | Need data (F) | Gateway | |
| 5ME.820 | Open camp | Trash scatter/ dump | Need data (F) | Gateway | |
| 5ME.822 | Open lithic | | Need data (F) | Gateway | |
| 5ME.823 | Open lithic | | Need data (F) | Gateway | |
| 5ME.824 | Open camp | | Not eligible (F) | Gateway | |
| 5ME.825 | Open lithic | | Need data (F) | Gateway | |
| 5ME.826 | Open lithic | | Need data (F) | Gateway | |
| 5ME.827 | Open lithic | | Need data (F) | Gateway | |
| 5ME.828 | Open lithic | | Need data (F) | Gateway | |
| 5ME.829 | Open lithic | | Not eligible (F) | Gateway | |
| 5ME.83 | Sheltered lithic | | No assessment | Roan Creek | |
| 5ME.837 | Open camp | Isolated feature | Eligible (F) | Roan Creek | |
| 5ME.839 | Sheltered architectural | | No assessment | Bangs Canyon | |
| 5ME.842 | Open camp | | Eligible (F) | Glade Park | |
| 5ME.843 | Open lithic | | Need data (F) | Gateway | |

BLM_0023161

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.844 | Sheltered camp | | Not eligible (F) | Plateau Valley | |
| 5ME.845 | Sheltered camp | | Not eligible (F) | Plateau Valley | |
| 5ME.846 | Sheltered camp | | Need data (F) | Plateau Valley | |
| 5ME.854 | Unknown | | No assessment | Bangs Canyon | |
| 5ME.857 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.858 | Open lithic | | Not eligible (F) | Bangs Canyon | |
| 5ME.859 | Open camp | | Need data (F) | Glade Park | |
| 5ME.863 | Open lithic | | No assessment | Roan Creek | |
| 5ME.8669 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.8670 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8671 | Open camp | | Need data (O) | Glade Park | |
| 5ME.8672 | Open lithic | Habitation/ homestead | Need data (O) | Glade Park | |
| 5ME.8674 | Open camp | | Need data (O) | Glade Park | |
| 5ME.8676 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8677 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8679 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8680 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8681 | Open camp | | Need data (O) | Glade Park | |
| 5ME.8682 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8683 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8685 | Open camp | | Need data (O) | Glade Park | |
| 5ME.8689 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8690 | Open camp | | Need data (O) | Glade Park | |
| 5ME.8691 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8692 | Open camp | | Not Eligible (O) | Glade Park | |
| 5ME.8693 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.8694 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8695 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8696 | | Trash scatter/ dump | Not Eligible (O) | Glade Park | |
| 5ME.8697 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8698 | Open lithic | Camp | Need data (O) | Glade Park | |
| 5ME.8699 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8700 | | Habitation/ homestead | Not Eligible (O) | Glade Park | |
| 5ME.8701 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8703 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8704 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8705 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.8706 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8707 | Open lithic | | Need data (O) | Glade Park | |
| 5ME.8708 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8709 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8711 | Open camp | | Not Eligible (O) | Glade Park | |

BLM_0023162

**Table I-2**
**Scientific Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.8712 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.8767 | Open lithic | | Not Eligible (O) | Glade Park | |
| 5ME.930 | | Habitation/ homestead | Need data (F) | Bangs Canyon | |
| 5ME.931 | | Water control feature | Not eligible (F) | Roan Creek | |
| 5ME.934 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.939 | Open camp | Habitation/ homestead | Eligible (F) | Plateau Valley | |
| 5ME.944 | Open camp | Farm/ranch, trash scatter | Need data (F) | Plateau Valley | |
| 5ME.946 | | Farm/ranch | Need data (F) | Plateau Valley | |
| 5ME.948 | Open lithic | | Eligible (F) | Plateau Valley | |
| 5ME.949 | Open camp | | Eligible (F) | Plateau Valley | |
| 5ME.950 | Open camp | | Need data (F) | Plateau Valley | |
| 5ME.954 | Sheltered camp | | Need data (F) | Roan Creek | |
| 5ME.970 | | | Not eligible (F) | Plateau Valley | |
| 5ME.973 | | | Not eligible (F) | Plateau Valley | |
| 5ME.975 | | | Not eligible (F) | Plateau Valley | |
| 5MN.2143 | Open camp | | Need data (F) | Gateway | |
| 5MN.2144 | Open lithic | | Need data (F) | Gateway | |
| 5MN.2145 | Open lithic | | Need data (F) | Gateway | |
| 5MN.3734 | Open camp | | Eligible (O) | Gateway | |
| 5MN.3735 | Open lithic | | Not Eligible (O) | Gateway | |
| 5MN.5381 | Open camp | | Eligible (O) | Gateway | |
| 5MN.5382 | Open camp | | Not Eligible (O) | Gateway | |
| 5MN.6236 | Open camp | | Eligible (O) | Gateway | |
| 5MN.6850 | Open lithic | | No assessment | Gateway | |
| 5MN.7956 | Open lithic | Habitation/ homestead | Not eligible (F) | Gateway | |
| 5MN.805 | Open camp | | Need data (F) | Gateway | |

BLM_0023163

**Table I-3**
**Conservation for Future Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|----------|----------------------|--------------------|-------------|-------------------|---------------------|
| 5ME.82 | DeBeque Rock Shelter - Sheltered camp | | Eligible (O) | Plateau Valley | |
| 5ME.213 | Watershed Rockshelter -Rock art, sheltered camp | Camp | Eligible (O) | Grand Mesa Slopes | |
| 5ME.465 | Rock art | | Eligible (O) | Glade Park | Traditional Use |
| 5ME.12851 | Rock art, sheltered camp | | Eligible (O) | Bangs Canyon | Traditional Use |

**Table I-4**
**Traditional Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|----------|----------------------|--------------------|-------------|-------------------|---------------------|
| 5ME.15376 | Burial | | Eligible (O) | Roan Creek | Conservation Use |
| 5ME.16500 | Ceremonial | Mining | Eligible (F) | Gateway | Scientific Use |
| 5ME.14046 | Culturally scarred tree | | Eligible (O) | Glade Park | Scientific Use |
| 5ME.14047 | Culturally scarred tree | | Eligible (O) | Glade Park | Scientific Use |
| 5ME.16646 | Culturally scarred tree | | Eligible (F) | Gateway | Scientific Use |
| 5ME.6060 | Culturally scarred tree | | Not eligible (F) | Grand Valley | Scientific Use |
| 5ME.6018 | Culturally scarred tree, open camp | | Need data (O) | Bangs Canyon | Scientific Use |
| 5GF.1080 | Open architectural | | Need data (F) | Roan Creek | Scientific Use |
| 5GF.1128 | Open architectural | | Eligible (F) | Grand Valley | Scientific Use |
| 5GF.115 | Open architectural | | Eligible (F) | Book Cliffs | Scientific Use |
| 5GF.1217 | Open architectural | | Need data (F) | Roan Creek | Scientific Use |
| 5GF.327 | Open architectural | | Need data (F) | Grand Valley | Scientific Use |
| 5GF.4251 | Open architectural | | Eligible (F) | Roan Creek | Scientific Use |
| 5ME.11726 | Open architectural | | Eligible (O) | Gateway | Scientific Use |
| 5ME.12031 | Open architectural | | Not Eligible (O) | Glade Park | Scientific Use |
| 5ME.12407 | Open architectural | | Eligible (F) | Gateway | Scientific Use |
| 5ME.13062 | Open architectural | | Eligible (O) | Gateway | Scientific Use |
| 5ME.13959 | Open architectural | | Eligible (O) | Plateau Valley | Scientific Use |
| 5ME.14071 | Open architectural | | Eligible (O) | Glade Park | Scientific Use |
| 5ME.14103 | Open architectural | | Eligible (O) | Roan Creek | Scientific Use |
| 5ME.14104 | Open architectural | | Eligible (O) | Roan Creek | Scientific Use |
| 5ME.14198 | Open architectural | Brush Fence | ONE | Plateau Valley | Public Use |
| 5ME.14199 | Open architectural | | Need data (O) | Plateau Valley | Scientific Use |

BLM_0023164

**Table I-4**
**Traditional Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.14302 | Open architectural | | Eligible (O) | Gateway | Scientific Use |
| 5ME.14307 | Open architectural | | Eligible (O) | Gateway | Scientific Use |
| 5ME.1524 | Open architectural | | Eligible (O) | Plateau Valley | Scientific Use |
| 5ME.15309 | Open architectural | | Eligible (O) | Roan Creek | Scientific Use |
| 5ME.15325 | Open architectural | | Eligible (O) | Roan Creek | Scientific Use |
| 5ME.15461 | Open architectural | | Eligible (O) | Plateau Valley | Scientific Use |
| 5ME.15827.1 | Open architectural | Brush Fence | OND | Plateau Valley | Public Use |
| 5ME.16331 | Open architectural | | Eligible (F) | Bangs Canyon | Scientific Use |
| 5ME.176 | Open architectural | | Need data (F) | Gateway | Scientific Use |
| 5ME.244 | Open architectural | | Need data (F) | Bangs Canyon | Scientific Use |
| 5ME.325 | Open architectural | | Eligible (O) | Bangs Canyon | Scientific Use |
| 5ME.330 | Open architectural | | Eligible (O) | Bangs Canyon | Scientific Use |
| 5ME.332 | Open architectural | | Eligible (O) | Bangs Canyon | Scientific Use |
| 5ME.3910 | Open architectural | Camp | Need data (F) | Grand Mesa Slopes | Scientific Use |
| 5ME.4651 | Open architectural | | Not Eligible (O) | Plateau Valley | Scientific Use |
| 5ME.470 | Open architectural | | Eligible (F) | Plateau Valley | Scientific Use |
| 5ME.4734 | Open architectural | | Not Eligible (O) | Grand Valley | Scientific Use |
| 5ME.5226 | Open architectural | | Not eligible (F) | Grand Mesa Slopes | Scientific Use |
| 5ME.6022 | Open architectural | Trash scatter/ dump | Eligible (F) | Grand Valley | Scientific Use |
| 5ME.6387 | Open architectural | | Eligible (O) | Plateau Valley | Scientific Use |
| 5ME.694 | Open architectural | | No assessment | Plateau Valley | Scientific Use |
| 5ME.719 | Open architectural | | No assessment | Roan Creek | Scientific Use |
| 5ME.807 | Open architectural | Ute Trail | No assessment | Roan Creek | Public Use |
| 5ME.84 | Open architectural | | Eligible (F) | Plateau Valley | Scientific Use |
| 5ME.8667 | Open architectural | | Not Eligible (O) | Bangs Canyon | Scientific Use |
| 5MN.6235 | Open architectural | | Eligible (O) | Gateway | Scientific Use |
| 5GF.1460 | Open architectural, ceremonial | | Eligible (F) | Book Cliffs | Scientific Use |
| 5ME.5962 | Open architectural, culturally scarred trees | | Eligible (O) | Gateway | Scientific Use |
| 5ME.3768 | Open architectural, rock art | | Eligible (F) | Grand Mesa Slopes | Scientific Use |
| 5ME.7089 | Open camp | | Eligible (O) | Roan Creek | Scientific Use |
| 5ME.974 | Open camp, culturally scarred trees | | Eligible (F) | Plateau Valley | Scientific Use |
| 5GF.1078 | Rock art | | Not eligible (F) | Book Cliffs | Scientific Use |
| 5GF.1436 | Rock art | | Not eligible (F) | Book Cliffs | Scientific Use |
| 5GF.168 | Rock art | Inscription | Eligible (F) | Book Cliffs | Scientific Use |
| 5GF.332 | Rock art | Inscription | Not eligible (F) | Book Cliffs | Scientific Use |
| 5GF.333 | Rock art | | Not eligible (F) | Book Cliffs | Scientific Use |

BLM_0023165

**Table I-4**
**Traditional Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5GF.342 | Rock art | | Need data (F) | Book Cliffs | Scientific Use |
| 5GF.518 | Rock art | | Not eligible (F) | Book Cliffs | Scientific Use |
| 5GF.742 | Rock art | | Eligible (O) | Book Cliffs | Scientific Use |
| 5ME.11361 | Rock art | | Eligible (O) | Glade Park | Scientific Use |
| 5ME.11376 | Rock art | | Eligible (O) | Glade Park | Scientific Use |
| 5ME.11380 | Rock art | | Eligible (O) | Glade Park | Scientific Use |
| 5ME.11399 | Rock art | | Eligible (O) | Glade Park | Scientific Use |
| 5ME.1637 | Rock art | | No assessment | Bangs Canyon | Public Use |
| 5ME.165 | Rock art | | Need data (F) | Gateway | Scientific Use |
| 5ME.237 | Rock art | | No assessment | Gateway | Scientific Use |
| 5ME.279 | Rock art | | Eligible (F) | Plateau Valley | Scientific Use |
| 5ME.398 | Rock art | | Eligible (F) | Grand Mesa Slopes | Scientific Use |
| 5ME.459 | Rock art | | Need data (F) | Bangs Canyon | Scientific Use |
| 5ME.4661 | Rock art | | Not eligible (F) | Gateway | Scientific Use |
| 5ME.6218 | Rock art | | Need data (O) | Bangs Canyon | Scientific Use |
| 5ME.705 | Rock art | | Eligible (O) | Gateway | Scientific Use |
| 5ME.706 | Rock art | | No assessment | Gateway | Scientific Use |
| 5ME.729 | Rock art | | No assessment | Gateway | Scientific Use |
| 5ME.786 | Rock art | | No assessment | Glade Park | Scientific Use |
| 5ME.79 | Rock art | | No assessment | Plateau Valley | Scientific Use |
| 5ME.8673 | Rock art | | Not Eligible (O) | Glade Park | Scientific Use |
| 5ME.8686 | Rock art | Inscription | Eligible (O) | Glade Park | Public Use |
| 5ME.1550 | Rock art | | Eligible (O) | Roan Creek | Scientific Use |
| 5ME.450 | Rock art, open camp | | Eligible (F) | Glade Park | Scientific Use |
| 5ME.4502 | Rock art, open camp | | Eligible (F) | Plateau Valley | Scientific Use |
| 5ME.15720 | Rock art, open lithic | | Eligible (F) | Plateau Valley | Conservation Use |
| 5ME.328 | Rock art, open lithic | | Eligible (O) | Bangs Canyon | Scientific Use |
| 5ME.329 | Rock art, open lithic | | Eligible (O) | Bangs Canyon | Public Use |
| 5GF.1509 | Rock art, sheltered camp | | Eligible (O) | Book Cliffs | Scientific Use |
| 5GF.931 | Rock art, sheltered camp | | Need data (O) | Book Cliffs | Scientific Use |
| 5ME.11250 | Rock art, sheltered camp | | Need data (F) | Bangs Canyon | Scientific Use |
| 5ME.11368 | Rock art, sheltered camp | | Eligible (O) | Glade Park | Scientific Use |
| 5ME.11369 | Rock art, sheltered camp | | Eligible (O) | Glade Park | Scientific Use |
| 5ME.11377 | Rock art, sheltered camp | | Eligible (O) | Glade Park | Scientific Use |

BLM_0023166

**Table I-4**
**Traditional Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.1548 | Rock art, sheltered camp | | Need data (F) | Bangs Canyon | Scientific Use |
| 5ME.1635 | Rock art, sheltered camp | | Need data (F) | Roan Creek | Scientific Use |
| 5ME.168 | Rock art, sheltered camp | | Need data (F) | Gateway | Scientific Use |
| 5ME.3731 | Rock art, sheltered camp | | Eligible (F) | Plateau Valley | Scientific Use |
| 5ME.4091 | Rock art, sheltered camp | | Need data (F) | Bangs Canyon | Scientific Use |
| 5ME.468 | Rock art, sheltered camp | | Need data (F) | Bangs Canyon | Scientific Use |
| 5ME.4947 | Rock art, sheltered camp | | Eligible (O) | Grand Mesa Slopes | Public Use |
| 5ME.718 | Rock art, sheltered camp | | Eligible (O) | Bangs Canyon | Scientific Use |
| 5ME.11334 | Rock art, sheltered camp | | Eligible (O) | Glade Park | Scientific Use |
| 5ME.6026 | Sheltered architectural | | Eligible (F) | Grand Valley | Scientific Use |
| 5GF.1147 | Sheltered architectural, rock art | | Eligible (O) | Book Cliffs | Scientific Use |
| 5ME.241 | Sheltered architectural, rock art | | Eligible (O) | Bangs Canyon | Scientific Use |
| 5GF.341 | Sheltered camp | | Need data (F) | Book Cliffs | Scientific Use |
| 5GF.768 | Sheltered camp | | Need data (O) | Book Cliffs | Scientific Use |
| 5ME.1053 | Sheltered camp | | Need data (F) | Glade Park | Scientific Use |
| 5ME.11374 | Sheltered camp | | Eligible (O) | Glade Park | Scientific Use |
| 5ME.11669 | Sheltered camp | Camp | Eligible (O) | Grand Mesa Slopes | Scientific Use |
| 5ME.11800 | Sheltered camp | | Eligible (F) | Glade Park | Scientific Use |
| 5ME.13659 | Sheltered camp | Inscription | Eligible (O) | Glade Park | Scientific Use |
| 5ME.13958 | Sheltered camp | | Eligible (O) | Plateau Valley | Scientific Use |
| 5ME.245 | Sheltered camp | | Need data (F) | Bangs Canyon | Scientific Use |
| 5ME.268 | Sheltered camp | | Eligible (F) | Plateau Valley | Scientific Use |
| 5ME.281 | Sheltered camp | | Eligible (F) | Plateau Valley | Scientific Use |
| 5ME.317 | Sheltered camp | | No assessment | Plateau Valley | Scientific Use |
| 5ME.3838 | Sheltered camp | | Not Eligible (O) | Plateau Valley | Scientific Use |
| 5ME.395 | Sheltered camp | | Listed NR | Bangs Canyon | Scientific Use |
| 5ME.4009 | Sheltered camp | | Not eligible (F) | Roan Creek | Scientific Use |
| 5ME.404 | Sheltered camp | | Eligible (F) | Grand Mesa Slopes | Scientific Use |

BLM_0023167

**Table I-4**
**Traditional Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Secondary Allocation |
|---|---|---|---|---|---|
| 5ME.406 | Sheltered camp | | Eligible (F) | Grand Mesa Slopes | Scientific Use |
| 5ME.407 | Sheltered camp | | Eligible (F) | Plateau Valley | Scientific Use |
| 5ME.4433 | Sheltered camp | | Eligible (F) | Roan Creek | Scientific Use |
| 5ME.4698 | Sheltered camp | | Need data (F) | Bangs Canyon | Scientific Use |
| 5ME.4716 | Sheltered camp | | Not eligible (F) | Glade Park | Scientific Use |
| 5ME.6341 | Sheltered camp | | Need data (F) | Bangs Canyon | Scientific Use |
| 5ME.687 | Sheltered camp | | Eligible (F) | Glade Park | Scientific Use |
| 5ME.99 | Sheltered camp | | Need data (F) | Glade Park | Scientific Use |
| 5GF.608 | Sheltered camp, open camp | | Not Eligible (O) | Book Cliffs | Scientific Use |
| 5ME.7307 | Sheltered camp, open camp | | Eligible (O) | Plateau Valley | Scientific Use |
| 5MN.1144 | Sheltered camp, open camp | | Eligible (F) | Gateway | Scientific Use |
| 5ME.504 | Trail | Trail | No assessment | Gateway | Public Use |
| 5MN.1170 | Trail | Mining | Need data (F) | Gateway | Scientific Use |
| 5MN.7955 | Trail | | Need data (F) | Gateway | Public Use |

**Table I-5**
**Public Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Description *(and secondary allocation if any)* |
|---|---|---|---|---|---|
| 5GF.11859 | | Water control | Not Eligible (O) | Plateau Valley | Bluestone Valley Ditch, functioning ditch, mostly private |
| 5GF.1510 | | Cadastral marker | Not Eligible (O) | Roan Creek | 1924 cadastral monument |
| 5GF.1511 | | Water control and a road | Not Eligible (O) | Roan Creek | This needs to be reevaluated and recorded as two distinct sites. The segment of the Gibler Ditch is on Clear Creek, the road is to the east. |
| 5GF.1588 | | Road | Not Eligible (O) | Roan Creek | Conn Creek Road, modern use of historic alignment |
| 5GF.2778 | | Water control feature | Not Eligible (O) | Big Salt Wash | Middle Camp Ditch No. 1, must be abandoned, current plot shows it in wash |
| 5GF.282 | | Road | Not eligible (F) | Book Cliffs | Trail Canyon Trail, extant trail/road along modern alignment of Douglas Pass Road |
| 5GF.3889 | | Communication | Need data (F) | Book Cliffs-Grand Valley | Two segments of abandoned telegraph line recorded on BLM |
| 5GF.3982 | | Water control | Need data (F) | Roan Creek | Newman Ditch, functioning ditch, mostly private |
| 5GF.4110 | | Water control | Not Eligible (F) | Roan Creek | Conwell Ditch, abandoned historic irrigation system |
| 5GF.4220 | | Water control feature | Need data (O) | Clear Creek | Himebaugh Ditch - abandoned and possible active segments, mostly on Private |
| 5GF.4221 | | Water control | Need data (F) | Roan Creek | Clear Creek Ditch, functioning ditch, mostly private |
| 5GF.4222 | | Water control | Need data (F) | Roan Creek | Roan Ck. Ditch No.3, functioning ditch, mostly private |
| 5GF.4224 | | Road | Not Eligible (F) | Roan Creek | Clear Creek Road, modern use of historic alignment |
| 5GF.4245 | | Cadastral marker | Not eligible (F) | Grand Valley | Abandoned cadastral marker, documents error in Township Survey |

BLM_0023169

**Table I-5**
**Public Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Description *(and secondary allocation if any)* |
|---|---|---|---|---|---|
| 5GF.4259 | | Road | Not Eligible (F) | Roan Creek | Bowdish Gulch Pack Trail-modern use of historic alignment |
| 5GF.621 | | Historic Wagon Road | Need data (O) | Baxter Pass | Baxter Pass - Roan Divide Wagon Road? abandoned. This alignment mapped at smaller scale by GLO in late 1800's |
| 5GF.642 | | Railroad | Need data (F) | Book Cliffs | Historic Uintah railroad grade and Baxter Pass Road in Garfield County and associated sites (Atchee on private) |
| 5GF.879 | | Water control feature | Not eligible (O) | East Salt Creek - Book Cliffs | Davenport Ditch - East Salt Creek abandoned irrigation ditch off |
| 5GF.881 | | Fence | Not eligible (F) | Demaree WSA | Range fence at the end of the Demaree Cherry stem, assoc. with historic road 5GF.882 |
| 5GF.882 | | Road | No assessment | Grand Valley | Demaree cherry stem, portions of the historic alignment appear on aerial, modern use on remaining |
| 5ME.1018 | | Mining | Need data (F) | Gateway | Loading chute on Hwy 141 near Gateway |
| 5ME.11086 | | Mining | Not Eligible (O) | Gateway | Upper North Larsen Canyon Uranium Camp Historic mining on Tenderfoot Mesa |
| 5ME.11696 | | Road | Eligible (O) | Grand Valley | Abandoned historic road assoc. with D&RGW abandoned RR grade at Utah border |
| 5ME.11803 | | Road | Listed NR | Plateau Valley | Colorado River Bridge - CDOT No. G-04-A |
| 5ME.11853 | | Road | Not Eligible (O) | Plateau Valley | Abandoned historic road south of Moffatt Gulch |
| 5ME.1187 | | Trail | Not Eligible (F) | Grand Mesa Slopes | Two track road on BLM at USFS boundary |
| 5ME.1194 | | Mining | Not Eligible (O) | Gateway | Outlaw Mines-Within Potential NRHP District- |
| 5ME.1196 | | Mining | Not Eligible (O) | Gateway | Peach Mines Within Potential NRHP District- |

BLM_0023170

**Table I-5**
**Public Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Description (and secondary allocation if any) |
|---|---|---|---|---|---|
| 5ME.12225 | Sheltered camp | | Eligible (O) | Bangs Canyon | Experimental Use |
| 5ME.12288 | | Mining | Eligible (F) | Gateway | Bonanza Claim Century Tunnel -Within Potential District-Contributing |
| 5ME.12289 | | Mining | Not eligible (F) | Gateway | Newhiesel Mine- Within Potential District-Contributing |
| 5ME.12480 | Sheltered camp | | Not Eligible (O) | Bangs Canyon | Experimental Use |
| 5ME.12483 | | Water control feature | Within Potential District-Contributing | Roan Creek | Associated with Grand Valley Diversion Dam on the Colorado River |
| 5ME.12484 | | Habitation/ homestead | Within Potential District-Contributing | Roan Creek | Associated with Grand Valley Diversion Dam on the Colorado River |
| 5ME.12566 | Open lithic | Mining | Not Eligible (O) | Gateway | Arrowhead Mine Landscape Within Potential NRHP District- |
| 5ME.13044 | | Road | Eligible (F) | Unaweep Canyon | Highway 141 modern use in original alignment |
| 5ME.13124 | | Mining | Eligible (O) | Gateway | Historic Mining landscape associated with the Climax Mines on Outlaw Mesa Within Potential NRHP District- |
| 5ME.14048 | | Water control | Not Eligible (O) | Glade Park - Mud Springs | Fruita Aqueduct - abandoned segment of water supply pipe |
| 5ME.14281 | | Rock feature | Not Eligible (O) | Bangs Canyon | Cadastral marker |
| 5ME.14306 | | Mining | Not Eligible (O) | Gateway | Historic mining associated with the Maverick Mines Within Potential NRHP District- |
| 5ME.15160 | Open lithic | Mining | Not Eligible (O) | Gateway | Historic mining in the Blue Mesa area Within Potential NRHP District- |
| 5ME.15161 | Open lithic | Mining | Not Eligible (O) | Gateway | Historic mining in the Blue Mesa area Within Potential NRHP District- |

BLM_0023171

**Table I-5**
**Public Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Description (and secondary allocation if any) |
|---|---|---|---|---|---|
| 5ME.15176 | Open lithic | Mining | Not Eligible (O) | Gateway | Historic mining associated with the Maverick Mines Within Potential NRHP District- |
| 5ME.15177 | | Mining | Not Eligible (O) | Gateway | Maverick Mines-Within Potential NRHP District- |
| 5ME.15178 | Open camp | Mining | No assessment | Gateway | Arrowhead Mine Landscape Within Potential NRHP District- |
| 5ME.15179 | | Mining | Not Eligible (O) | Gateway | Historic mining associated with the Calamity Mines |
| 5ME.15370 | | Trail | Not Eligible (O) | Bangs Canyon | Historic abandoned trail- Rough Canyon ACEC |
| 5ME.15463 | | Road | Not Eligible (O) | Plateau Valley | Horse Canyon Road, modern use of historic alignment |
| 5ME.15499 | | Water control feature | Need data (O) | Grand Valley | Salinity Control Project retention dam in the N. Fruita Desert |
| 5ME.15500 | | Road | Eligible (F) | Grand Valley | Hwy 139 - modern use in original alignment |
| 5ME.1556 | | Brush Fence | Not Eligible (F) | Dolores Point | This historic sites needs to be reevaluated, recorded as a site, and photographed |
| 5ME.15590.1 | | Water control | Not Eligible (F) | Grand Mesa Slopes | Laurent Ditch -functioning ditch, BLM & private |
| 5ME.15882 | | Water control feature | Not Eligible (F) | south of the town of DeBeque | Abandoned irrigation ditch off an unnamed drainage |
| 5ME.16136.1 | | Water control | Not Eligible (F) | Grand Mesa Slopes | Extension of the Bauer Ditch, abandoned ditch, mostly BLM in this segment |
| 5ME.16137.1 | | Water control | Eligible (F) | Grand Mesa Slopes | Kannah Creek Aqueduct - buried historic water pipe, still in use |
| 5ME.16155 | | Fence -Stone | Not Eligible (F) | Grand Mesa Slopes | Associated with cleared field at historic homestead |
| 5ME.16535 | | Road | Not Eligible (F) | Grand Mesa Slopes | Lands End CCC Trail segment, abandoned section of Lands End Road near USFS boundary |
| 5ME.16587.1 | | Historic powerline | Not Eligible (O) | DeBeque cut-off road | Abandoned powerline |

**Table I-5**
**Public Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Description (and secondary allocation if any) |
|---|---|---|---|---|---|
| 5ME.301 | | Water control feature | Listed NR | Colorado River DeBeque Canyon | Grand Valley Diversion Dam on the Colorado River |
| 5ME.4022 | | Fence | Not eligible (F) | Roan Creek | Log fence, recorded as possible homestead boundary fence, on private BLM boundary |
| 5ME.4436 | | Fence | Not Eligible (O) | Roberts Canyon Bunkwater Ridge | Range fence |
| 5ME.4676 | | Water control feature | Eligible (O) | Grand Valley | Government Highline Canal, ditch and associated features, mostly on private land |
| 5ME.4677 | | Water control feature | Eligible (O) | Grand Mesa Slopes | Old Mill Road aka in this location as Tabeguache Trail. Historic road, modern recreation use |
| 5ME.4680 | segment .3 is private and .15 is on BLM | Water control | Within District (Not Contributing) | Grand Valley | Kiefer Extention Canal, functioning ditch, mostly private |
| 5ME.4846 | | Road | No assessment | Bangs Canyon | Historic road house associated with Unaweep Canyon wagon road |
| 5ME.511 | | Mining | No assessment | Gateway | Copper Rivet Mine - Within Potential NRHP District- |
| 5ME.513 | | Mining | No assessment | Gateway | Pyramid Copper Mine and Mills-Within Potential NRHP District- |
| 5ME.5265 | Open lithic | Mining | Eligible (O) | Gateway | Calamity Camp Within Potential NRHP District- |
| 5ME.644 | | Historic Wagon Road | Eligible (O) with non contributing segments | Una Valley to Collbran | DeBeque & Upper Plateau County Wagon Road, abandoned wagon road |
| 5ME.6840 | | Road | Not Eligible (O) | Grand Mesa Slopes | Abandoned historic spur road to the historic Hogback Road (5ME.923) |
| 5ME.7022 | | Mining | Eligible (O) | Gateway | Rajah 30 Mine-Within Potential NRHP District- |

BLM_0023173

**Table I-5**
**Public Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Description *(and secondary allocation if any)* |
|---|---|---|---|---|---|
| 5ME.7023 | | Mining | Not Eligible (O) | Gateway | Rajah 30 Mine (Area B)- Within Potential District- |
| 5ME.7024 | | Mining | Eligible (O) | Gateway | Cherokee Camp Within Potential NRHP District- |
| 5ME.7025 | | Mining | Eligible (O) | Gateway | Pack Rat Mine - Within Potential NRHP District- |
| 5ME.7026 | | Mining | Need Data (O) | Gateway | Hubbard Mine - Within Potential NRHP District- |
| 5ME.7028 | | Mining | Not Eligible (O) | Gateway | New Verde Mine Within Potential NRHP District- |
| 5ME.7351 | | Railroad | Eligible (O) | Grand Valley | Abandoned railroad grade, Dener & Rio Grande Western |
| 5ME.7415.1 | | Historic Wagon Road | Not Eligible (O) | Plateau Valley | Plateau Creek Wagon Road, abandoned road, plotted segment is mostly on private |
| 5ME.7428 | | Mining | Not Eligible (O) | Gateway | Liberty Bell No. 2 Mine Within Potential NRHP District- |
| 5ME.7429 | | Mining | Not Eligible (O) | Gateway | Protector/Lincoln Mine Within Potential NRHP District- |
| 5ME.751 | | Habitation/ homestead | Not eligible (F) | Roan Creek | Latham Cabin - Historic homestead |
| 5ME.764 | | Water control feature | Eligible (O) | Grand Mesa Slopes | Redlands Hydroelectric Power Comples & Dam on the Gunnison River |
| 5ME.767 | | Railroad | Eligible (O) | Grand Valley | Uintah RR grade along Mesa County Road 4 |
| 5ME.768 | | Railroad | Need data (O) | Grand Valley | Carpentar Railroad grade |
| 5ME.8044 | | Water control | Not Eligible (O) | Grand Mesa Slopes | Lander Extension Ditch - abandoned historic ditch, private & BLM |
| 5ME.8079 | | Water control | | Grand Mesa Slopes | Long Mesa Ditch- abandoned historic ditch, this segment recorded on BLM |
| 5ME.815 | Trail | Road | Not eligible (F) | Plateau Valley | Scientific Use - Historic abandoned trail-this site needs a reevaluation to correct errors in the record |

BLM_0023174

**Table I-5**
**Public Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Description (and secondary allocation if any) |
|---|---|---|---|---|---|
| 5ME.821 | | Mining | Not eligible (F) | Gateway | Chado Mines- Within Potential NRHP District- |
| 5ME.923 | | Road | Eligible (F) | Palisade to Mesa, up Rapid Creek down Nate Creek | Hogback Road-modern use of historic alignment, no public access |
| 5ME.924 | | Historic Road | | Colorado River DeBeque Canyon | Roan Ck. Toll, functioning ditch, mostly private |
| 5ME16588.1 | | Water control feature | | DeBeque cut-off road | Abandoned irrigation ditch off an unnamed drainage |
| 5ME775 | | Historic Routes | No assessment | Plateau Valley, Grand Valley, Grand Mesa Slopes | Needs reevaluation. This one number records five historic routes, the Whitman, Gunnison, and Pattie surveys, the N. Branch of the Old Spanish Trail (a Designated National Historic Trail), and the Salt Lake Wagon Road. |
| 5MN.1171 | | Historic Trail | | Dolores River Canyon - Sewemup Mesa | McCarty Canyon Trail, abandoned trail associated with local historic figure, |
| 5MN.6048 | | Road | Eligible (F) | Gateway | Highway 141 modern use in original alignment |

**Table I-6**
**Experimental Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Allocation (Secondary) |
|---|---|---|---|---|---|
| 5ME.13337 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13338 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13339 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13340 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13341 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13342 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13343 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13344 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13345 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13346 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13347 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13348 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13349 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13350 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13351 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13352 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13354 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13355 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.13356 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.11933 | Open lithic | | Not Eligible (O) | Gateway | Scientific |
| 5ME.12785 | Open camp | | Not Eligible (O) | Gateway | Scientific |
| 5ME.12787 | Open camp | | Not Eligible (O) | Gateway | Scientific |
| 5ME.12791 | Open camp | | Not Eligible (O) | Gateway | Scientific |
| 5ME.12801 | Open camp | | Not Eligible (O) | Gateway | Scientific |
| 5ME.12803 | Open lithic | | Not Eligible (O) | Gateway | Scientific |
| 5ME.12805 | Open lithic | | Not Eligible (O) | Gateway | Scientific |
| 5ME.12807 | Open camp | | Not Eligible (O) | Gateway | Scientific |
| 5ME.15158 | Open camp | | Not Eligible (O) | Gateway | Scientific |
| 5ME.5116 | Open camp | | Not Eligible (O) | Gateway | Scientific |
| 5ME.5117 | Open camp | | Not Eligible (O) | Gateway | Scientific |
| 5ME.5902 | Open camp | | Not Eligible (O) | Gateway | Scientific |
| 5ME.11975 | Open lithic | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12002 | Open lithic | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12023 | Open lithic | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12025 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12029 | Open lithic | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12519 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12520 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12523 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12528 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12530 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12531 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12532 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12533 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12536 | Open camp | | Not Eligible (O) | Glade Park | Scientific |

BLM_0023176

**Table I-6**
**Experimental Use Sites**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Allocation (Secondary) |
|---|---|---|---|---|---|
| 5ME.12545 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12555 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12556 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12557 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12558 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.12559 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.13657 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.13660 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.13662 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.13663 | Open camp | | Not Eligible (O) | Glade Park | Scientific |
| 5ME.15502 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | Scientific |
| 5ME.15504 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | Scientific |
| 5ME.15507 | Open lithic | | Not Eligible (O) | Grand Mesa Slopes | Scientific |
| 5ME.6027 | Open lithic | | Not Eligible (O) | Grand Valley | Scientific |
| 5ME.6785 | Open lithic | | Not Eligible (O) | Grand Valley | Scientific |
| 5ME.4781 | | Farm/ranch | Not Eligible (O) | Plateau Valley | Scientific |
| 5ME.14944 | | Farm/ranch | Not Eligible (O) | Plateau Valley | Scientific |
| 5ME.4954 | Open lithic | | Not Eligible (O) | Plateau Valley | Scientific |
| 5ME.14089 | Open lithic | | Not Eligible (O) | Plateau Valley | Scientific |
| 5ME.4864 | Open lithic | | Not Eligible (O) | Plateau Valley | Scientific |
| 5ME.4865 | Open lithic | | Not Eligible (O) | Plateau Valley | Scientific |
| 5ME.14947 | Open lithic | | Not Eligible (O) | Plateau Valley | Scientific |
| 5ME.14948 | Open lithic | | Not Eligible (O) | Plateau Valley | Scientific |
| 5ME.11722 | Open lithic | | Not Eligible (O) | Gateway | Scientific |
| 5ME.14423 | Open camp | | Not Eligible (O) | Gateway | Scientific |
| 5ME.14435 | Open lithic | | Not Eligible (O) | Gateway | Scientific |
| 5ME.14436 | Open lithic | | Not Eligible (O) | Gateway | Scientific |
| 5ME.11919 | Open camp | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.11921 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.14285 | | Camp | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.14262 | Open lithic | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.14263 | | Camp | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.12926 | Open camp | | Not Eligible (O) | Bangs Canyon | Scientific |
| 5ME.14286 | | Camp | Not Eligible (O) | Bangs Canyon | Scientific |

BLM_0023177

**Table I-7**
**Sites Discharged from Management**

| Site No. | Prehistoric Site Type | Historic Site Type | Eligibility | RMP Planning Area | Justification |
|---|---|---|---|---|---|
| 5ME.4715 | wooden fence | | Not eligible (O) 2000 | Gateway | burned in Cone Mountain Fire |
| 5ME.239 | Rock Art | | Not eligible (O) 2008 | Gateway | not relocated, likely destroyed by Hwy. construction |
| 5GF.322 | Open lithic | | Not eligible (O) 2009 | Roan Creek | destroyed by construction |
| 5ME.3998 | Open lithic | | Not eligible (O) 2010 | Glade Park | land exchange, retained in patent reservation, released by data recovery |
| 5ME.5997 | Open camp | Homestead | Not eligible (O) 2010 | Glade Park | land exchange, retained in patent reservation, released by data recovery |
| 5ME.6141 | Open camp | | Not eligible (O) 2010 | Glade Park | land exchange, retained in patent reservation, released by data recovery |
| 5ME.6144 | Open camp | | Not eligible (O) 2010 | Glade Park | land exchange, retained in patent reservation, released by data recovery |

## I.7 REFERENCES

BLM. 2004. BLM Manual 8110: Identifying and Evaluating Cultural Resources. Rel. 8-73. BLM, Washington, DC. December 3, 2004. 42pp.

# Appendix J
## Allotments and Allotment Management Levels

BLM_0023179

BLM_0023180

# APPENDIX J
# ALLOTMENTS AND ALLOTMENT MANAGEMENT LEVELS

Additional detail regarding management actions and allowable uses for the livestock grazing program are provided in the Approved Resource Management Plan.

The following allotments are closed to livestock grazing:

- Baldridge Mesa: Category C allotment with a small amount of isolated public land, unsuitable for livestock, wildlife issues;

- Bevan: Category C allotment with a small amount of isolated public land, unsuitable for livestock, wildlife issues;

- Boulder Canyon: Category M allotment, conflicts with unfenced developed private land, recreation issues;

- Browns Place: Category C allotment, conflicts with unfenced developed private land;

- Brush Creek: Category C allotment with a small amount of isolated public land, unsuitable for livestock, wildlife issues;

- Charlesworth: Category C allotment with a small amount of isolated public land;

- Clifton: Category C allotment, conflicts with unfenced developed private land;

- Clover Gulch: Category C allotment with a small amount of isolated public land, unsuitable for livestock, wildlife issues;

- Coon Creek: Category C allotment with a small amount of public land, wildlife issues;

BLM_0023181

- Dead Horse: Category C allotment, conflicts with unfenced developed private land;

- Dry Kimball: Category C allotment with a small amount of public land, wildlife issues;

- Eby Point: Category C allotment with a small amount of public land, unsuitable for livestock;

- Erven; Category C allotment with a small amount of public land and riparian issues;

- Etcheverry: Category C allotment with a small amount of isolated public land, unsuitable for livestock;

- Fetters: Category C allotment with a small amount of isolated public land;

- Heely: Land Health and threatened and endangered species issues;

- Hight: Category C allotment with a small amount of public land;

- Horizon: Category C allotment with a small amount of public land;

- Hunter: Category C allotment with a small amount of isolated public land, unsuitable for livestock, wildlife issues;

- Logan Wash: Category C allotment with a small amount of isolated public land, unsuitable for livestock, wildlife issues;

- Parkes Place: Category C allotment with a small amount of isolated public land;

- Plateau Creek: Category C allotment with a small amount of public land and riparian issues;

- Red Mountain: Category C allotment with a small amount of public land;

- Webber: Category C allotment with a small amount of isolated public land, unsuitable for livestock, wildlife issues;

- Webb Isolated Tracts: Category C allotment with a small amount of isolated public land; and

- Whitewater Hill: Category C allotment, conflicts with unfenced developed private land.

Under the Approved RMP, the following criteria will be used to periodically evaluate whether to close other allotments or portions of allotments to livestock grazing:

- Areas identified as BLM disposal tracts;

- Lack of administrative access to public land;

BLM_0023182

- Small percentage of forage in allotment is contributed by BLM lands in allotment (less than 15 percent);

- Areas not accessible to livestock grazing (e.g., steep slopes);

- "C" category allotments that are relinquished and determined to be impractical for the administration of livestock grazing by the Authorized Officer;

- Major impact to wildlife or threatened and endangered species (e.g., competition for forage, winter range, sage-grouse habitat), or sensitive fish habitat, as determined by data analysis;

- Public health and safety;

- High intensity recreation areas or facilities;

- Resource objectives for municipal watersheds;

- Impacts to cultural resources; and

- Conflicts with adjoining private lands (development).

The following table provides a complete list of all allotments managed by the Grand Junction Field Office; their permitted AUMs, type of livestock, season of use, acreage, and management category.

BLM_0023183

| Allotment Name | Allotment Number | Permitted AUMs[1] | Type of Livestock | Begin Date | End Date | Public Acres | Private Acres | Public Acres Available[1] | Management Category[2] |
|---|---|---|---|---|---|---|---|---|---|
| 28 Hole | 06126 | 56 | Cattle | 11/10 | 1/20 | 663 | 0 | 663 | I |
| | | | | 4/10 | 6/7 | | | | |
| 4-A Individual | 06756 | 22 | Cattle | 9/1 | 9/30 | 206 | 1 | 206 | C |
| 4-A Mountain | 06725 | 308 | Cattle | 6/16 | 10/15 | 926 | 1,039 | 926 | M |
| | | | Horse | 6/16 | 10/15 | | | | |
| 4-A Place | 06755 | 12 | Cattle | 9/1 | 9/30 | 91 | 197 | 91 | C |
| Ames | 06413 | 21 | Cattle | 1/15 | 4/1 | 257 | 318 | 257 | C |
| B. Hawkins | 16825 | 45 | Cattle | 2/1 | 2/28 | 87 | 273 | 87 | C |
| | | | | 3/1 | 4/30 | | | | |
| Badger Wash | 06601 | 429 | Cattle | 3/1 | 4/30 | 7,688 | 289 | 7,688 | I |
| | | | | 12/2 | 12/30 | | | | |
| Baker Canyon | 06731 | 10 | Cattle | 4/25 | 5/24 | 171 | 0 | 171 | C |
| | | | | 11/15 | 12/15 | | | | |
| Bald Hill Common | 16802 | 100 | Cattle | 6/15 | 7/3 | 781 | 15 | 781 | M |
| Baldridge Mesa | 06851 | 0 | Cattle | 04/10 | 2/12 | 766 | 792 | 0 | C |
| Bangs | 06116 | 1,563 | Cattle | 3/1 | 5/29 | 23,072 | 875 | 23,072 | I |
| | | | | 11/1 | 2/28 | | | | |
| Bar-X[3] | 05808 | | | | | 8,667 | | | |
| Battleship | 06167 | 19 | Cattle | 5/20 | 6/20 | 1,090 | 2,572 | 1,090 | C |
| | | | | 10/25 | 12/1 | | | | |
| Bear Gulch | 06701 | 58 | Cattle | 5/25 | 7/20 | 1,163 | 1,672 | 1,163 | C |
| | | | | 10/16 | 11/20 | | | | |
| Beaver Mesa | 06404 | 40 | Cattle | 11/25 | 1/18 | 1,026 | 85 | 1,026 | I |
| Beehive | 16807 | 177 | Cattle | 5/16 | 6/30 | 3,932 | 382 | 3,932 | I |
| | | | | 10/1 | 10/8 | | | | |
| | | 321 | Cattle | 5/16 | 6/30 | | | | |
| | | | | 10/1 | 10/8 | | | | |
| Beeman | 06432 | 33 | Cattle | 4/16 | 5/31 | 853 | 807 | 853 | C |
| | | | | 10/16 | 11/15 | | | | |
| Beezer | 06165 | 251 | Cattle | 5/1 | 6/1 | 1,126 | 12 | 1,126 | I |
| | | | | 11/16 | 11/30 | | | | |
| Berg's North Mesa | 06424 | 202 | Cattle | 5/10 | 11/16 | 1,704 | 616 | 1,704 | M |

| Allotment Name | Allotment Number | Permitted AUMs[1] | Type of Livestock | Begin Date | End Date | Public Acres | Private Acres | Public Acres Available[1] | Management Category[2] |
|---|---|---|---|---|---|---|---|---|---|
| Berry Homestead | 06702 | 108 | Cattle | 5/1 | 5/31 | 2,913 | 124 | 2,913 | I |
| | | 73 | Cattle | 11/15 | 12/31 | | | | |
| | | | | 5/1 | 5/31 | | | | |
| | | 37 | Cattle | 11/15 | 12/31 | | | | |
| | | | | 5/1 | 5/31 | | | | |
| | | | | 11/15 | 12/31 | | | | |
| Berthod Place | 06848 | 19 | Cattle | 7/10 | 9/18 | 162 | 166 | 162 | C |
| Bevan | 16816 | 0 | Cattle | 6/15 | 9/15 | 196 | 1,007 | 0 | C |
| Big Park | 06843 | 759 | Cattle | 4/15 | 6/10 | 11,658 | 8,088 | 11,658 | M |
| Big Salt | 16501 | 1,299 | Cattle | 3/1 | 5/5 | 27,117 | 2,906 | 27,117 | I |
| | | | | 5/1 | 11/15 | | | | |
| | | | | 11/15 | 2/28 | | | | |
| Blue Mesa | 06406 | 1,114 | Cattle | 3/1 | 5/31 | 41,878 | 375 | 41,878 | I |
| | | | | 11/1 | 02/28 | | | | |
| Boulder Canyon | 06157 | 0 | Cattle | 5/16 | 6/15 | 2,473 | 10 | 0 | I |
| Brink Pedigo Gulch | 6703 | 111 | Cattle | 4/26 | 6/25 | 5,621 | 2,626 | 5,621 | I |
| | | | | 11/20 | 12/30 | | | | |
| Browns Place | 06850 | 0 | Cattle | 3/28 | 4/27 | 810 | 643 | 0 | C |
| Brush Creek | 06708 | 0 | Cattle | 4/1 | 5/1 | 856 | 3,253 | 0 | C |
| Brush Mountain Comm. | 06705 | 624 | Cattle | 7/1 | 9/30 | 1,869 | 86 | 1,869 | I |
| | | 15 | Cattle | 7/1 | 9/30 | | | | |
| Buckhorn[3] | 05863 | | | | | 2,438 | | | |
| Bull Draw Comm. | 06402 | 100 | Cattle | 4/26 | 5/26 | 4,857 | 121 | 4,857 | I |
| | | | | 11/1 | 11/15 | | | | |
| Bull Hill-Mav Comm. | 06407 | 564 | Cattle | 5/5 | 5/27 | 14,611 | 0 | 14,611 | I |
| | | | | 10/16 | 11/15 | | | | |
| Burdick E. of Ranch | 06706 | 90 | Cattle | 11/1 | 11/30 | 1,284 | 125 | 1,284 | I |
| Burdick Homestead | 06707 | 21 | Cattle | 6/27 | 11/1 | 75 | 714 | 75 | C |
| Burford Individual | 06153 | 29 | Cattle | 6/20 | 7/14 | 493 | 838 | 493 | C |
| Carbon | 06722 | 415 | Cattle | 5/31 | 10/31 | 1,363 | 912 | 1,363 | M |
| Carns Point | 06149 | 10 | Cattle | 6/1 | 6/7 | 50 | 37 | 50 | C |
| | | | | 10/15 | 10/21 | | | | |
| Carr Creek | 06709 | 145 | Cattle | 10/1 | 12/14 | 614 | 732 | 614 | C |

| Allotment Name | Allotment Number | Permitted AUMs[1] | Type of Livestock | Begin Date | End Date | Public Acres | Private Acres | Public Acres Available[1] | Management Category[2] |
|---|---|---|---|---|---|---|---|---|---|
| Casto-Lines Comm. | 06408 | 105 | Cattle | 4/16 | 5/15 | 1,694 | | 1,694 | I |
| | | | | 11/1 | 12/30 | | | | |
| | | 28 | Cattle | 11/1 | 12/31 | | | | |
| | | | | 4/16 | 5/24 | | | | |
| Cathedral Bluffs[4] | | | | | | | | | |
| Chalk Mountain | 06845 | 70 | Cattle | 5/20 | 10/31 | 1,588 | 0 | 1,588 | C |
| Charlesworth Iso. Tra. | 06855 | 0 | Cattle | 4/16 | 7/30 | 117 | 0 | 0 | C |
| Clarks Bench | 06122 | 106 | Cattle | 5/9 | 6/15 | 2,467 | 603 | 2,467 | I |
| Clifton | 06817 | 0 | Cattle | 4/16 | 5/15 | 490 | 1,207 | 0 | C |
| | | | Cattle | 1/1 | 1/31 | | | | |
| Clover Gulch | 06827 | 0 | Cattle | 4/16 | 6/16 | 714 | | 0 | C |
| Coal Gulch | 16502 | 303 | Cattle | 6/15 | 10/15 | 23,528 | 160 | 23,528 | I |
| Coates Creek | 06161 | 26 | Cattle | 5/1 | 5/10 | 378 | 252 | 378 | C |
| | | | | 11/15 | 11/22 | | | | |
| Collier[5] | 06839 | 121 | Cattle | 6/8 | 6/30 | 945 | 249 | 945 | C |
| | | | | 10/1 | 10/14 | | | | |
| Conn Creek/McCurdy | 06710 | 136 | Cattle | 5/1 | 5/30 | 1,643 | 349 | 1,643 | I |
| Conn Mtn Common | 06711 | 70 | Cattle | 6/1 | 10/31 | 166 | | 166 | C |
| | | 10 | Cattle | 5/16 | 10/15 | | | | |
| | | 10 | Cattle | 6/1 | 10/30 | | | | |
| Cook Canyon | 06159 | 18 | Cattle | 4/1 | 12/31 | 126 | 112 | 126 | C |
| Coon Creek | 16804 | 0 | Cattle | 5/25 | 6/18 | 357 | 18 | 0 | C |
| Coon Hollow Common | 06712 | 120 | Cattle | 4/15 | 6/10 | 19,219 | 1,059 | 17,965 | I |
| | | 100 | Cattle | 4/15 | 6/10 | | | | |
| Corcoran Wash | 06704 | 1,296 | Cattle | 5/1 | 6/15 | 9,972 | 1,357 | 9,972 | I |
| | | | | 10/16 | 12/31 | | | | |
| Cottonwood | 06431 | 222 | Cattle | 3/1 | 5/10 | 2,649 | 316 | 2,649 | C |
| | | | | 1/11 | 2/28 | | | | |
| Cow Mountain | 06751 | 686 | Cattle | 6/16 | 9/30 | 1,992 | 523 | 1,992 | I |
| Davis | 16818 | 35 | Cattle | 5/1 | 5/15 | 483 | 207 | 483 | C |
| | | | | 9/25 | 10/9 | | | | |
| Davis Amp | 06201 | 290 | Cattle | 4/15 | 5/20 | 4,274 | 1,134 | 4,274 | I |
| | | | | 12/4 | 1/13 | | | | |
| Dead Horse | 16119 | 0 | Cattle | 1/1 | 1/30 | 1,202 | 0 | 0 | C |

BLM_0023186

| Allotment Name | Allotment Number | Permitted AUMs[1] | Type of Livestock | Begin Date | End Date | Public Acres | Private Acres | Public Acres Available[1] | Management Category[2] |
|---|---|---|---|---|---|---|---|---|---|
| Dierich Ranch | 16112 | 54 | Cattle | 5/20 11/10 | 5/23 11/19 | 1,388 | 1,345 | 1,388 | C |
| Dolores Point[6] | 06429 | 821 | Cattle | 5/1 10/17 11/1 12/20 | 6/20 10/31 12/20 12/31 | 7,590 | 37 | 7,590 | I |
| Dolores River | 06411 | 160 | Cattle | 4/16 11/25 | 5/25 1/5 | 3,535 | 437 | 3,535 | I |
| Dougherty Gulch | 06714 | 140 | Cattle | 6/1 | 11/2 | 3,384 | 1,261 | 3,384 | I |
| Dry Canyon-Demaree | 16608 | 272 | Cattle | 1/1 | 2/28 | 10,419 | 591 | 10,419 | M |
| Dry Fork | 06715 | 564 | Cattle | 3/1 | 2/28 | 10,941 | 3,180 | 10,941 | M |
| Dry Kimball | 16834 | 0 | Cattle | 5/26 | 6/15 | 830 | 212 | 0 | C |
| Dugway | 06403 | 296 | Cattle | 4/15 11/20 | 5/9 1/19 | 6,097 | 41 | 6,097 | I |
| Duval | 16127 | 57 | Cattle | 10/24 | 11/7 | 658 | 0 | 658 | M |
| Duvall Bottom | 02777 | 29 | Cattle | 4/10 10/15 | 6/15 2/28 | 1,173 | 0 | 1,173 | C |
| East End Cow Mtn | 06716 | 101 | Cattle | 6/1 | 7/30 | 386 | 31 | 386 | M |
| East of Collbran | 6854 | 84 | Cattle | 5/1 | 11/30 | 642 | | 642 | C |
| East Salt[7] | 16602 | 3,852 | Cattle | 3/1 | 2/28 | 110,366 | 6,137 | 110,366 | I |
| East Toms Can Comm. | 16106 | 137 | Cattle | 4/20 11/15 | 6/2 12/9 | 3,681 | 211 | 3,681 | I |
| | | 68 | Cattle | 5/1 10/9 | 5/31 10/17 | | | | |
| Eby Gulch | 06717 | 32 | Cattle | 5/6 12/1 | 5/16 12/30 | 1,546 | 172 | 1,546 | C |
| Eby Point | 06719 | 0 | Cattle | 6/16 | 10/14 | 639 | 8 | 0 | C |
| EHL | 06423 | 1 | Cattle | 2/1 | 2/28 | 193 | 123 | 193 | C |
| Erven | 16819 | 0 | Cattle | 5/1 | 10/31 | 24 | 0 | 0 | C |
| Etcheverry | 06720 | 0 | Cattle | 2/1 | 2/28 | 572 | 1,970 | 0 | C |
| Fessler | 16113 | 63 | Cattle | 5/1 | 6/1 | 888 | 166 | 888 | C |
| Fetters[8] | 16821 | 0 | Cattle | 5/1 | 10/30 | 44 | 306 | 0 | C |
| Fish Canyon | 06164 | 180 | Cattle | 5/1 12/1 | 5/31 12/31 | 3,659 | 24 | 3,659 | I |
| Flat Rock | 06139 | 114 | Cattle | 7/1 | 11/1 | 705 | 1,455 | 705 | C |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0023187

| Allotment Name | Allotment Number | Permitted AUMs[1] | Type of Livestock | Begin Date | End Date | Public Acres | Private Acres | Public Acres Available[1] | Management Category[2] |
|---|---|---|---|---|---|---|---|---|---|
| G-M-L Allotment | 06420 | 132 | Cattle | 3/1 12/1 | 3/31 12/31 | 3,381 | 14 | 3,381 | M |
| Gapter | 06820 | 84 | Cattle | 5/1 10/16 | 6/15 11/30 | 576 | 49 | 576 | C |
| Garr Mesa | 16503 | 334 | Cattle | 3/1 10/21 | 5/1 2/28 | 6,224 | 3,932 | 6,224 | M |
| Grassy Gulch Common | 16803 | 17 | Cattle | 6/1 | 6/15 | 431 | 9 | 431 | M |
| | | 25 | Cattle | 6/1 | 6/15 | | | | |
| | | 17 | Cattle | 6/1 | 6/15 | | | | |
| Guthrie Place | 16814 | 18 | Cattle | 6/1 | 7/31 | 143 | 123 | 143 | C |
| Halfway House | 16823 | 54 | Cattle | 5/1 | 5/31 | 964 | 261 | 964 | M |
| Hall | 06162 | 15 | Cattle | 5/1 | 6/19 | 73 | 18 | 73 | C |
| Hamilton | 06433 | 49 | Cattle | 1/1 | 3/15 | 635 | 207 | 635 | M |
| Hawxhurst Common | 16805 | 166 | Cattle | 5/20 | 6/8 | 3,818 | 1,595 | 3,818 | M |
| | | 89 | Cattle | 5/20 | 7/4 | | | | |
| | | 54 | Cattle | 5/20 | 7/4 | | | | |
| Head of Carr Creek | 06721 | 250 | Cattle | 6/16 | 11/1 | 4,115 | 2,140 | 4,115 | I |
| Heely | 16837 | 0 | Cattle | 4/20 | 5/31 | 2,327 | 214 | 0 | I |
| Henderson Ridge Comm. | 06723 | 81 | Cattle | 6/16 | 10/30 | 1,153 | 385 | 1,153 | M |
| | | 39 | Cattle | 6/16 | 10/13 | | | | |
| | | 99 | Cattle | 6/16 | 10/30 | | | | |
| Hight | 16828 | 0 | Cattle | 6/1 | 7/30 | 39 | | 0 | C |
| Highway 50 | 16204 | 77 | Cattle | 5/20 11/15 | 5/25 12/7 | 885 | 308 | 885 | C |
| Hill Creek-Flats | 06166 | 710 | Cattle | 6/1 11/1 | 7/10 11/15 | 5,470 | 597 | 5,470 | I |
| Hittle Place Ind. | 06841 | 75 | Cattle | 5/16 | 10/15 | 433 | 20 | 433 | C |
| Homestead | 06740 | 210 | Cattle | 5/10 | 7/1 | 4,566 | 739 | 4,566 | M |
| Horizon | 16830 | 0 | | 5/16 | 9/30 | 118 | | 0 | C |
| Horse Mountain | 06726 | 100 | Cattle | 6/16 | 10/15 | 556 | 339 | 556 | M |
| Hubbard[6] | 06419 | 621 | Cattle | 4/1 | 11/1 | 25,183 | 5,297 | 25,183 | I |
| Hunter | 16829 | 0 | Cattle | 6/1 | 9/15 | 143 | 1 | 0 | C |
| Hunter Wash | 16504 | 1,411 | Cattle | 3/1 12/1 | 5/3 2/28 | 13,042 | 710 | 13,042 | I |

| Allotment Name | Allotment Number | Permitted AUMs[1] | Type of Livestock | Begin Date | End Date | Public Acres | Private Acres | Public Acres Available[1] | Management Category[2] |
|---|---|---|---|---|---|---|---|---|---|
| I.A.E. of Ranch | 06727 | 147 | Cattle | 5/1 | 5/30 | 1,821 | 519 | 1,821 | M |
| | | | | 11/1 | 12/15 | | | | |
| J.L. | 06422 | 37 | Cattle | 3/1 | 5/15 | 165 | 164 | 165 | C |
| | | | | 12/31 | 2/28 | | | | |
| Jerry Gulch | 06847 | 151 | Cattle | 5/1 | 6/30 | 1,472 | 950 | 1,472 | I |
| Kannah Creek Common | 16202 | 2,349 | Cattle | 5/1 | 6/30 | 20,158 | 4,466 | 20,158 | I |
| | | | | 10/15 | 11/30 | | | | |
| | | | | 12/15 | 1/15 | | | | |
| | | | | 1/16 | 1/23 | | | | |
| | | 664 | Cattle | 5/1 | 6/30 | | | | |
| | | | | 10/1 | 12/30 | | | | |
| | | 690 | Cattle | 5/1 | 6/30 | | | | |
| | | | | 10/1 | 12/30 | | | | |
| Kannah Creek Indiv. | 06207 | 105 | Cattle | 9/1 | 2/28 | 952 | 1,992 | 952 | C |
| Kelly Individual | 06169 | 13 | Cattle | 8/1 | 9/2 | 226 | 0 | 226 | C |
| Kimball Creek | 06724 | 193 | Cattle | 3/1 | 5/30 | 13,876 | 9,413 | 13,876 | M |
| | | | | 11/1 | 11/30 | | | | |
| Kimball Foothill Comm. | 06728 | 31 | Cattle | 5/15 | 6/13 | 433 | 266 | 433 | C |
| | | 18 | Cattle | 5/15 | 6/14 | | | | |
| Kimball Mtn. | 06729 | 200 | Cattle | 6/1 | 10/31 | 695 | 8,158 | 695 | M |
| King-Rogers | 16118 | 121 | Cattle | 6/17 | 10/31 | 895 | 14,345 | 895 | C |
| Kings Gap | 16104 | 25 | Cattle | 4/1 | 4/30 | 453 | 510 | 453 | C |
| Kinney | 16833 | 79 | Cattle | 6/21 | 6/30 | 1,448 | 4 | 1,448 | C |
| | | | | 10/1 | 10/3 | | | | |
| Ladder Canyon | 06158 | 142 | Cattle | 2/15 | 5/15 | 3,388 | 1,790 | 3,388 | I |
| Landini | 16120 | 161 | Cattle | 3/14 | 5/1 | 2,166 | | 2,166 | M |
| Lapham-Post | 16506 | 604 | Cattle | 5/2 | 11/15 | 8,052 | 863 | 8,052 | I |
| Leon | 16832 | 85 | Cattle | 6/15 | 10/15 | 291 | 1,439 | 291 | C |
| Leslie-Bays | 16131 | 48 | Cattle | 6/1 | 6/15 | 961 | 5,144 | 961 | C |
| | | | | 12/1 | 2/1 | | | | |
| Little Dolores River | 06134 | 85 | Cattle | 6/15 | 11/15 | 1,638 | 4,733 | 1,638 | C |
| Little Salt | 16507 | 2,734 | Cattle | 3/1 | 5/31 | 29,262 | 1,349 | 29,262 | I |
| | | | | 12/1 | 2/28 | | | | |
| Lloyd | 16835 | 113 | Cattle | 5/22 | 10/31 | 1,879 | 3,013 | 1,879 | M |
| Logan End Common | 06732 | 86 | Cattle | 6/1 | 10/31 | 1,653 | 2,913 | 1,653 | M |

BLM_0023189

| Allotment Name | Allotment Number | Permitted AUMs[1] | Type of Livestock | Begin Date | End Date | Public Acres | Private Acres | Public Acres Available[1] | Management Category[2] |
|---|---|---|---|---|---|---|---|---|---|
| Logan Gulch | 06733 | 255 | Cattle | 5/5 | 6/18 | 3,471 | 398 | 3,471 | I |
| | | 169 | Cattle | 5/5 | 6/18 | | | | |
| | | 84 | Cattle | 5/5 | 6/18 | | | | |
| Logan Wash | 06734 | 0 | Cattle | 4/5 | 5/31 | 1,560 | 423 | 0 | M |
| Long | 16836 | 45 | Cattle | 5/16 | 6/30 | 279 | 1,037 | 279 | C |
| Lorimor | 16838 | 20 | Cattle | 6/1 | 9/1 | 167 | 152 | 167 | C |
| Lower 4-A | 06738 | 488 | Cattle | 6/6 | 10/30 | 1,855 | 1,189 | 1,855 | I |
| Lower Brush Mtn. Ind. | 06735 | 128 | Cattle | 6/16 | 10/15 | 477 | 4,072 | 477 | C |
| Lower Carr Creek | 06736 | 30 | Cattle | 5/3 | 6/2 | 303 | 1,004 | 303 | C |
| | | | | 10/1 | 10/31 | | | | |
| Lower Rapid-Cottonwood | 06844 | 168 | Cattle | 4/15 | 5/14 | 4,087 | 32 | 4,087 | M |
| | | | | 10/1 | 11/15 | | | | |
| Lower Roan Creek Comm. | 06737 | 57 | Cattle | 5/15 | 6/5 | 2,709 | 1,278 | 2,709 | I |
| | | | | 11/1 | 11/15 | | | | |
| | | 104 | Cattle | 6/1 | 6/15 | | | | |
| | | | | 10/16 | 10/22 | | | | |
| Lyons/Anderson | 16811 | 218 | Cattle | 5/1 | 6/14 | 1,963 | 157 | 1,963 | I |
| | | | | 10/16 | 11/30 | | | | |
| Mabie | 06160 | 10 | Cattle | 6/1 | 10/31 | 65 | 729 | 65 | C |
| Malone | 16107 | 5 | Cattle | 12/1 | 4/30 | 86 | 394 | 86 | C |
| Massey | 06437 | 29 | Cattle | 3/1 | 5/31 | 691 | 372 | 691 | C |
| | | | | 12/1 | 2/28 | | | | |
| McKay Fork | 06746 | 985 | Cattle | 6/13 | 9/30 | 10,505 | 2,339 | 10,505 | I |
| Meinhart | 16150 | 80 | Cattle | 8/1 | 9/30 | 2,144 | 1,695 | 2,144 | M |
| Milholland | 06840 | 27 | Cattle | 5/1 | 6/15 | 272 | 464 | 272 | C |
| Mogensen | 16508 | 67 | Cattle | 4/20 | 5/20 | 1,397 | 160 | 1,397 | M |
| Molina Place | 06853 | 30 | Cattle | 4/1 | 5/31 | 93 | 148 | 93 | C |
| Moore | 06140 | 48 | Yrling Cattle | 6/1 | 9/27 | 336 | 1,031 | 336 | C |
| Mormon Mesa[8] | 06857 | 18 | Cattle | 5/11 | 6/15 | 198 | | 198 | C |
| | | 11 | Cattle | 6/1 | 6/14 | | | | |
| Mountain Island[9] | 06154 | 1,612 | Cattle | 3/1 | 2/28 | 35,046 | 8,495 | 35,046 | I |
| Mt. Garfield | 16509 | 1,000 | Cattle | 3/1 | 4/30 | 26,124 | 4,549 | 26,124 | I |
| | | | | 12/1 | 2/28 | | | | |
| Mule Trail Draw | 06421 | 8 | Cattle | 12/11 | 1/10 | 180 | 195 | 180 | C |

BLM_0023190

| Allotment Name | Allotment Number | Permitted AUMs[1] | Type of Livestock | Begin Date | End Date | Public Acres | Private Acres | Public Acres Available[1] | Management Category[2] |
|---|---|---|---|---|---|---|---|---|---|
| N.E. Spear | 06718 | 517 | Cattle | 4/16 | 5/31 | 6,411 | 1,316 | 6,411 | I |
| | | | | 11/16 | 2/15 | | | | |
| | | 29 | Cattle | 4/16 | 5/31 | | | | |
| Nelson | 06428 | 175 | Cattle | 4/25 | 7/1 | 2,386 | 2,449 | 2,386 | M |
| | | | | 10/1 | 1/5 | | | | |
| North Creek | 06416 | 99 | Cattle | 5/1 | 5/30 | 1,215 | 0 | 1,215 | C |
| | | | | 12/1 | 1/15 | | | | |
| North East Creek | 06156 | 81 | Cattle | 5/1 | 5/15 | 3,183 | 245 | 3,183 | M |
| | | | | 11/1 | 12/16 | | | | |
| North Fork | 06146 | 60 | Cattle | 6/1 | 11/14 | 1,259 | 1,531 | 1,259 | C |
| North Fork Kannah Cr | 06209 | 125 | Cattle | 4/20 | 6/1 | 2,022 | 338 | 2,022 | I |
| | | | | 12/1 | 1/15 | | | | |
| Notch Spring | 16121 | 271 | Cattle | 5/9 | 9/9 | 3,467 | 237 | 3,467 | M |
| | | | | 11/1 | 11/9 | | | | |
| O. Hawkins | 16826 | 46 | Cattle | 7/7 | 9/19 | 164 | 245 | 164 | C |
| Paddock | 06742 | 245 | Cattle | 5/15 | 10/13 | 1,723 | 717 | 1,723 | M |
| Palisade Flats | 16401 | 400 | Cattle | 10/21 | 2/28 | 8,962 | 383 | 8,962 | I |
| Palisade Point | 06145 | 91 | Cattle | 5/10 | 6/11 | 1,962 | 140 | 1,962 | M |
| Parkes Place | 06743 | 0 | Cattle | 5/16 | 6/15 | 106 | | 0 | C |
| | | | | 10/16 | 10/31 | | | | |
| Payne Wash | 16132 | 26 | Cattle | 6/16 | 6/25 | 2,408 | 1,117 | 2,408 | C |
| | | | | 11/16 | 12/5 | | | | |
| Pineridge | 06151 | 93 | Cattle | 5/25 | 10/31 | 1,237 | 663 | 1,237 | C |
| Plateau Creek | 16810 | 0 | Cattle | 6/1 | 9/15 | 117 | 39 | 0 | C |
| Prairie Canyon[6] | 16616 | 318 | Cattle | 6/1 | 11/25 | 23,957 | 1,131 | 23,957 | I |
| Red Mountain | 16813 | 0 | Cattle | 5/1 | 10/31 | 428 | 199 | 0 | C |
| Red Rock | 06745 | 832 | Cattle | 4/25 | 6/25 | 12,421 | | 12,421 | I |
| | | | | 10/1 | 11/30 | | | | |
| Reservation | 06133 | 154 | Cattle | 4/10 | 5/9 | 2,944 | 141 | 2,944 | I |
| | | | | 12/18 | 2/22 | | | | |
| Roan Creek | 06744 | 290 | Cattle | 6/7 | 11/1 | 9,275 | 3,315 | 9,275 | I |
| Robbins | 06846 | 61 | Cattle | 5/15 | 6/15 | 542 | 177 | 542 | C |
| Round Knob | 06152 | 342 | Cattle | 5/1 | 5/31 | 3,746 | 300 | 3,746 | M |
| | | | | 1/1 | 1/31 | | | | |

BLM_0023191

| Allotment Name | Allotment Number | Permitted AUMs[1] | Type of Livestock | Begin Date | End Date | Public Acres | Private Acres | Public Acres Available[1] | Management Category[2] |
|---|---|---|---|---|---|---|---|---|---|
| S.E. Spear | 06739 | 320 | Cattle | 4/16 11/1 | 5/31 12/15 | 6,225 | 294 | 6,225 | I |
| Salt Creek Comm. | 16806 | 79 | Cattle | 5/15 | 6/15 | 2,372 | 522 | 2,372 | M |
| Salt Wash | 06430 | 55 | Cattle | 3/1 12/1 | 5/15 2/28 | 1,358 | | 1,358 | C |
| San Arroyo[3] | 05845 | | | | | 13,510 | | | |
| Sewemup[10] | N/A | | | | | | | | |
| Sinbad Valley Comm. | 06409 | 459 | Cattle | 3/1 10/20 | 5/15 2/28 | 10,099 | 2,369 | 10,099 | I |
| | | 93 | Cattle | 3/1 1/15 | 4/1 2/28 | | | | |
| Skinner | 06128 | 107 | Cattle | 5/1 11/1 | 6/29 11/13 | 1,498 | 2,218 | 1,498 | M |
| Snyder Flats | 16129 | 415 | Cattle | 4/24 9/17 | 6/15 11/1 | 3,223 | 2,099 | 3,223 | I |
| South of the Road | 16105 | 66 | Cattle | 4/20 11/15 | 5/17 11/30 | 1,329 | 697 | 1,329 | M |
| Spring Creek[6] | 16115 | 381 | Cattle | 5/20 8/15 | 7/2 10/1 | 5,779 | | 5,779 | I |
| Stoner-Walker | 06749 | 204 | Cattle | 5/6 10/1 | 6/15 11/21 | 5,763 | 1,969 | 5,763 | I |
| Sunnyside Common | 06801 | 121 | Cattle | 4/16 12/22 | 5/31 1/27 | 5,723 | 810 | 5,723 | I |
| | | 103 | Cattle | 4/16 12/22 | 5/31 1/27 | | | | |
| | | 78 | Cattle | 5/1 | 5/31 | | | | |
| Swamp Hill | 06412 | 220 | Cattle | 4/1 12/1 | 5/15 1/15 | 3,916 | 3 | 3,916 | M |
| Tater Hills | 06747 | 177 | Cattle | 5/10 | 6/9 | 1,654 | 386 | 1,654 | I |
| Thompson | 06148 | 54 | Cattle | 5/20 10/20 | 6/20 11/21 | 5,282 | 1,138 | 5,282 | M |
| Timber Ridge | 06137 | 222 | Cattle | 6/15 11/15 | 7/14 1/22 | 1,391 | 27 | 1,391 | I |
| Tom Casto | 06415 | 6 | Cattle | 3/1 | 4/30 | 79 | 49 | 79 | C |

BLM_0023192

| Allotment Name | Allotment Number | Permitted AUMs[1] | Type of Livestock | Begin Date | End Date | Public Acres | Private Acres | Public Acres Available[1] | Management Category[2] |
|---|---|---|---|---|---|---|---|---|---|
| Turner Gulch | 06427 | 60 | Cattle | 4/25 | 7/10 | 1,188 | 277 | 1,188 | C |
|  |  |  |  | 10/5 | 12/31 |  |  |  |  |
| Unaweep | 06425 | 23 | Cattle | 3/1 | 5/31 | 404 | 534 | 404 | C |
|  |  |  |  | 12/1 | 2/28 |  |  |  |  |
| Unaweep North Side | 06417 | 60 | Cattle | 4/1 | 5/15 | 3,369 | 1,657 | 3,369 | C |
|  |  |  |  | 10/1 | 10/31 |  |  |  |  |
| Unaweep South Side | 06418 | 51 | Cattle | 4/1 | 5/31 | 1,092 | 2,636 | 1,092 | C |
|  |  |  |  | 10/17 | 11/30 |  |  |  |  |
| Upper Brush Mtn. | 06748 | 196 | Cattle | 6/10 | 10/10 | 741 | 2,467 | 741 | M |
|  |  |  | Horse | 6/10 | 10/10 |  |  |  |  |
| Ute Creek Comm. | 06410 | 260 | Cattle | 4/26 | 5/26 | 6,944 | 97 | 6,944 | M |
|  |  |  |  | 10/16 | 10/30 |  |  |  |  |
| Van Loan Individual | 06194 | 25 | Cattle | 4/1 | 6/1 | 347 | 303 | 347 | C |
|  |  |  |  | 10/1 | 1/1 |  |  |  |  |
| Webb Isolated Tracts | 16815 | 0 | Cattle | 4/16 | 9/30 | 185 |  | 0 | C |
| Webber | 06750 | 0 | Cattle | 5/1 | 5/30 | 171 |  | 0 | C |
|  |  |  |  | 11/1 | 11/30 |  |  |  |  |
| West Creek | 06414 | 1 | Cattle | 3/1 | 3/31 | 131 |  | 131 | C |
| West Logan Wash | 06752 | 28 | Cattle | 5/25 | 5/30 | 427 | 38 | 427 | M |
| West Salt Common | 16603 | 8,099 | Cattle | 3/1 | 8/31 | 74,971 | 12,063 | 74,971 | I |
|  |  |  |  | 9/1 | 2/28 |  |  |  |  |
|  |  | 159 | Cattle | 7/1 | 11/1 |  |  |  |  |
| West Spears | 06753 | 470 | Cattle | 5/1 | 6/13 | 6,594 | 679 | 6,594 | I |
|  |  |  |  | 11/1 | 12/15 |  |  |  |  |
| West Toms Canyon | 06163 | 110 | Cattle | 5/1 | 5/31 | 3,481 | 6 | 3,481 | I |
|  |  |  |  | 12/1 | 12/31 |  |  |  |  |
| White Mountain | 16808 | 402 | Cattle | 4/16 | 6/15 | 3,111 | 167 | 3,111 | I |
|  |  |  |  | 5/2 | 6/30 |  |  |  |  |
| Whitewater Common | 16203 | 651 | Cattle | 4/20 | 6/1 | 22,499 | 10,351 | 22,499 | I |
|  |  |  |  | 12/1 | 1/15 |  |  |  |  |
|  |  | 79 | Cattle | 4/20 | 6/1 |  |  |  |  |
|  |  |  |  | 12/1 | 1/15 |  |  |  |  |
|  |  | 1,692 | Cattle | 4/20 | 6/1 |  |  |  |  |
|  |  |  |  | 12/1 | 1/15 |  |  |  |  |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0023193

| Allotment Name | Allotment Number | Permitted AUMs[1] | Type of Livestock | Begin Date | End Date | Public Acres | Private Acres | Public Acres Available[1] | Management Category[2] |
|---|---|---|---|---|---|---|---|---|---|
| Whitewater Hill | 16205 | 0 | Cattle | 5/1 | 5/30 | 980 | 2,512 | 0 | C |
| | | | | 12/1 | 12/30 | | | | |
| Wildhorse[10] | 06799 | | | | | | | | |
| Wild Country | 16809 | 177 | Cattle | 4/15 | 6/15 | 9,180 | 3,234 | 9,180 | I |
| | | 351 | Cattle | 4/15 | 6/15 | | | | |
| | | 100 | Cattle | 4/15 | 6/15 | | | | |
| | | 131 | Cattle | 5/10 | 6/15 | | | | |
| Winter Flats- Deer Pk | 06713 | 575 | Cattle | 4/15 | 6/10 | 31,777 | 1,859 | 31,777 | I |
| | | | | 11/15 | 1/28 | | | | |
| Wiretrap[11] | 00017 | 16 | Cattle | 12/1 | 1/14 | 510 | | 510 | C |
| Woodring | 26304 | 75 | Cattle | 5/5 | 6/1 | 1,110 | 1,013 | 1,110 | M |
| | | | | 10/15 | 11/15 | | | | |
| Woods | 06124 | 120 | Cattle | 7/1 | 10/20 | 402 | 943 | 402 | C |
| | | | Sheep | 7/10 | 7/19 | | | | |
| Wright Draw | 06405 | 138 | Cattle | 4/24 | 5/24 | 4,094 | 15 | 4,094 | I |
| | | | | 10/16 | 12/31 | | | | |
| **Total** | | **60,716** | | | | | | **960,500** | |

Dark gray shading indicates allotment acres and AUMs available for livestock grazing are are currently unallotted.

[1] Portions of certain allotments are outside of the planning area, either within the BLM White River Field Office, McInnis Canyon NCA, the Dominguez-Escalante NCA or the BLM Moab Field Office of Utah. Where this occurs, the AUMs or acres for the allotment represents the AUMs and acres covered under this RMP.

[2] Maintain (M), Improve (I), or Custodial (C).

[3] Allotment is within the GJFO planning area but is managed and covered under the BLM, Moab Field Office RMP regarding grazing.

[4] Allotment is within the GJFO planning area but is managed and covered under the BLM, White River Field Office RMP regarding grazing.

[5] Combined with Collier Creek allotment.

[6] Involved in Interdistrict Agreement with Moab Field Office.

[7] East Salt allotment combined East Salt, Corral Canyon and Sphinx-Mitchell allotments.

[8] On Bureau of Reclamation land; not included in total.

[9] Mountain Island allotment is a consolidation of Brush Hole, Fish Park, Haystack, Little Dolores Canyon, Longshore Above Rims, Longshore Below Rims, Lost Horse, McKenzie, and Sieber Canyon allotments. Fish Park is part of Interdistrict Agreement with Moab Field Office.

[10] The Little Book Cliffs Wild Horse Range (Wildhorse Allotment) and Sewemup are closed to livestock grazing.

[11] Formerly a pasture of Files allotment.

This page intentionally left blank.

BLM_0023195

# Appendix K
Recreation and Visitor Services Management Framework

BLM_0023197

# TABLE OF CONTENTS

Section                                                                        Page

**INTRODUCTION** ............................................................................................................K-1

    Key Recreation Planning Terms and Definitions..............................................K-1

        Special Recreation Management Area (SRMA)..............................................K-1

        Extensive Recreation Management Area (ERMA) ........................................K-2

        Supporting Management Action and Allowable Use Decisions......................K-3

        Implementation-level Decisions Included in this RMP Revision. ..................K-3

        Best Management Practices to Guide Implementation-level Management..................K-3

    Recreation Setting Characteristics ....................................................................K-5

**BANGS SPECIAL RECREATION MANAGEMENT AREA** ...........................................K-7

    Supporting Information for SRMA Allocation................................................K-7

    Goal SRMA-Wide ..............................................................................................K-7

    Objective SRMA-Wide .....................................................................................K-7

        Bangs SRMA RMZ 1 – Lunch Loops Community Recreation Area ..............K-8

        Bangs Canyon SRMA RMZ 2 – Magellan-Tabeguache OHV Trails..............K-12

        Bangs Canyon SRMA RMZ 3 – Mica Mine/Rough Canyon Outdoor Classroom.......K-17

        Bangs Canyon SRMA RMZ 4 – Bangs Primitive Backcountry Zone.............K-21

**DOLORES RIVER CANYONS SPECIAL RECREATION MANAGEMENT AREA** ............K-26

    Supporting Information for SRMA Allocation................................................K-25

    Goal SRMA-Wide ..............................................................................................K-25

    Objective SRMA-Wide .....................................................................................K-25

**GRAND VALLEY OHV SPECIAL RECREATION MANAGEMENT AREA**......................K-31

    Supporting Information for SRMA Allocation................................................K-31

    Goal SRMA-Wide ..............................................................................................K-31

    Objective SRMA-Wide .....................................................................................K-31

**NORTH FRUITA DESERT SPECIAL RECREATION MANAGEMENT AREA** ..................K-37

    Supporting Information for SRMA Allocation................................................K-37

    Goal SRMA-Wide ..............................................................................................K-37

    Objective SRMA-Wide .....................................................................................K-37

**PALISADE RIM SPECIAL RECREATION MANAGEMENT AREA** .................................K-43

    Supporting Information for SRMA Allocation................................................K-43

    Goal SRMA Wide ..............................................................................................K-43

    Objective SRMA Wide .....................................................................................K-43

**BARREL SPRINGS EXTENSIVE RECREATION MANAGEMENT AREA** .........................K-49

**GATEWAY EXTENSIVE RECREATION MANAGEMENT AREA** ..................................K-51

**GRAND VALLEY SHOOTING RANGES EXTENSIVE RECREATION MANAGEMENT AREA** .........K-55

**GUNNISON RIVER BLUFFS EXTENSIVE RECREATION MANAGEMENT AREA** ...........K-57

**HORSE MOUNTAIN EXTENSIVE RECREATION MANAGEMENT AREA** ....................K-61

        Horse Mountain ERMA RMZ 1 – Horse Mountain Trails .............................K-61

BLM_0023198

Horse Mountain ERMA RMZ 2 – C Road OHV Open Area ........................................ K-63

Horse Mountain ERMA RMZ 3 – Target Shooting ......................................... K-65

**NORTH DESERT EXTENSIVE RECREATION MANAGEMENT AREA ........................................ K-67**

## TABLES

Page

1     Summary of RMA/RMZ Designations ........................................................................... K-3

2     Recreation Setting Characteristics Matrix .................................................................. K-5

## ACRONYMS AND ABBREVIATIONS

Full Phrase

| | |
|---|---|
| ACEC | area of critical environmental concern |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BMP | best management practice |
| ERMA | extensive recreation management area |
| GJFO | Grand Junction Field Office |
| IRMA | intensive recreation management area |
| NEPA | National Environmental Policy Act of 1969 |
| OHV | off-highway vehicle |
| R&VS | Recreation & Visitor Services |
| RMA | recreation management area |
| RMP | resource management plan |
| RMZ | recreation management zone |
| ROS | recreation opportunity setting |
| ROW | right-of-way |
| RSC | recreation setting characteristics |
| SRMA | special recreation management area |
| SRP | special recreation permit |
| VRM | Visual Resource Management |
| WSA | Wilderness Study Area |

This page intentionally left blank.

BLM_0023201

# INTRODUCTION

This appendix presents the SRMA and ERMA designations and supporting information for the Approved Resource Management Plan (RMP).

## KEY RECREATION PLANNING TERMS AND DEFINITIONS

### Special Recreation Management Area (SRMA)

*Definition.* The SRMAs are administrative units where the existing or proposed recreation opportunities and desired recreation setting characteristics are recognized for their unique value, importance, and/or distinctiveness, especially as compared to other areas used for recreation.

*Management Focus.* The SRMAs are managed to protect and enhance a targeted set of activities, experiences, benefits, and desired recreation setting characteristics. The SRMAs may be subdivided into recreation management zones (RMZ) to further delineate specific recreation opportunities. Within SRMAs, R&VS management is recognized as the predominant land management focus, where specific recreation opportunities and recreation setting characteristics are managed and protected on a long-term basis.

*Requirements.* The SRMAs/RMZs must have measurable outcome-focused objectives. Supporting management actions and allowable use decisions are required to: 1) sustain or enhance recreation objectives, 2) protect the desired recreation setting characteristics, and 3) constrain uses, including non-compatible recreation activities that are detrimental to meeting recreation or other critical resource objectives (e.g. cultural or threatened and endangered species).

***Supporting Information (Rationale for SRMA Designation)***
Documentation of the rationale for inclusion of the SRMA in the Approved RMP.

BLM_0023202

### SRMA/RMZ Outcome Objective

The outcome objective is a *clear, measurable, and agreed-upon guide for decision making and evaluation of management effectiveness.* SRMA/RMZ objectives must define the specific recreation opportunities (i.e. activities, experiences and benefits derived from those experiences) which become the focus of R&VS management.

### Recreation Outcomes

Recreation outcomes consist of experiences and benefits and are defined as:

*Experiences:*
Recreation experiences are immediate states-of-mind resulting from participation in recreation opportunities that result in benefits.

*Benefits:*
Recreation benefits accrue from having a satisfying recreation experience that leads to (a) an improved condition or (b) maintenance of a desired condition. These accrue from recreation participation, are both short- and long-term, and are realized on and off site. Benefits are identified in one of four categories and are described as:

- Personal/Individual Benefits: Recreation and leisure contributes to personal well-being and human development. It contributes to better physical and mental health for all individuals.

- Social/Community Benefits: Recreation contributes to the quality of life within communities by encouraging positive lifestyles choices, building social skills, reducing crime, and fostering a sense of community pride.

- Economic Benefits: Investments in recreation represent an investment in our economies through diversifying our economies, by attracting new businesses and by generating employment opportunities.

- Environmental Benefits: Participation in recreation and outdoor education programs can help protect the quality of the environment through improved understanding and stewardship of our natural, cultural, and historic resources.

## Extensive Recreation Management Area (ERMA)

*Definition.* The ERMAs are administrative units that require specific management consideration in order to address recreation use, demand, or R&VS program investments.

*Management Focus.* The ERMAs are managed to support and sustain the principal recreation activities and the associated qualities and conditions of the ERMA.

BLM_0023203

Management of ERMAs is commensurate with the management of other resources and resource uses.

*Requirements*. The ERMAs must have measurable objectives. Supporting management actions and allowable use decisions must facilitate the visitors' ability to participate in outdoor recreation activities and protect the associated qualities and conditions. Non-compatible uses, including some recreation activities, may be restricted or constrained to achieve interdisciplinary objectives.

### ERMA Objective

ERMA objectives must define the recreation activities and the associated qualities and conditions that become the focus for R&VS management.

## Supporting Management Action and Allowable Use Decisions

Management actions and allowable use decisions are generally described as land use plan level decisions needed to achieve program objectives or constrain non-compatible land uses. Supporting management action and allowable use decisions are selected in terms of their ability to help achieve the recreation objectives (i.e., recreation opportunities), maintain or enhance the recreation settings, or guide recreation implementation.

## Implementation-level Decisions Included in this RMP Revision.

Implementation decisions allow site-specific (on-the-ground) actions needed to achieve land use plan decisions (see Land Use Planning Handbook H-1601-1, p. 30-31). If implementation-level decisions are included in the land use planning document to achieve R&VS program objectives, they must be clearly distinguished as implementation decisions that are appealable to the Interior Board of Land Appeals.

## Best Management Practices to Guide Implementation-level Management

Recreation management areas with complex implementation issues may require a subsequent implementation-level recreation area management plan tiered to land use plan decisions. Subsequent site-specific National Environmental Policy Act (NEPA) analysis will be required to implement some types of actions. Other actions that involve education, information, interpretation, and monitoring may not require site-specific NEPA analysis. The subsequent best management practices for implementation-level planning guidance is presented to illustrate opportunities for active stakeholder collaboration and to provide a suite of possible implementation-level actions that could be adaptively performed to ensure management effectiveness in meeting recreation and visitor services goals and objectives.

BLM_0023204

**Table 1
Summary of RMA/RMZ Designations**

| RMA/RMZ Name | RMA/RMZ acreage |
|---|---|
| **SRMAs** | |
| Bangs SRMA | 47,800 |
| RMZ 1 – Lunch Loop Community Recreation Area | 3,900 |
| RMZ 2 – Magellan-Tabeguache OHV Trails | 10,600 |
| RMZ 3 – Mica Mine/Rough Canyon Outdoor Classroom | 1,100 |
| RMZ 4 – Bangs Primitive Backcountry Zone | 32,200 |
| Dolores River SRMA | 16,100 |
| Grand Valley OHV SRMA | 9,700 |
| North Fruita Desert SRMA | 11,600 |
| Palisade Rim SRMA | 2,000 |
| **ERMAs** | |
| Barrel Springs ERMA | 24,700 |
| Gateway ERMA | 78,100 |
| Grand Valley Shooting Ranges ERMA | 750 |
| Gunnison River Bluffs ERMA | 800 |
| Horse Mountain ERMA | 5,100 |
| RMZ 1 – Horse Mountain Trails | 4,700 |
| RMZ 2 – C Road OHV Open Area | 180 |
| RMZ 3 – Target Shooting Zone | 240 |
| North Desert ERMA | 107,900 |

*Grand Junction Field Office
Approved Resource Management Plan*

BLM_0023205

## RECREATION SETTING CHARACTERISTICS

### Table 2
### Recreation Setting Characteristics Matrix

**PHYSICAL – Qualities of the Landscape**

| | Primitive | Back Country | Middle Country | Front Country | Rural | Urban |
|---|---|---|---|---|---|---|
| **Remoteness (approx. distance from routes)** | More than ½ mile from any kind of a man-made trail | More than ½ mile of a man-made ATV or full-sized vehicle route | More than ½ mile from improved gravel roads | More than ½ mile from paved roads and railroad tracks. | More than ½ mile from municipal streets or roads within towns or cities. | Municipal street and roads within towns or cities. |
| **Naturalness (modifications to the landscape)** | Undisturbed natural landscape. | Natural landscape with any modifications in harmony with surroundings and not visually obvious or evident (e.g. stock ponds, trails). | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g. fences, primitive roads). | Character of the natural landscape partially modified but none overpower natural landscape (e.g. roads, structures, utilities). | Character of the natural landscape considerably modified (agriculture, residential or industrial). | Urbanized developments dominate landscape. |
| **Visitor Facilities** | No structures. Foot/horse trails only. | Developed trails made mostly of native materials such as log bridges. Structures are rare and isolated. | Maintained and marked trails, simple trailhead developments and basic toilets. | Rustic facilities such as campsites, restrooms, trailheads, and interpretive displays. | Modern facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. | Elaborate full-service facilities such as laundry, restaurants, and groceries. |

**SOCIAL – Qualities Associated with Use**

| | Primitive | Back Country | Middle Country | Front Country | Rural | Urban |
|---|---|---|---|---|---|---|
| **Contacts (avg. with any other group)** | Fewer than 3 encounters/day at camp sites and fewer than 6 encounters/day on travel routes. | 3-6 encounters/day off travel routes (e.g., campsites) and 7-15 encounters/day on travel routes. | 7-14 encounters/day off travel routes (e.g., staging areas) and 15-29 encounters/ day en route | 15-29 encounters/day off travel routes (e.g., campgrounds) and 30 or more encounters/day in route. | People seem to be generally everywhere. | Busy place with other people constantly in view. |
| **Group Size (average - other than you own)** | Fewer than or equal to 3 people per group. | 4-6 people per group. | 7-12 people per group | 13-25 people per group. | 26-50 people per group. | Greater than 50 people per group. |
| **Evidence of Use** | No alteration of the natural terrain. Footprints only observed. Sounds of people rare. | Areas of alteration uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | Small areas of alteration. Surface vegetation showing wear with some bare soils. Sounds of people occasionally heard. | Small areas of alteration prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. | A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. | Large areas of alteration prevalent. Some erosion. Constantly hear people. |

**OPERATIONAL – Conditions Created by Management and Controls over Recreation Use**

| | Primitive | Back Country | Middle Country | Front Country | Rural | Urban |
|---|---|---|---|---|---|---|
| **Access (types of travel allowed)** | All travel is restricted to foot and horse travel. | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | Ordinary highway auto and truck traffic is characteristic. | Wide variety of street vehicles and highway traffic is ever-present. |
| **Visitor Services (and info)** | None is available. Staff rarely present. | Basic maps, staff infrequently present (e.g. seasonally, high use periods) to provide on-site assistance | Area brochures and maps, staff occasionally (e.g. most weekends) present to provide on-site assistance. | Information materials describe recreation areas & activities, staff periodically present (e.g. weekdays & weekends). | Information described to the left, plus experience and benefit descriptions, staff regularly present (e.g. almost daily). | Information described to the left, plus regularly scheduled on-site outdoor demonstrations and clinics. |
| **Management Controls** | No visitor regulations or ethics signing on-site. No use restrictions. | Basic user regulations at key access points. Minimum use restrictions | Some regulatory and ethics signing. Moderate use restrictions. (e.g. camping, human waste). | Rules, regulations and ethics clearly posted. Use restrictions, limitations and/or closures. | Regulations strict and ethics prominent. Use may be limited by permit, reservation, etc. | Enforcement in addition to rules to reduce conflicts, hazards, and resource damage. |

BLM_0023206

This page intentionally left blank.

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0023207

# BANGS SPECIAL RECREATION MANAGEMENT AREA

## SUPPORTING INFORMATION FOR SRMA ALLOCATION

The Bangs SRMA has four distinct recreation management zones (RMZs). Overall, the Bangs SRMA provides opportunities for: mountain biking, hiking and trail running on world class singletrack trails; OHV use on a network of motorcycle, ATV, 4X4 and rock crawling routes; discovering and learning about the area's natural and cultural history; and exploring primitive undeveloped canyon country on foot or horseback. This SRMA includes the Tabeguache (Lunch Loops), Little Park, Bangs Canyon, and Ribbon Trailheads. The area has scenic views of the Colorado National Monument, Grand Valley, Grand Mesa, and Book Cliffs. The area is in close proximity to the population center of the Grand Valley, which makes it an important community resource for local recreation and quality of life, well as tourism. Portions of the SRMA are managed in partnership with the City of Grand Junction, with shared responsibility for access and facilities.

## GOAL SRMA-WIDE

The Bangs SRMA, through recreation program management and stakeholder involvement, will produce a diversity of quality recreational opportunities that will continue to add to area residents' quality of life by contributing to the local economy and enhancing stewardship and protection of the area's natural and cultural resources.

## OBJECTIVE SRMA-WIDE

The objective is that participants in visitor/community assessments report an average of 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where 1 = not at all realized to 5 = totally realized). Visitor assessments will be administered as funding allows.

BLM_0023208

### Action (Rec-SRMA-A4)

Manage the Tabeguache Trail from Little Park Road to Highway 141 as a high-clearance full-sized 4-wheel drive route to provide long-distance OHV recreation opportunities spanning portions of the Bangs SRMA, Dominguez-Escalante NCA, and Uncompahgre National Forest.

## Bangs SRMA RMZ 1 – Lunch Loops Community Recreation Area

### 3,900 acres

### Objective (REC-SRMA-O2)

Through the life of the plan, manage RMZ 1 targeting a local/regional market, providing non-motorized mixed-use trail opportunities, accommodating a range of skill levels (beginner, intermediate and advanced). Encourage community-based recreation that can be marketed as an urban interface recreation asset of the Grand Valley. Manage the zone for the following targeted recreation activities and outcomes:

*Activities:* The targeted activities of the RMZ are mountain bicycling, trail running, dog walking, and hiking.

*Outcomes and Experiences:*

1. Visitors experience or seek to experience frequent access to outdoor physical activity, often in groups of friends and family, for fitness and stress reduction, to increase endurance, and to develop outdoor skills and abilities through recreation in this zone.

2. Visitors realize personal benefits of easy access to the outdoors, improved fitness and health maintenance (physical and mental), development of technical competence (e.g., mountain biking skills), and development of stronger social bonds with friends and family.

3. The local community benefits from improved quality of life with higher levels of public land stewardship, stronger community relationships and a healthier community.

4. The area economy is strengthened through recreation-related revenue and increased desirability of the community as a place to live.

*Resource Values*

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), Grand Junction Milk Vetch (*Astragalus linifolius*), water quality (non-point source erosion/sedimentation into the Colorado River), soils, paleontological resources, and cultural resources.

BLM_0023209

*Resource Uses*
Minimize impacts from other resource uses to recreation to ensure those uses support RMZ recreation objectives. The following resource uses were identified for management consideration in this RMZ during the planning process: lands and realty.

### Action (REC-SRMA-A5)
Manage the desired recreation setting characteristics described below to support RMZ outcome objectives. If monitoring indicates RMZ outcomes are not being achieved, settings will be incrementally adapted to facilitate achievement of RMZ outcomes. For example, begin with visitor education, then, if necessary, progress to more intensive measures like use and timing limitations (e.g., different uses on different trails on different days, designating directional travel on system trails, etc.), issuance of permits, law enforcement patrols, etc. Only implement adaptive management measures if: 1) they are consistent with SRMA/RMZ objectives and 2) sufficient funding and long-term management commitments are secured from internal BLM sources and/or external managing partners.

See Table 2 above.

*Desired Recreation Setting Characteristics*

*Physical (remoteness, naturalness, facilities):* This is a non-motorized, urban interface zone that is bounded by county and city roads. The character of the landscape is largely natural in appearance, with some viewsheds that include roads, trails, houses and other man-made developments. Due to topography and area scenery, the natural landscape is mostly retained despite the density of trails and proximity to the City of Grand Junction. The recreation facilities at trailheads may include, but are not limited to, vault toilets, informational kiosks and shade shelters. Throughout the unit, a designated singletrack trail system with a spectrum of trails (varied level of difficulty) is marked and maintained to achieve defined trail management objectives that support overall RMZ objectives.

*Social (contacts with other groups, group size, evidence of use):* Visitors generally directly encounter fewer than 15 other groups on designated trails. Groups are generally small to medium-sized (1-8 people) with occasional encounters with larger groups. Sights, sounds, and tracks of other targeted users are frequent throughout the RMZ, but more prominent near trailheads. Use is generally highest during the spring and fall seasons, with lighter use during summer and winter months.

*Operational (access, visitor services, management controls):* Non-motorized singletrack trails with easy access from several trailheads in close proximity to the Grand Valley. A variety of communication tools (e.g., information/education kiosks, brochures, maps, signs, web content) and service providers (i.e., onsite

BLM_0023210

staff and/or volunteers, local businesses, City of Grand Junction, local clubs/organizations, and enforcement patrols) provide information and services that help visitors achieve RMZ objectives. Management presence prominent at trailheads, and less prominent away from trailheads. Visitor use fees may be charged to support infrastructure and services (trailhead facilities, trail construction and maintenance, trail patrols, EMS, law enforcement, maps, information, etc.)

### Allowable Use (REC-SRMA-AU7)

*VRM Class:* Manage the RMZ under VRM Class II objectives.

### Allowable Use (REC-SRMA-AU8)
*Minerals:* Close the RMZ to the following:

- Fluid mineral leasing and geophysical exploration.
- Mineral material sales, with the exception of the community bentonite pit on Little Park Road.
- Non-energy leasable mineral exploration and/or development.

### Allowable Use (REC-SRMA-AU9)
*ROW:* Designate as a ROW avoidance area.

### Action (REC-SRMA-A6)
*Lands and Realty:* Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the RMZ that enhance public access and recreation opportunities consistent with RMZ objectives.

### Allowable Use (REC-SRMA-AU10)
*Forestry and Vegetation:* Close the RMZ to the following:

- Timber harvest, fire wood cutting and special forest product harvest.
- Collection of vegetative material under a wilding permit.

### Allowable Use (REC-SRMA-AU11)
*Camping restrictions:* Close the RMZ to overnight camping and campfires to reduce impacts to this intensively used area that lies in close proximity to private residences.

### Allowable Use (REC-SRMA-AU12)
*Firearm use restrictions:* Prohibit recreational target shooting using any devices that propel a projectile, including but not limited to, firearms, bow and arrow, sling shots, paint ball guns and air guns due to the high volume of use and

BLM_0023211

density of designated routes in this area. This does not apply to the lawful taking of game.

## Allowable Use (REC-SRMA-AU13)

*Special Recreation Permits*
- Issue Class I, II and III Commercial, Competitive, and Organized Group SRPs that are consistent with zone objectives.

- Prohibit Class IV SRPs.

- Only issue event permits that support and celebrate Grand Valley communities. Event permits should be coordinated with the local community and should result in minimal displacement of regular recreation use.

- Only issue vending SRPs in conjunction with Competitive Event SRPs.

- Do not issue vending SRPs for alcohol sales in the RMZ.

## Allowable Use (REC-SRMA-AU14)

*Comprehensive Trails and Travel Management*
- Close the RMZ to motorized travel, with the exception of trailhead access and administrative access to range improvements and other facilities.

- Limit mechanized travel to designated routes throughout the RMZ with the exception of small designated corridors where open travel is allowed (e.g., Free Lunch Trail play areas).

- Limit foot and horse travel to designated routes north of Little Park Road and Andy's Loop (core Lunch Loop trail system - see travel maps) due to the high volume of use and density of designated routes in this area.

## Action (REC-SRMA-A8)

*Comprehensive Trails and Travel Management*
- Construct new system trails to accommodate activity-specific trails (e.g., limited to hiking).

- Connect/reroute routes to make loop opportunities that help achieve RMZ objectives. Reroute/repair unsustainable and eroding routes.

- Mark trail system route intersections with signs showing trail names, allowable uses, and difficulty ratings. Travel management

BLM_0023212

designations (allowable uses) only need to be displayed at intersections where the allowable uses change from one route to another.

### Action (REC-SRMA-A9)

*Special Recreation Permits*
All SRPs will be evaluated using Permit Evaluation Factors and Permit Classification System (see Appendix L).

## Bangs Canyon SRMA RMZ 2 – Magellan-Tabeguache OHV Trails

*10,600 acres*

### RMZ Objective (REC-SRMA-O3)
Through the life of this plan, manage RMZ 2 targeting a local/regional market, and providing a broad range of motorized OHV trail opportunities, accommodating a range of skill levels (beginner, intermediate and advanced) for varying distances, including route connections that create long-distance OHV recreation opportunities spanning portions of the Bangs SRMA, Dominguez-Escalante NCA, and Uncompahgre National Forest. Encourage community-based recreation that can be marketed as an urban interface recreation asset to the Grand Valley. Manage the zone for the following targeted recreation activities, experiences and outcomes:

*Activities:* The targeted activities for the RMZ are motorized OHV trail riding (motorcycles, ATV/UTV, 4x4 full-size vehicles, rock crawling).

*Outcomes and Experiences*
1. Visitors experience or seek to experience easy access to adventure and exploration with family and friends in a natural landscape. Visitors also value the opportunity to test their equipment and driving/riding skills.

2. Visitors generally realize personal benefits of having easy access to outdoor recreation in a natural environment, development of technical competence (driving/riding skills), and development of stronger social bonds with friends and family.

3. The community benefits from improved quality of life with higher levels of public land stewardship, stronger community relationships and a healthier populous.

4. The area economy is strengthened through recreation-related revenue, and increased desirability of the community as a place to live.

BLM_0023213

*Resource Values*

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), Grand Junction Milk Vetch (Astragalus linifolius), Canyon Tree Frog (*Hyla arenicolor*), Northern Leopard Frog (*Rana pipiens*), desert bighorn sheep, deer and elk winter range, water quality (non-point source erosion/sedimentation into the Gunnison and Colorado Rivers), soils, riparian resources, paleontological resources, and cultural (historic and prehistoric) resources.

*Resource Uses*

Through the life of the plan, minimize impacts from other resource uses to recreation to ensure those uses support RMZ recreation objectives. The following resource uses were identified for management consideration in this RMZ during the planning process: livestock grazing.

### Action (REC-SRMA-A10)

Manage the desired recreation setting characteristics described below to support RMZ outcome objectives. If monitoring indicates RMZ outcomes are not being achieved, settings will be incrementally adapted to facilitate achievement of RMZ outcomes. For example, begin with visitor education, then, if necessary, progress to more intensive measures like use and timing limitations (e.g., different uses on different trails on different days, designating directional travel on system trails, etc.), issuance of permits, law enforcement patrols, etc. Only implement adaptive management measures if: 1) they are consistent with SRMA/RMZ objectives and 2) sufficient funding and long-term management commitments are secured from internal BLM sources and/or external managing partners.

See Table 2 above.

*Desired Recreation Setting Characteristics:*

*Physical (remoteness, naturalness, facilities):* This area is moderately remote in character with singletrack, ATV, and jeep trails that offer motorized recreation opportunities bound by state and county roads. The character of the landscape is largely natural in appearance, with some viewsheds that include roads, trails, houses and other man-made developments. Due to the topography, vegetative screening and area scenery, the natural-appearing landscape is retained despite the proximity to the City of Grand Junction. The recreation facilities at trailheads may include, but are not limited to, vault toilets, informational kiosks and other signs. Throughout the unit, a designated trail system with a range of trail opportunities (variety of use designations and varied levels of difficulty) is marked and maintained to achieve defined trail management objectives that support overall RMZ objectives.

BLM_0023214

*Social (contacts with other groups, group size, evidence of use):* Visitors generally directly encounter fewer than six other groups on designated routes. Groups are generally small to medium-sized (3-6 people) with occasional encounters with larger groups. Sights, sounds, and tracks of other targeted users are relatively infrequent throughout the RMZ, but more prominent near trailheads. Other users are more likely to be heard than seen due to the focus on motorized recreation. Use is generally highest during the spring and fall seasons, with lighter use during summer and winter months.

*Operational (access, visitor services, management controls):* This RMZ is focused on motorized OHV use with trails and trailheads designed specifically for motorcycles, ATVs and full-size 4x4 vehicles. Access on the Tabeguache Trail through this zone, and continuing through RMZ 4, provides long-distance riding opportunities by linking the Tabeguache Trail through the Bangs SRMA, Dominguez-Escalante NCA and Uncompahgre National Forest. A variety of communication tools (e.g., information/education kiosks, brochures, maps, signs, web content) and service providers (i.e., onsite staff and/or volunteers, local OHV businesses, City of Grand Junction, local clubs/organizations, and enforcement patrols) provide information and services that help visitors achieve RMZ objectives. Management presence is prominent at trailheads, and less prominent away from trailheads. Rules, regulations, and land-use ethics are clearly posted at trailheads. Visitor use fees may be charged to support infrastructure and services (trailhead facilities, trail construction and maintenance, trail patrols, EMS, law enforcement, maps, information, etc.)

### Allowable Use (REC-SRMA-AU15)

*VRM Class:* Manage the RMZ under VRM Class II objectives.

### Allowable Use (REC-SRMA-AU16)

*Minerals:* Close the RMZ to the following:

- Fluid mineral leasing and geophysical exploration.
- Mineral material sales.
- Non-energy leasable mineral exploration and/or development.

### Allowable Use (REC-SRMA-AU17)

*ROW:* Designate as a ROW avoidance area.

### Action (REC-SRMA-A11)

*Lands and Realty:* Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or

BLM_0023215

adjacent to the RMZ that enhance public access and recreation opportunities consistent with RMZ objectives.

**Allowable Use (REC-SRMA-AU18)**

*Forestry and Vegetation:* Allow harvest of forest and woodland products if the RMZ is determined suitable for harvest. Close the RMZ to collection of vegetative material under a wilding permit.

**Allowable Use (REC-SRMA-AU19)**

*Camping restrictions*
- Allow camping and campfires only in designated sites in the portion of the RMZ north of the drainage at the bottom of Rough Canyon. In this portion of the RMZ, require the use of firepans and portable toilet systems, and prohibit firewood collection, to minimize camping impacts.
- Allow undeveloped camping and campfires in the portion of the RMZ south of the drainage at the bottom of Rough Canyon. In this portion of the RMZ, allow collection of only dead and down wood for campfires.

**Allowable Use (REC-SRMA-AU20)**

*Firearm use restrictions:* Prohibit the discharge of firearms (including any devices that propel a projectile, including but not limited to, bow and arrow, sling shots, paint ball guns and air guns) for recreational target shooting within the RMZ for the safety of other recreation users in this area of concentrated trail use. This does not apply to the lawful taking of game.

**Allowable Use (REC-SRMA-AU21)**

*Special Recreation Permits*
- Issue Class I, II and III Commercial, Competitive, and Organized Group SRPs that are consistent with zone objectives.
- Prohibit Class IV Commercial and Competitive SRPs.
- Only issue event permits that support and celebrate Grand Valley communities. Event permits should be coordinated with the local community and should result in minimal displacement of regular recreation use.
- Allow non-motorized events that have been coordinated with, and endorsed by, local OHV organizations, and do not significantly interfere with the SRMA's targeted activities, experiences and outcomes.

BLM_0023216

- Only issue vending SRPs in conjunction with Competitive Event SRPs.
- Do not issue vending SRPs for alcohol sales in the RMZ.

## Allowable Use (REC-SRMA-AU22)

*Comprehensive Trails and Travel Management*
- Limit motorized and mechanized travel to designated routes throughout the RMZ with the exception of small designated corridors where open travel is allowed (e.g., Tabeguache Rough Canyon slickrock play area.)
- Manage that part of the Tabeguache Trail that is south of the zone, to Highway 141 as a high clearance full-sized 4-wheel drive route. This action is outside of the Magellan-Tabeguache OHV Zone (RMZ 2) but provides an essential trail link through the adjacent Bangs Primitive Backcountry Zone (RMZ 4) for meeting the RMZ 2 objective for long-distance OHV opportunities.

## Action (REC-SRMA-A13)

*Comprehensive Trails and Travel Management*
- Work with stakeholders/partners to design and construct new system trails to create additional motorized OHV recreation opportunities that help achieve RMZ objectives.
- Work with stakeholders to create new access points and trailheads if necessary to accommodate increased use, and/or achieve RMZ objectives.
- Connect/reroute routes to make loop opportunities that help achieve RMZ objectives.
- Reroute/repair unsustainable and eroding routes.
- Mark trail system route intersections with signs showing trail names, allowable uses, and difficulty ratings. Travel management designations (allowable uses) only need to be displayed at intersections where the allowable uses change from one route to another.

## Action (REC-SRMA-A14)
*Special Recreation Permits:* All SRPs will be evaluated using Permit Evaluation Factors and Permit Classification System (see Appendix L).

## Action (REC-SRMA-A15)
No similar action.

### Allowable Use (REC-SRMA-AU23)

Prohibit new trail development in the portion of the RMZ which overlaps the Rough Canyon ACEC unless impacts to ACEC relevance and importance criteria can be mitigated.

## Bangs Canyon SRMA RMZ 3 – Mica Mine/Rough Canyon Outdoor Classroom

### 1,100 acres

### Zone Objective (REC-SRMA-O4)

Through the life of this plan, manage RMZ 3 targeting a local/regional market, providing hiking and educational outdoor classroom learning opportunities consistent with Rough Canyon ACEC management objectives to enhance the appreciation and protection of those values (geology, wildlife habitat, sensitive plants and cultural resources). Encourage community-based use of the area as an outdoor classroom. Manage the zone for the following targeted recreation activities, experiences and outcomes:

*Activities:* The targeted activities for the RMZ are hiking/walking and experiential learning.

*Outcomes and Experiences*

1. Visitors experience or seek to experience the enjoyment and appreciation of the area's wildlife, scenery, views and aesthetics while learning more about the area's history, ecology and geology.

2. Visitors realize personal benefits of a closer relationship with the natural world.

3. The community benefits from an increased awareness and protection of natural landscapes and cultural resources on a community-wide basis.

*Resource Values*

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), Grand Junction Milk Vetch (*Astragalus linifolius*), Significant plant communities: West Slope Pinyon Woodland (*Pinus edulis-Juniperus osteosperma/Coleogyne ramosisima* Woodland); Canyon Tree Frog (*Hyla arenicolor*), Northern Leopard Frog (*Rana pipiens*), desert bighorn sheep, deer and elk winter range, water quality (non-point source erosion/sedimentation into the Gunnison and Colorado Rivers), soils, riparian resources, paleontological resources, and cultural (historic and prehistoric) resources.

*Resource Uses*

Minimize impacts from other resource uses to recreation to ensure those uses support RMZ recreation objectives. The following resource uses were identified

BLM_0023218

for management consideration in this RMZ during the planning process: mineral collecting, livestock grazing, lands and real estate.

### Action (REC-SRMA-A16)

Manage the desired recreation setting characteristics described below to support RMZ outcome objectives. If monitoring indicates RMZ outcomes are not being achieved, settings will be incrementally adapted to facilitate achievement of RMZ outcomes. For example, begin with visitor education, then, if necessary, progress to more intensive measures like group size limits, issuance of permits, law enforcement patrols, etc. Only implement adaptive management measures if: 1) they are consistent with SRMA/RMZ objectives and 2) sufficient funding and long-term management commitments are secured from internal BLM sources and/or external managing partners.

See Table 2 above.

*Desired Recreation Setting Characteristics*

*Physical (remoteness, naturalness, facilities):* This is a non-motorized/non-mechanized zone with easy access from Grand Junction via Little Park Road. The character of the landscape is mostly natural in appearance with few modifications that detract from naturalness. Evidence of past mining activities and developments are present in portions of Rough Canyon and Ladder Canyon. Due to topography, vegetative screening and area scenery, the natural landscape is mostly retained. The recreation facilities at trailheads may include, but are not limited to, vault toilets, informational kiosks and other signs. Trails in the zone are designed and maintained to facilitate defined experiential learning objectives. Interpretive and educational displays can be expected at trailheads and along primary trails.

*Social (contacts with other groups, group size, evidence of use):* On developed trails (Mica mine, Rough Canyon trails), visitors are likely to encounter multiple groups per day with a fairly high potential of seeing large groups like school groups and scouts. Throughout the rest of the unit, encounters with other groups would be infrequent. On developed trails, the sounds of other people are frequently heard. In the rest of the unit, depending on location in the zone and proximity to trailheads, the sounds of other people are infrequent. Use is generally highest during the spring and fall seasons, with lighter use during summer and winter months.

*Operational (access, visitor services, management controls):* Non-motorized/non-mechanized trails provide easy access from the Bangs Trailhead which lies in close proximity to the Grand Valley. The large trailhead accommodates buses that transport school groups to the area. A variety of communication tools (e.g., information/education kiosks, brochures, maps, signs, web content) and service providers (i.e., onsite staff and/or volunteers, local businesses, Mesa County School District 51, Colorado Mesa University, local clubs/organizations, and

BLM_0023219

enforcement patrols) provide information and services that help visitors achieve RMZ objectives. Management presence prominent at trailheads, and less prominent away from trailheads. Staff or volunteer trail hosts or guides may be on primary trails providing education/interpretation services. Rules, regulations, and land-use ethics are clearly posted at trailheads. Visitor use fees may be charged to support infrastructure and services (trailhead facilities, trail construction and maintenance, trail patrols, EMS, law enforcement, maps, information, etc.)

### Action (REC-SRMA-A17): ACECs

Manage the portion of the RMZ which overlaps the Rough Canyon ACEC consistently with the ACEC management objectives.

### Allowable Use (REC-SRMA-AU24)

*VRM Class:* Manage the RMZ under VRM Class II objectives.

### Allowable Use (REC-SRMA-AU25)

*Minerals:* Close the RMZ to the following:

- Fluid mineral leasing and geophysical exploration.
- Mineral material sales
- Non-energy leasable mineral exploration and/or development.

### Allowable Use (REC-SRMA-AU26)

*ROW:* Designate as a ROW exclusion area with an exception to allow consideration of ROW applications for access to private inholdings within the RMZ.

### Action (REC-SRMA-A18)

*Lands and Realty:* Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the RMZ that enhance public access and recreation opportunities consistent with RMZ objectives.

### Allowable Use (REC-SRMA-AU27)

*Forestry and Vegetation:* Close the RMZ to the following:

- Timber harvest, fire wood cutting and special forest product harvest.
- Collection of vegetative material under a wilding permit.

BLM_0023220

### Allowable Use (REC-SRMA-AU28)

*Camping restrictions:* Close the RMZ to overnight camping and campfires to reduce impacts to sensitive biological and cultural resources.

### Allowable Use (REC-SRMA-AU29)

*Firearm use restrictions:* For the safety of other recreation users and protection of sensitive resources, prohibit recreational target shooting using any devices that propel a projectile, including but not limited to, firearms, bow and arrow, sling shots, paint ball guns and air guns. This does not apply to the lawful taking of game.

### Allowable Use (REC-SRMA-AU30)

*Rock Climbing*

- Allow technical rock climbing to continue where it does not create conflicts with targeted recreation uses and outcomes.

- With partners (climbing clubs, retail service providers, etc.), close climbing routes that are causing resource concerns; identify and improve primary access trails to and between climbing routes to protect biological and cultural resources.

- To reduce resource impacts on the top of routes, encourage placement of permanent rappel anchors.

- Develop education program with partners to teach climbing resource ethics (LNT for climbing.)

- To protect visual resources, require all permanent anchors to match the color of the rock surface (fixtures, hardware and webbing, etc.)

### Management Action (REC-SRMA-A19)

To protect the learning opportunities associated with the area's mica and quartz mining history, develop educational messages that encourage visitors to leave mica and quartz onsite. If monitoring shows significant loss of mica and quartz from the area, implement collection restrictions (e.g., prohibit collection of mica and quartz, requiring special permits for the collection of small quantities for classroom study).

### Allowable Use (REC-SRMA-AU31)

*Special Recreation Permits:* Issue Class I-II Commercial, Competitive and Organized group SRPs that are consistent with RMZ objectives. Event permits should be coordinated with the local community and should result in minimal displacement of regular recreation use.

### *Allowable Use (REC-SRMA-AU32)*

*Comprehensive Trails and Travel Management*
- Close the RMZ to motorized and mechanized travel.

- Close the Mica Mine trail and Rough Canyon trail to equestrian use to protect sensitive biological and cultural resources. Equestrian use is allowed elsewhere in the RMZ.

### *Action (REC-SRMA-A21)*

*Comprehensive Trails and Travel Management*
- Work with stakeholders to design and construct any new system trails, access points or facilities identified as necessary for achievement of RMZ objectives.

- Connect/reroute routes to make loop opportunities that help achieve RMZ objectives.

- Reroute/repair unsustainable and eroding routes.

### *Action (REC-SRMA-A22)*

*Special Recreation Permits:* All SRPs will be evaluated using Permit Evaluation Factors and Permit Classification System (see Appendix L).

## Bangs Canyon SRMA RMZ 4 – Bangs Primitive Backcountry Zone

### *32,200 acres*

### *Zone Objective (REC-SRMA-O5)*
Through the life of this plan, manage RMZ 4 targeting local/regional visitors, providing primitive backcountry hiking, horseback riding, hunting, and wildlife viewing opportunities in a largely undeveloped natural setting. Manage the zone for the following targeted recreation activities, experiences and outcomes:

*Activities:* The targeted activities for the RMZ are primitive cross-country hiking, horseback riding, hunting and wildlife viewing.

*Outcomes and Experiences*
1. Visitors experience or seek to experience quiet adventures to enjoy the area's wildlife, scenery, views and undeveloped natural landscapes while exploring the area by foot or horseback.

2. Visitors generally realize personal benefits of physical exercise, stress reduction, and a closer relationship with the natural world.

3. The community benefits from an increased awareness and stewardship of natural landscapes on a community-wide basis.

BLM_0023222

*Resource Values*

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/ mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), deer and elk winter range, water quality (non-point source erosion/ sedimentation into the Colorado River), soils, paleontological resources, and cultural (historic and prehistoric) resources.

*Resource Uses*

Minimize impacts from other resource use to recreation to ensure those uses support RMZ recreation objectives. The following resource uses were identified for management consideration in this RMZ during the planning process: livestock grazing.

**Action (REC-SRMA-A23)**

Manage the desired recreation setting characteristics described below to support RMZ outcome objectives. If monitoring indicates RMZ outcomes are not being achieved, settings will be incrementally adapted to facilitate achievement of RMZ outcomes. For example, begin with visitor education, then, if necessary, progress to more intensive measures like group size limits, issuance of permits, etc. Only implement adaptive management measures if: 1) they are consistent with SRMA/RMZ objectives and 2) sufficient funding and long-term management commitments are secured from internal BLM sources and/or external managing partners.

See Table 2 above.

*Desired Recreation Setting Characteristics*

*Physical (remoteness, naturalness, facilities):* This is a remote backcountry zone bisected by the Tabeguache Trail which provides a through route for motorized and mechanized users to traverse the area between Bangs RMZ 1 and Highway 141. Apart from the Tabeguache Trail there are few signs of man-made developments in the interior of this zone. Developments of man are visible in the distance from parts of the zone, and are more prominent near the perimeter of the zone. There are no developed recreation facilities in the zone with the exception of the Tabeguache Trail.

*Social (contacts with other groups, group size, evidence of use):* Except along the Tabeguache Trail, visitors to this zone can expect contacts with other groups to be infrequent (0-3 per day) and group sizes are small (1-6 people.) Evidence of other recreation activities is minimal. Use is generally highest during the spring and fall seasons, with lighter use during summer and winter months.

*Operational (access, visitor services, management controls):* Motorized and mechanized vehicle access is limited to the perimeter of the zone, and the Tabeguache Trail that bisects the zone. Foot and horse travel and camping

BLM_0023223

utilizes primitive, undeveloped trails, or cross-country route-finding employing Leave No Trace travel and camping principles. Visitor services and management presence are minimal. There are no developed/maintained trails, with the exception of the Tabeguache Trail. Basic signs showing rules, regulations and land-use ethics may be posted at primary access points. BLM staff or volunteer field patrols in this zone are generally infrequent.

**Allowable Use (REC-SRMA-AU33)**
Allow motorized and mechanized vehicle use on the Tabeguache Trail through RMZ 4.

**Action (REC-SRMA-A24)**

*Lands with Wilderness Characteristics:* Manage the portion of the RMZ which overlaps the Bangs Canyon LWC unit consistently with the LWC unit management objectives. This includes the management actions and allowable uses shown below for the RMZ in addition to the following:

**Allowable Use**

**STIPULATION** *LANDS WITH WILDERNESS CHARACTERISTICS NSO CO.* No surface occupancy or use is allowed on identified lands being managed to protect inventoried wilderness characteristics, in accordance with the Resource Management Plan. Standard exceptions apply; see Appendix B.

**Allowable Use (REC-SRMA-AU34)**

*VRM Class:* Manage the RMZ under VRM Class II objectives.

**Allowable Use (REC-SRMA-AU35)**

*Minerals:* Close the RMZ to the following:

- Fluid mineral leasing and geophysical exploration.
- Mineral material sales.
- Non-energy leasable mineral exploration and/or development.

**Allowable Use (REC-SRMA-AU36)**
Manage as a ROW exclusion area with an exception to allow consideration of ROW applications for access to private inholdings within the RMZ.

**Action (REC-SRMA-A25)**

*Lands and Realty:* Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the RMZ that enhance public access and recreation opportunities consistent with RMZ objectives.

BLM_0023224

### Allowable Use (REC-SRMA-AU37)

*Forestry and Vegetation:* Close the RMZ to the following:

- Timber harvest, fire wood cutting and special forest product harvest.
- Collection of vegetative material under a wilding permit.

### Allowable Use (REC-SRMA-AU38)

*Camping restrictions:* Allow overnight camping and campfires using Leave No Trace camping principles.

### Allowable Use (REC-SRMA-AU39)

*Special Recreation Permits*
- Issue Class I and II Commercial and Organized Group SRPs that are consistent with zone objectives.
- Prohibit Competitive SRPs except on the Tabeguache Trail.

### Allowable Use (REC-SRMA-AU40)

*Comprehensive Trails and Travel Management:*
- Limited to designated routes for motorized and mechanized travel.
- Limited to designated routes for motorized over-the-snow travel.

### Action (REC-SRMA-A26)

*Special Recreation Permits:* All SRPs will be evaluated using Permit Evaluation Factors and Permit Classification System (see Appendix L).

### Action (REC-SRMA-A27)

If monitoring indicates that foot or horse travel in the zone is causing resource damage, consider limiting recreation use and/or limited trail development/maintenance to address the resource concern. Trail work, including but not limited to, signage/marking, reroutes, construction, should only be considered after other adaptive management strategies (group size limits, permitting, area closures, etc.) have been implemented to resolve resource concerns.

BLM_0023225

# DOLORES RIVER CANYONS SPECIAL RECREATION MANAGEMENT AREA

## SUPPORTING INFORMATION FOR SRMA ALLOCATION

The Dolores River Canyons SRMA encompasses scenic canyon country along the lower Dolores River west to the Utah Border, portions of West Creek, and lands adjacent to the Town of Gateway. It also includes a portion of the Unaweep-Tabeguache Scenic and Historic Byway. This SRMA will be directly affected by the development of the Gateway Canyons Resort and their partnership with BLM.

## GOAL SRMA-WIDE

Dolores River Canyons SRMA, through recreation program management and stakeholder involvement, will produce a diversity of quality recreational opportunities that will continue to add to area residents' quality of life by contributing to the local economy and enhancing stewardship and protection of the area's natural and cultural resources.

## OBJECTIVE SRMA-WIDE

The objective is that participants in visitor/community assessments report an average of 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where 1 = not at all realized to 5 = totally realized). Visitor assessments will be administered as funding allows.

### Objective (REC-SRMA-O7)

Through the life of this plan, manage the Dolores River Canyons SRMA targeting a regional, national and international market providing educational opportunities for visitors to experience the history, culture, geology and scenic diversity of this region. Encourage stewardship and environmental and cultural appreciation through education and experiential learning. Manage the zone for the following targeted recreation activities, experiences and outcomes:

BLM_0023226

*Activities:* The targeted activities for the SRMA are automobile/motorized scenic touring, mountain biking, day hiking, float boating (canoes, kayaks, rafts), and environmental learning.

*Outcomes and Experiences*
1. Visitors experience or seek to experience the area's wildlife, scenery, views, aesthetics and culture by learning about this area during self-exploration or guided tours.

2. Visitors generally realize personal benefits of gaining greater appreciation of the area's natural and cultural heritage through education and improved mental well-being.

3. The community benefits by having an enhanced appreciation of public lands and the associated economic benefits of a more robust tourism market.

4. Visitor experiences will likely result in enhanced resource stewardship of the area's natural, scenic and cultural resources.

*Resource Values*
Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: rare plants, including Kachina daisy (*Erigeron kachinensis*), Eastwood's monkeyflower (*Mimulus eastwooodiae*), San Rafael milkvetch (*Astragalus rafaelensis*), Fisher milkvetch (*Astragalus piscator*),Dolores River skeleton plant (*Lygodesmia doloresensis*), horseshoe milkvetch (*Astragalus equisolensis*), Grand Junction milkvetch (*Astragalus linifolius*), Tufted frasera (*Frasera paniculatum*), Osterhout's cryptantha (*Cryptantha osterhoutii*), and Gypsum catseye; Significant plant communities: Foothills Riaprian Shrubland (*Forestiera pubescens shrubland*), Narrowleaf Cottonwood Riparian Forest (*Acer negundo – Populus angustifolia/ Celtis reticulate* Forest); (*Cryptantha gypsophila*); invasive non-native vegetation including Russian knapweed (*Acroptilon repens*) and tamarisk(*Tamarix spp.*); bald eagle (*Haliaeetus leucocephalus*); peregrine falcon (*Falco peregrinus*); deer and elk winter range; riparian resources, visual resources, paleontological resources, and cultural (historic and prehistoric) resources.

*Resource Uses*
Minimize impacts from other resource use to recreation to ensure those uses support SRMA recreation objectives. The following resource uses were identified for management consideration in this SRMA during the planning process: gold prospecting, lands and realty (ROW corridor), livestock grazing. In the portions of this SRMA that overlap the ROW corridor, manage recreation to achieve management objectives for the ROW corridor.

### Action (REC-SRMA-A30)
Manage the desired recreation setting characteristics described below to support SRMA outcome objectives. If monitoring indicates SRMA outcomes are

BLM_0023227

not being achieved, settings will be incrementally adapted to facilitate achievement of SRMA outcomes. For example, begin with visitor education, then, if necessary, progress to more intensive measures like group size limits, issuance of permits, law enforcement patrols, etc. Only implement adaptive management measures if: 1) they are consistent with SRMA objectives and 2) sufficient funding and long-term management commitments are secured from internal BLM sources and/or external managing partners.

See Table 2 above.

*Desired Recreation Setting Characteristics*

*Physical (remoteness, naturalness, facilities):* This area is a corridor along Colorado State Highway 141, which is also a state scenic and historic byway (Unaweep-Tabeguache) and along county dirt roads paralleling the Dolores River. Despite its proximity to the highway, ranching development, and the small town of Gateway, this unit remains largely natural in appearance due to the area's topography and scenic integrity. Few facilities currently exist, but trailheads and other interpretive exhibits will likely be developed over time.

*Social (contacts with other groups, group size, evidence of use):* The majority of visitors use the scenic byway to explore this unit, with a smaller percentage of visitors floating the river or using the trails. Contacts with other groups are moderate to high (15-25) along the highway, and low (3-6) on the river and trails. Group sizes for all activities are variable. The evidence of use is low in regards to alteration of the natural landscapes, but sights and sounds of other users are common along the highway, and less prominent along the river, county roads, and trails. Use is highest during the spring, summer and fall months.

*Operational (access, visitor services, management controls):* Rural highway auto, truck and motorcycle traffic is characteristic in the majority of this unit. The highway affords easy access to the river and trails. Information and environmental education are prevalent along the highway corridor and at trailheads. A variety of communication tools (e.g., information/education kiosks, brochures, maps, signs, web content) and service providers (i.e., onsite staff and/or volunteers, local businesses, Town of Gateway, local clubs/organizations, and enforcement patrols) provide information and services that help visitors achieve SRMA objectives. BLM staff or volunteers may occasionally be onsite, but most visitor use is supported by services in Gateway, or is self-guided, relying on signage or web-based information. Regulatory and educational information and use ethics are clearly signed to educate visitors and reduce resource damage.

BLM_0023228

### Allowable Use (REC-SRMA-AU45)

*VRM Class:* Manage a portion of the SRMA under VRM Class II objectives (13,600 acres) and a portion under VRM Class III objectives (2,400 acres).

### Allowable Use (REC-SRMA-AU46)

*Minerals:* Close the SRMA to the following:

- Fluid mineral leasing and geophysical exploration.
- Mineral material sales (exception for area near Niche Road).
- Non-energy leasable mineral exploration and/or development.

### Allowable Use (REC-SRMA-AU47)

*ROW:* Designate as a ROW avoidance area.

### Allowable Use (REC-SRMA-AU48)
Consider increased bonding for projects within the Unaweep Corridor and along the Dolores River to ensure that reclamation, visual, and other objectives are met.

### Action (REC-SRMA-A31)

*Lands and Realty:* Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the SRMA that enhance public access and recreation opportunities consistent with SRMA objectives.

### Allowable Use (REC-SRMA-AU49)

*Camping restrictions:* Limit camping and campfires to designated developed campgrounds and designated undeveloped campsites. Require the use of firepans and portable toilet systems at undeveloped campsites.

### Allowable Use (REC-SRMA-AU50)

*Special Recreation Permits*
- Prohibit Class III and IV Commercial and Competitive SRPs. Allow an exception for historical, reoccurring events (e.g., Gateway Dynamite Shoot).
- Only issue vending permits in conjunction with event SRPs.

BLM_0023229

**Allowable Use (REC-SRMA-AU51)**

*Comprehensive Trails and Travel Management:* Limit motorized and mechanized travel to designated routes.

**Action (REC-SRMA-A32)**

*Comprehensive Trails and Travel Management:* Work with Colorado Department of Transportation and the Unaweep-Tabeguache Scenic and Historic Byway to design and develop access from Highway 141 to interpretive sites and other recreation sites along the Dolores River.

**Allowable Use (REC-SRMA-AU52)**

*Special Recreation Permits*
- Issue Class I and II Commercial, Competitive, and Organized Group SRPs that are consistent with SRMA objectives.
- Allow only SRPs that support management objectives of BLM and stakeholders (e.g., environmental and cultural education).

**Action (REC-SRMA-A33)**

*Special Recreation Permits:* All SRPs will be evaluated using Permit Evaluation Factors and Permit Classification System (see Appendix L).

**Action (REC-SRMA-A34)**
Work with stakeholders to design and construct any new system trails, access points or facilities identified as necessary for achievement of SRMA objectives.

**Action (REC-SRMA-A35)**
Connect/reroute routes to make loop opportunities that help achieve SRMA objectives. Reroute/repair unsustainable and eroding routes.

BLM_0023230

This page intentionally left blank.

BLM_0023231

# GRAND VALLEY OHV SPECIAL RECREATION MANAGEMENT AREA

## SUPPORTING INFORMATION FOR SRMA ALLOCATION

The Grand Valley OHV SRMA is located northeast of the Grand Junction Regional Airport and encompasses approximately 15 square miles of desert-like terrain bounded by 27 ¼ Road on the west, the 32 Road alignment on the east, and the Little Book Cliffs on the northeast. The barren hills of Mancos shale offer challenging rides for all types of vehicles and all rider skill levels. 27 ¼ Road and 29 Road provide relatively easy access from the Grand Valley, and offer opportunities for development of recreation support facilities such as parking/unloading areas, informational signage, restrooms, campsites, and event venues. Existing roads, property boundaries and prominent topographic features provide distinct area boundaries that could be signed and/or fenced to clearly define the areas open for cross-country OHV travel.

## GOAL SRMA-WIDE

The Grand Valley OHV SRMA, through recreation program management and stakeholder involvement, will produce opportunities for visitors to experience the freedom to participate in a variety of motorized OHV recreation activities which lead to a variety of beneficial recreation and economic outcomes for participants and Grand Valley communities.

## OBJECTIVE SRMA-WIDE

The objective is that participants in visitor/community assessments report an average of 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where 1 = not at all realized to 5 = totally realized). Visitor assessments will be administered as funding allows.

### Objective (REC-SRMA-O8)

Through the life of this plan, manage the SRMA to provide local and regional visitors the freedom to participate in unconfined motorized OHV recreation

BLM_0023232

activities in close proximity to the urban amenities of the Grand Valley. Manage the zone for the following targeted recreation activities, experiences and outcomes:

*Activities:* The targeted activities for the SRMA are all forms of motorized OHV recreation, and undeveloped camping

*Outcomes and Experiences*

1. Visitors experience or seek to experience the freedom of cross-country riding and risk-taking adventure while testing their equipment and building their skills often in groups of friends and family.

2. Visitors generally realize personal benefits of a greater sense of adventure that tests their endurance and equipment, and an improved capacity to engage in motorized OHV recreation.

3. The Grand Valley community benefits from increased local tourism and tax revenue, and an enhanced sense of community ownership in the area's recreation resources.

*Resource Values*

Manage this area to minimize recreation impacts in areas adjacent to the SRMA, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), Grand Junction suncup (*Camissonia eastwoodiae*), Grand Junction buckwheat (*Eriogonum contortum*), water quality (salinity, non-point source erosion/sedimentation into the Colorado River), Mancos soils.

*Resource Uses*

Minimize impacts from other resource use to recreation to ensure those uses support SRMA recreation objectives. The following resource uses were identified for management consideration in this SRMA during the planning process: lands and realty (ROW corridor, land acquisitions, private property trespass) and livestock grazing. In the portions of this SRMA that overlap the ROW corridor, manage recreation to achieve management objectives for the ROW corridor.

**Action (REC-SRMA-A36)**

Manage the desired recreation setting characteristics described below to support SRMA outcome objectives. If monitoring indicates SRMA outcomes are not being achieved, settings will be incrementally adapted to facilitate achievement of SRMA outcomes. For example, begin with visitor education, then, if necessary, progress to more intensive measures like group size limits, issuance of permits, law enforcement patrols, etc. Only implement adaptive management measures if: 1) they are consistent with SRMA objectives and 2) sufficient funding and long-term management commitments are secured from internal BLM sources and/or external managing partners.

BLM_0023233

See Table 2 above.

*Desired Recreation Setting Characteristics*

*Physical (remoteness, naturalness, facilities):* The area's proximity to the Grand Valley, Interstate 70 and the Grand Junction Regional Airport creates an urban interface setting at the primary access points, with more remote settings available in the interior of the area. The character of the natural landscape has been largely altered by nearby development and cross country travel that has been the dominant use of the area for many years. Developed recreation facilities currently do not exist, but will likely be prominent in the future along the perimeter of the SRMA to direct and focus use within the open area. The recreation facilities at primary access points may include, but are not limited to, parking/staging areas that accommodate OHV-hauling rigs, OHV loading/ unloading ramps, vault toilets, informational kiosks and shade shelters. Additional recreation facility developments within the area may include event/festival/ vending areas, and OHV race tracks (e.g., motocross track).

*Social (contacts with other groups, group size, evidence of use):* This SRMA is generally a busy place, with other people constantly in view, traveling or congregating in large groups at trailheads and throughout the unit. Large disturbed areas are present, with sights, sounds, and tracks of other targeted users prominent throughout the SRMA, but more prominent near staging areas. Use is generally highest during the spring and fall seasons, with lighter use during summer and winter months.

*Operational (access, visitor services, management controls):* Access to the southern and western periphery of the area is on regularly-maintained paved or gravel roads. Access into the interior of the SRMA is unrestricted by vehicle size or type. A variety of communication tools (e.g., information/education kiosks, brochures, maps, signs, web content) and service providers (i.e., onsite staff and/or volunteers, local OHV businesses, City of Grand Junction, local clubs/organizations, and enforcement patrols) provide information and services that help visitors achieve SRMA objectives. Maps, signs and physical barriers (e.g., fences) delineate area boundaries. Management presence prominent at trailheads, and less prominent away from trailheads. Federal, state and local personnel are frequently present for information, education and law enforcement efforts. Portions of the area are designated for camping, festivals, equipment demonstrations, food vendors, and motorized events and competitions. Visitor use fees may be charged to support infrastructure and services (staging/event/camping area facilities, field patrols, EMS, law enforcement, maps, information, etc.)

BLM_0023234

### Allowable Use (REC-SRMA-AU53)

*VRM Class:* Manage the SRMA under VRM Class IV objectives with the exception of the portion of the SRMA along the face of the Little Book Cliffs managed under VRM Class II objectives.

### Allowable Use (REC-SRMA-AU54)

*Minerals:* Close the SRMA to the following:

- Mineral material sales.

### Allowable Use (REC-SRMA-AU55)

*ROW:* Designate as a ROW avoidance area except for existing ROW corridor.

### Action (REC-SRMA-A37)

*Lands and Realty*
- Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the SRMA that enhance public access and recreation opportunities consistent with SRMA objectives.
- Adjust SRMA boundary to match future land tenure adjustments related to expansion of the Grand Junction Regional Airport.

### Allowable Use (REC-SRMA-AU56)

*Camping restrictions*
- Allow dispersed undeveloped camping throughout the SRMA as long as it does not interfere with frequently used OHV routes.
- Camping emphasis areas may be designated to direct and focus camping activities in areas that reduce interference with OHV use, and/or provide desirable camping opportunities.

### Allowable Use (REC-SRMA-AU57)

*Firearm use restrictions:* Prohibit recreational target shooting using any devices that propel a projectile, including but not limited to, firearms, bow and arrow, sling shots, paint ball guns and air guns. This does not apply to the lawful taking of game.

### Allowable Use (REC-SRMA-AU58)

*Special Recreation Permits*
- Issue Class I, II, III and IV Commercial, Competitive and Organized Group SRPs that are consistent with SRMA objectives.

BLM_0023235

- Throughout the year, issue vending SRPs that achieve SRMA objectives and support local outdoor recreation businesses or organizations.

- In association with permitted competitive events, issue vending SRPs to vendors that support the authorized event.

- Do not issue vending SRPs for alcohol sales in the SRMA.

- Actively promote this area for motorized OHV events and activities.

- Allow non-motorized events that have been coordinated and endorsed by local OHV organizations, and do not significantly interfere with the SRMA's targeted activities, experiences and outcomes.

**Allowable Use (REC-SRMA-AU59)**

*Comprehensive Trails and Travel Management:* Allow unrestricted travel for all types of use within the SRMA, with the exception of small designated camping areas, special use areas (e.g., motocross track) and vending/event areas.

**Action (REC-SRMA-A38)**

*Comprehensive Trails and Travel Management:* To provide navigational assistance to visitors, consider providing directional signing on some primary arterial routes that traverse the SRMA and access primary staging areas.

**Action (REC-SRMA-A40)**

*Special Recreation Permits:* All SRPs will be evaluated using Permit Evaluation Factors and Permit Classification System (see Appendix L).

**Action (REC-SRMA-A41)**
Clearly identify OHV open area boundaries using a variety of communication tools and/or barriers including, but not limited to, digital and/or print media, signs and/or fencing, and natural topographic features. Boundary identification strategies should generally employ the most practical, cost-effective, and least obtrusive materials and methods that are still effective for attaining desired management results. For example, periodic boundary identification signs may be sufficient to contain use along portions of an open OHV area boundary. If signing alone proves ineffective, fencing or other physical barriers can be installed.

BLM_0023236

***Action (REC-SRMA-A42)***

Continue to comply with the Federal Pollution Control Act regulations to minimize point sources of pollutants to navigable waters by obtaining (or requiring project proponents through conditions of approval to obtain) National Pollutant Discharge Elimination System (NPDES) permits where necessary to reduce impacts from stormwater runoff.

BLM_0023237

# NORTH FRUITA DESERT SPECIAL RECREATION MANAGEMENT AREA

## SUPPORTING INFORMATION FOR SRMA ALLOCATION

The North Fruita Desert SRMA is located at the base of the Book Cliffs north of the City of Fruita and encompasses a singletrack trail network that has gained international attention as a mountain bike riding destination. The trail system, and associated camping opportunities, provides a variety of unique opportunities for visitors to experience the diverse terrain of the desert environment along the base of the Book Cliffs. The area's close proximity to the City of Fruita makes it an important community resource for local recreation as well as tourism.

## GOAL SRMA-WIDE

The North Fruita Desert SRMA, through recreation program management and stakeholder involvement, will produce a diversity of quality mountain bicycling opportunities that add visitors' quality of life while contributing to the local economy and fostering stewardship of natural and cultural resources.

## OBJECTIVE SRMA-WIDE

The objective is that participants in visitor/community assessments report an average of 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where 1 = not at all realized to 5 = totally realized). Visitor assessments will be administered as funding allows.

### Objective (REC-SRMA-O10)
Through the life of this plan, manage the SRMA to be a tourism-based recreation area, providing singletrack bicycling trail opportunities accommodating a range of skill levels (beginner, intermediate and advanced) that can be marketed by stakeholders and partners as a family-focused mountain biking destination with close proximity to camping. Manage the SRMA for the following targeted recreation activities, experiences and outcomes:

BLM_0023238

*Activities:* The targeted activities for the SRMA are mountain bicycling and camping.

*Outcomes and Experiences*

1. Visitors experience or seek to experience the closeness of family and friends while developing their riding skills and abilities.

2. Visitors realize personal benefits of easy access to the outdoors, improved fitness and health maintenance (physical and mental), development of technical competence (i.e., mountain biking and camping skills), and development of stronger social bonds with friends and family.

3. The community benefits from improved quality of life with higher levels of public land stewardship, stronger community relationships and a healthier community.

4. The area economy is strengthened through recreation-related tourism revenue, and increased desirability of the community as a place to live.

*Resource Values*

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: mule deer and elk winter range, water quality (non-point source erosion/sedimentation into the Colorado River) and soils.

*Resource Uses*

Minimize impacts from other resource use to recreation to ensure those uses support SRMA recreation objectives. The following resource uses were identified for management consideration in this SRMA during the planning process: livestock grazing.

**Action (REC-SRMA-A45)**

Manage the desired recreation setting characteristics described below to support SRMA outcome objectives. If monitoring indicates SRMA outcomes are not being achieved, settings will be incrementally adapted to facilitate achievement of SRMA outcomes. For example, begin with visitor education, then, if necessary, progress to more intensive measures like use and timing limitations (e.g., different uses on different trails on different days, designating directional travel on system trails, etc.), issuance of permits, law enforcement patrols, etc. Only implement adaptive management measures if: 1) they are consistent with SRMA objectives and 2) sufficient funding and long-term management commitments are secured from internal BLM sources and/or external managing partners.

See Table 2 above.

BLM_0023239

*Desired Recreation Setting Characteristics*

*Physical (remoteness, naturalness, facilities):* This is primarily a singletrack mountain biking trail network that is easily accessed from county roads, developed trailheads and campgrounds. More remote settings are available in the interior of the area. The character of the landscape is largely natural in appearance, with some viewsheds that include roads, trails, campground facilities, fences, livestock developments and other man-made structures. Due to topography and area scenery, the natural landscape is mostly retained despite the density of trails. The recreation facilities at trailheads and campgrounds may include, but are not limited to, parking lots, vault toilets, picnic tables, fire grates, informational kiosks and shade shelters. Throughout the unit, a designated singletrack trail system with a spectrum of trails (varied level of difficulty) is marked and maintained to achieve defined trail management objectives that support overall SRMA objectives.

*Social (contacts with other groups, group size, evidence of use):* Visitors generally directly encounter fewer than15 other groups on designated trails, and 25 or more other groups in developed campgrounds during peak seasons. Groups are generally small to medium-sized (1-8 people) with occasional encounters with larger groups. Sights, sounds, and tracks of other targeted users are frequent throughout the area, but more prominent near trailheads and camping areas. Use is generally be highest during the spring and fall seasons, with lighter use during summer and winter months.

*Operational (access, visitor services, management controls):* Mountain bicycle singletrack trails provide easy access from trailheads off of county roads. A variety of communication tools (e.g., information/education kiosks, brochures, maps, signs, web content) and service providers (i.e., onsite staff and/or volunteers, local bicycle shops, City of Fruita, local clubs/organizations, and enforcement patrols) provide information and services that help visitors achieve SRMA objectives. Portions of the area are designated for camping, festivals, mountain bike events and races. Maps, signs and physical barriers (e.g., fences) delineate area boundaries. Management presence prominent at trailheads and camping areas, and less prominent away from trailheads. Campground host onsite at campground during peak seasons. Visitor use fees may be charged to support infrastructure and services (trailhead, campground and event facilities, trail construction and maintenance, trail patrols, EMS, law enforcement, maps, information, etc.)

### Allowable Use (REC-SRMA-AU66)

*VRM Class:* Manage the SRMA under VRM Class II objectives.

### Allowable Use (REC-SRMA-AU67)

*Minerals:* Close the SRMA to the following:

BLM_0023240

- Mineral material sales
- Non-energy leasable mineral exploration and/or development.

### Allowable Use (REC-SRMA-AU68)

*ROW:* Designate as a ROW exclusion area, with an exception for recreation projects requiring electric or water utilities, or for minimally intrusive access/utility ROWs to private inholdings within the SRMA.

### Action (REC-SRMA-A46)

*Lands and Realty:* Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the SRMA that enhance public access and recreation opportunities consistent with SRMA objectives.

### Allowable Use (REC-SRMA-AU69)

*Forestry and Vegetation:* Close the SRMA to the following:

- Timber harvest, fire wood cutting and special forest product harvest.
- Collection of vegetative material under a wilding permit.

### Allowable Use (REC-SRMA-AU70)

*Camping restrictions:* To reduce resource impacts and conflicting user interactions,

- Limit camping to designated campgrounds and campsites.
- Limit the number of people and/or vehicles allowed at each campsite.
- Require the use of portable toilet systems and firepans at designated undeveloped sites.

### Allowable Use (REC-SRMA-AU71)

*Firearm use restrictions:* For the safety of trail users and campers, prohibit recreational target shooting using any devices that propel a projectile, including but not limited to, firearms, bow and arrow, sling shots, paint ball guns and air guns. This does not apply to the lawful taking of game.

### Allowable Use (REC-SRMA-AU72)

*Special Recreation Permits*
- Issue Class I – IV Commercial, Competitive and Organized Group SRPs that are consistent with SRMA objectives.

BLM_0023241

- In association with Competitive events, issue vending SRPs to vendors that support the authorized event.
- Do not issue vending SRPs for alcohol sales in the SRMA.

**Allowable Use (REC-SRMA-AU73)**

*Comprehensive Trails and Travel Management:* Limit motorized and mechanized travel to designated routes throughout the SRMA.

**Action (REC-SRMA-A48)**

*Comprehensive Trails and Travel Management*
- Work with stakeholders to design and construct any new system trails, access points or facilities identified as necessary for achievement of SRMA objectives, including promotion of the area as a regional, national and international mountain biking tourism destination.

**Action (REC-SRMA-A49)**

*Comprehensive Trails and Travel Management*
- Design and construct an event staging area and trail system to accommodate large-scale mountain bike races/events.

**Action (REC-SRMA-A50)**

*Comprehensive Trails and Travel Management*
- Construct new system trails to accommodate activity-specific trails (e.g., mountain bike racing, directional travel trails, constructed technical trail features).

**Action (REC-SRMA-A51)**

*Comprehensive Trails and Travel Management*
- Connect/reroute routes to make loop opportunities that help achieve SRMA objectives. Reroute/repair unsustainable and eroding routes.

**Action (REC-SRMA-A52)**

*Comprehensive Trails and Travel Management*
- Mark trail system route intersections with signs showing trail names, allowable uses, and difficulty ratings. Travel management designations (allowable uses) only need to be displayed at intersections where the allowable uses change from one route to another.

BLM_0023242

**Action (REC-SRMA-A53)**
Construct additional developed camping opportunities to address camping demand.

**Action (REC-SRMA-A54)**

*Special Recreation Permits:* All SRPs will be evaluated using Permit Evaluation Factors and Permit Classification System (see Appendix L).

BLM_0023243

# PALISADE RIM SPECIAL RECREATION MANAGEMENT AREA

## SUPPORTING INFORMATION FOR SRMA ALLOCATION

The Palisade Rim SRMA encompasses the rim and bench lands east of the Town of Palisade. Public lands and trails in the area are popular close-to-home recreation destinations for the community of Palisade, neighboring communities and seasonal tourism. The area offers outstanding views of the Grand Valley, the Colorado River, the Little Book Cliffs and the Grand Mesa. It also contains significant cultural and wildlife resources.

## GOAL SRMA WIDE

The Palisade Rim SRMA, through recreation program management and stakeholder involvement, will produce quality recreation and learning opportunities that will continue to enhance area residents' quality of life, contribute to the local economy, and provide stewardship and protection of natural and cultural resources. The area's close proximity to the Town of Palisade makes it an important community resource for local recreation as well as tourism.

## OBJECTIVE SRMA WIDE

The objective is that participants in visitor/community assessments report an average of 4.0 realization of the targeted experience and benefit outcomes listed below. (4.0 on a probability scale where 1 = not at all realized to 5 = totally realized). Visitor assessments will be administered as funding allows.

### Objective (REC-SRMA-O12)

Through the life of this plan, manage the SRMA to be a community-based recreation area, providing intermediate to advanced non-motorized trail-based recreation with an emphasis on the area's scenery, cultural heritage educational opportunities and stewardship of cultural and natural resources. Manage the

BLM_0023244

SRMA for the following targeted recreation activities, experiences and outcomes:

*Activities:* The targeted activities for the SRMA are hiking, dog walking, trail running, mountain biking and horseback riding.

*Outcomes and Experiences*

1. Visitors experience or seek to experience outdoor physical activity for fitness and stress reduction, as well as experiencing and learning about the area's scenic vistas, wildlife and cultural resources, often in small groups of family members and/or friends.

2. Visitors realize personal benefits of having recreation, outstanding scenery, cultural appreciation opportunities and wildlife viewing opportunities close to home. Individuals also benefit from improved fitness and health maintenance (physical and mental), development of technical competence (e.g., mountain biking skills), and development of stronger social bonds with friends and family.

3. The community benefits from improved quality of life with higher levels of public land stewardship, increased awareness of the area's natural, historic and cultural resources, stronger community relationships and a healthier community.

4. The area economy is strengthened through recreation-related tourism revenue, and increased desirability of the community as a place to live.

*Resource Values*
Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: deer and elk winter range, Colorado Hookless Cactus (*Sclerocactus glaucus*), water quality (non-point source erosion/sedimentation into the Colorado River), soils, paleontological resources, and cultural resources.

*Resource Uses*
Minimize impacts from other resource use to recreation to ensure those uses support SRMA recreation objectives. The following resource uses were identified for management consideration in this SRMA during the planning process: lands and realty (access across BOR withdrawal parcel), land acquisition, private property trespass). In the portions of the SRMA that overlap the ROW corridor, manage recreation to achieve ROW corridor management objectives.

### Action (REC-SRMA-A56)
Manage the desired recreation setting characteristics described below to support SRMA outcome objectives. If monitoring indicates SRMA outcomes are not being achieved, settings will be incrementally adapted to facilitate

BLM_0023245

achievement of SRMA outcomes. For example, begin with visitor education, then, if necessary, progress to more intensive measures like use and timing limitations (e.g., different uses on different trails on different days, designating directional travel on system trails, etc.), issuance of permits, law enforcement patrols, etc. Only implement adaptive management measures if: 1) they are consistent with SRMA objectives and 2) sufficient funding and long-term management commitments are secured from internal BLM sources and/or external managing partners.

See Table 2 above.

*Desired Recreation Setting Characteristics*

*Physical (remoteness, naturalness, facilities):* The character of the landscape is largely natural in appearance, with some viewsheds that include roads, trails railroads, canals, houses, farms and other man-made developments. Due to topography and area scenery, the natural landscape is mostly retained despite the area's proximity to the Town of Palisade, Interstate 70 and the Grand Valley. The recreation facilities at trailheads (adjacent to the SRMA on CDOT property) may include, but are not limited to, vault toilets, informational/interpretive kiosks and shade shelters. Throughout the unit, a designated singletrack trail system is marked and maintained to achieve defined trail management objectives that support overall SRMA objectives.

*Social (contacts with other groups, group size, evidence of use):* Visitors generally directly encounter fewer than seven other groups on designated trails. Groups are generally small to medium-sized (1-8 people) with occasional encounters with larger groups. Sights and sounds of other targeted users are moderately frequent throughout the SRMA, but more frequent near the trailhead. Use is generally highest during the spring and fall seasons, with lighter use during summer and winter months.

*Operational (access, visitor services, management controls):* Non-motorized singletrack trails and use are predominant with primary access from a single trail and trailhead on non-BLM land (CDOT and BOR withdrawal). Bicycles may access the SRMA starting from locations in the nearby Town of Palisade. Secondary access from adjacent BLM, Forest Service and municipal lands to the south and east (depending on potential future development of connector trails.) A variety of communication tools (e.g., information/education kiosks, brochures, maps, signs, web content) and service providers (i.e., onsite staff and/or volunteers, local businesses, Town of Palisade, local clubs/organizations, and enforcement patrols) provide information and services that help visitors achieve SRMA objectives. Management presence is moderate at trailheads, and less prominent away from trailheads. Visitor use fees may be charged to support infrastructure and services (trailhead facilities, trail construction and maintenance, trail patrols, EMS, law enforcement, maps, information, etc.)

BLM_0023246

*Allowable Use (REC-SRMA-AU83)*

*VRM Class:* Manage the SRMA under VRM Class II objectives.

*Allowable Use (REC-SRMA-AU84)*

*Minerals:* Close the SRMA to the following:

- Fluid mineral leasing and geophysical exploration
- Mineral material sales
- Non-energy leasable mineral exploration and/or development.

*Allowable Use (REC-SRMA-AU85)*

*ROW:* Designate as a ROW avoidance area with the exception of the ROW corridor that crosses the SRMA. Recognize and grant priority status to utility developments in the ROW corridor. Utilize BMPs to minimize impacts to targeted recreation activities.

*Action (REC-SRMA-A57)*

*Lands and Realty:* Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the SRMA that enhance public access and recreation opportunities consistent with SRMA objectives.

*Allowable Use (REC-SRMA-AU86)*

*Forestry and Vegetation:* Close the SRMA to the following:

Timber harvest, fire wood cutting and special forest product harvest.

*Allowable Use (REC-SRMA-AU87)*

*Camping restrictions:* Close the SRMA to overnight camping and campfires to reduce impacts to this intensively used area that lies in close proximity to private residences.

*Allowable Use (REC-SRMA-AU88)*

*Firearm use restrictions:* Prohibit recreational target shooting using any devices that propel a projectile, including but not limited to, firearms, bow and arrow, sling shots, paint ball guns and air guns. This does not apply to the lawful taking of game.

### Allowable Use (REC-SRMA-AU89)

*Special Recreation Permits*
- Prohibit all Class III and IV SRPs.

- Only issue event permits that support and celebrate Grand Valley communities. Event permits should be coordinated with the local community and should result in minimal displacement of regular recreation use.

- Prohibit vending permits.

### Allowable Use and Management Actions (REC-SRMA-AU90)

*Comprehensive Trails and Travel Management*
- Close the SRMA to motorized travel.

- Limit mechanized travel to designated routes throughout the SRMA.

- With partners (e.g., user groups, local municipalities, retail shops, service providers) develop connective trails to adjoining BLM lands, and the Horse Mountain ERMA, that are consistent with SRMA objectives.

- Limit new trail development to the minimum necessary to achieve SRMA objectives.

### Action (REC-SRMA-A58)

*Comprehensive Trails and Travel Management:*
- Work with stakeholders to design and construct any new system trails, access points or facilities identified as necessary for achievement of SRMA objectives.

- Reroute, repair, or close and restore unsustainable and eroding routes.

- Mark trail system route intersections with signs showing trail names, allowable uses, and difficulty ratings. Travel management designations (allowable uses) only need to be displayed at intersections where the allowable uses change from one route to another.

### Allowable Use (REC-SRMA-AU91)

*Special Recreation Permits:*
- Issue Class I and II Commercial, Competitive, and Organized Group SRPs that are consistent with SRMA objectives.

- Require organized group SRPs for groups exceeding 12 participants

BLM_0023248

- All SRPs will be evaluated using Permit Evaluation Factors and Permit Classification System (see Appendix L).

BLM_0023249

# BARREL SPRING EXTENSIVE RECREATION MANAGEMENT AREA

### Objective (REC-ERMA-O2)

Through the life of the plan, provide visitors with opportunities to participate in long-distance ATV/UTV riding/touring activities, and big game hunting in the upper East Salt Creek and Barrel Spring Creek drainages, with access from 16 Road. The ERMA provides a recreation setting with a relatively unchanged, natural-appearing landscape.

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: fluid mineral leasing, livestock grazing, lands and realty.

### Allowable Use (REC-ERMA-AU3)

*VRM Class:* Manage the ERMA under VRM Class III objectives.

### Allowable Use (REC-ERMA-AU4)

*ROW:* Designate as a ROW avoidance area.

### Allowable Use (REC-ERMA-AU5)

*Forestry and Vegetation:* Allow timber harvest, fire wood cutting, and special forest product harvest if the ERMA is determined suitable for harvest.

BLM_0023250

**Allowable Use (REC-ERMA-AU6)**

*Special Recreation Permits*
- Issue Class I-II Commercial and Organized Event SRPs that meet ERMA objectives.
- Do not issue Competitive SRPs in the ERMA.

**Allowable Uses (REC-ERMA-AU7)**

*Comprehensive Trails and Travel Management*
- Maintain public access for ATVs and UTVs from 16 Road to the upper East Salt Creek and Barrel Spring Creek drainages.
- Limit motorized and mechanized travel to designated routes.

**Action (REC-ERMA-A2)**

To achieve recreation outcomes under Comprehensive Trails and Travel Management:

- Establish specific Trail Management Objectives for primary recreation routes.
- Work with partners to repair/reroute/close and maintain travel routes to reduce resource impacts and achieve ERMA objectives.
- Mark trail system route intersections with signs showing trail names/numbers, and allowable uses. Travel management designations (allowable uses) only need to be displayed at intersections where the allowable uses change from one route to another.

**Objective (REC-ERMA-O3)**

Through the life of the plan, manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: deer and elk winter range, fragile and slumping soils, riparian habitat, paleontological resources, rare plants - Piceance Bladderpod (*Lesquerella parviflora*), and the following Significant plant communities: Montane Riparian Woodland (*Populus balsamifera* Woodland), Emergent Wetlands (*Eleocharis rostellata* Herbaceous Vegetation), Foothills Riparian Shrubland (*Betula occidentalis / Maianthemum stellatum* Shrubland).

**Allowable Use (REC-ERMA-AU8)**

Close to motorized and mechanized vehicles the portion of the ERMA within designated big game winter range from December 1 to April 30 (TL - 20).

BLM_0023251

# GATEWAY EXTENSIVE RECREATION MANAGEMENT AREA

**Objective (REC-ERMA-O5)**

Through the life of the plan, provide visitors with opportunities to participate in motorized exploration, scenic touring and heritage tourism along the Mesas and side canyons surrounding the Dolores River and the town of Gateway. Visitors to the ERMA have the opportunity to explore and connect to other public lands managed by Grand Junction Field Office, Uncompahgre Field Office and Moab Field Office, as well as the Uncompahgre National Forest and Manti-La Sal National Forest. The ERMA provides a recreation setting with a relatively unchanged, natural-appearing landscape.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: scenic values; wilderness characteristics; geological features; plant species of concern - Gypsum Valley cateye (*Cryptantha gypsophila*), San Rafael milkvetch (*Astragalus rafaelensis*), Naturita milkvetch (*Astragalus naturitensis*), Grand Junction milkvetch (*Astragalus linifolius*); two Significant Plant Communities - Fremont's Cottonwood Riparian Forests (*Populus deltoides ssp. wislizeni /Rhus trilobata* Woodland), and Emergent Wetlands (*Eleocharis rostellata* Herbaceous Vegetation); deer and elk winter range; cliff-nesting raptors; cultural resources; and paleontological resources. The resources listed above are also identified for special management and protection in one or more of the following areas that the ERMA overlaps, or is immediately adjacent to: Palisade WSA, Sewemup WSA , Maverick LWC unit, Unaweep Canyon LWC unit, Dolores River Riparian ACEC, Juanita Arch ACEC, The Palisade ACEC, Sinbad Valley ACEC, Unaweep Seep ACEC, Blue Mesa wildlife emphasis area, Bull Hill wildlife emphasis area, Calamity Camp National Historic Register site, and Dolores River Riparian SRMA.

BLM_0023252

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: uranium exploration and mining, mineral material sales, livestock grazing.

**Allowable Use (REC-ERMA-AU10)**

*VRM Class:* Manage the ERMA under VRM Class II and III objectives (as described in the VRM section).

**Allowable Use (REC-ERMA-AU11)**

*ROW:* Designate as a ROW avoidance area.

**Action (REC-ERMA-A4)**

*Lands and Realty:* Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the ERMA that enhance public access and recreation opportunities consistent with ERMA objectives.

**Allowable Use (REC-ERMA-AU12)**

*Forestry and Vegetation:* Allow timber harvest, fire wood cutting and special forest product harvest if the ERMA is determined suitable for harvest.

**Allowable Use (REC-ERMA-AU13)**

*Special Recreation Permits:* Issue only Class I, II, and III SRPs in the ERMA.

**Allowable Uses and Management Actions (ERMA-AU14)**

*Comprehensive Trails and Travel Management:* Limit motorized and mechanized travel to designated routes.

**Action (REC-ERMA-A5)**

*Comprehensive Trails and Travel Management*
- Establish specific Trail Management Objectives for primary recreation routes.
- Work with stakeholders to identify opportunities to connect/reroute routes to create loop opportunities that help achieve ERMA objectives.
- Work with partners to repair/reroute/close and maintain travel routes to reduce resource impacts and achieve ERMA objectives.

- Mark trail system route intersections with signs showing trail names/numbers, and allowable uses. Travel management designations (allowable uses) only need to be displayed at intersections where the allowable uses change from one route to another.

**Allowable Use (REC-ERMA-AU15)**

*Special Recreation Permits:* Issue Class I-III Commercial, Competitive, and Organized Group SRPs that are consistent with ERMA objectives.

BLM_0023254

This page intentionally left blank.

BLM_0023255

# Grand Valley Shooting Ranges Extensive Recreation Management Area

### Objective (REC-ERMA-O6)

Through the life of the plan, provide visitors with opportunities to participate in recreational target shooting at a developed shooting range in close proximity to Grand Junction. The ERMA provides a recreation setting with a significantly altered natural landscape.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), water quality (lead contamination, non-point source erosion/sedimentation into the Colorado River).

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: livestock grazing, fluid mineral leasing.

### Action (REC-ERMA-A6)

Physically delineate the boundaries of the ERMA using signage, fencing and other appropriate markers/barriers.

### Action (REC-ERMA-A7)

Develop run-on/run-off control plan to mitigate lead contamination to surface and ground water.

### Action (REC-ERMA-A8)

Develop a regular lead recovery program to mitigate soil and water contamination.

BLM_0023256

***Allowable Use (REC-ERMA-AU16)***

*VRM Class:* Manage the ERMA under VRM Class IV objectives.

***Allowable Use (REC-ERMA-AU17)***
*ROW:* Designate as a ROW avoidance area.

### Action (REC-ERMA-A9)

*Lands and Realty:* Identify area for disposal to stakeholder(s) who would manage the area with similar objectives.

***Allowable Use (REC-ERMA-AU18)***

*Camping restrictions:* Close the ERMA to overnight use and campfires from sunset to sunrise to reduce occurrences of vandalism to recreation facilities. Exceptions to this restriction may be granted in order to accommodate training exercises or other special events.

***Management Actions and Allowable Uses (REC-ERMA-AU19)***

*Special Recreation Permits*
- Do not issue Class IV SRPS in the ERMA.
- Allow vending SRPs only in conjunction with event SRPs.

***Allowable Uses and Management Actions (REC-ERMA-AU20)***

*Comprehensive Trails and Travel Management:* Allow travel within the ERMA only for the placement and retrieval of targets. Motorized and mechanized vehicles must remain on designated routes.

### Action (REC-ERMA-A11)

*Comprehensive Trails and Travel Management:* Work with stakeholders to maintain adequate access to shooting range facilities, consistent with ERMA objectives.

### Allowable Use (REC-ERMA-AU21)

*Special Recreation Permits:* Issue Class I-III Commercial, Competitive and Organized Group SRPs that are compatible with ERMA objectives.

# GUNNISON RIVER BLUFFS EXTENSIVE RECREATION MANAGEMENT AREA

### Objective (REC-ERMA-O7)

Through the life of the plan, support local community partnerships to protect and promote trail-based hiking, dog walking, trail running, mountain bicycling, horseback riding and other non-motorized recreation activities between Orchard Mesa and Whitewater along the Gunnison River bluffs. The ERMA provides an urban interface recreation setting with a moderately altered natural landscape.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), cliff-nesting raptors, paleontological resources, and cultural resources.

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: livestock grazing, lands and realty.

### Action (REC-ERMA-A12)

*Lands and Realty:* With partners (Mesa County, private landowners, Old Spanish Trail Association and City of Grand Junction), work to improve public access into and through the area. Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the ERMA that enhance public access and recreation opportunities consistent with ERMA objectives.

BLM_0023258

***Allowable Use (REC-ERMA-AU22)***

*Comprehensive Trails and Travel Management:* Close the ERMA to motorized travel. Limit all other travel (including foot and horse) to designated routes in order to accommodate targeted recreation activities in a concentrated urban interface area while protecting sensitive biological and cultural resources.

***Allowable Use (REC-ERMA-AU23)***

*Firearm use restrictions:* Prohibit recreational target shooting using any devices that propel a projectile, including but not limited to, firearms, bow and arrow, sling shots, paint ball guns and air guns. This does not apply to the lawful taking of game.

### Objective (REC-ERMA-O8)

Through community partnerships, protect the scenic views of the Gunnison River and Pinyon Mesa, support trail connectivity between communities and public land resources, and provide opportunities to learn about the Old Spanish National Historic Trail.

### Action (REC-ERMA-A13)

*Partnerships*
- Work with partners (Mesa County, private landowners, Old Spanish Trail Association (OSTA) and City of Grand Junction) to connect/reroute routes to make loop and/or through-route trail opportunities as necessary; reroute or close and naturalize unsustainable and eroding routes.
- Work with partners (OSTA, Mesa County, City of Grand Junction) to create and/or support education/interpretation of Old Spanish Trail resources.

***Allowable Use (REC-ERMA-AU24)***

*VRM Class*
- Manage the ERMA under VRM Class III objectives.
- Landscapes in the viewshed to the south and west of the ERMA lie within the Bangs Canyon SRMA and are managed under VRM Class II objectives.

***Allowable Use (REC-ERMA-AU25)***

*Minerals:* Close the ERMA to the following:

- Fluid mineral leasing and geophysical exploration.
- Mineral material sales.

- Non-energy leasable mineral exploration and/or development.

### Allowable Use (REC-ERMA-AU26)

*ROW:* Designate as a ROW avoidance area.

### Allowable Use (REC-ERMA-AU27)

*Camping restrictions*
- Close the ERMA to overnight camping and campfires to reduce impacts to this intensively used area that lies in close proximity to private residences.
- Allow exceptions for overnight camping and campfires only when those activities support the ERMA objectives (e.g., historical reenactments.)

### Allowable Use (REC-ERMA-AU28)

*Special Recreation Permits*
- Issue Class I, II and III Commercial, Competitive, and Organized Group SRPs that are consistent with ERMA objectives (i.e., support partnership efforts).
- Prohibit Class IV SRPs.
- Only issue event permits that have been coordinated with the local community and that result in minimal displacement of regular recreation use.
- Only issue vending SRPs in conjunction with Competitive Event SRPs.
- Do not issue vending SRPs for alcohol sales in the ERMA.

BLM_0023260

This page intentionally left blank.

BLM_0023261

# HORSE MOUNTAIN EXTENSIVE RECREATION MANAGEMENT AREA

The Horse Mountain ERMA has three distinct recreation management zones (RMZs). Those zones include: the Horse Mountain Trails RMZ (RMZ 1) featuring opportunities to participate in mountain biking, hiking, trail running, motorcycle riding, ATV riding and 4x4 vehicle driving; the C Road OHV Open Area (RMZ 2) offering an open OHV play area; and the C Road Target Shooting Area (RMZ 3) offering recreational target shooting opportunities. Overall, the ERMA provides a diverse mix of recreation activity opportunities in the urban interface zone along the eastern edge of the Grand Valley. The specific management objectives and actions for each RMZ are described below.

### Horse Mountain ERMA RMZ 1 – Horse Mountain Trails

*4,700 acres*

#### Objective (REC-ERMA-O9)
Through the life of the plan, support local community partnerships to plan, develop and promote a trail system for a variety of motorized and non-motorized trail-based recreation activities. The trail system should provide easy access to the Horse Mountain area, and trail connectivity to/from the Town of Palisade, East Orchard Mesa, the Palisade Rim SRMA and other BLM-managed lands along the Grand Mesa Slopes. Targeted activities include, but are not limited to, hiking, dog walking, trail running, mountain bicycling, horseback riding, ATV riding and motorcycle riding. The RMZ provides a recreation setting with a moderately to significantly altered natural landscape.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), water quality (non-point source erosion/sedimentation into the Colorado River).

BLM_0023262

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. Consider the following resource uses: fluid mineral leasing and livestock grazing. In the portions of this RMZ that overlap the ROW corridor and Wind Energy Emphasis Area, manage recreation to achieve management objectives for those designations.

***Allowable Use (REC-ERMA-AU29):***
*VRM Class:* Manage the eastern portion of the RMZ under VRM Class III objectives, and the western portion under VRM Class IV objectives (See VRM section.)

***Management Actions and Allowable Uses (REC-ERMA-AU30)***

*Lands and Realty*
- Recognize and grant priority status to utility developments in the ROW corridor and the Wind Energy Emphasis area that overlap the RMZ. Utilize BMPs to minimize impacts to targeted recreation activities.

- With managing partners (Town of Palisade, Mesa County, City of Grand Junction, private landowners), work to improve public access into and through the area. Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the RMZ that enhance public access and recreation opportunities consistent with RMZ objectives.

- Work with adjacent landowners, including the City of Grand Junction to minimize recreation conflicts and/or trespass on private property.

***Allowable Use (REC-ERMA-AU31)***

*Camping restrictions:* Close the RMZ to overnight camping and campfires to reduce impacts to this intensively used area that lies in close proximity to private residences.

***Allowable Use (REC-ERMA-AU32)***
Close the portion of the RMZ west of Sink Creek to overnight use (sunset to sunrise) to reduce occurrences of vandalism and resource damage.

***Allowable Use (REC-ERMA-AU33)***

*Firearm use restrictions:* Close to recreational target shooting the portion of the RMZ west of Sink Creek for the safety of adjacent residents, and recreationists using the C Road OHV Open Area, the C Road Target Shooting Area, and the connector trails leading to Horse Mountain.

### *Allowable Use (REC-ERMA-AU34)*

*Special Recreation Permits*
- Only issue event permits that have been coordinated with the local community and that result in minimal displacement of regular recreation use.
- Only issue vending SRPs in conjunction with Competitive Event SRPs.
- Do not issue vending SRPs for alcohol sales in the RMZ.

### *Allowable Use (REC-ERMA-AU35)*

*Comprehensive Trails and Travel Management:* Limit motorized and mechanized travel to designated routes.

### *Action (REC-ERMA-A15)*

*Comprehensive Trails and Travel Management:* If monitoring indicates conflicting interactions between recreation users, promote positive interactions between visitors by implementing strategies that separate incompatible recreation uses in either time or space (e.g., different uses on different trails on different days, designating directional travel on system trails, etc.)

### *Allowable Use (REC-ERMA-AU36)*

*Special Recreation Permits:* Issue Class I, II and III Commercial, Competitive, and Organized Group SRPs that are consistent with RMZ objectives (i.e., support partnership efforts).

## Horse Mountain ERMA RMZ 2 – C Road OHV Open Area

### *180 acres*

### *Objective (REC-ERMA-O10)*
Through the life of the plan, this RMZ will provide visitors with opportunities to participate in unconfined day-use motorized OHV recreation activities in close proximity to the urban amenities of the Grand Valley. The RMZ will also provide an OHV practice/play area serving as a gateway to the designated route system on adjoining public lands to the east. The RMZ provides a recreation setting with a significantly altered natural landscape due to intensive motorized OHV use, and nearby residential and agricultural development.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), water quality (non-point source erosion/sedimentation into the Colorado River).

BLM_0023264

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: lands and realty (ROW corridor), fluid mineral leasing. In the portions of this RMZ that overlap the ROW corridor, manage recreation to achieve management objectives for the ROW corridor.

### Action (REC-ERMA-A16)
Physically delineate the boundaries of the RMZ using signage, fencing and other appropriate markers/barriers.

### Allowable Use (REC-ERMA-AU37)

*VRM Class:* Manage under VRM Class IV objectives.

### Management Actions and Allowable Uses (REC-ERMA-AU38)

*Lands and Realty*
- Recognize and grant priority status to utility developments in the ROW corridor that overlaps the RMZ. Utilize BMPs to minimize impacts to targeted recreation activities.
- Work with adjacent landowners to minimize recreation conflicts and/or trespass on private property.

### Allowable Use (REC-ERMA-AU39)

*Camping restrictions:* Designate the RMZ as a day-use only area. Close the RMZ to overnight use and campfires from sunset to sunrise to reduce occurrences of vandalism, dumping, resource damage and disturbance of nearby residents.

### Allowable Use (REC-ERMA-AU40)

*Firearm use restrictions:* Close the RMZ to recreational target shooting for the safety of adjacent residents, recreationists using the OHV area and recreationists using the connector trails leading to Horse Mountain.

### Allowable Use (REC-ERMA-AU41)
*Special Recreation Permits:* Do not issue SRPs in this RMZ. Exception: Allow event staging in the RMZ for events outside of the RMZ.

### Management Actions and Allowable Uses (REC-ERMA-AU42)

*Comprehensive Trails and Travel Management*
- Allow unrestricted travel for all types of motorized OHV use within the RMZ.
- Ensure connectivity between the RMZ and the Horse Mountain Trails RMZ (RMZ 1).

BLM_0023265

## Horse Mountain ERMA RMZ 3 – Target Shooting

### 240 acres

### Objective (REC-ERMA-O11)

Through the life of the plan, provide visitors with opportunities to participate in day-use recreational target shooting in close proximity to Grand Junction, Clifton and Palisade, while protecting the property and personal safety of private residences in the area. The RMZ provides a recreation setting with a significantly altered natural landscape due to intensive recreation use in the area.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), water quality (lead contamination, non-point source erosion/sedimentation into the Colorado River).

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: fluid mineral leasing, livestock grazing. In the portions of this RMZ that overlap the ROW corridor, manage recreation to achieve management objectives for the ROW corridor.

### Action (REC-ERMA-A17)

Physically delineate the boundaries of the RMZ using signage, fencing and other appropriate markers/barriers.

### Action (REC-ERMA-A18)

Clearly identify BLM-managed lands adjacent to the RMZ that are closed to target shooting (900 acres) for the protection of the property and personal safety of nearby private residences in the area.

### Allowable Use (REC-ERMA-AU43)

*VRM Class:* Manage the ERMA under VRM Class IV objectives.

### Management Actions and Allowable Uses (REC-ERMA-AU44)

*Lands and Realty*

- Recognize and grant priority status to utility developments in the ROW corridor that overlaps the RMZ. Utilize BMPs to minimize impacts to targeted recreation activities.

- Work with adjacent landowners to minimize recreation conflicts and/or trespass on private property.

- Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within

BLM_0023266

or adjacent to the RMZ that enhance public access and recreation opportunities consistent with RMZ objectives.

### Allowable Use (REC-ERMA-AU45)

*Camping restrictions:* Designate the RMZ as a day-use only area. Close the RMZ to overnight use and campfires from sunset to sunrise to reduce occurrences of vandalism, dumping, resource damage and disturbance of nearby residents.

### Management Actions and Allowable Uses (REC-ERMA-AU46)

*Special Recreation Permits*
- Issue Class I, II and III Commercial, Competitive and Organized Group SRPs that provide financial or in-kind support for ongoing maintenance of the RMZ facilities.

- Do not issue Class IV SRPS in the ERMA.

- Allow vending SRPs only in conjunction with event SRPs.

- Do not issue vending SRPs for alcohol sales in the RMZ.

### Allowable Uses and Management Actions (REC-ERMA-AU47)

*Comprehensive Trails and Travel Management:* Allow travel within the RMZ only for the placement and retrieval of targets. Motorized and mechanized vehicles must remain on designated routes.

### Action (REC-ERMA-A19)

*Comprehensive Trails and Travel Management:* Work with stakeholders to maintain adequate access to facilities, consistent with RMZ objectives.

K-66     *Grand Junction Field Office*     August 2015
*Approved Resource Management Plan*

BLM_0023267

# NORTH DESERT EXTENSIVE RECREATION MANAGEMENT AREA

## Objective (REC-ERMA-O12)

Through the life of the plan, provide visitors with opportunities to participate in motorized OHV recreation (motorcycle, ATV, UTV, full-sized 4x4 vehicles) on a variety routes designated for different motorized uses (e.g., motorcycle, ATV/UTV, full-size vehicles) that link the desert terrain on the north side of the Grand Valley from Grand Junction and Fruita to Rabbit Valley and the Utah Rims trails and provide multiple long-distance motorized loop opportunities. The ERMA provides a recreation setting with a moderately altered natural landscape.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), Grand Junction buckwheat (*Eriogonum contortum*), Grand Junction suncup (*Camissonia eastwoodiae*), Dolores River skeletonplant (*Lygodesmia doloresensis*); Significant plant communities: Saline Bottomland Shrublands (*Sarcobatus vermiculatus / Suaeda moquinii* Shrubland), Western Slope Grasslands (*Achnatherum hymenoides* Shale Barren Herbaceous Vegetation), Cold Desert Shrublands (*Atriplex confertifolia / Achnetherum hymenoides* Shrubland), Gardner's Mat Saltbush Shrublands (*Atriplex gardneri / Leymus salinus* Dwarf-shrubland), Skunkbrush Riparian Shrubland (*Rhus triloblata* Shrubland); water quality (non-point source erosion/sedimentation into the Colorado River), Mancos Shale, saline soils, deer and elk winter range, pronghorn.

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: coal leasing, mineral material sales, fluid mineral leasing and livestock grazing. In the portions of this ERMA that overlap the

BLM_0023268

ROW corridor and Solar Energy Emphasis Areas (Mitchell Road and 21 Road), manage recreation to achieve management objectives for those designations.

**Allowable Use (REC-ERMA-AU48)**

*VRM Class:* Manage the ERMA under VRM Class II, III and IV objectives (See VRM section.) The majority of the ERMA is VRM Class IV.

**Management Actions and Allowable Uses (REC-ERMA-AU49)**

*Lands and Realty*
- Designate as a ROW avoidance area with the exception of the ROW corridor that crosses the ERMA.

- Recognize and grant priority status to utility developments in the ROW corridor and Solar Energy Emphasis areas that overlap the ERMA (Mitchell Road and 21 Road). Utilize BMPs to minimize impacts to targeted recreation activities.

- With managing partners (City of Fruita, Mesa County, City of Grand Junction, private landowners), work to improve public access into and through the area. Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the ERMA that enhance public access and recreation opportunities consistent with ERMA objectives.

- Work with adjacent landowners to minimize recreation conflicts and/or trespass on private property.

**Allowable Use (REC-ERMA-AU50)**

*Camping restrictions*
- Allow camping and campfires in the ERMA where it does not interfere with targeted OHV recreation opportunities, and is compatible with the management of other resources and resource uses.

- Close the 18 Road Open OHV area to overnight camping.

- Allow collection of only dead and down wood for campfires.

**Action (REC-ERMA-A20)**

*Camping Management:* If monitoring indicates unacceptable impacts from camping and campfires, implement progressive measures to mitigate those impacts. Mitigation measures may include, but are not limited to: requiring the use of firepans and portable toilet systems; prohibiting firewood collection; limiting portions of the ERMA to designated campsites only; closing portions of the ERMA to camping and campfires.)

BLM_0023269

### Allowable Use (REC-ERMA-AU51)

*Firearm use restrictions:* Close the 18 Road OHV Open area to recreational target shooting for the safety of OHV recreationists in this intensively used portion of the ERMA.

### Allowable Use (REC-ERMA-AU52)

*Special Recreation Permits*
- Issue Class I – IV Competitive Special Recreation Permits that achieve ERMA objectives.
- Only issue vending SRPs in conjunction with Competitive Event SRPs.
- Do not issue vending SRPs for alcohol sales in the ERMA.

### Allowable Use (REC-ERMA-AU53)

*Comprehensive Trails and Travel Management:*
- Limit motorized and mechanized travel to designated routes.

### Action (REC-ERMA-A21)

*Comprehensive Trails and Travel Management*
- Work with stakeholders/partners to plan, develop and maintain a route system that helps achieve ERMA objectives while mitigating impacts to the area's sensitive resources and resource uses (listed in the ERMA objective above). This includes identifying appropriate existing routes, repairing or rerouting unsustainable routes, constructing connecting routes, and closing redundant routes.

### Allowable Use (REC-ERMA-AU54)

*Comprehensive Trails and Travel Management*
- Designate the 18 Road Open OHV area (330 acres)

### Action (REC-ERMA-A22)

*Comprehensive Trails and Travel Management*

- Ensure route connectivity between the ERMA and the Rabbit Valley area of McInnis Canyons National Conservation Area and the Utah Rims SRMA in Utah.

BLM_0023270

## Action (REC-ERMA-A23)

*Comprehensive Trails and Travel Management*
- Ensure route connectivity between the ERMA and the Grand Valley OHV SRMA. To provide a transition zone between the high-use urban interface area directly north of Grand Junction, allow higher route density along the ERMA's interface with the Grand Valley OHV SRMA at 27 ¼ Road, with route density generally decreasing as the trail system extends to the northwest toward 25 Road and 21 Road (travel management Zone L.)

## Action (REC-ERMA-A24)

*Comprehensive Trails and Travel Management*
- Identify a multi-use singletrack trail on BLM-managed lands that connects the City of Fruita to the North Fruita Desert SRMA. If monitoring indicates the need to separate uses to ensure visitor safety, construct a bicycle-only trail through the ERMA that directly connects from the City of Fruita to the North Fruita Desert SRMA.

## Action (REC-ERMA-A25)

*Comprehensive Trails and Travel Management*
- Identify a multi-use singletrack trail on BLM-managed lands that connects Highline State Park to the North Fruita Desert SRMA. If monitoring indicates the need to separate uses to ensure visitor safety, construct a bicycle-only trail through the ERMA that directly connects from Highline State Park to the North Fruita Desert SRMA.

## Action (REC-ERMA-A26)

*Comprehensive Trails and Travel Management*
- Work with stakeholders to create new access points and trailheads if necessary to accommodate increased use, and/or achieve ERMA objectives.

- Mark trail system route intersections with signs showing trail names, allowable uses, and difficulty ratings. Travel management designations (allowable uses) only need to be displayed at intersections where the allowable uses change from one route to another.

- Promote positive interactions between recreation users by implementing strategies that separate conflicting uses. For example, begin with visitor education, then, if necessary, progress to more intensive measures like use and timing limitations (e.g., different uses on different trails on different days, designating directional travel on

BLM_0023271

system trails, etc.), issuance of permits, law enforcement patrols, etc.

**Allowable Use (REC-ERMA-AU55)**

*Special Recreation Permits*
- Issue Class I, II and III Commercial and Organized Group SRPs that achieve ERMA objectives.

**Action (REC-ERMA-A27)**

*Special Recreation Permits*
- Develop an event staging area in the ERMA that helps achieve ERMA objectives.

This page intentionally left blank.

BLM_0023273

# Appendix L
Special Recreation Permit Program Overview

BLM_0023274

BLM_0023275

# APPENDIX L
# SPECIAL RECREATION PERMIT PROGRAM OVERVIEW

The BLM will evaluate all commercial, competitive, and organized group special recreation permit (SRP) proposals on a case-by-case basis, and their approval or disapproval will be at the discretion of the authorized officer. All SRPs are considered undertakings under the National Environmental Policy Act (NEPA). Permit approval is dependent on conformance with all applicable land use planning documents and environmental review in accordance with NEPA. All existing permits will be analyzed for conformance to the Land Use Plan Revision.

In order to provide good customer service, to reduce unnecessary application submissions, and to ensure consistent consideration of permit proposals, all new SRP proposals will be evaluated using the process described below. The BLM will complete additional implementation guidance for activities in the GJFO, and this will provide applicants with specific information including but not limited to application deadlines, timelines for processing, application package requirements, fees, use reporting, and penalties.

## 1. PERMIT PROCESS

### Pre-Application Consultation

The BLM will use a pre-application consultation to determine whether an SRP is required and allowed, and if so, what type of permit is required. Proposals will be evaluated to determine whether they are consistent with recreation objectives; whether the opportunity is already available under an existing permit; whether there is adequate market competition; and whether the event would create conflict with the public and/or other existing permitted activities; among other factors. Additionally, during the pre-application consultation, permit proposals will be classified using the classification criteria described below. Once a class determination is made and the type of permit (competitive,

BLM_0023276

organized, or commercial) is established, the following guidelines and administration practices will apply:

1. **Commercial Administration**: If a proposed activity conforms to the BLM's land use planning decisions, will not exceed the carrying capacity of the proposed area, and is within the deadlines described in the GJFO permit policy, the applicant will be asked to fulfill all the required SRP application package requirements and pay applicable fees.

2. **Competitive Event Administration**: If a proposed activity conforms to the BLM's land use planning decisions and is submitted at least 180 days prior to the event date, the applicant will be asked to fulfill all the required SRP application package requirements and pay applicable fees.

3. **Vending**: If a proposed activity conforms to the BLM's land use planning decisions, will be held in conjunction with a competitive event sponsored by an organized group, and the proposal is submitted at least 180 days prior to the event date, the applicant will be asked to fill out the required paperwork and pay applicable fees.

4. **Organized Group Permit Administration**: Organized group/event permits are for group outdoor recreational activities or events that are neither commercial nor competitive. The authorized officer determines when a permit is required on the basis of planning decisions, resource concerns, user conflicts, public health and safety, and/or the need for monitoring.

Organized groups above the group size limit of 12* in the WSAs and lands with wilderness characteristics or above 25 in the remaining GJFO at a single location for more than two hours are required to contact the BLM prior to their event to determine whether an SRP is required. After reviewing the activity and location with the organizers, the BLM will determine whether or not a permit is required (see Section 1.3, Matrix for Determining Need for Organized Group SRP). If a permit is not required, the BLM may document this determination in the form of a *Letter of Agreement*.

### General Permit Administration

All permit administration will be done in accordance with National Environmental Policy Act (NEPA), BLM Manual: H-2930-1-Recreation Permit Administration, BLM Colorado State SRP Handbook, and all associated BLM SRP instruction memoranda (IMs) and information bulletins (IBs).

## 2. APPLICATION EVALUATION

The authorized officer will evaluate the application using the permit application review criteria listed below. The criteria include specific objectives identified in

BLM_0023277

the land use plan for recreation management areas. The issuance or denial of SRPs will be made in accordance with these criteria:

**Permit Application Review Criteria**

Permit proposals described in business and operating plans will be evaluated using the following criteria. These criteria establish an objective framework for the evaluation of SRP applications. The authorized officer will use any or all of the criteria to approve or deny a permit (subject to potential modifications):

1. **Compliance History**: Applicant must be in compliance, and have a history of compliance, with local, State and Federal regulations. Applicant or authorized representatives must not have been convicted of a Federal, State, or local violation in connection with the proposed activities within the last three years.

2. **Safety and Safety History**: Applicant must demonstrate that they have a history of providing an acceptable level of safety for clients and the affected public.

3. **Consistency with Land Use Planning documents**: Proposals will be evaluated for consistency with current planning documents, including but not limited to the most current revision of the GJFO resource management plan and other applicable implementation plans. All activities in the wilderness study areas must be consistent with BLM Manual 6330, Management of Wilderness Study Areas.

4. **Conflicts:** Permits will not be issued in areas where conflicts exist between permittees or between permittees and the public or landowners. Valid conflicts include but are not limited to the following:

   - Overlapping use areas where the same type of use is currently permitted
   - Conflicts with livestock grazing
   - Limited public land ownership and/or related access
   - Camps; location, number, and distance between camps
   - Types of activities permitted
   - Overcrowding and/or use levels during specific time periods, supporting infrastructure at capacity
   - Enforcement/compliance problems
   - Improper conduct by permittee or employees
   - Unacceptable resource impacts

5. **Diversity of Services**: Applicants must demonstrate that their activity will enhance the diversity of recreational opportunities available for visitors and that the services are needed by the public.

BLM_0023278

6. **Low Percentage of BLM Public Lands:** Applications may be refused where public lands comprise a low percentage of the total area and recreational management goals are already being met.

7. **Adjoining Lands and Joint Permits:** Preference will not be given to applicants who own or lease private land adjacent to BLM public lands. Preference will not be given to permittees that have a joint permit issued by another land management agency.

These criteria are a means to analyze applications and offset potential problems. Many complex issues are best addressed through an ongoing dialogue between the permittees and the BLM.

If the proposal meets the application review criteria, the appropriate NEPA document will be completed. Permits may be denied as a result of issues identified during the NEPA process. Any stipulations identified during the NEPA process will be included on approved permits.

## 3. MATRIX FOR DETERMINING NEED FOR AN ORGANIZED GROUP SRP

Organized Group SRPs are for group outdoor recreational activities or events that are neither commercial nor competitive. The authorized officer determines when a permit is required on the basis of planning decisions, resource concerns, user conflicts, public health and safety, and/or the need for monitoring. This matrix is to guide a decision process to determine whether a SRP is needed. When determining if an SRP is needed, first determine if the activity is recreational. If it is not recreational, it may need a lands permit. Second, determine if the proposal is consistent with recreation program goals and objectives. If the proposal is not consistent with recreation program goals and objectives, the proposal should be denied. If the proposal is recreational and it is consistent with recreation program goals and objectives, consider the criteria in the matrix to help determine if a permit is needed. If a permit is not needed, consider using a Letter of Agreement to document that if the outing is conducted as proposed, a permit is not needed.

| Criteria | Decision Guidance | | |
| --- | --- | --- | --- |
| | **Permit Not Required** | **Permit Required** | **Deny as proposed** |
| Is the use appropriate to the site? Is there a management concern for cultural or natural resources or facilities on public land? | Yes; site very conducive to the proposed use; provided for in planning. | Site is appropriate for group size and activity; not specifically provided for in plan. | No; site is not appropriate for use as proposed; does not conform with recreation planning goals; violates ROS class or experience prescriptions. |
| Is monitoring needed? | Nothing beyond one simple site visit. | Monitoring beyond a one-time site visit is required. | Long term monitoring of one or more resources is required. |
| Are there any health and safety concerns? | None | The health and safety of event participants | Unmitigated, high risk to human health and safety; |

| Criteria | Decision Guidance | | |
|---|---|---|---|
| | **Permit Not Required** | **Permit Required** | **Deny as proposed** |
| | | or other public land users may be jeopardized. | unreasonable risk, especially to non-participants. |
| Is bonding desirable to cover reclamation or damage to government property or resources? | No | Bonding is desirable or required. | |
| Is insurance desirable to protect the U.S. Government from claims by group participants or third parties? | No, liability exposure is negligible. | Insurance is desirable due to possible claims for personal injury or property damage. | |
| Are special services required, such as law enforcement, fire protection, exclusive use of public lands, reserved sites, etc? | No | Yes | |

## 4.   DETERMINING PERMIT CLASSIFICATION

The purpose of classifying SRPs is to screen proposals to ensure they are consistent with and support planning objectives.

All permit proposals will be evaluated using the classification criteria in Table I.1 and will be assigned to one of the classes in the classification matrix (Table I.2). The classification criteria table includes factors to determine the potential impacts to resources as a result of the proposed activities. Each factor is evaluated as either present or not present or along a continuum ranging from low to moderate or high for each resource.

After permit proposals have been evaluated using the classification criteria table, the results will be applied to the classification matrix to determine whether the proposal is either Class I (low impact), Class II (medium impact), Class III (moderate impact), or Class IV (high impact). Different proposed activities and outings will have different impacts to the various resources. Not all proposed activities will clearly be classified as I, II, III, or IV. In many situations, there will be one or two resources where impacts are higher than impacts to the other resources. In these cases, the BLM may deny the application, require modification to the proposal, or mitigate the resource concern through permit stipulations.

BLM_0023280

**Table. Permit Classification Criteria**

| Resource | | Anticipated Impact | Description of Impact |
|---|---|---|---|
| **Wildlife** | **Visual** | No | Artificial lighting system will not be used or will be less than 1000 candle power. |
| | | Yes | Artificial lighting system will be 1000 candle power or greater. |
| | **Audio** | No | A loudspeaker or other broadcasting device will not be used. |
| | | Yes | A loudspeaker or other broadcasting device will be used. |
| **Water Quality** | | No | Proposed activity will not fall within a water quality impaired stream segment or won't affect stream. |
| | | Yes | Proposed activity will fall within a water quality impaired stream segment, and the activity would affect the stream. |
| **Cultural Sensitivity Zones** | | Low | Proposed activity will be within area classified as low in the Class 1 cultural survey. |
| | | Moderate | Proposed activity will be within area classified as medium in the Class 1 cultural survey. |
| | | High | Proposed activity will be within area classified as high in the Class 1 cultural survey. |
| **Paleontological** | | Low | Surface geology consists of PFYC Class 1-3 formations. |
| | | Moderate | Surface geology consists of PFYC Class 4-5 formations. |
| | | High | Known vertebrate fossil site(s) can be seen. |
| **Soils/Vegetation** | | Low | Site and associated features demonstrate resilience and resistance to anticipated activity or are sufficiently disturbed that they would not be affected. |
| | | Moderate | Site and associated features demonstrate some ability to resist/recover from impacts. |
| | | High | Site and associated features demonstrate limited ability to resist/recover from impacts. |
| **Desert Shrub/Saltbush Vegetation Type** | | Low | Proposed activity will be outside of desert shrub/saltbush community. |
| | | Moderate | Proposed activity will be within desert shrub/saltbush community but outside intact desert shrub/saltbush vegetation. |
| | | High | Proposed activity will be within intact desert shrub/saltbush vegetation. |
| **Riparian Vegetation, Perennial Waters, Seeps and Springs** | | Low | Proposed activity will be more than 100 meters from the edge of riparian vegetation and wetlands. |
| | | Moderate | Proposed activity will include use within 100 meters of riparian vegetation on designated trails that cross riparian vegetation or camping at designated campsites. |
| | | High | Proposed activity will include use within riparian vegetation off designated trails or outside designated campsites. |

BLM_0023281

| Resource | Anticipated Impact | Description of Impact |
|---|---|---|
| **Bighorn Sheep** | Low | Proposed activity will be outside bighorn sheep production and summer concentration areas. |
| | Moderate | Proposed activity will be outside bighorn sheep production areas and within summer concentration areas. |
| | High | Proposed activity will be within bighorn sheep production areas. |
| **Special Status Species (Colorado Hookless Cactus, Special Status Raptors, Kit Fox, Bats, Prairie Dogs, Gunnison Sage-Grouse, DeBeque phacelia and Parachute penstemon)** | Low | Proposed activity will be greater than 200 meters from sensitive species. |
| | Moderate | Proposed activity will be greater than 100 meters from sensitive species. |
| | High | Proposed activity will be less than 100 meters from sensitive species. |
| **Timing for Wildlife** | Low | Proposed activity will not occur between November 1 and April 30 or between May 15 and July 15. |
| | Moderate | Proposed activity will occur between November 1 and April 30 or between May 15 and July 15 and will not affect wildlife. |
| | High | Proposed activity will occur between November 1 and April 30 or between May 15 and July 15 and will affect wildlife. |
| **Within Existing Disturbance (Designated Routes, Staging Areas, Designated Campsites, etc.)** | Low | < 5 acres |
| | Moderate | 5 to 40 acres |
| | High | > 40 acres |
| **Duration of Use** | Low | One day or less |
| | Moderate | Two to six days |
| | High | > Six days |
| **Anticipated Number of Participants** | Low | < 12 |
| | Moderate | 13-25 |
| | High | 25+ |
| **Anticipated Number of Vehicles** | Low | 1-6 |
| | Moderate | 6-10 |
| | High | 10+ |
| **Competitive Event** | Yes | The event or activity will be competitive in nature. |
| | No | The event or activity will be noncompetitive. |
| **Motorized/Mechanized Support** | Yes | Vehicles or other mechanized equipment will be required to support activity. |
| | No | No vehicles or other mechanized equipment will be required. |

BLM_0023282

| Resource | Anticipated Impact | Description of Impact |
|---|---|---|
| **BLM Monitoring and Inspection Requirements** | Low | No significant pre- or post-permit oversight activities will be required |
| | Moderate | Pre- or post-permit activities will require up to eight hours of BLM oversight. |
| | High | Pre- or post-permit activities will require more than eight hours of BLM oversight. |

**Table. Permit Classification Matrix**
**Evaluation Factors**

| | Permit Class | | | |
|---|---|---|---|---|
| | **I** | **II** | **III\*** | **IV\*** |
| **Wildlife (Visual)** | No | Yes | Yes | Yes |
| **Wildlife (Audio)** | No | Yes | Yes | Yes |
| **Water Quality** | No | Yes | Yes | Yes |
| **Cultural** | Low | Moderate | Moderate | High |
| **Paleontological** | Low | Moderate | Moderate | High |
| **Soils/Vegetation** | Low | Moderate | Moderate | High |
| **Desert Shrub/Saltbush Vegetation** | Low | Moderate | Moderate | High |
| **Riparian Vegetation** | Low | Moderate | Moderate | High |
| **Bighorn Sheep** | Low | Moderate | Moderate | High |
| **Sensitive Species** | Low | Moderate | Moderate | High |
| **Timing for Wildlife** | Low | Moderate | Moderate | High |
| **Within Existing Disturbance** | Low | Low | Moderate | High |
| **Duration of Use** | Low | Moderate | Moderate | High |
| **Anticipated Number of Participants** | Low | Moderate | Moderate | High |
| **Anticipated Number of Vehicles** | Low | Low | Moderate | High |
| **Competitive Event** | No | No | Yes | Yes |
| **Motorized Support** | No | No | Yes | Yes |
| **Monitoring and Inspection Requirements** | Low | Low | Moderate | High |

*\*Class III and IV events are more likely to require cost recovery, because these events will probably need more than 50 hours of BLM staff time for permit administration.*

# Appendix M
## Travel Management Plan

BLM_0023285

# United States Department of the Interior
# Bureau of Land Management

## Grand Junction Field Office
## Travel Management Plan

Grand Junction Field Office
2815 H Road
Grand Junction, Colorado 81506



BLM_0023286

This page intentionally left blank.

BLM_0023287

# Contents

1.  Introduction ......................................................................................................M-1

    1.1  Background ...........................................................................................M-2

    1.2  Laws, Regulations, Policies and Program Guidance ...........................M-3

2  Travel Management Planning Process.............................................................M-6

    2.1  Overview ...............................................................................................M-6

    2.2  Inventory ...............................................................................................M-6

    2.3  Public and Cooperator Participation....................................................M-7

        2.3.1  RMP Scoping ...........................................................................M-7

        2.3.2  Travel Management Comment Period 1 ....................................M-7

        2.3.3  Travel Management Comment Period 2 ....................................M-7

        2.3.4  Coordination with Partners, Cooperating Agencies, and Resource Advisory Council (Sub-group) ................................................M-8

        2.3.5  Response to Travel Management Comments .............................M-8

3  RMP Level Decisions .....................................................................................M-8

    3.1  Area Designations ................................................................................M-8

        3.1.1  Open .........................................................................................M-8

        3.1.2  Limited .....................................................................................M-8

        3.1.3  Seasonal Limitations ................................................................M-9

        3.1.4  Closed .......................................................................................M-9

4  Implementation Level Decisions – Route Designation ..................................M-9

    4.1  Draft Travel Plan Development ............................................................M-9

    4.2  Final Travel Plan Development ..........................................................M-10

    4.3  Exceptions to Standard Route Designation Process ...........................M-10

        4.3.1  Recreation Management Areas with Existing Travel Plans .................M-10

        4.3.2  Zone L – North Desert Area ...................................................M-10

        4.3.3  Other considerations ...............................................................M-11

    4.4  Route Designation Evaluation Criteria...............................................M-11

        4.4.1  Designation Following Mitigation .........................................M-11

BLM_0023288

4.5     Route Designations ..........................................................................M-13

4.6     Right-of-Way (ROW) and Needed Easements ...................................M-13

    4.6.1   The primary areas identified as priorities for providing public access:M-14

5    Implementation Strategy .............................................................................M-16

5.1     Prioritization of Work ......................................................................M-16

    5.1.1   Prioritized Factors ...............................................................M-16

5.2     Prioritized Actions ...........................................................................M-20

5.3     Priorities for Site-specific Survey and Potential Analysis ................M-20

    5.3.1   New routes ...........................................................................M-20

    5.3.2   Existing routes .....................................................................M-21

5.4     Funding Strategy ..............................................................................M-21

5.5     Standard Operating Procedures ......................................................M-21

    5.5.1   General .................................................................................M-21

    5.5.2   Maintenance and Modifications to Route Network................M-21

5.6     Lands Actions ...................................................................................M-22

    5.6.1   Lands actions include the following:......................................M-22

    5.6.2   Easements, ROWs, and Permissive access license agreements ...........M-22

5.7     Mitigation Measures ........................................................................M-23

    5.7.1   Soils and Hydrology.............................................................M-23

    5.7.2   Cultural ................................................................................M-24

    5.7.3   Sensitive Status Species ......................................................M-24

    5.7.4   Riparian ...............................................................................M-26

    5.7.5   Recreation ............................................................................M-27

5.8     Adaptive management ......................................................................M-27

5.9     Supplementary Rules ........................................................................M-27

*Attachment A – Sign Plan* ..........................................................................M-30

*Attachment B – Education Plan* ................................................................M-32

*Attachment C – Enforcement Plan* ............................................................M-33

*Attachment D – Rehabilitation Plan* .........................................................M-34

*Attachment E – Monitoring Plan* ..............................................................M-42

BLM_0023289

*Attachment F – Engineering Plan* ..................................................................M-45

*Attachment G – Zone L (North Desert) Route Designation Considerations* .................M-48

*Attachment H – Cultural Resources* ............................................................M-51

*Attachment I - Trail Design Criteria* ...............................................................M-53

*Attachment J - Trail Development Process* ..........................................................M-56

BLM_0023290

## ACRONYMS AND ABBREVIATIONS                                    Full Phrase

| | |
|---|---|
| ATV | all-terrain vehicle |
| BLM | Bureau of Land Management |
| CFR | Code of Federal Regulations |
| ERMA | Extensive Recreation Management Area |
| ESA | Endangered Species Act |
| FLPMA | Federal Land Policy and Management Act |
| GJFO | Grand Junction Field Office |
| NEPA | National Environmental Policy Act |
| OHV | off-highway vehicle |
| RMP | Resource Management Plan |
| RMZ | Recreation Management Zone |
| ROD | Record of Decision |
| SHPO | State Historic Preservation Office |
| SRMA | Special Recreation Management Area |
| TMP | Travel Management Plan |
| WEPP | Water Erosion Prediction Program |

# 1.    Introduction

Travel management is the process of identifying the system of roads, primitive roads, and trails that are designated/authorized for continual use. These roads and trails will provide for various access needs and uses of the public lands, from recreation to oil and gas and livestock management operations, into the future.   When completed, the travel management plan becomes the approved system of roads and trails that the BLM commits to maintaining into the future.   New routes will be added as needed to accommodate use and provide for recreation opportunities.  The approved travel network will continue to evolve and change over time.

During travel management planning, the BLM considers the needs and desires for the public to get to various destinations and locations on the public lands, while also considering the ways that roads and trails affect or "impact" the sensitive resources that must be protected under various natural resources law that also guide the decisions of the BLM under the concepts of multiple use and sustained yield and many other environmental laws.

Due to the sometimes competing needs for use and protection of the public lands, and given that the current roads and trail system developed over time, travel management planning fulfills dual purposes. The general goal is to identify those existing routes that should become part of the long-term system of approved roads and trails because they access a needed or valuable destination or experience, while not causing unacceptable impacts to another feature. In addition to creating a commitment to future access, travel management plans also function as restoration plans, in that they remove from the permanent system those roads and trails that have developed over time and, through improper placement or design, are causing unacceptable impacts to other features or natural resources.  Once this initial weighing is done of what should remain open and what must be closed, new routes can be added over time, with the kind of proper design that protects other resources while still ensuring that the route system as a whole functions for its intended uses.

This Travel Management Plan (TMP) supplements travel management land use allocations and planning decisions to be made in the Grand Junction Field Office (GJFO) Record of Decision (ROD) and Approved Resource Management Plan (RMP). Decisions and implementation actions not made in the RMP will be addressed in this TMP and the subsequent, associated ROD. This document will set forth a plan to manage GJFO's designated system of roads, primitive roads and trails, access and uses. Specifically, the TMP summarizes the proposed area designations outlined in the PRMP, followed by an outline of the criteria used for designation of routes across the field office, outlines the implementation-level route designations, and explains the implementation process and standard operating procedures (including the zone-specific guidance for Zone L). Attachments provide additional plans on signing, educational efforts, rehabilitation, and engineering of the established travel network.

The project area for the GJFO TMP includes approximately 1.06 million acres of public lands administered by the GJFO, Northwest District Office of the Bureau of Land Management. Travel management is the process of planning for and managing access and travel systems on public lands. The Grand Junction Field Office (GJFO) Travel

BLM_0023292

Management Plan (TMP) is written in conformance with the *Grand Junction Field Office Proposed Resource Management Plan* (PRMP).

The GJFO TMP is based upon extensive public participation and workshops, as well as structured interdisciplinary team analysis. The BLM recognizes the importance of access for public visitation, scientific studies, and administrative uses, while providing for the protection of natural and cultural resources. The evaluation process incorporated the four minimization criteria set forth by 43 Code of Federal Regulations (CFR) 8342.1 (a-d), as well as additional planning criteria established in the GJFO RMP, and created a designated route system consistent with land use allocations.

Outcomes-based recreation management, the approach adopted by the GJFO, is a recreation management philosophy that focuses on the positive and beneficial outcomes derived from recreational activities, rather than emphasizing the recreation activities themselves. It promotes quality recreation experiences from the visitors' or users' perspectives. Outcomes-based provides the conceptual recreation framework to view, plan, and collaboratively deliver recreation services as a means to a larger end – an end in which outcomes benefit individuals, communities, economies, and the environment. By conducting outcomes-based analysis, recreational settings can be better delineated and managed. In outcomes-based analysis, priority is given to resource dependent recreation. Resource dependent recreation is that which can only be done where the natural resource or setting exists. An example is running for fitness versus nature hiking. Fitness running can be done on a treadmill or anywhere a suitable surface exists. Nature hiking requires a natural setting and things to observe along the way. Hiking would not be suitable indoors or in unnatural settings, thus it is a resource dependent recreation.

Approved transportation routes identified for recreation purposes will include opportunities and quality experiences for all user groups, including hikers, backpackers, equestrians, bicycles, ATVs, four-wheel-drive vehicles, motorcycles, backcountry aircraft pilots, hunters, and fishers. However, one should not interpret that all users will be accommodated in all areas.

## 1.1 Background

Approximately 42 percent of the planning area is currently designated as open to cross-country off-highway vehicle (OHV) use, 44 percent is limited to existing or designated roads and trails, 11 percent has seasonal limitations, and three percent is closed to OHV use.

Areas with designated routes typically do not contain trails built with consideration for sustainability, resource concerns or conditions, or recreation experiences. Most routes either follow historic routes, such as those for grazing, mining, or administrative access, or they were user created. In either case, the trails do not always provide desirable recreation experiences and have unmitigated impacts to natural or cultural resources.

Travel management historically focused specifically on motor vehicle use. A shift in the accepted paradigm has caused the BLM to develop a more comprehensive travel management process which encompasses all forms of transportation, including travel by foot, horseback, and mechanized vehicles such as bicycles, as well as the numerous forms

BLM_0023293

of motorized vehicles from two-wheeled (motorcycles) and four-wheeled all-terrain vehicles (ATVs) to cars and trucks.

Many routes within the GJFO were constructed to create access to public land improvements, timber and vegetation management projects, gas and mineral development, range management, and various ROWs. Of these routes, many were not necessarily intended to be left behind or open for recreational use, but have become popular routes for visitors engaged in mechanized and motorized recreation activities. Some routes were created or pioneered by visitors. Open travel designations that permit cross-country mechanized and motorized use, high levels of use, and improvements in mechanized and motorized vehicle technology have allowed public land users to gain access to and through more terrain. These routes are not typically maintained by the BLM; rather, it is the repeated passage of vehicles that maintains these routes. Not designed, but created, these routes are often rutted and eroded.

## 1.2 Laws, Regulations, Policies and Program Guidance

The process of considering and providing appropriate access is guided by a complex series of more than fifteen major individual laws, as well as additional regulations and policies defining the type of access and recreational experiences that should be provided while protecting the sensitive resources (e.g., fish, wildlife, plants, and archaeology) that the federal government is also required to protect and conserve on the public lands. The trade-offs required by these individual laws are not always straightforward or linear, and in some cases, they may even conflict. The process of finding this balance, between present-day use and enjoyment and conservation for future generations, is known as multiple use management, and is one of the defining factors of the BLM's mission.

Currently, the Code of Federal Regulations (CFR) establishes the criteria for designating public lands with respect to OHVs and for establishing controls governing the use and operation of OHVs. Non-motorized and non-mechanized uses have been addressed in this planning effort, and decisions made will be incorporated into supplemental rules for enforcement purposes.

Laws and regulations that influence or direct travel management planning include:

- National Environmental Policy Act (NEPA)
- Endangered Species Act (ESA)
- Wilderness Act
- National Historic Preservation Act
- Antiquities Act of 1906, including Monument Proclamations
- Wild and Scenic Rivers Act
- Clean Air Act
- Clean Water Act
- Taylor Grazing Act
- Mining Act of 1872 (and subsequent mining acts)
- Federal Land Policy and Management Act (FLPMA) BLM
- Code of Federal Regulations (CFR)

Management of OHV use and mountain biking will be consistent with the guidance in BLM's National Strategy for Motorized Off-Highway Vehicle Use on Public Lands

BLM_0023294

(USDI-BLM 2001) and the National Mountain Bicycling Strategic Action Plan (USDI-BLM 2002).

The National Management Strategy for Motorized Off-Highway Vehicle Use on Public Lands (Strategy), finalized by the Bureau of Land Management (BLM) in January 2001, was the first step in developing a proactive approach to determine and implement better on-the-ground management solutions designed to conserve soil, wildlife, water quality, native vegetation, air quality, heritage resources, and other resources, while providing for appropriate recreational opportunities. It provides agency guidance and offers recommendations for future actions to improve motorized vehicle management. This priority was re-emphasized by the BLM's M-1626 Travel and Transportation Manual and H-8342 Travel and Transportation Handbook, BLM's Priorities for Recreation and Visitor Services (Purple Book), and Colorado's Recreation and Visitor Services Strategy. The Colorado State Director has given specific policy direction found in Instruction Memorandum No. CO-2007-020, which explicitly directs BLM Colorado to accomplish comprehensive travel planning.

As identified in BLM Colorado's Recreation and Visitor Services Strategy, comprehensive travel planning is integral to maintaining and managing the character of recreation settings. Travel management decisions support the fulfillment of planning objectives (which include desired recreation setting objectives) to protect and/or enhance landscape character. This is facilitated by working closely with communities, sister agencies, interest groups, and interested individuals to balance protecting the health of the land with providing needed and desired levels of public and administrative travel and access.



BLM_0023296

# 2 Travel Management Planning Process

## 2.1 Overview

Travel management issues are considered sequentially at three levels:

- Land Use Planning – GJFO PRMP
- Activity or Implementation Level Plans – GJFO TMP
- Plan Implementation – Project Plans and on-the-ground actions

FLPMA requires that the BLM "develop, maintain, and, when appropriate, revise land use plans" (43 United States Code 1712 (a)). BLM has deemed it necessary to revise the existing RMP for the GJFO based on a number of new issues that have arisen since preparation of the initial RMP in 1987.

This document addresses the designation criteria, planning criteria, data collection, and route designation process by which the GJFO Interdisciplinary (ID) Team developed the Final Resource Management Plan/Final Environmental Impact Statement (Approved RMP/FEIS) route designations for motorized, mechanized, and non-motorized uses for the Planning Area, including those related to the following management decisions:

- **Land Use Planning Decisions --** The land use planning decisions of the Travel Plan define the areas within the GJFO that are designated as "Open," "Limited," or "Closed" to various modes of travel; as well as the number of miles of designated routes under the Limited category.

- **Implementation Decisions --** Implementation decisions of the Travel Plan that are included in this document include the designations of routes within areas delineated as Limited to Designated Roads and Trails.

For Zone L, an area designation will be completed in the future to determine appropriate use after analyzing the distinct natural, cultural, recreational, and social factors of the area.

## 2.2 Inventory

GJFO initiated the travel management planning process in 2004, beginning with a route inventory that ended in 2010. This inventory provided the foundation and baseline for the TMP.

Inventory procedures were designed to collect information necessary for planning and management of the area. The inventory documented and mapped routes, route conditions, facilities, improvements, and public use areas accessed by the routes (range and wildlife improvements, recreation activity areas, gates, fences, trailheads, and other features). The inventory was conducted by BLM personnel on motorcycles, bicycles and foot. The inventory staff took steps to capture every linear feature that could be seen on the ground in the GJFO. This included features that were engineered (planned), as well as unplanned single-track and two-track linear features that are not part of the BLM's transportation network. In some areas the inventory also captured linear disturbances such as created during uranium exploration or construction of a pipeline, which were never intended to function as roads. Inventory procedures were designed to collect information necessary for planning and management of the area. Open areas, or areas that had an extremely high

density of routes, were screen digitized, field verified, and, in the North Desert, sampling was used to determine accuracy of route data and estimate mileage of routes.

The travel management inventory identified roughly 4,000 miles of roads, trails, and other features within the planning area, covering 1.06 million acres. In order to effectively communicate with the public, cooperating agencies, partners, user groups, and resource specialists and to track decisions, the planning area was broken into 19 zones, labeled A to W (see figure on preceding page). Each route was broken into segments (defined by intersections) and given a unique number that correlated with its zone (e.g., A102).

## 2.3 Public and Cooperator Participation

The GJFO Travel Plan is based upon extensive public and cooperating agency participation, including workshops and multiple comment periods.

### 2.3.1 RMP Scoping

The formal public scoping process for the GJFO RMP/EIS and TMP began on October 15, 2008, with the publication of a Notice of Intent in the Federal Register. Public scoping ended January 9, 2009. Public outreach during this scoping period included: 1) a newsletter mailed to over 600 agency contacts, organizations, and members of the public; 2) three scoping open houses in December 2008 (Grand Junction and Collbran, Colorado, and Moab, Utah); and 3) a public website, http://www.blm.gov/co/st/en/fo/gjfo/rmp, which provides access to materials distributed at scoping meetings as well as information on the public involvement process.

A total of 64 comment letters received during the scoping period addressed travel management. Most of the planning issue comments focused on travel management (23.7 percent), which were consolidated into one issue statement.

*"How will motorized, non-motorized, and mechanized travel be managed to provide commodity, amenity, and recreation opportunities, reduce user conflicts, enforce route designations and closures, reduce fragmentation and habitat degradation, and protect natural and cultural resources?"*

### 2.3.2 Travel Management Comment Period 1

GJFO hosted a series of "travel management data collection workshops" in February 2009 to give the public the opportunity to review its route inventory for completeness and accuracy, as well as offer suggestions for possible reroutes or new routes that would complement the existing system. The workshops were held in Delta, De Beque, Collbran, Gateway, Fruita, and Grand Junction, with over 200 participants. A total of 118 written comments were received during this comment period.

### 2.3.3 Travel Management Comment Period 2

GJFO identified the need and interest from public comments additionally in 2009 not only on the completeness and accuracy of the inventory but also to help evaluate the quantity and quality of the experiences and desired recreation setting available in the planning area. The GJFO received 178 written comments during this comment period. Viewpoints expressed in the comments reflected a wide spectrum of desires regarding desired levels of access.

BLM_0023298

### 2.3.4 Coordination with Partners, Cooperating Agencies, and Resource Advisory Council (Sub-group)

During the data collection and inventory phase of the planning process, BLM staff met with offices of the US Forest Service and BLM with contiguous acreage, with county and municipalities within the planning area, and Colorado Department of Wildlife and US Fish and Wildlife Service to verify the inventory data and collect additional information on resource concerns and access needs.

Throughout the process, GJFO staff made presentations at local user group meetings and to the Cooperating Agencies and Resource Advisory Council (Sub-group) on the defining law, policy, goals, and objectives associated with travel management and the process to be used in designating the travel management network.

During the route by route selection by alternative, the cooperating agencies were invited to participate in providing information to the resource specialists to aid in the alternative development. A complete list of attendees by date and area discussed is included as TMP Attachment 4.

### 2.3.5 Response to Travel Management Comments

Throughout the planning process, BLM has received thousands of comments which have been recorded and incorporated into the planning criteria that informed decisions for each alternative including the preferred. During the draft comment phase, GJFO received roughly 1,500 comments that were route specific. Each comment is captured in a travel related comment report that provides rational for decision making and compares the request of the commenter with the final decision. The BLM considered each comment received in the framework of its association with the GJFO route segment(s) or area(s) it addressed.

## 3 RMP Level Decisions

### 3.1 Area Designations

#### 3.1.1 Open

Open areas are areas where cross-country motorized and mechanized travel is allowed. They are limited to a size that can be effectively managed and geographically identifiable to offer a quality, safe, and varied experience for participants. Open areas provide a different type of recreational experience as compared to trail riding, by giving the rider an opportunity to choose terrain that will challenge his or her skills and equipment. Open areas will be fenced or boundaries clearly signed, closed to shooting, and have parking and information portals. The size and number of open area(s) vary across the different alternatives.

#### 3.1.2 Limited

"Limited to designated routes" is the primary allocation for motorized and mechanized use in the planning area. All areas outside of the open and closed polygons by alternative are limited. Limitations include modes of travel, seasons of use, and types of user.

BLM_0023299

Generally, horse and foot travel is not limited to designated routes. Certain areas with high use, sensitive resources, or potential negative interactions with other users require that foot and horse travel is limited to designated routes or, in some alternatives, excluded all together.

### 3.1.3 Seasonal Limitations

Five seasonal limitations for motorized and mechanized travel are proposed within certain areas limited to designated routes.

Wildlife limitation dates were recommended by Colorado Parks and Wildlife and are being incorporated into travel management planning throughout BLM Colorado, where appropriate. These limitations that include Winter Limitation (Big Game), Spring Limitation 1 (Sage Grouse), and Spring Limitation 3 (Elk Calving) were established to avoid critical periods for sensitive species. Open Rifle Hunting Season Limitation would be provided through easement agreements coordinated by CPW. Spring Limitation 2 for soils would take place during spring months when saturated soil conditions are most predictable (typically associated with spring melt-out) and targets soil mapping units particularly vulnerable to erosion. Spring melt-out typically occurs from the beginning of March through the middle of May in the GJFO planning area.

### 3.1.4 Closed

This designation closes an area to any and all travel, non-motorized and non-mechanized included. Areas are designated closed if closure to all types of transportation is necessary to protect resources, promote visitor safety, or reduce use negative interactions. These areas vary by alternative and include WSAs, ACECs, LWWCs, WSR segments, Critical Habitat and Research Areas, Wildlife Core Areas, and Municipal Watersheds.

## 4 Implementation Level Decisions – Route Designation

Implementation level decisions include the process of assigning route designations to each route within the limited polygons, in accordance with alternative themes, while balancing access and resource concerns. Route designation is an implementation level decision governed by the higher level RMP. Implementation decisions are subject to appeal. The range of alternatives developed in the route designation process for this TMP mirror the goals and objectives of each of the alternatives developed in the RMP revision. Future adjustments to the designated route network would be accomplished through plan maintenance (minor adjustments) or additional NEPA review and decision-making.

### 4.1 Draft Travel Plan Development

GJFO Interdisciplinary Team and cooperating agency representatives convened to consider each route and evaluate the access needs, public comments, and resource concerns of each. The planning team used a structured, consistent approach to consider the significant amount of data that went into the analysis process. In addition to cooperating agency representatives, the team included representatives of the interdisciplinary team and specialists representing every major program that the BLM administers (e.g., range management, archaeology, and wildlife). These specialists are knowledgeable about local data and the laws or regulations that influence each program.

BLM_0023300

Individual specialists had access to their own datasets so they could see the results of past surveys and inventories that had been done. Together, the team projected the map of the current route system and the route being considered and used Google Earth to maintain common assumptions and knowledge about terrain and human-made features present on the landscape. Each specialist represented their particular resource. Together, the team gave specific attention and value to maintaining access to public lands, providing for quality recreation, while also protecting sensitive resources that are affected by roads and trails, working together to balance those considerations toward a travel plan that reflected RMP guidance.

## 4.2    Final Travel Plan Development

In developing the proposed plan for the FEIS, GJFO Interdisciplinary Team and cooperating agencies convened for seven additional weeks to consider each route in the Proposed Alternative again in light of public comment.    This resulted in measurable changes from the original Alternative B (Preferred Alternative) that appeared in the draft RMP.

In the development of the proposed BLM looked at routes that for various reasons would require some form of mitigation (bridge, reroute, public access, etc.) to allow for long term public or administrative access.   These situations included issues like safety concerns from an operating well pad, no legal public access, impassable wash out or resource that needs to be avoided to name a few. In these instances, BLM is proposing mitigation measures to remedy the situation and allow for continued access. Route reports will have specific information on the issue, mitigation measure needed and any special instructions.   Roughly 13% of routes have mitigation requirements that result in a change to the route designation. These routes are included below in Table 2 under the column header "Travel Designation Following Mitigation".

## 4.3    Exceptions to Standard Route Designation Process

### 4.3.1    Recreation Management Areas with Existing Travel Plans

Within the planning area, Bangs Canyon SRMA and North Fruita Desert SRMA currently exist, and site-specific travel plans already exist for these areas. These travel decisions were not re-evaluated in this effort (Bangs Canyon SRMA and North Fruita Desert SRMA) unless:

1.   new resource information was available;

2.   public comment was received regarding the route; or

3.   recreation staff thought it made a valuable contribution to the network.

### 4.3.2    Zone L – North Desert Area

Zone L (North Desert) proved to be one of the most challenging zones to consider, both for the BLM and for the public, due to its route density.   Through public comment and further interdisciplinary consideration, the BLM determined that a different process was needed to make effective planning decisions for this zone.

BLM_0023301

Following completion of the rest of the TMP, the BLM will undertake a specific planning process for this area and will allow the use of existing routes within the boundary of this zone until individual routes are designated within this area. See Attachment G for additional guidance developed for route designations in Zone L.

### 4.3.3 Other considerations

#### 4.3.3.1 Backcountry Airstrips

There are a number of locations throughout the GJFO that are commonly known and consistently used for aircraft landing and departure activities that, through such casual use, have evolved into backcountry airstrips (the definition contained in Section 345 of Public Law 106-914, the Interior and Related Agencies Appropriation Act of 2001). In accordance with that law, require full public notice, consultation with local and state government officials, the Federal Aviation Administration (FAA), and compliance with all applicable laws, including NEPA, when considering any closure of an aircraft landing strip.

In addition to compliance with applicable aviation regulations, backcountry airstrips will be designated and managed the same as travel routes for other forms of transportation. As such, management of backcountry airstrips would conform to all decisions, including those regarding route construction and maintenance, outlined in this travel management plan.

#### 4.3.3.2 Dispersed Camping

Dispersed camping would be allowed in the planning area. Existing spur routes that lead to campsites would be designated and identified. No cross-country travel associated with dispersed camping is allowed outside the open areas, and dispersed camping was largely addressed in most zones. During the implementation of approved designations, some additional spur routes to potential campsites may be designated as open to accommodate use consistent with resource concerns and desired future outcomes of the recreation program.

## 4.4 Route Designation Evaluation Criteria

BLM established route designation criteria through scoping, internal issue development and RMP resource specific goals and objectives. For the evaluation of each route, route purpose was defined which included a study of current uses and legal or administrative agreements associated. Once route purpose was defined, each route was evaluated by the designation criteria established by 43 CFR Subpart 8342 and GJFO specific planning criteria identified in the RMP. All public comments were considered in route decisions. Attachment H provides a detailed list of resources considered in the process.

### 4.4.1 Designation Following Mitigation

During the structured analysis process, sensitive resources were identified requiring mitigation measures that would minimize effects to resources.

Generally, the alleviation or lessening of possible adverse effects on a resource by applying appropriate protective measures were defined and may be achieved by reroute, maintenance, additional resource surveys, remedying a safety issue or

BLM_0023302

securing public access. Some routes may change designation following the completion of prescribed mitigation. Routes with proposed designation changes are shown in Table 2.

## 4.5    Route Designations

The following designations were utilized in the route designation process.

- Open to all uses
- Seasonal Limitation
  - Winter Closure: December 1 – May 1
  - Spring Sage-grouse Closure: March 1 – June 30
  - Rifle Hunting Season Open: October 1 – November 30
  - Elk Calving Spring Closure: May 15 – June 15
- Limited to under 50" only
- Limited to under 50" only with winter seasonal limitation
- Limited to Foot, Horse, Bicycle and Motorcycle Only
- Limited to Foot, Horse, Bicycle and Motorcycle Only with winter seasonal limitation
- Limited to Foot, Horse and Bicycle Only
- Limited to Foot, Horse and Bicycle Only with winter seasonal limitation
- Limited to Horse Only
- Limited to Foot and Bicycle Only
- Limited to Bicycle Only
- Limited to Foot Only
- Closed and
- *Limited to Administrative and Permitted Uses Only

*Administrative routes are those that are limited to authorized users (typically motorized access). These are existing routes that lead to developments that have an administrative purpose, where the BLM or a permitted user must have access for regular maintenance or operation. These authorized developments could include such items as power lines, cabins, weather stations, communication sites, spring developments, corrals, or water troughs.- (H-8342 Travel and Transportation Handbook)

Administrative routes are managed for permitted/authorized uses only. In some cases, these routes may be open to foot and horse travel, but only in areas that are open to cross country travel for foot and horse.

## 4.6    Right-of-Way (ROW) and Needed Easements

Public lands authorized to be used or occupied for specific purposes pursuant to a right-of-way grant, which are in the public interest and which require ROWs over, on, under, or through such lands. Examples are roads, power-lines, pipelines, etc.
Acquisition of road or trail easements, or issuance of a right-of-way on an existing or historic physical access, would be pursued in areas where those actions would contribute to the protection and management of natural resources, such as access to range improvements/animal husbandry, and/or the enhancement of recreation opportunities. These methods of acquiring public access would only be available from willing landowners. BLM will work with partners, cooperators, landowners and other stakeholders to achieve access goals to public lands.

BLM_0023304

### 4.6.1 The primary areas identified as priorities for providing public access:

- De Beque area (southwest of the Town of De Beque)
- Roan Creek area (northwest of the Town of De Beque)
- ERMA and SRMAs to achieve recreation objectives
  - Bangs SRMA Clarks Bench and Tabeguache at Needem-Moore Seldom Feed Park
- Grand Mesa to Palisade Rim
- Palisade Rim to Horse Mountain
- Cheney Reservoir
- West side of North Desert ERMA to Rabbit Valley and Utah Rims SRMA

BLM_0023305

**Table 2. Route Designations in Miles**

| Designation | Travel Plan | Travel Plan % of Total | Travel Plan Following Mitigation | Travel Plan Following Mitigation % of Total |
|---|---|---|---|---|
| Limited to under 50" Only | 37 | 1% | 48 | 1% |
| Limited to under 50" Only with Seasonal Limitation | 7 | <1% | 7 | <1% |
| Limited to Bicycle Only | 1 | <1% | 1 | <1% |
| County Maintained | 309 | 8% | 309 | 8% |
| Limited to Foot and Bicycle Only | 6 | <1% | 8 | <1% |
| Limited to Foot Only | 7 | <1% | 7 | <1% |
| Limited to Foot and Horse Only | 47 | 1% | 54 | 1% |
| Limited to Foot, Horse, Bicycle and Motorcycle Only | 89 | 2% | 84 | 2% |
| Limited to Foot, Horse, Bicycle and Motorcycle with Seasonal Limitation | 3 | <1% | 3 | <1% |
| Limited to Foot, Horse and Bicycle Only | 99 | 2% | 101 | 3% |
| Limited to Foot, Horse and Bicycle Only with Seasonal Limitation | 14 | <1% | 14 | <1% |
| Open to all uses | 871 | 22% | 1,004 | 25% |
| Open with a Seasonal Limitation | 235 | 6% | 237 | 6% |
| Open (in open areas) | 291 | 7% | 291 | 7% |
| Undesignated (Zone L) | 545 | 14% | 545 | 14% |
| Undesignated Deferred (Mesa County important recreation routes) | 189 | 5% | 189 | 5% |
| Limited to Administrative and Permitted Uses Only (332 miles with no public access before mitigation) | 524 | 13% | 330 | 8% |
| Closed (94 miles with no public access before mitigation) | 723 | 18% | 763 | 19% |
| **Total**\*\* | **3,997** | **100.0%** | **3,995** | **100.0%** |
| Total Open to Non-motorized Only (sum of non-motorized categories) | 174 | 4% | 185 | 5% |
| Total Open to Motorized (sum of motorized categories and deferred) | 2,576 | 64% | 2,717 | 68% |

\*Designations were deferred on 219 miles of routes; however 30 of these miles have a designation from the 1987 RMP that remains in place until future designations are completed.

\*\*Totals vary slightly due to rounding errors.

BLM_0023306

# 5   Implementation Strategy

Following approval of the proposed plan, a notice will be published in the Federal Register, in accordance with 43 CFR §8365, to establish new use restrictions needed to implement and enforce the plan.

## 5.1   Prioritization of Work

### 5.1.1   Prioritized Factors

Specific prioritization of work will be guided by the following priority factors. The highest priority would be given to areas for which all factors apply.

**TABLE 3. PRIORITY FACTORS**

| Factor | Resource | Area |
|---|---|---|
| Regulatory resource concerns | Cultural | Castle Rocks<br>Blue Creek |
| | T & E Plants and Wildlife | Whitewater<br>Castle Rocks<br>Pyramid Rocks<br>South Shale Ridge<br>Listed Fish including Critical habitat<br>    1. Gunnison River<br>    2. Colorado River<br>    3. Greenback cutthroat trout habitat (if still listed)<br>Gunnison Sage-Grouse<br>    1. Critical Habitat |
| | Water quality and wetlands | Stream segments identified in regulation 93<br>Total Maximum Daily Load (TMDL) stream segments<br>Conform with the salinity control act |
| | Wild Horse Area | Little Book Cliffs |
| RMP Areas of Priority Resource Concerns | ACECs | Pyramid Rock ACEC<br>Indian Creek ACEC |
| | High recreation value and high resource concern | Bangs SRMA<br>North Desert ERMA - 21 Road (Hunter Canyon)<br>Barrel Springs ERMA<br>Horse Mountain ERMA |

BLM_0023308

| Factor | Resource | Area |
|---|---|---|
| | BLM Special Status Species | Perennial Streams (cutthroat trout)<br>North Fruita Desert (prairie dogs, antelope, burrowing owls, great basin spade foot, buckwheat)<br>Greater Sage Grouse Occupied Habitat<br>1. Roan Creek Drainage (watershed)<br>2. Sunnyside Area |
| | Lands Management for Wilderness Characteristics | Bangs Canyon<br>Maverick<br>Unaweep |
| | Wildlife Emphasis Areas | Prioritize work in these areas based upon monitoring of recreational use. Prioritize work in areas with high use over areas with low use. |
| | Wild and Scenic Rivers | Dolores River |
| | Perennial streams, Riparian corridors and/or fish bearing streams | Barrel Springs<br>Blue Creek<br>North Mesa Creek<br>Granite Creek<br>Roan Creek and tributaries<br>East Creek<br>West Creek<br>Dolores River<br>Colorado River<br>Gunnison River<br>Kannah Creek<br>North Fork Kannah Creek<br>Little Dolores<br>Cottonwood Creek and Rapid Creek |
| | Soils (Slump areas, fragile soils, saline soils) | Barrel Springs<br>North Desert<br>North Fruita Desert |

| Factor | Resource | Area |
|---|---|---|
|  |  | Plateau Valley Area<br>Roan Creek |
| Socioeconomic areas of importance | Special Recreation Management Areas (SRMAs) | Bangs<br>North Fruita Desert<br>Grand Valley OHV<br>De Beque Area (unspecified)<br>Palisade Rim |
|  | Extensive Recreation Management Areas (ERMAs) | North Desert<br>Gateway<br>Barrel Springs<br>Horse Mountain |

## 5.2 Prioritized Actions

1. Sign the "open" route network and limit signing the "closed" route network (in priority order).
2. Develop and publish up-to-date, readily available, and easy-to-understand maps.
3. Initiate enforcement and visitor service patrols with the objective of securing funding to sustain new visitor service patrols for a period of at least two years. Additional funding will be sought through BLM channels and through partnerships to leverage grants or other available funds.
4. Pursue funding and contractual obligations for highest priority survey work.
5. Pursue funding for route and site rehabilitation.
6. Rehabilitation
   a. Areas with direct impacts to legally protected resources (federally listed plants, wildlife, fish, cultural, paleo)
      i. De Beque Area (including Castle Rock, South Shale Ridge and Pyramid Rock)
      ii. Whitewater
      iii. Riparian zones
      iv. Main road corridors
7. Install informational kiosks and signing where they would be most effective. Site these facilities where it would reach the greatest number of visitors and where it would target an audience that might be the most receptive to such facilities. For example such facilities might be most beneficial at major trailheads and campgrounds that are heavily visited by camping families and groups.
8. As enforcement efforts move into new areas, inappropriate use could migrate back to areas where it is not desired. Therefore, the enforcement strategy will need to be flexible and adaptive and may include education contacts by recreation staff and monitoring by volunteers to support the capacity of law enforcement.
9. Initiate monitoring plan.

## 5.3 Priorities for Site-specific Survey and Potential Analysis

### 5.3.1 New routes

1. New and existing routes paralleling and/or crossing stream channels supporting riparian communities. Typical survey work may include: collection of baseline morphologic data of stream channel, banks, and floodplain; site specific route information necessary to accurately input and run Water Erosion Prediction Program (WEPP) simulations, PFC evaluations and/or stream stability evaluations.

2. New/existing routes with multiple drainage crossings (specifically the ingress/regress to drainages) and/or routes which utilize dry washes as travel routes. Typical survey work may include: collection of baseline morphologic data of stream channel, banks, and floodplain; site specific route information necessary to accurately input and run WEPP simulations.

3. New/existing routes on mapped "Fragile soils". Survey data would be required to confirm existing or proposed routes are on mapped "Fragile soils".

### 5.3.2 Existing routes

1. Existing routes to be upgraded (widened and/or type of use changed from existing).
2. Existing routes with an expected increase in motorized use.
3. Existing routes with an expected increase in mechanized use.
4. Existing routes with an expected increase in pedestrian/ horseback use.

## 5.4 Funding Strategy

Operations funding for cultural surveys, land health assessments, wildlife surveys, transportation maintenance, and related costs will be determined on an ongoing project basis, and planned annually, subject to budget appropriations being available. BLM will strive to lower the costs through partnerships, in-house labor, and careful engineering.

Funds for labor, supplies and equipment will be pursued through the BLM budget process, and will be subject to appropriation of funds. Funding sources may include BLM Damaged Lands accounts, and grant monies available to non-profit groups. Funding will be pursued though Challenge Cost Share projects, an agency program that matches other funding sources, assistance agreements, or plans to leverage external contributions to the greatest extent possible. Grants from various sources will be pursued, including state, federal, and private funding sources. This may include the Federal Lands Transportation Program and Federal Land Access Program Routes for operating and maintaining roads that are for high use recreation sites and important economic generators. Appropriate agreements will need to be created.

## 5.5 Standard Operating Procedures

The following standard operating procedures will be implemented during all phases of plan implementation.

### 5.5.1 General

- A visitor access guide will be published and made available as full size hard copy maps for sale, smaller maps available for free and posted virtually on the internet.

- Appropriate NEPA analysis will be obtained prior to any ground disturbance not discussed in this plan, and impacts to cultural resources, or other resource values, that may be discovered will be mitigated or avoided.

### 5.5.2 Maintenance and Modifications to Route Network

- Standards and guidelines will be developed for BLM road and primitive road maintenance, new construction, or reconstruction. The standards and guidelines for primitive roads will be based on the functional requirements of the various types of recreational motorized users. BLM will not develop, endorse, or publish road or trail ratings. BLM will simply describe the physical aspects of a route or recreation site, such as those which only accommodate technical vehicles.

- Maintenance standards for each designated route will be documented and route modifications will be identified and recommended, if necessary. Maintenance will be completed only to the identified maintenance intensity level in order to support resource and public protection.

BLM_0023312

- Maintenance of routes may be done to minimize soil erosion and other resource degradation. This maintenance will be done on a case-by-case basis, depending upon annual maintenance funding.

- Maintenance procedures for physical barriers will be developed, once the number and type of barriers is determined.

- Modifications of the road network during implementation of the TMP would require project level NEPA, such as the construction of a new route involving new ground disturbance, except where new construction is necessary to avoid a cultural resource site or sensitive species.

- Minor realignments of the route network that have already been analyzed may not require additional NEPA. The term "minor realignment" refers to a change of no more than one quarter (1/4) mile of one designated route. It could include the opening of an existing, but previously "closed" route that serves the same access need as the "open" route that is to be "realigned." "Minor realignments" include the following:

- Minor realignments of a route where necessary to minimize effects on cultural resources.
- Minor realignments of a route necessary to reduce impact on sensitive species or their habitats.
- Minor realignments of a route that would substantially increase the quality of a recreational experience, while not affecting sensitive species or their habitat, or any other sensitive resource value.
- Minor realignment where valid ROWs or easements of record were not accurately identified in the route designation process.

- Minor realignments must be documented in the TMP. The reason for the alignment change shall be recorded and kept on file in the GJFO.

## 5.6 Lands Actions

### 5.6.1 Lands actions include the following:

- Improve legal access to public land, where appropriate and necessary.

- Identify needs and request funding for motorized and non-motorized access, exchanges, and acquisitions and incorporate them in the existing ranking system.

### 5.6.2 Easements, ROWs, and Permissive access license agreements include:

- Acquisition of road or trail easement or issuance of an ROW on an existing or historic physical access will be pursued only in areas where those actions will contribute to the protection of natural resources and not for the sole enhancement of recreation opportunity.

- Easements may be acquired through donation following the procedures set forth in BLM Manual 2100 - Acquisition.

## 5.7 Mitigation Measures

Best management practices such as, but not limited to, closures, relocations, drainage improvements, maintenance, hardening, change in motorized/non-motorized use, seeding, etc. shall be promptly implemented when monitoring or field reviews indicate such action is appropriate.

### 5.7.1 Soils and Hydrology

a. Stream Crossings/Drainage Issues:

   i. Improve drainage crossings by constructing bridges, installing culverts, or improving low-water crossings where necessary to minimize impacts to water resources. Utilize BLM manual handbooks 9113 (Roads Design) and 9115 (Primitive Roads Design) for guidance on placement, design (sizing), and construction of bridges, culverts, and low-water crossings.

   ii. Follow guidance outlined in BLM manual handbooks 9113 (Roads Design) and 9115 (Primitive Roads Design) to address road drainage issues outside of stream crossings (e.g., installation and spacing of water bars and drain dips).

   iii. Where possible, reduce the number of drainage crossings on a given route.

   iv. Stream crossings should be designed to accommodate passage for aquatic species.

   v. Limit expansion of road/trail prism at drainage crossings by controlling ingress and regress points. Use physical barriers where use would be practical to protect the resource and safe for users.

   vi. Re-locate stream crossings if necessary to minimize impacts to water quality and stream channel morphology.

   vii. Utilize all other appropriate standard operating procedures and best management practices (and others as approved) outlined in Appendix H of the GJFO-RMP/FEIS to protect soil and water resources.

b. Route Placement and Evaluation:

   i. Ensure use route designations, road type and maintenance levels are appropriate for the use. Follow guidance from BLM manual handbooks 9113 (Roads Design) and 9115 (Primitive Roads Design).

   ii. Use BLM-GJFO Trail Design Criteria along with BLM Manual handbooks 9113-2 (Roads National Inventory & Condition Assessment Guidance & Instructions) and 9115-2 (Primitive Roads National Inventory & Condition Assessment Guidance & Instructions) to evaluate road conditions for maintenance and mitigation.

c. Consider construction of flood-water retention basins and/or sediment retention basins within and downstream of Open areas, intensive motorized use areas, areas identified

BLM_0023314

as not meeting land health standards, or as necessary to protect public health and safety and private property. Such facilities would be subject to all applicable regulatory permitting requirements.

d. For primitive routes or trails utilizing ephemeral drainages or crossing sensitive soils, provide educational information outlining resource/safety concerns and responsible use of such routes at trail heads, kiosks, area maps, and free pamphlets.

### 5.7.2 Cultural

a. The BLM GJFO will work with Colorado State Historic Preservation Office (SHPO) to develop agreements related to travel management and cultural resources which may include the use of strategic cultural resource survey sampling and modeling in portions of the GJFO. (See TMP Attachment 3)

b. Prior to any ground disturbing activity cultural resource surveys, in compliance with Federal laws, would be completed and the appropriate entities, such as SHPO and interested Native American tribes, would be consulted with prior to the activity occurring.

c. For trail and road construction projects and maintenance projects the BLM may choose one of the following options if significant (eligible or potentially eligible "needs data") cultural resources are discovered or known in the area:

    i. The BLM may choose to not perform construction or maintenance on areas that would directly impact sites,

    ii. The BLM might reroute roads, primitive roads, and trails to avoid significant cultural resources on existing and proposed construction. These reroutes would require surveys for cultural resources and would have to allow for other resource specialists to analyze the locations of the reroutes,

    iii. The BLM may choose to conduct evaluative testing to determine final eligibility on potentially eligible sites. The BLM would consult with SHPO on changes to site eligibility.

    iv. Eligible sites may be mitigated via data recovery through excavation to reduce the effects of the trail and road maintenance, reclamation, and construction. Both SHPO and interested Native American tribes would be consulted prior to any proposed data recovery mitigation on significant cultural resources.

### 5.7.3 Sensitive Status Species

a. To prevent the seeding and spread of invasive, non-native species, BLM-approved seed mix will be used during reclamation activities, and seed mixtures shall contain no noxious, prohibited, or restricted weed seeds. Where soil disturbance will occur, all equipment will be required to be cleaned and inspected prior to use within the planning area. Public education and signs promoting the use of clean vehicles to prevent the spread of weeds, shall be included in entry kiosks and on literature.

b. In undisturbed environments and ACECs, prohibit new disturbance within 200 meters (656 feet) of current and historically occupied and suitable habitat.

c. Reduce as much as practicable route density (miles/square mile) within 200 meters of known Threatened and Endangered plant occurrences throughout the field office. If occurrences are identified in the future that conflict with route designations, implement reroutes.

d. Reduce redundancies in routes to minimize habitat fragmentation, and minimize direct impacts to listed plant species habitat, and occupied habitat from motorized and mechanized users of roads, routes and trails. Identify mitigation where open routes are negatively effecting designated critical habitat.

e. Limit new road construction in Reeder Mesa, Sunnyside, Logan Wash Mine, and South Shale Ridge, and designate new roads associated with authorized uses as administrative (e.g., oil and gas and ROWs). Rehabilitate and close roads associated with authorized uses when no longer needed.

f. Existing plant location records will be consulted and site inventories will be conducted to identify suitable habitat[1] for these plants. Surveys for occupied suitable habitat will be performed prior to any ground disturbance. Surveys will take place when the plants can be positively identified. Surveys will be performed by qualified field botanists/biologists who will provide documentation of their qualifications, experience and knowledge of the species prior to starting work (**FWS-5**).

g. For Colorado hookless cactus and other Threatened (T), Endangered (E), Proposed (P), and Candidate (C) species surface disturbing activities will be avoided within 200 meters of occupied plant habitat[1] wherever possible and where geography and other resource concerns allow[2]. Fragmentation of existing populations and identified areas of suitable habitat will be avoided wherever possible (**FWS-7**).

h. For BLM sensitive species surface-disturbing activities will be avoided within 100 meters of occupied plant habitat[1] wherever possible and where geography and other resource concerns allow[2]. Fragmentation of existing populations and identified areas of suitable habitat will be avoided wherever possible (**FWS-8**).

i. Where development is allowed within 100 meters of occupied habitat for T, E, P and C species or BLM sensitive species, unauthorized disturbance of plant habitat will be avoided by on-site guidance from a biologist, and by fencing the perimeter of the disturbed area, or such other method as agreed to by the Fish and Wildlife Service. If detrimental effects are detected through monitoring, corrective action will be taken through adaptive management (**FWS-9**).

j. Surface disturbance closer than 20 meters to a listed plant will be considered an adverse effect. Mitigating measures within this narrow buffer are very important and helpful to individual plants, but we do not expect that all adverse effects can be fully mitigated within this distance. Some adverse effects due to dust, dust suppression, loss

of pollinator habitat, and toxic spills will likely remain. There are two possible exceptions to this rule of thumb: 1) The new disturbance is no closer to a listed plant than preexisting disturbance and no new or increased impacts to the listed plant are expected; or 2) the listed plant is screened from the proposed disturbance (e.g., tall, thick vegetation or a berm acts as a screen or effective barrier to fugitive dust and other potential impacts) (**FWS-10**).

k.  Transplantation of potentially affected plants will not be used as a rationale to defend a "not likely to adversely affect" or a "no effect" determination for listed plant species (**FWS-11**).

### 5.7.4  Riparian

a.  Road crossings that will be used for longer than one year on perennial streams will be engineered and/or approved by the BLM Authorized Officer (VRW-3).

b.  Do not locate roads or other facilities immediately parallel to streams. Where roads or facilities must cross streams, cross perpendicularly and immediately exit the buffer zone (VRW-4).

c.  Armor low water stream crossings, place properly sized culverts, or span streams as appropriate to protect the riparian zone (VRW-5).

d.  If monitoring or PFC assessments indicate impacts to PFC then then consider re-route of roads and trails that parallel and/or cross functioning at risk or non-functioning riparian areas, and that are contributing to decline (sedimentation) of these systems.

e.  Relocate existing roads away from riparian areas as feasible during requested permitting or authorization of these routes. Reclaim abandoned portions of relocated roads back to natural conditions. Recontour routes back to natural slopes as feasible, rip compacted soils (except for in close proximity to desirable trees), and seed disturbed areas (VRW-24).

f.  Utilize the techniques and process for protection of floodplains as identified in Executive Order 11988 – Floodplain Management (VRW-2).

g.  Roads and trails (off-highway vehicle, horse, bicycle, and hiking) will avoid wetlands and if avoidance is not possible will be designed and constructed in accordance with Technical Reference 2E22A68-NPS, Off-highway Vehicle Management (VRW-8).

h.  Minimize route crossing of streams (intermittent and perennial) and wetlands.

i.  Maintain appropriate vegetative/riparian buffer from routes of at least 200 meters around riparian and wetland areas to protect and enhance the health and function of these systems.

j.  Locate project staging areas for refueling, maintenance equipment, materials, operating supplies in areas outside of riparian and wetland areas.

k.  Reclaim abandoned routes after completing re-route of roads and trails that are impaction riparian function. Follow general reclamation guidance with special reclamation procedures for stream crossings (see hydrology section).

### 5.7.5  Recreation

a.  Whenever possible, complete trail reroutes or route system additions/modifications prior to closure of non-system routes.  Creating viable alternatives to closed routes reduces the impact to recreation opportunities and outcomes.

b.  Utilize all other appropriate standard operating procedures and best management practices (and others as approved) outlined in Appendix H of the GJFO-RMP/FEIS to protect and enhance recreation resources.   Applicable Recreation BMPs from Appendix H include:

> a.  Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see Attachment 1 to this TMP) to create and maintain a sustainable recreational route system that helps achieve recreation and other resource use objectives while protecting natural and cultural resources. (BLM 2014 and 2005).

> b.  Reroute or close trails that create resource damage and/or trespass on private property.

> c.  Promote the seven standard principles of Leave No Trace (www.lnt.org) outdoor ethics through print and electronic media, and through personal communications with recreationists participating in non-motorized recreation activities on BLM-managed public lands.

> d.  Promote the principles of Tread Lightly (www.treadlightly.org) outdoor ethics through print and electronic media, and through personal communications with recreationists participating in recreation activities on BLM-managed public lands.

c.  Hand raking and disguise of prominent "closed" routes, including planting commonly found plants on "closed" routes, will be employed to help discourage use.

d.  Proactive route rehabilitation work would be utilized where the other actions have not proven to be successful, or where route conditions were clearly beyond the capability of the first phase to address.

e.  Focus on signing of the open route network so that it is highly visible, thus discouraging interest in closed routes. The signing of closed routes will be done very infrequently, since they have been found to be more of an attractant than a deterrent to unauthorized use.

## 5.8  Adaptive management

Adaptive management will be based on monitoring standards and identified resource concerns.

For example:  If resource degradation is found through monitoring to be occurring due to type of use on route, consider changing use on route to mitigate concern.

## 5.9  Supplementary Rules

Supplementary rules will need to be established for those areas identified in an

BLM_0023318

RMP/TMP where non-motorized access is limited to designated routes or some other limitations on use. See 43 CFR 8365.1-6 for the supplementary rulemaking process.

*Attachments*

BLM_0023320

# *Sign Plan*

## Area and Route Signing

A sign plan is necessary to ensure that signs placed in an area are consistent with land use and other planning documents; that they are designed to be consistent with all applicable laws, regulations, and policies; and that all signs adhere to a consistent theme. A sign plan should include the goals, objectives, and responsibilities for the placement of signs, as well as an inventory of existing signs and may include a process for designing/locating new signs.

BLM Sign Guidebook covers location and placement, along with speed of travel in Chapter 4, Design Standards. Colorado Inter-Agency Travel Management Sign Standards have been developed and will be used in signing for the GJFO. (See TMP Attachment 2)

## Sign Types

There are several types of signs that states should consider when developing state sign policy and implementing TMPs. Efforts should include identification and information signs at trailheads and entrances, and along trails, roads, primitive roads, intersections, authorized, and closed areas.

### *Trail Signs*
There are two types of trail signs, allocation signs, and reassurance markers. Allocation signs show the permitted and not permitted uses of the trail. These signs are used at trailheads, where a trail begins, intersections, or anywhere there is a change in use type. Reassurance markers provided markers so trail users know they are still on the right trail. For example, symbols could be an arrow or the trail logo.

### *Road Signs*
Road signs apply to signage for linear routes managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use. The Manual on Uniform Traffic Control Devices standards apply to these roads. There are cases where some roads will be open to unlicensed OHVs. Signs for these roads are marked in a manner that notifies or warns the public of mixed uses.

### *Primitive Road Signs*
Primitive road signs apply to signage for linear routes managed for use by four-wheel drive or high-clearance vehicles. These routes do not normally meet any BLM road design standards.

### *Other Types of Signs*
Trailhead or entry signs apply to signs used at entry to trails or access points to public lands. These signs are used to notify the public of the travel management strategy or designation of the area they are entering, such as "areas limited to designated routes," "areas limited to exiting routes," or "open areas."

BLM_0023321

**Sign Placement**

Travel management signing and allocation information need not be on every trail sign along the trail corridor. Travel management signs should be placed at the trailhead and at trail junctions where travel management is changing or needs reinforcement.

BLM_0023322

# *Education Plan*

An improved public outreach program will be initiated to instill and strengthen a more effective and responsible resource use ethic. For mapping and signing efforts, particularly at information kiosks, the GJFO will develop appropriate resource information and education. Legal penalties language will be included in all handouts, maps, and kiosks.

The BLM will work with cooperating associations and community groups to better distribute interpretive materials. In order to achieve outreach and education objectives, it is imperative to create sustainable partnerships with private groups and governmental organizations.

Established educational efforts related to trail use will be promoted, including Stay the Trail, Leave No Trace, and Tread Lightly.

**Targeted Methods of Communication**

- Podcasts: with downloadable items such as maps, land use ethics, rules, air quality alerts, fire prevention restrictions, emergency announcements, etc.

- Electronic Kiosks: downloadable items such trail track logs, audio storytelling for cultural, historic, natural interpretative information

- Web Video & Focus Surveys: interactive sites for user info and feedback to BLM

- Web site: updated regularly and designed to give viewers something new each time they view the page, including GIS data posted to the BLM website for self-service data acquisition.

- Public Service Announcements: via radio, newspaper, TV, etc.

- Traditional Brochures and Guides

BLM_0023323

# *Enforcement Plan*

Currently, law enforcement coverage is provided by BLM Rangers. Enforcement actions are typically in response to complaints, and patrols are conducted on a periodic basis depending on priorities throughout the GJFO. Partnerships with local businesses and organizations will be encouraged to promote safe and responsible use of public lands. Volunteer groups may assist with monitoring, public education, and special events.

Goals for a successful enforcement plan include:

- Increasing the presence of BLM law enforcement staff and BLM law enforcement in the area. BLM park rangers will conduct high profile, routine patrols in the area to educate users about laws and regulations. They may initiate emergency or law enforcement response simply by being first on-scene;

- Improving and expanding interagency cooperation in the area;

- Concentrating efforts on high use periods, such as weekends and holidays;

- Focusing targeted enforcement in "hot spots;"

- Increasing enforcement capacity, including the use of new technology;

- Supporting volunteer efforts to educate the public on rules and etiquette; and

- Encouraging educational and monitoring efforts by volunteer user groups and citizen-based education groups, which can leverage formal law enforcement efforts. Volunteer user groups will educate users on rules and etiquette for the area.

BLM_0023324

# *Rehabilitation Plan*

As determined as necessary, Rehabilitation actions will be determined according to the following considerations:

1. Where route use is currently visible -
   a. Sign as closed and allow to naturally re-vegetate, or
   b. Sign as closed and reclaim through appropriate reclamation methods, use native seed blend as a priority (assure that proper site specific survey has been complete), or
   c. Sign route as closed, place a berm or other barrier and leave to natural re-vegetation.
   d. Barriers will be placed in areas deemed necessary.
   e. Sign route as closed and reclaim the portion that is visible from open routes, and allow the rest to reclaim naturally.
   f. Sign route as closed and reclaim the entire route.
2. Where route use is not currently visible and appears to be naturally reclaiming -
   a. Leave route to natural re-vegetation
   b. Sign route as closed and leave to naturally reclaim.
3. Resource concerns (hydrology, cultural, etc.) are present and correlated with the disturbance, choose from the following options
   a. Sign route as closed, place a berm or other barrier and leave to natural re-vegetation.
   b. Barriers will be placed in areas deemed necessary.
   c. Sign route as closed and reclaim the portion that is visible from open routes, and allow the rest to reclaim naturally.
   d. Sign route as closed and reclaim the entire route.

## Reclamation Standards

The following reclamation standards will be followed:
   a. Routes identified for closure will not alter natural hydrologic function and condition of the affected watershed (e.g., closed routes will not divert runoff from natural drainage patterns).
   b. Disturbed areas will be fully re-contoured and re-vegetated with BLM-preferred seed mixtures.
   c. Seeding will be done where necessary to aid rehabilitation of closed routes. Appropriate native seed mixtures will be selected for each site based on site conditions. Reclamation techniques include ripping the surface with a tractor to break up compacted soil and allow rain retention. Broadcast seeding will be done prior to winter. Some areas will be fenced to prevent disturbance and allow for grazing rest during the first two growing seasons. This technique is typically used near main roads where camping or parking may occur.

BLM_0023325

    d.   BLM will utilize native material such as rock and large woody debris to the greatest extent practicable in combination with manufactured stormwater structures (e.g., silt fence and straw waddles), and mechanical erosion control techniques (e.g., ripping and pocking) to minimize erosion and facilitate site stability.

    e.   Reclamation techniques for routes in Wilderness, Wilderness Study Areas, and Lands with Wilderness Characteristics will be specifically planned to return the area to its original condition in the shortest amount of time.

    f.   Weed and vegetation treatment control measures will be implemented as needed to promote re-vegetation with native plants, prevent any new weed establishment, and control of existing weed sources.

**Reclamation/Rehabilitation Techniques and Rationale for Selection**

Reclamation/Rehabilitation actions will be undertaken according to the methods described below. Options are presented below in order of lowest to greatest level of ground disturbance, and are categorized between manual and mechanical techniques. Manual techniques can be implemented with basic hand tools while mechanical techniques require the use of mechanized or motorized equipment.

Manual Techniques:

- Passive: Allow the route to naturally reclaim without any signing, ground disturbance, or replanting of vegetation. This method is proposed in lightly used areas and on routes where restoration is already occurring. The goal is to avoid attracting attention by not signing or fencing these lightly used routes. This is the least obvious method of closure, least costly to BLM, and provides a high degree of naturalness when successfully implemented.

- Sign only: This method applies mainly to upland routes in lightly used areas and is proposed on routes in lightly used areas and/or in areas where compliance with signage is expected to be good. The signage can be removed to complete the rehabilitation process.

- Hand rake out tracks only: This applies mainly to sand washes where erasing the evidence of use in lightly used areas may be enough to prevent attracting future use. This is very light on the land and provides a high degree of naturalness when done. The goal is to avoid attracting attention, and thus use, on these lightly used routes. Monitoring and raking is required to ensure effectiveness and may be required for up to one year.

- Rake out tracks and sign: This method applies mainly to sand washes in lightly used areas. A sign reinforces the closure by placing physical notice for visitors and to assist law enforcement. This method is low cost to BLM and provides a moderate degree of naturalness when done. A downside to this method is the potentially high number of closed signs that can accumulate in a given area and the perception that many routes are being closed, leading to vandalism. Monitoring is required to ensure effectiveness. Signage can be removed to complete the rehabilitation process.

BLM_0023326

- Fence and sign/fence only: This method applies to both upland and dry wash routes. This type of closure has little ground disturbance and is used in areas where fence cutting would be expected to be minimal. Generally, the fence type would be T-post and four strand smooth wires with reflectors; however, the fence type could be increased to pipe rail/steel rail as needed while still maintaining a small footprint at the beginning or end of the route. Fencing and signs can be removed to complete the rehabilitation process.

- Vertical mulch with berm/fence and sign: This method works in upland areas where occasional use of the route in lightly used areas prevents natural restoration. A sign provides physical notice and assistance to law enforcement. A T-post and four strand smooth wire fence works best when the fence is placed in an area where bypassing it is difficult. Combined with a sign and/or fencing, actively placing cuttings of cactus, transplanted bushes, and scattering juniper duff in the wheel tracks may be enough to prevent use. Placement of plants in the closed route to the visible horizon minimizes cost and ground disturbance. Native seed mixtures may also be applied to enhance the effectiveness of rehabilitation.

- Barriers (fences, brush, plants, and boulders): Physical blockades constructed to prevent the passage of vehicles. The only manual type of fencing would be wire fencing.

Mechanical Techniques:

- Berm with signs: This method would be applied in upland areas where a berm cannot be bypassed. This type of closure has less ground disturbance since soil is only moved to create a berm at the beginning or end of the closed route. Signage provides physical notice to visitors and assistance to law enforcement. The berm stands as an indicator of closure if the sign is removed, providing additional notice to visitors. After the route has restored, berms can be removed or flattened to complete the rehabilitation process.

- Rip/harrow: A more expensive, but effective way to eliminate route use and expedite vegetation regrowth. These techniques are necessary in high use areas where use is likely to continue on a route if not made completely obvious that the route is being restored. One hundred percent of the closed route surface is disturbed by this method. A tractor-towed disc harrow or a finger-type winged ripper mounted on a tractor or bulldozer would be the typical equipment used. Benefits include reduced soil compaction and improved seed germination and establishment. Drawbacks to these methods are: (1) significant plant growth (20% cover) may take up to five years; (2) no regrowth may occur if barriers are bypassed and use continues on the ripped road bed; (3) the complete removal of existing vegetation resulting in a temporarily prominent disturbed area; (5) increased likelihood of invasive weed infestation, and (5) possible disturbance of undiscovered buried cultural resources. Under this method, soils would be ripped or harrowed to a depth of 18 – 24 inches. Preferably compacted soils will be ripped in two passes at

perpendicular directions to a minimum depth of 18-24 inches, at a furrow spacing of no more than 2 feet.

- Barriers: Physical blockades constructed to prevent the passage of vehicles. Types can be earthen mounds, wire fence, pipe rail fence, post and cable fence, concrete wall sections (also referred to as Jersey or K-rail barriers), or free standing steel structures commonly referred to as Normandy barriers.

**Programmatic Objectives/Considerations – Reclamation/Rehabilitation Standards**

The following reclamation/rehabilitation principles will be considered when determining the most effective reclamation/rehabilitation strategy:

a. Routes identified for closure will not alter natural hydrologic function and condition of the affected watershed (e.g., closed routes will not divert runoff from natural drainage patterns).

b. Where appropriate to meet visual, hydrologic, and soil objectives, disturbed areas would be fully re-contoured and re-vegetated with BLM-preferred seed mixtures.

c. Seeding will be done where necessary to aid rehabilitation of closed routes. Areas reclaimed with ground disturbing activities such as raking, berming, ripping, and harrowing would likely require seeding following disturbance, especially in low elevation areas (below 6,000 feet), or in areas with weed infestations. Appropriate native seed mixtures will be selected for each site based on site conditions. Reclamation techniques include ripping the surface with a tractor to break up compacted soil and allow rain retention. Before reseeding, all surfaces should be scarified and left rough. If more than one season has elapsed between final seedbed preparation and seeding, and if the area is to be broadcast-seeded or hydroseeded, this step should be repeated within 24 hours before seeding to break up any soil crust. Broadcast seeding will be done prior to winter. Some areas will be fenced to prevent disturbance and allow for grazing rest during the first two growing seasons. This technique is typically used near main roads where camping or parking may occur. In areas of challenge or low reclamation potential on steep slopes, seedbed prep techniques may include pocking/pitting to form microbasins scaled to the site and materials. These microbasins should be constructed in irregularly spaced, irregularly aligned rows oriented perpendicular to the natural flow of runoff down a slope. Other than such depressions created to support reclamation success, no depressions should be left where water could pond, with the following exceptions: terminal stormwater containments designed to silt in over time; other stormwater/snow storage basins. BMPs such as hydromulch, blankets/matting, wattles, etc. may also be required.

d. BLM will utilize native material such as rock and large woody debris to the greatest extent practicable in combination with manufactured stormwater structures (e.g., silt

BLM_0023328

fence and straw waddles), and mechanical erosion control techniques (e.g., ripping and pocking) to minimize erosion and facilitate site stability.

e.  Reclamation techniques for routes in Wilderness, Wilderness Study Areas, and Lands with Wilderness Characteristics will be specifically planned to return the area to its original condition in the shortest amount of time.

**Weed Management Considerations**

- All heavy equipment used for reclamation work should be cleaned prior to use to reduce the potential for introduction of noxious weeds or other undesirable non-native species.
- Evaluate the need for pre-closure roadside treatments to target invasive species in the roadbed or along the shoulders of roads.
- As needed, implement weed control measures on re-seeded routes to promote survivability and competition by seeded species.
- Prioritize reclamation weed treatments based on likelihood of success, available funding, and available treatment resources.
- Plant species that are good competitors against weeds (native or non-native).

**Vegetative Community Considerations**

- Lower elevation sagebrush
- Upper elevation sagebrush
- Desert shrub
- Pinyon
- Potentially rest or protect treated areas from grazing (example: temporarily fence seeded area)

**Wildlife Habitat Considerations**

For some wildlife species simply closing routes and reducing disturbance is sufficient to minimize impacts. For other species the physical presence of the route limits use by fragmenting habitat patches and creating edge effect which may encourage use by competing species or predators.

Rehabilitation efforts should be prioritized base on the sensitivity of species to the physical presence of the road, and the overall rarity of the species. The following priorities are expected in the short term, but may change over the life of the plan

- Occupied greater or Gunnison sage-grouse habitat
- Potential greater or Gunnison sage-grouse habitat
- Routes within designated critical habitat for federally listed species
- Routes within habitat for BLM sensitive species
- Routes that are unlikely to reclaim and return to usable habitat without human intervention

## Aquatic Considerations

Simply closing routes does not necessarily reduce erosion and sedimentation impacts to aquatic habitats/species. In the absence of active rehabilitation, several factors play into closures benefitting aquatic habitats including:

- *Elevation*
  - Higher elevation areas generally have better natural rehabilitation capability based primarily on increased precipitation. Lower elevation areas are less likely to rehabilitate on their own and in the absence of active rehabilitation, might be prone to increased erosion/sedimentation vs. being left open with at least some potential for periodic maintenance.
- *Aspect*
  - North aspects generally have better natural rehabilitation capability based on moisture retention.
  - South facing aspects generally have less potential based on moisture retention.
- *Slope*
  - Slopes less than 30% have a better chance for natural rehabilitation.
  - Slopes greater than 30% have less chance for natural rehabilitation.
- *Proximity to drainage/stream*
  - Distance to aquatic habitats factors into erosion and sedimentation impacts and concerns - the further the route is away from drainages, the less impactful it is likely to be.
- *Upland and Riparian Vegetation Condition*
  - Upland vegetation located between routes and hydrologic features that are meeting Land Health Standards and are in good condition serve to help buffer erosion and sedimentation impacts.
  - Riparian vegetation that is meeting Proper Functioning Condition or preferably is in climax or late seral condition provides a buffer to the impacts of erosion and sedimentation associated with routes.
  - Otherwise, some level of rehabilitation to help reduce or eliminate erosion and sedimentation concerns is needed to really benefit aquatic species and habitats associated with the closure of routes.
  - Proper periodic maintenance is key to reducing the effects of erosion and sedimentation to aquatic habitats/species

## Recreation Considerations

Effective reclamation of closed routes is important for meeting a variety of recreation management objectives, including:

- attainment and maintenance of physical and social settings that support prescribed recreation activities and outcomes in ERMAs and SRMAs;
- reduction of visitor confusion resulting from un-marked non-system routes;
- increased visitor safety through reclamation of unsafe non-system routes;  and
- reduced sign installation and maintenance costs associated with un-rehabilitated closed routes.

BLM_0023330

In general, route closures for recreation are most effective when the designated route system provides the desired recreation activity and outcome opportunities, and closed routes are completely naturalized to eliminate the visual remnants of the former route. Therefore, route closures will be most effective when any route system redesigns or reroutes are completed prior to implementation of route rehabilitation efforts. Whenever possible, closed routes should be naturalized on all portions of the route visible from designated system routes. This reduces the need for signage, and the temptation for recreationists to use former routes. Naturalization of closed routes also enhances the naturalness component of an area's physical setting characteristics, which can be important in attainment of recreation outcomes in SRMAs.

While naturalization of closed routes is generally preferred, the full suite of route closure options should be considered to account for the variability of terrain and circumstances throughout the field office.

Prioritize rehabilitation in SRMAs and ERMAs.

**Cultural Considerations**

Standards:
- Rehabilitation of closed routes will only occur after Section 106 of the National Historic Preservation Act has been completed for the portions of the route where surface disturbing rehabilitation methods will be employed (versus portions of routes where natural re-vegetation will be allowed).
- In accordance with the rehabilitation options, cultural resource surveys will be conducted for the following:
  - At least 500 ft. of the length of the road (or section to be rehabilitated) will be inventoried where closure actions follow numbers 4, 5, and/or 7 of the rehabilitation actions.
  - Cultural inventories will be completed for closure sign posting locations.
  - Cultural resource surveys will be conducted for reclamation of an entire road when ground disturbing methods for reclamation will be used.
  - Before new proposed routes, open areas, and locations where concentrated travel may occur are designated, the Section 106 process will be completed.
- Areas for cultural resource inventory should be prioritized based on the proposed rehabilitation method; areas proposed for ground disturbing methods should be surveyed as a higher priority than areas where rehabilitation will not affect subsurface deposits.
- Routes that are planned for closure and qualify as eligible or potentially eligible historic trails should be rehabilitated in such a way as to not diminish the integrity of the resource.

Priorities:
1. Rehabilitate designated as closed routes that are directly and adversely impacting known eligible and potentially eligible cultural resources (route in or through site, site proximate to route, route terminus at site, area of Tribal significance, site on National Register of Historic Places, or historic trail).

BLM_0023331

2. Rehabilitate designated as closed routes that are indirectly impacting known eligible and potentially eligible cultural resources (site proximate to route, visible or nuisance sites, or area of Tribal significance).

**Riparian Considerations**

Reclaim abandoned portions of relocated roads that pass through or are adjacent to riparian zones back to natural conditions. Recontour routes back to natural slopes as feasible, rip compacted soils (except for in close proximity to desirable trees), and seed disturbed areas (VRW-24).

During reclamation activities locate project staging areas for refueling, materials, and operating supplies outside of riparian and wetland areas. Also minimize surface disturbance and vegetation removal and avoid damage or removal of large woody vegetation such as willows and cottonwoods.

Route closure fences should not be placed immediately on the edge of riparian areas. Place fences away from riparian or wetland areas and cross streams as close to perpendicular as possible.

BLM_0023332

# *Monitoring Plan*

As required in 43 CFR §8342.3 (Designation changes): "The authorized officer shall monitor effects of the use of off-road vehicles. On the basis of information so obtained, and whenever the authorized officer deems it necessary to carry out the objectives of this part, designations may be amended, revised, revoked, or other actions taken pursuant to the regulations in this part."

A monitoring plan would be prepared and would include the measures for route closures and rehabilitation of impacted areas, levels, and types of uses. Natural resource conditions, such as soil erosion, spread of noxious weeds, and impacts to vegetation, would be monitored.

The success of the GJFO TMP is best determined through monitoring and evaluation. BLM will develop and implement a monitoring and evaluation program for the area. It will be designed to identify and address emerging issues that may adversely impact resources or visitor experience. The monitoring data will be used to evaluate implementation progress and the effectiveness of the TMP in achieving desired outcomes and conditions, and to identify adaptive measures should adverse impacts be discovered. The monitoring effort will identify specific actions, including timeframes, methods, and anticipated resource needs for environmental monitoring.

Consider seasons of use when monitoring.

The evaluation and monitoring program will be used for the following:

- To determine if resource and resource use objectives are being met;

- To determine visitor satisfaction;

- To determine use patterns and volumes;

- To determine the condition of roads and trails, the condition of public use areas, and compliance with planned designations and use restrictions; and

- To determine efficacy of cross-jurisdictional enforcement.

Limits of Acceptable Change indicators, or triggers, requiring adjustments to this management plan are as follows:

- Desired recreation experiences over a five year period are not being met as determined by surveys, visitor sign-in logs, or other data-gathering processes conducted in the planning area;

- Unauthorized routes, whether created by motor vehicle or non-motorized means, cannot be rehabilitated at the same rate as their creation with available funding or personnel;

- Priority or Special Status species habitat conditions are in a downward trend over a five year period, and it is determined to be a result of recreation or travel impacts;

BLM_0023333

- Riparian condition trend is not improving over a five-year period, and it is determined to be a result of recreation or travel impacts; and

- Visitor safety and assumed risk for non-shooters is determined by BLM to be unacceptable as determined by data collection and surveys conducted in the planning area.

- Riparian condition trend is not improving over a five-year period, and it is determined to be a result of recreation or travel impacts; and

- Visitor safety and assumed risk for non-shooters is determined by BLM to be unacceptable as determined by data collection and surveys conducted in the planning area.

Some features of the monitoring plan will include:

- BLM employees and volunteers will be trained in the use of monitoring tools (e.g., monitoring forms, mobile digital devices, GPS units, and cameras) and protocols necessary for the collection and documentation of needed monitoring data.

- Photo-monitoring points will be established in key locations to monitor implementation actions and their effectiveness. For example, photo points can be established to monitor where cross-country travel has occurred, activity on "closed" routes has occurred, success of rehabilitation projects, extent of erosion mitigation areas as well as areas of good road quality for future reference. Photo monitoring points will be documented using GPS, and a monitoring schedule will be established;

- The monitoring data collected will be used to assess the effectiveness of the plan and associated implementation actions;

- "Closed" routes would be monitored for indications of use, rehabilitated routes will be monitored to determine effectiveness of seeding and water drainage, and sign conditions will be monitored within the planning area. Modifications to the plan would be considered if monitoring indicates that the goals and objectives are not being met;

- Visitor use data will be collected, compiled and analyzed to determine representative use patterns and trends on routes throughout the GJFO. Visitor use data will be collected primarily through the use of electronic traffic counters placed along routes or at primary access points.

- Recreation demand and preference data will be assessed through visitor surveys as funding and staffing allow;

- Upland health assessments will be conducted as warranted;

- Riparian health assessments will be conducted every 3 to 5 years;

- To maintain simplicity, hard copy binders backed up with digital data will be created and stored for a period of ten consecutive years. After ten years, only select photos and data will be retained for long term monitoring; and

BLM_0023334

- Management changes may occur based on monitoring or related data. Several different kinds of limitations, including vehicle numbers, types, use times or seasons, permitted use, designated routes, and other limitations necessary to meet land use plan objectives, may be implemented as necessary. The public would be notified of such changes.

# *Engineering Plan*

Transportation system roads and trails are classified by maintenance levels specified in BLM Manual Handbook H-9113-2.

BLM Route Maintenance Intensities provide guidance for appropriate "standards of care" to recognized routes within the BLM. Recognized Routes by definition include Roads, Primitive Roads, and Trails carried as assets within the BLM Facility Asset Management System (FAMS).

## Facility Asset Management System

All roads, trails and related facilities and infrastructure will be entered into the FAMS. FAMS is a tabular engineering database that does not have a spatial component, but the attribute fields for BLM Roads in GJFO will be linked to attribute data stored in FAMS similar to the way it had been linked to Facility Information Management System data in the past.

## Condition Assessments

Condition assessments will be conducted for roads and trails in the planning area on a priority basis and in accordance with standards and guidelines currently described in IB-2000-005, *Road and Trail Condition Assessments*. The results of these assessments will be reviewed by the state engineering staff and, if approved, will be used to update the FAMS database. These updates will be linked to the appropriate data in GIS.

## Routes Defined

BLM transportation guidance provides definitions for transportation routes, including roads, primitive roads, and trails, and the maintenance intensity classes for transportation assets. These definitions are used in the Grand Junction TMP.

    a. Road: A linear route declared a road by the owner, managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use.

    b. Primitive Road: A linear route managed for use by four-wheel drive or high-clearance vehicles. Primitive roads do not normally meet any BLM road design standards.

    c. Trail: A linear route managed for human-powered, stock, or OHV forms of transportation, or for historical or heritage values. Trails are not generally managed for use by four-wheel drive or high-clearance vehicles.

## Functional Class

Functional classes indicate the relative importance of a route's transportation and access functions, and are the basis for geometric design standards and maintenance guidelines. The functional classifications are determined according to guidance in *BLM Manual 9113 Roads*. Functional class is defined by collector roads, local roads, and resource roads.

Collector Roads are the highest standard of BLM road. They provide primary access to large blocks of land and connect with or are extensions of a public road system. Collector roads accommodate mixed traffic and serve many uses. They generally receive the highest volume

BLM_0023336

of traffic within the BLM road system. User cost, safety, comfort, and travel time are primary road management considerations. Collector roads usually require application of the highest standards used by BLM. As a result, they have the potential for creating substantial environmental impacts and often require complex mitigation procedures.

Local Roads normally serve a smaller area than collector roads and connect to collector roads or public road systems. Local roads receive lower volumes, carry fewer traffic types, and generally serve fewer users. User cost, comfort, and travel time are secondary to construction and maintenance cost considerations. Low volume local roads in mountainous terrain, where operating speed is reduced by effort of terrain, may be single land roads with turnouts.

Resource Roads are usually spur roads that provide point access and connect to local or collector roads. They carry very low volume and accommodate only one or two types of uses. Use restrictions are applied to prevent negative interactions between users needing the road and users attracted to the road. The location and design of these roads are governed by environmental compatibility and minimizing BLM costs, with minimal consideration for user cost, comfort, or travel time.

Most of the routes in the planning area are designated as Resource Roads, unpaved, single lane, with very low traffic volume (Average Daily Traffic ≤150 vehicle passes) and very low traffic speeds.

**Maintenance Intensities**

- Maintenance Intensities provide consistent objectives and standards for the care and maintenance of BLM routes according to identified management objectives. Maintenance Intensities are consistent with land-use planning management objectives (for example, natural, cultural, recreation setting and visual).

- Maintenance Intensities provide operational guidance to field personnel on the appropriate intensity, frequency, and type of maintenance activities that should be undertaken to keep the route in acceptable condition and provide guidance for the minimum standards of care for the annual maintenance of a route.

- Maintenance Intensities do not describe route geometry, types of route, types of use, or other physical or managerial characteristics of the route. Those items are addressed as other descriptive attributes to a route.

- Maintenance Intensities provide a range of objectives and standards, from "identification for removal" through frequent and intensive maintenance.

- Level 0 routes are existing routes that will no longer be maintained and no longer be declared a route. Routes identified as Level 0 are identified for removal from the transportation system entirely.

- Level 1 routes require minimum, low intensity maintenance to protect adjacent lands and resource values. These roads may be impassable for extended periods of time.

- Level 3 routes require more moderate maintenance due to low volume use, such as seasonal or year-round for commercial, recreation, or administrative access. Maintenance Intensities may not provide year-round access but are intended to provide resources appropriate to maintain a usable route for most of the year.

BLM_0023337

- Level 5 routes require high, maximum intensity maintenance due to year-round needs, high-volume traffic, or significant use. The Level 5 designation may also include routes identified through management objectives as requiring high intensities of maintenance or to be maintained and kept open on a year-round basis.

- The proposed maintenance intensity class will be developed for each route in the planning area. These will provide the basis for updating the FAMS database for the project area. Under BLM policy, transportation maintenance and repairs may be conducted on BLM routes on a case by case basis depending on need and following NEPA analysis.

# *Zone L (North Desert) Route Designation Considerations*

Zone L (North Desert) proved to be one of the most challenging zones to consider, both for the BLM and for the public, due to its route density. Through public comment and further interdisciplinary consideration, the BLM determined that a different process was needed to make effective planning decisions for this zone.

Following completion of the rest of the TMP, the BLM will undertake a specific planning process for this area and will allow the use of existing routes within the boundary of this zone until individual routes are designated within this area.

Maps will be made available that show the network of existing routes. These maps will be updated on a yearly basis until the designation process is completed. Thereafter, updates to the maps will be made available online as changes are made to the network, and new maps will be published periodically, as needed.

**Designation Process:**

Routes will be designated on the ground with the assistance of user groups once thresholds for sensitive resource values (soils, wildlife, special status plants) have been determined, after any necessary NEPA process has been completed. The following steps will need to be completed in order to move forward with route designations:

1. Highlight key avoidance areas or areas where route reductions in density would be necessary in order to move toward achieving biologic, ecologic, and cultural resource objectives.

   a. Close routes directly impacting sensitive areas.

2. Break Zone L into sub-zones and collect representative hill-slope and road erosion rates to run RHEM and WEPP models or similar model if technology improves (note that routes eliminated through step 1 would be included in this effort unless they were reclaimed prior to designation).

   a. Identify sub-zones needing route reductions based on modeling results.

   b. Identify zones where it would be appropriate for new routes to be added if other resource values and recreation objectives could also be achieved.

3. Inform user groups of the process for route designation and key resources that need to be protected (biology, soil, water, archaeology, and recreation experience).

   a. Work with user groups to identify user needs and prioritize routes in Zone L.

   b. Routes eliminated through step 1 would not be available routes for prioritization.

4. Priority routes identified by user groups that meet recreation objectives and do not conflict with resource values, and meet minimum BLM requirements for intended use would be designated.

   a. Maintenance on routes would be prioritized based on the intensity of degradation resulting from the route and by user group priority ranking.

BLM_0023339

Reclamation work for non-sustainable routes designated for closure would also be prioritized based on the intensity of degradation and to reduce confusion with open routes. Table 1, Route Designations in Miles by Alternative, summarizes the proposed route designations for motorized, Bicycle, horse, and foot travel by alternative. Detailed travel management zone maps that display each route's proposed designation by alternative are provided at http://www.blm.gov/co/st/en/fo/gjfo/rmp/rmp.html.

**Additional Objectives to be used for Route Designation in Zone L**

1. Meet Public Land Health Standards 1, 2, 3, 4 , and 5
   a. Standard 1: Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes.
   b. Standard 2: Riparian systems associated with both running and standing water function properly and have the ability to recover from major disturbance such as fire, severe grazing, or 100-year floods.
   c. Standard 3: Healthy, productive plant and animal communities of native and other desirable species are maintained at viable population levels commensurate with the species and habitat's potential.
   d. Standard 4: Special status, threatened and endangered species (federal and state), and other plants and animals officially designated by the BLM, and their habitats are maintained or enhanced by sustaining healthy, native plant and animal communities.
   e. Standard 5: The water quality of all water bodies, including ground water where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado.
2. Water
   a. Manage to maintain or contribute to long term improvement of surface and groundwater quality.
   b. Promote geomorphic balance.
   c. Minimize salt and sediment production to "natural" background rates.
   d. Preserve/promote soil productivity.
   e. Preserve watershed function in capture, retention, and release of water in quality, quantity, and time to meet ecosystem and human needs.
3. Wildlife and Plants
   a. Within Mule Deer Severe Winter Range and Pronghorn Antelope Winter Concentration area, reduce route density to less than or equal to 2 miles of road per square mile.
   b. Ensure that Public Land Health Standards 3 for plant and animal communities, and 4 for Special Status and Threatened & Endangered species, are being met or moving towards meeting Standards.
4. Cultural
   a. To minimize ongoing or potential impacts to cultural sites that are eligible or potentially eligible for listing on the National Register of Historic Places (NRHP), close and/or re-route routes that are inside or pass through eligible or potentially eligible cultural sites, or identify mitigation necessary to protect sites
   b. To minimize the potential for vandalism or surface collection, reduce number of routes in proximity to known cultural sites, minimize impacts to site integrity of setting and feeling.

BLM_0023340

   c. To minimize the potential for impacts to sites, reduce density of routes in areas known to be of high expected cultural resource density or areas of high value to the cultural program or Tribes

   d. Use VRM and recreation (or management) objectives to minimize impacts to site integrity (maintaining the visual, audible, and setting characteristics of sites

   e. To minimize ongoing or potential impacts to historic trails identified as eligible or potentially eligible for listing on the NRHP, identify mitigation to protect the historic integrity of routes, if necessary.

5. Recreation

   a. Provide visitors with opportunities to participate in motorized OHV recreation (motorcycle, ATV, UTV, full-sized 4x4 vehicles) on a variety routes designated for different motorized uses (e.g., motorcycle, ATV/UTV, and full-size vehicles) that link the desert terrain on the north side of the Grand Valley from Grand Junction and Fruita to Rabbit Valley and the Utah Rims trails and provide multiple long-distance motorized loop opportunities.

   b. Minimize the negative interactions between users and livestock operations through route designation and future new route design; providing appropriate access for rangeland management.

   c. Promote positive user interactions between user groups; providing appropriate access for public and commercial operations.

   d. Ensure route connectivity between the North Desert ERMA and the Grand Valley OHV SRMA (open OHV area). Allow higher route density along the ERMA's interface with the Grand Valley OHV SRMA at 27 ¼ Road, with route density generally decreasing as the trail system extends to the northwest toward 25 Road and 21 Road.

# *CULTURAL RESOURCES*

BLM is satisfying the requirements of Section 106 of the National Historic Preservation Act (NHPA), 16 U.S.C. § 470f, for the travel and transportation management decisions relating to the Grand Junction Field Office Resource Management Plan pursuant to Attachment F to the *State Protocol Agreement Between the Colorado State Director [SD]of the Bureau of Land Management [BLM] and the Colorado State Historic Preservation Officer [SHPO] Regarding the Manner in which the BLM will Meet its Responsibilities Under the National Historic Preservation Act [NHP] and the 2012 National Programmatic Agreement [National PA] among the BLM, the Advisory Council on Historic Preservation [ACHP], and the National Conference of State Historic Preservation Officers [NCSHPO]* (Protocol). The Protocol, which supplements the National Programmatic Agreement between BLM, Advisory Council on Historic Preservation (ACHP), and the National Conference of State Historic Preservation Officers, adopts an alternate procedure for compliance with Section 106 of the NHPA as allowed under 36 C.F.R. § 800.14(b). Attachment F recognizes that BLM's designation of routes and areas is an undertaking triggering compliance with Section 106 of the NHPA, and that BLM must complete the Section 106 requirements as part of route designation during the planning process. Attachment F specifically outlines how BLM will comply with the requirements for Section 106 for Comprehensive Travel and Transportation Management Planning. As described in Attachment F, "selection of specific route networks and imposition of other use limitations, will avoid impacts on cultural resources where possible. In accordance with 43 CFR 8342, existing cultural resource information must be considered when choosing among the range of alternatives for the design of a planning area travel system, including the potential impacts on cultural resource when determining whether each of the routes or areas in a planning area should be designated as open, limited, or closed." During the designation process, existing cultural resource information is considered when choosing among the range of alternatives for the design of a planning area travel system. A large number of existing routes and areas are designated in these planning efforts (Land Use Plans and Resource Management Plans). "Designation provides a purposefully designed and clearly delineated travel network, reduces the potential for user caused route proliferation, and facilitates travel management law enforcement", all of which are helpful in reducing adverse effects to historic properties.

The steps set forth in Attachment F establish a phased process for the identification, evaluation, and resolution of potential adverse effects to historic properties eligible for or listed on the National Register of Historic Places. The area of potential effect (APE) that is subject to inventory will be determined by the cultural resource specialist as defined by 36 CFR 800.16(d). When defining the APE, the BLM will consider potential direct, indirect, and cumulative effects to historic properties. The Attachment's phased process for identification is broken down into three steps: 1) planning; 2) route development; and 3) route maintenance. During the planning phase, existing cultural resource data obtained from the most recent Class 1 overview of the planning area (Grand River Institute 2011) along with known areas of higher use or concentration of travel will be used to determine priority areas for Class III cultural resource inventory. The SHPO, interested Native American Tribes, and other consulting parties are consulted during planning and invited to participate in the development and implementation of identification, monitoring, and treatment options according to the Colorado State Protocol in association with the National Programmatic Agreement. During the route development phase when Class III inventory is being completed, if BLM identifies historic

BLM_0023342

properties that are eligible for or listed on the National Register of Historic Places that are affected, BLM will identify ways to avoid, minimize or mitigate such adverse effects, and outline treatment procedures. The types of avoidance, minimization or mitigation may include fencing, site testing or excavation, signing, route realignment, or possibly route limitation or closure. The third phase focuses on conducting Class III inventories, as necessary, for those areas identified during the planning phase as being the lowest priority inventory areas with designated routes.

For the GJFO RMP travel and transportation management planning process, BLM has identified existing routes throughout the field office and examined the routes to determine appropriate designation based on public need and known natural and cultural resource concerns. BLM utilized current cultural resource inventories and assessments to determine potential cultural resource concerns on a route-by-route basis. The designated routes identify cultural resource concerns along with any other issues or rationale for the route designation, which are reflected in the Route Designation Reports. During the GJFO RMP designation process, the type of use on 402 routes was changed based partially or completely on cultural resource concerns. BLM has withheld from public disclosure sensitive cultural resources associated with routes even though BLM considered such information during the designation process. During the RMP phase, the GJFO consulted with the SHPO and interested Native American tribes and incorporated the commented received into our Proposed RMP. Once the RMP is finalized the GJFO will move into the phased identification process to determine priority areas for Class III cultural resource inventory. A priority list of designated routes that require Class III cultural resource inventory will be completed based on the implementation plan and implementation priorities. The remaining phases will follow the steps of the Attachment as described above. For those routes that BLM determines may have adverse effects impacts on cultural resources eligible for or listed in the National Register of Historic Places, the GJFO will consult with the SHPO, interested Native American tribes, and other interested parties to determine means to avoid, minimize or mitigate such adverse effects on a case-by-case basis.

BLM_0023343

# *Trail Design Criteria*

The following criteria are used to determine suitable locations for new trails and trail reroutes within the Grand Junction Field Office management area. This document utilizes terminology from the "Recommended Standardized Trail Terminology for Use in Colorado." (COTI 2005)

These criteria are to be followed as guidelines. Not all of the criteria can be met on every segment of every trail. Their purpose is to help create sustainable, low maintenance trails that provide quality recreation experiences based on predetermined trail management objectives (TMOs). Specialty trails requiring higher maintenance may be allowed in appropriate locations.

**1. Know and nnderstand trail management objectives.** TMO's provide the framework for what the trail will look like, who will be using the trail, and how the trail will be managed. Different TMO's may allow different applications of the criteria below.

**2. Create loops and avoid dead end trails.** All trails should begin and end at a trailhead or another trail. A well-planned stacked loop trail system offers recreationists a variety of trail options. Easier, shorter loops are arranged close to the trailhead, with longer, more challenging loops extending further beyond the trailhead. Occasionally, destination trails to a point of interest will require an out and back trail, but only if they cannot be reasonably incorporated into a loop.

**3. Identify control points and use them to guide trail design and layout.** Control points are specific places or features that influence where the trail goes. Basic control points include the beginning and end of the trail, property boundaries, intersections, drainage crossings, locations for turns, and other trails.

> Positive control points are places where you want users to visit, including scenic overlooks, historic sites, waterfalls, rock outcroppings, lakes, rivers and other natural features or points of interest. If the trail does not incorporate these features, users will likely create unsustainable social trails to get to them.

> Negative control points are places you want users to avoid, such as low-lying wet areas, flat ground, extremely steep cross slopes or cliffs, unstable soils, environmentally sensitive areas, sensitive archaeological sites, safety hazards, and private property.

Knowing these control points provides a design framework. Try to connect the positive control points while avoiding the negative control points.

**4. Use cross slope and avoid flat ground whenever possible.** The trail tread should generally be aligned perpendicular to the cross slope and should utilize outsloped tread and frequent grade reversals to facilitate continuous drainage. This is the best way to keep water off the trail. However, outsloped tread is not always practical or desirable to meet recreation experience objectives. Use curvilinear design principles to create a trail that follows the natural contours of the topography, sheds water, blends with the surrounding terrain, and provides fun recreation opportunities.

BLM_0023344

The following grade guidelines will help determine appropriate tread locations.

➢ The Half Rule: "A trail's grade shouldn't exceed half the grade of the hillside or sideslope (cross slope) that the trail traverses. If the grade does exceed half the sideslope, it's considered a fall-line trail. Water will flow down a fall-line trail rather than run across it. For example, if you're building across a hillside with a (cross slope) of 20 percent, the trail-tread grade should not exceed 10 percent." (IMBA 2004) Steeper cross slopes allow more flexibility for sustainable tread grades while flat or low angle cross slopes can be problematic. There is an upper limit to this rule. Sustaining a 24 percent tread grade, even on a 50 percent cross slope is unlikely. Additionally, trail segments may break this rule on durable tread surfaces such as solid rock.

➢ The Ten Percent Average Guideline: The average trail grade over the length of the trail should be 10 percent or less for greatest sustainability. Short sections of the trail may exceed this, but the overall grade should remain at 10 percent or less.

➢ Maximum Sustainable Grade: This is the upper grade limit for those short trail segments that push the limits of the previous two guidelines. It is determined by a site-specific analysis based on TMO's, environmental conditions, and observations of existing trails – what's working, and what's not?

➢ Grade Reversals: Frequent changes in the direction of tread grade (gentle up and down undulations) will ensure that water is forced off the trail at frequent intervals.

**5. Locate trails in stable soils.** Avoid clays, deep loam and soils that do not drain rapidly. Consider season of use and type of use. A trail on a south aspect will have greater usability and sustainability for winter use. The capabilities of motorized vehicles to function in wet/muddy conditions make it imperative to avoid unstable or poorly drained soils. Trails that are less likely to be used when wet may be located in less-desirable soils if necessary. In western Colorado's arid environment, the best soil conditions for trails are those with high rock content. Utilize slick rock for trail tread when possible. Sand is acceptable in dry washes, but otherwise avoid sand.

**6. Drainage crossings are key control points and should be selected carefully.** Consider both the trail's impact on the drainage (erosion and sedimentation), and the drainage's impact on the trail (changing tread surface, water channeling onto trail). The trail should descend into and climb out of the drainage to prevent water from flowing down the trail. Avoid long or steep entries into drainages. Design grade reversals into the trail on each side of the approach to minimize water and sediment entering from the trail. Look for drainage crossings on rock.

**7. Dry washes can be excellent travel ways.** They are well defined, contain noise, and are periodically resurfaced by flowing water. As long as the wash does not support riparian vegetation and has no major safety problems, like water falls, they are well suited to be part of a recreational trail system.

**8. Avoid switchbacks.** Switchbacks are difficult, time-consuming, and expensive to construct, and require regular maintenance. Users often cut them, causing avoidable impacts. Utilizing curvilinear design principles eliminates the need for most switchbacks. Climbing turns are easier to construct and

BLM_0023345

maintain and utilize natural terrain features (benches, knolls, rock outcrops) to change the direction of a trail.

**9. Avoid ridge tops.** Ridge tops are often primary transportation corridors for wildlife, and were often used by Native Americans as travel routes. Noise from ridge top trails is broadcast over a wide area. Locate trails on side hills, off ridge tops, using ridges and watersheds as natural sound barriers to isolate noise.

**10. Use vegetation and other natural features to conceal the trail and absorb noise.** This can be difficult in a desert environment. Try to minimize the visual impact of the trail by following natural transitions in vegetation or soil type. A trail near the base of a slope or on rimrock is usually less visible than a mid-slope trail. Denser vegetation will hide a trail, lessen noise transmission, and can dissipate the energy of falling raindrops on the bare soil of the trail tread.

**11. Carefully design intersections to avoid safety problems**. When locating a bicycle or motorized vehicle trail be aware of sighting distance and sight lines. Collisions can be avoided if riders can see each other. Avoid four way intersections. Offsetting the cross traffic helps reduce speeds and reduces the risk of collisions.

**Sources:**

Off Highway Motorcycle and ATV Trails: Wernex,2nd edition, American Motorcycle Assoc. 1994

Off Highway Vehicle Trail and Road Grading Equipment, Vachowski, Maier, USDA Forest Service Missoula 9Technology and development Center 1998 Doc# 7E72A49

Mountain Bike Trails: Techniques for design, construction and Maintenance, McCoy Stoner, USDA Forest Service, Missoula Technology and Development Center

Recommended Standardized Trail Terminology for Use in Colorado, Colorado Outdoor Training Initiative (COTI). 2005

Tractor Techniques for Trailbed restoration, Hamilton, USDA Forest Service 1994

Trails 2000, Lockwood USDA Forest Service 1994

Trail Construction and Maintenance Handbook, Hesselbarth, Vachowski, USDA Forest Service (4E42A25-Trail Notebook) 2004

Trail Solutions, IMBA's Guide to Building Sweet Singletrack, International Mountain Bicycling Association (IMBA) 2004.

USDA Forest Service Travel Management Handbook, FS 2309.18

BLM_0023346

# *Trail Development Process*

## Introduction

The purpose of this document is to clearly define the process required to create new trails or modify existing trails across public lands managed by the BLM Grand Junction Field Office (GJFO), McInnis Canyons National Conservation Area (MCNCA), and Dominguez-Escalante National Conservation Area (DENCA.) Trails provide a wide range of recreational opportunities throughout these management units. Trails are also a tool used by the agency to provide those diverse recreational opportunities while minimizing impacts to natural and cultural resources. Following the background information below is a step-by-step summary of the process for planning, designing, constructing, maintaining and monitoring trails that are legal, fun, functional and sustainable.

## The Process

For many years, the Bureau of Land Management has actively partnered with organizations and individuals in the Grand Junction area to design and construct many of the trails on public lands in and around the Grand Valley. These trails help support a strong recreation-based infrastructure that makes this area a recreation destination, and an excellent place to live and play. As the popularity of trail-based recreation has grown, so has the need to carefully manage those trails in order to protect recreation opportunities, as well as the many other resources found on local public lands. Effective stewardship of public lands requires collaboration and communication between and among land managers and the many people who use and enjoy those lands. To that end, the BLM recognizes the need to openly communicate the BLM's trail planning and construction process, as well as the BLM's current trail management strategy.

The BLM has worked with trail user groups to implement a trail planning and construction process which creates fun, functional and sustainable trail systems while protecting important natural and cultural resources. Each trail or trail system proposal presents unique opportunities and challenges, but the basic steps for successfully navigating the process are described below.

**1. Formulate a trail proposal or concept.** This is usually the easy part. You've got an idea for a great new trail opportunity, or know of an existing trail that really needs to be fixed. Avoid the temptation to grab a tool and start digging, or to simply start trampling in a new route. Remember these are public lands managed for multiple uses.

**2. Share your idea with others.** Find other user groups who may have an interest in the area. Introduce yourself to these other players and begin to develop a relationship of open communication and trust. A few key points to remember about building a constituency:

- **Look at the big picture.** Public lands contain many different resources and have many different values to many different people. Those differences require a broad and balanced management perspective.

BLM_0023347

- **Communicate effectively.** Ask questions if the process, or another person's perspective, is unclear. Listen carefully to others involved in the process.
- **Think creatively and collaboratively.** Look for ways to partner with the agency and other user groups to provide the time, talent and funding necessary to move a trail proposal through the process.

**3. Identify the purpose and need for the trail.** Think about why your trail idea is important and what purpose it would serve. The purpose of the trail is to …? The reason we need the trail is …? Write those ideas down.

**4. Contact the BLM office (or other agency) that manages the land you're interested in.** Call or e-mail to set up an appointment to talk with someone (usually someone from the recreation program staff) about your idea.

**5. Know and understand the process.** Take some time to learn the details of the process summarized in this document. A few key points to remember about the process:

- **Find the funding.** Trails aren't cheap. Use a trail project planning and budgeting worksheet to develop an accurate estimate of how much your project is likely to cost, then determine how those costs will be paid.
- **Be patient!** The trail development process takes time (sometimes years.) The end result will be worth it.
- **Be flexible.** Changes are often necessary to address issues that arise during the process.
- **Learn more about trails.** There are many great print and electronic media resources, as well as hands-on training opportunities, to learn more about trail planning, design, layout, construction, maintenance and monitoring. See the reference section at the end of this document.
- **Determine current management direction.** Work with BLM staff and/or other trail partners/organizations to identify laws, management plans, policies, and special designations that may affect the trail proposal. Some of the management components that will likely be involved with trail proposals include:

  - **National Environmental Policy Act (NEPA)** – the law that guides any proposed action on Federal lands.
  - **National Historic Preservation Act (NHPA)** – the law that guides land managers to consider and protect cultural resources.
  - **Endangered Species Act (ESA)** – the law that guides managers to protect listed threatened and endangered species.
  - **Resource Management Plan (RMP)** – provides general management guidance for all resources within the Field Office and NCAs. The recreation section of an RMP will define what types of recreation opportunities are targeted for different areas within the Field Office or NCAs.
  - **Recreation Management Plans** – provide specific recreation management direction for areas. Recreation Management Plans are based on the recreation objectives in the Resource Management Plan.
  - **Special area designations**

BLM_0023348

- **Recreation Management Areas (RMAs)** – areas where specific recreation management guidance has been developed in the Resource Management Plan. These include Special Recreation Management Areas (SRMAs) and Extensive Recreation Management Areas (ERMAs).
- **Areas of Critical Environmental Concern (ACEC)** – areas where specific resource concerns have been identified, and management actions are implemented to protect those resources.
- **Wilderness and Wilderness Study Areas (WSA)** – undeveloped areas that are managed for "primitive and unconfined" recreation, and for other wilderness values.

**6. Refine trail proposal and define Trail Management Objectives (TMOs).** Based on management direction findings, adjust proposal to fit within current management objectives and guidelines. If the trail proposal in in a Recreation Management Area, be sure the TMOs are consistent with objectives for that area in the Resource Management Plan.

- **Trail Management Objectives** define what the trail looks like, and how it's managed. TMOs may include some or all of the following specifications:
  - Recreation objective from the Resource Management Plan
  - Trail name/number
  - Type of use
  - Trail type
  - Level of use
  - Use season
  - Level of difficulty
  - Tread width
  - Corridor width and height
  - Surface condition
  - Maximum sustainable grade
  - Operations and patrol
  - Maintenance requirements
  - Special features
  - Monitoring requirements

**7. Design and lay out a sustainable trail alignment.** This process is further defined by the document entitled **"Trail Design Criteria"** which is included in an appendix to the GJFO and D-E NCA RMPs. Trail design and layout requires special training and experience. Utilize a qualified trail designer to ensure a high quality sustainable trail alignment. Qualified trail designers may be agency employees, trained volunteers, or hired trail contractors.

**8. Initiate NEPA Process.** NEPA (National Environmental Policy Act) provides a framework for analyzing the impacts of a proposed project. It requires input from a wide range of resource specialists from the BLM, and often other agencies as well. NEPA analysis along with the associated field work and paperwork is performed by BLM staff, by a contractor, or by a combination of the two. The NEPA process is a public process and provides opportunities for public input regarding any proposed action on Federal lands. For more information about the NEPA process see the "Citizens Guide to NEPA" referenced at the end of this document.

In most cases, trail project proposals will require an **Environmental Assessment (EA).**
- **EA analyzes impacts on:***
  - BLM sensitive species
  - Fisheries/Aquatic organisms
  - Native American Religious Concerns

BLM_0023349

- o Federally Threatened, Endangered, and Candidate Species
- o Soils
- o Water
- o Geology and mineral resources
- o Wildlife
- o Vegetation
- o Invasive, non-native species
- o Cultural resources (historic and prehistoric)
- o Paleontological resources
- o Range management (livestock grazing)
- o Visual resources
- o Transportation and access
- o Economy
- o Recreation
- o Wilderness and wild lands
- o Wild and scenic rivers
- o Special designations

\* Note that this list is representative and does not list every resource analyzed in an EA.

- **EA includes:**
  - o <u>Proposed action</u> – the trail proposal plus any associated actions (i.e. trailheads, fencing, etc.)
  - o <u>Alternatives</u> – in addition to the proposed action, a no-action alternative is analyzed, and sometimes one or more alternative actions are analyzed. This provides a range of information on which to make a management decision.
  - o <u>Description of current situation</u>
  - o <u>Description of purpose and need for the proposed action</u>
  - o <u>Review of relevant laws, management plans and guidance</u>
  - o <u>Detailed analysis of impacts to resources from the proposed action</u>
  - o <u>Description of actions to mitigate resource impacts</u>
  - o <u>Finding of No Significant Impact (FONSI)</u> – statement that mitigated impacts from the proposed action will not be "significant." If the EA determines there will be significant impacts, an environmental impact statement (EIS) must be prepared.
  - o <u>Decision Record (DR)</u> – a statement detailing the decision on how to proceed regarding the proposed action. **A decision will be made that will approve the proposal, deny the proposal, or approve it with modifications.** Once the DR is signed by the authorized officer (Field Manager or NCA Manager), the actions specified in the DR may be implemented.

- **Trail EAs often require special field surveys.** These surveys are often expensive and time consuming. **<u>Partnerships to fund surveys are often critical to moving a trail proposal forward.</u>**
  - o <u>Cultural surveys</u> – on-the-ground assessment of historic and prehistoric human activity in the project area. Federal laws (NHPA and others) mandate the documentation and protection of cultural resources found on Federal lands.
  - o <u>Plant surveys</u> - on-the-ground assessment of rare, sensitive, threatened or endangered plants in the project area. Federal and state laws mandate the documentation and protection of special status plants found on Federal lands.
  - o <u>Paleontological surveys</u> - on-the-ground assessment of fossils and other evidence of prehistoric life. Federal laws mandate the documentation and protection of vertebrate fossil resources.

BLM_0023350

        o  <u>Wildlife surveys</u> – assessment of sensitive wildlife species or wildlife habitats in the project area. Federal and state laws mandate the documentation and protection of special status fish and wildlife species, and their habitat.

**9. Modify the proposal if required by NEPA.** Sometimes trail reroutes will be required to mitigate impacts to other resources.

**10. Begin construction or maintenance of the trail following completion of the NEPA process.** If the project is approved, and once the EA is signed, implementation of the decision can begin.

- Managing trail construction and maintenance requires special training and experience. Qualified trail builders may be agency employees, trained volunteers, or hired trail contractors.
- Well planned coordination and oversight is essential to ensure high quality sustainable trail construction and maintenance. See reference section for trail construction and maintenance resources.

Finally, once your trail is completed it's important to monitor the trail to ensure that TMOs are being met. Monitoring should include:

        o  <u>Physical monitoring</u> – is the trail maintaining the design and construction specifications identified in the TMO?

        o  <u>Social monitoring</u> – is the trail providing the recreational opportunities and experiences specified in the TMO and RMA objectives?

Modify the trail if it is not meeting objectives. Any modifications to the trail will require BLM approval.

## References:

Citizens Guide to NEPA:

http://www.blm.gov/pgdata/etc/medialib/blm/nm/programs/planning/planning_docs.Par.53208.File.dat/A_Citizens_Guide_to_NEPA.pdf

Trail Design References:

<u>Off Highway Motorcycle and ATV Trails: Wernex,2nd edition</u>, American Motorcycle Assoc. 1994

<u>Off Highway Vehicle Trail and Road Grading Equipment</u>, Vachowski, Maier, USDA Forest Service Missoula 9Technology and development Center 1998 Doc# 7E72A49

<u>Mountain Bike Trails: Techniques for design, construction and Maintenance</u>, McCoy Stoner, USDA Forest Service, Missoula Technology and Development Center

<u>Recommended Standardized Trail Terminology for Use in Colorado</u>, Colorado Outdoor Training Initiative (COTI). 2005

<u>Tractor Techniques for Trailbed restoration, Hamilton</u>, USDA Forest Service 1994

<u>Trails 2000</u>, Lockwood USDA Forest Service 1994

BLM_0023351

Trail Construction and Maintenance Handbook, Hesselbarth, Vachowski, USDA Forest Service (4E42A25-Trail Notebook) 2004

Trail Solutions, IMBA's Guide to Building Sweet Singletrack, International Mountain Bicycling Association (IMBA) 2004.

USDA Forest Service Travel Management Handbook, FS 2309.18

BLM_0023352

## APPENDIX B: Trail Management Objective form

### Trail Management Objective

**Trail Name** _____  **Trail Number** _____

**Resource Management Plan Objective** _____

**Type of use:**
    Hiking/Running ____  Equestrian ____  Mtn. Biking ____  Motorcycle ____  ATV ____  4x4 ____

**Trail type:**
    Access ____  Destination ____  Point-to-Point ____  Loop ____
**Level of use:**
    **Recreational** Heavy ____  Moderate ____  Light ____
    **Competition** Yes ____  No ____
    **Commercial** Yes ____  No ____

**Use season:**
    Year round ____  Spring, Summer, Fall ____  Winter ____  Seasonal closure ____

**Level of Difficulty:**
    Easiest ____  More Difficult/Intermediate ____  Most Difficult/Advanced ____  Experts Only ____

**Trail Specifications:**
    Tread width _____ inches      Surface
    Corridor      smooth ____ moderate ____ rough/technical ____
        Width _____ feet
        Height _____ feet      Maximum sustainable grade _____

**Operations and Patrol:**
    Patrolled by:
        BLM ____  Volunteer(s) ____  Adopt-a-Trail ____
    Frequency of patrols:
        Weekly ____  Monthly ____  Yearly ____
    Type of patrol:
        Law enforcement ____  Maintenance ____  Monitoring ____  Visitor services (information/education) ____

**Maintenance:**
    Frequency:
        Six months ____  Annual ____  Three years ____  As needed ____
    Work performed by:
        Agency ____  Contract ____  Volunteers ____
    Method:
        Mechanized ____  Hand work ____

**Features:**
    Retaining walls ____      Hardening ____
    Bridges ____      Drainage structures ____
    Signing: interpretive and information ____      Switchbacks ____
    Drains (culverts, etc.) ____      Other ____

**Monitoring:**
    Photo points:
        Yes ____  No ____      Frequency _____

BLM_0023353

# Appendix N
## Coal Screening Criteria in the Grand Junction Field Office

BLM_0023355

# Appendix N
# Coal Screening Criteria in the
# Grand Junction Field Office

## Introduction

The federal government provides for leasing of coal under the Mineral Leasing Act of 1920 (the Act), as amended. Regulations established under the Act outline procedures for considering development of coal deposits through a leasing system involving land use planning and environmental analysis. This document summarizes the federal coal management decisions for the US Department of the Interior, BLM, GJFO planning area and documents the unsuitability criteria applied to potential coal lands for future development. The identification of areas acceptable for further consideration for coal leasing is a major land use planning decision in the BLM's RMP, which guides the Secretary of the Interior on making coal leasing decisions. Planning decisions outlined in this document will guide the development of the federal coal resource in the planning area.

The lands suitable for further consideration for coal leasing in the GJFO planning area were identified using the first three of the four screening procedures outlined in 43 CFR 3420.1-4:

1. Identify only lands that have coal development potential;

2. Review federal lands during land use planning using the unsuitability criteria set forth in 43 CFR 3461 to determine which areas are unsuitable for all or stipulated methods of coal mining involving surface coal mining operations;

3. Evaluate multiple land use decisions (trade-offs) that could eliminate lands from leasing that contain resources presently deemed more important than coal; and

BLM_0023356

4.  Consult with the surface owner for private surface lands overlying federal coal. (This screen was not applied to this planning process.)

## COAL PLANNING PROCESS

The following section describes the screening procedures and criteria used to determine lands suitable for further consideration for coal leasing in the GJFO planning area.

### Screen 1: Identification of Coal Development Potential

The coal potential area extends to a maximum development depth of 2,500 feet (Figure 2-11, Appendix A). Coal potential in the GJFO planning area is considered deep coal, with overburden depths too great to assume any surface mining potential. These lands constitute the coal development potential identified in the Approved Resource Management Plan and include current coal leases and unleased federal coal resources where development could occur by year 2032. These areas were brought forward for the coal unsuitability review outlined in Screen 2, below.

### Screen 2: Unsuitability Review

As outlined in 43 CFR 3461, the BLM considered 20 criteria that were based mostly on resource values to determine whether those lands identified as having development potential (Screen 1) were suitable for development. Due to the depths of coal resources within the GJFO planning area, it is anticipated that all coal would be mined by underground mining techniques. Screen 2, as it applies within the GJFO, would therefore only be applicable to surface operations such as vent holes, portals, load out facilities, roads, and other surface disturbances related to underground coal mining.

In the GJFO planning area, the areas identified as having coal development potential represent deep coal deposits with no clearly defined areas where surface impacts would occur. As such, these coal resources are generally exempted from the restrictions of the unsuitability criteria.

Some criteria have exceptions or exemptions as listed in the regulations. If the exemption or exception for a specific criterion can be applied, the coal lands being evaluated were not considered unsuitable and could be considered for leasing.

The regulations outlining the procedures for unsuitability determinations provide that "federal lands with coal deposits that would be mined by underground mining methods shall not be assessed as unsuitable where there would be no surface coal mining operations" (43 CFR 3461.1 [a]). Surface coal mining operations are defined in 43 CFR 3400.0-5 as "activities conducted on the surface of lands in connection with a surface coal mine or surface operations and surface impacts incident to an underground mine." In other words, unsuitability criteria will be applied to all coal lands that are potentially recoverable by surface mining methods (i.e., where earthen material above the

BLM_0023357

coal beds is physically moved to access the coal beds and those areas where associated support facilities and structures are located).

"Surface operations and surface impacts" apply to the support facilities and structures built on the surface for underground mines and the surface disturbance that it causes; therefore, lands will generally be considered unsuitable if the expected mining activities would result in direct impacts on the surface.

### Criterion 1
All federal lands included in the following land systems or categories shall be considered unsuitable: National Park System, National Wildlife Refuge System, National System of Trails, National Wilderness Preservation System, National Recreation Areas, land acquired with money derived from the Land and Water Conservation Fund, National Forests, and federal lands in incorporated cities, towns, and villages.

### Analysis
No land systems or categories under this criterion exist in the potential coal development areas.

### Criterion 2
Federal lands that are within rights-of-way or easements, or within surface leases for residential, commercial, industrial, or other public purposes on federally owned surface, shall be considered unsuitable.

### Analysis
Numerous rights-of-way are present within the potential coal development areas. The lands within these rights-of-way are unsuitable for surface coal mining operations.

### Criterion 3
Federal lands affected by Section 522(e) (4) and (5) of the Surface Mining Control and Reclamation Act shall be considered unsuitable. This includes lands within 100 feet of the outside line of the right-of-way of a public highway; within 100 feet of a cemetery; within 350 feet of any occupied public building, school, church, community, or institutional building or public park; or within 300 feet of an occupied building.

### Analysis
Interstate 70, including the lands within 0.5-mile of either side of both rights-of-way, are unsuitable for coal mining operations.

Other public roads and facilities are also considered unsuitable for coal mining operations. An evaluation of public roads and facilities will be conducted when a coal lease is nominated and determined unsuitable for surface coal mining operations.

## Criterion 4

Federal lands designated as WSA shall be considered unsuitable while under review by the Administration and the Congress for possible wilderness designation.

*Analysis*

The Demaree Canyon (22,700 acres) and Little Book Cliffs WSAs (29,300 acres) are both within the potential coal development areas and have been determined unacceptable for coal leasing per Screen 3 (below). As such, a suitability determination under Screen 2 is not applicable.

## Criterion 5

Scenic federal lands designated by visual resource management (VRM) analysis as Class I (an area of outstanding scenic quality or high visual sensitivity) but not currently on the National Register of Natural Landmarks shall be considered unsuitable.

*Analysis*

VRM Class I areas within the GJFO planning area are unsuitable for surface coal mining operations. The Demaree Canyon and Little Book Cliffs WSAs are managed as VRM Class I areas but have been determined unacceptable for coal leasing per Screen 3 (below). As such, a suitability determination under Screen 2 is not applicable. Additional areas that are located outside of the WSAs and designated as VRM Class I are determined unsuitable for surface coal mining operations.

## Criterion 6

Federal lands under permit by the surface management agency and being used for scientific studies involving food or fiber production, or natural resources or technology demonstrations and experiments shall be considered unsuitable for the duration of the study, demonstration, or experiment, except where mining could be conducted in such a way as to enhance or not jeopardize the purposes of the study, as determined by the surface management agency, or where the principal scientific user or agency give written concurrence to all or certain methods of mining.

*Analysis*

The ant research area and owl banding station is considered unsuitable for surface coal mining operations.

## Criterion 7

All publicly owned places on federal lands that are included in the National Register of Historic Places shall be considered unsuitable. This criterion applies to any areas that the surface management agency determines, after consultation with the Advisory Council on Historic Preservation and the State Historic

BLM_0023359

Preservation Office, are necessary to protect the inherent values of the property that made it eligible for listing in the National Register of Historic Places.

*Analysis*
There are no publicly owned places on federal lands that are included in the National Register of Historic Places.

### Criterion 8
Federal lands designated as natural areas or as National Natural Landmarks shall be considered unsuitable.

*Analysis*
No natural areas or National Natural Landmarks are designated within the potential coal development areas.

### Criterion 9
Federally designated critical habitat for threatened or endangered plant and animal species, and habitat for federal threatened or endangered species, which is determined by the US Department of the Interior, US Fish and Wildlife Service (USFWS) and the surface management agency to be of essential value, and where the presence of threatened or endangered species has been scientifically documented, shall be considered unsuitable.

*Analysis*
Threatened or endangered habitat is unsuitable for surface coal mining operations. Underground coal mining operations may occur if, after consultation with USFWS, USFWS determines that reasonable and prudent measures included in the Biological Opinion will mitigate and/or minimize impacts to the species or its critical habitat. Threatened or endangered habitat areas that would be directly or indirectly impacted by surface facilities outlined in the mine plans will be surveyed prior to any mine plan approval. The mine plans will incorporate avoidance of the species and their habitat.

### Criterion 10
Federal lands containing habitat determined critical or essential for plant or animal species listed as threatened or endangered by the state pursuant to state law shall be considered unsuitable.

*Analysis*
Species currently listed as threatened or endangered by the State of Colorado but not listed by USFWS shall be determined unsuitable for surface coal operations. Underground coal mining operations may occur if, after consultation with the State of Colorado, the State determines reasonable and prudent measures will mitigate and/or minimize impacts to the species or its critical habitat. State threatened or endangered habitat areas that would be directly or indirectly impacted by surface facilities outlined in any mine plan will be

BLM_0023360

surveyed prior to mine plan approval. Mine plans will incorporate avoidance of the species and their habitat.

### Criterion 11
A bald or golden eagle nest or site on federal lands that is determined to be active and an appropriate buffer zone of land around the nest site shall be considered unsuitable. Consideration of availability of habitat for prey species and of terrain shall be included in the determination of buffer zones. Buffer zones shall be determined in consultation with USFWS.

### Analysis
Bald and golden eagle nests are unsuitable for surface coal mining operations. Several golden eagle nests are within the potential coal development areas, mostly along the Book Cliffs. Bald eagle habitat and one known nest site occur within the potential coal development areas.

No surface coal mining facilities that require daily human activities will be built within active areas or within buffer zones with active nests of bald or golden eagles.

Underground coal mining operations may occur if:

- They can be conditioned in such a way, either in manner or period of operation, that eagles will not be disturbed during breeding season; or

- The surface management agency, with the concurrence of USFWS, determines that the golden eagle nest(s) will be moved.

Buffer zones may be decreased if the surface management agency determines that the active eagle nests will not be adversely affected.

### Criterion 12
Bald and golden eagle roost and concentration areas on federal lands used during migration and wintering shall be considered unsuitable.

### Analysis
There are no known bald or golden eagle roosts or concentration areas within the potential coal development areas. Eagles do visit the area during winter, but no critical habitat areas have been identified.

### Criterion 13
Federal lands containing a falcon (excluding kestrel) cliff nesting site with an active nest and a buffer zone of federal land around the nest site shall be considered unsuitable. Consideration of availability of habitat for prey species and of terrain shall be included in the determination of buffer zones. Buffer zones shall be determined in consultation with USFWS.

BLM_0023361

*Analysis*

Falcon nests are considered unsuitable for surface coal mining operations. Falcon nests that would be directly or indirectly impacted by surface facilities outlined in a mine plan will be surveyed prior to mine plan approval. The mine plan will incorporate avoidance of the species and their habitat.

Protections for bald and golden eagles are identified under Criterion 11.

### Criterion 14

Federal lands that are high-priority habitat for migratory bird species of high federal interest on a regional or national basis, as determined jointly by the surface management agency and USFWS, shall be considered unsuitable.

*Analysis*

Critical habitat of migratory birds, listed on the USFWS list of Birds of Conservation Concern, is unsuitable for surface coal mining operations. Critical migratory bird habitat that would be directly or indirectly impacted by surface facilities outlined in the mine plan will be surveyed prior to mine plan approval. The mine plan will incorporate avoidance of the species and their habitat. Underground mining may occur where the surface management agency, after consultation with USFWS, determines that all or certain stipulated methods of coal mining will not adversely affect the migratory bird habitat during the periods when such habitat is used by the species.

### Criterion 15

Federal lands that the surface management agency and the state jointly agree are fish and wildlife habitat for resident species of high interest to the state, and that are essential for maintaining these priority wildlife species, shall be considered unsuitable. Examples of such lands that serve a critical function for the species involved include: (i) active dancing and strutting grounds for sage-grouse, sharp-tailed grouse, and prairie chicken; (ii) winter ranges crucial for deer, antelope, and elk; (iii) migration corridor for elk; and (iv) extremes of range for plant species.

*Analysis*

This criterion includes sensitive fish, wildlife, and plants as designated by the BLM and Colorado Division of Wildlife, as well as high-value species such as deer, elk, moose, and bighorn sheep. Areas that contain these species are suitable for limited surface coal mining operations.

Surface coal mining operations may occur within deer and elk critical winter range. Construction or daily activity within elk calving areas will be allowed only if no reasonable alternative sites exist outside the critical habitat. Lease stipulations and conditions of approval, as determined by BLM and Colorado Division of Wildlife, will be required to minimize disturbance within the critical habitats.

BLM_0023362

Underground mining may occur if, after consultation with the State, the surface management agency determines that all or certain stipulated methods of coal mining will not have a significant long-term impact on the species being protected.

## Criterion 16

Federal lands in riverine, coastal, and special flood plains (100-year recurrence interval) on which the surface management agency determines that mining could not be undertaken without substantial threat of loss of life or property shall be considered unsuitable for all or certain stipulated methods of mining.

### Analysis

No coastal flood plains exist in the potential coal lease areas. One hundred-year flood plains exist along the drainages in the potential coal development areas, but only the Colorado River has been delineated. As such, the entire Colorado River corridor has been identified as unsuitable.

## Criterion 17

Federal lands that have been committed by the surface management agency to use as municipal watersheds shall be considered unsuitable.

### Analysis

The Palisade and Grand Junction municipal watersheds are within the potential coal development areas and are considered unsuitable for surface coal mining operations.

## Criterion 18

Federal lands with national resource waters, as identified by states in their water quality management plans, and a buffer zone of federal lands 0.25-mile from the outer edge of the far banks of the water, shall be unsuitable.

### Analysis

No national resource waters have been identified by the State of Colorado in the potential coal development areas.

## Criterion 19

Federal lands identified by the surface management agency, in consultation with the state in which they are located, as alluvial valley floors according to the definition in 43 CFR 3400.0-5 (a) of this title, the standards in 30 CFR Part 822, the final alluvial valley floor guidelines of the Office of Surface Mining

Reclamation and Enforcement when published, and approved state programs under the Surface Mining

Control and Reclamation Act of 1977, where mining would interrupt, discontinue, or preclude farming, shall be considered unsuitable. Additionally, when mining federal land outside and alluvial valley floor would materially

BLM_0023363

damage the quantity or quality of water in surface or underground water systems that would supply alluvial valley floors, the land shall be considered unsuitable.

*Analysis*
The Office of Surface Mining has tentatively identified approximately 2,400 acres in the potential coal development areas as alluvial valley floors. Most of these areas are undeveloped rangelands not presently significant to agriculture. They include:

- The alluvium of West Salt Creek from the headwaters to approximately two (2) miles south of the Book Cliffs.
- The alluvium of East Salt Creek from the headwaters to approximately two (2) miles south of the Book Cliffs.
- The alluvium of Big Salt Wash from the headwaters to approximately three (3) miles south of the Book Cliffs.
- Several sub-irrigated areas in the headwaters area of Middle Dry Fork, North Dry Fork, McKay Fork, and Kimball Creek.

Surface coal mining operations may occur within alluvial valley floors if no reasonable alternative sites exist outside these areas. Lease stipulations and conditions of approval, will be required to minimize disturbance and affects to water supplies within these areas.

**Criterion 20**
Federal lands in a state to which is applicable a criterion (i) proposed by the state or Indian tribe located in the planning area, and (ii) adopted by rulemaking by the Secretary, shall be considered unsuitable.

*Analysis*
There are no lands within the potential coal development areas that have been proposed by the State of Colorado or Indian tribes to be unsuitable.

## Screen 3: Trade-offs

This screen requires evaluating multiple land use decisions (trade-offs) that could eliminate lands from leasing that contain resources presently deemed more important than coal. This screen has been applied as part of the land use conflict-resolution process. Where conflicts were identified between coal development and development or protection of other resources, a determination was made as to which resource was more important. The following have been determined to be areas where another resource is more important than coal and potential impacts could not be mitigated. These conflict areas are determined unacceptable for further coal leasing and development.

The Demaree Canyon (22,700 acres) and Little Book Cliffs (29,300 acres) WSAs are both within the potential coal development areas. Of these 52,000

BLM_0023364

acres, 2,156 acres are currently under coal lease. An estimated 277 million tons of in-place coal underlies the Demaree Canyon WSA, and an estimated 349 million tons of in-place coal underlies the Little Book Cliffs WSA. Both areas are unacceptable for leasing per Screen 3, pending Congressional decisions on wilderness recommendations. This determination is based on Section 308 of the Fiscal Year 1984 Interior Appropriations Act, which prohibits leasing. The WSAs could become acceptable for leasing if Congress does not designate them as Wilderness.

The following additional areas are unacceptable for further coal leasing and development under Screen 3.

- The Colorado River corridor, which is unacceptable for further coal leasing and development.
- The Grand Junction and Palisade municipal watersheds, which is unacceptable for further coal leasing and development.

### Screen 4: Consultation with Private Surface Owners

Screen four, consultation with the surface owner for private surface lands overlying federal coal, was not completed for the Approved RMP.

BLM_0023365

# Appendix O
Air Emissions Inventory

BLM_0023366

BLM_0023367

# TABLE OF CONTENTS

Section                                                                                    Page

**O.    AIR EMISSIONS INVENTORY** ....................................................................... **O-1**

O.1    BLM Authorized Actions within the Planning Area Emissions Inventory Tables ........ O-2
O.2    BLM Authorized Actions: Percent Contribution to BLM Emissions By Activity ....... O-23
O.3    BLM plus Non-federal Oil and Gas Actions within the Planning Area Emissions
       Inventory Tables ................................................................................................ O-27
O.4    BLM plus Non-federal Oil and Gas Actions within the Planning Area: Emission
       Summaries by Pollutant .................................................................................... O-33
O.5    Inputs and Assumptions for Emissions Inventory ............................................... O-41

# TABLES

Page

O-1    Oil and Gas – BLM Only – Base Year (Conventional + Coal Bed Natural Gas + Shale) ......... O-3
O-2    Oil and Gas – BLM Only – Alternative A (Conventional + Coal Bed Natural Gas + Shale) .. O-4
O-3    Oil and Gas – BLM Only – Alternative B (Conventional + Coal Bed Natural Gas + Shale) ... O-5
O-4    Oil and Gas – BLM Only – Alternative C (Conventional + Coal Bed Natural Gas + Shale) ... O-6
O-5    Oil and Gas – BLM Only – Alternative D (Conventional + Coal Bed Natural Gas + Shale) .. O-7
O-6    Coal – Base Year ......................................................................................................... O-8
O-7    Coal – Alternatives A and D, Year 10 ........................................................................... O-8
O-8    Coal – Alternatives B and C, Year 10 ........................................................................... O-9
O-9    Coal – Alternatives A and D, Year 20 ........................................................................... O-9
O-10   Coal – Alternatives B and C, Year 20 .......................................................................... O-10
O-11   Uranium – Base Year .................................................................................................. O-10
O-12   Uranium – Alternatives A, B, C, and D, Year 10 .......................................................... O-11
O-13   Uranium – Alternatives A, B, C, and D, Year 20 .......................................................... O-11
O-14   Sand and Gravel – Base Year ...................................................................................... O-11
O-15   Sand and Gravel – Alternative A, Year 10 ................................................................... O-12
O-16   Sand and Gravel – Alternative B, Year 10 ................................................................... O-12
O-17   Sand and Gravel – Alternative C, Year 10 ................................................................... O-12
O-18   Sand and Gravel – Alternative D, Year 10 ................................................................... O-13
O-19   Sand and Gravel – Alternative A, Year 20 ................................................................... O-13
O-20   Sand and Gravel – Alternative B, Year 20 ................................................................... O-13
O-21   Sand and Gravel – Alternative C, Year 20 ................................................................... O-14
O-22   Sand and Gravel – Alternative D, Year 20 ................................................................... O-14
O-23   Travel and Transportation Management – Base Year .................................................... O-14
O-24   Travel and Transportation Management – Alternative A, Year 10 .................................. O-15
O-25   Travel and Transportation Management – Alternative B, Year 10 .................................. O-15
O-26   Travel and Transportation Management – Alternative C, Year 10 .................................. O-15
O-27   Travel and Transportation Management – Alternative D, Year 10 .................................. O-16
O-28   Travel and Transportation Management – Alternative A, Year 20 .................................. O-16
O-29   Travel and Transportation Management – Alternative B, Year 20 .................................. O-16
O-30   Travel and Transportation Management – Alternative C, Year 20 .................................. O-17
O-31   Travel and Transportation Management – Alternative D, Year 20 .................................. O-17
O-32   Prescribed Fire and Mechanical Treatments – Base Year ............................................. O-18
O-33   Prescribed Fire and Mechanical Treatments – Alternative A, Year 10 and Year 20 ......... O-18
O-34   Prescribed Fire and Mechanical Treatments – Alternative B, Year 10 and Year 20 ......... O-19

O-35  Prescribed Fire and Mechanical Treatments – Alternative C, Year 10 and Year 20 .............. O-19
O-36  Prescribed Fire and Mechanical Treatments – Alternative D, Year 10 and Year 20 ............. O-20
O-37  Livestock Grazing – Base Year .................................................................................... O-20
O-38  Livestock Grazing – Alternative A, Year 10 and Year 20 ............................................ O-21
O-39  Livestock Grazing – Alternative B, Year 10 and Year 20 ............................................. O-21
O-40  Livestock Grazing – Alternative C, Year 10 and Year 20 ............................................. O-21
O-41  Livestock Grazing – Alternative D, Year 10 and Year 20 ............................................. O-22
O-42  Lands and Realty Right-of-ways – Base Year............................................................... O-22
O-43  Lands and Realty Right-of-ways – Alternatives A, B, C, and D, Year 10 and Year 20 ........... O-22
O-44  BLM + Non-federal Oil and Gas, Alternative A ........................................................... O-28
O-45  BLM + Non-federal Oil and Gas, Alternative B ........................................................... O-29
O-46  BLM + Non-federal Oil and Gas, Alternative C ........................................................... O-30
O-47  BLM + Non-federal Oil and Gas, Alternative D ........................................................... O-31
O-48  Volatile Organic Compounds ..................................................................................... O-34
O-49  Nitrogen Oxides ....................................................................................................... O-35
O-50  Particulate Matter - PM10 ........................................................................................ O-36
O-51  Particulate Matter – $PM_{2.5}$ ................................................................................... O-37
O-52  Sulfur Dioxide ($SO_2$) .............................................................................................. O-38
O-53  Hazardous Air Pollutants (HAPs) ............................................................................... O-39
O-54  Input Assumptions for BLM Actions and Non-federal Oil and Gas Development
       within the Planning Area ........................................................................................... O-42
O-55  Emissions Controls Assumptions for Oil and Gas Calculations.................................... O-43
O-56  Descriptions of Emissions Controls............................................................................ O-44
O-57  Projected Well Numbers per Revised RFD (BLM 2012a)............................................. O-45

# FIGURES

Page

O-1  VOC Emissions...................................................................................................... O-24
O-2  $NO_x$ Emissions ..................................................................................................... O-25
O-3  $PM_{2.5}$ Emissions ................................................................................................. O-26

BLM_0023369

## O. AIR EMISSIONS INVENTORY

**DO NOT DELETE THIS PAGE** from the MS Word file, as this is what marks Heading I for the table of contents. (Do delete this page later from the Adobe Acrobat [pdf] file.)

BLM_0023370

THROW THIS PAGE AWAY & DELETE FROM PDF

BLM_0023371

# APPENDIX O
# AIR EMISSIONS INVENTORY

Emission inventories for development and production activities within the Planning Area were compiled for this analysis for total nitrogen oxides (NOx), sulfur dioxide ($SO_2$), carbon monoxide (CO), carbon dioxide ($CO_2$), particulate matter less than or equal to 10 microns in size ($PM_{10}$), particulate matter less than or equal to 2.5 microns in size ($PM_{2.5}$), volatile organic compounds (VOC), and hazardous air pollutants (HAPs). Lead emissions are negligible and were not calculated in the inventory. In addition, methane ($CH_4$), nitrous oxide ($N_2O$) and carbon dioxide ($CO_2$) emissions were included in the inventory for purposes of quantifying greenhouse gas (GHG) emissions.

Operational, production, and construction activity data used to estimate emissions for proposed emission sources were obtained from Grand Junction Field Office staff, the Reasonable Foreseeable Development Scenario for Oil and Gas for the Grand Junction Field Office (BLM 2012), the Mineral Potential Report (BLM 2010a), and from NEPA analyses currently being conducted for BLM actions within the planning area. Emission factors used to estimate proposed emissions were obtained primarily from the following sources: (1) EPA's *AP-42 Compilation of Air Pollutant Emission Factors* (USEPA 1995); (2) EPA's NONROAD2008a Emissions Model (USEPA 2009); (3) EPA's MOVES2010a Motor Vehicle Emissions Simulator (USEPA 2010); (4) API *Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry* (API 2009); (5) Colorado Department of Public Health and Environment (CDPHE); and (6) Western Governor's Association - Western Regional Air Partnership (WRAP). The inventory accounted for all applicable emissions controls such as CDPHE Regulation 7 and Federal New Source Performance Standards (NSPS).

The following tables provide additional details on the emissions that were analyzed to determine potential impacts to air quality. Tables are also provided that show the input parameters and assumptions used to calculate the

BLM_0023372

emissions. For additional details on the methods, data, and assumptions used to calculate emissions, the Air Quality Technical Support Document will be provided upon request.

## O.1  BLM AUTHORIZED ACTIONS WITHIN THE PLANNING AREA EMISSIONS INVENTORY TABLES

- Oil and Gas Development
    - Combined Conventional, CBNG, Shale
- Solid Mineral Development
    - Coal
    - Uranium
    - Sand and Gravel
- Travel and Transportation Management
- Vegetation
    - Prescribed Fire and Mechanical Treatments
- Livestock Grazing
- Lands and Realty
    - Right of Ways

**Table O-1**
**Oil and Gas – BLM Only – Base Year**
**(Conventional + Coal Bed Natural Gas + Shale)**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| Base Year BLM | | | | | | | | |
| Completion Engines | 7.43 | 75.90 | 131.84 | 4.34 | 4.21 | 3.32 | 0.93 | 15,439 |
| Completion Venting | 1.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 308 |
| Condensate Tanks | 7.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 24 |
| Construction Equipment | 0.19 | 1.10 | 2.51 | 0.17 | 0.16 | 0.05 | 0.02 | 249 |
| Dehydrators | 32.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17.01 | 957 |
| Drilling Engines | 3.86 | 39.42 | 68.47 | 2.25 | 2.18 | 1.72 | 0.48 | 8,018 |
| Field Compressor Engines | 5.53 | 694.98 | 412.88 | 3.63 | 3.63 | 0.11 | 0.61 | 6,954 |
| Flaring | 0.13 | 0.56 | 0.10 | 0.00 | 0.00 | 0.00 | 0.05 | 172 |
| Fracing Engines | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 20.56 | 2.09 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 416.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.14 | 83,619 |
| Heaters | 12.53 | 191.44 | 227.90 | 17.32 | 17.32 | 0.00 | 1.75 | 275,147 |
| Midstream Compressor Engines | 23.29 | 233.80 | 293.15 | 1.83 | 1.83 | 0.12 | 2.58 | 5,040 |
| Other Midstream | 66.27 | 16.84 | 27.79 | 0.60 | 0.60 | 0.06 | 18.83 | 39,898 |
| Other Production | 46.74 | 30.09 | 130.77 | 7.37 | 7.15 | 3.19 | 3.01 | 21,781 |
| Pneumatic Devices | 167.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.08 | 32,879 |
| Pneumatic Pumps | 15.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 | 3,064 |
| Traffic | 0.29 | 1.28 | 2.53 | 28.43 | 2.94 | 0.01 | 0.03 | 342 |
| Water Injection Pumps | 2.24 | 2.31 | 2.95 | 14.53 | 1.13 | 51.44 | 0.28 | 5,206 |
| Well Blowdowns | 4.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 794 |
| **BLM Totals** | **812.75** | **1,287.71** | **1,300.90** | **101.01** | **43.24** | **60.02** | **75.18** | **499,890** |

**Table O-2**
**Oil and Gas – BLM Only – Alternative A**
**(Conventional + Coal Bed Natural Gas + Shale)**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| Project Year 10 | | | | | | | | |
| Completion Engines | 4.85 | 49.61 | 86.18 | 2.83 | 2.75 | 0.07 | 0.60 | 10,092 |
| Completion Venting | 0.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 103 |
| Condensate Tanks | 30.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 100 |
| Construction Equipment | 0.11 | 0.66 | 1.52 | 0.10 | 0.10 | 0.03 | 0.01 | 150 |
| Dehydrators | 26.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.06 | 1,181 |
| Drilling Engines | 3.77 | 38.49 | 66.86 | 2.20 | 2.13 | 0.05 | 0.47 | 7,829 |
| Field Compressor Engines | 4.96 | 404.57 | 233.36 | 2.26 | 2.26 | 0.07 | 0.55 | 4,342 |
| Flaring | 0.54 | 2.28 | 0.42 | 0.00 | 0.00 | 0.00 | 0.22 | 704 |
| Fracing Engines | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 12.69 | 1.29 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 260.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.57 | 60,614 |
| Heaters | 8.01 | 122.35 | 145.65 | 11.07 | 11.07 | 0.00 | 1.12 | 175,848 |
| Midstream Compressor Engines | 90.64 | 229.85 | 130.82 | 6.37 | 6.37 | 2.38 | 10.03 | 7,866 |
| Other Midstream | 110.08 | 32.92 | 28.54 | 1.48 | 1.48 | 1.31 | 14.72 | 31,647 |
| Other Production | 30.39 | 22.22 | 94.64 | 5.30 | 5.14 | 2.31 | 2.00 | 15,065 |
| Pneumatic Devices | 104.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.04 | 20,556 |
| Pneumatic Pumps | 9.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.46 | 1,892 |
| Traffic | 0.21 | 0.93 | 1.93 | 21.07 | 2.18 | 0.01 | 0.02 | 258 |
| Water injection Pumps | 1.69 | 1.74 | 2.21 | 10.91 | 0.85 | 38.63 | 0.21 | 3,910 |
| Well Blowdowns | 2.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 496 |
| **Project Year 10 Totals** | **689.87** | **905.61** | **792.13** | **76.29** | **35.63** | **44.85** | **62.44** | **342,651** |
| | | | | | | | | |
| Project Year 20 | | | | | | | | |
| Completion Engines | 4.77 | 48.72 | 84.63 | 2.78 | 2.70 | 0.07 | 0.59 | 9,910 |
| Completion Venting | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 99 |
| Condensate Tanks | 38.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 | 126 |
| Construction Equipment | 0.11 | 0.65 | 1.49 | 0.10 | 0.10 | 0.03 | 0.01 | 148 |
| Dehydrators | 27.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.13 | 1,310 |
| Drilling Engines | 3.72 | 38.02 | 66.05 | 2.17 | 2.11 | 0.05 | 0.46 | 7,735 |
| Field Compressor Engines | 4.33 | 114.19 | 54.12 | 0.90 | 0.90 | 0.03 | 0.48 | 1,720 |
| Flaring | 0.66 | 2.80 | 0.51 | 0.00 | 0.00 | 0.00 | 0.26 | 864 |
| Fracing Engines | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 12.45 | 1.27 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 103.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.98 | 37,491 |
| Heaters | 3.47 | 52.98 | 63.08 | 4.79 | 4.79 | 0.00 | 0.49 | 76,154 |
| Midstream Compressor Engines | 103.75 | 257.47 | 107.42 | 7.14 | 7.14 | 2.45 | 11.48 | 9,249 |
| Other Midstream | 119.14 | 37.58 | 32.58 | 1.69 | 1.69 | 1.49 | 15.12 | 34,279 |
| Other Production | 14.12 | 14.31 | 58.32 | 3.22 | 3.12 | 1.42 | 0.99 | 8,319 |
| Pneumatic Devices | 41.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 8,185 |
| Pneumatic Pumps | 3.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.17 | 716 |
| Traffic | 0.14 | 0.63 | 1.44 | 13.54 | 1.41 | 0.01 | 0.02 | 189 |
| Water injection Pumps | 1.12 | 1.16 | 1.48 | 7.27 | 0.57 | 25.74 | 0.14 | 2,606 |
| Well Blowdowns | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 198 |
| **Project Year 20 Totals** | **470.95** | **568.51** | **471.12** | **56.06** | **25.80** | **31.29** | **51.58** | **199,295** |

BLM_0023375

**Table O-3**
**Oil and Gas – BLM Only – Alternative B**
**(Conventional + Coal Bed Natural Gas + Shale)**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 17.10 | 174.75 | 303.57 | 9.99 | 9.69 | 0.24 | 2.13 | 35,548 |
| Completion Venting | 1.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 359 |
| Condensate Tanks | 60.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.33 | 199 |
| Construction Equipment | 0.39 | 2.34 | 5.35 | 0.36 | 0.35 | 0.11 | 0.05 | 530 |
| Dehydrators | 45.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.85 | 2,209 |
| Drilling Engines | 13.29 | 135.86 | 236.02 | 7.76 | 7.53 | 0.19 | 1.66 | 27,638 |
| Field Compressor Engines | 9.85 | 471.93 | 255.92 | 3.00 | 3.00 | 0.09 | 1.09 | 5,751 |
| Flaring | 1.92 | 8.13 | 1.49 | 0.00 | 0.00 | 0.00 | 0.77 | 2,507 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 44.69 | 4.55 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 345.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.64 | 96,979 |
| Heaters | 10.98 | 167.64 | 199.57 | 15.17 | 15.17 | 0.00 | 1.54 | 240,947 |
| Midstream Compressor Engines | 281.93 | 709.75 | 290.02 | 19.16 | 19.16 | 6.58 | 31.19 | 24,802 |
| Other Midstream | 319.41 | 100.77 | 87.36 | 4.54 | 4.54 | 4.00 | 40.52 | 91,901 |
| Other Production | 43.42 | 36.26 | 151.15 | 8.41 | 8.16 | 3.68 | 2.91 | 22,867 |
| Pneumatic Devices | 138.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.68 | 27,277 |
| Pneumatic Pumps | 10.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.52 | 2,129 |
| Traffic | 0.39 | 1.73 | 4.08 | 35.67 | 3.72 | 0.02 | 0.04 | 532 |
| Water Injection Pumps | 2.80 | 2.88 | 3.67 | 18.10 | 1.41 | 64.10 | 0.35 | 6,488 |
| Well Blowdowns | 3.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 659 |
| **Project Year 10 Totals** | **1,307.29** | **1,812.05** | **1,538.20** | **166.84** | **77.26** | **79.01** | **130.52** | **589,322** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 10.10 | 173.86 | 173.86 | 1.99 | 1.93 | 0.24 | 1.26 | 35,364 |
| Completion Venting | 1.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 356 |
| Condensate Tanks | 77.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 258 |
| Construction Equipment | 0.40 | 2.35 | 5.38 | 0.36 | 0.35 | 0.12 | 0.05 | 533 |
| Dehydrators | 52.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.21 | 2,676 |
| Drilling Engines | 7.87 | 135.40 | 135.40 | 1.55 | 1.50 | 0.19 | 0.98 | 27,542 |
| Field Compressor Engines | 14.12 | 248.93 | 99.23 | 2.36 | 2.36 | 0.07 | 1.56 | 4,537 |
| Flaring | 2.46 | 10.41 | 1.91 | 0.00 | 0.00 | 0.00 | 0.99 | 3,211 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 40.38 | 4.11 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 274.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.12 | 110,222 |
| Heaters | 9.40 | 143.57 | 170.92 | 12.99 | 12.99 | 0.00 | 1.32 | 206,351 |
| Midstream Compressor Engines | 353.61 | 872.24 | 308.11 | 24.04 | 24.04 | 8.00 | 39.12 | 31,628 |
| Other Midstream | 395.74 | 127.23 | 110.30 | 5.73 | 5.73 | 5.05 | 49.22 | 113,897 |
| Other Production | 39.08 | 42.38 | 171.34 | 9.44 | 9.16 | 4.17 | 2.79 | 23,919 |
| Pneumatic Devices | 108.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.27 | 21,628 |
| Pneumatic Pumps | 5.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.29 | 1,194 |
| Traffic | 0.39 | 1.73 | 3.74 | 37.34 | 3.88 | 0.02 | 0.04 | 497 |
| Water Injection Pumps | 3.35 | 3.45 | 4.40 | 21.65 | 1.68 | 76.68 | 0.42 | 7,761 |
| Well Blowdowns | 2.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 522 |
| **Project Year 20 Totals** | **1,360.43** | **1,761.56** | **1,184.59** | **157.84** | **67.73** | **94.53** | **144.20** | **592,096** |

BLM_0023376

**Table O-4**
**Oil and Gas – BLM Only – Alternative C**
**(Conventional + Coal Bed Natural Gas + Shale)**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 2.88 | 49.61 | 49.61 | 0.57 | 0.55 | 0.07 | 0.36 | 10,091 |
| Completion Venting | 0.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 103 |
| Condensate Tanks | 9.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 32 |
| Construction Equipment | 0.11 | 0.67 | 1.53 | 0.10 | 0.10 | 0.03 | 0.01 | 151 |
| Dehydrators | 13.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.07 | 534 |
| Drilling Engines | 2.24 | 38.49 | 38.49 | 0.44 | 0.43 | 0.05 | 0.28 | 7,829 |
| Field Compressor Engines | 3.98 | 391.09 | 228.85 | 2.12 | 2.12 | 0.06 | 0.44 | 4,060 |
| Flaring | 0.54 | 2.28 | 0.42 | 0.00 | 0.00 | 0.00 | 0.22 | 704 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 7.50 | 0.77 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 260.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.57 | 60,614 |
| Heaters | 8.01 | 122.35 | 145.65 | 11.07 | 11.07 | 0.00 | 1.12 | 175,848 |
| Midstream Compressor Engines | 90.64 | 229.85 | 130.82 | 6.37 | 6.37 | 2.38 | 10.03 | 7,866 |
| Other Midstream | 110.08 | 32.92 | 28.54 | 1.48 | 1.48 | 1.31 | 14.72 | 31,647 |
| Other Production | 30.39 | 22.22 | 94.64 | 5.30 | 5.14 | 2.31 | 2.00 | 15,065 |
| Pneumatic Devices | 104.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.04 | 20,556 |
| Pneumatic Pumps | 8.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.42 | 1,727 |
| Traffic | 0.20 | 0.91 | 1.83 | 20.74 | 2.15 | 0.01 | 0.02 | 247 |
| Water Injection Pumps | 1.69 | 1.74 | 2.21 | 10.91 | 0.85 | 38.63 | 0.21 | 3,910 |
| Well Blowdowns | 2.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 496 |
| **Project Year 10 Totals** | **650.25** | **892.11** | **722.59** | **66.60** | **31.02** | **44.85** | **54.79** | **341,478** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 2.83 | 48.72 | 9.33 | 0.42 | 0.41 | 0.07 | 0.35 | 9,909 |
| Completion Venting | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 99 |
| Condensate Tanks | 10.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 36 |
| Construction Equipment | 0.11 | 0.66 | 1.51 | 0.10 | 0.10 | 0.03 | 0.01 | 149 |
| Dehydrators | 9.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.15 | 469 |
| Drilling Engines | 2.21 | 38.02 | 7.28 | 0.33 | 0.32 | 0.05 | 0.28 | 7,734 |
| Field Compressor Engines | 2.41 | 87.73 | 45.26 | 0.61 | 0.61 | 0.02 | 0.27 | 1,166 |
| Flaring | 0.66 | 2.80 | 0.51 | 0.00 | 0.00 | 0.00 | 0.26 | 864 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 7.11 | 0.73 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 103.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.98 | 37,491 |
| Heaters | 3.47 | 52.98 | 63.08 | 4.79 | 4.79 | 0.00 | 0.49 | 76,154 |
| Midstream Compressor Engines | 103.75 | 257.47 | 107.42 | 7.14 | 7.14 | 2.45 | 11.48 | 9,249 |
| Other Midstream | 119.14 | 37.58 | 32.58 | 1.69 | 1.69 | 1.49 | 15.12 | 34,279 |
| Other Production | 14.12 | 14.31 | 58.32 | 3.22 | 3.12 | 1.42 | 0.99 | 8,319 |
| Pneumatic Devices | 41.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 8,185 |
| Pneumatic Pumps | 1.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 392 |
| Traffic | 0.13 | 0.57 | 1.21 | 12.68 | 1.31 | 0.01 | 0.01 | 162 |
| Water Injection Pumps | 1.12 | 1.16 | 1.48 | 7.27 | 0.57 | 25.74 | 0.14 | 2,606 |
| Well Blowdowns | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 198 |
| **Project Year 20 Totals** | **419.15** | **542.00** | **327.97** | **45.37** | **20.79** | **31.28** | **41.77** | **197,460** |

BLM_0023377

**Table O-5**
**Oil and Gas – BLM Only – Alternative D**
**(Conventional + Coal Bed Natural Gas + Shale)**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 86.15 | 880.53 | 1,529.61 | 50.32 | 48.81 | 1.21 | 10.73 | 179,118 |
| Completion Venting | 8.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.41 | 1,682 |
| Condensate Tanks | 313.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.21 | 1,038 |
| Construction Equipment | 1.98 | 11.71 | 26.78 | 1.81 | 1.76 | 0.58 | 0.25 | 2,653 |
| Dehydrators | 182.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 94.72 | 9,988 |
| Drilling Engines | 68.60 | 701.12 | 1,217.94 | 40.06 | 38.86 | 0.96 | 8.55 | 142,621 |
| Field Compressor Engines | 35.02 | 818.40 | 371.92 | 6.77 | 6.77 | 0.21 | 3.87 | 12,995 |
| Flaring | 9.69 | 40.97 | 7.53 | 0.00 | 0.00 | 0.00 | 3.88 | 12,633 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 224.21 | 22.80 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 785.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.60 | 303,652 |
| Heaters | 26.66 | 407.21 | 484.78 | 36.84 | 36.84 | 0.00 | 3.73 | 585,271 |
| Midstream Compressor Engines | 1,328.33 | 3,390.94 | 1,215.35 | 90.32 | 90.32 | 28.33 | 146.96 | 122,260 |
| Other Midstream | 1,451.85 | 483.33 | 419.01 | 21.75 | 21.75 | 19.19 | 173.71 | 418,098 |
| Other Production | 113.26 | 116.47 | 472.14 | 26.03 | 25.25 | 11.50 | 7.89 | 66,420 |
| Pneumatic Devices | 311.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.09 | 61,914 |
| Pneumatic Pumps | 19.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.93 | 3,837 |
| Traffic | 1.41 | 6.31 | 16.32 | 118.66 | 12.48 | 0.07 | 0.15 | 2,089 |
| Water Injection Pumps | 9.18 | 9.46 | 12.06 | 59.39 | 4.62 | 210.30 | 1.14 | 21,286 |
| Well Blowdowns | 7.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.36 | 1,495 |
| **Project Year 10 Totals** | **4,760.90** | **6,866.44** | **5,773.43** | **676.17** | **310.26** | **272.33** | **511.19** | **1,949,050** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 51.10 | 879.64 | 879.64 | 10.05 | 9.75 | 1.20 | 6.37 | 178,925 |
| Completion Venting | 8.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.41 | 1,680 |
| Condensate Tanks | 412.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.52 | 1,364 |
| Construction Equipment | 2.00 | 11.80 | 27.06 | 1.83 | 1.77 | 0.58 | 0.25 | 2,684 |
| Dehydrators | 232.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 120.95 | 12,956 |
| Drilling Engines | 40.69 | 700.42 | 700.42 | 8.00 | 7.76 | 0.96 | 5.07 | 142,471 |
| Field Compressor Engines | 64.48 | 942.34 | 331.40 | 9.91 | 9.91 | 0.30 | 7.13 | 19,037 |
| Flaring | 13.93 | 58.89 | 10.82 | 0.00 | 0.00 | 0.00 | 5.57 | 18,159 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 202.58 | 20.64 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 1,155.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.06 | 523,545 |
| Heaters | 40.79 | 622.94 | 741.59 | 56.36 | 56.36 | 0.00 | 5.71 | 895,327 |
| Midstream Compressor Engines | 1,719.00 | 4,297.12 | 1,471.26 | 118.08 | 118.08 | 36.77 | 190.18 | 160,374 |
| Other Midstream | 1,892.79 | 632.73 | 548.54 | 28.48 | 28.48 | 25.12 | 225.39 | 545,115 |
| Other Production | 172.73 | 202.79 | 813.28 | 44.69 | 43.35 | 19.80 | 12.59 | 111,011 |
| Pneumatic Devices | 456.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.09 | 90,949 |
| Pneumatic Pumps | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.11 | 4,612 |
| Traffic | 1.85 | 8.28 | 18.05 | 177.15 | 18.41 | 0.08 | 0.20 | 2,391 |
| Water Injection Pumps | 16.11 | 16.60 | 21.16 | 104.22 | 8.11 | 369.06 | 2.01 | 37,354 |
| Well Blowdowns | 11.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.53 | 2,197 |
| **Project Year 20 Totals** | **6,314.92** | **8,373.55** | **5,563.21** | **761.36** | **322.63** | **453.87** | **662.14** | **2,750,149** |

BLM_0023378

**Table O-6**
**Coal – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Construction Fugitive Dust | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction Combustion Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Fugitives (dust, methane) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Combustion Sources (mining, heavy equipment, vehicle exhaust) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Point Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-7**
**Coal – Alternatives A and D, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Construction Fugitive Dust | 30 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction Combustion Sources | 1 | 1 | 25 | 0 | 8 | 1 | 0 | 3,097 | 0 | 0 | 3,136 | 2,846 |
| Production Fugitives (dust, methane) | 23 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 106,389 | 0 | 2,234,164 | 2,027,372 |
| Production Combustion Sources (mining, heavy equipment, vehicle exhaust) | 4 | 1 | 101 | 0 | 13 | 5 | 0 | 13,079 | 0 | 1 | 13,317 | 12,085 |
| Production Point Sources | 3 | 1 | 91 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 60 | 19 | 217 | 0 | 21 | 6 | 1 | 16,176 | 106,389 | 1 | 2,250,618 | 2,042,303 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023379

**Table O-8**
**Coal – Alternatives B and C, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Construction Fugitive Dust | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction Combustion Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Fugitives (dust, methane) | 18 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 85,111 | 0 | 1,787,331 | 1,621,897 |
| Production Combustion Sources (mining, heavy equipment, vehicle exhaust) | 3 | 1 | 80.5 | 0 | 10 | 4 | 0 | 10,463 | 0 | 1 | 10,654 | 9,668 |
| Production Point Sources | 2 | 1 | 73 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 24 | 7 | 154 | 0 | 10 | 4 | 0 | 10,463 | 85,111 | 1 | 1,797,985 | 1,631,565 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-9**
**Coal – Alternatives A and D, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Construction Fugitive Dust | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction Combustion Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Fugitives (dust, methane) | 32 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 148,944 | 0 | 3,127,829 | 2,838,321 |
| Production Combustion Sources (mining, heavy equipment, vehicle exhaust) | 6 | 2 | 141 | 0 | 18 | 7 | 1 | 18,310 | 0 | 1 | 18,644 | 16,919 |
| Production Point Sources | 4 | 1 | 128 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 42 | 12 | 269 | 0 | 18 | 7 | 1 | 18,310 | 148,944 | 1 | 3,146,474 | 2,855,239 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023380

**Table O-10**
**Coal – Alternatives B and C, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Construction Fugitive Dust | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction Combustion Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Fugitives (dust, methane) | 18 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 85,111 | 0 | 1,787,331 | 1,621,897 |
| Production Combustion Sources (mining, heavy equipment, vehicle exhaust) | 3 | 1 | 81 | 0 | 10 | 4 | 0 | 10,463 | 0 | 1 | 10,654 | 9,668 |
| Production Point Sources | 2 | 1 | 73 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 24 | 7 | 154 | 0 | 10 | 4 | 0 | 10,463 | 85,111 | 1 | 1,797,985 | 1,631,565 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-11**
**Uranium – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Extraction and Processing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-12**
**Uranium – Alternatives A, B, C, and D, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 222 | 26 | 107 | 0 | 102 | 11 | 1 | 14,093 | 1 | 0 | 14,178 | 12,866 |
| Extraction and Processing | 132 | 124 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 16 | 15 | 257 | 6 | 100 | 18 | 2 | 28,849 | 0 | 0 | 28,926 | 26,249 |
| **Total** | **369** | **166** | **364** | **7** | **203** | **29** | **3** | **42,942** | **1** | **0** | **43,104** | **39,115** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-13**
**Uranium – Alternatives A, B, C, and D, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 444 | 52 | 214 | 1 | 205 | 22 | 2 | 28,185 | 1 | 0 | 28,356 | 25,731 |
| Extraction and Processing | 263 | 249 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 32 | 31 | 514 | 13 | 201 | 36 | 4 | 57,696 | 1 | 0 | 57,852 | 52,498 |
| **Total** | **739** | **331** | **727** | **13** | **406** | **58** | **6** | **85,883** | **2** | **1** | **86,208** | **78,229** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-14**
**Sand and Gravel – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 208 | 21 | 10 | 0 | 7 | 1 | 0 | 1,294 | 0 | 0 | 1,299 | 1,179 |
| Extraction and Processing | 23 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 400 | 0 | 0 | 401 | 364 |
| **Total** | **231** | **27** | **14** | **0** | **9** | **1** | **0** | **1,694** | **0** | **0** | **1,701** | **1,543** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023382

**Table O-15**
**Sand and Gravel – Alternative A, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 208 | 21 | 10 | 0 | 7 | 1 | 0 | 1,294 | 0 | 0 | 1,299 | 1,179 |
| Extraction and Processing | 23 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 400 | 0 | 0 | 401 | 364 |
| Total | 231 | 27 | 14 | 0 | 9 | 1 | 0 | 1,694 | 0 | 0 | 1,701 | 1,543 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-16**
**Sand and Gravel – Alternative B, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 52 | 5 | 3 | 0 | 2 | 0 | 0 | 323 | 0 | 0 | 325 | 295 |
| Extraction and Processing | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 100 | 91 |
| Total | 58 | 7 | 3 | 0 | 2 | 0 | 0 | 423 | 0 | 0 | 425 | 386 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-17**
**Sand and Gravel – Alternative C, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 52 | 5 | 3 | 0 | 2 | 0 | 0 | 323 | 0 | 0 | 325 | 295 |
| Extraction and Processing | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 100 | 91 |
| Total | 58 | 7 | 3 | 0 | 2 | 0 | 0 | 423 | 0 | 0 | 425 | 386 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023383

**Table O-18**
**Sand and Gravel – Alternative D, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM 10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Commuter Vehicles | 208 | 21 | 10 | 0 | 7 | 1 | 0 | 1,294 | 0 | 0 | 1,299 | 1,179 |
| Extraction and Processing | 23 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 400 | 0 | 0 | 401 | 364 |
| **Total** | **231** | **27** | **14** | **0** | **9** | **1** | **0** | **1,694** | **0** | **0** | **1,701** | **1,543** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-19**
**Sand and Gravel – Alternative A, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Commuter Vehicles | 208 | 21 | 10 | 0 | 7 | 1 | 0 | 1,294 | 0 | 0 | 1,299 | 1,179 |
| Extraction and Processing | 23 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 400 | 0 | 0 | 401 | 364 |
| **Total** | **231** | **27** | **14** | **0** | **9** | **1** | **0** | **1,694** | **0** | **0** | **1,701** | **1,543** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-20**
**Sand and Gravel – Alternative B, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Commuter Vehicles | 52 | 5 | 3 | 0 | 2 | 0 | 0 | 323 | 0 | 0 | 325 | 295 |
| Extraction and Processing | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 100 | 91 |
| **Total** | **58** | **7** | **3** | **0** | **2** | **0** | **0** | **423** | **0** | **0** | **425** | **386** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023384

**Table O-21**
**Sand and Gravel – Alternative C, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 52 | 5 | 3 | 0 | 2 | 0 | 0 | 323 | 0 | 0 | 325 | 295 |
| Extraction and Processing | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 100 | 91 |
| **Total** | **58** | **7** | **3** | **0** | **2** | **0** | **0** | **423** | **0** | **0** | **425** | **386** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-22**
**Sand and Gravel – Alternative D, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 208 | 21 | 10 | 0 | 7 | 1 | 0 | 1,294 | 0 | 0 | 1,299 | 1,179 |
| Extraction and Processing | 23 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 400 | 0 | 0 | 401 | 364 |
| **Total** | **231** | **27** | **14** | **0** | **9** | **1** | **0** | **1,694** | **0** | **0** | **1,701** | **1,543** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-23**
**Travel and Transportation Management – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.27 | 0.00 | 0.00 | 0.27 | 0.24 |
| Maintenance Equipment | 0.08 | 0.01 | 0.06 | 0.00 | 0.05 | 0.01 | 0.00 | 7.46 | 0.00 | 0.00 | 7.48 | 6.79 |
| Recreational Vehicles | 1,216.70 | 127.16 | 2.85 | 0.05 | 375.33 | 228.76 | 22.88 | 1,648.96 | 2.69 | 0.05 | 1,720.65 | 1,561.39 |
| **Total** | **1,216.82** | **127.18** | **2.92** | **0.06** | **375.38** | **228.76** | **22.88** | **1,656.69** | **2.69** | **0.05** | **1,728.40** | **1,568.42** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023385

**Table O-24**
**Travel and Transportation Management – Alternative A, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 0.06 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.34 | 0.31 |
| Maintenance Equipment | 0.10 | 0.02 | 0.08 | 0.00 | 0.07 | 0.01 | 0.00 | 9.62 | 0.00 | 0.00 | 9.65 | 8.76 |
| Recreational Vehicles | 1,568.87 | 163.97 | 3.68 | 0.07 | 483.96 | 294.97 | 29.50 | 2,126.25 | 3.47 | 0.06 | 2,218.69 | 2,013.33 |
| Total | 1,569.03 | 163.99 | 3.76 | 0.07 | 484.03 | 294.98 | 29.50 | 2,136.21 | 3.47 | 0.06 | 2,228.68 | 2,022.39 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-25**
**Travel and Transportation Management – Alternative B, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 10 | 9 |
| Recreational Vehicles | 1,569 | 164 | 4 | 0 | 484 | 295 | 29 | 2,126 | 3 | 0 | 2,219 | 2,013 |
| Total | 1,569 | 164 | 4 | 0 | 484 | 295 | 29 | 2,136 | 3 | 0 | 2,229 | 2,022 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-26**
**Travel and Transportation Management – Alternative C, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 7 | 7 |
| Recreational Vehicles | 1,166 | 122 | 3 | 0 | 360 | 219 | 22 | 1,580 | 3 | 0 | 1,649 | 1,496 |
| Total | 1,166 | 122 | 3 | 0 | 360 | 219 | 22 | 1,587 | 3 | 0 | 1,656 | 1,503 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023386

**Table O-27**
**Travel and Transportation Management – Alternative D, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 10 | 9 |
| Recreational Vehicles | 1,569 | 164 | 4 | 0 | 484 | 295 | 29 | 2,126 | 3 | 0 | 2,219 | 2,013 |
| Total | 1,569 | 164 | 4 | 0 | 484 | 295 | 29 | 2,136 | 3 | 0 | 2,229 | 2,022 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-28**
**Travel and Transportation Management – Alternative A, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 0.07 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.42 | 0.00 | 0.00 | 0.42 | 0.38 |
| Maintenance Equipment | 0.12 | 0.02 | 0.10 | 0.00 | 0.08 | 0.01 | 0.00 | 11.88 | 0.00 | 0.00 | 11.91 | 10.81 |
| Recreational Vehicles | 1,936.56 | 202.40 | 4.54 | 0.09 | 597.38 | 364.10 | 36.41 | 2,624.56 | 4.28 | 0.08 | 2,738.66 | 2,485.17 |
| Total | 1,936.75 | 202.43 | 4.64 | 0.09 | 597.47 | 364.11 | 36.41 | 2,636.86 | 4.28 | 0.08 | 2,750.99 | 2,496.37 |

**Table O-29**
**Travel and Transportation Management – Alternative B, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 12 | 11 |
| Recreational Vehicles | 1,937 | 202 | 5 | 0 | 597 | 364 | 36 | 2,625 | 4 | 0 | 2,739 | 2,485 |
| Total | 1,937 | 202 | 5 | 0 | 597 | 364 | 36 | 2,637 | 4 | 0 | 2,751 | 2,496 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023387

**Table O-30**
**Travel and Transportation Management – Alternative C, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 7 | 7 |
| Recreational Vehicles | 1,166 | 122 | 3 | 0 | 360 | 219 | 22 | 1,580 | 3 | 0 | 1,649 | 1,496 |
| **Total** | **1,166** | **122** | **3** | **0** | **360** | **219** | **22** | **1,587** | **3** | **0** | **1,656** | **1,503** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-31**
**Travel and Transportation Management – Alternative D, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 12 | 11 |
| Recreational Vehicles | 1,937 | 202 | 5 | 0 | 597 | 364 | 36 | 2,625 | 4 | 0 | 2,739 | 2,485 |
| **Total** | **1,937** | **202** | **5** | **0** | **597** | **364** | **36** | **2,637** | **4** | **0** | **2,751** | **2,496** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023388

## Table O-32
## Prescribed Fire and Mechanical Treatments – Base Year

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Fugitive Dust - Mechanical Treatment | 468 | 70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust - Prescribed Fire | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smoke - Prescribed Fire | 3 | 3 | 1 | 0 | 36 | 2 | 0 | 0 | 2 | 2 | 532 | 483 |
| Commuter Vehicles - Mechanical Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 25 | 23 |
| Commuter Vehicles - Prescribed Fire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 11 | 10 |
| Maintenance Equipment - Mechanical Treatment | 18 | 17 | 208 | 5 | 278 | 56 | 6 | 25,421 | 0 | 0 | 25,579 | 23,211 |
| Maintenance Equipment - Prescribed Fire | 0 | 0 | 8 | 0 | 5 | 1 | 0 | 942 | 0 | 0 | 948 | 860 |
| Total | 494 | 91 | 217 | 6 | 319 | 59 | 6 | 26,397 | 2 | 2 | 27,095 | 24,587 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

## Table O-33
## Prescribed Fire and Mechanical Treatments – Alternative A, Year 10 and Year 20

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Fugitive Dust - Mechanical Treatment | 239 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust - Prescribed Fire | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smoke - Prescribed Fire | 6 | 5 | 1 | 0 | 61 | 3 | 0 | 0 | 3 | 3 | 909 | 824 |
| Commuter Vehicles - Mechanical Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 13 | 12 |
| Commuter Vehicles - Prescribed Fire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 20 | 18 |
| Maintenance Equipment - Mechanical Treatment | 9 | 9 | 106 | 3 | 142 | 29 | 3 | 12,982 | 0 | 0 | 13,063 | 11,854 |
| Maintenance Equipment - Prescribed Fire | 1 | 1 | 13 | 0 | 8 | 1 | 0 | 1,610 | 0 | 0 | 1,620 | 1,470 |
| Total | 263 | 52 | 121 | 4 | 212 | 33 | 3 | 14,623 | 3 | 3 | 15,623 | 14,177 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023389

**Table O-34**
**Prescribed Fire and Mechanical Treatments – Alternative B, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Fugitive Dust - Mechanical Treatment | 239 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust - Prescribed Fire | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smoke - Prescribed Fire | 6 | 5 | 1 | 0 | 61 | 3 | 0 | 0 | 3 | 3 | 909 | 824 |
| Commuter Vehicles - Mechanical Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 13 | 12 |
| Commuter Vehicles - Prescribed Fire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 20 | 18 |
| Maintenance Equipment - Mechanical Treatment | 9 | 9 | 106 | 3 | 142 | 29 | 3 | 12,982 | 0 | 0 | 13,063 | 11,854 |
| Maintenance Equipment - Prescribed Fire | 1 | 1 | 13 | 0 | 8 | 1 | 0 | 1,610 | 0 | 0 | 1,620 | 1,470 |
| Total | 263 | 52 | 121 | 4 | 212 | 33 | 3 | 14,623 | 3 | 3 | 15,623 | 14,177 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-35**
**Prescribed Fire and Mechanical Treatments – Alternative C, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Fugitive Dust - Mechanical Treatment | 191 | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust - Prescribed Fire | 10 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smoke - Prescribed Fire | 7 | 6 | 2 | 0 | 74 | 3 | 0 | 0 | 3 | 3 | 1,090 | 989 |
| Commuter Vehicles - Mechanical Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 10 | 9 |
| Commuter Vehicles - Prescribed Fire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 0 | 0 | 23 | 21 |
| Maintenance Equipment - Mechanical Treatment | 7 | 7 | 85 | 2 | 114 | 23 | 2 | 10,386 | 0 | 0 | 10,450 | 9,483 |
| Maintenance Equipment - Prescribed Fire | 1 | 1 | 16 | 0 | 10 | 2 | 0 | 1,932 | 0 | 0 | 1,944 | 1,764 |
| Total | 217 | 44 | 103 | 3 | 197 | 28 | 3 | 12,350 | 4 | 4 | 13,518 | 12,267 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023390

**Table O-36**
**Prescribed Fire and Mechanical Treatments – Alternative D, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Fugitive Dust - Mechanical Treatment | 299 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust - Prescribed Fire | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smoke - Prescribed Fire | 4 | 4 | 1 | 0 | 46 | 2 | 0 | 0 | 2 | 2 | 681 | 618 |
| Commuter Vehicles - Mechanical Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 16 | 15 |
| Commuter Vehicles - Prescribed Fire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 15 | 13 |
| Maintenance Equipment - Mechanical Treatment | 11 | 11 | 133 | 3 | 177 | 36 | 4 | 16,228 | 0 | 0 | 16,328 | 14,817 |
| Maintenance Equipment - Prescribed Fire | 1 | 1 | 10 | 0 | 6 | 1 | 0 | 1,208 | 0 | 0 | 1,215 | 1,102 |
| Total | 321 | 61 | 144 | 4 | 230 | 39 | 4 | 17,464 | 3 | 2 | 18,255 | 16,566 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-37**
**Livestock Grazing – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Heavy Equipment | 0.37 | 0.05 | 0.09 | 0.00 | 0.03 | 0.01 | 0.00 | 11.86 | 0.00 | 0.00 | 11.89 | 10.79 |
| Commuting Vehicles | 1.00 | 0.11 | 0.26 | 0.00 | 0.72 | 0.06 | 0.01 | 43.11 | 0.00 | 0.00 | 43.74 | 39.69 |
| OHVs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enteric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,554.31 | 0.00 | 53,640.53 | 48,675.62 |
| Total | 1.38 | 0.16 | 0.35 | 0.00 | 0.75 | 0.07 | 0.01 | 54.97 | 2,554.31 | 0.00 | 53,696.16 | 48,726.10 |

BLM_0023391

**Table O-38**
**Livestock Grazing – Alternative A, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PM10 | PM2.5 | NOₓ | SO₂ | CO | VOC | HAPs[a] | CO₂ | CH₄ | N₂O | CO₂eq | CO₂eq metric Tonnes |
| Heavy Equipment | 0.36 | 0.05 | 0.09 | 0.00 | 0.03 | 0.01 | 0.00 | 11.31 | 0.00 | 0.00 | 11.34 | 10.29 |
| Commuting Vehicles | 0.95 | 0.10 | 0.25 | 0.00 | 0.69 | 0.06 | 0.01 | 41.11 | 0.00 | 0.00 | 41.71 | 37.85 |
| OHVs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enteric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,435.78 | 0.00 | 51,151.45 | 46,416.92 |
| **Total** | **1.31** | **0.15** | **0.34** | **0.00** | **0.72** | **0.06** | **0.01** | **52.42** | **2,435.79** | **0.00** | **51,204.50** | **46,465.06** |

**Table O-39**
**Livestock Grazing – Alternative B, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PM10 | PM2.5 | NOₓ | SO₂ | CO | VOC | HAPs[a] | CO₂ | CH₄ | N₂O | CO₂eq | CO₂eq metric Tonnes |
| Heavy Equipment | 0.36 | 0.05 | 0.09 | 0.00 | 0.03 | 0.01 | 0.00 | 11.28 | 0.00 | 0.00 | 11.31 | 10.26 |
| Commuting Vehicles | 0.95 | 0.10 | 0.25 | 0.00 | 0.68 | 0.06 | 0.01 | 41.01 | 0.00 | 0.00 | 41.61 | 37.76 |
| OHVs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enteric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,429.71 | 0.00 | 51,023.92 | 46,301.20 |
| **Total** | **1.31** | **0.15** | **0.34** | **0.00** | **0.72** | **0.06** | **0.01** | **52.29** | **2,429.71** | **0.00** | **51,076.84** | **46,349.22** |

**Table O-40**
**Livestock Grazing – Alternative C, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PM10 | PM2.5 | NOₓ | SO₂ | CO | VOC | HAPs[a] | CO₂ | CH₄ | N₂O | CO₂eq | CO₂eq metric Tonnes |
| Heavy Equipment | 0.21 | 0.03 | 0.05 | 0.00 | 0.02 | 0.00 | 0.00 | 6.55 | 0.00 | 0.00 | 6.57 | 5.96 |
| Commuting Vehicles | 0.55 | 0.06 | 0.14 | 0.00 | 0.40 | 0.03 | 0.00 | 23.82 | 0.00 | 0.00 | 24.16 | 21.93 |
| OHVs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enteric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,411.12 | 0.00 | 29,633.42 | 26,890.58 |
| **Total** | **0.76** | **0.09** | **0.20** | **0.00** | **0.42** | **0.04** | **0.00** | **30.37** | **1,411.12** | **0.00** | **29,664.16** | **26,918.47** |

BLM_0023392

**Table O-41**
**Livestock Grazing – Alternative D, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Heavy Equipment | 0.36 | 0.05 | 0.09 | 0.00 | 0.03 | 0.01 | 0.00 | 11.31 | 0.00 | 0.00 | 11.34 | 10.29 |
| Commuting Vehicles | 0.95 | 0.10 | 0.25 | 0.00 | 0.69 | 0.06 | 0.01 | 41.11 | 0.00 | 0.00 | 41.71 | 37.85 |
| OHVs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enteric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,435.78 | 0.00 | 51,151.45 | 46,416.92 |
| Total | 1.31 | 0.15 | 0.34 | 0.00 | 0.72 | 0.06 | 0.01 | 52.42 | 2,435.79 | 0.00 | 51,204.50 | 46,465.06 |

**Table O-42**
**Lands and Realty Right-of-ways – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 1.67 | 0.18 | 0.35 | 0.01 | 0.08 | 0.02 | 0.00 | 40.83 | 0.00 | 0.00 | 42.16 | 38.26 |
| Heavy Equipment | 0.35 | 0.09 | 0.68 | 0.02 | 0.32 | 0.05 | 0.01 | 72.11 | 0.00 | 0.00 | 72.30 | 65.61 |
| Total | 2.02 | 0.27 | 1.03 | 0.02 | 0.40 | 0.08 | 0.01 | 112.94 | 0.01 | 0.00 | 114.47 | 103.87 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-43**
**Lands and Realty Right-of-ways – Alternatives A, B, C, and D, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 1.67 | 0.18 | 0.35 | 0.01 | 0.08 | 0.02 | 0.00 | 40.83 | 0.00 | 0.00 | 42.16 | 38.26 |
| Heavy Equipment | 0.35 | 0.09 | 0.68 | 0.02 | 0.32 | 0.05 | 0.01 | 72.11 | 0.00 | 0.00 | 72.30 | 65.61 |
| Total | 2.02 | 0.27 | 1.03 | 0.02 | 0.40 | 0.08 | 0.01 | 112.94 | 0.01 | 0.00 | 114.47 | 103.87 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0023393

## O.2 BLM AUTHORIZED ACTIONS: PERCENT CONTRIBUTION TO BLM EMISSIONS BY ACTIVITY

**Figure O-1**
**VOC Emissions**









BLM_0023395

**Figure O-2**
**NO_x Emissions**









BLM_0023396

**Figure O-3**
**PM<sub>2.5</sub> Emissions**









BLM_0023397

## O.3 BLM PLUS NON-FEDERAL OIL AND GAS ACTIONS WITHIN THE PLANNING AREA EMISSIONS INVENTORY TABLES

- Oil and Gas Development – BLM + Private/Fee

  - Combined Conventional, CBNG, Shale

BLM_0023398

**Table O-44**
**BLM + Non-federal Oil and Gas, Alternative A**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 32 | 332 | 577 | 19 | 18 | 0 | 4 | 67,550 |
| Completion Venting | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 682 |
| Condensate Tanks | 425 | 0 | 0 | 0 | 0 | 0 | 12 | 1,396 |
| Construction Equipment | 1 | 4 | 10 | 1 | 1 | 0 | 0 | 1,006 |
| Dehydrators | 96 | 0 | 0 | 0 | 0 | 0 | 50 | 5,433 |
| Drilling Engines | 25 | 258 | 449 | 15 | 14 | 0 | 3 | 52,540 |
| Field Compressor Engines | 22 | 1,344 | 752 | 8 | 8 | 0 | 2 | 15,400 |
| Flaring | 5 | 21 | 4 | 0 | 0 | 0 | 2 | 6,467 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 85 | 9 | 0 | 0 | 0 |
| Fugitive Leaks | 925 | 0 | 0 | 0 | 0 | 0 | 45 | 237,913 |
| Heaters | 29 | 442 | 526 | 40 | 40 | 0 | 4 | 634,746 |
| Midstream Compressor Engines | 592 | 1,499 | 821 | 42 | 42 | 15 | 66 | 51,666 |
| Other Midstream | 713 | 215 | 187 | 10 | 10 | 9 | 95 | 205,137 |
| Other Production | 113 | 88 | 371 | 21 | 20 | 9 | 8 | 57,438 |
| Pneumatic Devices | 370 | 0 | 0 | 0 | 0 | 0 | 18 | 72,979 |
| Pneumatic Pumps | 34 | 0 | 0 | 0 | 0 | 0 | 2 | 6,644 |
| Traffic | 1 | 4 | 9 | 87 | 9 | 0 | 0 | 1,222 |
| Water Injection Pumps | 7 | 7 | 9 | 44 | 3 | 155 | 1 | 15,664 |
| Well Blowdowns | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1,763 |
| **Project Year 10 Totals** | **3,403** | **4,215** | **3,714** | **370** | **174** | **189** | **311** | **1,435,646** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 32 | 331 | 575 | 19 | 18 | 0 | 4 | 67,369 |
| Completion Venting | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 678 |
| Condensate Tanks | 456 | 0 | 0 | 0 | 0 | 0 | 11 | 1,498 |
| Construction Equipment | 1 | 4 | 10 | 1 | 1 | 0 | 0 | 1,004 |
| Dehydrators | 100 | 0 | 0 | 0 | 0 | 0 | 52 | 6,403 |
| Drilling Engines | 25 | 258 | 448 | 15 | 14 | 0 | 3 | 52,445 |
| Field Compressor Engines | 30 | 819 | 394 | 6 | 6 | 0 | 3 | 12,089 |
| Flaring | 6 | 27 | 5 | 0 | 0 | 0 | 3 | 8,392 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 85 | 9 | 0 | 0 | 0 |
| Fugitive Leaks | 729 | 0 | 0 | 0 | 0 | 0 | 35 | 251,294 |
| Heaters | 24 | 368 | 438 | 33 | 33 | 0 | 3 | 529,366 |
| Midstream Compressor Engines | 697 | 1,723 | 699 | 48 | 48 | 16 | 77 | 62,101 |
| Other Midstream | 798 | 252 | 219 | 11 | 11 | 10 | 101 | 229,712 |
| Other Production | 98 | 96 | 391 | 22 | 21 | 10 | 7 | 56,339 |
| Pneumatic Devices | 290 | 0 | 0 | 0 | 0 | 0 | 14 | 57,490 |
| Pneumatic Pumps | 25 | 0 | 0 | 0 | 0 | 0 | 1 | 5,045 |
| Traffic | 1 | 4 | 10 | 91 | 9 | 0 | 0 | 1,277 |
| Water Injection Pumps | 7 | 8 | 10 | 48 | 4 | 171 | 1 | 17,357 |
| Well Blowdowns | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1,389 |
| **Project Year 20 Totals** | **3,331** | **3,891** | **3,199** | **379** | **175** | **209** | **316** | **1,361,245** |

*Grand Junction Field Office*
*Approved Resource Management Plan*

**Table O-45**
**BLM + Non-federal Oil and Gas, Alternative B**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 45 | 457 | 794 | 26 | 25 | 1 | 6 | 93,007 |
| Completion Venting | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 938 |
| Condensate Tanks | 338 | 0 | 0 | 0 | 0 | 0 | 10 | 1,114 |
| Construction Equipment | 1 | 6 | 14 | 1 | 1 | 0 | 0 | 1,386 |
| Dehydrators | 94 | 0 | 0 | 0 | 0 | 0 | 49 | 4,984 |
| Drilling Engines | 35 | 356 | 618 | 20 | 20 | 0 | 4 | 72,348 |
| Field Compressor Engines | 27 | 1,411 | 775 | 9 | 9 | 0 | 3 | 16,808 |
| Flaring | 6 | 27 | 5 | 0 | 0 | 0 | 3 | 8,266 |
| Fugitive Dust | 0 | 0 | 0 | 117 | 12 | 0 | 0 | 0 |
| Fugitive Leaks | 1,010 | 0 | 0 | 0 | 0 | 0 | 49 | 274,278 |
| Heaters | 32 | 487 | 580 | 44 | 44 | 0 | 4 | 699,845 |
| Midstream Compressor Engines | 784 | 1,979 | 980 | 54 | 54 | 20 | 87 | 68,602 |
| Other Midstream | 923 | 283 | 245 | 13 | 13 | 11 | 120 | 265,391 |
| Other Production | 126 | 102 | 428 | 24 | 23 | 10 | 8 | 65,240 |
| Pneumatic Devices | 404 | 0 | 0 | 0 | 0 | 0 | 20 | 79,701 |
| Pneumatic Pumps | 32 | 0 | 0 | 0 | 0 | 0 | 2 | 6,349 |
| Traffic | 1 | 5 | 11 | 102 | 11 | 0 | 0 | 1,496 |
| Water Injection Pumps | 8 | 8 | 10 | 51 | 4 | 180 | 1 | 18,242 |
| Well Blowdowns | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 1,925 |
| **Project Year 10 Totals** | **3,880** | **5,121** | **4,460** | **461** | **215** | **223** | **366** | **1,679,920** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 27 | 456 | 456 | 5 | 5 | 1 | 3 | 92,819 |
| Completion Venting | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 935 |
| Condensate Tanks | 340 | 0 | 0 | 0 | 0 | 0 | 8 | 1,125 |
| Construction Equipment | 1 | 6 | 14 | 1 | 1 | 0 | 0 | 1,400 |
| Dehydrators | 98 | 0 | 0 | 0 | 0 | 0 | 51 | 5,817 |
| Drilling Engines | 21 | 355 | 355 | 4 | 4 | 0 | 3 | 72,249 |
| Field Compressor Engines | 39 | 954 | 439 | 8 | 8 | 0 | 4 | 14,906 |
| Flaring | 8 | 35 | 6 | 0 | 0 | 0 | 3 | 10,734 |
| Fugitive Dust | 0 | 0 | 0 | 106 | 11 | 0 | 0 | 0 |
| Fugitive Leaks | 900 | 0 | 0 | 0 | 0 | 0 | 43 | 324,025 |
| Heaters | 30 | 459 | 546 | 42 | 42 | 0 | 4 | 659,563 |
| Midstream Compressor Engines | 947 | 2,338 | 900 | 65 | 65 | 22 | 105 | 84,480 |
| Other Midstream | 1,075 | 342 | 296 | 15 | 15 | 14 | 135 | 309,330 |
| Other Production | 123 | 124 | 504 | 28 | 27 | 12 | 9 | 71,939 |
| Pneumatic Devices | 358 | 0 | 0 | 0 | 0 | 0 | 17 | 70,933 |
| Pneumatic Pumps | 22 | 0 | 0 | 0 | 0 | 0 | 1 | 4,457 |
| Traffic | 1 | 5 | 11 | 110 | 11 | 0 | 0 | 1,428 |
| Water Injection Pumps | 10 | 10 | 13 | 63 | 5 | 222 | 1 | 22,512 |
| Well Blowdowns | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1,713 |
| **Project Year 20 Totals** | **4,013** | **5,083** | **3,541** | **446** | **194** | **272** | **388** | **1,750,364** |

**Table O-46**
**BLM + Non-federal Oil and Gas, Alternative C**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 19 | 332 | 332 | 4 | 4 | 0 | 2 | 67,546 |
| Completion Venting | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 682 |
| Condensate Tanks | 199 | 0 | 0 | 0 | 0 | 0 | 7 | 660 |
| Construction Equipment | 1 | 4 | 10 | 1 | 1 | 0 | 0 | 1,013 |
| Dehydrators | 47 | 0 | 0 | 0 | 0 | 0 | 24 | 2,200 |
| Drilling Engines | 15 | 258 | 258 | 3 | 3 | 0 | 2 | 52,536 |
| Field Compressor Engines | 16 | 1,254 | 722 | 7 | 7 | 0 | 2 | 13,528 |
| Flaring | 5 | 21 | 4 | 0 | 0 | 0 | 2 | 6,467 |
| Fugitive Dust | 0 | 0 | 0 | 50 | 5 | 0 | 0 | 0 |
| Fugitive Leaks | 925 | 0 | 0 | 0 | 0 | 0 | 45 | 237,913 |
| Heaters | 29 | 442 | 526 | 40 | 40 | 0 | 4 | 634,746 |
| Midstream Compressor Engines | 592 | 1,499 | 821 | 42 | 42 | 15 | 66 | 51,666 |
| Other Midstream | 713 | 215 | 187 | 10 | 10 | 9 | 95 | 205,137 |
| Other Production | 113 | 88 | 371 | 21 | 20 | 9 | 8 | 57,438 |
| Pneumatic Devices | 370 | 0 | 0 | 0 | 0 | 0 | 18 | 72,979 |
| Pneumatic Pumps | 28 | 0 | 0 | 0 | 0 | 0 | 1 | 5,547 |
| Traffic | 1 | 4 | 9 | 85 | 9 | 0 | 0 | 1,148 |
| Water Injection Pumps | 7 | 7 | 9 | 44 | 3 | 155 | 1 | 15,664 |
| Well Blowdowns | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1,763 |
| **Project Year 10 Totals** | **3,092** | **4,125** | **3,248** | **305** | **143** | **189** | **277** | **1,428,632** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 19 | 331 | 63 | 3 | 3 | 0 | 2 | 67,364 |
| Completion Venting | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 678 |
| Condensate Tanks | 157 | 0 | 0 | 0 | 0 | 0 | 5 | 524 |
| Construction Equipment | 1 | 4 | 10 | 1 | 1 | 0 | 0 | 1,016 |
| Dehydrators | 35 | 0 | 0 | 0 | 0 | 0 | 18 | 2,144 |
| Drilling Engines | 15 | 258 | 49 | 2 | 2 | 0 | 2 | 52,442 |
| Field Compressor Engines | 17 | 641 | 334 | 4 | 4 | 0 | 2 | 8,355 |
| Flaring | 6 | 27 | 5 | 0 | 0 | 0 | 3 | 8,392 |
| Fugitive Dust | 0 | 0 | 0 | 48 | 5 | 0 | 0 | 0 |
| Fugitive Leaks | 729 | 0 | 0 | 0 | 0 | 0 | 35 | 251,294 |
| Heaters | 24 | 368 | 438 | 33 | 33 | 0 | 3 | 529,366 |
| Midstream Compressor Engines | 697 | 1,723 | 699 | 48 | 48 | 16 | 77 | 62,101 |
| Other Midstream | 798 | 252 | 219 | 11 | 11 | 10 | 101 | 229,712 |
| Other Production | 98 | 96 | 391 | 22 | 21 | 10 | 7 | 56,339 |
| Pneumatic Devices | 290 | 0 | 0 | 0 | 0 | 0 | 14 | 57,490 |
| Pneumatic Pumps | 14 | 0 | 0 | 0 | 0 | 0 | 1 | 2,856 |
| Traffic | 1 | 4 | 8 | 85 | 9 | 0 | 0 | 1,093 |
| Water Injection Pumps | 7 | 8 | 10 | 48 | 4 | 171 | 1 | 17,357 |
| Well Blowdowns | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1,389 |
| **Project Year 20 Totals** | **2,920** | **3,712** | **2,227** | **306** | **141** | **209** | **271** | **1,349,912** |

BLM_0023401

**Table O-47**
**BLM + Non-federal Oil and Gas, Alternative D**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| Project Year 10 | | | | | | | | |
| Completion Engines | 199 | 2,038 | 3,540 | 116 | 113 | 3 | 25 | 414,480 |
| Completion Venting | 25 | 0 | 0 | 0 | 0 | 0 | 1 | 5,026 |
| Condensate Tanks | 1,074 | 0 | 0 | 0 | 0 | 0 | 28 | 3,550 |
| Construction Equipment | 5 | 28 | 63 | 4 | 4 | 1 | 1 | 6,280 |
| Dehydrators | 365 | 0 | 0 | 0 | 0 | 0 | 190 | 18,711 |
| Drilling Engines | 144 | 1,476 | 2,565 | 84 | 82 | 2 | 18 | 300,336 |
| Field Compressor Engines | 105 | 2,489 | 1,136 | 20 | 20 | 1 | 12 | 39,348 |
| Flaring | 36 | 151 | 28 | 0 | 0 | 0 | 14 | 46,443 |
| Fugitive Dust | 0 | 0 | 0 | 527 | 54 | 0 | 0 | 0 |
| Fugitive Leaks | 2,368 | 0 | 0 | 0 | 0 | 0 | 114 | 722,815 |
| Heaters | 76 | 1,167 | 1,389 | 106 | 106 | 0 | 11 | 1,676,763 |
| Midstream Compressor Engines | 3,419 | 8,211 | 2,804 | 222 | 222 | 86 | 378 | 269,343 |
| Other Midstream | 3,893 | 1,141 | 989 | 51 | 51 | 45 | 530 | 1,118,780 |
| Other Production | 316 | 272 | 1,126 | 62 | 61 | 27 | 21 | 166,815 |
| Pneumatic Devices | 944 | 0 | 0 | 0 | 0 | 0 | 46 | 186,766 |
| Pneumatic Pumps | 59 | 0 | 0 | 0 | 0 | 0 | 3 | 11,627 |
| Traffic | 3 | 15 | 38 | 282 | 30 | 0 | 0 | 4,883 |
| Water Injection Pumps | 21 | 22 | 28 | 137 | 11 | 484 | 3 | 49,038 |
| Well Blowdowns | 23 | 0 | 0 | 0 | 0 | 0 | 1 | 4,511 |
| **Project Year 10 Totals** | **13,076** | **17,009** | **13,704** | **1,613** | **753** | **650** | **1,395** | **5,045,517** |
| Project Year 20 | | | | | | | | |
| Completion Engines | 118 | 2,036 | 2,036 | 23 | 23 | 3 | 15 | 414,091 |
| Completion Venting | 25 | 0 | 0 | 0 | 0 | 0 | 1 | 5,023 |
| Condensate Tanks | 1,312 | 0 | 0 | 0 | 0 | 0 | 32 | 4,341 |
| Construction Equipment | 5 | 28 | 64 | 4 | 4 | 1 | 1 | 6,353 |
| Dehydrators | 456 | 0 | 0 | 0 | 0 | 0 | 237 | 23,949 |
| Drilling Engines | 86 | 1,475 | 1,475 | 17 | 16 | 2 | 11 | 300,035 |
| Field Compressor Engines | 196 | 3,110 | 1,161 | 31 | 31 | 1 | 22 | 59,984 |
| Flaring | 51 | 215 | 39 | 0 | 0 | 0 | 20 | 66,243 |
| Fugitive Dust | 0 | 0 | 0 | 485 | 49 | 0 | 0 | 0 |
| Fugitive Leaks | 3,616 | 0 | 0 | 0 | 0 | 0 | 173 | 1,220,816 |
| Heaters | 119 | 1,818 | 2,165 | 165 | 165 | 0 | 17 | 2,613,263 |
| Midstream Compressor Engines | 4,402 | 10,392 | 3,219 | 287 | 287 | 109 | 487 | 349,578 |
| Other Midstream | 4,999 | 1,474 | 1,278 | 66 | 66 | 59 | 677 | 1,436,726 |
| Other Production | 487 | 464 | 1,900 | 105 | 102 | 46 | 34 | 274,992 |
| Pneumatic Devices | 1,439 | 0 | 0 | 0 | 0 | 0 | 70 | 285,063 |
| Pneumatic Pumps | 75 | 0 | 0 | 0 | 0 | 0 | 4 | 15,015 |
| Traffic | 4 | 20 | 42 | 417 | 43 | 0 | 0 | 5,636 |
| Water Injection Pumps | 36 | 37 | 48 | 235 | 18 | 831 | 5 | 84,082 |
| Well Blowdowns | 35 | 0 | 0 | 0 | 0 | 0 | 2 | 6,885 |
| **Project Year 20 Totals** | **17,461** | **21,068** | **13,427** | **1,835** | **805** | **1,052** | **1,806** | **7,172,075** |

BLM_0023402

This page intentionally left blank.

BLM_0023403

## O.4 BLM PLUS NON-FEDERAL OIL AND GAS ACTIONS WITHIN THE PLANNING AREA: EMISSION SUMMARIES BY POLLUTANT

BLM_0023404

**Table O-48**
**Volatile Organic Compounds**

| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| | **BLM Actions Only** | | | | | | | | |
| | **VOC Estimated Emissions (tons/yr)** | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 811 | 609 | 366 | 1,061 | 1,049 | 590 | 342 | 3,436 | 4,634 |
| Oil and Gas - Shale | 2 | 81 | 105 | 246 | 312 | 60 | 78 | 1,325 | 1,681 |
| *Fluid Minerals Total* | *813* | *690* | *471* | *1,307* | *1,360* | *650* | *419* | *4,761* | *6,315* |
| Coal | 0 | 6 | 7 | 4 | 4 | 4 | 4 | 6 | 7 |
| Sand and Gravel | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| Uranium | 0 | 29 | 58 | 29 | 58 | 29 | 58 | 29 | 58 |
| *Solid Minerals Total* | *1* | *36* | *66* | *33* | *62* | *33* | *62* | *36* | *66* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 229 | 295 | 364 | 295 | 364 | 219 | 219 | 295 | 364 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 59 | 33 | 33 | 33 | 33 | 28 | 28 | 39 | 39 |
| *Other Activities Total* | *288* | *328* | *397* | *328* | *397* | *247* | *247* | *334* | *403* |
| **TOTAL Alternative** | 1,102 | 1,054 | 934 | 1,669 | 1,820 | 931 | 729 | 5,131 | 6,784 |
| | **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | | |
| | **VOC Estimated Emissions (tons/yr)** | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 3,581 | 2,862 | 2,627 | 3,237 | 3,197 | 2,694 | 2,401 | 10,805 | 14,579 |
| Oil and Gas - Shale | 4 | 541 | 704 | 643 | 816 | 399 | 520 | 2,272 | 2,883 |
| *Fluid Minerals Total* | *3,585* | *3,403* | *3,331* | *3,880* | *4,013* | *3,092* | *2,920* | *13,076* | *17,461* |
| Coal | 0 | 6 | 7 | 4 | 4 | 4 | 4 | 6 | 7 |
| Sand and Gravel | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| Uranium | 0 | 29 | 58 | 29 | 58 | 29 | 58 | 29 | 58 |
| *Solid Minerals Total* | *1* | *36* | *66* | *33* | *62* | *33* | *62* | *36* | *66* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 229 | 295 | 364 | 295 | 364 | 219 | 219 | 295 | 364 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 59 | 33 | 33 | 33 | 33 | 28 | 28 | 39 | 39 |
| *Other Activities Total* | *288* | *328* | *397* | *328* | *397* | *247* | *247* | *334* | *403* |
| **TOTAL Alternative** | 3,874 | 3,767 | 3,794 | 4,241 | 4,473 | 3,373 | 3,230 | 13,447 | 17,931 |

BLM_0023405

**Table O-49**
**Nitrogen Oxides**

| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| **BLM Actions Only** | | | | | | | | | |
| **NOx Estimated Emissions (tons/yr)** | | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 1,295 | 630 | 280 | 976 | 650 | 598 | 215 | 2,752 | 2,696 |
| Oil and Gas - Shale | 6 | 162 | 191 | 563 | 534 | 125 | 113 | 3,021 | 2,867 |
| *Fluid Minerals Total* | *1,301* | *792* | *471* | *1,538* | *1,185* | *723* | *328* | *5,773* | *5,563* |
| Coal | 0 | 217 | 269 | 154 | 154 | 154 | 154 | 217 | 269 |
| Sand and Gravel | 14 | 14 | 14 | 3 | 3 | 3 | 3 | 14 | 14 |
| Uranium | 0 | 364 | 727 | 364 | 727 | 364 | 727 | 364 | 727 |
| *Solid Minerals Total* | *14* | *594* | *1,010* | *521* | *884* | *521* | *884* | *594* | *1,010* |
| Lands and Realty ROW | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 3 | 4 | 5 | 4 | 5 | 3 | 3 | 4 | 5 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 217 | 121 | 121 | 121 | 121 | 103 | 103 | 144 | 144 |
| *Other Activities Total* | *221* | *126* | *127* | *126* | *127* | *107* | *107* | *149* | *150* |
| **TOTAL Alternative** | 1,536 | 1,513 | 1,608 | 2,185 | 2,196 | 1,350 | 1,319 | 6,517 | 6,723 |
| **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | | | |
| **NOx Estimated Emissions (tons/yr)** | | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 8,703 | 2,643 | 1,931 | 2,988 | 2,143 | 2,426 | 1,483 | 8,520 | 8,508 |
| Oil and Gas - Shale | 27 | 1,071 | 1,268 | 1,472 | 1,398 | 822 | 744 | 5,184 | 4,919 |
| *Fluid Minerals Total* | *8,730* | *3,714* | *3,199* | *4,460* | *3,541* | *3,248* | *2,227* | *13,704* | *13,427* |
| Coal | 0 | 217 | 269 | 154 | 154 | 154 | 154 | 217 | 269 |
| Sand and Gravel | 14 | 14 | 14 | 3 | 3 | 3 | 3 | 14 | 14 |
| Uranium | 0 | 364 | 727 | 364 | 727 | 364 | 727 | 364 | 727 |
| *Solid Minerals Total* | *14* | *594* | *1,010* | *521* | *884* | *521* | *884* | *594* | *1,010* |
| Lands and Realty ROW | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 3 | 4 | 5 | 4 | 5 | 3 | 3 | 4 | 5 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 217 | 121 | 121 | 121 | 121 | 103 | 103 | 144 | 144 |
| *Other Activities Total* | *221* | *126* | *127* | *126* | *127* | *107* | *107* | *149* | *150* |
| **TOTAL Alternative** | 8,965 | 4,434 | 4,336 | 5,107 | 4,552 | 3,876 | 3,219 | 14,447 | 14,588 |

BLM_0023406

**Table O-50**
**Particulate Matter - PM10**

| | **BLM Actions Only** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PM10 Estimated Emissions (tons/yr) | | | | | | | |
| **Emissions Generating Activity** | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
| Oil and Gas - Conventional/CBNG | 100 | 58 | 32 | 104 | 88 | 54 | 27 | 344 | 386 |
| Oil and Gas - Shale | 1 | 18 | 24 | 62 | 70 | 13 | 18 | 332 | 375 |
| *Fluid Minerals Total* | *101* | *76* | *56* | *167* | *158* | *67* | *45* | *676* | *761* |
| Coal | 0 | 60 | 42 | 24 | 24 | 24 | 24 | 60 | 42 |
| Sand and Gravel | 231 | 231 | 231 | 58 | 58 | 58 | 58 | 231 | 231 |
| Uranium | 0 | 369 | 739 | 369 | 739 | 369 | 739 | 369 | 739 |
| *Solid Minerals Total* | *231* | *661* | *1,011* | *451* | *820* | *451* | *820* | *661* | *1,011* |
| Lands and Realty ROW | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Livestock Grazing | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Travel and Transportation Management | 1,217 | 1,569 | 1,937 | 1,569 | 1,937 | 1,166 | 1,166 | 1,569 | 1,937 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 494 | 263 | 263 | 263 | 263 | 217 | 217 | 321 | 321 |
| *Other Activities Total* | *1,715* | *1,836* | *2,203* | *1,836* | *2,203* | *1,386* | *1,386* | *1,894* | *2,262* |
| **TOTAL Alternative** | 2,047 | 2,573 | 3,271 | 2,454 | 3,182 | 1,903 | 2,251 | 3,231 | 4,034 |
| | **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | |
| | PM10 Estimated Emissions (tons/yr) | | | | | | | |
| **Emissions Generating Activity** | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
| Oil and Gas - Conventional/CBNG | 904 | 251 | 219 | 297 | 262 | 222 | 188 | 1,042 | 1,191 |
| Oil and Gas - Shale | 4 | 119 | 160 | 163 | 184 | 83 | 119 | 571 | 644 |
| *Fluid Minerals Total* | *909* | *370* | *379* | *461* | *446* | *305* | *306* | *1,613* | *1,835* |
| Coal | 0 | 60 | 42 | 24 | 24 | 24 | 24 | 60 | 42 |
| Sand and Gravel | 231 | 231 | 231 | 58 | 58 | 58 | 58 | 231 | 231 |
| Uranium | 0 | 369 | 739 | 369 | 739 | 369 | 739 | 369 | 739 |
| *Solid Minerals Total* | *231* | *661* | *1,011* | *451* | *820* | *451* | *820* | *661* | *1,011* |
| Lands and Realty ROW | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Livestock Grazing | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Travel and Transportation Management | 1,217 | 1,569 | 1,937 | 1,569 | 1,937 | 1,166 | 1,166 | 1,569 | 1,937 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 494 | 263 | 263 | 263 | 263 | 217 | 217 | 321 | 321 |
| *Other Activities Total* | *1,715* | *1,836* | *2,203* | *1,836* | *2,203* | *1,386* | *1,386* | *1,894* | *2,262* |
| **TOTAL Alternative** | 2,854 | 2,867 | 3,594 | 2,747 | 3,470 | 2,142 | 2,512 | 4,168 | 5,108 |

BLM_0023407

**Table O-51**
**Particulate Matter – PM$_{2.5}$**

| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| | **BLM Actions Only** | | | | | | | | |
| | **PM2.5 Estimated Emissions (tons/yr)** | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 43 | 28 | 16 | 50 | 42 | 26 | 14 | 166 | 183 |
| Oil and Gas - Shale | 0 | 8 | 10 | 27 | 26 | 5 | 7 | 144 | 139 |
| *Fluid Minerals Total* | *43* | *36* | *26* | *77* | *68* | *31* | *21* | *310* | *323* |
| Coal | 0 | 19 | 12 | 7 | 7 | 7 | 7 | 19 | 12 |
| Sand and Gravel | 27 | 27 | 27 | 7 | 7 | 7 | 7 | 27 | 27 |
| Uranium | 0 | 166 | 331 | 166 | 331 | 166 | 331 | 166 | 331 |
| *Solid Minerals Total* | *27* | *212* | *371* | *180* | *345* | *180* | *345* | *212* | *371* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 127 | 164 | 202 | 164 | 202 | 122 | 122 | 164 | 202 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 91 | 52 | 52 | 52 | 52 | 44 | 44 | 61 | 61 |
| *Other Activities Total* | *219* | *216* | *254* | *216* | *254* | *166* | *166* | *225* | *264* |
| **TOTAL Alternative** | **289** | **463** | **651** | **473** | **667** | **377** | **532** | **747** | **957** |
| | **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | | |
| | **PM2.5 Estimated Emissions (tons/yr)** | | | | | | | | |
| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
| Oil and Gas - Conventional/CBNG | 335 | 123 | 109 | 145 | 125 | 109 | 94 | 506 | 566 |
| Oil and Gas - Shale | 1 | 51 | 66 | 70 | 68 | 34 | 47 | 247 | 239 |
| *Fluid Minerals Total* | *336* | *174* | *175* | *215* | *194* | *143* | *141* | *753* | *805* |
| Coal | 0 | 19 | 12 | 7 | 7 | 7 | 7 | 19 | 12 |
| Sand and Gravel | 27 | 27 | 27 | 7 | 7 | 7 | 7 | 27 | 27 |
| Uranium | 0 | 166 | 331 | 166 | 331 | 166 | 331 | 166 | 331 |
| *Solid Minerals Total* | *27* | *212* | *371* | *180* | *345* | *180* | *345* | *212* | *371* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 127 | 164 | 202 | 164 | 202 | 122 | 122 | 164 | 202 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 91 | 52 | 52 | 52 | 52 | 44 | 44 | 61 | 61 |
| *Other Activities Total* | *219* | *216* | *254* | *216* | *254* | *166* | *166* | *225* | *264* |
| **TOTAL Alternative** | **582** | **602** | **800** | **611** | **793** | **489** | **653** | **1,190** | **1,439** |

BLM_0023408

**Table O-52**
**Sulfur Dioxide (SO₂)**

| | **BLM Actions Only** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **SO2 Estimated Emissions (tons/yr)** | | | | | | | |
| **Emissions Generating Activity** | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
| Oil and Gas - Conventional/CBNG | 59 | 36 | 16 | 53 | 45 | 36 | 16 | 137 | 194 |
| Oil and Gas - Shale | 1 | 8 | 15 | 26 | 49 | 8 | 15 | 135 | 260 |
| *Fluid Minerals Total* | *60* | *45* | *31* | *79* | *95* | *45* | *31* | *272* | *454* |
| Coal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sand and Gravel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uranium | 0 | 7 | 13 | 7 | 13 | 7 | 13 | 7 | 13 |
| *Solid Minerals Total* | *0* | *7* | *14* | *7* | *14* | *7* | *14* | *7* | *14* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 6 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 |
| *Other Activities Total* | *6* | *4* | *4* | *4* | *4* | *3* | *3* | *4* | *4* |
| **TOTAL Alternative** | 66 | 55 | 49 | 89 | 112 | 55 | 48 | 283 | 4/2 |
| | **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | |
| | **SO2 Estimated Emissions (tons/yr)** | | | | | | | |
| **Emissions Generating Activity** | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
| Oil and Gas - Conventional/CBNG | 290 | 138 | 114 | 155 | 143 | 138 | 114 | 417 | 605 |
| Oil and Gas - Shale | 4 | 51 | 94 | 68 | 129 | 50 | 94 | 233 | 447 |
| *Fluid Minerals Total* | *294* | *189* | *209* | *223* | *272* | *189* | *209* | *650* | *1,052* |
| Coal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sand and Gravel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uranium | 0 | 7 | 13 | 7 | 13 | 7 | 13 | 7 | 13 |
| *Solid Minerals Total* | *0* | *7* | *14* | *7* | *14* | *7* | *14* | *7* | *14* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 6 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 |
| *Other Activities Total* | *6* | *4* | *4* | *4* | *4* | *3* | *3* | *4* | *4* |
| **TOTAL Alternative** | 300 | 199 | 226 | 234 | 289 | 199 | 225 | 661 | 1,070 |

BLM_0023409

**Table O-53**
**Hazardous Air Pollutants (HAPs)**

| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| | **BLM Actions Only** | | | | | | | | |
| | **HAPS Estimated Emissions (tons/yr)** | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 75 | 59 | 47 | 117 | 128 | 51 | 37 | 440 | 576 |
| Oil and Gas - Shale | 0 | 4 | 5 | 13 | 16 | 4 | 5 | 72 | 86 |
| *Fluid Minerals Total* | *75* | *62* | *52* | *131* | *144* | *55* | *42* | *511* | *662* |
| Coal | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| Sand and Gravel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uranium | 0 | 3 | 6 | 3 | 6 | 3 | 6 | 3 | 6 |
| *Solid Minerals Total* | *0* | *4* | *7* | *3* | *6* | *3* | *6* | *4* | *7* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 23 | 29 | 36 | 29 | 36 | 22 | 22 | 29 | 36 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 6 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 |
| *Other Activities Total* | *29* | *33* | *40* | *33* | *40* | *25* | *25* | *33* | *40* |
| **TOTAL Alternative** | 104 | 99 | 98 | 167 | 190 | 83 | 73 | 548 | 709 |
| | **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | | |
| | **HAPS Estimated Emissions (tons/yr)** | | | | | | | | |
| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
| Oil and Gas - Conventional/CBNG | 342 | 286 | 284 | 331 | 347 | 253 | 241 | 1,273 | 1,659 |
| Oil and Gas - Shale | 0 | 25 | 32 | 35 | 42 | 24 | 30 | 123 | 147 |
| *Fluid Minerals Total* | *342* | *311* | *316* | *366* | *388* | *277* | *271* | *1,395* | *1,806* |
| Coal | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| Sand and Gravel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uranium | 0 | 3 | 6 | 3 | 6 | 3 | 6 | 3 | 6 |
| *Solid Minerals Total* | *0* | *4* | *7* | *3* | *6* | *3* | *6* | *4* | *7* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 23 | 29 | 36 | 29 | 36 | 22 | 22 | 29 | 36 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 6 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 |
| *Other Activities Total* | *29* | *33* | *40* | *33* | *40* | *25* | *25* | *33* | *40* |
| **TOTAL Alternative** | 371 | 347 | 362 | 402 | 434 | 305 | 302 | 1,432 | 1,853 |

This page intentionally left blank.

BLM_0023411

## O.5 INPUTS AND ASSUMPTIONS FOR EMISSIONS INVENTORY

BLM_0023412

## Table O-54
## Input Assumptions for BLM Actions and Non-federal Oil and Gas Development within the Planning Area

| Key Assumption | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|
| **Oil and Gas Development BLM** | | | | | | | | |
| con. / cbm wells | 56 | 110 | 196 | 390 | 56 | 110 | 916 | 1,831 |
| shale wells | 55 | 110 | 195 | 390 | 55 | 110 | 1,054 | 2,107 |
| Shale Gas - compression (total Hp) | 3,170 | 4,163 | 11,168 | 14,732 | 3,170 | 4,163 | 60,242 | 79,518 |
| Conv/CBM lateral compression (total Hp) | 1,671 | 662 | 2,213 | 1,745 | 1,671 | 662 | 4,999 | 7,320 |
| Conv/CBM wellhead compression (total Hp) | 2,035 | 806 | 2,695 | 2,125 | 2,035 | 806 | 6,087 | 8,913 |
| Conv/CBM midstream scalar: Gas Production Growth | 0.88 | 0.91 | 2.43 | 2.94 | 0.88 | 0.91 | 10.36 | 13.44 |
| drilling rate (wells/yr) | 11 | | 39 | | 11 | | 197 | |
| **Oil and Gas Development non-BLM** | | | | | | | | |
| con. / cbm wells | 316 | 632 | 316 | 632 | 316 | 632 | 1,836 | 3,671 |
| shale wells | 316 | 632 | 316 | 632 | 316 | 632 | 754 | 1,507 |
| Shale Gas - compression (total Hp) | 18,056 | 23,855 | 18,056 | 23,855 | 18,056 | 23,855 | 43,079 | 56,862 |
| Conv/CBM lateral compression (total Hp) | 4,256 | 3,989 | 4,256 | 3,989 | 4,256 | 3,989 | 10,137 | 15,747 |
| Conv/CBM wellhead compression (total Hp) | 5,182 | 4,857 | 5,182 | 4,857 | 5,182 | 4,857 | 12,343 | 19,174 |
| Conv/CBM midstream scalar: Gas Production Growth | 0.97 | 1.05 | 0.97 | 1.05 | 0.97 | 1.05 | 4.37 | 5.53 |
| drilling rate (wells/yr) | 63 | | 63 | | 63 | | 259 | |
| **Coal** | | | | | | | | |
| tons produced (MMt/yr) | 10 | 14 | 8 | | 8 | | 10 | 14 |
| acres disturbed | 940 | 1250 | 320 | | 320 | | 620 | 930 |
| **Uranium** | | | | | | | | |
| tons produced (MMt/yr) | 0.7 | 1.5 | 0.7 | 1.5 | 0.7 | 1.5 | 0.7 | 1.5 |
| **Sand and Gravel** | | | | | | | | |
| Production | 160,790 | | 40,198 | | 40,198 | | 160,790 | |
| Acres | 8 | | 2 | | 2 | | 8 | |
| **Fire** | | | | | | | | |
| Acres | 396 | | 396 | | 476 | | 297 | |
| **Comp.Travel and Trans mgmnt** | | | | | | | | |
| 1000 vehicle miles traveled per year | 9,081 | 11,210 | 9,081 | 11,210 | 6,748 | 6,748 | 9,081 | 11,210 |
| **Livestock Grazing** | | | | | | | | |
| AUMs | 34093 | | 34008 | | 19751 | | 34093 | |
| **Lands-ROWs and Realty** | | | | | | | | |
| # of sites | 6 | | 6 | | 6 | | 6 | |
| Acres | 12 | | 12 | | 12 | | 12 | |

Note: "Fire" only includes prescribed fires. Mechanical treatment acreages include 1,023 acres for Alternatives A and B, 819 acres for Alternative C, and 1,279 acres for Alternative D.

**Table O-55**
**Emissions Controls Assumptions for Oil and Gas Calculations**

| Emission Controls - Control Percentages | | | | |
|---|---|---|---|---|
| Dust Control | 50% | 50% | 50% | 80% |
| | 50% | 50% | 80% | 80% |
| Drill Rigs (control from basline to higher Tier engine) | 0% (NOx)<br>0% (PM)<br>0% (VOC) | 0% (NOx)<br>0% (PM)<br>0% (VOC) | -42% (NOx)<br>-80% (PM)<br>-41% (VOC) | 0% (NOx)<br>0% (PM)<br>0% (VOC) |
| | 0% (NOx)<br>0% (PM)<br>0% (VOC) | -42% (NOx)<br>-80% (PM)<br>-41% (VOC) | -89% (NOx)<br>-85% (PM)<br>-41% (VOC) | -42% (NOx)<br>-80% (PM)<br>-41% (VOC) |
| Completion Equipment (control from basline to higher Tier engine) | 0% (NOx)<br>0% (PM)<br>0% (VOC) | 0% (NOx)<br>0% (PM)<br>0% (VOC) | -42% (NOx)<br>-80% (PM)<br>-41% (VOC) | 0% (NOx)<br>0% (PM)<br>0% (VOC) |
| | 0% (NOx)<br>0% (PM)<br>0% (VOC) | -42% (NOx)<br>-80% (PM)<br>-41% (VOC) | -89% (NOx)<br>-85% (PM)<br>-41% (VOC) | -42% (NOx)<br>-80% (PM)<br>-41% (VOC) |
| Green Completions (combination flaring and closed loop) | 88% | 88% | 88% | 88% |
| | 88% | 88% | 88% | 88% |
| | 45% | 45% | 45% | 45% |
| | 45% | 45% | 45% | 45% |
| | 45% | 45% | 45% | 45% |
| | 45% | 45% | 45% | 45% |
| Liquids Removal System (haul traffic) | 0% | 0% | 25% | 0% |
| | 0% | 50% | 50% | 50% |
| Production Site Separator Heaters (consolidation) | 0% | 0% | 0% | 0% |
| | 0% | 0% | 0% | 0% |
| Production Site Tank Heaters (consolidation) | 0% | 0% | 0% | 0% |
| | 0% | 0% | 0% | 0% |
| Production Site Dehydrators (flaring) | 10% | 48% | 76% | 48% |
| | 10% | 48% | 76% | 48% |
| Production Site Condensate Tanks (flaring) | 10% | 48% | 76% | 48% |
| | 10% | 48% | 76% | 48% |
| Production Site Pneumatic Devices (percentage of devices that are low-bleed) | 100% | 100% | 100% | 100% |
| | 100% | 100% | 100% | 100% |
| Production Site Pneumatic Pumps (flaring) | 10% | 48% | 76% | 48% |
| | 10% | 48% | 76% | 48% |
| Production Site Pneumatic Pumps (electrification) | 0% | 0% | 0% | 0% |
| | 0% | 0% | 0% | 0% |
| Wellhead and Lateral Compressor Engines (electrification) | 0% | 0% | 50% | 0% |
| | 0% | 0% | 50% | 0% |

BLM_0023414

**Table O-56**
**Descriptions of Emissions Controls**

| Description | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| **Emission Controls - Control Percentages** | | | | |
| Dust Control | watering | watering | watering | watering, chemical suppression, graveling or paving |
| | watering | watering | watering, chemical suppression, graveling or paving | watering, chemical suppression, graveling or paving |
| Drill Rigs (control from basline to higher Tier engine) | Tier II engines | Tier II engines | Tier IV engines | Tier II engines |
| | Tier II engines | Tier IV engines | Tier IV genset engine | Tier IV engines |
| Completion Equipment (control from basline to higher Tier engine) | Tier II engines | Tier II engines | Tier IV engines | Tier II engines |
| | Tier II engines | Tier IV engines | Tier IV genset engine | Tier IV engines |
| Green Completions (combination flaring and closed loop) | closed loop system and flaring control | closed loop system and flaring | closed loop system and flaring control | closed loop system and flaring control |
| | closed loop system and flaring control | closed loop system and flaring | closed loop system and flaring control | closed loop system and flaring control |
| Liquids Removal System (haul traffic) | none | none | pipeline system to elimate well site liquids storage and truck hauling | none |
| | none | pipeline system to elimate well site liquids storage and truck hauling | pipeline system to elimate well site liquids storage and truck hauling | pipeline system to elimate well site liquids storage and truck hauling |
| Production Site Separator Heaters (consolidation) | none | none | none | none |
| | none | none | none | none |
| Production Site Tank Heaters (consolidation) | none | none | none | none |
| | none | none | none | none |
| Production Site Dehydrators (flaring) | flaring control | flaring control | flaring control | flaring control |
| | flaring control | flaring control | flaring control | flaring control |
| Production Site Condensate Tanks (flaring) | flaring control | flaring control | flaring control | flaring control |
| | flaring control | flaring control | flaring control | flaring control |
| Production Site Pneumatic Devices (percentage of devices that are low-bleed) | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements |
| | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements |
| Production Site Pneumatic Pumps (flaring) | flaring control | flaring control | flaring control | flaring control |
| | flaring control | flaring control | flaring control | flaring control |
| Production Site Pneumatic Pumps (electrification) | none | none | none | none |
| | none | none | none | none |
| Wellhead and Lateral Compressor Engines (electrification) | none | none | electrification of compressor | none |
| | none | none | electrification of compressor | none |
| Wellhead, Lateral, Centralized Compressor Engines (CDPHE RICE and NSPS) | All engines required to meet Colorado RICE and Federal NSPS Standards | | | |

BLM_0023415

## Table O-57
## Projected Well Numbers per Revised RFD (BLM 2012a)

| Well Numbers By Alternative - Short Term and Long Term (Including Decline) | Baseline (2008) | Alternative A - No Action | | Alternative B - Preferred | | Alternative C - Conservation | | Alternative D - Development | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2018 | 2028 | 2018 | 2028 | 2018 | 2028 | 2018 | 2028 |
| Total Cumulative Wells (New + Existing - decline) | | 1,932 | 1,973 | 2,212 | 2,533 | 1,932 | 1,973 | 5,749 | 9,605 |
| Total BLM Wells (New + Existing - decline) | | 499 | 293 | 779 | 853 | 499 | 293 | 2,358 | 4,011 |
| Total Non-BLM Wells (New + Existing - decline) | | 1,433 | 1,680 | 1,433 | 1,680 | 1,433 | 1,680 | 3,391 | 5,594 |
| | | | | | | | | | |
| Cumulative New Wells | | 743 | 1,484 | 1,023 | 2,044 | 743 | 1,484 | 4,560 | 9,116 |
| New BLM | | 111 | 220 | 391 | 780 | 111 | 220 | 1,970 | 3,938 |
| New Non-BLM | | 632 | 1,264 | 632 | 1,264 | 632 | 1,264 | 2,590 | 5,178 |
| - New BLM conv./dir. | | 51 | 101 | 179 | 357 | 51 | 101 | 837 | 1,674 |
| - New BLM CBM | | 5 | 9 | 17 | 33 | 5 | 9 | 79 | 157 |
| - New BLM shale gas | | 55 | 110 | 195 | 390 | 55 | 110 | 1,054 | 2,107 |
| - New Non-BLM conv./dir. | | 308 | 616 | 308 | 616 | 308 | 616 | 1,789 | 3,578 |
| - New Non-BLM CBM | | 8 | 16 | 8 | 16 | 8 | 16 | 47 | 93 |
| - New Non-BLM shale gas | | 316 | 632 | 316 | 632 | 316 | 632 | 754 | 1,507 |
| | | | | | | | | | |
| Cumulative Existing Wells (2008) | 1,891 | 1,189 | 489 | 1,189 | 489 | 1,189 | 489 | 1,189 | 489 |
| Existing BLM - decline | 704 | 388 | 73 | 388 | 73 | 388 | 73 | 388 | 73 |
| Existing Non-BLM - decline | 1,187 | 801 | 416 | 801 | 416 | 801 | 416 | 801 | 416 |
| - Existing BLM conv./dir. | 661 | 358 | 56 | 358 | 56 | 358 | 56 | 358 | 56 |
| - Existing BLM CBM | 31 | 18 | 5 | 18 | 5 | 18 | 5 | 18 | 5 |
| - Existing BLM shale gas | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| - Existing Non-BLM conv./dir. | 1,155 | 777 | 399 | 777 | 399 | 777 | 399 | 777 | 399 |
| - Existing Non-BLM CBM | 15 | 7 | 0 | 7 | 0 | 7 | 0 | 7 | 0 |
| - Existing Non-BLM shale gas | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| decline BLM conv./dir. (1999) | | 272 | 543 | 272 | 543 | 272 | 543 | 272 | 543 |
| decline BLM conv./dir. (2000-2008) | | 31 | 62 | 31 | 62 | 31 | 62 | 31 | 62 |
| decline BLM CBM (1999) | | 10 | 20 | 10 | 20 | 10 | 20 | 10 | 20 |
| decline BLM CBM (2000-2008) | | 3 | 6 | 3 | 6 | 3 | 6 | 3 | 6 |
| decline Non-BLM conv. (1999) | | 181 | 362 | 181 | 362 | 181 | 362 | 181 | 362 |
| decline Non-BLM conv. (2000-2008) | | 197 | 394 | 197 | 394 | 197 | 394 | 197 | 394 |
| decline Non-BLM CBM (1999) | | 8 | 15 | 8 | 15 | 8 | 15 | 8 | 15 |
| decline Non-BLM CBM (2000-2008) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| assume no decline of shale gas wells over 20 years | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0023416

This page intentionally left blank.

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0023417

# Appendix P

Biologic Assessment for the
Grand Junction Field Office

BLM_0023418

BLM_0023419

**United States Department of the Interior**
**Bureau of Land Management**

# BIOLOGICAL ASSESSMENT

# Grand Junction Field Office
# Resource Management Plan

Grand Junction Field Office
Bureau of Land Management
2815 H Road
Grand Junction, Colorado 81506
October 2014



BLM_0023420

BLM_0023421

# TABLE OF CONTENTS

Chapter                            Page

1. **INTRODUCTION** ................................................................................................................ 1-1
 1.1 Background ................................................................................................................ 1-1
 1.2 Species Addressed ................................................................................................... 1-2
 1.3 Consultation History ............................................................................................... 1-3
   1.3.1 Big River Fishes ......................................................................................... 1-3
   1.3.2 Livestock Grazing ..................................................................................... 1-4
   1.3.3 Integrated Weed Management Plan ...................................................... 1-4
 1.4 Purpose of and Need for the RMP/EIS ................................................................ 1-5
 1.5 Description of the Planning Area and Decision Area ........................................ 1-6

2. **PROPOSED ACTION** ........................................................................................................ 2-1
 2.1 Proposed RMP ......................................................................................................... 2-1

3. **EVALUATED SPECIES** ..................................................................................................... 3-1
 3.1 Introduction ............................................................................................................. 3-1
 3.2 Listed Species ........................................................................................................... 3-2
   3.2.1 Colorado Hookless Cactus ..................................................................... 3-2
   3.2.2 DeBeque Phacelia ..................................................................................... 3-4
   3.2.3 Parachute Penstemon .............................................................................. 3-7
   3.2.4 Ute Ladies'-tresses Orchid .................................................................... 3-10
   3.2.5 Colorado Pikeminnow ............................................................................ 3-12
   3.2.6 Razorback Sucker .................................................................................... 3-17
   3.2.7 Bonytail ...................................................................................................... 3-19
   3.2.8 Humpback Chub ....................................................................................... 3-21
   3.2.9 Greenback Cutthroat Trout .................................................................. 3-23
   3.2.10 Mexican Spotted Owl ............................................................................. 3-26
   3.2.11 Canada Lynx .............................................................................................. 3-30
   3.2.12 Western Yellow-Billed Cuckoo ............................................................ 3-34
 3.3 Proposed Species .................................................................................................... 3-38
   3.3.1 Gunnison Sage-Grouse ........................................................................... 3-38
 3.4 Candidate Species ................................................................................................... 3-41
   3.4.1 Greater Sage-grouse .............................................................................. 3-41

4. **EFFECTS OF PROPOSED ACTION** ............................................................................. 4-1
 4.1 Introduction ............................................................................................................. 4-1
   4.1.1 Definitions ................................................................................................... 4-1
   4.1.2 Methods of Analysis ................................................................................. 4-2
 4.2 Listed Species ........................................................................................................... 4-4
   4.2.1 Plants ............................................................................................................ 4-4
   4.2.2 Fishes .......................................................................................................... 4-19
   4.2.3 Terrestrial Wildlife—General ............................................................... 4-32
   4.2.4 Mexican Spotted Owl ............................................................................. 4-33
   4.2.5 Canada Lynx .............................................................................................. 4-37
   4.2.6 Western Yellow-Billed Cuckoo ............................................................ 4-41
 4.3 Proposed Species .................................................................................................... 4-47
   4.3.1 Gunnison Sage-Grouse ........................................................................... 4-47

BLM_0023422

| | | | |
|---|---|---|---|
| | 4.4 | Candidate Species | 4-60 |
| | | 4.4.1 Greater Sage-Grouse | 4-60 |
| **5.** | **EFFECTS DETERMINATION** | | **5-1** |
| | 5.1 | Colorado Hookless Cactus | 5-1 |
| | | 5.1.1 Rationale | 5-1 |
| | 5.2 | DeBeque Phacelia | 5-2 |
| | | 5.2.1 Rationale | 5-2 |
| | 5.3 | Parachute Penstemon | 5-2 |
| | | 5.3.1 Rationale | 5-2 |
| | 5.4 | Ute Ladies'-tresses | 5-3 |
| | | 5.4.1 Rationale | 5-3 |
| | 5.5 | Bonytail, Humpback Chub, Razorback Sucker, Colorado Pikeminnow | 5-3 |
| | | 5.5.1 Rationale | 5-3 |
| | 5.6 | Greenback Cutthroat Trout | 5-4 |
| | | 5.6.1 Rationale | 5-4 |
| | 5.7 | Mexican Spotted Owl | 5-5 |
| | | 5.7.1 Rationale | 5-5 |
| | 5.8 | Canada Lynx | 5-5 |
| | | 5.8.1 Rationale | 5-5 |
| | 5.9 | Western Yellow-Billed Cuckoo | 5-6 |
| | | 5.9.1 Rationale | 5-6 |
| | 5.10 | Gunnison Sage-Grouse | 5-6 |
| | | 5.10.1 Determination for Gunnison Sage-Grouse | 5-6 |
| | | 5.10.2 Rationale | 5-6 |
| | | 5.10.3 Determination for Gunnison Sage-Grouse Proposed Critical Habitat | 5-7 |
| | | 5.10.4 Rationale | 5-7 |
| | 5.11 | Greater Sage-Grouse | 5-8 |
| | | 5.11.1 Rationale | 5-8 |
| **6.** | **REFERENCES** | | **6-1** |
| **7.** | **LIST OF PREPARERS** | | **7-1** |
| | 7.1 | US Bureau of Land Management, Grand Junction Field Office | 7-1 |
| | 7.2 | Contractor, Environmental Management and Planning Solutions, Inc. | 7-1 |

# TABLES

| | | |
|---|---|---|
| 1-1 | List of Threatened, Endangered, and Proposed Species Addressed in Grand Junction Field Office RMP Biological Assessment | 1-3 |
| 1-2 | Land Status within the GJFO Planning Area | 1-6 |
| 1-3 | Mineral Status within the GJFO Planning Area by County | 1-8 |
| 2-1 | Proposed Resource Management Plan—Goals, Objectives, and Actions by Resource and Resource Use | 2-1 |
| 3-1 | Primary Constituent Elements of DeBeque Phacelia Critical Habitat | 3-6 |
| 3-2 | Primary Constituent Elements of Parachute Penstemon Critical Habitat | 3-9 |
| 3-3 | Primary Constituent Elements of Critical Habitat for Colorado Pikeminnow, Razorback Sucker, Bonytail, and Humpback Chub | 3-16 |
| 3-4 | Primary Constituent Elements of Mexican Spotted Owl Critical Habitat | 3-30 |

BLM_0023423

3-5    Primary Constituent Element of Canada Lynx Critical Habitat ......................................................3-34
3-6    Primary Constituent Elements of Yellow-Billed Cuckoo Proposed Critical Habitat................3-37
3-7    Estimated Gunnison Sage-Grouse Populations...........................................................................3-39
3-8    Primary Constituent Elements of Gunnison Sage-Grouse Proposed Critical Habitat..............3-40
4-1    Existing Land Health Assessment Conditions by Proposed Occupied and Unoccupied Gunnison
       Sage-Grouse Critical Habitat on BLM Lands .............................................................................4-56
4-2    Acres of Fluid Minerals In Greater Sage-Grouse Habitat by PPH and PGH ..............................4-71

# FIGURES

1-1    Project Planning Area................................................................................................................ 1-7

# APPENDICES

A    Rangeland Health Conditions in Gunnison Sage-Grouse Critical Habitat
B    Stipulations Applicable to Fluid Mineral Leasing and Other Surface-Disturbing Activities (taken from the Proposed RMP)
H    Best Management Practices and Standard Operating Procedures (taken from the Proposed RMP)

BLM_0023424

# ACRONYMS AND ABBREVIATIONS

Full Phrase

| | |
|---|---|
| ACEC | Area of Critical Environmental Concern |
| AUM | animal-unit month |
| | |
| BA | biological assessment |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BLM lands | surface acres administered by the BLM |
| BMP | best management practice |
| BO | biological opinion |
| | |
| CCR | Colorado Code of Regulations |
| CFR | Code of Federal Regulations |
| CHU | Critical Habitat Unit |
| CIAA | cumulative impacts analysis area |
| CNAP | Colorado Natural Area Program |
| CNHP | Colorado Natural Heritage Program |
| COA | Condition of Approval |
| CPW | Colorado Parks and Wildlife |
| CSU | controlled surface use |
| | |
| EIS | environmental impact statement |
| ERMA | Extensive Recreation Management Area |
| ESA | Endangered Species Act of 1973 |
| | |
| FLPMA | Federal Land Policy and Management Act of 1976 |
| FR | *Federal Register* |
| | |
| GJFO | Grand Junction Field Office |
| | |
| LBCWHR | Little Book Cliffs Wild Horse Range |
| | |
| NCA | National Conservation Area |
| NEPA | National Environmental Policy Act of 1969 |
| NSO | no surface occupancy or surface-disturbing activities |
| | |
| OHV | off-highway vehicle |
| | |
| PGH | Preliminary General Habitat |
| PPH | Preliminary Priority Habitat |
| PRMP | proposed resource management plan |
| | |
| RMP | resource management plan |
| ROW | right-of-way (lands and realty) |
| | |
| SRMA | Special Recreation Management Area |
| SRP | Special Recreation Permit |
| SSR | site-specific relocation |
| | |
| T&E | threatened and endangered |
| TL | timing limitation |

BLM_0023425

## ACRONYMS AND ABBREVIATIONS                          Full Phrase

| | |
|---|---|
| USC | United States Code |
| USDA | United States Department of Agriculture |
| USFWS | United States Department of the Interior, Fish and Wildlife Service |
| | |
| WSA | Wilderness Study Area |
| WSR | Wild and Scenic River |

BLM_0023426

This page intentionally left blank.

*Biological Assessment for the Grand Junction Field Office RMP Revision*

BLM_0023427

# SECTION 1

# INTRODUCTION

## 1.1 BACKGROUND

The United States Department of the Interior, Bureau of Land Management (BLM) is preparing a Proposed Resource Management Plan (RMP)/Final Environmental Impact Statement (EIS). These combined documents provide direction for managing public lands administered by the Grand Junction Field Office (GJFO) in Colorado. The documents include an analysis of the environmental effects that could result from implementing the alternatives addressed in the RMP. The Proposed RMP (PRMP) is a refinement of the preferred alternative (Alternative B) from the Draft RMP, released on January 25, 2013. Public comments were taken into account in the PRMP, corrections were made where necessary, and parts were reworded for clarification. The PRMP will be published in late 2014.

The purpose of this biological assessment (BA) is to review the PRMP to determine the extent that its implementation may affect threatened and endangered (T&E) species. Because the RMP is a planning document, this BA focuses on the effect of management actions to be implemented.

Under provisions of the US Endangered Species Act (ESA) of 1973, as amended (16 USC, Section 1531, et seq.), federal agencies are directed to conserve T&E species and their habitats. Section 7(a)(1) states that all federal agencies shall "utilize their authorities in furtherance of the purposes of this Act by carrying out programs for the conservation of endangered species and threatened species...." Thus, the conservation and recovery of T&E species is not simply the responsibility of the US Fish and Wildlife Service (USFWS), but of all federal agencies. To meet this requirement, the GJFO would implement protective stipulations, conditions of approval, conservation measures, best management practices (BMPs), mitigation, and habitat restoration. It also would implement protections afforded through the Area of Critical Environmental Concern (ACEC) designations for federally listed species.

BLM_0023428

Section 7(c) of the ESA requires the BLM to complete a BA to determine the effects of implementing the RMP on listed species. Section 7(c) of the ESA is based on compliance with Section 102 of the National Environmental Policy Act (NEPA). Federal agencies are required to consider, avoid, or prevent adverse impacts on fish and wildlife. Federal agencies are also required to ensure that actions they authorize, fund, or carry out are not likely to jeopardize the continued existence of T&E species or their critical habitat.

The ESA requires action agencies, such as the BLM, to consult or confer with the USFWS when there is discretionary federal involvement or control over the action. The ESA also requires agencies to ensure that resources are afforded adequate consideration and protection. Informal consultation occurs when the federal agency, after discussion with the USFWS, determines that the proposed action is not likely to affect any listed species in the action area, and the USFWS concurs. Formal consultation occurs after the agency determines that the proposed action is likely to adversely affect listed species or critical habitat, or when the aforementioned federal agencies do not concur with the action agency's finding (USFWS 1998a).

This BA provides documentation and analysis for the proposed action to meet the federal requirements and agreements set forth by the federal agencies. It addresses federally listed T&E species; it has been prepared under the 1973 ESA Section 7 regulations, in accordance with the 1998 procedures set forth by the USFWS and the National Marine Fisheries Service. Site-specific evaluations would be conducted for activities authorized under the RMP; the BLM would consult or confer with the USFWS for those activities that may affect T&E or proposed species. In addition, the BLM would evaluate site-specific activities that may affect BLM Colorado sensitive species, in compliance with BLM Manual 6840 (BLM 2008c).

The BLM requests informal consultation and concurrence for the effects of the PRMP on seven threatened, endangered, and proposed species in **Table 1-1**, List of Threatened, Endangered, and Proposed Species Addressed in Grand Junction Field Office RMP Biological Assessment. Formal consultation is requested for the Colorado hookless cactus, DeBeque phacelia, Colorado pikeminnow, razorback sucker, bonytail, humpback chub, and Gunnison Sage-Grouse due to the "may affect, likely to adversely affect" determination for these species and their habitat (DeBeque phacelia, and the Big River Fishes).

## 1.2 SPECIES ADDRESSED

The species addressed in the PRMP and in this BA include all listed T&E species that are known to occur or have suitable habitat within the GJFO planning area. Also included are those species that have been proposed or are candidates for listing under the ESA and could occur in the planning area (**Table 1-1**).

BLM_0023429

**Table 1-1**
**List of Threatened, Endangered, and Proposed Species Addressed in Grand Junction Field Office RMP Biological Assessment**

| Common Name | Species Name | Federal Status[1] |
|---|---|---|
| **Listed Species for Potential Consultation** | | |
| Plants | | |
| Colorado hookless cactus | *Sclerocactus glaucus* | T |
| DeBeque phacelia | *Phacelia submutica* | T |
| Parachute penstemon | *Penstemon debilis* | T |
| Ute ladies'-tresses | *Spiranthes diluvialis* | T |
| Fish | | |
| Colorado pikeminnow | *Ptychocheilus lucius* | E |
| Greenback cutthroat trout | *Oncorhynchus clarki stomias* | T |
| Razorback sucker | *Xyrauchen texanus* | E |
| Bonytail | *Gila elegans* | E |
| Humpback chub | *Gila cypha* | E |
| Birds | | |
| Mexican spotted owl | *Strix occidentalis lucida* | T |
| Greater sage-grouse | *Centrocercus urophasianus* | C |
| Gunnison sage-grouse[2] | *Centrocercus minimus* | P |
| Western yellow-billed cuckoo[2] | *Coccyzus americanus* | T |
| Mammals | | |
| Canada lynx | *Lynx canadensis* | T |

Source: USFWS 2012a
[1]Status: E = Endangered; T = Threatened; P = Proposed for listing; C = Candidate for listing
[2]Critical habitat proposed

## 1.3 CONSULTATION HISTORY

The GJFO RMP/EIS will replace the 1987 Grand Junction RMP, as amended, (BLM 1987). Section 7 consultation was not completed for the previous RMP. The BLM has completed approximately 50 maintenance actions and 12 RMP amendments since the 1987 Record of Decisions was signed. Additionally, since completion of the 1987 Grand Junction RMP, several programmatic and project-specific consultations have been completed for activities in the planning area. The USFWS has been a cooperating agency on the GJFO RMP since the revision began in 2008.

### 1.3.1 Big River Fishes

In November 2008, The BLM prepared two Programmatic BAs for the four big river fishes (i.e., Colorado pikeminnow, bonytail, humpback chub, or razorback sucker). One BA addressed water depletions associated with the fluid mineral program in western Colorado, as administered by the BLM Colorado (BLM 2008b), and the other addressed all other water depleting BLM programs (BLM 2008a). After initiation of consultation, the USFWS issued two programmatic biological opinions (BOs) (USFWS 2008; 2009a). Both BOs found that water depleting activities were likely to adversely affect the four listed fish species and

BLM_0023430

their critical habitats. This consultation is valid until the following factors trigger the need for a reassessment:

- Any newly proposed critical habitat.

- New and relevant information regarding any of the four listed fishes or their habitats.

- Impacts not previously considered.

- Major changes in the Fluid Mineral Program (e.g., new or revised reasonably foreseeable developments, if higher than anticipated) or the program's implementation.

No reassessment factors have occurred since the USFWS issued the BOs. Therefore, this consultation remains valid.

### 1.3.2 Livestock Grazing

In 2012 the BLM prepared a BA (BLM 2012a) and an amendment containing revised conservation measures (BLM 2012b). The BA assessed the effects of the BLM's livestock grazing program on Colorado hookless cactus, clay-loving wild buckwheat, and *DeBeque phacelia* in the Uncompahgre, Grand Junction, and Colorado River Valley Field Offices. This BA determined that livestock grazing permitted by the BLM is likely to adversely affect these three listed species. The USFWS issued a programmatic BO for this consultation on November 15, 2012 (USFWS 2012b).

### 1.3.3 Integrated Weed Management Plan

On June 11, 2010, the BLM GJFO completed a BA which addressed the effects of integrated weed management on federally listed species including the Colorado hookless cactus, Canada lynx, greenback cutthroat trout, and four endangered Colorado River fishes and their designated critical habitat. An amended BA (July 12, 2010) requested conferencing on the impacts on the species proposed for Federal listing at the time: Parachute penstemon and DeBeque phacelia (BLM 2010b).

On July 27, 2010, the USFWS concurred with the BLM's determination that the Integrated Weed Management Plan may affect, but is not likely to adversely affect the Colorado hookless cactus, Canada lynx, greenback cutthroat trout, the four endangered Colorado River fishes (i.e., Colorado pikeminnow, razorback sucker, bonytail, and humpback chub), and their designated critical habitat. The USFWS also concurred with the BLM's determination that the Integrated Weed Management Plan may affect, but is not likely to adversely affect the two species proposed for federal listing at the time: the Parachute penstemon and the DeBeque phacelia. This BA tiers to the Programmatic Integrated Weed Management Plan BO. In 2014 the conference opinion for DeBeque phacelia and Parachute penstemon and their Critical Habitat was rolled into the consultation.

BLM_0023431

## 1.4 PURPOSE OF AND NEED FOR THE RMP/EIS

The purpose of this RMP revision is to ensure that public lands are managed in accordance with the intent of Congress, as stated in the Federal Land Management and Policy Act of 1976 (FLPMA), under the principles of multiple use and sustained yield. This will be accomplished by establishing desired goals, objectives, allowable uses, and management actions needed to achieve the desired conditions for resources and resource uses. The RMP incorporates new data, addresses land use issues and conflicts, specifies where and under what circumstances particular activities would be allowed on BLM-administered lands, and incorporates the mandate of multiple uses in accordance with the FLPMA. The RMP does not describe how particular programs or projects would be implemented or prioritized; rather, those decisions are deferred to more detailed implementation-level planning.

The FLPMA requires that the BLM "develop, maintain, and, when appropriate, revise land use plans" (43 USC 1712 [a]). The BLM-administered lands within the GJFO planning area are currently managed in accordance with the decisions in the 1987 Grand Junction RMP (BLM 1987). The BLM has completed approximately 50 maintenance actions and 12 RMP amendments since the 1987 Record of Decision was signed. There is a need to revise the GJFO RMP due to new issues that have arisen since the original plan was prepared. Major issues contributing to the RMP revision include the following (additional planning issues identified for this plan are outlined in Section 1.6.1 of the PRMP:

- Management of BLM-administered land to support numerous wildlife species and their habitats

- Management of BLM-administered lands containing both wilderness character and oil and gas potential, including areas not designated as Wilderness Study Areas (WSAs)

- Management of energy and mineral resources, including identifying areas and conditions in which mineral development can occur

- Management of increased visitation by way of off-highway vehicle (OHV) use and nonmotorized uses (e.g., mountain biking and hiking) that have led to increased concerns regarding resource protection and conflicting uses

- Completion of Wild and Scenic River (WSR) eligibility and suitability studies on river segments within the GJFO planning area

- Consideration of opportunities for land tenure adjustment to improve public land manageability

- Expansion of communities and the urban interface

- Consideration of right-of-way (ROW) exclusion areas and corridors

- The needs of local government and citizens to be heard on an array of issues regarding both traditional and emerging uses of BLM-

BLM_0023432

administered land and their potential social and economic effects on local communities and values

In addition, new resource assessments and scientific information is available to help the GJFO in revising previous decisions. Specifically, there may be a need to evaluate management prescriptions and resource allocations to address the increase in uses and demands on BLM-administered lands (such as natural gas development and recreation), as well as the interest in protecting natural and cultural resources. There is also the need to revise the RMP to allow for updated BLM management direction, guidance, and policy. Land use plan decisions may be changed only through the amendment or revision process

## 1.5 DESCRIPTION OF THE PLANNING AREA AND DECISION AREA

The GJFO planning area is composed of BLM; US Department of Agriculture (USDA), Forest Service (US Forest Service); US Department of the Interior, Bureau of Reclamation; and State of Colorado lands (**Table 1-2**, Land Status within the GJFO Planning Area) in Garfield, Mesa, Montrose, and Rio Blanco Counties in western Colorado. There are nearly 1.1 million acres of BLM-administered lands and 1.2 million acres of federal mineral estate in the planning area. The McInnis Canyons and Dominguez-Escalante National Conservation Areas (NCAs), while managed by the BLM and within the GJFO boundary, are or will be managed under separate RMPs. As such, these NCAs are not within the GJFO RMP decision area and are not part of this planning effort, with the exception of the portion of the Colorado River within the McInnis Canyons NCA that is being studied under the WSR Suitability Report. This is because the Colorado River is not part of the McInnis Canyons NCA (Public Law 106-353). If the segment is found suitable for inclusion in the National Wild and Scenic Rivers System, a separate activity-level plan will be prepared to provide for the management of the river as suitable. In addition, the Colorado National Monument, managed by the National Park Service, is within the GJFO boundary but is not included in the planning area or this RMP effort. A map of the planning area is provided as **Figure 1-1**, Project Planning Area.

**Table 1-2**
**Land Status within the GJFO Planning Area**

| Land Status | Acres | Percentage of Planning Area |
|---|---|---|
| BLM | 1,061,400 | 50 |
| US Bureau of Reclamation | 7,900 | less than 1 |
| Local (State, County, and City) | 3,400 | less than 1 |
| Private | 714,100 | 30 |
| State Wildlife Areas and State Recreation Areas (Colorado Parks and Wildlife [CPW]) | 1,400 | less than 1 |
| US Forest Service | 380,000 | 20 |
| Other | 370 | less than 1 |
| **Total** | **2,168,600** | **100** |

Source: BLM 2010a

BLM_0023433



Colorado

GJFO Planning Area
Bureau of Land Management
National Conservation Area
US Forest Service
Private
National Park Service
State of Colorado
Bureau of Reclamation
State of Colorado, County, or City Area
State Boundary
County Boundary
River
Road
Town

Source: BLM 2010a

*Project Planning Area*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5        10        15        20
Miles

Figure 1-1

BLM Grand Junction Field Office Resource Management Plan

The decision area for the RMP revision—those lands on which the RMP will make decisions—is composed of GJFO BLM-administered lands within the planning area (**Table 1-2**, Land Status within the GJFO Planning Area). Management direction and actions outlined in the RMP apply only to these BLM-administered lands in the planning area and to federal mineral estate under BLM jurisdiction that may lie beneath other surface ownership. Federal mineral estate under BLM jurisdiction is composed of mineral estate underlying BLM-administered lands, privately owned lands, and state-owned lands (**Table 1-3**, Mineral Status within the GJFO Planning Area by County). As such, federal mineral estate acres are greater than BLM-administered surface acres. No specific measures have been developed for private, state, or other federal lands, but given that these lands are interspersed with BLM-administered lands, they could be influenced or be indirectly affected by BLM management actions. BLM management authority on lands with a split estate (e.g., private surface but federal minerals) is limited to activities (both surface and subsurface) related to exploration and development of the minerals. The BLM adopts the leasing requirements determined by other surface-managing agencies when leasing the mineral estate under those lands with a split estate. National Forest System lands would have leasing decisions made in the appropriate US Forest Service Land and Resource Management Plan/EIS. In its plans, the US Forest Service analyzes impacts from oil and gas leasing and development on National Forest System Lands and describes where the US Forest Service will or will not consent to leasing.

**Table 1-3**
**Mineral Status within the GJFO Planning Area by County**

| Land Status (acres) | Garfield County | Mesa County | Montrose County | Rio Blanco County | Total |
|---|---|---|---|---|---|
| BLM/Federal Minerals | 322,600 | 721,700 | 17,100 | 0 | 1,061,400 |
| Private Surface/Federal Minerals | 33,300 | 132,700 | 200 | 400 | 166,600 |
| State Surface/Federal Minerals | 0 | 1,200 | 0 | 0 | 1,200 |
| Local Surface/Federal Minerals | 0 | 2,100 | 0 | 0 | 2,100 |

Source: BLM 2010a

BLM_0023435

# Section 2
# Proposed Action

## 2.1    Proposed RMP

The Proposed RMP (PRMP; the proposed action) is hereby incorporated by reference and summarized in this section. It would provide direction for managing the nearly 1.1 million acres of BLM-administered lands and 1.2 million acres of federal mineral estate within the GJFO planning area. This chapter details the PRMP; **Table 2-1**, Proposed Resource Management Plan—Goals, Objectives, and Management Actions by Resource and Resource Use, describes the goals, objectives, and actions of the PRMP which are relevant to the protection of biological resources. The full list of stipulations and BMPs in the Proposed RMP for other resource and resource use programs are included as appendices to this BA, and may provide additional protection to threatened, endangered, proposed and candidate species. For a complete summary of the goals, objectives, and management actions refer to Chapter 2 of the PRMP.

### Table 2-1
### Proposed Resource Management Plan—Goals, Objectives, and Actions by Resource and Resource Use

| Special Status Species |
| --- |
| **General** |

**GOAL:**

Manage special status species habitats to provide for their conservation and restoration as part of an ecologically healthy system.

**Objective (SSS-O1):**

Maintain or improve the quality of listed (i.e., threatened or endangered) and sensitive species habitat by managing public land activities to support species recovery and the benefit of those species.

**Allowable Use (SSS-AU1):**

**STIPULATION** CSU-9: *BLM Sensitive Plant Species Occupied Habitat.*

For plant species listed as sensitive by BLM, special design, construction, and implementation measures within a 100-meter (328 feet) buffer from the edge of occupied habitat may be required. In addition,

BLM_0023436

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

relocation of operations by more than 200 meters (656 feet) may be required. Standard exceptions apply.

**Allowable Use (SSS-AU2):**

**STIPULATION** CSU-10: *Wildlife Habitat.*

Require proponents of surface-disturbing activities to implement specific measures to mitigate impacts of operations on wildlife and wildlife habitat within high-value or essential wildlife habitat. Measures would be determined through biological surveys, onsite inspections, effects of previous actions in the area, and BMPs. Standard exceptions apply.

**Allowable Use (SSS-AU3):**

**LEASE NOTICE** LN-3: *Biological Inventories.* The operator is required to conduct a biological inventory prior to approval of operations in areas of known or suspected habitat of special status species, or habitat of other species of interest such as but not limited to raptor nests, Sage-Grouse leks, or significant natural plant communities. The operator, in coordination with the BLM, shall use the inventory to prepare mitigating measures to reduce the impacts on affected species or their habitats. These mitigating measures may include, but are not limited to, relocation of roads and other facilities and fencing operations or habitat. Where impacts cannot be mitigated to the satisfaction of the BLM's Authorized Officer, surface occupancy on that area is prohibited.

| Special Status Species: Fish |
| --- |

**Objective(SSS-F-O1):**

Maintain or improve the quality of listed (threatened or endangered) fish and sensitive fish habitat by managing public land activities to support species recovery and the benefit of those species.

**Implementation Action (SSS-F-A1):**

Identify limiting habitat factors based on site characteristics and habitat capabilities using channel type and geology classifications (e.g., Rosgen). Upon identification of limiting factors, prioritize and implement proven river, stream, lake, and riparian practices (e.g., in-channel habitat structures to create pools, riparian plantings) or by changing management of other program activities (e.g., changing livestock grazing season use) to achieve desired future condition.

**Action (SSS-F-A2):**

Designate the following ACECs to protect habitat for unique, sensitive, and listed fish (see ACECs section for management prescriptions):

- Dolores River Riparian ACEC: flannelmouth *(Catostomus latipinnis)* and bluehead sucker *(Catostomus discobolus)*; and
- Roan and Carr Creeks: green lineage cutthroat trout *(Oncorhynchus clarkii)*.

**Implementation Action (SSS-F-A3):**

While maintaining desired levels of access, identify and reroute or close and rehabilitate redundant, duplicative, or poorly constructed routes to reduce point sources of erosion and resulting sedimentation and turbidity impacts within watersheds containing known Colorado River and green lineage cutthroat trout populations. Focus on routes within closest proximity to occupied streams.

**Allowable Use (SSS-F-AU1):**

**STIPULATION** TL-1: *Salmonid and Native, Non-Salmonid Fishes.*
Prohibit in-channel stream work in all occupied streams during fish spawning, egg incubation, and fry emerging seasons. Fish spawning, egg incubation, and fry emerging seasons vary by elevation and temperatures; however the following intervals generally apply in Colorado:

BLM_0023437

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

- Cutthroat trout (various subspecies): May 1-September 1
- Rainbow trout: March 1-June 15
- Brown trout: October 1-May 1
- Brook trout: August 15-May 1
- Sculpin: May 1-July 31
- Bluehead sucker: May 1-July 15
- Flannelmouth sucker: April 1-July 1
- Roundtail chub: May 15-July 15
- Speckled dace: May 1-August 31
- Mountain whitefish: October 1-November 30

Exception Criteria: This stipulation only applies to construction and drilling and does not apply to operations and maintenance. If competing species are involved, the BLM may select to implement species-specific dates for native fish versus nonnative species. Specific exceptions apply.

**Allowable use (SSS-F-AU5):**
**STIPULATION** *CO-NSO-Hydrology River:*
No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major river: Colorado, Dolores, and Gunnison. Standard exceptions apply.

**Allowable Use (SSS-F-AU7):**
**STIPULATION** NSO-2: *Streams/Springs Possessing Lotic Riparian Characteristics.*
Prohibit surface occupancy and surface disturbing activities with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and surface disturbing activities within the riparian zone. Standard and special exceptions apply.

**Allowable Use (SSS-F-AU9):**
Manage the Roan and Carr Creeks ACEC as a ROW avoidance area to protect special status fish species' habitat.

**Special Status Species: Plants and Terrestrial Wildlife**

**GOAL (SSS-PTW-G1):**
Manage special status species and their habitats to provide for their conservation and restoration as part of an ecologically healthy system, and support the goals contained in Standard 4 of the Colorado Standards for Public Land Health (BLM 1997).

**Objective (SSS-PTW-O1):**
To conserve plants and animals (and their habitats) listed by federal and Colorado governments as threatened, endangered, sensitive or species of concern, and to conserve plants and animals that are candidates for these lists with the overall objective of improving their populations so that they can be removed from these lists.

**Action (SSS-PTW-A1):**
Manage threatened and endangered species' habitat as ROW avoidance areas. Relocate ROWs if a determination is made that the relocation action would benefit and promote recovery and would not further impact a threatened and endangered species.

BLM_0023438

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

**Action (SSS-PTW-A2):**

Avoid authorizing 2920 permits (such as site facilities and commercial filming) within known threatened and endangered species' habitat. Allow permits only when there are shown to be no effects on threatened and endangered species habitat.

**Allowable Use (SSS-PTW-AU1):**

Manage the following ACECs as ROW exclusion areas to protect threatened and endangered species' habitat:

- Atwell Gulch (except for ROWs to existing oil and gas leases issues under the 1987 RMP without NSO lease stipulations);
- Pyramid Rock; and
- South Shale Ridge (except for ROWs to existing oil and gas leases issues under the 1987 RMP without NSO lease stipulations).

**Action (SSS-PTW-A3):**

Protect and maintain unique ecological values for the following habitat locations to improve the habitat for unique, sensitive, threatened, and endangered plants and animals.

- Atwell Gulch ACEC: Colorado hookless cactus, DeBeque milkvetch, and Naturita milkvetch *(Astragalus naturitensis)*;
- Badger Wash ACEC: grand buckwheat, Ferron's milkvetch, cliffdweller's cryptantha, and Gardner's saltbrush/salina milkdrye;
- Dolores River Riparian ACEC: peregrine falcon *(Falco peregrinus)*, bald eagle, Kachina daisy *(Erigeron kachinensis)*, Eastwood's monkeyflower, *(Mimulus eastwoodiae)*, San Rafael milkvetch, Dolores River skeleton plant, horseshoe milkvetch, Grand Junction milkvetch, and Gypsum catseye *(Cryptantha crassipes)*;
- Juanita Arch ACEC: Grand Junction milkvetch;
- The Palisade ACEC: peregrine falcon, bald eagle, Dolores River skeleton plant, San Rafael milkvetch, horseshoe milkvetch, Fisher Tower's milkvetch, tufted green gentian, and Osterhout's catseye;
- Pyramid Rock ACEC: Colorado hookless cactus, DeBeque phacelia, DeBeque milkvetch, Naturita milkvetch, adobe thistle, and aromatic Indian breadroot;
- Rough Canyon ACEC: canyon treefrog, Gunnison Sage-Grouse, Grand Junction milkvetch, and Eastwood's desert parsley;
- Sinbad Valley ACEC: Gypsum catseye;
- South Shale Ridge ACEC: Colorado hookless cactus, DeBeque phacelia, Naturita milkvetch, and adobe thistle; and
- Unaweep Seep ACEC: Great Basin silverspot butterfly and giant helleborine.

**Action (SSS-PTW-A4):**

Pursue land tenure adjustments to facilitate the conservation or recovery of special status species. Avoid the disposal of occupied special status species' habitat.

**Allowable Use (SSS-PTW-AU3):**

**LEASE NOTICE** LN-4 *Threatened and Endangered Species.* This lease contains habitat for threatened and endangered species. Prior to undertaking any activity on the lease, including surveying and staking of well locations, the lessee may be required to perform botanical inventories on the lease. Special design and construction measures may also be required in order to minimize impacts on threatened and endangered species habitat from drilling and producing operations.

BLM_0023439

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| Plants |
|---|

**Objective (SSS-P-O1):**

Promote maintenance and recovery of federally listed, proposed, and candidate plant species by protecting occupied habitat. Protect occupied habitat for all BLM sensitive plant species and significant plant communities as defined and tracked by CNHP.

Implementation Action (SSS-P-A1):

Identify the following areas as core conservation populations for special status plant species:

- Atwell Gulch;
- Logan Wash Mine;
- Pyramid Rock ACEC;
- South Shale Ridge;
- Sunnyside; and
- Reeder Mesa.

Manage identified habitat to maintain the population. Management tools include but are not limited to weed treatments, inter-seeding, route closures, fencing, and managing timing and intensity of grazing. Identify additional areas as populations are identified and species of concern are modified.

Limit new road construction in Reeder Mesa, Sunnyside, Logan Wash Mine, and South Shale Ridge, and designate new roads associated with authorized uses as administrative (e.g., oil and gas and ROWs). Rehab and close roads associated with authorized uses when no longer needed.

**Implementation Action (SSS-P-A2):**

Monitor special status plant populations to determine trends, impacts, and guide future management, with an emphasis on areas near surface-disturbing activities. Utilize monitoring data to determine and modify NSO stipulations applicable to current and historically occupied habitat of threatened, endangered, proposed, and candidate plants.

**Implementation Action (SSS-P-A3):**

Reduce redundancies in routes to minimize habitat fragmentation, and minimize direct impacts on listed plant species habitat, and occupied habitat from motorized and mechanized users of roads, routes and trails. Identify mitigation where open routes are negatively effecting designated critical habitat.

**Implementation Action (SSS-P-A4):**

Reduce as much as practicable route density (miles/square mile) within 200 meters of known Threatened and Endangered plant occurrences throughout the field office. If occurrences are identified in the future that conflict with route designations, implement reroutes.

**Allowable Use (SSS-P-AU1):**
**STIPULATION** NSO-12: *ACECs.*

Prohibit surface occupancy and surface-disturbing activities in the following ACECs to protect threatened, proposed, candidate, and sensitive plants. Standard exceptions apply.

- Atwell Gulch (threatened and sensitive plants);
- Badger Wash (sensitive plants);
- Pyramid Rock (threatened and sensitive plants);
- South Shale Ridge (threatened and sensitive plants); and
- Unaweep Seep (sensitive plants).

BLM_0023440

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

**Allowable Use (SSS-P-AU2):**

**STIPULATION** NSO-13: *Current and Historically Occupied and Critical Habitat of Threatened, Endangered, Proposed, and Candidate Plant and Animal Species.*
Prohibit certain surface uses (as specified in Appendix B of the RMP), to protect threatened, endangered, proposed, and candidate plants and animals from indirect impacts, loss of immediately adjacent suitable habitat, or impacts on primary constituent elements of critical habitat as designated by USFWS. Maintain existing buffer distances where pre-existing disturbance exists, and reduce redundancies in roads to minimize fragmentation, and minimize direct impacts from motorized and mechanized users of roads, routes and trails. In undisturbed environments and ACECs, prohibit new disturbance within 200 meters (656 feet) of current and historically occupied and suitable habitat. This stipulation includes emergency closures of roads where damage to T&E habitat has occurred.

**Allowable Use (SSS-P-AU7):**

**STIPULATION** *CO-CSU-Plant Community.*
Surface occupancy or use may be restricted within occupied habitat that meets BLM's criteria, as established in the Resource Management Plan, for significant and/or relict plant communities:

- all old growth forests and woodlands and
- plant communities that meet BLM's criteria for significant plant communities

Special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain the viability of significant or relict plant communities.

**Yellow-billed Cuckoo**

**Objective (SSS-Y-O1):**

Maintain and improve BLM lands for yellow-billed cuckoo habitat.

**Action (SSS-Y-A1):**

Where large stands of cottonwoods occur, develop management plans to restore or improve cuckoo habitat and increase canopy cover and mid-story tree and shrub cover.

**Allowable use (SSS-Y-AU2):**

**STIPULATION** *CO-NSO-Hydrology River:*
No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Colorado, Dolores, and Gunnison. Standard exceptions apply.

**Allowable Use (SSS-Y-AU4):**

**STIPULATION** NSO-2: *Streams/Springs Possessing Lotic Riparian Characteristics.*
Prohibit surface occupancy and surface disturbing activities with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and surface disturbing activities within the riparian zone. Standard and special exceptions apply.

**Gunnison and Greater Sage-Grouse**

**Objective (SSS-SG-O1):**

Advance the conservation of Gunnison and Greater Sage-Grouse and their habitat in accordance with current national, state, and local working group recommendations and policy as well as the most current scientific literature and research.

BLM_0023441

**Table 2-1
Proposed Resource Management Plan—Goals, Objectives, and Actions
by Resource and Resource Use**

**Implementation Action (SSS-SG-A1):**

Consistent with current guidance for sagebrush-dependent species, improve areas of poor quality nesting habitat by implementing the following actions, including but not limited to:

- In areas where species diversity is low seed area with grasses and forbs, with an emphasis on forbs if brood-rearing occurs in the area, accompanied by light disking and interseeding, or drill seeding.
- Where sage is decadent and does not meet habitat objectives, conduct thinning by roller-chopping, light disking, Dixie Harrow, Lawson Aerator or other methods.
- Conduct vegetation treatments to retain residual cover through fall and winter into nesting season.

**Implementation Action (SSS-SG-A2):**

When reseeding roads, primitive roads and trails, use appropriate seed mixes (appropriate for Sage-Grouse ecological conditions) and consider the use of transplanted sagebrush.

**Implementation Action (SSS-SG-A3):**

Reduce routes through currently suitable or potentially suitable Gunnison and greater sage grouse habitat by reducing routes through sage brush parks, with an emphasis on routes that bisect sage brush parks.

**Implementation Action (SSS-SG-A4):**

Improve brood-rearing habitats by implementing the following action:

- Restore old ponds or construct new ponds in areas lacking water, while minimizing potential for promoting mosquito breeding habitat at elevations below 8,000 feet.

**Implementation Action (SSS-SG-A5):**

Improve lek areas by mechanically treating historic lek areas where sagebrush density has increased.

**Implementation Action (SSS-SG-A6):**

To reduce disturbance to Gunnison or Greater Sage-Grouse, close duplicative or redundant routes within Sage-Grouse habitat and within 4 miles of a lek.

**Implementation Action (SSS-SG-A7):**

Remove/modify raptor perches, in Gunnison and Greater Sage-Grouse habitat (trees, fences, dry-hole markers, and power poles).

**Implementation Action (SSS-SG-A8):**

Monitor measureable objectives and evaluate grazing management to assure that management actions are achieving Sage-Grouse habitat objectives.

**Implementation Action (SSS-SG-A9):**

Design any new structural range improvements to conserve, enhance, or restore Sage-Grouse habitat through an improved grazing management system relative to Sage-Grouse objectives. Structural range improvements, in this context, include but are not limited to: cattleguards, fences, enclosures, corrals or other livestock handling structures; pipelines, troughs, storage tanks (including moveable tanks used in livestock water hauling), windmills, ponds/reservoirs, solar panels and spring developments.

**Action (SSS-SG-A10):**

To reduce Sage-Grouse strikes and mortality, remove, modify, or mark fences in high risk areas. When fences are necessary, require a Sage-Grouse-safe design.

**Action (SSS-SG-A11):**

Locate supplements (salt or protein blocks) in a manner designed to conserve, enhance, or restore Sage-Grouse habitat.

**Action (SSS-SG-A12):**

Offer temporary use on a case-by-case basis in allotments where grazing preference has been relinquished, or non-use warrants to rest other allotments that include important Sage-Grouse habitat.

BLM_0023442

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

**Action (SSS-SG-A13):**

Apply TL-16 (Occupied Sage-Grouse Winter Habitat) or TL-17 (Sage-Grouse Leks) to vegetation management treatments according to the type of seasonal habitats present in a priority area.

**Implementation Action (SSS-SG-A14):**

Monitor after vegetation treatments for success in meeting objectives and monitor and control invasive vegetation after vegetation treatments in Sage-Grouse habitat.

**Action (SSS-SG-A15):**

Apply post-vegetation treatment management and monitoring to ensure long term persistence of seeded native plants. Outline temporary or long-term changes in livestock grazing, wild horse and burro, and travel management, etc., to achieve and maintain vegetation management objectives to benefit Sage-Grouse and their habitats.

**Action (SSS-SG-A16):**

Design vegetation treatments in Sage-Grouse habitats to strategically reduce wildfire threats in the greatest area. This may involve spatially arranging new vegetation treatments with past treatments, vegetation with fire-resistant seral stages, natural barriers, and roads in order to constrain fire spread and growth. This may require vegetation treatments to be implemented in a more linear versus block design.

**Action (SSS-SG-A17):**

Include Sage-Grouse habitat parameters as defined by Connelly et al. (2000), Hagen et al. (2007) or if available, state and federal Sage-Grouse conservation and recovery plans and appropriate local information in habitat restoration objectives. Make maintaining these objectives within priority Sage-Grouse habitat areas a high restoration priority.

**Action (SSS-SG-A18):**

Choose native plant seeds for vegetation treatments based on availability, adaptation (site potential), probability for success, and the vegetation management objectives for the area covered by the treatment. Where probability of success or native seed availability is low, use species that meet soil stability and hydrologic function objectives as well as vegetation and Sage-Grouse habitat objectives.

**Action (SSS-SG-A19):**

Manage the following areas to benefit Sage-Grouse habitat:
- Wildlife Emphasis Areas:
  o Glade Park and
  o Sunnyside.
- ACECs:
  o Roan and Carr Creek

**Allowable use (SSS-SG-AU2):**

Identify the following as ROW avoidance areas:
- Sage-Grouse occupied habitat and
- Within a 4-mile radius of Sage-Grouse leks.

**Allowable Use (SSS-SG-AU3):**

**No Leasing:** *Sage-Grouse.*
Close all occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) and Greater Sage Grouse habitat within one mile of an active lek to fluid mineral leasing and geophysical exploration.

**Allowable Use (SSS-SG-AU4):**

**No Leasing:** *Split-estate.*
Manage 12,200 acres of Private and State surface/federal fluid mineral estate in all occupied Gunnison Sage-Grouse habitat and Greater Sage Grouse habitat within one mile of an active lek as closed to fluid

BLM_0023443

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| |
|---|
| mineral leasing and geophysical exploration. |
| **Allowable Use (SSS-SG-AU5):** |
| **STIPULATION** TL-16: *Occupied Sage-Grouse Winter Habitat.* Prohibit surface occupancy and surface-disturbing activities in occupied Sage-Grouse winter habitat from December 16 to March 15. |
| **Allowable Use (SSS-SG-AU6):** |
| **STIPULATION** NSO-25: *Sage-Grouse Leks, Nesting, and Early Brood-rearing Habitat.* Prohibit surface occupancy and surface-disturbing activities within 4 miles of an active lek or within Sage-Grouse nesting and early brood-rearing habitat. Standard and special exceptions apply. |
| **Allowable Use (SSS-SG-AU8):** |
| **STIPULATION** TL-17: Sage-Grouse Leks. Prohibit surface occupancy and surface-disturbing activities within 4 miles of Sage-Grouse leks from March 1 to June 30. Standard and special exceptions apply. |
| **Mexican Spotted Owl** |
| **GOAL (VFW-G2):** |
| Maintain forests and woodlands for a healthy mix of successional stages within the natural range of variation that incorporates diverse structure and composition. |
| **Objective (VFW-O2):** |
| Manage ponderosa pine (*Pinus ponderosa*), Douglas-fir (*Pseudotsuga menziesii*), aspen *(Populus tremuloides)*, and spruce/fir to mimic natural stand conditions and natural regeneration. |
| **Action (VFW-A3):** |
| Use prescribed fire and mechanical, chemical, and biological treatments as necessary to reduce the risk of disease vectors and to increase the resilience to beetles and disease. |
| **Objective (VDPC-O9):** |
| Emphasize perpetuating late- to mid-seral plant communities that provide suitable habitat for wildlife. |
| **Special Status Species: Canada Lynx** |
| **Objective (SSS-CL-O1):** |
| Maintain and improve BLM-managed portions of Lynx Analysis Units for Lynx habitat. |
| **Action (SSS-CL-A1):** |
| Within lynx *(Lynx canadensis)* habitat in Lynx Analysis Units: <br> • Manage timber harvest consistent with the August 2013 Lynx Conservation Assessment and Strategy and <br> • Limit the expansion of consistent snow compaction unless it serves to consolidate use and improve lynx habitat. |

Relevant PRMP appendices are attached to this BA and include **Appendix H**, Best Management Practices and Standard Operating Procedures; and **Appendix B**, Stipulations Applicable to Fluid Mineral Leasing and Other Surface-Disturbing Activities. Relevant Best Management Practices, Standard Operating Procedures, and Stipulations are discussed further in the effects analysis of Chapter 4 in this BA; general context and applicability are discussed below:

BLM_0023444

BMPs are state-of-the-art mitigation measures applied on a site-specific basis to avoid, minimize, reduce, rectify, or compensate for adverse environmental or social impacts. They are applied to management actions to aid in achieving desired outcomes for safe, environmentally responsible resource development, by preventing, minimizing, or mitigating adverse impacts and reducing conflicts. While BMPs for all resource programs could indirectly benefit listed species by protecting habitat, BMPs for soil resources (page H-6), water resources (page H-9), vegetation (page H-17), and fish and wildlife and special status species (page H-29) would be most likely to benefit listed species because these BMPs are targeted at listed species and/or are more likely to overlap with critical habitat.

Stipulations are mitigation measures which apply to select activities on lands overlying federal mineral estate, which includes mineral estate underlying BLM lands, privately-owned lands, and state-owned lands. Under the PRMP, three types of stipulations could be applied to new fluid mineral leases or other land use authorizations, except for those authorized under the realty program: 1) no surface occupancy (NSO) or other no surface-disturbing activities; 2) controlled surface use (CSU); and 3) timing limitation (TL). ROW authorizations are governed by avoidance and exclusion area restrictions.

> NSO/No Surface-disturbing Activities: Allows fluid mineral leasing, but surface-disturbing activities cannot be conducted on the surface of the land unless an exception, waiver, or modification is granted. Access to fluid mineral deposits would require directional drilling from outside the boundaries of the NSO/No Surface-disturbing Activities areas.

> CSU: Allows some use and occupancy of public land, while protecting identified resources or values. A CSU stipulation allows the BLM to require special operational constraints, or the surface-disturbing activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value.

> TL: Closes an area to fluid mineral exploration and development, surface-disturbing activities, and intensive human activity during identified time frames. This stipulation does not apply to operation and basic maintenance activities, including associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and other operations considered to be intensive in nature are not allowed.

In addition to those stipulations directed at protecting special status species (see pages B-9, B-13, and B-16), the Proposed RMP includes a broader suite of stipulations that would protect special status species by limiting or prohibiting surface-disturbing activities in areas where these species may occur. These include NSO stipulations that prohibit surface-disturbing activities, CSU stipulations that require site-specific avoidance of sensitive resources, and TL stipulations that seasonally prohibit or limit surface-disturbing activities.

BLM_0023445

Whether a stipulation is targeted at special status species or a different resource, the resultant reduction in surface-disturbing activities would benefit special status species. Under the Proposed RMP, there would be 647,900 acres of NSO stipulations, 599,300 acres of CSU stipulations, and 526,400 acres of TL stipulations. Note that acreages of NSO, CSU, and TL stipulations may overlap.

The entire stipulations appendix for the Proposed RMP/Final EIS is attached as an appendix to this BA. While all stipulations could indirectly benefit listed species by minimizing surface disturbance, stipulations for water resources (pages B-8 and B-13), soil resources (pages B-8 and B-13), vegetation (pages B-8 and B-13), special status species (pages B-9, B-13, and B-16), fish and wildlife (pages B-10, B-14, and B-17), and ACECs (pages B-11 and B-15) would be most likely to benefit listed species because these stipulations are targeted at listed species and/or are more likely to overlap with critical habitat.

BLM_0023446

This page intentionally left blank.

BLM_0023447

# SECTION 3
# EVALUATED SPECIES

## 3.1 INTRODUCTION

Eleven threatened or endangered species, two proposed threatened or endangered species, and one candidate species for listing are addressed in this BA (see **Table 1-1**). This chapter describes the following for each species:

- Species description
- Life history
- Status and distribution
- Environmental baseline
- Critical habitat
- Threats

The *environmental baseline* is defined by the regulations implementing the ESA (50 CFR, Part 402.02) as the following:

- Past and present impacts of all federal, state, and private actions and other human activities in the action area.
- The anticipated impacts of all proposed state or federal projects in the action area that have already undergone formal or early Section 7 consultation.
- The impact of state or private actions that are contemporaneous with the consultation process.

The *action area* is defined at 50 CFR, Part 402, to mean "all areas to be affected directly or indirectly by the federal action and not merely the immediate area involved in the action." For the purposes of this consultation, the action area includes lands administered by the BLM in the GJFO and those nearby that could be affected by the proposed action. In the case of water depletions and

BLM_0023448

the four endangered big river fish, the action area extends downstream for the entire range of each species in the Colorado River.

## 3.2 LISTED SPECIES

### 3.2.1 Colorado Hookless Cactus

#### Species Description

The Colorado hookless cactus was formerly part of a complex of cactus species called the Uinta Basin hookless cactus, with the taxonomic name *Sclerocactus glaucus*. The species ranged from western Colorado and into portions of eastern Utah. A taxonomic review of the species in 2007 determined that *Sclerocactus glaucus* is actually three separate species: *S. glaucus*, *S. wetlandicus*, and *S. brevispinus* (74 FR, 47112). *S. glaucus* occurs only in western Colorado and has been renamed Colorado hookless cactus. *S. wetlandicus* and *S. brevispinus* occur only in Utah.

The Colorado hookless cactus is barrel-shaped and typically ranges from 1.2 to 4.8 inches (3 to 12 centimeters) tall, with exceptional plants up to 12 inches (30 centimeters) tall. The flowers are usually funnel shaped but sometimes are bell shaped. They usually have pink to violet tepals (USFWS 2010a).

#### Life History

Populations of Colorado hookless cactus occur primarily on alluvial benches (soils deposited by water) along the Colorado and Gunnison Rivers and their tributaries. It generally occurs on gravelly or rocky surfaces on river terrace deposits, on mesa tops, and along the spines of ridges. Exposures vary, but Colorado hookless cactus is more abundant on south-facing slopes (USFWS 2010a). Soils are usually coarse, gravelly river alluvium above the river floodplains. They usually consist of Mancos shale, with volcanic cobbles and pebbles on the surface.

Elevations range from 3,900 to 6,000 feet (1,400 to 2,000 meters; USFWS 2010a). Associated desert shrubland vegetation is shadscale (*Atriplex confertifolia*), galleta grass (*Pleuraphis jamesii*), black-sage (*Artemisia nova*), and Indian rice grass (*Achnatherum hymenoides*; USFWS 2010a). Populations also exist in big sagebrush- (*Artemisia tridentata*) or greasewood- (*Sarcobatus vermiculatus*) dominated sites and in the transition zone from sagebrush (*Pinus edulis*) to pinyon-juniper (*Juniperus osteosperma*) communities (USFWS 2010a).

Pollinators include the honeybee and native bees in the genera *Eucera*, *Ashmeadiella*, *Heriades*, *Agapostemon*, and *Lasioglossum* (Rechel et al. 1999). Seed dispersal is primarily by means of ants, which are attracted by nutritious seeds which the Colorado hookless cactus produces (Rechel et al. 1999).

BLM_0023449

### Status and Distribution

The Colorado hookless cactus was first listed as a threatened species in 1979 (44 FR 58868) as Uinta Basin hookless cactus (*Sclerocactus glaucus*). On September 15, 2009 (74 FR 47112), the USFWS officially recognized the taxonomic split of this species, as described above. Critical habitat has not been designated.

The Colorado hookless cactus is an endemic plant found in Delta, Montrose, Mesa, and Garfield Counties, Colorado. There are two population centers of Colorado hookless cactus. The first is on alluvial river terraces of the Gunnison River from near the City of Delta to southern Mesa County; the second is on alluvial river terraces and mesa slopes of the Colorado River, Plateau Creek, and Roan Creek drainages in the vicinity of DeBeque, Colorado (USFWS 2010a). The species has been documented at 93 occurrences, totaling approximately 23,000 individuals (CNHP 2014).

### Environmental Baseline

#### Occurrence in the Action Area

Within the planning area, the Colorado hookless cactus occurs primarily near DeBeque (north and south of Interstate 70) and in the Whitewater area. The Denver Botanic Gardens, in collaboration with the BLM, conducts on-going cactus monitoring efforts, including several populations within the action area west of DeBeque and north of Mesa. Monitoring data indicates the species is stable throughout its range (DePrenger-Levin and Kao 2013).

#### Past and Present Impacts

Threats to the species within the GJFO include habitat degradation as a result of livestock trampling and grazing, nonnative halogeton and cheatgrass encroachment, energy development, recreation, and unauthorized collection. Predation by rabbits and cactus-borer beetle (*Moneilema semipunctatum*) may also be a significant source of mortality (USFWS 2010a).

### Critical Habitat

Critical habitat has not been designated for Colorado hookless cactus.

### Threats

The primary threats to Colorado hookless cactus are as follows (USFWS 2010a):

- Natural gas exploration and production
- Pipelines, utilities, and other rights-of-way (ROWs)
- Off-highway vehicle activity
- Livestock grazing and trampling
- Herbicides and pesticides

BLM_0023450

- Hybridization

- Illegal human collection

- Potential water developments

- Climate change

## 3.2.2  DeBeque Phacelia

### Species Description

DeBeque phacelia is a rare annual plant. It is a low-growing, herbaceous, spring annual plant with a tap root. The stems are typically 0.8 to 3 inches (2 to 8 centimeters) long, often branched at the base and mostly lying flat on the ground as a low rosette. Stems are often deep red and more or less hairy. Leaves are similarly hairy, reddish at maturity, egg-shaped or almost rectangular with rounded corners, with bases abruptly tapering to a wedge-shaped point. Leaf margins are smooth or toothed. The tube-shaped flowers are yellowish white, on short stems (USFWS 2014b).

### Life History

DeBeque phacelia is a rare annual plant endemic to nearly barren, clay soils derived from the Atwell Gulch and Shire members of the Wasatch Formation in Mesa and Garfield Counties, Colorado. These clay soils are found on moderately steep slopes, benches, and ridge tops adjacent to valley floors of the southern Piceance Basin in Mesa and Garfield Counties, Colorado. All occurrences consist of small patches of plants on uniquely textured, shrink-swell clay soil separated by larger areas of similar-appearing soils that are not occupied by DeBeque phacelia. DeBeque phacelia seeds usually germinate in early April and finish their life cycle by late June to early July after which time they dry up and disintegrate or blow away, leaving no indication that the plants were present (USFWS 2014b). The seed bank is the mechanism by which the populations survive. The seeds can remain dormant for 5 years (and probably longer) until the combination and timing of temperature and precipitation are optimal (USFWS 2011a).

### Status and Distribution

The USFWS listed DeBeque phacelia as a threatened species under a final rule published on July 27, 2011 (76 FR 45054). Critical habitat for the species was designated on August 13, 2012 (77 FR 48367). The DeBeque phacelia is endemic to the southern Piceance Basin. Its range encompasses 82,231 acres, and as of 2012, the species occupied a total of 558.6 acres. Plants are found at elevations ranging from 5,000 to 7,150 feet (1,525 to 2,180 meters; USFWS 2013a).

The number of plants varies widely from year to year depending on climatic conditions. The fluctuation in numbers indicates that many seeds remain dormant in the seed bank during unfavorable years for germination. As such, it is difficult to estimate the total population size. Upper counts from surveys over

BLM_0023451

the past 30 years estimated a total of 68,731 individuals (USFWS 2013a). The final listing rule provides a thorough and up-to-date review of the status of the species.

***Environmental Baseline***

*Occurrence in the Action Area*
There are 19,600 acres of critical habitat within the action area. Of the nine designated Critical Habitat Units (CHUs), unit 2 (Pyramid Rock) is the largest at approximately 17,321 acres located west of the town of DeBeque.

*Past and Present Impacts*
DeBeque phacelia is especially vulnerable to habitat loss by virtue of being restricted to the barren and semibarren habitat of specific members of the Wasatch geological formation that has a limited distribution within the Piceance Basin (Ladyman 2003). Its habitat coincides with high potential natural gas reserves and has historically been affected by activities associated with resource extraction. Activities that lead to significant soil disturbance, or progressive soil erosion, eliminate or sharply reduce the seed bank, which appears to be the mechanism by which populations survive. Additionally, surface-disturbing activities can introduce and spread weeds resulting in altered plant communities that threaten DeBeque phacelia.

Impacts on DeBeque phacelia have also been documented from OHV use and livestock trampling (USFWS 2013a).

***Critical Habitat***
Critical Habitat for DeBeque phacelia was designated and finalized on August 13, 2012 (USFWS 2012c). A total of 25,484 acres of critical habitat were designated within nine CHUs: Sulphur Gulch, Pyramid Rock, Roan Creek, DeBeque, Mount Logan, Ashmead Draw, Baugh Reservoir, Horsethief Mountain, and Anderson Gulch. BLM-administered lands within the GJFO planning area cover 19,600 acres of these CHUs (USFWS 2012c).

Critical habitat primary constituent elements for the DeBeque phacelia, are described in **Table 3-1**, Primary Constituent Elements of DeBeque Phacelia Critical Habitat.

BLM_0023452

**Table 3-1**
**Primary Constituent Elements of DeBeque Phacelia Critical Habitat**

| Features | Description |
|---|---|
| Suitable Soils and Geology | • Atwell Gulch and Shire members of the Wasatch formation.<br><br>• Within these larger formations, small areas (from 10 to 1,000 square feet [1 to 100 square meters]) on colorful exposures of chocolate to purplish brown, light to dark charcoal gray, and tan clay soils are especially important. These small areas are slightly different in texture and color than the similar surrounding soils. Occupied sites are characterized by alkaline (pH range from 7 to 8.9) soils with higher clay content than similar nearby unoccupied soils.<br><br>• Clay soils that shrink and swell dramatically upon drying and wetting and are likely important in the maintenance of the seed bank. |
| Topography | • Moderately steep slopes, benches, and ridge tops adjacent to valley floors. Occupied slopes range from 2 to 42 degrees with an average of 14 degrees. |
| Elevation and Climate | • Elevations from 4,600 to 7,450 feet (1,400 to 2,275 meters).<br>• Climatic conditions similar to those around DeBeque, Colorado, including suitable precipitation and temperatures. Annual fluctuations in moisture (and probably temperature) greatly influences the number of *Phacelia submutica* individuals that grow in a given year and are thus able to set seed and replenish the seed bank. |
| Plant Community | • Small (from 10 to 1,000 square feet [1 to 100 square meters]) barren areas with less than 20 percent plant cover in the actual barren areas.<br>• Presence of appropriate associated species that can include (but are not limited to) the natives *Grindelia fastigiata*, *Eriogonum gordonii*, *Monolepis nuttalliana*, and *Oenothera caespitosa*. If sites become dominated by *Bromus tectorum* or other invasive nonnative species, they should not be discounted because *Phacelia submutica* may still be found there.<br><br>• Appropriate plant communities within the greater pinyon–juniper woodlands that include:<br>    o Clay badlands within the mixed salt desert scrub, or<br>    o Clay badlands within big sagebrush shrublands. |
| Maintenance of the Seed Bank and Appropriate Disturbance Levels | • Within suitable soil and geologies (see Suitable Soils and Geology above), undisturbed areas where seed banks are left undamaged.<br>• Areas with light disturbance when dry and no disturbance when wet. Clay soils are relatively stable when dry but are extremely vulnerable to disturbances when wet. |

Source: USFWS 2012c

**Threats**
The primary threats to DeBeque phacelia are as follows (USFWS 2013a):

- Oil and gas development

- Utility and energy corridors

- Livestock use and trampling

- OHV use

- Invasive nonnative plants

BLM_0023453

- Water reservoirs

- Climate change and drought

### 3.2.3 Parachute Penstemon

#### Species Description

Parachute penstemon, which is also known as Parachute beardtongue, is a mat-forming perennial herb with thick, succulent, bluish leaves, each about 0.8 inches (2 centimeters) long and 0.4 inches (1 centimeter) wide. Plants produce shoots that run along underground, forming what appear as new plants at short distances away. The funnel-shaped flowers are white to pale lavender (USFWS 2011a).

#### Life History

Parachute penstemon is endemic to sparsely vegetated, steep talus slopes on the southern escarpment of the Roan Plateau in Garfield County, Colorado. The species was first discovered in 1986. Plants are found on the oil-shale rich Parachute Creek Member of the Green River Formation between 8,000 and 9,000 feet (2,440 to 2,740 meters) in elevation, although a small population was recently found on Green River shale alluvium at elevations ranging from 5,500 to 5,800 feet (1,675 to 1,770 meters). Parachute penstemon is uniquely adapted to survive on steep and constantly moving talus slopes. The stems of Parachute penstemon elongate downslope from their initial rooting point as the leaves become buried by shifting shale shards. When these stems encounter a sufficiently stable surface, they may develop a new tuft of leaves, flower, and set seed. Vegetation on these talus slopes is generally quite sparse (less than 20 percent canopy cover), providing little competition for the Parachute penstemon (USFWS 2011a).

The species blooms between June and September, and the plants produce a small number of seeds that are dispersed by gravity. They require cross pollination, and have many different pollinators that vary between occurrences. None of the pollinators are specialists to this species or rare (USFWS 2011a).

#### Status and Distribution

The USFWS published a final rule on July 27, 2011 to list the species as threatened under the ESA effective August 26, 2011 (76 FR 45054). Critical habitat for the species was designated on August 13, 2012 (77 FR 48367).

The historical range and distribution for this species is unknown. All of the currently known occurrences occupy about 91.8 acres on the Green River geologic formation in Garfield County, Colorado (USFWS 2011a). Although this formation is located underground throughout most of the Piceance Basin, it is exposed on much of the southern face of the Roan Plateau, the area in which the plant is restricted. The total area of the plant's geographic range is about 2 miles (3 kilometers) wide and 17 miles (27 kilometers) long. Six occurrences of

BLM_0023454

*Penstemon debilis* were found between 1986 and 2005; two of them are no longer considered viable (USFWS 2014a). The total estimated population size consists of only 4,138 individuals (USFWS 2013b). It is likely that unknown occurrences exist, because many areas are inaccessible to surveyors due to cliff-side terrain or private lands.

### Environmental Baseline

*Occurrence in the Action Area*
There are seven known occurrences of the Parachute penstemon, two of which are wholly or partially on BLM-administered lands within the GJFO planning area. These include the Mount Logan Road population and the Mount Logan Mine population. The Mount Logan Mine population has an estimated 533 plants, the majority of which occur on private lands. The Mount Logan Road population, which extends along a mining road, is nearly extirpated with 3 estimated occurrences (USFWS 2013b).

Scattered plants have also been found outside of the GJFO planning area in Smith Gulch, an outwash within the BLM's Colorado River Valley Field Office far below the expected elevation for this species. This may mean that there are more populations in the GJFO planning area at lower elevations. However, none are known at this time.

*Past and Present Impacts*
Maintenance and reclamation activities along Logan Wash Mine access road have resulted in plant mortality and habitat destruction. Oil and gas development and oil shale extraction also threaten the species (USFWS 2013b). Forty percent of occupied habitat and 69 percent of the plants are located on Oxy USA WTP LP (Oxy) property under a State of Colorado Natural Area Program (CNAP) agreement, where the plants are minimally disturbed. A proposal to designate the Logan Wash Mine site as a Natural Area would provide additional protection to the species and its habitat found in this area.

### Critical Habitat
Four CHUs covering 15,510 acres have been designated for Parachute penstemon: Brush Mountain, Cow Ridge, Mount Callahan, and Anvil Points (USFWS 2012c). The Brush Mountain and Cow Ridge CHUs are not occupied; however, they contain the primary constituent elements sufficient to support the life-history needs of the species. The unoccupied CHUs were designated for future recovery efforts, that may include the creation of new Parachute penstemon populations. There are 7,100 acres of critical habitat within the planning area.

Critical habitat primary constituent elements for the Parachute penstemon are described in **Table 3-2**, Primary Constituent Elements of Parachute Penstemon Critical Habitat.

BLM_0023455

**Table 3-2**
**Primary Constituent Elements of Parachute Penstemon Critical Habitat**

| Features | Description |
|---|---|
| Suitable Soils and Geology | • Parachute Member and the Lower part of the Green River Formation. |
| | • Appropriate soil morphology characterized by a surface layer of small to moderate shale channers (small flagstones) that shift continually due to the steep slopes and below a weakly developed calcareous, sandy to loamy layer with 40 to 90 percent coarse material. |
| Elevation and Climate | • From 5,250 to 9,600 feet (1,600 to 2,920 meters). Climatic conditions similar to those of the Mahogany Bench, including suitable precipitation and temperatures. |
| Plant Community | • Barren areas with less than 10 percent plant cover. |
| | • Presence of other oil shale endemics, including *Mentzelia rhizomata, Thalictrum heliophilum, Astragalus lutosus, Lesquerella parviflora, Penstemon osterhoutii,* and *Festuca dasyclada* (also *P. caespitosus*). |
| Habitat for Pollinators | • Pollinator ground and twig nesting habitats. Habitats suitable for a wide array of pollinators and their life history and nesting requirements. A mosaic of native plant communities generally would provide for this diversity (see Plant Community above). These habitats can include areas outside of the soils identified in Suitable Soils and Geology. |
| | • Connectivity between areas allowing pollinators to move from one population to the next within units. |
| | • Availability of other floral resources. This would include other flowering plant species that provide nectar and pollen for pollinators. Grass species do not provide resources for pollinators. |
| | • To conserve and accommodate these pollinator requirements, USFWS has identified a 3,280-ft (1,000-m) area beyond occupied habitat to conserve the pollinators essential for reproduction. |
| High levels of natural disturbance | • Very little or no soil formation. |
| | • Slow to moderate, but constant, downward motion of the oil shale that maintains the habitat in an early successional state. |

Source: USFWS 2013b

### Threats

The primary threats to Parachute penstemon are as follows (USFWS 2013b):

- Oil and gas development

- Oil shale extraction and mine reclamation

- Vehicle access through occupied habitat

- Climate change, drought, and impacts on the vegetative community

- Invasive species

BLM_0023456

### 3.2.4 Ute Ladies'-tresses Orchid

*Species Description*

Ute ladies'-tresses orchid is a perennial, terrestrial orchid with erect, glandular-pubescent stems 6 to 20 inches (15 to 50 centimeters) tall arising from tuberous-thickened roots. Basal leaves are linear and persist at flowering time. Leaves become progressively reduced in size up the stem. The flower consists of a few to many small white to ivory flowers arranged in a spike formation at the top of the stem. The individual flowers are stout and ringent, and face directly away from the stalk (USFWS 1992).

Ute ladies'-tresses orchid first appears above-ground as a rosette of thickened grass-like leaves that can be difficult to distinguish from other plants. Some individuals remain under ground or do not flower each year and fluctuations in mature flowering adults do not necessarily correspond to population fluctuations or indicate habitat alterations (USFWS 1992).

*Life History*

Ute ladies'-tresses orchid habitat is found along freshwater streams emerging from the flanks of mountains where the streambed is beginning to level out and meander within a developing floodplain. These streams are very dynamic and may be subject to seasonal flooding from snowmelt and intermittent heavy thunderstorms. Due to variations in snowpack, these streams experience fairly frequent severe (overbank) flooding sufficient to cause movement of the stream channel within its floodplain (USFWS 1992).

The orchid colonizes early successional riparian habitats such as point bars, sand bars and low lying gravelly, sandy, or cobbly edges. As the stream channel changes location and depth, the orchid persists in those areas where the hydrology provides continual dampness in the rooting zone throughout the growing season. These areas include old oxbows, side channels, or older stream channels that have been filled in with alluvial material, but which still have a hydrologic connection, through groundwater, to the stream system (USFWS 1992). The orchid is tolerant of a mix of wetland forb and grass species, is not tolerant of long-term standing water and does not compete with emergent plant species (e.g., cattails) or aggressive species that form dense monocultures such as Canada thistle or reed canarygrass (USFWS 1992). Competition with exotic species is a threat to Ute ladies'-tresses, along with habitat conversion due to invasive weed species (USFWS 1995).

Bumblebees (*Bombus* spp.) along with solitary native bees (*Anthophora* spp.) are the primary pollinators for Ute ladies'-tresses orchid. Less frequently, non-native honeybees (*Apis mellifera*) also serve as pollinators (Sipes and Tepedino 1995).

Ute ladies'-tresses orchid reproduces by seed. The orchid may not flower every year and may remain dormant below ground during years of drought. Ute

BLM_0023457

ladies'-tresses produce cylindrical fruit containing numerous seeds (USFWS 2014c). Fruit maturation occurs in late August to September (USFWS 2014c). A single plant may produce tens of thousands of seeds per year, although it is hypothesized that a symbiotic mycorrhizal relationship may be necessary before a seed can begin germination (USFWS 2014c).

### Status and Distribution

The Ute ladies'-tresses orchid was listed as a threatened species under a final rule published in 1992 (57 FR 2048). Critical habitat has not been designated. A draft recovery plan was published in 1995 (USFWS 1995). No final plan has been published. Populations of Ute ladies'-tresses orchids occur in three general areas of the western United States: near the base of the eastern slope of the Rocky Mountains in southeastern Wyoming and north-central and central Colorado; in the upper Colorado River Basin, particularly in the Uintah Basin; and in the Bonneville Basin along the Wasatch Front and westward in the eastern Great Basin, in north-central and western Utah and eastern Nevada (USFWS 1995). The species has been documented in Nebraska, Wyoming, Utah, Colorado, Nevada, Idaho, Washington, and Montana (USFWS 2004a).

### Environmental Baseline

#### Occurrence in the Action Area

There are no known occurrences of the Ute ladies'-tresses orchid within the GJFO planning area. Potential habitat is present near the DeBeque area and Plateau Creek.

#### Past and Present Impacts

Population extirpation from urbanization has been documented along the Wasatch Front and the Front Range. The species depends on natural stream processes; therefore, reservoirs, dams, diversions, and other water depletions can easily affect habitat functionality (USFWS 1995). Invasion of exotic plant species has also affected the Ute ladies'-tresses. In populations near Boulder, Canada thistle growth was documented as prevented flowering and reproduction (USFWS 1995).

### Critical Habitat

Critical habitat has not been designated for the Ute ladies'-tresses orchid.

### Threats

The primary threats to Ute ladies'-tresses orchid are as follows (USFWS 1995):

- Habitat loss and modification

- Livestock use and grazing

- Stream and watershed alterations including water depletions

- Invasive species

BLM_0023458

### 3.2.5 Colorado Pikeminnow

*Species Description*

The Colorado pikeminnow (formerly the Colorado squawfish) is the largest cyprinid fish endemic to the Colorado River Basin. This species historically reached a maximum length of approximately 6 feet (1.8 meters) and a maximum weight of 80 pounds (36 kilograms; USFWS 2002b). Young are silvery and usually have a dark wedge-shaped spot at the base of the caudal fin. Adults are strongly counter-shaded, with a dark olive back and a white belly. Today's fish rarely exceed 3 feet (0.9 meters) in length or weigh more than 18 pounds (8 kilograms).

*Life History*

The Colorado pikeminnow is a long-distance migrator and top ecosystem predator. It lives in warm water reaches of the Colorado River main stem and larger tributaries. It requires uninterrupted stream passage for spawning migrations and young dispersal (USFWS 2002b). The species is adapted to a hydrologic cycle characterized by large spring peaks of snowmelt runoff and low, relatively stable base flows. High spring flows create and maintain in-channel habitats and reconnect floodplain and riverine habitats; this phenomenon is described as the spring flood-pulse.

Throughout most of the year, juvenile, subadult, and adult Colorado pikeminnow use relatively deep, low-velocity eddies, pools, and runs that occur in nearshore areas of main river channels. In the spring, Colorado pikeminnow adults use floodplain habitats, flooded tributary mouths, flooded side canyons, and eddies that are available only during high flows. Such environments may be particularly beneficial for Colorado pikeminnow because other riverine fishes gather in floodplain habitats to exploit food and temperatures and may serve as prey. Such low-velocity environments also may serve as resting areas for Colorado pikeminnow. River reaches of high habitat complexity appear to be preferred. Young pikeminnow feed on insects and plankton, adults feed on other fishes (USWFS 2002b).

*Status and Distribution*

The Colorado pikeminnow is listed as endangered under the ESA (16 USC, Section 1531 et seq.). It was included on the first list of endangered species issued by the Office of Endangered Species on March 11, 1967 (32 FR 4001) and was considered endangered under provisions of the Endangered Species Conservation Act of 1969 (16 USC, Section 668aa). The Colorado pikeminnow was included on the United States List of Endangered Native Fish and Wildlife issued on June 4, 1973 (38 FR 14678). It received protection as endangered under Section 4(c)(3) of the original ESA of 1973.

The current revised Colorado pikeminnow recovery plan was approved on August 1, 2002 (USFWS 2002b). The final rule for determining critical habitat

BLM_0023459

was published on March 21, 1994 (USFWS 1994), and the final designation became effective on April 20, 1994.

The Colorado pikeminnow is one of four endangered fish species addressed in a Recovery Implementation Program for the Upper Colorado River Basin (USFWS 1987). The program was initiated in January 1988 and is described in later in this section.

Colorado pikeminnow is currently restricted to the upper Colorado River Basin. It inhabits warm-water reaches of the Colorado, Green, San Juan, Yampa, and White Rivers and their associated tributaries. Most of Lake Powell is not suitable habitat for Colorado pikeminnow, so it is not designated critical habitat. Its 1,148 designated miles (1,847 kilometers) represent 29 percent of the historical habitat for the species.

### Environmental Baseline

#### Occurrence in the Action Area
Colorado pikeminnow reside in the GJFO planning area in the Gunnison and Colorado Rivers. Colorado pikeminnow prefer larger river habitats but are known to use smaller tributary habitats throughout the Colorado River Basin. Adults require pools, deep runs, and eddies maintained by high spring flows; young require nursery habitats, including backwaters restructured by high spring flows and maintained by relatively stable base flows. The "15-Mile Reach" in Grand Junction, along the Colorado River, is a known congregation area for spawning Colorado pikeminnow.

#### Past and Present Impacts
The following factors contributed historically to the decline of the Colorado pikeminnow:

- Changes in flow regime (especially the timing and amplitude of high flows) associated with construction of dams and irrigation diversions.

- Reduced flow volumes that prevent effective or efficient movement of sediment. This has resulted in river channel constriction, reduced spawning habitat, loss of habitat complexity and diversity, and impacts on reproduction and recruitment.

- Elevated selenium concentrations due to watershed level inputs from the Mancos Shale-based soils upstream of the GJFO planning area.

- Interference with migration to and from spawning grounds from dams and other in-stream features.

- Competition or predation on eggs, larvae, and juvenile fish by introduced predatory game and non-game fishes.

BLM_0023460

The impoundment of water and water depletion from the Colorado River and its tributaries has also been a large factor in the decline of this species. Important micro-habitats such as backwaters can be dewatered or reduced in volume or lost due to reduced flows. The frequency of periodic flooding of river bottomlands located next to the river can be reduced. Flooded bottomlands are important for riparian regeneration and maintenance and as seasonal foraging habitat. Streamflow regulation includes main stem dams that have the following adverse effects on Colorado pikeminnow and its habitat:

- Block migration

- Change flow patterns (reduce peak flows, change timing of snowmelt runoff)

- Release cold water, making temperature regimes less than optimal

- Change river habitat into lake habitat

- Reduce flow volumes, which can prevent effective and efficient sediment movement

In the upper basin, 435 miles (700 kilometers) of Colorado pikeminnow habitat has been lost by reservoir inundation from Flaming Gorge Reservoir on the Green River, Lake Powell on the Colorado River, and Navajo Reservoir on the San Juan River. Coldwater releases from these dams have eliminated suitable habitat for native fishes, including Colorado pikeminnow, from river reaches downstream for approximately 50 miles (80 kilometers) below Flaming Gorge Dam and Navajo Dam.

In addition to main stem dams, many dams and water diversion structures occur in and upstream of critical habitat. This reduces flows and alters flow patterns, which adversely affect critical habitat. Diversion structures in critical habitat divert fish into canals and pipes where the fish are permanently lost to the river system. The number of endangered fish lost in irrigation systems is unknown, but in some years, in some river reaches, most of the river flow is diverted into unscreened canals. High spring flows that maintain habitat diversity have been reduced by dams regulating flow and by water diversions. Frequency and magnitude of peak flows have been reduced by dams, resulting in the loss of flushing sediments from spawning substrates, lowered invertebrate food production, lessened formation of gravel and cobble deposits important for spawning, and loss of backwater nursery habitats (McAda 2002; Muth et al. 2000).

Predation and competition from nonnative fishes have been clearly implicated in the population reductions or elimination of native fishes in the Colorado River Basin (Dill 1944; Osmundson and Kaeding 1989; Behnke 1980; Joseph et al. 1977; Lanigan and Berry 1979; Minckley and Deacon 1968; Meffe 1985; Propst and Bestgen 1991; Rinne 1992). Data collected by Osmundson and Kaeding (1991) indicate that during low-water years, the number of nonnative fish ,

BLM_0023461

capable of preying on or competing with larval endangered fishes, greatly increased.

More than 50 nonnative fish species were intentionally introduced in the Colorado River Basin before 1980. The nonnatives were intended for sport fishing, forage fish, biological control, and ornamental purposes (Minckley 1982; Tyus et al. 1982; Carlson and Muth 1989). Nonnative fishes compete with native fishes in several ways, resulting in smaller populations and species size. Because the capacity of a particular area to support aquatic life is limited by physical habitat conditions, increasing the number of species in an area usually results in a smaller population of most species. The size of each species population is controlled by the ability of each life stage to compete for space and food resources and to avoid predation. Some nonnative fishes during certain life stages appear to have a greater ability to compete for space and food and to avoid predation in the altered habitat than do some native fishes in certain life stages.

The Colorado pikeminnow is one of 4 endangered native fishes in the upper Colorado River Basin, including the endangered humpback chub, bonytail, and razorback sucker, which are found only in the Colorado River system. In 1988, the Upper Colorado River Endangered Fish Recovery Program was established to help bring these four endangered species back from the brink of extinction. The Recovery Program is a unique partnership of local, state, and federal agencies, water and power interests, and environmental groups working toward the recovery of endangered fish in the upper Colorado River Basin, while water development proceeds in accordance with federal and state laws and interstate compacts.

This major undertaking involves restoring and managing streamflows and habitat, boosting wild populations with hatchery-raised endangered fish, and reducing negative interactions with certain nonnative fish species. The goal of recovery is to achieve natural, self-sustaining populations of the endangered fish so they no longer require protection under the ESA.

The recovery program was initiated in 1988 with the signing of a cooperative agreement by the governors of Colorado, Utah, and Wyoming; the Secretary of the Interior; and the administrator of the Western Area Power Administration. In 2013, these parties agreed to extend the cooperative agreement through September 30, 2023. The program provides ESA compliance for continued operation of federal water and power projects, in accordance with project purposes.

With its demonstrated successes, the Upper Colorado River Endangered Fish Recovery Program has become a national model for its collaborative conservation efforts to protect endangered species.

BLM_0023462

### Critical Habitat

Critical habitat was designated in 1994 in the 100-year floodplain of the Colorado pikeminnow's historical range. Within the GJFO planning area, designated critical habitat for the Colorado pikeminnow includes the following two areas: the 100-year floodplain of the Colorado River from the eastern boundary of the GJFO to the Utah state line and beyond, and the 100-year floodplain of the Gunnison River from the southern GJFO boundary to the confluence with the Colorado River.

Critical habitat primary constituent elements for the four endangered big river fishes, including Colorado pikeminnow, are described in **Table 3-3**, Primary Constituent Elements of Critical Habitat for Colorado Pikeminnow, Razorback Sucker, Bonytail, and Humpback Chub.

**Table 3-3**
**Primary Constituent Elements of Critical Habitat for Colorado Pikeminnow,**
**Razorback Sucker, Bonytail, and Humpback Chub**

| Features | Description |
|---|---|
| Water | A quantity of water of sufficient temperature, dissolved oxygen, lack of contaminants, nutrients, and turbidity delivered to a specific location, in accordance with a hydrologic regime that is required for the particular life stage of each species. |
| Physical habitat | Areas of the Colorado River system that are inhabited or potentially habitable by fish for use in spawning, nursery, feeding, and rearing; it also refers to corridors between these areas. In addition to river channels, these areas include bottomlands, side channels, secondary channels, oxbows, backwaters, and other areas in the 100-year floodplain. When inundated, these areas provide spawning, nursery, feeding and rearing habitats or access to these habitats. |
| Biological Environment | Food supply, predation, and competition are important elements of the biological environment and are considered components of the biological environment. Food supply is a function of nutrient supply, productivity, and availability to each life stage of the species. Predation and competition, although considered normal components, are out of balance due to introduced nonnative fish species in many areas. |

Source: USFWS 1994

### Threats

The primary threats to Colorado pikeminnow are as follows:

- Streamflow reduction and regulation and habitat modification

- Competition with and predation by nonnative fishes

- Pesticides and other pollutants (BLM 2008a; USFWS 2002b)

BLM_0023463

### 3.2.6 Razorback Sucker

#### Species Description

The razorback sucker is a large catostomid fish endemic to the Colorado River Basin. It is the only sucker with a sharp-edged dorsal keel behind its head. In the lower Colorado River Basin, these fish have reached lengths of over 3 feet (0.9 meters) and a weight of as much as 10 pounds (4.5 kilograms). Fish in the upper Colorado River Basin tend to be smaller than those in the lower Colorado River Basin. They may live for over 40 years (USFWS 2002c).

#### Life History

Adult razorback suckers occupy different habitats seasonally. Spring habitats required by adults in rivers are deep runs, eddies, backwaters, and flooded off-channel environments; summer habitats are runs and pools, often in shallow water associated with submerged sandbars; and winter habitats are low-velocity runs, pools, and eddies. The species spawns in rivers during spring runoff, over bars of cobble, gravel, and sand substrates. Water flow range widely, and water temperatures are typically greater than 57 degrees Fahrenheit (13.9 degrees Celsius; USFWS 2002c). Razorback suckers breed in the spring, when flows in riverine environments are high typically. Their diet consists primarily of algae, plant debris, and aquatic insect larvae.

#### Status and Distribution

The razorback sucker is currently listed as endangered under the ESA, under a final rule published on October 23, 1991 (56 FR, 54957). A recovery plan was approved on August 1, 2002 (USFWS 2002c); a previous recovery plan was dated December 23, 1998 (USFWS 1998c). The final rule for determination of critical habitat was published on March 21, 1994 (USFWS 1994), and the final designation became effective on April 20, 1994. The species is also state-listed as endangered.

The razorback sucker is one of four endangered fish species addressed in the Recovery Implementation Program for the Upper Colorado River Basin (USFWS 1987). The program was initiated in January 1988 and is described in Section 3.2.5 of this BA.

Historically, razorback suckers were found in the main stem Colorado River and in its major tributaries in Arizona, California, Colorado, Nevada, New Mexico, Utah, Wyoming, and Mexico. This species was reportedly once so numerous that it was commonly used as food by early settlers; commercially marketable quantities were caught in Arizona as recently as 1949. In the upper basin, razorback suckers were reported in the Green River to be very abundant near Green River, Utah, in the late 1800s (USFWS 1991).

In the upper Colorado River Basin, above Glen Canyon Dam, razorback suckers are currently found in limited numbers in both lentic (lake-like) and riverine environments. The largest populations of razorback suckers in the upper basin

BLM_0023464

are found in the upper Green and lower Yampa Rivers (Tyus 1987). In the Colorado River, most razorback suckers occur in the Grand Valley area near Grand Junction, Colorado, but they are increasingly rare.

### Environmental Baseline

#### Occurrence in the Action Area
Razorback suckers reside in the Gunnison and Colorado Rivers within the GJFO planning area. The GJFO planning area contains designated critical habitat for this species.

#### Past and Current Impacts
The abundance and distribution of the razorback sucker have been dramatically reduced because of water developments, such as dams and water diversions. Dams have altered the timing, magnitude, and duration of flows that characterize the variation in annual runoff in unaltered, large rivers. Altered flows resulting from dam operation can also affect the abundance and distribution of spawning and rearing habitats preferred by the razorback sucker.

Historical water depletions and any new water depletions are likely to negatively affect population and habitat conditions downstream, although assessing the effects on species' viability may be difficult.

In addition, incidental catch by recreational anglers may pose a threat from stress-caused direct and delayed mortality (USFWS 2002c). The impoundment of water and water depletion from the Colorado River and its tributaries has been a large factor in the decline of this fish.

### Critical Habitat
Critical habitat was designated in 1994 in the 100-year floodplain of razorback sucker historical range. Within the GJFO planning area, designated critical habitat for the razorback sucker includes the following two areas: the 100-year floodplain of the Colorado River from the eastern boundary of the GJFO to the Utah state line and beyond, and the 100-year floodplain of the Gunnison River from the southern GJFO boundary to the confluence with the Colorado River.

### Threats
The primary threats to razorback sucker are as follows:

- Water developments, such as dams and water diversions and water depletions

- Habitat alterations and reductions or loss of important micro-habitats

- Introduction of nonnative fishes, which compete for resources and can hybridize with this species

- Pollutants and pesticides

BLM_0023465

### 3.2.7 Bonytail

**Species Description**

The bonytail is a large fish in the minnow family. It is endemic to the Colorado River Basin and can live for 50 years. Adult bonytail are gray or olive-colored on the back, with silvery sides and a white belly. The adult bonytail has an elongated body with a long, thin caudal peduncle (a stalk-like part). The head is small and compressed, compared to the rest of the body. The mouth is slightly overhung by the snout and there is a smooth low hump behind the head that is not as pronounced as that on humpback chub. Adults attain a maximum length of about 22 inches (55 centimeters) and maximum weight of about 2.4 pounds (1.1 kilograms; USFWS 2002a).

**Life History**

Little is known about the specific habitat requirements of bonytail because the species was extirpated from most of its historic range before extensive fishery surveys. The bonytail is adapted to main stem rivers, where it has been observed in pools and eddies. Similar to other closely related *Gila* species, bonytail in rivers probably spawn in spring over rocky substrates. Spawning in reservoirs has been observed over rocky shoals and shorelines. Based on available distribution data, flooded bottomland habitats are likely important growth and conditioning areas for bonytail, particularly as nursery habitats for young. Flow recommendations specifically consider flow-habitat relationships in historic habitat of bonytail in the upper basin. These recommendations were designed to enhance habitat complexity and to restore and maintain ecological processes (USFWS 2002a).

The bonytail's large fins and streamlined body are an adaptation to torrential flows. Of five specimens captured in the upper basin, four were captured in deep, swift, rocky canyon regions (Yampa Canyon, Black Rocks, Cataract Canyon, and Coal Creek Rapid); the fifth was taken in a reservoir (Lake Powell). All fish taken from the lower basin since 1974 were caught in reservoirs. Individuals found in reservoirs are believed to inhabit their former habitats now inundated by these impoundments.

Vanicek (1967), who handled numerous bonytail, detected no difference in their habitat selection from roundtail chub. These bonytail were generally found in pools and eddies in the absence of, although occasionally next to, strong currents and at varying depths, generally over silt and silt-boulder substrates. No quantitative habitat data are available for this species. Adult bonytail captured in Cataract Canyon and Desolation/Gray Canyons were sympatric (related species occurring in the same area) with humpback chub. Both were found in shoreline eddies, among emergent boulders and cobble and next to swift currents (USFWS 2002a).

BLM_0023466

Similarly, little is known of the food habits of the bonytail. They are reportedly largely omnivorous, with a diet of terrestrial insects, plant matter, and fish. Several chubs were observed feeding on floating debris washed by heavy rainfall. Vanicek (1967) reported that "Colorado chubs" fed mainly on terrestrial insects (mostly adult beetles and grasshoppers), plant debris, leaves, stems, and woody fragments (USFWS 2002a).

### Status and Distribution

The bonytail is listed as endangered under the ESA under a final rule published on April 23, 1980 (45 FR 27710). A recovery plan was approved on September 4, 1990 (USFWS 1990a). Recovery goals were subsequently published in an amendment and supplement to the recovery plan dated August 1, 2002 (USFWS 2002a). The final rule for determination of critical habitat was published on March 21, 1994 (59 FR 13374), and the final designation became effective on April 20, 1994.

A Recovery Implementation Program for the four upper Colorado River Basin endangered fish species, including bonytail, was initiated in January 1988. The program is comprised of federal, state, and private cooperators. It provides specific goals for the recovery of endangered Colorado River fish, while promoting sustainable water development and use (USFWS 1987). In addition, critical habitat for all four species was designated on March 21, 1994 (59 FR 13374).

Until the 1950s, bonytail was historically common or abundant in warm-water reaches of large rivers, from Mexico to Wyoming. It was found far downstream in the main stem Colorado River near the Colorado-Utah border in the Black Rocks area (USFWS 2002a). The last known riverine area where bonytail were common was the Green River in Dinosaur National Monument. Here Vanicek (1967) and Holden and Stalnaker (1970) collected 91 specimens from 1962 to 1966. From 1977 to 1983, no bonytail were collected from the Colorado or Gunnison Rivers in Colorado or Utah. However, in 1984, a single bonytail was collected from Black Rocks on the Colorado River. Several suspected bonytail were captured in Cataract Canyon between 1985 and 1987.

Current stocking plans for bonytail identify the middle Green River and the Yampa River in Dinosaur National Monument as the highest priority areas in Colorado (USFWS 2002a).

Bonytail are so rare that it is not possible to conduct population estimates. A stocking program is being implemented to reestablish populations in the upper Colorado River Basin. From 1996 through 2004, 44,472 subadult bonytail were stocked in the Green and upper Colorado River subbasins. The recovery goals (USFWS 2002a) call for reestablished populations in the Green River and upper Colorado River subbasins, each with over 4,400 adults that are self-sustaining with recruitment.

BLM_0023467

### Environmental Baseline

*Occurrence in the Action Area*

Bonytail likely reside in the GJFO planning area in the Gunnison and Colorado Rivers because of their preferences for larger main-stem rivers with pool and eddy habitats. It is also thought that flooded bottomland habitats are important growth and conditioning areas for the species, particularly as nursery habitats for young.

*Past and Current Impacts*

The past and current impacts on bonytail are similar to those described in Section 3.2.5 for Colorado pikeminnow.

### Critical Habitat

Critical habitat was designated in 1994 in the 100-year floodplain of the bonytail's historical range. Within the action area, designated critical habitat is located along the Colorado River from Black Rocks adjacent to the McInnis Canyons Nation Conservation Area  to the Utah state line and beyond to Lake Powell, Utah (USFWS 1994).

### Threats

The primary threats to bonytail are as follows:

- Streamflow reduction and regulation and habitat modification

- Competition with and predation by nonnative fishes

- Pollutants and pesticides

## 3.2.8   Humpback Chub

### Species Description

The humpback chub is a medium to large cyprinid fish endemic to the Colorado River Basin (Miller 1946). Adults have a pronounced dorsal hump, a narrow, flattened head, a fleshy snout, and small eyes. They are silvery, with a brown or olive back. Adults attain a maximum size of about 1.5 feet (48 centimeters) and a weight of about 2.5 pounds (1.2 kilograms; Valdez and Ryel 1997). They can live for 30 years.

### Life History

The humpback chub is omnivorous, feeding on aquatic arthropods (insects), smaller fishes, and algae. Adults require eddies and sheltered shoreline habitats maintained by high spring flows. Young require low-velocity shoreline habitats, including eddies and backwaters. Humpback chub live and complete their entire life cycle in canyon-bound reaches of the Colorado River main stem and larger tributaries. These reaches are characterized by deep water, swift currents, and rocky substrates. Subadults use shallow, sheltered shoreline habitats, whereas adults use primarily offshore habitats of greater depths (USFWS 2002d).

BLM_0023468

### Status and Distribution

The humpback chub is currently listed as endangered under the ESA. It was included on the first List of Endangered Species issued by the Office of Endangered Species on March 11, 1967 (32 FR 4001) and it was considered endangered under provisions of the Endangered Species Conservation Act of 1969 (16 USC, Section 668aa). The humpback chub was included in the United States List of Endangered Native Fish and Wildlife issued on June 4, 1973 (38 FR 14678). It received protection as endangered under Section 4(c)(3) of the original ESA of 1973.

The humpback chub recovery plan was approved on September 19, 1990 (USFWS 1990b). Recovery goals were subsequently published in an amendment and supplement to the recovery plan dated August 1, 2002 (USFWS 2002d). The final rule for determination of critical habitat was published on March 21, 1994 (59 FR 13374); the final designation became effective on April 20, 1994. The species is also state listed as endangered.

The humpback chub is one of four endangered fish species addressed in the Recovery Implementation Program for the upper Colorado River Basin (USFWS 1987). The program was initiated in January 1988 and is described in Section 3.2.5.

The historical distribution of the humpback chub is not well known because it was not described as a species until 1946; however, its original distribution was presumably limited to swift deep-water areas in the main stem Colorado River Basin, downstream to below the Hoover Dam site. In the upper basin in Colorado, the humpback chub has been found in the Yampa, Gunnison, Green, and Colorado Rivers. However, the greatest number of humpback chub in Colorado are found at the Black Rocks area of the Colorado River (in the GJFO planning area and also the McInnis Canyon NCA downstream of Grand Junction) and in Utah (along the Westwater Canyon of the Colorado River; BLM 2012c).

Today the largest populations of this species occur in the Little Colorado and Colorado Rivers in the Grand Canyon and in the Black Rocks and Westwater Canyon in the upper Colorado River. Hybridization with roundtail chub (*Gila robusta*) and bonytail (*G. elegans*) is recognized as a threat to humpback chub. A larger proportion of roundtail chub has been found in Black Rocks and Westwater Canyon during low-flow years (Kaeding et al. 1990; Chart and Lentsch 2000). This increases the chances for hybridization.

### Environmental Baseline

#### Occurrence in the Action Area

The humpback chub is known to occur within the GJFO near the Black Rocks area in the Colorado River below the confluence with the Gunnison River.

BLM_0023469

*Past and Current Impacts*
The impoundment of water and water depletion from the Colorado River and its tributaries has been a large factor in the decline of humpback chub. The existing habitat has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. Survival rates in young humpback chub (less than 2 years) are thought to be less than 1 in 1,000 (USFWS 2008).

*Critical Habitat*
Critical habitat was designated in 1994 in the 100-year floodplain of the humpback chub's historical range. Within the action area, designated critical habitat is located along the Colorado River from Black Rocks, adjacent to the McInnis Canyons Nation Conservation Area to the Utah state line and beyond to Lake Powell, Utah (USFWS 1994).

*Threats*
The primary threats to humpback chub are as follows:

- Streamflow reduction and regulation and habitat modification
- Competition with and predation by nonnative fishes
- Pollutants and pesticides

## 3.2.9   Greenback Cutthroat Trout

*Species Description*
The true greenback cutthroat trout is a salmonid native to the headwaters of the South Platte River drainage. Adult greenbacks are greenish brown to olive-colored on the back with silvery to yellow sides and a white belly (red during spawning). They have a crimson slash under each side of the lower jaw and low numbers of large spots concentrated toward the tail fin. Greenback, like all cutthroat subspecies, inhabits cold-water streams and lakes with adequate spawning habitat present in the spring of the year.

The status of cutthroat trout in Colorado has been in a state of flux for some time. However, new research on cutthroat trout genetics (Metcalf et al. 2007, 2012), and new research on cutthroat trout meristics (Bestgen et al. 2013) across the state of Colorado has emerged. With the advent of new genetic testing procedures, and new analysis, the picture has become clearer. Ever since the greenback cutthroat trout (*Oncorhynchus clarki stomias*) was listed as endangered under the Endangered Species Act in 1974, there has been strong interest in developing methods to distinguish them from closely related subspecies with confidence. Prior to recent molecular testing, phenotypic traits associated with greenback cutthroat trout were larger spots, and higher scale counts above the lateral line and in the lateral series when compared to Colorado River cutthroat trout (*O. c. pleuriticus*; Behnke 1992). However, these two subspecies cannot be separated consistently on the basis of those

BLM_0023470

characteristics (Behnke 1992). As a result, geographic range had become the default approach for establishing subspecies designation and occupation.

Based on geographic range, it was for years believed that Colorado contained four subspecies of cutthroat trout: the greenback cutthroat (*Oncorhynchus clarki stomias*) in the South Platte and Arkansas basins, the Rio Grande cutthroat (*Oncorhynchus clarki virginalis*) in the Rio Grande basin, the extinct yellowfin cutthroat (*Oncorhynchus clarki macdonaldi*) in the upper Arkansas River basin (Twin Lakes), and the Colorado River cutthroat trout (*Oncorhynchus clarki pleuriticus*) in all five major river basins west of the Continental Divide.

Early molecular work did not distinguish between the subspecies, but in 2007, Metcalf et al. used mitochondrial and nuclear molecular markers to suggest that indeed there was a genetic basis for separating greenback cutthroat trout from Colorado River cutthroat trout. The primary concern raised by that paper was five of the nine east slope greenback cutthroat trout populations they examined actually displayed genetic fingerprints more similar to Colorado River cutthroat trout of Trappers Lake (White River basin) origin than they did with many of the other greenback populations. This was particularly troubling since mechanisms were in place to deliver Colorado River cutthroat trout to the East Slope. From 1903 through 1938, at least 80 million pure Colorado River cutthroat trout were produced at Trappers Lake (Rogers 2012). Millions more were produced on the south slope of Pikes Peak (Rogers and Kennedy 2008). Although the fate of many of those fish remains a mystery, it is clear that they were stocked in virtually every county east of the Continental Divide that would support trout (Metcalf et al. 2012).

A finding of Metcalf et al. (2007) that attracted less attention was the discovery of a "greenback" cutthroat trout population west of the Continental Divide near Gunnison in West Antelope Creek. Intensive survey and genetics testing work since that time indicated that in fact the West Antelope Creek population is not unique, and that populations with similar genetic fingerprints are pervasive across Colorado's western slope (Rogers 2010). That finding lead the Greenback Cutthroat Trout Recovery Team to question whether the West Antelope Creek fish were really greenback cutthroat trout as suggested by Metcalf et al. (2007), or whether they simply represented diversity within Colorado River cutthroat trout (Rogers 2010). In an effort to avoid confusion, trout with this genetic fingerprint are hereafter referred to as green lineage cutthroat trout, while cutthroat trout displaying the genetic signature commonly associated with those from Trappers Lake (White and Yampa river basins) are referred to as Blue Lineage cutthroat trout.

### Life History
Greenback, like all cutthroat subspecies, inhabits cold-water streams and lakes with adequate spawning habitat present in the spring of the year. Spawning generally occurs when water temperatures reach 5 to 8 degrees Celsius.

BLM_0023471

Greenback feed on a wide variety of organisms but their primary source of food is aquatic and terrestrial insects. Size and growth of greenbacks varies, based upon elevation and population size, typically 1 to 2 pounds maximum (USFWS 1998b).

**Status and Distribution**

Greenback distribution and numbers of fish declined rapidly beginning in the 1800s. By 1973, when the ESA was passed into law, greenbacks were believed to only exist in two small headwater streams (Como Creek and South Fork, Cache La Poudre River). The subspecies was listed under the ESA as endangered in 1973 and downlisted to threatened in 1978 (USWFS 1978). Cooperative efforts between the CPW, USFS, BLM, USFWS and Rocky Mountain National Park have led to a large recovery effort for the greenback cutthroat trout. Today, it appears that only one true greenback population exists in Bear Creek near Colorado Springs, CO (Metcalf et al. 2012).

In 2012, the native distribution of different lineages of cutthroat trout in Colorado was clarified greatly with work published by a University of Colorado led research team that examined DNA from 150 year old museum specimens collected prior to large-scale stocking activities (Metcalf et al. 2012). This work confirmed that indeed, green lineage cutthroat trout are at least native to the Colorado and Gunnison river basins. Additional work suggests they probably were found in the Dolores River basin as well (Rogers 2010), with every other remaining major basin represented by its own distinct lineage. Since the subspecies were described using phenotypic characters, and recent court cases have affirmed that visual characteristics should be central to the description of taxa (Kaeding 2003), the Recovery Team launched an additional research project with the Larval Fish Lab at Colorado State University to explore if distinct phenotypes can be predicted from these underlying genetic fingerprints. The results of this meristics study (Bestgen et al. 2013) largely support the genetic information that suggests six distinct lineages of cutthroat trout historically existed in Colorado.

**Environmental Baseline**

*Occurrence in the Action Area*

Based on recent genetic research (Metcalf et al. 2012), only one remaining population of true greenback cutthroat trout exists in Colorado. However, until such time as the genetic and physical characteristic research is interpreted and decisions are made, previously suspected greenback cutthroat trout (green lineage) populations in western Colorado will continue to be considered as greenbacks with regard to ESA compliance, per USFWS direction (USFWS 2012e). Currently, seven conservation populations of green lineage cutthroat occur in the GJFO planning area and they are found in Brush Creek, East Fork Brush Creek, West Fork Brush Creek (Buzzard Creek drainage), Carr Creek, Roan Creek, East Fork Big Creek, and Middle Fork Big Creek.

BLM_0023472

*Past and Current Impacts*
The introduction of non-native fish was a major factor in the decline of greenback cutthroat trout, primarily by salmonid species. Hybridization and competition has been documented across the species range; rainbow trout hybridize with native cutthroat trout and brook and brown trout tend to outcompete them in streams and rivers (USFWS 1998b).

Extirpation due to loss and degradation of habitat from mining, logging, grazing, and irrigation projects has also been documented (USFWS 1978).

**Critical Habitat**
Critical habitat has not been designated for the greenback cutthroat trout.

**Threats**
The primary threats to the greenback cutthroat trout are as follows (USFWS 1998b):

- Water diversions and reduced flows
- Livestock grazing
- Disease
- Toxicity
- Hybridization
- Competition with nonnative salmonids
- Overharvest
- Climate change
- Large wildfires

## 3.2.10 Mexican Spotted Owl

**Species Description**
Mexican spotted owls are identified by sight and sound. The spots of the Mexican spotted owl are larger and more numerous than in the other two subspecies, giving it a lighter appearance (USFWS 2012d). It is ashy-chestnut brown, with white and brown spots on its abdomen, back, and head; its brown tail is marked with thin white bands. The Mexican spotted owl is mottled, with irregular white and brown spots on its abdomen, back, and head. Young owls, less than five months old, have a downy appearance. Unlike most owls, spotted owls have dark eyes.

Females are larger than males (USFWS 2012d) and the sexes can be readily identified by voice. Juveniles, subadults, and adults can also be distinguished by plumage characteristics. It ranks among the largest owls in North America (USFWS 2014d).

BLM_0023473

### Life History

The Mexican spotted owl is highly selective in roosting and nesting habitat, but it will forage in a wider array of habitats. Roosting and nesting habitat exhibit the following identifiable features:

- Large trees

- Uneven-aged tree stands

- Multistory canopy

- Tree canopy creating shade over 40 percent or more of the ground

- Standing dead trees

Canopy closure is typically mixed-conifer, dominated by Douglas fir, pine-oak, and riparian forests, with high tree diversity (USFWS 2012d).

Foraging habitat includes a wide variety of forest conditions, canyon bottoms, cliff faces, canyon rim tops, and riparian areas. It has been reported that Mexican spotted owls forage more frequently in unlogged forests than in managed forests. They eat a variety of prey, including small- to medium-sized rodents (such as wood rats, mice, and voles), bats, birds, lizards, snakes, and spiders (USFWS 2014d). The primary prey species are woodrats (*Neotoma* spp.), peromyscid mice (*Peromyscus* spp.) and microtine voles (*Microtus* spp.; USFWS 2014d).

Courtship begins in March and eggs are laid in late March or, more typically, early April. Nestling owls fledge from four to five weeks after hatching (commonly in early to mid-June). The young depend on their parents for food during the summer and will eventually disperse from the natal area in September and October (USFWS 2014d). Juvenile owls disperse into a variety of habitats ranging from high-elevation forests to pinyon-juniper woodlands and riparian areas surrounded by desert grasslands. Observations of long-distance dispersal by juveniles provide evidence that they use widely spaced islands of suitable habitat that are connected at lower elevations by pinyon-juniper and riparian forests.

As a result of these movement patterns, isolated populations may have genetic significance to the owl's conservation. Owls have been observed moving across open low desert landscapes between islands of suitable breeding habitat. It is likely that contiguous stands or islands of suitable mixed-conifer, pine-oak, and riparian forests are important (USFWS 2012d).

### Status and Distribution

The Mexican spotted owl is a threatened species, listed on March 16, 1993 (58 FR 14248). A final rule designating critical habitat for the owl was published on June 6, 1995; this designation was successfully challenged in court (60 FR 29914). On August 31, 2004, the USFWS published a new final rule designating

BLM_0023474

critical habitat for the owl. Over 8.6 million acres of critical habitat is designated in Arizona, Colorado, New Mexico, and Utah (69 FR 53182).

A final recovery plan was published in September 2012 (USFWS 2012d) and replaces the previous plan dated October 16, 1995. The 1995 recovery plan subdivided the owl's range into 11 recovery units, six in the United States and five in Mexico. These were renamed in the September 2012 Final Recovery Plan as ecological management units, in accordance with current USFWS guidelines.

The Mexican spotted owl occurs in forested mountains and rocky canyonlands throughout the southwestern United States and Mexico (Gutierrez et al. 1995; Ward et al. 1995). It inhabits steep rocky canyons with exposed cliffs. It ranges from Utah, Colorado, Arizona, New Mexico, and the western portions of Texas, south into several states of Mexico. The Mexican spotted owl does not occur uniformly throughout its range but rather in disjointed areas that correspond with isolated mountain ranges and canyon systems. In the United States, most of the owls are found in national forests. In some areas of the Colorado Plateau Ecological Management Unit, owls are found only in rocky-canyon habitats, which primarily occur on US Forest Service, National Park Service, and BLM lands. In the United States, 91 percent of the owls known to exist between 1990 and 1993 occurred on lands administered by the US Forest Service, and 2 percent occurred on lands administered by the BLM (Ward et al. 1995).

The species' core range occurs in central Arizona and New Mexico. In Colorado, it occurs in lower-elevation forests, usually in deeply incised, rocky canyons in southern Colorado and along the Front Range.

Surveys conducted to locate spotted owls in northern Colorado near Fort Collins and Boulder, where historical records exist from the early 1970s and 1980s, have been unsuccessful. Surveys conducted in the Book Cliffs of east-central Utah, where owls were recorded in 1958, have also been unsuccessful (USFWS 2011b). When the species was listed as threatened in 1993, there were twenty historic records for Colorado, with occurrences ranging from the San Juan Mountains in southwestern Colorado and from the Front Range as far north as the vicinity of Denver (USFWS 1993).

***Environmental Baseline***

*Occurrence in the Action Area*
The Mexican spotted owl occurs in southwestern Colorado, but has never been recorded in the GJFO. Although potential habitat for the species does occur in the GJFO, the closest designated critical habitat for the species is approximately 30 miles southwest of the field office boundary in San Juan County, Utah. No known nests or Protected Activity Centers occur within the GJFO planning area.

BLM_0023475

*Past and Current Impacts*

The owl's extremely low numbers, exacting habitat requirements, and low productivity makes it susceptible to extirpation (CPW 2008).

Mexican spotted owls are especially threatened by habitat loss and disturbance from recreation (including birding), overgrazing, land and road development, catastrophic fire, timber harvest, and energy and mineral development. Historical and current uses of Mexican spotted owl habitat are both domestic and wild ungulate grazing, recreation, fuel reduction treatments, resource extraction (e.g., timber, oil, and gas), and development. These activities reduce the quality of Mexican spotted owl habitat (USFWS 1993). Currently the greatest threat to habitat is timber extraction in the southwestern United States.

Because the BLM believes that this subspecies does not currently exist in the GJFO planning area, it is likely not being impacted by any BLM actions in or adjacent the GJFO planning area. However, Mexican spotted owl surveys will be performed in areas of suitable habitat. In the event Mexican spotted owls are discovered in the GJFO planning area, measures would be adopted consistent with the current recovery plan to protect the species and its habitat. Stipulations (see Appendix B of the PRMP) will also be implemented in the event Mexican spotted owls are discovered in the GJFO planning area.

### Critical Habitat

The USFWS first designated critical habitat for the Mexican spotted owl on February 1, 2001 (66 FR 8530). This designation was later revised and finalized on August 31, 2004 (69 FR 53182). There is no designated critical habitat in the GJFO planning area. Primary constituent elements for Mexican spotted owl critical habitat are described in **Table 3-4**, Primary Constituent Elements of Mexican Spotted Owl Critical Habitat.

### Threats

In addition to habitat loss, the Mexican spotted owl is threatened by the following:

- Competition from other owl species
- Insects
- Overuse of habitat for commercial, recreational, scientific, or educational purposes
- Predation and disease
- Inadequacy of existing regulatory mechanisms
- Other natural or man-made factors, including fire (man-made or natural)
- Silvicultural treatments

BLM_0023476

- Intentional injury to the bird

- Climate change and noise disturbance

- Overgrazing

- Land and road development

**Table 3-4**
**Primary Constituent Elements of Mexican Spotted Owl Critical Habitat**

| Features | Description |
| --- | --- |
| Forest structure | • A range of tree species, including mixed conifer, pine-oak, and riparian forest types, composed of different tree sizes reflecting different ages of trees, 30 to 45 percent of which are large trees with a trunk diameter of 12 inches (0.3 meters) or more when measured at 4.5 feet (1.4 meters) from the ground<br>• A shade canopy created by the tree branches covering 40 percent or more of the ground<br>• Large dead trees (snags) with a trunk diameter of at least 12 inches (0.3 meters) when measured at 4.5 feet (1.4 meters) from the ground |
| Maintenance of adequate prey species | • High volumes of fallen trees and other woody debris<br>• A wide range of tree and plant species, including hardwoods<br>• Adequate levels of residual plant cover to maintain fruits and seeds and to allow plant regeneration |
| Canyon habitats | • Presence of water (often providing cooler temperature and higher humidity than the surrounding areas)<br>• Clumps or stringers of mixed conifer, pine-oak, pinyon-juniper, or riparian vegetation<br>• Canyon wall containing crevices, ledges, or caves<br>• High percent of ground litter and woody debris |

Source: USFWS 2004b

### 3.2.11 Canada Lynx

***Species Description***
The Canada lynx is a medium-sized bob-tailed cat with long legs, large, well-furred paws, very long ear tufts, and a short, black-tipped tail. The winter pelage of the lynx is dense and has a grizzled appearance with grayish-brown mixed with buff or pale brown fur on the back, and grayish-white or buff-white fur on the belly, legs and feet. Summer pelage of the lynx is more reddish to gray-brown. They have large hind feet well adapted for moving across heavy snow. Adult males average 22 pounds (10 kilograms) in weight and almost 3 feet (0.9 meters) in length, with females being smaller, on average 19 pounds (8.6 kilograms) and slightly shorter in length. The lynx's long legs and large feet make it highly adapted for hunting in deep snow (USFWS 2014e).

BLM_0023477

### Life History

The primary prey of the lynx is the snowshoe hare; their physical characteristics are highly specialized for this prey. In Colorado, their prey base includes small mammals such as other types of rabbits, squirrels, porcupine, beaver, and other rodents. Lynx also eat carrion (usually ungulates) and fish, and can capture ground-dwelling birds such as grouse (USFWS 2014e). This diversity in the diet of Colorado populations may make them more stable than those in Canada (National Wildlife Federation 2014). The typical hunting strategy is stalking prey or patient crouching in wait beside a trail followed by capture in a single bound.

Lynx are highly mobile and generally move long distances (greater than 60 miles [100 kilometers]). Lynx disperse primarily when snowshoe hare populations decline. Subadult lynx disperse even when prey is abundant, presumably to establish new home ranges (USFWS 2000). Individual lynx maintain large home ranges generally between 12 and 83 square miles (31 to 215 square kilometers). The size of lynx home ranges varies depending on abundance of prey, the animal's gender and age, season, and the density of lynx populations. When densities of snowshoe hares decline, for example, lynx enlarge their home ranges to obtain sufficient amounts of food to survive and reproduce. Lynx also make long-distance exploratory movements outside their home ranges (USFWS 2014e).

Lynx breed in late winter, and after a gestation period of about 9 weeks, females produce a litter of about four kittens in April or May. The male lynx does not assist with rearing young (USFWS 2014e). Yearling females may give birth during periods when hares are abundant. During periods of hare abundance in the northern boreal forest (taiga), litter size of adult females averages four to five kittens. Litter sizes are typically smaller in lynx populations in the contiguous US (USFWS 2014e).

### Status and Distribution

The Canada lynx was listed as threatened throughout its range in the contiguous US under the ESA under a final rule published on March 24, 2000, and effective April 24, 2000 (65 FR 16053). A recovery plan outline was published on September 14, 2005 (USFWS 2005).

The distribution of lynx in North America is closely associated with the distribution of North American boreal forest and with snow conditions (USFWS 2005) since lynx are so highly adapted both morphologically and physiologically for hunting snowshoe hares and for surviving in areas with long, cold winters with deep, fluffy snow. In Canada and Alaska, lynx inhabit the classic boreal forest ecosystem known as the taiga. The range of lynx populations extends south from the classic boreal forest zone into the subalpine forest of the western United States, and the boreal/hardwood forest ecotone in the eastern United States. Forests with boreal features extend south into the contiguous United States along the North Cascade and Rocky Mountain Ranges in the west,

BLM_0023478

the western Great Lakes Region, and northern Maine in the east. Within these general forest types, lynx are most likely to be found in dense subalpine forest and willow-choked corridors along mountain streams and avalanche chutes, along with areas that receive deep snow (the likely location of its preferred prey species the snowshoe hare). Lynx are typically found in and have high-density populations of snowshoe hares (USFWS 2014e). Because of the patchiness and temporal nature of high quality snowshoe hare habitat, lynx populations require large boreal forest landscapes to ensure that sufficient high quality snowshoe hare habitat is available at any point in time and to ensure that lynx may move freely among patches of suitable habitat and among subpopulations of lynx (USFWS 2005).

Because the boreal forest landscape is patchy and transitional in the contiguous United States, snowshoe hare populations achieve lower densities compared to those of the expansive northern boreal forest in Canada. As a result, lynx generally occur at relatively low densities in the contiguous United States compared to the high lynx densities that occur in the northern boreal forest of Canada (USFWS 2005).

Lynx populations in the contiguous United States seem to be influenced by lynx population dynamics in Canada (USFWS 2014e). Many of these populations in Canada are directly interconnected to populations in the United States and are likely a source of emigration into contiguous United States lynx populations. Therefore connectivity with the larger lynx populations in Canada is important to ensuring long-term persistence of lynx populations in the United States (USFWS 2014e).

***Environmental Baseline***

*Occurrence in the Action Area*
In Colorado, lynx were virtually wiped out of the mountains in the early part of the twentieth century due to a variety of factors, including unregulated use of poisons, habitat destruction, and unregulated hunting. Evidence of individual animals continued to be noted in later years as scattered sightings in mountain areas. The last lynx sighting prior to recovery work in the 1990s occurred near Vail in 1973, although tracks unsubstantiated by biologists were reported there in 1991. A state-run reintroduction program begun in 1999 has restored the threatened cat to parts of its range as part of a design for the species' recovery in Colorado (CPW 2014).

Lynx analysis units have been mapped throughout the range of the species, and are intended to facilitate analysis and monitoring related to management actions on lynx habitat. These units do not depict actual lynx home ranges, but should approximate the size of a female's home range containing year-round habitat components (Interagency Lynx Biology Team 2013). Several lynx analysis units have been designated in the vicinity of Collbran; however, primary habitat for

BLM_0023479

the species occurs only in small pockets on high-elevation BLM lands, and suitable habitat within the planning area is limited. Canada Lynx have been recorded on US Forest Service-administered lands adjacent to the GJFO planning area.

*Past and Current Impacts*

The lynx population in the US is threatened by human alteration of forests, low numbers as a result of past overexploitation, expansion of the range of competitors, and elevated levels of human access into lynx habitat (USFWS 2009b).

Throughout its range, timber harvest, recreation, and their related activities, such as road construction, are the predominant land uses affecting lynx habitat. The primary listing factor was the lack of guidance for the conservation of lynx and snowshoe hare habitat in plans for federally managed lands. Landscape connectivity between lynx populations and habitats in Canada and the contiguous US is important to lynx success. Lynx movements may be negatively affected by high traffic volume on roads that bisect suitable lynx habitat, such as in the Southern Rockies, and in some areas, mortalities due to road kill are high (USFWS 2014e). Although the ESA bans the killing of lynx and requires road planners to consider lynx safety needs when planning new highways, immediate key threats to lynx recovery include road kill as well as illegal shooting.

Potential risk factors to lynx in the Southern Rockies include: conversion or alteration of native plant communities, fire suppression and hazardous fuels reductions, grazing, pre-commercial thinning, recreational uses, roads and trails, timber management, highways, predation, predator control, shooting and private land development (USFWS 2000).

**Critical Habitat**

The final rule designating critical habitat was published in the Federal Register on November 9, 2006 (71 FR 66008) and did not include lands in Colorado. In February 2008 the USFWS proposed to revise the amount of critical habitat designated under the ESA (73 FR 10860). The USFWS designated Critical Habitat for the Canada lynx on February 25, 2009 (74 FR 8616). On September 25, 2013, the USFWS announced a proposal to revise the critical habitat designation once again (78 FR 59429) as a result of two court orders from litigation over the 2009 critical habitat designation. No proposed critical habitat occurs within the GJFO planning area.

Primary constituent elements of Canada lynx critical habitat is described in **Table 3-5,** Primary Constituent Elements of Canada Lynx Critical Habitat.

BLM_0023480

**Table 3-5**
**Primary Constituent Element of Canada Lynx Critical Habitat**

| Features | Description |
|---|---|
| Boreal forest landscapes supporting a mosaic of differing successional forest stages | • Presence of snowshoe hares and their preferred habitat conditions, which include dense understories of young trees, shrubs or overhanging boughs that protrude above the snow, and mature multistoried stands with conifer boughs touching the snow surface<br>• Winter snow conditions that are generally deep and fluffy for extended periods of time;<br>• Sites for denning that have abundant coarse woody debris, such as downed trees and root wads.<br>• Matrix habitat (e.g., hardwood forest, dry forest, non-forest, or other habitat types that do not support snowshoe hares) that occurs between patches of boreal forest in close juxtaposition (at the scale of a lynx home range) such that lynx are likely to travel through such habitat while accessing patches of boreal forest within a home range. |

Source: USFWS 2009b

### Threats

Threats to Canada lynx, which are described in more detail under Environmental Baseline, include:

- Human alteration of forests
- Low numbers as a result of past overexploitation
- Expansion of the range of competitors
- Elevated levels of human access into lynx habitat
- Road kill
- Illegal shooting
- Global warming

## 3.2.12 Western Yellow-Billed Cuckoo

### Species Description

The western yellow-billed cuckoo is brownish above and white below, with rust-colored flight feathers. The species has a slender long-tailed profile, with a fairly stout and slightly down-curved bill; the upper mandible is blue-black and the lower is yellow. The underside of the tail has pairs of large white spots.

This is a medium-sized bird of about 12 inches in length weighing about 2 ounces. The tail feathers are boldly patterned with black and white below. The legs are short and bluish-gray; adults have a narrow yellow eye ring. Juveniles resemble adults, except the tail patterning is less distinct and the lower bill may have little or no yellow. Males and females differ slightly. Males tend to have a slightly larger bill, and the white in the tail tends to form oval spots; in females the white spots tend to be connected and less distinct (USFWS 2011c).

BLM_0023481

### Life History

Western yellow-billed cuckoos breed in large blocks of riparian habitats, particularly woodlands with cottonwoods (*Populus* spp.) and willows (*Salix* spp.). Dense understory foliage appears to be an important factor in nest site selection, while cottonwood trees are an important foraging habitat in areas where the species has been studied in California (USFWS 2014f).

Clutch size is usually two or three eggs, and development of the young is rapid: 17 days from egg-laying to fledging. Although yellow-billed cuckoos usually raise their own young, they are discretionary brood parasites, occasionally laying eggs in the nests of other yellow-billed cuckoos or other bird species (USFWS 2011c).

Western yellow-billed cuckoos winter in South America. Unlike other insectivorous birds, with the possible exception of some raptors, they feed on larger insects (Laymon 1998). Yellow-billed cuckoos are primarily foliage gleaners, though they can catch flying prey or drop to the ground to catch grasshoppers or tree frogs.

### Status and Distribution

The western yellow-billed cuckoo is a threatened species under the ESA. Those that occur in the western United States are a distinct population segment (USFWS 2014i).

This species historically occurred in portions of western Colorado, although it was likely never common. It is now extremely rare and is an uncommon summer resident. The available data indicate that cuckoos do not nest in this broad highlands region and there are few records of cuckoos in the mountainous region of the state (USFWS 2013c).

Since 2000, detections of the western yellow-billed cuckoo Distinct Population Segment have been limited in western Colorado, where consistent observations have been recorded at only two locations. The species has been detected annually in the San Luis Valley of south-central Colorado since 2001, specifically in Conejos County, where breeding is suspected but not confirmed (USFWS 2011c). Since 2003 the species has also been detected annually at the North Fork of the Gunnison River Valley of west-central Colorado in Delta County; breeding was confirmed in 2008 near Hotchkiss (USFWS 2011c).

Reports of single yellow-billed cuckoos have come primarily from the Grand Junction area and Mesa County in 2001, 2002, 2005, 2008, 2011, and 2014 with a report of more than one cuckoo at Orchard Mesa Wildlife Area in 2006 (USFWS 2013c). Additional reports are as follows:

- A cuckoo south of Montrose in Montrose County near the Uncompahgre River in 2009 (USFWS 2013c)

BLM_0023482

- A cuckoo along the Gunnison River near Gunnison in 2007 (USFWS 2013c)

- A cuckoo in the Grand Junction Wildlife Area, along the Gunnison River near the confluence of the Colorado River on July 5, 2013 (John Toolen, personal communication, September 4, 2014)

- Detections by the Rocky Mountain Bird Observatory along the Yampa River near Craig in 2007 and 2008 and in far western Colorado near Nucla in 2005 and 2008 (USFWS 2013c)

- A cuckoo sighted at the Bishop State Wildlife Area (south of the Colorado River near Palisade) by a FWS employee on July 1, 2014 (John Toolen, personal communication, September 4, 2014)

- A cuckoo sighted by a FWS employee at May Flats, near the Utah and Colorado border.

### Environmental Baseline
#### Occurrence in the Action Area
Suitable western yellow-billed cuckoo habitat occurs along the Colorado, Gunnison, and Dolores Rivers within the GJFO planning area. Observations have been reported within the planning area near Palisade and near the confluence of the Colorado and Gunnison Rivers (John Toolen, Personal communication). However, the species is difficult to detect and may migrate through the area or remain in suitable cottonwood habitat in the GJFO planning area.

#### Past and Current Impacts
Western yellow-billed cuckoos have undergone catastrophic declines especially in western Colorado (Wiggins 2005). Direct loss and degradation of low-elevation riparian woodland habitats are considered a primary cause for declines in the western portion of their range.

Available breeding habitat for cuckoos has been substantially reduced in both area and quality. The causes are groundwater pumping and invasive nonnative plants, particularly tamarisk, replacing native riparian habitats (USFWS 2011c).

Most of the habitat for the cuckoo is on private lands and continues to be lost or significantly altered. The threats affecting the species and its habitat are ongoing; riparian habitat is continuing to be destroyed through land use conversion and grazing (Laymon 1998; Wiggins 2005; USFWS 2011c; USFWS 2014i).

### Critical Habitat
Proposed critical habitat for the western yellow-billed cuckoo was designated in 2014 (USFWS 2014h), and includes portions of the planning area. The USFWS proposed designating 80 CHUs throughout the range of the species. Of these, one unit is located within the planning area along the Colorado River (CHU

BLM_0023483

Unit 55: CO-2). This unit encompasses 4,002 acres, of which is entirely located within the boundaries of the planning area.

Primary constituent elements for the yellow-billed cuckoo proposed critical habitat, are described in **Table 3-6**, Primary Constituent Elements of Yellow-Billed Cuckoo Proposed Critical Habitat.

### Table 3-6
### Primary Constituent Elements of Yellow-Billed Cuckoo Proposed Critical Habitat

| Features | Description |
| --- | --- |
| Riparian Woodlands | • Riparian woodlands with mixed willow-cottonwood vegetation, mesquite-thorn-forest vegetation, or a combination of these that contain habitat for nesting and foraging in contiguous or nearly contiguous patches that are greater than 325 feet (100 meters) in width and 200 acres or more in extent. These habitat patches contain one or more nesting groves, which are generally willow-dominated, have above average canopy closure (greater than 70 percent), and have a cooler, more humid environment than the surrounding riparian and upland habitats. |
| Adequate Prey Base | • Presence of a prey base consisting of large insect fauna (for example, cicadas, caterpillars, katydids, grasshoppers large beetles, dragonflies) and tree frogs for adults and young in breeding areas during the nesting season and in post-breeding dispersal areas. |
| Dynamic Riverine Processes | • River systems that are dynamic and provide hydrologic processes that encourage sediment movement and deposits that allow seedling germination and promote plant growth, maintenance, health, and vigor (e.g. lower gradient streams and broad floodplains, elevated subsurface groundwater table, and perennial rivers and streams). This allows habitat to regenerate at regular intervals, leading to riparian vegetation with variously aged patches from young to old. |

Source: USFWS 2014h

### *Threats*

The primary threats to western yellow-billed cuckoo as described in the Threatened Status Final Rule (USFWS 2014i) are loss and degradation of low-elevation riparian woodland habitats from the following:

- Habitat loss from dams and alterations of hydrology
- Surface and ground water diversion
- Encroachment of levees and flood control and bank stabilization structures into the river channel and floodplain
- Transportation systems
- Gravel mining
- Habitat loss and degradation from agricultural activities
- Habitat loss and degradation due to conversion to nonnative vegetation
- Environmental impacts of cross border foot traffic in the southwest
- Climate change

BLM_0023484

Threats to proposed critical habitat as described in the Designation of Critical Habitat Proposed Rule (USFWS 2014h) include the following:

- Disruption of hydrological processes that are necessary to maintain a healthy riparian system

- Loss of riparian habitat regeneration caused by poorly managed grazing

- Loss of riparian habitat from development activities and extractive uses

- Degradation of riparian habitat as a result of expansion of nonnative vegetation

- Destruction of riparian habitat by uncontrolled wildfires

- Reduction of prey insect abundance by the application of pesticides

The loss of forested habitat on its wintering grounds in South America is also a substantial threat (Wiggins 2005).

## 3.3 PROPOSED SPECIES

### 3.3.1 Gunnison Sage-Grouse

**Species Description**

The Gunnison Sage-Grouse is a large, rounded-winged, ground-dwelling bird, up to 20 inches long and 18 inches (46 to 51 centimeters) tall, weighing from two to four pounds. It is about one-third the size of the Greater Sage-Grouse (*Centrocercus urophasianus*). The birds are found at elevations ranging from 4,000 to over 9,000 feet (1,220 to 2,740 meters) and are highly dependent on sagebrush for cover and food. Sage-Grouse require wide expanses of sagebrush, and the mere presence of sagebrush in small patches does not indicate that an area is suitable Sage-Grouse habitat (USFWS 2010c).

**Life History**

Sage-Grouse is a sage obligate species; it requires healthy, functioning sage ecosystems for year-round survival. Due to high levels of natural variation in sagebrush habitat composition, sage-grouse are adapted to a variety of habitats to support their annual cycle. While most Sage-Grouse do not migrate, some can move great distances to meet their dietary requirements and find their diverse seasonal habitats (Piñon Mesa Gunnison Sage Grouse Partnership 2000).

Adult Gunnison Sage-Grouse eat leafy vegetation and will also eat insects in summer. Although sage leaves are their preferred food, grouse will also eat succulent forbs in summer. The winter diet is completely sage based, requiring that some plants in winter habitat reach above the snow. Chicks consume insects and some forbs during brood rearing, and their diet shifts to sage in fall (Piñon Mesa Gunnison Sage Grouse Partnership 2000).

BLM_0023485

***Status and Distribution***

In January, 2013, the USFWS proposed to protect the Gunnison Sage-Grouse as an endangered species (USFWS 2013d). A final determination on the species is expected in November of 2014.

Historically, Gunnison Sage-Grouse were found in the southwestern portion of Colorado, southeastern Utah, northeastern Arizona, and northwestern New Mexico. Currently, approximately 5,000 breeding Gunnison Sage-Grouse occur among seven separate populations in southwest Colorado and southeast Utah. The largest population—about 4,000 birds—inhabits the Gunnison Basin. The separate populations in Colorado are Piñon Mesa, Crawford, San Miguel Basin, Gunnison Basin, Dove Creek, Cerro Summit-Cimarron-Simo Mesa, and Poncha Pass. The Utah population is near Monticello (USFWS 2010c).

***Environmental Baseline***

*Occurrence in the Action Area*

The Piñon Mesa population of Gunnison Sage-Grouse occurs entirely within the GJFO planning area in the Glade Park area. Historically, leks occurred on BLM-administered lands; however, currently the birds primarily use private land in the southwest corner of Glade Park. The CPW began augmenting this population in 2010, however immediate results of increased males in lek counts were not observed as males at leks dropped to 11 in 2012 but jumped to 31 in 2013. The large jump is partly due to finding a new lek with 8 birds on it but also to increased overall numbers that may be attributable to the transplant efforts. See **Table 3-7**, For Piñon Mesa Lek count information. A conservation plan for this population was completed in 2000 (Piñon Mesa Gunnison Sage-Grouse Partnership 2000), and a rangewide conservation plan for the species was completed in 2005 (Gunnison Sage-Grouse Rangewide Steering Committee 2005). The BLM has been actively managing public lands in the Glade Park area to improve Gunnison Sage-Grouse habitat through mechanical treatments and prescribed fire.

**Table 3-7**
**Lek Count Piñon Mesa Population**

| Year | High Count Males on Lek |
|------|--------------------------|
| 1995 | 16 |
| 1996 | 24 |
| 1997 | 23 |
| 1998 | 26 |
| 1999 | 29 |
| 2000 | 33 |
| 2001 | 31 |
| 2002 | 27 |
| 2003 | 25 |
| 2004 | 29 |

BLM_0023486

**Table 3-7**
**Lek Count Piñon Mesa Population**

| Year | High Count Males on Lek |
|------|-------------------------|
| 2005 | 34 |
| 2006 | 33 |
| 2007 | 26 |
| 2008 | 22 |
| 2009 | 16 |
| 2010 | 15 |
| 2011 | 13 |
| 2012 | 11 |
| 2013 | 31 |

Source: CPW 2011

*Critical Habitat*

Proposed critical habitat for the Gunnison Sage-Grouse is located within the southwestern portion of the planning area near Glade Park.

Primary constituent elements for the Gunnison Sage-Grouse proposed critical habitat, are described in **Table 3-8**, Primary Constituent Elements of Gunnison Sage-Grouse Proposed Critical Habitat.

**Table 3-8**
**Primary Constituent Elements of Gunnison Sage-Grouse Proposed Critical Habitat**

| Features | Description |
|----------|-------------|
| Sagebrush plant communities | • Areas with vegetation composed primarily of sagebrush plant communities (at least 25 percent of primarily sagebrush land covered within a 1.5-km (0.9-mile) radius of any given location ), of sufficient size and configuration to encompass all seasonal habitats for a given population of Gunnison sage-grouse, and facilitate movements within and among populations. |
| | • Breeding habitat and summer-late fall habitat composed of sagebrush plant communities with structural characteristics within the ranges as described in the proposed critical habitat rule (USFWS 2013e) |
| | • Winter habitat composed of sagebrush plant communities with sagebrush canopy cover between 20 and 40 percent and sagebrush height of 40 to 55 cm (15.8 to 21.7 inches). These habitat structure values are average values over a project area. |
| | • Alternative mesic habitats used primarily in the summer-late-fall season |

USFWS 2013e

*Threats*

Factors affecting the continued existence of Gunnison Sage-Grouse include habitat fragmentation and severe weather during the nesting and early brood periods (Piñon Mesa Gunnison Sage Grouse Partnership 2000). Fire suppression also leads to changes in habitat from encroaching conifers and sagebrush habitat types becoming dominant old-aged stands. Other anthropogenic factors that affect sage-grouse are as follows (Piñon Mesa Gunnison Sage Grouse Partnership 2000):

BLM_0023487

- Continuous noise that impairs the acoustical components of males on leks

- Disturbance from construction or other projects

- Harassment from pets

- Disturbance, death, or habitat degradation from use of off-highway-vehicles

Specific threats as identified in the 2013 proposed listing for all populations of Gunnison Sage-Grouse (not just those which occur within the planning area) include: residential development, roads, powerlines, domestic grazing and wild ungulate herbivory, fences, invasive plants, fire, climate change, renewable energy development, nonrenewable energy development, pinyon-juniper encroachment, conversion to agriculture, and water development (USFWS 2013d).

## 3.4 CANDIDATE SPECIES

### 3.4.1 Greater Sage-grouse

The Greater Sage-grouse is a candidate for listing under the ESA and is considered in this BA for long-term planning purposes. The Greater Sage-Grouse is not considered part of the formal Section 7 ESA consultation; however, it is possible that it could be listed during the life of the RMP.

Greater Sage-Grouse do occur within the planning area. Conserving this species and its required habitat are key components of current, proposed, and future BLM goals, objectives, and management actions.

***Species Description***

The Greater Sage-Grouse is the largest grouse in North America (USFWS 2014g). This grouse is a large, rounded-winged, ground-dwelling bird, up to 30 inches long and two feet tall, weighing from two to seven pounds. It has a long, pointed tail with legs feathered to the base of the toes. Females are a mottled brown, black, and white. Males are larger and often weigh in excess of 4-5 pounds and hens weigh in at 2-3 pounds. Males have a large white ruff around their neck which conceal 2 large, bright, yellow-green skin sacs on their breasts which are used in courtship displays. These air sacks get inflated during mating displays. Both sexes have narrow, pointed tail feathers. Males also have yellow eyecombs (obvious in the spring during courtship displays). Female Sage-grouse do not have these specialized structures used for courtship displays and otherwise resemble males in coloration. However, in comparison to males, their throats are buffy with blackish markings and the lower throat and breast are barred which presents a blackish-brown appearance. Immature birds (less than 1 yr. of age) can be distinguished from adults by their light yellowish green toes (adults have dark green toes).

BLM_0023488

### Life History

Sage-Grouse require a diverse age-class of sagebrush and open grassland habitats. The birds rely on sagebrush for roosting, cover, and food. They are usually referred to as "sagebrush obligates," meaning that the birds cannot survive without sagebrush (Knick and Connelly 2011). Populations of sage-grouse may have distinct seasonal habitats or well-integrated seasonal habitats, depending upon if they are migratory or non-migratory populations. Sage-Grouse require different habitats for breeding, nesting, brood-rearing, and for winter survival. In general breeding occurs in open areas surrounded by sagebrush. For nesting, Sage-Grouse use areas of sagebrush with a canopy cover of 15 to 25 percent but can be as high as 30 to 40 percent, and a grass and forbs understory. For brood-rearing habitat, open stands of sagebrush (10 to 25 percent canopy cover) are preferable. Winter habitat consists of sagebrush areas with canopy cover of 10 to 30 percent (Knick and Connelly 2011).

Each year, male Sage-Grouse congregate in late winter through spring on leks to display their breeding plumage and to attract hens for mating. A lek is a traditional display area where two or more male Sage-Grouse have attended in 2 or more of the previous 5 years. The area is normally located in a very open site in or adjacent to sagebrush-dominated habitats. Generally, lek sites are traditional, with the same lek sites used year after year. Taller sagebrush on the outskirts of the leks is necessary as a food source, escape cover, nesting cover for females, and loafing cover during the day. Leks generally occur in sagebrush habitats on slopes (less than 15 per cent) with a south- to east-facing aspect (BLM 2004). Because leks are typically positioned within proximity of nesting and brood-rearing habitat, they are often considered an excellent reference point for monitoring and habitat protection measures.

### Status and Distribution

The Greater Sage-Grouse is a federal candidate species for listing under the ESA, Colorado BLM sensitive species, and a Colorado species of concern. Considerable attention has been given to this species since the 1980s, as evidenced by the BLM's National Greater Sage-Grouse Planning Strategy.

The BLM is currently working on an EIS to analyze incorporating new Greater Sage-Grouse conservation measures into its RMPs for the five field offices within the Northwest Colorado District: the GJFO, the Colorado River Valley Field Office, the Kremmling Field Office, the Little Snake Field Office, and the White River Field Office. All five field offices in the District are either in an on-going land-use planning effort or have recently completed one. An interagency National Technical Team drafted conservation measures for the BLM's consideration during the planning process. The BLM is evaluating where the Greater Sage-Grouse conservation measures in each field offices' plans are consistent with these recommendations, and where BLM may need to consider Plan Amendments through the Sage-Grouse EIS.

BLM_0023489

The birds are found at elevations ranging from 4,000 to over 9,000 feet (1,220 to 2,750 meters) and are highly dependent on sagebrush for cover and food. They cannot survive in areas where sagebrush does not exist (UFWS 2014i). They are currently found in 11 states: California, Colorado, Idaho, Montana, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, and Wyoming. They also occur in the Canadian provinces of Alberta and Saskatchewan. They are native to the sagebrush steppe of western North America. Their distribution closely follows that of sagebrush, particularly big sagebrush (*Artemesia tridentata* subspecies) (USFWS 2014g).

### Environmental Baseline

#### Occurrence in the Action Area

The Parachute-Piceance-Roan (PPR) population of the Greater Sage-Grouse occurs on the northeastern side of the GJFO planning area. The Colorado Greater Sage-Grouse Conservation Plan (Colorado Greater Sage-Grouse Steering Committee 2008) shows a larger portion of the GJFO planning area as potential pre-settlement habitat based on historic sagebrush distribution, encompassing everything above the Book Cliffs and portions of the Grand Mesa slopes (though the plan identifies this as an area where the species of sage-grouse is uncertain). Sixteen active and inactive Greater Sage-Grouse leks occur within the GJFO planning area; three occur on BLM-administered lands, and thirteen occur on private lands. Of these sixteen leks, seven are considered active; two of the active leks occur on BLM-administered lands. 49,300 acres of Preliminary Priority Habitat (PPH), and 29,300 acres of Preliminary General Habitat (PGH) occur within the planning area.

#### Past and Current Impacts

Habitat loss and degradation are the greatest concern related to Greater Sage-Grouse. Sagebrush habitats are becoming increasingly degraded and fragmented due to the impacts of multiple threats, including direct conversion, urbanization, infrastructure such as roads and power lines built in support of several activities, wildfire and the change in wildfire frequency, incursion of invasive plants, grazing, and nonrenewable and renewable energy development. Many of these threat factors are exacerbated by the effects of climate change, which may influence long-term habitat trends (Manier et al. 2013).

Agricultural conversion has resulted in large losses of sagebrush shrubsteppe habitats. Sagebrush habitat continues to be converted for both dryland and irrigated crop production. In some Colorado counties, fifty percent of sage-grouse habitat has been subdivided, while an estimated 3 to 5 percent of all historical habitat in Colorado has been converted into urban areas (USFWS 2010b). The construction of power lines, communication towers, fences, roads, and railroads has contributed to habitat fragmentation and degradation. Greater Sage-Grouse populations are also negatively affected by energy development

BLM_0023490

activities (primarily oil, gas, and coal-bed methane). Wildfires can result in the short or long-term loss of habitat (USFWS 2010b).

Livestock management and domestic grazing can seriously degrade Sage-Grouse habitat. Grazing can adversely impact nesting and brood-rearing habitat by decreasing vegetation concealment from predators. Grazing also has been shown to compact soils, decrease herbaceous abundance, increase erosion, and increase the probability of invasion of exotic plant species (USFWS 2010b).

Human recreation produces some threats to Greater Sage-Grouse, including from bird watching or tour groups visiting leks, impacts from general wildlife viewing, and/or photography. Also this species, the subject of many scientific research studies and field studies, can include capture, handling, subsequent banding, or banding and radio-tagging of Sage-Grouse, all of which can contribute directly or indirectly to increases in mortality rates. Finally, Greater Sage-Grouse are hosts for a variety parasites and diseases which can increase mortality rates, and predation is the most commonly identified cause of direct mortality for Sage-Grouse during all life stages (USFWS 2010b).

The BLM is currently operating under Instruction Memorandum 2012-043 – Greater Sage-Grouse Interim Management Policies and Procedures (BLM 2012f). This Instruction Memorandum provides interim conservation policies and procedures to be applied to ongoing and proposed authorizations and activities that affect the Greater Sage-Grouse and its habitat. This direction ensures that interim conservation policies and procedures are implemented when field offices authorize or carry out activities on public land while the BLM develops and decides how to best incorporate long-term conservation measures for Greater Sage-Grouse into applicable land use plans. This direction aims to promote sustainable Greater Sage-Grouse populations and conservation of its habitat while not closing any future options before the planning process can be completed.

### Threats
The primary threats to the Greater Sage-Grouse, described in more detail under the Environmental Baseline, include:

- Agriculture conversion and urbanization
- Fire
- Invasive species
- Infrastructure development
- Recreation
- Livestock use and grazing
- Energy development

BLM_0023491

# SECTION 4
# EFFECTS OF PROPOSED ACTION

## 4.1 INTRODUCTION

This BA analyzes the impacts of a proposed discretionary federal action. A federal action is defined as anything authorized, funded, or carried out by a federal agency. The analysis of all impacts includes the effects of interrelated and interdependent actions. The proposed action is to implement the PRMP as described in Section 2. The proposed action is programmatic in nature, and as such, projects implemented under the jurisdiction of this RMP would be subject to Section 7 ESA consultation at the project-specific level.

### 4.1.1 Definitions

The effects of implementing the PRMP can be categorized into direct, indirect, and cumulative effects. These categories are defined differently under the ESA and NEPA, so that effects presented here will differ from those described in the RMP/EIS.

- **Direct effects** are those that are caused by the proposed action and occur at the time of the action.

- **Indirect effects** are those that are caused by the proposed action and occur later in time but are reasonably certain to occur.

- **Cumulative effects** include those of future state, tribal, local, or private actions that are reasonably certain to occur in the action area considered in this BA. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis. This is because they will be subject to separate consultation, in accordance with Section 7 of the ESA.

The following definitions are used for effect determinations:

- **No effect**—This is the appropriate conclusion when the BLM determines its proposed action would not affect listed species. The

BLM_0023492

principal factor in this determination is that the species and its suitable habitat do not exist in the analysis area or that the proposed action would involve no surface disturbances or other disruption to the species. In this situation, no further contact with the USFWS is required.

- **May affect, is not likely to adversely affect**—This is the appropriate conclusion when effects on listed species are expected to be discountable, insignificant, or completely beneficial. This type of effect requires informal Section 7 consultation with the USFWS and concurrence with the determination.

- **May affect, is likely to adversely affect**—This is the appropriate conclusion if any adverse effect on the listed species may occur as a direct or indirect result of the proposed action or its interrelated or interdependent actions, and the effect is not discountable, insignificant, or beneficial. If the overall effect of the proposed action is beneficial to the listed species, but also is likely to cause some adverse effects, the proper effect determination for the proposed action is "likely to adversely affect" the listed species. Such determination requires formal Section 7 consultation with the USFWS.

### 4.1.2 Methods of Analysis

Although data on known locations and habitats in the planning area are available, the data are neither complete nor comprehensive. Known and potential species and habitat locations were considered in the analysis; however, the potential for species to occur outside these areas was also considered. Impacts were quantified when possible. In the absence of quantitative data, best professional judgment based on scientific reasoning was used. Additionally, The GJFO RMP and this associated BA are programmatic documents, which do not address site-specific proposals or projects. As a result, some impacts are discussed in more general terms.

No decision would be approved in the RMP or authorized on BLM lands that would jeopardize the continued existence of species that are listed, proposed, or candidates for listing as threatened or endangered. Implementation of the BLM's special status species program is directed at preventing the need for listing of proposed or candidate species under the ESA, protecting special status species, and improving their habitats to a point where their special status recognition is no longer warranted (BLM 2008c).

The analysis is based on the following assumptions:

- Impacts on listed, proposed and candidate species can occur from actions that result in direct mortality, loss of habitat or modifications to habitat suitability, and actions that displace individuals or disrupt behavior. Because threatened, endangered,

BLM_0023493

proposed, and candidate species have specific habitat requirements, and their habitats are often diminishing, disturbance of the species or their habitat could result in population declines, which could adversely affect viability of local populations.

- Since threatened and endangered species populations are, by their nature, generally small and localized, the total area affected by other activities or restrictions is less important than where the activities or restrictions occur in relation to special status species and their habitat.

- The health of threatened, endangered, proposed and candidate species populations is directly related to the overall health and functional capabilities of upland, aquatic, riparian, and wetland resources, which in turn are a reflection of overall watershed health.

- Ground-disturbing activities could lead to positive or negative modification of habitat and loss or gain of individuals. This depends on the nature of the activity, the intensity of the surface disturbance, the amount of area disturbed, the location of the disturbance, and the species affected.

- Road density in a given watershed and the distance of roads from threatened, endangered, proposed, and candidate species habitat provides an indication of the potential for impacts on these species. For fish and aquatic wildlife, roads are a measure of lands available for accelerated water transport and potential erosion and offsite sediment transport. For plants, roads also contribute to increasing exposure to dust, reducing pollinator habitat, and providing a niche for the invasion of noxious weeds. However, the actual impacts and degree of impacts depend on additional variables, such as the class of road (dirt, gravel, paved), road condition (rutted, bar ditched, properly drained), the type of vegetation between the road and occupied or suitable habitat, the topography, the ecological condition of the suitable or occupied habitat, and soil characteristics.

- Species' health, population levels, and habitat conditions fluctuate in response to natural factors. Periods of drought or excessive moisture and outbreaks of diseases that affect species directly or impact habitat (e.g., Ips beetle) would likely impact threatened, endangered, proposed, and candidate species population levels.

- Implementation-level actions would be further assessed on an appropriate spatial and temporal scale. Additional field inventories would likely be needed to determine whether any such species could be present in the project area.

BLM_0023494

- Land uses would be managed to maintain or move toward meeting the Colorado Standards for Public Land Health (BLM 1997) on a landscape basis. Site-specific NEPA and ESA analysis would assess whether management actions would contribute to the maintenance or achievement of land health standards or risk causing a decline in land health conditions.

- All permitted activities that could affect federally threatened or endangered species would be required to undergo ESA Section 7 consultation with the USFWS. The activities would need to be mitigated to ensure that threatened or endangered species would not be jeopardized on a project-specific basis or at a cumulative level.

- The BLM would implement measures to conserve BLM sensitive species and their habitats to reduce the likelihood and need for such species to become listed (BLM 2008c).

- The BLM would implement the standard operating procedures and mitigation measures from the Programmatic Integrated Weed Management Plan for the BLM Grand Junction Field Office BA (BLM 2010b). These would mitigate the potential impacts from herbicide treatments.

- Success of mitigation depends on the specific protective measures employed and the assumption that these measures would be properly implemented. Adaptive management, such as changing techniques, would be used until success is achieved.

- Many of the resources and uses have NSO or CSU stipulations that extend beyond or overlap the NSO or CSU stipulations listed for protection of special status species. Although NSO or CSU stipulations for other resources and uses may offer additional benefits (e.g., reduced erosion, sedimentation, and weed invasion) and indirectly support special status species management, in most cases, these benefits would be negligible or redundant to the protections provided by stipulations for special status species. For these reasons, impacts on special status species from NSO or CSU stipulations associated with other resources will only be addressed if they are anticipated to provide substantial additional protection.

## 4.2    LISTED SPECIES

### 4.2.1    Plants

*Assumptions and Methods of Analysis*
Methods of analysis and assumptions are similar to those described above in Section 4.1.2. The following additional assumptions apply to listed plants:

BLM_0023495

Any disturbance of listed plant habitat, unless specifically designed for a particular listed plant species, would be detrimental to the listed plants. This includes sagebrush habitat improvement projects, such as juniper removal and prescribed fire. These projects might have long-term positive impacts but would result in listed plant mortality and habitat degradation in the short term.

Actions that affect listed plant species can result in the following general impacts:

- **Direct mortality.** Mortality can result from crushing, trampling, or physically removing plants. Contact with herbicides or other chemicals, can also cause direct mortality. Where occurrences of a plant are small, loss of a portion of the plants can compromise its viability. Loss of occurrences can compromise species viability due to reduced genetic diversity and a reduced ability to withstand natural or man-made disturbances.

- **Loss of vigor or reduced reproductive success.** Trampling and coming in contact with chemicals may not always result in direct mortality; however, it can reduce vigor, which affects the plant's ability to reproduce and sustain the population. The consumption of flowers, seeds, stems, and foliage of special status plants (herbivory) can reduce reproductive success, or in some cases, death. Dust deposited on special status plants may reduce their photosynthetic ability or the ability of pollinators to transfer pollen between plants.

- **Direct loss of potential or occupied habitat.** Direct habitat loss results when habitat is physically destroyed or converted to a form that is unsuitable for the impacted species. Direct habitat loss can be short term or permanent. Surface-disturbing activities, such as construction and use of roads, trails, parking lots, buildings, power poles, wind turbines, and ponds, may result in permanent loss of occupied or potentially occupied habitat. This would reduce the total habitat capable of supporting listed plant populations and fragment remaining populations.

  Short-term habitat loss can occur with habitat improvement projects, such as those addressing encroaching junipers in sagebrush or salt desert shrub habitats. Closure or reclamation of disturbed areas may eventually restore lost habitat; however, the disturbance can require years or decades for recovery to conditions before the disturbance. If reclamation does not result in habitat suitable for sustaining special status plants, habitat may be permanently lost.

- **Changes in habitat structure.** A canopy cover of shrubs offers habitat characteristics that appear to be favorable for several special status plant species, such as Colorado hookless cactus, to germinate and become established. Shrubs may protect some special status

BLM_0023496

plants from herbivory or trampling and may provide improved moisture availability or reduced moisture loss under the canopy. Surface-disturbing activities that significantly reduce the percent canopy cover of shrubs may allow increased herbivory or moisture loss, resulting in decreased vigor or mortality of special status plants.

- **Competition.** Changes in species composition also affect listed plant populations. Proliferation of noxious weeds or other invasive plants may render habitat unsuitable by outcompeting listed plants for water and nutrients or by preventing seedling germination and establishment. Occupied Colorado hookless cactus habitat that is dominated by cheatgrass appears to inhibit seedling cactus to germinate, thereby threatening the long-term viability of this population. In some cases, increases in canopy cover and density of native species, particularly grasses, can compete with listed plants for limited water and nutrients.

  Other species, such as Parachute penstemon, and DeBeque phacelia thrive in environments where vegetation is sparse and competition is low. Increases in vegetation cover (following disturbances, such as fire or seeding) may cause competition with special status plants, resulting in decreased vigor or mortality.

- Other species thrive in environments where vegetation is sparse and competition is low. Increases in vegetation cover, following such disturbances as fire, mechanical treatments, or seeding, may cause competition with special status plants, resulting in decreased vigor or mortality.

- **Loss of pollinators or pollinator habitat.** Actions that disturb pollinators or that destroy their habitat can have a detrimental impact on plant species. Long-term loss of pollinators can reduce the reproductive ability of these plant species and affect maintenance and genetic diversity of populations.

- **Habitat fragmentation.** Habitat becomes fragmented when contiguous habitat is broken into smaller blocks by surface-disturbing activities and distances between suitable habitat patches increase. Because pollinators fly only limited distances, they are less likely to use small and isolated patches of habitat. Habitat fragmentation can effectively isolate pollinators from special status plants. Smaller populations receive fewer pollinator visits, so seed production is lower in small populations.

  Small population size decreases reproductive success and increases inbreeding and loss of genetic variation. As a result, fragmentation may lower population viability and increase local population extinction risk (Kolb 2008). Herbivory does not decrease with

BLM_0023497

population size; instead, it enforces fragmentation by further reducing the number of flowering individuals (Kolb 2008). Closure and rehabilitation of roads in listed plant habitat may benefit the long-term survival of populations by decreasing habitat fragmentation.

- **Soil compaction.** Soil compaction resulting from heavy equipment or vehicle travel may reduce soil pore size, inhibit water infiltration, and restrict root penetration, thereby inhibiting maintenance and establishment of special status plants.

- **Erosion or sedimentation.** Special status plants may be washed away or their roots may be exposed by erosion from surface-disturbing activities, such as blading or bulldozing for roads. Special status plants may be buried by sedimentation resulting from disturbances upslope of special status plant populations.

- **Alteration of hydrologic conditions.** Some special status plant species (such as Ute ladies'-tresses orchid), which are dependent on seasonally flooded environments, subirrigated soils, or seeps, may be adversely affected by changes in surface or groundwater flow.

- **Changes in fire regime.** Changes in species composition, either in special status plant habitat or in adjacent plant communities, may alter the natural fire regime to which the plants are adapted. Cheatgrass, a highly flammable annual grass, may drastically increase the fire frequency in special status plant habitat, affecting the survivability and viability of the population.

- **Habitat restoration.** This can result from vegetation management projects, hydrologic function restoration, invasive species removal, historic fire regimes restoration, grazing management alteration, or other methods. However, any habitat restoration project for special status plants must be designed specifically for the individual plant species and its specific habitat and site conditions. Generalized habitat restoration projects that do not focus on special status plant needs can have negative effects on these species.

### Conservation Planning (Section 7 [a][1] of the ESA)

The goals for biological resources management, including ESA-listed species, in the PRMP are summarized in **Table 2-1** of this BA. Additionally, **Table 2-1** includes the objectives, actions, and conservation measures proposed to achieve the goals. The PRMP is primarily a landscape-level, programmatic-level document. The stipulations, conservation measures, and BMPs described below for listed plants, are not comprehensive. New conservation measures may be developed at the project level.

BLM_0023498

*Objectives*

Two objectives directly related to listed plant species are included in the PRMP (**Table 2-1**):

- To conserve plants and animals (and their habitats) listed by federal and Colorado governments as threatened, endangered, sensitive or species of concern, and to conserve plants and animals that are candidates for these lists with the overall objective of improving their populations so that they can be removed from these lists.

- Promote maintenance and recovery of federally listed, proposed, and candidate plant species by protecting occupied habitat. Protect occupied habitat for all BLM sensitive plant species and significant plant communities as defined and tracked by CNHP.

*Actions and Surface Disturbance Restrictions*

Ten actions and surface disturbance restrictions directly related to listed plant species are included in the proposed plan (**Table 2-1**):

- Protect and maintain unique ecological values for the following habitat locations to improve the habitat for unique, sensitive, threatened, and endangered plants and animals:

  - Atwell Gulch ACEC: Colorado hookless cactus, DeBeque milkvetch, and Naturita milkvetch *(Astragalus naturitensis)*;

  - Pyramid Rock ACEC: Colorado hookless cactus, DeBeque phacelia, DeBeque milkvetch, Naturita milkvetch, adobe thistle, and aromatic Indian breadroot;

  - South Shale Ridge ACEC: Colorado hookless cactus, DeBeque phacelia, Naturita milkvetch, and adobe thistle; and

- Identify the following areas as core conservation populations for special status plant species:

  - Atwell Gulch;

  - Logan Wash Mine;

  - Pyramid Rock ACEC;

  - South Shale Ridge;

  - Sunnyside; and

  - Reeder Mesa.

- Manage identified habitat to maintain the population. Management tools include but are not limited to weed treatments, inter-seeding, route closures, fencing, and managing timing and intensity of grazing. Identify additional areas as populations are identified and species of concern are modified. Limit new road construction in Reeder Mesa,

BLM_0023499

Sunnyside, Logan Wash Mine, and South Shale Ridge, and designate new roads associated with authorized uses as administrative (e.g., oil and gas and ROWs). Rehab and close roads associated with authorized uses when no longer needed.

- Monitor special status plant populations to determine trends, impacts, and guide future management, with an emphasis on areas near surface-disturbing activities. Utilize monitoring data to determine and modify NSO stipulations applicable to current and historically occupied habitat of threatened, endangered, proposed, and candidate plants.

- Reduce redundancies in routes to minimize habitat fragmentation, and minimize direct impacts on listed plant species habitat, and occupied habitat from motorized and mechanized users of roads, routes and trails. Identify mitigation where open routes are negatively effecting designated critical habitat.

- Reduce as much as practicable route density (miles/square mile) within 200 meters of known Threatened and Endangered plant occurrences throughout the field office. If occurrences are identified in the future that conflict with route designations, implement reroutes.

- Prohibit surface occupancy and surface-disturbing activities in the following ACECs to protect threatened, proposed, candidate, and sensitive plants.

    o Atwell Gulch (threatened and sensitive plants);

    o Badger Wash (sensitive plants);

    o Pyramid Rock (threatened and sensitive plants);

    o South Shale Ridge (threatened and sensitive plants); and

    o Unaweep Seep (sensitive plants).

- Prohibit certain surface uses (as specified in Appendix B of the PRMP), to protect threatened, endangered, proposed, and candidate plants and animals from indirect impacts, loss of immediately adjacent suitable habitat, or impacts on primary constituent elements of critical habitat as designated by USFWS. Maintain existing buffer distances where pre-existing disturbance exists, and reduce redundancies in roads to minimize fragmentation, and minimize direct impacts from motorized and mechanized users of roads, routes and trails. In undisturbed environments and ACECs, prohibit new disturbance within 200 meters (656 feet) of current and historically occupied and suitable habitat. This stipulation includes emergency closures of roads where damage to T&E habitat has occurred.

BLM_0023500

- For those plant communities that meet BLM's criteria for significant plant communities, special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Habitat areas include occupied habitat and habitat necessary for the maintenance or recovery of the species or communities.

Additional management actions indirectly related to the protection of the listed plant species are described in **Table 2-1** and incorporated by reference.

*Colorado Standards for Public Land Health*
The Colorado Standards for Public Land Health describe conditions needed to sustain public land health. They relate to all uses of the public lands. Standards are applied on a landscape scale and relate to the potential of the landscape (Appendix E of the PRMP). Of the five standards listed, standards 1, 3, and 4 would directly apply to the conservation of listed plant species. Specifically, standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor. Standard 3 promotes the health of native plants (and animals) at the community and population levels. Standard 4 establishes BLM standards for protecting and enhancing special status, threatened, and endangered federal and state species and other plants and animals.

*BMPs for Management Actions*
Appendix H of the PRMP includes a number of BMPs and standard operating procedures that would benefit special status plant species by protecting soils, vegetation, and suitable habitat. These BMPs include but are not limited to: closing selected routes to protect special status species and significant plant communities, placing pipelines and other ROWs within road corridors when feasible to minimize disturbance, and minimizing disturbance to soil and native vegetation as much as possible. Additionally, various other practices designed to prevent or limit noxious and invasive weed infestations are also included as BMPs.

### Direct and Indirect Effects

There would be no effects on threatened and endangered plant species from air and climate resources; cultural resources; paleontological resources; visual resources; lands with wilderness characteristics; forestry; wild and scenic rivers; National Trails; national, state, and BLM byways; Native American tribal uses; public health and safety; Wilderness Study Areas; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Effects from Soils Resource Management*
The goal of soil resource management in the GJFO RMP is to ensure upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for optimal plant growth and vigor, and minimizes runoff and erosion. Included within the PRMP are BMPs, stipulations, and other actions

BLM_0023501

which would protect vulnerable soils (e.g. erosive soils, steep slopes, fragile soils, and biologic soil crusts). Standard operating procedures and BMPs specific to soils include: avoiding vertical cuts, long or steep fill slopes and side cuts across steep slopes. An NSO stipulation which prohibits fluid mineral surface occupancy and use on lands with steep slopes greater than 40 percent would minimize erosion and protect special status plant species found on or bellow steep inclines. The seed bank of the DeBeque phacelia (which is the primary mechanism for which the species survives) is particularly vulnerable to soil disturbing activities, and would therefore benefit from the soil specific stipulations, BMPs, and other actions as described in greater detail in the PRMP.

*Effects from Water Resource Management*

To protect, preserve, and enhance watershed functions, the PRMP would implement NSO stipulations specific to riparian corridors. NSO-2 (covering streams/springs possessing lotic riparian characteristics) would prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, surface occupancy and use and surface-disturbing activities would be prohibited within the riparian zone. This measure would protect potential Ute ladies'-tresses habitat in the DeBeque area and near Plateau Creek. The Colorado hookless cactus, DeBeque phacelia, and Parachute penstemon are not known as riparian obligate species; however, this stipulation could provide protection for those species which happen to occur within riparian corridors. This stipulation would provide additional protection to the 200-meter fluid mineral NSO for listed plant species.

*Effects from Vegetation Management*

In general, vegetation management would emphasize improving and restoring vegetation and special status species habitats. This would be accomplished through actions such as controlling noxious and invasive weeds, implementing woody vegetation treatment projects (e.g. pinyon-juniper and conifer removal), replenished diminished native seed banks, and restrictions on surface-disturbing and disruptive activities in certain locations.

Potential impacts on listed plant species from vegetation treatments include crushing or trampling from heavy equipment, loss of vigor, reduced reproductive output, or mortality from herbicides. Herbicide treatment projects would adhere to the conservation measures and standard operating procedures identified in the Programmatic Integrated Weed Management Plan for the GJFO, which include distance buffer provisions between treatment sites and populations. Weed management impacts on the Colorado hookless cactus, DeBeque phacelia, and Parachute penstemon are analyzed in the BA for Programmatic Integrated Weed Management (BLM 2010b). The BA determined and the USFWS concurred that the Integrated Weed Management Plan may affect, but is not likely to adversely affect these species. This BA tiers to the

BLM_0023502

2010 Programmatic Integrated Weed Management Plan BO and the analysis therein.

Vegetation treatments would cause short-term disturbance of potential special status plant habitat by removing vegetation and exposing soil. Over the long-term these activities would improve habitats for special status plants by removing competitor species and restoring native species.

### Effects from Fish and Wildlife Management

Fish and wildlife management under the PRMP would emphasize providing for aquatic and terrestrial habitats which support an abundance and diversity of fish and wildlife species with self-sustaining populations. In general, fish and wildlife management would improve and maintain habitat throughout the decision area. Applying stipulations to reduce or mitigate surface-disturbing activities within wildlife corridors and wildlife priority habitats would likely provide some additional protection to overlapping habitat for listed plants.

### Effects from Special Status Species

The PRMP would work towards managing special status species habitats to provide for their conservation and restoration. Effects to listed plant species would be similar to those described under Fish and Wildlife Management. Core conservation population areas would be identified and managed to maintain the population. Management tools including but not limited to weed treatments, inter-seeding, route closures, fencing, and managing timing and intensity of grazing may be used to meet the goals and objectives for special status plant species.

### Effects from Wild Horses

Under the PRMP, the BLM would continue to manage the 35,200-acre Little Book Cliffs Wild Horse Range (LBCWHR) located northwest of Palisade. DeBeque phacelia, Parachute penstemon, and Ute ladies'-tresses are not known to occur within this area; however, Colorado hookless cactus occurrences have been recorded, and effects from trampling and habitat degradation may occur. The LBCWHR would be managed at an appropriate management level, currently identified as 90-150 wild horses, although this number may be adjusted if warranted by range conditions. Additional stipulations and conservation measures specific to the LBCWHR would help protect the Colorado hookless cactus from other resource uses. For example, NSO-36 would prohibit surface occupancy and surface-disturbing activities, thereby protecting hookless cactus populations within the LBCWHR from energy development.

### Effects from Wildland Fire Management

Depending on the extent, location, severity, and seral type affected, unplanned ignitions would have adverse impacts on special status species. Unplanned ignitions can remove or degrade habitat for some species and/or reduce population viability. Large or intense wildfires could damage large expanses of

BLM_0023503

habitat or kill established populations. Indirect effects could result from increased erosion, and increased potential for noxious and invasive weed establishment.

Species such as the Parachute penstemon and DeBeque phacelia are found in barren habitats where fires are uncharacteristic. However, cheatgrass infestations can result in fuel buildup, which could potentially carry fire into these populations. Because these species are not adapted to natural fire regimes, such events would likely result in mortality.

Increased human activity via wildland fire management and prescribed fire could increase the likelihood for injury to or death of special status plant species or changes to survival or reproduction. A large fire that would require extensive suppression, such as large-scale staging areas and fire-line construction, could result in long-term loss of Colorado hookless cactus occurrences and its habitats. However, smaller fires would require less extensive suppression operations and would generally avoid these long-term effects. Extensive staging areas and fire line construction are infrequent in the barren habitat which Parachute penstemon and DeBeque phacelia occupy, but may still occur. Fire and fire suppression activities in these areas could result in impacts to the species including loss of individuals and habitat disturbance.

The PRMP emphasizes a suite of fuels treatments which would provide management flexibility in meeting resource objectives. Fuel treatments would be prioritized to strategically reduce wildfire threat in areas of high risk, rather than areas with a low probability of fire and a longer natural post-fire recovery. All fires would be suppressed in Salt Desert Shrub communities to protect those species not adapted to fire, including the Colorado hookless cactus, and to reduce cheatgrass invasion.

*Effects from Livestock Grazing Management*
Effects from livestock grazing management tiers to the BA for Effects on Listed Plant Species from the Bureau of Land Management Livestock Grazing Program (BLM 2012a, 2012b). This BA addressed the impacts of the livestock grazing program on ESA-listed plant species, including Colorado hookless cactus.

The primary potential impacts on T&E plants from implementing the livestock grazing program can occur from trampling, alteration of habitat, applying herbicides, and from surface-disturbing actions related to range developments; examples are the construction of fences, water pipelines, cattle guards, and livestock ponds. Potential impacts of livestock grazing vary by plant species and their habitats. Impacts also depend on the class of livestock and the particular grazing system, with some species favored by particular systems and others responding negatively.

Parachute penstemon grows on sparsely vegetated steep talus slopes where livestock grazing use is uncommon. Additionally, most known occurrences

BLM_0023504

within the planning area occur on private lands where the BLM does not manage livestock grazing. As such, impacts on this species from grazing would be negligible, and the actions and allowable uses as described under the PRMP would have little effect on the species.

Ute ladies'-tresses is found in riparian habitats, such as point bars, sand bars and low lying gravelly, sandy, or cobbly edges. While these are areas which can receive heavy grazing, there are no known occurrences within the planning area, and therefore livestock grazing activities are unlikely to affect the species.

The DeBeque phacelia and Colorado hookless cactus are both susceptible to crushing or trampling, especially in areas of concentrated use such as near salt blocks and livestock ponds. Soils which have high clay content, such as those that support DeBeque phacelia, are especially susceptible to compaction when wet. Late winter and early spring grazing are likely to be most detrimental. Grazing in these habitats could cause injury or direct loss. Additionally, livestock grazing can reduce vegetation cover, affecting species composition, soil compaction, erosion, sedimentation, and increased potential for weed spread and establishment, all of which could reduce the health and vigor of these species communities.

By closing grazing in the entire Pyramid Rock ACEC (1,300 acres), and the majority of the Atwell Gulch ACEC (2,600 acres of 2,900 total acres), populations of listed plants within those designated boundaries would be protected from livestock use. Specifically, those populations of the Colorado hookless cactus found in both ACECs, and populations of the DeBeque phacelia found in the Pyramid Rock ACEC. However, grazing activities would continue to affect those populations found outside the designated ACEC boundaries. Adverse effects to both plant species are anticipated.

Even under proper management, livestock grazing could impact special status species to varying degrees. Impacts from poorly managed livestock grazing would be greater in magnitude and extent than those from properly managed grazing. Under the PRMP, the BLM would periodically evaluate possible livestock grazing closures on allotments or potions of allotments should major impacts on sensitive species occur.

*Effects from Recreation and Travel Management*
Direct impacts on listed plants from recreation include surface disturbing activities, such as construction of developed recreation facilities, motorized or off-road vehicle (OHV) use, and foot or horse travel. Dispersed recreation off existing roads or trails can result in direct mortality of listed plant species from crushing, trampling, or uprooting. Indirect effects may also occur from recreational use, such as soil compaction, changes in vegetation composition and structure, and loss of vegetative cover; all of which may degrade habitat. Additionally, increased disturbance can result in the spread and establishment of noxious weed populations. The levels of impact are related to the duration,

BLM_0023505

intensity, and expanse of recreation, and are expected to increase with increased visitation. The risk of impacts is greatest in areas where concentrated human activity, such as Special Recreation Management Areas (SRMAs) and Extensive Recreation Management Areas (ERMAs), overlap with habitat for listed plant species. In general, SRMAs, and ERMAs would avoid much of the currently occupied habitats for special status plant species; however, in some areas the BLM would employ adaptive management to protect special status species if impacts were to occur. Impacts would be more likely to occur in areas that have not been previously inventoried. Travel routes would be planned to avoid known occurrences. However, adverse effects on the Colorado hookless cactus are still anticipated. Under the Proposed RMP, 56.4 miles of routes open to public use (including 11.2 miles of county-maintained roads) would be located within 200 meters of known Colorado hookless cactus occurrences. There would also be 47.9 miles of existing routes within 200 meters of known occurrences proposed for closure and rehabilitation. Within 20 meters of known Colorado hookless cactus occurrences, 4.1 miles of routes would be open to public use (including 0.3 miles of county-maintained roads) and 1.1 miles of routes would be restricted to administrative and permitted use only. There would be 5.8 miles of routes within 20 meters of known occurrences proposed for closure and rehabilitation. Impacts, in the form of trampling, could also occur from cross-country foot and horse travel.

Only 1.4 miles of routes open to public use (including 0.9 miles of county-maintained roads) occur within 200 meters of known DeBeque phacelia populations; no routes occur within 20 meters of known occurrences. Given the limited extent of nearby routes, travel related impacts on DeBeque phacelia would be negligible. No routes open to public use occur within 200 meters of known Parachute penstemon or Ute Ladies'-tresses occurrences. Therefore, no adverse impacts are anticipated for these species.

All Special Recreation Permits (SRPs) would contain standard stipulations appropriate for the type of activity and may include additional stipulations necessary to protect land or resources, including habitat for listed plants.

*Effects from Lands and Reality Management*
The goal of the GJFO lands and reality management is to meet resource needs while providing public use authorizations such as Rights-of-Way (ROW), renewable energy sources, permits, and leases. New ROWs can result in habitat fragmentation, degradation of habitat, and direct mortality. Land disposal (e.g. though sale or exchange) of listed plant species habitat could result in loss of populations, unless lands leaving public ownership are guaranteed protection though a conservation easement or other agreement. Any acquired lands which contain habitat for listed plants would benefit those species by affording the protection of BLM guidelines and regulations.

BLM_0023506

ROW exclusion and avoidance areas would minimize impacts on listed plant species and their habitats by prohibiting or limiting development. Under the PRMP, the BLM would manage 221,600 acres as ROW exclusion areas, which would not be available for ROW or other reality authorizations. This includes all occupied Parachute penstemon habitat and ACECs containing listed plant species habitat such as: Pyramid Rock, South Shale Ridge, and a portion of Atwell Gulch (2,600 acres). The BLM would manage 779,800 acres as ROW avoidance areas, which includes special status species occupied and suitable habitat.

*Effects from Energy and Mineral Management*

Energy development is widespread throughout the GJFO planning area, and oil and natural gas development in particular threaten populations of listed plants in the area. Direct impacts associated with fluid mineral development include habitat disturbance, fragmentation, and destruction; as well as direct mortality from construction equipment, land clearing activities, and vehicle use. The construction of access roads, well pads, pipelines, buildings, holding tanks, and other infrastructure associated with oil and gas development can fragment or degrade habitat, and result in indirect effects such as erosion, sedimentation, and establishment of noxious weeds.

Energy development threatens the Colorado hookless cactus, DeBeque phacelia, and Parachute penstemon, as described in detail within these species recovery plans. Energy development could potentially threaten the Ute ladies'-tresses as well; however, no known populations occur within the action area, and hydrology and riparian stipulations would protect potential habitat. For example, along streams and springs possessing lotic riparian characteristics, surface occupancy and surface disturbing activities would be prohibited with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Therefore no adverse impacts to the Ute ladies'-tresses are anticipated.

The GJFO planning area contains approximately 1,444,000 acres of federal mineral estate, of which 961,600 acres are currently open to leasing. The majority of designated critical habitat within the planning area for DeBeque phacelia (19,400 of 19,600 acres), Parachute penstemon (6,500 of 7,100 acres), and Colorado hookless cactus (2,700 of 3,200 acres) is currently leased for oil and gas development. Because stipulations in the Proposed RMP can only be applied to new leases, Condition of Approvals (COAs) would be more effective at limiting potential impacts associated with fluid mineral developments in these areas. For future leases, implementing stipulation NSO-13 would prohibit surface use within current and historically occupied habitat and critical habitat of threatened and endangered plant species.

BLM_0023507

*Effects from Areas of Critical Environmental Concern Management*

The BLM would designate 13 ACECs in the GJFO planning area under the PRMP, encompassing 123,400 acres. Of these, Atwell Gulch, Badger Wash, Dolores River Riparian, Juanita Arch, The Palisade, Pyramid Rock, Roan and Carr Creeks, Rough Canyon, Sinbad Valley, South Shale Ridge, and Unaweep Seep are valued for the rare plants (among other resources) which occur within the proposed designation boundaries. These designated areas would be closed to wood harvest, mineral materials sales, and non-energy leasable mineral exploration and development. Other restrictions include travel route closures or limitations, ROW avoidance or exclusion areas, recreation restrictions, surface disturbance stipulations, and fluid mineral leasing closures. As such, known and undiscovered populations of special status species would be protected from surface disturbance and associated impacts within these areas.

**Cumulative Effects**

Cumulative effects include those of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

The cumulative impacts analysis area (CIAA) for Colorado hookless cactus, DeBeque phacelia, Parachute penstemon, and Ute ladies'-tresses extends outside the planning area and follows fourth-order watershed boundaries that completely or partially overlap the planning area. The fourth-order watersheds were used as the basic unit of analysis because the scope of cumulative influence would be at the watershed scale and is not expected to extend beyond this scale. Noxious weeds can also be dispersed into the planning area by upstream waterways and carried downstream from the planning area.

The majority of the planning area occurs within Mesa County, which has experienced significant population growth since 1987, and population forecasts expect the growth trend will continue (Colorado Division of Local Government, State Demography Office 2013). As such, continued use and development within the planning area is expected to continue. Past, present, and reasonably foreseeable future actions and conditions in the CIAA, both on public and private land, that have affected and will likely continue to affect Colorado hookless cactus, DeBeque phacelia, Parachute penstemon, and Ute ladies'-tresses and other vegetation are as follows:

- Mineral exploration and development
- Agricultural development
- ROW and infrastructure development

BLM_0023508

- Water diversion and withdrawals

- Livestock Grazing

- Recreation

- Road construction

- Weed invasion and spread

- Prescribed and wildland fires

- Land planning

- Vegetation treatments

- Habitat improvement projects

- Insects and disease

- Drought

- Farming

In general, resource use activities have cumulatively caused habitat removal, fragmentation, increased human presence, and weed spread, whereas land planning efforts and vegetation, habitat, and weed treatments have countered these effects by improving habitat connectivity, productivity, diversity, and health. Surface disturbing activities on private lands are likely to have a disproportionate impact on listed plants, as these populations do not receive the same level of protection as federal lands. Conservation easements with private landowners would help protect these populations. For example, 40 percent of Parachute penstemon occupied habitat (and 69 percent of the plants) are located on designated State Natural Areas under a CNAP agreement between the State of Colorado and a private land owner (USFWS 2013b). This CNAP agreement serves as a significant mechanism for the species recovery. A proposal to designate the Logan Wash Mine site as a Natural Area would provide additional protection to the species and its habitat found in this area.

Continued ROW development on all land ownership types likely to impact the DeBeque phacelia and Colorado hookless cactus. A portion of the designated Westwide Energy Corridor crosses DeBeque phacelia habitat, and 13 percent of critical habitat occurs within this corridor (USFWS 2013a). The corridor also covers 70,142 acres of potential habitat for the Colorado hookless cactus (USFWS 2010a).

Many of these activities create conditions that cause vegetation changes. For example, wildland fire removes vegetation, which makes affected areas more susceptible to weed invasion and soil erosion. Droughts reduce vegetation health, leaving it prone to insect infestation or disease. In general, resource use activities have cumulatively caused vegetation removal, fragmentation, weed spread, soil compaction, and erosion; land planning and vegetation and weed treatments have been implemented to counter these effects by improving

BLM_0023509

vegetation connectivity, productivity, diversity, and health. Climate change in the CIAA could increase or decrease temperatures and precipitation. This would affect soil conditions, vegetation distribution, water flows, water quality, and water temperature (Ficklin et al. 2010; Lenihan et al. 2003; McKenney et al. 2007; Hamann and Wang 2006). Such changes would alter the conditions to which vegetation communities are adapted, potentially creating conditions that favor certain species or communities, weeds, or pests (Hellmann et al. 2007). Recreation has emerged as an ever-increasing pursuit in the planning area and is expected to increase. Popular and common pursuits in the planning area are rafting, boating, hunting, fishing, hiking, camping, skiing, rock climbing, mountain biking, and four-wheeling. Levels of impact are related to the duration, intensity, and expanse of recreation, and are expected to increase with increased visitation.

Under the PRMP impacts on listed plants and their habitat would be minimized to the extent practical and feasible through compliance with the ESA and BLM Manual 6840, restrictions, stipulations, closures to mineral exploration and development, recreation, motorized travel, designation of ACECs to protect certain special status species, COAs, and by concentrating development in previously disturbed areas. Habitat conditions would be improved through treatments, weed prevention and control, acquisition of water rights, use of prescribed and wildland fire, forestry management, and grazing management.

### 4.2.2   Fishes

The following analysis was combined to include all five listed fish species: Colorado pikeminnow, bonytail, humpback chub, razorback sucker, and green lineage cutthroat trout. Effects which may differ for individual species are clarified in the text.

***Assumptions and Methods of Analysis***

The following assumptions apply throughout the assessment of effects of the proposed action on the five listed fishes (Colorado pikeminnow, bonytail, humpback chub, razorback sucker, and green lineage cutthroat trout):

- Some actions may benefit one species while having a negative or beneficial impact on another.

- Maintaining high quality habitat conditions would have some influence on reducing the severity of outbreaks and subsequent losses from diseases. But the prevalence in the environment of various diseases could not be fully controlled, particularly at chronic levels of occurrence.

- Impacts on fish are based on the following cause and effect premise:

  o Exposure—The likelihood that a given stressor will affect a given species

BLM_0023510

      o  Stressor—The portions of an action that may cause some sort of a reaction by the species

      o  Response—The negative, positive, or neutral response of the species to the stressor

- Unless otherwise noted, short-term impacts are defined as impacts expected to last two years or less; long-term impacts are defined as impacts expected to last longer than 2 years.

- Although recent studies distinguish true greenback cutthroat trout populations from green lineage cutthroat trout populations, both are treated the same in terms of management and protection. As such, if an action may affect a green lineage cutthroat trout population, then initiation of Section 7 consultation is appropriate.

The following primary impacts for the listed fish species and their habitats are the focus of the effects analysis:

- Water quality alteration—Actions, activities, or accidents (spills and leaks) that could alter important water quality parameters, such as pH, dissolved oxygen, temperature, alkalinity, and turbidity

- Direct mortality—Sublethal effects of stress, reduced recruitment, and reduced quality and quantity of food

- Water depletions—Loss of physical habitat, reduced water quality, increased sedimentation, loss of habitat structure and complexity, reduced recruitment, reduced food quality and quantity, disease, and stress

- Introduction and spread of aquatic nuisance species or disease vectors—Competition for resources, displacement, predation, reduced recruitment

- Direct mortality—Potential direct mortality of eggs, larvae, and adults of fish in low-water crossing areas

### Conservation Planning (as Relates to Section 7[a][1] of the ESA)

The goals for biological resources management, including ESA-listed species, in the PRMP are summarized in **Table 2-1** of this BA. Additionally, **Table 2-1** includes the objectives, actions, and conservation measures proposed to achieve the goals. The PRMP is primarily a landscape-level, programmatic-level document. The stipulations, conservation measures, and BMPs described below for listed fishes are not comprehensive. New conservation measures may be developed at the project level.

### Objectives

The following objective from the PRMP is directly related to listed fish species (see **Table 2-1**):

BLM_0023511

- Maintain or improve the quality of listed (threatened or endangered) fish and sensitive fish habitat by managing public land activities to support species recovery and the benefit of those species.

*Actions and Surface Disturbance Restrictions*

Seven actions and surface disturbance restrictions directly related to listed plant species are included in the proposed plan (**Table 2-1**):

- Identify limiting habitat factors based on site characteristics and habitat capabilities using channel type and geology classifications (e.g., Rosgen). Upon identification of limiting factors, prioritize and implement proven river, stream, lake, and riparian practices (e.g., in-channel habitat structures to create pools, riparian plantings) or by changing management of other program activities (e.g., changing livestock grazing season use) to achieve desired future condition.

- Designate the following ACECs to protect habitat for unique, sensitive, and listed fish (see ACECs section for management prescriptions):

  o  Roan and Carr Creeks: green lineage cutthroat trout (*Oncorhynchus clarkii*).

- While maintaining desired levels of access, identify and reroute or close and rehabilitate redundant, duplicative, or poorly constructed routes to reduce point sources of erosion and resulting sedimentation and turbidity impacts within watersheds containing known Colorado River and Greenback cutthroat trout populations. Focus on routes within closest proximity to occupied streams.

- Prohibit in-channel stream work in all occupied streams during fish spawning, egg incubation, and fry emerging seasons. Fish spawning, egg incubation, and fry emerging seasons vary by elevation and temperatures. Refer to **Table 2-1** for details.

- No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Colorado, Dolores, and Gunnison.

- Prohibit surface occupancy and surface disturbing activities with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and surface disturbing activities within the riparian zone. (Refer to Appendix B of the PRMP.)

BLM_0023512

- Manage the Roan and Carr Creeks ACEC as a ROW avoidance area to protect special status fish species' habitat.

*Colorado Standards for Public Land Health*
Colorado Public Land Health Standards are applied on a landscape scale (Appendix E of the PRMP). Of the five listed standards, Standards 2, 4, and 5 would directly apply to conservation of listed fish species within the GJFO planning area. Standard 2 applies to recovery of properly functioning lentic and lotic waters from disturbances such as fire, overgrazing, and floods. Standard 4 establishes standards for protecting and enhancing special status, threatened, and endangered species (federal and state), including big river fish. Standard 5 applies to all water bodies, including groundwater on or influenced by BLM lands, to achieve or exceed the water quality standards established by the State of Colorado. Water quality standards for surface water and groundwater include the designated beneficial uses, numeric and narrative criteria, and antidegradation requirements set forth under 5 Colorado Code of Regulations 1002-8, as required by Section 303(c) of the Clean Water Act.

*BMPs for Management Actions*
Appendix H of the PRMP includes a number of standard operating procedures and BMPs that would directly or indirectly benefit listed fish species by protecting soils, water resources, riparian habitat and wetlands, fish and wildlife management, and special status species.

### Direct and Indirect Effects
There would be no effects on threatened and endangered fish species from air and climate resources; wild horse management; cultural resources, paleontological resources, visual resources, lands with wilderness characteristics, wild and scenic rivers, National Trails, national, state, and BLM byways; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Water Depletion Programmatic BAs*
The BLM has determined, and the USFWS has concurred, that any water depletions in the Colorado River Basin are likely to adversely affect the four endangered Colorado River fishes and their critical habitats (BLM 2008a, 2008b; USFWS 2008, 2009a). Two programmatic BAs assessed the effects of activities administered by the BLM across eight administrative units and field offices in western Colorado that could deplete water from the upper Colorado River Basin. One BA assessed the BLM's fluid mineral program and consists of ongoing and projected fluid mineral development administered by the BLM in western Colorado including all federal natural gas wells, oil wells, and coalbed methane natural gas wells including split estate (BLM 2008b). This BA addressed water depletion activities such as: water used for access road dust abatement, water used for hydrostatic testing of new pipelines, water used to drill and complete wells, water associated with connected federal actions, and water use associated

BLM_0023513

with seismic activity. The second BA (BLM 2008a) addressed all other water depleting projects including impoundments, diversions, water wells, pipelines, and spring developments.

These programmatic BAs cover most BLM activities in the action area. Therefore, the impact analysis contained in them is incorporated here by reference. The following impact analysis addresses only impacts not included in the two programmatic BAs. These BAs did not assess the effects of water depletions on the green lineage cutthroat trout; those effects are discussed below.

*Effects from Soil Management*

Stipulations, BMPs, and other conservation actions related to soils management would benefit the five listed fish species by reducing erosion and sedimentation potential. These measures would be particularly beneficial to populations of green lineage cutthroat trout which are more susceptible to increased sediment and turbidity. Increased sediments in the cutthroat trout streams can reduce dissolved oxygen, raise stream temperature, and can cover spawning and rearing areas, thereby reducing the survival of fish embryos and juveniles (US Forest Service 2009). Excessive sedimentation can also fill in important pool habitats, reducing their depth and making them less usable. Pool habitats are important as over-summer and over-winter thermal refuge areas and, when coupled with stream-flows, are often a limiting factor in many cutthroat trout streams. While impacts on the sediment-tolerant big river fish species would not be as pronounced as those on the green lineage cutthroat trout, increased turbidity and altered flow regimes can still result in impacts. Sediment loads beyond what water volumes can effectively and efficiently move can restrict channel width, reduce side-channel formation and maintenance, and result in reduced numbers and depth of important microhabitats such as backwaters. In general, sediment loads out of balance with flow regimes can result in reduced habitat complexity and diversity and reduce habitat quality for these species.

High concentrations of selenium may adversely affect listed fish species. Selenium is a natural trace element that is a component of certain sedimentary deposited soils, primarily Mancos shale, a common formation in parts of western Colorado, and is a known water quality problem for the Colorado pikeminnow, bonytail, humpback chub, and razorback sucker. The Mancos shale formation occurs within the planning area, and experiences substantial instability. Selenium becomes an issue when upon saturation, it leaches into water. In larger rivers, it becomes concentrated and accumulates in low to zero velocity habitats and enters the food chain. Historic agricultural practices in particular have resulted in the Colorado River having higher than desired levels of selenium. Selenium concentrations of 4.9-7.0 µg/g dry weight in whole body fish from the Colorado River basin have been among the highest in the nation (Hamilton et al. 2002). Selenium bioaccumulates in fish tissue primarily via the consumption of food resources that contain elevated levels of the compound.

BLM_0023514

All of the endangered big river fish species are at increased risk because they are all long lived species which increases bioaccumulation potential. Colorado pikeminnow are especially at risk given their piscivorous (fish eating) nature and status as the top predator. High selenium levels can affect reproduction and recruitment (Lemly 2002; Sorensen 1991). Tissue samples taken from Colorado pikeminnow in the Colorado River near Grand Junction, CO showed selenium levels to be above the recommended toxicity threshold of 4 parts per million in the majority of fish (Osmundson et al. 2000).

Approximately 171,900 acres of potentially unstable Mancos shale areas were mapped throughout the planning area, the majority of which occurs north of Interstate 70. One of the objectives for soil management included within the PRMP is to "minimize or control elevated levels of salt sediment, and selenium contribution from federal lands to river systems in the planning area." Protective soil program stipulations would help to eliminate and reduce potential impacts. For example, CO-CSU-Geology Soil would restrict all surface disturbing activities on fragile soils and mapped Mancos shale and saline soils. This could include special design, construction, and implementation measures, including relocation of operations by more than 200 meters (625 feet). This stipulation would apply to 481,600 acres, and would reduce the potential for selenium and salt contributions into the major waterways due to anthropogenic activity. CO-NSO-Geology Slope would prohibit surface occupancy and use on lands with steep slopes greater than or equal to 40 percent. This stipulation would encompass 347,700 acres, and protect inclined slopes which are particularly vulnerable to accelerated erosion. These measures, in combination with BMPs and other soil and geology stipulations, would help minimize or control elevated selenium levels. Selenium leaching is a naturally occurring process within the planning area, and is expected to continue. However, implementation of the RMP is not expected to increase selenium contributions beyond current conditions. Soil management is not anticipated to adversely affect the five listed fish species.

*Effects from Water Resource Management*

To protect, preserve, and enhance watershed functions, the PRMP would implement BMPs, NSO stipulations, and other conservation measures within or near streams and rivers. Activities such as energy development, road use, active pipeline rights-of-ways, and other construction activities can alter water quality by way of spills, leaks, or vehicular accidents. Impacts on fish species can range from sub-lethal (stress, reduced feeding behavior, reduced breeding success and recruitment), to direct mortality of individuals or populations. To protect water quality, operators would utilize standard operating procedures and BMPs as described in Appendix H of the RMP. These include but are not limited to: using closed loop drilling systems, containing flowback and stimulation fluids in tanks on well pads with secondary containment mats/blankets, and collecting baseline water quality data from downstream fresh water sources prior to drilling, mining, or storage of potentially harmful substances. Specific stipulations which

BLM_0023515

limit or restrict surface disturbing actions within stream corridors would also reduce the risk of water quality impairments (e.g. spills, leaks, fine sediments, and other contaminants).

Water depletion activities would result in adverse effects to the four big river listed fish species. The primary actions and activities that result in water depletions include construction of water impoundments (stock ponds, reservoirs), water diversions for agricultural and domestic uses, water use associated with natural gas development, and fire suppression. Effects to the four big river endangered species were analyzed in the two BAs for water depletion activities in western Colorado (BLM 2008a; BLM 2008b). The BAs concluded and the USFWS concurred that any water depletion activities would have an adverse effect of these four fish species.

Water depletions would also affect green lineage cutthroat trout populations. Reduced flow can result in increased water temperatures, reduced food supplies, reduced habitat complexity and diversity, and a loss of carrying capacity. Important microhabitats such as spawning bars and pools can be lost or altered. Reduced flows can result in habitat fragmentation and limit movement of cutthroat between preferred habitats. Holding habitats (pools) can be reduced in size and become less useable by fish or amphibians. Fish that congregate in limited pool habitats for long periods can incur increased stress and susceptibility to disease. However, the green lineage cutthroat trout is a headwater species; therefore, water depletions along the Colorado, Gunnison, and Dolores Rivers would have no effect. Activities resulting in water depletions from headwater streams where green lineage cutthroat trout are known or believed to occur would require separate consultation with the USFWS.

### Effects from Vegetation Management

Vegetation management under the PRMP includes mechanical treatments, hand thinning, prescribed fire, and herbicide use. The types of effects on listed fish species from vegetation management include loss or reduced streamside vegetation cover, sediment transport, increased turbidity, and incidental exposure to herbicides.

Impacts on listed fish species associated with weed management were analyzed in the BA for Programmatic Integrated Weed Management (BLM 2010b). The standard operating procedures and conservation measures identified in this document would help to protect the listed fish species from incidental herbicide exposure. The BA determined and the USFWS concurred that the Integrated Weed Management Plan may affect, but is not likely to adversely affect the green lineage cutthroat trout, Colorado pikeminnow, razorback sucker, bonytail, and humpback chub. This BA tiers to the 2010 Programmatic Integrated Weed Management Plan BO.

Loss of streamside vegetation cover and increased sedimentation and turbidity may occur as a result of vegetation treatments. However, these impacts would

BLM_0023516

generally be short term and minor. The minimal amount of sediment transport that could result from vegetation management would be undetectable and well within the background levels carried by the Colorado or Gunnison Rivers, and would therefore have no adverse effect on the four listed fish species within these water bodies. Short-term impacts associated with streamside vegetation treatments would have a greater effect on green lineage cutthroat trout. However, vegetation management actions would emphasize healthy riparian vegetation systems capable of capturing sediment and providing forage habitat. As such, vegetation management would have long-term benefits to green lineage cutthroat trout.

### Effects from Fish and Wildlife Management

Fish and wildlife management would benefit the five listed fish species which occur within the planning area by applying stipulations and other actions which protect steam channels and river corridors. In-channel stream work TLs would help protect fish species during spawning, egg incubation, and fry emerging seasons. Additionally, NSO stipulations within 400 feet (for fluid mineral activities) or 0.25-mile (all other programs except fluid minerals) of the ordinary high-water mark (bank-full stage) of the major river corridors, would reduce sedimentation potential.

### Effects from Special Status Species Management

Special status species management would benefit the listed fish species. Conservation actions and stipulations as described throughout this analysis (e.g., NSO stipulations, ACEC management, route closures) would work towards maintaining or improving the quality of listed fish and sensitive fish habitat by managing public land activities to support species recovery and the benefit of those species.

### Effects from Wildland Fire Management

Fire management in the GJFO is guided by the Fire Management Plan for the Colorado National Monument and BLM Grand Junction Field Office (BLM 2008c). Effects to special status species (including listed fish) were analyzed in the Environmental Assessment prepared by the BLM, and are incorporated by reference. In summary, mitigation will provide for the protection of ponds, live streams and their attendant riparian areas by precluding all equipment, fire lines and all other unnecessary disturbance from the area including a buffer area (determined on a case-by-case basis) during firefighting activities (subject to exceptions). Short-term effects from ash runoff and sedimentation can occur; however, long-term adverse effects on listed fish species are not anticipated.

Water withdrawals used in combating fire could alter the hydrologic regime of aquatic systems, affecting special status fish species in the GJFO and downstream.

BLM_0023517

*Effects from Forestry Management*

Effects from forestry management are similar to those discussed under vegetation management. Closing wood harvesting in ACECs, the Palisade watershed, municipal watershed, and other areas identified in the PRMP would limit sediment transport to nearby stream systems. Impacts on listed fish species would be short-term and minor.

*Effects from Livestock Grazing Management*

Under the PRMP, 960,500 acres of land would be open to livestock grazing, which includes lands adjacent to streams and rivers utilized by listed fish species. Livestock often use riparian areas for water and shade, which may cause greater impacts in these areas. Concentrating livestock in these areas could alter stream functionality and vegetation structural diversity. The loss or reduction of streamside vegetation can decrease available aquatic cover, increase water temperatures, and reduce the availability of insects to feed fish and other aquatic wildlife. Additionally, livestock use near riparian areas can contribute to the spread of invasive weed species downstream, thus increasing the fuel load.

Livestock grazing could change aquatic habitat connectivity by altering bank stabilization and water quality in certain areas. Water developments near tributary creeks could affect the hydrologic regime of these systems by withdrawing water. Range improvements, including the construction of stock ponds, could promote vegetation loss, soil compaction, and erosion in the areas around the ponds. However, depending on the placement of stock ponds, new livestock water sources may draw livestock away from existing natural water features and sensitive riparian habitat that have vulnerable soils.

Under the PRMP, the BLM would periodically evaluate possible livestock grazing closures on allotments or potions of allotments should major impacts on sensitive species (including fish) occur. Specific allotments identified as closed to grazing would benefit green lineage cutthroat trout in areas such as Brush Creek.

*Effects from Recreation and Travel Management*

Recreation in riparian areas and waterways could alter aquatic wildlife movement patterns. Use of trails to access fishing along streams or lakes could compact soil, exacerbate erosion and sedimentation into waterways, and reduce vegetation cover. The spread of aquatic disease vectors is also of concern: fishing equipment and boats can provide a means for transporting parasites to previously unaffected habitats.

Green lineage cutthroat trout are susceptible to whirling disease: a parasite-caused condition which can limit recruitment and long-term population persistence, and can result in mortality. The parasite is difficult to eradicate once established in a previously unexposed aquatic ecosystem (Nehring et al. 2005). The PRMP would implement measures to reduce the chance of spreading whirling disease. Specifically, all equipment associated with actions permitted by

BLM_0023518

the BLM (including but not limited to Special Recreation Permits) conducted within or near perennial water source previously used in water bodies with known invasive species would be treated with accepted disinfection practices prior to launch.

Travel on routes can present a high risk of sediment impacts on aquatic fish species, including green lineage cutthroat trout. Sediments of less than 1 millimeter can impact spawning habitat and reproductive success for fish species that spawn in gravel substrates. Tiny sediments can fill the interstitial spaces in spawning gravels and reduce the flow of oxygenated water to developing embryos, which decreases survival (Quinn 2005). Although sediments and turbid waters may provide cover from predators for sediment-tolerant species, including razorback sucker (Johnson and Hines 1999), too much sediment could negatively impact spawning success of other fish species.

Travel routes may cross water bodies; these routes often require in-channel structures such as culverts and bridges, which remove aquatic habitat and may be barriers to fish passage (Bryant 1981; Barrett et al. 1992). By designating zero acres as open to cross-country motorized travel within 100 feet of perennial streams, and by closing an additional 260 acres of land within 100 feet of perennial streams to motorized travel, the Proposed RMP would decrease impacts on green lineage cutthroat and big river fish and their habitat over the long term.

Riparian areas and waterways are popular recreation spots, and demand for access (e.g., more roads) to these areas is expected to increase over the long term. This would cause greater impacts on aquatic species. Some species may adapt to disturbances over time and could recolonize disturbed habitats. Impacts are more likely to occur in easily accessible areas, where visitation would be high and concentrated.

### Effects from Lands and Reality Management

Impacts on listed fish species from lands and reality management would depend on the location and extent of the activity. ROW authorizations in proximity to or upstream of waterways with occupied listed fish species could result in increased sedimentation and turbidity; however, these impacts would typically be site specific and small in scale. ROW exclusion areas would be designated on 221,600 acres, including the majority of the Dolores River Canyon. ROW avoidance areas would be designated on 779,800 acres, including the Roan and Carr Creeks ACEC (which contain green lineage cutthroat trout populations), and floodplains. These measures would reduce lands and reality impacts on listed fish species and their habitats.

### Effects from Energy and Mineral Management

Impacts on the four big river endangered fish species resulting from increased sediment and turbidity associated with energy development projects would be minor. Any fluid mineral or other energy activity which results in water

BLM_0023519

depletions would have adverse effects on these species; these activities and effects are addressed in the Programmatic BA and BO for Water Depletions Associated with Bureau of Land Management's Fluid Mineral Program within the Upper Colorado River Basin in Colorado (BLM 2008b).

The effects of sedimentation and increased turbidity would be more likely to affect populations of green lineage cutthroat trout. Actions that result in ground disturbance including the construction of well pads, pipelines, compressor stations, settling ponds, and access roads, can increase soils available for offsite transport and increased sedimentation and turbidity in streams. NSO-2 would prohibit surface occupancy and surface disturbing activities with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). This measure would limit impacts associated with unleased fluid mineral development on green lineage cutthroat trout populations and habitats.

*Effects from Wilderness Study Area Management*
Designating additional WSAs is not being considered under the PRMP. Four existing WSAs occur within the planning area: Demaree Canyon (22,700 acres); Little Book Cliffs (29,300 acres); The Palisade (26,700 acres); and Sewemup Mesa (17,800 acres). Continued management of the four WSAs within the planning area would benefit green lineage cutthroat trout in nearby aquatic systems by implementing more restrictive use stipulations and actions (such as closing these areas to motorized and mechanized travel).

*Effects from Areas of Critical Environmental Concern Management*
The BLM would designate 13 ACECs in the GJFO planning area under the PRMP, encompassing 123,400 acres. Of these, Dolores River Riparian, Roan and Carr Creeks, and Rough Canyon are valued for the rare fish species (among other resources) which occur within the proposed designated boundaries. These designated areas would be closed to wood harvest, mineral materials sales, and non-energy leasable mineral exploration and development. Other restrictions include travel route closures or limitations, ROW avoidance or exclusion areas, recreation restrictions, surface disturbance stipulations, and fluid mineral leasing closures. As such, listed fish species (primarily green lineage cutthroat trout in the Roan and Carr Creeks ACEC) which occur in these waterways would benefit from ACEC management.

**Cumulative Effects**
Cumulative effects under the ESA are the effects of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in the cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

BLM_0023520

The CIAA for the five listed fish species extends outside the planning area and follows fourth-order watershed boundaries that completely or partially overlap the planning area. This includes private and state lands and accounts for cumulative effects associated with water depletions outside the planning area.

Declines in the abundance or range of these fish species have been attributed to various human activities on federal, state, and private lands. These activities are expanding human population and associated infrastructure development; constructing and operating dams along major waterways; water retention, diversion, or dewatering of springs, wetlands, or streams; recreation, including off-road vehicle activity; expanding agricultural and grazing activities, including altering or clearing native habitats for domestic animals or crops; and introducing nonnative plant, wildlife, or aquatic species.

These types of activities can alter native habitats. When nonnative fish are introduced, they can prey on young listed species or outcompete them for space, optimal habitats, and food. Many of these activities are expected to continue on lands in the range of these fish species and could contribute to cumulative effects on these species in the analysis area.

Water diversions began when the first white settlers to the region began to manage water for human uses, including irrigation for crops, livestock, and domestic uses. As population centers in the planning area and beyond continued to grow and expand, water demand increased. Western Colorado is considered water rich, compared to the Front Range population center of Colorado, where water is more limited. Several dams and reservoirs and large trans-mountain/basin water diversions were constructed to take water from headwater streams in the Colorado River Basin and move it through the Continental Divide to Front Range municipalities. The GJFO has been and will continue to be affected by irrigation and drinking water diversions. Reservoir operations have affected water supply, aquatic conditions, and timing. Irrigation rights are expected to continue being bought and sold in the future, with some new property owners informally changing how the right was historically used. Due to population growth and land sales, more agricultural water rights may be converted to municipal and industrial uses. Future oil shale development could also result in water diversions. Impacts associated with water depletions include habitat alteration, sediment aggradation, reduced spawning habitat and habitat complexity and diversity, and loss of important microhabitats, including backwaters, flooded bottomlands, and side channels.

Introductions of nonnative fishes were common in the late 1800s and throughout the 1900s. Several species were stocked as sport fish and for food production, including rainbow trout, brown trout, brook trout, and Snake River and Yellowstone cutthroat trout. In addition, purposely or accidentally, other species have made their way to the west slope of Colorado. Examples are fathead minnows, white suckers, longnose suckers, channel catfish, and

BLM_0023521

smallmouth bass. Nonnative species often outcompete native species where they commingle. These species can also prey on native fishes, and in other cases, nonnative fishes of the same genus or subspecies can hybridize with native species, reducing their genetic integrity and fitness. This is particularly common in the sucker species. Nonnative fish stocking is much more limited today, as emphasis has shifted to native species management. However, this impact that started a hundred years ago will continue to be a problem throughout the life of the RMP.

Land management actions and activities have been ongoing since the settling of the West. Fire suppression, logging, recreation use, livestock grazing, mining, natural gas development, native rangeland conversion to agriculture, road construction, pipelines, power lines, railroads, and ever-increasing urban sprawl have all resulted in cumulative impacts on watersheds that contain aquatic species. Impacts are habitat alteration, streamside vegetation cover reduction, water quantity and quality impacts, and site-specific increases in sediment and turbidity. It is many of these actions that resulted in select species having been designated as special status, as populations have declined and habitats for these species have been altered.

Elevated selenium concentrations also present a risk to the listed fish species by affecting reproduction and recruitment. While selenium leaching is common within the planning area due to the naturally occurring Mancos shale formations, historic agricultural practices have resulted in both the Gunnison and Colorado rivers having higher than desired level of selenium. Extensive irrigation activities which occur on Mancos shale formations (particularly east of the Uncompahgre Valley and on the western half of the Grand Valley) are likely to continue contributing to selenium leaching, along with non-anthropogenic soil erosion.

Another emerging issue is the effect of a changing climate. This could impact special status aquatic species and their habitats by reducing suitable habitat, changing distributions, and altering food webs and water quality (temperatures). These fish are cool-water/warm-water species, and while there certainly can be effects, most research has focused on potential effects on cold-water species, such as cutthroat trout. Scientists predict that there will be an increase in the severity and frequency of droughts, floods, and wildfires, as well as changes in the timing of snowmelt and peak flows (Isaak et al. 2010; Haak et al. 2010; Rieman and Isaak 2010; Wenger et al. 2011).

Changes in timing of snowmelt and peak flows could also affect spawning times and breeding and recruitment success for these fish. Wildfire frequency and intensity could result in select debris and ash flows; these have been shown to impact these fish in select locations. Drought frequency and severity could further reduce flows, which, when coupled with other water depleting activities, could result in cumulative effects on these species. There are many unknowns about potential impacts and their likelihood. Managing habitats to their full

BLM_0023522

potential will help to reduce the potential effects of climate change on these species.

### 4.2.3 Terrestrial Wildlife—General

#### Assumptions and Methods of Analysis

Impact analyses and conclusions are based on interdisciplinary team knowledge of resources and relevant data and on the professional judgment of experts in and outside the BLM. Impacts were quantified where possible, and in the absence of quantitative data, best professional judgment was used. Impacts are sometimes described using ranges of potential impacts or in qualitative terms, if quantitative data were not necessary or available.

The following assumptions were used in the analysis of impacts on all special status terrestrial wildlife species.

- Maintaining high quality habitat conditions would have some influence on reducing the severity of outbreaks and subsequent losses from diseases, but the prevalence in the environment of various diseases cannot be fully controlled, particularly at chronic levels of occurrence.

- Significant modifications to habitat suitability can affect the survivability and viability of populations (e.g., higher winter mortality and reduced reproductive success).

- Impacts on special status terrestrial wildlife populations and habitat are not discrete since actions may benefit one species while having an adverse impact on another.

- Impacts from displacing wildlife would be greater for special status species that have limited habitat or a low tolerance for disturbance.

- In the context of this analysis, "avoidance by wildlife" means reduced use, not absence of use by wildlife.

- The CPW would continue to manage wildlife populations.

- The BLM would continue to manage wildlife habitat, in coordination with the CPW. The BLM is not restricted from making reasonable land management decisions within the framework of multiple use management, applicable laws, policy, and supplemental guidance.

Impacts on special status wildlife species and their habitat would be considered significant if the following were to occur:

- Disturbance or loss of terrestrial habitat, food supplies, cover, breeding areas, and other habitat components to a degree considered essential to the local populations for population maintenance.

BLM_0023523

- Disturbance or loss of seasonally important habitat, such as critical for overwintering or successful breeding, to the degree considered essential for maintenance of the local population.

- Interference with the movement patterns of a species to the extent that it decreases the ability of the species to breed or overwinter successfully to a degree considered essential for maintenance of the local population.

- Special status species objectives are not achieved.

### 4.2.4 Mexican Spotted Owl

#### *Assumptions and Methods of Analysis*

Suitable habitat exists for Mexican spotted owl in the GJFO, but the species has not been observed there. The closest designated critical habitat for the species is approximately 30 miles southwest of the GJFO boundary, in the San Juan Mountains of Utah. Therefore, impact analysis is based on how the PRMP would directly or indirectly maintain the condition of habitat that is potentially suitable mixed-conifer forest habitat and offer protections for the species should it occur in the GJFO.

#### *Conservation Planning (Section 7 [a][1] of the ESA)*

The goal of biological resources management (including for ESA-listed species) in the PRMP is summarized in **Table 2-1**. The goals for protecting special status wildlife species, including Mexican spotted owl, are also presented in **Table 2-1**. The goals presented there are the same for all ESA-listed species considered in the PRMP and this BA. Additionally, **Table 2-1** includes the objectives, management actions, and conservation measures of the BLM proposed plan to achieve the goal.

The PRMP is primarily a landscape-level, programmatic-level document. The stipulations and conservation measures for the Mexican spotted owl and the BMPs described in Appendix H are not comprehensive. New conservation measures may be developed at the project level. Surveys not associated with specific projects would be conducted in suitable habitat as funding and time allows.

#### *Objectives*

There are no objectives specific to Mexican spotted owl in the proposed plan; however, the species habitat would benefit from objectives directed towards the protection of all special status species and their habitat as detailed in Chapter 2 of the EIS as well as management actions for ponderosa pine and spruce/fir habitats.

#### *Actions and Surface Disturbance Restrictions*

There are no actions specific to Mexican spotted owl in the proposed plan; however, the species habitat would benefit from actions and stipulations

BLM_0023524

directed towards the protection of all special status species and their habitat as detailed in Chapter **Table 2-1**.

*Colorado Standards for Public Land Health*

The Colorado Public Land Health Standards are applied on a landscape scale and relate to the potential of the landscape (Appendix E of the PRMP). Of the five standards listed, Standards 1, 3, and 4 would directly apply for promoting the conservation of Mexican spotted owl habitat. Specifically, Standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor for vegetation. This would then support healthy habitats. Standard 3 promotes the health of native plant and animal communities at the community and population levels. Standard 4 establishes BLM standards for protecting and enhancing special status, threatened and endangered species (federal and state), and other species.

*BMPs for Management Actions*

Appendix H of the PRMP includes a number of standard operating procedures and BMPs applicable to the management actions proposed under the PRMP. The BMPs and conditions of approval described in Appendix H that would benefit Mexican spotted owl habitat are those aimed at protecting soils, vegetation, and special status species. No BMPs specifically address Mexican spotted owl.

### Direct and Indirect Effects

There would be no impacts on Mexican spotted owl from air and climate resources; wild horse management; cultural resources; paleontological resources; visual resources; lands with wilderness characteristics; land tenure and land use; wild and scenic rivers; wilderness study areas; National Trails; national, state, and BLM byways; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Effects from Soils Management*

In general, actions related to soils management would strive to maintain or improve soil productivity, including retention of topsoil quality and reestablish soil capability, potential, and functionality when disturbed. As a result, Mexican spotted owl habitat would benefit from reduced erosion and sedimentation and increased water infiltration, which would generally maintain or improve habitat.

*Effects from Water Resource Management*

Decisions related to water resource management would work towards protecting, preserving, and enhancing the watershed function. Stipulations which restrict or prohibit surface disturbing activities within stream corridors would help to maintain potential habitat for the Mexican spotted owl and its prey.

*Effects from Vegetation Management*

Desired vegetation management objectives emphasize perpetuating late- to mid seral plant communities that provide suitable habitat for wildlife. Ponderosa

BLM_0023525

pine, Douglas-fir, and spruce/fir communities would be managed to mimic natural stand conditions and natural regeneration. Vegetation treatments may occur within suitable habitat for the Mexican spotted owl. However, because no individuals are known to occur within the planning area, no impacts are anticipated. Vegetation management would increase stand resilience to beetles and disease, which would promote long-term forest health. Current acreage of old growth pinyon juniper would be maintained and old growth woodlands would be managed as ROW avoidance areas. Maintaining plant communities (particularly those with late-seral characteristics) would benefit Mexican spotted owl habitat.

### Effects from Fish and Wildlife Management

In general, fish and wildlife management would improve and maintain habitat throughout the decision area. Applying stipulations to reduce or mitigate surface-disturbing activities within wildlife corridors and wildlife priority habitats would likely benefit Mexican spotted owl habitat and habitat for prey species.

### Effects from Special Status Species Management

Actions and stipulations proposed for the benefit of special status species would provide short and long-term benefits to Mexican spotted owl. Effects from special status species management are similar to those described under Effects from Fish and Wildlife Management.

### Effects from Wildland Fire Management

Direct effects to Mexican spotted owl habitat as a result of prescribed or wildland fire would include degradation or loss. The effects of wildfire would depend on the severity and extent of the fire. A large fire that would require extensive suppression operations, such as large-scale staging areas and fire-line construction, could result in long-term effects to Mexican spotted owl habitat within the planning area. Fire or fire suppression activities which result in the loss of mature trees, snags, or canopy cover would have the greatest impact on suitable habitat.

Prescribed burning could also affect habitat by changing the vegetation structure. Common features associated with roosting and nesting habitat include large trees, multistory canopies, standing dead trees, uneven-tree stands, and tree canopy creating shade over 40 percent or more of the ground cover. Prescribed burning could have short term impacts on Mexican spotted owl habitat by removing these roosting and nesting components; however, long-term benefits would include increased vegetation diversity with more productive prey base over time.

### Effects from Forestry Management

Effects from forestry are similar to those described under Vegetation Management. Forestry practices would utilize a variety of silvicultural techniques and harvest systems to manage for healthy forests and woodlands while offering

BLM_0023526

a variety of forest products and meeting other resource objectives. No long-term adverse effects from forestry management are anticipated.

*Effects from Livestock Grazing Management*
Livestock grazing and wild ungulate management which results in heavy to severe utilization levels can reduce stubble height which serves as a food source and protective cover for Mexican spotted owl prey species such as voles (Birney et al. 1976; Getz 1985; Peles and Barrett 1996). The PRMP includes measures which allow for changes in livestock use through allotment management plans, grazing use agreements, and terms and conditions on grazing permits for priority allotments based on the current prioritization process and/or land health issues. As such, no long-term adverse effects to Mexican spotted owl habitat from livestock grazing management are anticipated.

*Effects from Recreation and Travel Management*
Recreation activities such as OHV use can disturb soil and vegetation and contribute to the spread and establishment of noxious weeds, which would degrade potential owl habitat. Other dispersed recreational activities such as fishing, hiking, and camping would have minimal disturbance to potential habitat.

*Effects from Lands and Realty Management*
The nature and type of impacts on Mexican spotted owl habitat from land tenure and land use authorizations would be similar to those described under Vegetation Management. ROW exclusion and avoidance area designations would limit impacts on potential habitat. Old growth forest and woodlands serve as potential habitat for the Mexican spotted owl; these areas would be managed as ROW avoidance, which would limit the number of land use authorizations which could potentially fragment or degrade suitable habitat.

*Effects from Energy and Minerals Management*
Energy development activities, such as construction of well pads, pipelines, and access roads could impact potential Mexican spotted owl habitat within the planning area by means of habitat removal or alteration (e.g. removal of trees, snags, logs and shade canopy). Impacts on potential habitat would be reduced by implementing a CSU within old growth forests.

*Effects from Areas of Critical Environmental Concern Management*
The BLM would designate 13 ACECs in the GJFO planning area under the PRMP, encompassing 123,400 acres. These designated areas would be closed to wood harvest, mineral materials sales, and non-energy leasable mineral exploration and development. Other restrictions include travel route closures or limitations, ROW avoidance or exclusion areas, recreation restrictions, surface disturbance stipulations, and fluid mineral leasing closures. Where these ACEC's overlap potential habitat these actions would help to further protect owl and prey habitat.

BLM_0023527

### Cumulative Effects

Cumulative effects include the effects of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

Historically, the cumulative effects of wildland fires, timber extraction, ski-area development, urban development, and road construction have reduced the abundance of old-growth spruce-fir forest, which has affected Mexican spotted owl and its prey. Such activities are likely to continue in the future; however, those activities which occur in the planning area are not likely to have a great impact on the species, as limited suitable habitat occurs within the GJFO boundary.

## 4.2.5  Canada Lynx

### Assumptions and Methods of Analysis

Canada Lynx have been recorded on US Forest Service-administered lands adjacent to the GJFO planning area. However, primary habitat for the species occurs only in small pockets on high-elevation BLM lands, and suitable habitat within the planning area is limited. Therefore, impact analysis is based on how the PRMP would directly or indirectly maintain the condition of habitat that is potentially suitable and offer protections for the species should it occur in the GJFO.

### Conservation Planning (Section 7 [a][1] of the ESA)

The goal of biological resources management (including for ESA-listed species) in the PRMP is summarized in **Table 2-1**. The goals for protecting special status wildlife species, including the Canada lynx, are also presented in **Table 2-1**. The goals presented there are the same for all ESA-listed species considered in the PRMP and this BA. Additionally, **Table 2-1** includes the objectives, management actions, and conservation measures of the BLM proposed plan to achieve the goal.

The PRMP is primarily a landscape-level, programmatic-level document. The stipulations and conservation measures for the Canada lynx and the BMPs described in Appendix H of the PRMP are not comprehensive. New conservation measures may be developed at the project level.

### Objectives

The following objective from the PRMP directly relates to the Canada lynx (see **Table 2-1**):

BLM_0023528

- Maintain and improve BLM-managed portions of Lynx Analysis Units for Lynx habitat

*Actions and Surface Disturbance Restrictions*

The following action from the PRMP directly relates to the Canada lynx (see **Table 2-1**):

- Within lynx (*Lynx canadensis*) habitat in Lynx Analysis Units:

  o Manage timber harvest consistent with the August 2013 Lynx Conservation Assessment and Strategy and

  o Limit the expansion of consistent snow compaction unless it serves to consolidate use and improve lynx habitat.

*BMPs for Management Actions*

Appendix H of the PRMP includes a number of standard operating procedures and BMPs applicable to the management actions proposed under the PRMP. The BMPs and conditions of approval described in Appendix H that would benefit Canada lynx habitat are those aimed at protecting soils, vegetation, and special status species. No BMPs specifically address Canada lynx.

### Direct and Indirect Effects

There would be no impact on Canada lynx from ACECs, air and climate resources; soils management, wild horse management; cultural resources, paleontological resources, visual resources, lands with wilderness characteristics, lands and reality, wild and scenic rivers, wilderness study areas, National Trails, national, state, and BLM byways; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Effects from Water Resource Management*

Decisions related to water resource management would work towards protecting, preserving, and enhancing the watershed function. Stipulations which restrict or prohibit surface disturbing activities within stream corridors would help to maintain potential habitat for lynx prey. Riparian and wetland shrub communities found in valleys, drainages, wet meadows, and moist timberline locations may support important prey resources for lynx (Noss and Cooperrider 1994). Lynx transplanted to Colorado in 1999 are frequently located in well-developed riparian and valley wetland shrub habitats of the upper montane and subalpine zones (Ruggiero et al. 2000).

*Effects from Vegetation Management*

Desired vegetation management objectives include emphasizing the perpetuation of late- to mid seral plant communities that provide suitable habitat for wildlife. Current acreage of old growth woodlands would be maintained and managed as ROW avoidance areas which would benefit potential habitat for lynx and associated prey.

BLM_0023529

*Effects from Fish and Wildlife Management*

In general, fish and wildlife management would improve and maintain habitat throughout the decision area. Applying stipulations to reduce or mitigate surface-disturbing activities within wildlife corridors and wildlife priority habitats may help support prey populations.

*Effects from Special Status Species Management*

Actions and stipulations proposed for the benefit of special status species (as described throughout this analysis) would benefit the Canada lynx. Actions specific to the lynx include: managing timber harvest consistent with the August 2013 Lynx Conservation Assessment and Strategy, and limiting the expansion of consistent snow compaction unless it serves to consolidate use and improve habitat. Both actions would only apply to lands within the lynx analysis unit.

*Effects from Wildland Fire Management*

The PRMP would utilize a full range of wildfire management actions from full suppressions to resource benefits on unplanned ignitions. This strategy is consistent with the conservation measures for wildland fire as identified in the Canada Lynx Conservation Assessment and Strategy (Interagency Lynx Biology Team 2013). Specifically, these measures emphasize maintaining fire as an ecological process in lynx habitat and considering the use of mechanical or burn prescriptions to restore fire as an ecological process or to maintain specific lynx and/or prey species habitat components.

The effects of wildfire on Canada lynx would depend on the severity and extent of the fire. Direct species mortality is unlikely, as individuals are highly mobile. Wildfire may result in short term decreases in suitable habitat for lynx and prey, due to reduced cover and forage. However, long-term benefits may include increases in the extent of early successional forest stands on burned areas and resulting in increased forage for prey. After stand-replacing fires, lodgepole pine can regenerate in dense, even-aged stands that are favored by snowshoe hares, the lynx's preferred prey (Ellsworth and Reynolds 2006).

*Effects from Forestry Management*

Known lynx habitat would be identified as unsuitable for harvest in the site specific forest/woodland management plans. As such, effects from forestry management on the Canada lynx would be negligible.

*Effects from Livestock Grazing Management*

Potential impacts on Canada lynx habitat from livestock grazing include habitat disturbance, soil compaction, erosion, sedimentation, and weed spread. However, there is minimal overlap between grazing allotments managed and covered under the GJFO RMP and suitable habitat for the lynx. No adverse effects are anticipated

BLM_0023530

*Effects from Recreation and Travel Management*

Dispersed recreation generally has limited or negligible effects on vegetation conditions valued by lynx and prey species. Indirect effects (such as snow compaction) from winter recreational uses and activities such as snowmobiling, cross country skiing, and snowshoeing may occur.

Research on the effect of over-snow motorized travel and snow compaction is conflicting. The Canada Lynx Conservation Assessment and Strategy (Interagency Lynx Biology Team 2013) suggests that increased competition has contributed to the decline of lynx populations. As a result it was recommended in the Canada Lynx Conservation Assessment and Strategy, to which the BLM is a signatory, that federal agencies limit over-snow travel in lynx habitat. Bunnell et al. (2006) confirmed that coyotes do use compacted trails to travel in heavy snow. However, research by Kolbe found little evidence of compacted trails causing increased competition (Kolbe et al. 2007). The PRMP, in combination with the Southern Rockies Lynx Amendment (which includes National Forest System lands adjacent to the decision area), limits the expansion of consistent snow compaction unless it serves to consolidate use and improve lynx habitat. This would provide the BLM with flexibility to monitor over-snow travel and lynx habitat and respond accordingly to limit impacts.

*Effects from Lands and Realty Management*

Land and realty management actions, such as ROW authorizations, can increase habitat fragmentation and allow for direct removal of habitat, conversion of habitat to other habitat types, and weed invasion. Current acreage of old growth woodlands would be maintained and managed as ROW avoidance areas which would benefit habitat for lynx and associated prey by limiting this type of activity in potential habitat.

*Effects from Energy and Minerals Management*

Energy development activities can cause direct and indirect impacts on lynx and their habitats. Fluid mineral leasing could occur in the vicinity of the Lynx Analysis Unit, which could lead to habitat avoidance. A CSU would be applied in old growth forests, which would reduce impacts on lynx and potential habitat.

Additional management actions to emphasize education may increase the appreciation of special status species and their habitats and subsequently reduce impacts.

### Cumulative Effects

Cumulative effects include the effects of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

BLM_0023531

Historically, the cumulative effects of timber extraction, ski-area development, urban development, and road construction have reduced the abundance of old-growth spruce-fir forest, which has affected lynx and its prey. Areas of prime snowshoe hare habitat have been impacted by these types of activities, which has in turn affected lynx populations (Ellsworth and Reynolds 2006). Such activities are likely to continue in the future; however, those activities which occur in the planning area are not likely to have a great impact on the species, as limited suitable habitat occurs within the GJFO boundary.

### 4.2.6 Western Yellow-Billed Cuckoo

*Assumptions and Methods of Analysis*
Assumption and methods of analysis are similar to those described in Section 4.1.2.

*Conservation Planning (Section 7 [a][1] of the ESA)*
The goal of biological resources (including ESA-listed species) management in the PRMP is summarized in **Table 2-1**. The goals for protecting special status wildlife species, including western yellow-billed cuckoo, are also presented in **Table 2-1**. The goals presented there are the same for all ESA-listed species considered in the PRMP and this BA. Additionally, **Table 2-1** includes the objectives, management actions, and conservation measures of the GJFO proposed plan to achieve the goal.

The PRMP is primarily a landscape-level, programmatic-level document. The stipulations and conservation measures below for the western yellow-billed cuckoo, as well as the BMPs described in Appendix H, are not comprehensive. New conservation measures may be developed during Section 7 consultation at the project level.

*Objectives*
The following objective from the PRMP directly relates to the yellow-billed cuckoo (**Table 2-1**):

- Maintain and improve BLM lands for yellow-billed cuckoo habitat

*Actions and Surface Disturbance Restrictions*
The following actions from the PRMP are directly related to the yellow-billed cuckoo (see **Table 2-1**):

- Where large stands of cottonwoods occur, develop management plans to restore or improve cuckoo habitat and increase canopy cover and mid-story tree and shrub cover.

- No surface occupancy or use is allowed within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is

BLM_0023532

greatest) on the following major rivers: Colorado, Dolores, and Gunnison.

- Prohibit surface occupancy and surface disturbing activities with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and surface disturbing activities within the riparian zone.

- Conserve mature riparian forests (e.g. cottonwood [*Populus deltoids*] galleries) in suitable habitat to maintain their integrity for use as bald eagle (*Haliaeetus leucocephalus*) nesting, roosting, or perching substrate.

*Colorado Standards for Public Land Health*
The Colorado Public Land Health Standards are applied on a landscape scale and relate to the potential of the landscape. Standards 1, 2, 3, and 4 would directly apply for promoting the conservation of western yellow-billed cuckoo habitat.

Specifically, Standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor for vegetation which would support healthy habitats. Standard 2 monitors riparian systems associated with both running water and standing water function properly and have the ability to recover from major disturbance, such as fire, severe grazing, and 100-year floods. Standard 3 promotes the health of native plant and animal communities at the community and population levels. Standard 4 establishes BLM standards for protecting and enhancing special status, threatened and endangered (federal and state), and other species.

*BMPs for Management Actions*
Appendix H of the PRMP includes a number of standard operating procedures and BMPs that are applicable to the implementation of management actions proposed under the PRMP. The BMPs and conditions of approval described in Appendix H that would benefit western yellow-billed cuckoo and riparian habitat include those aimed at protecting soils, vegetation, special status species, water resources, riparian habitat and wetlands, fire management, forestry, and livestock grazing.

### Direct and Indirect Effects
The following resources, resource uses, special designations, and support management categories would have no effect on western yellow-billed cuckoo and are not discussed further: air and climate resources; soils; wild horse management; cultural resources; paleontological resources; visual resources; lands with wilderness characteristics; lands and reality; wilderness study areas; ACECs; National Trails; national, state, and BLM byways; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

BLM_0023533

*Effects from Water Resource Management*
Decisions related to water resource management would work towards protecting, preserving, and enhancing the watershed function. Stipulations which restrict or prohibit surface disturbing activities within stream corridors would limit loss of native vegetation along riparian corridors, which serves as nesting and foraging habitat for the species.

*Effects from Vegetation Management*
Riparian vegetation management follows Land Health Standard 2, which emphasizes properly functioning riparian systems which capture sediment and provide forage habitat and biodiversity. Where conditions are appropriate, the BLM would allow for removal of tamarisk *(Tamarix* spp.*)*, non-native elms *(Ulmus* spp.*)*, and Russian olive *(Elaeagnus angustifolia)* material for biomass or personal use. Tamarisk has become increasingly prevalent within riparian corridors in the planning area, and can pose a serious threat to yellow-billed cuckoo habitat by replacing native riparian vegetation structures (USFWS 2014i). As such, removal of this invasive species would benefit the yellow-billed cuckoo and its habitat.

Stipulations which restrict or prohibit surface disturbing activities within stream corridors would limit loss of native vegetation along riparian corridors, which serves as nesting and foraging habitat for the species.

*Effects from Fish and Wildlife Management*
In general, fish and wildlife management would improve and maintain habitat throughout the decision area. This includes actions specific to the protection of aquatic and riparian habitats (such as the Colorado River where the yellow-billed cuckoo critical habitat is found). Actions intended to protect fish species (such as TL for in-channel stream work) would likely also benefit the yellow billed cuckoo.

*Effects from Special Status Species Management*
Actions and stipulations proposed for special status species would benefit the yellow-billed cuckoo, effects are similar to those described under Effects from Fish and Wildlife Management.

*Effects from Fire and Fuels Management*
Depending on the extent, location, severity, and seral type affected, unplanned ignitions would have short-term impacts on yellow-billed cuckoo habitat. Unplanned fires could remove or degrade habitat for yellow-billed cuckoo, subsequently reducing population viability.

A significant threat to the yellow-billed cuckoo is habitat loss and degradation due to nonnative vegetation conversion. Fuels management could include removal of tamarisk and Russian olive. Such activities would result in short-term impacts on the species (temporary displacement and avoidance), with long-term benefits (establishment of native riparian woodland vegetation, which supplies essential food and cover).

BLM_0023534

Increased human activity and noise associated with wildland fire management, prescribed fire, and fuels management could increase the likelihood for disturbance or displacement. These activities could promote habitat avoidance or changes to survival or reproduction caused by changes to nesting, breeding, foraging, or roosting behavior. However these impacts would be short in duration and limited in scope.

A large fire that would require extensive suppression operations could result in long-term effects on riparian-dependent species and their habitats. Smaller fires that would require less extensive suppression operations would generally avoid these long-term effects. Cottonwood galleries and areas with dense tamarisk infestations would generally be at a higher risk of fire. The PRMP would emphasize a suite of fuels treatments and would provide the most management flexibility, resulting in increased protection for special status species (such as the yellow-billed cuckoo) and their habitat from fire. Not all riparian corridors within the planning area are potential habitat for the yellow-billed cuckoo, therefore not all fire and fire suppression activities along streams and rivers would result in impacts to the species.

### Effects from Forestry Management

The effects from forestry management would be similar to those of vegetation management. Much of the Dolores River corridor is closed to wood product sales or harvest and the riparian corridors along the Colorado and Gunnison rivers are protected by NSO stipulations for surface-disturbing activities. As such, large scale forest harvest would not occur in riparian areas and no adverse effects to the yellow-billed cuckoo or its proposed critical habitat are anticipated from forestry management.

### Effects from Livestock Grazing Management

Livestock often use riparian areas for water and shade, which may cause greater impacts on these areas through concentrated use. Livestock could alter stream functionality and vegetation structural diversity. The loss or reduction of streamside vegetation from grazing can affect the suitability of habitat for yellow-billed cuckoo breeding and prey populations.

Range improvements, including the construction of stock ponds, could promote vegetation loss, soil compaction, and erosion in the areas around the ponds. The source would be livestock congregating around these areas that were previously less intensively grazed. However, depending on the placement of stock ponds, the development of livestock water sources may draw livestock away from existing natural water features and sensitive riparian habitat that have vulnerable soils and that livestock now use as a water source.

Under the PRMP, the BLM would identify appropriate utilization levels and may implement changes in livestock use if major impacts on sensitive species occur.

BLM_0023535

*Effects from Recreation and Travel Management*

Effects from recreation management are related to the duration, intensity, and expanse of recreation. Damage to riparian resources from recreation could affect habitat suitability for the yellow-billed cuckoo. Use of trails to access fishing along streams and camping along waterways could disturb birds, causing habitat avoidance, compact soil, exacerbate erosion and sedimentation into waterways, and reduce vegetation cover. Furthermore, since riparian areas and waterways are popular recreation spots, increased demand for access to these areas is expected as the population increases, causing greater impacts on riparian species.

However, the 2014 Determination of Threatened Status Final Rule (USFWS 2014i) found there were no known or anticipated threats to the species resulting from overutilization for recreational purposes. While recreation activities are anticipated to increase in the planning area, effects to yellow-billed cuckoo habitat would likely be localized and short-term.

*Effects from Energy and Minerals Management*

Energy exploration and mineral development along the Colorado, Gunnison, and Dolores Rivers could potentially affect the yellow-billed cuckoo and its proposed critical habitat by means of habitat loss or degradation. However, NSO stipulations would prohibit surface occupancy or use within 400 meters of the ordinary high water mark (bank-full stage) or within 100 meters of the 100-year floodplain (whichever is greatest) on the three rivers which contain suitable habitat for the yellow-billed cuckoo. This would prevent loss of habitat from new leasing. COA and BMPs would help to mitigate the effects of energy development in areas where existing leases overlap with proposed yellow-billed cuckoo habitat.

Additionally, closing the three river corridors to mineral material disposal and non-energy solid mineral leasing and development would help further reduce potential impacts of energy development on proposed yellow-billed cuckoo habitat.

*Effects from Wild and Scenic Rivers Management*

Under the PRMP, WSR management would have the greatest impacts on riparian-dependent and special status species. It would do this by protecting the free-flowing nature of the segments, maintaining the Outstandingly Remarkable Values for which the segment was found eligible and prohibiting actions that would modify the setting or level of development such that the tentative classification change.

Under the PRMP, a portion of the Dolores River would be determined suitable for inclusion in the National Wild and Scenic Rivers System. Proposed yellow-billed cuckoo critical habitat does not occur along this segment, and no individuals have been recorded in the area. While it is possible the species may

BLM_0023536

utilize this area, interim management guidelines and management measures would have only a minor beneficial effect.

### Cumulative Effects

Cumulative effects include the effects of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

The CIAA used to analyze cumulative impacts on special status species, including western yellow-billed cuckoo in the PRMP, extends outside the planning area, following fourth-order watershed boundaries that completely or partially overlap the planning area. The fourth-order watersheds were used as the basic unit of analysis because the scope of cumulative influence would be at the watershed scale and is not expected to extend beyond this scale.

Past, present, and reasonably foreseeable future actions and conditions in the CIAA, both on public and private land, that have affected and will likely continue to affect western yellow-billed cuckoo are mineral exploration and development, forestry, grazing, recreation, road construction, ROWs, prescribed and wildland fires, land planning efforts, vegetation treatments, habitat improvement projects, insects and disease, and drought. Many of these activities create conditions that cause or favor other vegetation to take over.

The scope of analysis for cumulative impacts for the western yellow-billed cuckoo takes in the riparian areas along the Gunnison River and the Colorado River Basin and its tributaries. This includes private and state lands to account primarily for cumulative effects on western yellow-billed cuckoo and its habitat. Climate change in the CIAA could cause an increase or decrease in temperatures and precipitation, which would affect soil conditions, vegetation distribution, and overall riparian habitat health. Such changes would alter the conditions to which vegetation communities are adapted, potentially creating conditions that could favor certain species or communities, weeds, or pests (Hellmann et al. 2007).

Under the PRMP, impacts on riparian habitat would be minimized to the extent practical and feasible through restrictions on uses and activities. Vegetation conditions would be improved through treatments, weed prevention and control, habitat improvements, use of prescribed and wildland fire, and proper grazing practices. Under the PRMP, the BLM would move toward improving land health and achieving priority habitat objectives.

BLM_0023537

## 4.3 PROPOSED SPECIES

### 4.3.1 Gunnison Sage-Grouse

#### *Assumptions and Methods of Analysis*

Methods of analysis and assumptions are similar to those described above in Sections 4.1.2 and 4.2.3. Indicators of impacts on Gunnison Sage-Grouse and the measurements used to describe the impacts (where available or appropriate) are described below:

*Direct Habitat Loss*

Acres of habitat lost. Direct habitat loss results when habitat is destroyed or converted to a form that is unsuitable for the impacted species. Direct habitat loss can be a short-term or long-term impact.

*Habitat Fragmentation*

Habitat fragmentation occurs when contiguous habitat is broken into smaller blocks by surface-disturbing activities. Habitat fragmentation could lead to the following:

- Likelihood of reduced habitat quality and interference with movement patterns, leading to a decreased ability to breed or overwinter successfully to a degree that would lead, in turn, to substantial population declines

- Likelihood that individual habitat blocks would be reduced

- Likelihood of increased percentage of edge habitat on smaller blocks when compared to larger blocks

*Disruption to Species*

Direct mortality of species, including predation, collisions with structures (fences, towers, vehicles), and disease; interference with movement patterns due to fragmented landscapes; short- or long-term displacement and physiological or behavioral influences (avoidance of otherwise functional habitats).

*Habitat Degradation*

Weed infestation and overstory reductions indicators (reductions in herbaceous ground cover, lack of residual cover, and change in understory plant composition).

Miles disturbed (for limits on travel management, recreation, unleased areas).

Miles/acres disturbed. (It is assumed that habitat next to roads that are impacted by dust and dust suppression activities would have some lower level of understory next to the impacted habitat.)

BLM_0023538

*Habitat Restoration or Improvement*
The likelihood of improving habitat quality (e.g., increased species diversity, increased habitat connectivity, and decreased weeds).

*Habitat Protection*
Acres protected through stipulations, withdrawals, closures, and special designations (e.g., ACECs). Also, the likelihood of reduced or prohibited surface disturbance.

In addition to the assumptions listed under Section 4.1.2, the following would apply specifically to Gunnison Sage-Grouse:

- In general, Gunnison Sage-Grouse are highly sensitive to habitat fragmentation, development, or changes in habitat conditions. This is because Gunnison Sage-Grouse inhabit and require large, intact sagebrush ecosystems, and are especially sensitive to disturbance and human presence.

- There is little to no fluid mineral potential within mapped critical habitat for the Piñon Mesa population. Mapped occupied habitat is no leasing in the PRMP for all federal minerals. Because of the low potential for oil and gas development, it is assumed no impacts will occur.

*Unavailable Information*
A complex range of factors will influence the response or fate of individual birds to impacts, thus, there is uncertainty in generating specific metrics for anticipated adverse effects (such as number of expected mortalities of individuals, or number of habitat acres temporarily or permanently lost or temporarily affected). Factors contributing to this uncertainty include, but are not limited to:

1. Inability to accurately predict the location, frequency, timing, duration, etc. of future projects;

2. Inability to accurately measure the nature or extent of potential effects;

3. Limited ability to pinpoint the source, or combined sources, of effect;

4. Accounting for confounding or stochastic events such as drought;

5. Sources of risk that emerge outside of federal lands covered under the PRMP.

**Conservation Planning (Section 7[a][1] of the ESA)**
The goal of biological resources (including ESA-listed species) management in the PRMP is summarized in **Table 2-1**. The goals for protecting special status wildlife species, including Gunnison Sage-Grouse, are also presented in **Table 2-1**. The goals presented there are the same for all ESA-listed species considered in the PRMP and this BA. Additionally, **Table 2-1** includes the

BLM_0023539

objectives, management actions, and conservation measures of the GJFO Proposed RMP to achieve the goal. The PRMP is primarily a landscape-level, programmatic-level document.

The stipulations and conservation measures below for Gunnison Sage-Grouse, as well as BMPs described in Appendix H, are not comprehensive. New conservation measures may be developed at the project level.

*Objectives*

One objective directly related to Gunnison Sage-Grouse is included in the PRMP (**Table 2-1**):

- Advance the conservation of Gunnison and Greater Sage-Grouse and their habitat in accordance with current national, state, and local working group recommendations and policy as well as the most current scientific literature and research.

*Actions and Surface Disturbance Restrictions*

Twenty-six management actions and stipulations directly related to Gunnison Sage-Grouse are included in the proposed plan (**Table 2-1**):

- Consistent with current guidance for sagebrush-dependent species, improve areas of poor quality nesting habitat by implementing the following actions, including but not limited to:

  o In areas where species diversity is low seed area with grasses and forbs, with an emphasis on forbs if brood-rearing occurs in the area, accompanied by light disking and interseeding, or drill seeding.

  o Where sage is decadent and does not meet habitat objectives, conduct thinning by roller-chopping, light disking, Dixie Harrow, Lawson Aerator or other methods.

  o Conduct vegetation treatments to retain residual cover through fall and winter into nesting season.

- When reseeding roads, primitive roads and trails, use appropriate seed mixes (appropriate for Sage-Grouse ecological conditions) and consider the use of transplanted sagebrush.

- Reduce routes through currently suitable or potentially suitable Gunnison and Greater Sage-Grouse habitat by reducing routes through sage brush parks, with an emphasis on routes that bisect sage brush parks.

- Improve brood-rearing habitats by implementing the following action:

BLM_0023540

- o Restore old ponds or construct new ponds in areas lacking water, while minimizing potential for promoting mosquito breeding habitat at elevations below 8,000 feet.

- Improve lek areas by mechanically treating historic lek areas where sagebrush density has increased.

- To reduce disturbance to Gunnison or Greater Sage-Grouse, close duplicative or redundant routes within Sage-Grouse habitat and within 4 miles of a lek.

- Remove/modify raptor perches, in Gunnison and Greater Sage-Grouse habitat (trees, fences, dry-hole markers, and power poles).

- Monitor measureable objectives and evaluate grazing management to assure that management actions are achieving Sage-Grouse habitat objectives.

- Design any new structural range improvements to conserve, enhance, or restore Sage-Grouse habitat through an improved grazing management system relative to Sage-Grouse objectives. Structural range improvements, in this context, include but are not limited to: cattleguards, fences, enclosures, corrals or other livestock handling structures; pipelines, troughs, storage tanks (including moveable tanks used in livestock water hauling), windmills, ponds/reservoirs, solar panels, and spring developments.

- To reduce Sage-Grouse strikes and mortality, remove, modify, or mark fences in high risk areas. When fences are necessary, require a Sage-Grouse-safe design.

- Locate supplements (salt or protein blocks) in a manner designed to conserve, enhance, or restore Sage-Grouse habitat.

- Offer temporary use on a case-by-case basis in allotments where grazing preference has been relinquished, or non-use warrants to rest other allotments that include important Sage-Grouse habitat.

- Apply TL-16 (Occupied Sage-Grouse Winter Habitat) or TL-17 (Sage-Grouse Leks) to vegetation management treatments according to the type of seasonal habitats present in a priority area.

- Monitor after vegetation treatments for success in meeting objectives and monitor and control invasive vegetation after vegetation treatments in Sage-Grouse habitat.

- Apply post-vegetation treatment management and monitoring to ensure long term persistence of seeded native plants. Outline temporary or long-term changes in livestock grazing, wild horse and burro, and travel management, etc., to achieve and maintain vegetation management objectives to benefit Sage-Grouse and their habitats.

BLM_0023541

- Design vegetation treatments in Sage-Grouse habitats to strategically reduce wildfire threats in the greatest area. This may involve spatially arranging new vegetation treatments with past treatments, vegetation with fire-resistant seral stages, natural barriers, and roads in order to constrain fire spread and growth. This may require vegetation treatments to be implemented in a more linear versus block design.

- Include Sage-Grouse habitat parameters as defined by Connelly et al. (2000), Hagen et al. (2007) or if available, state and federal Sage-Grouse conservation and recovery plans and appropriate local information in habitat restoration objectives. Make maintaining these objectives within priority Sage-Grouse habitat areas a high restoration priority.

- Choose native plant seeds for vegetation treatments based on availability, adaptation (site potential), probability for success, and the vegetation management objectives for the area covered by the treatment. Where probability of success or native seed availability is low, use species that meet soil stability and hydrologic function objectives as well as vegetation and Sage-Grouse habitat objectives.

- Manage the following areas to benefit Sage-Grouse habitat:
  - Wildlife Emphasis Areas:
    - Glade Park and
    - Sunnyside.
  - ACECs:
    - Roan and Carr Creeks

- Identify the following as ROW exclusion areas:
  - Within a 0.6-mile radius of Sage-Grouse leks.

- Identify the following as ROW avoidance areas:
  - Sage-Grouse occupied habitat and
  - Within a 4-mile radius of Sage-Grouse leks.

- **No Leasing:** *Sage-Grouse.* Close all occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) and greater Sage Grouse habitat within one mile of an active lek to fluid mineral leasing and geophysical exploration.

- **No Leasing:** *Split-estate.* Manage 12,200 acres of Private and State surface/federal fluid mineral estate in all occupied Gunnison Sage-Grouse habitat and greater Sage Grouse habitat within one mile of an active lek as closed to fluid mineral leasing and geophysical exploration.

BLM_0023542

- **STIPULATION** TL-16: *Occupied Sage-Grouse Winter Habitat.* Prohibit surface occupancy and surface-disturbing activities in occupied Sage-Grouse winter habitat from December 16 to March 15.

- **STIPULATION** NSO-25: *Sage-Grouse Leks, Nesting, and Early Brood-rearing Habitat.* Prohibit surface occupancy and surface-disturbing activities within 4 miles of an active lek or within Sage-Grouse nesting and early brood-rearing habitat.

- **STIPULATION** TL-17: *Sage-Grouse Leks.* Prohibit surface occupancy and surface-disturbing activities within 4 miles of Sage-Grouse leks from March 1 to June 30.

Additional management actions indirectly related to the protection of the Gunnison Sage-Grouse are described in **Table 2-1** and incorporated by reference.

*Colorado Standards for Public Land Health*
The Colorado Public Land Health Standards are applied on a landscape scale and relate to the potential of the landscape. Of the five standards listed, Standards 1, 3, and 4 would directly apply for promoting the conservation of Gunnison Sage-Grouse. Specifically, Standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor for vegetation. Standard 3 promotes the health of native plant and animal communities at the community and population levels. Standard 4 establishes standards for the BLM to protect and enhance special status, threatened and endangered (federal and state), and other species.

*BMPs for Management Actions*
Appendix H of the PRMP includes a number of standard operating procedures and BMPs that are applicable to implementing the management actions proposed under the PRMP. The BMPs and conditions of approval described in Appendix H that would benefit Gunnison Sage-Grouse are those aimed at protecting soils, vegetation, and special status species.

***Direct and Indirect Effects***
There would be no effects on Gunnison Sage-Grouse from air and climate resources; wild horses; cultural resources; paleontological resources; visual resources; water resources; wild and scenic rivers; lands with wilderness characteristics; forestry; National Trails; national, state, and BLM byways; wilderness study areas; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Effects from Soils Resource Management*
The goal of soil resource management in the GJFO RMP is to ensure upland soils exhibit infiltration and permeability rates that are appropriate to soil type,

BLM_0023543

climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for optimal plant growth and vigor, and minimizes runoff and erosion. As a result, this would support healthy sagebrush habitats for the Gunnison Sage-Grouse.

*Effects from Vegetation Management*
Under the PRMP, vegetation management and protection would impact Gunnison Sage-Grouse habitats. Management to improve and protect vegetation conditions throughout the planning area would improve vegetative cover, reduce the likelihood for erosion and sedimentation, and maintain seed banks. Most vegetation treatments would not affect Gunnison Sage-Grouse, as a timing limitation would be applied to avoid impacts during sensitive periods. Improved vegetative conditions would improve habitat for Gunnison Sage-Grouse by providing more opportunities for lekking, nesting, brood-rearing, wintering, cover, and foraging over the long term. In the short term, vegetation treatments could remove potential habitat or increase the potential for weed spread. In addition, human disturbance and noise associated with the use of heavy equipment for vegetation removal could temporarily displace Gunnison Sage-Grouse from foraging, breeding, nesting, and wintering habitats.

Gunnison Sage-Grouse habitat would be improved and maintained through vegetation treatments, prioritizing winter Sage-Grouse habitat for treatment and restoration, developing restoration plans in non-functioning habitat, reducing pinyon-juniper encroachments, increasing habitat connectivity, and managing for age class diversity. Actions to reduce pinyon-juniper woodland invasion of upper elevation sagebrush communities would benefit Gunnison Sage-Grouse that require open sage parks. Monitoring after vegetation treatments would occur to evaluate success in meeting objectives. These actions would help support health Gunnison Sage-Grouse habitats, and are consistent with the conservation measures identified in the Piñon Mesa Conservation Plan (Gunnison Piñon Mesa Gunnison Sage Grouse Partnership 2000).

*Effects from Fish and Wildlife Management*
The BLM would establish 10 wildlife emphasis areas on 150,000 acres to protect areas with high wildlife value and significance, focusing on protecting habitat for big game, cutthroat trout, and Sage-Grouse. This strategy would allow BLM to focus their wildlife management efforts in the areas that would be most effective to preserve and protect fish and wildlife, including Gunnison Sage-Grouse. The Timber Ridge and Glade Park wildlife emphasis areas would be of particular benefit to the Gunnison Sage Grouse, as these boundaries would overlap with occupied habitat for the species and a recently discovered Lek in the Timber Ridge area. Combined, these wildlife emphasis areas would encompass 96% of proposed occupied critical habitat and 49% of proposed unoccupied critical habitat on BLM-administered lands. The Glade Park area alone encompass 10,100 acres of Gunnison Sage-Grouse occupied proposed critical habitat; this

BLM_0023544

accounts for the majority (95%) of occupied proposed critical habitat on BLM-administered lands.

Examples of management actions that would be applied in wildlife emphasis areas include stipulations on surface-disturbing activities and recreation restrictions, as well as ROW avoidance and exclusion areas and travel closures and seasonal restrictions to maintain existing unfragmented habitat and meet wildlife objectives. Approximately 27,200 acres of the Glade Park Wildlife Emphasis Area would be subject to the CO-CSU-Wildlife Habitat stipulation, which would benefit Gunnison Sage-Grouse by restricting surface occupancy or use within this area.

*Effects from Special Status Species*
A suite of management actions would be implemented to conserve Gunnison Sage-Grouse under the PRMP, including habitat improvement, habitat protection, and mineral leasing stipulations and prohibitions. Nesting, brood-rearing, and lek habitat would be improved, and vegetation management actions in sagebrush would aim to conserve, enhance, and restore Gunnison Sage-Grouse habitats. Raptor perches would be removed or modified in Gunnison Sage-Grouse habitat to reduce predation. In addition, the Rough Canyon ACEC and the Glade Park and Timber Ridge wildlife emphasis areas would be managed for Gunnison Sage-Grouse habitats.

*Effects from Wildland Fire Management*
Depending on the extent, location, severity, and seral type affected, unplanned ignitions would have adverse impacts on Gunnison Sage-Grouse by removing or degrading habitat and/or reducing population viability. Large or intense wildfires could damage large expanses of habitat. Indirect effects could result from increased erosion, and increased potential for noxious and invasive weed establishment.

Under the PRMP, the BLM would avoid planned and unplanned fire in low-elevation cheatgrass-infested communities, which would help protect adjacent sagebrush habitats used by Gunnison Sage-Grouse. However, prescribed fire, if applied at an appropriate scale, is a viable management tool for protecting Gunnison sagebrush habitats from catastrophic wildfires (Gunnison Sage-Grouse Rangewide Steering Committee 2005). Using a variety of fuel treatments would have short-term effects on Gunnison Sage-Grouse and habitats through vegetation removal, increased likelihood of erosion and sedimentation, human presence, and the potential for habitat avoidance. In the long term, these activities would reduce the likelihood of uncharacteristically large or intense wildfires that could damage large expanses of habitat or kill or displace wildlife. In addition, the condition of upland vegetation would be improved. Cheatgrass recolonization in prescribed burned areas is a notable concern, and reseeding efforts may be necessary to reduce the potential for invasive weeds (Gunnison Sage-Grouse Rangewide Steering Committee 2005). Fuel treatment actions as

BLM_0023545