described in the PRMP may include seeding by means of aerial or ground application. Emergency stabilization and rehabilitation treatments would help to reestablish vegetation and restore habitat for Gunnison Sage-Grouse.

Increased human activity and noise associated with wildland fire suppression and prescribed fire in areas occupied by Gunnison Sage-Grouse could affect lekking, nesting, brood-rearing, wintering, or foraging behavior. Important habitats could be altered because of the use of heavy equipment, hand tools, and noise associated with intensive human activity. However, there is also a risk of habitat loss in areas where wildland fire suppression is absent or limited due to the increased potential for large and more severe wildfires. This in turn is balanced by the fact that a large fire could require extensive suppression operations, such as extensive staging areas and fire-line construction, which could themselves result in long-term effects on Gunnison Sage-Grouse and their habitats. Smaller fires that would require less extensive suppression operations would generally avoid these long-term effects.

*Effects from Livestock Grazing Management*

Timing and intensity of livestock grazing may affect Gunnison Sage-Grouse nesting and brood rearing success, as fall grazing can remove residual cover needed the following spring for nest and brood cover (Piñon Mesa Gunnison Sage Grouse Partnership 2000). Potential impacts of grazing and associated activities on Gunnison Sage-Grouse include direct impacts of herbivores, such as trampling of nests and eggs, altered Sage-Grouse behavior due to presence of herbivores, and impacts on their behavior from structures associated with grazing management (Beck and Mitchell 2000). Additionally, mortality associated with fence collisions has been documented in lesser prairie-chickens (*Tympanuchus pallidicinctus*) in Oklahoma (Wolfe et al. 2007) and Greater Sage-Grouse in Idaho (Stevens 2011). No specific data regarding Gunnison Sage-Grouse fence-related mortalities is available; however it is assumed the species is also killed by fence collisions (USFWS 2013d). Within the planning area, 9.2 miles of mapped fences are located within 4 miles of active leks on BLM lands.

In areas that are available for livestock grazing, there could be more impacts on Gunnison Sage-Grouse than in areas where livestock grazing is excluded. Under the PRMP, all Gunnison Sage-Grouse proposed critical habitat would be open to grazing, resulting in an increased likelihood for impacts. **Table 4-1**, Existing Land Health Assessment Conditions by Proposed Occupied and Unoccupied Gunnison Sage Grouse Critical Habitat on BLM Lands, provides an overview of current rangeland health conditions. For a detailed description of rangeland health conditions by allotment, see Appendix A, Rangeland Health Conditions in Gunnison Sage-Grouse Critical Habitat.

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 2 of 122

**Table 4-1**
**Existing Land Health Assessment Conditions by Proposed Occupied and Unoccupied Gunnison Sage-Grouse Critical Habitat on BLM Lands**

| Indicator | Occupied Habitat | Unoccupied Habitat |
|---|---|---|
| Acres Meeting Land Health Standards | 7,300 | 46,100 |
| % Habitat Meeting Land Health Standards | 69% | 83% |
| Acres Meeting Land Health Standards With Problems | 2,626 | 2,600 |
| % Habitat Meeting Land Health Standards With Problems | 25% | 5% |
| Acres Not Meeting Land Health Standards | 300 | 2,300 |
| % Habitat Not Meeting Land Health Standards | 3% | 4% |

Source: BLM 2010a

The PRMP includes a number of management actions to incorporate Gunnison Sage-Grouse habitat objectives and management considerations into livestock grazing management. Such measures would help to improve vegetation condition of rangeland areas and could reduce the likelihood of nonnative invasive species introduction or spread. In addition, removing, modifying, or marking fences in high risk areas would help to reduce the threat of injury or mortality to Gunnison Sage-Grouse.

As shown in **Table 4-1**, the majority of proposed critical habitat is currently meeting land health standards. However, 28% of occupied habitat and 9% of unoccupied habitat is categorized as meeting the standards with problems, or not meeting the standards. Despite the management actions described above, reductions in herbaceous cover that fall below the Rangewide Conservation Plan habitat guidelines (Gunnison Sage-grouse Rangewide Steering Committee 2005) are likely to continue to occur at times. Adverse effects from trampling of eggs or nests may also occur. This is thought to be rare but the impact is not discountable.

*Effects from Recreation and Travel Management*

Impacts from recreational use would include casual use activities such as nonmotorized recreation or dispersed camping. Such activities are not subject to site-specific environmental review and vegetation impacts would not be apparent until after damage has occurred. Examples of direct impacts on Gunnison Sage-Grouse from casual use include habitat loss, fragmentation, and direct mortality from collisions with vehicles. Impacts are more likely to occur in easily accessible areas where visitation would be high, and in areas open to intensive motorized use, as cross-country travel facilitates weed spread as well

BLM_0023547

as increasing habitat fragmentation. In general, the more acres of routes in the area, the greater the likelihood of habitat fragmentation and disturbance to species and habitats as high concentrations of human use typically occur on or immediately adjacent to motorized routes.

Within proposed occupied habitat, 18.4 miles of routes would be open to public use (including 1.1 miles of county-maintain roads), and 12.3 miles of routes would be restricted to administrative and permitted use only. 0.4 miles of routes would be proposed for closure and rehabilitation. Within unoccupied habitat, 68.8 miles of routes would be open to public use (including 14.7 miles of county-maintained roads), and 29.6 miles of routes would be restricted to administrative and permitted use only. 19.9 miles of routes would be proposed for closure and rehabilitation. Habitat loss, degradation, and fragmentation from roads are a major threat to Gunnison Sage-Grouse (USFWS 2013d). The collective influences of fragmentation and disturbance from roads reduces the effective habitat as they are avoided by sage-grouse (Knick et al 2011; USFWS 2013d). Impacts related to behavior disruption may occur (particularly along routes occurring in occupied habitat). However, seasonal limitations and route closure of routes within 4 miles of leks would reduce impacts. In addition, the Timber Ridge Wildlife Emphasis Area would only be open to foot and horseback use, which is expected to reduce potential impacts to the lek in this area.

Activities authorized under SRPs could disrupt Gunnison Sage-Grouse, but all SRPs would contain standard stipulations appropriate for the type of activity and may include additional stipulations necessary to protect land or resources, including Gunnison Sage-Grouse.

*Effects from Lands and Realty Management*

Construction and operation of ROW facilities, such as pipelines, roads, and transmission lines, may result in habitat loss, fragmentation, and degradation. Surface disturbance during construction removes vegetation and important habitat components for Gunnison Sage-Grouse and, in most cases, renders the habitat unsuitable. ROWs, such as those for roads and industrial facilities, may lead to permanent loss of Gunnison Sage-Grouse habitat. Other ROWs, such as those for pipelines or buried power lines, may lead to a more short-term loss of habitat if the area were reclaimed after construction. However, following natural succession regimes, sagebrush communities would take 20 to 30 years to return to preconstruction conditions. In addition to removing vegetation, long-term occupancy of structures and facilities leads to direct habitat loss.

ROWs may also lead to habitat fragmentation and degradation. ROW projects can reduce patch size and increase edge habitats. Since Gunnison Sage-Grouse require large blocks of intact habitat, linear disturbances reduce habitat quality. Surface disturbance can also lead to new weed infestations and spread weeds where infestations already occur. Noxious and invasive weeds are often of

lower value to wildlife, and degrade wildlife habitat by reducing optimal cover or food. Sagebrush-steppe communities are among the ecosystems most vulnerable to invasion and degradation by invasive weeds. Not only can invasive species outcompete most native plants when moisture is limited, they can also change site-specific fire ecology and result in the loss of critical shrub communities. The loss and degradation of sagebrush habitat can reduce the carrying capacity of local breeding populations of Gunnison Sage-Grouse, especially in areas where high quality sagebrush habitat is limited (Braun 1998; Connelly et al. 2000).

As such, there would likely be more impacts on Gunnison Sage-Grouse and their habitat in areas where ROWs are permitted compared to areas where ROWs are excluded or avoided.

Disruption Impacts. Both the construction and operation phases of ROW projects can lead to disruption impacts. Noise and an increase in human presence during construction may displace Gunnison Sage-Grouse into lower quality habitat and may disrupt breeding and nesting (Holloran 2005). Although construction impacts are generally short term, many impacts would continue during routine maintenance and operation of the ROWs. Gunnison Sage-Grouse would likely avoid habitat in the vicinity of infrastructure (Holloran et al. 2010), resulting in indirect habitat loss. In addition, noise and an increase in traffic during ROW operation and maintenance would disturb and likely displace Gunnison Sage-Grouse (Lyon and Anderson 2003; Holloran 2005). Avoidance of habitat would be most prevalent during levels of high human activity, such as ROW construction. Gunnison Sage-Grouse may avoid otherwise suitable habitat as the density of roads and infrastructure increases (Holloran 2005).

Avian predators, particularly raptors and corvids (i.e., crows, ravens, and magpies), are attracted to overhead utility lines because they provide perches for various activities, including hunting (Avian Power Line Interaction Committee 2006). Increased predation and harassment of Gunnison Sage-Grouse may occur from new ROW projects involving power lines or other tall structures (Connelly et al. 2004). However, the PRMP includes management to remove or modify raptor perches, thereby reducing this threat. In addition, road ROWs may increase mammalian predator densities.

Construction and operation of ROW facilities may also lead to direct mortality of Gunnison Sage-Grouse. The potential for Gunnison Sage-Grouse mortality from project construction would be low and likely limited to nesting hens or young chicks that have limited mobility. Direct mortality may occur from collisions with turbines, power lines, or meteorological towers or their supporting infrastructure, such as guy wires (Connelly et al. 2004; Beck et al. 2006). In addition, an increase of traffic on roads from ROW maintenance and operations can lead to direct mortality through vehicle collisions.

Habitat Protection. The PRMP would identify any areas within a 0.6-mile radius of any Sage-Grouse lek as a ROW exclusion area. Additionally, all occupied

Sage-Grouse habitat and areas within a 4-mile radius of Sage-Grouse leks would be identified as ROW avoidance areas. These measures would reduce or eliminate the above described impacts on Gunnison Sage-Grouse and their habitat by restricting new ROWs.

*Effects from Energy and Mineral Management*

Negative effects of fluid mineral development on Sage-Grouse populations are well-documented (Connelly et al. 2000; Lyon and Anderson 2003; Holloran 2005; Doherty et al 2008; Walker et al. 2007). Federal mineral estate encompasses 22,800 acres of occupied proposed critical habitat, and 76,800 acres of unoccupied proposed critical habitat; however, no fluid mineral development potential occurs within or near established Gunnison Sage-Grouse populations in the GJFO planning area, and no existing fluid mineral leases overlap with proposed critical habitat. All occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) would be closed to leasing. Additionally, unoccupied habitat in the Dominguez Escalante NCA would be closed to leasing. As stated under the assumptions and methods of analysis, no mineral development is expected and as a result, no adverse impacts on Gunnison Sage-Grouse are anticipated.

*Effects from Areas of Critical Environmental Concern Management*

The BLM would designate 13 ACECs in the GJFO planning area under the PRMP, encompassing 123,400 acres. Of these, the Rough Canyon ACEC (2,778 acres) would be expanded to accommodate better management of the Gunnison Sage-Grouse. This area would be withdrawn from mineral entry, and managed as ROW exclusion. In addition, an NSO stipulation would be applied to protect Sage-Grouse leks, nesting, and early brood-rearing habitat. While no proposed occupied or unoccupied critical habitat occurs within the ACEC, the boundaries encompass the historical range for the species. As such, Gunnison Sage-Grouse would be protected from surface disturbance and associated impacts within this ACEC if the area was to be reoccupied in the future.

***Cumulative Effects***

Cumulative effects include those of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

The CIAA for Gunnison Sage-Grouse includes follows fourth-order watershed boundaries that completely or partially overlap the planning area.

The majority of the planning area occurs within Mesa County, which has experienced significant population growth since 1987, and population forecasts expect the growth trend will continue (Colorado Division of Local Government,

State Demography Office 2013). As such, continued use and development within the planning area is expected to continue. Past, present, and reasonably foreseeable future actions and conditions on non-federal lands in the CIAA that have affected and will likely continue to affect Gunnison Sage-Grouse are as follows:

- Mineral exploration and development
- Agricultural development
- ROW and infrastructure development
- Livestock grazing
- Recreation
- Road construction
- Weed invasion and spread
- Wildland fires
- Drought
- Farming

In general, resource use activities have cumulatively caused habitat removal, fragmentation, soil compaction, erosion, increased human presence, and weed spread as described above.

Many natural influences create conditions that cause vegetation changes. For example, wildland fire removes vegetation, which makes affected areas more susceptible to weed invasion and soil erosion. Droughts reduce vegetation health, leaving it prone to insect infestation or disease. Climate change in the CIAA could increase or decrease temperatures and precipitation. This would affect soil conditions, vegetation distribution, water flows, water quality, and water temperature (Ficklin et al. 2010; Lenihan et al. 2003; McKenney et al. 2007; Hamann and Wang 2006). Such changes would alter the conditions to which vegetation communities are adapted, potentially creating conditions that favor certain species or communities, weeds, or pests (Hellmann et al. 2007) and potentially creating unsuitable conditions for Gunnison Sage-Grouse.

## 4.4 CANDIDATE SPECIES

### 4.4.1 Greater Sage-Grouse

***Assumptions and Methods of Analysis***

Methods of analysis and assumptions are similar to those described above in Sections 4.1.2 and 4.2.3. The following additional indicators and assumptions apply to Greater Sage-Grouse:

Indicators of impacts on Greater Sage-Grouse and the measurements used to describe the impacts (where available or appropriate) are described below:

*Direct Habitat Loss*

Acres of habitat lost. Direct habitat loss results when habitat is destroyed or converted to a form that is unsuitable for the impacted species. Direct habitat loss can be a short-term or long-term impact.

*Habitat Fragmentation*

Habitat fragmentation occurs when contiguous habitat is broken into smaller blocks by surface-disturbing activities. Habitat fragmentation could lead to the following:

- Likelihood of reduced habitat quality and interference with movement patterns, leading to a decreased ability to breed or overwinter successfully to a degree that would lead, in turn, to substantial population declines
- Likelihood that individual habitat blocks would be reduced
- Likelihood of increased percentage of edge habitat on smaller blocks when compared to larger blocks

*Disruption to Species*

Direct mortality of species, including predation, collisions with structures (fences, towers, vehicles), and disease; interference with movement patterns due to fragmented landscapes; short- or long-term displacement and physiological or behavioral influences (avoidance of otherwise functional habitats).

*Habitat Degradation*

Weed infestation and understory and overstory reductions indicators (reductions in herbaceous ground cover, lack of residual cover, change in understory plant composition)

Miles disturbed (for limits on travel management, recreation, unleased areas)

Miles/acres disturbed. (It is assumed that habitat next to roads that are impacted by dust and dust suppression activities would have some lower level of understory next to the impacted habitat.)

*Habitat Restoration or Improvement*

The likelihood of improving habitat quality (e.g., increased species diversity, increased habitat connectivity, and decreased weeds).

*Habitat Protection*
Acres protected through stipulations, withdrawals, closures, and special designations (e.g., ACECs). Also, the likelihood of reduced or prohibited surface disturbance.

In addition to the assumptions listed under Section 4.1.2, the following would apply specifically to Greater Sage-Grouse:

- In general, Greater Sage-Grouse are highly sensitive to habitat fragmentation, development, or changes in habitat conditions. This is because Greater Sage-Grouse inhabit and require large, intact sagebrush ecosystems, and are especially sensitive to disturbance and human presence.

***Conservation Planning***
The goals for biological resources management in the PRMP are summarized in **Table 2-1** of this BA. Additionally, **Table 2-1** includes the objectives, actions, and conservation measures proposed to achieve the goals. The PRMP is primarily a landscape-level, programmatic-level document. The stipulations, conservation measures, and BMPs described below for Greater Sage-Grouse are not comprehensive. New conservation measures may be developed at the project level.

*Objectives*
One objective directly related to Greater Sage-Grouse is included in the PRMP (**Table 2-1**):

- Advance the conservation of Gunnison and Greater Sage-Grouse and their habitat in accordance with current national, state, and local working group recommendations and policy as well as the most current scientific literature and research.

*Actions and Surface Disturbance Restrictions*
Twenty-six management actions and stipulations directly related to Greater Sage-Grouse are included in the proposed plan (**Table 2-1**):

- Consistent with current guidance for sagebrush-dependent species, improve areas of poor quality nesting habitat by implementing the following actions, including but not limited to:
  - In areas where species diversity is low seed area with grasses and forbs, with an emphasis on forbs if brood-rearing occurs in the area, accompanied by light disking and interseeding, or drill seeding.
  - Where sage is decadent and does not meet habitat objectives, conduct thinning by roller-chopping, light disking, Dixie Harrow, Lawson Aerator or other methods.

- Conduct vegetation treatments to retain residual cover through fall and winter into nesting season.

- When reseeding roads, primitive roads and trails, use appropriate seed mixes (appropriate for Sage-Grouse ecological conditions) and consider the use of transplanted sagebrush.
- Reduce routes through currently suitable or potentially suitable Gunnison and Greater Sage-Grouse habitat by reducing routes through sage brush parks, with an emphasis on routes that bisect sage brush parks.
- Improve brood-rearing habitats by implementing the following action:
  - Restore old ponds or construct new ponds in areas lacking water, while minimizing potential for promoting mosquito breeding habitat at elevations below 8,000 feet.
- Improve lek areas by mechanically treating historic lek areas where sagebrush density has increased.
- To reduce disturbance to Gunnison or Greater Sage-Grouse, close duplicative or redundant routes within Sage-Grouse habitat and within 4 miles of a lek.
- Remove/modify raptor perches, in Gunnison and Greater Sage-Grouse habitat (trees, fences, dry-hole markers, and power poles).
- Monitor measureable objectives and evaluate grazing management to assure that management actions are achieving Sage-Grouse habitat objectives.
- Design any new structural range improvements to conserve, enhance, or restore Sage-Grouse habitat through an improved grazing management system relative to Sage-Grouse objectives. Structural range improvements, in this context, include but are not limited to: cattleguards, fences, enclosures, corrals or other livestock handling structures; pipelines, troughs, storage tanks (including moveable tanks used in livestock water hauling), windmills, ponds/reservoirs, solar panels and spring developments.
- To reduce Sage-Grouse strikes and mortality, remove, modify, or mark fences in high risk areas. When fences are necessary, require a Sage-Grouse-safe design.
- Locate supplements (salt or protein blocks) in a manner designed to conserve, enhance, or restore Sage-Grouse habitat.
- Offer temporary use on a case-by-case basis in allotments where grazing preference has been relinquished, or non-use warrants to rest other allotments that include important Sage-Grouse habitat.

- Apply TL-16 (Occupied Sage-Grouse Winter Habitat) or TL-17 (Sage-Grouse Leks) to vegetation management treatments according to the type of seasonal habitats present in a priority area.
- Monitor after vegetation treatments for success in meeting objectives and monitor and control invasive vegetation after vegetation treatments in Sage-Grouse habitat.
- Apply post-vegetation treatment management and monitoring to ensure long term persistence of seeded native plants. Outline temporary or long-term changes in livestock grazing, wild horse and burro, and travel management, etc., to achieve and maintain vegetation management objectives to benefit Sage-Grouse and their habitats.
- Design vegetation treatments in Sage-Grouse habitats to strategically reduce wildfire threats in the greatest area. This may involve spatially arranging new vegetation treatments with past treatments, vegetation with fire-resistant seral stages, natural barriers, and roads in order to constrain fire spread and growth. This may require vegetation treatments to be implemented in a more linear versus block design.
- Include Sage-Grouse habitat parameters as defined by Connelly et al. (2000), Hagen et al. (2007) or if available, state and federal Sage-Grouse conservation and recovery plans and appropriate local information in habitat restoration objectives. Make maintaining these objectives within priority Sage-Grouse habitat areas a high restoration priority.
- Choose native plant seeds for vegetation treatments based on availability, adaptation (site potential), probability for success, and the vegetation management objectives for the area covered by the treatment. Where probability of success or native seed availability is low, use species that meet soil stability and hydrologic function objectives as well as vegetation and Sage-Grouse habitat objectives.
- Manage the following areas to benefit Sage-Grouse habitat:
  - Wildlife Emphasis Areas:
    - Glade Park and
    - Sunnyside.
  - ACECs:
    - Roan and Carr Creek
- Identify the following as ROW exclusion areas:
  - Within a 0.6-mile radius of Sage-Grouse leks.
- Identify the following as ROW avoidance areas:

    - Sage-Grouse occupied habitat and
- Within a 4-mile radius of Sage-Grouse leks.

- **No Leasing:** *Sage-Grouse.* Close all occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) and greater Sage Grouse habitat within one mile of an active lek to fluid mineral leasing and geophysical exploration.
- **No Leasing:** *Split-estate.* Manage 12,200 acres of Private and State surface/federal fluid mineral estate in all occupied Gunnison Sage-Grouse habitat and greater Sage Grouse habitat within one mile of an active lek as closed to fluid mineral leasing and geophysical exploration.
- **STIPULATION** TL-16: *Occupied Sage-Grouse Winter Habitat.* Prohibit surface occupancy and surface-disturbing activities in occupied Sage-Grouse winter habitat from December 16 to March 15.
- **STIPULATION** NSO-25: *Sage-Grouse Leks, Nesting, and Early Brood-rearing Habitat.* Prohibit surface occupancy and surface-disturbing activities within 4 miles of an active lek or within Sage-Grouse nesting and early brood-rearing habitat.
- **STIPULATION** TL-17: Sage-Grouse Leks. Prohibit surface occupancy and surface-disturbing activities within 4 miles of Sage-Grouse leks from March 1 to June 30.

Additional management actions indirectly related to the protection of the Greater Sage-Grouse are described in **Table 2-1** and incorporated by reference.

*Colorado Standards for Public Land Health*

The Colorado Standards for Public Land Health describe conditions needed to sustain public land health. They relate to all uses of the public lands. Standards are applied on a landscape scale and relate to the potential of the landscape (Appendix E of the PRMP). Of the five standards listed, standards 1, 3, and 4 would directly apply to the conservation of Greater Sage-Grouse. Specifically, standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor thereby enhancing habitat conditions. Standard 3 promotes the health of native plants and animals at the community and population levels. Standard 4 establishes BLM standards for protecting and enhancing special status, threatened, and endangered federal and state species and other plants and animals.

*BMPs for Management Actions*

Appendix H of the PRMP includes a number of BMPs and standard operating procedures that would benefit Greater Sage-Grouse by protecting soils, vegetation, and suitable habitat. These BMPs include but are not limited to:

closing selected routes to protect special status species, placing pipelines and other ROWs within road corridors when feasible to minimize disturbance, and minimizing disturbance to soil and native vegetation as much as possible. Additionally, various other practices designed to prevent or limit noxious and invasive weed infestations are also included as BMPs.

***Direct and Indirect Effects***

There would be no effects on Greater Sage-Grouse from air and climate resources; wild horses; cultural resources; paleontological resources; visual resources; water resources; wild and scenic rivers; lands with wilderness characteristics; forestry; National Trails; national, state, and BLM byways; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Effects from Soils Resource Management*

The goal of soil resource management in the GJFO RMP is to ensure upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for optimal plant growth and vigor, and minimizes runoff and erosion. As a result, this would support healthy Greater Sage-Grouse habitats.

*Effects from Vegetation Management*

Under the PRMP, vegetation management and protection would impact Greater Sage-Grouse habitats. Management to improve and protect vegetation conditions throughout the planning area would improve vegetative cover, reduce the likelihood for erosion and sedimentation, and maintain seed banks. Most vegetation treatments would not affect Greater Sage-Grouse, as a timing limitation would be applied to avoid impacts during sensitive periods. Improved vegetative conditions would improve habitat for Greater Sage-Grouse by providing more opportunities for lekking, nesting, brood-rearing, wintering, cover, and foraging over the long term. In the short term, vegetation treatments could remove potential habitat or increase the potential for weed spread. In addition, human disturbance and noise associated with the use of heavy equipment for vegetation removal could temporarily displace Greater Sage-Grouse from foraging, breeding, nesting, and wintering habitats.

Greater Sage-Grouse habitat would be improved and maintained through vegetation treatments, prioritizing winter Sage-Grouse habitat for treatment and restoration, developing restoration plans in non-functioning habitat, reducing pinyon-juniper encroachments, increasing habitat connectivity, and managing for age class diversity. Greater Sage-Grouse would be directly and indirectly affected by these management actions in the short and long term. Actions to reduce pinyon-juniper woodland invasion of upper elevation sagebrush communities would benefit Greater Sage-Grouse that require open sage parks.

*Effects from Fish and Wildlife Management*

In general, fish and wildlife management would improve and maintain habitat for a variety of species throughout the decision area. Objectives and actions intended to support big game species would likely also benefit to Greater Sage-Grouse. For example, elk winter concentrations areas and severe winter range overlap with PPH and PGH. Prohibiting surface occupancy and surface-disturbing activities from December 1 to May 1 in these areas to protect big game winter range would also benefit Greater Sage-Grouse populations by limiting activities which can result in behavior disturbances.

*Effects from Special Status Species*

A suite of management actions would be implemented to conserve Greater Sage-Grouse under the PRMP, including habitat improvement, habitat protection, and mineral leasing stipulations and prohibitions. Nesting, brood-rearing, and lek habitat would be improved, and vegetation management actions in sagebrush would aim to conserve, enhance, and restore Greater Sage-Grouse habitats. Raptor perches would be removed or modified in Greater Sage-Grouse habitat to reduce predation, and a Sage-Grouse-safe design would be required for all fences in PPH. In addition, the Roan and Carr Creeks ACEC and the Glade Park and Sunnyside wildlife emphasis areas would be managed for Sage-Grouse habitat. There would be a number of range management actions, such as authorizing new water developments when PPH would benefit and designing new structural range improvements to benefit PPH.

