| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] | | | Alternative | | |
| Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to decrease potential degradation to soil and watershed resources within the Greater Colorado River Basin. Land use decisions occurring on mapped areas of Mancos Shale (e.g. conversion of native vegetative communities to irrigated hay fields or golf courses) have been documented to mobilize selenium and contaminate ground and surface water resources. The Colorado River Basin Salinity Control Act of 1974 directed the BLM to manage the Colorado River's salinity, including salinity contributed from public lands. | | | | |
| **CSU-6** *(ROWA)* **Mapped Mancos Shale and Saline Soils.** *BLM surface/ federal minerals:* 355,500 acres *Private or State surface/federal minerals:* 12,000 acres ***All Surface- disturbing Activities*** | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within mapped Mancos Shale areas and on saline soils. **PURPOSE:** To improve reclamation potential of disturbed lands, maintain soil stability and productivity in sensitive areas, and to minimize contributions of salt, selenium, sediment, and other minerals constituents of eroding soils likely to affect downstream water quality. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to decrease potential degradation to soil and watershed resources within the Greater Colorado River Basin. Land use decisions occurring on mapped areas of Mancos Shale (e.g. conversion of native vegetative communities to irrigated hay fields or golf courses) have been documented to mobilize selenium and contaminate ground and surface water resources. The Colorado River Basin Salinity Control Act of 1974 directed the BLM to manage the Colorado River's salinity, including salinity contributed from public lands. | | | ● | ● |

BLM_0023668

**Table B-6**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **CSU-7** **Natural Slopes.** *BLM surface/ federal minerals:* 173,100 acres *Private or State surface/federal minerals:* 26,100 acres | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities associated with all other land use authorizations, permits, and leases granted in areas with natural steep slopes in the range of 25 to 40 percent. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to mitigate potential effects to slope stability. | | | • | |
| **All Surface-disturbing Activities** | **PURPOSE:** To minimize the risk of mass wasting and sedimentation; reduce reclamation costs; protect soil productivity, rare, or sensitive biota; minimize risk to water bodies, fisheries, and aquatic species habitats; and protect human health and safety (from landslides, mass wasting, etc.). | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to allow BLM to move surface disturbances away from natural slopes in order to reduce erosion and sediment load, and improve reclamation potential. | | | | |
| | **Vegetation** | | | | |
| **PLANT COMMUNITY CSU CO** **All Surface-disturbing Activities** | **STIPULATION:** Surface occupancy or use may be restricted within occupied habitat that meets BLM's criteria, as established in the Resource Management Plan, for significant and/or relict plant communities: • all old growth forests and woodlands and • plant communities that meet BLM's criteria for significant plant communities Special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development | | | • | |

BLM_0023669

| | Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
| | | **A** | **B** | **C** | **D** |
| | that would demonstrate that habitat would be preserved to maintain the viability of significant or relict plant communities. **On the following lands:** <LEGAL_DESCRIPTION> **PURPOSE:** To conserve significant and/or relict plant communities (e.g. old growth forests, Blue Mountain Deciduous Browse/Aspen Communities and woodlands) that are not otherwise protected. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to minimize the loss of old growth trees by adjusting the location of well pads, access roads, and other development; and to limit new disturbance within relic plant communities, thus reducing fragmentation, and the possibility of degradation or loss. | | | | |
| **CSU-8** *(ROWA)* **Old Growth Forests and Woodlands.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within all old growth forests and woodlands. Special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain the viability of significant or relict plant communities. **PURPOSE:** To conserve significant and/or relict plant communities (i.e., old growth forests and woodlands) that are not otherwise protected. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to minimize the loss of old growth trees by adjusting the location of well pads, access roads, and other development. | | | • | • |

BLM_0023670

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** *(Existing/New)*[1] | | | Alternative | | |
| **Protected Resource** | **Stipulation Description** | **A** | **B** | **C** | **D** |
| **Acres/Miles Affected** | | | | | |
| | Special Status Species | | | | |
| **CSU-9** *(ROWA)*<br><br>**BLM Sensitive Plant Species Occupied Habitat.** | **STIPULATION:** For plant species listed as sensitive by BLM, special design, construction, and implementation measures within a 100-meter (328 feet) buffer from the edge of occupied habitat may be required. In addition, relocation of operations by more than 200 meters (656 feet) may be required. | | ● | | |
| | **PURPOSE:** To protect BLM sensitive plant species from direct and indirect impacts, including loss of habitat. The protection buffer reduces dust transport, weed invasion, chemical and produced-water spills and those effects on BLM sensitive plant populations. It also reduces impacts to important pollinators and their habitat. | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to reduce direct impacts to sensitive status species by placing disturbances outside of occupied habitat. | | | | |
| **CSU-10** *(ROWA)*<br><br>**Wildlife Habitat.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Require proponents of surface-disturbing activities to implement specific measures to mitigate impacts of operations on wildlife and wildlife habitat within high-value or essential wildlife habitat. Measures would be determined through biological surveys, onsite inspections, effects of previous actions in the area, and BMPs. | | ● | ● | |
| | **PURPOSE:** To reduce impacts of surface disturbing activities and related actions on wildlife and wildlife habitat within high-value or crucial wildlife habitat including, but not limited to, big game winter range and Gunnison and greater sage grouse habitat. | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to remain in compliance with current BLM sage grouse direction and allow for protection of essential habitat for wildlife species. | | | | |

BLM_0023671

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] | | Alternative | | | |
| Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
| **CSU-1** (*ROWA*) **Major River Corridors.** 12,700 acres *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions from 402 to 805 meters (0.25- to 0.5-mile) landward from identified NSO buffer (402 meters [0.25-mile] from ordinary high water mark or within 100 meters [328 feet] of the 100-year floodplain, whichever is greatest) on either side of the Colorado, Gunnison, and Dolores Rivers for fluid mineral development. **PURPOSE:** To protect these riverine and adjacent areas that provide: a) special status fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of the three major rivers (Colorado, Gunnison, and Dolores). **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: • Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action. • New trail construction resulting in a disturbance corridor less than or equal to 1.2 meters (48 inches) wide open to nonmotorized use. Trials would be constructed per BLM minimum design standards. • BLM on-site evaluation identifies topographic features which adequately buffer and protect riverine environments from adverse impacts. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are | | | • | |

BLM_0023672

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
| | | **A** | **B** | **C** | **D** |
| | sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **CSU-11** (*ROWA*) **Significant Plant Communities (200 meters).** *All Surface-disturbing Activities* | **STIPULATION:** For those plant communities that meet BLM's criteria for significant plant communities, special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Habitat areas include occupied habitat and habitat necessary for the maintenance or recovery of the species or communities. **PURPOSE:** To conserve significant plant communities and relict communities that are not otherwise protected. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to limit new disturbance within relic plant communities, thus reducing fragmentation, and the possibility of degradation or loss. | | | • | |
| **CSU-12** (*ROWA*) **Significant Plant Communities (no buffer).** *All Surface-disturbing Activities* | **STIPULATION:** For those plant communities that meet BLM's criteria for significant plant communities, special design, construction, and implementation measures, including avoidance, may be required. Habitat areas include occupied habitat and habitat necessary for the maintenance or recovery of the species or communities. **PURPOSE:** To conserve significant plant communities and relict communities that are not otherwise protected. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to limit new disturbance within relic plant communities, thus reducing fragmentation, and the possibility of degradation or loss. | | | • | |

BLM_0023673

| | Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | **A** | **B** | **C** | **D** |
| **CSU-13** *(ROWA)* **Osprey Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 402 meters (0.25-mile) of active osprey nest sites. **PURPOSE:** To protect osprey habitat and nest sites. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect osprey nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | | • |
| **CSU-14** *(ROWA)* **Ferruginous Hawk Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 805 meters (0.5-mile) of active ferruginous hawk nest sites, and associated alternate nests. **PURPOSE:** To protect ferruginous hawk nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect ferruginous hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | | • |
| **CSU-15** *(ROWA)* **Red-tailed Hawk Nest Sites.** *All Surface-disturbing* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 531 meters (0.33-mile) of active red-tailed hawk nest sites, and associated alternate nests. **PURPOSE:** To protect red-tailed hawk nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of | | • | | • |

BLM_0023674

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number *(Existing/**New**)*[1] Protected Resource Acres/Miles Affected Activities | Stipulation Description | Alternative | | | |
| | | A | B | C | D |
| | the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect red-tailed hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **CSU-16** *(ROWA)* **Swainson's Hawk Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 402 meters (0.25-mile) of active Swainson's hawk nest sites and associated alternate nests. **PURPOSE:** To protect ferruginous hawk nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect Swainson's hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | | • |
| **CSU-17** *(ROWA)* **Peregrine Falcon Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 805 meters (0.5-mile) of active peregrine falcon nest sites. **PURPOSE:** To protect peregrine falcon nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect | | • | | • |

BLM_0023675

| | Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | | **A** | **B** | **C** | **D** |

| Stipulation Number / Protected Resource | Stipulation Description | A | B | C | D |
|---|---|---|---|---|---|
| | peregrine falcon nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **CSU-18** *(ROWA)*<br>**Prairie Falcon Nest Sites.**<br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 805 meters (0.5-mile) of active prairie falcon nest sites.<br><br>**PURPOSE:** To protect prairie falcon nesting habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect prairie falcon nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | | • |
| **CSU-19** *(ROWA)*<br>**Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls).**<br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 201 meters (0.125-mile) of an active nest site of all accipiters, falcons (except kestrel), buteos, and owls not listed in other CSU stipulations. Raptors that are listed and protected by the Endangered Species Act of 1973 and the Bald and Golden Eagle Protection Act are addressed separately.<br><br>**PURPOSE:** To protect nesting habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect raptor nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2002). | | • | | • |

BLM_0023676

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] | | | Alternative | | |
| **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **A** | **B** | **C** | **D** |
| **CSU-20** *(ROWA)*<br><br>**Sage-grouse Nesting and Early Brood-rearing Habitat.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to protect sage-grouse nesting and early brood-rearing habitat within 6.4 kilometers (4 miles) of an active lek or within sage-grouse nesting and early brood-rearing habitat.<br><br>**PURPOSE:** To protect sage-grouse nesting and early brood-rearing habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending upon the active status of the lek or the geographical relationship of topographical barriers and vegetation to the lek site.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect sage-grouse nesting and early brood-rearing habitat, per current scientific research recommendations (Parachute-Piceance-Roan Greater Sage-grouse Work Group 2008). | | | | • |
| **CSU-21** *(ROWA)*<br><br>**Special Status Bat Species' Roost Sites and Winter Hibernacula.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Require mitigation and minimization measures (as determined by the BLM biologist) for all surface occupancy and use and surface-disturbing activities within 402 meters (0.25-mile) of special status bat species' roost sites and winter hibernacula.<br><br>**PURPOSE:** To protect bat-roosting and maternity sites and winter hibernacula.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to minimize impact to important bat areas. | | | | • |

BLM_0023677

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] | | | **Alternative** | | |
| **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **A** | **B** | **C** | **D** |
| **CSU-22** (*ROWA*) **Kit Fox Dens.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to, and require mitigation and minimization measures (as determined by the BLM biologist) of, surface occupancy and use and surface-disturbing activities within 200 meters (656 feet) of active kit fox dens. **PURPOSE:** To protect breeding kit fox. Note: there are currently no known breeding locations for kit fox in the GJFO. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect breeding kit fox, which have become increasingly rare in Colorado and appear to be significantly more susceptible to disturbance than other canids in the GJFO. | | • | | • |
| **CSU-23** (*ROWA*) **Occupied Prairie Dog Towns.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within white-tailed prairie dog towns. Locate permanent above-ground structures outside of prairie dog towns. **PURPOSE:** To maintain white-tailed prairie dog habitat and distribution. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending upon the type of activity and existing disturbance within or adjacent to white-tailed prairie dog towns. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect prairie dogs, a keystone species whose population has been declining in the GJFO and across the western US. This stipulation would help to minimize total abandonment of towns by prairie dog colonies due to disturbance. | | • | | • |

BLM_0023678

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-6**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| *Fish and Wildlife* | | | | | |
| **CSU-1** *(ROWA)* **Major River Corridors.** 12,700 acres *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions from 402 to 805 meters (0.25- to 0.5-mile) landward from identified NSO buffer (402 meters [0.25-mile] from ordinary high water mark or within 100 meters [328 feet] of the 100-year floodplain, whichever is greatest) on either side of the Colorado, Gunnison, and Dolores Rivers for fluid mineral development. | | | • | |

**PURPOSE:** To protect these riverine and adjacent areas that provide: a) special status fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of the three major rivers (Colorado, Gunnison, and Dolores).

**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows:
- Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action.
- New trail construction resulting in a disturbance corridor less than or equal to 1.2 meters (48 inches) wide open to nonmotorized use. Trails would be constructed per BLM minimum design standards.
- BLM on-site evaluation identifies topographic features which adequately buffer and protect riverine environments from adverse impacts.

**MODIFICATION:** Standard modifications apply (Section B.2).

**WAIVER:** Standard waivers apply (Section B.2).

**JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated

BLM_0023679

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| | | A | B | C | D |
| | critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **CSU-10** *(ROWA)* **Wildlife Habitat.** *All Surface-disturbing Activities* | **STIPULATION:** Require proponents of surface-disturbing activities to implement specific measures to mitigate impacts of operations on wildlife and wildlife habitat within high-value or crucial wildlife habitat. Measures would be determined through biological surveys, onsite inspections, effects of previous actions in the area, and BMPs. **PURPOSE:** To reduce impacts of surface disturbing activities and related actions on wildlife and wildlife habitat within high-value or crucial wildlife habitat including, but not limited to, big game winter range and Gunnison and greater sage grouse habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to remain in compliance with current BLM sage grouse direction and allow for protection of essential habitat for wildlife species. | | ● | ● | |
| **WILDLIFE HABITAT CSU CO** *All Surface-disturbing Activities* | **STIPULATION:** Surface occupancy or use may be restricted within the following wildlife emphasis or priority areas, as identified in the Resource Management Plan:  • Beehive (habitat for mule deer and elk) (4,700 acres);  • A portion of East Salt Creek (habitat for mule deer and elk) (20,500 acres);  • Glade Park (habitat for Gunnison sage-grouse, mule deer, and elk) (27,200 acres);  • A portion of Prairie Canyon (long billed curlew, long eared owl, pronghorn antelope, white-tailed prairie dog, kit fox, and burrowing owl habitat) (16,500 acres);  • A portion of Rapid Creek (wintering and migratory habitat for mule deer and elk) (26,900 acres); and  • South Shale Ridge (deer and elk wintering grounds) (3,500 acres). | | ● | | |

BLM_0023680

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
| | Special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. A plan of development may be required to demonstrate how potential adverse impacts to wildlife habitat will be mitigated. **On the following lands:** <LEGAL_DESCRIPTION> **PURPOSE:** To protect lands identified in the Resource Management Plan as unique and important wildlife habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect the highest priority wildlife habitat for deer, elk, antelope, bighorn sheep, and sage-grouse, Wildlife emphasis areas were identified in coordination with CPW biologists. | | | | |
| **CSU-24** (*ROWA*) **Deer and Elk Migration and Movement Corridors.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within migration and movement corridors for deer and elk. **PURPOSE:** To protect deer and elk migration and movement corridors. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to ensure connectivity between summer and winter ranges for deer and elk. Fragmentation is an increasing problem in deer and elk habitat and this stipulation would help to maintain existing corridors on BLM lands. | | ● | ● | |

BLM_0023681

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number<br>(*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | Alternative | | | |
| | | **A** | **B** | **C** | **D** |
| **CSU-25**<br><br>**Wildlife Emphasis Areas.**<br><br>*Alternative C:*<br>90,400 acres<br><br>*Alternative D:*<br>33,400 acres<br><br>***All Surface-disturbing Activities*** | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within the following wildlife emphasis areas:<br><br>Alternative C:<br>• A portion of East Salt Creek (habitat for mule deer and elk) (21,700 acres);<br>• Hawxhurst (wintering and migratory habitat for bighorn sheep, mule deer, and elk) (9,400 acres);<br>• Indian Point (habitat for pronghorn antelope and wintering habitat for mule deer and elk) (11,400 acres);<br>• A portion of Prairie Canyon (long billed curlew, long eared owl, pronghorn antelope, white-tailed prairie dog, kit fox, and burrowing owl habitat) (12,500 acres);<br>• A portion of Rapid Creek (wintering and migratory habitat for mule deer and elk) (26,900 acres);<br>• Red Mountain (wintering and migratory habitat for mule deer and elk) (5,000 acres); and<br>• South Shale Ridge (deer and elk wintering grounds) (3,500 acres).<br><br>Alternative D:<br>• Roan and Carr Creeks (33,400 acres).<br><br>**PURPOSE:** To protect core wildlife areas, which are areas of the highest value/top-ranked wildlife habitat (by BLM and CPW) for multiple species.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect the highest priority wildlife habitat for deer, elk, antelope, bighorn sheep, and sage-grouse. Wildlife emphasis areas were identified in coordination with CPW biologists. | | | • | • |

BLM_0023682

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number<br>(*Existing*/**New**)[1] | | | Alternative | | |
| Protected Resource<br>Acres/Miles Affected | Stipulation Description | A | B | C | D |
| **Wild Horses** | | | | | |
| *CSU-2*<br>*(Exhibit GJ-2FA)*<br>*(BLM 1987)*<br><br>**Scenic and Natural Values (Little Book Cliffs Wild Horse Area).**<br><br>36,100 acres<br><br>*Fluid Minerals Only* | **STIPULATION:** Special design and reclamation measures (for fluid minerals only) may be required to protect the outstanding scenic and natural landscape value of the following portion(s) of this lease: <LEGAL_DESCRIPTIONS><br><br>Special design and reclamation measures may include transplanting trees and shrubs, fertilization, mulching, special erosion-control structures, irrigation, site recontouring to match the original contour, buried tanks and low-profile equipment, and painting to minimize visual contrasts. Surface-disturbing activities may be denied in sensitive areas, such as unique geologic features and rock formations, visually prominent areas, and high recreation use areas.<br><br>**PURPOSE:** To protect scenic and natural values in the Little Book Cliffs Wild Horse Area.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concerns(s) identified. | • | | | |
| **CSU-26**<br><br>**Little Book Cliffs Wild Horse Range.**<br><br>35,200 acres<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within the LBCWHR.<br><br>**PURPOSE:** To protect wild horses in the LBCWHR.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to mitigate impacts that could interfere with the protection and management of wild horses in the LBCWHR. | | | | • |

BLM_0023683

| | | | | | |
|---|---|---|---|---|---|
| **Table B-6**<br>**Controlled Surface Use (CSU) Stipulations Applicable to**<br>**Fluid Mineral Leasing and Other Surface-disturbing Activities** | | | | | |
| **Stipulation Number**<br>(*Existing*/**New**)[1] | | | **Alternative** | | |
| **Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **A** | **B** | **C** | **D** |
| Cultural Resources | | | | | |
| **CSU-27***(ROWA)*<br><br>**Allocation to Scientific Use Category.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to certain surface uses, as specified below, except archaeological documentation and excavation, within 100 meters (328 feet) around eligible or potentially eligible sites allocated to Scientific Use.<br><br>**PURPOSE:** To protect unique scientific information in sites that may be damaged from inadvertent or unauthorized uses.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** The BLM's Authorizing Officer may modify the site-protection boundary on a case-by-case basis, taking into account topographical barriers, the nature of the proposed action, and the nature of the cultural resource site and/or area.<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to address indirect or secondary impacts that can occur to cultural resources. Indirect and secondary impacts are typically not mitigated through data recovery by the proponent. Managing properties by addressing only direct impacts can lead to adverse effect and the loss of the resource. This stipulation allows the BLM to mitigate impacts that can cause significant degradation to the site integrity criteria that are applied in the designation of the cultural resource as eligible or potentially eligible for nomination to the NRHP *(36 CFR part 800.5(a)(1))*. | | ● | ● | ● |
| **CSU-28** *(ROWA)*<br><br>**Allocation to Public Use Category.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to certain surface uses, as specified below, within 100 meters (328 feet) around sites allocated to Public Use. In addition, consider factors such as integrity of setting, recreation opportunity, or visual impacts that projects may have on sites allocated to this use.<br><br>**PURPOSE:** To protect the values that contribute to sites allocated to Public Use.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). | | ● | ● | ● |

BLM_0023684

| | | Alternative | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **A** | **B** | **C** | **D** |

Table B-6
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation | Description | A | B | C | D |
|---|---|---|---|---|---|
| | **MODIFICATION:** The BLM's Authorizing Officer may modify the site-protection boundary on a case-by-case basis, taking into account topographical barriers, the nature of the proposed action, and the nature of the cultural resource site and/or area. **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect sites allocated to Public Use, including those that may not meet the criteria for the NRHP but are important for heritage tourism as a visual resource of a rural landscape. | | | | |
| **CSU-29** (*ROWA*) **Sub-surface Inventory.** *Alternative B:* 53,500 acres *Alternative C:* 68,400 acres *Alternative D:* 51,600 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Require sub-surface inventory for deep sub-surface-disturbing activities and buried ROW in the following locations and in additional areas where high potential for subsurface resources may be identified in the future: Alternative B: • Grand Mesa Slopes (16,000 acres); • Indian Creek (20,200 acres); and • Sunnyside (17,300 acres). Alternative C: • Grand Mesa Slopes (24,400 acres); • Indian Creek (20,200 acres); and • Sunnyside (24,000 acres). Alternative D: • Grand Mesa Slopes (16,000 acres); • Indian Creek (20,200 acres); and • Sunnyside (15,400 acres). **PURPOSE:** To protect cultural resources. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is needed to protect buried cultural resources within areas of high potential for sub-surface activities. | | ● | ● | ● |

BLM_0023685

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
| | | **A** | **B** | **C** | **D** |
| *CSU-5 (ROWA)* *(BLM 1987)*<br>**Known Cultural Resource Values.**<br>***Fluid Minerals Only*** | **STIPULATION:** Important cultural resource values <RESOURCE_VALUE> are present on the following portions of this lease: <LEGAL_DESCRIPTIONS>. Surface-disturbing activities (for fluid minerals only) must avoid these areas.<br><br>**PURPOSE:** To protect known cultural sites.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, an exception could be granted if mitigation of impacts is agreed to by the Authorized Officer. Where impacts cannot be mitigated to the satisfaction of the Authorized Officer, surface occupancy and use on that area must be prohibited.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2). | • | | | |
| Visual Resources | | | | | |
| **CSU-30** *(ROWA)*<br>**VRM Class II.**<br>*Alternative B:*<br>354,900 acres<br>*Alternative C:*<br>556,600 acres<br>*Alternative D:*<br>194,800 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to fluid mineral leasing and other surface-disturbing activities within all areas designated as VRM Class II. Require that surface-disturbing activities meet the objectives of VRM Class II.<br><br>**PURPOSE:** To protect visual resources.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, an exception could be granted for bond projects within scenic byways to ensure that visual and reclamation objectives are achieved. Facility design should incorporate viewshed analysis and modeling to minimize impacts to visual resources. Special mitigation measures such as facility placement and color selection have been proposed to reduce impacts to visual resources.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is needed to maintain the visual integrity within designated Class II VRM areas. A CSU will allow placement of facilities and disturbances outside of the critical view sheds. | | • | • | • |

*Grand Junction Field Office*
*Internal Proposed RMP/Final EIS*

BLM_0023686

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
| --- | --- | --- | --- | --- | --- |
| Stipulation Number<br>(*Existing*/**New**)[1] | | | Alternative | | |
| Protected Resource<br>Acres/Miles Affected | Stipulation Description | A | B | C | D |
| *CSU-2*<br>*(BLM 1987)*<br>**Scenic and Natural Landscape Values.**<br>310,600 acres<br>*Fluid Minerals Only* | **STIPULATION:** Special design and reclamation measures (for fluid minerals only) may be required to protect the outstanding scenic and natural landscape values located on the following portions of this lease: <LEGAL_DESICRIPTION>.<br>• Bangs Benches (Exhibit GJ-2GJ) (32,000 acres);<br>• The Book Cliffs (Exhibit GJ-2GC) (31,100 acres);<br>• Established BLM Recreation Sites (Exhibit GJ-2GB and Exhibit GJ-2IB) (1,000 acres);<br>• Grand Mesa Slopes (Exhibit GJ-2GI) (62,000 acres);<br>• Granite Creek Benches (Exhibit GJ-2GL) (23,400 acres);<br>• Gunnison River Corridor (Exhibit GJ-2GF) (1,200 acres);<br>• Highway Corridors (Exhibit GJ-2GP) (69,400 acres);<br>• Hunter/Garvey (Exhibit GJ-2GN) (24,700 acres);<br>• Little Book Cliffs Wild Horse Area (Exhibit GJ-2FA) (33,000 acres);<br>• Sinbad Valley (Exhibit GJ-2GK) (6,400 acres);<br>• South Shale Ridge (Exhibit GJ-2GG) (24,400 acres); and<br>• Unaweep Valley (Exhibit GJ-2GM) (2,000 acres).<br><br>Special design and reclamation measures may include transplanting trees and shrubs, fertilization, mulching, special erosion-control structures, irrigation, site recontouring to match the original contour, buried tanks and low-profile equipment, and painting to minimize visual contrasts. Surface-disturbing activities may be denied in sensitive areas, such as unique geologic features and rock formations, visually prominent areas, and high recreation use areas.<br><br>**PURPOSE:** To protect outstanding scenic and natural landscape values.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2). | • | | | |

BLM_0023687

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)¹ | | | Alternative | | |
| Protected Resource | Stipulation Description | A | B | C | D |
| Acres/Miles Affected | | | | | |
| **Recreation and Visitor Services** | | | | | |
| *CSU-2 (BLM 1987)* **Scenic and Natural Landscape Values (Recreation Resources).** 89,200 acres *Fluid Minerals Only* | **STIPULATION:** Special design and reclamation measures (for fluid minerals only) may be required to protect the outstanding scenic and natural landscape value of the following portion(s) of this lease: <LEGAL_DESCRIPTIONS> <br>• Bangs Benches (Exhibit GJ-2IJ) (42,900acres); <br>• Granite Creek Benches (Exhibit GJ-2IH) (23,400 acres); <br>• Hunter/Garvey Benches (Exhibit GJ-2IG) (21,700 acres); and <br>• Lower Gunnison River (Exhibit GJ-2IL) (1,200 acres). <br><br> Special design and reclamation measures may include transplanting trees and shrubs, fertilization, mulching, special erosion-control structures, irrigation, site recontouring to match the original contour, buried tanks and low-profile equipment, and painting to minimize visual contrasts. Surface-disturbing activities may be denied in sensitive areas, such as unique geologic features and rock formations, visually prominent areas, and high recreation use areas. <br><br> **PURPOSE:** To protect recreation resources. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). <br><br> **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concerns(s) identified. | • | | | |
| **CSU-31** *(ROWA)* **Recreation.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface occupancy and use and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest. <br><br> Apply this stipulation to the following sites that lie outside of designated RMAs: <br>• Low Gap Recreation Site; | | • | • | • |

BLM_0023688

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |

**Table B-6**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | • North Soda Recreation Site; <br> • Miracle Rock Recreation Site; <br> • Mud Springs Campground; and <br> • West Creek Picnic Site. <br><br> **PURPOSE:** To minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.2). <br><br> **MODIFICATION:** Standard modifications apply (Section B.2). <br><br> **WAIVER:** Standard waivers apply (Section B.2). <br><br> **JUSTIFICATION:** This stipulation is necessary to assure significant public investment and desired recreation opportunities are protected from surface-disturbing occupancy. | | | | |
| **CSU-32** <br><br> **Recreation Management Areas.** <br><br> *Alternative B:* 227,100 acres <br><br> *Alternative C:* 42,700 acres <br><br> *Alternative D:* 58,100 acres <br><br> **All Surface-disturbing Activities** | **STIPULATION:** Apply CSU (site-specific relocation) restrictions in the following RMAs: <br><br> Alternatives B: <br> • Grand Valley OHV SRMA (9,700 acres) <br> • Barrel Spring ERMA (24,700 acres) <br> • Gateway ERMA (78,100 acres) <br> • Grand Valley Shooting Ranges ERMA (750 acres) <br> • Gunnison River Bluffs ERMA (800 acres) <br> • Horse Mountain ERMA (5,100 acres) <br> • North Desert ERMA (107,900 acres) <br> Alternative C <br> • North Fruita Desert (42,700 acres) <br><br> Alternative D: <br> • Castle Rock (4,400 acres) <br> • Grand Valley OHV (9,600 acres) <br> • North Fruita Desert (44,100 acres) <br><br> **PURPOSE:** To protect recreation outcomes and setting prescriptions. | | • | • | • |

| Stipulation Number *(Existing/***New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |

**Table B-6**
**Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | **EXCEPTION:** Standard exceptions apply (Section B.2). | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | | | | |

**Lands and Realty**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **DISPOSAL CSU CO** *All Surface-disturbing Activities* | **STIPULATION:** Surface occupancy or use may be restricted due to lands identified for disposal in the Resource Management Plan. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. **PURPOSE:** To preserve the value of disposal tracts and/or protect facilities or uses for which these tracts of land were identified for disposal. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to preserve the value of disposal tracts and/or protect facilities or uses for which these tracts of land were identified for disposal. | | • | | |
| **CSU-33** *(CSU CO-25)* **Disposal Tracts.** *All Surface-disturbing Activities* | **STIPULATION:** Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet) may be required on disposal tracts. **PURPOSE:** To preserve the value of disposal tracts and/or protect facilities or uses for which these tracts of land were identified for disposal. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, underground facilities may be excepted. | | | | • |

BLM_0023690

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |

Table B-6
Controlled Surface Use (CSU) Stipulations Applicable to
Fluid Mineral Leasing and Other Surface-disturbing Activities

**MODIFICATION:** Standard modifications apply (Section B.2).

**WAIVER:** Standard waivers apply (Section B.2).

**JUSTIFICATION:** This stipulation is necessary to preserve the value of disposal tracts and/or protect facilities or uses for which these tracts of land were identified for disposal.

| | Coal | | | | |
|---|---|---|---|---|---|
| **COAL MINE CSU CO** 9,000 acres *Fluid Minerals Only* | **STIPULATION:** Surface occupancy or use (for fluid minerals only) may be restricted due to surface or underground coal mines. Special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Operations proposed within the area of an approved surface or underground coal mine will be relocated outside the area to be mined or to accommodate room and pillar mining operations. **PURPOSE:** To protect surface or underground coal mines. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to allow underground coal operations within oil and gas leases while reducing safety concerns. | | | • | |
| **CSU-34** *(CSU CO-25)* **Federally Leased Coal.** 9,000 acres *Fluid Minerals Only* | **STIPULATION:** Where applicable, apply CSU (site-specific relocation) restrictions to new oil and gas leases and operations within the area of federally leased coal. Relocate oil and gas operations outside the area to be mined or locate to accommodate room and pillar mining operations. **PURPOSE:** To protect federally leased coal lands. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to allow underground coal operations within oil and gas leases while reducing safety concerns. | | | • | • |

BLM_0023691

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] | | | Alternative | | |
| **Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **A** | **B** | **C** | **D** |
| ACEC | | | | | |
| **CSU-39**<br>**Roan and Carr Creeks ACEC.**<br>33,600 acres<br>*All Surface-disturbing Activities* | **STIPULATION:** Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required in the Roan and Carr Creeks ACEC (33,600 acres).<br><br>**PURPOSE:** To protect and prevent irreparable damage to unique riparian habitats, genetically pure populations of cutthroat trout, and Greater Sage-Grouse habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2). | | • | | |
| Wild and Scenic Rivers | | | | | |
| **CSU-35** *(ROWA)*<br>**WSR Study Segments Classified as Scenic and Recreational.**<br>22,980 acres<br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 402 meters (0.25-mile) on either side of the ordinary high-water mark or other preliminary or final boundary of identified eligible or suitable WSR study corridors, as defined in the WSR Suitability Report, of the following segments classified as "Scenic" or "Recreational."<br><br>Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required.<br><br>• Colorado River Segment 1 (2,200 acres);<br>• Colorado River Segment 2 (120 acres);<br>• Dolores River (5,900 acres);<br>• North Fork Mesa Creek (700 acres);<br>• Blue Creek (2,900 acres);<br>• Gunnison River Segment 2 (970 acres);<br>• Roan Creek (2,000 acres);<br>• Carr Creek (1,800 acres);<br>• Rough Canyon Creek (1,200 acres);<br>• East Creek (1,900 acres);<br>• West Creek (1,700 acres); and<br>• Ute Creek (1,400 acres).<br><br>**PURPOSE:** To protect WSR outstandingly remarkable values, free-flowing nature, and water quality of eligible or suitable river | | | • | |

*Grand Junction Field Office*
*Internal Proposed RMP/Final EIS*

BLM_0023692

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)¹ | | Alternative | | | |
| Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
| | segments and their consequent recreational, social, economic, and environmental significance. EXCEPTION: Standard exceptions apply (Section B.2). MODIFICATION: Standard modifications apply (Section B.2). WAIVER: Standard waivers apply (Section B.2). JUSTIFICATION: This stipulation is necessary to protect ORVs associated with WSR segments, and allow BLM to place disturbances 402 meters (0.25-mile) away from the identified segment. | | | | |
| **National Trails** | | | | | |
| CSU-36 **Old Spanish National Historic Trail.** 3,400 acres *All Surface-disturbing Activities* | STIPULATION: Apply CSU (site-specific relocation) restrictions to fluid mineral leasing and other surface-disturbing activities within 805 meters (0.5-mile) of either side of the Old Spanish National Historic Trail. PURPOSE: To protect visual resources associated with the trail. EXCEPTION: Standard exceptions apply (Section B.2). MODIFICATION: Standard modifications apply (Section B.2). WAIVER: Standard waivers apply (Section B.2). JUSTIFICATION: This stipulation is necessary to protect to protect visual resources along this congressionally designated historic trail. | | | • | |
| CSU-37 **Scenic Byways (0.5-mile).** 32,500 acres *All Surface-disturbing Activities* | STIPULATION: Apply CSU (site-specific relocation) restrictions to fluid mineral leasing and other surface-disturbing activities within 805 meters (0.5-mile) of either side of centerline of the following scenic byways: • Dinosaur Diamond Prehistoric Highway (National Scenic Byway and All American Road) (14,300 acres); • Grand Mesa Scenic and Historic Byway (1,200 acres); and • Unaweep-Tabeguache Scenic and Historic Byway (17,000 acres). PURPOSE: To protect the quality of the scenic (visual) values of | | • | • | |

BLM_0023693

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |

scenic, historic, or backcountry byways.

