

Source: BLM 2010a

*Project Planning Area*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure 1-1

BLM Grand Junction Field Office Resource Management Plan

Legend:
- GJFO Planning Area
- Bureau of Land Management
- National Conservation Area
- US Forest Service
- Private
- National Park Service
- State of Colorado
- Bureau of Reclamation
- Other Federal
- State of Colorado, County, or City Area
- State Boundary
- County Boundary
- River
- Road
- Town

0   2.5   5   10   15   20
Miles



Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

**Wildlife Emphasis Areas**

Legend:
- Beehive
- Blue Mesa
- Bull Hill
- East Salt Creek
- Glade Park
- Prairie Canyon Area
- Rapid Creek
- Sunnyside
- Timber Ridge
- Winter Flats

0  2.5  5    10    15    20
Miles

Figure A-1

BLM Grand Junction Field Office Resource Management Plan



Little Book Cliffs Wild Horse Range

Source: BLM 2010a

*Little Book Cliffs Wild Horse Range*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.25  4.5        9        13.5        18
Miles

Figure A-2

BLM Grand Junction Field Office Resource Management Plan



Source: BLM 2010a

Class I
Class II
Class III
Class IV

*Visual Resource Management*

0   2.5   5      10      15      20
Miles

Figure A-3

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan



*Lands Managed to Protect Wilderness Characteristics*

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure A-4

BLM Grand Junction Field Office Resource Management Plan

0    2.5    5    10    15    20
Miles

Bangs Canyon
Maverick
Unaweep

BLM_0024183



Area/allotment within the GJFO RMP with seasonal limitations for grazing

Grazing allotment managed and covered under the GJFO RMP open to grazing

Area/allotment within the GJFO RMP closed to grazing

Area within the GJFO RMP managed and covered under the Moab Field Office regarding grazing

Area within the GJFO RMP managed and covered under the White River Field Office regarding grazing

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Grazing Allotments*

0  2.5  5    10    15    20
Miles

Figure A-5

BLM Grand Junction Field Office Resource Management Plan

BLM_0024184



*Extensive Recreation Management Areas*

Source: BLM 2010a

Extensive Recreation Management Area
Numbers represent SRMA Recreation Management Zones (RMZs).

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5   10   15   20
Miles

Figure A-6

BLM Grand Junction Field Office Resource Management Plan

BLM_0024185



Special Recreation Management Area

Numbers represent SRMA Recreation Management Zones (RMZs).

Source: BLM 2010a

*Special Recreation Management Areas*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of
these data. Original data were compiled from various sources. This information may not meet National Map
Accuracy Standards. This project was developed through digital means and may be updated without notice.
Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5        10        15        20
Miles

Figure A-7

BLM Grand Junction Field Office Resource Management Plan



Source: BLM 2010a

Closed to Motorized & Mechanized (Open to Foot & Horse)

Closed to Motorized, Limited to Designated Routes for Mechanized (Open to Foot & Horse)

Limited to Designated Routes for Motorized and Mechanized Vehicles (Open to Foot & Horse)

Limited to Designated Routes for Foot, Horse & Mechanized (Closed to Motorized Use)

Seasonal Closure for Motorized and Mechanized Travel (Limited to Designated Routes When Closure is not in Effect)

Open to all Modes of Travel

Closed to All Modes of Travel

*Comprehensive Travel and Transportation Management*

0   2.5   5      10      15      20
Miles

Figure A-8

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

BLM_0024187



Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Legend:
- ROW Corridor
- ROW Exclusion Area
- ROW Avoidance Area

**Right-of-Way Corridors, Exclusion and Avoidance Areas**

0  2.5  5   10   15   20
Miles

Figure A-9

BLM Grand Junction Field Office Resource Management Plan

BLM_0024188



Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

**Land Tenure Adjustments**

Legend:
■ Land Available for Disposal
■ Land Available for Cooperative Management

0  2.5  5    10    15    20
Miles

Figure A-10

BLM_0024189



Acceptable for Coal Leasing*

Unacceptable for Coal Leasing

*Within the coal resource development
potential area

Source: BLM 2010a

*Coal Leasing*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of
these data. Original data were compiled from various sources. This information may not meet National Map
Accuracy Standards. This project was developed through digital means and may be updated without notice.
Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5     10       15       20
Miles

Figure A-11

BLM Grand Junction Field Office Resource Management Plan

BLM_0024190



Open to Fluid Minerals Leasing
Closed to Fluid Minerals Leasing

Source: BLM 2010a

*Fluid Minerals*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5         10         15         20
Miles

Figure A-12

BLM Grand Junction Field Office Resource Management Plan

BLM_0024191



No Surface Occupancy or Surface-disturbing Activity

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

*No Surface Occupancy or Surface-disturbing Activities*

0  2.5  5     10      15      20
Miles

Figure A-13

BLM_0024192



Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Controlled Surface Use*

Controlled Surface Use

0   2.5   5      10      15      20
Miles

Figure A-14

BLM Grand Junction Field Office Resource Management Plan



Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Timing Limitations*

**Timing Limitation**

0   2.5   5        10        15        20
Miles

Figure A-15

BLM Grand Junction Field Office Resource Management Plan



Source: BLM 2010a

**Lands Withdrawn from Mineral Entry**

| | |
|---|---|
| 🟧 | BLM Protective Withdrawal |
| 🟩 | Bureau of Reclamation Withdrawal |
| 🟪 | Department of Energy Withdrawal |
| 🟦 | Fish and Widlife Service Withdrawal |

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5        10        15        20
Miles

Figure A-16

BLM Grand Junction Field Office Resource Management Plan

BLM_0024195



Area to be Petitioned for Withdrawal

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Locatable Minerals*

0   2.5   5        10        15        20
Miles

Figure A-17

BLM Grand Junction Field Office Resource Management Plan



Open for Mineral Material Sales

Closed for Mineral Material Sales

Source:BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of
these data. Original data were compiled from various sources. This information may not meet National Map
Accuracy Standards. This project was developed through digital means and may be updated without notice.
Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Mineral Materials*

0   2.5   5      10         15         20
Miles

Figure A-18

BLM Grand Junction Field Office Resource Management Plan

BLM_0024197



Open to Non-energy Leaseable Minerals

Closed to Non-energy Leaseable Minerals (e.g. potash)

Source: BLM 2010a

*Non-energy Leasable Minerals*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5       10      15      20
Miles

Figure A-19

BLM Grand Junction Field Office Resource Management Plan

BLM_0024198



Area of Critical Environmental Concern

Source: BLM 2010a

*Areas of Critical Environmental Concern*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5      10      15      20
Miles

Figure A-20

BLM Grand Junction Field Office Resource Management Plan

BLM_0024199



Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

**Legend**
- Demaree Canyon
- Little Book Cliffs
- The Palisade
- Sewemup Mesa

*Wilderness Study Areas*

0  2.5  5     10      15      20
Miles

Figure A-21

BLM_0024200



Wild and Scenic River Study Segment on BLM-administered Land

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Segments Suitable for Inclusion in the NWSRS*

0   2.5   5        10        15        20
Miles

Figure A-22

BLM Grand Junction Field Office Resource Management Plan

BLM_0024201



**Collbran Intake Zone**

**Mesa Intake Zone**

Water Intake Zone 3

Source: BLM 2010a

*Water Intake Zone 3*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5   10   15   20
Miles

Figure A-23

BLM Grand Junction Field Office Resource Management Plan



**Prairie Dog Towns**

Source: BLM 2010a

Active Town

CPW Prairie Dog Management Area

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5      10      15      20
Miles