*Effects from Wildland Fire Management*

Depending on the extent, location, severity, and seral type affected, unplanned ignitions would have adverse impacts on Greater Sage-Grouse by removing or degrading habitat and/or reducing population viability. Large or intense wildfires could damage large expanses of habitat. Indirect effects could result from increased erosion, and increased potential for noxious and invasive weed establishment.

Under the PRMP, the BLM would avoid planned and unplanned fire in low-elevation cheatgrass-infested communities, which would help protect adjacent sagebrush habitats used by Greater Sage-Grouse. Following an unplanned fire, Emergency stabilization and rehabilitation treatments could help to reestablish vegetation and restore habitat for Greater Sage-Grouse. Using a variety of fuel treatments would have short-term effects on Greater Sage-Grouse and habitats through vegetation removal, increased likelihood of erosion and sedimentation, human presence, and the potential for habitat avoidance. In the long term, these activities would reduce the likelihood of uncharacteristically large or intense wildfires that could damage large expanses of habitat or kill or displace wildlife. In addition, the condition of upland vegetation would be improved.

Increased human activity and disturbance associated with wildland fire suppression and prescribed fire in areas occupied by Greater Sage-Grouse could

affect lekking, nesting, brood-rearing, wintering, or foraging behavior. Important habitats could be altered because of the use of heavy equipment, hand tools, and noise associated with intensive human activity. However, there is also a risk of habitat loss in areas where wildland fire suppression is absent or limited due to the increased potential for large and more severe wildfires. This in turn is balanced by the fact that a large fire could require extensive suppression operations, such as extensive staging areas and fire-line construction, which could themselves result in long-term effects on Greater Sage-Grouse and their habitats. Smaller fires that would require less extensive suppression operations would generally avoid these long-term effects.

*Effects from Livestock Grazing Management*

Potential impacts of herbivory (plant eating) on Greater Sage-Grouse habitat include historic overgrazing of sagebrush communities, resulting in Greater Sage-Grouse habitat changes (Beck and Mitchell 2000). By altering components necessary for Greater Sage-Grouse habitats, livestock grazing can impact the suitability and extent of Greater Sage-Grouse habitats (Wyoming Sage-Grouse Working Group 2003).

Potential impacts of grazing and associated activities on Greater Sage-Grouse include direct impacts of herbivores, such as trampling of nests and eggs, altered Greater Sage-Grouse behavior due to presence of herbivores, and impacts on Greater Sage-Grouse and their behavior from structures associated with grazing management (Beck and Mitchell 2000). Additionally, mortality associated with fence collisions has been documented in lesser prairie-chickens (*Tympanuchus pallidicinctus*) in Oklahoma (Wolfe et al. 2007) and Greater Sage-Grouse in Idaho (Stevens 2011). Stevens et al. (2012) showed that topographic features, proximity to active leks, lek size, and fence design and density can influence collision potential and frequency. Furthermore, fences in areas with higher Greater Sage-Grouse population densities had higher collision rates. Areas where fence densities exceed 1.6 miles per square mile may also pose a risk to Greater Sage-Grouse (Stevens 2011).

In areas that are available for livestock grazing, there could be more impacts on Greater Sage-Grouse than in areas where livestock grazing is excluded. Under the PRMP, 5,200 acres of Sage-Grouse PPH and 8,700 acres of PGH would be open to livestock grazing and 200 acres of PPH and 100 acres of PGH would be closed to livestock grazing.

The PRMP includes a number of management actions to incorporate Greater Sage-Grouse habitat objectives and management considerations into livestock grazing management. Such measures would help to improve vegetation condition of rangeland areas and could reduce the likelihood of nonnative invasive species introduction or spread. In addition, removing, modifying, or marking fences in high risk areas would help to reduce the threat of injury or mortality to Greater Sage-Grouse.

*Effects from Recreation and Visitor Services*

*Areas Open for Casual Use*. Impacts from recreational use would include impacts from casual use such as nonmotorized recreation or dispersed camping. Such activities are not subject to site-specific environmental review and vegetation impacts would not be apparent until after damage has occurred. Examples of direct impacts on Greater Sage-Grouse from casual use include habitat loss, fragmentation, and direct mortality from collisions with vehicles. Impacts are more likely to occur in easily accessible areas where visitation would be high, and in areas open to intensive motorized use, as cross-country travel facilitates weed spread as well as increasing habitat fragmentation. In general, the more acres of routes in the area, the greater the likelihood of habitat fragmentation and disturbance to species and habitats as high concentrations of human use typically occur on or immediately adjacent to motorized routes.

*Permitted Uses*. Activities authorized under SRPs could disrupt Greater Sage-Grouse, but all SRPs would contain standard stipulations appropriate for the type of activity and may include additional stipulations necessary to protect land or resources, including Greater Sage-Grouse.

*Effects from Lands and Reality Management*

Construction and operation of ROW facilities, such as pipelines, roads, and transmission lines, may result in habitat loss, fragmentation, and degradation. Surface disturbance during construction removes vegetation and important habitat components for Greater Sage-Grouse and, in most cases, renders the habitat unsuitable. ROWs, such as those for roads and industrial facilities, may lead to permanent loss of Greater Sage-Grouse habitat. Other ROWs, such as those for pipelines or buried power lines, may lead to a more short-term loss of habitat if the area were reclaimed after construction. However, following natural succession regimes, sagebrush communities would take 20 to 30 years to return to preconstruction conditions. In addition to removing vegetation, long-term occupancy of structures and facilities leads to direct habitat loss.

ROWs may also lead to habitat fragmentation and degradation. ROW projects can reduce patch size and increase edge habitats. Since Greater Sage-Grouse require large blocks of intact habitat, linear disturbances reduce habitat quality. Surface disturbance can also lead to new weed infestations and spread weeds where infestations already occur. Noxious and invasive weeds are often of lower value to wildlife, and degrade wildlife habitat by reducing optimal cover or food. Sagebrush-steppe communities are among the ecosystems most vulnerable to invasion and degradation by invasive weeds. Not only can invasive species outcompete most native plants when moisture is limited, they can also change site-specific fire ecology and result in the loss of critical shrub communities. The loss and degradation of sagebrush habitat can reduce the carrying capacity of local breeding populations of Greater Sage-Grouse, especially in areas where high quality sagebrush habitat is limited (Braun 1998; Connelly et al. 2000).

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 16 of 122

As such, there would likely be more impacts on Greater Sage-Grouse and their habitat in areas where ROWs are permitted compared to areas where ROWs are excluded or avoided.

Disruption Impacts. Both the construction and operation phases of ROW projects can lead to disruption impacts. Noise and an increase in human presence during construction may displace Greater Sage-Grouse into lower quality habitat and may disrupt breeding and nesting (Holloran 2005). Although construction impacts are generally short term, many impacts would continue during routine maintenance and operation of the ROWs. Greater Sage-Grouse would likely avoid habitat in the vicinity of infrastructure (Holloran et al. 2010), resulting in indirect habitat loss. In addition, noise and an increase in traffic during ROW operation and maintenance would disturb and likely displace Greater Sage-Grouse (Lyon and Anderson 2003; Holloran 2005). Avoidance of habitat would be most prevalent during levels of high human activity, such as ROW construction. Greater Sage-Grouse may avoid otherwise suitable habitat as the density of roads and infrastructure increases (Holloran 2005).

Greater Sage-Grouse have evolved in habitat devoid of tall structures. ROW projects involving tall structures, such as power lines (distribution and transmission lines), communication towers, and meteorological towers, may lead to avoidance of suitable habitat (Pitman et al. 2005; Pruett et al. 2009; Wisdom et al. 2011). Although peer-reviewed science that demonstrated a clear avoidance of tall structures is limited for Greater Sage-Grouse, studies conducted on species that have similar life history (i.e., the lesser and greater prairie-chickens) have shown that use of habitat is reduced when these habitats are located near tall structures (Pitman et al. 2005; Pruett et al. 2009).

Avian predators, particularly raptors and corvids (i.e., crows, ravens, and magpies), are attracted to overhead utility lines because they provide perches for various activities, including hunting (Avian Power Line Interaction Committee 2006). Increased predation and harassment of Greater Sage-Grouse may occur from new ROW projects involving power lines or other tall structures (Connelly et al. 2004). However, the PRMP includes management to remove or modify raptor perches, thereby reducing this threat. In addition, road ROWs may increase mammalian predator densities.

Construction and operation of ROW facilities may also lead to direct mortality of Greater Sage-Grouse. The potential for Greater Sage-Grouse mortality from project construction would be low and likely limited to nesting hens or young chicks that have limited mobility. Direct mortality may occur when Greater Sage-Grouse collide with turbines, power lines, or meteorological towers or their supporting infrastructure, such as guy wires (Connelly et al. 2004; Beck et al. 2006). In addition, an increase of traffic on roads from ROW maintenance and operations can lead to direct mortality through vehicle/Greater Sage-Grouse collisions.

BLM_0023561

Habitat Protection. ROW exclusion or avoidance areas would reduce or eliminate the above-described impacts on Greater Sage-Grouse and their habitat by not allowing ROWs in PGH or PPH. Under the PRMP, all areas within a 0.6-mile radius of leks would be ROW exclusion areas, covering 600 acres of PPH. Further, Sage-Grouse occupied habitat and areas within 4 miles of leks would be ROW avoidance areas, covering 5,000 acres of PPH and 8,700 acres of PGH. There would be no PPH within ROW corridors.

*Effects from Energy and Mineral Management*

While the long-term impacts of fluid minerals development are unclear (Connelly et al. 2000), recent studies have shown effects from these activities on Greater Sage-Grouse. Impacts include reduced nest initiation rates (Lyon and Anderson 2003), avoidance of developed areas and increases in movement (Lyon and Anderson 2003; Holloran 2005; Crompton 2005; Doherty et al. 2008), reduced attendance of males at lek sites (Holloran 2005; Walker et al. 2007; Crompton 2005), and reduced survivorship (Crompton 2005). Impacts occur in lekking, nesting, brood rearing, and winter habitat (Crompton 2005; Doherty et al. 2008), and negative effects have been shown to occur from 0.5 mile to 4 miles away from oil and gas development (Walker et al. 2007). It is possible that Sage-Grouse may repopulate developed areas after oil and gas operation ends, but long-term studies have not yet been conducted.

Within the planning area, leased and unleased fluid minerals overlap with PPH and PGH, see **Table 4-2**, Acres of Fluid Minerals in Greater Sage-Grouse Habitat by PPH and PGH.

**Table 4-2**
**Acres of Fluid Minerals In Greater Sage-Grouse Habitat by PPH and PGH**

| Indicator | PPH | PGH |
|---|---|---|
| Total Acres | 49,300 Acres | 29,300 Acres |
| Acres of BLM Surface Ownership | 5,520 Acres | 8,900 Acres |
| % BLM Surface Ownership | 11.2% | 30.4% |
| Acres of Federal Minerals | 9,600 Acres | 13,400 Acres |
| % Federal Minerals | 19.5% | 45.7% |
| Acres of Federal Mineral Estate Leased | 4,100 Acres | 11,000 Acres |
| % of Habitat Currently Leased | 8.3% | 37.5% |

As shown in **Table 4-2**, the majority of Greater Sage-Grouse habitat within the planning area occurs on non-BLM administered lands. Federal mineral estate covers 19.5 percent of PPH and 45.7% of PGH. 65.7% of all overlapping federal mineral estate has been leased. Because stipulations in the PRMP can only apply

to new leases, COAs would be more effective at limiting potential impacts associated with fluid mineral developments in these areas.

For the remainder of unleased federal mineral estate in PPH and PGH, stipulations and mineral leasing restrictions for Sage-Grouse include closure of all occupied Greater Sage-Grouse habitat to fluid mineral leasing; TL in occupied winter habitat; NSO for leks, nesting, and early brood-rearing habitat (with a four-mile buffer); CSU for nesting and early brood-rearing habitat (with a four-mile buffer); and TL within four miles of leks. In addition, Sage-Grouse preliminary priority habitat would not be acceptable for coal leasing under the PRMP. With implementation of the stipulations and COAs as described above, adverse effects to the Greater Sage-Grouse are not anticipated.

*Effects from Travel Management*

In general, the more acres of routes that are designated in the area, the greater the likelihood of habitat fragmentation and disturbance to Sage-Grouse and habitats as high concentrations of human use typically occur on or next to motorized routes. Areas designated as open have no restrictions on cross-country travel and therefore have the highest potential for increased route density and associated disturbance. Managing on-site recreation and motorized activity, limiting travel to designated routes, and closing travel routes could prevent or reduce impacts. For example, seasonal closure of routes would prevent impacts on species during sensitive or critical times of the year, such as during winter or birthing. Impacts are more likely to occur in easily accessible areas where visitation would be highest.

Under the PRMP, the BLM would reduce impacts on Greater Sage-Grouse by limiting key areas to motorized and mechanized vehicles. Specifically, 5,600 acres of PPH and 8,900 acres of PGH would be limited for motorized and mechanized vehicles. In addition, management actions to reduce routes in sage brush parks and close duplicative or redundant routes in Sage-Grouse habitat and within 4 miles of a lek would reduce the potential for impacts from vehicles and human presence.

*Effects from Wilderness Study Areas*

Under the PRMP, the BLM would continue to manage four existing WSAs within the planning area: Demaree Canyon (22,700 acres); Little Book Cliffs (29,300 acres); The Palisade (26,700 acres); and Sewemup Mesa (17,800 acres). These areas would be closed to motorized and mechanized travel and fluid mineral leasing and geophysical exploration. Further, surface occupancy and surface-disturbing activities would be prohibited. Given the reduced disturbance and human presence in these areas, continued management of the four WSAs within the planning area would benefit any Greater Sage-Grouse which occur within or adjacent to these areas.

BLM_0023563

*Effects from Areas of Critical Environmental Concern Management*

The BLM would designate 13 ACECs in the GJFO planning area under the PRMP, encompassing 123,400 acres. Of these, the Roan and Carr Creeks ACEC are valued for Greater Sage-Grouse (among other resources) which occur within the proposed designation boundaries. This designated area would be limited to designated routes, managed as a ROW avoidance area, and classified as unacceptable for coal leasing. In addition, an NSO stipulation would be applied to protect Sage-Grouse leks, nesting, and early brood-rearing habitat. As such, Greater Sage-Grouse would be protected from surface disturbance and associated impacts within these areas.

***Cumulative Effects***

Cumulative effects include those of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

The CIAA for Greater Sage-Grouse includes the Western Association of Fish and Wildlife Agencies Management Zone II and VII, which encompasses the entire population, and surrounding populations in Wyoming and Utah.

The majority of the planning area occurs within Mesa County, which has experienced significant population growth since 1987, and population forecasts expect the growth trend will continue (Colorado Division of Local Government, State Demography Office 2013). As such, continued use and development within the planning area is expected to continue. Past, present, and reasonably foreseeable future actions and conditions on non-federal lands in the CIAA that have affected and will likely continue to affect Greater Sage-Grouse are as follows:

- Mineral exploration and development
- Agricultural development
- ROW and infrastructure development
- Livestock grazing
- Recreation
- Road construction
- Weed invasion and spread
- Wildland fires
- Drought
- Farming

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 20 of 122

In general, resource use activities have cumulatively caused habitat removal, fragmentation, soil compaction, erosion, increased human presence, and weed spread as described above.

Many natural influences create conditions that cause vegetation changes. For example, wildland fire removes vegetation, which makes affected areas more susceptible to weed invasion and soil erosion. Droughts reduce vegetation health, leaving it prone to insect infestation or disease. Climate change in the CIAA could increase or decrease temperatures and precipitation. This would affect soil conditions, vegetation distribution, water flows, water quality, and water temperature (Ficklin et al. 2010; Lenihan et al. 2003; McKenney et al. 2007; Hamann and Wang 2006). Such changes would alter the conditions to which vegetation communities are adapted, potentially creating conditions that favor certain species or communities, weeds, or pests (Hellmann et al. 2007) and potentially creating unsuitable conditions for Greater Sage-Grouse.

BLM_0023565

# CHAPTER 5
# EFFECTS DETERMINATION

## 5.1 COLORADO HOOKLESS CACTUS

Implementing the RMP **may affect, is likely to adversely affect** the Colorado hookless cactus.

### 5.1.1 Rationale

- In 2012 the BLM prepared a BA (BLM 2012a) and an amendment containing revised conservation measures (BLM 2012b). The BA assessed the effects of the BLM's livestock grazing program on Colorado hookless cactus, clay-loving wild buckwheat, and DeBeque phacelia in the Uncompahgre, Grand Junction, and Colorado River Valley Field Offices. The BA determined that livestock grazing permitted by the BLM is likely to adversely affect these three listed species. The USFWS issued a programmatic BO for the consultation on November 15, 2012 (USFWS 2012b). This BA tiers to the 2012 BO for livestock grazing. Grazing activities within the GJFO would contribute to the adverse effects determination for the Colorado hookless cactus.

- Under the Proposed RMP, 56.4 miles of routes open to public use (including 11.2 miles of county-maintained roads) would be located within 200 meters of known Colorado hookless cactus occurrences. An addition, 9.8 miles of routes within 200 meters would be restricted to administrative and permitted use only. There would also be 47.9 miles of existing routes within 200 meters of known occurrences proposed for closure and rehabilitation. Within 20 meters of known occurrences, 4.1 miles of routes would be open to public use (including 0.3 miles of county-maintained roads) and 1.1 miles of routes would be restricted to administrative and permitted use only. There would be 5.8 miles of routes within 20 meters of known occurrences proposed for closure and rehabilitation.

Impacts, in the form of trampling, could also occur from cross-country foot and horse travel. Therefore, adverse effects associated with travel and transportation are anticipated.

- Numerous actions, stipulations, BMPs, and other measures detailed in Section 4.2.1would be implemented under the PRMP to protect Colorado hookless cactus and its habitat throughout the planning area. However, adverse effects from livestock grazing and travel management are anticipated.

## 5.2 DeBeque Phacelia

Implementing the RMP **may affect, is likely to adversely affect** the DeBeque phacelia. Additionally, implementing the RMP **may affect, is likely to adversely affect** designated critical habitat for the DeBeque phacelia.

### 5.2.1 Rationale

- In 2012 the BLM prepared a BA (BLM 2012a) and an amendment containing revised conservation measures (BLM 2012b). The BA assessed the effects of the BLM's livestock grazing program on Colorado hookless cactus, clay-loving wild buckwheat, and DeBeque phacelia in the Uncompahgre, Grand Junction, and Colorado River Valley Field Offices. This BA determined that livestock grazing permitted by the BLM is likely to adversely affect these three listed species. The USFWS issued a programmatic BO for this consultation on November 15, 2012 (USFWS 2012b). This BA tiers to the 2012 BO for livestock grazing. Grazing activities within the GJFO would contribute to the adverse effects determination for the DeBeque phacelia.

- Numerous actions, stipulations, BMPs, and other measures detailed in Section 4.2.1 would be implemented under the PRMP to protect the DeBeque phacelia and its habitat throughout the planning area. However, adverse effects from livestock grazing and travel management are still anticipated.

## 5.3 Parachute Penstemon

Implementing the RMP **may affect, is not likely to adversely affect** the Parachute penstemon. Additionally, implementing the RMP **may affect, is not likely to adversely affect** designated critical habitat for the Parachute penstemon.

### 5.3.1 Rationale

- The majority of Parachute penstemon occurrences within the planning area are found on private lands where the BLM has limited ability to implement protective measures. However, the cooperative

work between Oxy Oil Shale, the Colorado Natural Areas Program (CNAP), and USFWS in the designation of a Natural Area for the Logan Wash Mine demonstrates Oxy Oil Shale's commitment to the protection of Parachute penstemon on their private land.

- Drainage clearing along the Logan Wash Mine area (as required by the Logan Wash Mine stormwater management plan) is the one of the most significant threats to individuals within the planning area.
- The Logan Wash Mine area would be identified as a core conservation population, and would be managed to maintain the population. Management tools include but are not limited to the use of mats, weed treatments, route closures, and fencing/barriers. Additionally, rehabilitation and closure of roads associated with authorized uses would occur when no longer needed.

## 5.4 UTE LADIES'-TRESSES

Implementing the RMP **may affect, is not likely to adversely affect** the Ute Ladies'-tresses and its habitat.

### 5.4.1 Rationale

- No known occurrences have been documented within the planning area.
- There is minimal potential habitat with the planning area. Riparian areas surround DeBeque and Plateau Creek is considered suitable. NSO-2 (streams/springs possessing lotic riparian characteristics) would help protect this habitat by prohibiting surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, surface occupancy and use and surface-disturbing activities would be prohibited within the riparian zone.

## 5.5 BONYTAIL, HUMPBACK CHUB, RAZORBACK SUCKER, COLORADO PIKEMINNOW

Implementing the PRMP **may affect, is likely to adversely affect** the four endangered Colorado River fishes. Additionally, the PRMP **may affect, is likely to adversely affect** the four endangered Colorado River fishes critical habitat.

### 5.5.1 Rationale

- Water depletion activities (e.g. construction of water impoundments, water diversions, and water use associated with fluid mineral development) are likely to adversely affect the four big

river fish species and their critical habitat. These effects from water depletions would be similar to those effects described under the 2008 fluid minerals, and the 2009 non-fluid mineral water depletions BOs. The effects under the RMP would not exceed those consulted on in the programmatic BOs (USFWS 2008; 2009a).

- The indirect effects of small, site-specific increases in sediment on the four endangered Colorado fish species would be negligible and well within the background levels carried by the Colorado and Gunnison Rivers. Any increased sediment loading into the river from BLM management would be largely undetectable.
- Elevated selenium concentrations can affect fish reproduction and recruitment. Selenium leaching is a naturally occurring process within the planning area, and is expected to continue. Stipulations and BMPs in the PRMP including those that affect stormwater, steep slopes, and proximity to drainages are expected to reduce the likelihood of water quality impacts from the implementation of the RMP to the point where these impacts would be discountable.
- While such programs as travel, ROWs, and wildland fire suppression have the potential for accidental spills and leaks of hazardous substances associated with their application on BLM lands, the BLM does not authorize these accidents. The RMP and this BA contain conservation measures to reduce the risk of these occurrences near critical habitats for these fish. In the rare and unlikely event of a spill, the BLM would initiate emergency consultation with the USFWS.
- Climate change is an unknown factor regarding long-term persistence of some cutthroat trout populations. However, given the global scale over which effects are occurring, it is impossible to detect effects from actions authorized in this plan. Managing stream and riparian habitats to their full potential will help to offset impacts associated with global climate change.

## 5.6 Greenback Cutthroat Trout

Implementing the PRMP **may affect, is not likely to adversely affect** the greenback cutthroat trout.

### 5.6.1 Rationale

- Increased sediment and turbidity have the potential to impact green lineage cutthroat trout; however stipulations, BMPs, and the designation of the Roan and Carr Creeks ACEC would limit surface disturbing activities near occupied waterways.

- While such programs as travel, ROWs, and wildland fire suppression have the potential for accidental spills and leaks of hazardous substances associated with their application on BLM lands, the BLM does not authorize these accidents. The RMP and this BA contain conservation measures to reduce the risk of these occurrences near critical habitats for these fish. In the rare and unlikely event of a spill, the BLM would initiate emergency consultation with the USFWS.
- Climate change is an unknown factor regarding long-term persistence of some cutthroat trout populations. However, given the global scale over which effects are occurring, it is impossible to detect effects from actions authorized in this plan. Managing stream and riparian habitats to their full potential will help to offset impacts associated with global climate change.
- Stipulations and BMPs to protect perennial waterways would also protect green lineage cutthroat trout habitat

## 5.7 Mexican Spotted Owl

Based on the effects analysis and the management actions, stipulations, and conservation measures described above, implementation of the RMP **may affect, is not likely to adversely affect** the threatened Mexican spotted owl. The PRMP would have no effect on critical habitat because none has been designated in the action area.

### 5.7.1 Rationale

- No individuals are known to occur in the RMP planning area.
- The RMP and this BA contain conservation measures and management actions to reduce the risk of impacting Mexican spotted owl habitat.

## 5.8 Canada Lynx

Based on the effects analysis and the management actions, stipulations, and conservation measures described above, implementation of the RMP **may affect, is not likely to adversely affect** the threatened Canada lynx. Additionally, implementing the RMP **may affect, is not likely to adversely affect** proposed critical habitat for the Canada lynx.

### 5.8.1 Rationale

- Limited suitable habitat occurs within the planning area.
- The RMP and this BA contain conservation measures and management actions to maintain and improve BLM-managed portions of the Lynx Analysis Unit.

## 5.9 WESTERN YELLOW-BILLED CUCKOO

Based on the effects analysis and the management actions, stipulations, and conservation measures described above, implementation of the RMP **may affect, is not likely to adversely affect** the threatened western yellow-billed cuckoo. Additionally, the PRMP **may affect, is not likely to adversely affect** the proposed western yellow-billed cuckoo critical habitat.

### 5.9.1 Rationale

- The RMP and this BA contain conservation measures, BMPs, and management actions to reduce the risk of impacting yellow-billed cuckoo and associated riparian habitat including limitations on development within riparian areas.

## 5.10 GUNNISON SAGE-GROUSE

### 5.10.1 Determination for Gunnison Sage-Grouse

Based on the effects analysis and the management actions and conservation measures described above, implementation of the RMP is not likely to jeopardize the continued existence of the Gunnison Sage-Grouse. Implementation of the RMP **may affect, is likely to adversely affect** the Gunnison Sage-Grouse.