**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, an exception could be granted if: (a) a viewshed analysis indicates minimal impairment of the visual resources from the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources. An exception could also be granted for bond projects within scenic byways to ensure that visual and reclamation objectives are achieved. Facility design should incorporate viewshed analysis and modeling to minimize impacts to visual resources. Special mitigation measures such as facility placement and color selection have been proposed to reduce impacts to visual resources.

**MODIFICATION:** Standard modifications apply (Section B.2).

**WAIVER:** Standard waivers apply (Section B.2).

**JUSTIFICATION:** This stipulation is necessary to place surface-disturbing activities along scenic byways in areas that do not affect values associated with the identified scenic byway.

| | | | | | |
|---|---|---|---|---|---|
| **CSU-38** **Scenic Byways (0.25-mile).** 29,500 acres *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to fluid mineral leasing and other surface-disturbing activities within 402 meters (0.25-mile) of the following scenic byways: <br>• Lands' End (540 acres); <br>• John Brown Canyon (1,800 acres); <br>• Dinosaur Diamond Prehistoric Highway (National Scenic Byway and All American Road) (7,000 acres); <br>• Grand Mesa Scenic and Historic Byway (860 acres); <br>• Unaweep-Tabeguache Scenic and Historic Byway (7,700 acres); <br>• Niche to Blue Mesa (3,800 acres); and <br>• Winter Flats Road (7,800 acres). <br><br>**PURPOSE:** To protect scenic views in driving corridors. <br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In | | | | • |

BLM_0023694

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | addition, an exception could be granted if: (a) a viewshed analysis indicates minimal impairment of the visual resources from the driving corridor; or (b) the action is determined to be consistent and compatible with protection or enhancement of the resource values, or the use would provide suitable opportunities for public enjoyment of these resources. An exception could also be granted for bond projects within scenic byways to ensure that visual and reclamation objectives are achieved. Facility design should incorporate viewshed analysis and modeling to minimize impacts to visual resources. Special mitigation measures such as facility placement and color selection have been proposed to reduce impacts to visual resources. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to ensure surface-disturbing activities do not affect values associated with the identified scenic byway. | | | | |

**Table B-6**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

[1]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).

BLM_0023695

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| Special Status Species | | | | | |
| **TL-1** (*ROWA*) **Salmonid and Native Non-salmonid Fishes (brown, brook, rainbow, and cutthroat trout; bluehead and flannelmouth sucker; roundtail chub; mountain whitefish; Paiute and mottled sculpin; and speckled dace).** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit in-channel stream work in all occupied streams during fish spawning, egg incubation, and fry emerging seasons. Fish spawning, egg incubation, and fry emerging seasons vary by elevation and temperatures; however, the following intervals generally apply in Colorado: <br>• Cutthroat trout (various subspecies): May 1-September 1 <br>• Rainbow trout: March 1-June 15 <br>• Brown trout: October 1-May 1 <br>• Brook trout: August 15-May 1 <br>• Sculpin: May 1-July 31 <br>• Bluehead sucker: May 1-July 31 <br>• Flannelmouth sucker: April 1-July 1 <br>• Roundtail chub: May 15-July 15 <br>• Speckled dace: May 1-August 31 <br>• Mountain whitefish: October 1-November 30 <br>**PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry of native fish populations. <br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, this stipulation only applies to construction and drilling and does not apply to operations and maintenance. If competing species are involved, the BLM may select to implement species-specific dates for native fish versus nonnative species. <br>**MODIFICATION:** Standard modifications apply (Section B.2). <br>**WAIVER:** Standard waivers apply (Section B.2). <br>**JUSTIFICATION:** This stipulation is necessary to protect important native and game fish breeding. | | • | • | |
| **TL-2** (*ROWA*) **Occupied Cutthroat Trout Waters.** *All Surface-disturbing* | **STIPULATION:** Prohibit in-channel work in all occupied cutthroat trout streams during spring spawning periods of April 1 to August 1. <br>**PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry. <br>**EXCEPTION:** Standard exceptions apply (Section B.2). | | | | • |

BLM_0023696

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Activities** | **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect important native fish species, including a USFWS-listed species. | | | | |
| **TL-3** *(ROWA)* **Migratory Bird Habitat.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities, including vegetation-removal projects, in migratory bird habitat during nesting season when nesting birds are present. <u>Alternative B</u>: May 15 to July 15 or as site-specific analysis dictates. <u>Alternative C</u>: April 15 to July 31 or as site-specific analysis dictates. **PURPOSE:** To minimize disruption of migratory bird nesting activity. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, this stipulation only applies to construction and drilling, and does not apply to operations and maintenance. The TL area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect migratory bird habitat and ensure compliance with the Migratory Bird Treaty Act (Information Bulletin No. 2010-110); BLM Memorandum of Understanding with US Fish and Wildlife Service). | | ● | ● | |
| **TL-4** *(ROWA)* **Birds of Conservation Concern's Habitat.** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities, including vegetation-altering projects, in birds of conservation concern's habitat (USFWS 2008) during nesting season (May 15 to July 15 or as site-specific analysis dictates) when nesting birds are present. **PURPOSE:** To protect nesting osprey from human disturbance | | | | ● |

BLM_0023697

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| *All Surface-disturbing Activities* | that could affect nest success. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the TL area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect osprey nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008) and ensure compliance with the Migratory Bird Treaty Act (Information Bulletin No. 2010-110); BLM Memorandum of Understanding with US Fish and Wildlife Service). | | | | |
| **WILDLIFE RAPTOR NESTS TL CO** *All Surface-disturbing Activities* | **STIPULATION:** No surface use is allowed within a 402 meter (0.25-mile) radius of active raptor nests, as mapped in the Resource Management Plan, BLM's GIS database or other maps provided by local, state, federal or tribal agencies that are analyzed and accepted by the BLM, during the following time period(s), or until fledging and dispersal of young: <br><br>• Osprey nests: April 1 to August 31. <br>• Red-tailed hawk nests, including any alternate nests: February 15 to July 15. <br>• Swainson's hawk nests and associated alternate nests: April 1 to July 15. <br>• Burrows or burrowing owl nest sites: March 1 to August 15. <br>• Great horned owl nests: February 1 to August 15. <br>• Other owls and raptors: March 1 to August 15. <br>• Cooper's hawk, sharp shinned hawk, and northern harrier nests: April 1 to August 15. <br><br>**On the following lands:** <LEGAL_DESCRIPTION> <br><br>**PURPOSE:** To prevent disruption of reproductive activity of raptors during the production period. | | • | | |

BLM_0023698

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1]<br><br>Protected Resource<br><br>Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). This stipulation only applies to construction and drilling, and does not apply to operations and maintenance.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **WILDLIFE SENSITIVE RAPTOR NESTS TL CO**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** No surface use is allowed within an 805 meter (0.5-mile) radius of active or inactive raptor nests, as mapped in the Resource Management Plan, BLM's GIS database or other maps provided by local, state, federal or tribal agencies that are analyzed and accepted by the BLM, during the following time period(s), or until fledging and dispersal of young:<br><br>• Ferruginous hawk nests, including any alternate nests: February 1 to July 15.<br>• Goshawk nest sites: March 1 to September 30.<br>• Peregrine and prairie falcon nest cliff(s): March 15 to July 31.<br><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To prevent disruption of reproductive activity of raptors during the production period.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). This stipulation only applies to construction and drilling, and does not apply to operations and maintenance.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect ferruginous hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | | |

BLM_0023699

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| **TL-5** *(ROWA)* **Osprey Nests.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface disturbing activities, and intensive human activities that may affect nesting success within 402 meters (0.25-mile) of active osprey nests from April 1 to August 31. **PURPOSE:** To protect nesting osprey from human disturbance that could affect nest success. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the TL area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect osprey nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | • |
| **TL-6** *(ROWA)* **Ferruginous Hawk Nests.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface disturbing activities, and intensive human activities that may affect nesting success within 402 meters (0.25-mile) (Alternatives C and D) of active ferruginous hawk nests, including any alternate nests, from February 1 to July 15. **PURPOSE:** To protect ferruginous hawks from human impacts that could affect nest success. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the TL area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect ferruginous hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | • |

BLM_0023700

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **TL-7** *(ROWA)* **Red-tailed Hawk Nests.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface disturbing activities, and intensive human activities that may affect nesting success within 531 meters (0.33-mile) of active red-tailed hawk nests, including any alternate nests, from February 15 to July 15. **PURPOSE:** To protect nesting red-tailed hawks from human impacts that could affect nest success. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the TL area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect red-tailed hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | • |
| **TL-8** *(ROWA)* **Swainson's Hawk Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface disturbing activities, and intensive human activities that may affect nesting success within 402 meters (0.25-mile) of active Swainson's hawk nests and associated alternate nests from April 1 to July 15. **PURPOSE:** To protect nesting Swainson's hawks from human impacts that could affect nest success. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the TL area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect Swainson's hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | • |

BLM_0023701

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (Existing/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| *TL-14 (ROWA)* *(Exhibit GJ-14EB)* *(BLM 1987)* **Threatened and Endangered Seasonal Habitat (Peregrine Falcon Habitat).** *Fluid Minerals Only* | **STIPULATION:** In order to protect important seasonal habitat of threatened or endangered animal species, any lease operations (fluid minerals only) which may affect these species will be allowed only during the following period: Occupancy is allowed <BEGIN_DATE> to <END_DATE> on the lands described below: <LEGAL_DESCRIPTIONS>. **PURPOSE:** To protect bald eagle habitat. **EXCEPTION:** Exceptions to this limitation in any particular year may be specifically approved in writing by the Authorized Officer. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). | • | | | |
| **TL-9 (ROWA)** **Peregrine and Prairie Falcon Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface disturbing activities, and intensive human activities that may affect nesting success within 805 meters (0.5-mile) of active peregrine and prairie falcon nest cliff(s) from March 15 to July 31. **PURPOSE:** To protect nesting peregrine and prairie falcons from human impacts that could affect nest success. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the TL area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect peregrine and prairie falcon nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | • |

BLM_0023702

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **TL-10** (*ROWA*) **Goshawk Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface-disturbing activities, and intensive human activities that may affect nesting success within 805 meters (0.5-mile) of active goshawk nest sites from March 1 to September 30. **PURPOSE:** To protect nesting goshawks from human impacts that could affect nest success. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the TL area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect goshawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | • |
| **TL-11** (*ROWA*) **Burrowing Owl Burrows and Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface disturbing activities, and intensive human activities that may affect nesting success within 402 meters (0.25-mile) of active burrows or burrowing owl nest sites from March 1 to August 15. **PURPOSE:** To protect nesting burrowing owls from human impacts that could affect nest success. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect nesting burrowing owls. | | | • | • |

BLM_0023703

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **TL-12** (*ROWA*) **Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls).** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface disturbing activities, and intensive human activities that may affect nesting success within 402 meters (0.25-mile) of active nests from February 1 to August 15 (great horned owl), March 1 to August 15 (other owls and raptors), and April 1 to August 15 (Cooper's hawk, sharp shinned hawk, and northern harrier). **PURPOSE:** To protect reproductive activity at active nest sites. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect raptor species per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | • |
| **TL-13** (*ROWA*) **Golden Eagle Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit human encroachment within an 805-meter (0.5-mile [Alternative B]) or 402-meter (0.25-mile [Alternatives C and D]) radius of active golden eagle nests and associated alternate nests, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM, during the following time period, or until fledging and dispersal of young: December 15 to July 15. **PURPOSE:** To prevent disruption of reproductive activity of golden eagles. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the TL area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect golden eagle nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | • | • |

BLM_0023704

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| TL-14 *(ROWA)* *(Exhibit GJ-14EA)* *(BLM 1987)* **Threatened and Endangered Seasonal Habitat (Bald Eagle Habitat).** *Fluid Minerals Only* | **STIPULATION:** In order to protect important seasonal habitat of threatened or endangered animal species, any lease operations (fluid minerals only) which may affect these species will be allowed only during the following period: Occupancy is allowed <BEGIN_DATE> to <END_DATE> on the lands described below: <LEGAL_DESCRIPTIONS>. **PURPOSE:** To protect bald eagle habitat. **EXCEPTION:** Exceptions to this limitation in any particular year may be specifically approved in writing by the Authorized Officer. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). | • | | | |
| **TL-14** *(ROWA)* **Bald Eagle Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit human encroachment within an 805-meter (0.5-mile) radius of active bald eagle nests from November 15 to July 31. **PURPOSE:** To prevent disruption of reproductive activity of bald eagles. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, this stipulation only applies to construction and drilling, and does not apply to operations and maintenance. The TL area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect bald eagle nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | • | • |
| **TL-15** *(ROWA)* **Bald Eagle Winter Roost.** *All Surface-* | **STIPULATION:** Prohibit activity within 402 meters (0.25-mile) of bald eagle winter roosts from November 15 to March 15. Additional restrictions may be necessary within 805 meters (0.5-mile) of active bald eagle winter roosts if there is a direct line of sight from the roost to the activities. | | • | • | • |

BLM_0023705

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| *disturbing Activities* | **PURPOSE:** To protect bald eagles from human impacts that could affect winter survival. | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the TL area may be altered depending on the status of the roost site or the geographical relationship of topographic barriers and vegetation screening to the roost site. | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to protect bald eagle winter roosts per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **TL-16** *(ROWA)* **Occupied Sage-grouse Winter Habitat.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface-disturbing activities, and intensive human activities in occupied sage-grouse winter habitat from December 1 to March 15. | | • | • | |
| | **PURPOSE:** To protect sage-grouse (Gunnison and greater) from human impacts that could affect winter survival. | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to protect sage-grouse from disturbance in a time of year when the added stress from disturbance can lead to death. | | | | |
| **TL-17** *(ROWA)* **Sage-grouse Leks (4 miles).** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface-disturbing activities, and intensive human activities within 6.4 kilometers (4 miles) of sage-grouse leks from March 1 to June 30. | | • | | |
| | **PURPOSE:** To protect breeding and nesting sage-grouse (Gunnsion and greater) from human impacts that could affect nest success. | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending upon the active status of the lek or the geographical relationship of | | | | |

BLM_0023706

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (Existing/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | topographical barriers and vegetation to the lek site. | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to protect breeding and nesting sage-grouse per current research recommendations (Parachute-Piceance-Roan Greater Sage-grouse Work Group 2008). | | | | |
| **TL-18** (ROWA) **Sage-grouse Leks, Nesting, and Early Brood-rearing Habitat (0.6-mile).** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface-disturbing activities, and intensive human activities from March 1 to June 30 within 966 meters (0.6-mile) of the lek or within sage-grouse nesting and early brood-rearing habitat. **PURPOSE:** To protect breeding and nesting sage-grouse (Gunnsion and greater) from human impacts that could affect nest success. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect greater and Gunnison sage-grouse breeding habitat. | | | | • |
| **TL-19** (ROWA) **Occupied Prairie Dog Towns.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within active white-tailed prairie dog towns from April 1 to July 15. **PURPOSE:** To avoid impacts to white-tailed prairie dogs during the pupping season. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect prairie dogs during the breeding season to allow for distribution of young. | | | • | • |

BLM_0023707

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Fish and Wildlife | | | | |
| **TL-1** (*ROWA*) **Sport and Native Fish (brown, brook, rainbow, and cutthroat trout; bluehead and flannelmouth sucker; roundtail chub; mountain whitefish; Paiute and mottled sculpin; and speckled dace).** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit in-channel stream work in all occupied streams during appropriate spring and fall spawning periods. <br><br> <u>Alternative B:</u> Rainbow and cutthroat trout, bluehead and flannelmouth sucker, roundtail chub, and Paiute and mottled sculpin (April 1 to August 1); brown and brook trout (October 1 to November 30). <br><br> <u>Alternative C:</u> Cutthroat trout (May 1-September 1), Rainbow trout (March 1-June 30), Brown trout (October 1-May 1), Brook trout (August 1-May 1), Sculpin (May 1-July 31), Bluehead sucker (May 1-July 31), Flannelmouth sucker (April 1-July 1), Roundtail chub (May 1-July 31), Speckled dace (May 1-August 31), Mountain whitefish (October 1-November 30). <br><br> **PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.2). <br><br> **MODIFICATION:** Standard modifications apply (Section B.2). <br><br> **WAIVER:** Standard waivers apply (Section B.2). <br><br> **JUSTIFICATION:** This stipulation is necessary to protect important native and game fish breeding. | | • | • | |
| **TL-2** (*ROWA*) **Occupied Cutthroat Trout Waters.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit in-channel work in all occupied cutthroat trout streams during spring spawning periods of April 1 to August 1. <br><br> **PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.2). <br><br> **MODIFICATION:** Standard modifications apply (Section B.2). <br><br> **WAIVER:** Standard waivers apply (Section B.2). <br><br> **JUSTIFICATION:** This stipulation is necessary to protect important native fish species, including a USFWS-listed species. | | | | • |

BLM_0023708

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| *TL-12 (ROWA)* (BLM 1987) **Deer and Elk Winter Range.** 262,800 acres *Fluid Minerals Only* | **STIPULATION:** Lease activities such as exploration, drilling, and other development (for fluid minerals only) will be allowed only during the period from May 1 to December1 on the following portions of this lease: <LEGAL_DESCRIPTION>. **PURPOSE:** To protect important seasonal wildlife habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, this limitation does not apply to maintenance and operation of producing wells and range management. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concerns(s) identified. | • | | | |
| **TL-20** *(ROWA)* **Big Game Winter Range.** 474,500 acres *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface-disturbing activities, and intensive human activities from December 1 to May 1 to protect big game winter range as mapped by the CPW. Certain areas and/or routes within big game winter range may be closed to foot, horse, motorized, and/or mechanized travel from December 1 to May 1. **PURPOSE:** To reduce disruption of big game during the winter season. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, this limitation does not apply to essential maintenance and operation of facilities (e.g., producing wells) and range administration. An exception will be granted only when the proposed action would not cause unacceptable harm to big game based on the following factors: 1. Winter conditions (such as snow cover and crusting) at the project site and vicinity; 2. Predictable, short-term (1 week) storm forecasts for the project area; 3. Period of winter in which the exception is requested (e.g., after April 15, before December 15, heart of winter); 4. Project site location relative to the size and spatial configuration of delineated critical winter range, open | | • | • | • |

BLM_0023709

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | roads and trails, and other background disturbance; 5. Length of time that activities would encroach on the period of the winter range stipulation; 6. Number of vehicle trips per day in and out of the work site; 7. Time of day that activity occurs (after dark generally prohibited); 8. Actual big game use of the area; 9. Cumulative impacts on big game (such as other activities in the area); and 10. Additional site-specific or general concerns, as appropriate. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect big game winter habitat from surface-disturbing and major human activities during the periods of the year when the habitat is occupied. This habitat is critical to the viability of big game herds. These areas will be managed by BLM to reflect CPW most current big game winter range maps. | | | | |
| *TL-9 (ROWA)* *(BLM 1987)* **Bighorn Seasonal Stipulation.** *Fluid Minerals Only* | **STIPULATION:** Lease activities such as exploration, drilling, and other development (for fluid minerals only) will be allowed only during the period from May 1 to December 1 on the following portions of this lease: <LEGAL_DESCRIPTION>. **PURPOSE:** To protect important seasonal bighorn habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, this limitation does not apply to essential maintenance and operation of facilities (e.g., producing wells) and range administration. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. | ● | | | |

BLM_0023710

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| *TL-4 (ROWA)* *(BLM 1987)* **Elk Calving Area.** 3,400 acres *Fluid Minerals Only* | **STIPULATION:** Lease activities such as exploration, drilling, and other development (for fluid minerals only) will be allowed only during the period from June 15 to May 15 on the following portions of this lease. **PURPOSE:** To protect important seasonal elk calving habitat. **EXCEPTION:** This limitation does not apply to maintenance and operation of producing wells and range management. In addition, no surface-disturbing activity will be allowed on elk calving sites. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). | • | | | |
| **BIG GAME PRODUCTION TL CO** *All Surface-disturbing Activities* | **STIPULATION:** No surface use is allowed during the following time period(s) in big game production areas, as mapped in the Resource Management Plan, BLM's GIS database or other maps provided by local, state, federal or tribal agencies that are analyzed and accepted by the BLM: Prohibit activities, including motorized travel, in elk production areas from May 15 to June 15; in antelope production areas from April 15 to June 30; in Rocky Mountain bighorn sheep production areas from April 15 to June 30; in Moose production areas from April 15 to June 30; and in desert bighorn sheep production areas from February 1 to May 1. **On the following lands:** <LEGAL_DESCRIPTION> **PURPOSE:** To reduce disruption of big game during parturition and young rearing period. **EXCEPTION:** Standard exceptions apply (Section B.2). This stipulation only applies to construction and drilling, and does not apply to operations and maintenance. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation provides for protection of big game production areas from disturbance and displacement by human activities during critical periods. | | | • | |

BLM_0023711

| Table B-7<br>Timing Limitation (TL) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number *(Existing/***New***)*[1]<br>Protected Resource<br>Acres/Miles Affected | Stipulation Description | Alternative | | | |
| | | A | B | C | D |
| **TL-21** *(ROWA)*<br><br>**Big Game Production Areas.**<br><br>13,100 acres<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Prohibit activities, including motorized travel, in elk production areas from May 15 to June 15; in antelope production areas from April 15 to June 30; in Rocky Mountain bighorn sheep production areas from April 15 to June 30; in Moose production areas from April 15 to June 30; and in desert bighorn sheep production areas from February 1 to May 1.<br><br>**PURPOSE:** To protect important seasonal big game production habitat, and reduce disruption of big game during parturition and young rearing period.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, this limitation does not apply to essential maintenance and operation of facilities (e.g. producing wells) and range administration (Section B.1).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation provides for protection of big game production areas from disturbance and displacement by human activities during critical periods. | | | • | |
| **TL-22** *(ROWA)*<br><br>**Pronghorn Wintering Habitat.**<br><br>23,500 acres<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface-disturbing activities, and intensive human activities in pronghorn wintering habitat from January 1 to March 31.<br><br>**PURPOSE:** To improve pronghorn antelope habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, this limitation does not apply to essential maintenance and operation of facilities (e.g. producing wells) and range administration (Section B.1).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect pronghorn winter habitat from surface-disturbing and major human activities during the periods of the year when the habitat is occupied. This habitat is critical to the viability of pronghorn herds. These areas will be managed by BLM to reflect CPW most current pronghorn winter range maps. | • | • | • | |

BLM_0023712

**Table B-7**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Wild Horses** | | | | | |
| *TL-10 (ROWA) (BLM 1987)* **Wild Horse Winter Range.** *Fluid Minerals Only* | **STIPULATION:** Lease activities such as exploration, drilling, and other development (for fluid minerals only) will be allowed only during the period from May 1 to December 1 on the following portions of this lease: <LEGAL_DESCRIPTION>. **PURPOSE:** To protect important wild horse habitat. **EXCEPTION:** This limitation does not apply to maintenance and operation of producing wells and range management. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concerns(s) identified. | ● | | | |
| *TL-11 (ROWA) (BLM 1987)* **TL-23** **Wild Horse Foaling Area.** *Alternative A: Fluid Minerals Only* *Alternative D: All Surface-disturbing Activities* | **STIPULATION:** Lease activities such as exploration, drilling, and other development will be allowed only during the period from July 1 to March 1 on the following portions of this lease: <LEGAL_DESCRIPTION>. **PURPOSE:** To protect important seasonal wild horse habitat. **EXCEPTION:** This limitation does not apply to maintenance and operation of producing wells and range management. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concerns(s) identified. | ● | | | ● |

[1]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).

BLM_0023713

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-8**
**Lease Notices (LN) and Additional Required Conditions of Approval**
**Applicable to Authorized Ground-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Air Resources** | | | | | |
| **CO-56** **Air Resources.** | This lease notice is attached to new oil and gas leasing agreements to provide notice to operators of analysis and mitigation requirements that would be determined on a case by case basis at the permitting/development stage. | | • | | |
| **Water Resources** | | | | | |
| *LN-17* **Palisade Municipal Watershed.** | This lease contains privately owned surface of the Town of Palisade that is within the Town's designated municipal watershed and is covered by a Watershed Protection Ordinance. This applies to the lands described below: <LEGAL_DESCRIPTIONS>. | • | | | |
| **LN-1** **Source Water Protection Areas.** | The lease is within source water protection areas, and the lessee is required to implement special protective measures for water resources and to collaborate with municipalities and comply with applicable municipal watershed plans. JUSTIFICATION: This lease notification is necessary because leases within source water protection areas require extensive protection measures to ensure protection of water quality and human health. | | • | | |
| **LN-2** **Municipal Watersheds and Source Water Protection Areas.** | The lease is within a municipal watershed or source water protection area, and the lessee is required to implement special protective measures for water resources and to collaborate with municipalities and comply with applicable municipal watershed plans. JUSTIFICATION: This lease notification is necessary because leases within municipal watersheds and source water protection areas require extensive protection measures to ensure protection of water quality and human health. | | | | • |
| **Special Status Species** | | | | | |
| *LN-13* (*BLM 1987*) **Threatened and Endangered Species Habitat.** | The lessee/operator is required to submit to the BLM's Authorized Officer a plan for avoidance or mitigation of impacts on the identified species. This may require completion of an intensive inventory by a qualified biologist. The plan must be approved prior to any surface disturbance. The Authorized Officer may require additional mitigation measures, such as relocation of proposed roads, drilling sites, or other facilities. | • | | | |

BLM_0023714

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-8**
**Lease Notices (LN) and Additional Required Conditions of Approval**
**Applicable to Authorized Ground-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Where impacts cannot be mitigated to the satisfaction of the BLM's Authorized Officer, surface occupancy and use on that area is prohibited.<br>• Black-footed ferret *(Exhibit GJ-13EC)*;<br>• Spineless hedgehog cactus *(Exhibit GJ-13ED)*; and<br>• Colorado hookless cactus (formerly Uinta Basin hookless cactus) *(Exhibit GJ-13EE)*. | | | | |
| **LN-3**<br>**Biological Inventories.** | The operator is required to conduct a biological inventory prior to approval of operations in areas of known or suspected habitat of special status species, or habitat of other species of interest such as but not limited to raptor nests, sage-grouse leks, or significant natural plant communities. The operator, in coordination with the BLM, shall use the inventory to prepare mitigating measures to reduce the impacts on affected species or their habitats. These mitigating measures may include, but are not limited to, relocation of roads and other facilities and fencing operations or habitat. Where impacts cannot be mitigated to the satisfaction of the BLM's Authorized Officer, surface occupancy and use on that area is prohibited.<br><br>**JUSTIFICATION:** This lease notice is necessary to identify current plant and animal populations in order to reduce or avoid impacts to those species. | | • | • | • |
| **LN-4**<br>**Threatened and Endangered Species (Alternative B) / Colorado Hookless Cactus (Alternatives C and D)** | Alternative B: *Threatened and Endangered Species*<br>This lease contains habitat for threatened and endangered species. Prior to undertaking any activity on the lease, including surveying and staking of well locations, the lessee may be required to perform botanical inventories on the lease. Special design and construction measures may also be required in order to minimize impacts to threatened and endangered species habitat from drilling and producing operations. This applies to the lands described below: <LEGAL_DESCRIPTIONS>.<br><br>Alternatives C and D: *Colorado Hookless Cactus*<br><br>This lease contains habitat for the Colorado hookless cactus *(Sclerocactus glaucus)*. Prior to undertaking any activity on the lease, including surveying and staking of well locations, the lessee may be required to perform botanical inventories on the | | • | • | • |

BLM_0023715

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-8**
**Lease Notices (LN) and Additional Required Conditions of Approval**
**Applicable to Authorized Ground-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | lease. Special design and construction measures may also be required in order to minimize impacts to Colorado hookless cactus habitat from drilling and producing operations. **EXCEPTION:** An exception may be granted depending on current usage of the site or on the geographical relationship to topographic barriers and vegetation screening. **MODIFICATION:** Changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820.) **JUSTIFICATION:** This lease notice is necessary to identify current cactus populations and habitat in order to reduce or avoid impacts to cactus habitat. | | | | |
| **Fish and Wildlife** | | | | | |
| **LN-3** **Biological Inventories.** | The operator is required to conduct a biological inventory prior to approval of operations in areas of known or suspected habitat of special status species, or habitat of other species of interest such as but not limited to raptor nests, sage-grouse leks, or significant natural plant communities. The operator, in coordination with the BLM, shall use the inventory to prepare mitigating measures to reduce the impacts on affected species or their habitats. These mitigating measures may include, but are not limited to, relocation of roads and other facilities and fencing operations or habitat. Where impacts cannot be mitigated to the satisfaction of the BLM's Authorized Officer, surface occupancy and use on that area is prohibited. **JUSTIFICATION:** This lease notice is necessary to identify current plant and animal populations in order to reduce or avoid impacts to those species. | | ● | ● | ● |
| **LN-5** **Working in Wildlife Habitat.** | Require operators to establish and submit to the GJFO a set of operating procedures for employees and contractors working in important wildlife habitats. Design such procedures to inform employees and contractors of ways to minimize the effect of their presence on wildlife and wildlife habitats. Procedures may address, but are not limited to, items such as working in bear | | ● | ● | |

BLM_0023716

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-8**

**Lease Notices (LN) and Additional Required Conditions of Approval Applicable to Authorized Ground-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1]  Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | or snake country, controlling dogs, and understanding and abiding by hunting and firearms regulations. | | | | |
| | **Paleontological Resources** | | | | |
| **LN-6**  **Class 4 and 5 Paleontological Areas.** | Have a permitted paleontologist approved by the Authorized Officer perform an inventory of surface-disturbing activities in Class 4 and 5 paleontological areas per Instruction Memorandum No. 2008-009: Potential Fossil Yield Classification (PFYC) System for Paleontological Resources on Public Lands.  **JUSTIFICATION:** This lease notice is necessary to ensure an adequate paleontologist is present during surface disturbing activities to protect paleontological resources from direct impacts. | • | • | • | • |
| | **Lands and Realty** | | | | |
| *LN-16*/**LN-7**  **Powderhorn Ski Area.** | If drilling operations are proposed, the lessee is hereby notified that there are concerns about ski lift structures, other facilities, and ski runs within the Powderhorn ski area. The lessee is hereby notified that special design, construction, and scheduling measures may be required in order to minimize the impacts of drilling and production operations. Proposed drilling and production facilities and operations will be relocated and rescheduled as needed to avoid physical interference with ski area facilities and recreation use. This can include relocations of more than 200 meters (656 feet) or seasonal closures of more than 60 days. This applies to the lands described below: <LEGAL_DESCRIPTIONS>.  **JUSTIFICATION:** This lease notification is necessary to protect recreation facilities at Powderhorn Ski Area. | • | • | | • |

[1] Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987). Proposed new stipulations under Alternatives B, C, and/or D are noted in bold-face, non-italics.

BLM_0023717

# APPENDIX H
# BEST MANAGEMENT PRACTICES AND
# STANDARD OPERATING PROCEDURES

## INTRODUCTION

This appendix provides a list of common standard operating procedures (SOPs) and best management practices (BMPs) that are applicable to all alternatives in the resource management plan. Standard operating procedures are established guidelines that are followed by the BLM in carrying out management activities. While the list of standard operating procedures is complete, the list is not intended to be comprehensive; additional standard operating procedures could be developed and implemented to support achieving resource objectives.

Best management practices are state-of-the-art mitigation measures applied on a site-specific basis to avoid, minimize, reduce, rectify, or compensate for adverse environmental or social impacts. They are applied to management actions to aid in achieving desired outcomes for safe, environmentally responsible resource development, by preventing, minimizing, or mitigating adverse impacts and reducing conflicts. Best management practices can also be proposed by project applicants for activities on public lands (e.g., for gas drilling). Best management practices not incorporated into the permit application by the applicant may be considered and evaluated through the environmental review process and incorporated into the use authorization as conditions of approval or stipulations. Standard conditions of approval and stipulations are also provided in this appendix as appropriate. Additional best management practices, conditions of approval, and stipulations could be developed to meet resource objectives based on local conditions and resource specific concerns.

*Master Leasing Plan*
BMPs and SOPs that will be analyzed at the development stage and may be applied consistent with environmental analysis and existing lease rights are denoted by "**(MLP)**" in this appendix.

BLM_0023718

# AIR QUALITY (A)

Air quality standards are governed by the Clean Air Act of 1990 (as amended) (42 United States [US] Code Chapter 85). The US Environmental Protection Agency is charged with setting National Ambient Air Quality Standards, currently found at http://www.epa.gov/air/criteria.html (US Environmental Protection Agency 2009). At the state level, the Colorado Department of Public Health and Environment has established its standards (Colorado Department of Public Health and Environment 2009).

## Standard Operating Procedures

**A-1**: The BLM has the authority and responsibility under the Federal Land Policy and Management Act to manage public lands in a manner that will protect the quality of air and atmospheric values. Therefore, the BLM may manage the pace, place, density, and intensity of leasing and development to meet air quality goals.

**A-2**: The proponent of a project will be required to minimize air pollutant emissions by complying with all applicable state and federal regulations (including application of best available control technology) and may be required to apply mitigation including but not limited to best management practices, and other control technologies or strategies identified by the BLM or CDPHE in accordance with delegated regulatory authority.

## Best Management Practices

**A-3**: The BLM may require project proponents for oil and gas development projects to conduct pre-construction air monitoring within or adjacent to the proposed development area. The purpose of this monitoring is to establish baseline air quality conditions prior to development at the site. The requirement for monitoring will be determined by BLM based on the absence of existing monitoring; existing air quality conditions; magnitude of potential air emissions from the project or activity; magnitude of existing emission sources in the area; proximity to a federally mandated Class I area, sensitive Class II area, or population center; location within a non-attainment or maintenance area; meteorological or geographic conditions; project duration; or issues identified during project scoping. The project proponent will be required to provide a minimum of one year of baseline ambient air monitoring data for any pollutant(s) of concern as determined by BLM. If BLM determines that baseline monitoring is required, this pre-analysis data must meet CDPHE air monitoring standards, be obtained from a site within 50 km of the project boundary, and cover the year immediately prior to the proposed project submittal. The project proponent will be responsible for siting, installing, operating, and maintaining any required air monitoring.

**A-4**: The BLM may require project proponents for oil and gas development projects to conduct air monitoring for the life of the oil and gas development project depending on the magnitude of potential air emissions from the project or activity, proximity to a federally mandated Class I area, sensitive Class II area,

BLM_0023719

or population center, location within a non-attainment or maintenance area, meteorological or geographic conditions, existing air quality conditions, magnitude of existing development in the area, or issues identified during project scoping. The purpose of this air monitoring is to determine impacts attributable to the project over time. The project proponent will be responsible for siting, installing, operating, and maintaining any required air monitoring.