Figure A-24

BLM Grand Junction Field Office Resource Management Plan

BLM_0024203



**Generalized Geologic Units**

| | |
|---|---|
| | Alluvium and eolian deposits (Quaternary) |
| Qc | Colluvium (Quaternary) |
| Qge | Older gravel (Quaternary) |
| Qd | Glacial drift (Quaternary) |
| Tg | Green River Formation (Tertiary) |
| Tw | Wasatch Formation (Tertiary) |
| Kmv | Mesaverde Group (Cretaceous) - Mesaverde Fm, Castlegate SS, Farrer Fm, Hunter Canyon Fm, Mt Garfield Fm, Neslin Fm, Sego SS |
| Km | Mancos Shale (Cretaceous) |
| Kdb | Dakota SS and Burro Canyon Fm (Cretaceous) |
| Jm | Morrison Formation (Jurassic) |
| Jsv | Summerville Fm and Entrada SS (Jurassic) |
| JTRgc | Glen Canyon Group (Jurassic/Triassic) - Navajo SS, Kayenta Fm, Wingate, SS |
| TRcm | Chinle and Moenkopi Formations (Triassic) |
| Pc | Cutler Formation (Permian) |
| PPh | Hermosa Formation (Pennsylvanian) |
| pC | Precambrian |

Source: BLM 2010a

*Surface Geology*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5      10      15      20
Miles

Figure A-25

BLM Grand Junction Field Office Resource Management Plan



Allow Unplanned Fire for Resource Benefits

Source: BLM 2010a

*Wildland Fire Management*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5        10        15        20
Miles

Figure A-26

BLM Grand Junction Field Office Resource Management Plan



Source: BLM 2010a

*Forest Management*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of
these data. Original data were compiled from various sources. This information may not meet National Map
Accuracy Standards. This project was developed through digital means and may be updated without notice.
Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

**Legend**

Forestry Zone

Closed to Wood Product Sales or Harvest

0   2.5   5   10   15   20
Miles

Figure A-27

BLM_0024206



Legend:
- Bangs SRMA
- Coal and Main Canyons
- Grand Valley OHV SRMA
- Gunnison River Bluffs ERMA
- Horse Mountain ERMA - Portions of RMZ 1 and 2 and adjoining lands
- Mt. Garfield ACEC
- North Fruita Desert SRMA
- North Fruita Desert Open Area
- Palisade Rim SRMA
- Pyramid Rock ACEC

Legal hunting not subject to the No Shooting restriction.

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Target Shooting Closures*

0  2.5  5      10      15      20
Miles

Figure A-28

BLM Grand Junction Field Office Resource Management Plan

BLM_0024207



Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

**Solar and Wind Energy Development Emphasis Areas**

Figure A-29

Solar Emphasis Area

Wind Emphasis Area

0  2.5  5   10   15   20
Miles

BLM_0024208



Federal Subsurface Minerals
Private Subsurface Minerals

Source: BLM 2010a

*Oil Shale*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5      10      15      20
Miles

Figure A-30

BLM Grand Junction Field Office Resource Management Plan

BLM_0024209



Old Spanish National Historic Trail 100 meter corridor
National and State Scenic and Historic Byway

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of
these data. Original data were compiled from various sources. This information may not meet National Map
Accuracy Standards. This project was developed through digital means and may be updated without notice.
Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

*National Scenic, Historic, and Recreational Trails and State and BLM Byways*

0  2.5  5    10    15    20
Miles

Figure A-31

BLM_0024210



Natural Slopes 25-40 percent
Steep Slopes 40-percent or Greater

Source: 2010a

*Steep Slopes*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5     9     13.5     18
Miles

Figure A3-1

BLM Grand Junction Field Office Resource Management Plan

BLM_0024211



Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

**Fragile and Slumping Soils**

Slumping Soils
Fragile Soils

0  2.5  5      10      15      20
Miles

Figure A3-2

BLM Grand Junction Field Office Resource Management Plan

BLM_0024212



Saline Soils

Source: BLM 2010a

*Saline Soils*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5     9     13.5     18
Miles

Figure A3-3

BLM Grand Junction Field Office Resource Management Plan

BLM_0024213



Salinity and/or Selinium Producing Formations

- Tgg/Tg/Tgp/Tgrl/Tgru - Green River Formation
- Tw/Two/Twr - Wasatch Formation
- Km/Kml/Kmu - Mancos Shale
- Jmb/Jms - Morrison Formation
- Non-Marine Derived Surface Geology

Source: BLM 2010a

*Local Geologic Formations Affecting Water Quality*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5      18
Miles

Figure A3-4

BLM Grand Junction Field Office Resource Management Plan

BLM_0024214



City of Grand Junction Watershed
City of Palisade Watershed (Sensitivity Unidentified)
City of Palisade Watershed High Sensitivity
City of Palisade Watershed Moderate Sensitivity
City of Palisade Watershed Low Sensitivity
Mesa/Powderhorn Municipal Watershed
Jerry Gulch Watershed
Colbran Buzzard Creek SurfaceWater Area
Vega Groundwater Protection Area

Source: BLM 2010a

*Municipal Watersheds and Source Water Protection Areas*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5       10        15        20
Miles

Figure A3-5

BLM Grand Junction Field Office Resource Management Plan

BLM_0024215



Figure A3-6

Ecoregions

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

BLM Grand Junction Field Office Resource Management Plan

Intermountain Semi-Desert Province
Nevada-Utah Mountain Semi-Desert
Southern Rocky Mountain Steppe

0  2.25 4.5     9     13.5     18
Miles



Source: BLM 2010a

*Major Vegetation Groups*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Legend:
- Aspen
- Douglas Fir
- Ponderosa Pine
- Pinyon-Juniper
- Mountain Shrub
- Sagebrush
- Blackbrush
- Greasewood
- Saltbush
- Barren Land
- Riparian

0  2.25 4.5      9       13.5      18
Miles

Figure A3-7

BLM Grand Junction Field Office Resource Management Plan



Source: BLM 2010a

*Noxious Weeds: All Species Surveyed Since 2000*

| | |
|---|---|
| ● Black Henbane | ● Leafy Spurge |
| ● Bull Thistle | ● Musk Thistle |
| ■ Canada Thistle | ◉ Oxeye Daisy |
| ▲ Chicory | ● Perennial Pepperweed |
| ⬠ Common Burdock | ● Plumeless Thistle |
| ● Dalmatian Toadflax, Broad-Leaved | ● Purple Loosestrife |
| ● Dalmatian Toadflax, Narrow-Leaved | ● Russian Knapweed |
| ◎ Diffuse Knapweed | ● Salt Cedar |
| ◉ Hoary Cress | ■ Scotch Thistle |
| ✳ Houndstongue | ● Spotted Knapweed |
| ⚠ Jointed Goatgrass | ◻ Yellow Starthistle |

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5      18
Miles

Figure A3-8

BLM Grand Junction Field Office Resource Management Plan

BLM_0024218



Elk Production Area

Elk Severe Winter Range

Elk Winter Concentration Area

This map will be periodically updated to reflect the most current habitat mapping by CPW.

Source: BLM 2010a

*Elk Range*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5     10     15     20
Miles

Figure A3-9

BLM Grand Junction Field Office Resource Management Plan

BLM_0024219



Mule Deer Critcal Winter Range

Mule Deer Severe Winter Range

Mule Deer Winter Concentration Areas

This map will be periodically updated
to reflect the most current habitat
mapping by CPW.