### 5.10.2 Rationale

- Livestock grazing may potentially result in adverse impacts to the Gunnison Sage-Grouse through trampling of nests. This is thought to be rare but the impact is not discountable.
- Impacts would not be sufficient to preclude the survival or recovery of the population as a whole. If the proposed species is listed, the BLM would request that the conference opinion be included in the BO.
- The RMP and this BA contain conservation measures, BMPs, and management actions to reduce the risk of impacting Gunnison Sage-Grouse.
- Surface disturbance restrictions would be implemented under the RMP to prohibit surface-disturbing activities, with the goal of protecting sensitive Gunnison Sage-Grouse habitat from human-caused disturbances. These include but are not limited to NSO stipulations surrounding active leks; TLs which would prohibit surface occupancy and surface disturbing activities in or surrounding occupied winter habitat, leks, nesting, and early brood-rearing habitat; and ROW exclusion and avoidance designations near leks and occupied habitat. No fluid mineral development potential occurs within or near established Gunnison Sage-Grouse

populations in the GJFO planning area, and no existing fluid mineral leases overlap proposed critical habitat. All occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) would be closed to leasing.

### 5.10.3  Determination for Gunnison Sage-Grouse Proposed Critical Habitat

Based on the effects analysis and the management actions and conservation measures described above, implementation of the RMP **may affect, is not likely to adversely affect** the Gunnison Sage-Grouse proposed critical habitat.

### 5.10.4  Rationale

- Determination for proposed critical habitat included the consideration of the potential for 'harm' to Gunnison Sage-Grouse. The ESA handbook defines harm as an act which actually kills or injures wildlife, to include significant habitat modification or degradation when it actually kills or injures wildlife by significantly impairing essential behavioral patterns including breeding, feeding or sheltering (ESA handbook 4-46). At no point will proper livestock grazing in the project area reach a level to significantly impair breeding, feeding, or sheltering behavior of Gunnison Sage-Grouse. Grazing authorizations are required to incorporate sage-grouse habitat objectives into all allotments in occupied critical habitat. Allotments in occupied habitat are prioritized for land health assessments and required to have sage-grouse habitat objectives incorporated in to LHAs. Proper livestock grazing management does not considerably reduce the capability of designated or proposed critical habitat to satisfy requirements essential to both the survival and recovery of a listed species, and does not lead to adverse effects on critical habitat. This is evident in the Gunnison Basin where almost all habitats in the basin are grazed by livestock. Gunnison Sage-Grouse in the Gunnison Basin have experienced steady population trends over the last decade, even during drought. Improper livestock grazing management may have adverse impacts on critical habitat; however this plan does not analyze an improper livestock grazing alternative.

- The RMP and this BA contain conservation measures, BMPs, and management actions to reduce the risk of impacting Gunnison Sage-Grouse.

- Surface disturbance restrictions would be implemented under the RMP to prohibit surface-disturbing activities, with the goal of protecting sensitive Gunnison Sage-Grouse habitat from human-caused disturbances. These include but are not limited to NSO stipulations surrounding active leks; and ROW exclusion and

BLM_0023572

avoidance designations near leks and occupied habitat. No fluid mineral development potential occurs within or near established Gunnison Sage-Grouse populations in the GJFO planning area, and no existing fluid mineral leases overlap proposed critical habitat. All occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) would be closed to leasing.

## 5.11 GREATER SAGE-GROUSE

Based on the effects analysis and the management actions and conservation measures described above, implementation of the RMP is not likely to jeopardize the continued existence of the Greater Sage-Grouse. Implementation of the RMP **may affect, is not likely to adversely affect** the Greater Sage-Grouse.

### 5.11.1 Rationale

- The GJFO contains primarily wintering habitat for the species on BLM lands. The potential for trampling of nests and/or eggs by permitted livestock is unlikely and therefore discountable.
- Impacts would not be sufficient to preclude the survival or recovery of the population as a whole. If the proposed species is listed, the BLM would request that the conference opinion be include in the BO.
- The RMP and this BA contain conservation measures, BMPs, and management actions to reduce the risk of impacting the Greater Sage-Grouse.
- Surface disturbance restrictions would be implemented under the RMP to prohibit surface-disturbing activities, with the goal of protecting sensitive Greater Sage-Grouse habitat from human-caused disturbances. These include but are not limited to NSO stipulations surrounding active leks; TLs which would prohibit surface occupancy and surface disturbing activities in or surrounding occupied winter habitat, leks, nesting, and early brood-rearing habitat; and ROW exclusion and avoidance designations near leks and occupied habitat.
- Impacts on Greater Sage-Grouse and its habitat would be minimized to the extent practical and feasible through compliance with the BLM Manual 6840, restrictions, stipulations, closures to mineral exploration and development, designation of ACECs, COAs, and by concentrating development in previously disturbed areas. Habitat conditions would be improved through vegetation treatments, weed prevention and control, and grazing management.

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 29 of 122

This page intentionally left blank.

BLM_0023574

# SECTION 6
# REFERENCES

Avian Power Line Interaction Committee. 2006. Suggested Practices for Raptor Protection on Power Lines—The State of the Art in 1996. Edison Electric Institute and Raptor Research Foundation, Washington, DC.

Barrett, J.C., G.D. Grossman, and J. Rosenfeld. 1992. Turbidity-induced changes in reactive distance of rainbow trout. Trans Amer. Fish. Soc., P. 121, pp. 437-443.

Beck, J.L., and D.L. Mitchell. 2000. Influences of livestock grazing on sage-grouse habitat. Wildlife Society Bulletin 28:993-1002.

Beck, J.L., K.P. Reese, J.W. Connelly, and M.B. Lucia. 2006. Movements and survival of juvenile greater sage-grouse in southeastern Idaho. Wildlife Society Bulletin. 34:1070-1078.

Behnke, R. J. 1980. Impacts of habitat alterations on the endangered and threatened fishes of the upper Colorado River Basin. Pp. 204-216. *In:* W. O. J. Spofford, A. L. Parker and A. V. Kneese (editors), Energy Development and the Water, Fish, and Wildlife in the Southwest: Problems of the Upper Colorado River Basin. Resources for the Future, Washington, DC.

Behnke, R.J. 1992. Native trout of western North America. American Fisheries Society Monograph 6, Bethesda, Maryland.

Bestgen, K. R., K. B. Rogers, and R. Granger. 2013. Phenotype predicts genotype for lineages of native cutthroat trout in the Southern Rocky Mountains. Final Report to U. S. Fish and Wildlife Service, Colorado Field Office, Denver Federal Center (MS 65412), Denver CO. Larval Fish Laboratory Contribution 177.

Birney, E.C., W.E. Grant, and D.D. Baird. 1976. Importance of vegetative cover to cycles of *Microtus* populations. Ecology 57:1043-1051.

Braun, C.E. 1998. "Sage-grouse declines in western North America: what are the problems?" Proceedings of the Western Association of State Game and Fish Commissioners 78:139-156.

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 31 of 122

Bryant, M. D. 1981. Poorly constructed road crossings of small streams can block upstream movement of juvenile salmonids. USDA Forest Service, Research Note PNW-384.

Bureau of Land Management (BLM). 1987. Grand Junction Resource Management Plan and Record of Decision. Grand Junction Field Office. Grand Junction, Colorado.

_______. 1997. Standards for Public Land Health and Guidelines for Livestock Grazing Management. Colorado State Office. Lakewood, Colorado. February 3, 1997.

_______. 2004. BLM National Sage-grouse Habitat Conservation Strategy. BLM, Washington, DC. 25 pp.

_______. 2008a. Programmatic Biological Assessment for BLM Actions in Western Colorado re: Water Depletions and Effects on the Four Endangered Big River Fishes: Colorado pikeminnow (*Ptychocheilus lucius*), Humpback Chub (*Gila cypha*), Bonytail Chub (*Gila elegans*), and Razorback Sucker (*Xyrauchen texanus*). September 16, 2008.

_______. 2008b. Programmatic Biological Assessment for BLM's Fluid Minerals Program in Western Colorado re: Water Depletions and Effects on the Four Endangered Big River Fishes: Colorado Pikeminnow (*Ptychocheilus lucius*), Humpback Chub (*Gila cypha*), Bonytail Chub (*Gila elegans*), and Razorback Sucker (*Xyrauchen texanus*). May 20, 2008.

_______. 2008c. BLM Manual 6840, Special Status Species Management. December 12, 2008. Washington, DC.

______. 2010a. Geographical Information Systems. Unpublished data. BLM, Grand Junction Field Office, Grand Junction, CO.

_______. 2010b. Programmatic Integrated Weed Management Plan for the Bureau of Land Management, Grand Junction Field Office McInnis Canyons NCA (MCNCA) and Dominguez-Escalante NCA (D-E NCA) Mesa County and Parts of Garfield County, Colorado. June 11, 2010.

_______. 2012a. Programmatic Biological Assessment, Effects on Listed Plant Species from the Bureau of Land Management Livestock Grazing Program: Colorado hookless cactus (*Sclerocactus glaucus*), Clay-loving wild buckwheat (*Eriogonum pelinophilum*), Debeque phacelia (*Phacelia submutica*).

_______. 2012b. Amendment and Supplement to Programmatic Biological Assessment, Effects on Listed Plant Species from the Bureau of Land Management Livestock Grazing Program: Colorado hookless cactus (*Sclerocactus glaucus*), Clay-loving wild buckwheat (*Eriogonum pelinophilum*), Debeque phacelia (*Phacelia submutica*).

_______. 2012c. Biological Assessment for the Pine Ridge Wildland Fire and Rehabilitation Plan and the Effects on Four Endangered Fish Species: bonytail (*Gila elegans*), humpback chub (*Gila cypha*), Colorado pikeminnow (*Ptychocheilus lucius*), and razorback sucker (*Xyrauchen texanus*), and their Designated Critical Habitat, and one Threatened Plant Species: Colorado hookless cactus (*Sclerocactus glaucus*).

BLM_0023576

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 32 of 122

Bunnell, K. D., J. T. Flinders, and M. L. Wolfe. 2006. Potential Impacts of Coyotes and Snowmobiles on Lynx Conservation in the Intermountain West. Wildlife Society Bulletin, 34: 828–838. October 2006.

Carlson, C. A., and R. T. Muth. 1989. "Lifeline of the American Southwest." Pp. 220-239. *In:* D. P. Dodge (editor). Proceedings of the International Large Rivers Symposium. *Canadian Special Publication of Fisheries and Aquatic Sciences* 106.

Chart, T. E., and L. Lentsch. 2000. Reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the Middle Green River 1992–1996. Utah Division of Wildlife Resources, Salt Lake City, Utah. Publication Number 00-18.

CNHP (Colorado Natural Heritage Program). 2014. *Sclerocactus glaucus* Element Global Rank Report 44168. Fort Collins, Colorado.

Colorado Division of Local Government, State Demography Office. 2013. Preliminary Population Forecasts for Colorado Counties. Internet website: http://www.colorado.gov/cs/Satellite/DOLA-Main/CBON/1251593300013. Accessed August 5, 2014

Colorado Greater Sage-grouse Steering Committee. 2008. Colorado greater sage-grouse conservation plan. Colorado Parks and Wildlife, Denver, CO.

Connelly, J.W., M.A. Schroeder, A.R. Sands, and C.E. Braun, 2000. Guidelines to manage sage-grouse populations and their habitats. Wildlife Society Bulletin 28:1-19

Connelly, J.W., S.T. Knick, M.A. Schroeder, and S. Stiver. 2004. Conservation assessment of greater sage-grouse and sagebrush habitats. Western Association of Fish and Wildlife Agencies. Internet web site: www.wafwa.org.

CPW (Colorado Parks and Wildlife). 2008. Mexican Spotted Owl Fact Sheet. Internet website: www.wildlife.state.co.us/NR/rdonlyres/E3019729-1231-43C0-BDCA-91DF88C70014/0/MexicSpottedOwl.pdf.

______. 2011. Glade-Park – Pinyon Mesa Gunnison Sage-grouse Population. PowerPoint Presentation by Dan Neubaum, Wildlife Conservation Biologist, CPW. February 15, 2012.

_______. 2012. Whirling Disease and Colorado's Trout. Internet website: http://wildlife.state.co.us/Fishing/Management/Pages/WhirlingDisease.aspx.

_______. 2014. Colorado Parks & Wildlife Lynx Reintroduction. Internet website: http://cpw.state.co.us/Documents/Research/Mammals/LynxFactSheet.pdf. Last Updated June 2014. Accessed July 29, 2014.

DePrenger-Levin, M., R.H. Kao. 2013. Demographic monitoring of *Sclerocactus glaucus*, an endemic species of western Colorado. Population Monitoring 2007-2013, Technical Report to Bureau of Land Management, U.S. Department of Interior, Colorado State Office.

Dill, W. A. 1944. "Fishery of the lower Colorado River." California Fish and Game 30(3):109-211.

BLM_0023577

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 33 of 122

Doherty, K.E., D.E. Naugle, and B.L. Walker, and J.M. Graham. 2008. Greater sage-grouse winter habitat selection and energy development. Journal of Wildlife Management 72:187-195.

Ellsworth, E. and T.D. Reynolds. 2006. Snowshoe Hare (Lepus americanus): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/snowshoehare.pdf. August 8, 2014.

Ficklin, D. L., Y. Luo, E. Luedeling, S. Gatzke, and M. Zhang. 2010. "Sensitivity of agricultural runoff loads to rising levels of $CO_2$ and climate change in the San Joaquin Valley watershed of California." Environmental Pollution 158:223-234.

Faanes, C. A. US Department of the Interior, Fish and Wildlife Service. 1987. Bird behavior and mortality in relation to power lines in prairie habitats (Technical Report 7). Washington, DC.

Getz, L.L. 1985. Microtus habitats. Pp. 286-309 *in* R.H. Tamarin (ed.), Biology of Microtus. American Society or Mammology, Special publication No. 8.

Gunnison Sage-grouse Rangewide Steering Committee. 2005. Gunnison sage-grouse range wide conservation plan. Denver, Colorado: Colorado Division of Wildlife.

Gutierrez, R. J., A. B. Franklin, and W. S. LaHaye. 1995. "Spotted owl (*Strix occidentalis*)." *The Birds of North America*, number 179. The Academy of Natural Sciences Philadelphia and the American Ornithologists Union, Washington, DC.

Haak, A. L., J. E. Williams, H. M. Neville, et al. 2010. "Conserving peripheral trout populations: the values and risks of life on the edge." Fisheries. 35:530-549.

Hagen, C.A. 1999. Sage grouse habitat use and seasonal movements in a naturally fragmented landscape, northwestern Colorado. Thesis, University of Manitoba, Winnipeg, Canada.

Hamann, A., and T. Wang. 2006. "Potential effects of climate change on ecosystem and tree species distribution in British Columbia." Ecology 87 (11):2773-2786.

Hamilton, S.J., Holley K.M., Buhl K.J., Bullard F.A., Weston, L.K., and S.F. McDonald, 2002. Impact of selenium and other trace elements on the endangered adult razorback sucker. Environmental Toxicology 17:297-323

Hellmann, J. J., J. E. Byers, B. G. Bierwagen, and J. S. Dukes. 2007. Five potential consequences of climate change for invasive species." Conservation Biology 22(3):534-543.

Holden, P.B., and C.B. Stalnaker. 1970. Systematic Studies of the Cyprinid Genus *Gila* in the Upper Colorado River Basin. Copeia 1970(3):409-420.

Holloran, M.J. 2005. Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming. Doctoral thesis. University of Wyoming, Laramie, WY.

Holloran, M.J., R.C. Kaiser, and W.A. Hubert. 2010. Yearling greater sage-grouse response to energy development in Wyoming. Journal of Wildlife Management 74:65-72.

BLM_0023578

Interagency Lynx Biology Team. 2013. Canada lynx conservation assessment and strategy. 3rd edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication R1-13-19, Missoula, MT. 128 PP.

Isaak, D. J., C.H Luce, B.E. Rieman, D.E. Nagel, E.E. Peterson, D.L. Horan, S. Parkes, G.L. Chandler. 2010. Effects of climate change and wildfire on stream temperatures and salmonid thermal habitat in a mountain river network. Ecological Applications. 20: 1350-1371, doi: 10.1890/09-0822.1.

Johnson, J.E., and R.T. Hines. Effect of suspended sediment on vulnerability of young razorback suckers to predation. Transactions of the American Fisheries Society, 128:648-655.

Joseph, T. W., J. A. Sinning, R. J. Behnke, and P. B. Holden. 1977. "An evaluation of the status, life history and habitat requirements of endangered and threatened fishes of the upper Colorado River system." Report 24, Part 2. US Fish and Wildlife Service, Office of Biological Services, Fort Collins, Colorado.

Kaeding, L. R., B. D. Burdick, P. A. Schrader, and C. W. McAda. 1990. "Temporal and spatial relations between the spawning of humpback chub and roundtail chub in the upper Colorado River." Transactions of the American Fisheries Society 119:135-144.

Kaeding, L. R. 2003. Endangered and threatened wildlife and plants: reconsidered finding for an amended petition to list the westslope cutthroat trout as threatened throughout its range. Federal Register 68(132):46989-47009. Available: http://ecos.fws.gov/docs/federal_register/fr4159.pdf

Kolbe, J.A., J.R. Squires, D.H. Pletscher and L.F. Ruggiero. 2007. The Effect of Snowmobile Trails on Coyote Movements within Lynx Home Ranges. Journal of Wildlife Management. 71(5):1409-1418.

Kolb, A. 2008. "Habitat fragmentation reduces plant fitness by disturbing pollination and modifying response to herbivory." Biological Conservation 141:2540-2549.

Knick, S.T., and J.W. Connelly (editors). 2011. Greater Sage-Grouse: ecology and conservation of a landscape species and its habitats. Studies in Avian Biology (Vol. 38), University of California Press, Berkeley, CA.

Ladyman, J. 2003. Phacelia scopulina (A. Nels) J.T. Howell var. submutica (J.T. Howell) Halse (Debeque phacelia): A Technical Conservation Assessment. Prepared for the USDA Forest Service, Rocky Mountain Region, Species Conservation Project. Centennial, CO.

Lanigan, S. H., and C. R. Berry, Jr. 1979. Distribution and abundance of endemic fishes in the White River in Utah. Utah Cooperative Fish and Wildlife Research Unit, Logan, Utah.

Laymon, S.A. 1998. Yellow-billed Cuckoo (Coccycus americanus). In The Riparian Bird Conservation Plan: a strategy for revising the decline of riparian-associated birds in California. California Partners in Flight. http://www.prbo.org/calpif/htmldocs/riparian_v-2.html

Lemly, D.A. 2002. Selenium Assessment in Aquatic Ecosystems: A Guide for Hazard Evaluation and Water Quality Criteria. Springer-Verlag. New York, New York. 161 pp.

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 35 of 122

Lenihan, J. M., R. Draypek, D. Bachelet, and R. P. Neilson. 2003. "Climate change effects on vegetation distribution, carbon, and fire in California." Ecological Applications 13(6):1667-1681.

Lyon, A.G. and S.H. Anderson. 2003. Potential gas development impacts on sage-grouse nest initiation and movement. Wildlife Society Bulletin 31:486-491.

Manier, D.J., D.J.A. Wood, Z.H. Bowen, R.M. Donovan, M.J. Holloran, L.M. Juliusson, K.S. Mayne,, S.J. Oyler-McCance, F.R. Quamen, D.J. Saher, and A.J. Titolo. 2013. Summary of Science, Activities, Programs and Policies that Influence the Rangewide Conservation of Greater Sage-Grouse (*Centrocercus urophasianus*). U.S. Geological Survey Open-File Report 2013-1098, Fort Collins, Colorado.

McAda, C. W. 2002. "Subadult and adult pikeminnow monitoring; summary of results, 1986-2000." Recovery Program Project Number 22, final report. US Fish and Wildlife Service, Grand Junction, Colorado.

McKenney, D. W., J. H. Pedlar, K. Lawrence, K. Campbell, and M. F. Hutchinson. 2007. "Potential impacts of climate change on the distribution of North American trees." BioScience 57(11):939-948.

Meffe, G. K. 1985. "Predation and species replacement in American southwestern fishes: a case study." Southwestern Naturalist 30(2):173-187.

Metcalf, J.L., V. Pritchard, S. Silvestri, J. Jenkins, J. Wood, D. Cowley, R. Evans, D. Shiozawa, A. Martin. 2007. Across the great divide: genetic forensics reveals misidentification of endangered cutthroat trout populations. Molecular Ecology (2007). 10 pp.

Metcalf et al. 2012. Historical Stocking Data and 19th Century DNA Reveal Human-Induced Changes to Native Diversity and Distribution of Cutthroat Trout. Molecular Ecology Vol. 21 pp 5194-5207.

Miller, R. R. 1946. "*Gila cypha*, a Remarkable New Species of Cyprinid Fish from the Colorado River in Grand Canyon, Arizona." Journal of the Washington Academy of Sciences 36:409-415.

Minckley, W. L., and J. E. Deacon. 1968. "Southwest fishes and the enigma of endangered species." Science 159:1424-1432.

Minckley, W. L. and J.E. Deacon. 1968. Southwest fishes and the enigma of endangered species. Science 159:1424-1432.

Minckley, W. L. 1982. "Trophic interrelations among introduced fishes in the lower Colorado River, Southwestern United States." California Fish and Game 68(2):78-89.

Muth, R. T., L. W. Crist, K. E. LaGory, J. W. Hayse, K. R. Bestgen, T. P. Ryan, J. K. Lyons, and R. A. Valdez. 2000. "Flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam." US Fish and Wildlife Service, Final Report FG-53 to the Upper Colorado River Endangered Fish Recovery Program, Denver.

BLM_0023580

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 36 of 122

National Wildlife Federation. 2014. Showcase: West, Canada lynx in Colorado. Internet website: http://www.nwf.org/~/media/PDFs/Wildlife/CanadaLynx.ashx. Accessed July 29, 2014.

Nehring, R. B., K. G. Thompson, D. Chacon, J. Padia, and A. Nikirk. 2005. Whirling disease investigations. Colorado Division of Wildlife, Fish Research Section.

Noss, R. F. and A. Y. Cooperrider. 1994. Saving Nature's Legacy. Island Press, Wash. D.C. 416 pp.

Osmundson, D. B., and L. R. Kaeding. 1989. "Colorado squawfish and razorback sucker grow-out pond studies as part of conservation measures for the Green Mountain and Ruedi Reservoir water sales." Final report. US Fish and Wildlife Service, Colorado River Fishery Project, Grand Junction.

Osmundson, B.C., T.W. May, and D.B. Osmundson. 2000. Selenium concentrations in the Colorado pikeminnow (*Ptychocheilus lucius*): Relationship with flows in the upper Colorado River. Archives of Environmental Contamination and Toxicology. 38:479-485.

Peles, J.D. and Barrett, G.W. 1996. Effects of vegetative cover on the population dynamics of meadow voles. Journal of Mammalogy 77:857-869.

Piñon Mesa Gunnison Sage Grouse Partnership. 2000. Gunnison Sage Grouse Conservation Plan Piñon Mesa, Colorado: Final Plan. Internet website: http://ecos.fws.gov/docs/plan_documents/tcca/tcca_668.pdf.

Pitman, J.C., C.A. Hagen, R.J. Robel, T.M. Loughin, and R.D. Applegate. 2005. Location and success of Lesser Prairie-Chicken nests in relation to human disturbance. Journal of Wildlife Management 69:1259-1269.

Propst, D. L., and K. R. Bestgen. 1991. "Habitat and biology of the loach minnow, *Tiaroga cobitis*, in New Mexico." Copeia 1991:29-39.

Pruett, C.A., M.A. Patten, and D.H. Wolfe. 2009. Avoidance behavior by prairie grouse: implications for wind energy development. Conservation Biology 23:1253-1259.

Quinn, T. P. 2005. The Behavior and Ecology of Pacific Salmon and Trout. University of Washington Press, Seattle.

Rechel, E.A., R.G. Ballard and T.J. Novotny. 1999. Ecology of the threatened cactus, *Sclerocactus glaucus*. Cactus and Succulent Journal 71(3):143-145.

Rieman, B. E., and D. J. Isaak. 2010. "Climate change, aquatic ecosystems and fishes in the Rocky Mountain West: Implications and alternatives for management." Gen. Tech. Rep. GTR-RMRS-250. US Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, Colorado.

Rinne, J. N. 1992. "Physical habitat utilization of fish in a Sonoran Desert stream, Arizona, southwestern United States." Ecol. Freshwater Fishes 1:1-8.

BLM_0023581

Rogers, K. B., and C. M. Kennedy. 2008. Seven Lakes and the Pike's Peak native (PPN): history and current disposition of a critical cutthroat trout brood stock. Colorado Division of Wildlife, Fort Collins, CO.

Rogers, K. B. 2010. Cutthroat trout taxonomy: exploring the heritage of Colorado's state fish. Pages 152-157 in R.F. Carline and C. LoSapio, editors. Wild Trout X: Sustaining wild trout in a changing world. Wild Trout Symposium, Bozeman, Montana. Available online at http://www.wildtroutsymposium.com/proceedings.php

Rogers, K. B. 2012. Piecing together the past: using DNA to resolve the heritage of our state fish. Colorado Outdoors 61(5):28-32

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Kregs, K. S. McKelvey, and J. R. Squires. 2000. Ecology and conservation of lynx in the United States. University Press of Colorado, Boulder, Colorado, USA. 480 pp.

Sipes, S.D. and V.J. Tepedino. 1995 Reproductive-Biology of the Rare Orchid, Spiranthes Diluvialis – Breeding System, Pollination, and Implications for Conservation. Conservation Biology 9(4):929-938.