**A-5**: The BLM may require a project proponent to conduct air quality modeling for any pollutant(s) of concern in the absence of sufficient data to ensure compliance with laws and regulations or to determine the effectiveness of mitigation options, unless the project proponent can demonstrate that the project will result in no net increase in emissions of the pollutant(s) of concern. The requirement for modeling will be based on existing air quality conditions; magnitude of potential air emissions from the project or activity; magnitude of existing emission sources in the area; proximity to a federally mandated Class I area, sensitive Class II area, an area expected to exceed a NAAQs or PDS increment, population center, location within a non-attainment or maintenance area; meteorological or geographic conditions; project duration; or issues identified during project scoping. The BLM, in cooperation with an interagency review team, will determine the parameters for the modeling analysis through the development of a project specific modeling protocol.

**A-6**: The BLM may require project proponents for oil and gas development projects to submit a contingency plan that provides for reduced operations in the event of an air quality episode. Specific operations and pollutants to be addressed in the contingency plan will be determined by the BLM on a case-by-case basis taking into account existing air quality and pollutants emitted by the project.

**A-7**: Implement directional drilling techniques to reduce construction related emissions (dust and vehicle and construction equipment emissions).

**A-8**: **(MLP)** Improve engine technology (Tier 2 or better) for diesel drill rig engines to reduce NOx, PM, CO, and VOC emissions.

**A-9**: Utilize natural gas fired drill rig engines to reduce NOx emissions and reduce formation of visibility impairing compounds and ozone.

**A-10**: Improve engine technology (Tier 2 or better) for all mobile and non-road diesel engines to reduce NOx, PM, CO, and VOC emissions.

**A-11**: Utilize "Green completion" (a.k.a. closed loop or flareless) technology to reduce VOC and CH4 emissions.  This would also reduce or eliminate open pits and associated evaporative emissions.

**A-12**: Utilize "Green workovers" to reduce VOC and CH4 emissions.  This would also reduce or eliminate open pits and associated evaporative emissions.

BLM_0023720

**A-13**: Eliminate evaporation pits for drilling fluids to reduce VOC and GHG emissions.

**A-14**: Electrification of wellhead compression/pumping to reduce local emissions of fossil fuel combustion and transfers to a more easily controlled source.

**A-15**: Utilize renewable power sources to provide energy for compressors, monitoring equipment, or pumps.

**A-16**: Replace wet compressor seals with dry seals or use mechanical seals to reduce gas venting (VOC and GHG emissions).

**A-17**: Centralize or consolidate gas processing facilities, liquids gathering systems (condensate and produced water), water and/or fracturing liquids delivery systems, to reduce VOC and GHG emissions from individual dehydration/separator units and to reduce vehicle emissions.

**A-18**: Eliminate the use of open top tanks to reduce VOC and GHG emissions.

**A-19**: Improve capture and control of flashing emissions from all storage tanks and separation vessels with vapor recovery and/or thermal combustion units.

**A-20**: Improve capture and control of produced water, crude oil, and condensate tank emissions to reduce VOC and GHG emissions.

**A-21**: Improve capture and control of dehydration equipment emissions with condensers, vapor recovery, and/or thermal combustion to reduce VOC, HAP, and GHG emissions.

**A-22**: Use zero emissions dehydrators or use desiccants dehydrators to reduce VOC, HAP, and GHG emissions.

**A-23**: Reduce miscellaneous fugitive VOC emissions by

a) Installing plunger lift systems to reduce well blow downs

b) Install and maintain low VOC emitting seals, valves, and hatches on production equipment.

c) Initiate equipment leak detection and repair program (e.g., including use of FLIR infrared cameras, grab samples, organic vapor detection devices, and/or visual inspection).

d) Install or convert Gas operated pneumatic devices to electric, solar, or instrument (or compressed) air driven devices/controllers.

e) Use "low" or "no bleed" gas operated pneumatic devices/controllers.

BLM_0023721

**f)** Use closed loop system or thermal combustion for gas operated pneumatic pump emissions.

**g)** Install or convert gas operated pneumatic pumps to electric, solar, or instrument (or compressed) air driven pumps.

**h)** Install vapor recovery on truck loading/unloading operations at tanks.

**A-24**: Utilize dust suppression techniques on unpaved surfaces including watering, chemical suppressants, and gravel.

**A-25**: Utilize remote telemetry and automation of wellhead equipment to reduce vehicle traffic and associated emissions.

**A-26**: Post and enforce speed limits to reduce air borne fugitive dust from vehicular traffic on unpaved roads.

**A-27**: Reduce commuter vehicle trips through car pools, commuter vans or buses, innovative work schedules, or work camps.

**A-28**: Use ultra-low sulfur diesel (e.g. in engines, compressors, construction equipment) to reduce emissions of particulates and sulfates.

**A-29**: Utilize best available technology and methods to degasify coal seams prior to mining.  Capture methane gas from coal seams to obtain a market income. Modify methane drainage over time to ensure capture is optimal.

**A-30**: Reduce unnecessary vehicle idling to reduce combustion emissions, ozone formation, visibility impacts, and fuel consumption.

**A-31**: Reduce the pace of (phased) development to reduce the peak emissions of all pollutants.

**A-32**: Restrict surface disturbing activities to periods when wind speeds are less than 25 mph.

**A-33**: Keep soil and coal refuse moist while loading into dump trucks.

**A-34**: Keep soil and coal refuse loads below the freeboard of the truck.

**A-35**: Minimize drop heights when loaders dump soil and coal refuse into trucks.

**A-36**: Tighten gate seals on dump trucks.

**A-37**: Cover dump trucks before traveling on public roads.

BLM_0023722

**A-38**: Cover construction materials, stockpiled soils, and stockpiled coal refuse if they are a source of fugitive dust.

**A-39**: Train workers to handle construction materials and debris to reduce fugitive emissions.

**A-40**: Employ water injection or rotoclones on all overburden drills.

**A-41**: Use chutes, drapes, or other means to enclose conveyor transfer points, screens, and crushers; cover all conveyors.

**A-42**: Suppress and extinguish spoil and coal fires as soon as is reasonable and safely possible.

### References

Colorado Department of Public Health and Environment. 2011. Air Quality Control Commission Regulations. Internet Web site: http://www.cdphe.state.co.us/regulations/airregs. Accessed on May 21, 2011.

Bureau of Land Management. 2009. Air Quality BMPs-Best Management Practices for Fluid Minerals. Updated 8-24-2009. Internet Web site: www.blm.gov/bmp.

US Environmental Protection Agency. 2009. National Ambient Air Quality Standards. Internet Web site: http://www.epa.gov/air/criteria.html. Accessed on October 14, 2009.

## SOILS (S)

### Standard Operating Procedures

**S-1**: All routes shall be built and maintained to BLM Manual Section 9113 standards for road shape and drainage features (BLM 2011a) or where appropriate BLM Manual Section 9115 standards for primitive roads (BLM 2012). For drainage crossings, culverts should be sized for the 50 year storm event with no static head and to pass a 100-year event without failing. Site specific conditions may warrant BLM to require designs for larger events (e.g. 75-100 year storm events). Large culverts and bridges shall be designed and constructed per BLM Manual 9112 (large culverts and bridges) (BLM 2009). Large culverts and bridges shall be designed to pass a 100-year storm event (minimum).

**S-2**: When saturated soil conditions existing on access roads or location, or when road rutting becomes deeper than 3 inches, construction shall be halted until soil material dries out or is frozen sufficiently for construction to proceed without undue damage and erosion to soils, roads and locations.

BLM_0023723

**S-3**: Topsoil shall not be placed while in a frozen or muddy condition, when the subgrade is excessively wet, or in a condition that may otherwise be detrimental to proper grading or proposed sodding or seeding.

**S-4**: Topsoil shall only be used for reclamation and shall not be used as fill or to bed or pad the pipe during backfilling.

**S-5**: Topsoil stripping will include all growth medium present at a site (following initial clearing of large trees, etc.), as indicated by color or texture. Stripping and storage depth may be specified during the onsite inspection. All stripped topsoil/growth medium will be salvaged, segregated and stored in a manner that extends biological viability and protects it from loss.  Topsoil and all growth medium will be replaced prior to seedbed preparation. No topsoil will be stripped or segregated when soils are saturated or frozen below the stripping depth.

**S-6**: A Winter Construction Plan will be submitted and approved by the BLM Authorized Officer before a Notice to Proceed will be authorized for construction activities in frozen soils.

**S-7**: Prohibit placing fill on a frozen foundation.

**S-8**: Slopes shall not be created so close to property lines as to endanger adjoining properties without adequate protection against sedimentation, erosion, slippage, settlement, subsidence or other related damages.

**S-9**: Surface disturbing actions will be sensitive to natural resource protection. When surface disturbance in sensitive areas is unavoidable, they will be minimized to the greatest extent practicable, especially near drainage features and on soils mapped as being saline (see Glossary).

**S-10**: Surface disturbing actions associated with development of fluid minerals will follow Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (commonly referred to as The Gold Book )(BLM 2007b).

**S-11**: As detailed in the site plan for surface water management, drainage from disturbed areas will be confined or directed to minimize erosion, particularly within 100 feet of all drainages. No runoff, including that from roads, will be allowed to flow into intermittent or perennial waterways without first passing through sediment-trapping mechanisms such as vegetation, anchored bales or catchments.

**S-12**: Standard secondary containment shall hold 110 percent of the capacity the largest single tank it contains and be impervious to any oil, glycol, produced water, or other toxic fluid for 72 hours.  Earthen berms must be compacted and of fine material that will prevent seepage of any spill to surrounding area.

**S-13**: All tanks with a capacity of ten (10) barrels or greater shall be labeled or posted with the following information: A. Name of operator; B. Operator's emergency contact telephone number; C. Tank capacity; D. Tank contents; and E. National Fire Protection Association (NFPA) Label. Smaller chemical storage shall be labeled with contents and NFPA label.

**S-14**: Interim and final reclamation procedures shall utilize best available science and technology to protect natural resources from undue degradation.

**S-15**: Use BLM-GJFO Trail Design Criteria along with BLM Manual handbooks 9113-2 (Roads National Inventory & Condition Assessment Guidance & Instructions) and 9115-2 (Primitive Roads National Inventory & Condition Assessment Guidance & Instructions) to evaluate road conditions for maintenance and mitigation.

## Best Management Practices

**S-16**: To limit surface disturbance and associated impacts to natural resources, all actions will consider the character of the topography and landform. Deep vertical cuts, long or steep fill slopes and side cuts across steep slopes will be avoided. Rights-of-way will be shared, and structures and facilities will be grouped.

**S-17**: Consider site specific soil and vegetative characteristics and reclamation potential in project design and layout.

**S-18**: Native vegetation and soils will be protected and disturbance to them will be minimized.

**S-19**: Cleared vegetation smaller than four inches in diameter will be stockpiled, shredded, and salvaged with topsoil. Cleared vegetation larger than four inches in diameter will be scattered over disturbed areas to accomplish reclamation objectives. Excessive vegetation larger than four inches in diameter may be removed from public land or shredded in place to be salvaged with topsoil. A wood cutting permit may be purchased from BLM for material removed from the site.

**S-20**: Windrowing of Topsoil. [Use where appropriate based on topography – may not be appropriate for pads in steep areas or where pad size should be minimized.] Topsoil shall be windrowed around the perimeter of surface disturbance to create a berm that limits and redirects stormwater runoff and extends the viability of the topsoil per BLM Topsoil Best Management Practices (BLM 2009 PowerPoint presentation available upon request from the Grand Junction Field Office). Topsoil shall also be windrowed, segregated, and stored along disturbed surfaces or linear features for later spreading across the disturbed corridor during final reclamation. Topsoil berms shall be promptly seeded to maintain soil microbial activity, reduce erosion, and minimize weed establishment.

BLM_0023725

**S-21**: Where applicable, entrances to construction locations will be covered by gravel "track pads" to prevent sediment and weed seeds from being tracked in and out of the site.

**S-22**: In areas where all weather access is necessary, the operator would construct and maintain all-weather routes per BLM Manual Section 9113 standards. Graveling or other appropriate surfacing material would be required to reduce environmental resource damage and provide safe all-weather access.

**S-23**: Specialized low surface impact equipment (wide- or balloon-tired vehicles, all-terrain vehicles) or helicopters may be used for activities in off-road areas to protect fragile soils and or other resource values.

**S-24**: Standard secondary containment shall include a study corrugated metal wall to create a basin, be lined with a heavy impervious poly liner and be protected with a gravel surface. Small plastic hoppers shall be installed at all loadout connections to catch drips and small leaks.

## References

BLM. 2009. H-9112-1 Bridges and Major Culverts Handbook. Bureau of Land Management, Washington, D.C.

BLM. 2011a. H-9113-1 Road Design Handbook. Bureau of Land Management, Washington, D.C.

BLM. 2012g. H-9115 Primitive Roads Manual. Bureau of Land Management, Washington, D.C.

United States Department of the Interior and United States Department of Agriculture. 2007. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development. BLM/WO/ST-06/021+3071/REV 07. Bureau of Land Management. Denver, Colorado. 84 pp.

## WATER RESOURCES (H)

### Standard Operating Procedures

**H-1**: The operator/permittee shall adhere to all requirements under the Federal Water Pollution Control Act, as amended through P.L. 107-303, November 27, 2002.

**H-2**: For surface disturbing activities exceeding one acre in size, develop and implement Stormwater Pollution Prevention Plans to include site-specific design, systematic site monitoring, installation of run-on/off controls such as ditches or berms and installation of adaptive BMPs to reduce potential erosion and sediment production and transport. Stormwater will be dispersed to stabilized areas to slow velocity, prevent erosion and support infiltration into soils.

BLM_0023726

Stormwater BMPs identified in the State approved Storm Water Pollution Prevention Plan shall be in place prior to any earth-disturbing activity. Additional BMPs will be installed if determined necessary by the BLM.  All measures shall be maintained in good, functional condition.  All temporary BMPs shall be removed once site stabilization and reclamation efforts have been deemed successful by the BLM.

**H-3**: For actions requiring individual permits through the US Army Corps of Engineers, require a licensed Professional Engineer to approve and stamp the project design, construction, and reclamation plans to mitigate to the fullest extent practicable riparian resource damage associated with the proposed action.

**H-4**: Spoil material from clearing, grubbing, and channel excavation shall be disposed of in a manner that will not interfere with the function of the channel and in accordance with all local, state, and federal laws and regulations.

**H-5**: Surface disturbing actions associated with development of fluid minerals will follow Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (commonly referred to as The Gold Book BLM 2007b).

**H-6**: Before activities take place, every pad, access road, or facility site will have an approved surface drainage plan for establishing positive management of surface water drainage, to reduce erosion and sediment transport. The drainage plan will include adaptive BMPs, monitoring, maintenance and reporting. BMPs may include run-on/run-off controls such as surface pocking or re-vegetation, ditches or berms, basins, and other control methods to reduce erosion. Pre-construction drainage BMPs will be installed as appropriate.

**H-7**: The operator will reduce potential for contaminating water resources where spills of drilling fluids are most vulnerable. Areas of vulnerability will include a 0.25-mile buffer around the following: mapped alluvial, colluvial, and glacial deposits; springs and perennial water sources, Source Water Protection Areas, and Municipal Watersheds.  In these areas, the operator will:

a) Utilize closed loop drilling systems.

b) Utilize gas-blocker additives during the cementing process.

c)  Contain flowback and stimulation fluids in tanks on well pad with secondary containment mats/blankets (or equivalent).

d) Install containment devices beneath and around crude oil, condensate and produced water storage tanks.

e) Collect baseline water quality data from downstream fresh water sources prior to drilling, mining, or storage of potentially harmful substances. Parameters to be analyzed will be determined on a site

BLM_0023727

specific basis based on the nature of the proposed action. The operator will be responsible for submitting a list of parameters to BLM for approval prior to sampling.

**f)** Provide notification of potentially impacted Public Water Systems 15 miles downstream.

**g)** Develop an emergency spill and response program to be reviewed and approved by BLM prior to surface-disturbing activities.

**H-8**: Protection of drinking water supply sources within surface water supply areas (leased or made available for leasing) will concur with Colorado Oil and Gas Conservation Commission rule 317B and subsequent updates.

**H-9**: All routes shall be built and maintained to BLM Manual Section 9113 standards for road shape and drainage features (BLM 2011a) or where appropriate BLM Manual Section 9115 standards for primitive roads (BLM 2012b). For drainage crossings, culverts should be sized for the 50 year storm event with no static head and to pass a 100-year event without failing.  Site specific conditions may warrant BLM to require designs for larger events (e.g. 75-100 year storm events).  Large culverts and bridges shall be designed and constructed per BLM Manual 9112 (large culverts and bridges) (BLM 2009). Large culverts and bridges shall be designed to pass a 100-year storm event (minimum).

**H-10**: Erosion control features shall be maintained through periodic inspection and maintenance, including cleaning dips and cross-drains, repairing ditches, marking culvert inlets to aid in location, and clearing debris from culverts.

**H-11**: Surface discharges shall comply with all regulatory requirements outlined in the Federal Water Pollution Control Act (commonly referred to as the Clean Water Act), as amended through P.L. 107-303, November 27, 2002 Clean Water Act.  Additionally, surface discharges should be made to well defined channels away from major erosional features. Furthermore, discharges should be limited to a volume less than or equal to the naturally occurring mean annual peak flow (which is roughly equivalent to a peak generated by a 2-year 24-hour storm event) and that can be handled by the natural channel under anticipated conditions.

**H-12**: To protect water quality, anti-backflow devices shall be utilized while drafting fresh water from streams, springs, reservoirs and wells.

**H-13**: Range improvements will conform to BLM Manual H 1740-2 and subsequent updates (BLM 2008).

**H-14**: Discharge of surface and groundwater to surface drainages will comply with the Federal Water Pollution Control Act (as amended through P.L. 107–

BLM_0023728

303, November 27, 2002) and will be pre-approved by BLM and will meet the following criteria:

a) Discharge operations will not negatively impact downstream beneficial uses.

b) Discharge soil/water interactions will not facilitate the movement of water quality contaminants [e.g., salt, selenium (typically associated with Mancos shale derived soils), sediment, metals] above natural rates in surface and/or groundwater.

c) Water discharge shall be limited to well-defined major channels, to reduce potential of discharged water dissolving and transporting salts from the stream channel and to reduce concentration of salts in alluvium.

d) Discharges will be limited to a volume that can be handled by the natural channel and less than or equal to the naturally occurring mean annual peak flow (roughly equivalent to a two-year, 24-hour storm peak).

e) Discharge points will be located in stable channels or reservoirs away from any downstream head-cuts or other major erosional features (as determined by BLM). Outfall design may include discharge aprons and downstream stabilization of channel side slopes to prevent erosion and provide energy dissipation.

f) Subject to BLM approval, water quality thresholds for both surface and groundwater will be set and monitored during discharge operations in order that they will cease if thresholds were exceeded.

g) Surface and groundwater quantity and quality will be monitored during all discharge operations. Monitoring locations will be subject to BLM approval. Monitoring activities will continue for at least two water years following cessation of discharge.

**H-15**: Hazardous substances will not be used in drilling, testing, or completion operations, nor introduced at any time into the reserve or cuttings pit. Fluids will be confined to pits or tanks and all pits that may contain liquids will be lined to protect groundwater. Liners will be maintained in good condition, with no tears or holes, until they are removed when the reserve pit is closed.

**H-16**: Pits will be constructed so that water will not run into them. Fluid levels will be maintained below 2 feet of the lowest point of containment.

**H-17**: Interim and final reclamation procedures shall utilize best available science and technology to protect natural resources from undue degradation.

BLM_0023729

## Best Management Practices

**H-18: (MLP)** To limit surface disturbance and associated impacts to natural resources, all actions will consider the character of the topography and landform. Deep vertical cuts, long or steep fill slopes and side cuts across steep slopes will be avoided. Rights-of-way will be shared, and structures and facilities will be grouped.

**H-19**: Provide energy dissipaters (e.g., rock piles and logs) where necessary at the downstream end of ditch relief culverts to reduce the erosion energy of the emerging water.

**H-20**: The face of cut or fill slopes shall not be subject to any concentrated flows of surface water such as from natural drainage ways, graded swales, and downspouts.

**H-21**: Provide subsurface drainage where necessary to intercept seepage that would otherwise adversely affect slope stability or create excessively wet site conditions.

**H-22**: Grade road surfaces only as often as necessary to maintain a stable running surface and to retain the original surface drainage.

**H-23**: Avoid cutting the toe of cut slopes when grading roads or pulling ditches.

**H-24**: The operator will be responsible for keeping road inlet and outlet ditches, catch-basins, and culverts free of obstructions, particularly before and during spring runoff. Routine machine-cleaning of ditches shall be kept to a minimum during wet weather. Leave the disturbed area in a condition that provides drainage with no additional maintenance.

**H-25**: Remove all temporary stream crossings immediately after use and cross-ditch the ends of routes or rights-of-way to mitigate erosion from disturbed areas.

**H-26**: When designing protective/mitigation measures, consider the changes that may occur in the watershed hydrology and sedimentation over the design life of the measure. Moreover, design and construct roads that are self-maintaining and consider using road surfacing, such as gravel when year-long access may be necessary.

**H-27**: Design and construct stream crossings at right angles, in straight sections of stable reaches to handle (at a minimum) the 100-year flood, and consider culvert and bridge designs that facilitate aquatic life passage.

**H-28**: Where the access road crosses small drainages and intermittent streams not requiring culverts, low water crossings shall be used. The road will dip to the original streambed elevation of the drainage and the crossing will prevent

BLM_0023730

any blockage or restriction of the existing channel. Material moved from the banks of the crossing will be stockpiled nearby for later use in reclamation. Gravel, riprap, or concrete bottoms may be required in some situations.

**H-29**: For pipeline crossings of drainage ways: Pipelines crossing at the surface must be constructed high enough to remain above the highest possible floodflows at each crossing.  Pipeline crossings below the surface must be buried deep enough to remain undisturbed by scour and fill processes typically associated with passage of peak flows.  A hydraulic analysis should be completed during the pipeline design phase to avoid repeated maintenance of such crossings and eliminate costly repairs and potential environmental degradation associated with pipeline breaks at stream crossings (DOI 2007).   Utilize horizontal directional boring techniques under perennial water bodies and/or wetland complexes when environmental circumstances allow.

**H-30**: Minimize crossing of streams (intermittent and perennial) and wetlands with vehicles and heavy machinery.

**H-31**: Time work in wetlands and watercourses to occur during low flow season when conditions are driest. High flows occur during late summer early fall as a result of high intensity convective thunderstorm events.  Work in these areas must also be done in a manner consistent with BMPs for biological resources.

**H-32**: Exclude livestock and vehicles from spring sources and riparian areas where on-site evaluation and/or monitoring data indicate degrading conditions or potential to degrade spring or riparian function.

**H-33**: Avoid alteration of natural hydrologic function and condition in source areas for springs, seeps, fens, or other water developments. Relocate surface-disturbing activities away from these sensitive areas as site conditions warrant.

**H-34**: Limit consumptive water use from Federal point source water rights on public lands that are not sustainable and/or would jeopardize discharge to streams, springs, seeps, fens, or downstream senior water rights.

**H-35**: Manage and manipulate invasive stands of brush and weeds on forest, range, pasture land by mechanical, chemical, or biological means or by prescribed burning to improve watershed function and condition.

**H-36**: Limit surface disturbance near drainage features and minimize surface disturbance on steep slopes, fragile soils, saline soils, and Mancos shale derived soils.

**H-37**: When activity in streams, wetlands, or riparian areas is unavoidable, the operator will first employ best available technology such as eco-Matting to reduce impacts.  The operator would then restore modified or damaged areas

as close as practicable to natural conditions to protect banks, wetlands and to re-establish riparian vegetation.

**H-38**: Maintain to the greatest extent practicable natural flow rates and chemical and physical properties of surface and groundwater during work within stream channels, floodplains, and/or riparian areas.

**H-39**: Oil and gas drilling operations within municipal watersheds, source water protection areas, or locally important fresh water aquifers should utilize methods and materials that will prevent degradation of the underlying groundwater. This may include practices such as surface and intermediate casing through potential fresh water zones, gas blocker additives to cement jobs, the use of green fracturing fluids, and pitless drilling - closed loop drilling. The use of "Green" fracturing fluids will be documented in the form of Material Safety Data Sheets which will be reviewed by the operator for compliance prior to use. Material Safety Data Sheets will remain on site at all times such chemicals are present.

**H-40**: Water from well production tests (water wells) or hydrostatic testing of pipelines shall be filtered of sediments prior to discharge into wetlands. Energy dissipating methods (e.g., straw-bails, waddles, vegetative buffers) shall be in place prior to discharge of production water or water used for hydrostatic testing.

**H-41**: Within portions of municipal watersheds and sourcewater protection areas available for fluid minerals development, the operator should develop and implement a watershed protection plan. This plan would include characterization and monitoring of baseline hydrologic/hydrogeologic conditions such as but not limited to: water quality, water quantity, groundwater flow patterns, connectivity between geologic formations, and communication between surface and groundwater. The operator should collaborate with all watershed stakeholders in development and implementation of the watershed protection plan.

**H-42**: Livestock feeding, and salting, shall be done in a manner to protect water quality. When possible, these developments or practices should be done at least 550 meters from riparian zones.

**H-43**: Maintain appropriate vegetative/riparian buffers around water features to slow runoff and trap sediments and protect water quality. A minimum buffer distance should be 200 meters or greater where site conditions warrant.

**H-44**: Surface disturbing actions should not permanently impair floodplain function.

**H-45**: No operations using chemical processes (except for vegetation management) or other pollutants in their activities will be allowed to occur

BLM_0023732

within 200 feet of any water bodies. This includes staging equipment for refueling, and equipment maintenance.

**H-46**: Fill material will not be cast over hilltops or into drainages.

**H-47**: All pipeline welds within 100 feet of a perennial stream will be x-rayed to prevent leakage into the stream. Where pipelines cross streams that support Federal or State-listed threatened or endangered species or BLM-listed sensitive species, additional safeguards such as double-walled pipe, and remotely-actuated block or check valves on both sides of the stream may be used.

**H-48**: Baseline information of channel characteristics and riparian vegetation present must be documented before actions are permitted to disturb riparian areas and the stream channel.

**H-49**: Direct overflow from water developments back to the original natural drainage in a way that does not accelerate erosion or modify riparian habitats.

**H-50**: Avoid soil compaction or surface disturbing activities in recharge areas that could impair natural function of springs and/or seeps.

## References

Federal Water Pollution Control Act, as amended through P.L. 107-303, November 27, 2002

United States Department of the Interior and United States Department of Agriculture. 2007. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development. BLM/WO/ST-06/021+3071/REV 07. Bureau of Land Management. Denver, Colorado. 84 pp.

BLM. 2009. H-9112-1 Bridges and Major Culverts Handbook. Bureau of Land Management, Washington, D.C.

BLM. 2011a. H-9113-1 Road Design Handbook. Bureau of Land Management, Washington, D.C.

BLM. 2012f. H-9115 Primitive Roads Manual. Bureau of Land Management, Washington, D.C.

BLM. 2008. H-1740-2 Integrated Vegetation Management Handbook. Bureau of Land Management, Washington, D.C. Internet Web site: http://www.blm.gov/style/medialib/blm/wo/Information_Resources_Man agement/policy/blm_handbook.Par.59510.File.dat/H-1740-2.pdf. Accessed on May 18, 2012.

U.S. Department of the Interior. 2007. Hydraulic considerations for pipelines crossing stream channels. Technical Note 423. BLM/ST/ST-

BLM_0023733

07/007+2880. Bureau of Land Management, National Science and Technology Center, Denver, CO. Internet Web site: http://www.blm.gov/nstc/library/techno2.htm. Accessed on May 18, 2012.

## VEGETATION: RANGELAND (VR)

Guidance may come from various sources. See individual resources.

### Standard Operating Procedures

**VR-1**: When making decisions about proposed projects/actions in known sagebrush habitat, existing plans and guidance will be used by interdisciplinary teams and considered in the decision making process. This guidance includes the conservation actions/guidelines identified in the Western Association of Fish and Wildlife Agencies – Conservation Assessment of Greater Sage-grouse and Sagebrush habitats (2004), and local working group population plans (Pinion Mesa population of Gunnison Sage Grouse and Parachute Piance Roan Population of Greater Sage Grouse).

**VR-2**: Utilize the techniques and methods for vegetation treatments identified in the Record of Decision for Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States (BLM 2007).

### Best Management Practices

**VR-3**: Close and rehabilitate roads quickly once they are no longer needed.

**VR-4**: Close selected routes to protect special status species and significant plant communities.

**VR-5**: Build roads to the appropriate standard, no higher than necessary for use and safety, and utilize primitive or two-track roads rather than newly constructed roads where feasible.

**VR-6**: Pipelines (and electrical power lines when possible) shall be placed within road corridors to minimize disturbance.

**VR-7**: Minimize disturbance to soil and native vegetation as much as possible.

**VR-8**: Stockpile topsoil for use in final reclamation. Topsoil shall be stored separately from other fill materials.

**VR-9**: When timely natural regeneration of the native plant community is not likely to occur, carefully select species that will not compete with or exclude botanical resources for revegetation efforts. Bare sites shall be seeded as soon as appropriate to prevent establishment of undesirable plant species.

**VR-10**: Ensure that seed used for revegetation as well as straw and hay bales used for erosion control are certified free of noxious weeds.

BLM_0023734

**VR-11**: Monitor revegetation sites to ensure successful establishment of desired species.

**VR-12**: Monitor the long-term success of revegetation efforts to ensure successful establishment of desired species and detect any noxious weed infestations. If revegetation is unsuccessful, continue efforts to establish desired species in disturbed sites.

**VR-13**: In Salt Desert Shrub communities with biological soil crusts, require reclamation that includes but is not limited to: broadcasting bacterial inoculants, planting native grass, forbs, and shrubs seedlings, and exclosure fences.

### References

BLM (US Department of Interior, Bureau of Land Management). 2007. Final Vegetation Treatment Using Herbicides on Bureau of Land Management Lands in 17 Western States, Programmatic Environmental Impact Statement. BLM, Nevada State Office, Reno, NV. June 2007.

Connelly, J.W., S.T. Knick, M.A. Schroeder, and S.J. Stiver. 2004. Conservation Assessment of Greater Sage-grouse and Sagebrush Habitat. Western Association of Fish and Wildlife Agencies. Unpublished Report. Cheyenne, Wyoming.

Elliott, B.A., S. Spackman Panjabi, B. Kurzel, B. Neely, R. Rondeau, and M. Ewing. 2009. Recommended Best Management Practices for Plants of Concern. Practices developed to reduce the impacts of oil and gas development activities to plants of concern. Unpublished report prepared by the Rare Plant Conservation Initiative for the National Fish and Wildlife Foundation.

## VEGETATION: RIPARIAN HABITAT AND WETLANDS (VRW)

### Standard Operating Procedures

**VRW-1**: Utilize the techniques and methods for vegetation treatments identified in the Record of Decision for Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States (BLM 2007).

**VRW-2**: Utilize the techniques and processes for protection of floodplains as identified in Executive Order 11988 – Floodplain Management.

**VRW-3**: Road crossings that will be used for longer than one year on perennial streams will be engineered and approved by the BLM Authorized Officer.

**VRW-4**: Do not locate roads or other facilities immediately parallel to streams. Where roads or facilities must cross streams, cross perpendicularly and immediately exit the buffer zone.

BLM_0023735

**VRW-5**: **(MLP)** Armor low water stream crossings, place properly sized culverts, or span streams as appropriate to protect the riparian zone.

**VRW-6**: Maintain a minimum of six inch stubble height at the end of October or winter grazing rotation on stream bank (lotic) riparian. If stability of riparian system is depend upon riparian grasses and forbs maintain adequate stubble height to dissipate energy from spring runoff.

**VRW-7**: Maintain a minimum of four inch stubble height at the end of October on wet meadows (lentic) systems.

**VRW-8**: Roads and trails (off-highway vehicle, horse, bicycle, hiking) will avoid wetlands and if avoidance is not possible will be designed and constructed in accordance with Technical Reference 2E22A68-NPS, Off-highway Vehicle Management.

## Best Management Practices

**VRW-9**: Minimize crossing of streams (intermittent and perennial) and wetlands with vehicles, heavy machinery, and facilities (e.g. pipelines).

**VRW-10**: Locate residue piles (e.g., sawdust, field chipping residue, disposal ponds) away from drainages where runoff may wash residue into water bodies or wetlands.

**VRW-11**: Maintain appropriate vegetative/riparian buffers from ground disturbing or heavy use activities of at least 200 meters around riparian and wetland areas to protect and enhance the health and function of these systems.

**VRW-12**: Manage vegetation in riparian areas to provide wildlife habitat, adequate shade, sediment control, bank stability, and recruitment of wood into stream channels.

**VRW-13**: Locate project staging areas for refueling, maintenance equipment, materials, operating supplies, and boring in areas not designated as riparian and/or wetland areas.

**VRW-14**: Minimize surface disturbance within riparian areas and in wetlands.

**VRW-15**: Avoid late summer or early fall grazing in areas with declining willow populations. If grazing during these time periods must occur allow for at least one full year of rest between grazing rotations.

**VRW-16**: Utilize riparian pastures as appropriate to manage grazing activities in riparian areas. Vary the timing, duration, and frequency of grazing in riparian pastures.

BLM_0023736

**VRW-17**: Create off stream watering facilities when possible (e.g. stock tanks, stock ponds, nose pumps, etc.). Place grazing stock tanks and other watering facilities at least 550 meters from riparian zones.

**VRW-18**: Actively move cattle to and from riparian pastures or pastures containing riparian habitat. Do not allow for cattle to drift between pastures (BLM TR-1737-14 p. 33-34).

**VRW-19**: Low stress stockmanship methods should be used to encourage cattle grazing away from riparian areas. Cattle should be turned out away from riparian areas when enter new pastures or allotments. Cattle should also be guided to appropriate bedding areas.

**VRW-20**: Cull cattle from the herd that congregate or preferentially graze riparian areas for extended periods of time.

**VRW-21**: Place salt, hay, grain, molasses, and other supplements on uplands at least 550 meters away from riparian and wetland areas to encourage cattle to graze uplands and move out of riparian areas. Supplementation sites should be at least 1,100 meters (1,200 yards) apart.