Source: BLM 2010a

*Mule Deer Range*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of
these data. Original data were compiled from various sources. This information may not meet National Map
Accuracy Standards. This project way developed through digital means and may be updated without notice.
Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5        10        15        20

Miles

Figure A3-10

BLM Grand Junction Field Office Resource Management Plan

BLM_0024220



Source: BLM 2010a

*Sage-Grouse Habitat*

**Legend:**
- Greater Sage-Grouse Preliminary Priority Habitat
- Greater Sage-Grouse Preliminary General Habitat
- Greater Sage-Grouse Occupied Habitat
- Greater Sage-Grouse Lek Site

Critical Habitat
- Gunnison Sage-Grouse Occupied Habitat
- Gunnison Sage-Grouse Potential Habitat
- Gunnison Sage-Grouse Lek Site

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.5  5     10       15        20
Miles

Figure A3-11

BLM Grand Junction Field Office Resource Management Plan

BLM_0024221



Aspen
Doug Fir and White Fir
Ponderosa Pine
Pinyon-Juniper
Mountain Shrub
Sagebrush
Blackbrush
Greasewood
Saltbrush
Barren Land
Riparian
Existing Transmission Line

Figure shows all biomass energy potential areas, excluding Wilderness Study Areas.

Source: BLM 2010a

*Biomass Energy Potential*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5      18
Miles

Figure A3-12

BLM Grand Junction Field Office Resource Management Plan

BLM_0024222



Source: BLM 2010a

**BLM Land Health Assessments**

Legend:
- Meeting Land Health Standards
- Meeting Land Health Standards with Problems
- Not Meeting Land Health Standards
- Unclassified

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25  4.5      9      13.5     18
Miles

BLM Grand Junction Field Office Resource Management Plan

Figure A3-13

BLM_0024223



Source: BLM 2010a

*Land Health Assessment Below 6,000 Feet*

Allotments below 6,000ft

Not Meeting Land Health Standards
or Meeting Land Health Standards
with Problems below 6,000 ft.

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5      18
Miles

Figure A3-14

BLM Grand Junction Field Office Resource Management Plan

BLM_0024224



Source: BLM 2010a

**Oil and Gas - Leases and Wells**

Legend:
- • Oil and Gas Wells
- Oil and Gas - Currently Leased

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5       9       13.5      18

Miles

Figure A3-15

BLM Grand Junction Field Office Resource Management Plan

BLM_0024225



Existing Transmission Line

Geothermal Potential from Geothermal PEIS

Data included known hot springs locations, oil and gas basins with geothermal potential, geothermal heat flow and gradient data, and direct use potential.

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Geothermal Energy Potential*

0  2.25 4.5       9        13.5       18
Miles

Figure A3-16

BLM Grand Junction Field Office Resource Management Plan



Photovoltaic Solar Energy Potential kWh/m$^2$-day

Very Good (5-6)

Concentrated Solar Energy Potential kWh/m$^2$-day

Moderate (5-6)

Good (6-7)

Existing Transmission Line

Figure shows solar energy potential areas, excluding Wilderness Study Areas and unsuitable areas for right-of-ways.

Source: BLM 2010a

*Solar Energy Potential*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5      18
Miles

Figure A3-17

BLM Grand Junction Field Office Resource Management Plan

BLM_0024227



Rank (watts per square meter)

- Class 1, Poor (0-200)
- Class 2, Marginal (200-300)
- Class 3, Fair (300-400)
- Class 4, Good (400-500)
- Class 5, Excellent (500-600)
- Class 6, Outstanding (600-700)
- Existing Transmission Line

Figure shows wind energy potential areas, excluding Wilderness Study Areas and unsuitable areas for right-of-ways.

Data show annual average wind resource potential at a height of 50 meters.

Source: BLM 2010a

*Wind Energy Potential*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.25 4.5      9      13.5      18
Miles

Figure A3-18

BLM Grand Junction Field Office Resource Management Plan

BLM_0024228



**Developed Recreation Sites**

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0  2.25 4.5      9      13.5     18
Miles

Figure A3-19

BLM Grand Junction Field Office Resource Management Plan

Legend:
- Shooting Range
- Campground
- Trailhead
- Picnic Area
- River Access
- Scenic Overlook
- Restroom

BLM_0024229



Source: BLM 2010a

*Right-of-Way Locations*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5   10   15   20
Miles

Figure A3-20

BLM Grand Junction Field Office Resource Management Plan

Right-of-Way



Legend:

- Shale Ridges & Canyons Master Leasing Plan Boundary
- Wilderness Study Area (WSA)
- Split Estate
- Bureau of Land Management
- Private
- US Forest Service
- Bureau of Reclamation
- National Park Service
- State
- Local

0 1 2 4 6 8 Miles
Source: BLM 2010a

*Master Leasing Plan Surface Management and Split Estate*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure A3-21

BLM Grand Junction Field Office Resource Management Plan






**Legend:**
- Wilderness Study Area (WSA)
- Shale Ridges & Canyons Master Leasing Plan Boundary
- Fluid Minerals Currently Leased
- Federal Mineral Estate

0 1 2  4   6   8
Miles
Source: BLM 2010a




*Master Leasing Plan Oil and Gas Leases*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure A3-22

BLM Grand Junction Field Office Resource Management Plan

BLM_0024232



Bighorn Migration Corridors
Bighorn Severe Winter Range
Bighorn Winter Concentration Area
Bighorn Production Area

This map will be periodically updated
to reflect the most current habitat
mapping by CPW.

Source: BLM 2010a

*Bighorn Sheep*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of
these data. Original data were compiled from various sources. This information may not meet National Map
Accuracy Standards. This project was developed through digital means and may be updated without notice.
Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5        10        15        20
Miles

Figure A3-23

BLM Grand Junction Field Office Resource Management Plan

BLM_0024233



Pronghorn Winter Concentration

This map will be periodically updated to reflect the most current habitat mapping by CPW.

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

*Pronghorn Antelope*

0   2.5   5   10   15   20
Miles

Figure A3-24

BLM Grand Junction Field Office Resource Management Plan

BLM_0024234



Shale Ridges and Canyons
Master Leasing Plan Boundary

Wilderness Study Area (WSA)

Oil and gas potential on federal mineral estate

No known oil and gas potential on federal mineral estate

Demaree
WSA

Little Book
Cliffs WSA

De Beque

Mack

Loma

Mesa

Fruita

McInnis Canyons NCA
[Not included in RMP Revision]

Palisade

Grand Junction

Glade Park

Whitewater

0 1 2   4   6   8
Miles
Source: BLM 2010a





*Master Leasing Plan Oil and Gas Potential*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of
these data. Original data were compiled from various sources. This information may not meet National Map
Accuracy Standards. This project was developed through digital means and may be updated without notice.
Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure A4-1

BLM Grand Junction Field Office Resource Management Plan

BLM_0024235



Shale Ridges and Canyons Master Leasing Plan Boundary
Federal Mineral Estate
Wilderness Study Area (WSA)
Federal Mineral Estate Closed to Leasing
Federal Mineral Estate Open to Leasing
No Surface Occupancy

Demares WSA

Little Book Cliffs WSA

0 1 2   4   6   8
Miles
Source: BLM 2010a



*Master Leasing Plan No Surface Occupancy*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure A4-2

BLM Grand Junction Field Office Resource Management Plan

BLM_0024236



Shale Ridges and Canyons Master Leasing Plan Boundary
Federal Mineral Estate
Wilderness Study Area (WSA)
Federal Mineral Estate Closed to Leasing
Federal Mineral Estate Open to Leasing
Controlled Surface Use
Utah
Demaree WSA
Little Book Cliffs WSA
De Beque
Mack
Loma
Fruita
Mesa
Palisade
Grand Junction
Glade Park
Whitewater
70
McInnis Canyons NCA (Not Included in RMP Revision)
0 1 2 4 6 8
Miles
Source: BLM 2010a