Sorensen, E.M. B. 1991. Metal Poisoning in Fish. CRC Press. Boca Raton, FL.

Stevens, B.S. 2011. "Impacts of Fences on Greater Sage-Grouse in Idaho: Collison, Mitigation, and Spatial Ecology." Master's thesis, University of Idaho, Moscow, ID.

Stevens, B.S., J.W. Connelly, and K.P. Reese. 2012. Multi-Scale Assessment of Greater Sage-Grouse Fence Collision as a Function of Site and Broad Scale Factors. Journal of Wildlife Management, 36:297-303.

Tyus, H. M. 1987. "Distribution, reproduction, and habitat use of the razorback sucker in the Green River, Utah, 1979-1986." Transactions of the American Fisheries Society 116:111-116.

Tyus, H. M., B. D. Burdick, R. A. Valdez, C. M. Haynes, T. A. Lytle, and C. R. Berry. 1982. "Fishes of the upper Colorado River Basin: distribution, abundance, and status." Pp. 12-70. *In*: W. H. Miller, H. M. Tyus, and C. A. Carlson (editors). "Fishes of the upper Colorado River system: present and future." Western Division, American Fisheries Society, Bethesda, Maryland.

USFS (United States Department of Agriculture, Forest Service). 2009. Focus: Cutthroat trout and Climate. Rocky Mountain Research Station. Internet Web site: http://www.fs.fed.us/rm/boise/AWAE/briefing/Wenger_CutthroatClimate.pdf.

USFWS (US Fish and Wildlife Service). 1978. Endangered and Threatened Wildlife and Plants; Listing of the Greenback Cutthroat Trout as a Threatened Species. USFWS. 43 FR No 16343.

_______. 1987. Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin. USFWS, Mountain Prairie Region 6, Denver, Colorado.

_______. 1990a. Bonytail Chub Revised Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. September 4, 1990.

_______. 1990b. Humpback Chub Second Revised Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. September 19, 1990.

_______. 1991. Endangered and Threatened Wildlife and Plants; Final Rule to List the Razorback Sucker (*Xyrauchen texanus*) as a Threatened Species. *Federal Register* Vol. 59, No. 54. Pp. 14248-14271.

_______. 1992. Endangered and Threatened Wildlife and Plants; Final Rule to List the Plant *Spiranthes Diluvialis* (Ute Ladies'- Tresses) as a Threatened Species. Federal Register Vol. 56. No 205. Pp. 54957-54967.

_______. 1993. Endangered and Threatened Wildlife and Plants; Final Rule to List the Mexican Spotted Owl as a Threatened Species. *Federal Register* Vol. 59, No. 54. Pp. 14248-14271.

_______. 1994. Endangered and Threatened Wildlife and Plants; Determination of Critical Habitat for the Colorado River Endangered Fishes: Razorback Sucker, Colorado Squawfish, Humpback Chub, and Bonytail Chub. Final Rule. *Federal Register* Vol. 59, No. 54. Pp. 13374-13400.

_______. 1995. Ute Ladies'-Tresses (*Spiranthes diluvialis*) Recovery Plan. USFWS, Region 6, Denver, Colorado. 46 pp.

_______. 1998a. ESA Section 7 Consultation Handbook. Final. USFWS and National Marine Fisheries Service.

_______. 1998b. Greenback Cutthroat Trout Recovery Plan. USFWS, Region 6, Denver, Colorado. March 1998.

_______. 1998c. Razorback Sucker (*Xyrauchen texanus*) Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. December 23, 1998.

_______. 2000. Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for Contiguous U.S. Distinct Population Segment of the Canada Lynx and Related Rule; Final Rule. Federal Register Vol. 65, No. 58. pp. 16052-16086.

_______. 2002a. Bonytail (*Gila elegans*) Recovery Goals: Amendment and Supplement to the Bonytail Chub Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1, 2002.

_______. 2002b. Colorado Pikeminnow (*Ptychocheilus lucius*) Recovery Goals: Amendment and Supplement to the Colorado Squawfish Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1, 2002.

_______. 2002c. Razorback Sucker (*Xyrauchen texanus*) Recovery Goals: Amendment and Supplement to the Razorback Sucker Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1, 2002.

_______. 2002d. Humpback Chub (*Gila cypha*) Recovery Goals: Amendment and Supplement to the Humpback Chub Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1, 2002.

_______. 2004a. Endangered and Threatened Wildlife and Plants; 90-Day Finding on a Petition to Delist the Ute Ladies'-tresses Orchid and Initiation of a 5-Year Review. Federal Register Vol. 69, No. 196. pp. 60605-60607.

_______. 2004b. Endangered and Threatened Wildlife and Plants; Final Designation of Critical Habitat for the Mexican Spotted Owl. *Federal Register* Vol. 69, No. 168. Pp. 53182-53230.

_______. 2005. Recovery Outline: Contiguous United States Distinct Population Segment of the Canada Lynx. USFWS, Mountain Prairie Region 6, Denver, Colorado. September 14, 2005.

_______. 2008. Programmatic Biological Opinion for Water Depletions Associated with BLM's Fluid Minerals Program within the Upper Colorado River Basin in Colorado. USFWS, Ecological Services, Grand Junction, Colorado. December 19, 2008.

_______. 2009a. Programmatic Biological Opinion for Water Depletions associated with BLM Projects (excluding Fluid Mineral Development) Authorized by BLM within the Upper Colorado River Basin in Colorado. USFWS, Ecological Services, Grand Junction, Colorado. February 25, 2009.

_______. 2009b. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx; Final Rule. Federal Register Vol. 74, No. 36. pp. 8615-8702.

_______. 2010a. Recovery Outline for the Colorado Hookless Cactus (*Sclerocactus glaucus*). Colorado Ecological Services Field Office. April 2010.

_______. 2010b. Endangered and Threatened Wildlife and Plants; 12-Month Finding for Petition to List the Greater Sage-grouse (*Centrocercus urophasianus*) as Threatened or Endangered; Proposed Rule. *Federal Register* Vol. 75, No. 55. Pp. 13910-14014. March 5, 2010.

_______. 2010c. Endangered and Threatened Wildlife and Plants; Determination for the Gunnison Sage-Grouse as a Threatened or Endangered Species; Proposed Rule. *Federal Register* Vol. 75, No. 187. September 28, 2010.

_______. 2011a. Endangered and Threatened Wildlife and Plants; Determination of Endangered Status for *Ipomopsis polyantha* (Pagosa Skyrocket) and Threatened Status for *Penstemon debilis* (Parachute Beardtongue) and *Phacelia submutica* (DeBeque Phacelia). Final Rule. Federal Register Vol. 76, No. 144. pp. 45054-45075.

_______. 2011b. Draft Recovery Plan for the Mexican Spotted Owl, First Revision (*Strix occidentalis lucida*). Southwest Region 2, Albuquerque, New Mexico.

_______. 2011c. Species Assessment and Listing Priority Assignment Form, Yellow-billed cuckoo (*Coccyzus americanus*). California/Nevada Region 8. October 7, 2011.

_______. 2012a. Threatened, Endangered, Candidate, and Proposed Species by County, February 2012. Internet website: http://www.coloradodot.info/programs/environmental/wildlife/guidelines/Colorado%20county%20list%20February%202012.pdf. Accessed July 29, 2014.

_______. 2012b. Programmatic Biological Opinion for Effects on Listed Plant Species from the Bureau of Land Management Livestock Grazing Program: Colorado hookless cactus (*Sclerocactus glaucus*), clay-loving wild buckwheat (*Eriogonum pelinophilum*), Debeque phacelia (*Phacelia submutica*).

_______. 2012c. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for *Ipomopsis polyantha* (Pagosa skyrocket), *Penstemon debilis* (Parachute beardtongue), and *Phacelia submutica* (DeBeque phacelia); Final Rule. US Fish and Wildlife Service, Washington, DC. Federal Register Vol 77, No. 156. Pp. 48368-48418.

_______. 2012d. Final Recovery Plan for Mexican Spotted Owl (*Strix occidentalis lucida*), First Revision. Region 2. September 2012.

______. 2012e. Updated FWS Position Paper on ESA Consultations on Greenback Cutthroat Trout, Including the Cutthroat referred to as Lineage GB. Updated October 4, 2012.

_______. 2013a. Recovery Outline for the DeBeque phacelia (*Phacelia submutica*). Western Colorado Ecological Services Field Office. January 2013.

_______. 2013b. Recovery Outline for the Parachute beardtongue (*Penstemon debilis*). Western Colorado Ecological Services Field Office. January 2013.

_______. 2013c. Endangered and Threatened Wildlife and Plants; Proposed Threatened Status for the Western Distinct Population Segment of the Yellow-billed Cuckoo (Coccyzus americanus); Proposed Rule. *Federal Register* Vol. 78, No. 187. October 3, 2013.

_______. 2013d. Endangered and Threatened Wildlife and Plants; Endangered Status for Gunnison Sage-Grouse; Proposed Rule. *Federal Register* Vol. 78, No. 8. January 11, 2013.

_______. 2013e. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for Gunnison Sage-Grouse; Proposed Rule. *Federal Register* Vol. 78, No. 8. January 11, 2013.

_______. 2014a. Species Profile for Parachute penstemon (*Penstemon dibilis*). Internet website: http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=Q36W. Last Updated July 29, 2014. Accessed July 29, 2014.

_______. 2014b. Species Profile for DeBeque Phacelia (*Phacelia submutica*). Internet website: http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=Q1G6. Last Updated October 10, 2014. Accessed July 29, 2014.

_______. 2014c. Species Profile for Ute ladies'-tresses (*Spiranthes diluvialis*). Internet website: http://www.fws.gov/ecos/ajax/speciesProfile/profile/speciesProfile.action?spcode=Q2WA. Last Updated July 29, 2014. Accessed July 29, 2014.

_______. 2014d. Species Profile for Mexican spotted owl (*Strix occidentalis lucida*). Internet website: http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=B074#lifeHistory. Last Updated July 29, 2014. Accessed July 29, 2014.

_______. 2014e. Species Profile for Canada lynx (*Lynx canadensis*). Internet website: http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=A073. Last Updated July 29, 2014. Accessed July 29, 2014.

_______. 2014f. Species Profile for Yellow-Billed Cuckoo (*Coccyzus americanus*). Internet website: http://www.fws.gov/southwest/es/arizona/Documents/Redbook/Yellow-Billed%20Cuckoo%20RB.pdf. Accessed July 31, 2014.

_______. 2014g. Species Profile for Greater Sage-Grouse (*Centrocercus urophasianus*). Internet website: http://www.fws.gov/mountain-prairie/species/birds/sagegrouse/. Last updated June 26, 2014. Accessed July 31, 2014.

_______. 2014h. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Western Distinct Population Segment of the Yellow-Billed Cuckoo; Proposed Rule. *Federal Register* Vol. 79, No. 158. August 15, 2014.

_______. 2014i. Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for the Western Distinct Population Segment of the Yellow-Billed Cuckoo (*Coccyzus americanus*). *Federal Register* Vol. 79, No. 192. October 3, 2014.

Valdez, R. A., and R. J. Ryel. 1997. "Life history and ecology of the humpback chub population in the Colorado River in Grand Canyon, Arizona." Proceedings of the Third Biennial Conference on Research in Colorado Plateau National Parks, US Department of Interior, National Park Service. Pp. 3-31.

Valdez R.A., Ryel R.J. 1997. Life history and ecology of the humpback chub population in the Colorado River in Grand Canyon, Arizona. Proceedings of the Third Biennial Conference on Research in Colorado Plateau National Parks, U.S. Department of Interior, National Park Service pp. 3-31.

Vanicek, C. D. 1967. "Ecological Studies of Native Green River Fishes Below Flaming Gorge Dam, 1964-1966." Unpublished doctoral dissertation, Utah State University, Logan.

Walker, B.L., D.E. Naugle, and K.E. Doherty. 2007. Greater sage-grouse population response to energy development and habitat loss. Journal of Wildlife Management 71(8):2644-2654.

Ward, J. P., A. B. Franklin, S. E. Rinkevich, and F. Clemente. 1995. "Distribution and abundance of Mexican spotted owls." Pp. 1-14. *In:* Recovery plan for the Mexican spotted owl (*Strix occidentalis lucida*), volume II. US Fish and Wildlife Service, Albuquerque, New Mexico.

Wenger, S. J., D. J. Isaak, C. H. Luce, et al. 2011. "Flow regime, temperature, and biotic interactions drive differential declines of trout species under climate change." Proceedings of the National Academy of Sciences. 108:14175-14180, doi:10.1073/pnas.1103097108.

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 42 of 122

Wiggins, David A. 2005. Yellow-Billed Cuckoo (*Coccycus americanus*): A Technical Conservation Assessment. Prepared for USFS, Rocky Mountain Region. Species Conservation Project. Strix Ecological Research, Oklahoma City, Oklahoma. March 25, 2005.

Wisdom, M.J., C.W. Meinke, S.T. Knick, and M.A. Schroeder. 2011. Factors associated with extirpation of sage-grouse. In: "Greater sage-grouse: ecology and conservation of a landscape species and its habitats. S.T. Knick and J.W. Connelly, eds. Studies in Avian Biology 38. Pp. 451-472. University of California Press, Berkeley, CA.

Wolfe, D.H., M.A. Patten, E. Schochat, C.L. Pruett, and S.K. Sherrod. 2007. Causes and patterns of mortality in lesser prairie-chickens *Tympanuchus pallidicinctus* and implications for management. Wildlife Biology, 13(Suppl. 1):95-104.

Wyoming Sage-Grouse Working Group. 2003. Wyoming Greater Sage-Grouse Conservation Plan. Cheyenne, WY.

BLM_0023587

# SECTION 7
# LIST OF PREPARERS

## 7.1 US BUREAU OF LAND MANAGEMENT, GRAND JUNCTION FIELD OFFICE

**Anna Lincoln**
BA, Humanities
Advanced studies in Botany & Ecology
Years of Experience: 10

**Tom Fresques**
BS, Fisheries Biology
Years of Experience: 19

**Heidi Plank**
BS, Wildlife Biology MS,
Wildlife Ecology Years
of Experience: 14

## 7.2 CONTRACTOR, ENVIRONMENTAL MANAGEMENT AND PLANNING SOLUTIONS, INC.

**Drew Vankat**
MS, Environmental Policy and Planning
Years of Experience: 10
(Project Manager)

**Kevin Rice**
BS, Biology
Years of Experience: 5
(BA Author)

**Meredith Zaccherio**
MA, Biology
BS, Biology
Years of Experience: 9
(BA Author)

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 44 of 122

7. List of Preparers

7-2 *Biological Assessment for the Grand Junction Field Office RMP Revision* October 2014

BLM_0023589

7. List of Preparers

This page intentionally left blank.

October 2014 *Biological Assessment for the Grand Junction Field Office RMP Revision* 7-3

BLM_0023590

# Appendix A

## Rangeland Heath Conditions in Gunnison Sage-Grouse Critical Habitat

**Existing Rangeland Health Conditions By Proposed and Unoccupied Gunnison Sage-Grouse Critical Habitat**

**for Individual Grazing Allotments**

| Allotment Name | Total Acres | Total Federal Acres | Acres of Occupied Habitat Meeting Standards | Acres of Unoccupied Habitat Meeting Standards | Acres of Occupied Habitat Meeting Standards with Problems | Acres of Unoccupied Habitat Meeting Standards with Problems | Acres of Occupied Habitat not Meeting Standards | Acres of Unoccupied Habitat not Meeting Standards |
|---|---|---|---|---|---|---|---|---|
| 28 Hole | 663 | 663 | 139 | 134 | 324 | 66 | 0 | 0 |
| Battleship | 3,662 | 1,090 | 0 | 394 | 0 | 283 | 0 | 344 |
| Beezer | 1,138 | 1,126 | 0 | 1,126 | 0 | 0 | 0 | 0 |
| Buckhorn[1] | 2,438 | 2,438 | 0 | 253 | 0 | 0 | 0 | 0 |
| Carns Point | 87 | 50 | 0 | 50 | 0 | 0 | 0 | 0 |
| Clarks Bench | 3,070 | 2,467 | 0 | 130 | 0 | 0 | 0 | 0 |
| Coates Creek | 630 | 378 | 0 | 165 | 0 | 213 | 0 | 0 |
| Cook Canyon | 238 | 126 | 0 | 126 | 0 | 0 | 0 | 0 |
| Dierich Ranch | 2,733 | 1,388 | 95 | 1,292 | 0 | 0 | 0 | 0 |
| Duval | 658 | 658 | 0 | 658 | 0 | 0 | 0 | 0 |
| Duval Bottom | 1,173 | 1,173 | 0 | 974 | 0 | 0 | 0 | 199 |
| East Tom's Canyon | 3,892 | 3,681 | 0 | 3,357 | 0 | 59 | 0 | 265 |
| Fessler | 1,054 | 888 | 0 | 864 | 0 | 0 | 0 | 24 |
| Files | 4,076 | 2,679 | 0 | 2,345 | 0 | 0 | 0 | 333 |
| Fish Canyon | 3,683 | 3,659 | 283 | 3,374 | 0 | 0 | 0 | 0 |
| Fish Park[2] | | | 1,113 | 756 | 0 | 0 | 257 | 69 |
| Flat Rock | 2,160 | 705 | 0 | 701 | 0 | 0 | 0 | 0 |
| Hall | 91 | 73 | 0 | 73 | 0 | 0 | 0 | 0 |
| Haystack[2] | | | 1,103 | 145 | 0 | 0 | 0 | 0 |
| Hill Creek Flats | 6,067 | 5,470 | 2,293 | 2,886 | 0 | 0 | 0 | 0 |
| King-Rogers | 15,240 | 895 | 0 | 210 | 0 | 0 | 0 | 0 |
| Kings Gap | 963 | 453 | 0 | 439 | 0 | 0 | 0 | 0 |

**Existing Rangeland Health Conditions By Proposed and Unoccupied Gunnison Sage-Grouse Critical Habitat for Individual Grazing Allotments**

| Allotment Name | Total Acres | Total Federal Acres | Acres of Occupied Habitat Meeting Standards | Acres of Unoccupied Habitat Meeting Standards | Acres of Occupied Habitat Meeting Standards with Problems | Acres of Unoccupied Habitat Meeting Standards with Problems | Acres of Occupied Habitat not Meeting Standards | Acres of Unoccupied Habitat not Meeting Standards |
|---|---|---|---|---|---|---|---|---|
| Leslie Bays | 6,105 | 961 | 3 | 600 | 0 | 303 | 0 | 0 |
| Little Dolores Canyon[2] | | | 0 | 1,269 | 0 | 0 | 0 | 374 |
| Little Dolores River | | 1,638 | 131 | 1,508 | 0 | 0 | 0 | 0 |
| Livestock Trail | 346 | 346 | 0 | 346 | 0 | 0 | 0 | 0 |
| Longshore Above Rims[2] | | | 12 | 33 | 442 | 96 | 0 | 0 |
| Longshore Below Rims[2] | | | 41 | 1,345 | 0 | 0 | 0 | 0 |
| Mabie | 794 | 65 | 0 | 64 | 0 | 0 | 0 | 0 |
| Malone | 480 | 86 | 0 | 79 | 0 | 3 | 0 | 0 |
| McKenzie[2] | | | 29 | 379 | 0 | 0 | 0 | 0 |
| Meinhart | 3,839 | 2,144 | 15 | 1,580 | 251 | 51 | 0 | 104 |
| Moore | 1,367 | 336 | 0 | 13 | 0 | 210 | 0 | 0 |
| Mountain Island | 43,541 | 35,046 | 1 | 588 | 0 | 0 | 0 | 0 |
| Notch Springs | 3,704 | 3,467 | 0 | 71 | 0 | 0 | 0 | 0 |
| Payne Wash | 3,525 | 2,408 | 0 | 2,096 | 0 | 0 | 0 | 0 |
| Reservation | 3,085 | 2,944 | 0 | 477 | 1,610 | 526 | 8 | 320 |
| Sieber Canyon[2] | | | 0 | 1,025 | 0 | 0 | 0 | 201 |
| Skinner | 3,716 | 1,498 | 0 | 1,051 | 0 | 0 | 0 | 0 |
| Snyder Flats | 5,322 | 3,223 | 0 | 2,358 | 0 | 0 | 0 | 0 |
| South of the | 2,026 | 1,329 | 0 | 1,104 | 0 | 216 | 0 | 0 |

**Existing Rangeland Health Conditions By Proposed and Unoccupied Gunnison Sage-Grouse Critical Habitat for Individual Grazing Allotments**

| Allotment Name | Total Acres | Total Federal Acres | Acres of Occupied Habitat Meeting Standards | Acres of Unoccupied Habitat Meeting Standards | Acres of Occupied Habitat Meeting Standards with Problems | Acres of Unoccupied Habitat Meeting Standards with Problems | Acres of Occupied Habitat not Meeting Standards | Acres of Unoccupied Habitat not Meeting Standards |
|---|---|---|---|---|---|---|---|---|
| Road | | | | | | | | |
| Spring Creek | 5,779 | 5,779 | 2,013 | 3,225 | 0 | 60 | 0 | 67 |
| Thompson | 6,420 | 5,282 | 0 | 173 | 0 | 0 | 0 | 0 |
| Timber Ridge | 1,418 | 1,391 | 0 | 1,391 | 0 | 0 | 0 | 0 |
| Unalloted Mesa Top | 991 | 991 | 0 | 991 | 0 | 0 | 0 | 0 |
| Van Loan Individual | 650 | 347 | 0 | 337 | 0 | 0 | 0 | 0 |
| West Tom's Canyon | 3,487 | 3,481 | 0 | 3,013 | 0 | 468 | 0 | 0 |
| Wiretrap | 510 | 510 | 0 | 510 | 0 | 0 | 0 | 0 |
| Woodring | 2123 | 1,110 | 0 | 19 | 0 | 0 | 0 | 0 |

Source: BLM 2002e; BLM 2007b; US Forest Service and BLM 1995

[1]Allotment is within the GJFO planning area but is managed and covered under the BLM, Moab Field Office RMP regarding grazing.
[9]Mountain Island allotment is a consolidation of Brush Hole, Fish Park, Haystack, Little Dolores Canyon, Longshore Above Rims, Longshore Below Rims, Lost Horse, McKenzie, and Sieber Canyon allotments. Fish Park is part of Interdistrict Agreement with Moab Field office

# TABLE OF CONTENTS

Chapter | Page

**B. STIPULATIONS APPLICABLE TO FLUID MINERAL LEASING AND OTHER SURFACE-DISTURBING ACTIVITIES ..... B-1**

B.1 Description of Stipulations ..... B-3
B.1.1 No Surface Occupancy (NSO) or Other Surface-disturbing Activities ..... B-3
B.1.2 Controlled Surface Use (CSU) ..... B-4
B.1.3 Timing Limitations (TL) ..... B-4
B.1.4 Lease Notice (LN) ..... B-5
B.1.5 Condition of Approval (COA) ..... B-5
B.1.6 Mitigation and Monitoring ..... B-5
B.2 Exceptions, Modifications, and Waivers ..... B-5
B.2.1 Exception, Modification, or Waiver Process ..... B-5
B.2.2 Standard Exception ..... B-6
B.2.3 Standard Modification ..... B-7
B.2.4 Standard Waiver ..... B-7
B.3 Standard Terms and Conditions for Fluid Mineral Leasing ..... B-7

# TABLES

Page

B-1 Summary of No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1] ..... B-8
B-2 Summary of Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1] ..... B-13
B-3 Summary of Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1] ..... B-16
B-4 Summary of Lease Notices (LN) Applicable to Fluid Mineral Leasing[1] ..... B-18
B-5 No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities ..... B-19
B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities ..... B-68
B-7 Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities ..... B-100
B-8 Lease Notices (LN) and Additional Required Conditions of Approval Applicable to Authorized Ground-disturbing Activities ..... B-118

Table of Contents

This page intentionally left blank.

B-ii Grand Junction Field Office
Internal Proposed RMP/Final EIS October 2014

BLM_0023596

# APPENDIX B STIPULATIONS APPLICABLE TO FLUID MINERAL LEASING AND OTHER SURFACE-DISTURBING ACTIVITIES

This appendix lists by alternative the stipulations for fluid mineral leasing (e.g., oil, gas, and geothermal) referred to throughout this Proposed RMP/Final EIS. These stipulations would also apply, where appropriate, to all surface-disturbing activities (and occupancy) associated with land use authorizations, permits, and leases issued on BLM lands. The stipulations would not apply to activities and uses where they are contrary to laws, regulations, or specific program guidance. The intent of these stipulations is to consistently mitigate impacts by applying the same stipulation to all land use authorizations across the board. It is BLM's intent to incorporate the same level of restrictions, to the extent practicable, on agency proposed projects.

Stipulations also apply to fluid mineral leasing on lands overlying federal mineral estate, which includes federal mineral estate underlying BLM lands, privately owned lands, and state-owned lands. As such, federal mineral estate acres are greater than BLM surface acres. Within the planning area, the BLM administers 1,061,400 acres of surface estate and 169,800 acres of split-estate (i.e., where the surface rights are in private ownership and the rights to development of the mineral resources are publicly held and managed by the federal government (BLM). The BLM will coordinate with the surface owner when applying stipulations on split-estate at the leasing phase. Other land management agencies may have their own surface management decisions for oil and gas development; the BLM would apply these decisions with consent and may add additional stipulations in cooperation with the surface-management agency. Acreages in this appendix reflect federal mineral estate overlain by BLM, private, and state-owned land. Acreages for stipulations are calculated based on current information and may be adjusted in the future through plan maintenance as conditions warrant.