**VRW-22**: Phase the size and timing of vegetation removal treatments within riparian areas. Phasing treatments sizes and timing to reduce soil and water temperatures, maintain bank and soil stability, and retain adequate wildlife habitat for cover and nesting.

**VRW-23**: Phase the size and timing of vegetation removal treatments on uplands immediately adjacent to riparian areas, and buffer treatment boundaries away from riparian areas to reduce sedimentation and erosion in riparian zones. Allow for at least one 1 year between vegetation removal treatments in uplands and in riparian or wetland areas.

**VRW-24**: Relocate existing roads away from riparian areas as feasible during requested permitting or authorization of these routes. Reclaim abandoned portions of relocated roads back to natural conditions. Recontour routes back to natural slopes as feasible, rip compacted soils (except for in close proximity to desirable trees), and seed disturbed areas.

**VRW-25**: Fences should not be placed immediately on the edge of riparian areas. Place fences away from riparian or wetland areas to decrease impacts from trailing along fences.

## References

BLM (US Department of Interior, Bureau of Land Management). 2007. Final Vegetation Treatment Using Herbicides on Bureau of Land Management Lands in 17 Western States, Programmatic Environmental Impact Statement. BLM, Nevada State Office, Reno, NV. June 2007.

BLM_0023737

National Riparian Service Team. Riparian Area Management. Technical Reference 1737-20.Grazing Management Processes and Strategies for Riparian-Wetland Areas. 2006.

## NOXIOUS AND INVASIVE WEED PREVENTION (WEED)

This list incorporates many suggested practices under various land uses, and is designed to allow managers to pick and choose those practices that are most applicable and feasible for each situation. Standard Operating Procedures (**SOP**s) as established by policy or law are identified as such.

### Site-Disturbing Projects

#### Pre-project Planning

**WEED-1**: Environmental analyses for projects and maintenance programs should assess weed risks, analyze high-risk sites for potential weed establishment and spread, and identify prevention practices.

**WEED-2**: Determine site-specific restoration and monitoring needs and objectives at the onset of project planning.

**WEED-3**: Learn to recognize noxious and invasive weeds.

**WEED-4**: Inventory all proposed projects for weeds prior to ground-disturbing activities. If weeds are found, they should be treated (if the timing is appropriate) or removed (if seeds are present) to limit weed seed production and dispersal.

**WEED-5**: Be cognizant of moving equipment and machinery *from* weed-contaminated areas *to* non-contaminated areas.

**WEED-6**: Locate and use weed-free project staging areas. Avoid or minimize travel through weed infested areas, or restrict travel to periods when spread of disseminules is least likely.

**WEED-7**: Identify sites where equipment can be cleaned. Remove mud, dirt, and plant parts from project equipment before moving it into a project area. Seeds and plant parts should be collected and incinerated when possible.

**WEED-8**: If certified weed-free gravel pits become available in the county, the use of certified weed-free gravel will be required wherever gravel is applied to public lands (e.g., roads). **(SOP)**

**WEED-9**: Maintain stockpiled, non-infested material in a weed-free condition. Topsoil stockpiles should be promptly revegetated to maintain soil microbial health and reduce the potential for weeds.

**WEED-10**: Use competitive seed mixes when practical. A certified seed laboratory shall test each lot according to the Association of Official Seed

BLM_0023738

Analysts standards (which include an all-state noxious weed list) and provide documentation of the seed inspection test. The seed shall contain no noxious, prohibited, or restricted weed seeds and shall contain no more than 0.5 percent by weight of other weed seeds. Seed may contain up to 2.0 percent of "other crop" seed by weight, including the seed of other agronomic crops and native plants; however, a lower percentage of other crop seed is recommended. **(SOP)**

*Project Implementation*
**WEED-11**: Minimize soil disturbance. To the extent practicable, native vegetation should be retained in and around project activity areas, and soil disturbance kept to a minimum.

**WEED-12**: If a disturbed area must be left bare for a considerable length of time, cover the area with weed barrier until revegetation is possible.

*Post-project*
**WEED-13**: Clean all equipment before leaving the project site when operating in weed infested areas.

**WEED-14**: Inspect, remove, and properly dispose of weed seed and plant parts found on clothing and equipment. Proper disposal means bagging and incinerating seeds and plant parts or washing equipment in an approved containment area.

**WEED-15**: Revegetate disturbed soil where appropriate to optimize plant establishment for that specific site. Define revegetation objectives for each site. Revegetation may include topsoil replacement, planting, seeding, fertilization, and certified weed-free mulching as necessary. Use native material where appropriate and feasible.

**WEED-16**: Monitor sites where seed, hay, straw, or mulch has been applied. Eradicate weeds before they form seed. In contracted projects, contract specifications could require that the contractor control weeds for a specified length of time.

**WEED-17**: Inspect and document all ground-disturbing activities in noxious weed infested areas for at least three growing seasons following completion of the project. For ongoing projects, continue to monitor until reasonably certain that no weeds are present. Plan for follow-up treatments based on inspection results.

BLM_0023739

## Roads and Utilities

### Pre-project Planning

**WEED-18**: Communicate with contractors, local weed districts or weed management areas about projects and best management practices for prevention.

**WEED-19**: Remove mud, dirt, and plant parts from project equipment before moving it into a project area. Seeds and plant parts shall be collected and incinerated when practical, or washed off in an approved containment area. **(SOP)**

**WEED-20**: Avoid acquiring water for road dust abatement where access to water is through weed-infested sites.

**WEED-21**: Treat weeds on travel rights-of-ways before seed formation so construction equipment doesn't spread weed seed.

**WEED-22**: Schedule and coordinate blading or pulling of noxious weed-infested roadsides or ditches in consultation with the local weed specialist. When it is necessary to blade weed-infested roadsides or ditches, schedule the activity when disseminules are least likely to be viable.

### Project Implementation

**WEED-23**: Retain shade to suppress weeds by minimizing the removal of trees and other roadside vegetation during construction, reconstruction, and maintenance; particularly on south aspects.

**WEED-24**: Do not blade or pull roadsides and ditches infested with noxious weeds unless doing so is required for public safety or protection of the roadway. If the ditch must be pulled, ensure weeds remain onsite. Blade from least infested to most infested areas.

### Post-project

**WEED-25**: Clean all equipment (power or high-pressure cleaning) of all mud, dirt, and plant parts before leaving the project site if operating in areas infested with weeds. Seeds and plant parts shall be collected and incinerated when possible.

**WEED-26**: When seeding has been specified for construction and maintenance activities, seed all disturbed soil (except travel route) soon after work is completed.

**WEED-27**: Use a certified weed-free seed mix suitable for local environmental conditions that includes fast, early growing (preferably native) species to provide quick revegetation. Consider applying weed-free mulch with seeding. **(SOP)**

BLM_0023740

**WEED-28**: Periodically inspect roads and rights-of-way for noxious weeds. Train staff to recognize weeds and report locations to the local weed specialist. Follow-up with treatment when needed.

**WEED-29**: When reclaiming roads, treat weeds before roads are made impassable. Inspect and follow up based on initial inspection and documentation.

**WEED-30**: To avoid weed infestations, create and maintain healthy plant communities whenever possible, including utility rights-of-ways, roadsides, scenic overlooks, trailheads, and campgrounds.

### Recreation Activities

**WEED-31**: Inspect and clean mechanized trail vehicles of weeds and weed seeds.

**WEED-32**: Wash boots and socks before hiking into a new area. Inspect and clean packs, equipment, and bike tires.

**WEED-33**: Avoid hiking through weed infestations whenever possible.

**WEED-34**: Keep dogs and other pets free of weed seeds.

**WEED-35**: Avoid picking unidentified "wildflowers" and discarding them along trails or roadways.

**WEED-36**: Maintain trailheads, campgrounds, visitor centers, boat launches, picnic areas, roads leading to trailheads, and other areas of concentrated public use in a weed-free condition. Consider high-use recreation areas as high priority sites for weed eradication.

**WEED-37**: Sign trailheads and access points to educate visitors on noxious and invasive weeds and the consequences of their activities.

**WEED-38**: In areas susceptible to weed invasion, limit vehicles to designated, maintained travel routes. Inspect and document travel corridors for weeds and treat as necessary.

**WEED-39**: Encourage use of pelletized feed for backcountry horsemen and hunters. Pelletized feed is unlikely to contain weed seed.

### Watershed Management

**WEED-40**: Frequently and systematically inspect and document riparian areas and wetlands for noxious weed establishment and spread. Eradicate new infestations immediately since effective tools for riparian-area weed management are limited.

BLM_0023741

**WEED-41**: Promote dense growth of desirable vegetation in riparian areas (where appropriate) to minimize the availability of germination sites for weed seeds or propagules transported from upstream or upslope areas.

**WEED-42**: Address the risk of invasion by noxious weeds and other invasive species in watershed restoration projects and water quality management plans.

### Grazing Management

**WEED-43**: Consider prevention practices and cooperative management of weeds in grazing allotments. Prevention practices may include:

**a)**  Altering season of use

**b)**  Minimizing ground disturbance

**c)**  Exclusion

**d)**  Preventing weed seed transportation

**e)**  Maintaining healthy vegetation

**f)**  Revegetation

**g)**   Inspection

**h)**   Education

**i)**  Reporting

**WEED-44**: Provide certified weed-free supplemental feed in a designated area so new weed infestations can be detected and treated immediately. Pelletized feed is unlikely to contain viable weed seed.

**WEED-45**: If livestock may contribute to seed spread in a weed-infested area, schedule livestock use prior to seed-set or after seed has fallen.

**WEED-46**: If livestock were transported from a weed-infested area, annually inspect and treat entry units for new weed infestations.

**WEED-47**: Consider closing infested pastures to livestock grazing when grazing will either continue to exacerbate the condition or contribute to weed seed spread. Designate those pastures as unsuitable range until weed infestations are controlled.

**WEED-48**: Manage the timing, intensity (utilization), duration, and frequency of livestock activities to maintain the competitive ability of desirable plants and retain litter cover. The objective is to prevent grazers from selectively removing desirable plant species and leaving undesirable species.

**WEED-49**: Exclude livestock grazing on newly seeded areas with fencing to ensure that desired vegetation is well established, usually after 2-3 growing seasons. **(SOP)**

BLM_0023742

**WEED-50**: Reduce ground disturbance, including damage to biological soil crusts. Consider changes in the timing, intensity, duration, or frequency of livestock use; location and changes in salt grounds; restoration or protection of watering sites; and restoration of yarding/loafing areas, corrals, and other areas of concentrated livestock use.

**WEED-51**: Inspect areas of concentrated livestock use for weed invasion, especially watering locations and other sensitive areas that may be particularly susceptible to invasion. Inventory and manage new infestations.

**WEED-52**: Defer livestock grazing in burned areas until vegetation is successfully established, usually after 2-3 growing seasons. **(SOP)**

### Outfitting / Recreation Pack and Saddle Stock Use

**WEED-53**: Allow only certified weed-free hay/feed on BLM lands. **(SOP)**

**WEED-54**: Inspect, brush, and clean animals (especially hooves and legs) before entering public land. Inspect and clean tack and equipment.

**WEED-55**: Regularly inspect trailheads and other staging areas for backcountry travel. Bedding in trailers and hay fed to pack and saddle animals may contain weed seed or propagules.

**WEED-56**: Tie or contain stock in ways that minimize soil disturbance and prevent loss of desirable native species.

**WEED-57**: Authorized trail sites for tying pack animals should be monitored several times per growing season to quickly identify and eradicate new weeds. Trampling and permanent damage to desired plants are likely. Tie-ups shall be located away from water and in shaded areas where the low light helps suppress weed growth.

**WEED-58**: Educate outfitters to look for and report new weed infestations.

### Wildlife

**WEED-59**: Periodically inspect and document areas where wildlife concentrate in the winter and spring and cause excess soil disturbance.

**WEED-60**: Use weed-free materials for all wildlife management activities.

**WEED-61**: Incorporate weed prevention into all wildlife habitat improvement project designs.

**Fire**

### Fire Management Plans

**WEED-62**: Prescribed fire plans should include pre-burn invasive weed inventory and risk assessment components as well as post-burn mitigation components.

**WEED-63**: Integrate prescribed fire and other weed management techniques to achieve best results. This may involve post-burn herbicide treatment or other practices that require careful timing.

**WEED-64**: Include weed prevention and follow-up monitoring in all prescribed fire activities. Include in burn plans the possibility for post-burn weed treatment.

### Incident Planning

**WEED-65**: Increase weed awareness and weed prevention by providing training to new and/or seasonal fire staff on invasive weed identification and prevention.

**WEED-66**: For prescribed burns, inventory the project area and evaluate potential weed spread with regard to the fire prescription. Areas with moderate to high weed cover should be managed for at least 2 years prior to the prescribed burn to reduce the number of weed seeds in the soil. Continue weed management after the burn.

**WEED-67**: Ensure that a weed specialist is included on a Fire Incident Management Team when wildfire or prescribed operations occur in or near a weed-infested area. Include a discussion of weed prevention operational practices in all fire briefings.

**WEED-68**: Use operational practices to reduce weed spread (e.g., avoid weed infestations when locating fire lines).

**WEED-69**: Identify and periodically inspect potential helispots, staging areas, incident command posts, and base camps and maintain a weed-free condition. Encourage network airports and helibases to do the same.

**WEED-70**: Develop a burned-area integrated weed management plan, including a monitoring component to detect and eradicate new weeds early.

### Fire-fighting

**WEED-71**: Ensure that all equipment (including borrowed or rental equipment) is free of weed seed and propagules before entering incident location.

**WEED-72**: When possible, use fire suppression tactics that reduce disturbances to soil and vegetation, especially when creating fire lines.

BLM_0023744

**WEED-73**: Use wet or scratch-lines where possible instead of fire breaks made with heavy equipment.

**WEED-74**: Given the choice of strategies, avoid ignition and burning in areas at high risk for weed establishment or spread.

**WEED-75**: Hose off vehicles on site if they have traveled through infested areas.

**WEED-76**: Inspect clothing for weed seeds if foot travel occurred in infested areas.

**WEED-77**: When possible, establish incident bases, fire operations staging areas, and aircraft landing zones in areas that have been inspected and are verified to be free of invasive weeds.

**WEED-78**: Cover weed infested cargo areas and net-loading areas with tarps if weeds exist and can't be removed or avoided.

**WEED-79**: Flag off high-risk weed infestations in areas of concentrated activity and show weeds on facility maps.

**WEED-80**: If fire operations involve travel or work in weed infested areas, a power wash station should be staged at or near the incident base and helibase. Wash all vehicles and equipment upon arrival from and departure to each incident. This includes fuel trucks and aircraft service vehicles.

**WEED-81**: Identify the need for possible fire rehab to prevent or mitigate weed invasion during fire incident and apply for funding during the incident.

*Post-fire Rehabilitation*
**WEED-82**: Have a weed specialist review burned area rehabilitation reports to ensure proper and effective weed prevention and management is addressed.

**WEED-83**: Thoroughly clean the undercarriage and tires of vehicles and heavy equipment before entering a burned area.

**WEED-84**: Treat weeds in burned areas. Weeds can recover as quickly as 2 weeks following a fire.

**WEED-85**: Schedule inventories 1 month and 1 year post-fire to identify and treat infestations. Eradicate or contain newly emerging infestations.

**WEED-86**: Restrict travel to established roads to avoid compacting soil that could hinder the recovery of desired plants.

**WEED-87**: Determine soon after a fire whether revegetation is necessary to speed recovery of a native plant community, or whether desirable plants in the

BLM_0023745

burned area will recover naturally. Consider the severity of the burn and the proportion of weeds to desirable plants on the land before it burned. In general, more severe burns and higher pre-burn weed populations increase the necessity of revegetation. Use a certified weed-free seed mix. **(SOP)**

**WEED-88**: Inspect and document weed infestations on fire access roads, equipment cleaning sites, and staging areas. Control infestations to prevent spread within burned areas.

**WEED-89**: Seed and straw mulch to be used for burn rehabilitation (e.g., for wattles, straw bales, dams) shall be certified weed-free. **(SOP)**

**WEED-90**: Replace soil and vegetation right side up when rehabbing fire line.

## FISH AND WILDLIFE MANAGEMENT AND SPECIAL STATUS SPECIES (FWS)

### Standard Operating Procedures

**FWS-1**: To minimize the spread of aquatic nuisance species including but not limited to zebra mussels, New Zealand mud snails, quagga mussels, rusty crayfish, and whirling disease vectors, personnel working in water will do the following:

    **a)** Before leaving a particular water, inspect and clean gear used in the water, including watercraft (boats, canoes, kayaks, rafts, etc.), trailers, oars, nets, waders, wading boots, sandals, and life jackets. Remove vegetation, mud, grit, algae, etc. and drain water from boats and other gear.

    **b)** Prior to entering another water body, clean your gear by spraying with 409 or a similar soap or bleach solution and let equipment dry in the hot sun for several hours, or use hot tap water that drains onto the ground, not down a drain or into another water course.

**FWS-2**: Fences constructed will comply with applicable wildlife fence standards, such as those described in BLM Handbook H-1741-1, Fencing (BLM 1989). Current standards for fencing cattle out in deer and elk range is a four strand fence, 40 inches high with a spacing of wires from ground to top of 60"(smooth bottom wire), 6" (second wire barbed), 6" (third wire barbed), 12" (top wire preferably smooth but may need to be barbed in areas of intense cattle use).

**FWS-3**: The GJFO will consult agency species management plans and other conservation plans as appropriate to guide management and devise mitigation measures when needed. Examples of these plans include but are not limited to the Colorado Wildlife Action Plan, Colorado Sagebrush: A Conservation Assessment and Strategy, National, Rangewide, statewide and local working group conservation plans for Gunnison and greater sage grouse, Sharing the land with pinyon-juniper birds, Birds in a sagebrush sea: managing sagebrush habitats

BLM_0023746

for bird communities, North American Landbird Conservation Plan, North American Waterbird conservation Plan, National and Colorado Partners in flight Bird Conservation Plans, Colorado Gunnison's and White-tailed Prairie Dog Conservation Strategy and Recovery plans for federally listed species.

**FWS-4**: Lessees will be notified that a lease parcel contains potential habitat for threatened (T), endangered (E), proposed (P), candidate (C) and BLM sensitive (S) plants, fish and wildlife.

**FWS-5**: Existing plant location records will be consulted and site inventories will be conducted to identify suitable habitat[1] for these plants. Surveys for occupied suitable habitat will be performed prior to any ground disturbance. Surveys will take place when the plants can be positively identified, during the appropriate flowering periods. Surveys will be performed by qualified field botanists/biologists who will provide documentation of their qualifications, experience and knowledge of the species prior to starting work.

**FWS-6**: In complex linear or split-estate actions early coordination with private landowners will facilitate the process the BLM must complete prior to authorizing the action. To comply with the Endangered Species Act, the BLM must consider the effects to listed species on private land that result from a Federal action, such as linear rights-of-way or constructing a well pad on private land to drill to federal lease. Before an applicant can contract a biological survey, the private surface owner must allow the biological consultant access. Projects can be authorized without completing biological surveys on private lands but this may lead to lengthy delays while the BLM completes consultation.

**FWS-7**: For Colorado hookless cactus and other T, E, P, and C species surface-disturbing activities will be avoided within 200 meters of occupied plant habitat[1] wherever possible and where geography and other resource concerns allow[2]. Fragmentation of existing populations and identified areas of suitable habitat will be avoided wherever possible.

**FWS-8**: For BLM sensitive species surface-disturbing activities will be avoided within 100 meters of occupied plant habitat[1] wherever possible and where geography and other resource concerns allow[2]. Fragmentation of existing populations and identified areas of suitable habitat will be avoided wherever possible.

---

[1] Occupied habitat includes areas historically or currently supporting plants and/or soils containing a viable seed bank. Suitable habitat is defined as an area that contains or exhibits the specific components or constituents necessary for plant persistence, as determined by existing maps plus field inspection and/or surveys. It may or may not be occupied by plants or a seed bank. Potential habitat is defined as an area that satisfies the broad criteria of the species' habitat description. It is usually determined by preliminary in-house assessment.

[2] An avoidance buffer helps to minimize dust transport, weed invasion, unauthorized vehicular activities, chemical and produced-water spills; and helps to protect pollinator habitat.

BLM_0023747

**FWS-9**: Where development is allowed within 100 meters of occupied habitat for T, E, P and C species or BLM sensitive species, unauthorized disturbance of plant habitat will be avoided by on-site guidance from a biologist, and by fencing the perimeter of the disturbed area, or such other method as agreed to by the Fish and Wildlife Service. In such instances, a monitoring plan approved by the Service will be implemented for the duration of the project to assess impacts to the plant population or seed bank. If detrimental effects are detected through monitoring, corrective action will be taken through adaptive management.

**FWS-10**: Surface disturbance closer than 20 meters to a listed plant will be considered an adverse effect. Mitigating measures within this narrow buffer are very important and helpful to individual plants, but we do not expect that all adverse effects can be fully mitigated within this distance. Some adverse effects due to dust, dust suppression, loss of pollinator habitat, and toxic spills will likely remain. There are two possible exceptions to this rule of thumb: 1) The new disturbance is no closer to a listed plant than preexisting disturbance and no new or increased impacts to the listed plant are expected; or 2) the listed plant is screened from the proposed disturbance (e.g., tall, thick vegetation or a berm acts as a screen or effective barrier to fugitive dust and other potential impacts).

**FWS-11**: Transplantation of potentially affected plants will not be used as a rationale to defend a "not likely to adversely affect" or a "no effect" determination for listed plant species.

**FWS-12**: For drilling pads and other installations, surveys will extend beyond the edge of disturbance by at least 200 meters for T, E, P and C species. For linear features such as roads and pipelines, surveys will extend at least 100 meters beyond the edge of the proposed ground disturbance along each side of the right of way. If special status plants are found within the survey area, the contractor will endeavor to determine the complete areal extent of the occurrence and the approximate number of individuals within the occurrence.

**FWS-13**: Documentation will include individual plant locations and suitable habitat distributions. Prior to conducting plant surveys, the operator will provide maps (as hard-copy and Geographic Information System files) of all proposed areas of disturbance to BLM. Maps will include existing and proposed roads, pipelines, well pads, pits, parking lots, and all other work areas. Post-construction or as-built maps will also be submitted to account for any deviations from pre-project maps. Specific polygons where rare plant surveys have been conducted will be included, along with the results of those surveys (positive or negative). The locations of any monitoring plots established to measure the status of rare plants and habitat in the vicinity of project activities will also be displayed.

**FWS-14**: Protect pollinator species for endangered or threatened species by incorporating the standard operating procedures found in the Final

BLM_0023748

Programmatic Environmental Impact Statement for Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States (BLM 2007).

**FWS-15**: Conduct development on existing or previously disturbed surface locations to reduce impacts on undisturbed areas and minimize impact on wildlife habitat.

**FWS-16**: To protect nesting raptors, raptor surveys shall be conducted prior to activities that could impact nesting activities. Based on the survey results the following mitigation measures may be applied:

   a) Protect nest sites from human disturbances by implementing CPW and USFWS recommended buffers around known nest sites.

   b) Provide perching and nesting structures as mitigation where disturbances are impacting raptors.

   c) Apply guidance from *Suggested Practices for Raptor Protection on Power Lines: the State of the Art in 2006* (Avian Power Line Interaction Committee 2006) and *Avian Protection Plan (APP) Guidelines* (Avian Power Line Interaction Committee and US Fish and Wildlife Service 2005) or most current guidance for new power line construction (including upgrades and reconstruction) to prevent electrocution of raptors.

**FWS-17**: **(MLP)** Implement drilling technology improvements, such as horizontal drilling, to maximize resource recovery and minimize environmental impacts.

**FWS-18**: **(MLP)** Install pipelines adjacent to roads wherever possible.

**FWS-19**: **(MLP)**  Strategically apply fugitive dust control measures to reduce coating of vegetation and deposition in water sources, including enforcing established speed limits on BLM and private roads.

**FWS-20**: Ensure that ponds containing mining or other wastes that are potentially hazardous to fish and wildlife are enclosed to exclude birds, bats, and other wildlife attracted to the water.

**FWS-21**: When placing culverts on streams containing fish or amphibians, design culverts to maintain or improve aquatic organism passage.

**FWS-22**: In wildland fire situations work with Fire Resource Advisors during suppression efforts in the GJFO when considering dipping water from ponds, reservoirs, and lakes throughout the Grand Valley. Select reservoirs, ponds, and lakes harbor native and/or endangered fishes and should be avoided if at all possible.  If these waters must be used, screen water intakes with ¼ inch mesh to avoid entrainment of fish.

BLM_0023749

**FWS-23**: When obtaining water from any live stream or river the following actions should be taken:

**a)** The best method to avoid entrainment of fish is to pump from off-channel locations (e.g., ponds, lakes, and diversion ditches), not directly connected to the mainstem rivers even during high spring flows;

**b)** If the pump head must be located in the river channel where larval fish are known to occur, the following measures apply:

1. Do not situate the pump in a low-flow or no-flow area as these habitats tend to concentrate larval or young-of-year fishes. Instead place the pump into fast moving/riffle habitat;

2. limit the amount of pumping, to the greatest extent possible, during that period of the year when larval fish may be present (June 1 to August 15); and

3. avoid pumping, to the greatest extent possible, during the pre-dawn hours (two hours prior to sunrise) as larval fish drift studies indicate that this is a period of greatest daily activity.

**c)** Screen all pump intakes with ¼-inch or finer mesh material.

**d)** Report any fish impinged on any intake screens to the Fish and Wildlife Service (970.243.2778) or the Colorado Division of Wildlife:

**Northwest Region**
711 Independent Ave., Grand Junction, CO 81505
Phone: (970) 255-6100

**Southwest Region**
415 Turner Dr., Durango, CO 81303
Phone: (970) 375-6700

**Best Management Practices**
**FWS-24**: Design lighting required for recreation, oil and gas, and other programs to be directing downward, using shielded lights, and only the minimum illumination required, utilize green lights in areas that require illumination at night and prevent skyward projection of lighting that may disorient night migrating birds. Sodium vapor lights, widely used for streetlights and security lighting, should not be used because they have been shown to attract night-flying birds.

**FWS-25**: Limit flaring operations when well pads are within 100 m of occupied T, E, C, P and sensitive species habitat.

BLM_0023750

**FWS-26**: Control noxious weeds using integrated techniques. Limit chemical control in areas with rare plant species to avoid damage to non-target species. Mechanical or chemical control in and near rare plant habitat shall only be implemented by personnel familiar with the rare plants.

**FWS-27**: Prohibit collection of rare plants or plant parts, except as permitted by the BLM Authorized Officer for scientific research.

**FWS-28**: The use of deicers and dust suppressants within 100 meters (328 feet) of road-side occurrences of special status plant species will require prior approval from the BLM.

**FWS-29**: Herbicide application shall be kept at least 200 meters from known plant populations, except in instances where weed populations threaten habitat integrity or plant populations. Great care shall be used to avoid pesticide drift in those cases.

**FWS-30**: Use temporary water delivery lines laid on the surface of the ground to reduce truck traffic.

**FWS-31**: Retain existing snags for wildlife use in places where they will not create a human hazard.

**FWS-32**: Where linear disturbance is proposed edges of vegetation shall be feathered to avoid long linear edges of habitat and allow for greater habitat complexity for wildlife.

**FWS-33**: Protect existing temporary pools to providing breeding and hibernating habitat for amphibians.

**FWS-34**: Avoid fragmentation of wildlife habitat especially in wildlife migration and movement corridors.

**FWS-35: (MLP)** Encourage the use of a variety of BMPs, as defined by the most recent version of "Best Management Practices for Oil and Gas Development on Public Lands," http://www.blm.gov/bmp/.

**FWS-36**: Identify in-channel features (e.g., culverts, water diversion structures) that block aquatic organism movement and/or impair stream connectivity and replace, modify, or remove these impediments as they are identified and as opportunities allow. Consider and address aquatic organism passage and appropriate life-stage requirements when designing new or modifying existing stream crossings.

**FWS-37**: Where construction of in-channel barriers will benefit aquatic species by limiting access from competitive species and/or disease vectors, consider barriers as a management tool on a site-specific basis.

**FWS-38**: In critical and sever winter range for deer and elk avoid recurring transportation activity within two hours before and after sunrise and sunset to avoid disturbing wintering wildlife between Dec1 and May1 (excluding emergencies).

**FWS-39**: For intensive activities within winter range for wildlife use carpooling for activities like crew rotations and shift changes.

**FWS-40**: For intensive activities within winter range for wildlife monitor and enforce speed limits

**FWS-41**: For intensive activities within winter range for wildlife prohibit pets and possession of fire arms on the site by employees or contractors.

**FWS-42**: Implement closed-loop drilling systems on all active rigs, using only a small cuttings mixing area on each location.

**FWS-43**: Optimize completion operations to minimize impact.   Techniques include:

    **a)** Simultaneous drilling and completion operations minimize the operating time on the well pad, where space and safety restrictions permit the use of this technique.

    **b)** Remote completion operations using nearby existing well pads minimize overall surface disturbance.

**FWS-44**: Reuse water whenever possible for drilling and completion activities. Recycle all water used in completion activities to meet water needs for completion of subsequent wells on location; this will reduce fresh water consumption and reduce truck traffic.

**FWS-45**: Expand the water distribution system to efficiently move water in pipelines, reducing truck traffic for drilling and completion activities.

**FWS-46**: Reduce visits to well sites through remote monitoring (i.e. SCADA) and the use of multi-function contractors.

**FWS-47**: **(MLP)** Use solar panels as an alternative energy source for on location production equipment, to limit trips to the location for production maintenance.

**FWS-48**: Use dual-fuel natural gas/diesel systems, reducing diesel delivery to the well site by as much as 70 percent.

**FWS-49**: **(MLP)** Use existing roads instead of new construction segments wherever feasible.

BLM_0023752

**FWS-50**: **(MLP)** Seed all access roads and facilities other than well pads in a timely manner after construction has been completed. Seed all topsoil from pad construction.

**FWS-51**: Noise reduction techniques and designs will be used to reduce noise from compressors or other motorized equipment.

**FWS-52**: Where new roads are constructed seasonal restrictions on public vehicular access will be evaluated where there are wildlife conflict or road damage/maintenance issues.

**FWS-53**: Install multiple pipelines in a single trench, to minimize disturbance.

**FWS-54**: Install trench plugs (sloped to allow wildlife or livestock to exit the trench should they enter) at known wildlife or livestock trails to allow safe crossing on long spans of open trench.

**FWS-55**: Coordinate with the Colorado Parks and Wildlife (CPW) on BLM projects and BLM-authorized projects that are proposed within 0.5-mile of a small capacity water development and 2.0-mile of a large capacity wildlife water development. Projects determined to have a detrimental effect on wildlife using wildlife water developments will be avoided or rerouted if possible.

**FWS-56**: Coordinate with CPW on migratory bird inventories when migratory bird inventories are proposed by BLM or required of third parties.

## References

Avian Power Line Interaction Committee. 2006. Suggested Practices for Raptor Protection on Power Lines: the State of the Art in 1996. Edison Electric Institute, Avian Power Line Interaction Committee, and the California Energy Commission. Washington, DC, and Sacramento, CA.

Avian Power Line Interaction Committee and US Fish and Wildlife Service. 2005. Avian Protection Plan (APP) Guidelines, April 2005. Washington, DC.

BLM (United States Department of the Interior, Bureau of Land Management). 1989. Handbook H-1741-1: Fencing. Release 1-1572. BLM, Washington, DC. December 6, 1989. 58pp.

_____. 2007. Final Vegetation Treatment Using Herbicides on Bureau of Land Management Lands in 17 Western States, Programmatic Environmental Impact Statement. BLM, Nevada State Office, Reno, NV. June 2007.

US Fish and Wildlife Service and BLM Recommendations for Avoiding Adverse Effects on Threatened, Endangered, Proposed, Candidate and BLM Sensitive Plants on BLM Lease Lands in Colorado; Draft. July 25, 2008.

BLM_0023753

USDA Forest Service. Designing for Aquatic Organism Passage at Road-Stream Crossings. 2007.

Elliott, B.A., S. Spackman Panjabi, B. Kurzel, B. Neely, R. Rondeau, and M. Ewing. 2009. Recommended Best Management Practices for Plants of Concern. Practices developed to reduce the impacts of oil and gas development activities to plants of concern. Unpublished report prepared by the Rare Plant Conservation Initiative for the National Fish and Wildlife Foundation.

# WILDLIFE DAMAGE MANAGEMENT (WDM)

## Standard Operating Procedures

**WDM-1**: Control activities conducted by the US Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services will be coordinated with the GJFO on an annual basis, including review of authorized control areas and annual submittal of control activities on GJFO lands.

**WDM-2**: US Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services will notify the GJFO before any damage control activity is implemented within the restricted area(s), and exceptions will be approved on a case-by-case basis.

**WDM-3**: All US Environmental Protection Agency use restrictions and requirements for toxicants are to be followed where control devices are employed on public lands. The GJFO must be notified before any toxicants are deployed and a map of the treatment area must be provided. Adequate signage must be provided and maintained.

**WDM-4**: All aerial control activities in the wild horse area must be conducted in compliance with all applicable Colorado State Statutes, the provisions of the 1971 Wild and Free-Roaming Horses and Burros Act, as amended, and its associated regulations (43 Code of Federal Regulations 4700). No harassment of wild horses and burros is permitted under these provisions; maliciously or negligently causing the injury of a wild horse or burro is also expressly prohibited.

**WDM-5**: Any aerial control activities in the wild horse area will require notification of and prior approval from the GJFO.

**WDM-6**: During the foaling season (March 1-June 30), a flyover survey to determine whether wild horses are present will be conducted prior to commencing any wildlife damage management activities. This survey will be conducted at a minimum of 500 feet above ground level. If wild horses are determined to be present, flyover surveys will be adjusted as needed to prevent any disturbance or harassment of the animals present, and wildlife damage

BLM_0023754

activities that would result in disturbance or harassment of these animals will not take place.

**WDM-7**: All persons involved with wildlife damage management activities shall be briefed on the regulations and penalties relating to harassment of wild horses prior to commencing animal control operations.

**WDM-8**: The GJFO will identify through the US Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services annual work plan process areas of public lands considered special resource use areas on which control activities be avoided except as requested by CPW, or other protective restrictions may apply. Examples may include special status species habitats (e.g., sage-grouse leks and nesting areas, and bald eagle nests).

**WDM-9**: Interim Management Policies must be adhered to at all times in Wilderness Study Areas and the GJFO must be notified before any wildlife damage management activity is implemented. Wildlife damage management activities in Wilderness Study Areas must be directed at the offending animal. Aerial hunting may be allowed in Wilderness Study Areas as long as those actions do not impair wilderness characteristics.