## Master Leasing Plan Controlled Surface Use

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure A4-3

BLM Grand Junction Field Office Resource Management Plan

## *Master Leasing Plan Timing Limitations*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure A4-4

BLM Grand Junction Field Office Resource Management Plan



Shale Ridges and Canyons
Master Leasing Plan Boundary

Wilderness Study Area (WSA)

Federal Mineral Estate Closed to Leasing

Federal Mineral Estate Open to Leasing

Area of Critical Environmental Concern

Wildlife Emphasis Area

Demaree WSA

Little Book Cliffs WSA

Mack

Loma

Fruita

De Beque

Mesa

Palisade

Grand Junction

McInnis Canyons NCA
(Not Included In RMP Revision)

Glade Park

Whitewater

0 1 2   4   6   8
Miles
Source: BLM 2010a

*Master Leasing Plan ACECs and Wildlife Emphasis Areas*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure A4-5

BLM Grand Junction Field Office Resource Management Plan

BLM_0024239



Legend:
- Shale Ridges and Canyons Master Leasing Plan Boundary
- Wilderness Study Area (WSA)
- Federal Mineral Estate Closed to Leasing
- Federal Mineral Estate Open to Leasing
- Recreation Management Area

0 1 2  4  6  8
Miles
Source: BLM 2010a

 

*Master Leasing Plan Recreation Management Areas*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure A4-6

BLM Grand Junction Field Office Resource Management Plan

BLM_0024240



## Master Leasing Plan VRM Classes

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure A4-7

BLM Grand Junction Field Office Resource Management Plan



**Legend:**
- Wilderness Study Area (WSA)
- Shale Ridges & Canyons Master Leasing Plan Boundary
- Fluid Minerals Currently Leased
- Federal Mineral Estate

0 1 2 4 6 8
Miles
Source: BLM 2010a




*Current Oil and Gas Leases and Proposed Fluid Mineral Leasing*

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

Figure A4-8

BLM Grand Junction Field Office Resource Management Plan

# Appendix B
## Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

BLM_0024243

BLM_0024244

# TABLE OF CONTENTS

Chapter                                                                                                      Page

**B.   STIPULATIONS APPLICABLE TO FLUID MINERAL LEASING AND OTHER SURFACE-DISTURBING ACTIVITIES**..................................................................................................B-1

    B.1   Description of Stipulations ...............................................................................B-3
        B.1.1   No Surface Occupancy (NSO) or Other Surface-disturbing Activities...........B-3
        B.1.2   Controlled Surface Use (CSU)...................................................................B-4
        B.1.3   Timing Limitations (TL) ..............................................................................B-4
        B.1.4   Lease Notice (LN) ......................................................................................B-4
        B.1.5   Condition of Approval (COA) ...................................................................B-5
        B.1.6   Mitigation and Monitoring .........................................................................B-5
    B.2   Exceptions, Modifications, and Waivers............................................................B-5
        B.2.1   Exception, Modification, or Waiver Process...............................................B-5
        B.2.2   Standard Exception ....................................................................................B-6
        B.2.3   Standard Modification ................................................................................B-6
        B.2.4   Standard Waiver .......................................................................................B-7
    B.3   Standard Terms and Conditions for Fluid Mineral Leasing.................................B-7

# TABLES                                                                                      Page

B-1   Summary of No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1] ....................................................B-8
B-2   Summary of Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1] ........................................................ B-11
B-3   Summary of Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1]....................................................................... B-13
B-4   Summary of Lease Notices (LN) Applicable to Fluid Mineral Leasing[1]...................... B-14
B-5   No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities............................................................... B-15
B-6   Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities............................................................... B-36
B-7   Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities................................................................................. B-50
B-8   Lease Notices (LN) and Additional Required Conditions of Approval Applicable to Authorized Ground-disturbing Activities............................................................. B-57

BLM_0024245

This page intentionally left blank.

BLM_0024246

# APPENDIX B
# STIPULATIONS APPLICABLE TO FLUID MINERAL LEASING AND OTHER SURFACE-DISTURBING ACTIVITIES

This appendix lists the stipulations for fluid mineral leasing (e.g., oil, gas, and geothermal) referred to throughout this Approved RMP. These stipulations will also apply, where appropriate, to all surface-disturbing activities (and occupancy) associated with land use authorizations, permits, and leases issued on BLM lands. The stipulations will not apply to activities and uses where they are contrary to laws, regulations, or specific program guidance. The intent of these stipulations is to consistently mitigate impacts by applying the same stipulation to all land use authorizations across the board. It is BLM's intent to incorporate the same level of restrictions, to the extent practicable, on agency proposed projects.

Stipulations also apply to fluid mineral leasing on lands overlying federal mineral estate, which includes federal mineral estate underlying BLM lands, privately owned lands, and state-owned lands. As such, federal mineral estate acres are greater than BLM surface acres. Within the planning area, the BLM administers 1,061,400 acres of surface estate and 169,800 acres of split-estate (i.e., where the surface rights are in private ownership and the rights to development of the mineral resources are publicly held and managed by the federal government [BLM]). The BLM will coordinate with the surface owner when applying stipulations on split-estate at the leasing phase. Other land management agencies may have their own surface management decisions for oil and gas development; the BLM will apply these decisions with consent and may add additional stipulations in cooperation with the surface-management agency. Acreages in this appendix reflect federal mineral estate overlain by BLM, private, and state-owned land. Acreages for stipulations are calculated based on current information and may be adjusted in the future through plan maintenance as conditions warrant.

BLM_0024247

Data from GIS was used in developing acreage calculations and for generating many of the figures in Appendix A. Calculations are dependent upon the quality and availability of data and most calculations in this RMP are rounded to the nearest one hundred acres. Given the scale of the analysis, the compatibility constraints between datasets, and lack of data for some resources, all calculations are approximate and serve for comparison and analytic purposes only. Likewise, the figures in Appendix A are provided for illustrative purposes and subject to the limitations discussed above. BLM may receive additional GIS data; therefore, acreages may be recalculated and revised at a later date.

Surface-disturbing activities are those that normally result in more than negligible (i.e., immeasurable, not readily noticeable) disturbance to vegetation and soils on public lands and accelerate the natural erosive process.

Surface disturbances could require reclamation and normally involve use and/or occupancy of the surface, causing disturbance to soils and vegetation. They include, but are not limited to: the use of mechanized earth-moving equipment; truck-mounted drilling and geophysical exploration equipment off designated routes; off-road vehicle travel in areas designated as limited or closed to off road vehicle use; construction of facilities such as oil and gas wells and/or pads; major recreation sites; new trail construction; and use of pyrotechnics and explosives. Surface disturbance is not normally caused by casual-use activities. Activities that are not normally considered surface disturbing include, but are not limited to: livestock grazing, cross country hiking, minimum impact filming, vehicular travel on designated routes, and minimum impact emergency response activities such as construction of fire line using hand tools as a tactic for suppression and management of unplanned fire. Even where stipulations prohibit surface disturbing activities, some surface disturbing activities may be allowed under exceptions from stipulations through the process described under **Section B.2.1**. (Example 1: A livestock fence proposed in an area covered by NSO-35 for Wildlife Emphasis Areas may be excepted from the stipulation if it can be shown that the project will have negligible impacts to wildlife through appropriate mitigation; or example 2: A natural gas well pad proposed in an area covered by CSU-8 for Old Growth Forests and Woodlands may be excepted from the stipulation if it can be shown that the project will have negligible impacts on old growth forests and woodlands through appropriate mitigation.)