Data from GIS have been used in developing acreage calculations and for generating many of the figures in Appendix A. Calculations are dependent upon the quality and availability of data and most calculations in this RMP are rounded to the nearest one hundred acres. Given the scale of the analysis, the compatibility constraints between datasets, and lack of data for some resources, all calculations are approximate and serve for comparison and analytic purposes only. Likewise, the figures in Appendix A are provided for illustrative purposes and subject to the limitations discussed above. BLM may receive additional GIS data; therefore, acreages may be recalculated and revised at a later date.

Surface-disturbing activities are those that normally result in more than negligible (i.e., immeasurable, not readily noticeable) disturbance to vegetation and soils on public lands and accelerate the natural erosive process.

Surface disturbances could require reclamation and normally involve use and/or occupancy of the surface, causing disturbance to soils and vegetation. They include, but are not limited to: the use of mechanized earth-moving equipment; truck-mounted drilling and geophysical exploration equipment off designated routes; off-road vehicle travel in areas designated as limited or closed to off road vehicle use; construction of facilities such as oil and gas wells and/or pads; major recreation sites; new trail construction; and use of pyrotechnics and explosives. Surface disturbance is not normally caused by casual-use activities. Activities that are not normally considered surface disturbing include, but are not limited to: livestock grazing, cross country hiking, minimum impact filming, vehicular travel on designated routes, and minimum impact emergency response activities such as construction of fire line using hand tools as a tactic for suppression and management of unplanned fire. Even where stipulations prohibit surface disturbing activities, some surface disturbing activities may be allowed under exceptions from stipulations through the process described under **Section B.2.1**. (Example 1: A livestock fence proposed in an area covered by NSO-35 for Wildlife Emphasis Areas may be excepted from the stipulation if it can be shown that the project will have negligible impacts to wildlife through appropriate mitigation; or example 2: A natural gas well pad proposed in an area covered by CSU-8 for Old Growth Forests and Woodlands may be excepted from the stipulation if it can be shown that the project would have negligible impacts on old growth forests and woodlands through appropriate mitigation.)

The BLM has the discretion to modify surface operations to change or add specific mitigation measures when supported by environmental analysis. All mitigation/conservation measures not already required as stipulations would be analyzed in a site-specific NEPA document, and be incorporated, as appropriate, into conditions of approval of the permit, plan of development, and/or other use authorizations.

## B.1 Description of Stipulations

**Tables B-1** through **B-4** summarize the stipulations, and **Tables B-5** through **B-8** provide details of the stipulations and protected resources including exceptions, modifications, and waivers by alternative. Three types of stipulations could be applied to fluid mineral leasing or to land use authorizations, except for those authorized under the realty program: 1) NSO or other no surface-disturbing activities; 2) CSU; and 3) TL. ROW authorizations are governed by avoidance and exclusion area restrictions. ROW avoidance areas may have corresponding stipulations, as specifically noted in **Tables B-1** through **B-3** and **Tables B-5** through **B-7**. In these cases, denoted as NSO-X (ROWA), CSU-X (ROWA), or TL-X (ROWA), the surface area covered by the stipulation is considered a ROW avoidance area. Where stipulations are noted as *Partial ROWA*, only a portion of the area covered by the stipulation is a ROW avoidance area. See the glossary for descriptions of ROW avoidance and ROW exclusion.

Lease stipulations and lease notices would be applied to all new leases. On existing leases, the BLM would seek voluntary compliance or would develop Conditions of Approval for Applications for Permit to Drill to achieve resource objectives of the RMP (see BLM's Land Use Planning Handbook H-1601-1 at Appendix C, part H), when determined reasonable and consistent with valid existing rights.[1]

Stipulations identified in Alternative A, current management, were developed in the 1987 GJFO RMP (BLM 1987) and are annotated as "existing" in italics in the "stipulations number" column of **Tables B-1** through **B-4** and **B-5** through **B-8**.

### B.1.1 No Surface Occupancy (NSO) or Other Surface-disturbing Activities

Use or occupancy of the land surface for fluid mineral exploration or development and other surface-disturbing activities (as defined above) is prohibited to protect identified resource values. In Alternative A, NSO stipulations apply only to fluid mineral exploration or development. Refer to **Tables B-1** and **B-5**. Acreages are provided in these tables for mapped stipulations.

The NSO/No Surface-disturbing Activities stipulation, a major constraint, includes stipulations that may have been worded as "No Surface Use/Occupancy," "No Surface Disturbance," "Conditional NSO," "ground-disturbing activity," and "Surface Disturbance or Surface Occupancy Restriction (by location)."

[1] See also 43 CFR 1610.5-3(b): "…the Field Manager shall take appropriate measures, subject to valid existing rights, to make operations and activities under existing permits, contracts, cooperative agreements or other instruments for occupancy and use, conform to the approved plan or amendment within a reasonable period of time."

Areas identified as NSO/No Surface-disturbing Activities are open to fluid mineral leasing, but surface-disturbing activities cannot be conducted on the surface of the land unless an exception, waiver, or modification is granted (Section B.2). Access to fluid mineral deposits would require directional drilling from outside the boundaries of the NSO/No Surface-disturbing Activities areas.

An NSO/No Surface-disturbing Activities stipulation cannot be applied to operations conducted under the 1872 Mining Law unless the lands have been withdrawn from mineral entry and the operator has no valid and existing mining claims. A withdrawal is not considered a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn from mineral entry with no pre-existing mining claims, areas identified as NSO/No Surface-disturbing Activities are open to operations conducted under the mining laws, and subject only to TL and CSU stipulations that are consistent with the rights granted under the mining laws. Where only an NSO stipulation exists, and no equivalent CSU or TL stipulations applies to operations conducted under the mining laws, the NSO stipulation would be applied as a CSU stipulation (i.e., the surface-disturbing activity could be shifted more than 200 meters [656 feet] to protect the specified resource or value if consistent with the rights granted under the mining laws).

An NSO/No Surface-disturbing Activities stipulation does not apply to existing facilities and the maintenance of existing facilities, such as, but not limited to, range improvements, oil and gas wells and/or pads, and major recreation sites.

### B.1.2 Controlled Surface Use (CSU)

CSU is a category of moderate constraint stipulations that allows some use and occupancy of public land while protecting identified resources or values. A CSU stipulation allows the BLM to require special operational constraints, or the surface-disturbing activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value. Refer to **Tables B-2** and **B-6**. Acreages are provided in these tables for mapped stipulations.

### B.1.3 Timing Limitations (TL)

Areas identified for TL, a moderate constraint, are closed to fluid mineral exploration and development, surface-disturbing activities, and intensive human activity during identified time frames. This stipulation does not apply to operation and basic maintenance activities, including associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and other operations considered to be intensive in nature are not allowed. Intensive maintenance and routine or scheduled workovers on wells is not permitted. Administrative activities are allowed at the discretion of the Authorized Officer. Refer to **Tables B-3** and **B-7**. Acreages are provided in these tables for mapped stipulations.

### B.1.4 Lease Notice (LN)

A LN provides more-detailed information concerning limitations that already exist in law, lease terms, regulations, or operational orders. An LN also addresses special items that lessees should consider when planning operations but does not impose additional restrictions. Lease Notices apply only to leasable minerals (e.g., oil, gas, geothermal) and not to other types of leases, such as livestock grazing. Refer to **Tables B-4** and **B-8**.

### B.1.5 Condition of Approval (COA)

Conditions of Approval are enforceable conditions or provisions (requirements) under which an Application for Permit to Drill is approved.

### B.1.6 Mitigation and Monitoring

Stipulations are designed to provide resource-specific protections. Permit holders shall be responsible for the monitoring and reporting deemed necessary to document and maintain mandated protective measures. Also, the BLM retains the right to modify the operations of all surface and other disturbance activities caused by the presence of humans and to require additional specific or specialized mitigation following the submission of a detailed plan of development or other project proposal, a monitoring report, and an environmental analysis of such.

## B.2 Exceptions, Modifications, and Waivers

Stipulations could be excepted, modified, or waived by the Authorized Officer. An exception exempts the holder of the land use authorization document from the stipulation on a one-time basis. A modification changes the language or provisions of a surface stipulation, either temporarily or permanently. A waiver permanently exempts the surface stipulation. Any changes to stipulations will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of stipulations, see BLM Manuals 1624 and 3101.)

### B.2.1 Exception, Modification, or Waiver Process

An exception, modification, or waiver may be granted at the discretion of the Authorized Officer if any of the standard exception, modification, or waiver criteria (**Section B.2.2**, **B.2.3**, **B.2.4**) are met; or if any of the exception, modification, or waiver criteria specific to the stipulation (**Tables B-5, B-6, B-7**) are met. In order to implement an action that would not normally be allowed because of a stipulation, the proponent must submit a request in writing for an exception, modification, or waiver. The request shall detail which exception, modification, or waiver criteria are met. When requested concurrently with an application, the exception, modification, or waiver is considered as part of the project proposal in RMP and NEPA compliance review. For separate requests, the request is considered as a unique action and is analyzed and documented individually for RMP and NEPA compliance. The Authorized Officer will make the final determination whether to grant an exception, modification, or waiver

BLM_0023601

to stipulations. When use of heavy equipment is necessary for emergency response activities such as wildland fire suppression, management of unplanned fire, and emergency stabilization, the standard exception would be approved verbally by the BLM authorized officer as delegated (e.g., Incident Commander in coordination with Resource Advisor).

### B.2.2 Standard Exception

The standard exception applies to all NSO/No Surface-disturbing Activities, CSUs, and TLs, even though the standard exception is not included in the "exception" portion of **Tables B-5** through **B-7**. In situations where a surface-disturbing activity is excepted, the activity could be subject to additional conditions of approval, reclamation measures, or BMPs. Measures required would be based on the nature and extent of resource values potentially affected by the surface-disturbing activity.

***Fluid Minerals***

An exception is a one-time exemption for a particular site within the leasehold. Exceptions are determined on a case-by-case basis. The stipulation continues to apply to all other sites within the leasehold. The Authorized Officer may grant an exception to a stipulation if it is determined that the factors leading to its inclusion in the lease have changed sufficiently such that:

1. the protection provided by the stipulation is no longer justified or necessary to meet resource objectives established in the RMP; or
2. proposed operations would not cause unacceptable impacts.

The Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may be required to consult with other government agencies and/or the public in order to make this determination.

***All Programs Except Fluid Minerals***

An exception may be granted by the Authorized Officer if it can be demonstrated that the surface-disturbing activity:

1. would not cause adverse impacts or would have negligible impacts to the resource or resource use that the stipulation was designated to protect; or
2. would improve the protected resource or resource use as defined by RMP objectives, standards, or conditions in the stipulation (e.g., fuels treatment that improves forbs in key wildlife habitat, or trail construction for resource protection in an ACEC or elsewhere);
3. is necessary to meet health and safety objectives such as fire suppression or fire emergency stabilization and rehabilitation; or
4. is necessary to protect federal mineral estate.

### B.2.3 Standard Modification

A modification is a change to the provisions of a lease stipulation, either temporarily or for the term of the lease. Depending on the specific modification, the stipulation may or may not apply to all sites within the leasehold to which the restrictive criteria are applied.

In accordance with the provisions of 43 CFR 3101.1-4, the Authorized Officer may modify a stipulation or the area subject to the stipulation if it is determined that the factors leading to its inclusion in the lease have changed sufficiently. The Authorized Officer may modify a stipulation as a result of new information if:

1. the protection provided by the stipulation is no longer justified or necessary to meet resource objectives established in the RMP;
2. the protection provided by the stipulation is no longer sufficient to meet resource objectives established in the RMP; or
3. proposed operations would not cause unacceptable impacts.

The Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may be required to consult with other government agencies and/or the public in order to make this determination, and the modification may be subject to public review for at least a 30-day period.

### B.2.4 Standard Waiver

A waiver is a permanent exemption from a lease stipulation. When a waiver is granted, the stipulation no longer applies anywhere within the leasehold.

In accordance with the provisions of 43 CFR 3101.1-4, the Authorized Officer may waive a stipulation if it is determined that the factors leading to its inclusion in the lease no longer exist. The Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may be required to consult with other government agencies and/or the public in order to make this determination. The waiver may be subject to public review for at least a 30-day period.

No permanent exemptions or waivers are authorized unless the areas mapped as possessing the attributes are field verified by BLM staff to lack those attributes.

## B.3 Standard Terms and Conditions for Fluid Mineral Leasing

Oil and gas development is subject to standard terms and conditions of the lease. Onshore Oil and Gas Order No. 1 (Onshore Oil and Gas Operations; Federal and Indian Oil and Gas Leases; Approval of Operations) regulations (43 CFR 3160) give the BLM the ability to relocate proposed operations up to 200 meters (656 feet) and prohibit surface-disturbing operations for a period not to exceed 60 days.

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 59 of 122

**Table B-1**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**[1]

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative A | Alternative B | Alternative C | Alternative D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | **Water Resources** | | | | | | |
| **NSO-1** *(ROWA)* | Major River Corridors | | | • | • | | ✓ |
| **HYDROLOGY RIVER NSO CO** | Hydrology River | | • | | | | ✓ |
| **NSO-2** *(ROWA)* | Streams/Springs Possessing Lotic Riparian Characteristics | | • | • | | | ✓ |
| **NSO-3** | Definable Streams | | | • | | | ✓ |
| **NSO-4** *(ROWA)* | Lentic Riparian Areas (including springs, seeps, and fens) | | • | • | | | ✓ |
| *NSO-1 (BLM 1987)* | No Surface Occupancy (Grand Junction Municipal Watershed) | • | | | | ✓ | |
| **NSO-5** | Palisade and Grand Junction Municipal Watersheds | | • | | | | ✓ |
| **NSO-6** *(ROWA)* | Palisade and Grand Junction Municipal Watersheds, Collbran and Mesa/Powderhorn Source Water Protection Areas, and Jerry Creek Watershed | | | • | | | ✓ |
| **NSO-7** | Water Intake Zone 3 | | | • | | | ✓ |
| | **Soils and Geology** | | | | | | |
| *NSO-1 (ROWA) (Exhibit GJ-1AB) (BLM 1987)* | No Surface Occupancy (Soils in the Baxter/Douglas Slump Area) | • | | | | ✓ | |
| *NSO-1(ROWA) (Exhibit GJ-1AA) (BLM 1987)* | No Surface Occupancy (Soils in the Plateau Area) | • | | | | ✓ | |
| **NSO-9** *(ROWA)* | Fragile Soils | | | • | | | ✓ |
| *NSO-3 (BLM 1987)* | Steep Slopes | • | | | | ✓ | |
| **GEOLOGY SLOPE NSO CO** | Geology Slope | | • | | | | ✓ |
| **GEOLOGY SOIL NSO CO** | Geology Soil | | • | | | | ✓ |
| **NSO-10** *(ROWA)* | Steep Slopes Greater than or Equal to 40 Percent | | | • | • | | ✓ |
| | **Vegetation** | | | | | | |
| **NSO-2** *(ROWA)* | Streams/Springs Possessing Lotic Riparian Characteristics | | • | • | | | ✓ |
| **NSO-4** *(ROWA)* | Lentic Riparian Areas (including springs, seeps, and fens) | | • | • | | | ✓ |

BLM_0023604

**Table B-1**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative A | Alternative B | Alternative C | Alternative D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | Special Status Species | | | | | | |
| **NSO-11** *(ROWA)* | Conservation Populations of Cutthroat Trout | | | | • | | ✓ |
| **NSO-1** *(ROWA)* | Major River Corridors | | | • | • | | ✓ |
| **HYDROLOGY RIVER NSO CO** | Hydrology River | | • | | | | ✓ |
| **NSO-2** *(ROWA)* | Streams/Springs Possessing Lotic Riparian Characteristics | | • | • | | | ✓ |
| *NSO-1 (Partial ROWA) (BLM 1987)* | No Surface Occupancy (ACECs: Badger Wash, Pyramid Rock, and Unaweep Seep) | • | | | | ✓ | |
| **NSO-12** *(Partial ROWA)* | ACECs | | • | • | • | | ✓ |
| **NSO-13** *(ROWA)* | Current and Historically Occupied Habitat and Critical Habitat of Threatened, Endangered, Proposed, and Candidate Plant and Animal Species | | • | • | | | ✓ |
| **NSO-14** *(ROWA)* | Currently Occupied Habitat of Threatened, Endangered, Proposed, and Candidate Species | | | | • | | ✓ |
| **NSO-15** *(ROWA)* | BLM Sensitive Plant Species' Occupied Habitat | | | • | | | ✓ |
| **NSO-16** *(ROWA)* | Osprey Nest Sites | | | • | | | ✓ |
| **NSO-17** *(ROWA)* | Ferruginous Hawk Nest Sites | | | • | | | ✓ |
| **NSO-18** *(ROWA)* | Red-tailed Hawk Nest Sites | | | • | | | ✓ |
| **NSO-19** *(ROWA)* | Swainson's Hawk Nest Sites | | | • | | | ✓ |
| **NSO-20** *(ROWA)* | Peregrine Falcon Nest Sites | | | • | | | ✓ |
| **NSO-21** *(ROWA)* | Prairie Falcon Nest Sites | | | • | | | ✓ |
| **NSO-22** *(ROWA)* | Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls) | | | • | | | ✓ |
| **NSO-23** *(ROWA)* | Golden Eagle Nest Sites | | • | • | • | | ✓ |
| **NSO-24** *(ROWA)* | Bald Eagle Nest Sites | | • | • | • | | ✓ |
| **NSO-25** *(ROWA)* | Sage-grouse Leks, Nesting, and Early Brood-rearing Habitat (6.4 kilometers [4 miles]) | | • | • | | | ✓ |
| **NSO-26** *(ROWA)* | Canyon Treefrog, Midget Faded Rattlesnake, Northern Leopard Frog, Great Basin Spadefoot, Long-nosed Leopard Lizard, Boreal Toad (no buffer) | | • | | • | | ✓ |
| **NSO-27** *(ROWA)* | Canyon Treefrog, Midget Faded Rattlesnake, Northern Leopard Frog, Great Basin Spadefoot, Boreal Toad (805 meters [0.5-mile]) | | | • | | | ✓ |

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 61 of 122

**Table B-1**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative A | Alternative B | Alternative C | Alternative D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| **NSO-28** *(ROWA)* | Special Status Bat Species' Roost Sites and Winter Hibernacula | | | • | | | ✓ |
| **WILDLIFE BAT NSO CO** | Wildlife Bat | | • | | | | ✓ |
| **NSO-29** *(ROWA)* | Active Kit Fox Dens | | | • | | | ✓ |
| **NSO-30** *(ROWA)* | Occupied Prairie Dog Towns (no buffer) | | • | | | | ✓ |
| **NSO-31** *(ROWA)* | Occupied Prairie Dog Towns (46 meters [150 feet]) | | | • | | | ✓ |
| | **Fish and Wildlife** | | | | | | |
| **NSO-32** *(ROWA)* | Research Sites | | • | • | • | | ✓ |
| **NSO-12** *(Partial ROWA)* | ACECs | | • | • | • | | ✓ |
| *NSO-1 (ROWA) (BLM 1987)* | No Surface Occupancy (Wildlife Habitat in Rough Canyon) | • | | | | ✓ | |
| *NSO-1 (ROWA) (BLM 1987)* | No Surface Occupancy (State Wildlife Areas) | • | | | | ✓ | |
| **RECREATION PARKS NSO CO** | Recreation Parks | | • | | | | ✓ |
| *NSO-1 (Exhibit GJ-1 DC) (BLM 1987)* | No Surface Occupancy (Elk Calving Sites) | • | | | | ✓ | |
| **NSO-34** *(ROWA)* | Elk Production Area | | • | • | • | | ✓ |
| **WILDLIFE HABITAT NSO CO** | Wildlife Habitat | | • | | | | ✓ |
| **NSO-35** *(Partial ROWA)* | Wildlife Emphasis Areas | | | • | | | ✓ |
| | **Wild Horses** | | | | | | |
| **NSO-36** *(ROWA)* | Little Book Cliffs Wild Horse Range | | • | • | | | ✓ |
| | **Cultural Resources** | | | | | | |
| **NSO-37** *(ROWA Alternatives B and C)* | Allocation to Conservation Use Category | | • | • | • | | ✓ |
| **NSO-38** *(ROWA Alternatives B and C)* | Allocation to Traditional Use Category | | • | • | • | | ✓ |
| *NSO-1 (BLM 1987)* | No Surface Occupancy (Cultural Resources) | • | | | | ✓ | |
| **NSO-39** *(ROWA Alternatives B and* | Cultural Resources (Indian Creek) | | • | • | • | | ✓ |

BLM_0023606

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 62 of 122

**Table B-1**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative A | Alternative B | Alternative C | Alternative D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| *C)* | | | | | | | |
| | Visual Resources | | | | | | |
| *NSO-1 (BLM 1987)* | No Surface Occupancy (Visual Resources) | • | | | | ✓ | |
| **VISUAL CLASS I NSO CO** | Visual Class I | | • | | | | ✓ |
| **NSO-40** | VRM (Class I and the Goblins) | | | • | • | | ✓ |
| | Lands Managed for Wilderness Characteristics | | | | | | |
| **NSO-41** | Lands Managed for Wilderness Characteristics | | | • | | | ✓ |
| **LANDS WITH WILDERNESS CHARACTERISTICS NSO CO** | Lands with Wilderness Characteristics | | • | | | | ✓ |
| | Recreation and Visitor Services | | | | | | |
| *NSO-1 (ROWA) (BLM 1987)* | No Surface Occupancy (Recreational Resources at The Palisade ONA, established recreation sites, Island Acres, Vega State Recreation Area, Highline Reservoir Recreation Area, Rough Canyon ACEC, Hunter/Garvey backcountry, Granite Creek Canyons/Cliffs, Bangs Canyon, Dolores River, and Gunnison River) | • | | | | ✓ | |
| **NSO-42** *(Partial ROWA)* | Special Recreation Management Areas | | | • | • | | ✓ |
| **RECREATION SRMA NSO CO** | Recreation SRMA | | • | | | | ✓ |
| **RECREATION PARKS NSO CO** | Recreation Parks | | • | | | | ✓ |
| | Fluid Minerals (Oil and Gas and Geothermal Resources) | | | | | | |
| *NSO-1 (BLM 1987)* | No Surface Occupancy (State Wildlife Areas) | • | | | | ✓ | |
| **RECREATION PARKS NSO CO** | Recreation Parks | | • | | | | ✓ |
| | ACECs | | | | | | |
| *NSO-1 (Partial ROWA) (BLM 1987)* | No Surface Occupancy (ACECs: Badger Wash, Pyramid Rock, and Unaweep Seep) | • | | | | ✓ | |

BLM_0023607

**Table B-1**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative | | | | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | |
| **NSO-12** *(Partial ROWA)* | ACECs | | • | • | • | | ✓ |
| | **Wilderness Study Areas** | | | | | | |
| **NSO-43** | Wilderness Study Areas | • | • | • | • | | ✓ |
| | **Wild and Scenic Rivers** | | | | | | |
| **NSO-44** *(ROWA)* | WSR Study Segments Classified as Wild | | | • | | | ✓ |
| | **National Trails** | | | | | | |
| **NSO-45** *(ROWA)* | Old Spanish National Historic Trail (50 meters [164 feet]) | | • | | • | | ✓ |
| **NSO-46** *(ROWA)* | Old Spanish National Historic Trail (805 meters [0.5-mile]) | | | • | | | ✓ |

[1]Details of these stipulations are provided in Table B-5, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities.
[2]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).
[3]For Alternative B, this stipulation applies to all-surface disturbing activities except fluid minerals. For the other alternative(s), it applies to all surface-disturbing activities.