## WILD HORSES (WH)

### Standard Operating Procedures

**WH-1**: Wild Horse and/or Burro Gathers Standard Operating Procedures.

**WH-2**: Wild Horse Fertility Control Treatment Standard Operating Procedures.

**WH-3**: All new or reconstructed exclosures within herd management areas will follow the horse fencing standards.

**WH-4**: Any new facilities shall be a minimum of 0.25-mile from water sources to avoid hindrance of use by wild horses.

**WH-5**: Any new facilities shall be designed to avoid injury to horses or fenced to prevent wild horse access.

**WH-6**: Require rebar to be welded between the rails of cattle guards if the cattle guard or similar device is to be installed in or near herd management areas to decrease the risk of wild horse and/or burro entrapment.

**WH-7**: All new or reconstructed fences on the perimeter of the wild horse range will be comprised of materials that would reduce injury to wild horses. (e.g., wooden poles, smooth wire)

BLM_0023755

**WH-8**: Seed mixes for projects within the wild horse range shall benefit wild horses (emphasis on palatable grasses) while meeting land health standards.

**WH-9**: If a project involves heavy or sustained traffic; require road signs for safety and protection of wild horses.

**WH-10**: Above ground facilities requiring painting will be designed to blend in with local environment.

**WH-11**: Disturbed areas will be contoured to blend with the natural topography. Blending is defined as reducing form, line, and color contrast associated with the surface disturbance.

**WH-12**: Still or motion picture photography for personal use is permitted; however, photography for commercial purposes may require a permit. Contact the local BLM office.

**WH-13**: Feed weed-free certified hay or pellet feed (refer to www.weedfreefeed.com for more information).

**WH-14**: For guide/outfitters and recreationists: The permittee shall inform all staff and clients that wild horses protected by federal law and will prevent harassment of wild horses from permitted activities. Prohibited acts include but are not limited to: maliciously injuring or harassing a wild horse; chasing wild horses, removing or attempting to remove a wild horse from public lands; destroying a wild horse; selling or attempting to sell a wild horse; and, commercially exploiting a wild horse. Crimes are punishable by fine and/or imprisonment. Examples of violations might include harassment by all-terrain vehicle, injury or death by a bullet or arrow, and illegal capture.

## Best Management Practices

**WH-15**: Adequate water for livestock and dogs may not be available along your route. Springs and other water sources identified on maps may be dry at any time.

**WH-16**: Bring a sufficient quantity of drinking water for your riding stock (15 gallons or more per day, per animal)

**WH-17**: Secure your riding stock adequately (use portable panels or corrals).

**WH-18**: Be sure your domestic riding stocks are current with annual vaccinations.

**WH-19**: Do not bring sick or diseased riding animals into herd management areas. Wild horses on the range are not vaccinated against any diseases.

**WH-20**: Do not drive across, camp on, or stake riding stock out to graze on riparian areas.

BLM_0023756

**WH-21**: Water riding stock only at springs or streams with stable banks and dry soils.

**WH-22**: Keep riding stock secured away from dispersed camp sites and spread manure before leaving.

**WH-23**: Explore the area prior to hauling in a trailer to assess access. Pulling horse or other trailers off of State or County designated roads shall only be done with prior operator knowledge of the road. Many roads are narrow, rough, steep, or impassable. Turning around may be difficult or impossible, especially with a trailer**.**

**WH-24**: In the event that a foaling mare or newborn foal is encountered, every effort shall be made to stay away from that location. Do not attempt to help the mare or foal.

**WH-25**: Stay at least 100 feet away from wild horses.

**WH-26**: Try not to place yourself between members of a band or between adjoining bands.

**WH-27**: Observe wild horses quietly so wild behavior is not disrupted.

**WH-28**: If you are approached by wild horses while riding horseback, stay calm, maintain control of your animal, and leave the area as soon as you can. Ride with others whenever possible.

**WH-29**: Mares, especially if in season, may attract wild stud horses to you or your camp. Keep domestic horses secure at all times. Ride with others who are experienced and skilled at resolving unwanted wild horse or burro interactions.

**WH-30**: Do not feed or try to attract animals towards you.

**WH-31**: Keep dogs under control so they do not disturb or chase wild horses.

**WH-32**: Report sick or injured animals, or violations, to the BLM.

**WH-33**: Please do not attempt to assist or handle sick or injured animals**.**

## CULTURAL RESOURCES (CR)

### Standard Operating Procedures

**CR-1**: Evaluation of all BLM activities and BLM authorized activities shall be made in compliance with BLM Manual 8100, The Foundations for Managing Cultural Resources (BLM 2004a), and subsequent 8100 series (BLM 2004b, 2004c, 2004d, 2004e, 2004f, 2004g, and 2004h); Handbook of Guidelines and Procedures for Inventory, Evaluation, and Mitigation of Cultural Resources (BLM

BLM_0023757

1998, rev. 2007); and the current State Protocol Agreement between the Colorado BLM and the Colorado State Historic Preservation Office.

**CR-2**: In complex linear or split-estate actions early coordination with private landowners will facilitate the process the BLM must complete prior to authorizing the action. To comply with the National Historic Preservation Act, the BLM must consider the effects to cultural resources on private land that result from a Federal action, such as linear rights-of-way or constructing a well pad on private land to drill to federal lease. Before an applicant can contract a cultural survey, the private surface owner must allow the cultural consultant access. Projects can be authorized without completing cultural surveys on private lands but this may lead to lengthy delays while the BLM completes consultation.

**CR-3**: The holder of a BLM authorization to carry out land use activities on Federal lands, including all leases and permits, must notify the BLM, by telephone and written confirmation, immediately upon the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony (43 Code of Federal Regulations [CFR] 10.4(g)). Activities must stop in the immediate vicinity of the discovery. The discovery must be protected from the authorized activity for a period of 30 days or unless otherwise notified by the (43 CFR 10.4(c) and (d)).

**CR-4**: The National Historic Preservation Act, as amended, requires that if newly discovered historic or archaeological materials or other cultural resources are identified during project implementation, work in that area must stop and the BLM Authorized Officer must be notified immediately. Within five working days the BLM Authorized Officer will inform the proponent as to:

**a)** Whether the materials appear eligible for the National Register of Historic Places;

**b)** The mitigation measures the proponent will likely have to undertake before the site could be used (assuming in situ preservation is not practicable), (36 CFR 800.13); and

**c)** A timeframe for the BLM Authorized Officer to complete an expedited review under 36 CFR 800.11 to confirm, through the State Historic Preservation Office, that the BLM Authorized Officer's findings were correct and mitigation was appropriate.

**CR-5**: A standard Education/Discovery stipulation for cultural resource protection shall be attached to the land use authorization. The operator or its contractor is responsible for informing all persons who are associated with the project operations that Federal laws protect cultural resources and they will be subject to prosecution for disturbing or destroying any historic or archaeological sites, or collecting any cultural objects, prehistoric or historic from federal lands.

BLM_0023758

**CR-6**: Strict adherence to the confidentiality of information concerning the nature and location of archeological resources will be required of any company issued a land use authorization and all of their subcontractors (Archaeological Resource Protection Act, 16 US Code 470hh).

**CR-7**: When a NEPA document specifically stipulates the need for an archaeological monitor during construction or a project is located in areas that require an archaeological monitor to be present (see conditions of approval polygons for Sunnyside, Grand Mesa Slopes, and Indian Creek) it is the applicant's responsibility to contract an archaeological consultant holding a current Colorado BLM permit and authorized to work in the GJFO. Fieldwork authorizations are required prior to any construction monitoring Cultural Resource monitoring where resources are present or reasonably expected is permitted only when the ground surface is free of snow, unfrozen, and dry.

**CR-8**: A cultural resource must be allocated to public use prior to:

   **a)**  authorizing or implementing any Heritage Tourism project;

   **b)**  when Special Recreation Permits are issued that will use a cultural resource; or

   **c)**  a BLM recreation project is proposed that involves the use or interpretation of a cultural resource.

### Best Management Practices

**CR-9**: BLM specialists shall complete a File Search Request form and submit to the Field Office Archaeologist as soon as there is proposed BLM activity or BLM authorized activity that will require preparation of a NEPA document. This will provide the specialist with immediate information as to the need for Class III inventory, whether that will be contracted or in-house, or the presence of Cultural Resources that may preclude or impede their project.

**CR-10**: Once it has been determined that a project will require contracted cultural inventory the BLM specialists shall complete a *Request for CR Compliance* form *(find at S:\blm share\CRM_for_FO\ CR Compliance)* and submit to the Field Office Archaeologist as soon as they have a final design for a BLM proposed project or activity.

**CR-11**: When possible, locate projects in areas that are previously disturbed. To comply with the National Historic Preservation Act the BLM must identify significant cultural resources. Under the current regulations and guidelines the BLM may decide that no inventory needs to be conducted because the proposed action is located in an environment where ground disturbance has modified the surface so extensively that the likelihood of finding intact cultural resources is negligible.

BLM_0023759

**CR-12**: Where proposed projects or development will adversely affect a cultural resource, testing, data recovery or full excavation to recover scientific information may be required as mitigation. The applicant or operator bears the full cost of mitigation and is encouraged to consider avoiding adverse effects through project relocation or redesign rather than mitigating adverse effects.

**CR-13**: **(MLP)** A *File Search Request* form must be submitted to the Field Office Archaeologist identifying the site and the proposed use so the allocation to public use can be confirmed.

### References

BLM (United States Department of the Interior, Bureau of Land Management). 1998. Handbook of Guidelines and Procedures for Inventory, Evaluation, and Mitigation of Cultural Resources. Rev. 2007. BLM, Colorado State Office, Lakewood, CO.

_____. 2004a. Manual 8100: The Foundations for Managing Cultural Resources. Release 8-72. BLM, Washington, DC. December 3, 2004.

_____. 2004b. Manual 8110: Identifying and Evaluating Cultural Resources. 8-73. BLM, Washington, DC. December 3, 2004.

_____. 2004c. Manual 8120: Tribal Consultation Under Cultural Resources. 8-74. BLM, Washington, DC. December 3, 2004.

_____. 2004d. Manual 8120-1: General Procedural Guidance for Native American Consultation. 8-75. BLM, Washington, DC. December 3, 2004.

_____. 2004e. Manual 8130: Planning for Uses of Cultural Resources. 8-76. BLM, Washington, DC. December 3, 2004.

_____. 2004f. Manual 8140: Protecting Cultural Resources. 8-77. BLM, Washington, DC. December 3, 2004.

_____. 2004g. Manual 8150: Permitting Uses of Cultural Resources. 8-78. BLM, Washington, DC. December 3, 2004.

_____. 2004h. Manual 8170: Interpreting Cultural Resources for the Public. 8-79. BLM, Washington, DC. December 3, 2004.

## TRIBAL CONSULTATION (TC)

### Standard Operating Procedures

**TC-1**: The BLM has a responsibility to develop a government-to-government relationship with the tribes: the formal relationship that exists between the Federal Government and tribal governments under United State laws. Tribal

BLM_0023760

governments are considered dependent domestic sovereignties with primary and independent jurisdiction (in most cases) over tribal lands. Concerning proposed BLM plans and actions, at least the level of consideration and consistency review provided to State governments must be afforded to tribal governments.

**TC-2**: The BLM is responsible for consultation under General Authorities defined as "laws, executive orders, and regulations that are not considered "cultural resource authorities". The regulations implementing both Federal Land Policy and Management Act and NEPA require Native American consultation. The American Indian Religious Freedom Act and the Indian Sacred sites order (Executive Order 13007) pertain to the free exercise clause of the First Amendment (BLM Manual 8120-1 Guidelines for Conducting Tribal Consultation [BLM 2004], Federal Land Policy and Management Act Title II, NEPA Section 102, 40 CFR 1501.2 and 1501.7)

**TC-3**: Tribes must be consulted whenever other governmental entities or the public are formally involved in the BLM's environmental review process in any NEPA documentation that entails public involvement or initial discussions with local or state governments (BLM Handbook H-1790-1, National Environmental Policy Act [BLM 2008]).

**TC-4**: NHPA Section 106 consultations for cultural resources that are significant to Indian tribes. Consultation with an Indian tribe must recognize the government-to-government relationship between the Federal Government and Indian tribes. The agency official shall consult with representatives designated or identified by the tribal government. Consultation shall be conducted in a manner sensitive to the concerns and needs of the Indian tribe. (36 CFR 800.2(c)(2)(ii)(C).

## Best Management Practices

**TC-5**: Notification is conducted by simple one-way written means. Consultation is generally construed to mean direct, two-way communication.

**TC-6**: When publishing notices or open letters to the public indicating that the BLM is contemplating an action and that comments are welcome, managers shall send individual letters, certified mail or delivery confirmed to tribes requesting their input on actions being considered. If this is an opening dialogue, prior to having developed a strong working relationship with the tribe, if a timely response is not received the manager shall follow up with personal telephone calls.

**TC-7**: For the benefit of both parties, managers are encouraged to strive for the most efficient and effective method of consultation. Whatever method is chosen, all consultation activities shall be carefully documented in the official record.

BLM_0023761

**TC-8**: Consultation roles can be facilitated but may not be transferred to others. Cultural resource consulting firms working for land use applicants cannot negotiate, make commitments, or otherwise give the appearance of exercising the BLM's authority in consultations.

**TC-9**: Owing to their status as self-governing entities, tribes shall be notified and invited to participate at least as soon as (if not earlier than) the Governor, state agencies, local governments, and other federal agencies.

**TC-10**: Tribal consultation means dialogue between a BLM manager and an American Indian Tribe. The BLM managers are encouraged to visit tribal councils and appropriate tribal leaders on a recurring basis. This face-to-face meeting helps to develop relationships that can reduce the time and effort spent in later consultation or individual projects. This government-to-government consultation shall be treated with appropriate respect and dignity of position.

### References

BLM (United States Department of the Interior, Bureau of Land Management). 2004. Manual 8120: Tribal Consultation Under Cultural Resources. 8-74. BLM, Washington, DC. December 3, 2004.

_____. 2004. Manual 8120-1: General Procedural Guidance for Native American Consultation. 8-75. BLM, Washington, DC. December 3, 2004.

_____. 2008. Handbook H-1790-1: National Environmental Policy Act. Washington, DC. January 2008.

## PALEONTOLOGY (P)

### Standard Operating Procedures

**P-1**: Attach lease notices, stipulations, and other requirements to permitted activities to prevent damage to paleontological resources.

**P-2**: Prior to any surface disturbing activities, an inventory of paleontological resources (fossils) may be required. Mitigation may be required upon the discovery of any vertebrate fossil or other scientifically-important paleontological resource. Mitigation of scientifically important paleontological resources may include avoidance, monitoring, collection, excavation, or sampling. Mitigation of discovered scientifically important paleontological resources might require the relocation of the disturbance over 100 meters. This and any subsequent mitigation work shall be conducted by a BLM-permitted paleontologist.

**P-3**: The lessee/operator shall bear all costs for inventory and mitigation (WO IM-2009-011).

BLM_0023762

**P-4**: The lessee is prohibited from surface occupancy and surface-disturbing activities within 100 meters around all known scientifically important paleontological resources.

(Locality-specific name)

This stipulation is to protect scientific information that may be damaged from inadvertent or authorized uses.

*Exception:* The Authorizing Officer may: (1) allow for paleontological excavation and (2) change the protection boundary on a case-by-case basis, taking into account topographical barriers, the design of the proposed action, and the characteristics of the paleontological resource.

*Modification:* None

*Waiver:* Destruction of all the physical characteristics of a paleontological resource.

**P-5**: A standard Education/Discovery stipulation for paleontological resource protection shall be attached to the land use authorization. The operator or its contractor is responsible for informing all persons who are associated with the project operations that Federal laws protect paleontological resources and they will be subject to prosecution for disturbing or destroying any vertebrate fossils or paleontological sites, or collecting any fossilized bones, tracks or any other vertebrate trace fossils from federal lands.

**P-6**: The Paleontological Resources Preservation Act (PRPA) [16 U.S.C. 470aaa] requires the lessee/operator to immediately suspend activities in the vicinity of a vertebrate fossil discovery, protect the discovery from damage and notify the BLM Authorized Officer of any paleontological resources discovered as a result of operations under this authorization. The Authorized Officer will evaluate, or will have evaluated, such discoveries as soon as possible, but not later than 10 working days after being notified. Appropriate measures to mitigate adverse effects to significant paleontological resources will be determined by the Authorized Officer after consulting with the operator. Within 10 days, the operator will be allowed to continue construction through the site, or will be given the choice of either (1) following the Authorized Officer's instructions for stabilizing the fossil resource in place and avoiding further disturbance to the fossil resource, or (2) following the Authorized Officer's instructions for mitigating impacts to the fossil resource prior to continuing construction through the project area.

## VISUAL RESOURCES (V)

### Standard Operating Procedures

**V-1**: All new surface-disturbing projects or activities, regardless of size or potential impact, will incorporate visual design considerations during project design as a reasonable attempt to meet the Visual Resource Management (VRM)

BLM_0023763

class objectives for the area and minimize the visual impacts of the proposal. Visual design considerations will be incorporated by:

**a)** Using the VRM contrast rating process (required for proposed projects in highly sensitive areas, high impact projects, or for other projects where it appears to be the most effective design or assessment tool), or by

**b)** Providing a brief narrative visual assessment for all other projects that require an environmental assessment or environmental impact statement.

**c)** Measures to mitigate potential visual impacts could include the use of natural materials, screening, painting, project design, location, or restoration (See Appendix H; BLM Handbook H-8431-1, Visual Resource Contrast Rating; or online at http://www.blm.gov/nstc/VRM/8431.html, for information about the contrast rating process).

**V-2**: All new roads will be designed and constructed to a safe and appropriate standard, "no higher than necessary" to accommodate intended vehicular use. Roads will follow the contour of the land where practical. Existing oil and gas roads that are in eroded condition or contribute to other resource concerns will be brought to BLM standards within a reasonable period of time.

## Best Management Practices

**V-3**: Impacts to dark night skies will be prevented or reduced through the application of specific mitigation measures identified in activity level planning and NEPA level review. These measures may include directing all light downward, using shielded lights, using only the minimum illumination necessary, using lamp types such as sodium lamps (less prone to atmospheric scattering), using circuit timers, and using motion sensors.

**V-4**: Any facilities authorized will use the best technology available to minimize light emissions

**V-5**: Any new permits/authorizations, including renewals, will be stipulated to use the best technology available to minimize light emissions as compatible with public health and safety.

**V-6**: Restrict visual intrusion in VRM Class I and II areas and within 0.25-mile of historic trails.

**V-7**: Screening facilities from view and avoiding placement of production facilities on steep slopes, hilltops, and ridgelines.

**V-8**: Paint all facilities a color that best allows the facility to blend with the background (Operator-committed BMP).

BLM_0023764

**V-9**: Gravel of road color shall be similar to adjacent dominant soil colors.

**V-10**: Reduce impacts on visual resource management class II and class III areas.

**V-11**: Bury distribution powerlines and flow lines in or adjacent to access roads.

**V-12**: Repeat form, line, color, and texture elements to blend facilities with the surrounding landscape

**V-13**: All aboveground facilities including power boxes, building doors, roofs, and any visible equipment will be painted a color selected from the latest national color charts that best allows the facility to blend into the background.

**V-14**: Perform final reclamation recontouring of all disturbed areas, including access roads, to the original contour or a contour that blends with the surrounding topography.

**V-15**: To the extent opportunities are practicable, extreme visual contrast created by past management practices or human activities will be minimized. Examples include right-of-way amendments, mineral material sites, abandoned mines, and areas impacted by unauthorized off-road driving.

**V-16**: Reclaim unused well pads within one year.

**V-17**: Final reclamation of all oil and gas disturbance will involve re-contouring of all disturbed areas, including access roads, to the original contour or a contour that blends with the surrounding topography and revegetating all disturbed areas

**V-18**: The use of submersible pumps will be strongly encouraged, especially in VRM Class I, II or III areas or any area visible by the visiting public.

**V-19**: The use of partial or completely below-grade wellheads will be strongly encouraged in high visibility areas as well as VRM Class I, II or III areas.

**V-20**: The placement of production facilities on hilltops and ridgelines will be prohibited where they are highly visible.

## WILDLAND FIRE ECOLOGY AND MANAGEMENT (WFM)

### Standard Operating Procedures

#### Fire Suppression
**WFM-1**: Resource Advisors and other applicable specialists shall be utilized to advise the Incident Commander and suppression resources on the natural resource values during the suppression effort.

**WFM-2**: Avoid applying fire retardant in or near drinking water sources.

BLM_0023765

**WFM-3**: Avoid the application of retardant or foam within 300 feet of a waterway or stream channel. Deviations from this procedure are acceptable if life or property is threatened.

**WFM-4**: Fire lines will not be constructed by heavy equipment within riparian stream zones. If construction is necessary due to threats to life or property, control lines shall terminate at the edge of the riparian zone at a location determined appropriate to meet fire suppression objectives based on fire behavior, vegetation/fuel types, and fire fighter safety.

**WFM-5**: For streams currently occupied by Cutthroat Trout or other aquatic special status species, extractions of water from ponds or pools shall not be allowed if stream inflow is minimal and extraction of water will lower the existing pond or pool level.

**WFM-6**: Lands will be temporarily closed to other uses in areas where fire suppression is being implemented.

**WFM-7**: Stream flow shall not be impounded or diverted by mechanical means in order to facilitate extraction of water from the stream for fire suppression efforts.

**WFM-8**: If it is determined that use of retardant or surfactant foam within 300 feet of a waterway or stream channel is appropriate due to threats to life or property; alternative line construction tactics are not feasible because of terrain constraints, congested areas, or lack of ground personnel; or potential damage to natural resources outweighs possible loss of aquatic life, the unit administrator shall determine whether there have been any adverse effects to federally listed species. If the action agency determines that adverse effects were incurred by federally listed species or their habitats, then the action agency must consult with the Service, as required by 50 CFR 402.05, as soon as practicable.

**WFM-9**: Avoid whenever possible burning out unburned islands of native vegetation, specifically sagebrush communities.

**WFM-10**: Minimize/mitigate impacts to cultural resources and pristine vegetative communities.

**WFM-11**: Prior to use on BLM-administered lands, thoroughly rinse to remove mud and debris from all fire suppression equipment from off-district or out of state and used to extract water from lakes, ponds, streams, or spring sources. Examples of this equipment are helicopter buckets, draft hoses, and screens. After cleaning the equipment, disinfect it to prevent the spread of invasive aquatic species. Do not rinse equipment with disinfectant solutions within 100 feet of natural water sources. GJFO suppression equipment used to extract water from sources known to be contaminated with invasive aquatic species, as

BLM_0023766

identified by the US Fish and Wildlife Service and Colorado Parks and Wildlife, also shall be disinfected beforehand on lands administered by the GJFO.

**WFM-12**: Vehicle and equipment shall be washed before being assigned to fires to minimize the spread of noxious weeds. Larger fires with incident management teams assigned may need to have a weed wash station.

### *Emergency Stabilization and Rehabilitation*

**WFM-13**: Stabilize areas that have low potential to naturally revegetate and that have high wind and soil erosion potential. Treatments include the following:

    **a)** Installing water bars and other drainage diversions, culverts along fire roads, dozer lines, and other cleared areas;

    **b)** Seeding and planting to provide vegetative cover;

    **c)** Spreading mulch to protect bare soil and discourage runoff;

    **d)** Repairing damaged roads and drainage facilities;

    **e)** Clearing stream channels of structures or debris that is deposited by suppression activities;

    **f)** Installation of erosion control structures;

    **g)** Installation of channel stabilization structures;

    **h)** Fence or restrict areas to livestock and wild horse and burro grazing to promote success of natural revegetation or establishment of seeded species;

    **i)** Lands may be temporarily closed to other uses during emergency stabilization and rehabilitation practices if activities inhibit treatment;

    **j)** Repair or replace range improvements and facilities; and

    **k)** Monitor emergency stabilization and rehabilitation treatments.

## Best Management Practices

### *Fuels Management*

**WFM-14**: Construct fuel breaks or green strips to protect wildland-urban interface communities and provide for firefighter safety by using mechanical, chemical, biological, and prescribed fire treatment methods.

**WFM-15**: Construct fuel breaks and green strips in areas containing a good understory of native perennials in order to successfully compete with and deter the establishment and spread of annual species.

**WFM-16**: Seed fuels treatments in areas that do not have a good understory of desirable native perennials that can successfully compete with annual weed species.

BLM_0023767

**WFM-17**: Where practicable, use large-scale landscape planning to connect fuel treatments and avoid small piecemeal projects.

**WFM-18**: Plan for maintenance cycles and maintain fuel treatments to ensure effectiveness.

**WFM-19**: Prevent seeded species from being grazed during the first two growing seasons (>18 months) following seeding, or until site-specific analysis and/or monitoring data indicates that vegetation cover, species composition and litter accumulation are adequate to support and protect watershed values, meet vegetation objectives and sustain grazing use

**WFM-20**: Provide fire prevention and mitigation outreach information and education to communities within the GJFO.

## WILDERNESS, WILDERNESS STUDY AREAS, AND LANDS WITH WILDERNESS CHARACTERISTICS (WSA)

### Standard Operating Procedure

**WSA-1**: All Wilderness Study Areas will be managed in accordance with BLM Handbook H-8550-1, Interim Management Policy and Guidelines for Lands Under Wilderness Review (BLM 1995).

### References

BLM (United States Department of the Interior, Bureau of Land Management). 1995. Handbook H-8550-1. Interim Management Policy and Guidelines for Lands Under Wilderness Review. Release 8-66. BLM, Washington, DC. July 5, 1995. 74 pp.

## FORESTRY (F)

### Standard Operating Procedures

**F-1**: No fuel wood cutting of live trees will be allowed for cottonwood, willow, alder; unless resource objectives allow otherwise.

**F-2**: No forestry harvest or collection of products will be allowed during the winter closure timing restraints (November 30 – May 1).

**F-3**: Trees marked for wildlife protection and/or "Seed Tree Do Not Fall" will not be allowed to be harvested for any type of forestry products.

**F-4**: Harvest plans will be completed on all commercial sales within woodlands and forests, showing access roads, decks and skid trail locations. Approval of these plans by the BLM Authorized Officer is required before harvest can start.

BLM_0023768

## Best Management Practices

**F-5**: The closure of new roads will be considered and planned for during sale preparation in accordance with existing policy.

**F-6**: Clear cuts will be considered for use in the pinyon-juniper and aspen types in critical big game winter ranges and other areas where economically feasible.

**F-7**: Clear cuts will be considered for use in restoring aspen sites.

**F-8**: Cuts that thin the pinyon-juniper canopy cover to 20 percent or less will be favored for use in bighorn sheep ranges. These cuts will focus on the smaller trees in the stand,

**F-9**: Large conifer seed trees (three to seven trees per acre) will be left where practical as wildlife shelter on south facing slopes of big game winter ranges to ensure the succession of quality snags.

**F-10**: An average of three to seven trees per acre of the largest nonhazardous snags, particularly those adjacent to openings and open water will be left on commercial sale areas.

**F-11**: Sale areas with less than 15 percent ground cover in the understory on critical deer and elk winter ranges will be seeded using a mixture of grasses, forbs, and shrubs and will be paid for with wildlife funds.

**F-12**: Minimum of 180 year rotation will be allowed for pinyon-juniper stands. Other species will be managed on a rotation of sufficient length to produce cavity trees for flickers and small owls.

**F-13**: A minimum 50 foot buffer will be maintained along all riparian areas.

**F-14**: Snags with existing cavities or nests will be priority for retention.

**F-15**: Snag diameter for retention will be the largest class on site and will be retained in clusters if possible.

**F-16**: If site potential allows, will retain 5-7 snags per acre, preferably in a clumped configuration.

**F-17**: If possible, will retain at least 15 live trees per acre for future snag recruitment. Recruitment snags will not have to be structurally superior; live tree with forked and broken tops may be preferred.

**F-18**: Do not disturb or destroy active or inactive nests of raptors which are reused.

**F-19**: Avoid heavy equipment use in stands of cottonwood, willow, and alder. If heavy equipment use is necessary, allow on a case by case basis and mitigate for adverse impacts.

**F-20**: Allow dead and down collection of cottonwood for personal use.

**F-21**: Protect seed and important wildlife habitat trees in pinyon-juniper stands.

**F-22**: Allow removal of pinyon-juniper encroachment utilizing mechanical, biological, and chemical treatments. Allow tree harvesting for Christmas trees and transplants other woodland products and biomass reduction.

**F-23**: Minimize disturbance to the soil such that surface runoff does not result in sediment transport into waterbodies. Concentrate skidding on as few skid trails as needed.

**F-24**: Limit primary skid trails to 10 percent of the total working area.

**F-25**: Avoid widespread or random skidding patterns with repeated passes.

**F-26**: Minimize placement and use of skid trails in ephemeral drainages. If skid trails must be within or cross an ephemeral drainage, additional BMPs are needed to protect water quality.

**F-27**: Minimize the extent of gouges or trenches upon the ground surface that are created by the skidding of trees or logs.

**F-28**: On sloping terrain, skid trails shall follow along the land contours and shall be kept to 25 percent grade or less when practical.

**F-29**: Establish decks at locations where soil disturbance is minimized.

**F-30**: Maintain as close to normal (pre-construction) streamflow by maintaining depth, width, gradient and capacity of the stream channel at the crossing.

**F-31**: Perform construction, installation, and removal work during low-water flow if circumstances allow.

**F-32**: Stabilize the approachways and/or stream crossing locations so sediment is not transported into the stream.

**F-33**: Approaches to the stream are relatively flat to better control runoff.

**F-34**: The crossing can be installed at a right-angle (90 degrees) to the stream channel so crossing distance is minimized.

**F-35**: Any trees removed during these processes will be purchased by the applicant prior to construction. The applicant is responsible for a per-cord fee.

BLM_0023770

### *Guidelines for Christmas Tree and Firewood Harvesting*

**F-36**: Vehicle use is restricted to existing roads and trails. Do not drive off road.

**F-37**: Do not damage adjacent trees.

**F-38**: When cutting down standing trees, cut the stump 12 inches or less, or as close to the ground as possible.

**F-39**: Scatter lopped branches at least 50 feet from the stump.

**F-40**: Do not top a larger tree to obtain a Christmas tree.

**F-41**: Do not harvest any trees within 100 feet of a spring or creek unless trees are identified for selective removal to meet resource objectives.

**F-42**: Please pack out your trash as well as trash left by others.

**F-43**: No harvesting when soils are saturated to a depth of 3 inches to prevent damage to roads.

**F-44**: The GJFO closes annually to firewood harvesting on November 30. Firewood harvesting reopens in the spring based on road conditions.

## LIVESTOCK GRAZING

### Standard Operating Procedures

**LG-1**: Follow the Grazing Guidelines established along with the Colorado Standards for Rangeland Health.

**LG-2**: Protect seedings from grazing for one full year and through the growing season of the second year. Some seedings established during adverse weather cycles may need protection for a longer period.

**LG-3**: New fences shall be constructed to BLM standards allowing for the appropriate wildlife passage. Fences constructed will comply with applicable wildlife fence standards, such as those described in BLM Handbook H-1741-1, Fencing (BLM 1989).

**LG-4**: Bird and wildlife ramps shall be installed in all troughs.

**LG-5**: Access routes to functioning range improvements shall be retained to allow for periodic maintenance and prevent cross country travel.

**LG-6**: Continue to maintain range improvement projects to support proper livestock management including optimal distribution.

BLM_0023771

**LG-7**: Rangeland and vegetation monitoring will be conducted to detect changes in grazing use, trend, and range conditions. These data will be used to support and direct grazing management decisions. These efforts will help ensure that livestock grazing meets objectives for rangeland health and resolves conflicts with wildlife or other resources.

**LG-8**: Grazing management decisions will be based on inventory and monitoring data, both short-term and long-term, which will be jointly developed by grazing permittees and the appropriate federal land management agency.

**LG-9**: All water development activities for livestock grazing use that exceed the minimum depletion level established by US Fish and Wildlife Service must comply with all US Fish and Wildlife Service fees and prescribed mitigations to offset water depletion in the Colorado River.

**LG-10**: Surface-disturbing activities will be coordinated with livestock grazing permittees to minimize the effects of the surface disturbance on other approved operations. To the maximum extent practicable, this effort will include consulting on scheduling of operations to mutually minimize effects.

**LG-11**: Any damage to the function of range improvements (e.g., fence damage, cattle guard cleaning, livestock loss) from other approved operations will be repaired immediately or remedied by the operator causing the damage.

**LG-12**: Well pads, pits, and other facilities that could be hazardous to livestock will be fenced to keep livestock out and the fences maintained in functioning condition.

## Best Management Practices

**LG-13**: Development of springs and seeps or other projects affecting water and associated resources shall be designed to maintain the associate riparian area and assure attainment of standards.

**LG-14**: Disturbance to established rangeland study sites shall be avoided to provide for the continuation of monitoring efforts which involves comparisons of data to previous records of that site.

**LG-15**: Facilities shall be constructed a minimum of 0.125-mile from livestock gathering spots such as water sources and gathering facilities to prevent disruption of the use of these facilities and potential damage to the facility by livestock.

**LG-16**: Exclosures may be established in areas where the vegetative potential of the area is questionable or to compare the effectiveness of grazing management.

**LG-17**: Livestock grazing could be used as an intensively managed prescriptive grazing practice to control cheatgrass and noxious or invasive weeds.

BLM_0023772

**LG-18**: Use grazing systems that contain rotation, deferment, and rest to produce a mosaic of habitat patches and increases the density, height and distribution of native plants.

**LG-19**: Rotate livestock use areas year to year – avoid grazing in the same place at the same time each year.

**LG-20**: Avoid re-grazing the same plants in one growing season.

**LG-21**: Adjust grazing seasons to benefit both warm and cool season grass species by providing periodic rest from grazing for each type.

**LG-22**: Avoid grazing an area during the spring and fall period in one year's time.

**LG-23**: Allow for adequate litter cover following grazing use to protect soil surface and enhance soil moisture retention.

**LG-24**: For spring grazing ensure livestock are removed early enough so that sufficient soil moisture remains for plant recovery.

**LG-25**: Allow for rest/recovery periods before or after grazing during critical growth periods. Recovery shall include the production of seed to allow for the regeneration of desirable plant species.

**LG-26**: Occasional grazing use during the dormant season will provide rest during the growing season and will allow plants to recover.

**LG-27**: Adjust intensity, timing and/or duration of grazing during periods of drought.

**LG-28**: Manage livestock grazing, including dormant season use, to ensure adequate residual grass cover remains when soil moisture or wildlife habitat is of concern.