The BLM has the discretion to modify surface operations to change or add specific mitigation measures when supported by environmental analysis. All mitigation/conservation measures not already required as stipulations will be analyzed in a site-specific NEPA document, and be incorporated, as appropriate, into conditions of approval of the permit, plan of development, and/or other use authorizations.

BLM_0024248

## B.1   DESCRIPTION OF STIPULATIONS

Tables **B-1** through **B-4** summarize the stipulations, and **Tables B-5** through **B-8** provide details of the stipulations and protected resources including exceptions, modifications, and waivers. Three types of stipulations could be applied to fluid mineral leasing or to land use authorizations, except for those authorized under the realty program: 1) NSO or other no surface-disturbing activities; 2) CSU; and 3) TL. ROW authorizations are governed by avoidance and exclusion area restrictions. ROW avoidance areas may have corresponding stipulations, as specifically noted in **Tables B-1** through **B-3** and **Tables B-5** through **B-7**. In these cases, denoted as NSO-X (ROWA), CSU-X (ROWA), or TL-X (ROWA), the surface area covered by the stipulation is considered a ROW avoidance area. Where stipulations are noted as *Partial ROWA*, only a portion of the area covered by the stipulation is a ROW avoidance area. See the glossary for descriptions of ROW avoidance and ROW exclusion.

Lease stipulations and lease notices will be applied to all new leases. On existing leases, the BLM will seek voluntary compliance or will develop Conditions of Approval for Applications for Permit to Drill to achieve resource objectives of the RMP (see BLM's Land Use Planning Handbook H-1601-1 at Appendix C, part H), when determined reasonable and consistent with valid existing rights.[1]

### B.1.1   No Surface Occupancy (NSO) or Other Surface-disturbing Activities

Use or occupancy of the land surface for fluid mineral exploration or development and other surface-disturbing activities (as defined above) is prohibited to protect identified resource values. Acreages are provided in these tables for mapped stipulations.

The NSO/No Surface-disturbing Activities stipulation, a major constraint, includes stipulations that may have been worded as "No Surface Use/Occupancy," "No Surface Disturbance," "Conditional NSO," "ground-disturbing activity," and "Surface Disturbance or Surface Occupancy Restriction (by location)."

Areas identified as NSO/No Surface-disturbing Activities are open to fluid mineral leasing, but surface-disturbing activities cannot be conducted on the surface of the land unless an exception, waiver, or modification is granted (Section B.2). Access to fluid mineral deposits would require directional drilling from outside the boundaries of the NSO/No Surface-disturbing Activities areas.

An NSO/No Surface-disturbing Activities stipulation cannot be applied to operations conducted under the 1872 Mining Law unless the lands have been

---

[1] See also 43 CFR 1610.5-3(b): "…the Field Manager shall take appropriate measures, subject to valid existing rights, to make operations and activities under existing permits, contracts, cooperative agreements or other instruments for occupancy and use, conform to the approved plan or amendment within a reasonable period of time."

BLM_0024249

withdrawn from mineral entry and the operator has no valid and existing mining claims. A withdrawal is not considered a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn from mineral entry with no pre-existing mining claims, areas identified as NSO/No Surface-disturbing Activities are open to operations conducted under the mining laws, and subject only to TL and CSU stipulations that are consistent with the rights granted under the mining laws. Where only an NSO stipulation exists, and no equivalent CSU or TL stipulations applies to operations conducted under the mining laws, the NSO stipulation will be applied as a CSU stipulation (i.e., the surface-disturbing activity could be shifted more than 200 meters [656 feet] to protect the specified resource or value if consistent with the rights granted under the mining laws).

An NSO/No Surface-disturbing Activities stipulation does not apply to existing facilities and the maintenance of existing facilities, such as, but not limited to, range improvements, oil and gas wells and/or pads, and major recreation sites.

### B.1.2   Controlled Surface Use (CSU)

CSU is a category of moderate constraint stipulations that allows some use and occupancy of public land while protecting identified resources or values. A CSU stipulation allows the BLM to require special operational constraints, or the surface-disturbing activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value. Refer to **Tables B-2** and **B-6**. Acreages are provided in these tables for mapped stipulations.

### B.1.3   Timing Limitations (TL)

Areas identified for TL, a moderate constraint, are closed to fluid mineral exploration and development, surface-disturbing activities, and intensive human activity during identified time frames. This stipulation does not apply to operation and basic maintenance activities, including associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and other operations considered to be intensive in nature are not allowed. Intensive maintenance and routine or scheduled workovers on wells is not permitted. Administrative activities are allowed at the discretion of the Authorized Officer. Refer to **Tables B-3** and **B-7**. Acreages are provided in these tables for mapped stipulations.

### B.1.4   Lease Notice (LN)

A LN provides more-detailed information concerning limitations that already exist in law, lease terms, regulations, or operational orders. A LN also addresses special items that lessees should consider when planning operations but does not impose additional restrictions. Lease Notices apply only to leasable minerals (e.g., oil, gas, and geothermal) and not to other types of leases, such as livestock grazing. Refer to **Tables B-4** and **B-8**.

BLM_0024250

### B.1.5   Condition of Approval (COA)

Conditions of Approval are enforceable conditions or provisions (requirements) under which an Application for Permit to Drill is approved.

### B.1.6   Mitigation and Monitoring

Stipulations are designed to provide resource-specific protections. Permit holders shall be responsible for the monitoring and reporting deemed necessary to document and maintain mandated protective measures. Also, the BLM retains the right to modify the operations of all surface and other disturbance activities caused by the presence of humans and to require additional specific or specialized mitigation following the submission of a detailed plan of development or other project proposal, a monitoring report, and an environmental analysis of such.

## B.2   EXCEPTIONS, MODIFICATIONS, AND WAIVERS

Stipulations could be excepted, modified, or waived by the Authorized Officer. An exception exempts the holder of the land use authorization document from the stipulation on a one-time basis. A modification changes the language or provisions of a surface stipulation, either temporarily or permanently. A waiver permanently exempts the surface stipulation. Any changes to stipulations will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of stipulations, see BLM Manuals 1624 and 3101.)

### B.2.1   Exception, Modification, or Waiver Process

An exception, modification, or waiver may be granted at the discretion of the Authorized Officer if any of the standard exception, modification, or waiver criteria (**Section B.2.2**, **B.2.3**, **B.2.4**) are met; or if any of the exception, modification, or waiver criteria specific to the stipulation (**Tables B-5, B-6, B-7**) are met. In order to implement an action that will not normally be allowed because of a stipulation, the proponent must submit a request in writing for an exception, modification, or waiver. The request shall detail which exception, modification, or waiver criteria are met. When requested concurrently with an application, the exception, modification, or waiver is considered as part of the project proposal in RMP and NEPA compliance review. For separate requests, the request is considered as a unique action and is analyzed and documented individually for RMP and NEPA compliance. The Authorized Officer will make the final determination whether to grant an exception, modification, or waiver to stipulations. When use of heavy equipment is necessary for emergency response activities such as wildland fire suppression, management of unplanned fire, and emergency stabilization, the standard exception will be approved verbally by the BLM authorized officer as delegated (e.g., Incident Commander in coordination with Resource Advisor).

BLM_0024251

### B.2.2 Standard Exception

The standard exception applies to all NSO/No Surface-disturbing Activities, CSUs, and TLs, even though the standard exception is not included in the "exception" portion of **Tables B-5** through **B-7**. In situations where a surface-disturbing activity is excepted, the activity could be subject to additional conditions of approval, reclamation measures, or BMPs. Measures required will be based on the nature and extent of resource values potentially affected by the surface-disturbing activity.