BLM_0023608

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 64 of 122

**Table B-2**
**Summary of Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**[1]

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative A | Alternative B | Alternative C | Alternative D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | Water Resources | | | | | | |
| **CSU-39** | Roan and Carr Creeks ACEC | | • | | | | ✓ |
| **CSU-1** *(ROWA)* | Major River Corridors | | | • | | | ✓ |
| *CSU-7 (ROWA) (BLM 1987)* | Perennial Streams Water Quality | • | | | | ✓ | |
| **CSU-2** *(ROWA)* | Hydrologic Features/Riparian | | | • | • | | ✓ |
| **CSU-3** *(ROWA)* | Definable Streams | | • | | | | ✓ |
| *CSU-6 (BLM 1987)* | Watersheds | • | | | | ✓ | |
| **CSU-4** *(ROWA)* | Collbran and Mesa/Powderhorn Source Water Protection Areas, and Jerry Creek Watershed | | • | | • | | ✓ |
| | Soils and Geology | | | | | | |
| **GEOLOGY SOIL CSU CO** | Geology Soil | | • | | | | ✓ |
| **CSU-6** *(ROWA)* | Mapped Mancos Shale and Saline Soils | | | • | • | | ✓ |
| **CSU-7** | Natural Slopes | | | • | | | ✓ |
| | Vegetation | | | | | | |
| **PLANT COMMUNITY CSU CO** | Plant Community | | • | | | | ✓ |
| **CSU-8** *(ROWA)* | Old Growth Forests and Woodlands | | | • | • | | ✓ |
| | Special Status Species | | | | | | |
| **CSU-9** *(ROWA)* | BLM Sensitive Plant Species Occupied Habitat | | • | | | | ✓ |
| **CSU-10** *(ROWA)* | Wildlife Habitat | | • | • | | | ✓ |
| **CSU-1** *(ROWA)* | Major River Corridors | | | • | | | ✓ |
| **CSU-11** *(ROWA)* | Significant Plant Communities (200 meters [656 feet]) | | | • | | | ✓ |
| **CSU-12** *(ROWA)* | Significant Plant Communities (no buffer) | | | | • | | ✓ |
| **CSU-13** *(ROWA)* | Osprey Nest Sites | | • | | • | | ✓ |
| **CSU-14** *(ROWA)* | Ferruginous Hawk Nest Sites | | • | | • | | ✓ |
| **CSU-15** *(ROWA)* | Red-tailed Hawk Nest Sites | | • | | • | | ✓ |
| **CSU-16** *(ROWA)* | Swainson's Hawk Nest Sites | | • | | • | | ✓ |
| **CSU-17** *(ROWA)* | Peregrine Falcon Nest Sites | | • | | • | | ✓ |
| **CSU-18** *(ROWA)* | Prairie Falcon Nest Sites | | • | | • | | ✓ |
| **CSU-19** *(ROWA)* | Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls) | | • | | • | | ✓ |
| **CSU-20** *(ROWA)* | Sage-grouse Nesting and Early Brood-rearing Habitat | | | | • | | ✓ |
| **CSU-21** *(ROWA)* | Special Status Bat Species' Roost Sites and Winter Hibernacula | | | | • | | ✓ |

BLM_0023609

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 65 of 122

**Table B-2**
**Summary of Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative | | | | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | |
| **CSU-22** *(ROWA)* | Kit Fox Dens | | • | | • | | ✓ |
| **CSU-23** *(ROWA)* | Occupied Prairie Dog Towns | | • | | • | | ✓ |
| | **Fish and Wildlife** | | | | | | |
| **CSU-1** *(ROWA)* | Major River Corridors | | | • | | | ✓ |
| **CSU-10** *(ROWA)* | Wildlife Habitat | | • | • | | | ✓ |
| **WILDLIFE HABITAT CSU CO** | Wildlife Habitat | | • | | | | ✓ |
| **CSU-24** *(ROWA)* | Deer and Elk Migration and Movement Corridors | | • | • | | | ✓ |
| **CSU-25** | Wildlife Emphasis Areas | | | • | • | | ✓ |
| | **Wild Horses** | | | | | | |
| *CSU-2 (Exhibit GJ-2FA) (BLM 1987)* | Scenic and Natural Values (Little Book Cliffs Wild Horse Area) | • | | | | ✓ | |
| **CSU-26** | Little Book Cliffs Wild Horse Range | | | | • | | ✓ |
| | **Cultural Resources** | | | | | | |
| **CSU-27** *(ROWA Alternatives B and C)* | Allocation to Scientific Use Category | | • | • | • | | ✓ |
| **CSU-28** *(ROWA Alternatives B and C)* | Allocation to Public Use Category | | • | • | • | | ✓ |
| **CSU-29** *(ROWA)* | Sub-surface Inventory | | • | • | • | | ✓ |
| *CSU-5 (ROWA) (BLM 1987)* | Known Cultural Resource Values | • | | | | ✓ | |
| | **Visual Resources** | | | | | | |
| **CSU-30** *(ROWA)* | VRM Class II | | • | • | • | | ✓ |
| *CSU-2 (BLM 1987)* | Scenic and Natural Values (Bangs Benches, the Book Cliffs, established BLM recreation sites, Grand Mesa Slopes, Granite Creek Benches, Gunnison River corridor, highway corridors, Hunter/Garvey, Little Book Cliffs Wild Horse Area, Sinbad Valley, South Shale Ridge, and Unaweep Valley) | • | | | | ✓ | |
| | **Recreation and Visitor Services** | | | | | | |
| *CSU-2 (BLM 1987)* | Scenic and Natural Values (recreation resources at Bangs Benches, Granite Creek Benches, Hunter/Garvey Benches, and Lower Gunnison River) | • | | | | ✓ | |
| **CSU-31** *(ROWA)* | Recreation | | • | • | • | | ✓ |
| **CSU-32** | Recreation Management Areas | | • | • | • | | ✓ |

BLM_0023610

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 66 of 122

**Table B-2**
**Summary of Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative A | Alternative B | Alternative C | Alternative D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | **Lands and Realty** | | | | | | |
| **DISPOSAL CSU CO** | Disposal | | • | | | | ✓ |
| **CSU-33** | Disposal Tracts | | | | • | | ✓ |
| | **Coal** | | | | | | |
| **COAL MINE CSU CO** | Coal Mine | | • | | | ✓ | |
| **CSU-34** | Federally Leased Coal | | | • | • | ✓ | |
| | **ACEC** | | | | | | |
| **CSU-39** | Roan and Carr Creeks ACEC | | • | | | | ✓ |
| | **Wild and Scenic Rivers** | | | | | | |
| **CSU-35** *(ROWA)* | WSR Study Segments Classified as Scenic and Recreational | | | • | | | ✓ |
| **CSU-36** | Old Spanish National Historic Trail | | | • | | | ✓ |
| **CSU-37** | Scenic Byways (805 meters [0.5-mile]) | | • | • | | | ✓ |
| **CSU-38** | Scenic Byways (402 meters [0.25-mile]) | | | | • | | ✓ |

[1]Details of these stipulations are provided in Table B-6, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities.

[2]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).

[3]For Alternative B, this stipulation applies to all-surface disturbing activities except fluid minerals. For the other alternative(s), it applies to all surface-disturbing activities.

BLM_0023611

**Table B-3**
**Summary of Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative A | Alternative B | Alternative C | Alternative D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | Special Status Species | | | | | | |
| **TL-1** *(ROWA)* | Salmonid and Native, Non-salmonid Fishes (brown, brook, rainbow, and cutthroat trout; bluehead and flannelmouth sucker; roundtail chub; mountain whitefish; Paiute and mottled sculpin; and speckled dace) | | • | • | | | ✓ |
| **TL-2** *(ROWA)* | Occupied Cutthroat Trout Waters | | | | • | | ✓ |
| **TL-3** *(ROWA)* | Migratory Bird Habitat | | • | • | | | ✓ |
| **TL-4** *(ROWA)* | Birds of Conservation Concern's Habitat | | | | • | | ✓ |
| **WILDLIFE RAPTOR NESTS TL CO** | Raptor Nests | | • | | | | ✓ |
| **WILDLIFE SENSITIVE RAPTOR NESTS TL CO** | Sensitive Raptor Nests | | • | | | | ✓ |
| **TL-5** *(ROWA)* | Osprey Nests | | | • | • | | ✓ |
| **TL-6** *(ROWA)* | Ferruginous Hawk Nests | | | • | • | | ✓ |
| **TL-7** *(ROWA)* | Red-tailed Hawk Nests | | | • | • | | ✓ |
| **TL-8** *(ROWA)* | Swainson's Hawk Nest Sites | | | • | • | | ✓ |
| *TL-14 (ROWA) (Exhibit GJ-14EB) (BLM 1987)* | Threatened and Endangered Seasonal Habitat (Peregrine Falcon Habitat) | • | | | | ✓ | |
| **TL-9** *(ROWA)* | Peregrine and Prairie Falcon Nest Sites | | | • | • | | ✓ |
| **TL-10** *(ROWA)* | Goshawk Nest Sites | | | • | • | | ✓ |
| **TL-11** *(ROWA)* | Burrowing Owl Burrows and Nest Sites | | | • | • | | ✓ |
| **TL-12** *(ROWA)* | Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls) | | | • | • | | ✓ |
| **TL-13** *(ROWA)* | Golden Eagle Nest Sites | | • | • | • | | ✓ |
| *TL-14 (ROWA) (Exhibit GJ-14EA) (BLM 1987)* | Threatened and Endangered Seasonal Habitat (Bald Eagle Habitat) | • | | | | ✓ | |
| **TL-14** *(ROWA)* | Bald Eagle Nest Sites | | • | • | • | | ✓ |
| **TL-15** *(ROWA)* | Bald Eagle Winter Roost | | • | • | • | | ✓ |
| **TL-16** *(ROWA)* | Occupied Sage-grouse Winter Habitat | | • | • | | | ✓ |
| **TL-17** *(ROWA)* | Sage-grouse Leks (6.4 kilometers [4 miles]) | | • | | | | ✓ |
| **TL-18** *(ROWA)* | Sage-grouse Leks, Nesting, and Early Brood-rearing Habitat (966 meters [0.6-mile]) | | | | • | | ✓ |
| **TL-19** *(ROWA)* | Occupied Prairie Dog Towns | | • | | • | | ✓ |

BLM_0023612

**Table B-3**
**Summary of Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**[1]

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative | | | | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | |
| | Fish and Wildlife | | | | | | |
| **TL-1** *(ROWA)* | Salmonid and Native, Non-salmonid Fishes (brown, brook, rainbow, and cutthroat trout; bluehead and flannelmouth sucker; roundtail chub; mountain whitefish; Paiute and mottled sculpin; and speckled dace) | | • | • | | | ✓[3] |
| **TL-2** *(ROWA)* | Occupied Cutthroat Trout Waters | | | | • | | ✓ |
| *TL-12 (ROWA) (BLM 1987)* | Deer and Elk Winter Range | • | | | | ✓ | |
| **TL-20** *(ROWA)* | Big Game Winter Range | | • | • | • | | ✓ |
| *TL-9 (ROWA) (BLM 1987)* | Bighorn Seasonal Stipulation | • | | | | ✓ | |
| *TL-4 (ROWA) (BLM 1987)* | Elk Calving Area | • | | | | ✓ | |
| **BIG GAME PRODUCTION TL CO** | Big Game Production | | • | | | | ✓ |
| **TL-21** *(ROWA)* | Big Game Production Areas | | | • | | | ✓ |
| **TL-22** *(ROWA)* | Pronghorn Wintering Habitat | | • | • | • | | ✓ |
| | Wild Horses | | | | | | |
| *TL-10 (ROWA) (BLM 1987)* | Wild Horse Winter Range | • | | | | ✓ | |
| *TL-11 (ROWA) (BLM 1987)*/**TL-23** *(ROWA)* | Wild Horse Foaling Area | • | | | • | ✓ | |

[1]Details of these stipulations are provided in Table B-7, Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities.
[2]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).
[3]For Alternative B, this stipulation applies to all-surface disturbing activities except fluid minerals. For the other alternative(s), it applies to all surface-disturbing activities.

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 68 of 122

BLM_0023613

**Table B-4**
**Summary of Lease Notices (LN)**
**Applicable to Fluid Mineral Leasing[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| | Air Resources | | | | |
| **CO-56** | Air Resources | | • | | |
| | Water Resources | | | | |
| *LN-17* | Palisade Municipal Watershed | • | | | |
| **LN-1** | Source Water Protection Areas | | • | | |
| **LN-2** | Municipal Watersheds and Source Water Protection Areas | | | | • |
| | | | | | |
| *LN-13* | Threatened and Endangered Species Habitat | • | | | |
| **LN-3** | Biological Inventories | | • | • | • |
| *LN-15* | Colorado Hookless Cactus (Formerly Uinta Basin Hookless Cactus) | • | | | |
| **LN-4** | Threatened and Endangered Species / Colorado Hookless Cactus | | • | • | • |
| | Fish and Wildlife | | | | |
| **LN-3** | Biological Inventories | | • | • | • |
| **LN-5** | Working in Wildlife Habitat | | • | • | |
| | | | | | |
| **LN-6** | Class 4 and 5 Paleontological Areas | • | • | • | • |
| | | | | | |
| *LN-16*/ **LN-7** | Powderhorn Ski Area | • | • | | • |

[1]Details of these stipulations are provided in Table B-8, Lease Notices (LN) and Additional Required Conditions of Approval Applicable to Fluid Mineral Leasing.
[2]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| | **Water Resources** | | | | |
| **NSO-1** *(ROWA)*<br>**Major River Corridors.**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 402 meters (0.25-mile/1,320 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) of the Colorado, Gunnison, and Dolores Rivers.<br><br>**PURPOSE:** To protect rivers and adjacent habitat that provide: a) special status fish and wildlife species habitat; b) important riparian values; c) water quality/filtering values; d) waterfowl and shorebird production values; e) valuable amphibian habitat; f) 100-year floodplain; and g) high scenic and recreation values of the three major rivers (Colorado, Gunnison, and Dolores). Minimizing potential deterioration of water quality and high scenic and recreation values; maintaining natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities; and preserving wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows (note: both actions must be met for exception to be granted):<br>• Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action. Design and construction for a 100-year flood event along strait and stable stream reaches would be required;<br>• New trail construction resulting in a disturbance corridor less than or equal to 1.2 meters (48 inches) wide open to nonmotorized use. Trails would be constructed per BLM minimum design standards; and<br>• Section 7 consultation with USFWS on threatened or endangered species and/or their critical habitat has been completed. | | | • | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | **MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **HYDROLOGY RIVER NSO CO**<br>***All Surface-disturbing Activities*** | **STIPULATION:** No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major river:<br><NAME><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br>**PURPOSE:** To protect rivers and adjacent aquatic habitat that provide: a) *special status* or *critical* fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: f) 100-year floodplain, and g) high scenic and recreation values of major rivers. Minimizing potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2). | | • | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | **JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **NSO-2** *(ROWA)* **Streams/ Springs Possessing Lotic Riparian Characteristics.** ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and use and surface-disturbing activities within the riparian zone.<br>**PURPOSE:** To protect water quality and aquatic values and prevent channel degradation, as riparian corridors/flood-prone areas are lands adjacent to waterbodies where activities on land are likely to affect water quality.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows:<br>• Necessary site restoration and management as dictated by initial analysis or later evaluation/monitoring.<br>• Essential stream crossings associated with linear transportation, and utility crossings.<br>• For actions requiring individual permits through the USACE, require a Licensed Professional Engineer to approve and stamp project design, implementation, and reclamation plans.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to maintain the natural hydrologic function and condition of mountain and rangeland stream systems. Properly functioning stream channels, stream banks, and floodplains (including the riparian zone) | | • | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | transport and store sediment at a rate which is in balance with each system's typical flow regime. Any alteration of this system can create an imbalance between sediment supply and flow, resulting in accelerated erosion, decreased water quality, and degraded habitat conditions and for special status aquatic wildlife. This stipulation is also essential to protect fish bearing streams in the GJFO. | | | | |
| **NSO-3**<br>**Definable Streams.**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 30 meters (98 feet) from the edge of the ordinary high-water mark (bank-full stage).<br>**PURPOSE:** To protect water quality and aquatic values and prevent channel degradation.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary because any alteration of properly functioning stream channels, stream banks, and floodplains (including the xeririparian zone) can create an imbalance between sediment supply and stream discharge resulting in accelerated erosion and decreased water quality. | | | • | |
| **NSO-4** *(ROWA)*<br>**Lentic Riparian Areas (including springs, seeps, and fens).**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 100 meters (328 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens and/or wetlands; and water impoundments. For streams, the buffer will be measured from ordinary high-water mark (bank-full stage), whereas for wetland features, the buffer will be measured from the edge of the mapped extent.<br>**PURPOSE:** To maintain the proper functioning condition, including the vegetation, hydrologic, and geomorphic functionality of wetland features. To protect water quality, riparian zones, fens, fish habitat, and aquatic habitat, and to provide a clean, reliable source of water for downstream users. | | • | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | Buffers are expected to indirectly benefit migratory birds, wildlife habitat, amphibians, and other species.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary because surface disturbance within the minimum 100-meter (328-foot) buffer may impair proper function and condition of springs, seeps, and fens. Source areas (for springs, seeps, and fens) are delicate and susceptible to any alteration of natural flow patterns, soil infiltration rates, or drainages within the contributing watershed. Changes to these variables may dewater lentic riparian areas, greatly impairing the system's ability to properly function. | | | | |
| *NSO-1* *(BLM 1987)*<br>**No Surface Occupancy (Grand Junction Municipal Watershed).**<br>1,400 acres<br>***Fluid Minerals Only*** | **STIPULATION:** No occupancy or other activities (fluid minerals only) will be allowed in the Grand Junction municipal watershed on the following portions of this lease: <LEGAL_DESCRIPTIONS><br>**PURPOSE:** To protect municipal watersheds providing domestic water.<br>**EXCEPTION:** Exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows:<br>• New trail construction resulting in a disturbance corridor less than or equal to 1.2 meters (48 inches) wide open to nonmotorized use. Trials would be constructed per BLM minimum design standards.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2). | • | | | |
| **NSO-5**<br>**No Surface Occupancy (Palisade and Grand Junction Municipal** | **STIPULATION:** Prohibit surface occupancy and use and other surface-disturbing activities in the Palisade and Grand Junction municipal watersheds.<br>**PURPOSE:** To protect municipal watersheds providing drinking water to local communities. | | • | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **Watersheds).**<br>*BLM surface/ federal minerals:* 900 acres<br>*Private or State surface/federal minerals:* 8,300 acres<br>***All Surface-disturbing Activities*** | **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would require professionally engineered design and construction for a 100-year flood event along strait and stable stream reaches.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of municipal sources. | | | | |
| **NSO-6** (*ROWA*)<br>**No Surface Occupancy (Palisade and Grand Junction Municipal Watersheds, Collbran and Mesa/ Powderhorn Source Water Protection Areas, and Jerry Creek Watershed).**<br>*BLM surface/ federal minerals:* 34,700 acres<br>*Private or State surface/federal minerals:* 27,600 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and other activities in the Palisade and Grand Junction municipal watersheds, Collbran and Mesa/Powderhorn source water protection areas, and Jerry Creek watershed.<br>**PURPOSE:** To protect municipal watersheds providing drinking water to local communities.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would require professionally engineered design and construction for a 100-year flood event along strait and stable stream reaches.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of domestic and municipal sources. | | | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative A** | **Alternative B** | **Alternative C** | **Alternative D** |
|---|---|---|---|---|---|
| **NSO-7**<br>**Water Intake Zone 3.**<br>3,100 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and other surface-disturbing activities within state identified sensitivity zone 3. In cases where this zone could not be determined through analytic calculations, zone 3 will be defined as a 4-kilometer (2.5-mile) radius around the intake or be based on professional interpretation of geology, topography, and location of municipal wells. The boundary of zone 3 is subject to change based on increased knowledge of groundwater hydrology in these areas.<br>**PURPOSE:** To protect municipal water. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of domestic and municipal sources. | | | • | |
| | Soils and Geology | | | | |
| *NSO-1 (ROWA) (Exhibit GJ-1AB) (BLM 1987)*<br>**No Surface Occupancy (Soils in the Baxter/Douglas Slump Area).**<br>53,100 acres<br>***Fluid Minerals Only*** | **STIPULATION:** No occupancy or other activities will be allowed on the following portions of this lease: <LEGAL_DESCRIPTIONS><br>**PURPOSE:** To protect soils in the Baxter/Douglas slump area.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. | • | | | |
| *NSO-1 (ROWA) (Exhibit GJ-1AA) (BLM 1987)*<br>**No Surface Occupancy** | **STIPULATION:** No occupancy or other activities will be allowed on the following portions of this lease: <LEGAL_DESCRIPTIONS><br>**PURPOSE:** To protect soils in the Plateau area. | • | | | |

BLM_0023621

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **(Soils in the Plateau Area).**<br>900 acres<br>***Fluid Minerals Only*** | **EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change, or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease. | | | | |
| **NSO-9** *(ROWA)*<br>**Fragile Soils.**<br>*BLM surface/ federal minerals:*<br>481,600 acres<br>*Private or state surface/federal minerals:*<br>20,700 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum of 25 meters (82 feet) of fragile soils (distance may be extended based on site-specific conditions). Onsite evaluation of site-specific soil characteristics may be conducted by BLM or a qualified third party to verify Natural Resource Conservation Service soil mapping unit descriptions are appropriate to the site. These evaluations would be conducted at the discretion of the BLM SWA specialist.<br>**PURPOSE:** To maintain site stability, site productivity, prevent excessive soil erosion and sediment transport, and increase reclamation potential.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows:<br>• Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action.<br>• Temporary actions associated with solid mineral exploration (e.g., access roads, exploratory bore holes less than or equal to 20 centimeters [8 inches] in diameter) in which the reclamation process will be initiated a maximum of 1 calendar year from the beginning of construction will be allowed on a case-by-case basis at the discretion of the BLM Authorized Officer. Construction activities will be limited to dry season conditions and subject to site-specific | | | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | mitigation based on soil characteristics. Temporary status of exploration actions may be extended up to a maximum of 3 years (from initial construction) given monitoring results/onsite inspection indicate soil-stabilizing techniques and drainages structures are functional and adequate to protect soil and watershed health.<br>• Stipulation does not apply to OHV open areas.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary because accelerated erosion from fragile soils in the GJFO is a major contributor of nonpoint source pollution in rivers and streams. The 25-meter (82-foot) buffer is necessary to adequately protect fragile soils from stormwater runoff and other impacts associated with surface-disturbing actions. | | | | |
| *NSO-3* *(BLM 1987)*<br>**Steep Slopes.**<br>318,200 acres<br>***Fluid Minerals Only*** | **STIPULATION:** The following portions of the lease include land with greater than 40 percent slopes: <LEGAL_DESCRIPTIONS>. In order to avoid or mitigate unacceptable impacts to soil, water, and vegetation resources on these lands, special design practices may be necessary and higher than normal costs may result. Where impacts cannot be mitigated to satisfaction of the BLM Authorized Officer, no surface-disturbing activities shall be allowed.<br>**PURPOSE:** To maintain site stability, site productivity, prevent excessive soil erosion and sediment transport, and increase reclamation potential.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change, or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. | • | | | |

BLM_0023623

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **GEOLOGY SOIL NSO CO**<br>*BLM surface/ federal minerals: 54,500 acres*<br>*Private or state surface/federal minerals: 3,100 acres*<br>***All Surface-disturbing Activities*** | **STIPULATION:** No surface occupancy or use is allowed on lands with soils, as mapped in the Resource Management Plan, BLM's GIS database or other maps provided by local, state, federal or tribal agencies that are analyzed and accepted by the BLM, with the following special characteristics:<br>Baxter/Douglas Pass Slump Area and the Plateau Creek Slump Area.<br>**On the following lands:** <LEGAL_DESCRIPTION><br>**PURPOSE:** To minimize the risk of mass wasting and sedimentation; reduce reclamation costs; protect soil productivity, rare, or sensitive biota; minimize risk to water bodies, fisheries, and aquatic species habitats; and protect human health and safety (e.g., from landslides and mass wasting).<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION: JUSTIFICATION:** This stipulation is necessary because accelerated erosion from fragile soils in the GJFO is a major contributor of nonpoint source pollution in rivers and streams. The 25-meter (82-foot) buffer is necessary to adequately protect fragile soils from stormwater runoff and other impacts associated with surface-disturbing actions. | | • | | |
| **GEOLOGY SLOPE NSO CO**<br>*BLM surface/ federal minerals:* 347,700 acres<br>*Private or State surface/federal minerals:* 28,800 acres | **STIPULATION:** Prohibit surface occupancy and use on lands with steep slopes greater than 40 percent.<br>**On the following lands:** <LEGAL_DESCRIPTION><br>**PURPOSE:** To minimize the risk of mass wasting and sedimentation; reduce reclamation costs; protect soil productivity, rare, or sensitive biota; minimize risk to water bodies, fisheries, and aquatic species habitats; and protect human health and safety (e.g., from landslides and mass wasting). | | • | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] **Protected Resource Acres/Miles Affected** | **Stipulation Description** | **Alternative A** | **B** | **C** | **D** |
|---|---|---|---|---|---|
| ***All Surface-disturbing Activities*** | **EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary because accelerated erosion from soils on steep slopes in the GJFO can be a major contributor of nonpoint source pollution in rivers and streams. | | | | |
| **NSO-10** *(ROWA)*<br>**Steep Slopes Greater than or Equal to 40 Percent.**<br>*BLM surface/ federal minerals:* 347,700 acres<br>*Private or State surface/federal minerals:* 28,800 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities on lands with steep slopes greater than or equal to 40 percent.<br>**PURPOSE:** To minimize the risk of mass wasting and sedimentation; reduce reclamation costs; protect soil productivity, rare, or sensitive biota; minimize risk to water bodies, fisheries, and aquatic species habitats; and protect human health and safety (from landslides, mass wasting, etc.).<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows:<br>• Above-ground electrical transmission lines.<br>• Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action.<br>• Alternative D only: Temporary actions associated with coal exploration (e.g., access roads, exploratory bore holes less than or equal to 20 centimeters [8 inches] in diameter) in which the reclamation process will be initiated a maximum of 1 calendar year from the beginning of construction will be allowed on a case-by-case basis at the discretion of the Authorized Officer. Construction activities will be limited to dry season conditions and subject to site-specific mitigation. Temporary status of exploration actions may be extended up to a maximum of 3 years (from initial construction) given monitoring results/onsite inspection indicate soil-stabilizing techniques and drainages structures are functional and | | | • | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | adequate to protect soil and watershed health.<br>• Alternative D only: Surface disturbance necessary for development of federally leased coal (e.g., mine portals, roads and pads associated with vent holes, methane capture, etc.). Professionally engineered design, construction, maintenance, and reclamation would be required to mitigate to the fullest extent practicable all potential resource damage associated with the proposed action.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary because accelerated erosion from soils on steep slopes in the GJFO can be a major contributor of nonpoint source pollution in rivers and streams. | | | | |
| | Vegetation | | | | |
| **NSO-2** *(ROWA)*<br><br>**Streams/ Springs Possessing Lotic Riparian Characteristics.**<br><br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and use and surface-disturbing activities within the riparian zone.<br><br>**PURPOSE:** To protect water quality and aquatic values and prevent channel degradation, as riparian corridors/flood-prone areas are lands adjacent to waterbodies where activities on land are likely to affect water quality.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows:<br>• Necessary site restoration and management as dictated by initial analysis or later evaluation/monitoring.<br>• Essential stream crossings associated with linear transportation, and utility crossings.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2). | | • | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | **WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to maintain the natural hydrologic function and condition of mountain and rangeland stream systems. Properly functioning stream channels, stream banks, and floodplains (including the riparian zone) transport and store sediment at a rate which is in balance with each system's typical flow regime. Any alteration of this system can create an imbalance between sediment supply and flow, resulting in accelerated erosion, decreased water quality, and degraded habitat conditions and for special status aquatic wildlife. This stipulation is also essential to protect fish bearing streams in the GJFO. | | | | |
| **NSO-4** *(ROWA)*<br>**Lentic Riparian Areas (including springs, seeps, and fens).**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the riparian zone.<br>**PURPOSE:** To protect water quality and aquatic values and prevent channel degradation.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary because surface disturbance within the minimum 100-meter (328-foot) buffer may impair proper function and condition of springs, seeps, and fens. Source areas (for springs, seeps, and fens) are delicate and susceptible to any alteration of natural flow patterns, soil infiltration rates, or drainages within the contributing watershed. Changes to these variables may dewater lentic riparian areas, greatly impairing the system's ability to properly function. | | • | • | |
| | **Special Status Species** | | | | |
| **NSO-11** *(ROWA)*<br>**Conservation Populations of Cutthroat** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 100 meters (328 feet) from edge of ordinary high-water mark (bank-full stage) of streams containing genetically pure populations of cutthroat trout. Where the riparian corridor width is greater than 100 meters | | | | • |