**LG-29**: Proper utilization allows stubble for root and crown protection, litter accumulation for organic matter contribution to the soil, cover and habitat for wildlife and forage availability for grazing animals utilizing the area. Generally utilization levels shall be based upon recovery periods and other resource objectives. Suggested utilization guidelines would be:

    **a)** In areas Not Meeting Land Health Standards and cattle grazing is a causative factor, limit utilization on key species to 30 percent during the critical growth period and 40percent during the dormant season.

**b)** In areas Meeting Land Health Standards limit utilization on key species to 40 percent during the critical growth period and 50 percent during the dormant season.

**c)** If wildlife/livestock conflicts exist annual utilization would be read before the next seasons growth begins to account for all uses and demands on the plants.

**d)** The exception to these guidelines is if the permittee can convince the authorized officer that they have the knowledge, ability and commitment to implement a grazing system that should result in improvements to the ecosystem.

**LG-30**: Limit use in areas of valuable woody plants during times when they are selected.

**LG-31**: Avoid the following grazing management practices:

**a)** Long seasonal use with no recovery time;

**b)** Heavy use that stresses plants;

**c)** Little or no re-growth before winter - little stubble for root crown protection;

**d)** Use at the same time every year - repeating the stress;

**e)** No rest or growing season recovery - little recovery with long seasons of use;

**f)** Little or ineffective herding;

**g)** Salt placed in the same locations year after year;

**h)** Livestock left behind after pasture moves; and

**i)** Grazing during the critical growth period year after year.

**LG-32**: When using livestock to control noxious or invasive weeds, match animal dietary preference or tolerance to the target species.

**LG-33**: Use the target weed's phenology when developing a grazing strategy.

**LG-34**: Manage heavy grazing on target weed species to account for any intermixed desirable species.

***Vegetation/Riparian Zone Grazing Management Guidelines***
**LG-35**: To reduce negative impacts to grazing, determine the critical period(s) of a riparian site, and then limit grazing during the critical period(s) to no more often than once every three or four years. Critical periods and impacts are likely to be either in late spring-early summer, when stream banks are more easily broken down by trampling; or late summer-early fall, when excessive browsing man damage vegetation. Each site has its own critical period that shall be

BLM_0023774

individually determined. Important critical period variables are soil moisture, plant species composition, and animal behavior patterns. Site may be grazed every year if use does not occur during the critical period(s). Extended periods of rest or deferment from grazing may be needed to enable recovery of badly degraded sites. Graze earlier in the season when cattle use uplands (Mosley et al. 1997)

**LG-36**: To maintain stream bank stability, limit cattle access to surface water when adjacent stream banks and shorelines are overly wet and susceptible to trampling and sloughing. Stream bank trampling can often be reduced by capitalizing on the natural foraging behavior of cattle. Cattle generally avoid grazing excessively wet sites or in cold-air pockets. Cattle seek out wind-swept ridges, and they graze on upland forage when it is more palatable than forage in riparian areas. Avoid hot season grazing of riparian areas. (Mosley et al. 1997)

**LG-37**: To graze a site more than once per growing season, moisture and temperature conditions shall be conducive to plant growth. For such sites, allow a recovery period of at least 30 to 60 days, depending on vegetation type, before re-grazing within the same growing season. Grazing more often and for shorter periods-that is, 3 weeks or less at a time-is preferable to fewer and longer grazing periods. (Mosley et al. 1997)

**LG-38**: To control the timing, frequency, and intensity of cattle grazing, consider creating smaller riparian pastures with similar, or homogonous, features. Adjusting timing, frequency, and intensity of grazing in individual pasture units is more important than adopting a formalized grazing season. (Mosley et al. 1997)

**LG-39**: To protect stream banks, prevent cattle from congregation near surface waters; fencing, supplemental feeding, and herding methods work best. Provide remote watering systems for cattle. Manage the riparian area as a separate and unique pasture. Inappropriate cattle grazing will usually first be evidenced by excessive physical disturbance to stream banks and shorelines (Mosley et al. 1997)

**LG-40**: On riparian areas that are determined to be non-functioning or functioning at risk as a result of livestock grazing impacts, limits of bank disturbance will be determined and included within the *Terms and Conditions* of the Grazing Permit.

**LG-41**: In general, utilization standards in riparian areas should be no more than 30 percent use of current the year's growth on woody species and a minimum of 4 inches of stubble height shall remain at the end of the grazing period.

**LG-42**: To protect stream banks, discourage trailing up and down the channel by placing logs across trails, perpendicular to the stream channel.

BLM_0023775

**LG-43**: Adjust intensity, timing and/or duration of grazing during periods of drought.

**References**

BLM Handbook H-1741-1, Fencing (BLM 1989)

Mosley, J.C., P.C. Cook, A.J. Griffis, and J. O'Laughlin. 1997. Guidelines for Managing Cattle Grazing in Riparian Areas to Protect Water Quality: Review of Research and Best Management Practices Policy. Report No. 15. University of Idaho, Moscow, ID. December 1997.

# RECREATION (REC)

**Standard Operating Procedures and Best Management Practices**

GJFO recreation management relies heavily on community partnerships and employs the basic concept of the four E's - Engineering, Education, Enforcement and Evaluation.  Partnerships and the four E's provide an effective recreation management framework.  The following SOPs and BMPs are categorized using that framework.   The following SOPs and BMPs are arranged to correspond with those four general categories.

**Partnerships**

**REC-1**: Develop and maintain partnerships with recreation-based organizations and service providers. These partnerships should engage partners in the planning, implementation and monitoring of recreation opportunities and facilities on BLM-managed public lands.

**REC-2:** Administer ERMAs and SRMAs (and associated RMZs) cooperatively through partnership agreements (example memorandum of understanding) between managing partners (e.g. recreation organizations, municipal governments) and the BLM GJFO that outline administrative roles and responsibilities.

**REC-3:** Consider administering specific recreation facilities (e.g. campgrounds) cooperatively through partnership agreements with partner organizations or businesses.

**Recreation Facilities and Trails (Engineering)**

**REC-4:** Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see Appendix M) to create and maintain a sustainable recreational route system that helps achieve recreation and other resource use objectives while protecting natural and cultural resources. (BLM 2014 and 2005).

BLM_0023776

**REC-5:** Reroute or close trails that create resource damage and/or trespass on private property.

**REC-6:** For recreation facility development utilize the BLM Guidelines for a Quality Built Environment manual (BLM 2010)

**REC-7**: Develop and maintain recreation visitor use data monitoring systems to track visitor use trends.

**REC-8:** Work with targeted recreation users and managing partners to protect and enhance targeted recreation opportunities in ERMAs and SRMAs.

**REC-9:** Work with partners (e.g., recreation organizations, municipal governments) to develop connectivity to adjoining urban trails to provide safe access to public lands, alternative transportation options, and improved recreational opportunities.

**REC-10:** In ERMAs, avoid management actions that attract or concentrate recreation use at sites of other authorized uses (e.g. camping near stock ponds.)

**REC-11:** In ERMAs, locate new recreation facility developments so as to mitigate recreation impacts on other resource uses and developments.

**REC-12:** In SRMAs, locate new developments for other resource uses so as to mitigate impacts to targeted recreation resources.

**REC-13:** Develop recreation facilities at primary access points that may include, but are not limited to, parking/staging areas that accommodate targeted users, vault toilets, informational kiosks and shade shelters.

**REC-14:** Work with private landowners and recreationists to avoid trespass issues where public and private lands interface.

**REC-15:** Work with community partners, and utility permit applicants to minimize the impact to recreation from utility developments in ROW corridors and/or Renewable Energy Emphasis areas (wind and solar) that overlap ERMAs and SRMAs.

**REC-16:** Use guidance from EPA "Best Management Practices for Lead at Outdoor Shooting Ranges" (EPA 2005) in areas where intensive recreational target shooting occurs.

**Recreation Information and Education**

**REC-17:** Provide clear, consistent, and standardized messaging to the public regarding recreation opportunities and regulations on BLM-managed public lands. This messaging should be included in digital communications (websites,

BLM_0023777

social media), print media (brochures, kiosk displays), signage, and personal contacts with recreation customers (office visits, phone calls, field contacts).

**REC-18:** Utilize information portals (e.g. information/education kiosks, signs, brochures, maps, websites) and management strategies (i.e. onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about targeted recreation opportunities in ERMAs and SRMAs.

**REC-19:** Clearly identify primary access points to recreation areas both onsite (signs and developed recreation facilities) and offsite (digital and print media, recreation service providers.)

**REC-20:** In ERMAs, utilize information portals (e.g. information/education kiosks, signs, brochures, maps, websites) and management strategies (e.g. onsite staff and/or volunteer information, education, and enforcement patrols) to inform recreation participants about other resource uses in the area, and appropriate recreation behavior that mitigates impacts to operations and facilities of other resource uses.

**REC-21:** Work with cooperators and partners to provide visitor information and education resources that help achieve area recreation management objectives and the objectives of adjoining or overlapping designations (e.g. WSAs, LWC units, ACECs, wildlife emphasis areas and RMAs).

**REC-22:** Work with managing partners (local clubs, businesses and municipalities) to develop appropriate marketing strategies and informational materials (e.g. maps, brochures) that help achieve specific recreation management objectives.

**REC-23:** Clearly identify RMA/RMZ boundaries using a variety of communication tools and/or barriers including, but not limited to, digital and/or print media, signs and/or fencing, and natural topographic features. Boundary identification strategies should generally employ the most practical, cost-effective, and least obtrusive materials and methods that are still effective for attaining desired management results. For example, periodic boundary identification signs may be sufficient to contain use along portions of an RMZ boundary. If signing alone proves ineffective, fencing or other physical barriers can be installed.

**REC-24 :** In areas where intensive recreational target shooting occurs, work with volunteers and managing partners to develop and communicate shooting range safety rules, etiquette and stewardship messages.

**REC-25:** Promote the seven standard principles of Leave No Trace (www.lnt.org) outdoor ethics through print and electronic media, and through

BLM_0023778

personal communications with recreationists participating in non-motorized recreation activities on BLM-managed public lands.

**REC-26**: Promote the principles of Tread Lightly (www.treadlightly.org) outdoor ethics through print and electronic media, and through personal communications with recreationists participating in recreation activities on BLM-managed public lands.

## Recreation Monitoring (Enforcement and Evaluation)

**REC-27**: Special Recreation Permits will contain noxious weed management stipulations (e.g., pre-event inventories to avoid infested areas, event management to avoid or isolate activities that could cause weed introduction or spread, monitoring and treatment of infestations exacerbated by the activity, and other appropriate noxious weed management stipulations).

**REC-28**: Lands may be temporarily closed to other uses during recreation events performed under special recreation permit (e.g., equestrian endurance rides or motorcycle events).

**REC-29:** In SRMAs, monitor outcome attainment and preferences through customer assessments (e.g. focus group interviews of visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.

**REC-30:** Manage recreation to minimize or prevent adverse effects to biological and cultural resources using the Recreation Guidelines to Meet Public Land Health Standards on Bureau of Land Management Lands in Colorado (BLM 2000).

**REC-31:** Ensure all recreation management actions in areas overlapping ACECs help protect the relevance and importance criteria of those ACECs. Conduct social and physical monitoring to determine if recreation use is consistent with specific ACEC goals, objectives and resource protection measures. Promote stewardship of ACEC resources by providing opportunities for visitors to learn about those resources.

**REC-32:** Adapt specific recreation regulations (e.g. camping stay limits) if monitoring indicates that recreation use is causing unacceptable resource damage or is compromising achievement of recreation or other resource use objectives.

**REC-33:** Coordinate with partner groups to complete resource monitoring requirements.

BLM_0023779

**References**

BLM. 2000. Recreation Management Guidelines to Meet Public Land Health Standards on Bureau of Land Management Lands in Colorado. Lakewood, CO. Bureau of Land Management. December 2000. Available online at: http://www.blm.gov/co/st/en/BLM_Information/newsroom/2000/recguidefnr/guide_final.html)

BLM. 2005.Grand Junction Field Office. "Trail Design Criteria."

BLM. 2010. Guidelines for a Quality Built Environment, First Edition, December 2010

BLM. Grand Junction Field Office, 2014. "Trail Development Process." (in progress)

United States Environmental Protection Agency. 2005. Best Management Practices for Lead at Outdoor Shooting Ranges, EPA-902-B-01-001 Revised June 2005 Region 2

# LANDS AND REALTY (LR)

## Standard Operating Procedures

**LR-1**: Power lines shall be constructed in accordance to standards outlined in "Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996" (Avian Power Line Interaction Committee 2006). Right-of-way applicants shall assume the burden and expense of proving that proposed pole designs not shown in the above publication are "raptor safe." Such proof shall be provided by a raptor expert approved by the BLM Authorized Officer.

**LR-2**: Rights-of-way and other lands and realty authorizations, including power lines, pipelines, transmission corridors, energy development sites and related development, and gravel pits, will contain noxious and invasive plant management terms or stipulations for all ground-disturbing actions. These will include conducting a pre-disturbance noxious weed inventory, designing to avoid or minimize vegetation removal and weed introduction or spread, managing weeds during the life of the right-of-way or authorization to prevent or minimize weed introduction or spread, abandoning the right-of-way or authorization to establish competitive vegetation on bare ground areas, and monitoring revegetation success and weed prevention and control for a reasonable number of years.

**LR-3**: Rights-of-way will be constructed to avoid physical damage to range improvements and rangeland study areas.

BLM_0023780

**LR-4**: The right-of-way holder shall notify the BLM Authorized Officer at least 48 hours prior to the commencement construction, reclamation, maintenance, or any surface-disturbing activities under this grant. LR

**LR-5**: Copies of the right-of-way grant with the stipulations shall be kept on site during construction and maintenance activities. All construction personnel shall review the grant and stipulations before working on the right-of-way or permitted area.

**LR-6**: All facilities shall be labeled with the authorization number, operator, and contact information.

**LR-7**: No signs or advertising devices shall be placed on the premises or on adjacent public lands, except those posted by or at the direction of the BLM Authorized Officer.

**LR-8**: The Holder shall promptly remove and dispose of all waste caused by its activities. The term "waste" as used herein means all discarded matter including, but not limited to, human waste, trash, garbage, refuse, petroleum products, ashes, and equipment. No burning of trash, trees, brush, or any other material shall be allowed.

**LR-9**: The Proponent (applying for new ROW) shall notify all existing right-of-way holders in the project area prior to beginning any surface-disturbance or construction activities. The Holder shall obtain an agreement with any existing right-of-way holders or other parties with authorized facilities that cross or are adjacent to those of the holder to assure that no damage to an existing right-of-way or authorized facility will occur. The agreement(s) shall be obtained prior to any use of the right-of-way or existing facility.

**LR-10**: The Holder shall participate in the formation of a Road User's Association for the road if new rights-of-way are granted for use of the existing road. All new users will be required to join the association.

**LR-11**: The Holder will provide a performance bond for the authorized facility, acceptable to the BLM Authorized Officer, in the amount of $(_) that must be maintained in effect until restoration of the right-of-way has been accepted by the BLM Authorized Officer. The bond shall be furnished by the holder within 30 days of signing the grant (___) and shall be applied to all additional authorizations associated with the project as necessary.

**LR-12**: Incorporate conditions of approval and mitigation measures from the Final Programmatic EIS on Wind Energy Development on BLM-administered Lands in the Western US, as applicable (BLM 2005).

**LR-13**: Incorporate conditions of approval and mitigation measures from the Solar Energy PEIS, as applicable (*pending completion of Solar PEIS*).

BLM_0023781

**LR-14**: All construction activities shall be confined to the minimum area necessary. The exterior boundaries of the construction area shall be clearly flagged prior to any surface-disturbing activities.

**LR-15**: Existing roads will be used wherever possible. Additional roads shall be kept to the minimum. Route locations must be approved by the BLM prior to construction.

**LR-16**: When blasting is necessary, the following precautions will be used:

    **a)** In areas of human use, blasting blankets will be used.

    **b)** Landowners or tenants in close proximity to the blasting will be notified in advance of the blasting so that livestock and other property can be adequately protected.

    **c)** Access to the blasting area will be restricted by construction personnel stationed at each end of the area to be blasted.

    **d)** Blasting within 0.25-mile of federally-owned or controlled springs and flowing water wells must be approved in writing by the area manager.

    **e)** No blasting will be permitted within 0.25-mile of historic trails, natural areas, identified archaeological sites, and recreation areas.

    **f)** Powder magazines will be located out of sight or at least 0.5-mile from roads. Loaded shot holes will not be left unattended. Approval from the area manager will be obtained for the magazine locations.

**LR-17**: **(MLP)** Roads will be constructed and maintained to BLM road standards [BLM Manual 9113 (BLM 2011a)]. All vehicle travel will be within the approved driving surface.

***Standard Operating Procedures for Pipeline Projects***

**LR-18**: A preconstruction field conference shall be requested by the grantee at least five working days prior to any construction activities unless otherwise agreed upon by the BLM Authorized Officer.

**LR-19**: Once the pipeline is constructed, the grantee/operator shall restore the existing roadway to meet or exceed conditions prior to construction. The preconstruction width of the driving surface shall also be restored and erosion control structure installed subject to approval of the BLM Authorized Officer. The grantee/operator shall be responsible for road maintenance from the beginning to completion of operations. This may include, but not be limited to, blading the roadway, cleaning ditches and drainage facilities, dust abatement, or other requirements as directed by the BLM Authorized Officer.

BLM_0023782

**LR-20**: Construction width shall include the existing road. The pipeline shall be located two to three feet from the edge of the ditch along the existing road. The existing road shall be on the working side of the trench.

**LR-21**: The grantee shall accomplish the crossing of the pipeline owned by (company name) in accordance with an agreement between the grantee/operator.

**LR-22**: Pipeline location warning signs shall be installed within five days of construction completion. Each sign shall be permanently marked with the right-of-way serial number.

## Standard Operating Procedures for Geophysical Exploration

**LR-23**: The operator will furnish a map with the Notice of Intent showing approximate line to be used. A map will also be filed with the Notice of Completion showing the completed line. The map will be of a minimum scale of 0.5-inch equals 1.0 mile.

**LR-24**: Rehabilitation of disturbed areas is to be done concurrent with the geophysical operations.

**LR-25**: Blasting or vibrating within 0.25-mile of federally-owned or controlled springs and flowing water wells or cultural resource sites must be approved in writing by the area manager.

**LR-26**: Plugging of drill holes will conform to the Colorado Reclamation Standards Abandoned Drill Holes Act. Drill hole cuttings will be returned to the hole.

**LR-27**: No blading or other dirt work will be allowed without written permission from the area manager.

**LR-28**: Standard Terms and Conditions described in BLM Handbook H-3150-1: Onshore Oil and Gas Geophysical Exploration Surface Management Requirements (BLM 1994 Rev. 2007).

## Best Management Practices

**LR-29**: Coordinate with the Colorado Parks and Wildlife early in the sale process on proposals to sell public land encumbered by a small capacity wildlife water development.

## References

Avian Power Line Interaction Committee. 2006. Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996. Edison Electric Institute, Avian Power Line Interaction Committee, and the California Energy Commission. Washington, DC, and Sacramento, CA.

BLM_0023783

BLM. 2011a. H-9113-1 Road Design Handbook. Bureau of Land Management, Washington, D.C.

_____. 1994. BLM Handbook H-3150-1: Onshore Oil and Gas Geophysical Exploration Surface Management Requirements. BLM, Washington, DC. Rev. 2007.

_____. 2005. Bureau of Land Management Final Programmatic Environmental Impact Statement on Wind Energy Development on BLM-Administered Lands in the Western United States. BLM, Washington, DC. June 2005.

## MINERALS AND ENERGY (M&E)

Actions involving minerals and energy are governed by:

- Minerals Leasing Act of 1920 (30 U.S.C 181 *et seq*);

- Federal Oil and Gas Royalty Management Act (30 U.S.C. 1718(b));

- Federal Onshore Oil and Gas Leasing Reform Act (30 U.S.C. 226(g));

- 43 CFR 8900 et seq.

- Federal On Shore Orders 1-7

- 43 CFR 3809 Regulations (Locatable Minerals Management)

### Standard Operating Procedures

Standard Operating Procedures are measures that are required in most circumstances. Some are based on laws and policy while others are specific to the planning area to achieve resource management objectives.

#### *Geophysical Exploration*

**M&E-1**: If operations open an existing fence, temporary gates will be installed for use during the course of operations, or the fence will be immediately repaired. On completion of operations, fences will be restored to their original condition or better.

**M&E-2**: When saturated soil conditions exist on access roads or location, or when road rutting becomes deeper than 3 inches, construction shall be halted until soil material dries out or is frozen sufficiently for construction to proceed without undue damage and erosion to soils, roads, and locations.

**M&E-3**: For geophysical operations, specialized low surface impact equipment (wide- or balloon-tired vehicles, all-terrain vehicles) or helicopters may be used for activities in off-road areas to protect fragile soils and or other resource values.

**M&E-4**: Prohibit the use of subsurface explosives and vibrosis buggies within 0.25 miles of all spring sources and perennial streams.

*Grand Junction Field Office*
*Internal Proposed RMP/Final EIS*

BLM_0023784

**M&E-5**: Powder magazines will be located at least a mile from traveled roads, unless otherwise authorized after analysis or review. Loaded shot holes and charges will be attended at all times.

**M&E-6**: Materials or equipment related to project activities (e.g., trash, flagging, lath) will be removed to an authorized disposal site.

**M&E-7**: Project materials which could be a hazard to public health, safety or resource values will be stored in appropriate secondary containment. No oil or lubricants will be drained onto the ground surface.

**M&E-8**: Shot-hole cuttings will be returned to the hole, or an alternative plan will be submitted for BLM approval.

***Reducing Fluid Mineral Development Footprint***
**M&E-9**: Surface disturbing actions will be sensitive to natural resource protection. When surface disturbance in sensitive areas is unavoidable, they will be minimized to the greatest extent practicable, especially near drainage features and on soils mapped as being saline (see Glossary).

**M&E-10**: Utilities such as gas and water lines, power lines and roads will be located in common corridors where practicable.

***Administrative / General and Planning***
**M&E-11**: **(MLP)** Consider site specific soil and vegetative characteristics and reclamation potential in project design and layout.

**M&E-12**: **(MLP)** Design and construct energy service roads to a safe and appropriate standard, no higher than necessary to accommodate their intended use.

**M&E-13**: **(MLP)** Locate and construct roads and other linear facilities to follow the contour of the landform or mimic lines in the vegetation.

**M&E-14**: **(MLP)** A pre-construction meeting will be held with the BLM before and to facilitate implementation of plans and ensure compliance with stipulations or conditions of approval. The BLM will be notified at least 48 hours prior to construction or reclamation work.

**M&E-15**: By November 1 each year, companies will provide georeferenced spatial data depicting as-built locations of all facilities, wells, roads, pipelines, power lines, reservoirs, discharge points, and other related facilities to the BLM for all Master Development Plans where construction and development have been completed.

**M&E-16**: Where winter range areas are not protected by lease stipulations, operations such as construction, drilling, completion, work-overs and other

BLM_0023785

intensive activities will be avoided from January 1 to March 1 to minimize impacts to wintering big game.

**M&E-17**: Before activities take place, every pad, access road, or facility site will have an approved surface drainage plan (storm water management plan) for establishing positive management of surface water drainage, to reduce erosion and sediment transport. The drainage plan will include adaptive BMPs, monitoring, maintenance and reporting. BMPs may include run-on/run-off controls such as surface pocking or revegetation, ditches or berms, basins, and other control methods to reduce erosion. Pre-construction drainage BMPs will be installed as appropriate.

**M&E-18**: **(MLP)** Before surface disturbance, agreements will be obtained with all existing rights-of-way holders, authorized users and pipeline operators affected by permitted activities. If Agreement cannot be reached, the operator will comply with the law or regulations.

**M&E-19**: Disclosure of hydraulic fracture fluids per COGCC rule 205A will be done using FracFocus.org 30 days following the conclusion of the hydraulic fracturing treatment and in no case later than 90 days after the commencement of such hydraulic fracturing treatment.

### Pre-Construction
**M&E-20**: Stakes, snow fence or flagging will be installed to mark boundaries of permitted areas of disturbance, including pre-construction BMPs and soils storage areas and be maintained in place until final construction cleanup is completed.

**M&E-21**: **(MLP)** Pre-construction drainage BMPs will be installed as appropriate, per the approved surface/storm drainage water management, plan to protect stream drainages and to reduce erosion and sediment transport.

**M&E-22**: **(MLP)** Surveys for raptor nests, sensitive plant and animal species and cultural resources will be conducted prior to construction activities following BLM survey standards. Survey results will be submitted to the BLM for analysis and recommendations before project approval.

### Construction
**M&E-23**: **(MLP)** All routes shall be built and maintained to BLM Manual Section 9113 standards for road shape and drainage features (BLM 2011a) or where appropriate BLM Manual Section 9116 standards for primitive roads. For drainage crossings, culverts should be sized for the 50 year storm event with no static head and to pass a 100-year event without failing.  Site specific conditions may warrant BLM to require designs for larger events (e.g. 75-100 year storm events).  Large culverts and bridges shall be designed and constructed per BLM Manual 9112 (large culverts and bridges) (BLM 2009a).  Large culverts and bridges shall be designed to pass a 100-year storm event (minimum).

BLM_0023786

**M&E-24**: As detailed in the site plan for surface/storm water management, drainage from disturbed areas will be confined or directed to minimize erosion, particularly within 100 feet of all drainages. No runoff, including that from roads, will be allowed to flow into intermittent or perennial waterways without first passing through sediment-trapping mechanisms such as vegetation, anchored bales or catchments.

**M&E-25**: **(MLP)** Topsoil stripping will include all growth medium present at a site (following initial clearing of large trees, etc.), as indicated by color or texture. Stripping and storage depth may be specified during the onsite inspection. All stripped topsoil /growth medium will be salvaged, segregated and stored in a manner that extends biological viability and protects it from loss. Topsoil and all growth medium will be replaced prior to seedbed preparation. No topsoil will be stripped or segregated when soils are saturated or frozen below the stripping depth.

**M&E-26**: **(MLP)** Access roads requiring construction with cut and fill will minimize surface disturbance and consider the character of the landform's contours, visual contrasts, the cut materials, the depth of cut, where the fill material will be deposited and other resource concerns.

**M&E-27**: **(MLP)** Fill material will not be cast over hilltops or into drainages without BLM approval.

**M&E-28**: **(MLP)** When saturated soil conditions existing on access roads or location, or when road rutting becomes deeper than 3 inches, construction shall be halted until soil material dries out or is frozen sufficiently for construction to proceed without undue damage and erosion to soils, roads and locations.

**M&E-29**: **(MLP)** Construction activities at drainage crossings (e.g., burying pipelines, installing culverts) will be timed to avoid high flow conditions. Construction activities that affect stream flow will consist of either a piped stream diversion or the use of a coffer dam and pump to divert flow around the disturbed area.

**M&E-30**: **(MLP)** When activity in a wetland is unavoidable, the operator will reduce impacts through the use of oak or HDP mats and will restore all temporarily disturbed wetlands or riparian areas, consulting with the BLM to determine appropriate mitigation, including verification of native plant species to be used in restoration.

**M&E-31**: **(MLP)** All stream crossings affecting perennial streams or streams supporting riparian habitat shall be professionally engineered (design, construction, and maintenance).

**M&E-32**: **(MLP)** Where the access road crosses small drainages and intermittent streams not requiring culverts, low water crossings shall be used.

BLM_0023787

The road will dip to the original streambed elevation of the drainage and the crossing will prevent any blockage or restriction of the existing channel. Material moved from the banks of the crossing will be stockpiled nearby for later use in reclamation. Gravel, riprap, or concrete bottoms may be required in some situations.

**M&E-33**: **(MLP)** All pipeline welds within 100 feet of a perennial stream will be x-rayed to prevent leakage into the stream. Where pipelines cross streams that support Federal or State-listed threatened or endangered species or BLM-listed sensitive species, additional safeguards such as double-walled pipe, and remotely-actuated block or check valves on both sides of the stream may be used.

**M&E-34**: **(MLP)** Water from hydrostatic testing of pipelines will be filtered of sediments prior to discharge. Energy dissipating methods such as straw-bales, wattles, and vegetative buffers will be in place before any discharge of water.

**M&E-35**: **(MLP)** Baseline information of channel characteristics and riparian vegetation present must be documented before actions are permitted to disturb riparian areas and the stream channel.

*Drilling*
**M&E-36**: **(MLP)** Pits that may contain liquid, such as reserve pits, produced water pits, frac-water pits, cuttings trenches (if covered by water/fluid), and evaporation pits, will install and maintain netting to prevent entry or use by migratory birds. They will be fenced on three sides before drilling activity and closed off on the fourth side after drilling is completed.

**M&E-37**: If any pit that may contain liquid is constructed with a slope steeper than 3:1, or if the pit is lined, escape ramps will be installed every 50 feet along the pit slope and at each corner to allow escape by livestock and wildlife

**M&E-38**: Fluids will be confined to pits and all pits that may contain liquids will be lined to protect groundwater. Liners will be maintained in good condition, with no tears or holes, until they are removed when the reserve pit is closed.

**M&E-39**: Pits will be constructed so that water will not run into them. Fluid levels will be maintained below 2 feet of the lowest point of containment.

*Utilization and Production*
**M&E-40**: Operations will not damage, disrupt or interfere with water flows and/or improvements associated with springs, wells, or impoundments.

**M&E-41**: Regularly scheduled road maintenance will include, but not be limited to, crown or slope reconstruction, clean-out of ditches, culverts and catchments, replacement of the road surface and dust abatement.

BLM_0023788

**M&E-42**: Well pads and facilities will be kept free of unnecessary equipment, trash and other materials not in current use.

**M&E-43**: Pits will be promptly drained, tested, closed and reclaimed according to local state and federal regulations.

**M&E-44**: Dust from vehicular traffic, equipment operations, or wind events will be controlled as needed. No application of surfactants or dust agents will proceed without BLM approval. In areas with soils mapped as Mancos shale, application of water on native road surfaces will be limited, to minimize mobilization of selenium. In such areas, alternate dust abatement measures such as proper road surfacing and maintenance, and speed limits will be used, subject to BLM approval.

**M&E-45**: Noise will be minimized by methods such as closed compressor buildings to comply with COGCC standards for noise.

**M&E-46**: **(MLP)** Pipeline warning signs permanently marked with the operator's and owner's names (emergency contact) and purpose (product) of the pipeline will be installed within five days of construction completion and before use of the pipeline for transportation of product.

**M&E-47**: All production equipment with a chimney, vent, or stack shall be fitted with a device to prevent birds from entering or perching on the chimney, such as an excluder cone or equivalent.

**M&E-48**: Production facilities will be located and arranged to facilitate safety and maximize areas to be reclaimed.

**M&E-49**: **(MLP)** All above ground facilities should be painted a natural color selected from the BLM Standard Environmental Color Chart to minimize contrast with adjacent vegetation and/or rock outcrops.  Color(s) should be selected in the field at the proposed project location and should be planned for the season with the greatest number of viewers.  Selected color(s) should be one to two shades darker than those naturally occurring in the background landscape (this will also help with the effects of fading over time). The operator may need to paint drill rig anchors and those minor working tips and edges of production facilities that are subject to OSHA safety requirements a red, yellow, or orange color.

**M&E-50**: Standard secondary containment shall hold 110 percent of the capacity the largest single tank it contains and be impervious to any oil, glycol, produced water, or other toxic fluid for 72 hours.  Earthen berms must be compacted and of fine material that will prevent seepage of any spill to surrounding area.

**M&E-51**: All tanks with a capacity of ten (10) barrels or greater shall be labeled or posted with the following information: A. Name of operator; B. Operator's emergency contact telephone number; C. Tank capacity; D. Tank contents; and E. National Fire Protection Association (NFPA) Label. Smaller chemical storage shall be labeled with contents and NFPA label.

**M&E-52**: All liquids management hoses will be stored inside secondary containment when not in use.

**M&E-53**: **(MLP)** All open top tanks, catchments or secondary containment vessels will be equipped with sturdy metal screening to prevent access to wildlife of all sizes to prevent entrapment and drowning of small wildlife.

### Site Stabilization, Reclamation and Monitoring

**M&E-54**: Road and pipeline reclamation, including seedbed prep and seeding of temporarily disturbed areas will be completed within 30 days following completion of construction.

**M&E-55**: **(MLP)** Following completion of pad construction, topsoil storage piles, stormwater control features, and cut-and-fill slopes will be temporarily seeded, to stabilize the materials, maintain biotic soil activities, and minimize weed infestations. When this is not feasible, disturbed surfaces must be stabilized using other methods like hydro-mulch or erosion matting while vegetation is establishing. Seedbed preparation is not generally required for topsoil storage piles or other areas of temporary seeding.

**M&E-56**: Interim reclamation includes recontouring and revegetating the entire portion of the disturbed area except that part of the well pad needed for production activities.

    **a)** It will be completed within six months following completion of the last well planned for the pad or after a year has passed with no new wells drilled on the pad. All areas unnecessary to production activities will be revegetated, including the area within the remaining rig anchors. In special cases, an exception to this will be requested.

    **b)** Before interim reclamation is scheduled, the operator will meet with BLM to inspect the disturbed area, review the existing reclamation plan, and agree upon any revisions to it.

    **c)** All parts of the area unnecessary for long-term operations will be reshaped to blend with natural topography, covered evenly with topsoil and a seedbed prepared.

    **d)** For cut-and-fill slopes, initial reclamation will typically consist of moving fill material back into cuts, back-filling and reshaping to achieve the configuration specified in the reclamation plan. Compacted areas will be well ripped in two passes at perpendicular

BLM_0023790

directions. In fragile or loose soils, compaction techniques such as tread-walking may be necessary to prevent high erosion hazard. Topographic contours will be reshaped to blend with natural topography. These may include berms and swales to manage water drainage, support revegetation, mitigate visual impacts and maximize natural appearances.

**M&E-57**: Seedbed Preparation. Good seedbed preparation is key to soil stabilization, moisture infiltration, and improving the chances for revegetation success.

**a)** Following contouring, backfilled or ripped surfaces will be covered evenly with topsoil.

**b)** Within 24 hours of broadcast seeding, the spread topsoil will be roughened by a method such as pitting, raking or harrowing before seeding, to break up any crust that has formed and ensure good seed-to-soil contact.