#### Fluid Minerals

An exception is a one-time exemption for a particular site within the leasehold. Exceptions are determined on a case-by-case basis. The stipulation continues to apply to all other sites within the leasehold. The Authorized Officer may grant an exception to a stipulation if it is determined that the factors leading to its inclusion in the lease have changed sufficiently such that:

1. the protection provided by the stipulation is no longer justified or necessary to meet resource objectives established in the RMP; or

2. proposed operations will not cause unacceptable impacts.

The Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may be required to consult with other government agencies and/or the public in order to make this determination.

#### All Programs Except Fluid Minerals

An exception may be granted by the Authorized Officer if it can be demonstrated that the surface-disturbing activity:

1. will not cause adverse impacts or will have negligible impacts to the resource or resource use that the stipulation was designated to protect; or

2. will improve the protected resource or resource use as defined by RMP objectives, standards, or conditions in the stipulation (e.g., fuels treatment that improves forbs in key wildlife habitat, or trail construction for resource protection in an ACEC or elsewhere);

3. is necessary to meet health and safety objectives such as fire suppression or fire emergency stabilization and rehabilitation; or

4. is necessary to protect federal mineral estate.

### B.2.3 Standard Modification

A modification is a change to the provisions of a lease stipulation, either temporarily or for the term of the lease. Depending on the specific modification, the stipulation may or may not apply to all sites within the leasehold to which the restrictive criteria are applied.

BLM_0024252

In accordance with the provisions of 43 CFR 3101.1-4, the Authorized Officer may modify a stipulation or the area subject to the stipulation if it is determined that the factors leading to its inclusion in the lease have changed sufficiently. The Authorized Officer may modify a stipulation as a result of new information if:

1. the protection provided by the stipulation is no longer justified or necessary to meet resource objectives established in the RMP;

2. the protection provided by the stipulation is no longer sufficient to meet resource objectives established in the RMP; or

3. proposed operations will not cause unacceptable impacts.

The Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may be required to consult with other government agencies and/or the public in order to make this determination, and the modification may be subject to public review for at least a 30-day period.

### B.2.4 Standard Waiver

A waiver is a permanent exemption from a lease stipulation. When a waiver is granted, the stipulation no longer applies anywhere within the leasehold.

In accordance with the provisions of 43 CFR 3101.1-4, the Authorized Officer may waive a stipulation if it is determined that the factors leading to its inclusion in the lease no longer exist. The Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may be required to consult with other government agencies and/or the public in order to make this determination. The waiver may be subject to public review for at least a 30-day period.

No permanent exemptions or waivers are authorized unless the areas mapped as possessing the attributes are field verified by BLM staff to lack those attributes.

### B.3 STANDARD TERMS AND CONDITIONS FOR FLUID MINERAL LEASING

Oil and gas development is subject to standard terms and conditions of the lease. Onshore Oil and Gas Order No. 1 (Onshore Oil and Gas Operations; Federal and Indian Oil and Gas Leases; Approval of Operations) regulations (43 CFR 3160) give the BLM the ability to relocate proposed operations up to 200 meters (656 feet) and prohibit surface-disturbing operations for a period not to exceed 60 days.

BLM_0024253

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-1**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities¹**

| Stipulation Number | Protected Resource | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|:---:|:---:|
| **Water Resources** | | | |
| **HYDROLOGY RIVER NSO CO** | Hydrology River | | ✓ |
| **NSO-2** *(ROWA)* | Streams/Springs Possessing Lotic Riparian Characteristics | | ✓ |
| **NSO-4** *(ROWA)* | Lentic Riparian Areas (including springs, seeps, and fens) | | ✓ |
| **NSO-5** | Palisade and Grand Junction Municipal Watersheds | | ✓ |
| **Soils and Geology** | | | |
| **GEOLOGY SLOPE NSO CO** | Geology Slope | | ✓ |
| **GEOLOGY SOIL NSO CO** | Geology Soil | | ✓ |
| **Vegetation** | | | |
| **NSO-2** *(ROWA)* | Streams/Springs Possessing Lotic Riparian Characteristics | | ✓ |
| **NSO-4** *(ROWA)* | Lentic Riparian Areas (including springs, seeps, and fens) | | ✓ |
| **Special Status Species** | | | |
| **HYDROLOGY RIVER NSO CO** | Hydrology River | | ✓ |
| **NSO-2** *(ROWA)* | Streams/Springs Possessing Lotic Riparian Characteristics | | ✓ |
| **NSO-12** *(Partial ROWA)* | ACECs | | ✓ |
| **NSO-13** *(ROWA)* | Current and Historically Occupied Habitat and Critical Habitat of Threatened, Endangered, Proposed, and Candidate Plant and Animal Species | | ✓ |
| **NSO-23** *(ROWA)* | Golden Eagle Nest Sites | | ✓ |
| **NSO-24** *(ROWA)* | Bald Eagle Nest Sites | | ✓ |
| **NSO-25** *(ROWA)* | Sage-grouse Leks, Nesting, and Early Brood-rearing Habitat (6.4 kilometers [4 miles]) | | ✓ |
| **NSO-26** *(ROWA)* | Canyon Treefrog, Midget Faded Rattlesnake, Northern Leopard Frog, Great Basin Spadefoot, Long-nosed Leopard Lizard, Boreal Toad (no buffer) | | ✓ |
| **WILDLIFE BAT** | Wildlife Bat | | ✓ |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0024254

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-I**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number | Protected Resource | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|
| **NSO CO** | | | |
| **NSO-30** *(ROWA)* | Occupied Prairie Dog Towns (no buffer) | | ✓ |
| | Fish and Wildlife | | |
| **NSO-32** *(ROWA)* | Research Sites | | ✓ |
| **NSO-12** *(Partial ROWA)* | ACECs | | ✓ |
| **RECREATION PARKS NSO CO** | Recreation Parks | | ✓ |
| **NSO-34** *(ROWA)* | Elk Production Area | | ✓ |
| **WILDLIFE HABITAT NSO CO** | Wildlife Habitat | | ✓ |
| | Wild Horses | | |
| **NSO-36** *(ROWA)* | Little Book Cliffs Wild Horse Range | | ✓ |
| | Cultural Resources | | |
| **NSO-37** *(ROWA* | Allocation to Conservation Use Category | | ✓ |
| **NSO-38** *(ROWA* | Allocation to Traditional Use Category | | ✓ |
| **NSO-39** *(ROWA* | Cultural Resources (Indian Creek) | | ✓ |
| | Visual Resources | | |
| **VISUAL CLASS I NSO CO** | Visual Class I | | ✓ |
| | Lands Managed for Wilderness Characteristics | | |
| **LANDS WITH WILDERNESS CHARACTER-ISTICS NSO CO** | Lands with Wilderness Characteristics | | ✓ |
| | Recreation and Visitor Services | | |
| **RECREATION SRMA NSO CO** | Recreation SRMA | | ✓ |
| **RECREATION PARKS NSO CO** | Recreation Parks | | ✓ |
| | Fluid Minerals (Oil and Gas and Geothermal Resources) | | |
| **RECREATION PARKS NSO CO** | Recreation Parks | | ✓ |
| | ACECs | | |
| **NSO-12** *(Partial ROWA)* | ACECs | | ✓ |
| | Wilderness Study Areas | | |
| **NSO-43** | Wilderness Study Areas | | ✓ |
| | National Trails | | |

BLM_0024255

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities



| Table B-I Summary of No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1] | | | |
|---|---|---|---|
| Stipulation Number | Protected Resource | Fluid Minerals Only | All Surface-disturbing Activities |
| NSO-45 (ROWA) | Old Spanish National Historic Trail (50 meters [164 feet]) | | ✓ |