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 82 of 122

BLM_0023627

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **Trout.**<br>3,600 acres<br>***All Surface-disturbing Activities*** | (328 feet) from stream edge, prohibit surface occupancy and use and surface-disturbing activities within the riparian zone.<br>**PURPOSE:** To protect conservation and core conservation populations of cutthroat trout.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, in-channel restoration or enhancement work designed to improve stream habitat conditions, riparian plantings, and temporary disturbances of less than 0.1 acre where BMPs are applied.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** Streams with conservation and core conservation populations of cutthroat trout are of the highest priority to BLM, USFWS, and CPW. The 100-meter (328-foot) buffer adequately protects fish habitat values because many of the perennial streams are within narrow canyons and steep slopes so the 100-meter (328-foot) buffer covers most of the key habitat for protecting these species. | | | | |
| **NSO-1** *(ROWA)*<br>**Major River Corridors.**<br>11,800 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within stream channels, stream banks, and the area 402 meters (0.25-mile) either side of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) of the Colorado, Gunnison, and Dolores Rivers.<br>**PURPOSE:** To protect these riverine and adjacent areas that provide: a) special status fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of the three major rivers (Colorado, Gunnison, and Dolores).<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows:<br>• Essential future actions in which implementation of a professionally engineered design, construction, maintenance, | | | • | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | B | C | D |
|---|---|---|---|---|---|
| | and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action;<br>• New trail construction resulting in a disturbance corridor less than or equal to 1.2 meters (48 inches) wide open to nonmotorized use. Trials would be constructed per BLM minimum design standards; and<br>• Section 7 consultation with USFWS on threatened or endangered species and/or their critical habitat has been completed.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **HYDROLOGY RIVER NSO CO**<br>***All Surface-disturbing Activities*** | **STIPULATION:** No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major river:<br><NAME><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br>**PURPOSE:** To protect rivers and adjacent aquatic habitat that provide: a) *special status* or *critical* fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: f) 100-year floodplain, and g) high scenic and recreation values of major rivers. Minimizing potential deterioration of water quality, high scenic and recreation values, maintain natural | | • | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **NSO-2** (*ROWA*)<br>**Streams/ Springs Possessing Lotic Riparian Characteristics.**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and use and surface-disturbing activities within the riparian zone.<br>**PURPOSE:** To protect water quality and aquatic values and prevent channel degradation, as riparian corridors/flood-prone areas are lands adjacent to waterbodies where activities on land are likely to affect water quality.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows:<br>• Necessary site restoration and management as dictated by initial analysis or later evaluation/monitoring.<br>• Essential stream crossings associated with linear transportation, and utility crossings. | | • | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** A | B | C | D |
|---|---|---|---|---|---|
| | **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to maintain the natural hydrologic function and condition of mountain and rangeland stream systems. Properly functioning stream channels, stream banks, and floodplains (including the riparian zone) transport and store sediment at a rate which is in balance with each system's typical flow regime. Any alteration of this system can create an imbalance between sediment supply and flow, resulting in accelerated erosion, decreased water quality, and degraded habitat conditions and for special status aquatic wildlife. This stipulation is also essential to protect fish-bearing streams in the GJFO. | | | | |
| *NSO-1 (Partial ROWA) (BLM 1987)* **No Surface Occupancy (ACECs: Badger Wash, Pyramid Rock, Unaweep Seep).** 1,400 acres ***Fluid Minerals Only*** | **STIPULATION:** Prohibit surface occupancy and use (for fluid minerals only) in the following areas: • Hydrologic and sensitive plants study area in Badger Wash ACEC (700 acres) *(Exhibit GJ-1BA)*; • Pyramid Rock State Natural Area (500 acres) *(Exhibit GJ-1EF)*; and • Unaweep Seep State Natural Area and Research Natural Area (200 acres) *(Exhibit GJ-1EG)*. **PURPOSE:** Badger Wash ACEC: To protect sensitive plants. Pyramid Rock: To protect known threatened, proposed, candidate, and sensitive plant species. Unaweep Seep: To protect sensitive plants. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). | • | | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **NSO-12** *(Partial ROWA)*<br>**ACECs.**<br>*Alternative B:* 34,600 acres<br>*Alternative C:* 38,200 acres<br>*Alternative D:* 3,600 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities in the following ACECs to protect threatened, proposed, candidate, and sensitive species:<br>Alternative B:<br>• Atwell Gulch (2,900 acres);<br>• Badger Wash (2,200 acres);<br>• Pyramid Rock (1,300 acres);<br>• South Shale Ridge (28,200 acres); and<br>• Unaweep Seep (85 acres).<br>Alternative C:<br>• Atwell Gulch (6,100 acres);<br>• Badger Wash (2,200 acres);<br>• Plateau Creek (220 acres);<br>• Pyramid Rock (1,300 acres);<br>• South Shale Ridge (28,200 acres); and<br>• Unaweep Seep (85 acres).<br>Alternative D:<br>• Badger Wash (2,200 acres);<br>• Pyramid Rock (1,300 acres); and<br>• Unaweep Seep (80 acres).<br>**PURPOSE:**<br>• Atwell Gulch: To protect threatened and sensitive plants.<br>• Badger Wash: To protect sensitive plants.<br>• Plateau Creek: To protect sensitive fish species.<br>• Pyramid Rock: To protect known threatened, proposed, and sensitive plants.<br>• South Shale Ridge: To protect threatened, proposed, and sensitive plants.<br>• Unaweep Seep: To protect sensitive plants and Great Basin Silverspot Butterfly habitat.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** This stipulation may be modified to include species listed as threatened, endangered, proposed, candidate, or sensitive in the future. This stipulation may also be modified to account for the change in status of species protected in this | | • | • | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative A** | **B** | **C** | **D** |
|---|---|---|---|---|---|
| | stipulation.<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect critical habitat for threatened, proposed, and sensitive plants. | | | | |
| **NSO-13** *(ROWA)*<br>**Current and Historically Occupied Habitat and Critical Habitat of Threatened, Endangered, Proposed, and Candidate Plant and Animal Species.**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit certain surface uses, as specified below, to protect threatened, endangered, proposed, and candidate plants and animals from indirect impacts, loss of immediately adjacent suitable habitat, or impacts to primary constituent elements of critical habitat as designated by USFWS. Maintain existing buffer distances where pre-existing disturbance exists, and reduce redundancies in roads to minimize fragmentation, and minimize direct impacts from motorized and mechanized users of roads, routes and trails. In undisturbed environments and ACECs, prohibit new disturbance within 200 meters (656 feet) of current and historically occupied and suitable habitat. This stipulation includes emergency closures of roads where damage to T&E habitat has occurred.<br>**PURPOSE:** To protect threatened, endangered, proposed, and candidate species from indirect impacts or loss of immediately adjacent suitable habitat.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO may be altered if all of the following conditions are met:<br>1. Section 7 consultation with USFWS on threatened or endangered species has been completed;<br>2. Valid current surveys for protected species have been completed and submitted;<br>3. Mitigation has been applied to avoid adverse impacts to protected species and the proponent will submit monitoring reports; and<br>4. The proposed disturbance would occur in unsuitable habitat.<br>Other surface-disturbing activities may be allowed in suitable habitat if conditions 1 through 3 above are met, and the purpose or the result of the activity would improve habitat conditions | | • | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | for the protected species.<br><br>Allow occupancy within 200 meters (656 feet) when terrain and topography provide adequate protections<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER**: Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION**: This stipulation is necessary to protect threatened, endangered, proposed, and candidate species and ensure the preservation of their habitat (including plant pollinator habitat). | | | | |
| **NSO-14** *(ROWA)*<br><br>**Currently Occupied Habitat of Threatened, Endangered, Proposed, and Candidate Species.**<br><br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities to protect threatened, endangered, proposed, and candidate plants and animals from indirect impacts or loss of immediately adjacent suitable habitat. Maintain existing buffer distances where pre-existing disturbance exists. In undisturbed environments and ACECs, prohibit new disturbance within 200 meters (656 feet) of habitat.<br><br>**PURPOSE:** To protect threatened, endangered, proposed, and candidate species from indirect impacts or loss of immediately adjacent suitable habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO may be altered if all of the following conditions are met:<br>1. Section 7 consultation with USFWS on threatened or endangered species has been completed;<br>2. Valid current surveys for protected species have been completed;<br>3. Mitigation has been applied to avoid adverse impacts to protected species; and<br>4. The proposed disturbance would occur in unsuitable habitat.<br><br>Other surface-disturbing activities may be allowed in suitable habitat if conditions 1 through 3 above are met, and the purpose or the result of the activity would improve habitat conditions for the protected species. | | | | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | **MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to provide minimal protection for occurrences of threatened, endangered, proposed, and candidate species. | | | | |
| **NSO-15** *(ROWA)*<br><br>**BLM Sensitive Plant Species' Occupied Habitat.**<br><br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 100 meters (328 feet) of BLM sensitive plant species' occupied habitat. In addition, relocation of operations by more than 200 meters (656 feet) may be required.<br><br>**PURPOSE:** To reduce or eliminate threats to BLM sensitive plant species to minimize the likelihood and need for listing of these species under the Endangered Species Act of 1973.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions may be granted for activities where no other feasible alternatives are available and losses of population numbers comprise less than five percent of total population present in the action area.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to guard against BLM-permitted activities resulting in the listing of any species on the State Director's Sensitive Species List. This stipulation is based on guidance from the USFWS and BLM (USFWS and BLM 2008). | | | • | |
| **NSO-16** *(ROWA)*<br><br>**Osprey Nest Sites.**<br><br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 402 meters (0.25-mile) of active osprey nest sites.<br><br>**PURPOSE:** To protect osprey habitat and nest sites.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic | | | • | |

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 90 of 122

BLM_0023635

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** ***Acres/Miles Affected*** | **Stipulation Description** | **Alternative A** | **B** | **C** | **D** |
|---|---|---|---|---|---|
| | barriers and vegetation screening to the nest site.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect osprey nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **NSO-17** *(ROWA)*<br>**Ferruginous Hawk Nest Sites.**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 805 meters (0.5-mile) of active ferruginous hawk nest sites and associated alternate nests.<br>**PURPOSE:** To protect ferruginous hawk nesting habitat<br>**EXCEPTION:** Standard exceptions apply (Section B.2). The NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect ferruginous hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | |
| **NSO-18** *(ROWA)*<br>**Red-tailed Hawk Nest Sites.**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 531 meters (0.33-mile) of active red-tailed hawk nest sites and associated alternate nests.<br>**PURPOSE:** To protect red-tailed hawk nesting habitat.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. | | | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] **Protected Resource** ***Acres/Miles Affected*** | Stipulation Description | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| | **MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect red-tailed hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **NSO-19** *(ROWA)*<br><br>**Swainson's Hawk Nest Sites.**<br><br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 402 meters (0.25-mile) of active Swainson's hawk nest sites and associated alternate nests.<br><br>**PURPOSE:** To protect Swainson's hawk nesting habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect Swainson's hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | |
| **NSO-20** *(ROWA)*<br><br>**Peregrine Falcon Nest Sites.**<br><br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 805 meters (0.5-mile) of active peregrine falcon nest sites.<br><br>**PURPOSE:** To protect peregrine falcon nesting habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2). | | | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>***Acres/Miles Affected*** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | **JUSTIFICATION:** This stipulation is necessary to protect peregrine falcon nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **NSO-21** *(ROWA)*<br>**Prairie Falcon Nest Sites.**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 0.5-mile of active prairie falcon nest sites.<br>**PURPOSE:** To protect prairie falcon nesting habitat.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect prairie falcon nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | |
| **NSO-22** *(ROWA)*<br>**Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls).**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 201 meters (0.125-mile) of an active nest site of all accipiters, falcons (except kestrel), buteos, and owls not listed in other NSO stipulations. Raptors that are listed and protected by the Endangered Species Act of 1973 and the Bald and Golden Eagle Protection Act are addressed separately.<br>**PURPOSE:** To protect raptor nesting habitat.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2). | | | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative A** | **Alternative B** | **Alternative C** | **Alternative D** |
|---|---|---|---|---|---|
| | **JUSTIFICATION:** This stipulation is necessary to protect raptor nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2002). | | | | |
| **NSO-23** *(ROWA)* **Golden Eagle Nest Sites.** ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 402 meters (0.25-mile) of active golden eagle nest sites and associated alternate nests. **PURPOSE:** To protect golden eagle nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect golden eagle nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | • | • |
| **NSO-24** *(ROWA)* **Bald Eagle Nest Sites.** ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 402 meters (0.25-mile) of active bald eagle nests. **PURPOSE:** To protect bald eagle nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect bald eagle nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | • | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **NSO-25** (*ROWA*)<br><br>**Sage-grouse Leks, Nesting, and Early Brood-rearing Habitat (4 miles).**<br><br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 6.4 kilometers (4 miles) of an active lek or within sage-grouse nesting and early brood-rearing habitat.<br><br>**PURPOSE:** To protect breeding, nesting, and brood-rearing habitat for the Gunnison and greater sage-grouse.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending upon the active status of the lek or the geographical relationship of topographical barriers and vegetation to the lek site.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to minimize impacts on greater and Gunnison sage-grouse. The four mile buffer is consistent with current scientific research recommendations (The Parachute-Piceance-Roan (PPR) Greater Sage-Grouse Work Group 2008). | | • | • | |
| **NSO-26** (*ROWA*)<br><br>**Canyon Treefrog, Midget Faded Rattlesnake, Northern Leopard Frog, Great Basin Spadefoot, Long-nosed Leopard Lizard, Boreal Toad (no buffer).**<br><br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within all identified canyon treefrog, northern leopard frog, midget faded rattlesnake, Great Basin spadefoot, long-nosed leopard lizard (*Gambelia wislizenii*), and boreal toad breeding and denning sites.<br><br>**PURPOSE:** To protect breeding habitat for canyon treefrog, northern leopard frog, midget faded rattlesnake, Great Basin spadefoot, long-nosed leopard lizard, and boreal toad. Note: no midget faded rattlesnake or boreal toad breeding locations are currently identified in the GJFO.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect important breeding habitat for these species. The Northern Leopard Frog has been petitioned for listing under the Endangered Species Act of 1973. | | • | | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **NSO-27** *(ROWA)*<br>**Canyon Treefrog, Midget Faded Rattlesnake, Northern Leopard Frog, Great Basin Spadefoot, Boreal Toad (0.5-mile).**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 805 meters (0.5-mile) of all identified canyon treefrog, northern leopard frog, midget faded rattlesnake, Great Basin spadefoot, and boreal toad breeding and denning sites.<br>**PURPOSE:** To protect breeding habitat for canyon treefrog, northern leopard frog, midget faded rattlesnake, Great Basin spadefoot and boreal toad. Note: no midget faded rattlesnake or boreal toad breeding locations are currently identified in the GJFO.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect important breeding habitat for these species. The Northern Leopard Frog has been petitioned for listing under the Endangered Species Act of 1973. The larger buffer would ensure potential impacts would be minimized. | | | • | |
| **NSO-28** *(ROWA)*<br>**Special Status Bat Species' Roost Sites and Winter Hibernacula.**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a 402-meter (0.25-mile) radius of the entrance of maternity roosts or hibernacula of BLM sensitive bat species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM.<br>**PURPOSE:** To protect sensitive bat species' maternity roosts and hibernacula.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to minimize impacts on important bat areas. | | | • | |

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **WILDLIFE BAT NSO CO** ***All Surface-disturbing Activities*** | **STIPULATION:** No surface occupancy or use is allowed within a 402 meter (0.25 mile) radius of the entrance of maternity roosts or hibernacula of BLM sensitive bat species, as mapped in the Resource Management Plan, BLM's GIS database or other maps provided by local, state, federal or tribal agencies that are analyzed and accepted by the BLM. <SPECIES> **On the following lands:** <LEGAL_DESCRIPTION> **PURPOSE:** To protect sensitive bat species' maternity roosts and hibernacula. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to minimize impacts on important bat areas. | | • | | |
| **NSO-29** *(ROWA)* **Active Kit Fox Dens.** ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use, surface-disturbing activities, and other intensive activities including but not limited to work-over rigs and permitted recreational events within 200 meters (656 feet) of active kit fox dens. **PURPOSE:** To protect breeding kit fox. Note there are currently no known breeding locations for kit fox in the GJFO. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to minimize disturbance to the kit fox, which have become increasingly rare in Colorado and appear to be significantly more susceptible to disturbance than other canids in the GJFO. | | | • | |