**c)** To control erosion and enhance vegetative establishment on slopes steeper than 3:1, or to create a more natural looking landscape in areas of visual sensitivity, seedbed preparation may include pocking or pitting the soil material to form microbasins scaled to the site and materials. These microbasins will be constructed in irregularly spaced and irregularly aligned rows with an orientation perpendicular to the natural flow of runoff down a slope.

**d)** Requests to use soil amendments, including fertilizer and soil conditioners, will be submitted to the BLM for approval. Submittal will include basic information on the amendment and the purpose of its use.

**M&E-58**: Seed Mixes. Seed mixes will typically consist of native, early-succession species, or species with the ability to establish quickly in disturbed soil areas. Non-native species considered desirable under special circumstances, such as sterile non-native grasses will be submitted to the BLM for approval before use.

**a)** Seed mix composition will be calculated based on the number of Pure Live Seed per pound rather than percentage by weight. Seeding rate in pounds per acre will be based on the total number of Pure Live Seeds per square foot.

**b)** Weed free seed will be used. It will contain no noxious, prohibited, or restricted weed seeds and no more than 0.5 percent by weight of any other weed seeds. Seed may contain up to 2.0 percent of "other crop" seed by weight, including the seed of other agronomic crops and native plants; however, a lower percentage of other crop seed is recommended. To maintain quality, purity, germination, and

BLM_0023791

yield, only tested, certified seed for the current year, with a minimum germination rate of 80 percent and a minimum purity of 90 percent will be used unless otherwise approved by BLM in advance of purchase. Seed shall be viability-tested in accordance with State law(s) and within nine months before purchase.

**c)** Seed mixes for temporary use may contain one or more sterile hybrid grasses or other non-native cover crop in addition to native perennial species, if pre-approved by BLM.

**d)** For private surfaces, BLM-approved seed mixes will be recommended, but the surface landowner has ultimate authority over the seed mix to be used in reclamation.

**e)** Seed tags or other official documentation of the seed mix will be supplied to the BLM for approval at least 14 days before the date of proposed seeding. Seed that does not meet the above criteria will not be applied to public lands. A Sundry Notice describing the completed work, the weed-free certification, and the seed tag(s) will be submitted BLM within 30 days after seeding.

**M&E-59**: Seeding Procedures

**a)** Seeding will be conducted no more than 24 hours following completion of final seedbed preparation (see Seedbed Prep).

**b)** Where practical, seed will be planted by drill-seeding to a depth of 0.25 to 0.5 inch along the contour of the site. Drill seeding will be followed by culti-paction to enhance seed-to-soil contact and prevent losses of both. Where drill-seeding is impracticable, seed may be installed by broadcast-seeding at twice the drill-seeding rate, followed by raking or harrowing to provide 0.25 to 0.5 inch of soil cover. Hydro-seeding and hydro-mulching may be used in temporary seeding or in areas where drill-seeding or broadcast-seeding/ raking are impracticable. Hydro-seeding and hydro-mulching must be conducted in two separate applications to ensure adequate seed-to-soil contact.

**c)** If interim revegetation is unsuccessful, reseedings will be repeated annually until satisfactory vegetative cover has been achieved. Requirements for reseeding of temporary areas will be considered on a case-by-case basis. Seeding will be considered successful when the site is protected from erosion and revegetated with a vigorous, self-sustaining, and diverse cover of native (or otherwise approved) plant species. BLM shall not require reseeding during periods that have proven less than optimal.

BLM_0023792

**M&E-60**: Mulch

    **a)** Mulch will be applied within 24 hours following completion of seeding. Where areas have been drill- or broadcast-seeded and raked, certified weed-free straw or certified weed-free native grass hay mulch will be crimped into the soil. Hydro-mulching may be used in areas of interim reclamation where crimping is impractical, in areas of interim reclamation that were hydroseeded, and in areas of temporary seeding regardless of seeding method.

    **b)** Mulch will not be applied in areas where erosion potential necessitates use of a biodegradable erosion-control blanket (straw matting).

**M&E-61**: Cut and fill slopes will be protected against erosion by contour grading, microbasins or other measures approved by the BLM. Well anchored BMPs such as biodegradable matting, weed-free bales or wattles may also be used on cut-and-fill slopes and along drainages to protect against soil movement.

**M&E-62**: The reclaimed pad will be protected from disturbance by a fence to exclude livestock grazing for the first two growing seasons or until seeded species are firmly established, whichever comes later. Seeded species will be considered firmly established when perennial grass and forb species are at least 80 percent cover of that of the surrounding or reference area.

**M&E-63**: Monitoring. Because weed and reclamation management activities are components of a long-term process, monitoring and reporting are integral to and long-term commitment to land health.

    **a)** All sites considered as "operator reclamation in progress" will be routinely monitored for reclamation success. Reports will be submitted to the BLM by December 1 of each year. Annual reports will include whether accomplishment of objectives appears likely and of not, what corrective actions are proposed.

    **b)** All sites will be routinely monitored for the presence of noxious weeds or other undesirable plant species as set forth in the joint BLM/US Forest Service Noxious and Invasive Weed Management Plan for Oil and Gas Operators. Pesticide Use Proposals will be approved by the BLM before application of herbicides. Annual weed monitoring reports shall be submitted to the BLM by December 1. They will include weed species found (listed by common names), total acres infested with weeds, total acres treated, treatment methods, and total pounds of active ingredient of pesticides applied. All Noxious Weed Inventory and Pesticide Application records for that year will be included with the report.

BLM_0023793

**M&E-64**: Visual Resources

a) Every proposal will include a detailed, site-specific description and plan of how it will meet the VRM Class of the area where it is proposed. As much as possible all proposed features will be located and placed to avoid or minimize visibility from travel corridors, residential areas, and other sensitive observation points.

b) To the extent practical, existing vegetation shall be preserved when clearing and grading for pads, roads, and pipelines. Cleared trees and rocks may be salvaged for redistribution over reshaped cut-and-fill slopes or along linear features.

c) Above-ground facilities will be painted a non-reflective natural color selected to minimize contrast with adjacent vegetation or rock outcrops. Colors may be specified by the BLM on a project-by-project basis.

d) Adaptive management techniques may be applied before or after construction to mitigate straight-line visual contrast effects of pad margins, cut and fill slopes, pipeline alignments or other cleared vegetation. This could include additional tree removal along contrasting edges, to create irregularly shaped openings or more natural-looking mosaic patterns, or treating surfaces to mitigate visual contrasts in color or surface texture.

## Best Management Practices

BMPs are adaptive state-of-the-art mitigation measures applied on a site-specific basis to reduce, prevent, or avoid adverse environmental or social impacts. Numerous BMPs for oil and gas development are also incorporated into the general oil and gas development requirements. These include minimizing the number and size of pads through use of multiple well designs and directional drilling; centralizing fracing and water management; minimizing road footprints; centralized support facilities such as tank batteries; collocating utilities and pipelines in common corridors and aligning them along roadways; and implementing intensive interim reclamation practices. The BLM encourages applicants to include in their proposals BMPs such as those identified. If not, BLM will likely require them. Actual BMPs proposed or required during the permitting process to mitigate impacts are expected to vary according to technologies and site-specific needs. BMPs will also be expected to change over the life of a project, being adaptively updated in response to monitoring and changing project conditions. Additional practices could be required or withdrawn, or modified in response to changing activities or future planning. Such adaptive changes to BMPs may generally be implemented without further review or land use planning, but will be analyzed during the NEPA analysis associated with the permitting process. Monitoring and adaptive management practices will help to refine and clarify needed BMPs, consistent with the goals and objectives of this plan.

BLM_0023794

The listed BMPs are not intended to be complete but to simply offer operators and resource staff examples of commonly used methods to reduce impacts that sometimes result when fluid mineral development occurs.  More fluid mineral development BMPs can be found at blm.gov/bmp.

### Geophysical Exploration

**M&E-65**: Specialized low surface impact equipment (wide- or balloon-tired vehicles, all-terrain vehicles) or helicopters may be used for activities in off-road areas to protect fragile soils and or other resource values.

**M&E-66**: **(MLP)** Pre-mobilization inspection will be performed to insure that all construction equipment and vehicles are clean and free of weeds, weed seed, soil and vegetative material prior to moving onto public lands. Driving through or parking on noxious weed infestations will be avoided.

### Reducing Fluid Mineral Development Footprint

**M&E-67**: **(MLP)** The operator will co-locate multiple wells on well pads and use directional drilling to reduce the number of pads and roads.

**M&E-68**: **(MLP)** The operator will use centralize completions to reduce the number of truck trips, expense, exhaust emissions and fugitive dust.

**M&E-69**: **(MLP)** To minimize construction disturbance, truck traffic, dust and other impacts to air quality, soils and wildlife, centralized production facilities will be used for all natural gas liquids and produced water.

**M&E-70**: **(MLP)** Telemetry will be used to remotely monitor producing wells and facilities to reduce vehicular traffic. During winter closures, unavoidable monitoring and or maintenance activities will be conducted between 9 a.m. and 3 p.m., to the extent practical.

### Administrative / General and Planning

**M&E-71**: **(MLP)** To limit surface disturbance and associated impacts to natural resources, all actions will consider the character of the topography and landform. Deep vertical cuts, long or steep fill slopes and side cuts across steep slopes will be avoided. Rights-of-way will be shared, and structures and facilities will be grouped.

**M&E-72**: **(MLP)** Drilling will be done with 'closed loop' systems as much as possible, particularly in areas where water resources are most vulnerable, including: soils mapped as alluvial, colluvial, and glacial deposits; near springs and perennial water sources; in important groundwater recharge areas; and within municipal watersheds.

**M&E-73**: **(MLP)** Chemicals used in the fracturing process will be biodegradable, non-toxic, pH neutral, residual free, non-corrosive, non-polluting and non-hazardous in the forms and concentrations being used. Documentation

BLM_0023795

in the form of Material Safety Data Sheets will be reviewed by operator for compliance prior to use and Material Safety Data Sheets will remain on site at all times such chemicals are present.

**M&E-74**: **(MLP)** In municipal watersheds, the operator will develop and implement a Watershed Protection Plan. This plan will characterize baseline hydrologic and hydrogeologic conditions such as but not limited to: water chemistry, water quantity, groundwater flow patterns, connectivity between geologic formations, and communication between surface and groundwater. The operator will collaborate with all watershed stakeholders in development of the plan.

**M&E-75**: **(MLP)** Adopt BMPs per the BLM and US Forest Service Noxious and Invasive Weed Management Plan for Oil and Gas Operators (BLM and US Forest Service 2007).

**M&E-76**: Incorporate BMPs and conditions of approval from the Final Programmatic EIS for Geothermal Leasing in the Western US, as applicable (BLM and US Forest Service 2008).

*Pre-Construction*
**M&E-77**: **(MLP)** Pre-mobilization inspections will be performed to be sure that all construction equipment and vehicles are clean and free of soils, weeds, weed seed and vegetative material prior to moving onto public lands. Driving through or parking on noxious weed infestations will be avoided.

*Construction*
**M&E-78**: **(MLP)** Surface disturbing actions associated with development of fluid minerals will follow Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development (commonly referred to as The Gold Book) (BLM 2007b).

**M&E-79**: **(MLP)** Where feasable, entrances to construction locations will be covered by gravel "track pads" to prevent sediment and weed seeds from being tracked in and out of the site.

**M&E-80**: **(MLP)** In areas of mapped Mancos Shale, saline soils, or fragile soils, groundwater will not be discharged to surface water drainages, to minimize mobilization and transport of selenium, salts and sediment within the Colorado River Basin.

**M&E-81**: **(MLP)** Where linear disturbance is proposed, edges of vegetation removal will be 'feathered,' to avoid long linear habitat edges and support habitat complexity for wildlife. Additional trees will be removed along such edges to create irregularly shaped openings and more natural mosaic habitat.

BLM_0023796

**M&E-82**: **(MLP)** Cleared vegetation smaller than four inches in diameter will be stockpiled, shredded, and salvaged with topsoil. Cleared vegetation larger than four inches in diameter will be scattered over disturbed areas to accomplish reclamation objectives.  Excessive vegetation larger than four inches in diameter may be removed from public land or shredded in place to be salvaged with topsoil. A wood cutting permit will be purchased from BLM for material removed from the site.

**M&E-83**: **(MLP)** Windrowing of Topsoil. [Use where appropriate based on topography – may not be appropriate for pads in steep areas or where pad size should be minimized.] Topsoil shall be windrowed around the perimeter of surface disturbance to create a berm that limits and redirects stormwater runoff and extends the viability of the topsoil per BLM Topsoil Best Management Practices (BLM 2009 PowerPoint presentation available upon request from the Grand Junction Field Office). Topsoil shall also be windrowed, segregated, and stored along disturbed surfaces or linear features for later spreading across the disturbed corridor during final reclamation. Topsoil berms shall be promptly seeded to maintain soil microbial activity, reduce erosion, and minimize weed establishment.

**M&E-84**: **(MLP)** Cattle guards will be installed and maintained whenever access roads intersect existing gates or fences.

*Drilling*
**M&E-85**: **(MLP)** Catalytic converters will be installed on all internal combustion engines to minimize emissions to Tier 3 levels.

**M&E-86**: Hazardous substances will not be used in drilling, testing, or completion operations, nor introduced at any time into the reserve or cuttings pit.

*Utilization and Production*
**M&E-87**: **(MLP)** Secondary containment shall include a study corrugated metal wall to create a basin, be lined with a heavy impervious poly liner and be protected with a gravel surface.   Small hoppers or drip pans shall be installed at all loadout connections to catch drips and small leaks.

**M&E-88**: When special resource values are at risk, such as crucial wildlife areas, companies controlling access into these areas will gate and lock roads or restrict use to authorized users.

**M&E-89**: Speed control measures will be in place on all project related unpaved roads to reduce fugitive dust.

**M&E-90**: **(MLP)** Use enclosed tanks instead of open tanks or pits to reduce fugitive VOC emissions.

BLM_0023797

**M&E-91**: **(MLP)** Use vapor recovery units on oil, condensate, and produced water storage tanks to reduces fugitive VOCs and recovers BTU-rich vapors for sale or use on site.

**M&E-92**: **(MLP)** Use and maintain proper hatches, seals, and valves to minimize VOC emissions.

**M&E-93**: **(MLP)** Optimize glycol circulation and Install Flash Tank Separator (FTS) to capture methane and reduce VOC emissions on glycol dehydrators.

**M&E-94**: **(MLP)** Replace wet seals with dry seals in centrifugal compressors. Centrifugal wet seal compressor emissions from the seal oil degassing vent can be reduced by the replacement of wet seals with dry seals that emit less methane and have lower power requirements.

**M&E-95**: Reduce gas leaks and emissions from reciprocating compressors by the economic replacement of rod packing at frequent intervals.

**M&E-96**: Reduce methane and VOC emissions by installing or replacing high-bleed pneumatic devices with low-bleed pneumatic devices.

**M&E-97**: Reduce methane emissions by installing plunger lifts and smart automation systems which monitor well production parameters.

**M&E-98**: Implement a Direct Inspection & Monitoring Program which identifies and cost effectively fixes fugitive gas leaks using Leak Detection, Infrared Camera, Organic Vapor Analyzer, Soap Solution, Ultrasonic Leak Detectors, Measurement, Calibrated Bagging, Rotameters, and/or High Volume Samplers.

***Site Stabilization, Reclamation and Monitoring***
**M&E-99**: **(MLP)** During interim reclamation contour land forming will be used to create a visual barrier to the permanent structures location on the site.

**M&E-100**: **(MLP)** Re-topsoil and revegetate access road cut & fill slopes, backslopes and road shoulders, and borrow ditches.  Also, revegetating the travel surface of surfaced roads and turnarounds, where practical.  With low traffic roads, this will result in a hardpan, two-track road that is stable and requires less maintenance.

**References**
BLM. 1992. Handbook H-3042-1: Solid Minerals Reclamation. **Release 3-275.** BLM, Washington, DC. February 2, 1992. 104 pp.

_____. 2002. Handbook H-3600-1: Mineral Materials Disposal. Release 3-315. BLM, Washington, DC. February 22, 2002. 171 pp.

_____. 2011a.   H-9113-1 Road Design Handbook.   Bureau of Land Management, Washington, D.C.

BLM and US Forest Service (United States Department of the Interior, Bureau of Land Management, and United States Department of Agriculture, National Forest Service). 2007. Noxious and Invasive Weed Management Plan for Oil and Gas Operators: Grand Junction Field Office and Grand Valley Ranger District. BLM, Grand Junction Field Office, Grand Junction, CO. March 2007.

_____. 2007. Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development – The Gold Book. BLM/WO/ST-06/021+3071/REV 07. BLM, Denver, CO. 84 pp.

_____. 2008. Record of Decision, Programmatic Environmental Impact Statement for Geothermal Leasing in the Western United States – Appendix B. BLM Washington Office. December 2008.

## RENEWABLE ENERGY (RE)

### Standard Operating Procedures

**RE-1**: Authorize rights-of-way by applying appropriate BMPs from the BLM Record of Decision for Implementation of a Wind Energy Development Program (BLM 2005), land use restrictions, stipulations, and mitigation measures.

### References

BLM (United States Department of the Interior, Bureau of Land Management). 2005. Record of Decision for Implementation of a Wind Energy Development Program and Associated Land Use Plan Amendments. BLM, Washington, DC. December 15, 2005.

## TRANSPORTATION AND ACCESS (TA)

### Standard Operating Procedures

**TA-1**: Continue coordination with counties and other agency road entities to promote utilization of best management practices for road maintenance they perform within GJFO boundaries.

Maintain an inventory of existing road and trail systems.

**TA-2**: **(MLP)** BLM Manual 9113, Roads (BLM 2011a) and BLM Handbook 9113-2, Roads – Inventory and Maintenance (BLM 2011b) will be used to guide all maintenance and road construction designs and requirements. Include definitions for functional road classification and maintenance levels for BLM roads.

**TA-3**: All highway rights-of-way and other road authorizations will contain noxious and invasive weed stipulations that include prevention, inventory,

BLM_0023799

treatment, and revegetation or rehabilitation. Road abandonment will include at least three years of post-abandonment monitoring and treatment.

**TA-4**: All travel management decisions will concur with the Bureau of Land Management, Grand Junction Field Office Travel Management Plan.

### Best Management Practices

**TA-5**: In order to ensure public access and safety, the GJFO shall continue an active road maintenance program employing the use of redesign, blading, brush removal for sight distance as appropriate, scarification, graveling, water barring, low water crossings, spur ditching, seeding and installation/cleaning of culverts.

**TA-6**: NEPA Requirements – No new NEPA analysis will be required for road maintenance activities within the defined maintenance disturbance/easement footprint, which is defined as previously disturbed or maintained. Disturbance outside of the defined maintenance disturbance/easement footprint or road realignment will be subject to additional NEPA compliance.

### References

BLM. 2011a. H-9113-1 Road Design Handbook. Bureau of Land Management, Washington, D.C.

BLM. Grand Junction Field Office Travel Management Plan (See Appendix M, Travel Management Plan, in the Grand Junction Field Office Proposed RMP/Final EIS)

## RECLAMATION (R)

The objectives of interim reclamation are to restore vegetative cover and a portion of the landform sufficient to maintain healthy, biologically active topsoil; control erosion; and minimize loss of habitat, forage, and visual resources during the life of the well or facilities.

The long-term objective of final reclamation is to return the land to a condition approximating that which existed prior to disturbance. This includes restoration of the landform and natural vegetative community, hydrologic systems, visual resources, and wildlife habitats. To ensure that the long-term objective will be reached through human and natural processes, standards will be enforced to meet objectives for site stability, visual quality, hydrological function, and vegetative productivity.

### Standard Operating Procedures

**R-1**: A reclamation plan will be provided to the BLM with the original proposed action or when activities are needed. The plan will follow the BLM Colorado Northwest District Template for Reclamation Plans (BLM 2012). Reclamation plans will discuss interim and final reclamation activities. The plan will include provisions for

BLM_0023800

a)  Reclamation Timeline

b)  Pre-disturbance Planning recommendations if applicable

c)  Vegetation Monitoring Plan

d)  Stabilization and Stormwater

e)  Dust Abatement

f)  Vegetation Clearing

g)  Topsoil Management

h)  Pit Closures if applicable

i)  Recontouring and Seedbed Preparation

j)  Application of Topsoil & Revegetation

k)  Fencing

l)  Management of Invasive, Noxious, and Non-Native Species

## Best Management Practices

**R-2:** Trees and vegetation will be left along the edges of the pads whenever feasible to provide screening.

**R-3: (MLP)** To help mitigate the contrast of recontoured slopes, reclamation will include measures to feather cleared lines of vegetation and to save and redistribute cleared trees, debris, and rock over recontoured cut and fill slopes.

**R-4:** To reduce the view of production facilities from visibility corridors and private residences, facilities will not be placed in visually exposed locations (such as ridgelines and hilltops).

**R-5:** Production facilities will be clustered and placed away from cut and fill slopes to allow the maximum recontouring of cut and fill slopes.

**R-6: (MLP)** All long-term above ground structures will be painted [Covert Green] (from the BLM "Supplemental Environmental Colors" chart) to blend with the natural color of the late summer landscape background.

**R-7:** Projects should be located to take advantage of existing vertical features, such as landforms or existing stands of vegetation to provide visually screening.

**R-8: (MLP)** Projects should not be located in visually exposed locations, such as ridgelines and hilltops.

**R-9: (MLP)** Projects should be located in areas that will minimize the amount of cut-and-fill needed to meet natural grade.

BLM_0023801

**R-10**: **(MLP)** Linear disturbances (roads and pipelines) should follow the natural contours of the landscape as much as possible.

**R-11**: Project design should take into consideration any existing vegetation surrounding the project that can be used for visual screening. Care should be taken to preserve the integrity of the vegetation and the vegetation should remain standing and undamaged when the cut-fill slopes are recontoured.

**R-12**: **(MLP)** Thinning and feathering of existing vegetation may also be used in areas where clearing within dense vegetation is required. Thinning and feathering will reduce the hard line between new construction and existing vegetation and will emulate the forms of natural clearings.

**R-13**: **(MLP)** Production facilities should be placed to maximize recontouring of the cut-and-fill slopes and interim reclamation. Facilities should be oriented in the direction that is least visually obtrusive and should be clustered to reduce the overall impact and the area that will need to be visually mitigated. Facilities should be located away from the cut-and-fill slopes and, if possible, near the access road or entrance to the pad to maximize the total surface area that can be reclaimed.

**R-14**: **(MLP)** Cut-and-fill slopes should be recontoured to the approximate original contour or consistent with the adjacent topography so that the reclaimed landscape features blend into the natural surroundings.

**R-15**: **(MLP)** Berms may be utilized to provide visual screening, but should be used only when it makes sense when viewing the surrounding natural environment and should blend with the adjacent topography.

**R-16**: **(MLP)** Cleared vegetation and rocks salvaged during construction should be salvaged and redistributed over reshaped cut-and-fill slopes or along linear features to emulate the color and texture closer to that of the natural landscape and to help create microclimates to encourage vegetation growth. The material should be placed so that it appears to be naturally deposited.

**R-17**: **(MLP)** Above ground facilities should be painted a natural color selected from the BLM Standard Environmental Color Chart to minimize contrast with adjacent vegetation and/or rock outcrops. Color(s) should be selected in the field at the proposed project location and should be planned for the season with the greatest number of viewers. Selected color(s) should be one to two shades darker than those naturally occurring in the background landscape (this will also help with the effects of fading over time).

## References

BLM (United States Department of the Interior, Bureau of Land Management). 1985a. BLM Manual 9113: Roads. Release 9-247. BLM, Washington DC. June 7, 1985. 83 pp.

BLM_0023802

_____. 1985b. BLM Handbook 91 13-2, Roads – Inventory and Maintenance. Release 9-250. BLM, Washington DC. December 19, 1985. 18 pp.

_____. 2012. Draft BLM Colorado Northwest District Template for Reclamation Plans- (Final expected June 2012).

# Appendix Q
Biologic Opinion for the
Grand Junction Field Office

BLM_0023804

BLM_0023805

 

# United States Department of the Interior

## FISH AND WILDLIFE SERVICE

Ecological Services
445 West Gunnison, Suite 240
Grand Junction, Colorado 81501-5711

IN REPLY REFER TO:
ES/GJ-6-CO-15-F-003
TAILS: 06E24100-2015-F-003

April 27, 2015

Memorandum

To:       Field Manager, Grand Junction Field Office, Bureau of Land Management, Grand
          Junction, Colorado

From:     Acting Western Colorado Supervisor, Western Colorado Ecological Services
          Office, Grand Junction, Colorado

Subject:  Biological Opinion – Revision of the Resource Management Plan for the Grand
          Junction Field Office

This responds to your October 3, 2014, submission of a biological assessment (BA), to the US
Fish and Wildlife Service (Service) requesting formal Section 7 consultation on the effect of the
subject project on species and habitats listed under the Endangered Species Act of 1973, as
amended (16 U.S.C. § 1531 et seq.; [Act]). The project described in your memorandum and the
accompanying BA occurs on the Grand Junction Field Office (GJFO) located in Garfield, Mesa,
and Montrose Counties, Colorado. We received your request on October 3, 2014.

The Bureau of Land Management (BLM) is proposing a revised Resource Management Plan
(RMP). The RMP provides direction for managing public lands administered by the BLM's
GJFO in Colorado. The BA describes the effects caused by implementing the RMP. The revised
RMP replaces the previous 1987 RMP, and is a refinement of the preferred alternative
(Alternative B) described in the Draft RMP, released on January 25, 2013.

The GJFO determined there are 12 federally listed, and one candidate species affected by the
proposed action. The species identified by the BLM as potentially affected by the proposed
action are listed in Table 1 below. Since the BA was originally submitted in October 2014, the
Service listed the Gunnison sage-grouse (*Centrocercus minimus)* (GUSG), as a threatened
species (79 FR 69192), and concurrently designated critical habitat for the GUSG (79 FR
69312). Therefore, there are 13 federally listed species within the GJFO.

**Table 1**
**List of Threatened, Endangered, Proposed and Candidate Species Addressed in Grand Junction Field Office RMP Biological Assessment**

| Common Name | Species Name | Federal Status[1] |
|---|---|---|
| **Listed Species for Potential Consultation** | | |
| _Plants_ | | |
| Colorado hookless cactus | _Sclerocactus glaucus_ | T |
| DeBeque phacelia[2] | _Phacelia submutica_ | T |
| Parachute penstemon[2] | _Penstemon debilis_ | T |
| Ute ladies'-tresses | _Spiranthes diluvialis_ | T |
| _Fish_ | | |
| Colorado pikeminnow[2] | _Ptychocheilus lucius_ | E |
| Greenback cutthroat trout | _Oncorhynchus clarki stomias_ | T |
| Razorback sucker[2] | _Xyrauchen texanus_ | E |
| Bonytail[2] | _Gila elegans_ | E |
| Humpback chub[2] | _Gila cypha_ | E |
| _Birds_ | | |
| Mexican spotted owl | _Strix occidentalis lucida_ | T |
| Greater sage-grouse | _Centrocercus urophasianus_ | C |
| Gunnison sage-grouse[2] | _Centrocercus minimus_ | T |
| Western yellow-billed cuckoo[3] | _Coccyzus americanus_ | T |
| _Mammals_ | | |
| Canada lynx | _Lynx canadensis_ | T |

[1]Status: E = Endangered; T = Threatened; P = Proposed for listing; C = Candidate for listing
[2]Critical Habitat

[3]Critical habitat proposed

The BLM made the following effects determinations for listed, proposed, or candidate species and critical habitat, where applicable:

**May affect, not likely to adversely affect:**
Parachute penstemon*
Ute ladies'-tresses
Greenback cutthroat trout
Mexican spotted owl
Greater sage-grouse
Gunnison sage-grouse critical habitat
Western yellow-billed cuckoo
Canada lynx

**May affect, likely to adversely affect:**
Colorado hookless cactus
DeBeque phacelia*

2

BLM_0023807

Colorado pikeminnow*
Razorback sucker*
Bonytail*
Humpback chub*
Gunnison sage-grouse

*Includes critical habitat.

Based on our review of the information provided in your BA, we concur with the determination that the proposed action may affect, but is not likely to adversely affect the Parachute penstemon and its critical habitat, Ute ladies' tresses, greenback cutthroat trout, Canada lynx, Mexican spotted owl, western yellow-billed cuckoo, and may affect, but is not likely to adversely affect critical habitat for Gunnison sage-grouse. While we recognize the direction included in the RMP to conserve the greater sage-grouse and would like to continue working with you on this species' conservation, this is a candidate species and an official determination under section 7 consultation is inappropriate. We will not consider the greater sage-grouse further herein.

We also agree with your determination of may affect, and likely to adversely affect, for the following species: Colorado hookless cactus, DeBeque phacelia, and Gunnison sage-grouse, Colorado pikeminnow, razorback sucker, bonytail, and humpback chub. We address these species in the biological opinion (BO) below.

Section 7 (a) (4) of the Act requires conferencing with the Service when a proposed action is likely to jeopardize the continued existence of a proposed species or destroy or adversely modify proposed critical habitat. Because the BA concluded that the proposed action is not likely to adversely affect proposed critical habitat for the western yellow-billed cuckoo, we assume that BLM's conclusion is that implementation of the revised RMP is not likely to destroy or adversely modify their critical habitat. Since conferencing is not required, critical habitat issues for this species will not be further addressed herein.

**CONSULTATION HISTORY**

The consultation history for the proposed action consists of informal discussions with the Northwest Level One Team, and discussion between the Service and the BLM.

The Service issued two programmatic section 7 BOs in western Colorado, analyzing water depletions resulting from the BLM's activities in the Colorado River basin. These consultations include the December 19, 2008, "Programmatic Biological Opinion (PBO) for Water Depletions Associated with the BLM's Fluid Mineral Program within the Upper Colorado River Basin in Colorado" (ES/GJ-6-CO-08-F-006), and the February 25, 2009, "PBO for Water Depletions Associated with BLM's projects (excluding Fluid Mineral Development within the Upper Colorado River Basin in Colorado" (ES/GJ-6-CO-08-F-0010). Both BOs address adverse effects to the Colorado pikeminnow, razorback sucker, humpback chub, and bonytail, and their respective critical habitats, associated with depletions resulting from projects and activities in the revised RMP. Water depletions resulting from oil and gas exploration and development on the

3

BLM_0023808

GJFO fall under the two respective BLM PBOs.  Therefore, the section 7 consultation
requirement for the Colorado River fishes is fulfilled.

On July 27, 2010, the Service provided concurrence of may affect, not likely to adversely affect
the Colorado hookless cactus (Tails: 65413-2010-I-0138) for the Integrated Weed Management
Plan (IWMP) for the GJFO.  On September 24, 2014, the Service provided concurrence of may
affect, not likely to adversely affect the Parachute penstemon and DeBeque phacelia, and their
respective critical habitat (06E24100-2014-I-0185) for effects caused by the IWMP.

On November 12, 2012, the Service issued BO number ES/GJ-6-CO-12-F-006 (Tails:
06E24100-2012-F-0020).  This opinion documented the effects of livestock grazing to listed
plant species within the GJFO (among other field offices).

This BO is based on the BA prepared for the proposed action, previous programmatic BAs and
BOs pertaining to vegetation management and livestock grazing applicable to the GJFO for plant
species, listing and critical habitat decision documents, information contained in scientific
literature, and other sources of information.  For GUSB the BLM used the GUSG Rangewide
Conservation Plan (RCP) (GUSG Rangewide Steering Committee (GSRSC) 2005), our January
11, 2013, proposed rule of endangered status for the GUSG, our January 11, 2013, proposed rule
to designate critical habitat, final listing and critical habitat rules of November 20, 2014,
information contained in scientific literature, and other sources of information.  A complete
administrative record of this consultation is on file in the Service's Western Colorado Office,
Grand Junction, Colorado.

# BIOLOGICAL OPINION

## PROPOSED ACTION

The proposed action consists of implementation of the revised RMP for the GJFO of the BLM.
The RMP provides strategic guidance for future management of BLM lands managed by the
GJFO.  The RMP provides a decision-making framework and guides resource management
programs, practices, uses, and projects.  The RMP revision does not include specific project and
activity decisions.  Those decisions are made later, after more detailed analysis and further public
involvement.

Key Decisions

The proposed RMP revision contains the following key components and decisions that comprise
the GJFO's management system.

- The establishment of goals, objectives, actions, allowable uses, allocations, restrictions,
  and prohibitions.
- The establishment of desired outcomes, including multiple-use goals and objectives.
  Goals are expressed as desired condition in the form of aspirations for which the BLM's
  management area direction, objectives and standards and guidelines have been directed.
- The establishment of management requirements, including measures or criteria that will

4

be applied in order to guide day-to-day activities. These are primarily expressed as standards and guidelines.

- The designation of lands managed for their Wilderness Characteristic and other special designations.
- The identification of river segments suitable for inclusion in the National Wild and Scenic Rivers System.
- The establishment of monitoring and evaluation requirements.

The following programs are implemented under the RMP decision framework; their goals and objectives in the RMP are outlined below. These goals and objectives are selected from Table 2-2 on page 2-22 of Volume 1 of the RMP. It is not a complete list of the plan's goals and objectives; the selections were included for their relevance to the proposed RMP's actions, allowable uses, restrictions and prohibitions that are most relevant to the species for which BLM has sought consultation. More information on specific actions and requirements, stipulations, etc., for each objective is contained in Table 2-2 of the RMP. Note that references in the goals and objectives below are to Appendices in the RMP itself, not this BO, unless otherwise noted).

➢ **Areas of Critical Environmental Concern (ACECs)**

- **GOAL (ACEC-G1):** Manage ACECs to protect significant resource values and prevent damage to important natural, biological, cultural, recreational, or scenic resources and values, or to protect life and safety from natural hazards.
- ○ **Objective: (ACEC-O1)** Continue to manage those areas within the GJFO that require some special management and that meet the criteria for ACEC designation.
- ❖ **Action (ACEC-A1):** Designate the following areas as ACECs (123,400 acres). (Figure 2- 66, Appendix A):
  • Atwell Gulch (2,900 acres);
  • Badger Wash (2,200 acres);
  • Dolores River Riparian (7,400 acres);
  • Indian Creek (2,300 acres);
  • Juanita Arch (1,600 acres);
  • Mt. Garfield (2,400 acres)
  • The Palisade (32,200 acres);
  • Pyramid Rock (1,300 acres);
  • Roan and Carr Creeks (33,600 acres);
  • Rough Canyon (2,800 acres);
  • Sinbad Valley (6,400 acres);
  • South Shale Ridge (28,200 acres); and
  • Unaweep Seep (85 acres).