[1] Details of these stipulations are provided in Table B-5, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities.

| Stipulation Number | Protected Resource | Fluid Mineral Only | All Surface-disturbing Activities[1] |
|---|---|:---:|:---:|
| **Table B-2** | | | |
| **Summary of Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1]** | | | |
| *Water Resources* | | | |
| CSU-39 | Roan and Carr Creeks ACEC | | ✓ |
| **CSU-3** *(ROWA)* | Definable Streams | | ✓ |
| **CSU-4** *(ROWA)* | Collbran and Mesa/Powderhorn Source Water Protection Areas, and Jerry Creek Watershed | | ✓ |
| *Soils and Geology* | | | |
| **GEOLOGY SOIL CSU CO** | Geology Soil | | ✓ |
| *Vegetation* | | | |
| **PLANT COMMUNITY CSU CO** | Plant Community | | ✓ |
| *Special Status Species* | | | |
| **CSU-9** *(ROWA)* | BLM Sensitive Plant Species Occupied Habitat | | ✓ |
| **CSU-10** *(ROWA)* | Wildlife Habitat | | ✓ |
| **CSU-13** *(ROWA)* | Osprey Nest Sites | | ✓ |
| **CSU-14** *(ROWA)* | Ferruginous Hawk Nest Sites | | ✓ |
| **CSU-15** *(ROWA)* | Red-tailed Hawk Nest Sites | | ✓ |
| **CSU-16** *(ROWA)* | Swainson's Hawk Nest Sites | | ✓ |
| **CSU-17** *(ROWA)* | Peregrine Falcon Nest Sites | | ✓ |
| **CSU-18** *(ROWA)* | Prairie Falcon Nest Sites | | ✓ |
| **CSU-19** *(ROWA)* | Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls) | | ✓ |
| **CSU-22** *(ROWA)* | Kit Fox Dens | | ✓ |
| **CSU-23** *(ROWA)* | Occupied Prairie Dog Towns | | ✓ |
| *Fish and Wildlife* | | | |
| **CSU-10** *(ROWA)* | Wildlife Habitat | | ✓ |
| **WILDLIFE HABITAT CSU CO** | Wildlife Habitat | | ✓ |
| **CSU-24** *(ROWA)* | Deer and Elk Migration and Movement Corridors | | ✓ |
| *Cultural Resources* | | | |
| **CSU-27** *(ROWA* | Allocation to Scientific Use Category | | ✓ |
| **CSU-28** *(ROWA* | Allocation to Public Use Category | | ✓ |
| **CSU-29** *(ROWA)* | Sub-surface Inventory | | ✓ |
| *Visual Resources* | | | |
| **CSU-30** *(ROWA)* | VRM Class II | | ✓ |
| *Recreation and Visitor Services* | | | |
| **CSU-31** *(ROWA)* | Recreation | | ✓ |

BLM_0024257

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities



| Stipulation Number | Protected Resource | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|
| CSU-32 | Recreation Management Areas | | ✓ |
| | **Lands and Realty** | | |
| **DISPOSAL CSU CO** | Disposal | | ✓ |
| | **Coal** | | |
| **COAL MINE CSU CO** | Coal Mine | ✓ | |
| | **ACEC** | | |
| **CSU-39** | Roan and Carr Creeks ACEC | | ✓ |
| | **National and BLM Byways** | | |
| **CSU-37** | Scenic Byways (805 meters [0.5-mile]) | | ✓ |

¹Details of these stipulations are provided in Table B-6, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities.

BLM_0024258

**Table B-3**
**Summary of Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number | Protected Resource | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|
| **Special Status Species** | | | |
| TL-1 (ROWA) | Salmonid and Native, Non-salmonid Fishes (brown, brook, rainbow, and cutthroat trout; bluehead and flannelmouth sucker; roundtail chub; mountain whitefish; Paiute and mottled sculpin; and speckled dace) | | ✓ |
| TL-3 (ROWA) | Migratory Bird Habitat | | ✓ |
| **WILDLIFE RAPTOR NESTS TL CO** | Raptor Nests | | ✓ |
| **WILDLIFE SENSITIVE RAPTOR NESTS TL CO** | Sensitive Raptor Nests | | ✓ |
| TL-13 (ROWA) | Golden Eagle Nest Sites | | ✓ |
| TL-14 (ROWA) | Bald Eagle Nest Sites | | ✓ |
| TL-15 (ROWA) | Bald Eagle Winter Roost | | ✓ |
| TL-16 (ROWA) | Occupied Sage-grouse Winter Habitat | | ✓ |
| TL-17 (ROWA) | Sage-grouse Leks (6.4 kilometers [4 miles]) | | ✓ |
| TL-19 (ROWA) | Occupied Prairie Dog Towns | | ✓ |
| **Fish and Wildlife** | | | |
| TL-1 (ROWA) | Salmonid and Native, Non-salmonid Fishes (brown, brook, rainbow, and cutthroat trout; bluehead and flannelmouth sucker; roundtail chub; mountain whitefish; Paiute and mottled sculpin; and speckled dace) | | ✓ |
| TL-20 (ROWA) | Big Game Winter Range | | ✓ |
| **BIG GAME PRODUCTION TL CO** | Big Game Production | | ✓ |
| TL-22 (ROWA) | Pronghorn Wintering Habitat | | ✓ |
| **Wild Horses** | | | |

[1]Details of these stipulations are provided in Table B-7, Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities.

BLM_0024259

**Table B-4**
**Summary of Lease Notices (LN)**
**Applicable to Fluid Mineral Leasing[1]**

| Stipulation Number | Protected Resource |
|---|---|
| | Air Resources |
| CO-56 | Air Resources |
| | Water Resources |
| LN-1 | Source Water Protection Areas |
| | Special Status Species |
| LN-3 | Biological Inventories |
| LN-4 | Threatened and Endangered Species / Colorado Hookless Cactus |
| | Fish and Wildlife |
| LN-3 | Biological Inventories |
| LN-5 | Working in Wildlife Habitat |
| | Paleontological Resources |
| LN-6 | Class 4 and 5 Paleontological Areas |
| | Lands and Realty |
| LN-7 | Powderhorn Ski Area |

[1] Details of these stipulations are provided in Table B-8, Lease Notices (LN) and Additional Required Conditions of Approval Applicable to Fluid Mineral Leasing.

BLM_0024260

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities



| Stipulation Number<br>Protected Resource<br>Acres/Miles Affected | Stipulation Description |
|---|---|
| **Water Resources** | |
| **HYDROLOGY RIVER NSO CO**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major river:<br><br>Colorado, Gunnison, and Dolores Rivers<br><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To protect rivers and adjacent aquatic habitat that provide: a) *special status* or *critical* fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: f) 100-year floodplain, and g) high scenic and recreation values of major rivers. Minimizing potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. |
| **NSO-2** *(ROWA)*<br><br>**Streams/ Springs Possessing Lotic Riparian Characteristics.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and use and surface-disturbing activities within the riparian zone.<br><br>**PURPOSE:** To protect water quality and aquatic values and prevent channel degradation, as riparian corridors/flood-prone areas are lands adjacent to waterbodies where activities on land are likely to affect water quality.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows:<br>• Necessary site restoration and management as dictated by initial analysis or later |

BLM_0024261

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities



| Table B-5 No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | |
|---|---|---|
| Stipulation Number Protected Resource Acres/Miles Affected | Stipulation Description | |

|  | evaluation/monitoring. | |
|---|---|---|

- Essential stream crossings associated with linear transportation, and utility crossings.
- For actions requiring individual permits through the USACE, require a Licensed Professional Engineer to approve and stamp project design, implementation, and reclamation plans.