B-46 Grand Junction Field Office Internal Proposed RMP/Final EIS October 2014

BLM_0023642

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **NSO-30** *(ROWA)*<br>**Occupied Prairie Dog Towns (no buffer).**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area) within active white-tailed prairie dog towns.<br>**PURPOSE:** To maintain or improve white-tailed prairie dog habitat and distribution.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). Additional exception criteria include activities that avoid the center of active towns while maintaining the integrity of the town's social structure.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect prairie dogs, a keystone species whose population has been declining across the western US. | | • | | |
| **NSO-31** *(ROWA)*<br>**Occupied Prairie Dog Towns (46 meters).**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area) within 46 meters (150 feet) of active white-tailed prairie dog towns.<br>**PURPOSE:** To maintain or improve white-tailed prairie dog habitat and distribution.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending upon the type of activity and existing disturbance within 46 meters (150 feet) of the white-tailed prairie dog town.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation provides additional protection for prairie dogs, a keystone species whose population has been declining across the western US. | | | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| | Fish and Wildlife | | | | |
| **NSO-32** *(ROWA)*<br>**Research Sites.**<br>130 acres<br>***All Surface-disturbing Activities*** | **STIPULATION**: Prohibit surface occupancy and use and surface-disturbing activities in approved research sites including, but not limited to, the Ant Research Area (16 Road) and the Owl Banding Station (south of DeBeque).<br>**PURPOSE:** To maintain the integrity of ongoing research stations.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would be granted for work to be done in the research areas consistent with the goals and objectives of the research being conducted on the site.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect long-term, ongoing research sites within the GJFO. If research sites are impacted, they incur the potential for research findings to be negatively affected. | | • | • | • |
| **NSO-12** *(Partial ROWA)*<br>**ACECs.**<br>*Alternative B:* 74,800 acres<br>*Alternative C:* 146,600 acres<br>*Alternative D:* 26,300 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities in the following ACECs to protect threatened, proposed, candidate, and sensitive species and habitat:<br>Alternative B:<br>• Atwell Gulch (2,900 acres);<br>• Indian Creek (2,300 acres);<br>• Palisade (32,200 acres);<br>• Rough Canyon (2,800 acres);<br>• Sinbad Valley (6,400 acres); and<br>• South Shale Ridge (28,200 acres).<br>Alternative C:<br>• Atwell Gulch (6,100 acres);<br>• Colorado River Riparian (880 acres);<br>• Glade Park-Pinyon Mesa (27,200 acres);<br>• Indian Creek (2,300 acres);<br>• Palisade (32,200 acres); | | • | • | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | B | C | D |
|---|---|---|---|---|---|
| | • Plateau Creek (220 acres);<br>• Prairie Canyon (6,900 acres);<br>• Roan and Carr Creeks (33,600 acres);<br>• Rough Canyon (2,800 acres);<br>• Sinbad Valley (6,400 acres); and<br>• South Shale Ridge (28,200 acres).<br>Alternative D:<br>• Palisade (23,600 acres); and<br>• Rough Canyon (2,700 acres).<br>**PURPOSE:**<br>• Atwell Gulch: To protect wildlife habitat.<br>• Colorado River Riparian: To protect fisheries values.<br>• Glade Park-Pinyon Mesa: To protect occupied Gunnison sage-grouse habitat.<br>• Indian Creek: To protect wildlife values.<br>• The Palisade: To protect special status wildlife.<br>• Plateau Creek: To protect fisheries values.<br>• Prairie Canyon: To protect wildlife habitat.<br>• Roan and Carr Creeks: To protect core conservation populations of cutthroat trout.<br>• Rough Canyon: To protect wildlife habitat.<br>• Sinbad Valley: To protect wildlife resources.<br>• South Shale Ridge: To protect wildlife habitat.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** This stipulation may be modified to include species listed as threatened, endangered, proposed, candidate, or sensitive in the future. This stipulation may also be modified to account for the change in status of species protected in this stipulation.<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect critical habitat for threatened, proposed, and sensitive plants. | | | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **RECREATION PARKS NSO CO**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use within the boundaries of the following county parks, state parks, state wildlife areas, federal wildlife refuges, and/or National Park Service units:<br>• Horsethief Canyon State Wildlife Area (1,400 acres)<br>• Jerry Creek Reservoir State Wildlife Area (870 acres)<br>• Plateau Creek State Wildlife Area (1,400 acres)<br>• Highline State Park (350 acres)<br>• Vega State Park (2,000 acres)<br>**On the following lands:** <LEGAL_DESCRIPTION><br>**PURPOSE:** To protect the resources of wildlife refuges and park units, such as county parks, state parks, and wildlife areas, and federal parks and wildlife refuges.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to prevent placement of facilities within the state wildlife areas, where BLM manages the fluid mineral rights. | | • | | |
| *NSO-1 (Exhibit GJ-1 DE) (BLM 1987)*<br>**No Surface Occupancy (Wildlife Habitat in Rough Canyon).**<br>2,600 acres<br>***Fluid Minerals Only*** | **STIPULATION:** Prohibit occupancy or other activity (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS><br>**PURPOSE:** To protect wildlife habitat in Rough Canyon.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease. | • | | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| *NSO-1 (ROWA) (BLM 1987)* **No Surface Occupancy (State Wildlife Areas).** ***Fluid Minerals Only*** | **STIPULATION:** Prohibit occupancy and other activities (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS><br>• Highline Reservoir recreation site (1,800 acres) *(Exhibit GJ-11E)*<br>• Horsethief Canyon (1,400 acres) *(Exhibit GJ-1DD)*<br>• Jerry Creek Reservoir (7,200 acres) *(Exhibit GJ-6BD)*<br>• Vega Reservoir recreation site (4,000 acres) *(Exhibit GJ-11D)*<br>**PURPOSE:** To protect wildlife habitat, reservoirs, and recreation facilities.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2). | • | | | |
| *NSO-1 (Exhibit GJ-1DC) (BLM 1987)* **No Surface Occupancy (Elk Calving Sites).** ***Fluid Minerals Only*** | **STIPULATION:** Prohibit occupancy or other activity (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS><br>**PURPOSE:** To protect elk calving sites.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease. | • | | | |
| **NSO-34** *(ROWA)* **Elk Production Area.** *BLM surface/ federal minerals:* 13,100 acres *Private or State* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities in elk production areas year-round.<br>**PURPOSE:** To protect elk production areas. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard modifications apply (Section B.2). | | • | • | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| *surface/federal minerals*: 25,100 acres<br>***All Surface-disturbing Activities*** | **JUSTIFICATION:** This stipulation is necessary to reduce surface disturbance and habitat fragmentation on BLM lands that CPW has identified as elk calving habitat. | | | | |
| **WILDLIFE HABITAT NSO CO**<br>***All Surface-disturbing Activities*** | **STIPULATION:** No surface occupancy or use is allowed within the following wildlife emphasis or priority areas, as identified in the Resource Management Plan:<br>• Blue Mesa (wintering habitat for mule deer and elk) (9,300 acres);<br>• Bull Hill (wintering habitat for mule deer and elk) (4,800 acres);<br>• A portion of East Salt Creek (wintering habitat for mule deer and elk) (4,500 acres);<br>• A portion of Prairie Canyon (pronghorn antelope habitat) (5,600 acres);<br>• Sunnyside (wintering and migratory habitat for bighorn sheep, mule deer, elk, and Greater Sage-Grouse) (14,500 acres); and<br>• Timber Ridge (habitat for mule deer, elk, and Gunnison Sage-Grouse) (11,800 acres).<br>**On the following lands:** <LEGAL_DESCRIPTION><br>**PURPOSE:** To protect lands identified in the Resource Management Plan as unique and important wildlife habitat.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect the highest priority wildlife habitat for deer, elk, antelope, bighorn sheep, and sage-grouse. Wildlife emphasis areas were identified in coordination with CPW biologists. | | • | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **NSO-35** *(ROWA)* **Wildlife Emphasis Areas.** 57,800 acres ***All Surface-disturbing Activities*** | **STIPULATION**: Prohibit surface occupancy and use and surface-disturbing activities within the following wildlife emphasis areas:<br>• Beehive (wintering and migratory habitat for mule deer and elk) (4,700 acres);<br>• Blue Mesa (wintering habitat for mule deer and elk) (9,300 acres);<br>• Bull Hill (wintering habitat for mule deer and elk) (4,800 acres);<br>• Casto (wintering habitat for mule deer and elk) (4,200 acres);<br>• A portion of East Salt Creek (wintering habitat for mule deer and elk) (4,400 acres);<br>• A portion of Prairie Canyon (pronghorn antelope habitat) (5,600 acres);<br>• A portion of Rapid Creek (wintering habitat for mule deer) (1,700 acres); and<br>• Sunnyside (wintering and migratory habitat for bighorn sheep, mule deer, elk, and sage-grouse) (11,300 acres); and<br>• Timber Ridge (habitat for mule deer, elk, and sage-grouse) (11,800 acres).<br>**PURPOSE:** To protect wildlife emphasis areas for the species noted above. Wildlife emphasis areas are areas of the highest value/top-ranked wildlife habitat (by BLM and CPW) for multiple species.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would be granted for range improvement projects designed to improve livestock grazing distribution.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect the highest priority wildlife habitat for deer, elk, antelope, bighorn sheep, and sage-grouse. Wildlife emphasis areas were identified in coordination with CPW biologists. | | | • | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | Wild Horses | | | | |
| **NSO-36** *(ROWA)*<br>Little Book Cliffs Wild Horse Range.<br>35,200 acres<br>***All Surface-disturbing Activities*** | **STIPULATION**: Prohibit surface occupancy and use and surface-disturbing activities on lands within the LBCWHR.<br>**PURPOSE:** To reduce impacts on wild horses in the LBCWHR.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would be granted for gather activities, vegetative treatments, water hauling or the development of springs, catchments, reservoirs, storage tanks, exclosures or fences designed to improve wild horse forage, distribution, containment, or overall management.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard modifications apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to mitigate impacts that could interfere with the protection and management of wild horses in the LBCWHR. | | • | • | |
| | Cultural Resources | | | | |
| **NSO-37** *(ROWA)*<br>**Allocation to Conservation Use Category.**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities, including archaeological excavation, within 100 meters (328 feet) around eligible sites allocated to Conservation Use.<br>**PURPOSE:** To protect unique scientific information in sites allocated to Conservation Use.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** The BLM's Authorizing Officer may modify the site-protection boundary on a case-by-case basis, taking into account topographical barriers, the design of the proposed action, and the characteristics of the cultural resource site and/or area.<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to preserve sites allocated to Conservation Use, where mitigation through data recovery is not an option. This stipulation allows the BLM | | • | • | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative A** | **Alternative B** | **Alternative C** | **Alternative D** |
|---|---|---|---|---|---|
| | to mitigate impacts that can cause significant degradation to the site integrity criteria that are applied in the designation of the cultural resource as eligible or potentially eligible for nomination to the NRHP *(36 CFR part 800.5(a)(1))*. | | | | |
| **NSO-38** *(ROWA)* **Allocation to Traditional Use Category.** ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 200 meters (656 feet), from the boundary of the following known eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply appropriate mitigation, which may include redesign. **PURPOSE:** To protect values that contribute to sites allocated to Traditional Use. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** The BLM's Authorizing Officer may modify the site-protection boundary on a case-by-case basis after completion and documentation of Native American Consultation, taking into account topographical barriers, the design of the proposed action, and the characteristics of the cultural resource site and/or area. **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to address indirect or secondary impacts that can occur to cultural resources that have been identified by the Ute Indian Tribe and Ute Mountain Ute Indian Tribe. This stipulation buffer has been established through consultation conducted with the Ute Indian Tribe for the Orchard GAP (shared CRVFO-GJFO MDP) and during the RMP Ute Ethnohistory project with the Ute Indian Tribe and the Ute Mountain Ute Tribe. Impacts to Traditional Use sites are typically not mitigated through data recovery. This stipulation allows the BLM to mitigate impacts that can cause significant degradation to the site integrity criteria that are applied in the designation of the cultural resource as eligible or potentially eligible for nomination to the NRHP *(36 CFR part 800.5(a)(1))*. | | • | • | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| *NSO-1* *(BLM 1987)* **No Surface Occupancy (Cultural Resources).** 4,600 acres ***Fluid Minerals Only*** | **STIPULATION:** Prohibit occupancy or other activity (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS> • Site 5ME1358 *(Exhibit GJ-1HF)* (170 acres); • Indian Creek *(Exhibit GJ-1HA)* (1,400 acres); • Rough Canyon *(Exhibit GJ-1HB)* (2,600 acres); and • Ladder Springs *(Exhibit GJ-1HG)* (460 acres). **PURPOSE:** To protect unique, significant, and fragile cultural resources. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. | • | | | |
| **NSO-39** *(ROWA Alternatives B and C)* **Cultural Resources (Indian Creek).** 1,700 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities in the following areas: • West Indian Creek (520 acres); and • East Indian Creek (1,200 acres). **PURPOSE:** To protect cultural resources. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard modifications apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary because data recovery to mitigate adverse effects (for the purposes of compliance with Section 106 of the NHPA) is not an objective for these sites. This stipulation also preserves the site(s) within these areas for long term research projects. | | • | • | • |
| | Visual Resources | | | | |
| *NSO-1* *(BLM 1987)* **No Surface Occupancy** | **STIPULATION:** Prohibit occupancy or other activity (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS>. • Juanita Arch (330 acres) *(Exhibit GJ-1GA)*; | • | | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **(Visual Resources).**<br>189,900 acres<br>***Fluid Minerals Only*** | • The Goblins (120 acres) *(Exhibit GJ-1GB)*;<br>• Dolores River corridor (55,200 acres) *(Exhibit GJ-1GE)*;<br>• Gunnison River corridor (22,000 acres) *(Exhibit GJ-1GF)*;<br>• The Book Cliffs (15,300 acres) *(Exhibit GJ-1GH)*;<br>• Bangs Canyon (39,900 acres) *(Exhibit GJ-1GJ)*;<br>• Sinbad Cliffs (7,400 acres) *(Exhibit GJ-1GK)*;<br>• Granite Creek Canyon/Cliffs (14,200 acres) *(Exhibit GJ-1GL)*;<br>• Unaweep Canyon (54,000 acres) *(Exhibit GJ-1GM)*;<br>• Hunter/Garvey Cliffs (24,400 acres) *(Exhibit GJ-1GN)*; and<br>• Vega State Recreation Area (7,100 acres) *(Exhibit GJ-1GO)*.<br>**PURPOSE:** To protect visual resources. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease. | | | | |
| **VISUAL CLASS I NSO CO**<br>***All Surface-Disturbing Activities***<br>98,700 acres | **STIPULATION:** No surface occupancy or use is allowed in VRM Objective Class I areas and the Goblins<br>**On the following lands:** <LEGAL_DESCRIPTION><br>**PURPOSE:** To protect the quality of the scenic (visual) values.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard modifications apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to ensure the protection of vital visual features in the GJFO landscape. | | • | | |
| **NSO-40**<br>**VRM (Class I and the** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within the following areas:<br>• All VRM Class I areas; and | | | • | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Goblins).**<br>*Alternative C:* 101,000 acres<br>*Alternative D:* 9,500 acres<br>***All Surface-disturbing Activities*** | • The Goblins.<br>**PURPOSE:** To protect the quality of the scenic (visual) values.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to ensure the protection of vital visual features in the GJFO landscape. | | | | |
| | **Lands Managed for Wilderness Characteristics** | | | | |
| **NSO-41**<br>**Lands Managed for Wilderness Characteristics.**<br>171,000 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities on identified lands managed to protect inventoried wilderness characteristics:<br>• Bangs Canyon (20,400 acres);<br>• East Demaree Canyon (4,800 acres);<br>• East Salt Creek (17,000 acres)<br>• Hunter Canyon (32,000 acres);<br>• Kings Canyon (9,600 acres);<br>• Lumsden Canyon (10,100 acres);<br>• Maverick (20,400 acres);<br>• South Shale Ridge (27,500 acres);<br>• Spink Canyon (13,100 acres);<br>• Spring Canyon (8,800 acres);<br>• Unaweep Canyon (7,200 acres); and<br>• West Creek (adjacent) (110 acres).<br>**PURPOSE:** To protect inventoried wilderness characteristics and their locally, regionally, or nationally significant recreational, social, economic, and environmental values.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to ensure lands with identified wilderness characteristics remain in their current undeveloped state. | | | • | |

BLM_0023654

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | Alternative A | B | C | D |
|---|---|---|---|---|---|
| **LANDS WITH WILDERNESS CHARACTERISTICS NSO CO.**<br>44,100 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** No surface occupancy or use is allowed on identified lands being managed to protect inventoried wilderness characteristics, in accordance with the Resource Management Plan:<br>• Bangs Canyon (19,600 acres);<br>• Maverick (17,800 acres);<br>• Unaweep Canyon (6,700 acres)<br>**On the following lands:** <LEGAL_DESCRIPTION><br>**PURPOSE:** To protect inventoried wilderness characteristics and their locally, regionally, or nationally significant recreational, social, economic, and environmental values.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard modifications apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to ensure lands with identified wilderness characteristics remain in their current undeveloped state. | | • | | |
| | **Recreation and Visitor Services** | | | | |
| *NSO-1 (ROWA) (BLM 1987)*<br>**No Surface Occupancy (Recreational Resources).**<br>114,000 acres<br>***Fluid Minerals Only*** | **STIPULATION:** Prohibit occupancy or other activity (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS>.<br>• The Palisade ONA (860 acres) *(Exhibit GJ-11A)*;<br>• Established recreation sites (200 acres) *(Exhibit GJ-11B)*;<br>• Island Acres (560 acres) *(Exhibit GJ-11C)*;<br>• Vega State Recreation Area (4,000 acres) *(Exhibit GJ-11D)*;<br>• Highline Reservoir Recreation Area (1,7800 acres) *(Exhibit GJ-11E)*;<br>• Rough Canyon ACEC (2,600 acres) *(Exhibit GJ-11F)*;<br>• Hunter/Garvey backcountry (23,000 acres) *(Exhibit GJ-11G)*;<br>• Granite Creek Canyons/Cliffs (14,000 acres) *(Exhibit GJ-11H)*;<br>• Bangs Canyon (36,900 acres) *(Exhibit GJ-11I)*;<br>• Dolores River (8,400 acres) *(Exhibit GJ-11K)*; and | • | | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| | • Gunnison River (21,500 acres) *(Exhibit GJ-11L)*.<br>**PURPOSE:** To protect recreational resources.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease. | | | | |
| **NSO-42**<br>**Special Recreation Management Areas.**<br>*Alternative C:* 17,300 acres<br>*Alternative D:* 25,200 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within the following RMZs/SRMAs.<br>Alternative C:<br>• Bangs (17,300 acres)<br>Alternative D:<br>• Bangs (17,300 acres)<br>• Castle Rock (4,400 acres)<br>• Gunnison River Bluffs (800 acres)<br>• Palisade Rims (2,700 acres)<br>**PURPOSE:** To protect: specific recreation-tourism visitors and/or community customer markets to be served, and to maintain the specific setting character and/or service delivery system conditions that are essential to achievement of the experiences and benefits identified in management objectives for the SRMA.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard modifications apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | | | • | • |

BLM_0023656

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | B | C | D |
|---|---|---|---|---|---|
| **RECREATION SRMA NSO CO**<br>***All Surface-disturbing Activities***<br>87,000 acres | **STIPULATION:** No surface occupancy or use is allowed within the following Special Recreation Management Areas (SRMAs) as identified in the Resource Management Plan:<br>• Bangs;<br>• Dolores River Canyon;<br>• North Fruita Desert; and<br>• Palisade Rim.<br>**On the following lands:** <LEGAL_DESCRIPTION><br>**PURPOSE:** To protect specific recreation-tourism visitors and/or community customer markets to be served, and maintain the specific setting character and/or service delivery system conditions that are essential to achievement of the experiences and benefits identified in management objectives for the SRMA.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | | • | | |
| **RECREATION PARKS NSO CO**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use within the boundaries of the following county parks, state parks, state wildlife areas, federal wildlife refuges, and/or National Park Service units:<br>• Horsethief Canyon State Wildlife Area (1,400 acres)<br>• Jerry Creek Reservoir State Wildlife Area (870 acres)<br>• Plateau Creek State Wildlife Area (1,400 acres)<br>• Highline State Park (350 acres)<br>• Vega State Park (2,000 acres)<br>**On the following lands:** <LEGAL_DESCRIPTION><br>**PURPOSE:** To protect the resources of wildlife refuges and | | • | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative A** | **B** | **C** | **D** |
|---|---|---|---|---|---|
| | park units, such as county parks, state parks, and wildlife areas, and federal parks and wildlife refuges.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to prevent placement of facilities within the state wildlife areas, where BLM manages the fluid mineral rights. | | | | |
| | **Fluid Minerals (Oil and Gas and Geothermal Resources)** | | | | |
| *NSO-1 (BLM 1987)*<br>**No Surface Occupancy (State Wildlife Areas).**<br>***Fluid Minerals Only*** | **STIPULATION:** Prohibit occupancy and other activities (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS><br>• Highline Reservoir recreation site (1,788 acres) *(Exhibit GJ-11E)*<br>• Horsethief Canyon (1,400 acres) *(Exhibit GJ-11DD)*<br>• Jerry Creek Reservoir (7,200 acres) *(Exhibit GJ-6BD)*<br>• Vega Reservoir recreation site (4,000 acres) *(Exhibit GJ-11D)*<br>**PURPOSE:** To protect wildlife habitat, reservoirs, and recreation facilities.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2). | • | | | |
| **RECREATION PARKS NSO CO**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use within the boundaries of the following county parks, state parks, state wildlife areas, federal wildlife refuges, and/or National Park Service units:<br>• Horsethief Canyon State Wildlife Area (1,400 acres)<br>• Jerry Creek Reservoir State Wildlife Area (870 acres)<br>• Plateau Creek State Wildlife Area (1,400 acres)<br>• Highline State Park (350 acres)<br>• Vega State Park (2,000 acres) | | • | | |

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 114 of 122

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | **On the following lands:**<br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To protect the resources of wildlife refuges and park units, such as county parks, state parks, and wildlife areas, and federal parks and wildlife refuges.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to prevent placement of facilities within the state wildlife areas, where BLM manages the fluid mineral rights. | | | | |
| | ACECs | | | | |
| *NSO-1 (Partial ROWA)*<br>*(BLM 1987)*<br><br>**NSO-12** *(Partial ROWA)*<br><br>**ACECs.**<br><br>*Alternative A:*<br>28,800 acres<br><br>*Alternative B:*<br>89,800 acres<br><br>*Alternative C:*<br>168,000 acres<br><br>*Alternative D:*<br>33,200 acres<br><br>***Alternative A: Fluid Minerals Only***<br><br>***Alternatives B, C, and D: All Surface-*** | **STIPULATION**: Prohibit surface occupancy and use (for fluid minerals only in Alternative A), and prohibit surface occupancy and use and surface-disturbing activities (Alternatives B, C, and D), within the following ACECs:<br><br>Alternative A:<br>• Badger Wash (hydrologic and sensitive plants study area) *(Exhibit GJ-1BA)* (1,900 acres);<br>• Palisade *(Exhibit GJ-11A)* (23,600 acres);<br>• Pyramid Rock State Natural Area (550 acres) *(Exhibit GJ-1EF)*;<br>• Rough Canyon *(Exhibit GJ-1EF)* (2,700 acres); and<br>• Unaweep Seep *(Exhibit GJ-1EG)* (80 acres).<br><br>Alternative B:<br>• Atwell Gulch (2,900 acres);<br>• Badger Wash (2,200 acres);<br>• Dolores River Riparian (7,400 acres);<br>• Indian Creek (2,300 acres);<br>• Juanita Arch (1,600 acres);<br>• Mt. Garfield (2,400 acres);<br>• Palisade (32,200 acres);<br>• Pyramid Rock (1,300 acres);<br>• Rough Canyon (2,800 acres); | • | • | • | • |

BLM_0023659

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| ***disturbing Activities*** | • Sinbad Valley (6,400 acres);<br>• South Shale Ridge (28,200 acres); and<br>• Unaweep Seep (85 acres).<br><br>Alternative C:<br>• Atwell Gulch (6,100 acres);<br>• Badger Wash (2,200 acres);<br>• Colorado River Riparian (880 acres);<br>• Coon Creek (110 acres);<br>• Dolores River Riparian (7,400 acres);<br>• Glade Park-Pinyon Mesa (27,200 acres);<br>• Gunnison River Riparian (460 acres);<br>• Hawxhurst Creek (860 acres);<br>• Indian Creek (1,700 acres);<br>• John Brown Canyon (1,400 acres);<br>• Juanita Arch (1,600 acres);<br>• Mt. Garfield (5,700 acres);<br>• Nine-mill Hill Boulders (90 acres);<br>• Palisade (32,200 acres);<br>• Plateau Creek (220 acres);<br>• Prairie Canyon (6,900 acres);<br>• Pyramid Rock (1,300 acres);<br>• Reeder Mesa (470 acres);<br>• Roan and Carr Creeks (33,600 acres);<br>• Rough Canyon (2,800 acres);<br>• Sinbad Valley (6,400 acres);<br>• South Shale Ridge (28,200 acres); and<br>• Unaweep Seep (85 acres).<br><br>Alternative D:<br>• Badger Wash (2,200 acres);<br>• Palisade (26,900 acres);<br>• Pyramid Rock (1,300 acres);<br>• Rough Canyon (2,700 acres); and<br>• Unaweep Seep (80 acres).<br><br>**PURPOSE:** To protect and prevent irreparable damage to resources described in the relevance and importance criteria for | | | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| | which the ACEC was established.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change, or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease.<br><br>**JUSTIFICATION:** This stipulation is necessary to protect areas that contain highly important resources requiring special protections. | | | | |
| | **Wilderness Study Areas** | | | | |
| **NSO-43**<br><br>**Wilderness Study Areas.**<br><br>96,500 acres<br><br>***All Surface-disturbing Activities*** | **STIPULATION**: Prohibit surface occupancy and use and surface-disturbing activities in WSAs in accordance with the Interim Management Policy for Lands Under Wilderness Review (BLM Manual H-8550-1) (BLM 1995c).<br>• Demaree Canyon (22,700 acres);<br>• Little Book Cliffs (29,300 acres);<br>• The Palisade (26,700 acres);<br>• Sewemup Mesa (17,800 acres).<br><br>**PURPOSE:** To preserve wilderness characteristics in WSAs in accordance with non-impairment standards as defined by the Interim Management Policy for land under wilderness review (BLM Manual H-8550-1).<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to preserve wilderness characteristics in WSAs in accordance with non-impairment standards as defined by the Interim Management Policy for land under wilderness review (BLM Manual H-8550-1). | • | • | • | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative A | B | C | D |
|---|---|---|---|---|---|
| | **Wild and Scenic Rivers** | | | | |
| **NSO-44** *(ROWA)* **WSR Study Segments Classified as Wild.** 1,100 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 402 meters (0.25-mile) of either side of the active river channel (bank-full stage): • North Fork West Creek. **PURPOSE:** To protect the outstanding remarkable values, water quality, and free-flowing nature and recommended classification of suitable segments. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to ensure WSR segments classified as Wild remain undeveloped and waters unpolluted. | | | • | |
| | **National Trails** | | | | |
| **NSO-45** *(ROWA)* **Old Spanish National Historic Trail (50 meters).** 1,000 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 50 meters (164 feet) of the center line of the congressionally designated Old Spanish National Historic Trail. **PURPOSE:** To protect the physical evidence of the trail, associated cultural and historic resources, and integrity of the viewshed associated with the Old Spanish National Historic Trail. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would be granted for actions not resulting in long-term adverse impacts to the trail. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect the cultural and historic resources along this congressionally designated historic trail. | | • | | • |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **NSO-46** *(ROWA)* **Old Spanish National Historic Trail (0.5 mile).** 3,400 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 805 meters (0.5-mile) of the center line of the congressionally designated Old Spanish National Historic Trail. **PURPOSE:** To protect the physical evidence of the trail, associated cultural and historic resources, and integrity of the viewshed associated with the Old Spanish National Historic Trail. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would be granted for actions not resulting in long-term adverse impacts to the trail. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect to protect the cultural and historic resources along this congressionally designated historic trail. | | | • | |

[1]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).

**Table B-6**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative A** | **B** | **C** | **D** |
|---|---|---|---|---|---|
| | Water Resources | | | | |
| **CSU-39** **Roan and Carr Creeks ACEC.** 33,600 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required in the Roan and Carr Creeks ACEC (33,600 acres). **PURPOSE:** To protect and prevent irreparable damage to unique riparian habitats, genetically pure populations of cutthroat trout, and Greater Sage-Grouse habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect areas that contain highly important resources requiring special protections. | | • | | |
| **CSU-1** *(ROWA)* **Major River Corridors.** 12,700 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Apply CSU (site-specific relocation) restrictions from 402 to 805 meters (0.25- to 0.5-mile) landward from identified NSO buffer (402 meters [0.25-mile] from ordinary high water mark or within 100 meters [328 feet] of the 100-year floodplain, whichever is greatest) on either side of the Colorado, Gunnison, and Dolores Rivers for fluid mineral development. **PURPOSE:** To protect these riverine and adjacent areas that provide: a) special status fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of the three major rivers (Colorado, Gunnison, and Dolores). **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: • Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action. | | | • | |

**Table B-6**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative A** | **B** | **C** | **D** |
|---|---|---|---|---|---|
| | **MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| *CSU-7 (ROWA) (BLM 1987)*<br>**Perennial Streams Water Quality.**<br>***Fluid Minerals Only*** | **STIPULATION:** Limit surface-disturbing activities (for fluid minerals only) within 31 meters (100 feet) of perennial streams to essential roads and utility crossings.<br>**PURPOSE:** To reduce impacts to water quality.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. | • | | | |
| **CSU-2** *(ROWA)*<br>**Hydrologic Features/Riparian.**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 152 meters (500 feet) from the edge of any hydrologic feature including perennial and intermittent streams, wetlands (including fens), lakes, springs, seeps, and riparian areas.<br>**PURPOSE:** To protect water quality and aquatic values and prevent channel degradation, as Streamside Management Zones are lands adjacent to a waterbody where activities on land are likely to affect water quality.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is necessary to protect water quality, riparian and wildlife dependent habitats. | | | • | • |

**Table B-6**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **CSU-3** (*ROWA*)<br>**Definable Streams.**<br>***All Surface-disturbing Activities*** | **STIPULATION:** Surface-disturbing actions within a minimum distance of 30 meters (98 feet) from the edge of the ordinary high-water mark (bank-full stage) should be avoided to the greatest extent practicable and disturbances would be subject to site specific relocation at the discretion of the BLM.<br>**PURPOSE:** To protect watershed resource values and reduce non-point source pollutant contributions to the Colorado River system.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2)<br>**JUSTIFICATION:** This stipulation is necessary to carefully plan and appropriately mitigate disturbances near surface water drainages in order to reduce non-point source pollutant contributions from BLM lands to the Colorado River system. | | • | | |
| *CSU-6*<br>*(BLM 1987)*<br>**Watersheds.**<br>10,600 acres<br>***Fluid Minerals Only*** | **STIPULATION:** Require that all lease operations (for fluid minerals only) avoid interference with watershed resource values located on the following portions of this lease:<br>• Jerry Creek Reservoirs (5,400 acres) *(Exhibit GJ-6BD)* and<br>• The Palisade municipal watershed (5,200 acres) *(Exhibit GJ-6BB)*.<br>**PURPOSE:** To protect watershed resource values.<br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br>**MODIFICATION:** This may include the relocation of proposed roads, drilling sites, and other facilities, or the application of appropriate mitigating measures.<br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. | • | | | |
| **CSU-4** (*ROWA*)<br>**Collbran and Mesa/ Powderhorn** | **STIPULATION:** Require that all ground disturbances within source water protection areas and the Jerry Creek watershed avoid interference with watershed resource values. | | • | | • |

Case No. 1:20-cv-02484-MSK Document 33-2 filed 04/27/21 USDC Colorado pg 122 of 122

**Table B-6**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **Source Water Protection Areas, and Jerry Creek Watershed.** *BLM surface/ federal minerals:* 148,200 acres *Private or State surface/federal minerals:* 30,300 acres ***All Surface-disturbing Activities*** | **PURPOSE:** To protect watershed resource values. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2) **JUSTIFICATION:** This stipulation is necessary because land management actions can compromise both water quality and quantity if proper locations, mitigation and construction techniques are not utilized. | | | | |
| | Soils and Geology | | | | |
| **GEOLOGY SOIL CSU CO** ***All Surface-disturbing Activities*** | **STIPULATION:** Surface occupancy or use may be restricted on lands within mapped soils with the following special characteristics: Fragile soils and mapped Mancos shale and saline soils. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to avoid, minimize and mitigate potential effects to soil productivity. **On the following lands:** <LEGAL_DESCRIPTION> **PURPOSE:** To improve reclamation potential, maintain soil stability and productivity of sensitive areas, minimize contributions of salinity, selenium and sediments likely to affect downstream water quality, fisheries and other downstream aquatic habitats. **EXCEPTION:** Standard exceptions apply (Section B.2). | | • | | |

BLM_0023667