➢ **Comprehensive Travel and Transportation Management Plan**

- **GOAL (CTTM-G1):** Manage the travel system to support the BLM mission, achieve resource management goals and objectives, and provide for appropriate public and administrative access.

5

o Objective (CTTM-O1): Maintain a comprehensive travel network that best meets the full range of public, resource management, and administrative access needs.

- **GOAL (CTTM-G2)**: To manage a comprehensive travel and transportation management system that allows for diverse recreational use of motorized and non-motorized interests; promotes the safety of all users; minimizes conflicts among Federal land uses; communicates with the public about available opportunities, and monitors the effects of use.

o Objective (CTTM-O2): Seek to effectively manage new modes of travel that cannot be foreseen through this planning effort.

o Objective (CTTM-O3): Manage motorized travel consistent with outcomes defined by resource programs.

o Objective (CTTM-O4): Manage non-motorized travel consistent with outcomes defined by resource programs.

o Objective (CTTM-O5): Manage travel through route designations within Zone L to be consistent with the following recreation and resource objectives:

❖ **Watershed and Soils**
- Manage to maintain or contribute to long term improvement of surface and groundwater quality.
- Promote geomorphic balance.
- Meet Public Land Heath Standard 1 for soils and 5 for water quality.
- Minimize salt and sediment production to natural background rates.
- Preserve and promote soil productivity.

❖ **Special Status Species (Plants)**
- Meet Public Land Heath Standard 3 for plant communities and 4 for Special Status and Threatened & Endangered species and their habitats.
- Promote maintenance and recovery of federally listed, proposed, and candidate plant species by protecting occupied habitat. Protect occupied habitat for all BLM sensitive plant species and significant plant communities as defined and tracked by Colorado Natural Heritage Program (CNHP).

❖ **Vegetation**
- Manage vegetation to meet BLM Standards for Public Land Health while taking into account site potential, and site-specific management objectives. Ensure vegetation resources are managed to achieve balance in soil and watershed protection, wildlife habitat, livestock grazing, forestry, and biodiversity values, while maintaining or enhancing special status species habitat.

❖ **Recreation**
- Ensure route connectivity between the extensive recreation management area (ERMA) and the Grand Valley OHV special recreation management area (SRMA). To provide a transition zone between the high-use urban interface area directly north of Grand Junction, allow higher route density along the ERMA's interface with the Grand Valley OHV SRMA at 27 ¼ Road, with route density generally decreasing as the trail system extends

6

BLM_0023811

to the northwest toward 25 Road and 21 Road (Travel Management Zone L).

The RMP designates motorized travel areas having existing developed road and/or motorized trail systems that, for the most part, serve current recreation and resource access needs for a particular area.  The road and motorized trail system in motorized suitable areas will generally not be considered for expansion or substantial alteration of the transportation system.  The RMP designates 126,200 acres closed to motorized use; 925,200 acres are closed to cross-country travel, with travel authorized on designated routes, and retains 10,200 acres of open motorized use (including cross-country travel).

➢ **Fish and Wildlife**

Habitat standards and desired wildlife populations levels are determined by Colorado Parks & Wildlife (CPW) and Service species-specific plans and strategies in order to meet BLM Colorado's Standards for Public Land Health and Guidelines for Livestock Grazing Management (BLM 1997).

- **GOAL: (FW-TW-G1) Provide** terrestrial habitats for abundance and diversity of native and desirable nonnative wildlife species to attain or maintain self-sustaining populations.
- ○ **Objective (FW-TW-O1):**  Maintain and improve BLM lands for priority habitat requirements for the following high-value species:
  - •Critical and severe winter range, winter concentration areas, intact security areas, production areas, and big game migrations corridors for big games species (e.g., mule deer *(Odocoileus hemionus)*, elk *(Cervus canadensis)*, pronghorn antelope *(Antilocapra americana)*, bighorn sheep *(Ovis canadensis)*, moose *(Alces alces)*; and
  - •Proper functioning condition riparian and wetland habitat for all species (see Vegetation—Riparian section).
- ○ **Objective (FW-BG-O1):**  Provide sufficient forage, cover, and protection from disturbance for large ungulates (deer, elk, bighorn sheep, pronghorn antelope, and moose) to maintain healthy viable populations across the landscape commensurate with BLM Colorado's Standards for Public Land Health (BLM 1997a).
- ○ **Objective (FW-BG-O2):**  Protect State wildlife areas from surface occupancy and surface disturbing activities to protect the values for which they were established.
- ○ **Objective (FW-BG-O3):**  Minimize habitat fragmentation and restore habitat connectivity on big game winter ranges, winter concentration areas, severe winter ranges, and movement corridors.
- ○ **Objective (FW-P-O1):**  Improve pronghorn antelope habitat on BLM lands.

- *Wildlife Emphasis Areas*

  A Wildlife Emphasis Area (WEA) is an area of high wildlife value and significance for wildlife species including but not limited to both species of sage-grouse, pronghorn antelope, mule deer, elk, bighorn sheep, white-tailed prairie dog *(Cynomys leucurus)*, and kit fox *(Vulpes macrotis)*.  Fire rehabilitation efforts and vegetation treatments to improve

BLM_0023812

land health and/or wildlife habitat are not considered ground disturbance, as described in the actions under each emphasis area below. Wildlife emphasis areas are not designations, but rather polygons where more management emphasis is placed on protection and enhancement of the wildlife resource.

- o **Objective (WEA-O1):** Emphasis areas meet BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado (BLM 1997). Prioritize those areas that do not meet land health standards as management action areas where actions are taken to work toward meeting land health standards.
- o **Objective (WEA-O7):** Maintain or improve wildlife habitat in the Glade Park wildlife emphasis area (27,200 acres) with an emphasis on GUSG, mule deer, and elk habitat (Figure 2-1, Appendix A in BA).
- o Objective (WEA-O16): Maintain or improve wildlife habitat in the Timber Ridge wildlife emphasis area (11,800 acres) with an emphasis on habitat for mule deer, elk, and [Gunnison] sage-grouse (Figures 2-1 [Alternative B] and 2-2 [Alternative C], Appendix A in BA).

## ➢ Fluid Mineral (Oil and Gas, Geothermal, and Oil Shale Resources)

- • **GOAL (FM-G1):** Provide opportunities for environmentally responsible exploration and development of fluid mineral resources subject to appropriate BLM policies, laws, and regulations.
- o **Objective (FM-O1):** Facilitate orderly, economic, and environmentally sound exploration and development of oil and gas and geothermal resources, using the best available technology.
- o **Objective (OS-O1):** Maintain opportunities to lease oil shale with further National environmental Policy Act (NEPA) analysis while minimizing impacts to other resources.
- o **Objective (MLP-O1):** Promote a proactive approach to planning for oil and gas development in the proposed Shale Ridges and Canyons Master Leasing Plan (MLP) area based on known resource values and reasonably foreseeable oil and gas development. Manage oil and gas operations in the Shale Ridges and Canyons MLP area to prevent degradation of sensitive soils, special status species, and other resources. All management objectives, goals, and actions are the same for the mineral leasing plan (MLP) and the entire GJFO decision area unless otherwise stated.
- o **Objective (MLP-O2):** Limit air quality degradation within the MLP analysis area by ensuring that land use activities are in compliance with Federal, State, and local regulations.
- o **Objective (MLP-O3):** Manage and protect surface water and groundwater in order to maintain or contribute to the long term improvement of surface and ground water quality and minimize or control elevated levels of salt, sediment, and selenium contributions to water resources. All streams on public lands in the MLP Analysis Area that meet or exceed State water quality standards, and that have acceptable channel stability, will be maintained in the present condition through limited management. Streams not meeting State standards, or having unstable channels, will be improved in order to meet minimum standards through intensive management.

8

BLM_0023813

- o **Objective (MLP-O4):** Ensure that surface disturbances do not cause accelerated erosion (such as rills, soil pedestals, and actively eroding gullies) on a watershed scale (e.g., sixth hydrologic unit code scale). Minimize or control elevated levels of salt, sediment, and selenium contribution from public lands to rivers. Maintain or improve soil productivity, preserve proper function and condition of uplands, and ensure that surface disturbances do not cause accelerated erosion.
- o **Objective (MLP-O5):** Manage for a healthy diversity of successional-stage plant communities and properly functioning riparian zones within the MLP analysis area.
- o **Objective (MLP-O6):** Protect occupied and suitable habitat for Federal proposed, candidate, and threatened or endangered species, and protect occupied habitat for BLM sensitive species necessary for:
    - o Maintenance and recovery of proposed, candidate, and threatened or endangered species and
    - o Support of BLM sensitive species and significant plant communities, consistent with BLM policy on special status species management (BLM manual 6840, BLM 2008c, cited in BA).
- o **Objective (MLP-O7):** Sustain the integrity of the sagebrush biome in order to provide the amount, continuity, and quality of habitat that is necessary to maintain sustainable populations of Greater sage-grouse and other sagebrush dependent species.
- o **Objective (MLP-O8):** Maintain and improve BLM lands for priority habitat requirements for the following high-value species: Critical and severe winter range, winter concentration areas, production areas, and big game migrations corridors for big games species (e.g., mule deer, elk, pronghorn antelope, bighorn sheep, and moose. Maintain and improve lands for priority habitat requirements for highly valued species such as, but not limited to, cold water sport fishes. Protect State wildlife areas from unnecessary surface occupancy and surface disturbing activities.
- o **Objective (MLP-O13):** Provide for protection of ACEC resource values by reducing impacts from oil and gas development in these areas.

Table 2 provides statistics for the amount of BLM lands available for oil and gas leasing as well as those available acres where stipulations or other restrictions may apply to future leases.

Table 2.

| Bureau Grand Junction Field Office | Proposed Action |
|---|---|
| Federal Mineral Acres | 1,236,100 |
| Acres Withdrawn from Leasing | 0 |
| Acres Administratively Not Available for Leasing | 243,500 |
| Acres Available for Leasing | 992,600 |
| No Surface Occupancy | 436,600 |
| Timing Limitation | 382,900 |
| Controlled Surface Use | 493,900 |
| Standard Lease Terms | 992,600 |

9

BLM_0023814

The proposed action includes the projection of well pads and access road miles (future leases), and corresponding disturbance acres on the GJFO, for years 2009-2029. The reasonably Foreseeable Development Scenario of Oil and Gas development on existing leases is presumed to follow BLM Instruction Memorandum No. CO-2013-033, dated July 15, 2013, and BLM Instruction Memorandum No. 2014-100.

➢ **Locatable Minerals, Mineral Materials, and Non-energy Leasable Minerals**

- **GOAL (LM-G1)**: Provide opportunities to develop locatable minerals, mineral materials, and non-energy leasable minerals consistent with other resource goals and uses to meet local and national energy and mineral needs.
- o **Objective (LM-O1):** Facilitate environmentally responsible exploration and development of locatable minerals subject to BLM policies, laws, and regulations.
- o **Objective (MM-O1):** Manage mineral material (salable minerals) resources to provide for the needs of individuals, municipalities, and businesses while ensuring compatibility with other resource objectives.
- o **Objective (NEL-O1):** Provide opportunities for non-energy leasable exploration and/or development subject to standard stipulations (e.g., NSO, CSU, and TL).

➢ **Forestry**

Under the RMP, the BLM proposes to use a variety of silvicultural techniques and harvest systems to manage for healthy forests and woodlands while offering a variety of forest products and meeting other resource objectives for the following forestry and woodland types: pinyon/juniper, ponderosa pine, Douglas-fir, aspen, spruce/fir.

➢ **Lands and Realty**

- **GOAL (LR-G1):** Meet resource needs while providing public use authorizations such as Rights-of-Way (ROWs), renewable energy sources, permits, and leases.
- o **Objective (LR-O1):** Provide for the development and operation of transportation systems, pipelines, transmission lines, communication sites, renewable energy resources, and other land use authorizations in an environmentally responsible and timely manner.
- o **Objective (LR-O2):** Manage corridors for public utilities and other facilities, and establish new corridors in an environmentally responsible manner as necessary to meet future demands and protect sensitive resources.
- o **Objective (LR-O3):** Provide for the development and operation of actions for leases, permits, and easements authorized under, 43 CFR 2920 (such as site facilities and commercial filming) in an environmentally responsible and timely manner.
- o **Objective (LR-O4):** Resolve trespass uses as they are identified and prioritized.
- o **Objective (LR-O5):** Consolidate the BLM's land ownership patterns through land tenure adjustments for improved management efficiency, and acquire from willing sellers suitable private land with special resource values.
- o **Objective (LR-O6):** Acquire lands or interests in lands through exchanges, purchases, easements, or donations to facilitate resource goals and objectives.

BLM_0023815

- o **Objective (LR-O7):**  Withdraw lands from the public land laws or mining laws where necessary to meet resource and other management objectives of the BLM or other Federal agencies.

➢ **Livestock Grazing**

The RMP livestock grazing goal is to provide adequate forage for livestock while attaining healthy rangelands, in accordance with land health standards and in balance with other resources and uses, to contribute to local economies, ranching livelihoods, and rural western character integral to many communities.  Objectives within the goal relevant to this BO include:

- o **Objective LG-01:** Meeting the forage demands of livestock operations based on current active preference animal unit-months (AUMs) while meeting the BLM Standards for Public Land Health and Guidelines for Livestock Grazing in Colorado (BLM 1997a) (Appendix E);
- o **Objective LG-02:** Provide periodic rest during active growth periods of forage plants to maintain or improve plant vigor and health; and
- o **Objective LG-03:** Manage livestock to maintain and/or improve sage-grouse habitat.

➢ **Recreation and Visitor Services**

- • **GOAL REC-G1:**  Produce a diversity of quality recreational opportunities that support outdoor-oriented lifestyles and add to participants' quality of life, enhance the quality of local communities, and foster protection of natural and cultural resources.

- o **DeBeque Area Recreation Objective (REC-O5):**  If feasible, provide for recreation opportunities near the town of DeBeque that enhance and protect sensitive cultural and biological resources, while providing a diverse mix of recreation activities and experiences, including intermediate to expert level singletrack motorcycling and mountain biking, and motorcycle trials riding utilizing the area's unique natural topography and scenery to enhance users' experiences.  To a secondary extent, provide for shared compatible uses such as 4x4 and all-terrain vehicle (ATV) touring, hiking, and horseback riding.
- o **Grand Valley Shooting Ranges ERMA [Extensive Recreation Management Area] Objective (REC-ERMA-O12):**  Through the life of the plan, manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources:  Colorado hookless cactus (*Sclerocactus glaucus*), water quality (lead contamination, non-point source erosion/sedimentation into the Colorado River).
- o **Gunnison Bluffs ERMA Objective (REC-ERMA-O16):**  Through the life of the plan, manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources:  Colorado hookless cactus, cliff-nesting raptors, paleontological resources, and cultural resources.
- o **Horse Mountain ERMA Objective (REC-ERMA-O19):**  Through the life of the plan, manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources:  Colorado

11

BLM_0023816

hookless cactus, water quality (non-point source erosion/sedimentation into the Colorado River).

o **Horse Mountain ERMA RMZ 2 – C Road OHV Open Area 180 acres, Objective (REC-ERMA-022:** Through the life of the plan, manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources:  Colorado hookless cactus, water quality (non-point source erosion/sedimentation into the Colorado River).

➢ **Soil Resources**

The soil resource goal in the RMP is to ensure upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes.  Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, minimizes surface runoff (Land Health Standard 1), and minimizes soil erosion.  Objectives within the goal include relevant to this BO include:

- **Objective (S-O1):**
  1. Minimize or control elevated levels of salt, sediment, and selenium contribution from Federal lands to river systems in the planning area.
  2. Maintain or improve soil productivity, including retention of topsoil quality and reestablishing soil capability, potential, and functionality when disturbed.
  3. Preserve proper function and condition of upland soils.
  4. Ensure surface disturbances do not cause accelerated erosion (e.g., rills, soil pedestals, actively eroding gullies) on a watershed scale (e.g., sixth hydrologic unit code scale).

➢ **Special Status Species**

- **GOAL: SSS-G1:**  Manage special status species habitats to provide for their conservation and restoration as part of an ecologically healthy system.
- o **Objective (SSS-O1):**  Maintain or improve the quality of listed (i.e., threatened or endangered) and sensitive species habitat by managing public land activities to support species recovery and the benefit of those species.
- o **Objective SSS – Fish (SSS-F-O1):**  For Fish:  Maintain or improve the quality of listed (threatened or endangered) fish and sensitive fish habitat by managing public land activities to support species recovery and the benefit of those species.

- ➢ **GOAL 2 SSS** - Plants and Terrestrial Wildlife (PTW-G1):  Manage special status species and their habitats to provide for their conservation and restoration as part of an ecologically healthy system, and support the goals contained in Standard 4 of the Colorado Standards for Public Land Health (BLM 1997) (see Appendix E).
- o **Objective (SSS-PTW-O1):**  To conserve plants and animals (and their habitats) listed by Federal and Colorado governments as threatened, endangered, sensitive or species of concern, and to conserve plants and animals that are candidates for these lists with the overall objective of improving their populations so that they can be removed from these lists.

BLM_0023817

- **Objective (SSS-P-O1):** Promote maintenance and recovery of federally listed, proposed, and candidate plant species by protecting occupied habitat. Protect occupied habitat for all BLM sensitive plant species and significant plant communities as defined and tracked by CNHP.
- **Objective (SSS-M-O1):** Protect breeding habitats of migratory birds with emphasis on avoiding impacts to nesting birds to comply with the Migratory Bird Treaty Act (MBTA).
- **Objective (SSS-R-O1):** Maintain and improve BLM lands for raptor nesting and fledging habitat.
- **Objective (SSS-BGE-O1):** Maintain and improve BLM lands for eagle nesting, fledging, foraging and roosting habitat. Protect the bald and golden eagle concentration, nesting, and nest buffer areas by prohibiting activities during certain times of the year consistent with CPW's most recent raptor recommendations.
- **Objective (SSS-WS-O1):** Provide healthy and productive habitat for waterfowl and shorebirds.
- **Objective (SSS-SG-O1):** Advance the conservation of Gunnison and greater sage-grouse and their habitat in accordance with current national, State, and local working group recommendations and policy as well as the most current scientific literature and research.
- **Objective (SSS-RA-O1):** Maintain and improve BLM lands for priority reptile and amphibian habitat.
- **Objective (SSS-B-O1):** Maintain and improve BLM lands for bat roosting, maternity sites and winter hibernacula.
- **Objective (SSS-RO-O1):** Maintain and improve BLM lands for river otter *(Lontra canadensis)* habitat.
- **Objective (SSS-CL-O1):** Maintain and improve BLM-managed portions of Canada Lynx Analysis Units for Lynx habitat.
- **Objective (SSS-KF-O1):** Maintain and improve BLM lands for kit fox habitat.
- **Objective (SSS-PD-O1):** Maintain or improve white-tailed prairie dog habitat and distribution (Figure 2-73, Appendix A).

## ➤ **Vegetation**

The RMP's general vegetation goal is restore and maintain healthy, productive plant communities of native and other desirable species at self-sustaining population levels commensurate with the species' and habitats' potentials. Ensure plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations and ecological processes (based on Land Health Standard 3). Objectives within the goal include relevant to this BO include:

- **Objective (VG-O1):** Manage for a healthy diversity of successional-stage plant communities.
- **Objective (VG-O2):** Provide the public with native plant materials through the sale of wilding permits (e.g., live plants and plant material products exceeding personal use amounts), commercial seed-collecting permits, and free use permits (consistent with 43 CFR 8365.1-5, IM No. 2013-176 Seed Collection Permitting and Pricing Policy

BLM_0023818

within the BLM, and BLM Manual 5500 [Nonsale Disposals]), while protecting other resources.

➢ **Vegetation – Adaptive Drought Management**

- **GOAL (VADM-G1):** Develop management prescriptions for all surface-disturbing resource uses during times of extended drought.
- ○ **Objective (VADM-O1):** Establish criteria for restricting activities during drought.

➢ **Vegetation – Desired Plant Communities**

- **Goal VDPC-G1:** Manage pinyon-juniper, upper and lower elevation sagebrush, salt desert shrub, forests and woodlands, and riparian areas (the dominant plant communities of the GJFO planning area) as desired plant communities or to emphasize native vegetation, wildlife habitat, watershed health, and biodiversity.
- ○ **Objective VDPC-O1:** Manage vegetation to meet BLM Standards for Public Land Health and Guidelines for Livestock Grazing Management in Colorado while taking in to account site potential as determined by ecological site inventories, Range/Ecological Site Descriptions, Soils, completed Land Health Assessments, and site specific management objectives.
- ○ **Objective VDPC-O2:** Manage vegetation resources to balance soil and watershed protection, wildlife habitat, livestock grazing, forestry, and biodiversity values, while maintaining or enhancing special status species habitat.
- ○ **Objective VDPC-O3:** In lower-elevation vegetation, occupied by the potential natural community, manage for a late- or mid-seral stage as the desired plant community.

- **Goal VDPC-G2:** Manage the salt desert shrub communities to maintain viable populations of kit fox, burrowing owl (*Athene cunicularia*), white-tailed prairie dog, and other obligate species. Preserve undisturbed patches of salt desert shrub communities with little to no cheatgrass (*Bromus tectorum*), halogeton (*Halogeton glomeratus*), or other exotic species. Identify and initiate restoration and rehabilitation of unhealthy areas.

- **GOAL VDPC-G3:** Manage the sagebrush *(Artemisia* spp.*)* biome to maintain viable populations of sagebrush-obligate species. Identify and initiate restoration and rehabilitation of sagebrush habitat, while maintaining a mosaic of canopy cover and successional stages. Maintain or improve sage-grouse winter habitat.
- ○ **Objective (VDPC-O4):** Manage the salt desert shrub community to improve vigor, composition, diversity, and cover of native understory species and biological soil crusts.
- ○ **Objective (VDPC-O5):** Maintain or improve high-quality sagebrush habitats consistent with the natural range of variability for sagebrush communities. Restore the species composition and diversity of seral stages of sagebrush communities.
- ○ **Objective (VDPC-O6):** Sustain, restore, and rehabilitate the integrity of the sagebrush biome to provide the amount, continuity, and quality of habitat that is necessary to maintain sustainable populations of sagebrush-obligate species.

BLM_0023819

- **GOAL (VDPC-G4):** Manage the sagebrush biome to maintain viable populations of greater and GUSG and other sagebrush-obligate species. Identify and initiate restoration and rehabilitation of sagebrush habitat while maintaining a mosaic of canopy cover and successional stages.
  - **Objective (VDPC-O7):** Maintain or improve high-quality sagebrush habitats consistent with the natural range of variability for sagebrush communities. Restore the species composition and diversity of successional stages of sagebrush communities.
  - **Objective (VDPC-O8):** Prioritize the following areas for Land Health Assessments, vegetation restoration efforts, and protection of existing intact environments: 1-4. Restoration plans would emphasize increasing patch size and connectivity through vegetation treatments. Disturbances should also be consolidated through BMPs to reduce disturbance and maintain sagebrush-obligate species.

- **GOAL (VDPC-G5):** Manage mountain shrub communities to maintain vigorous stands of deciduous shrubs.
  - **Objective (VDPC-O9):** Emphasize perpetuating late- to mid-seral plant communities that provide suitable habitat for wildlife.

➢ **Vegetation – Forestry/Woodlands (VFW)**

- **GOAL VFW-G1:** Maintain and restore pinyon-juniper woodlands to meet requirements for land health and to supply wildlife habitat, livestock forage, and consumer products (e.g., posts, poles, firewood, and biomass).
  - **Objective VFW-O1:** Manage for pinyon pine *(Pinus edulis)* and juniper with a balance of seral stages.

- **GOAL (VFW-G2):** Maintain forests and woodlands for a healthy mix of successional stages within the natural range of variation that incorporates diverse structure and composition.
  - **Objective (VFW-O2):** Manage ponderosa pine (*Pinus ponderosa*), Douglas-fir (*Pseudotsuga menziesii*), aspen *(Populus tremuloides)*, and spruce/fir to mimic natural stand conditions and natural regeneration.

➢ **Vegetation – Riparian**

- **GOAL VR-G1:** Manage riparian habitat in compliance with the Land Health Standard 2: Riparian systems associated with both running and standing water function properly and have the ability to recover from major disturbances such as fire, severe grazing, or 100-year floods. Riparian vegetation captures sediment and provides forage habitat and biodiversity. Water quality is improved or maintained. Stable soils store and release water.
  - **Objective (VR-O1):** Protect and restore riparian areas/wetlands through sound management practices.

BLM_0023820

➢ **Vegetation – Weeds**

- **GOAL (VW-G1):** Reduce the occurrence of noxious and invasive species through the use of an Integrated Pest Management Program across the planning area.
- **Objective (VW-O1):** Apply integrated control methods (physical, cultural, biological, chemical, fire) to noxious and invasive pest populations.
- **Objective (VW-O2):** Require weed prevention on appropriate actions authorized within the planning area.

➢ **Water Resources**

The RMP goal for water resources is to protect, preserve, and enhance watershed functions in the capture, retention, and release of water in quantity, quality, and time to meet ecosystem and human needs.

- o **Objective (W-O1):** Manage public land activities to maintain or contribute to the long term improvement of surface and ground water quality and minimize or control elevated levels of salt, sediment, and selenium contribution from Federal lands to water resources in the planning area.
- o **Objective (W-O2):** Ensure streams on BLM lands are in geomorphic balance (e.g., stream channel size, sinuosity, slope, and substrate are appropriate for its landscape setting and geology) with the water and sediment being supplied by the watershed (e.g., no accelerated erosion, deposition, or head-cutting) and ensure that land use does not impede the natural hydrograph (e.g., allows timing, magnitude and duration of peak, high and low flow events by minimizing surface disturbance, erosion, and sedimentation of streams).
- o **Objective (W-O3):** Provide sufficient water quantity on BLM lands for multiple use management and functioning, healthy riparian, wetland, aquatic, and upland systems.
- o **Objective (W-O4):** Protect municipal watersheds and source water protection areas on public land that provide drinking water to local communities.
- o **Objective (W-O5):** Characterize, monitor, maintain, and/or restore surface/groundwater quality and quantity to sustain designated beneficial uses in cooperation with other Federal, local, and State agencies and private entities.
- o **Objective (W-O6):** Manage public lands to maintain functioning condition of all parameters within the hydrologic cycle including groundwater quantity and quality. Ensure the consumption of water resources on public lands resulting from Federal actions do not jeopardize the sustainability of water resources or associated riparian/wetland habitats.

➢ **Wild Horses**

- **GOAL (WH-G1):** Manage the administratively designated Little Book Cliffs Wild Horse Range (LBCWHR) to sustain a healthy viable wild horse population while maintaining a thriving natural ecological balance of resources and uses. (Figure 2-4, Appendix A).
- o **Objective (WH-O1):** Emphasize protection of wild horses in the LBCWHR and minimize impacts to their population and habitat.

BLM_0023821

- o **Objective (WH-O2):** Emphasize management of wild horses in the LBCWHR.
- o **Objective (WH-O3):** Manage vegetative communities within the LBCWHR to maintain a forage base to support the established appropriate management level.
- o **Objective (WH-O3):** Manage vegetative communities within the LBCWHR to maintain a forage base to support the established appropriate management level.
- o **Objective (WH-O4):** Protect wild horses in the LBCWHR by limiting activities which disturb or harass wild horses during critical time periods.

➢ **Wildland Fire Management**

The GJFO proposes to use a full range of wildfire management actions, from full suppression to resource benefits on unplanned ignitions. Actions with implications and potential to adversely affect threatened and endangered species are:

- **Action WFM-A1:** Allow unplanned fire on 857,400 acres for resource benefit to manage diversity in desired plant communities in those areas identified in Figure 2-76 in Appendix A (RMP), approximately 81 percent of public lands in the GJFO.
- **Action WFM-A2:** Suppress all fires in Salt Desert Shrub communities to protect these communities that are not adapted to fire and to reduce cheatgrass invasion.
- **Action WFM-A3:** Implement fuels treatments actions that may include, but are not limited to:
  - ✓ Mechanical treatments, including mowing, weed-whacking, chopping (roller chopper), chipping, grinding (hydro-ax), chaining, tilling, and cutting.
  - ✓ Manual treatments, including hand cutting (chainsaw/handsaw) and hand-piling.
  - ✓ Prescribed fire, including pile and broadcast burning.
  - ✓ Chemical spraying or biological treatments, such as insects or goats.
  - ✓ Seeding, including aerial or ground application.
  - ✓ Commercial stewardship projects.

- **Action WFM-A4:** Use a combination of planned and unplanned fire along with fuels treatments including mechanical, manual, chemical, and seeding to meet resource objectives.
- **Action WFM-A5:** Prioritize vegetation treatments that are designed to strategically reduce wildfire threat in areas of high fire risk rather than where the probability of fire is low and the potential for natural post-fire recovery is high.

ACTION AREA

Action area is defined as "all areas to be affected directly or indirectly by the Federal action and not merely the immediate area involved in the action" (50 CFR § 402.02). The action area for the proposed action consists of the BLM's GJFO, the nearly 1.1 million acres of BLM-administered lands and 1.2 million acres of Federal mineral estate within the GJFO planning area. BLM lands within the Dominguez-Escalante and McInnis Canyons National Conservation Areas are covered by separate RMPs and not included in the GJFO RMP revision. The action area includes the area described in BOs ES/GJ-6-CO-08-F-006 and ES/GJ-6-CO-08-F-0010.

17

## STATUS OF THE SPECIES

The provided species descriptions, and life histories, and are incorporated herein, where appropriate, by reference.

### Colorado Hookless Cactus

The Unita Basin hookless cactus was listed as a threatened species in 1979 (44 FR 58868). On September 15, 2009, the Service officially recognized the taxonomic split of this species into three distinct species, one of which is the Colorado hookless cactus (*Sclerocactus glaucus*) (74 FR 47112).

Colorado hookless cactus is a small ball or barrel-shaped cactus endemic to Montrose, Delta, Mesa, and Garfield Counties in western Colorado. Current data indicate that this species is currently known from about 98 occurrences totaling approximately 19,000 individuals (FWS 2010). These occurrences cover approximately 1,700 square miles, with an estimated 618,000 · acres of potential habitat (FWS 2010). This species has two population centers, one associated with the Gunnison River and its tributaries near the City of Delta, and the other with the Colorado River and its tributaries near DeBeque, Colorado. Colorado hookless cactus was originally listed as threatened on October 11, 1979 (44 FR 58868), with revised listing due to taxonomic changes published on September 15, 2009 (74 FR 47112). Critical habitat has not been proposed for this species. The *Recovery Outline* (FWS 2010) presents an updated and thorough review of the species' status.

*Habitat*

Colorado hookless cactus grows primarily in the salt desert shrub community on alluvial terraces associated with the Gunnison and Colorado Rivers. Soils are commonly derived from Mancos shale often with a thin over layer of alluvium, and range from fine silty clay to coarse gravel with volcanic cobbles and boulders scattered on the surface. The dominant co-occurring plant species include *Atriplex confertifolia, Artemisia nova, Opuntia* spp., *Echinocereus triglochidiatus, Pleuraphis jamesii,* and *Acnatherum hymenoides*. Populations also occur in big sagebrush and the transition zone with pinyon-juniper woodland. Within these communities, Colorado hookless cactus is often found under small nurse shrubs, especially *Atriplex confertifolia*. In many Colorado hookless cactus populations, exotics occur, especially *Bromus tectorum* and/or *Halogeton glomeratus*, and *Acroptilon repens* along drainages. Typical elevations for the species range from 4,593 to 6,562 feet (1,400 to 2000 meters) above mean sea level (Heil and Porter 2004). According to the North Delta LHA report, BLM considers the Mancos shale communities that the cactus occurs in to have little resilience to disturbance due to soil chemistry and structure and the small amount of available moisture (BLM 2002).

18

BLM_0023823

*Species Description and Life History*

Colorado hookless cactus grows from a taproot and typically has a single stem that can grow to about 5 inches (12 cm) tall, with large individuals attaining heights of 11 inches (28 cm). Mature stem diameter may reach to 3.5 inches (9 cm) (Heil and Porter 2004), with large individuals growing to 4 or 5 inches (12-13 cm) (in CRVFO, some individuals are 12-13 cm) in girth. Tubercles are arranged into prominent longitudinal ribs. On the apex of each tubercle is an areole from which clusters of spines radiate. The central spine in each cluster is typically hookless. The large, funnel-shaped, pink flowers bloom from late April to May, with the small barrel-shaped fruits maturing in May and June. Flowers are hermaphroditic. Based upon preliminary breeding system studies by Tepedino, this species is believed to be primarily outcrossing (Heil and Porter 1994). Outcrossing presumably requires an insect vector for pollen transfer. Seed longevity in the ground, germination cues, and seed dispersal mechanisms for this species remain unstudied.

In addition to reproducing sexually, Colorado hookless cactus can produce new stems vegetatively by budding. New stem buds appear from beneath the main stem base, and may number from one to many. Field observations indicate that mild to moderate tissue damage, including herbivory by rodents and rabbits and crushing by vehicles, can stimulate budding (Conner 2011, pers. comm.). Presumably if the caudex is sufficiently damaged, no new buds can sprout and an individual dies. Individual cactus stems also appear to be able to sustain physical damage. Partially uprooted cacti and those with apparent herbivore or crushing damage have been observed to heal over and survive (BLM 2009; Conner 2011, pers. comm.).

*Abundance and Viability*

For each occurrence in their database, CNHP assesses the estimated viability of a species or ecological integrity of its community using ranks from A to D for excellent to poor. Of the 98 CNHP occurrences of Colorado hookless cactus, approximately 22 percent are ranked excellent to good (A, B, or BC), 10 percent fair (C), and 6 percent fair to poor (CD or D). The remainder are either considered historic because they have not been confirmed in over 20 years (42 percent, H rank), extirpated (1 percent, E rank), or they could not be ranked for a variety of reasons. The 21 occurrences ranked A or B represent at least 1,000 individuals (FWS 2010).

In addition to the known 98 occurrences recorded by CNHP, more than 6,000 individuals were recently found during surveys for an electric transmission line and a proposed wastewater evaporation pond facility in Delta County (BIO-Logic 2008, 2009). These additional 6,000 plants bring the estimated total individuals range-wide to approximately 19,000 (FWS 2010). Those 6,000 individuals would most likely be ranked A-B by CNHP, with the result that at least 37 percent of the estimated known individuals are in occurrences currently considered viable or ecologically intact.

**DeBeque Phacelia**

DeBeque phacelia (*Phacelia submutica*) is an herbaceous annual currently known from 22 occurrences distributed among nine populations spanning the Mesa and Garfield County line

BLM_0023824