**MODIFICATION:** Standard modifications apply (Section B.2).

**WAIVER:** Standard waivers apply (Section B.2).

**JUSTIFICATION:** This stipulation is necessary to maintain the natural hydrologic function and condition of mountain and rangeland stream systems. Properly functioning stream channels, stream banks, and floodplains (including the riparian zone) transport and store sediment at a rate which is in balance with each system's typical flow regime. Any alteration of this system can create an imbalance between sediment supply and flow, resulting in accelerated erosion, decreased water quality, and degraded habitat conditions and for special status aquatic wildlife. This stipulation is also essential to protect fish bearing streams in the GJFO.

---

**NSO-4** *(ROWA)*

**Lentic Riparian Areas (including springs, seeps, and fens).**

*All Surface-disturbing Activities*

**STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 100 meters (328 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens and/or wetlands; and water impoundments. For streams, the buffer will be measured from ordinary high-water mark (bank-full stage), whereas for wetland features, the buffer will be measured from the edge of the mapped extent.

**PURPOSE:** To maintain the proper functioning condition, including the vegetation, hydrologic, and geomorphic functionality of wetland features. To protect water quality, riparian zones, fens, fish habitat, and aquatic habitat, and to provide a clean, reliable source of water for downstream users. Buffers are expected to indirectly benefit migratory birds, wildlife habitat, amphibians, and other species.

**EXCEPTION:** Standard exceptions apply (Section B.2).

**MODIFICATION:** Standard modifications apply (Section B.2).

**WAIVER:** Standard waivers apply (Section B.2).

**JUSTIFICATION:** This stipulation is necessary because surface disturbance within the minimum 100-meter (328-foot) buffer may impair proper function and condition of springs, seeps, and fens. Source areas (for springs, seeps, and fens) are delicate and susceptible to any alteration of natural flow patterns, soil infiltration rates, or drainages within the contributing watershed. Changes to these variables may dewater lentic riparian areas, greatly impairing the system's ability to properly function.

BLM_0024262

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number / Protected Resource / Acres/Miles Affected | Stipulation Description |
|---|---|
| **NSO-5**<br>**No Surface Occupancy (Palisade and Grand Junction Municipal Watersheds).**<br>*BLM surface/federal minerals:* 900 acres<br>*Private or State surface/federal minerals:* 8,300 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and other surface-disturbing activities in the Palisade and Grand Junction municipal watersheds.<br><br>**PURPOSE:** To protect municipal watersheds providing drinking water to local communities.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions will require professionally engineered design and construction for a 100-year flood event along strait and stable stream reaches.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of municipal sources. |

BLM_0024263



Table B-5
No Surface Occupancy (NSO) Stipulations Applicable to
Fluid Mineral Leasing and Other Surface-disturbing Activities

| Stipulation Number / Protected Resource / Acres/Miles Affected | Stipulation Description |
| --- | --- |
| **Soils and Geology** | |
| **GEOLOGY SOIL NSO CO**<br><br>*BLM surface/ federal minerals:* 54,500 acres<br><br>*Private or state surface/federal minerals:* 3,100 acres<br><br>***All Surface-disturbing Activities*** | **STIPULATION:** No surface occupancy or use is allowed on lands with soils, as mapped in the Resource Management Plan, BLM's GIS database or other maps provided by local, state, federal or tribal agencies that are analyzed and accepted by the BLM, with the following special characteristics:<br><br>Baxter/Douglas Pass Slump Area and the Plateau Creek Slump Area.<br><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To minimize the risk of mass wasting and sedimentation; reduce reclamation costs; protect soil productivity, rare, or sensitive biota; minimize risk to water bodies, fisheries, and aquatic species habitats; and protect human health and safety (e.g., from landslides and mass wasting).<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION: JUSTIFICATION:** This stipulation is necessary because accelerated erosion from fragile soils in the GJFO is a major contributor of nonpoint source pollution in rivers and streams. The 25-meter (82-foot) buffer is necessary to adequately protect fragile soils from stormwater runoff and other impacts associated with surface-disturbing actions. |
| **GEOLOGY SLOPE NSO CO**<br><br>*BLM surface/ federal minerals:* 347,700 acres<br><br>*Private or State surface/federal minerals:* 28,800 acres<br><br>***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use on lands with steep slopes greater than 40 percent.<br><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To minimize the risk of mass wasting and sedimentation; reduce reclamation costs; protect soil productivity, rare, or sensitive biota; minimize risk to water bodies, fisheries, and aquatic species habitats; and protect human health and safety (e.g., from landslides and mass wasting).<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary because accelerated erosion from soils on steep slopes in the GJFO can be a major contributor of nonpoint source pollution in rivers and |

BLM_0024264

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities



| Stipulation Number Protected Resource Acres/Miles Affected | Stipulation Description |
|---|---|
| | streams. |

| Vegetation | |
|---|---|
| **NSO-2** *(ROWA)* <br><br> **Streams/ Springs Possessing Lotic Riparian Characteristics.** <br><br> *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and use and surface-disturbing activities within the riparian zone. <br><br> **PURPOSE:** To protect water quality and aquatic values and prevent channel degradation, as riparian corridors/flood-prone areas are lands adjacent to waterbodies where activities on land are likely to affect water quality. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: <br> • Necessary site restoration and management as dictated by initial analysis or later evaluation/monitoring. <br> • Essential stream crossings associated with linear transportation, and utility crossings. <br><br> **MODIFICATION:** Standard modifications apply (Section B.2). <br><br> **WAIVER:** Standard waivers apply (Section B.2). <br><br> **JUSTIFICATION:** This stipulation is necessary to maintain the natural hydrologic function and condition of mountain and rangeland stream systems. Properly functioning stream channels, stream banks, and floodplains (including the riparian zone) transport and store sediment at a rate which is in balance with each system's typical flow regime. Any alteration of this system can create an imbalance between sediment supply and flow, resulting in accelerated erosion, decreased water quality, and degraded habitat conditions and for special status aquatic wildlife. This stipulation is also essential to protect fish bearing streams in the GJFO. |
| **NSO-4** *(ROWA)* <br><br> **Lentic Riparian Areas (including springs, seeps, and fens).** <br><br> *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the riparian zone. <br><br> **PURPOSE:** To protect water quality and aquatic values and prevent channel degradation. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.2). <br><br> **MODIFICATION:** Standard modifications apply (Section B.2). <br><br> **WAIVER:** Standard waivers apply (Section B.2). <br><br> **JUSTIFICATION:** This stipulation is necessary because surface disturbance within the minimum 100-meter (328-foot) buffer may impair proper function and condition of springs, |

BLM_0024265

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities



| Stipulation Number Protected Resource Acres/Miles Affected | Stipulation Description |
|---|---|

seeps, and fens. Source areas (for springs, seeps, and fens) are delicate and susceptible to any alteration of natural flow patterns, soil infiltration rates, or drainages within the contributing watershed. Changes to these variables may dewater lentic riparian areas, greatly impairing the system's ability to properly function.

| Special Status Species | |
|---|---|
| **HYDROLOGY RIVER NSO CO**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major river:<br><br>Colorado, Gunnison, and Dolores Rivers<br><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To protect rivers and adjacent aquatic habitat that provide: a) *special status* or *critical* fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: f) 100-year floodplain, and g) high scenic and recreation values of major rivers. Minimizing potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. |
| **NSO-2** *(ROWA)*<br><br>**Streams/ Springs Possessing Lotic Riparian** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and use and surface-disturbing activities within the riparian zone.<br><br>**PURPOSE:** To protect water quality and aquatic values and prevent channel degradation, as |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0024266