**Allowable Use (REC-SRMA-AU83)**

*VRM Class:* Manage the SRMA under VRM Class II objectives.

**Allowable Use (REC-SRMA-AU84)**

*Minerals:* Close the SRMA to the following:

- Fluid mineral leasing and geophysical exploration
- Mineral material sales
- Non-energy leasable mineral exploration and/or development.

**Allowable Use (REC-SRMA-AU85)**

*ROW:* Designate as a ROW avoidance area with the exception of the ROW corridor that crosses the SRMA. Recognize and grant priority status to utility developments in the ROW corridor. Utilize BMPs to minimize impacts to targeted recreation activities.

**Action (REC-SRMA-A57)**

*Lands and Realty:* Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the SRMA that enhance public access and recreation opportunities consistent with SRMA objectives.

**Allowable Use (REC-SRMA-AU86)**

*Forestry and Vegetation:* Close the SRMA to the following:

Timber harvest, fire wood cutting and special forest product harvest.

**Allowable Use (REC-SRMA-AU87)**

*Camping restrictions:* Close the SRMA to overnight camping and campfires to reduce impacts to this intensively used area that lies in close proximity to private residences.

**Allowable Use (REC-SRMA-AU88)**

*Firearm use restrictions:* Prohibit recreational target shooting using any devices that propel a projectile, including but not limited to, firearms, bow and arrow, sling shots, paint ball guns and air guns. This does not apply to the lawful taking of game.

BLM_0024766

### Allowable Use (REC-SRMA-AU89)

*Special Recreation Permits*
- Prohibit all Class III and IV SRPs.
- Only issue event permits that support and celebrate Grand Valley communities. Event permits should be coordinated with the local community and should result in minimal displacement of regular recreation use.
- Prohibit vending permits.

### Allowable Use and Management Actions (REC-SRMA-AU90)

*Comprehensive Trails and Travel Management*
- Close the SRMA to motorized travel.
- Limit mechanized travel to designated routes throughout the SRMA.
- With partners (e.g., user groups, local municipalities, retail shops, service providers) develop connective trails to adjoining BLM lands, and the Horse Mountain ERMA, that are consistent with SRMA objectives.
- Limit new trail development to the minimum necessary to achieve SRMA objectives.

### Action (REC-SRMA-A58)

*Comprehensive Trails and Travel Management:*
- Work with stakeholders to design and construct any new system trails, access points or facilities identified as necessary for achievement of SRMA objectives.
- Reroute, repair, or close and restore unsustainable and eroding routes.
- Mark trail system route intersections with signs showing trail names, allowable uses, and difficulty ratings. Travel management designations (allowable uses) only need to be displayed at intersections where the allowable uses change from one route to another.

### Allowable Use (REC-SRMA-AU91)

*Special Recreation Permits:*
- Issue Class I and II Commercial, Competitive, and Organized Group SRPs that are consistent with SRMA objectives.
- Require organized group SRPs for groups exceeding 12 participants

BLM_0024767

- All SRPs will be evaluated using Permit Evaluation Factors and Permit Classification System (see Appendix L).

BLM_0024768

# BARREL SPRING EXTENSIVE RECREATION MANAGEMENT AREA

### Objective (REC-ERMA-O2)

Through the life of the plan, provide visitors with opportunities to participate in long-distance ATV/UTV riding/touring activities, and big game hunting in the upper East Salt Creek and Barrel Spring Creek drainages, with access from 16 Road. The ERMA provides a recreation setting with a relatively unchanged, natural-appearing landscape.

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: fluid mineral leasing, livestock grazing, lands and realty.

### Allowable Use (REC-ERMA-AU3)

*VRM Class:* Manage the ERMA under VRM Class III objectives.

### Allowable Use (REC-ERMA-AU4)

*ROW:* Designate as a ROW avoidance area.

### Allowable Use (REC-ERMA-AU5)

*Forestry and Vegetation:* Allow timber harvest, fire wood cutting, and special forest product harvest if the ERMA is determined suitable for harvest.

BLM_0024769

***Allowable Use (REC-ERMA-AU6)***

*Special Recreation Permits*
- Issue Class I-II Commercial and Organized Event SRPs that meet ERMA objectives.

- Do not issue Competitive SRPs in the ERMA.

**Allowable Uses (REC-ERMA-AU7)**

*Comprehensive Trails and Travel Management*
- Maintain public access for ATVs and UTVs from 16 Road to the upper East Salt Creek and Barrel Spring Creek drainages.

- Limit motorized and mechanized travel to designated routes.

**Action (REC-ERMA-A2)**
To achieve recreation outcomes under Comprehensive Trails and Travel Management:

- Establish specific Trail Management Objectives for primary recreation routes.

- Work with partners to repair/reroute/close and maintain travel routes to reduce resource impacts and achieve ERMA objectives.

- Mark trail system route intersections with signs showing trail names/numbers, and allowable uses. Travel management designations (allowable uses) only need to be displayed at intersections where the allowable uses change from one route to another.

**Objective (REC-ERMA-O3)**
Through the life of the plan, manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: deer and elk winter range, fragile and slumping soils, riparian habitat, paleontological resources, rare plants - Piceance Bladderpod (*Lesquerella parviflora*), and the following Significant plant communities: Montane Riparian Woodland (*Populus balsamifera* Woodland), Emergent Wetlands (*Eleocharis rostellata* Herbaceous Vegetation), Foothills Riparian Shrubland (*Betula occidentalis / Maianthemum stellatum* Shrubland).

**Allowable Use (REC-ERMA-AU8)**
Close to motorized and mechanized vehicles the portion of the ERMA within designated big game winter range from December 1 to April 30 (TL - 20).

# GATEWAY EXTENSIVE RECREATION MANAGEMENT AREA

### Objective (REC-ERMA-O5)

Through the life of the plan, provide visitors with opportunities to participate in motorized exploration, scenic touring and heritage tourism along the Mesas and side canyons surrounding the Dolores River and the town of Gateway. Visitors to the ERMA have the opportunity to explore and connect to other public lands managed by Grand Junction Field Office, Uncompahgre Field Office and Moab Field Office, as well as the Uncompahgre National Forest and Manti-La Sal National Forest. The ERMA provides a recreation setting with a relatively unchanged, natural-appearing landscape.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: scenic values; wilderness characteristics; geological features; plant species of concern - Gypsum Valley cateye (*Cryptantha gypsophila*), San Rafael milkvetch (*Astragalus rafaelensis*), Naturita milkvetch (*Astragalus naturitensis*), Grand Junction milkvetch (*Astragalus linifolius*); two Significant Plant Communities - Fremont's Cottonwood Riparian Forests (*Populus deltoides ssp. wislizeni /Rhus trilobata* Woodland), and Emergent Wetlands (*Eleocharis rostellata* Herbaceous Vegetation); deer and elk winter range; cliff-nesting raptors; cultural resources; and paleontological resources. The resources listed above are also identified for special management and protection in one or more of the following areas that the ERMA overlaps, or is immediately adjacent to: Palisade WSA, Sewemup WSA , Maverick LWC unit, Unaweep Canyon LWC unit, Dolores River Riparian ACEC, Juanita Arch ACEC, The Palisade ACEC, Sinbad Valley ACEC, Unaweep Seep ACEC, Blue Mesa wildlife emphasis area, Bull Hill wildlife emphasis area, Calamity Camp National Historic Register site, and Dolores River Riparian SRMA.

BLM_0024771

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: uranium exploration and mining, mineral material sales, livestock grazing.

**Allowable Use (REC-ERMA-AU10)**

*VRM Class:* Manage the ERMA under VRM Class II and III objectives (as described in the VRM section).

**Allowable Use (REC-ERMA-AU11)**

*ROW:* Designate as a ROW avoidance area.

**Action (REC-ERMA-A4)**

*Lands and Realty:* Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the ERMA that enhance public access and recreation opportunities consistent with ERMA objectives.

**Allowable Use (REC-ERMA-AU12)**

*Forestry and Vegetation:* Allow timber harvest, fire wood cutting and special forest product harvest if the ERMA is determined suitable for harvest.

**Allowable Use (REC-ERMA-AU13)**

*Special Recreation Permits:* Issue only Class I, II, and III SRPs in the ERMA.

**Allowable Uses and Management Actions (ERMA-AU14)**

*Comprehensive Trails and Travel Management:* Limit motorized and mechanized travel to designated routes.

**Action (REC-ERMA-A5)**

*Comprehensive Trails and Travel Management*
- Establish specific Trail Management Objectives for primary recreation routes.
- Work with stakeholders to identify opportunities to connect/reroute routes to create loop opportunities that help achieve ERMA objectives.
- Work with partners to repair/reroute/close and maintain travel routes to reduce resource impacts and achieve ERMA objectives.

BLM_0024772

- Mark trail system route intersections with signs showing trail names/numbers, and allowable uses. Travel management designations (allowable uses) only need to be displayed at intersections where the allowable uses change from one route to another.

### Allowable Use (REC-ERMA-AU15)

*Special Recreation Permits:* Issue Class I-III Commercial, Competitive, and Organized Group SRPs that are consistent with ERMA objectives.

BLM_0024773

This page intentionally left blank.

BLM_0024774

# GRAND VALLEY SHOOTING RANGES EXTENSIVE RECREATION MANAGEMENT AREA

### Objective (REC-ERMA-O6)

Through the life of the plan, provide visitors with opportunities to participate in recreational target shooting at a developed shooting range in close proximity to Grand Junction. The ERMA provides a recreation setting with a significantly altered natural landscape.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), water quality (lead contamination, non-point source erosion/sedimentation into the Colorado River).

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: livestock grazing, fluid mineral leasing.

### Action (REC-ERMA-A6)

Physically delineate the boundaries of the ERMA using signage, fencing and other appropriate markers/barriers.

### Action (REC-ERMA-A7)

Develop run-on/run-off control plan to mitigate lead contamination to surface and ground water.

### Action (REC-ERMA-A8)

Develop a regular lead recovery program to mitigate soil and water contamination.

BLM_0024775

**Allowable Use (REC-ERMA-AU16)**

*VRM Class:* Manage the ERMA under VRM Class IV objectives.

**Allowable Use (REC-ERMA-AU17)**
*ROW:* Designate as a ROW avoidance area.

**Action (REC-ERMA-A9)**

*Lands and Realty:* Identify area for disposal to stakeholder(s) who would manage the area with similar objectives.

**Allowable Use (REC-ERMA-AU18)**

*Camping restrictions:* Close the ERMA to overnight use and campfires from sunset to sunrise to reduce occurrences of vandalism to recreation facilities. Exceptions to this restriction may be granted in order to accommodate training exercises or other special events.

**Management Actions and Allowable Uses (REC-ERMA-AU19)**

*Special Recreation Permits*
- Do not issue Class IV SRPS in the ERMA.
- Allow vending SRPs only in conjunction with event SRPs.

**Allowable Uses and Management Actions (REC-ERMA-AU20)**

*Comprehensive Trails and Travel Management:* Allow travel within the ERMA only for the placement and retrieval of targets. Motorized and mechanized vehicles must remain on designated routes.

**Action (REC-ERMA-A11)**

*Comprehensive Trails and Travel Management:* Work with stakeholders to maintain adequate access to shooting range facilities, consistent with ERMA objectives.

**Allowable Use (REC-ERMA-AU21)**

*Special Recreation Permits:* Issue Class I-III Commercial, Competitive and Organized Group SRPs that are compatible with ERMA objectives.

# GUNNISON RIVER BLUFFS EXTENSIVE RECREATION MANAGEMENT AREA

### Objective (REC-ERMA-O7)

Through the life of the plan, support local community partnerships to protect and promote trail-based hiking, dog walking, trail running, mountain bicycling, horseback riding and other non-motorized recreation activities between Orchard Mesa and Whitewater along the Gunnison River bluffs. The ERMA provides an urban interface recreation setting with a moderately altered natural landscape.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), cliff-nesting raptors, paleontological resources, and cultural resources.

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: livestock grazing, lands and realty.

### Action (REC-ERMA-A12)

*Lands and Realty:* With partners (Mesa County, private landowners, Old Spanish Trail Association and City of Grand Junction), work to improve public access into and through the area. Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the ERMA that enhance public access and recreation opportunities consistent with ERMA objectives.

BLM_0024777

*Allowable Use (REC-ERMA-AU22)*

*Comprehensive Trails and Travel Management:* Close the ERMA to motorized travel. Limit all other travel (including foot and horse) to designated routes in order to accommodate targeted recreation activities in a concentrated urban interface area while protecting sensitive biological and cultural resources.

**Allowable Use (REC-ERMA-AU23)**

*Firearm use restrictions:* Prohibit recreational target shooting using any devices that propel a projectile, including but not limited to, firearms, bow and arrow, sling shots, paint ball guns and air guns. This does not apply to the lawful taking of game.

**Objective (REC-ERMA-O8)**

Through community partnerships, protect the scenic views of the Gunnison River and Pinyon Mesa, support trail connectivity between communities and public land resources, and provide opportunities to learn about the Old Spanish National Historic Trail.

**Action (REC-ERMA-A13)**

*Partnerships*
- Work with partners (Mesa County, private landowners, Old Spanish Trail Association (OSTA) and City of Grand Junction) to connect/reroute routes to make loop and/or through-route trail opportunities as necessary; reroute or close and naturalize unsustainable and eroding routes.
- Work with partners (OSTA, Mesa County, City of Grand Junction) to create and/or support education/interpretation of Old Spanish Trail resources.

**Allowable Use (REC-ERMA-AU24)**

*VRM Class*
- Manage the ERMA under VRM Class III objectives.
- Landscapes in the viewshed to the south and west of the ERMA lie within the Bangs Canyon SRMA and are managed under VRM Class II objectives.

**Allowable Use (REC-ERMA-AU25)**

*Minerals:* Close the ERMA to the following:

- Fluid mineral leasing and geophysical exploration.
- Mineral material sales.

BLM_0024778

- Non-energy leasable mineral exploration and/or development.

**Allowable Use (REC-ERMA-AU26)**

*ROW*: Designate as a ROW avoidance area.

**Allowable Use (REC-ERMA-AU27)**

*Camping restrictions*
- Close the ERMA to overnight camping and campfires to reduce impacts to this intensively used area that lies in close proximity to private residences.

- Allow exceptions for overnight camping and campfires only when those activities support the ERMA objectives (e.g., historical reenactments.)

**Allowable Use (REC-ERMA-AU28)**

*Special Recreation Permits*
- Issue Class I, II and III Commercial, Competitive, and Organized Group SRPs that are consistent with ERMA objectives (i.e., support partnership efforts).

- Prohibit Class IV SRPs.

- Only issue event permits that have been coordinated with the local community and that result in minimal displacement of regular recreation use.

- Only issue vending SRPs in conjunction with Competitive Event SRPs.

- Do not issue vending SRPs for alcohol sales in the ERMA.

BLM_0024779

This page intentionally left blank.

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0024780

# HORSE MOUNTAIN EXTENSIVE RECREATION MANAGEMENT AREA

The Horse Mountain ERMA has three distinct recreation management zones (RMZs). Those zones include: the Horse Mountain Trails RMZ (RMZ 1) featuring opportunities to participate in mountain biking, hiking, trail running, motorcycle riding, ATV riding and 4x4 vehicle driving; the C Road OHV Open Area (RMZ 2) offering an open OHV play area; and the C Road Target Shooting Area (RMZ 3) offering recreational target shooting opportunities. Overall, the ERMA provides a diverse mix of recreation activity opportunities in the urban interface zone along the eastern edge of the Grand Valley. The specific management objectives and actions for each RMZ are described below.

**Horse Mountain ERMA RMZ 1 – Horse Mountain Trails**

*4,700 acres*

### Objective (REC-ERMA-O9)
Through the life of the plan, support local community partnerships to plan, develop and promote a trail system for a variety of motorized and non-motorized trail-based recreation activities. The trail system should provide easy access to the Horse Mountain area, and trail connectivity to/from the Town of Palisade, East Orchard Mesa, the Palisade Rim SRMA and other BLM-managed lands along the Grand Mesa Slopes. Targeted activities include, but are not limited to, hiking, dog walking, trail running, mountain bicycling, horseback riding, ATV riding and motorcycle riding. The RMZ provides a recreation setting with a moderately to significantly altered natural landscape.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), water quality (non-point source erosion/sedimentation into the Colorado River).

BLM_0024781

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. Consider the following resource uses: fluid mineral leasing and livestock grazing. In the portions of this RMZ that overlap the ROW corridor and Wind Energy Emphasis Area, manage recreation to achieve management objectives for those designations.

**Allowable Use (REC-ERMA-AU29):**
*VRM Class:* Manage the eastern portion of the RMZ under VRM Class III objectives, and the western portion under VRM Class IV objectives (See VRM section.)

**Management Actions and Allowable Uses (REC-ERMA-AU30)**

*Lands and Realty*
- Recognize and grant priority status to utility developments in the ROW corridor and the Wind Energy Emphasis area that overlap the RMZ. Utilize BMPs to minimize impacts to targeted recreation activities.

- With managing partners (Town of Palisade, Mesa County, City of Grand Junction, private landowners), work to improve public access into and through the area. Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the RMZ that enhance public access and recreation opportunities consistent with RMZ objectives.

- Work with adjacent landowners, including the City of Grand Junction to minimize recreation conflicts and/or trespass on private property.

**Allowable Use (REC-ERMA-AU31)**

*Camping restrictions:* Close the RMZ to overnight camping and campfires to reduce impacts to this intensively used area that lies in close proximity to private residences.

**Allowable Use (REC-ERMA-AU32)**
Close the portion of the RMZ west of Sink Creek to overnight use (sunset to sunrise) to reduce occurrences of vandalism and resource damage.

**Allowable Use (REC-ERMA-AU33)**

*Firearm use restrictions:* Close to recreational target shooting the portion of the RMZ west of Sink Creek for the safety of adjacent residents, and recreationists using the C Road OHV Open Area, the C Road Target Shooting Area, and the connector trails leading to Horse Mountain.

### Allowable Use (REC-ERMA-AU34)

*Special Recreation Permits*
- Only issue event permits that have been coordinated with the local community and that result in minimal displacement of regular recreation use.
- Only issue vending SRPs in conjunction with Competitive Event SRPs.
- Do not issue vending SRPs for alcohol sales in the RMZ.

### Allowable Use (REC-ERMA-AU35)

*Comprehensive Trails and Travel Management:* Limit motorized and mechanized travel to designated routes.

### Action (REC-ERMA-A15)

*Comprehensive Trails and Travel Management:* If monitoring indicates conflicting interactions between recreation users, promote positive interactions between visitors by implementing strategies that separate incompatible recreation uses in either time or space (e.g., different uses on different trails on different days, designating directional travel on system trails, etc.)

### Allowable Use (REC-ERMA-AU36)

*Special Recreation Permits:* Issue Class I, II and III Commercial, Competitive, and Organized Group SRPs that are consistent with RMZ objectives (i.e., support partnership efforts).

## Horse Mountain ERMA RMZ 2 – C Road OHV Open Area

### 180 acres

### Objective (REC-ERMA-O10)

Through the life of the plan, this RMZ will provide visitors with opportunities to participate in unconfined day-use motorized OHV recreation activities in close proximity to the urban amenities of the Grand Valley. The RMZ will also provide an OHV practice/play area serving as a gateway to the designated route system on adjoining public lands to the east. The RMZ provides a recreation setting with a significantly altered natural landscape due to intensive motorized OHV use, and nearby residential and agricultural development.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), water quality (non-point source erosion/sedimentation into the Colorado River).

BLM_0024783

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: lands and realty (ROW corridor), fluid mineral leasing. In the portions of this RMZ that overlap the ROW corridor, manage recreation to achieve management objectives for the ROW corridor.

### Action (REC-ERMA-A16)

Physically delineate the boundaries of the RMZ using signage, fencing and other appropriate markers/barriers.

### Allowable Use (REC-ERMA-AU37)

*VRM Class:* Manage under VRM Class IV objectives.

### Management Actions and Allowable Uses (REC-ERMA-AU38)

*Lands and Realty*
- Recognize and grant priority status to utility developments in the ROW corridor that overlaps the RMZ. Utilize BMPs to minimize impacts to targeted recreation activities.
- Work with adjacent landowners to minimize recreation conflicts and/or trespass on private property.

### Allowable Use (REC-ERMA-AU39)

*Camping restrictions:* Designate the RMZ as a day-use only area. Close the RMZ to overnight use and campfires from sunset to sunrise to reduce occurrences of vandalism, dumping, resource damage and disturbance of nearby residents.

### Allowable Use (REC-ERMA-AU40)

*Firearm use restrictions:* Close the RMZ to recreational target shooting for the safety of adjacent residents, recreationists using the OHV area and recreationists using the connector trails leading to Horse Mountain.

### Allowable Use (REC-ERMA-AU41)

*Special Recreation Permits:* Do not issue SRPs in this RMZ. Exception: Allow event staging in the RMZ for events outside of the RMZ.

### Management Actions and Allowable Uses (REC-ERMA-AU42)

*Comprehensive Trails and Travel Management*
- Allow unrestricted travel for all types of motorized OHV use within the RMZ.
- Ensure connectivity between the RMZ and the Horse Mountain Trails RMZ (RMZ 1).

BLM_0024784

## Horse Mountain ERMA RMZ 3 – Target Shooting

*240 acres*

### Objective (REC-ERMA-O11)

Through the life of the plan, provide visitors with opportunities to participate in day-use recreational target shooting in close proximity to Grand Junction, Clifton and Palisade, while protecting the property and personal safety of private residences in the area. The RMZ provides a recreation setting with a significantly altered natural landscape due to intensive recreation use in the area.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), water quality (lead contamination, non-point source erosion/sedimentation into the Colorado River).

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: fluid mineral leasing, livestock grazing. In the portions of this RMZ that overlap the ROW corridor, manage recreation to achieve management objectives for the ROW corridor.

### Action (REC-ERMA-A17)

Physically delineate the boundaries of the RMZ using signage, fencing and other appropriate markers/barriers.

### Action (REC-ERMA-A18)

Clearly identify BLM-managed lands adjacent to the RMZ that are closed to target shooting (900 acres) for the protection of the property and personal safety of nearby private residences in the area.

### Allowable Use (REC-ERMA-AU43)

*VRM Class:* Manage the ERMA under VRM Class IV objectives.

### Management Actions and Allowable Uses (REC-ERMA-AU44)

*Lands and Realty*
- Recognize and grant priority status to utility developments in the ROW corridor that overlaps the RMZ. Utilize BMPs to minimize impacts to targeted recreation activities.

- Work with adjacent landowners to minimize recreation conflicts and/or trespass on private property.

- Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within

BLM_0024785

or adjacent to the RMZ that enhance public access and recreation opportunities consistent with RMZ objectives.

### Allowable Use (REC-ERMA-AU45)

*Camping restrictions:* Designate the RMZ as a day-use only area. Close the RMZ to overnight use and campfires from sunset to sunrise to reduce occurrences of vandalism, dumping, resource damage and disturbance of nearby residents.

### Management Actions and Allowable Uses (REC-ERMA-AU46)

*Special Recreation Permits*
- Issue Class I, II and III Commercial, Competitive and Organized Group SRPs that provide financial or in-kind support for ongoing maintenance of the RMZ facilities.

- Do not issue Class IV SRPS in the ERMA.

- Allow vending SRPs only in conjunction with event SRPs.

- Do not issue vending SRPs for alcohol sales in the RMZ.

### Allowable Uses and Management Actions (REC-ERMA-AU47)
*Comprehensive Trails and Travel Management:* Allow travel within the RMZ only for the placement and retrieval of targets. Motorized and mechanized vehicles must remain on designated routes.

### Action (REC-ERMA-A19)

*Comprehensive Trails and Travel Management:* Work with stakeholders to maintain adequate access to facilities, consistent with RMZ objectives.

BLM_0024786

# NORTH DESERT EXTENSIVE RECREATION MANAGEMENT AREA

### Objective (REC-ERMA-O12)

Through the life of the plan, provide visitors with opportunities to participate in motorized OHV recreation (motorcycle, ATV, UTV, full-sized 4x4 vehicles) on a variety routes designated for different motorized uses (e.g., motorcycle, ATV/UTV, full-size vehicles) that link the desert terrain on the north side of the Grand Valley from Grand Junction and Fruita to Rabbit Valley and the Utah Rims trails and provide multiple long-distance motorized loop opportunities. The ERMA provides a recreation setting with a moderately altered natural landscape.

Manage this area to minimize recreation impacts to other resources, with special consideration given to protection/mitigation of the following resources: Colorado Hookless Cactus (*Sclerocactus glaucus*), Grand Junction buckwheat (*Eriogonum contortum*), Grand Junction suncup (*Camissonia eastwoodiae*), Dolores River skeletonplant (*Lygodesmia doloresensis*); Significant plant communities: Saline Bottomland Shrublands (*Sarcobatus vermiculatus / Suaeda moquinii* Shrubland), Western Slope Grasslands (*Achnatherum hymenoides* Shale Barren Herbaceous Vegetation), Cold Desert Shrublands (*Atriplex confertifolia / Achnetherum hymenoides* Shrubland), Gardner's Mat Saltbush Shrublands (*Atriplex gardneri / Leymus salinus* Dwarf-shrubland), Skunkbrush Riparian Shrubland (*Rhus triloblata* Shrubland); water quality (non-point source erosion/sedimentation into the Colorado River), Mancos Shale, saline soils, deer and elk winter range, pronghorn.

Manage recreation in this area to ensure a balance between protecting targeted recreation activities and settings with other resource uses. In this area, consider the following resource uses: coal leasing, mineral material sales, fluid mineral leasing and livestock grazing. In the portions of this ERMA that overlap the

BLM_0024787

ROW corridor and Solar Energy Emphasis Areas (Mitchell Road and 21 Road), manage recreation to achieve management objectives for those designations.

### Allowable Use (REC-ERMA-AU48)

*VRM Class:* Manage the ERMA under VRM Class II, III and IV objectives (See VRM section.) The majority of the ERMA is VRM Class IV.

### Management Actions and Allowable Uses (REC-ERMA-AU49)

*Lands and Realty*
- Designate as a ROW avoidance area with the exception of the ROW corridor that crosses the ERMA.

- Recognize and grant priority status to utility developments in the ROW corridor and Solar Energy Emphasis areas that overlap the ERMA (Mitchell Road and 21 Road). Utilize BMPs to minimize impacts to targeted recreation activities.

- With managing partners (City of Fruita, Mesa County, City of Grand Junction, private landowners), work to improve public access into and through the area. Pursue opportunities with landowners, either through purchase or exchange, for acquisition of private properties or easements within or adjacent to the ERMA that enhance public access and recreation opportunities consistent with ERMA objectives.

- Work with adjacent landowners to minimize recreation conflicts and/or trespass on private property.

### Allowable Use (REC-ERMA-AU50)

*Camping restrictions*
- Allow camping and campfires in the ERMA where it does not interfere with targeted OHV recreation opportunities, and is compatible with the management of other resources and resource uses.

- Close the 18 Road Open OHV area to overnight camping.

- Allow collection of only dead and down wood for campfires.

### Action (REC-ERMA-A20)

*Camping Management:* If monitoring indicates unacceptable impacts from camping and campfires, implement progressive measures to mitigate those impacts. Mitigation measures may include, but are not limited to: requiring the use of firepans and portable toilet systems; prohibiting firewood collection; limiting portions of the ERMA to designated campsites only; closing portions of the ERMA to camping and campfires.)

BLM_0024788

**Allowable Use (REC-ERMA-AU51)**

*Firearm use restrictions:* Close the 18 Road OHV Open area to recreational target shooting for the safety of OHV recreationists in this intensively used portion of the ERMA.

**Allowable Use (REC-ERMA-AU52)**

*Special Recreation Permits*
- Issue Class I – IV Competitive Special Recreation Permits that achieve ERMA objectives.
- Only issue vending SRPs in conjunction with Competitive Event SRPs.
- Do not issue vending SRPs for alcohol sales in the ERMA.

**Allowable Use (REC-ERMA-AU53)**

*Comprehensive Trails and Travel Management:*
- Limit motorized and mechanized travel to designated routes.

**Action (REC-ERMA-A21)**

*Comprehensive Trails and Travel Management*
- Work with stakeholders/partners to plan, develop and maintain a route system that helps achieve ERMA objectives while mitigating impacts to the area's sensitive resources and resource uses (listed in the ERMA objective above). This includes identifying appropriate existing routes, repairing or rerouting unsustainable routes, constructing connecting routes, and closing redundant routes.

**Allowable Use (REC-ERMA-AU54)**

*Comprehensive Trails and Travel Management*
- Designate the 18 Road Open OHV area (330 acres)

**Action (REC-ERMA-A22)**

*Comprehensive Trails and Travel Management*

- Ensure route connectivity between the ERMA and the Rabbit Valley area of McInnis Canyons National Conservation Area and the Utah Rims SRMA in Utah.

BLM_0024789

### Action (REC-ERMA-A23)

*Comprehensive Trails and Travel Management*
- Ensure route connectivity between the ERMA and the Grand Valley OHV SRMA. To provide a transition zone between the high-use urban interface area directly north of Grand Junction, allow higher route density along the ERMA's interface with the Grand Valley OHV SRMA at 27 ¼ Road, with route density generally decreasing as the trail system extends to the northwest toward 25 Road and 21 Road (travel management Zone L.)

### Action (REC-ERMA-A24)

*Comprehensive Trails and Travel Management*
- Identify a multi-use singletrack trail on BLM-managed lands that connects the City of Fruita to the North Fruita Desert SRMA. If monitoring indicates the need to separate uses to ensure visitor safety, construct a bicycle-only trail through the ERMA that directly connects from the City of Fruita to the North Fruita Desert SRMA.

### Action (REC-ERMA-A25)

*Comprehensive Trails and Travel Management*
- Identify a multi-use singletrack trail on BLM-managed lands that connects Highline State Park to the North Fruita Desert SRMA. If monitoring indicates the need to separate uses to ensure visitor safety, construct a bicycle-only trail through the ERMA that directly connects from Highline State Park to the North Fruita Desert SRMA.

### Action (REC-ERMA-A26)

*Comprehensive Trails and Travel Management*
- Work with stakeholders to create new access points and trailheads if necessary to accommodate increased use, and/or achieve ERMA objectives.

- Mark trail system route intersections with signs showing trail names, allowable uses, and difficulty ratings. Travel management designations (allowable uses) only need to be displayed at intersections where the allowable uses change from one route to another.

- Promote positive interactions between recreation users by implementing strategies that separate conflicting uses. For example, begin with visitor education, then, if necessary, progress to more intensive measures like use and timing limitations (e.g., different uses on different trails on different days, designating directional travel on

system trails, etc.), issuance of permits, law enforcement patrols, etc.

### Allowable Use (REC-ERMA-AU55)

*Special Recreation Permits*
- Issue Class I, II and III Commercial and Organized Group SRPs that achieve ERMA objectives.

### Action (REC-ERMA-A27)

*Special Recreation Permits*
- Develop an event staging area in the ERMA that helps achieve ERMA objectives.

BLM_0024791

This page intentionally left blank.

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0024792

# Appendix L
## Special Recreation Permit Program Overview

BLM_0024793

BLM_0024794

# APPENDIX L
# SPECIAL RECREATION PERMIT PROGRAM OVERVIEW

The BLM will evaluate all commercial, competitive, and organized group special recreation permit (SRP) proposals on a case-by-case basis, and their approval or disapproval will be at the discretion of the authorized officer. All SRPs are considered undertakings under the National Environmental Policy Act (NEPA). Permit approval is dependent on conformance with all applicable land use planning documents and environmental review in accordance with NEPA. All existing permits will be analyzed for conformance to the Land Use Plan Revision.

In order to provide good customer service, to reduce unnecessary application submissions, and to ensure consistent consideration of permit proposals, all new SRP proposals will be evaluated using the process described below. The BLM will complete additional implementation guidance for activities in the GJFO, and this will provide applicants with specific information including but not limited to application deadlines, timelines for processing, application package requirements, fees, use reporting, and penalties.

## 1. PERMIT PROCESS

### Pre-Application Consultation

The BLM will use a pre-application consultation to determine whether an SRP is required and allowed, and if so, what type of permit is required. Proposals will be evaluated to determine whether they are consistent with recreation objectives; whether the opportunity is already available under an existing permit; whether there is adequate market competition; and whether the event would create conflict with the public and/or other existing permitted activities; among other factors. Additionally, during the pre-application consultation, permit proposals will be classified using the classification criteria described below. Once a class determination is made and the type of permit (competitive,

BLM_0024795

organized, or commercial) is established, the following guidelines and administration practices will apply:

1. **Commercial Administration**: If a proposed activity conforms to the BLM's land use planning decisions, will not exceed the carrying capacity of the proposed area, and is within the deadlines described in the GJFO permit policy, the applicant will be asked to fulfill all the required SRP application package requirements and pay applicable fees.

2. **Competitive Event Administration**: If a proposed activity conforms to the BLM's land use planning decisions and is submitted at least 180 days prior to the event date, the applicant will be asked to fulfill all the required SRP application package requirements and pay applicable fees.

3. **Vending**: If a proposed activity conforms to the BLM's land use planning decisions, will be held in conjunction with a competitive event sponsored by an organized group, and the proposal is submitted at least 180 days prior to the event date, the applicant will be asked to fill out the required paperwork and pay applicable fees.

4. **Organized Group Permit Administration**: Organized group/event permits are for group outdoor recreational activities or events that are neither commercial nor competitive. The authorized officer determines when a permit is required on the basis of planning decisions, resource concerns, user conflicts, public health and safety, and/or the need for monitoring.

Organized groups above the group size limit of 12* in the WSAs and lands with wilderness characteristics or above 25 in the remaining GJFO at a single location for more than two hours are required to contact the BLM prior to their event to determine whether an SRP is required. After reviewing the activity and location with the organizers, the BLM will determine whether or not a permit is required (see Section 1.3, Matrix for Determining Need for Organized Group SRP). If a permit is not required, the BLM may document this determination in the form of a *Letter of Agreement*.

### General Permit Administration

All permit administration will be done in accordance with National Environmental Policy Act (NEPA), BLM Manual: H-2930-1-Recreation Permit Administration, BLM Colorado State SRP Handbook, and all associated BLM SRP instruction memoranda (IMs) and information bulletins (IBs).

## 2.   APPLICATION EVALUATION

The authorized officer will evaluate the application using the permit application review criteria listed below. The criteria include specific objectives identified in

BLM_0024796

the land use plan for recreation management areas. The issuance or denial of SRPs will be made in accordance with these criteria:

**Permit Application Review Criteria**

Permit proposals described in business and operating plans will be evaluated using the following criteria. These criteria establish an objective framework for the evaluation of SRP applications. The authorized officer will use any or all of the criteria to approve or deny a permit (subject to potential modifications):

1. **Compliance History**: Applicant must be in compliance, and have a history of compliance, with local, State and Federal regulations. Applicant or authorized representatives must not have been convicted of a Federal, State, or local violation in connection with the proposed activities within the last three years.

2. **Safety and Safety History**: Applicant must demonstrate that they have a history of providing an acceptable level of safety for clients and the affected public.

3. **Consistency with Land Use Planning documents**: Proposals will be evaluated for consistency with current planning documents, including but not limited to the most current revision of the GJFO resource management plan and other applicable implementation plans. All activities in the wilderness study areas must be consistent with BLM Manual 6330, Management of Wilderness Study Areas.

4. **Conflicts:** Permits will not be issued in areas where conflicts exist between permittees or between permittees and the public or landowners. Valid conflicts include but are not limited to the following:

   - Overlapping use areas where the same type of use is currently permitted
   - Conflicts with livestock grazing
   - Limited public land ownership and/or related access
   - Camps; location, number, and distance between camps
   - Types of activities permitted
   - Overcrowding and/or use levels during specific time periods, supporting infrastructure at capacity
   - Enforcement/compliance problems
   - Improper conduct by permittee or employees
   - Unacceptable resource impacts

5. **Diversity of Services**: Applicants must demonstrate that their activity will enhance the diversity of recreational opportunities available for visitors and that the services are needed by the public.

BLM_0024797

6. **Low Percentage of BLM Public Lands:** Applications may be refused where public lands comprise a low percentage of the total area and recreational management goals are already being met.

7. **Adjoining Lands and Joint Permits:** Preference will not be given to applicants who own or lease private land adjacent to BLM public lands. Preference will not be given to permittees that have a joint permit issued by another land management agency.

These criteria are a means to analyze applications and offset potential problems. Many complex issues are best addressed through an ongoing dialogue between the permittees and the BLM.

If the proposal meets the application review criteria, the appropriate NEPA document will be completed. Permits may be denied as a result of issues identified during the NEPA process. Any stipulations identified during the NEPA process will be included on approved permits.

## 3. MATRIX FOR DETERMINING NEED FOR AN ORGANIZED GROUP SRP

Organized Group SRPs are for group outdoor recreational activities or events that are neither commercial nor competitive. The authorized officer determines when a permit is required on the basis of planning decisions, resource concerns, user conflicts, public health and safety, and/or the need for monitoring. This matrix is to guide a decision process to determine whether a SRP is needed. When determining if an SRP is needed, first determine if the activity is recreational. If it is not recreational, it may need a lands permit. Second, determine if the proposal is consistent with recreation program goals and objectives. If the proposal is not consistent with recreation program goals and objectives, the proposal should be denied. If the proposal is recreational and it is consistent with recreation program goals and objectives, consider the criteria in the matrix to help determine if a permit is needed. If a permit is not needed, consider using a Letter of Agreement to document that if the outing is conducted as proposed, a permit is not needed.

| Criteria | Decision Guidance | | |
|---|---|---|---|
| | **Permit Not Required** | **Permit Required** | **Deny as proposed** |
| Is the use appropriate to the site? Is there a management concern for cultural or natural resources or facilities on public land? | Yes; site very conducive to the proposed use; provided for in planning. | Site is appropriate for group size and activity; not specifically provided for in plan. | No; site is not appropriate for use as proposed; does not conform with recreation planning goals; violates ROS class or experience prescriptions. |
| Is monitoring needed? | Nothing beyond one simple site visit. | Monitoring beyond a one-time site visit is required. | Long term monitoring of one or more resources is required. |
| Are there any health and safety concerns? | None | The health and safety of event participants | Unmitigated, high risk to human health and safety; |

| Criteria | Decision Guidance | | |
|---|---|---|---|
| | Permit Not Required | Permit Required | Deny as proposed |
| | | or other public land users may be jeopardized. | unreasonable risk, especially to non-participants. |
| Is bonding desirable to cover reclamation or damage to government property or resources? | No | Bonding is desirable or required. | |
| Is insurance desirable to protect the U.S. Government from claims by group participants or third parties? | No, liability exposure is negligible. | Insurance is desirable due to possible claims for personal injury or property damage. | |
| Are special services required, such as law enforcement, fire protection, exclusive use of public lands, reserved sites, etc? | No | Yes | |

## 4.  DETERMINING PERMIT CLASSIFICATION

The purpose of classifying SRPs is to screen proposals to ensure they are consistent with and support planning objectives.

All permit proposals will be evaluated using the classification criteria in Table I.1 and will be assigned to one of the classes in the classification matrix (Table I.2). The classification criteria table includes factors to determine the potential impacts to resources as a result of the proposed activities. Each factor is evaluated as either present or not present or along a continuum ranging from low to moderate or high for each resource.

After permit proposals have been evaluated using the classification criteria table, the results will be applied to the classification matrix to determine whether the proposal is either Class I (low impact), Class II (medium impact), Class III (moderate impact), or Class IV (high impact). Different proposed activities and outings will have different impacts to the various resources. Not all proposed activities will clearly be classified as I, II, III, or IV. In many situations, there will be one or two resources where impacts are higher than impacts to the other resources. In these cases, the BLM may deny the application, require modification to the proposal, or mitigate the resource concern through permit stipulations.

BLM_0024799

**Table. Permit Classification Criteria**

| Resource | | Anticipated Impact | Description of Impact |
|---|---|---|---|
| **Wildlife** | **Visual** | No | Artificial lighting system will not be used or will be less than 1000 candle power. |
| | | Yes | Artificial lighting system will be 1000 candle power or greater. |
| | **Audio** | No | A loudspeaker or other broadcasting device will not be used. |
| | | Yes | A loudspeaker or other broadcasting device will be used. |
| **Water Quality** | | No | Proposed activity will not fall within a water quality impaired stream segment or won't affect stream. |
| | | Yes | Proposed activity will fall within a water quality impaired stream segment, and the activity would affect the stream. |
| **Cultural Sensitivity Zones** | | Low | Proposed activity will be within area classified as low in the Class 1 cultural survey. |
| | | Moderate | Proposed activity will be within area classified as medium in the Class 1 cultural survey. |
| | | High | Proposed activity will be within area classified as high in the Class 1 cultural survey. |
| **Paleontological** | | Low | Surface geology consists of PFYC Class 1-3 formations. |
| | | Moderate | Surface geology consists of PFYC Class 4-5 formations. |
| | | High | Known vertebrate fossil site(s) can be seen. |
| **Soils/Vegetation** | | Low | Site and associated features demonstrate resilience and resistance to anticipated activity or are sufficiently disturbed that they would not be affected. |
| | | Moderate | Site and associated features demonstrate some ability to resist/recover from impacts. |
| | | High | Site and associated features demonstrate limited ability to resist/recover from impacts. |
| **Desert Shrub/Saltbush Vegetation Type** | | Low | Proposed activity will be outside of desert shrub/saltbush community. |
| | | Moderate | Proposed activity will be within desert shrub/saltbush community but outside intact desert shrub/saltbush vegetation. |
| | | High | Proposed activity will be within intact desert shrub/saltbush vegetation. |
| **Riparian Vegetation, Perennial Waters, Seeps and Springs** | | Low | Proposed activity will be more than 100 meters from the edge of riparian vegetation and wetlands. |
| | | Moderate | Proposed activity will include use within 100 meters of riparian vegetation on designated trails that cross riparian vegetation or camping at designated campsites. |
| | | High | Proposed activity will include use within riparian vegetation off designated trails or outside designated campsites. |

BLM_0024800

| Resource | Anticipated Impact | Description of Impact |
|---|---|---|
| **Bighorn Sheep** | Low | Proposed activity will be outside bighorn sheep production and summer concentration areas. |
| | Moderate | Proposed activity will be outside bighorn sheep production areas and within summer concentration areas. |
| | High | Proposed activity will be within bighorn sheep production areas. |
| **Special Status Species (Colorado Hookless Cactus, Special Status Raptors, Kit Fox, Bats, Prairie Dogs, Gunnison Sage-Grouse, DeBeque phacelia and Parachute penstemon)** | Low | Proposed activity will be greater than 200 meters from sensitive species. |
| | Moderate | Proposed activity will be greater than 100 meters from sensitive species. |
| | High | Proposed activity will be less than 100 meters from sensitive species. |
| **Timing for Wildlife** | Low | Proposed activity will not occur between November 1 and April 30 or between May 15 and July 15. |
| | Moderate | Proposed activity will occur between November 1 and April 30 or between May 15 and July 15 and will not affect wildlife. |
| | High | Proposed activity will occur between November 1 and April 30 or between May 15 and July 15 and will affect wildlife. |
| **Within Existing Disturbance (Designated Routes, Staging Areas, Designated Campsites, etc.)** | Low | < 5 acres |
| | Moderate | 5 to 40 acres |
| | High | > 40 acres |
| **Duration of Use** | Low | One day or less |
| | Moderate | Two to six days |
| | High | > Six days |
| **Anticipated Number of Participants** | Low | < 12 |
| | Moderate | 13-25 |
| | High | 25+ |
| **Anticipated Number of Vehicles** | Low | 1-6 |
| | Moderate | 6-10 |
| | High | 10+ |
| **Competitive Event** | Yes | The event or activity will be competitive in nature. |
| | No | The event or activity will be noncompetitive. |
| **Motorized/Mechanized Support** | Yes | Vehicles or other mechanized equipment will be required to support activity. |
| | No | No vehicles or other mechanized equipment will be required. |

BLM_0024801

| Resource | Anticipated Impact | Description of Impact |
|---|---|---|
| **BLM Monitoring and Inspection Requirements** | Low | No significant pre- or post-permit oversight activities will be required |
| | Moderate | Pre- or post-permit activities will require up to eight hours of BLM oversight. |
| | High | Pre- or post-permit activities will require more than eight hours of BLM oversight. |

### Table. Permit Classification Matrix
### Evaluation Factors

| | Permit Class | | | |
|---|---|---|---|---|
| | **I** | **II** | **III*** | **IV*** |
| **Wildlife (Visual)** | No | Yes | Yes | Yes |
| **Wildlife (Audio)** | No | Yes | Yes | Yes |
| **Water Quality** | No | Yes | Yes | Yes |
| **Cultural** | Low | Moderate | Moderate | High |
| **Paleontological** | Low | Moderate | Moderate | High |
| **Soils/Vegetation** | Low | Moderate | Moderate | High |
| **Desert Shrub/Saltbush Vegetation** | Low | Moderate | Moderate | High |
| **Riparian Vegetation** | Low | Moderate | Moderate | High |
| **Bighorn Sheep** | Low | Moderate | Moderate | High |
| **Sensitive Species** | Low | Moderate | Moderate | High |
| **Timing for Wildlife** | Low | Moderate | Moderate | High |
| **Within Existing Disturbance** | Low | Low | Moderate | High |
| **Duration of Use** | Low | Moderate | Moderate | High |
| **Anticipated Number of Participants** | Low | Moderate | Moderate | High |
| **Anticipated Number of Vehicles** | Low | Low | Moderate | High |
| **Competitive Event** | No | No | Yes | Yes |
| **Motorized Support** | No | No | Yes | Yes |
| **Monitoring and Inspection Requirements** | Low | Low | Moderate | High |

*Class III and IV events are more likely to require cost recovery, because these events will probably need more than 50 hours of BLM staff time for permit administration.*

BLM_0024802

# Appendix M
## Travel Management Plan

BLM_0024803

BLM_0024804

# United States Department of the Interior
# Bureau of Land Management

## Grand Junction Field Office
## Travel Management Plan

Grand Junction Field Office
2815 H Road
Grand Junction, Colorado 81506



BLM_0024805

This page intentionally left blank.

BLM_0024806

# Contents

1.  Introduction ...................................................................................................... M-1

    1.1   Background ............................................................................................ M-2

    1.2   Laws, Regulations, Policies and Program Guidance ............................. M-3

2   Travel Management Planning Process ............................................................... M-6

    2.1   Overview ............................................................................................... M-6

    2.2   Inventory .............................................................................................. M-6

    2.3   Public and Cooperator Participation .................................................... M-7

          2.3.1   RMP Scoping ............................................................................ M-7

          2.3.2   Travel Management Comment Period 1 .................................... M-7

          2.3.3   Travel Management Comment Period 2 .................................... M-7

          2.3.4   Coordination with Partners, Cooperating Agencies, and Resource
                  Advisory Council (Sub-group) ................................................... M-8

          2.3.5   Response to Travel Management Comments ............................. M-8

3   RMP Level Decisions ........................................................................................ M-8

    3.1   Area Designations ................................................................................ M-8

          3.1.1   Open .......................................................................................... M-8

          3.1.2   Limited ..................................................................................... M-8

          3.1.3   Seasonal Limitations ................................................................ M-9

          3.1.4   Closed ....................................................................................... M-9

4   Implementation Level Decisions – Route Designation ...................................... M-9

    4.1   Draft Travel Plan Development ............................................................. M-9

    4.2   Final Travel Plan Development ............................................................ M-10

    4.3   Exceptions to Standard Route Designation Process ............................. M-10

          4.3.1   Recreation Management Areas with Existing Travel Plans ....... M-10

          4.3.2   Zone L – North Desert Area ..................................................... M-10

          4.3.3   Other considerations ............................................................... M-11

    4.4   Route Designation Evaluation Criteria ............................................... M-11

          4.4.1   Designation Following Mitigation ........................................... M-11

BLM_0024807

4.5     Route Designations ........................................................................................ M-13

4.6     Right-of-Way (ROW) and Needed Easements ................................................ M-13

        4.6.1   The primary areas identified as priorities for providing public access: M-14

5   Implementation Strategy ........................................................................................... M-16

5.1     Prioritization of Work .................................................................................... M-16

        5.1.1   Prioritized Factors ............................................................................. M-16

5.2     Prioritized Actions ........................................................................................ M-20

5.3     Priorities for Site-specific Survey and Potential Analysis ................................ M-20

        5.3.1   New routes........................................................................................ M-20

        5.3.2   Existing routes .................................................................................. M-21

5.4     Funding Strategy .......................................................................................... M-21

5.5     Standard Operating Procedures ..................................................................... M-21

        5.5.1   General ............................................................................................. M-21

        5.5.2   Maintenance and Modifications to Route Network............................. M-21

5.6     Lands Actions ............................................................................................... M-22

        5.6.1   Lands actions include the following:.................................................... M-22

        5.6.2   Easements, ROWs, and Permissive access license agreements ........... M-22

5.7     Mitigation Measures ..................................................................................... M-23

        5.7.1   Soils and Hydrology........................................................................... M-23

        5.7.2   Cultural............................................................................................. M-24

        5.7.3   Sensitive Status Species .................................................................... M-24

        5.7.4   Riparian ............................................................................................ M-26

        5.7.5   Recreation ........................................................................................ M-27

5.8     Adaptive management ................................................................................... M-27

5.9     Supplementary Rules .................................................................................... M-27

*Attachment A – Sign Plan* ........................................................................................ M-30

*Attachment B – Education Plan* ................................................................................ M-32

*Attachment C – Enforcement Plan* ............................................................................ M-33

*Attachment D – Rehabilitation Plan* .......................................................................... M-34

*Attachment E – Monitoring Plan* ............................................................................... M-42

BLM_0024808

Attachment F – Engineering Plan ................................................................................M-45

Attachment G – Zone L (North Desert) Route Designation Considerations.................M-48

Attachment H – Cultural Resources ...........................................................................M-51

Attachment I - Trail Design Criteria.............................................................................M-53

Attachment J - Trail Development Process...................................................................M-56

BLM_0024809

| ACRONYMS AND ABBREVIATIONS | Full Phrase |
| --- | --- |
| ATV | all-terrain vehicle |
| BLM | Bureau of Land Management |
| CFR | Code of Federal Regulations |
| ERMA | Extensive Recreation Management Area |
| ESA | Endangered Species Act |
| FLPMA | Federal Land Policy and Management Act |
| GJFO | Grand Junction Field Office |
| NEPA | National Environmental Policy Act |
| OHV | off-highway vehicle |
| RMP | Resource Management Plan |
| RMZ | Recreation Management Zone |
| ROD | Record of Decision |
| SHPO | State Historic Preservation Office |
| SRMA | Special Recreation Management Area |
| TMP | Travel Management Plan |
| WEPP | Water Erosion Prediction Program |

BLM_0024810

## 1.    Introduction

Travel management is the process of identifying the system of roads, primitive roads, and trails that are designated/authorized for continual use. These roads and trails will provide for various access needs and uses of the public lands, from recreation to oil and gas and livestock management operations, into the future.   When completed, the travel management plan becomes the approved system of roads and trails that the BLM commits to maintaining into the future.   New routes will be added as needed to accommodate use and provide for recreation opportunities.  The approved travel network will continue to evolve and change over time.

During travel management planning, the BLM considers the needs and desires for the public to get to various destinations and locations on the public lands, while also considering the ways that roads and trails affect or "impact" the sensitive resources that must be protected under various natural resources law that also guide the decisions of the BLM under the concepts of multiple use and sustained yield and many other environmental laws.

Due to the sometimes competing needs for use and protection of the public lands, and given that the current roads and trail system developed over time, travel management planning fulfills dual purposes. The general goal is to identify those existing routes that should become part of the long-term system of approved roads and trails because they access a needed or valuable destination or experience, while not causing unacceptable impacts to another feature. In addition to creating a commitment to future access, travel management plans also function as restoration plans, in that they remove from the permanent system those roads and trails that have developed over time and, through improper placement or design, are causing unacceptable impacts to other features or natural resources.  Once this initial weighing is done of what should remain open and what must be closed, new routes can be added over time, with the kind of proper design that protects other resources while still ensuring that the route system as a whole functions for its intended uses.

This Travel Management Plan (TMP) supplements travel management land use allocations and planning decisions to be made in the Grand Junction Field Office (GJFO) Record of Decision (ROD) and Approved Resource Management Plan (RMP). Decisions and implementation actions not made in the RMP will be addressed in this TMP and the subsequent, associated ROD. This document will set forth a plan to manage GJFO's designated system of roads, primitive roads and trails, access and uses. Specifically, the TMP summarizes the proposed area designations outlined in the PRMP, followed by an outline of the criteria used for designation of routes across the field office, outlines the implementation-level route designations, and explains the implementation process and standard operating procedures (including the zone-specific guidance for Zone L). Attachments provide additional plans on signing, educational efforts, rehabilitation, and engineering of the established travel network.

The project area for the GJFO TMP includes approximately 1.06 million acres of public lands administered by the GJFO, Northwest District Office of the Bureau of Land Management. Travel management is the process of planning for and managing access and travel systems on public lands. The Grand Junction Field Office (GJFO) Travel

BLM_0024811

Management Plan (TMP) is written in conformance with the *Grand Junction Field Office Proposed Resource Management Plan* (PRMP).

The GJFO TMP is based upon extensive public participation and workshops, as well as structured interdisciplinary team analysis. The BLM recognizes the importance of access for public visitation, scientific studies, and administrative uses, while providing for the protection of natural and cultural resources. The evaluation process incorporated the four minimization criteria set forth by 43 Code of Federal Regulations (CFR) 8342.1 (a-d), as well as additional planning criteria established in the GJFO RMP, and created a designated route system consistent with land use allocations.

Outcomes-based recreation management, the approach adopted by the GJFO, is a recreation management philosophy that focuses on the positive and beneficial outcomes derived from recreational activities, rather than emphasizing the recreation activities themselves. It promotes quality recreation experiences from the visitors' or users' perspectives. Outcomes-based provides the conceptual recreation framework to view, plan, and collaboratively deliver recreation services as a means to a larger end – an end in which outcomes benefit individuals, communities, economies, and the environment. By conducting outcomes-based analysis, recreational settings can be better delineated and managed. In outcomes-based analysis, priority is given to resource dependent recreation. Resource dependent recreation is that which can only be done where the natural resource or setting exists. An example is running for fitness versus nature hiking. Fitness running can be done on a treadmill or anywhere a suitable surface exists. Nature hiking requires a natural setting and things to observe along the way. Hiking would not be suitable indoors or in unnatural settings, thus it is a resource dependent recreation.

Approved transportation routes identified for recreation purposes will include opportunities and quality experiences for all user groups, including hikers, backpackers, equestrians, bicycles, ATVs, four-wheel-drive vehicles, motorcycles, backcountry aircraft pilots, hunters, and fishers. However, one should not interpret that all users will be accommodated in all areas.

## 1.1   Background

Approximately 42 percent of the planning area is currently designated as open to cross-country off-highway vehicle (OHV) use, 44 percent is limited to existing or designated roads and trails, 11 percent has seasonal limitations, and three percent is closed to OHV use.

Areas with designated routes typically do not contain trails built with consideration for sustainability, resource concerns or conditions, or recreation experiences. Most routes either follow historic routes, such as those for grazing, mining, or administrative access, or they were user created. In either case, the trails do not always provide desirable recreation experiences and have unmitigated impacts to natural or cultural resources.

Travel management historically focused specifically on motor vehicle use. A shift in the accepted paradigm has caused the BLM to develop a more comprehensive travel management process which encompasses all forms of transportation, including travel by foot, horseback, and mechanized vehicles such as bicycles, as well as the numerous forms

BLM_0024812

of motorized vehicles from two-wheeled (motorcycles) and four-wheeled all-terrain vehicles (ATVs) to cars and trucks.

Many routes within the GJFO were constructed to create access to public land improvements, timber and vegetation management projects, gas and mineral development, range management, and various ROWs. Of these routes, many were not necessarily intended to be left behind or open for recreational use, but have become popular routes for visitors engaged in mechanized and motorized recreation activities. Some routes were created or pioneered by visitors. Open travel designations that permit cross-country mechanized and motorized use, high levels of use, and improvements in mechanized and motorized vehicle technology have allowed public land users to gain access to and through more terrain. These routes are not typically maintained by the BLM; rather, it is the repeated passage of vehicles that maintains these routes. Not designed, but created, these routes are often rutted and eroded.

## 1.2    Laws, Regulations, Policies and Program Guidance

The process of considering and providing appropriate access is guided by a complex series of more than fifteen major individual laws, as well as additional regulations and policies defining the type of access and recreational experiences that should be provided while protecting the sensitive resources (e.g., fish, wildlife, plants, and archaeology) that the federal government is also required to protect and conserve on the public lands. The trade-offs required by these individual laws are not always straightforward or linear, and in some cases, they may even conflict. The process of finding this balance, between present-day use and enjoyment and conservation for future generations, is known as multiple use management, and is one of the defining factors of the BLM's mission.

Currently, the Code of Federal Regulations (CFR) establishes the criteria for designating public lands with respect to OHVs and for establishing controls governing the use and operation of OHVs. Non-motorized and non-mechanized uses have been addressed in this planning effort, and decisions made will be incorporated into supplemental rules for enforcement purposes.

Laws and regulations that influence or direct travel management planning include:

- National Environmental Policy Act (NEPA)
- Endangered Species Act (ESA)
- Wilderness Act
- National Historic Preservation Act
- Antiquities Act of 1906, including Monument Proclamations
- Wild and Scenic Rivers Act
- Clean Air Act
- Clean Water Act
- Taylor Grazing Act
- Mining Act of 1872 (and subsequent mining acts)
- Federal Land Policy and Management Act (FLPMA) BLM
- Code of Federal Regulations (CFR)

Management of OHV use and mountain biking will be consistent with the guidance in BLM's National Strategy for Motorized Off-Highway Vehicle Use on Public Lands

BLM_0024813

(USDI-BLM 2001) and the National Mountain Bicycling Strategic Action Plan (USDI-BLM 2002).

The National Management Strategy for Motorized Off-Highway Vehicle Use on Public Lands (Strategy), finalized by the Bureau of Land Management (BLM) in January 2001, was the first step in developing a proactive approach to determine and implement better on-the-ground management solutions designed to conserve soil, wildlife, water quality, native vegetation, air quality, heritage resources, and other resources, while providing for appropriate recreational opportunities. It provides agency guidance and offers recommendations for future actions to improve motorized vehicle management. This priority was re-emphasized by the BLM's M-1626 Travel and Transportation Manual and H-8342 Travel and Transportation Handbook, BLM's Priorities for Recreation and Visitor Services (Purple Book), and Colorado's Recreation and Visitor Services Strategy. The Colorado State Director has given specific policy direction found in Instruction Memorandum No. CO-2007-020, which explicitly directs BLM Colorado to accomplish comprehensive travel planning.

As identified in BLM Colorado's Recreation and Visitor Services Strategy, comprehensive travel planning is integral to maintaining and managing the character of recreation settings. Travel management decisions support the fulfillment of planning objectives (which include desired recreation setting objectives) to protect and/or enhance landscape character. This is facilitated by working closely with communities, sister agencies, interest groups, and interested individuals to balance protecting the health of the land with providing needed and desired levels of public and administrative travel and access.



# 2   Travel Management Planning Process

## 2.1   Overview

Travel management issues are considered sequentially at three levels:

- Land Use Planning – GJFO PRMP
- Activity or Implementation Level Plans – GJFO TMP
- Plan Implementation – Project Plans and on-the-ground actions

FLPMA requires that the BLM "develop, maintain, and, when appropriate, revise land use plans" (43 United States Code 1712 (a)). BLM has deemed it necessary to revise the existing RMP for the GJFO based on a number of new issues that have arisen since preparation of the initial RMP in 1987.

This document addresses the designation criteria, planning criteria, data collection, and route designation process by which the GJFO Interdisciplinary (ID) Team developed the Final Resource Management Plan/Final Environmental Impact Statement (Approved RMP/FEIS) route designations for motorized, mechanized, and non-motorized uses for the Planning Area, including those related to the following management decisions:

- **Land Use Planning Decisions --** The land use planning decisions of the Travel Plan define the areas within the GJFO that are designated as "Open," "Limited," or "Closed" to various modes of travel; as well as the number of miles of designated routes under the Limited category.

- **Implementation Decisions --** Implementation decisions of the Travel Plan that are included in this document include the designations of routes within areas delineated as Limited to Designated Roads and Trails.

For Zone L, an area designation will be completed in the future to determine appropriate use after analyzing the distinct natural, cultural, recreational, and social factors of the area.

## 2.2   Inventory

GJFO initiated the travel management planning process in 2004, beginning with a route inventory that ended in 2010. This inventory provided the foundation and baseline for the TMP.

Inventory procedures were designed to collect information necessary for planning and management of the area. The inventory documented and mapped routes, route conditions, facilities, improvements, and public use areas accessed by the routes (range and wildlife improvements, recreation activity areas, gates, fences, trailheads, and other features). The inventory was conducted by BLM personnel on motorcycles, bicycles and foot. The inventory staff took steps to capture every linear feature that could be seen on the ground in the GJFO. This included features that were engineered (planned), as well as unplanned single-track and two-track linear features that are not part of the BLM's transportation network. In some areas the inventory also captured linear disturbances such as created during uranium exploration or construction of a pipeline, which were never intended to function as roads. Inventory procedures were designed to collect information necessary for planning and management of the area. Open areas, or areas that had an extremely high

BLM_0024816

density of routes, were screen digitized, field verified, and, in the North Desert, sampling was used to determine accuracy of route data and estimate mileage of routes.

The travel management inventory identified roughly 4,000 miles of roads, trails, and other features within the planning area, covering 1.06 million acres. In order to effectively communicate with the public, cooperating agencies, partners, user groups, and resource specialists and to track decisions, the planning area was broken into 19 zones, labeled A to W (see figure on preceding page). Each route was broken into segments (defined by intersections) and given a unique number that correlated with its zone (e.g., A102).

## 2.3  Public and Cooperator Participation

The GJFO Travel Plan is based upon extensive public and cooperating agency participation, including workshops and multiple comment periods.

### 2.3.1  RMP Scoping

The formal public scoping process for the GJFO RMP/EIS and TMP began on October 15, 2008, with the publication of a Notice of Intent in the Federal Register. Public scoping ended January 9, 2009. Public outreach during this scoping period included: 1) a newsletter mailed to over 600 agency contacts, organizations, and members of the public; 2) three scoping open houses in December 2008 (Grand Junction and Collbran, Colorado, and Moab, Utah); and 3) a public website, http://www.blm.gov/co/st/en/fo/gjfo/rmp, which provides access to materials distributed at scoping meetings as well as information on the public involvement process.

A total of 64 comment letters received during the scoping period addressed travel management. Most of the planning issue comments focused on travel management (23.7 percent), which were consolidated into one issue statement.

*"How will motorized, non-motorized, and mechanized travel be managed to provide commodity, amenity, and recreation opportunities, reduce user conflicts, enforce route designations and closures, reduce fragmentation and habitat degradation, and protect natural and cultural resources?"*

### 2.3.2  Travel Management Comment Period 1

GJFO hosted a series of "travel management data collection workshops" in February 2009 to give the public the opportunity to review its route inventory for completeness and accuracy, as well as offer suggestions for possible reroutes or new routes that would complement the existing system. The workshops were held in Delta, De Beque, Collbran, Gateway, Fruita, and Grand Junction, with over 200 participants. A total of 118 written comments were received during this comment period.

### 2.3.3  Travel Management Comment Period 2

GJFO identified the need and interest from public comments additionally in 2009 not only on the completeness and accuracy of the inventory but also to help evaluate the quantity and quality of the experiences and desired recreation setting available in the planning area. The GJFO received 178 written comments during this comment period. Viewpoints expressed in the comments reflected a wide spectrum of desires regarding desired levels of access.

BLM_0024817

#### 2.3.4 Coordination with Partners, Cooperating Agencies, and Resource Advisory Council (Sub-group)

During the data collection and inventory phase of the planning process, BLM staff met with offices of the US Forest Service and BLM with contiguous acreage, with county and municipalities within the planning area, and Colorado Department of Wildlife and US Fish and Wildlife Service to verify the inventory data and collect additional information on resource concerns and access needs.

Throughout the process, GJFO staff made presentations at local user group meetings and to the Cooperating Agencies and Resource Advisory Council (Sub-group) on the defining law, policy, goals, and objectives associated with travel management and the process to be used in designating the travel management network.

During the route by route selection by alternative, the cooperating agencies were invited to participate in providing information to the resource specialists to aid in the alternative development. A complete list of attendees by date and area discussed is included as TMP Attachment 4.

#### 2.3.5 Response to Travel Management Comments

Throughout the planning process, BLM has received thousands of comments which have been recorded and incorporated into the planning criteria that informed decisions for each alternative including the preferred.  During the draft comment phase, GJFO received roughly 1,500 comments that were route specific.  Each comment is captured in a travel related comment report that provides rational for decision making and compares the request of the commenter with the final decision.  The BLM considered each comment received in the framework of its association with the GJFO route segment(s) or area(s) it addressed.

## 3   RMP Level Decisions

### 3.1   Area Designations

#### 3.1.1   Open

Open areas are areas where cross-country motorized and mechanized travel is allowed. They are limited to a size that can be effectively managed and geographically identifiable to offer a quality, safe, and varied experience for participants. Open areas provide a different type of recreational experience as compared to trail riding, by giving the rider an opportunity to choose terrain that will challenge his or her skills and equipment. Open areas will be fenced or boundaries clearly signed, closed to shooting, and have parking and information portals.  The size and number of open area(s) vary across the different alternatives.

#### 3.1.2   Limited

"Limited to designated routes" is the primary allocation for motorized and mechanized use in the planning area. All areas outside of the open and closed polygons by alternative are limited. Limitations include modes of travel, seasons of use, and types of user.

BLM_0024818

Generally, horse and foot travel is not limited to designated routes. Certain areas with high use, sensitive resources, or potential negative interactions with other users require that foot and horse travel is limited to designated routes or, in some alternatives, excluded all together.

### 3.1.3 Seasonal Limitations

Five seasonal limitations for motorized and mechanized travel are proposed within certain areas limited to designated routes.

Wildlife limitation dates were recommended by Colorado Parks and Wildlife and are being incorporated into travel management planning throughout BLM Colorado, where appropriate. These limitations that include Winter Limitation (Big Game), Spring Limitation 1 (Sage Grouse), and Spring Limitation 3 (Elk Calving) were established to avoid critical periods for sensitive species. Open Rifle Hunting Season Limitation would be provided through easement agreements coordinated by CPW. Spring Limitation 2 for soils would take place during spring months when saturated soil conditions are most predictable (typically associated with spring melt-out) and targets soil mapping units particularly vulnerable to erosion. Spring melt-out typically occurs from the beginning of March through the middle of May in the GJFO planning area.

### 3.1.4 Closed

This designation closes an area to any and all travel, non-motorized and non-mechanized included. Areas are designated closed if closure to all types of transportation is necessary to protect resources, promote visitor safety, or reduce use negative interactions. These areas vary by alternative and include WSAs, ACECs, LWWCs, WSR segments, Critical Habitat and Research Areas, Wildlife Core Areas, and Municipal Watersheds.

## 4   Implementation Level Decisions – Route Designation

Implementation level decisions include the process of assigning route designations to each route within the limited polygons, in accordance with alternative themes, while balancing access and resource concerns. Route designation is an implementation level decision governed by the higher level RMP. Implementation decisions are subject to appeal. The range of alternatives developed in the route designation process for this TMP mirror the goals and objectives of each of the alternatives developed in the RMP revision. Future adjustments to the designated route network would be accomplished through plan maintenance (minor adjustments) or additional NEPA review and decision-making.

### 4.1   Draft Travel Plan Development

GJFO Interdisciplinary Team and cooperating agency representatives convened to consider each route and evaluate the access needs, public comments, and resource concerns of each. The planning team used a structured, consistent approach to consider the significant amount of data that went into the analysis process. In addition to cooperating agency representatives, the team included representatives of the interdisciplinary team and specialists representing every major program that the BLM administers (e.g., range management, archaeology, and wildlife). These specialists are knowledgeable about local data and the laws or regulations that influence each program.

BLM_0024819

Individual specialists had access to their own datasets so they could see the results of past surveys and inventories that had been done. Together, the team projected the map of the current route system and the route being considered and used Google Earth to maintain common assumptions and knowledge about terrain and human-made features present on the landscape. Each specialist represented their particular resource. Together, the team gave specific attention and value to maintaining access to public lands, providing for quality recreation, while also protecting sensitive resources that are affected by roads and trails, working together to balance those considerations toward a travel plan that reflected RMP guidance.

## 4.2   Final Travel Plan Development

In developing the proposed plan for the FEIS, GJFO Interdisciplinary Team and cooperating agencies convened for seven additional weeks to consider each route in the Proposed Alternative again in light of public comment.   This resulted in measurable changes from the original Alternative B (Preferred Alternative) that appeared in the draft RMP.

In the development of the proposed BLM looked at routes that for various reasons would require some form of mitigation (bridge, reroute, public access, etc.) to allow for long term public or administrative access.   These situations included issues like safety concerns from an operating well pad, no legal public access, impassable wash out or resource that needs to be avoided to name a few. In these instances, BLM is proposing mitigation measures to remedy the situation and allow for continued access. Route reports will have specific information on the issue, mitigation measure needed and any special instructions.  Roughly 13% of routes have mitigation requirements that result in a change to the route designation. These routes are included below in Table 2 under the column header "Travel Designation Following Mitigation".

## 4.3   Exceptions to Standard Route Designation Process

### 4.3.1   Recreation Management Areas with Existing Travel Plans

Within the planning area, Bangs Canyon SRMA and North Fruita Desert SRMA currently exist, and site-specific travel plans already exist for these areas. These travel decisions were not re-evaluated in this effort (Bangs Canyon SRMA and North Fruita Desert SRMA) unless:

1.   new resource information was available;

2.   public comment was received regarding the route; or

3.   recreation staff thought it made a valuable contribution to the network.

### 4.3.2   Zone L – North Desert Area

Zone L (North Desert) proved to be one of the most challenging zones to consider, both for the BLM and for the public, due to its route density.  Through public comment and further interdisciplinary consideration, the BLM determined that a different process was needed to make effective planning decisions for this zone.

BLM_0024820

Following completion of the rest of the TMP, the BLM will undertake a specific planning process for this area and will allow the use of existing routes within the boundary of this zone until individual routes are designated within this area. See Attachment G for additional guidance developed for route designations in Zone L.

### 4.3.3 Other considerations

#### 4.3.3.1 Backcountry Airstrips

There are a number of locations throughout the GJFO that are commonly known and consistently used for aircraft landing and departure activities that, through such casual use, have evolved into backcountry airstrips (the definition contained in Section 345 of Public Law 106-914, the Interior and Related Agencies Appropriation Act of 2001). In accordance with that law, require full public notice, consultation with local and state government officials, the Federal Aviation Administration (FAA), and compliance with all applicable laws, including NEPA, when considering any closure of an aircraft landing strip.

In addition to compliance with applicable aviation regulations, backcountry airstrips will be designated and managed the same as travel routes for other forms of transportation. As such, management of backcountry airstrips would conform to all decisions, including those regarding route construction and maintenance, outlined in this travel management plan.

#### 4.3.3.2 Dispersed Camping

Dispersed camping would be allowed in the planning area. Existing spur routes that lead to campsites would be designated and identified. No cross-country travel associated with dispersed camping is allowed outside the open areas, and dispersed camping was largely addressed in most zones. During the implementation of approved designations, some additional spur routes to potential campsites may be designated as open to accommodate use consistent with resource concerns and desired future outcomes of the recreation program.

## 4.4 Route Designation Evaluation Criteria

BLM established route designation criteria through scoping, internal issue development and RMP resource specific goals and objectives. For the evaluation of each route, route purpose was defined which included a study of current uses and legal or administrative agreements associated. Once route purpose was defined, each route was evaluated by the designation criteria established by 43 CFR Subpart 8342 and GJFO specific planning criteria identified in the RMP. All public comments were considered in route decisions. Attachment H provides a detailed list of resources considered in the process.

### 4.4.1 Designation Following Mitigation

During the structured analysis process, sensitive resources were identified requiring mitigation measures that would minimize effects to resources.

Generally, the alleviation or lessening of possible adverse effects on a resource by applying appropriate protective measures were defined and may be achieved by reroute, maintenance, additional resource surveys, remedying a safety issue or

BLM_0024821

securing public access. Some routes may change designation following the completion of prescribed mitigation. Routes with proposed designation changes are shown in Table 2.

BLM_0024822

## 4.5    Route Designations

The following designations were utilized in the route designation process.

- Open to all uses
- Seasonal Limitation
    - Winter Closure: December 1 – May 1
    - Spring Sage-grouse Closure: March 1 – June 30
    - Rifle Hunting Season Open: October 1 – November 30
    - Elk Calving Spring Closure: May 15 – June 15
- Limited to under 50" only
- Limited to under 50" only with winter seasonal limitation
- Limited to Foot, Horse, Bicycle and Motorcycle Only
- Limited to Foot, Horse, Bicycle and Motorcycle Only with winter seasonal limitation
- Limited to Foot, Horse and Bicycle Only
- Limited to Foot, Horse and Bicycle Only with winter seasonal limitation
- Limited to Horse Only
- Limited to Foot and Bicycle Only
- Limited to Bicycle Only
- Limited to Foot Only
- Closed and
- *Limited to Administrative and Permitted Uses Only

*Administrative routes are those that are limited to authorized users (typically motorized access). These are existing routes that lead to developments that have an administrative purpose, where the BLM or a permitted user must have access for regular maintenance or operation. These authorized developments could include such items as power lines, cabins, weather stations, communication sites, spring developments, corrals, or water troughs.- (H-8342 Travel and Transportation Handbook)

Administrative routes are managed for permitted/authorized uses only. In some cases, these routes may be open to foot and horse travel, but only in areas that are open to cross country travel for foot and horse.

## 4.6    Right-of-Way (ROW) and Needed Easements

Public lands authorized to be used or occupied for specific purposes pursuant to a right-of-way grant, which are in the public interest and which require ROWs over, on, under, or through such lands. Examples are roads, power-lines, pipelines, etc.
Acquisition of road or trail easements, or issuance of a right-of-way on an existing or historic physical access, would be pursued in areas where those actions would contribute to the protection and management of natural resources, such as access to range improvements/animal husbandry, and/or the enhancement of recreation opportunities. These methods of acquiring public access would only be available from willing landowners. BLM will work with partners, cooperators, landowners and other stakeholders to achieve access goals to public lands.

BLM_0024823

### 4.6.1 The primary areas identified as priorities for providing public access:

- De Beque area (southwest of the Town of De Beque)
- Roan Creek area (northwest of the Town of De Beque)
- ERMA and SRMAs to achieve recreation objectives
  - Bangs SRMA Clarks Bench and Tabeguache at Needem-Moore Seldom Feed Park
- Grand Mesa to Palisade Rim
- Palisade Rim to Horse Mountain
- Cheney Reservoir
- West side of North Desert ERMA to Rabbit Valley and Utah Rims SRMA

*Table 2. Route Designations in Miles*

| Designation | Travel Plan | Travel Plan % of Total | Travel Plan Following Mitigation | Travel Plan Following Mitigation % of Total |
|---|---|---|---|---|
| Limited to under 50" Only | 37 | 1% | 48 | 1% |
| Limited to under 50" Only with Seasonal Limitation | 7 | <1% | 7 | <1% |
| Limited to Bicycle Only | 1 | <1% | 1 | <1% |
| County Maintained | 309 | 8% | 309 | 8% |
| Limited to Foot and Bicycle Only | 6 | <1% | 8 | <1% |
| Limited to Foot Only | 7 | <1% | 7 | <1% |
| Limited to Foot and Horse Only | 47 | 1% | 54 | 1% |
| Limited to Foot, Horse, Bicycle and Motorcycle Only | 89 | 2% | 84 | 2% |
| Limited to Foot, Horse, Bicycle and Motorcycle with Seasonal Limitation | 3 | <1% | 3 | <1% |
| Limited to Foot, Horse and Bicycle Only | 99 | 2% | 101 | 3% |
| Limited to Foot, Horse and Bicycle Only with Seasonal Limitation | 14 | <1% | 14 | <1% |
| Open to all uses | 871 | 22% | 1,004 | 25% |
| Open with a Seasonal Limitation | 235 | 6% | 237 | 6% |
| Open (in open areas) | 291 | 7% | 291 | 7% |
| Undesignated (Zone L) | 545 | 14% | 545 | 14% |
| Undesignated Deferred (Mesa County important recreation routes) | 189 | 5% | 189 | 5% |
| Limited to Administrative and Permitted Uses Only (332 miles with no public access before mitigation) | 524 | 13% | 330 | 8% |
| Closed (94 miles with no public access before mitigation) | 723 | 18% | 763 | 19% |
| **Total**** | **3,997** | **100.0%** | **3,995** | **100.0%** |
| Total Open to Non-motorized Only (sum of non-motorized categories) | 174 | 4% | 185 | 5% |
| Total Open to Motorized (sum of motorized categories and deferred) | 2,576 | 64% | 2,717 | 68% |

*Designations were deferred on 219 miles of routes; however 30 of these miles have a designation from the 1987 RMP that remains in place until future designations are completed.

**Totals vary slightly due to rounding errors.

BLM_0024825

# 5   Implementation Strategy

Following approval of the proposed plan, a notice will be published in the Federal Register, in accordance with 43 CFR §8365, to establish new use restrictions needed to implement and enforce the plan.

## 5.1   Prioritization of Work

### 5.1.1   Prioritized Factors

Specific prioritization of work will be guided by the following priority factors. The highest priority would be given to areas for which all factors apply.

BLM_0024826

*TABLE 3. PRIORITY FACTORS*

| Factor | Resource | Area |
|---|---|---|
| Regulatory resource concerns | Cultural | Castle Rocks<br>Blue Creek |
| | T & E Plants and Wildlife | Whitewater<br>Castle Rocks<br>Pyramid Rocks<br>South Shale Ridge<br>Listed Fish including Critical habitat<br>   1.  Gunnison River<br>   2.  Colorado River<br>   3.  Greenback cutthroat trout habitat (if still listed)<br>Gunnison Sage-Grouse<br>   1.  Critical Habitat |
| | Water quality and wetlands | Stream segments identified in regulation 93<br>Total Maximum Daily Load (TMDL) stream segments<br>Conform with the salinity control act |
| | Wild Horse Area | Little Book Cliffs |
| RMP Areas of Priority Resource Concerns | ACECs | Pyramid Rock ACEC<br>Indian Creek ACEC |
| | High recreation value and high resource concern | Bangs SRMA<br>North Desert ERMA - 21 Road (Hunter Canyon)<br>Barrel Springs ERMA<br>Horse Mountain ERMA |

BLM_0024827

| Factor | Resource | Area |
|---|---|---|
| | BLM Special Status Species | Perennial Streams (cutthroat trout)<br>North Fruita Desert (prairie dogs, antelope, burrowing owls, great basin spade foot, buckwheat)<br>Greater Sage Grouse Occupied Habitat<br>1. Roan Creek Drainage (watershed)<br>2. Sunnyside Area |
| | Lands Management for Wilderness Characteristics | Bangs Canyon<br>Maverick<br>Unaweep |
| | Wildlife Emphasis Areas | Prioritize work in these areas based upon monitoring of recreational use. Prioritize work in areas with high use over areas with low use. |
| | Wild and Scenic Rivers | Dolores River |
| | Perennial streams, Riparian corridors and/or fish bearing streams | Barrel Springs<br>Blue Creek<br>North Mesa Creek<br>Granite Creek<br>Roan Creek and tributaries<br>East Creek<br>West Creek<br>Dolores River<br>Colorado River<br>Gunnison River<br>Kannah Creek<br>North Fork Kannah Creek<br>Little Dolores<br>Cottonwood Creek and Rapid Creek |
| | Soils (Slump areas, fragile soils, saline soils) | Barrel Springs<br>North Desert<br>North Fruita Desert |

BLM_0024828

Appendix M. Travel Management Plan for the Grand Junction Field Office

| Factor | Resource | Area |
|---|---|---|
| | | Plateau Valley Area<br>Roan Creek |
| Socioeconomic areas of importance | Special Recreation Management Areas (SRMAs) | Bangs<br>North Fruita Desert<br>Grand Valley OHV<br>De Beque Area (unspecified)<br>Palisade Rim |
| | Extensive Recreation Management Areas (ERMAs) | North Desert<br>Gateway<br>Barrel Springs<br>Horse Mountain |

BLM_0024829

## 5.2   Prioritized Actions

1. Sign the "open" route network and limit signing the "closed" route network (in priority order).
2. Develop and publish up-to-date, readily available, and easy-to-understand maps.
3. Initiate enforcement and visitor service patrols with the objective of securing funding to sustain new visitor service patrols for a period of at least two years. Additional funding will be sought through BLM channels and through partnerships to leverage grants or other available funds.
4. Pursue funding and contractual obligations for highest priority survey work.
5. Pursue funding for route and site rehabilitation.
6. Rehabilitation
   a. Areas with direct impacts to legally protected resources (federally listed plants, wildlife, fish, cultural, paleo)
      i. De Beque Area (including Castle Rock, South Shale Ridge and Pyramid Rock)
      ii. Whitewater
      iii. Riparian zones
      iv. Main road corridors
7. Install informational kiosks and signing where they would be most effective. Site these facilities where it would reach the greatest number of visitors and where it would target an audience that might be the most receptive to such facilities. For example such facilities might be most beneficial at major trailheads and campgrounds that are heavily visited by camping families and groups.
8. As enforcement efforts move into new areas, inappropriate use could migrate back to areas where it is not desired. Therefore, the enforcement strategy will need to be flexible and adaptive and may include education contacts by recreation staff and monitoring by volunteers to support the capacity of law enforcement.
9. Initiate monitoring plan.

## 5.3   Priorities for Site-specific Survey and Potential Analysis

### 5.3.1   New routes

1. New and existing routes paralleling and/or crossing stream channels supporting riparian communities. Typical survey work may include: collection of baseline morphologic data of stream channel, banks, and floodplain; site specific route information necessary to accurately input and run Water Erosion Prediction Program (WEPP) simulations, PFC evaluations and/or stream stability evaluations.

2. New/existing routes with multiple drainage crossings (specifically the ingress/regress to drainages) and/or routes which utilize dry washes as travel routes. Typical survey work may include: collection of baseline morphologic data of stream channel, banks, and floodplain; site specific route information necessary to accurately input and run WEPP simulations.

3. New/existing routes on mapped "Fragile soils". Survey data would be required to confirm existing or proposed routes are on mapped "Fragile soils".

BLM_0024830

### 5.3.2   Existing routes

1. Existing routes to be upgraded (widened and/or type of use changed from existing).
2. Existing routes with an expected increase in motorized use.
3. Existing routes with an expected increase in mechanized use.
4. Existing routes with an expected increase in pedestrian/ horseback use.

## 5.4   Funding Strategy

Operations funding for cultural surveys, land health assessments, wildlife surveys, transportation maintenance, and related costs will be determined on an ongoing project basis, and planned annually, subject to budget appropriations being available. BLM will strive to lower the costs through partnerships, in-house labor, and careful engineering.

Funds for labor, supplies and equipment will be pursued through the BLM budget process, and will be subject to appropriation of funds. Funding sources may include BLM Damaged Lands accounts, and grant monies available to non-profit groups. Funding will be pursued though Challenge Cost Share projects, an agency program that matches other funding sources, assistance agreements, or plans to leverage external contributions to the greatest extent possible. Grants from various sources will be pursued, including state, federal, and private funding sources. This may include the Federal Lands Transportation Program and Federal Land Access Program Routes for operating and maintaining roads that are for high use recreation sites and important economic generators. Appropriate agreements will need to be created.

## 5.5   Standard Operating Procedures

The following standard operating procedures will be implemented during all phases of plan implementation.

### 5.5.1   General

- A visitor access guide will be published and made available as full size hard copy maps for sale, smaller maps available for free and posted virtually on the internet.

- Appropriate NEPA analysis will be obtained prior to any ground disturbance not discussed in this plan, and impacts to cultural resources, or other resource values, that may be discovered will be mitigated or avoided.

### 5.5.2   Maintenance and Modifications to Route Network

- Standards and guidelines will be developed for BLM road and primitive road maintenance, new construction, or reconstruction. The standards and guidelines for primitive roads will be based on the functional requirements of the various types of recreational motorized users. BLM will not develop, endorse, or publish road or trail ratings. BLM will simply describe the physical aspects of a route or recreation site, such as those which only accommodate technical vehicles.

- Maintenance standards for each designated route will be documented and route modifications will be identified and recommended, if necessary. Maintenance will be completed only to the identified maintenance intensity level in order to support resource and public protection.

BLM_0024831

- Maintenance of routes may be done to minimize soil erosion and other resource degradation. This maintenance will be done on a case-by-case basis, depending upon annual maintenance funding.

- Maintenance procedures for physical barriers will be developed, once the number and type of barriers is determined.

- Modifications of the road network during implementation of the TMP would require project level NEPA, such as the construction of a new route involving new ground disturbance, except where new construction is necessary to avoid a cultural resource site or sensitive species.

- Minor realignments of the route network that have already been analyzed may not require additional NEPA. The term "minor realignment" refers to a change of no more than one quarter (1/4) mile of one designated route. It could include the opening of an existing, but previously "closed" route that serves the same access need as the "open" route that is to be "realigned." "Minor realignments" include the following:

- Minor realignments of a route where necessary to minimize effects on cultural resources.
- Minor realignments of a route necessary to reduce impact on sensitive species or their habitats.
- Minor realignments of a route that would substantially increase the quality of a recreational experience, while not affecting sensitive species or their habitat, or any other sensitive resource value.
- Minor realignment where valid ROWs or easements of record were not accurately identified in the route designation process.

- Minor realignments must be documented in the TMP. The reason for the alignment change shall be recorded and kept on file in the GJFO.

## 5.6    Lands Actions

### 5.6.1    Lands actions include the following:

- Improve legal access to public land, where appropriate and necessary.

- Identify needs and request funding for motorized and non-motorized access, exchanges, and acquisitions and incorporate them in the existing ranking system.

### 5.6.2    Easements, ROWs, and Permissive access license agreements include:

- Acquisition of road or trail easement or issuance of an ROW on an existing or historic physical access will be pursued only in areas where those actions will contribute to the protection of natural resources and not for the sole enhancement of recreation opportunity.

- Easements may be acquired through donation following the procedures set forth in BLM Manual 2100 - Acquisition.

BLM_0024832

## 5.7   Mitigation Measures

Best management practices such as, but not limited to, closures, relocations, drainage improvements, maintenance, hardening, change in motorized/non-motorized use, seeding, etc. shall be promptly implemented when monitoring or field reviews indicate such action is appropriate.

### 5.7.1   Soils and Hydrology

a.   Stream Crossings/Drainage Issues:
   i.   Improve drainage crossings by constructing bridges, installing culverts, or improving low-water crossings where necessary to minimize impacts to water resources. Utilize BLM manual handbooks 9113 (Roads Design) and 9115 (Primitive Roads Design) for guidance on placement, design (sizing), and construction of bridges, culverts, and low-water crossings.

   ii.   Follow guidance outlined in BLM manual handbooks 9113 (Roads Design) and 9115 (Primitive Roads Design) to address road drainage issues outside of stream crossings (e.g., installation and spacing of water bars and drain dips).

   iii.   Where possible, reduce the number of drainage crossings on a given route.

   iv.   Stream crossings should be designed to accommodate passage for aquatic species.

   v.   Limit expansion of road/trail prism at drainage crossings by controlling ingress and regress points. Use physical barriers where use would be practical to protect the resource and safe for users.

   vi.   Re-locate stream crossings if necessary to minimize impacts to water quality and stream channel morphology.

   vii.   Utilize all other appropriate standard operating procedures and best management practices (and others as approved) outlined in Appendix H of the GJFO-RMP/FEIS to protect soil and water resources.

b.   Route Placement and Evaluation:
   i.   Ensure use route designations, road type and maintenance levels are appropriate for the use. Follow guidance from BLM manual handbooks 9113 (Roads Design) and 9115 (Primitive Roads Design).

   ii.   Use BLM-GJFO Trail Design Criteria along with BLM Manual handbooks 9113-2 (Roads National Inventory & Condition Assessment Guidance & Instructions) and 9115-2 (Primitive Roads National Inventory & Condition Assessment Guidance & Instructions) to evaluate road conditions for maintenance and mitigation.

c.   Consider construction of flood-water retention basins and/or sediment retention basins within and downstream of Open areas, intensive motorized use areas, areas identified

BLM_0024833

as not meeting land health standards, or as necessary to protect public health and safety and private property. Such facilities would be subject to all applicable regulatory permitting requirements.

d. For primitive routes or trails utilizing ephemeral drainages or crossing sensitive soils, provide educational information outlining resource/safety concerns and responsible use of such routes at trail heads, kiosks, area maps, and free pamphlets.

### 5.7.2   Cultural

a. The BLM GJFO will work with Colorado State Historic Preservation Office (SHPO) to develop agreements related to travel management and cultural resources which may include the use of strategic cultural resource survey sampling and modeling in portions of the GJFO. (See TMP Attachment 3)

b. Prior to any ground disturbing activity cultural resource surveys, in compliance with Federal laws, would be completed and the appropriate entities, such as SHPO and interested Native American tribes, would be consulted with prior to the activity occurring.

c. For trail and road construction projects and maintenance projects the BLM may choose one of the following options if significant (eligible or potentially eligible "needs data") cultural resources are discovered or known in the area:

   i. The BLM may choose to not perform construction or maintenance on areas that would directly impact sites,

   ii. The BLM might reroute roads, primitive roads, and trails to avoid significant cultural resources on existing and proposed construction. These reroutes would require surveys for cultural resources and would have to allow for other resource specialists to analyze the locations of the reroutes,

   iii. The BLM may choose to conduct evaluative testing to determine final eligibility on potentially eligible sites. The BLM would consult with SHPO on changes to site eligibility.

   iv. Eligible sites may be mitigated via data recovery through excavation to reduce the effects of the trail and road maintenance, reclamation, and construction. Both SHPO and interested Native American tribes would be consulted prior to any proposed data recovery mitigation on significant cultural resources.

### 5.7.3   Sensitive Status Species

a. To prevent the seeding and spread of invasive, non-native species, BLM-approved seed mix will be used during reclamation activities, and seed mixtures shall contain no noxious, prohibited, or restricted weed seeds. Where soil disturbance will occur, all equipment will be required to be cleaned and inspected prior to use within the planning area. Public education and signs promoting the use of clean vehicles to prevent the spread of weeds, shall be included in entry kiosks and on literature.

BLM_0024834

b. In undisturbed environments and ACECs, prohibit new disturbance within 200 meters (656 feet) of current and historically occupied and suitable habitat.

c. Reduce as much as practicable route density (miles/square mile) within 200 meters of known Threatened and Endangered plant occurrences throughout the field office. If occurrences are identified in the future that conflict with route designations, implement reroutes.

d. Reduce redundancies in routes to minimize habitat fragmentation, and minimize direct impacts to listed plant species habitat, and occupied habitat from motorized and mechanized users of roads, routes and trails. Identify mitigation where open routes are negatively effecting designated critical habitat.

e. Limit new road construction in Reeder Mesa, Sunnyside, Logan Wash Mine, and South Shale Ridge, and designate new roads associated with authorized uses as administrative (e.g., oil and gas and ROWs). Rehabilitate and close roads associated with authorized uses when no longer needed.

f. Existing plant location records will be consulted and site inventories will be conducted to identify suitable habitat1 for these plants. Surveys for occupied suitable habitat will be performed prior to any ground disturbance. Surveys will take place when the plants can be positively identified. Surveys will be performed by qualified field botanists/biologists who will provide documentation of their qualifications, experience and knowledge of the species prior to starting work (**FWS-5**).

g. For Colorado hookless cactus and other Threatened (T), Endangered (E), Proposed (P), and Candidate (C) species surface disturbing activities will be avoided within 200 meters of occupied plant habitat1 wherever possible and where geography and other resource concerns allow2. Fragmentation of existing populations and identified areas of suitable habitat will be avoided wherever possible (**FWS-7**).

h. For BLM sensitive species surface-disturbing activities will be avoided within 100 meters of occupied plant habitat1 wherever possible and where geography and other resource concerns allow2. Fragmentation of existing populations and identified areas of suitable habitat will be avoided wherever possible (**FWS-8**).

i. Where development is allowed within 100 meters of occupied habitat for T, E, P and C species or BLM sensitive species, unauthorized disturbance of plant habitat will be avoided by on-site guidance from a biologist, and by fencing the perimeter of the disturbed area, or such other method as agreed to by the Fish and Wildlife Service. If detrimental effects are detected through monitoring, corrective action will be taken through adaptive management (**FWS-9**).

j. Surface disturbance closer than 20 meters to a listed plant will be considered an adverse effect. Mitigating measures within this narrow buffer are very important and helpful to individual plants, but we do not expect that all adverse effects can be fully mitigated within this distance. Some adverse effects due to dust, dust suppression, loss

BLM_0024835

of pollinator habitat, and toxic spills will likely remain. There are two possible exceptions to this rule of thumb: 1) The new disturbance is no closer to a listed plant than preexisting disturbance and no new or increased impacts to the listed plant are expected; or 2) the listed plant is screened from the proposed disturbance (e.g., tall, thick vegetation or a berm acts as a screen or effective barrier to fugitive dust and other potential impacts) (**FWS-10**).

k.  Transplantation of potentially affected plants will not be used as a rationale to defend a "not likely to adversely affect" or a "no effect" determination for listed plant species (**FWS-11**).

### 5.7.4   Riparian

a.  Road crossings that will be used for longer than one year on perennial streams will be engineered and/or approved by the BLM Authorized Officer (VRW-3).

b.  Do not locate roads or other facilities immediately parallel to streams.  Where roads or facilities must cross streams, cross perpendicularly and immediately exit the buffer zone (VRW-4).

c.  Armor low water stream crossings, place properly sized culverts, or span streams as appropriate to protect the riparian zone (VRW-5).

d.  If monitoring or PFC assessments indicate impacts to PFC then then consider re-route of roads and trails that parallel and/or cross functioning at risk or non-functioning riparian areas, and that are contributing to decline (sedimentation) of these systems.

e.  Relocate existing roads away from riparian areas as feasible during requested permitting or authorization of these routes. Reclaim abandoned portions of relocated roads back to natural conditions. Recontour routes back to natural slopes as feasible, rip compacted soils (except for in close proximity to desirable trees), and seed disturbed areas (VRW-24).

f.  Utilize the techniques and process for protection of floodplains as identified in Executive Order 11988 – Floodplain Management (VRW-2).

g.  Roads and trails (off-highway vehicle, horse, bicycle, and hiking) will avoid wetlands and if avoidance is not possible will be designed and constructed in accordance with Technical Reference 2E22A68-NPS, Off-highway Vehicle Management (VRW-8).

h.  Minimize route crossing of streams (intermittent and perennial) and wetlands.

i.  Maintain appropriate vegetative/riparian buffer from routes of at least 200 meters around riparian and wetland areas to protect and enhance the health and function of these systems.

j.  Locate project staging areas for refueling, maintenance equipment, materials, operating supplies in areas outside of riparian and wetland areas.

k.  Reclaim abandoned routes after completing re-route of roads and trails that are impaction riparian function.  Follow general reclamation guidance with special reclamation procedures for stream crossings (see hydrology section).

### 5.7.5   Recreation

a. Whenever possible, complete trail reroutes or route system additions/modifications prior to closure of non-system routes.  Creating viable alternatives to closed routes reduces the impact to recreation opportunities and outcomes.

b. Utilize all other appropriate standard operating procedures and best management practices (and others as approved) outlined in Appendix H of the GJFO-RMP/FEIS to protect and enhance recreation resources.   Applicable Recreation BMPs from Appendix H include:

   a. Utilize current GJFO "Trail Development Process" and "Trail Design Criteria" guidance (see Attachment 1 to this TMP) to create and maintain a sustainable recreational route system that helps achieve recreation and other resource use objectives while protecting natural and cultural resources. (BLM 2014 and 2005).

   b. Reroute or close trails that create resource damage and/or trespass on private property.

   c. Promote the seven standard principles of Leave No Trace (www.lnt.org) outdoor ethics through print and electronic media, and through personal communications with recreationists participating in non-motorized recreation activities on BLM-managed public lands.

   d. Promote the principles of Tread Lightly (www.treadlightly.org) outdoor ethics through print and electronic media, and through personal communications with recreationists participating in recreation activities on BLM-managed public lands.

c. Hand raking and disguise of prominent "closed" routes, including planting commonly found plants on "closed" routes, will be employed to help discourage use.

d. Proactive route rehabilitation work would be utilized where the other actions have not proven to be successful, or where route conditions were clearly beyond the capability of the first phase to address.

e. Focus on signing of the open route network so that it is highly visible, thus discouraging interest in closed routes. The signing of closed routes will be done very infrequently, since they have been found to be more of an attractant than a deterrent to unauthorized use.

## 5.8   Adaptive management

Adaptive management will be based on monitoring standards and identified resource concerns.

For example:  If resource degradation is found through monitoring to be occurring due to type of use on route, consider changing use on route to mitigate concern.

## 5.9   Supplementary Rules

Supplementary rules will need to be established for those areas identified in an

BLM_0024837

RMP/TMP where non-motorized access is limited to designated routes or some other limitations on use. See 43 CFR 8365.1-6 for the supplementary rulemaking process.

BLM_0024838

*Attachments*

BLM_0024839

*Attachment A*

# *Sign Plan*

## Area and Route Signing

A sign plan is necessary to ensure that signs placed in an area are consistent with land use and other planning documents; that they are designed to be consistent with all applicable laws, regulations, and policies; and that all signs adhere to a consistent theme. A sign plan should include the goals, objectives, and responsibilities for the placement of signs, as well as an inventory of existing signs and may include a process for designing/locating new signs.

BLM Sign Guidebook covers location and placement, along with speed of travel in Chapter 4, Design Standards. Colorado Inter-Agency Travel Management Sign Standards have been developed and will be used in signing for the GJFO. (See TMP Attachment 2)

## Sign Types

There are several types of signs that states should consider when developing state sign policy and implementing TMPs. Efforts should include identification and information signs at trailheads and entrances, and along trails, roads, primitive roads, intersections, authorized, and closed areas.

### *Trail Signs*
There are two types of trail signs, allocation signs, and reassurance markers. Allocation signs show the permitted and not permitted uses of the trail. These signs are used at trailheads, where a trail begins, intersections, or anywhere there is a change in use type. Reassurance markers provided markers so trail users know they are still on the right trail. For example, symbols could be an arrow or the trail logo.

### *Road Signs*
Road signs apply to signage for linear routes managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use. The Manual on Uniform Traffic Control Devices standards apply to these roads. There are cases where some roads will be open to unlicensed OHVs. Signs for these roads are marked in a manner that notifies or warns the public of mixed uses.

### *Primitive Road Signs*
Primitive road signs apply to signage for linear routes managed for use by four-wheel drive or high-clearance vehicles. These routes do not normally meet any BLM road design standards.

### *Other Types of Signs*
Trailhead or entry signs apply to signs used at entry to trails or access points to public lands. These signs are used to notify the public of the travel management strategy or designation of the area they are entering, such as "areas limited to designated routes," "areas limited to exiting routes," or "open areas."

BLM_0024840

**Sign Placement**

Travel management signing and allocation information need not be on every trail sign along the trail corridor. Travel management signs should be placed at the trailhead and at trail junctions where travel management is changing or needs reinforcement.

BLM_0024841

*Attachment B*

# *Education Plan*

An improved public outreach program will be initiated to instill and strengthen a more effective and responsible resource use ethic. For mapping and signing efforts, particularly at information kiosks, the GJFO will develop appropriate resource information and education. Legal penalties language will be included in all handouts, maps, and kiosks.

The BLM will work with cooperating associations and community groups to better distribute interpretive materials. In order to achieve outreach and education objectives, it is imperative to create sustainable partnerships with private groups and governmental organizations.

Established educational efforts related to trail use will be promoted, including Stay the Trail, Leave No Trace, and Tread Lightly.

**Targeted Methods of Communication**

- Podcasts: with downloadable items such as maps, land use ethics, rules, air quality alerts, fire prevention restrictions, emergency announcements, etc.

- Electronic Kiosks: downloadable items such trail track logs, audio storytelling for cultural, historic, natural interpretative information

- Web Video & Focus Surveys: interactive sites for user info and feedback to BLM

- Web site: updated regularly and designed to give viewers something new each time they view the page, including GIS data posted to the BLM website for self-service data acquisition.

- Public Service Announcements: via radio, newspaper, TV, etc.

- Traditional Brochures and Guides

BLM_0024842

*Attachment C*

# *Enforcement Plan*

Currently, law enforcement coverage is provided by BLM Rangers. Enforcement actions are typically in response to complaints, and patrols are conducted on a periodic basis depending on priorities throughout the GJFO. Partnerships with local businesses and organizations will be encouraged to promote safe and responsible use of public lands. Volunteer groups may assist with monitoring, public education, and special events.

Goals for a successful enforcement plan include:

- Increasing the presence of BLM law enforcement staff and BLM law enforcement in the area. BLM park rangers will conduct high profile, routine patrols in the area to educate users about laws and regulations. They may initiate emergency or law enforcement response simply by being first on-scene;

- Improving and expanding interagency cooperation in the area;

- Concentrating efforts on high use periods, such as weekends and holidays;

- Focusing targeted enforcement in "hot spots;"

- Increasing enforcement capacity, including the use of new technology;

- Supporting volunteer efforts to educate the public on rules and etiquette; and

- Encouraging educational and monitoring efforts by volunteer user groups and citizen-based education groups, which can leverage formal law enforcement efforts. Volunteer user groups will educate users on rules and etiquette for the area.

BLM_0024843

*Attachment D*

# *Rehabilitation Plan*

As determined as necessary, Rehabilitation actions will be determined according to the following considerations:

1. Where route use is currently visible -
   a. Sign as closed and allow to naturally re-vegetate, or
   b. Sign as closed and reclaim through appropriate reclamation methods, use native seed blend as a priority (assure that proper site specific survey has been complete), or
   c. Sign route as closed, place a berm or other barrier and leave to natural re-vegetation.
   d. Barriers will be placed in areas deemed necessary.
   e. Sign route as closed and reclaim the portion that is visible from open routes, and allow the rest to reclaim naturally.
   f. Sign route as closed and reclaim the entire route.
2. Where route use is not currently visible and appears to be naturally reclaiming -
   a. Leave route to natural re-vegetation
   b. Sign route as closed and leave to naturally reclaim.
3. Resource concerns (hydrology, cultural, etc.) are present and correlated with the disturbance, choose from the following options
   a. Sign route as closed, place a berm or other barrier and leave to natural re-vegetation.
   b. Barriers will be placed in areas deemed necessary.
   c. Sign route as closed and reclaim the portion that is visible from open routes, and allow the rest to reclaim naturally.
   d. Sign route as closed and reclaim the entire route.

## Reclamation Standards

The following reclamation standards will be followed:
   a. Routes identified for closure will not alter natural hydrologic function and condition of the affected watershed (e.g., closed routes will not divert runoff from natural drainage patterns).
   b. Disturbed areas will be fully re-contoured and re-vegetated with BLM-preferred seed mixtures.
   c. Seeding will be done where necessary to aid rehabilitation of closed routes. Appropriate native seed mixtures will be selected for each site based on site conditions. Reclamation techniques include ripping the surface with a tractor to break up compacted soil and allow rain retention. Broadcast seeding will be done prior to winter. Some areas will be fenced to prevent disturbance and allow for grazing rest during the first two growing seasons. This technique is typically used near main roads where camping or parking may occur.

BLM_0024844

d.  BLM will utilize native material such as rock and large woody debris to the greatest extent practicable in combination with manufactured stormwater structures (e.g., silt fence and straw waddles), and mechanical erosion control techniques (e.g., ripping and pocking) to minimize erosion and facilitate site stability.

e.  Reclamation techniques for routes in Wilderness, Wilderness Study Areas, and Lands with Wilderness Characteristics will be specifically planned to return the area to its original condition in the shortest amount of time.

f.  Weed and vegetation treatment control measures will be implemented as needed to promote re-vegetation with native plants, prevent any new weed establishment, and control of existing weed sources.

**Reclamation/Rehabilitation Techniques and Rationale for Selection**

Reclamation/Rehabilitation actions will be undertaken according to the methods described below. Options are presented below in order of lowest to greatest level of ground disturbance, and are categorized between manual and mechanical techniques.    Manual techniques can be implemented with basic hand tools while mechanical techniques require the use of mechanized or motorized equipment.

Manual Techniques:

- Passive: Allow the route to naturally reclaim without any signing, ground disturbance, or replanting of vegetation. This method is proposed in lightly used areas and on routes where restoration is already occurring. The goal is to avoid attracting attention by not signing or fencing these lightly used routes. This is the least obvious method of closure, least costly to BLM, and provides a high degree of naturalness when successfully implemented.

- Sign only: This method applies mainly to upland routes in lightly used areas and is proposed on routes in lightly used areas and/or in areas where compliance with signage is expected to be good. The signage can be removed to complete the rehabilitation process.

- Hand rake out tracks only: This applies mainly to sand washes where erasing the evidence of use in lightly used areas may be enough to prevent attracting future use. This is very light on the land and provides a high degree of naturalness when done. The goal is to avoid attracting attention, and thus use, on these lightly used routes. Monitoring and raking is required to ensure effectiveness and may be required for up to one year.

- Rake out tracks and sign: This method applies mainly to sand washes in lightly used areas. A sign reinforces the closure by placing physical notice for visitors and to assist law enforcement. This method is low cost to BLM and provides a moderate degree of naturalness when done. A downside to this method is the potentially high number of closed signs that can accumulate in a given area and the perception that many routes are being closed, leading to vandalism. Monitoring is required to ensure effectiveness. Signage can be removed to complete the rehabilitation process.

BLM_0024845

- Fence and sign/fence only: This method applies to both upland and dry wash routes. This type of closure has little ground disturbance and is used in areas where fence cutting would be expected to be minimal. Generally, the fence type would be T-post and four strand smooth wires with reflectors; however, the fence type could be increased to pipe rail/steel rail as needed while still maintaining a small footprint at the beginning or end of the route. Fencing and signs can be removed to complete the rehabilitation process.

- Vertical mulch with berm/fence and sign: This method works in upland areas where occasional use of the route in lightly used areas prevents natural restoration. A sign provides physical notice and assistance to law enforcement. A T-post and four strand smooth wire fence works best when the fence is placed in an area where bypassing it is difficult. Combined with a sign and/or fencing, actively placing cuttings of cactus, transplanted bushes, and scattering juniper duff in the wheel tracks may be enough to prevent use. Placement of plants in the closed route to the visible horizon minimizes cost and ground disturbance. Native seed mixtures may also be applied to enhance the effectiveness of rehabilitation.

- Barriers (fences, brush, plants, and boulders): Physical blockades constructed to prevent the passage of vehicles. The only manual type of fencing would be wire fencing.

Mechanical Techniques:

- Berm with signs: This method would be applied in upland areas where a berm cannot be bypassed. This type of closure has less ground disturbance since soil is only moved to create a berm at the beginning or end of the closed route. Signage provides physical notice to visitors and assistance to law enforcement. The berm stands as an indicator of closure if the sign is removed, providing additional notice to visitors. After the route has restored, berms can be removed or flattened to complete the rehabilitation process.

- Rip/harrow: A more expensive, but effective way to eliminate route use and expedite vegetation regrowth. These techniques are necessary in high use areas where use is likely to continue on a route if not made completely obvious that the route is being restored. One hundred percent of the closed route surface is disturbed by this method. A tractor-towed disc harrow or a finger-type winged ripper mounted on a tractor or bulldozer would be the typical equipment used. Benefits include reduced soil compaction and improved seed germination and establishment. Drawbacks to these methods are: (1) significant plant growth (20% cover) may take up to five years; (2) no regrowth may occur if barriers are bypassed and use continues on the ripped road bed; (3) the complete removal of existing vegetation resulting in a temporarily prominent disturbed area; (5) increased likelihood of invasive weed infestation, and (5) possible disturbance of undiscovered buried cultural resources. Under this method, soils would be ripped or harrowed to a depth of 18 – 24 inches. Preferably compacted soils will be ripped in two passes at

BLM_0024846

perpendicular directions to a minimum depth of 18-24 inches, at a furrow spacing of no more than 2 feet.

- Barriers: Physical blockades constructed to prevent the passage of vehicles. Types can be earthen mounds, wire fence, pipe rail fence, post and cable fence, concrete wall sections (also referred to as Jersey or K-rail barriers), or free standing steel structures commonly referred to as Normandy barriers.

**Programmatic Objectives/Considerations – Reclamation/Rehabilitation Standards**

The following reclamation/rehabilitation principles will be considered when determining the most effective reclamation/rehabilitation strategy:

a. Routes identified for closure will not alter natural hydrologic function and condition of the affected watershed (e.g., closed routes will not divert runoff from natural drainage patterns).

b. Where appropriate to meet visual, hydrologic, and soil objectives, disturbed areas would be fully re-contoured and re-vegetated with BLM-preferred seed mixtures.

c. Seeding will be done where necessary to aid rehabilitation of closed routes. Areas reclaimed with ground disturbing activities such as raking, berming, ripping, and harrowing would likely require seeding following disturbance, especially in low elevation areas (below 6,000 feet), or in areas with weed infestations. Appropriate native seed mixtures will be selected for each site based on site conditions. Reclamation techniques include ripping the surface with a tractor to break up compacted soil and allow rain retention. Before reseeding, all surfaces should be scarified and left rough. If more than one season has elapsed between final seedbed preparation and seeding, and if the area is to be broadcast-seeded or hydroseeded, this step should be repeated within 24 hours before seeding to break up any soil crust. Broadcast seeding will be done prior to winter. Some areas will be fenced to prevent disturbance and allow for grazing rest during the first two growing seasons. This technique is typically used near main roads where camping or parking may occur. In areas of challenge or low reclamation potential on steep slopes, seedbed prep techniques may include pocking/pitting to form microbasins scaled to the site and materials. These microbasins should be constructed in irregularly spaced, irregularly aligned rows oriented perpendicular to the natural flow of runoff down a slope. Other than such depressions created to support reclamation success, no depressions should be left where water could pond, with the following exceptions: terminal stormwater containments designed to silt in over time; other stormwater/snow storage basins. BMPs such as hydromulch, blankets/matting, wattles, etc. may also be required.

d. BLM will utilize native material such as rock and large woody debris to the greatest extent practicable in combination with manufactured stormwater structures (e.g., silt

BLM_0024847

fence and straw waddles), and mechanical erosion control techniques (e.g., ripping and pocking) to minimize erosion and facilitate site stability.

e. Reclamation techniques for routes in Wilderness, Wilderness Study Areas, and Lands with Wilderness Characteristics will be specifically planned to return the area to its original condition in the shortest amount of time.

**Weed Management Considerations**

- All heavy equipment used for reclamation work should be cleaned prior to use to reduce the potential for introduction of noxious weeds or other undesirable non-native species.
- Evaluate the need for pre-closure roadside treatments to target invasive species in the roadbed or along the shoulders of roads.
- As needed, implement weed control measures on re-seeded routes to promote survivability and competition by seeded species.
- Prioritize reclamation weed treatments based on likelihood of success, available funding, and available treatment resources.
- Plant species that are good competitors against weeds (native or non-native).

**Vegetative Community Considerations**

- Lower elevation sagebrush
- Upper elevation sagebrush
- Desert shrub
- Pinyon
- Potentially rest or protect treated areas from grazing (example: temporarily fence seeded area)

**Wildlife Habitat Considerations**

For some wildlife species simply closing routes and reducing disturbance is sufficient to minimize impacts. For other species the physical presence of the route limits use by fragmenting habitat patches and creating edge effect which may encourage use by competing species or predators.

Rehabilitation efforts should be prioritized base on the sensitivity of species to the physical presence of the road, and the overall rarity of the species. The following priorities are expected in the short term, but may change over the life of the plan

- Occupied greater or Gunnison sage-grouse habitat
- Potential greater or Gunnison sage-grouse habitat
- Routes within designated critical habitat for federally listed species
- Routes within habitat for BLM sensitive species
- Routes that are unlikely to reclaim and return to usable habitat without human intervention

BLM_0024848

## Aquatic Considerations

Simply closing routes does not necessarily reduce erosion and sedimentation impacts to aquatic habitats/species. In the absence of active rehabilitation, several factors play into closures benefitting aquatic habitats including:

- *Elevation*
  - Higher elevation areas generally have better natural rehabilitation capability based primarily on increased precipitation. Lower elevation areas are less likely to rehabilitate on their own and in the absence of active rehabilitation, might be prone to increased erosion/sedimentation vs. being left open with at least some potential for periodic maintenance.
- *Aspect*
  - North aspects generally have better natural rehabilitation capability based on moisture retention.
  - South facing aspects generally have less potential based on moisture retention.
- *Slope*
  - Slopes less than 30% have a better chance for natural rehabilitation.
  - Slopes greater than 30% have less chance for natural rehabilitation.
- *Proximity to drainage/stream*
  - Distance to aquatic habitats factors into erosion and sedimentation impacts and concerns - the further the route is away from drainages, the less impactful it is likely to be.
- *Upland and Riparian Vegetation Condition*
  - Upland vegetation located between routes and hydrologic features that are meeting Land Health Standards and are in good condition serve to help buffer erosion and sedimentation impacts.
  - Riparian vegetation that is meeting Proper Functioning Condition or preferably is in climax or late seral condition provides a buffer to the impacts of erosion and sedimentation associated with routes.
  - Otherwise, some level of rehabilitation to help reduce or eliminate erosion and sedimentation concerns is needed to really benefit aquatic species and habitats associated with the closure of routes.
  - Proper periodic maintenance is key to reducing the effects of erosion and sedimentation to aquatic habitats/species

## Recreation Considerations

Effective reclamation of closed routes is important for meeting a variety of recreation management objectives, including:

- attainment and maintenance of physical and social settings that support prescribed recreation activities and outcomes in ERMAs and SRMAs;
- reduction of visitor confusion resulting from un-marked non-system routes;
- increased visitor safety through reclamation of unsafe non-system routes; and
- reduced sign installation and maintenance costs associated with un-rehabilitated closed routes.

BLM_0024849

In general, route closures for recreation are most effective when the designated route system provides the desired recreation activity and outcome opportunities, and closed routes are completely naturalized to eliminate the visual remnants of the former route. Therefore, route closures will be most effective when any route system redesigns or reroutes are completed prior to implementation of route rehabilitation efforts. Whenever possible, closed routes should be naturalized on all portions of the route visible from designated system routes. This reduces the need for signage, and the temptation for recreationists to use former routes. Naturalization of closed routes also enhances the naturalness component of an area's physical setting characteristics, which can be important in attainment of recreation outcomes in SRMAs.

While naturalization of closed routes is generally preferred, the full suite of route closure options should be considered to account for the variability of terrain and circumstances throughout the field office.

Prioritize rehabilitation in SRMAs and ERMAs.

**Cultural Considerations**

Standards:
- Rehabilitation of closed routes will only occur after Section 106 of the National Historic Preservation Act has been completed for the portions of the route where surface disturbing rehabilitation methods will be employed (versus portions of routes where natural re-vegetation will be allowed).
- In accordance with the rehabilitation options, cultural resource surveys will be conducted for the following:
  - At least 500 ft. of the length of the road (or section to be rehabilitated) will be inventoried where closure actions follow numbers 4, 5, and/or 7 of the rehabilitation actions.
  - Cultural inventories will be completed for closure sign posting locations.
  - Cultural resource surveys will be conducted for reclamation of an entire road when ground disturbing methods for reclamation will be used.
  - Before new proposed routes, open areas, and locations where concentrated travel may occur are designated, the Section 106 process will be completed.
- Areas for cultural resource inventory should be prioritized based on the proposed rehabilitation method; areas proposed for ground disturbing methods should be surveyed as a higher priority than areas where rehabilitation will not affect subsurface deposits.
- Routes that are planned for closure and qualify as eligible or potentially eligible historic trails should be rehabilitated in such a way as to not diminish the integrity of the resource.

Priorities:
1. Rehabilitate designated as closed routes that are directly and adversely impacting known eligible and potentially eligible cultural resources (route in or through site, site proximate to route, route terminus at site, area of Tribal significance, site on National Register of Historic Places, or historic trail).

BLM_0024850

2. Rehabilitate designated as closed routes that are indirectly impacting known eligible and potentially eligible cultural resources (site proximate to route, visible or nuisance sites, or area of Tribal significance).

**Riparian Considerations**

Reclaim abandoned portions of relocated roads that pass through or are adjacent to riparian zones back to natural conditions. Recontour routes back to natural slopes as feasible, rip compacted soils (except for in close proximity to desirable trees), and seed disturbed areas (VRW-24).

During reclamation activities locate project staging areas for refueling, materials, and operating supplies outside of riparian and wetland areas.  Also minimize surface disturbance and vegetation removal and avoid damage or removal of large woody vegetation such as willows and cottonwoods.

Route closure fences should not be placed immediately on the edge of riparian areas.  Place fences away from riparian or wetland areas and cross streams as close to perpendicular as possible.

BLM_0024851

*Attachment E*

# *Monitoring Plan*

As required in 43 CFR §8342.3 (Designation changes): "The authorized officer shall monitor effects of the use of off-road vehicles. On the basis of information so obtained, and whenever the authorized officer deems it necessary to carry out the objectives of this part, designations may be amended, revised, revoked, or other actions taken pursuant to the regulations in this part."

A monitoring plan would be prepared and would include the measures for route closures and rehabilitation of impacted areas, levels, and types of uses. Natural resource conditions, such as soil erosion, spread of noxious weeds, and impacts to vegetation, would be monitored.

The success of the GJFO TMP is best determined through monitoring and evaluation. BLM will develop and implement a monitoring and evaluation program for the area. It will be designed to identify and address emerging issues that may adversely impact resources or visitor experience. The monitoring data will be used to evaluate implementation progress and the effectiveness of the TMP in achieving desired outcomes and conditions, and to identify adaptive measures should adverse impacts be discovered. The monitoring effort will identify specific actions, including timeframes, methods, and anticipated resource needs for environmental monitoring.

Consider seasons of use when monitoring.

The evaluation and monitoring program will be used for the following:

- To determine if resource and resource use objectives are being met;

- To determine visitor satisfaction;

- To determine use patterns and volumes;

- To determine the condition of roads and trails, the condition of public use areas, and compliance with planned designations and use restrictions; and

- To determine efficacy of cross-jurisdictional enforcement.

Limits of Acceptable Change indicators, or triggers, requiring adjustments to this management plan are as follows:

- Desired recreation experiences over a five year period are not being met as determined by surveys, visitor sign-in logs, or other data-gathering processes conducted in the planning area;

- Unauthorized routes, whether created by motor vehicle or non-motorized means, cannot be rehabilitated at the same rate as their creation with available funding or personnel;

- Priority or Special Status species habitat conditions are in a downward trend over a five year period, and it is determined to be a result of recreation or travel impacts;

BLM_0024852

- Riparian condition trend is not improving over a five-year period, and it is determined to be a result of recreation or travel impacts; and

- Visitor safety and assumed risk for non-shooters is determined by BLM to be unacceptable as determined by data collection and surveys conducted in the planning area.

- Riparian condition trend is not improving over a five-year period, and it is determined to be a result of recreation or travel impacts; and

- Visitor safety and assumed risk for non-shooters is determined by BLM to be unacceptable as determined by data collection and surveys conducted in the planning area.

Some features of the monitoring plan will include:

- BLM employees and volunteers will be trained in the use of monitoring tools (e.g., monitoring forms, mobile digital devices, GPS units, and cameras) and protocols necessary for the collection and documentation of needed monitoring data.

- Photo-monitoring points will be established in key locations to monitor implementation actions and their effectiveness. For example, photo points can be established to monitor where cross-country travel has occurred, activity on "closed" routes has occurred, success of rehabilitation projects, extent of erosion mitigation areas as well as areas of good road quality for future reference. Photo monitoring points will be documented using GPS, and a monitoring schedule will be established;

- The monitoring data collected will be used to assess the effectiveness of the plan and associated implementation actions;

- "Closed" routes would be monitored for indications of use, rehabilitated routes will be monitored to determine effectiveness of seeding and water drainage, and sign conditions will be monitored within the planning area. Modifications to the plan would be considered if monitoring indicates that the goals and objectives are not being met;

- Visitor use data will be collected, compiled and analyzed to determine representative use patterns and trends on routes throughout the GJFO. Visitor use data will be collected primarily through the use of electronic traffic counters placed along routes or at primary access points.

- Recreation demand and preference data will be assessed through visitor surveys as funding and staffing allow;

- Upland health assessments will be conducted as warranted;

- Riparian health assessments will be conducted every 3 to 5 years;

- To maintain simplicity, hard copy binders backed up with digital data will be created and stored for a period of ten consecutive years. After ten years, only select photos and data will be retained for long term monitoring; and

BLM_0024853

- Management changes may occur based on monitoring or related data. Several different kinds of limitations, including vehicle numbers, types, use times or seasons, permitted use, designated routes, and other limitations necessary to meet land use plan objectives, may be implemented as necessary. The public would be notified of such changes.

BLM_0024854

*Attachment F*

# *Engineering Plan*

Transportation system roads and trails are classified by maintenance levels specified in BLM Manual Handbook H-9113-2.

BLM Route Maintenance Intensities provide guidance for appropriate "standards of care" to recognized routes within the BLM. Recognized Routes by definition include Roads, Primitive Roads, and Trails carried as assets within the BLM Facility Asset Management System (FAMS).

**Facility Asset Management System**

All roads, trails and related facilities and infrastructure will be entered into the FAMS. FAMS is a tabular engineering database that does not have a spatial component, but the attribute fields for BLM Roads in GJFO will be linked to attribute data stored in FAMS similar to the way it had been linked to Facility Information Management System data in the past.

**Condition Assessments**

Condition assessments will be conducted for roads and trails in the planning area on a priority basis and in accordance with standards and guidelines currently described in IB-2000-005, *Road and Trail Condition Assessments*. The results of these assessments will be reviewed by the state engineering staff and, if approved, will be used to update the FAMS database. These updates will be linked to the appropriate data in GIS.

**Routes Defined**

BLM transportation guidance provides definitions for transportation routes, including roads, primitive roads, and trails, and the maintenance intensity classes for transportation assets. These definitions are used in the Grand Junction TMP.

    a.  Road: A linear route declared a road by the owner, managed for use by low-clearance vehicles having four or more wheels, and maintained for regular and continuous use.

    b.  Primitive Road: A linear route managed for use by four-wheel drive or high-clearance vehicles. Primitive roads do not normally meet any BLM road design standards.

    c.  Trail: A linear route managed for human-powered, stock, or OHV forms of transportation, or for historical or heritage values. Trails are not generally managed for use by four-wheel drive or high-clearance vehicles.

**Functional Class**

Functional classes indicate the relative importance of a route's transportation and access functions, and are the basis for geometric design standards and maintenance guidelines. The functional classifications are determined according to guidance in *BLM Manual 9113 Roads*. Functional class is defined by collector roads, local roads, and resource roads.

Collector Roads are the highest standard of BLM road. They provide primary access to large blocks of land and connect with or are extensions of a public road system. Collector roads accommodate mixed traffic and serve many uses. They generally receive the highest volume

BLM_0024855

of traffic within the BLM road system. User cost, safety, comfort, and travel time are primary road management considerations. Collector roads usually require application of the highest standards used by BLM. As a result, they have the potential for creating substantial environmental impacts and often require complex mitigation procedures.

Local Roads normally serve a smaller area than collector roads and connect to collector roads or public road systems. Local roads receive lower volumes, carry fewer traffic types, and generally serve fewer users. User cost, comfort, and travel time are secondary to construction and maintenance cost considerations. Low volume local roads in mountainous terrain, where operating speed is reduced by effort of terrain, may be single land roads with turnouts.

Resource Roads are usually spur roads that provide point access and connect to local or collector roads. They carry very low volume and accommodate only one or two types of uses. Use restrictions are applied to prevent negative interactions between users needing the road and users attracted to the road. The location and design of these roads are governed by environmental compatibility and minimizing BLM costs, with minimal consideration for user cost, comfort, or travel time.

Most of the routes in the planning area are designated as Resource Roads, unpaved, single lane, with very low traffic volume (Average Daily Traffic $\leq$150 vehicle passes) and very low traffic speeds.

**Maintenance Intensities**

- Maintenance Intensities provide consistent objectives and standards for the care and maintenance of BLM routes according to identified management objectives. Maintenance Intensities are consistent with land-use planning management objectives (for example, natural, cultural, recreation setting and visual).

- Maintenance Intensities provide operational guidance to field personnel on the appropriate intensity, frequency, and type of maintenance activities that should be undertaken to keep the route in acceptable condition and provide guidance for the minimum standards of care for the annual maintenance of a route.

- Maintenance Intensities do not describe route geometry, types of route, types of use, or other physical or managerial characteristics of the route. Those items are addressed as other descriptive attributes to a route.

- Maintenance Intensities provide a range of objectives and standards, from "identification for removal" through frequent and intensive maintenance.

- Level 0 routes are existing routes that will no longer be maintained and no longer be declared a route. Routes identified as Level 0 are identified for removal from the transportation system entirely.

- Level 1 routes require minimum, low intensity maintenance to protect adjacent lands and resource values. These roads may be impassable for extended periods of time.

- Level 3 routes require more moderate maintenance due to low volume use, such as seasonal or year-round for commercial, recreation, or administrative access. Maintenance Intensities may not provide year-round access but are intended to provide resources appropriate to maintain a usable route for most of the year.

BLM_0024856

- Level 5 routes require high, maximum intensity maintenance due to year-round needs, high-volume traffic, or significant use. The Level 5 designation may also include routes identified through management objectives as requiring high intensities of maintenance or to be maintained and kept open on a year-round basis.

- The proposed maintenance intensity class will be developed for each route in the planning area. These will provide the basis for updating the FAMS database for the project area. Under BLM policy, transportation maintenance and repairs may be conducted on BLM routes on a case by case basis depending on need and following NEPA analysis.

BLM_0024857

*Attachment G*

# Zone L (North Desert) Route Designation Considerations

Zone L (North Desert) proved to be one of the most challenging zones to consider, both for the BLM and for the public, due to its route density.  Through public comment and further interdisciplinary consideration, the BLM determined that a different process was needed to make effective planning decisions for this zone.

Following completion of the rest of the TMP, the BLM will undertake a specific planning process for this area and will allow the use of existing routes within the boundary of this zone until individual routes are designated within this area.

Maps will be made available that show the network of existing routes. These maps will be updated on a yearly basis until the designation process is completed. Thereafter, updates to the maps will be made available online as changes are made to the network, and new maps will be published periodically, as needed.

**Designation Process:**

Routes will be designated on the ground with the assistance of user groups once thresholds for sensitive resource values (soils, wildlife, special status plants) have been determined, after any necessary NEPA process has been completed. The following steps will need to be completed in order to move forward with route designations:

1.  Highlight key avoidance areas or areas where route reductions in density would be necessary in order to move toward achieving biologic, ecologic, and cultural resource objectives.

    a.  Close routes directly impacting sensitive areas.

2.  Break Zone L into sub-zones and collect representative hill-slope and road erosion rates to run RHEM and WEPP models or similar model if technology improves (note that routes eliminated through step 1 would be included in this effort unless they were reclaimed prior to designation).

    a.  Identify sub-zones needing route reductions based on modeling results.

    b.  Identify zones where it would be appropriate for new routes to be added if other resource values and recreation objectives could also be achieved.

3.  Inform user groups of the process for route designation and key resources that need to be protected (biology, soil, water, archaeology, and recreation experience).

    a.  Work with user groups to identify user needs and prioritize routes in Zone L.

    b.  Routes eliminated through step 1 would not be available routes for prioritization.

4.  Priority routes identified by user groups that meet recreation objectives and do not conflict with resource values, and meet minimum BLM requirements for intended use would be designated.

    a.  Maintenance on routes would be prioritized based on the intensity of degradation resulting from the route and by user group priority ranking.

BLM_0024858

Reclamation work for non-sustainable routes designated for closure would also be prioritized based on the intensity of degradation and to reduce confusion with open routes. Table 1, Route Designations in Miles by Alternative, summarizes the proposed route designations for motorized, Bicycle, horse, and foot travel by alternative. Detailed travel management zone maps that display each route's proposed designation by alternative are provided at http://www.blm.gov/co/st/en/fo/gjfo/rmp/rmp.html.

**Additional Objectives to be used for Route Designation in Zone L**

1. Meet Public Land Health Standards  1, 2, 3, 4 , and 5
   a. Standard 1:  Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes.
   b. Standard 2:  Riparian systems associated with both running and standing water function properly and have the ability to recover from major disturbance such as fire, severe grazing, or 100-year floods.
   c. Standard 3:  Healthy, productive plant and animal communities of native and other desirable species are maintained at viable population levels commensurate with the species and habitat's potential.
   d. Standard 4:  Special status, threatened and endangered species (federal and state), and other plants and animals officially designated by the BLM, and their habitats are maintained or enhanced by sustaining healthy, native plant and animal communities.
   e. Standard 5: The water quality of all water bodies, including ground water where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado.
2. Water
   a. Manage to maintain or contribute to long term improvement of surface and groundwater quality.
   b. Promote geomorphic balance.
   c. Minimize salt and sediment production to "natural" background rates.
   d. Preserve/promote soil productivity.
   e. Preserve watershed function in capture, retention, and release of water in quality, quantity, and time to meet ecosystem and human needs.
3. Wildlife and Plants
   a. Within Mule Deer Severe Winter Range and Pronghorn Antelope Winter Concentration area, reduce route density to less than or equal to 2 miles of road per square mile.
   b. Ensure that Public Land Health Standards 3 for plant and animal communities, and 4 for Special Status and Threatened & Endangered species, are being met or moving towards meeting Standards.
4. Cultural
   a. To minimize ongoing or potential impacts to cultural sites that are eligible or potentially eligible for listing on the National Register of Historic Places (NRHP), close and/or re-route routes that are inside or pass through eligible or potentially eligible cultural sites, or identify mitigation necessary to protect sites
   b. To minimize the potential for vandalism or surface collection, reduce number of routes in proximity to known cultural sites, minimize impacts to site integrity of setting and feeling.

BLM_0024859

    c. To minimize the potential for impacts to sites, reduce density of routes in areas known to be of high expected cultural resource density or areas of high value to the cultural program or Tribes

    d. Use VRM and recreation (or management) objectives to minimize impacts to site integrity (maintaining the visual, audible, and setting characteristics of sites

    e. To minimize ongoing or potential impacts to historic trails identified as eligible or potentially eligible for listing on the NRHP, identify mitigation to protect the historic integrity of routes, if necessary.

5. Recreation

    a. Provide visitors with opportunities to participate in motorized OHV recreation (motorcycle, ATV, UTV, full-sized 4x4 vehicles) on a variety routes designated for different motorized uses (e.g., motorcycle, ATV/UTV, and full-size vehicles) that link the desert terrain on the north side of the Grand Valley from Grand Junction and Fruita to Rabbit Valley and the Utah Rims trails and provide multiple long-distance motorized loop opportunities.

    b. Minimize the negative interactions between users and livestock operations through route designation and future new route design; providing appropriate access for rangeland management.

    c. Promote positive user interactions between user groups; providing appropriate access for public and commercial operations.

    d. Ensure route connectivity between the North Desert ERMA and the Grand Valley OHV SRMA (open OHV area).  Allow higher route density along the ERMA's interface with the Grand Valley OHV SRMA at 27 ¼ Road, with route density generally decreasing as the trail system extends to the northwest toward 25 Road and 21 Road.

*Attachment H*

# *CULTURAL RESOURCES*

BLM is satisfying the requirements of Section 106 of the National Historic Preservation Act (NHPA), 16 U.S.C. § 470f, for the travel and transportation management decisions relating to the Grand Junction Field Office Resource Management Plan pursuant to Attachment F to the *State Protocol Agreement Between the Colorado State Director [SD]of the Bureau of Land Management [BLM] and the Colorado State Historic Preservation Officer [SHPO] Regarding the Manner in which the BLM will Meet its Responsibilities Under the National Historic Preservation Act [NHP] and the 2012 National Programmatic Agreement [National PA] among the BLM, the Advisory Council on Historic Preservation [ACHP], and the National Conference of State Historic Preservation Officers [NCSHPO]* (Protocol). The Protocol, which supplements the National Programmatic Agreement between BLM, Advisory Council on Historic Preservation (ACHP), and the National Conference of State Historic Preservation Officers, adopts an alternate procedure for compliance with Section 106 of the NHPA as allowed under 36 C.F.R. § 800.14(b). Attachment F recognizes that BLM's designation of routes and areas is an undertaking triggering compliance with Section 106 of the NHPA, and that BLM must complete the Section 106 requirements as part of route designation during the planning process. Attachment F specifically outlines how BLM will comply with the requirements for Section 106 for Comprehensive Travel and Transportation Management Planning. As described in Attachment F, "selection of specific route networks and imposition of other use limitations, will avoid impacts on cultural resources where possible. In accordance with 43 CFR 8342, existing cultural resource information must be considered when choosing among the range of alternatives for the design of a planning area travel system, including the potential impacts on cultural resource when determining whether each of the routes or areas in a planning area should be designated as open, limited, or closed." During the designation process, existing cultural resource information is considered when choosing among the range of alternatives for the design of a planning area travel system. A large number of existing routes and areas are designated in these planning efforts (Land Use Plans and Resource Management Plans). "Designation provides a purposefully designed and clearly delineated travel network, reduces the potential for user caused route proliferation, and facilitates travel management law enforcement", all of which are helpful in reducing adverse effects to historic properties.

The steps set forth in Attachment F establish a phased process for the identification, evaluation, and resolution of potential adverse effects to historic properties eligible for or listed on the National Register of Historic Places. The area of potential effect (APE) that is subject to inventory will be determined by the cultural resource specialist as defined by 36 CFR 800.16(d). When defining the APE, the BLM will consider potential direct, indirect, and cumulative effects to historic properties. The Attachment's phased process for identification is broken down into three steps: 1) planning; 2) route development; and 3) route maintenance. During the planning phase, existing cultural resource data obtained from the most recent Class 1 overview of the planning area (Grand River Institute 2011) along with known areas of higher use or concentration of travel will be used to determine priority areas for Class III cultural resource inventory. The SHPO, interested Native American Tribes, and other consulting parties are consulted during planning and invited to participate in the development and implementation of identification, monitoring, and treatment options according to the Colorado State Protocol in association with the National Programmatic Agreement. During the route development phase when Class III inventory is being completed, if BLM identifies historic

BLM_0024861

properties that are eligible for or listed on the National Register of Historic Places that are affected, BLM will identify ways to avoid, minimize or mitigate such adverse effects, and outline treatment procedures. The types of avoidance, minimization or mitigation may include fencing, site testing or excavation, signing, route realignment, or possibly route limitation or closure. The third phase focuses on conducting Class III inventories, as necessary, for those areas identified during the planning phase as being the lowest priority inventory areas with designated routes.

For the GJFO RMP travel and transportation management planning process, BLM has identified existing routes throughout the field office and examined the routes to determine appropriate designation based on public need and known natural and cultural resource concerns. BLM utilized current cultural resource inventories and assessments to determine potential cultural resource concerns on a route-by-route basis. The designated routes identify cultural resource concerns along with any other issues or rationale for the route designation, which are reflected in the Route Designation Reports. During the GJFO RMP designation process, the type of use on 402 routes was changed based partially or completely on cultural resource concerns. BLM has withheld from public disclosure sensitive cultural resources associated with routes even though BLM considered such information during the designation process. During the RMP phase, the GJFO consulted with the SHPO and interested Native American tribes and incorporated the commented received into our Proposed RMP. Once the RMP is finalized the GJFO will move into the phased identification process to determine priority areas for Class III cultural resource inventory. A priority list of designated routes that require Class III cultural resource inventory will be completed based on the implementation plan and implementation priorities. The remaining phases will follow the steps of the Attachment as described above. For those routes that BLM determines may have adverse effects impacts on cultural resources eligible for or listed in the National Register of Historic Places, the GJFO will consult with the SHPO, interested Native American tribes, and other interested parties to determine means to avoid, minimize or mitigate such adverse effects on a case-by-case basis.

BLM_0024862

*Attachment I*

# *Trail Design Criteria*

The following criteria are used to determine suitable locations for new trails and trail reroutes within the Grand Junction Field Office management area. This document utilizes terminology from the "Recommended Standardized Trail Terminology for Use in Colorado." (COTI 2005)

These criteria are to be followed as guidelines. Not all of the criteria can be met on every segment of every trail. Their purpose is to help create sustainable, low maintenance trails that provide quality recreation experiences based on predetermined trail management objectives (TMOs). Specialty trails requiring higher maintenance may be allowed in appropriate locations.

**1. Know and nnderstand trail management objectives**. TMO's provide the framework for what the trail will look like, who will be using the trail, and how the trail will be managed. Different TMO's may allow different applications of the criteria below.

**2. Create loops and avoid dead end trails**. All trails should begin and end at a trailhead or another trail. A well-planned stacked loop trail system offers recreationists a variety of trail options. Easier, shorter loops are arranged close to the trailhead, with longer, more challenging loops extending further beyond the trailhead. Occasionally, destination trails to a point of interest will require an out and back trail, but only if they cannot be reasonably incorporated into a loop.

**3. Identify control points and use them to guide trail design and layout.** Control points are specific places or features that influence where the trail goes. Basic control points include the beginning and end of the trail, property boundaries, intersections, drainage crossings, locations for turns, and other trails.

> Positive control points are places where you want users to visit, including scenic overlooks, historic sites, waterfalls, rock outcroppings, lakes, rivers and other natural features or points of interest. If the trail does not incorporate these features, users will likely create unsustainable social trails to get to them.

> Negative control points are places you want users to avoid, such as low-lying wet areas, flat ground, extremely steep cross slopes or cliffs, unstable soils, environmentally sensitive areas, sensitive archaeological sites, safety hazards, and private property.

Knowing these control points provides a design framework. Try to connect the positive control points while avoiding the negative control points.

**4. Use cross slope and avoid flat ground whenever possible.** The trail tread should generally be aligned perpendicular to the cross slope and should utilize outsloped tread and frequent grade reversals to facilitate continuous drainage. This is the best way to keep water off the trail. However, outsloped tread is not always practical or desirable to meet recreation experience objectives. Use curvilinear design principles to create a trail that follows the natural contours of the topography, sheds water, blends with the surrounding terrain, and provides fun recreation opportunities.

BLM_0024863

The following grade guidelines will help determine appropriate tread locations.

➢ The Half Rule:  "A trail's grade shouldn't exceed half the grade of the hillside or sideslope (cross slope) that the trail traverses.  If the grade does exceed half the sideslope, it's considered a fall-line trail.  Water will flow down a fall-line trail rather than run across it.  For example, if you're building across a hillside with a (cross slope) of 20 percent, the trail-tread grade should not exceed 10 percent." (IMBA 2004)  Steeper cross slopes allow more flexibility for sustainable tread grades while flat or low angle cross slopes can be problematic.  There is an upper limit to this rule.  Sustaining a 24 percent tread grade, even on a 50 percent cross slope is unlikely.   Additionally, trail segments may break this rule on durable tread surfaces such as solid rock.

➢ The Ten Percent Average Guideline:  The average trail grade over the length of the trail should be 10 percent or less for greatest sustainability.  Short sections of the trail may exceed this, but the overall grade should remain at 10 percent or less.

➢ Maximum Sustainable Grade:  This is the upper grade limit for those short trail segments that push the limits of the previous two guidelines.  It is determined by a site-specific analysis based on TMO's, environmental conditions, and observations of existing trails – what's working, and what's not?

➢ Grade Reversals:  Frequent changes in the direction of tread grade (gentle up and down undulations) will ensure that water is forced off the trail at frequent intervals.

**5.  Locate trails in stable soils.**  Avoid clays, deep loam and soils that do not drain rapidly.  Consider season of use and type of use.  A trail on a south aspect will have greater usability and sustainability for winter use.  The capabilities of motorized vehicles to function in wet/muddy conditions make it imperative to avoid unstable or poorly drained soils.  Trails that are less likely to be used when wet may be located in less-desirable soils if necessary.  In western Colorado's arid environment, the best soil conditions for trails are those with high rock content.  Utilize slick rock for trail tread when possible.  Sand is acceptable in dry washes, but otherwise avoid sand.

**6.  Drainage crossings are key control points and should be selected carefully.**  Consider both the trail's impact on the drainage (erosion and sedimentation), and the drainage's impact on the trail (changing tread surface, water channeling onto trail).  The trail should descend into and climb out of the drainage to prevent water from flowing down the trail.  Avoid long or steep entries into drainages.  Design grade reversals into the trail on each side of the approach to minimize water and sediment entering from the trail.  Look for drainage crossings on rock.

**7.  Dry washes can be excellent travel ways.**  They are well defined, contain noise, and are periodically resurfaced by flowing water.  As long as the wash does not support riparian vegetation and has no major safety problems, like water falls, they are well suited to be part of a recreational trail system.

**8.  Avoid switchbacks.**  Switchbacks are difficult, time-consuming, and expensive to construct, and require regular maintenance.  Users often cut them, causing avoidable impacts.  Utilizing curvilinear design principles eliminates the need for most switchbacks.  Climbing turns are easier to construct and

BLM_0024864

maintain and utilize natural terrain features (benches, knolls, rock outcrops) to change the direction of a trail.

**9. Avoid ridge tops.** Ridge tops are often primary transportation corridors for wildlife, and were often used by Native Americans as travel routes. Noise from ridge top trails is broadcast over a wide area. Locate trails on side hills, off ridge tops, using ridges and watersheds as natural sound barriers to isolate noise.

**10. Use vegetation and other natural features to conceal the trail and absorb noise.** This can be difficult in a desert environment. Try to minimize the visual impact of the trail by following natural transitions in vegetation or soil type. A trail near the base of a slope or on rimrock is usually less visible than a mid-slope trail. Denser vegetation will hide a trail, lessen noise transmission, and can dissipate the energy of falling raindrops on the bare soil of the trail tread.

**11. Carefully design intersections to avoid safety problems.** When locating a bicycle or motorized vehicle trail be aware of sighting distance and sight lines. Collisions can be avoided if riders can see each other. Avoid four way intersections. Offsetting the cross traffic helps reduce speeds and reduces the risk of collisions.

**Sources:**

Off Highway Motorcycle and ATV Trails: Wernex,2nd edition, American Motorcycle Assoc. 1994

Off Highway Vehicle Trail and Road Grading Equipment, Vachowski, Maier, USDA Forest Service Missoula 9Technology and development Center 1998 Doc# 7E72A49

Mountain Bike Trails: Techniques for design, construction and Maintenance, McCoy Stoner, USDA Forest Service, Missoula Technology and Development Center

Recommended Standardized Trail Terminology for Use in Colorado, Colorado Outdoor Training Initiative (COTI). 2005

Tractor Techniques for Trailbed restoration, Hamilton, USDA Forest Service 1994

Trails 2000, Lockwood USDA Forest Service 1994

Trail Construction and Maintenance Handbook, Hesselbarth, Vachowski, USDA Forest Service (4E42A25-Trail Notebook) 2004

Trail Solutions, IMBA's Guide to Building Sweet Singletrack, International Mountain Bicycling Association (IMBA) 2004.

USDA Forest Service Travel Management Handbook, FS 2309.18

BLM_0024865

*Attachment J*

# *Trail Development Process*

## Introduction

The purpose of this document is to clearly define the process required to create new trails or modify existing trails across public lands managed by the BLM Grand Junction Field Office (GJFO), McInnis Canyons National Conservation Area (MCNCA), and Dominguez-Escalante National Conservation Area (DENCA.)  Trails provide a wide range of recreational opportunities throughout these management units.  Trails are also a tool used by the agency to provide those diverse recreational opportunities while minimizing impacts to natural and cultural resources.  Following the background information below is a step-by-step summary of the process for planning, designing, constructing, maintaining and monitoring trails that are legal, fun, functional and sustainable.

## The Process

For many years, the Bureau of Land Management has actively partnered with organizations and individuals in the Grand Junction area to design and construct many of the trails on public lands in and around the Grand Valley.   These trails help support a strong recreation-based infrastructure that makes this area a recreation destination, and an excellent place to live and play.  As the popularity of trail-based recreation has grown, so has the need to carefully manage those trails in order to protect recreation opportunities, as well as the many other resources found on local public lands.  Effective stewardship of public lands requires collaboration and communication between and among land managers and the many people who use and enjoy those lands.  To that end, the BLM recognizes the need to openly communicate the BLM's trail planning and construction process, as well as the BLM's current trail management strategy.

The BLM has worked with trail user groups to implement a trail planning and construction process which creates fun, functional and sustainable trail systems while protecting important natural and cultural resources.  Each trail or trail system proposal presents unique opportunities and challenges, but the basic steps for successfully navigating the process are described below.

**1. Formulate a trail proposal or concept.**  This is usually the easy part.  You've got an idea for a great new trail opportunity, or know of an existing trail that really needs to be fixed.  Avoid the temptation to grab a tool and start digging, or to simply start trampling in a new route.  Remember these are public lands managed for multiple uses.

**2. Share your idea with others.** Find other user groups who may have an interest in the area. Introduce yourself to these other players and begin to develop a relationship of open communication and trust.  A few key points to remember about building a constituency:

- **Look at the big picture.**  Public lands contain many different resources and have many different values to many different people.  Those differences require a broad and balanced management perspective.

BLM_0024866

- **Communicate effectively.**  Ask questions if the process, or another person's perspective, is unclear.  Listen carefully to others involved in the process.
- **Think creatively and collaboratively.**  Look for ways to partner with the agency and other user groups to provide the time, talent and funding necessary to move a trail proposal through the process.

**3.  Identify the purpose and need for the trail.**  Think about why your trail idea is important and what purpose it would serve.  The purpose of the trail is to …? The reason we need the trail is …? Write those ideas down.

**4. Contact the BLM office (or other agency) that manages the land you're interested in.**  Call or e-mail to set up an appointment to talk with someone (usually someone from the recreation program staff) about your idea.

**5. Know and understand the process.** Take some time to learn the details of the process summarized in this document.  A few key points to remember about the process:

- **Find the funding.**  Trails aren't cheap.  Use a trail project planning and budgeting worksheet to develop an accurate estimate of how much your project is likely to cost, then determine how those costs will be paid.
- **Be patient!**  The trail development process takes time (sometimes years.)  The end result will be worth it.
- **Be flexible.**  Changes are often necessary to address issues that arise during the process.
- **Learn more about trails.**  There are many great print and electronic media resources, as well as hands-on training opportunities, to learn more about trail planning, design, layout, construction, maintenance and monitoring.  See the reference section at the end of this document.
- **Determine current management direction.**  Work with BLM staff and/or other trail partners/organizations to identify laws, management plans, policies, and special designations that may affect the trail proposal.  Some of the management components that will likely be involved with trail proposals include:

    o  **National Environmental Policy Act (NEPA)** – the law that guides any proposed action on Federal lands.
    o  **National Historic Preservation Act (NHPA)** – the law that guides land managers to consider and protect cultural resources.
    o  **Endangered Species Act (ESA)** – the law that guides managers to protect listed threatened and endangered species.
    o  **Resource Management Plan (RMP)** – provides general management guidance for all resources within the Field Office and NCAs.  The recreation section of an RMP will define what types of recreation opportunities are targeted for different areas within the Field Office or NCAs.
    o  **Recreation Management Plans** – provide specific recreation management direction for areas. Recreation Management Plans are based on the recreation objectives in the Resource Management Plan.
    o  **Special area designations**

BLM_0024867

- **Recreation Management Areas (RMAs)** – areas where specific recreation management guidance has been developed in the Resource Management Plan. These include Special Recreation Management Areas (SRMAs) and Extensive Recreation Management Areas (ERMAs).
- **Areas of Critical Environmental Concern (ACEC)** – areas where specific resource concerns have been identified, and management actions are implemented to protect those resources.
- **Wilderness and Wilderness Study Areas (WSA)** – undeveloped areas that are managed for "primitive and unconfined" recreation, and for other wilderness values.

**6. Refine trail proposal and define Trail Management Objectives (TMOs).** Based on management direction findings, adjust proposal to fit within current management objectives and guidelines. If the trail proposal in in a Recreation Management Area, be sure the TMOs are consistent with objectives for that area in the Resource Management Plan.

- **Trail Management Objectives** define what the trail looks like, and how it's managed. TMOs may include some or all of the following specifications:
  - Recreation objective from the Resource Management Plan
  - Trail name/number
  - Type of use
  - Trail type
  - Level of use
  - Use season
  - Level of difficulty
  - Tread width
  - Corridor width and height
  - Surface condition
  - Maximum sustainable grade
  - Operations and patrol
  - Maintenance requirements
  - Special features
  - Monitoring requirements

**7. Design and lay out a sustainable trail alignment.** This process is further defined by the document entitled **"Trail Design Criteria"** which is included in an appendix to the GJFO and D-E NCA RMPs. Trail design and layout requires special training and experience. Utilize a qualified trail designer to ensure a high quality sustainable trail alignment. Qualified trail designers may be agency employees, trained volunteers, or hired trail contractors.

**8. Initiate NEPA Process.** NEPA (National Environmental Policy Act) provides a framework for analyzing the impacts of a proposed project. It requires input from a wide range of resource specialists from the BLM, and often other agencies as well. NEPA analysis along with the associated field work and paperwork is performed by BLM staff, by a contractor, or by a combination of the two. The NEPA process is a public process and provides opportunities for public input regarding any proposed action on Federal lands. For more information about the NEPA process see the "Citizens Guide to NEPA" referenced at the end of this document.

In most cases, trail project proposals will require an **Environmental Assessment (EA).**
- **EA analyzes impacts on:\***
  - BLM sensitive species
  - Fisheries/Aquatic organisms
  - Native American Religious Concerns

BLM_0024868

- o  Federally Threatened, Endangered, and Candidate Species
- o  Soils
- o  Water
- o  Geology and mineral resources
- o  Wildlife
- o  Vegetation
- o  Invasive, non-native species
- o  Cultural resources (historic and prehistoric)
- o  Paleontological resources
- o  Range management (livestock grazing)
- o  Visual resources
- o  Transportation and access
- o  Economy
- o  Recreation
- o  Wilderness and wild lands
- o  Wild and scenic rivers
- o  Special designations

\* Note that this list is representative and does not list every resource analyzed in an EA.

- **EA includes:**
  - o  <u>Proposed action</u> – the trail proposal plus any associated actions (i.e. trailheads, fencing, etc.)
  - o  <u>Alternatives</u> – in addition to the proposed action, a no-action alternative is analyzed, and sometimes one or more alternative actions are analyzed.   This provides a range of information on which to make a management decision.
  - o  <u>Description of current situation</u>
  - o  <u>Description of purpose and need for the proposed action</u>
  - o  <u>Review of relevant laws, management plans and guidance</u>
  - o  <u>Detailed analysis of impacts to resources from the proposed action</u>
  - o  <u>Description of actions to mitigate resource impacts</u>
  - o  <u>Finding of No Significant Impact (FONSI)</u> – statement that mitigated impacts from the proposed action will not be "significant."  If the EA determines there will be significant impacts, an environmental impact statement (EIS) must be prepared.
  - o  <u>Decision Record (DR)</u> – a statement detailing the decision on how to proceed regarding the proposed action.  **A decision will be made that will approve the proposal, deny the proposal, or approve it with modifications.** Once the DR is signed by the authorized officer (Field Manager or NCA Manager), the actions specified in the DR may be implemented.


- **Trail EAs often require special field surveys.**  These surveys are often expensive and time consuming.  **<u>Partnerships to fund surveys are often critical to moving a trail proposal forward.</u>**
  - o  <u>Cultural surveys</u> – on-the-ground assessment of historic and prehistoric human activity in the project area.  Federal laws (NHPA and others) mandate the documentation and protection of cultural resources found on Federal lands.
  - o  <u>Plant surveys</u> - on-the-ground assessment of rare, sensitive, threatened or endangered plants in the project area.  Federal and state laws mandate the documentation and protection of special status plants found on Federal lands.
  - o  <u>Paleontological surveys</u> - on-the-ground assessment of fossils and other evidence of prehistoric life.  Federal laws mandate the documentation and protection of vertebrate fossil resources.

BLM_0024869

    o  <u>Wildlife surveys</u> – assessment of sensitive wildlife species or wildlife habitats in the project area.  Federal and state laws mandate the documentation and protection of special status fish and wildlife species, and their habitat.

**9.  Modify the proposal if required by NEPA.**  Sometimes trail reroutes will be required to mitigate impacts to other resources.

**10.  Begin construction or maintenance of the trail following completion of the NEPA process.**  If the project is approved, and once the EA is signed, implementation of the decision can begin.

- Managing trail construction and maintenance requires special training and experience.  Qualified trail builders may be agency employees, trained volunteers, or hired trail contractors.
- Well planned coordination and oversight is essential to ensure high quality sustainable trail construction and maintenance.  See reference section for trail construction and maintenance resources.

Finally, once your trail is completed it's important to monitor the trail to ensure that TMOs are being met.  Monitoring should include:

    o  <u>Physical monitoring</u> – is the trail maintaining the design and construction specifications identified in the TMO?

    o  <u>Social monitoring</u> – is the trail providing the recreational opportunities and experiences specified in the TMO and RMA objectives?

Modify the trail if it is not meeting objectives.  Any modifications to the trail will require BLM approval.

## References:

Citizens Guide to NEPA:

http://www.blm.gov/pgdata/etc/medialib/blm/nm/programs/planning/planning_docs.Par.53208.File.dat/A_Citizens_Guide_to_NEPA.pdf

Trail Design References:

<u>Off Highway Motorcycle and ATV Trails: Wernex, 2nd edition</u>, American Motorcycle Assoc.  1994

<u>Off Highway Vehicle Trail and Road Grading Equipment</u>, Vachowski, Maier, USDA Forest Service Missoula 9Technology and development Center 1998 Doc# 7E72A49

<u>Mountain Bike Trails:  Techniques for design, construction and Maintenance</u>, McCoy Stoner, USDA Forest Service, Missoula Technology and Development Center

<u>Recommended Standardized Trail Terminology for Use in Colorado</u>, Colorado Outdoor Training Initiative (COTI).  2005

<u>Tractor Techniques for Trailbed restoration, Hamilton</u>, USDA Forest Service 1994

<u>Trails 2000</u>, Lockwood USDA Forest Service 1994

BLM_0024870

<u>Trail Construction and Maintenance Handbook</u>, Hesselbarth, Vachowski, USDA Forest Service (4E42A25-Trail Notebook) 2004

<u>Trail Solutions, IMBA's Guide to Building Sweet Singletrack,</u> International Mountain Bicycling Association (IMBA) 2004.

<u>USDA Forest Service Travel Management Handbook</u>, FS 2309.18

BLM_0024871

## APPENDIX B: Trail Management Objective form

### Trail Management Objective

**Trail Name** _____   **Trail Number** _____

**Resource Management Plan Objective** _____

**Type of use:**
    Hiking/Running _____   Equestrian _____   Mtn. Biking _____   Motorcycle _____   ATV _____   4x4 _____

**Trail type:**
    Access _____   Destination _____   Point-to-Point _____   Loop _____
**Level of use:**
    **Recreational** Heavy _____   Moderate _____   Light _____
    **Competition** Yes _____   No _____
    **Commercial** Yes _____   No _____

**Use season:**
    Year round _____   Spring, Summer, Fall _____   Winter _____   Seasonal closure _____

**Level of Difficulty:**
    Easiest _____   More Difficult/Intermediate _____   Most Difficult/Advanced _____   Experts Only _____

**Trail Specifications:**
    Tread width _____ inches          Surface
    Corridor                    smooth _____  moderate _____  rough/technical _____
        Width _____ feet
        Height _____ feet          Maximum sustainable grade _____

**Operations and Patrol:**
    Patrolled by:
        BLM _____   Volunteer(s) _____   Adopt-a-Trail _____
    Frequency of patrols:
        Weekly _____   Monthly _____   Yearly _____
    Type of patrol:
        Law enforcement _____   Maintenance _____   Monitoring _____   Visitor services (information/education) _____

**Maintenance:**
    Frequency:
        Six months _____   Annual _____   Three years _____   As needed _____
    Work performed by:
        Agency _____   Contract _____   Volunteers _____
    Method:
        Mechanized _____   Hand work _____

**Features:**
    Retaining walls _____          Hardening _____
    Bridges _____                Drainage structures _____
    Signing: interpretive and information _____      Switchbacks _____
    Drains (culverts, etc.) _____         Other _____

**Monitoring:**
    Photo points:
        Yes _____   No _____          Frequency _____

BLM_0024872

# Appendix N
## Coal Screening Criteria in the Grand Junction Field Office

BLM_0024874

# APPENDIX N
# COAL SCREENING CRITERIA IN THE GRAND JUNCTION FIELD OFFICE

## INTRODUCTION

The federal government provides for leasing of coal under the Mineral Leasing Act of 1920 (the Act), as amended. Regulations established under the Act outline procedures for considering development of coal deposits through a leasing system involving land use planning and environmental analysis. This document summarizes the federal coal management decisions for the US Department of the Interior, BLM, GJFO planning area and documents the unsuitability criteria applied to potential coal lands for future development. The identification of areas acceptable for further consideration for coal leasing is a major land use planning decision in the BLM's RMP, which guides the Secretary of the Interior on making coal leasing decisions. Planning decisions outlined in this document will guide the development of the federal coal resource in the planning area.

The lands suitable for further consideration for coal leasing in the GJFO planning area were identified using the first three of the four screening procedures outlined in 43 CFR 3420.1-4:

1. Identify only lands that have coal development potential;

2. Review federal lands during land use planning using the unsuitability criteria set forth in 43 CFR 3461 to determine which areas are unsuitable for all or stipulated methods of coal mining involving surface coal mining operations;

3. Evaluate multiple land use decisions (trade-offs) that could eliminate lands from leasing that contain resources presently deemed more important than coal; and

4. Consult with the surface owner for private surface lands overlying federal coal. (This screen was not applied to this planning process.)

## COAL PLANNING PROCESS

The following section describes the screening procedures and criteria used to determine lands suitable for further consideration for coal leasing in the GJFO planning area.

### Screen 1: Identification of Coal Development Potential

The coal potential area extends to a maximum development depth of 2,500 feet (Figure 2-11, Appendix A). Coal potential in the GJFO planning area is considered deep coal, with overburden depths too great to assume any surface mining potential. These lands constitute the coal development potential identified in the Approved Resource Management Plan and include current coal leases and unleased federal coal resources where development could occur by year 2032. These areas were brought forward for the coal unsuitability review outlined in Screen 2, below.

### Screen 2: Unsuitability Review

As outlined in 43 CFR 3461, the BLM considered 20 criteria that were based mostly on resource values to determine whether those lands identified as having development potential (Screen 1) were suitable for development. Due to the depths of coal resources within the GJFO planning area, it is anticipated that all coal would be mined by underground mining techniques. Screen 2, as it applies within the GJFO, would therefore only be applicable to surface operations such as vent holes, portals, load out facilities, roads, and other surface disturbances related to underground coal mining.

In the GJFO planning area, the areas identified as having coal development potential represent deep coal deposits with no clearly defined areas where surface impacts would occur. As such, these coal resources are generally exempted from the restrictions of the unsuitability criteria.

Some criteria have exceptions or exemptions as listed in the regulations. If the exemption or exception for a specific criterion can be applied, the coal lands being evaluated were not considered unsuitable and could be considered for leasing.

The regulations outlining the procedures for unsuitability determinations provide that "federal lands with coal deposits that would be mined by underground mining methods shall not be assessed as unsuitable where there would be no surface coal mining operations" (43 CFR 3461.1 [a]). Surface coal mining operations are defined in 43 CFR 3400.0-5 as "activities conducted on the surface of lands in connection with a surface coal mine or surface operations and surface impacts incident to an underground mine." In other words, unsuitability criteria will be applied to all coal lands that are potentially recoverable by surface mining methods (i.e., where earthen material above the

BLM_0024876

coal beds is physically moved to access the coal beds and those areas where associated support facilities and structures are located).

"Surface operations and surface impacts" apply to the support facilities and structures built on the surface for underground mines and the surface disturbance that it causes; therefore, lands will generally be considered unsuitable if the expected mining activities would result in direct impacts on the surface.

### Criterion 1
All federal lands included in the following land systems or categories shall be considered unsuitable: National Park System, National Wildlife Refuge System, National System of Trails, National Wilderness Preservation System, National Recreation Areas, land acquired with money derived from the Land and Water Conservation Fund, National Forests, and federal lands in incorporated cities, towns, and villages.

*Analysis*
No land systems or categories under this criterion exist in the potential coal development areas.

### Criterion 2
Federal lands that are within rights-of-way or easements, or within surface leases for residential, commercial, industrial, or other public purposes on federally owned surface, shall be considered unsuitable.

*Analysis*
Numerous rights-of-way are present within the potential coal development areas. The lands within these rights-of-way are unsuitable for surface coal mining operations.

### Criterion 3
Federal lands affected by Section 522(e) (4) and (5) of the Surface Mining Control and Reclamation Act shall be considered unsuitable. This includes lands within 100 feet of the outside line of the right-of-way of a public highway; within 100 feet of a cemetery; within 350 feet of any occupied public building, school, church, community, or institutional building or public park; or within 300 feet of an occupied building.

*Analysis*
Interstate 70, including the lands within 0.5-mile of either side of both rights-of-way, are unsuitable for coal mining operations.

Other public roads and facilities are also considered unsuitable for coal mining operations. An evaluation of public roads and facilities will be conducted when a coal lease is nominated and determined unsuitable for surface coal mining operations.

BLM_0024877

### Criterion 4

Federal lands designated as WSA shall be considered unsuitable while under review by the Administration and the Congress for possible wilderness designation.

#### Analysis

The Demaree Canyon (22,700 acres) and Little Book Cliffs WSAs (29,300 acres) are both within the potential coal development areas and have been determined unacceptable for coal leasing per Screen 3 (below). As such, a suitability determination under Screen 2 is not applicable.

### Criterion 5

Scenic federal lands designated by visual resource management (VRM) analysis as Class I (an area of outstanding scenic quality or high visual sensitivity) but not currently on the National Register of Natural Landmarks shall be considered unsuitable.

#### Analysis

VRM Class I areas within the GJFO planning area are unsuitable for surface coal mining operations. The Demaree Canyon and Little Book Cliffs WSAs are managed as VRM Class I areas but have been determined unacceptable for coal leasing per Screen 3 (below). As such, a suitability determination under Screen 2 is not applicable. Additional areas that are located outside of the WSAs and designated as VRM Class I are determined unsuitable for surface coal mining operations.

### Criterion 6

Federal lands under permit by the surface management agency and being used for scientific studies involving food or fiber production, or natural resources or technology demonstrations and experiments shall be considered unsuitable for the duration of the study, demonstration, or experiment, except where mining could be conducted in such a way as to enhance or not jeopardize the purposes of the study, as determined by the surface management agency, or where the principal scientific user or agency give written concurrence to all or certain methods of mining.

#### Analysis

The ant research area and owl banding station is considered unsuitable for surface coal mining operations.

### Criterion 7

All publicly owned places on federal lands that are included in the National Register of Historic Places shall be considered unsuitable. This criterion applies to any areas that the surface management agency determines, after consultation with the Advisory Council on Historic Preservation and the State Historic

BLM_0024878

Preservation Office, are necessary to protect the inherent values of the property that made it eligible for listing in the National Register of Historic Places.

*Analysis*
There are no publicly owned places on federal lands that are included in the National Register of Historic Places.

**Criterion 8**
Federal lands designated as natural areas or as National Natural Landmarks shall be considered unsuitable.

*Analysis*
No natural areas or National Natural Landmarks are designated within the potential coal development areas.

**Criterion 9**
Federally designated critical habitat for threatened or endangered plant and animal species, and habitat for federal threatened or endangered species, which is determined by the US Department of the Interior, US Fish and Wildlife Service (USFWS) and the surface management agency to be of essential value, and where the presence of threatened or endangered species has been scientifically documented, shall be considered unsuitable.

*Analysis*
Threatened or endangered habitat is unsuitable for surface coal mining operations. Underground coal mining operations may occur if, after consultation with USFWS, USFWS determines that reasonable and prudent measures included in the Biological Opinion will mitigate and/or minimize impacts to the species or its critical habitat. Threatened or endangered habitat areas that would be directly or indirectly impacted by surface facilities outlined in the mine plans will be surveyed prior to any mine plan approval. The mine plans will incorporate avoidance of the species and their habitat.

**Criterion 10**
Federal lands containing habitat determined critical or essential for plant or animal species listed as threatened or endangered by the state pursuant to state law shall be considered unsuitable.

*Analysis*
Species currently listed as threatened or endangered by the State of Colorado but not listed by USFWS shall be determined unsuitable for surface coal operations. Underground coal mining operations may occur if, after consultation with the State of Colorado, the State determines reasonable and prudent measures will mitigate and/or minimize impacts to the species or its critical habitat. State threatened or endangered habitat areas that would be directly or indirectly impacted by surface facilities outlined in any mine plan will be

BLM_0024879

surveyed prior to mine plan approval. Mine plans will incorporate avoidance of the species and their habitat.

### Criterion 11

A bald or golden eagle nest or site on federal lands that is determined to be active and an appropriate buffer zone of land around the nest site shall be considered unsuitable. Consideration of availability of habitat for prey species and of terrain shall be included in the determination of buffer zones. Buffer zones shall be determined in consultation with USFWS.

#### Analysis

Bald and golden eagle nests are unsuitable for surface coal mining operations. Several golden eagle nests are within the potential coal development areas, mostly along the Book Cliffs. Bald eagle habitat and one known nest site occur within the potential coal development areas.

No surface coal mining facilities that require daily human activities will be built within active areas or within buffer zones with active nests of bald or golden eagles.

Underground coal mining operations may occur if:

- They can be conditioned in such a way, either in manner or period of operation, that eagles will not be disturbed during breeding season; or
- The surface management agency, with the concurrence of USFWS, determines that the golden eagle nest(s) will be moved.

Buffer zones may be decreased if the surface management agency determines that the active eagle nests will not be adversely affected.

### Criterion 12

Bald and golden eagle roost and concentration areas on federal lands used during migration and wintering shall be considered unsuitable.

#### Analysis

There are no known bald or golden eagle roosts or concentration areas within the potential coal development areas. Eagles do visit the area during winter, but no critical habitat areas have been identified.

### Criterion 13

Federal lands containing a falcon (excluding kestrel) cliff nesting site with an active nest and a buffer zone of federal land around the nest site shall be considered unsuitable. Consideration of availability of habitat for prey species and of terrain shall be included in the determination of buffer zones. Buffer zones shall be determined in consultation with USFWS.

BLM_0024880

*Analysis*

Falcon nests are considered unsuitable for surface coal mining operations. Falcon nests that would be directly or indirectly impacted by surface facilities outlined in a mine plan will be surveyed prior to mine plan approval. The mine plan will incorporate avoidance of the species and their habitat.

Protections for bald and golden eagles are identified under Criterion 11.

### Criterion 14

Federal lands that are high-priority habitat for migratory bird species of high federal interest on a regional or national basis, as determined jointly by the surface management agency and USFWS, shall be considered unsuitable.

*Analysis*

Critical habitat of migratory birds, listed on the USFWS list of Birds of Conservation Concern, is unsuitable for surface coal mining operations. Critical migratory bird habitat that would be directly or indirectly impacted by surface facilities outlined in the mine plan will be surveyed prior to mine plan approval. The mine plan will incorporate avoidance of the species and their habitat. Underground mining may occur where the surface management agency, after consultation with USFWS, determines that all or certain stipulated methods of coal mining will not adversely affect the migratory bird habitat during the periods when such habitat is used by the species.

### Criterion 15

Federal lands that the surface management agency and the state jointly agree are fish and wildlife habitat for resident species of high interest to the state, and that are essential for maintaining these priority wildlife species, shall be considered unsuitable. Examples of such lands that serve a critical function for the species involved include: (i) active dancing and strutting grounds for sage-grouse, sharp-tailed grouse, and prairie chicken; (ii) winter ranges crucial for deer, antelope, and elk; (iii) migration corridor for elk; and (iv) extremes of range for plant species.

*Analysis*

This criterion includes sensitive fish, wildlife, and plants as designated by the BLM and Colorado Division of Wildlife, as well as high-value species such as deer, elk, moose, and bighorn sheep. Areas that contain these species are suitable for limited surface coal mining operations.

Surface coal mining operations may occur within deer and elk critical winter range. Construction or daily activity within elk calving areas will be allowed only if no reasonable alternative sites exist outside the critical habitat. Lease stipulations and conditions of approval, as determined by BLM and Colorado Division of Wildlife, will be required to minimize disturbance within the critical habitats.

BLM_0024881

Underground mining may occur if, after consultation with the State, the surface management agency determines that all or certain stipulated methods of coal mining will not have a significant long-term impact on the species being protected.

**Criterion 16**

Federal lands in riverine, coastal, and special flood plains (100-year recurrence interval) on which the surface management agency determines that mining could not be undertaken without substantial threat of loss of life or property shall be considered unsuitable for all or certain stipulated methods of mining.

*Analysis*

No coastal flood plains exist in the potential coal lease areas. One hundred-year flood plains exist along the drainages in the potential coal development areas, but only the Colorado River has been delineated. As such, the entire Colorado River corridor has been identified as unsuitable.

**Criterion 17**

Federal lands that have been committed by the surface management agency to use as municipal watersheds shall be considered unsuitable.

*Analysis*

The Palisade and Grand Junction municipal watersheds are within the potential coal development areas and are considered unsuitable for surface coal mining operations.

**Criterion 18**

Federal lands with national resource waters, as identified by states in their water quality management plans, and a buffer zone of federal lands 0.25-mile from the outer edge of the far banks of the water, shall be unsuitable.

*Analysis*

No national resource waters have been identified by the State of Colorado in the potential coal development areas.

**Criterion 19**

Federal lands identified by the surface management agency, in consultation with the state in which they are located, as alluvial valley floors according to the definition in 43 CFR 3400.0-5 (a) of this title, the standards in 30 CFR Part 822, the final alluvial valley floor guidelines of the Office of Surface Mining

Reclamation and Enforcement when published, and approved state programs under the Surface Mining

Control and Reclamation Act of 1977, where mining would interrupt, discontinue, or preclude farming, shall be considered unsuitable. Additionally, when mining federal land outside and alluvial valley floor would materially

damage the quantity or quality of water in surface or underground water systems that would supply alluvial valley floors, the land shall be considered unsuitable.

*Analysis*
The Office of Surface Mining has tentatively identified approximately 2,400 acres in the potential coal development areas as alluvial valley floors. Most of these areas are undeveloped rangelands not presently significant to agriculture. They include:

- The alluvium of West Salt Creek from the headwaters to approximately two (2) miles south of the Book Cliffs.
- The alluvium of East Salt Creek from the headwaters to approximately two (2) miles south of the Book Cliffs.
- The alluvium of Big Salt Wash from the headwaters to approximately three (3) miles south of the Book Cliffs.
- Several sub-irrigated areas in the headwaters area of Middle Dry Fork, North Dry Fork, McKay Fork, and Kimball Creek.

Surface coal mining operations may occur within alluvial valley floors if no reasonable alternative sites exist outside these areas. Lease stipulations and conditions of approval, will be required to minimize disturbance and affects to water supplies within these areas.

### Criterion 20
Federal lands in a state to which is applicable a criterion (i) proposed by the state or Indian tribe located in the planning area, and (ii) adopted by rulemaking by the Secretary, shall be considered unsuitable.

*Analysis*
There are no lands within the potential coal development areas that have been proposed by the State of Colorado or Indian tribes to be unsuitable.

## Screen 3: Trade-offs
This screen requires evaluating multiple land use decisions (trade-offs) that could eliminate lands from leasing that contain resources presently deemed more important than coal. This screen has been applied as part of the land use conflict-resolution process. Where conflicts were identified between coal development and development or protection of other resources, a determination was made as to which resource was more important. The following have been determined to be areas where another resource is more important than coal and potential impacts could not be mitigated. These conflict areas are determined unacceptable for further coal leasing and development.

The Demaree Canyon (22,700 acres) and Little Book Cliffs (29,300 acres) WSAs are both within the potential coal development areas. Of these 52,000

BLM_0024883

acres, 2,156 acres are currently under coal lease. An estimated 277 million tons of in-place coal underlies the Demaree Canyon WSA, and an estimated 349 million tons of in-place coal underlies the Little Book Cliffs WSA. Both areas are unacceptable for leasing per Screen 3, pending Congressional decisions on wilderness recommendations. This determination is based on Section 308 of the Fiscal Year 1984 Interior Appropriations Act, which prohibits leasing. The WSAs could become acceptable for leasing if Congress does not designate them as Wilderness.

The following additional areas are unacceptable for further coal leasing and development under Screen 3.

- The Colorado River corridor, which is unacceptable for further coal leasing and development.
- The Grand Junction and Palisade municipal watersheds, which is unacceptable for further coal leasing and development.

**Screen 4: Consultation with Private Surface Owners**

Screen four, consultation with the surface owner for private surface lands overlying federal coal, was not completed for the Approved RMP.

BLM_0024884

# Appendix O
## Air Emissions Inventory

BLM_0024885

BLM_0024886

# TABLE OF CONTENTS

Section                                                                                Page

**O.**    **AIR EMISSIONS INVENTORY** ........................................................ **O-1**

      O.1     BLM Authorized Actions within the Planning Area Emissions Inventory Tables ........ O-2

      O.2     BLM Authorized Actions: Percent Contribution to BLM Emissions By Activity ....... O-23

      O.3     BLM plus Non-federal Oil and Gas Actions within the Planning Area Emissions Inventory Tables .................................................................................. O-27

      O.4     BLM plus Non-federal Oil and Gas Actions within the Planning Area: Emission Summaries by Pollutant ..................................................................... O-33

      O.5     Inputs and Assumptions for Emissions Inventory ........................................... O-41

# TABLES

                                                                               Page

O-1    Oil and Gas – BLM Only – Base Year (Conventional + Coal Bed Natural Gas + Shale) ......... O-3

O-2    Oil and Gas – BLM Only – Alternative A (Conventional + Coal Bed Natural Gas + Shale) .. O-4

O-3    Oil and Gas – BLM Only – Alternative B (Conventional + Coal Bed Natural Gas + Shale) ... O-5

O-4    Oil and Gas – BLM Only – Alternative C (Conventional + Coal Bed Natural Gas + Shale) .. O-6

O-5    Oil and Gas – BLM Only – Alternative D (Conventional + Coal Bed Natural Gas + Shale) .. O-7

O-6    Coal – Base Year .................................................................................................................. O-8

O-7    Coal – Alternatives A and D, Year 10 ................................................................................. O-8

O-8    Coal – Alternatives B and C, Year 10 ................................................................................. O-9

O-9    Coal – Alternatives A and D, Year 20 ................................................................................. O-9

O-10   Coal – Alternatives B and C, Year 20 ............................................................................... O-10

O-11   Uranium – Base Year ......................................................................................................... O-10

O-12   Uranium – Alternatives A, B, C, and D, Year 10 ............................................................... O-11

O-13   Uranium – Alternatives A, B, C, and D, Year 20 ............................................................... O-11

O-14   Sand and Gravel – Base Year ............................................................................................ O-11

O-15   Sand and Gravel – Alternative A, Year 10 ........................................................................ O-12

O-16   Sand and Gravel – Alternative B, Year 10 ........................................................................ O-12

O-17   Sand and Gravel – Alternative C, Year 10 ........................................................................ O-12

O-18   Sand and Gravel – Alternative D, Year 10 ........................................................................ O-13

O-19   Sand and Gravel – Alternative A, Year 20 ........................................................................ O-13

O-20   Sand and Gravel – Alternative B, Year 20 ........................................................................ O-13

O-21   Sand and Gravel – Alternative C, Year 20 ........................................................................ O-14

O-22   Sand and Gravel – Alternative D, Year 20 ........................................................................ O-14

O-23   Travel and Transportation Management – Base Year ........................................................ O-14

O-24   Travel and Transportation Management – Alternative A, Year 10 ..................................... O-15

O-25   Travel and Transportation Management – Alternative B, Year 10 ..................................... O-15

O-26   Travel and Transportation Management – Alternative C, Year 10 ..................................... O-15

O-27   Travel and Transportation Management – Alternative D, Year 10 ..................................... O-16

O-28   Travel and Transportation Management – Alternative A, Year 20 ..................................... O-16

O-29   Travel and Transportation Management – Alternative B, Year 20 ..................................... O-16

O-30   Travel and Transportation Management – Alternative C, Year 20 ..................................... O-17

O-31   Travel and Transportation Management – Alternative D, Year 20 ..................................... O-17

O-32   Prescribed Fire and Mechanical Treatments – Base Year ................................................. O-18

O-33   Prescribed Fire and Mechanical Treatments – Alternative A, Year 10 and Year 20 ............... O-18

O-34   Prescribed Fire and Mechanical Treatments – Alternative B, Year 10 and Year 20 .............. O-19

BLM_0024887

O-35   Prescribed Fire and Mechanical Treatments – Alternative C, Year 10 and Year 20 .............. O-19
O-36   Prescribed Fire and Mechanical Treatments – Alternative D, Year 10 and Year 20 ............. O-20
O-37   Livestock Grazing – Base Year ........................................................................................ O-20
O-38   Livestock Grazing – Alternative A, Year 10 and Year 20 ............................................... O-21
O-39   Livestock Grazing – Alternative B, Year 10 and Year 20 ................................................ O-21
O-40   Livestock Grazing – Alternative C, Year 10 and Year 20 ............................................... O-21
O-41   Livestock Grazing – Alternative D, Year 10 and Year 20 ................................................ O-22
O-42   Lands and Realty Right-of-ways – Base Year.................................................................. O-22
O-43   Lands and Realty Right-of-ways – Alternatives A, B, C, and D, Year 10 and Year 20........... O-22
O-44   BLM + Non-federal Oil and Gas, Alternative A.............................................................. O-28
O-45   BLM + Non-federal Oil and Gas, Alternative B .............................................................. O-29
O-46   BLM + Non-federal Oil and Gas, Alternative C.............................................................. O-30
O-47   BLM + Non-federal Oil and Gas, Alternative D .............................................................. O-31
O-48   Volatile Organic Compounds ........................................................................................ O-34
O-49   Nitrogen Oxides............................................................................................................ O-35
O-50   Particulate Matter - PM10 ............................................................................................. O-36
O-51   Particulate Matter – $PM_{2.5}$.............................................................................................. O-37
O-52   Sulfur Dioxide ($SO_2$) ..................................................................................................... O-38
O-53   Hazardous Air Pollutants (HAPs) .................................................................................. O-39
O-54   Input Assumptions for BLM Actions and Non-federal Oil and Gas Development
         within the Planning Area ............................................................................................... O-42
O-55   Emissions Controls Assumptions for Oil and Gas Calculations........................................ O-43
O-56   Descriptions of Emissions Controls................................................................................ O-44
O-57   Projected Well Numbers per Revised RFD (BLM 2012a)............................................... O-45

# FIGURES <span style="float:right">Page</span>

O-1   VOC Emissions....................................................................................................................... O-24
O-2   $NO_x$ Emissions ...................................................................................................................... O-25
O-3   $PM_{2.5}$ Emissions .................................................................................................................... O-26

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0024888

## O.    AIR EMISSIONS INVENTORY

**DO NOT DELETE THIS PAGE** from the MS Word file, as this is what marks Heading 1 for the table of contents. (Do delete this page later from the Adobe Acrobat [pdf] file.)

BLM_0024889

THROW THIS PAGE AWAY & DELETE FROM PDF

BLM_0024890

# APPENDIX O
# AIR EMISSIONS INVENTORY

Emission inventories for development and production activities within the Planning Area were compiled for this analysis for total nitrogen oxides (NOx), sulfur dioxide ($SO_2$), carbon monoxide (CO), carbon dioxide ($CO_2$), particulate matter less than or equal to 10 microns in size ($PM_{10}$), particulate matter less than or equal to 2.5 microns in size ($PM_{2.5}$), volatile organic compounds (VOC), and hazardous air pollutants (HAPs). Lead emissions are negligible and were not calculated in the inventory. In addition, methane ($CH_4$), nitrous oxide ($N_2O$) and carbon dioxide ($CO_2$) emissions were included in the inventory for purposes of quantifying greenhouse gas (GHG) emissions.

Operational, production, and construction activity data used to estimate emissions for proposed emission sources were obtained from Grand Junction Field Office staff, the Reasonable Foreseeable Development Scenario for Oil and Gas for the Grand Junction Field Office (BLM 2012), the Mineral Potential Report (BLM 2010a), and from NEPA analyses currently being conducted for BLM actions within the planning area. Emission factors used to estimate proposed emissions were obtained primarily from the following sources: (1) EPA's *AP-42 Compilation of Air Pollutant Emission Factors* (USEPA 1995); (2) EPA's NONROAD2008a Emissions Model (USEPA 2009); (3) EPA's MOVES2010a Motor Vehicle Emissions Simulator (USEPA 2010); (4) API *Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry* (API 2009); (5) Colorado Department of Public Health and Environment (CDPHE); and (6) Western Governor's Association - Western Regional Air Partnership (WRAP). The inventory accounted for all applicable emissions controls such as CDPHE Regulation 7 and Federal New Source Performance Standards (NSPS).

The following tables provide additional details on the emissions that were analyzed to determine potential impacts to air quality. Tables are also provided that show the input parameters and assumptions used to calculate the

BLM_0024891

emissions. For additional details on the methods, data, and assumptions used to calculate emissions, the Air Quality Technical Support Document will be provided upon request.

## O.1   BLM AUTHORIZED ACTIONS WITHIN THE PLANNING AREA EMISSIONS INVENTORY TABLES

- Oil and Gas Development
    - Combined Conventional, CBNG, Shale
- Solid Mineral Development
    - Coal
    - Uranium
    - Sand and Gravel
- Travel and Transportation Management
- Vegetation
    - Prescribed Fire and Mechanical Treatments
- Livestock Grazing
- Lands and Realty
    - Right of Ways

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0024892

**Table O-1**
**Oil and Gas – BLM Only – Base Year**
**(Conventional + Coal Bed Natural Gas + Shale)**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| Base Year BLM | | | | | | | | |
| Completion Engines | 7.43 | 75.90 | 131.84 | 4.34 | 4.21 | 3.32 | 0.93 | 15,439 |
| Completion Venting | 1.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 308 |
| Condensate Tanks | 7.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 24 |
| Construction Equipment | 0.19 | 1.10 | 2.51 | 0.17 | 0.16 | 0.05 | 0.02 | 249 |
| Dehydrators | 32.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17.01 | 957 |
| Drilling Engines | 3.86 | 39.42 | 68.47 | 2.25 | 2.18 | 1.72 | 0.48 | 8,018 |
| Field Compressor Engines | 5.53 | 694.98 | 412.88 | 3.63 | 3.63 | 0.11 | 0.61 | 6,954 |
| Flaring | 0.13 | 0.56 | 0.10 | 0.00 | 0.00 | 0.00 | 0.05 | 172 |
| Fracing Engines | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 20.56 | 2.09 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 416.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.14 | 83,619 |
| Heaters | 12.53 | 191.44 | 227.90 | 17.32 | 17.32 | 0.00 | 1.75 | 275,147 |
| Midstream Compressor Engines | 23.29 | 233.80 | 293.15 | 1.83 | 1.83 | 0.12 | 2.58 | 5,040 |
| Other Midstream | 66.27 | 16.84 | 27.79 | 0.60 | 0.60 | 0.06 | 18.83 | 39,898 |
| Other Production | 46.74 | 30.09 | 130.77 | 7.37 | 7.15 | 3.19 | 3.01 | 21,781 |
| Pneumatic Devices | 167.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.08 | 32,879 |
| Pneumatic Pumps | 15.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 | 3,064 |
| Traffic | 0.29 | 1.28 | 2.53 | 28.43 | 2.94 | 0.01 | 0.03 | 342 |
| Water Injection Pumps | 2.24 | 2.31 | 2.95 | 14.53 | 1.13 | 51.44 | 0.28 | 5,206 |
| Well Blowdowns | 4.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 794 |
| **BLM Totals** | **812.75** | **1,287.71** | **1,300.90** | **101.01** | **43.24** | **60.02** | **75.18** | **499,890** |

BLM_0024893

**Table O-2**
**Oil and Gas – BLM Only – Alternative A**
**(Conventional + Coal Bed Natural Gas + Shale)**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| | | | | Project Year 10 | | | | |
| Completion Engines | 4.85 | 49.61 | 86.18 | 2.83 | 2.75 | 0.07 | 0.60 | 10,092 |
| Completion Venting | 0.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 103 |
| Condensate Tanks | 30.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 100 |
| Construction Equipment | 0.11 | 0.66 | 1.52 | 0.10 | 0.10 | 0.03 | 0.01 | 150 |
| Dehydrators | 26.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.06 | 1,181 |
| Drilling Engines | 3.77 | 38.49 | 66.86 | 2.20 | 2.13 | 0.05 | 0.47 | 7,829 |
| Field Compressor Engines | 4.96 | 404.57 | 233.36 | 2.26 | 2.26 | 0.07 | 0.55 | 4,342 |
| Flaring | 0.54 | 2.28 | 0.42 | 0.00 | 0.00 | 0.00 | 0.22 | 704 |
| Fracing Engines | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 12.69 | 1.29 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 260.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.57 | 60,614 |
| Heaters | 8.01 | 122.35 | 145.65 | 11.07 | 11.07 | 0.00 | 1.12 | 175,848 |
| Midstream Compressor Engines | 90.64 | 229.85 | 130.82 | 6.37 | 6.37 | 2.38 | 10.03 | 7,866 |
| Other Midstream | 110.08 | 32.92 | 28.54 | 1.48 | 1.48 | 1.31 | 14.72 | 31,647 |
| Other Production | 30.39 | 22.22 | 94.64 | 5.30 | 5.14 | 2.31 | 2.00 | 15,065 |
| Pneumatic Devices | 104.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.04 | 20,556 |
| Pneumatic Pumps | 9.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.46 | 1,892 |
| Traffic | 0.21 | 0.93 | 1.93 | 21.07 | 2.18 | 0.01 | 0.02 | 258 |
| Water Injection Pumps | 1.69 | 1.74 | 2.21 | 10.91 | 0.85 | 38.63 | 0.21 | 3,910 |
| Well Blowdowns | 2.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 496 |
| **Project Year 10 Totals** | **689.87** | **905.61** | **792.13** | **76.29** | **35.63** | **44.85** | **62.44** | **342,651** |
| | | | | | | | | |
| | | | | Project Year 20 | | | | |
| Completion Engines | 4.77 | 48.72 | 84.63 | 2.78 | 2.70 | 0.07 | 0.59 | 9,910 |
| Completion Venting | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 99 |
| Condensate Tanks | 38.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 | 126 |
| Construction Equipment | 0.11 | 0.65 | 1.49 | 0.10 | 0.10 | 0.03 | 0.01 | 148 |
| Dehydrators | 27.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.13 | 1,310 |
| Drilling Engines | 3.72 | 38.02 | 66.05 | 2.17 | 2.11 | 0.05 | 0.46 | 7,735 |
| Field Compressor Engines | 4.33 | 114.19 | 54.12 | 0.90 | 0.90 | 0.03 | 0.48 | 1,720 |
| Flaring | 0.66 | 2.80 | 0.51 | 0.00 | 0.00 | 0.00 | 0.26 | 864 |
| Fracing Engines | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 12.45 | 1.27 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 103.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.98 | 37,491 |
| Heaters | 3.47 | 52.98 | 63.08 | 4.79 | 4.79 | 0.00 | 0.49 | 76,154 |
| Midstream Compressor Engines | 103.75 | 257.47 | 107.42 | 7.14 | 7.14 | 2.45 | 11.48 | 9,249 |
| Other Midstream | 119.14 | 37.58 | 32.58 | 1.69 | 1.69 | 1.49 | 15.12 | 34,279 |
| Other Production | 14.12 | 14.31 | 58.32 | 3.22 | 3.12 | 1.42 | 0.99 | 8,319 |
| Pneumatic Devices | 41.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 8,185 |
| Pneumatic Pumps | 3.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.17 | 716 |
| Traffic | 0.14 | 0.63 | 1.44 | 13.54 | 1.41 | 0.01 | 0.02 | 189 |
| Water Injection Pumps | 1.12 | 1.16 | 1.48 | 7.27 | 0.57 | 25.74 | 0.14 | 2,606 |
| Well Blowdowns | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 198 |
| **Project Year 20 Totals** | **470.95** | **568.51** | **471.12** | **56.06** | **25.80** | **31.29** | **51.58** | **199,295** |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0024894

**Table O-3**
**Oil and Gas – BLM Only – Alternative B**
**(Conventional + Coal Bed Natural Gas + Shale)**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 17.10 | 174.75 | 303.57 | 9.99 | 9.69 | 0.24 | 2.13 | 35,548 |
| Completion Venting | 1.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 359 |
| Condensate Tanks | 60.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.33 | 199 |
| Construction Equipment | 0.39 | 2.34 | 5.35 | 0.36 | 0.35 | 0.11 | 0.05 | 530 |
| Dehydrators | 45.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.85 | 2,209 |
| Drilling Engines | 13.29 | 135.86 | 236.02 | 7.76 | 7.53 | 0.19 | 1.66 | 27,638 |
| Field Compressor Engines | 9.85 | 471.93 | 255.92 | 3.00 | 3.00 | 0.09 | 1.09 | 5,751 |
| Flaring | 1.92 | 8.13 | 1.49 | 0.00 | 0.00 | 0.00 | 0.77 | 2,507 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 44.69 | 4.55 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 345.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.64 | 96,979 |
| Heaters | 10.98 | 167.64 | 199.57 | 15.17 | 15.17 | 0.00 | 1.54 | 240,947 |
| Midstream Compressor Engines | 281.93 | 709.75 | 290.02 | 19.16 | 19.16 | 6.58 | 31.19 | 24,802 |
| Other Midstream | 319.41 | 100.77 | 87.36 | 4.54 | 4.54 | 4.00 | 40.52 | 91,901 |
| Other Production | 43.42 | 36.26 | 151.15 | 8.41 | 8.16 | 3.68 | 2.91 | 22,867 |
| Pneumatic Devices | 138.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.68 | 27,277 |
| Pneumatic Pumps | 10.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.52 | 2,129 |
| Traffic | 0.39 | 1.73 | 4.08 | 35.67 | 3.72 | 0.02 | 0.04 | 532 |
| Water Injection Pumps | 2.80 | 2.88 | 3.67 | 18.10 | 1.41 | 64.10 | 0.35 | 6,488 |
| Well Blowdowns | 3.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 659 |
| **Project Year 10 Totals** | **1,307.29** | **1,812.05** | **1,538.20** | **166.84** | **77.26** | **79.01** | **130.52** | **589,322** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 10.10 | 173.86 | 173.86 | 1.99 | 1.93 | 0.24 | 1.26 | 35,364 |
| Completion Venting | 1.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 356 |
| Condensate Tanks | 77.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 258 |
| Construction Equipment | 0.40 | 2.35 | 5.38 | 0.36 | 0.35 | 0.12 | 0.05 | 533 |
| Dehydrators | 52.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.21 | 2,676 |
| Drilling Engines | 7.87 | 135.40 | 135.40 | 1.55 | 1.50 | 0.19 | 0.98 | 27,542 |
| Field Compressor Engines | 14.12 | 248.93 | 99.23 | 2.36 | 2.36 | 0.07 | 1.56 | 4,537 |
| Flaring | 2.46 | 10.41 | 1.91 | 0.00 | 0.00 | 0.00 | 0.99 | 3,211 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 40.38 | 4.11 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 274.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.12 | 110,222 |
| Heaters | 9.40 | 143.57 | 170.92 | 12.99 | 12.99 | 0.00 | 1.32 | 206,351 |
| Midstream Compressor Engines | 353.61 | 872.24 | 308.11 | 24.04 | 24.04 | 8.00 | 39.12 | 31,628 |
| Other Midstream | 395.74 | 127.23 | 110.30 | 5.73 | 5.73 | 5.05 | 49.22 | 113,897 |
| Other Production | 39.08 | 42.38 | 171.34 | 9.44 | 9.16 | 4.17 | 2.79 | 23,919 |
| Pneumatic Devices | 108.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.27 | 21,628 |
| Pneumatic Pumps | 5.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.29 | 1,194 |
| Traffic | 0.39 | 1.73 | 3.74 | 37.34 | 3.88 | 0.02 | 0.04 | 497 |
| Water Injection Pumps | 3.35 | 3.45 | 4.40 | 21.65 | 1.68 | 76.68 | 0.42 | 7,761 |
| Well Blowdowns | 2.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 522 |
| **Project Year 20 Totals** | **1,360.43** | **1,761.56** | **1,184.59** | **157.84** | **67.73** | **94.53** | **144.20** | **592,096** |

BLM_0024895

**Table O-4**
**Oil and Gas – BLM Only – Alternative C**
**(Conventional + Coal Bed Natural Gas + Shale)**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 2.88 | 49.61 | 49.61 | 0.57 | 0.55 | 0.07 | 0.36 | 10,091 |
| Completion Venting | 0.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 103 |
| Condensate Tanks | 9.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 32 |
| Construction Equipment | 0.11 | 0.67 | 1.53 | 0.10 | 0.10 | 0.03 | 0.01 | 151 |
| Dehydrators | 13.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.07 | 534 |
| Drilling Engines | 2.24 | 38.49 | 38.49 | 0.44 | 0.43 | 0.05 | 0.28 | 7,829 |
| Field Compressor Engines | 3.98 | 391.09 | 228.85 | 2.12 | 2.12 | 0.06 | 0.44 | 4,060 |
| Flaring | 0.54 | 2.28 | 0.42 | 0.00 | 0.00 | 0.00 | 0.22 | 704 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 7.50 | 0.77 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 260.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.57 | 60,614 |
| Heaters | 8.01 | 122.35 | 145.65 | 11.07 | 11.07 | 0.00 | 1.12 | 175,848 |
| Midstream Compressor Engines | 90.64 | 229.85 | 130.82 | 6.37 | 6.37 | 2.38 | 0.44 | 7,866 |
| Other Midstream | 110.08 | 32.92 | 28.54 | 1.48 | 1.48 | 1.31 | 14.72 | 31,647 |
| Other Production | 30.39 | 22.22 | 94.64 | 5.30 | 5.14 | 2.31 | 2.00 | 15,065 |
| Pneumatic Devices | 104.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.04 | 20,556 |
| Pneumatic Pumps | 8.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.42 | 1,727 |
| Traffic | 0.20 | 0.91 | 1.83 | 20.74 | 2.15 | 0.01 | 0.02 | 247 |
| Water Injection Pumps | 1.69 | 1.74 | 2.21 | 10.91 | 0.85 | 38.63 | 0.21 | 3,910 |
| Well Blowdowns | 2.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 496 |
| **Project Year 10 Totals** | **650.25** | **892.11** | **722.59** | **66.60** | **31.02** | **44.85** | **54.79** | **341,478** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 2.83 | 48.72 | 9.33 | 0.42 | 0.41 | 0.07 | 0.35 | 9,909 |
| Completion Venting | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 99 |
| Condensate Tanks | 10.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 36 |
| Construction Equipment | 0.11 | 0.66 | 1.51 | 0.10 | 0.10 | 0.03 | 0.01 | 149 |
| Dehydrators | 9.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.15 | 469 |
| Drilling Engines | 2.21 | 38.02 | 7.28 | 0.33 | 0.32 | 0.05 | 0.28 | 7,734 |
| Field Compressor Engines | 2.41 | 87.73 | 45.26 | 0.61 | 0.61 | 0.02 | 0.27 | 1,166 |
| Flaring | 0.66 | 2.80 | 0.51 | 0.00 | 0.00 | 0.00 | 0.26 | 864 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 7.11 | 0.73 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 103.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.98 | 37,491 |
| Heaters | 3.47 | 52.98 | 63.08 | 4.79 | 4.79 | 0.00 | 0.49 | 76,154 |
| Midstream Compressor Engines | 103.75 | 257.47 | 107.42 | 7.14 | 7.14 | 2.45 | 11.48 | 9,249 |
| Other Midstream | 119.14 | 37.58 | 32.58 | 1.69 | 1.69 | 1.49 | 15.12 | 34,279 |
| Other Production | 14.12 | 14.31 | 58.32 | 3.22 | 3.12 | 1.42 | 0.99 | 8,319 |
| Pneumatic Devices | 41.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 8,185 |
| Pneumatic Pumps | 1.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 392 |
| Traffic | 0.13 | 0.57 | 1.21 | 12.68 | 1.31 | 0.01 | 0.01 | 162 |
| Water Injection Pumps | 1.12 | 1.16 | 1.48 | 7.27 | 0.57 | 25.74 | 0.14 | 2,606 |
| Well Blowdowns | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 198 |
| **Project Year 20 Totals** | **419.15** | **542.00** | **327.97** | **45.37** | **20.79** | **31.28** | **41.77** | **197,460** |

BLM_0024896

**Table O-5**
**Oil and Gas – BLM Only – Alternative D**
**(Conventional + Coal Bed Natural Gas + Shale)**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 86.15 | 880.53 | 1,529.61 | 50.32 | 48.81 | 1.21 | 10.73 | 179,118 |
| Completion Venting | 8.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.41 | 1,682 |
| Condensate Tanks | 313.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.21 | 1,038 |
| Construction Equipment | 1.98 | 11.71 | 26.78 | 1.81 | 1.76 | 0.58 | 0.25 | 2,653 |
| Dehydrators | 182.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 94.72 | 9,988 |
| Drilling Engines | 68.60 | 701.12 | 1,217.94 | 40.06 | 38.86 | 0.96 | 8.55 | 142,621 |
| Field Compressor Engines | 35.02 | 818.40 | 371.92 | 6.77 | 6.77 | 0.21 | 3.87 | 12,995 |
| Flaring | 9.69 | 40.97 | 7.53 | 0.00 | 0.00 | 0.00 | 3.88 | 12,633 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 224.21 | 22.80 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 785.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.60 | 303,652 |
| Heaters | 26.66 | 407.21 | 484.78 | 36.84 | 36.84 | 0.00 | 3.73 | 585,271 |
| Midstream Compressor Engines | 1,328.33 | 3,390.94 | 1,215.35 | 90.32 | 90.32 | 28.33 | 146.96 | 122,260 |
| Other Midstream | 1,451.85 | 483.33 | 419.01 | 21.75 | 21.75 | 19.19 | 173.71 | 418,098 |
| Other Production | 113.26 | 116.47 | 472.14 | 26.03 | 25.25 | 11.50 | 7.89 | 66,420 |
| Pneumatic Devices | 311.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.09 | 61,914 |
| Pneumatic Pumps | 19.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.93 | 3,837 |
| Traffic | 1.41 | 6.31 | 16.32 | 118.66 | 12.48 | 0.07 | 0.15 | 2,089 |
| Water Injection Pumps | 9.18 | 9.46 | 12.06 | 59.39 | 4.62 | 210.30 | 1.14 | 21,286 |
| Well Blowdowns | 7.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.36 | 1,495 |
| **Project Year 10 Totals** | **4,760.90** | **6,866.44** | **5,773.43** | **676.17** | **310.26** | **272.33** | **511.19** | **1,949,050** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 51.10 | 879.64 | 879.64 | 10.05 | 9.75 | 1.20 | 6.37 | 178,925 |
| Completion Venting | 8.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.41 | 1,680 |
| Condensate Tanks | 412.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.52 | 1,364 |
| Construction Equipment | 2.00 | 11.80 | 27.06 | 1.83 | 1.77 | 0.58 | 0.25 | 2,684 |
| Dehydrators | 232.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 120.95 | 12,956 |
| Drilling Engines | 40.69 | 700.42 | 700.42 | 8.00 | 7.76 | 0.96 | 5.07 | 142,471 |
| Field Compressor Engines | 64.48 | 942.34 | 331.40 | 9.91 | 9.91 | 0.30 | 7.13 | 19,037 |
| Flaring | 13.93 | 58.89 | 10.82 | 0.00 | 0.00 | 0.00 | 5.57 | 18,159 |
| Fugitive Dust | 0.00 | 0.00 | 0.00 | 202.58 | 20.64 | 0.00 | 0.00 | 0 |
| Fugitive Leaks | 1,155.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.06 | 523,545 |
| Heaters | 40.79 | 622.94 | 741.59 | 56.36 | 56.36 | 0.00 | 5.71 | 895,327 |
| Midstream Compressor Engines | 1,719.00 | 4,297.12 | 1,471.26 | 118.08 | 118.08 | 36.77 | 190.18 | 160,374 |
| Other Midstream | 1,892.79 | 632.73 | 548.54 | 28.48 | 28.48 | 25.12 | 225.39 | 545,115 |
| Other Production | 172.73 | 202.79 | 813.28 | 44.69 | 43.35 | 19.80 | 12.59 | 111,011 |
| Pneumatic Devices | 456.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.09 | 90,949 |
| Pneumatic Pumps | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.11 | 4,612 |
| Traffic | 1.85 | 8.28 | 18.05 | 177.15 | 18.41 | 0.08 | 0.20 | 2,391 |
| Water Injection Pumps | 16.11 | 16.60 | 21.16 | 104.22 | 8.11 | 369.06 | 2.01 | 37,354 |
| Well Blowdowns | 11.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.53 | 2,197 |
| **Project Year 20 Totals** | **6,314.92** | **8,373.55** | **5,563.21** | **761.36** | **322.63** | **453.87** | **662.14** | **2,750,149** |

BLM_0024897

**Table O-6**
**Coal – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Construction Fugitive Dust | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction Combustion Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Fugitives (dust, methane) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Combustion Sources (mining, heavy equipment, vehicle exhaust) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Point Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-7**
**Coal – Alternatives A and D, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Construction Fugitive Dust | 30 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction Combustion Sources | 1 | 1 | 25 | 0 | 8 | 1 | 0 | 3,097 | 0 | 0 | 3,136 | 2,846 |
| Production Fugitives (dust, methane) | 23 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 106,389 | 0 | 2,234,164 | 2,027,372 |
| Production Combustion Sources (mining, heavy equipment, vehicle exhaust) | 4 | 1 | 101 | 0 | 13 | 5 | 0 | 13,079 | 0 | 1 | 13,317 | 12,085 |
| Production Point Sources | 3 | 1 | 91 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 60 | 19 | 217 | 0 | 21 | 6 | 1 | 16,176 | 106,389 | 1 | 2,250,618 | 2,042,303 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024898

**Table O-8**
**Coal – Alternatives B and C, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Construction Fugitive Dust | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction Combustion Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Fugitives (dust, methane) | 18 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 85,111 | 0 | 1,787,331 | 1,621,897 |
| Production Combustion Sources (mining, heavy equipment, vehicle exhaust) | 3 | 1 | 80.5 | 0 | 10 | 4 | 0 | 10,463 | 0 | 1 | 10,654 | 9,668 |
| Production Point Sources | 2 | 1 | 73 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 24 | 7 | 154 | 0 | 10 | 4 | 0 | 10,463 | 85,111 | 1 | 1,797,985 | 1,631,565 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-9**
**Coal – Alternatives A and D, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Construction Fugitive Dust | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction Combustion Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Fugitives (dust, methane) | 32 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 148,944 | 0 | 3,127,829 | 2,838,321 |
| Production Combustion Sources (mining, heavy equipment, vehicle exhaust) | 6 | 2 | 141 | 0 | 18 | 7 | 1 | 18,310 | 0 | 1 | 18,644 | 16,919 |
| Production Point Sources | 4 | 1 | 128 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 42 | 12 | 269 | 0 | 18 | 7 | 1 | 18,310 | 148,944 | 1 | 3,146,474 | 2,855,239 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-10**
**Coal – Alternatives B and C, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Construction Fugitive Dust | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction Combustion Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Fugitives (dust, methane) | 18 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 85,111 | 0 | 1,787,331 | 1,621,897 |
| Production Combustion Sources (mining, heavy equipment, vehicle exhaust) | 3 | 1 | 81 | 0 | 10 | 4 | 0 | 10,463 | 0 | 1 | 10,654 | 9,668 |
| Production Point Sources | 2 | 1 | 73 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 24 | 7 | 154 | 0 | 10 | 4 | 0 | 10,463 | 85,111 | 1 | 1,797,985 | 1,631,565 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-11**
**Uranium – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Extraction and Processing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024900

### Table O-12
### Uranium – Alternatives A, B, C, and D, Year 10

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 222 | 26 | 107 | 0 | 102 | 11 | 1 | 14,093 | 1 | 0 | 14,178 | 12,866 |
| Extraction and Processing | 132 | 124 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 16 | 15 | 257 | 6 | 100 | 18 | 2 | 28,849 | 0 | 0 | 28,926 | 26,249 |
| **Total** | **369** | **166** | **364** | **7** | **203** | **29** | **3** | **42,942** | **1** | **0** | **43,104** | **39,115** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

### Table O-13
### Uranium – Alternatives A, B, C, and D, Year 20

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 444 | 52 | 214 | 1 | 205 | 22 | 2 | 28,185 | 1 | 0 | 28,356 | 25,731 |
| Extraction and Processing | 263 | 249 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 32 | 31 | 514 | 13 | 201 | 36 | 4 | 57,696 | 1 | 0 | 57,852 | 52,498 |
| **Total** | **739** | **331** | **727** | **13** | **406** | **58** | **6** | **85,883** | **2** | **1** | **86,208** | **78,229** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

### Table O-14
### Sand and Gravel – Base Year

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 208 | 21 | 10 | 0 | 7 | 1 | 0 | 1,294 | 0 | 0 | 1,299 | 1,179 |
| Extraction and Processing | 23 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 400 | 0 | 0 | 401 | 364 |
| **Total** | **231** | **27** | **14** | **0** | **9** | **1** | **0** | **1,694** | **0** | **0** | **1,701** | **1,543** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024901

**Table O-15**
**Sand and Gravel – Alternative A, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 208 | 21 | 10 | 0 | 7 | 1 | 0 | 1,294 | 0 | 0 | 1,299 | 1,179 |
| Extraction and Processing | 23 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 400 | 0 | 0 | 401 | 364 |
| Total | 231 | 27 | 14 | 0 | 9 | 1 | 0 | 1,694 | 0 | 0 | 1,701 | 1,543 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-16**
**Sand and Gravel – Alternative B, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 52 | 5 | 3 | 0 | 2 | 0 | 0 | 323 | 0 | 0 | 325 | 295 |
| Extraction and Processing | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 100 | 91 |
| Total | 58 | 7 | 3 | 0 | 2 | 0 | 0 | 423 | 0 | 0 | 425 | 386 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-17**
**Sand and Gravel – Alternative C, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 52 | 5 | 3 | 0 | 2 | 0 | 0 | 323 | 0 | 0 | 325 | 295 |
| Extraction and Processing | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 100 | 91 |
| Total | 58 | 7 | 3 | 0 | 2 | 0 | 0 | 423 | 0 | 0 | 425 | 386 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024902

**Table O-18**
**Sand and Gravel – Alternative D, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 208 | 21 | 10 | 0 | 7 | 1 | 0 | 1,294 | 0 | 0 | 1,299 | 1,179 |
| Extraction and Processing | 23 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 400 | 0 | 0 | 401 | 364 |
| **Total** | **231** | **27** | **14** | **0** | **9** | **1** | **0** | **1,694** | **0** | **0** | **1,701** | **1,543** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-19**
**Sand and Gravel – Alternative A, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 208 | 21 | 10 | 0 | 7 | 1 | 0 | 1,294 | 0 | 0 | 1,299 | 1,179 |
| Extraction and Processing | 23 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 400 | 0 | 0 | 401 | 364 |
| **Total** | **231** | **27** | **14** | **0** | **9** | **1** | **0** | **1,694** | **0** | **0** | **1,701** | **1,543** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-20**
**Sand and Gravel – Alternative B, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 52 | 5 | 3 | 0 | 2 | 0 | 0 | 323 | 0 | 0 | 325 | 295 |
| Extraction and Processing | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 100 | 91 |
| **Total** | **58** | **7** | **3** | **0** | **2** | **0** | **0** | **423** | **0** | **0** | **425** | **386** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024903

**Table O-21**
**Sand and Gravel – Alternative C, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM 10 | PM 2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs [a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 52 | 5 | 3 | 0 | 2 | 0 | 0 | 323 | 0 | 0 | 325 | 295 |
| Extraction and Processing | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 100 | 91 |
| **Total** | **58** | **7** | **3** | **0** | **2** | **0** | **0** | **423** | **0** | **0** | **425** | **386** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-22**
**Sand and Gravel – Alternative D, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM 10 | PM 2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs [a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 208 | 21 | 10 | 0 | 7 | 1 | 0 | 1,294 | 0 | 0 | 1,299 | 1,179 |
| Extraction and Processing | 23 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heavy Equipment | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 400 | 0 | 0 | 401 | 364 |
| **Total** | **231** | **27** | **14** | **0** | **9** | **1** | **0** | **1,694** | **0** | **0** | **1,701** | **1,543** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-23**
**Travel and Transportation Management – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs [a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.27 | 0.00 | 0.00 | 0.27 | 0.24 |
| Maintenance Equipment | 0.08 | 0.01 | 0.06 | 0.00 | 0.05 | 0.01 | 0.00 | 7.46 | 0.00 | 0.00 | 7.48 | 6.79 |
| Recreational Vehicles | 1,216.70 | 127.16 | 2.85 | 0.05 | 375.33 | 228.76 | 22.88 | 1,648.96 | 2.69 | 0.05 | 1,720.65 | 1,561.39 |
| **Total** | **1,216.82** | **127.18** | **2.92** | **0.06** | **375.38** | **228.76** | **22.88** | **1,656.69** | **2.69** | **0.05** | **1,728.40** | **1,568.42** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024904

**Table O-24**
**Travel and Transportation Management – Alternative A, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 0.06 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.34 | 0.31 |
| Maintenance Equipment | 0.10 | 0.02 | 0.08 | 0.00 | 0.07 | 0.01 | 0.00 | 9.62 | 0.00 | 0.00 | 9.65 | 8.76 |
| Recreational Vehicles | 1,568.87 | 163.97 | 3.68 | 0.07 | 483.96 | 294.97 | 29.50 | 2,126.25 | 3.47 | 0.06 | 2,218.69 | 2,013.33 |
| Total | 1,569.03 | 163.99 | 3.76 | 0.07 | 484.03 | 294.98 | 29.50 | 2,136.21 | 3.47 | 0.06 | 2,228.68 | 2,022.39 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-25**
**Travel and Transportation Management – Alternative B, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 10 | 9 |
| Recreational Vehicles | 1,569 | 164 | 4 | 0 | 484 | 295 | 29 | 2,126 | 3 | 0 | 2,219 | 2,013 |
| Total | 1,569 | 164 | 4 | 0 | 484 | 295 | 29 | 2,136 | 3 | 0 | 2,229 | 2,022 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-26**
**Travel and Transportation Management – Alternative C, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 7 | 7 |
| Recreational Vehicles | 1,166 | 122 | 3 | 0 | 360 | 219 | 22 | 1,580 | 3 | 0 | 1,649 | 1,496 |
| Total | 1,166 | 122 | 3 | 0 | 360 | 219 | 22 | 1,587 | 3 | 0 | 1,656 | 1,503 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024905

**Table O-27**
**Travel and Transportation Management – Alternative D, Year 10**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 10 | 9 |
| Recreational Vehicles | 1,569 | 164 | 4 | 0 | 484 | 295 | 29 | 2,126 | 3 | 0 | 2,219 | 2,013 |
| Total | 1,569 | 164 | 4 | 0 | 484 | 295 | 29 | 2,136 | 3 | 0 | 2,229 | 2,022 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-28**
**Travel and Transportation Management – Alternative A, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 0.07 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.42 | 0.00 | 0.00 | 0.42 | 0.38 |
| Maintenance Equipment | 0.12 | 0.02 | 0.10 | 0.00 | 0.08 | 0.01 | 0.00 | 11.88 | 0.00 | 0.00 | 11.91 | 10.81 |
| Recreational Vehicles | 1,936.56 | 202.40 | 4.54 | 0.09 | 597.38 | 364.10 | 36.41 | 2,624.56 | 4.28 | 0.08 | 2,738.66 | 2,485.17 |
| Total | 1,936.75 | 202.43 | 4.64 | 0.09 | 597.47 | 364.11 | 36.41 | 2,636.86 | 4.28 | 0.08 | 2,750.99 | 2,496.37 |

**Table O-29**
**Travel and Transportation Management – Alternative B, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 12 | 11 |
| Recreational Vehicles | 1,937 | 202 | 5 | 0 | 597 | 364 | 36 | 2,625 | 4 | 0 | 2,739 | 2,485 |
| Total | 1,937 | 202 | 5 | 0 | 597 | 364 | 36 | 2,637 | 4 | 0 | 2,751 | 2,496 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024906

**Table O-30**
**Travel and Transportation Management – Alternative C, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 7 | 7 |
| Recreational Vehicles | 1,166 | 122 | 3 | 0 | 360 | 219 | 22 | 1,580 | 3 | 0 | 1,649 | 1,496 |
| **Total** | **1,166** | **122** | **3** | **0** | **360** | **219** | **22** | **1,587** | **3** | **0** | **1,656** | **1,503** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-31**
**Travel and Transportation Management – Alternative D, Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Commuter Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 12 | 11 |
| Recreational Vehicles | 1,937 | 202 | 5 | 0 | 597 | 364 | 36 | 2,625 | 4 | 0 | 2,739 | 2,485 |
| **Total** | **1,937** | **202** | **5** | **0** | **597** | **364** | **36** | **2,637** | **4** | **0** | **2,751** | **2,496** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024907

**Table O-32**
**Prescribed Fire and Mechanical Treatments – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Fugitive Dust - Mechanical Treatment | 468 | 70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust - Prescribed Fire | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smoke - Prescribed Fire | 3 | 3 | 1 | 0 | 36 | 2 | 0 | 0 | 2 | 2 | 532 | 483 |
| Commuter Vehicles - Mechanical Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 25 | 23 |
| Commuter Vehicles - Prescribed Fire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 11 | 10 |
| Maintenance Equipment - Mechanical Treatment | 18 | 17 | 208 | 5 | 278 | 56 | 6 | 25,421 | 0 | 0 | 25,579 | 23,211 |
| Maintenance Equipment - Prescribed Fire | 0 | 0 | 8 | 0 | 5 | 1 | 0 | 942 | 0 | 0 | 948 | 860 |
| **Total** | **494** | **91** | **217** | **6** | **319** | **59** | **6** | **26,397** | **2** | **2** | **27,095** | **24,587** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-33**
**Prescribed Fire and Mechanical Treatments – Alternative A, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Fugitive Dust - Mechanical Treatment | 239 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust - Prescribed Fire | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smoke - Prescribed Fire | 6 | 5 | 1 | 0 | 61 | 3 | 0 | 0 | 3 | 3 | 909 | 824 |
| Commuter Vehicles - Mechanical Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 13 | 12 |
| Commuter Vehicles - Prescribed Fire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 20 | 18 |
| Maintenance Equipment - Mechanical Treatment | 9 | 9 | 106 | 3 | 142 | 29 | 3 | 12,982 | 0 | 0 | 13,063 | 11,854 |
| Maintenance Equipment - Prescribed Fire | 1 | 1 | 13 | 0 | 8 | 1 | 0 | 1,610 | 0 | 0 | 1,620 | 1,470 |
| **Total** | **263** | **52** | **121** | **4** | **212** | **33** | **3** | **14,623** | **3** | **3** | **15,623** | **14,177** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024908

**Table O-34**

**Prescribed Fire and Mechanical Treatments – Alternative B, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Fugitive Dust - Mechanical Treatment | 239 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust - Prescribed Fire | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smoke - Prescribed Fire | 6 | 5 | 1 | 0 | 61 | 3 | 0 | 0 | 3 | 3 | 909 | 824 |
| Commuter Vehicles - Mechanical Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 13 | 12 |
| Commuter Vehicles - Prescribed Fire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 20 | 18 |
| Maintenance Equipment - Mechanical Treatment | 9 | 9 | 106 | 3 | 142 | 29 | 3 | 12,982 | 0 | 0 | 13,063 | 11,854 |
| Maintenance Equipment - Prescribed Fire | 1 | 1 | 13 | 0 | 8 | 1 | 0 | 1,610 | 0 | 0 | 1,620 | 1,470 |
| Total | 263 | 52 | 121 | 4 | 212 | 33 | 3 | 14,623 | 3 | 3 | 15,623 | 14,177 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-35**

**Prescribed Fire and Mechanical Treatments – Alternative C, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Fugitive Dust - Mechanical Treatment | 191 | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust - Prescribed Fire | 10 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smoke - Prescribed Fire | 7 | 6 | 2 | 0 | 74 | 3 | 0 | 0 | 3 | 3 | 1,090 | 989 |
| Commuter Vehicles - Mechanical Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 10 | 9 |
| Commuter Vehicles - Prescribed Fire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 0 | 0 | 23 | 21 |
| Maintenance Equipment - Mechanical Treatment | 7 | 7 | 85 | 2 | 114 | 23 | 2 | 10,386 | 0 | 0 | 10,450 | 9,483 |
| Maintenance Equipment - Prescribed Fire | 1 | 1 | 16 | 0 | 10 | 2 | 0 | 1,932 | 0 | 0 | 1,944 | 1,764 |
| Total | 217 | 44 | 103 | 3 | 197 | 28 | 3 | 12,350 | 4 | 4 | 13,518 | 12,267 |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024909

**Table O-36**
**Prescribed Fire and Mechanical Treatments – Alternative D, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Fugitive Dust - Mechanical Treatment | 299 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust - Prescribed Fire | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smoke - Prescribed Fire | 4 | 4 | 1 | 0 | 46 | 2 | 0 | 0 | 2 | 2 | 681 | 618 |
| Commuter Vehicles - Mechanical Treatment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 16 | 15 |
| Commuter Vehicles - Prescribed Fire | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 15 | 13 |
| Maintenance Equipment - Mechanical Treatment | 11 | 11 | 133 | 3 | 177 | 36 | 4 | 16,228 | 0 | 0 | 16,328 | 14,817 |
| Maintenance Equipment - Prescribed Fire | 1 | 1 | 10 | 0 | 6 | 1 | 0 | 1,208 | 0 | 0 | 1,215 | 1,102 |
| **Total** | **321** | **61** | **144** | **4** | **230** | **39** | **4** | **17,464** | **3** | **2** | **18,255** | **16,566** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-37**
**Livestock Grazing – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | $NO_x$ | $SO_2$ | CO | VOC | HAPs[a] | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$eq | $CO_2$eq metric Tonnes |
| Heavy Equipment | 0.37 | 0.05 | 0.09 | 0.00 | 0.03 | 0.01 | 0.00 | 11.86 | 0.00 | 0.00 | 11.89 | 10.79 |
| Commuting Vehicles | 1.00 | 0.11 | 0.26 | 0.00 | 0.72 | 0.06 | 0.01 | 43.11 | 0.00 | 0.00 | 43.74 | 39.69 |
| OHVs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enteric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,554.31 | 0.00 | 53,640.53 | 48,675.62 |
| **Total** | **1.38** | **0.16** | **0.35** | **0.00** | **0.75** | **0.07** | **0.01** | **54.97** | **2,554.31** | **0.00** | **53,696.16** | **48,726.10** |

BLM_0024910

**Table O-38**
**Livestock Grazing – Alternative A, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Heavy Equipment | 0.36 | 0.05 | 0.09 | 0.00 | 0.03 | 0.01 | 0.00 | 11.31 | 0.00 | 0.00 | 11.34 | 10.29 |
| Commuting Vehicles | 0.95 | 0.10 | 0.25 | 0.00 | 0.69 | 0.06 | 0.01 | 41.11 | 0.00 | 0.00 | 41.71 | 37.85 |
| OHVs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enteric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,435.78 | 0.00 | 51,151.45 | 46,416.92 |
| **Total** | **1.31** | **0.15** | **0.34** | **0.00** | **0.72** | **0.06** | **0.01** | **52.42** | **2,435.79** | **0.00** | **51,204.50** | **46,465.06** |

**Table O-39**
**Livestock Grazing – Alternative B, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Heavy Equipment | 0.36 | 0.05 | 0.09 | 0.00 | 0.03 | 0.01 | 0.00 | 11.28 | 0.00 | 0.00 | 11.31 | 10.26 |
| Commuting Vehicles | 0.95 | 0.10 | 0.25 | 0.00 | 0.68 | 0.06 | 0.01 | 41.01 | 0.00 | 0.00 | 41.61 | 37.76 |
| OHVs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enteric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,429.71 | 0.00 | 51,023.92 | 46,301.20 |
| **Total** | **1.31** | **0.15** | **0.34** | **0.00** | **0.72** | **0.06** | **0.01** | **52.29** | **2,429.71** | **0.00** | **51,076.84** | **46,349.22** |

**Table O-40**
**Livestock Grazing – Alternative C, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NOx | SO2 | CO | VOC | HAPs[a] | CO2 | CH4 | N2O | CO2eq | CO2eq metric Tonnes |
| Heavy Equipment | 0.21 | 0.03 | 0.05 | 0.00 | 0.02 | 0.00 | 0.00 | 6.55 | 0.00 | 0.00 | 6.57 | 5.96 |
| Commuting Vehicles | 0.55 | 0.06 | 0.14 | 0.00 | 0.40 | 0.03 | 0.00 | 23.82 | 0.00 | 0.00 | 24.16 | 21.93 |
| OHVs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enteric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,411.12 | 0.00 | 29,633.42 | 26,890.58 |
| **Total** | **0.76** | **0.09** | **0.20** | **0.00** | **0.42** | **0.04** | **0.00** | **30.37** | **1,411.12** | **0.00** | **29,664.16** | **26,918.47** |

BLM_0024911

**Table O-41**
**Livestock Grazing – Alternative D, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Heavy Equipment | 0.36 | 0.05 | 0.09 | 0.00 | 0.03 | 0.01 | 0.00 | 11.31 | 0.00 | 0.00 | 11.34 | 10.29 |
| Commuting Vehicles | 0.95 | 0.10 | 0.25 | 0.00 | 0.69 | 0.06 | 0.01 | 41.11 | 0.00 | 0.00 | 41.71 | 37.85 |
| OHVs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enteric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,435.78 | 0.00 | 51,151.45 | 46,416.92 |
| **Total** | **1.31** | **0.15** | **0.34** | **0.00** | **0.72** | **0.06** | **0.01** | **52.42** | **2,435.79** | **0.00** | **51,204.50** | **46,465.06** |

**Table O-42**
**Lands and Realty Right-of-ways – Base Year**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 1.67 | 0.18 | 0.35 | 0.01 | 0.08 | 0.02 | 0.00 | 40.83 | 0.00 | 0.00 | 42.16 | 38.26 |
| Heavy Equipment | 0.35 | 0.09 | 0.68 | 0.02 | 0.32 | 0.05 | 0.01 | 72.11 | 0.00 | 0.00 | 72.30 | 65.61 |
| **Total** | **2.02** | **0.27** | **1.03** | **0.02** | **0.40** | **0.08** | **0.01** | **112.94** | **0.01** | **0.00** | **114.47** | **103.87** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

**Table O-43**
**Lands and Realty Right-of-ways – Alternatives A, B, C, and D, Year 10 and Year 20**

| Activity | Annual Emissions (Tons) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PM10 | PM2.5 | NO$_x$ | SO$_2$ | CO | VOC | HAPs[a] | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$eq | CO$_2$eq metric Tonnes |
| Commuter Vehicles | 1.67 | 0.18 | 0.35 | 0.01 | 0.08 | 0.02 | 0.00 | 40.83 | 0.00 | 0.00 | 42.16 | 38.26 |
| Heavy Equipment | 0.35 | 0.09 | 0.68 | 0.02 | 0.32 | 0.05 | 0.01 | 72.11 | 0.00 | 0.00 | 72.30 | 65.61 |
| **Total** | **2.02** | **0.27** | **1.03** | **0.02** | **0.40** | **0.08** | **0.01** | **112.94** | **0.01** | **0.00** | **114.47** | **103.87** |

[a] HAPs = Hazardous Air Pollutants; assumed = VOCs * 0.1

BLM_0024912

## O.2 BLM AUTHORIZED ACTIONS: PERCENT CONTRIBUTION TO BLM EMISSIONS BY ACTIVITY

BLM_0024913

**Figure O-1**
**VOC Emissions**









BLM_0024914

**Figure O-2**
**NOₓ Emissions**









BLM_0024915

**Figure O-3**
**PM₂.₅ Emissions**









BLM_0024916

**O.3**   **BLM PLUS NON-FEDERAL OIL AND GAS ACTIONS WITHIN THE PLANNING AREA EMISSIONS INVENTORY TABLES**

- Oil and Gas Development – BLM + Private/Fee

    – Combined Conventional, CBNG, Shale

## Table O-44
## BLM + Non-federal Oil and Gas, Alternative A

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 32 | 332 | 577 | 19 | 18 | 0 | 4 | 67,550 |
| Completion Venting | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 682 |
| Condensate Tanks | 425 | 0 | 0 | 0 | 0 | 0 | 12 | 1,396 |
| Construction Equipment | 1 | 4 | 10 | 1 | 1 | 0 | 0 | 1,006 |
| Dehydrators | 96 | 0 | 0 | 0 | 0 | 0 | 50 | 5,433 |
| Drilling Engines | 25 | 258 | 449 | 15 | 14 | 0 | 3 | 52,540 |
| Field Compressor Engines | 22 | 1,344 | 752 | 8 | 8 | 0 | 2 | 15,400 |
| Flaring | 5 | 21 | 4 | 0 | 0 | 0 | 2 | 6,467 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 85 | 9 | 0 | 0 | 0 |
| Fugitive Leaks | 925 | 0 | 0 | 0 | 0 | 0 | 45 | 237,913 |
| Heaters | 29 | 442 | 526 | 40 | 40 | 0 | 4 | 634,746 |
| Midstream Compressor Engines | 592 | 1,499 | 821 | 42 | 42 | 15 | 66 | 51,666 |
| Other Midstream | 713 | 215 | 187 | 10 | 10 | 9 | 95 | 205,137 |
| Other Production | 113 | 88 | 371 | 21 | 20 | 9 | 8 | 57,438 |
| Pneumatic Devices | 370 | 0 | 0 | 0 | 0 | 0 | 18 | 72,979 |
| Pneumatic Pumps | 34 | 0 | 0 | 0 | 0 | 0 | 2 | 6,644 |
| Traffic | 1 | 4 | 9 | 87 | 9 | 0 | 0 | 1,222 |
| Water Injection Pumps | 7 | 7 | 9 | 44 | 3 | 155 | 1 | 15,664 |
| Well Blowdowns | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1,763 |
| **Project Year 10 Totals** | **3,403** | **4,215** | **3,714** | **370** | **174** | **189** | **311** | **1,435,646** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 32 | 331 | 575 | 19 | 18 | 0 | 4 | 67,369 |
| Completion Venting | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 678 |
| Condensate Tanks | 456 | 0 | 0 | 0 | 0 | 0 | 11 | 1,498 |
| Construction Equipment | 1 | 4 | 10 | 1 | 1 | 0 | 0 | 1,004 |
| Dehydrators | 100 | 0 | 0 | 0 | 0 | 0 | 52 | 6,403 |
| Drilling Engines | 25 | 258 | 448 | 15 | 14 | 0 | 3 | 52,445 |
| Field Compressor Engines | 30 | 819 | 394 | 6 | 6 | 0 | 3 | 12,089 |
| Flaring | 6 | 27 | 5 | 0 | 0 | 0 | 3 | 8,392 |
| Fracing Engines | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fugitive Dust | 0 | 0 | 0 | 85 | 9 | 0 | 0 | 0 |
| Fugitive Leaks | 729 | 0 | 0 | 0 | 0 | 0 | 35 | 251,294 |
| Heaters | 24 | 368 | 438 | 33 | 33 | 0 | 3 | 529,366 |
| Midstream Compressor Engines | 697 | 1,723 | 699 | 48 | 48 | 16 | 77 | 62,101 |
| Other Midstream | 798 | 252 | 219 | 11 | 11 | 10 | 101 | 229,712 |
| Other Production | 98 | 96 | 391 | 22 | 21 | 10 | 7 | 56,339 |
| Pneumatic Devices | 290 | 0 | 0 | 0 | 0 | 0 | 14 | 57,490 |
| Pneumatic Pumps | 25 | 0 | 0 | 0 | 0 | 0 | 1 | 5,045 |
| Traffic | 1 | 4 | 10 | 91 | 9 | 0 | 0 | 1,277 |
| Water Injection Pumps | 7 | 8 | 10 | 48 | 4 | 171 | 1 | 17,357 |
| Well Blowdowns | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1,389 |
| **Project Year 20 Totals** | **3,331** | **3,891** | **3,199** | **379** | **175** | **209** | **316** | **1,361,245** |

BLM_0024918

**Table O-45**
**BLM + Non-federal Oil and Gas, Alternative B**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 45 | 457 | 794 | 26 | 25 | 1 | 6 | 93,007 |
| Completion Venting | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 938 |
| Condensate Tanks | 338 | 0 | 0 | 0 | 0 | 0 | 10 | 1,114 |
| Construction Equipment | 1 | 6 | 14 | 1 | 1 | 0 | 0 | 1,386 |
| Dehydrators | 94 | 0 | 0 | 0 | 0 | 0 | 49 | 4,984 |
| Drilling Engines | 35 | 356 | 618 | 20 | 20 | 0 | 4 | 72,348 |
| Field Compressor Engines | 27 | 1,411 | 775 | 9 | 9 | 0 | 3 | 16,808 |
| Flaring | 6 | 27 | 5 | 0 | 0 | 0 | 3 | 8,266 |
| Fugitive Dust | 0 | 0 | 0 | 117 | 12 | 0 | 0 | 0 |
| Fugitive Leaks | 1,010 | 0 | 0 | 0 | 0 | 0 | 49 | 274,278 |
| Heaters | 32 | 487 | 580 | 44 | 44 | 0 | 4 | 699,845 |
| Midstream Compressor Engines | 784 | 1,979 | 980 | 54 | 54 | 20 | 87 | 68,602 |
| Other Midstream | 923 | 283 | 245 | 13 | 13 | 11 | 120 | 265,391 |
| Other Production | 126 | 102 | 428 | 24 | 23 | 10 | 8 | 65,240 |
| Pneumatic Devices | 404 | 0 | 0 | 0 | 0 | 0 | 20 | 79,701 |
| Pneumatic Pumps | 32 | 0 | 0 | 0 | 0 | 0 | 2 | 6,349 |
| Traffic | 1 | 5 | 11 | 102 | 11 | 0 | 0 | 1,496 |
| Water Injection Pumps | 8 | 8 | 10 | 51 | 4 | 180 | 1 | 18,242 |
| Well Blowdowns | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 1,925 |
| **Project Year 10 Totals** | **3,880** | **5,121** | **4,460** | **461** | **215** | **223** | **366** | **1,679,920** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 27 | 456 | 456 | 5 | 5 | 1 | 3 | 92,819 |
| Completion Venting | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 935 |
| Condensate Tanks | 340 | 0 | 0 | 0 | 0 | 0 | 8 | 1,125 |
| Construction Equipment | 1 | 6 | 14 | 1 | 1 | 0 | 0 | 1,400 |
| Dehydrators | 98 | 0 | 0 | 0 | 0 | 0 | 51 | 5,817 |
| Drilling Engines | 21 | 355 | 355 | 4 | 4 | 0 | 3 | 72,249 |
| Field Compressor Engines | 39 | 954 | 439 | 8 | 8 | 0 | 4 | 14,906 |
| Flaring | 8 | 35 | 6 | 0 | 0 | 0 | 3 | 10,734 |
| Fugitive Dust | 0 | 0 | 0 | 106 | 11 | 0 | 0 | 0 |
| Fugitive Leaks | 900 | 0 | 0 | 0 | 0 | 0 | 43 | 324,025 |
| Heaters | 30 | 459 | 546 | 42 | 42 | 0 | 4 | 659,563 |
| Midstream Compressor Engines | 947 | 2,338 | 900 | 65 | 65 | 22 | 105 | 84,480 |
| Other Midstream | 1,075 | 342 | 296 | 15 | 15 | 14 | 135 | 309,330 |
| Other Production | 123 | 124 | 504 | 28 | 27 | 12 | 9 | 71,939 |
| Pneumatic Devices | 358 | 0 | 0 | 0 | 0 | 0 | 17 | 70,933 |
| Pneumatic Pumps | 22 | 0 | 0 | 0 | 0 | 0 | 1 | 4,457 |
| Traffic | 1 | 5 | 11 | 110 | 11 | 0 | 0 | 1,428 |
| Water Injection Pumps | 10 | 10 | 13 | 63 | 5 | 222 | 1 | 22,512 |
| Well Blowdowns | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1,713 |
| **Project Year 20 Totals** | **4,013** | **5,083** | **3,541** | **446** | **194** | **272** | **388** | **1,750,364** |

**Table O-46**
**BLM + Non-federal Oil and Gas, Alternative C**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| **Project Year 10** | | | | | | | | |
| Completion Engines | 19 | 332 | 332 | 4 | 4 | 0 | 2 | 67,546 |
| Completion Venting | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 682 |
| Condensate Tanks | 199 | 0 | 0 | 0 | 0 | 0 | 7 | 660 |
| Construction Equipment | 1 | 4 | 10 | 1 | 1 | 0 | 0 | 1,013 |
| Dehydrators | 47 | 0 | 0 | 0 | 0 | 0 | 24 | 2,200 |
| Drilling Engines | 15 | 258 | 258 | 3 | 3 | 0 | 2 | 52,536 |
| Field Compressor Engines | 16 | 1,254 | 722 | 7 | 7 | 0 | 2 | 13,528 |
| Flaring | 5 | 21 | 4 | 0 | 0 | 2 | 0 | 6,467 |
| Fugitive Dust | 0 | 0 | 0 | 50 | 5 | 0 | 0 | 0 |
| Fugitive Leaks | 925 | 0 | 0 | 0 | 0 | 0 | 45 | 237,913 |
| Heaters | 29 | 442 | 526 | 40 | 40 | 0 | 4 | 634,746 |
| Midstream Compressor Engines | 592 | 1,499 | 821 | 42 | 42 | 15 | 66 | 51,666 |
| Other Midstream | 713 | 215 | 187 | 10 | 10 | 9 | 95 | 205,137 |
| Other Production | 113 | 88 | 371 | 21 | 20 | 9 | 8 | 57,438 |
| Pneumatic Devices | 370 | 0 | 0 | 0 | 0 | 0 | 18 | 72,979 |
| Pneumatic Pumps | 28 | 0 | 0 | 0 | 0 | 0 | 1 | 5,547 |
| Traffic | 1 | 4 | 9 | 85 | 9 | 0 | 0 | 1,148 |
| Water Injection Pumps | 7 | 7 | 9 | 44 | 3 | 155 | 1 | 15,664 |
| Well Blowdowns | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1,763 |
| **Project Year 10 Totals** | **3,092** | **4,125** | **3,248** | **305** | **143** | **189** | **277** | **1,428,632** |
| **Project Year 20** | | | | | | | | |
| Completion Engines | 19 | 331 | 63 | 3 | 3 | 0 | 2 | 67,364 |
| Completion Venting | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 678 |
| Condensate Tanks | 157 | 0 | 0 | 0 | 0 | 0 | 5 | 524 |
| Construction Equipment | 1 | 4 | 10 | 1 | 1 | 0 | 0 | 1,016 |
| Dehydrators | 35 | 0 | 0 | 0 | 0 | 0 | 18 | 2,144 |
| Drilling Engines | 15 | 258 | 49 | 2 | 2 | 0 | 2 | 52,442 |
| Field Compressor Engines | 17 | 641 | 334 | 4 | 4 | 0 | 2 | 8,355 |
| Flaring | 6 | 27 | 5 | 0 | 0 | 0 | 3 | 8,392 |
| Fugitive Dust | 0 | 0 | 0 | 48 | 5 | 0 | 0 | 0 |
| Fugitive Leaks | 729 | 0 | 0 | 0 | 0 | 0 | 35 | 251,294 |
| Heaters | 24 | 368 | 438 | 33 | 33 | 0 | 3 | 529,366 |
| Midstream Compressor Engines | 697 | 1,723 | 699 | 48 | 48 | 16 | 77 | 62,101 |
| Other Midstream | 798 | 252 | 219 | 11 | 11 | 10 | 101 | 229,712 |
| Other Production | 98 | 96 | 391 | 22 | 21 | 10 | 7 | 56,339 |
| Pneumatic Devices | 290 | 0 | 0 | 0 | 0 | 0 | 14 | 57,490 |
| Pneumatic Pumps | 14 | 0 | 0 | 0 | 0 | 0 | 1 | 2,856 |
| Traffic | 1 | 4 | 8 | 85 | 9 | 0 | 0 | 1,093 |
| Water Injection Pumps | 7 | 8 | 10 | 48 | 4 | 171 | 1 | 17,357 |
| Well Blowdowns | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1,389 |
| **Project Year 20 Totals** | **2,920** | **3,712** | **2,227** | **306** | **141** | **209** | **271** | **1,349,912** |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0024920

**Table O-47**
**BLM + Non-federal Oil and Gas, Alternative D**

| Category | VOC | CO | NOx | PM10 | PM2.5 | SO2 | HAPs | CO2e |
|---|---|---|---|---|---|---|---|---|
| Project Year 10 | | | | | | | | |
| Completion Engines | 199 | 2,038 | 3,540 | 116 | 113 | 3 | 25 | 414,480 |
| Completion Venting | 25 | 0 | 0 | 0 | 0 | 0 | 1 | 5,026 |
| Condensate Tanks | 1,074 | 0 | 0 | 0 | 0 | 0 | 28 | 3,550 |
| Construction Equipment | 5 | 28 | 63 | 4 | 4 | 1 | 1 | 6,280 |
| Dehydrators | 365 | 0 | 0 | 0 | 0 | 0 | 190 | 18,711 |
| Drilling Engines | 144 | 1,476 | 2,565 | 84 | 82 | 2 | 18 | 300,336 |
| Field Compressor Engines | 105 | 2,489 | 1,136 | 20 | 20 | 1 | 12 | 39,348 |
| Flaring | 36 | 151 | 28 | 0 | 0 | 0 | 14 | 46,443 |
| Fugitive Dust | 0 | 0 | 0 | 527 | 54 | 0 | 0 | 0 |
| Fugitive Leaks | 2,368 | 0 | 0 | 0 | 0 | 0 | 114 | 722,815 |
| Heaters | 76 | 1,167 | 1,389 | 106 | 106 | 0 | 11 | 1,676,763 |
| Midstream Compressor Engines | 3,419 | 8,211 | 2,804 | 222 | 222 | 86 | 378 | 269,343 |
| Other Midstream | 3,893 | 1,141 | 989 | 51 | 51 | 45 | 530 | 1,118,780 |
| Other Production | 316 | 272 | 1,126 | 62 | 61 | 27 | 21 | 166,815 |
| Pneumatic Devices | 944 | 0 | 0 | 0 | 0 | 0 | 46 | 186,766 |
| Pneumatic Pumps | 59 | 0 | 0 | 0 | 0 | 0 | 3 | 11,627 |
| Traffic | 3 | 15 | 38 | 282 | 30 | 0 | 0 | 4,883 |
| Water Injection Pumps | 21 | 22 | 28 | 137 | 11 | 484 | 3 | 49,038 |
| Well Blowdowns | 23 | 0 | 0 | 0 | 0 | 0 | 1 | 4,511 |
| **Project Year 10 Totals** | **13,076** | **17,009** | **13,704** | **1,613** | **753** | **650** | **1,395** | **5,045,517** |
| Project Year 20 | | | | | | | | |
| Completion Engines | 118 | 2,036 | 2,036 | 23 | 23 | 3 | 15 | 414,091 |
| Completion Venting | 25 | 0 | 0 | 0 | 0 | 0 | 1 | 5,023 |
| Condensate Tanks | 1,312 | 0 | 0 | 0 | 0 | 0 | 32 | 4,341 |
| Construction Equipment | 5 | 28 | 64 | 4 | 4 | 1 | 1 | 6,353 |
| Dehydrators | 456 | 0 | 0 | 0 | 0 | 0 | 237 | 23,949 |
| Drilling Engines | 86 | 1,475 | 1,475 | 17 | 16 | 2 | 11 | 300,035 |
| Field Compressor Engines | 196 | 3,110 | 1,161 | 31 | 31 | 1 | 22 | 59,984 |
| Flaring | 51 | 215 | 39 | 0 | 0 | 0 | 20 | 66,243 |
| Fugitive Dust | 0 | 0 | 0 | 485 | 49 | 0 | 0 | 0 |
| Fugitive Leaks | 3,616 | 0 | 0 | 0 | 0 | 0 | 173 | 1,220,816 |
| Heaters | 119 | 1,818 | 2,165 | 165 | 165 | 0 | 17 | 2,613,263 |
| Midstream Compressor Engines | 4,402 | 10,392 | 3,219 | 287 | 287 | 109 | 487 | 349,578 |
| Other Midstream | 4,999 | 1,474 | 1,278 | 66 | 66 | 59 | 677 | 1,436,726 |
| Other Production | 487 | 464 | 1,900 | 105 | 102 | 46 | 34 | 274,992 |
| Pneumatic Devices | 1,439 | 0 | 0 | 0 | 0 | 0 | 70 | 285,063 |
| Pneumatic Pumps | 75 | 0 | 0 | 0 | 0 | 0 | 4 | 15,015 |
| Traffic | 4 | 20 | 42 | 417 | 43 | 0 | 0 | 5,636 |
| Water Injection Pumps | 36 | 37 | 48 | 235 | 18 | 831 | 5 | 84,082 |
| Well Blowdowns | 35 | 0 | 0 | 0 | 0 | 0 | 2 | 6,885 |
| **Project Year 20 Totals** | **17,461** | **21,068** | **13,427** | **1,835** | **805** | **1,052** | **1,806** | **7,172,075** |

This page intentionally left blank.

BLM_0024922

**O.4    BLM PLUS NON-FEDERAL OIL AND GAS ACTIONS WITHIN THE PLANNING AREA: EMISSION SUMMARIES BY POLLUTANT**

BLM_0024923

## Table O-48
## Volatile Organic Compounds

| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| **BLM Actions Only** | | | | | | | | | |
| **VOC Estimated Emissions (tons/yr)** | | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 811 | 609 | 366 | 1,061 | 1,049 | 590 | 342 | 3,436 | 4,634 |
| Oil and Gas - Shale | 2 | 81 | 105 | 246 | 312 | 60 | 78 | 1,325 | 1,681 |
| *Fluid Minerals Total* | *813* | *690* | *471* | *1,307* | *1,360* | *650* | *419* | *4,761* | *6,315* |
| Coal | 0 | 6 | 7 | 4 | 4 | 4 | 4 | 6 | 7 |
| Sand and Gravel | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| Uranium | 0 | 29 | 58 | 29 | 58 | 29 | 58 | 29 | 58 |
| *Solid Minerals Total* | *1* | *36* | *66* | *33* | *62* | *33* | *62* | *36* | *66* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 229 | 295 | 364 | 295 | 364 | 219 | 219 | 295 | 364 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 59 | 33 | 33 | 33 | 33 | 28 | 28 | 39 | 39 |
| *Other Activities Total* | *288* | *328* | *397* | *328* | *397* | *247* | *247* | *334* | *403* |
| **TOTAL Alternative** | 1,102 | 1,054 | 934 | 1,669 | 1,820 | 931 | 729 | 5,131 | 6,784 |
| **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | | | |
| **VOC Estimated Emissions (tons/yr)** | | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 3,581 | 2,862 | 2,627 | 3,237 | 3,197 | 2,694 | 2,401 | 10,805 | 14,579 |
| Oil and Gas - Shale | 4 | 541 | 704 | 643 | 816 | 399 | 520 | 2,272 | 2,883 |
| *Fluid Minerals Total* | *3,585* | *3,403* | *3,331* | *3,880* | *4,013* | *3,092* | *2,920* | *13,076* | *17,461* |
| Coal | 0 | 6 | 7 | 4 | 4 | 4 | 4 | 6 | 7 |
| Sand and Gravel | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| Uranium | 0 | 29 | 58 | 29 | 58 | 29 | 58 | 29 | 58 |
| *Solid Minerals Total* | *1* | *36* | *66* | *33* | *62* | *33* | *62* | *36* | *66* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 229 | 295 | 364 | 295 | 364 | 219 | 219 | 295 | 364 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 59 | 33 | 33 | 33 | 33 | 28 | 28 | 39 | 39 |
| *Other Activities Total* | *288* | *328* | *397* | *328* | *397* | *247* | *247* | *334* | *403* |
| **TOTAL Alternative** | 3,874 | 3,767 | 3,794 | 4,241 | 4,473 | 3,373 | 3,230 | 13,447 | 17,931 |

Grand Junction Field Office
Approved Resource Management Plan

BLM_0024924

## Table O-49
## Nitrogen Oxides

| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| **BLM Actions Only** | | | | | | | | | |
| **NOx Estimated Emissions (tons/yr)** | | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 1,295 | 630 | 280 | 976 | 650 | 598 | 215 | 2,752 | 2,696 |
| Oil and Gas - Shale | 6 | 162 | 191 | 563 | 534 | 125 | 113 | 3,021 | 2,867 |
| *Fluid Minerals Total* | *1,301* | *792* | *471* | *1,538* | *1,185* | *723* | *328* | *5,773* | *5,563* |
| Coal | 0 | 217 | 269 | 154 | 154 | 154 | 154 | 217 | 269 |
| Sand and Gravel | 14 | 14 | 14 | 3 | 3 | 3 | 3 | 14 | 14 |
| Uranium | 0 | 364 | 727 | 364 | 727 | 364 | 727 | 364 | 727 |
| *Solid Minerals Total* | *14* | *594* | *1,010* | *521* | *884* | *521* | *884* | *594* | *1,010* |
| Lands and Realty ROW | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 3 | 4 | 5 | 4 | 5 | 3 | 3 | 4 | 5 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 217 | 121 | 121 | 121 | 121 | 103 | 103 | 144 | 144 |
| *Other Activities Total* | *221* | *126* | *127* | *126* | *127* | *107* | *107* | *149* | *150* |
| **TOTAL Alternative** | 1,536 | 1,513 | 1,608 | 2,185 | 2,196 | 1,350 | 1,319 | 6,517 | 6,723 |
| **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | | | |
| **NOx Estimated Emissions (tons/yr)** | | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 8,703 | 2,643 | 1,931 | 2,988 | 2,143 | 2,426 | 1,483 | 8,520 | 8,508 |
| Oil and Gas - Shale | 27 | 1,071 | 1,268 | 1,472 | 1,398 | 822 | 744 | 5,184 | 4,919 |
| *Fluid Minerals Total* | *8,730* | *3,714* | *3,199* | *4,460* | *3,541* | *3,248* | *2,227* | *13,704* | *13,427* |
| Coal | 0 | 217 | 269 | 154 | 154 | 154 | 154 | 217 | 269 |
| Sand and Gravel | 14 | 14 | 14 | 3 | 3 | 3 | 3 | 14 | 14 |
| Uranium | 0 | 364 | 727 | 364 | 727 | 364 | 727 | 364 | 727 |
| *Solid Minerals Total* | *14* | *594* | *1,010* | *521* | *884* | *521* | *884* | *594* | *1,010* |
| Lands and Realty ROW | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 3 | 4 | 5 | 4 | 5 | 3 | 3 | 4 | 5 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 217 | 121 | 121 | 121 | 121 | 103 | 103 | 144 | 144 |
| *Other Activities Total* | *221* | *126* | *127* | *126* | *127* | *107* | *107* | *149* | *150* |
| **TOTAL Alternative** | 8,965 | 4,434 | 4,336 | 5,107 | 4,552 | 3,876 | 3,219 | 14,447 | 14,588 |

BLM_0024925

**Table O-50**
**Particulate Matter - PM10**

| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| | **BLM Actions Only** | | | | | | | | |
| | **PM10 Estimated Emissions (tons/yr)** | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 100 | 58 | 32 | 104 | 88 | 54 | 27 | 344 | 386 |
| Oil and Gas - Shale | 1 | 18 | 24 | 62 | 70 | 13 | 18 | 332 | 375 |
| *Fluid Minerals Total* | *101* | *76* | *56* | *167* | *158* | *67* | *45* | *676* | *761* |
| Coal | 0 | 60 | 42 | 24 | 24 | 24 | 24 | 60 | 42 |
| Sand and Gravel | 231 | 231 | 231 | 58 | 58 | 58 | 58 | 231 | 231 |
| Uranium | 0 | 369 | 739 | 369 | 739 | 369 | 739 | 369 | 739 |
| *Solid Minerals Total* | *231* | *661* | *1,011* | *451* | *820* | *451* | *820* | *661* | *1,011* |
| Lands and Realty ROW | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Livestock Grazing | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Travel and Transportation Management | 1,217 | 1,569 | 1,937 | 1,569 | 1,937 | 1,166 | 1,166 | 1,569 | 1,937 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 494 | 263 | 263 | 263 | 263 | 217 | 217 | 321 | 321 |
| *Other Activities Total* | *1,715* | *1,836* | *2,203* | *1,836* | *2,203* | *1,386* | *1,386* | *1,894* | *2,262* |
| TOTAL Alternative | 2,047 | 2,573 | 3,271 | 2,454 | 3,182 | 1,903 | 2,251 | 3,231 | 4,034 |
| | **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | | |
| | **PM10 Estimated Emissions (tons/yr)** | | | | | | | | |
| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
| Oil and Gas - Conventional/CBNG | 904 | 251 | 219 | 297 | 262 | 222 | 188 | 1,042 | 1,191 |
| Oil and Gas - Shale | 4 | 119 | 160 | 163 | 184 | 83 | 119 | 571 | 644 |
| *Fluid Minerals Total* | *909* | *370* | *379* | *461* | *446* | *305* | *306* | *1,613* | *1,835* |
| Coal | 0 | 60 | 42 | 24 | 24 | 24 | 24 | 60 | 42 |
| Sand and Gravel | 231 | 231 | 231 | 58 | 58 | 58 | 58 | 231 | 231 |
| Uranium | 0 | 369 | 739 | 369 | 739 | 369 | 739 | 369 | 739 |
| *Solid Minerals Total* | *231* | *661* | *1,011* | *451* | *820* | *451* | *820* | *661* | *1,011* |
| Lands and Realty ROW | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Livestock Grazing | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Travel and Transportation Management | 1,217 | 1,569 | 1,937 | 1,569 | 1,937 | 1,166 | 1,166 | 1,569 | 1,937 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 494 | 263 | 263 | 263 | 263 | 217 | 217 | 321 | 321 |
| *Other Activities Total* | *1,715* | *1,836* | *2,203* | *1,836* | *2,203* | *1,386* | *1,386* | *1,894* | *2,262* |
| TOTAL Alternative | 2,854 | 2,867 | 3,594 | 2,747 | 3,470 | 2,142 | 2,512 | 4,168 | 5,108 |

**Table O-51**
**Particulate Matter – PM$_{2.5}$**

| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| **BLM Actions Only** | | | | | | | | | |
| PM2.5 Estimated Emissions (tons/yr) | | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 43 | 28 | 16 | 50 | 42 | 26 | 14 | 166 | 183 |
| Oil and Gas - Shale | 0 | 8 | 10 | 27 | 26 | 5 | 7 | 144 | 139 |
| *Fluid Minerals Total* | *43* | *36* | *26* | *77* | *68* | *31* | *21* | *310* | *323* |
| Coal | 0 | 19 | 12 | 7 | 7 | 7 | 7 | 19 | 12 |
| Sand and Gravel | 27 | 27 | 27 | 7 | 7 | 7 | 7 | 27 | 27 |
| Uranium | 0 | 166 | 331 | 166 | 331 | 166 | 331 | 166 | 331 |
| *Solid Minerals Total* | *27* | *212* | *371* | *180* | *345* | *180* | *345* | *212* | *371* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 127 | 164 | 202 | 164 | 202 | 122 | 122 | 164 | 202 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 91 | 52 | 52 | 52 | 52 | 44 | 44 | 61 | 61 |
| *Other Activities Total* | *219* | *216* | *254* | *216* | *254* | *166* | *166* | *225* | *264* |
| **TOTAL Alternative** | 289 | 463 | 651 | 473 | 667 | 377 | 532 | 747 | 957 |
| **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | | | |
| PM2.5 Estimated Emissions (tons/yr) | | | | | | | | | |
| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
| Oil and Gas - Conventional/CBNG | 335 | 123 | 109 | 145 | 125 | 109 | 94 | 506 | 566 |
| Oil and Gas - Shale | 1 | 51 | 66 | 70 | 68 | 34 | 47 | 247 | 239 |
| *Fluid Minerals Total* | *336* | *174* | *175* | *215* | *194* | *143* | *141* | *753* | *805* |
| Coal | 0 | 19 | 12 | 7 | 7 | 7 | 7 | 19 | 12 |
| Sand and Gravel | 27 | 27 | 27 | 7 | 7 | 7 | 7 | 27 | 27 |
| Uranium | 0 | 166 | 331 | 166 | 331 | 166 | 331 | 166 | 331 |
| *Solid Minerals Total* | *27* | *212* | *371* | *180* | *345* | *180* | *345* | *212* | *371* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 127 | 164 | 202 | 164 | 202 | 122 | 122 | 164 | 202 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 91 | 52 | 52 | 52 | 52 | 44 | 44 | 61 | 61 |
| *Other Activities Total* | *219* | *216* | *254* | *216* | *254* | *166* | *166* | *225* | *264* |
| **TOTAL Alternative** | 582 | 602 | 800 | 611 | 793 | 489 | 653 | 1,190 | 1,439 |

BLM_0024927

**Table O-52**
**Sulfur Dioxide (SO₂)**

| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| | **BLM Actions Only** | | | | | | | | |
| | **SO2 Estimated Emissions (tons/yr)** | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 59 | 36 | 16 | 53 | 45 | 36 | 16 | 137 | 194 |
| Oil and Gas - Shale | 1 | 8 | 15 | 26 | 49 | 8 | 15 | 135 | 260 |
| *Fluid Minerals Total* | *60* | *45* | *31* | *79* | *95* | *45* | *31* | *272* | *454* |
| Coal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sand and Gravel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uranium | 0 | 7 | 13 | 7 | 13 | 7 | 13 | 7 | 13 |
| *Solid Minerals Total* | *0* | *7* | *14* | *7* | *14* | *7* | *14* | *7* | *14* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 6 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 |
| *Other Activities Total* | *6* | *4* | *4* | *4* | *4* | *3* | *3* | *4* | *4* |
| **TOTAL Alternative** | 66 | 55 | 49 | 89 | 112 | 55 | 48 | 283 | 4/2 |
| | **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | | |
| | **SO2 Estimated Emissions (tons/yr)** | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 290 | 138 | 114 | 155 | 143 | 138 | 114 | 417 | 605 |
| Oil and Gas - Shale | 4 | 51 | 94 | 68 | 129 | 50 | 94 | 233 | 447 |
| *Fluid Minerals Total* | *294* | *189* | *209* | *223* | *272* | *189* | *209* | *650* | *1,052* |
| Coal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sand and Gravel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uranium | 0 | 7 | 13 | 7 | 13 | 7 | 13 | 7 | 13 |
| *Solid Minerals Total* | *0* | *7* | *14* | *7* | *14* | *7* | *14* | *7* | *14* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 6 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 |
| *Other Activities Total* | *6* | *4* | *4* | *4* | *4* | *3* | *3* | *4* | *4* |
| **TOTAL Alternative** | 300 | 199 | 226 | 234 | 289 | 199 | 225 | 661 | 1,070 |

*Grand Junction Field Office*
*Approved Resource Management Plan*

BLM_0024928

**Table O-53**
**Hazardous Air Pollutants (HAPs)**

| Emissions Generating Activity | base year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| | **BLM Actions Only** | | | | | | | | |
| | **HAPS Estimated Emissions (tons/yr)** | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 75 | 59 | 47 | 117 | 128 | 51 | 37 | 440 | 576 |
| Oil and Gas - Shale | 0 | 4 | 5 | 13 | 16 | 4 | 5 | 72 | 86 |
| *Fluid Minerals Total* | *75* | *62* | *52* | *131* | *144* | *55* | *42* | *511* | *662* |
| Coal | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| Sand and Gravel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uranium | 0 | 3 | 6 | 3 | 6 | 3 | 6 | 3 | 6 |
| *Solid Minerals Total* | *0* | *4* | *7* | *3* | *6* | *3* | *6* | *4* | *7* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 23 | 29 | 36 | 29 | 36 | 22 | 22 | 29 | 36 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 6 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 |
| *Other Activities Total* | *29* | *33* | *40* | *33* | *40* | *25* | *25* | *33* | *40* |
| **TOTAL Alternative** | 104 | 99 | 98 | 167 | 190 | 83 | 73 | 548 | 709 |
| | **BLM + Non-Federal Oil and Gas within GJFO** | | | | | | | | |
| | **HAPS Estimated Emissions (tons/yr)** | | | | | | | | |
| Oil and Gas - Conventional/CBNG | 342 | 286 | 284 | 331 | 347 | 253 | 241 | 1,273 | 1,659 |
| Oil and Gas - Shale | 0 | 25 | 32 | 35 | 42 | 24 | 30 | 123 | 147 |
| *Fluid Minerals Total* | *342* | *311* | *316* | *366* | *388* | *277* | *271* | *1,395* | *1,806* |
| Coal | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Sand and Gravel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uranium | 0 | 3 | 6 | 3 | 6 | 3 | 6 | 3 | 6 |
| *Solid Minerals Total* | *0* | *4* | *7* | *3* | *6* | *3* | *6* | *4* | *7* |
| Lands and Realty ROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Livestock Grazing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel and Transportation Management | 23 | 29 | 36 | 29 | 36 | 22 | 22 | 29 | 36 |
| Vegetation –Prescribed Fire and Mechanical Treatment | 6 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 |
| *Other Activities Total* | *29* | *33* | *40* | *33* | *40* | *25* | *25* | *33* | *40* |
| **TOTAL Alternative** | 371 | 347 | 362 | 402 | 434 | 305 | 302 | 1,432 | 1,853 |

This page intentionally left blank.

BLM_0024930

## O.5    INPUTS AND ASSUMPTIONS FOR EMISSIONS INVENTORY

BLM_0024931

**Table O-54**
**Input Assumptions for BLM Actions and Non-federal Oil and Gas Development within the Planning Area**

| Key Assumption | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|
| **Oil and Gas Development BLM** | | | | | | | | |
| con. / cbm wells | 56 | 110 | 196 | 390 | 56 | 110 | 916 | 1,831 |
| shale wells | 55 | 110 | 195 | 390 | 55 | 110 | 1,054 | 2,107 |
| Shale Gas - compression (total Hp) | 3,170 | 4,163 | 11,168 | 14,732 | 3,170 | 4,163 | 60,242 | 79,518 |
| Conv/CBM lateral compression (total Hp) | 1,671 | 662 | 2,213 | 1,745 | 1,671 | 662 | 4,999 | 7,320 |
| Conv/CBM wellhead compression (total Hp) | 2,035 | 806 | 2,695 | 2,125 | 2,035 | 806 | 6,087 | 8,913 |
| Conv/CBM midstream scalar: Gas Production Growth | 0.88 | 0.91 | 2.43 | 2.94 | 0.88 | 0.91 | 10.36 | 13.44 |
| drilling rate (wells/yr) | 11 | | 39 | | 11 | | 197 | |
| **Oil and Gas Development non-BLM** | | | | | | | | |
| con. / cbm wells | 316 | 632 | 316 | 632 | 316 | 632 | 1,836 | 3,671 |
| shale wells | 316 | 632 | 316 | 632 | 316 | 632 | 754 | 1,507 |
| Shale Gas - compression (total Hp) | 18,056 | 23,855 | 18,056 | 23,855 | 18,056 | 23,855 | 43,079 | 56,862 |
| Conv/CBM lateral compression (total Hp) | 4,256 | 3,989 | 4,256 | 3,989 | 4,256 | 3,989 | 10,137 | 15,747 |
| Conv/CBM wellhead compression (total Hp) | 5,182 | 4,857 | 5,182 | 4,857 | 5,182 | 4,857 | 12,343 | 19,174 |
| Conv/CBM midstream scalar: Gas Production Growth | 0.97 | 1.05 | 0.97 | 1.05 | 0.97 | 1.05 | 4.37 | 5.53 |
| drilling rate (wells/yr) | 63 | | 63 | | 63 | | 259 | |
| **Coal** | | | | | | | | |
| tons produced (MMt/yr) | 10 | 14 | 8 | | 8 | | 10 | 14 |
| acres disturbed | 940 | 1250 | 320 | | 320 | | 620 | 930 |
| **Uranium** | | | | | | | | |
| tons produced (MMt/yr) | 0.7 | 1.5 | 0.7 | 1.5 | 0.7 | 1.5 | 0.7 | 1.5 |
| **Sand and Gravel** | | | | | | | | |
| Production | 160,790 | | 40,198 | | 40,198 | | 160,790 | |
| Acres | 8 | | 2 | | 2 | | 8 | |
| **Fire** | | | | | | | | |
| Acres | 396 | | 396 | | 476 | | 297 | |
| **Comp.Travel and Trans mgmnt** | | | | | | | | |
| 1000 vehicle miles traveled per year | 9,081 | 11,210 | 9,081 | 11,210 | 6,748 | 6,748 | 9,081 | 11,210 |
| **Livestock Grazing** | | | | | | | | |
| AUMs | 34093 | | 34008 | | 19751 | | 34093 | |
| **Lands-ROWs and Realty** | | | | | | | | |
| # of sites | 6 | | 6 | | 6 | | 6 | |
| Acres | 12 | | 12 | | 12 | | 12 | |

Note: "Fire" only includes prescribed fires. Mechanical treatment acreages include 1,023 acres for Alternatives A and B, 819 acres for Alternative C, and 1,279 acres for Alternative D.

BLM_0024932

**Table O-55**
**Emissions Controls Assumptions for Oil and Gas Calculations**

| Emission Controls - Control Percentages | | | | |
|---|---|---|---|---|
| Dust Control | 50% | 50% | 50% | 80% |
| | 50% | 50% | 80% | 80% |
| Drill Rigs (control from basline to higher Tier engine) | 0% (NOx) 0% (PM) 0% (VOC) | 0% (NOx) 0% (PM) 0% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) | 0% (NOx) 0% (PM) 0% (VOC) |
| | 0% (NOx) 0% (PM) 0% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) | -89% (NOx) -85% (PM) -41% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) |
| Completion Equipment (control from basline to higher Tier engine) | 0% (NOx) 0% (PM) 0% (VOC) | 0% (NOx) 0% (PM) 0% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) | 0% (NOx) 0% (PM) 0% (VOC) |
| | 0% (NOx) 0% (PM) 0% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) | -89% (NOx) -85% (PM) -41% (VOC) | -42% (NOx) -80% (PM) -41% (VOC) |
| Green Completions (combination flaring and closed loop) | 88% | 88% | 88% | 88% |
| | 88% | 88% | 88% | 88% |
| | 45% | 45% | 45% | 45% |
| | 45% | 45% | 45% | 45% |
| | 45% | 45% | 45% | 45% |
| | 45% | 45% | 45% | 45% |
| Liquids Removal System (haul traffic) | 0% | 0% | 25% | 0% |
| | 0% | 50% | 50% | 50% |
| Production Site Separator Heaters (consolidation) | 0% | 0% | 0% | 0% |
| | 0% | 0% | 0% | 0% |
| Production Site Tank Heaters (consolidation) | 0% | 0% | 0% | 0% |
| | 0% | 0% | 0% | 0% |
| Production Site Dehydrators (flaring) | 10% | 48% | 76% | 48% |
| | 10% | 48% | 76% | 48% |
| Production Site Condensate Tanks (flaring) | 10% | 48% | 76% | 48% |
| | 10% | 48% | 76% | 48% |
| Production Site Pneumatic Devices (percentage of devices that are low-bleed) | 100% | 100% | 100% | 100% |
| | 100% | 100% | 100% | 100% |
| Production Site Pneumatic Pumps (flaring) | 10% | 48% | 76% | 48% |
| | 10% | 48% | 76% | 48% |
| Production Site Pneumatic Pumps (electrification) | 0% | 0% | 0% | 0% |
| | 0% | 0% | 0% | 0% |
| Wellhead and Lateral Compressor Engines (electrification) | 0% | 0% | 50% | 0% |
| | 0% | 0% | 50% | 0% |

BLM_0024933

**Table O-56**
**Descriptions of Emissions Controls**

| Description | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Emission Controls - Control Percentages | | | | |
| Dust Control | watering | watering | watering | watering, chemical suppression, graveling or paving |
| | watering | watering | watering, chemical suppression, graveling or paving | watering, chemical suppression, graveling or paving |
| Drill Rigs (control from basline to higher Tier engine) | Tier II engines | Tier II engines | Tier IV engines | Tier II engines |
| | Tier II engines | Tier IV engines | Tier IV genset engine | Tier IV engines |
| Completion Equipment (control from basline to higher Tier engine) | Tier II engines | Tier II engines | Tier IV engines | Tier II engines |
| | Tier II engines | Tier IV engines | Tier IV genset engine | Tier IV engines |
| Green Completions (combination flaring and closed loop) | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control |
| | closed loop system and flaring control | closed loop system and flaring | closed loop system and flaring control | closed loop system and flaring control |
| Liquids Removal System (haul traffic) | none | none | pipeline system to elimate well site liquids storage and truck hauling | none |
| | none | pipeline system to elimate well site liquids storage and truck hauling | pipeline system to elimate well site liquids storage and truck hauling | pipeline system to elimate well site liquids storage and truck hauling |
| Production Site Separator Heaters (consolidation) | none | none | none | none |
| | none | none | none | none |
| Production Site Tank Heaters (consolidation) | none | none | none | none |
| | none | none | none | none |
| Production Site Dehydrators (flaring) | flaring control | flaring control | flaring control | flaring control |
| | flaring control | flaring control | flaring control | flaring control |
| Production Site Condensate Tanks (flaring) | flaring control | flaring control | flaring control | flaring control |
| | flaring control | flaring control | flaring control | flaring control |
| Production Site Pneumatic Devices (percentage of devices that are low-bleed) | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements |
| | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements |
| Production Site Pneumatic Pumps (flaring) | flaring control | flaring control | flaring control | flaring control |
| | flaring control | flaring control | flaring control | flaring control |
| Production Site Pneumatic Pumps (electrification) | none | none | none | none |
| | none | none | none | none |
| Wellhead and Lateral Compressor Engines (electrification) | none | none | electrification of compressor | none |
| | none | none | electrification of compressor | none |
| Wellhead, Lateral, Centralized Compressor Engines (CDPHE RICE and NSPS) | All engines required to meet Colorado RICE and Federal NSPS Standards | | | |

BLM_0024934

**Table O-57**
**Projected Well Numbers per Revised RFD (BLM 2012a)**

| Well Numbers By Alternative - Short Term and Long Term (Including Decline) | Baseline (2008) | Alternative A - No Action | | Alternative B - Preferred | | Alternative C - Conservation | | Alternative D - Development | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2018 | 2028 | 2018 | 2028 | 2018 | 2028 | 2018 | 2028 |
| **Total Cumulative Wells (New + Existing - decline)** | | 1,932 | 1,973 | 2,212 | 2,533 | 1,932 | 1,973 | 5,749 | 9,605 |
| *Total BLM Wells (New + Existing - decline)* | | 499 | 293 | 779 | 853 | 499 | 293 | 2,358 | 4,011 |
| *Total Non-BLM Wells (New + Existing - decline)* | | 1,433 | 1,680 | 1,433 | 1,680 | 1,433 | 1,680 | 3,391 | 5,594 |
| | | | | | | | | | |
| **Cumulative New Wells** | | 743 | 1,484 | 1,023 | 2,044 | 743 | 1,484 | 4,560 | 9,116 |
| *New BLM* | | 111 | 220 | 391 | 780 | 111 | 220 | 1,970 | 3,938 |
| *New Non-BLM* | | 632 | 1,264 | 632 | 1,264 | 632 | 1,264 | 2,590 | 5,178 |
| - New BLM conv./dir. | | 51 | 101 | 179 | 357 | 51 | 101 | 837 | 1,674 |
| - New BLM CBM | | 5 | 9 | 17 | 33 | 5 | 9 | 79 | 157 |
| - New BLM shale gas | | 55 | 110 | 195 | 390 | 55 | 110 | 1,054 | 2,107 |
| - New Non-BLM conv./dir. | | 308 | 616 | 308 | 616 | 308 | 616 | 1,789 | 3,578 |
| - New Non-BLM CBM | | 8 | 16 | 8 | 16 | 8 | 16 | 47 | 93 |
| - New Non-BLM shale gas | | 316 | 632 | 316 | 632 | 316 | 632 | 754 | 1,507 |
| | | | | | | | | | |
| **Cumulative Existing Wells (2008)** | 1,891 | 1,189 | 489 | 1,189 | 489 | 1,189 | 489 | 1,189 | 489 |
| *Existing BLM - decline* | 704 | 388 | 73 | 388 | 73 | 388 | 73 | 388 | 73 |
| *Existing Non-BLM - decline* | 1,187 | 801 | 416 | 801 | 416 | 801 | 416 | 801 | 416 |
| - Existing BLM conv./dir. | 661 | 358 | 56 | 358 | 56 | 358 | 56 | 358 | 56 |
| - Existing BLM CBM | 31 | 18 | 5 | 18 | 5 | 18 | 5 | 18 | 5 |
| - Existing BLM shale gas | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| - Existing Non-BLM conv./dir. | 1,155 | 777 | 399 | 777 | 399 | 777 | 399 | 777 | 399 |
| - Existing Non-BLM CBM | 15 | 7 | 0 | 7 | 0 | 7 | 0 | 7 | 0 |
| - Existing Non-BLM shale gas | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| decline BLM conv./dir. (1999) | | 272 | 543 | 272 | 543 | 272 | 543 | 272 | 543 |
| decline BLM conv./dir. (2000-2008) | | 31 | 62 | 31 | 62 | 31 | 62 | 31 | 62 |
| decline BLM CBM (1999) | | 10 | 20 | 10 | 20 | 10 | 20 | 10 | 20 |
| decline BLM CBM (2000-2008) | | 3 | 6 | 3 | 6 | 3 | 6 | 3 | 6 |
| decline Non-BLM conv. (1999) | | 181 | 362 | 181 | 362 | 181 | 362 | 181 | 362 |
| decline Non-BLM conv. (2000-2008) | | 197 | 394 | 197 | 394 | 197 | 394 | 197 | 394 |
| decline Non-BLM CBM (1999) | | 8 | 15 | 8 | 15 | 8 | 15 | 8 | 15 |
| decline Non-BLM CBM (2000-2008) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| assume no decline of shale gas wells over 20 years | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

This page intentionally left blank.

BLM_0024936

# Appendix P
## Biologic Assessment for the Grand Junction Field Office

BLM_0024937

BLM_0024938

**United States Department of the Interior
Bureau of Land Management**

# BIOLOGICAL ASSESSMENT

# Grand Junction Field Office
# Resource Management Plan

Grand Junction Field Office
Bureau of Land Management
2815 H Road
Grand Junction, Colorado 81506
October 2014



BLM_0024939

BLM_0024940

# TABLE OF CONTENTS

Chapter                                                                                          Page

1.   **INTRODUCTION** ........................................................................................ 1-1
     1.1      Background ..................................................................................... 1-1
     1.2      Species Addressed ......................................................................... 1-2
     1.3      Consultation History ...................................................................... 1-3
              1.3.1    Big River Fishes ................................................................ 1-3
              1.3.2    Livestock Grazing ............................................................. 1-4
              1.3.3    Integrated Weed Management Plan .................................. 1-4
     1.4      Purpose of and Need for the RMP/EIS ........................................ 1-5
     1.5      Description of the Planning Area and Decision Area ................... 1-6

2.   **PROPOSED ACTION** ............................................................................... 2-1
     2.1      Proposed RMP ............................................................................... 2-1

3.   **EVALUATED SPECIES** .............................................................................. 3-1
     3.1      Introduction ................................................................................... 3-1
     3.2      Listed Species ................................................................................ 3-2
              3.2.1    Colorado Hookless Cactus ............................................... 3-2
              3.2.2    DeBeque Phacelia ............................................................. 3-4
              3.2.3    Parachute Penstemon ....................................................... 3-7
              3.2.4    Ute Ladies'-tresses Orchid .............................................. 3-10
              3.2.5    Colorado Pikeminnow ..................................................... 3-12
              3.2.6    Razorback Sucker ........................................................... 3-17
              3.2.7    Bonytail .......................................................................... 3-19
              3.2.8    Humpback Chub .............................................................. 3-21
              3.2.9    Greenback Cutthroat Trout ........................................... 3-23
              3.2.10   Mexican Spotted Owl ..................................................... 3-26
              3.2.11   Canada Lynx ................................................................... 3-30
              3.2.12   Western Yellow-Billed Cuckoo ...................................... 3-34
     3.3      Proposed Species ......................................................................... 3-38
              3.3.1    Gunnison Sage-Grouse ................................................... 3-38
     3.4      Candidate Species ........................................................................ 3-41
              3.4.1    Greater Sage-grouse ...................................................... 3-41

4.   **EFFECTS OF PROPOSED ACTION** ......................................................... 4-1
     4.1      Introduction ................................................................................... 4-1
              4.1.1    Definitions ........................................................................ 4-1
              4.1.2    Methods of Analysis ......................................................... 4-2
     4.2      Listed Species ................................................................................ 4-4
              4.2.1    Plants ............................................................................... 4-4
              4.2.2    Fishes .............................................................................. 4-19
              4.2.3    Terrestrial Wildlife—General ......................................... 4-32
              4.2.4    Mexican Spotted Owl ..................................................... 4-33
              4.2.5    Canada Lynx ................................................................... 4-37
              4.2.6    Western Yellow-Billed Cuckoo ...................................... 4-41
     4.3      Proposed Species ......................................................................... 4-47
              4.3.1    Gunnison Sage-Grouse ................................................... 4-47

BLM_0024941

4.4     Candidate Species .......................................................................................4-60
     4.4.1    Greater Sage-Grouse ...................................................................4-60

**5.   EFFECTS DETERMINATION ......................................................................... 5-1**
5.1     Colorado Hookless Cactus .......................................................................5-1
     5.1.1    Rationale ......................................................................................5-1
5.2     DeBeque Phacelia ....................................................................................5-2
     5.2.1    Rationale ......................................................................................5-2
5.3     Parachute Penstemon ..............................................................................5-2
     5.3.1    Rationale ......................................................................................5-2
5.4     Ute Ladies'-tresses ...................................................................................5-3
     5.4.1    Rationale ......................................................................................5-3
5.5     Bonytail, Humpback Chub, Razorback Sucker, Colorado Pikeminnow .........5-3
     5.5.1    Rationale ......................................................................................5-3
5.6     Greenback Cutthroat Trout .....................................................................5-4
     5.6.1    Rationale ......................................................................................5-4
5.7     Mexican Spotted Owl ..............................................................................5-5
     5.7.1    Rationale ......................................................................................5-5
5.8     Canada Lynx ............................................................................................5-5
     5.8.1    Rationale ......................................................................................5-5
5.9     Western Yellow-Billed Cuckoo .................................................................5-6
     5.9.1    Rationale ......................................................................................5-6
5.10    Gunnison Sage-Grouse ............................................................................5-6
     5.10.1   Determination for Gunnison Sage-Grouse ...................................5-6
     5.10.2   Rationale ....................................................................................5-6
     5.10.3   Determination for Gunnison Sage-Grouse Proposed Critical Habitat............5-7
     5.10.4   Rationale ....................................................................................5-7
5.11    Greater Sage-Grouse ..............................................................................5-8
     5.11.1   Rationale ....................................................................................5-8

**6.   REFERENCES ........................................................................................... 6-1**

**7.   LIST OF PREPARERS ................................................................................. 7-1**
7.1     US Bureau of Land Management, Grand Junction Field Office .....................7-1
7.2     Contractor, Environmental Management and Planning Solutions, Inc. ...........7-1

# TABLES

                                                 Page

1-1    List of Threatened, Endangered, and Proposed Species Addressed in Grand Junction
      Field Office RMP Biological Assessment ...........................................................1-3
1-2    Land Status within the GJFO Planning Area.......................................................1-6
1-3    Mineral Status within the GJFO Planning Area by County ....................................1-8
2-1    Proposed Resource Management Plan—Goals, Objectives, and Actions by Resource and
      Resource Use ..............................................................................................2-1
3-1    Primary Constituent Elements of DeBeque Phacelia Critical Habitat ......................3-6
3-2    Primary Constituent Elements of Parachute Penstemon Critical Habitat ..................3-9
3-3    Primary Constituent Elements of Critical Habitat for Colorado Pikeminnow,
      Razorback Sucker, Bonytail, and Humpback Chub..............................................3-16
3-4    Primary Constituent Elements of Mexican Spotted Owl Critical Habitat ..................3-30

BLM_0024942

3-5     Primary Constituent Element of Canada Lynx Critical Habitat ......................................................3-34
3-6     Primary Constituent Elements of Yellow-Billed Cuckoo Proposed Critical Habitat...............3-37
3-7     Estimated Gunnison Sage-Grouse Populations...................................................................................3-39
3-8     Primary Constituent Elements of Gunnison Sage-Grouse Proposed Critical Habitat..............3-40
4-1     Existing Land Health Assessment Conditions by Proposed Occupied and Unoccupied Gunnison
        Sage-Grouse Critical Habitat on BLM Lands ......................................................................................4-56
4-2     Acres of Fluid Minerals In Greater Sage-Grouse Habitat by PPH and PGH..............................4-71

# FIGURES

1-1     Project Planning Area................................................................................................................................. 1-7

# APPENDICES

A     Rangeland Health Conditions in Gunnison Sage-Grouse Critical Habitat
B     Stipulations Applicable to Fluid Mineral Leasing and Other Surface-Disturbing Activities (taken
      from the Proposed RMP)
H     Best Management Practices and Standard Operating Procedures (taken from the Proposed RMP)

BLM_0024943

## ACRONYMS AND ABBREVIATIONS                                    Full Phrase

| | |
|---|---|
| ACEC | Area of Critical Environmental Concern |
| AUM | animal-unit month |
| | |
| BA | biological assessment |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BLM lands | surface acres administered by the BLM |
| BMP | best management practice |
| BO | biological opinion |
| | |
| CCR | Colorado Code of Regulations |
| CFR | Code of Federal Regulations |
| CHU | Critical Habitat Unit |
| CIAA | cumulative impacts analysis area |
| CNAP | Colorado Natural Area Program |
| CNHP | Colorado Natural Heritage Program |
| COA | Condition of Approval |
| CPW | Colorado Parks and Wildlife |
| CSU | controlled surface use |
| | |
| EIS | environmental impact statement |
| ERMA | Extensive Recreation Management Area |
| ESA | Endangered Species Act of 1973 |
| | |
| FLPMA | Federal Land Policy and Management Act of 1976 |
| FR | *Federal Register* |
| | |
| GJFO | Grand Junction Field Office |
| | |
| LBCWHR | Little Book Cliffs Wild Horse Range |
| | |
| NCA | National Conservation Area |
| NEPA | National Environmental Policy Act of 1969 |
| NSO | no surface occupancy or surface-disturbing activities |
| | |
| OHV | off-highway vehicle |
| | |
| PGH | Preliminary General Habitat |
| PPH | Preliminary Priority Habitat |
| PRMP | proposed resource management plan |
| | |
| RMP | resource management plan |
| ROW | right-of-way (lands and realty) |
| | |
| SRMA | Special Recreation Management Area |
| SRP | Special Recreation Permit |
| SSR | site-specific relocation |
| | |
| T&E | threatened and endangered |
| TL | timing limitation |

BLM_0024944

| ACRONYMS AND ABBREVIATIONS | Full Phrase |
|---|---|
| USC | United States Code |
| USDA | United States Department of Agriculture |
| USFWS | United States Department of the Interior, Fish and Wildlife Service |
| WSA | Wilderness Study Area |
| WSR | Wild and Scenic River |

BLM_0024945

This page intentionally left blank.

BLM_0024946

# SECTION 1
# INTRODUCTION

## 1.1   BACKGROUND

The United States Department of the Interior, Bureau of Land Management (BLM) is preparing a Proposed Resource Management Plan (RMP)/Final Environmental Impact Statement (EIS). These combined documents provide direction for managing public lands administered by the Grand Junction Field Office (GJFO) in Colorado. The documents include an analysis of the environmental effects that could result from implementing the alternatives addressed in the RMP. The Proposed RMP (PRMP) is a refinement of the preferred alternative (Alternative B) from the Draft RMP, released on January 25, 2013. Public comments were taken into account in the PRMP, corrections were made where necessary, and parts were reworded for clarification. The PRMP will be published in late 2014.

The purpose of this biological assessment (BA) is to review the PRMP to determine the extent that its implementation may affect threatened and endangered (T&E) species. Because the RMP is a planning document, this BA focuses on the effect of management actions to be implemented.

Under provisions of the US Endangered Species Act (ESA) of 1973, as amended (16 USC, Section 1531, et seq.), federal agencies are directed to conserve T&E species and their habitats. Section 7(a)(1) states that all federal agencies shall "utilize their authorities in furtherance of the purposes of this Act by carrying out programs for the conservation of endangered species and threatened species…." Thus, the conservation and recovery of T&E species is not simply the responsibility of the US Fish and Wildlife Service (USFWS), but of all federal agencies. To meet this requirement, the GJFO would implement protective stipulations, conditions of approval, conservation measures, best management practices (BMPs), mitigation, and habitat restoration. It also would implement protections afforded through the Area of Critical Environmental Concern (ACEC) designations for federally listed species.

BLM_0024947

Section 7(c) of the ESA requires the BLM to complete a BA to determine the effects of implementing the RMP on listed species. Section 7(c) of the ESA is based on compliance with Section 102 of the National Environmental Policy Act (NEPA). Federal agencies are required to consider, avoid, or prevent adverse impacts on fish and wildlife. Federal agencies are also required to ensure that actions they authorize, fund, or carry out are not likely to jeopardize the continued existence of T&E species or their critical habitat.

The ESA requires action agencies, such as the BLM, to consult or confer with the USFWS when there is discretionary federal involvement or control over the action. The ESA also requires agencies to ensure that resources are afforded adequate consideration and protection. Informal consultation occurs when the federal agency, after discussion with the USFWS, determines that the proposed action is not likely to affect any listed species in the action area, and the USFWS concurs. Formal consultation occurs after the agency determines that the proposed action is likely to adversely affect listed species or critical habitat, or when the aforementioned federal agencies do not concur with the action agency's finding (USFWS 1998a).

This BA provides documentation and analysis for the proposed action to meet the federal requirements and agreements set forth by the federal agencies. It addresses federally listed T&E species; it has been prepared under the 1973 ESA Section 7 regulations, in accordance with the 1998 procedures set forth by the USFWS and the National Marine Fisheries Service. Site-specific evaluations would be conducted for activities authorized under the RMP; the BLM would consult or confer with the USFWS for those activities that may affect T&E or proposed species. In addition, the BLM would evaluate site-specific activities that may affect BLM Colorado sensitive species, in compliance with BLM Manual 6840 (BLM 2008c).

The BLM requests informal consultation and concurrence for the effects of the PRMP on seven threatened, endangered, and proposed species in **Table 1-1**, List of Threatened, Endangered, and Proposed Species Addressed in Grand Junction Field Office RMP Biological Assessment. Formal consultation is requested for the Colorado hookless cactus, DeBeque phacelia, Colorado pikeminnow, razorback sucker, bonytail, humpback chub, and Gunnison Sage-Grouse due to the "may affect, likely to adversely affect" determination for these species and their habitat (DeBeque phacelia, and the Big River Fishes).

## 1.2   SPECIES ADDRESSED

The species addressed in the PRMP and in this BA include all listed T&E species that are known to occur or have suitable habitat within the GJFO planning area. Also included are those species that have been proposed or are candidates for listing under the ESA and could occur in the planning area (**Table 1-1**).

BLM_0024948

**Table 1-1**

**List of Threatened, Endangered, and Proposed Species Addressed in Grand Junction Field Office RMP Biological Assessment**

| Common Name | Species Name | Federal Status[1] |
|---|---|---|
| **Listed Species for Potential Consultation** | | |
| <u>Plants</u> | | |
| Colorado hookless cactus | *Sclerocactus glaucus* | T |
| DeBeque phacelia | *Phacelia submutica* | T |
| Parachute penstemon | *Penstemon debilis* | T |
| Ute ladies'-tresses | *Spiranthes diluvialis* | T |
| <u>Fish</u> | | |
| Colorado pikeminnow | *Ptychocheilus lucius* | E |
| Greenback cutthroat trout | *Oncorhynchus clarki stomias* | T |
| Razorback sucker | *Xyrauchen texanus* | E |
| Bonytail | *Gila elegans* | E |
| Humpback chub | *Gila cypha* | E |
| <u>Birds</u> | | |
| Mexican spotted owl | *Strix occidentalis lucida* | T |
| Greater sage-grouse | *Centrocercus urophasianus* | C |
| Gunnison sage-grouse[2] | *Centrocercus minimus* | P |
| Western yellow-billed cuckoo[2] | *Coccyzus americanus* | T |
| <u>Mammals</u> | | |
| Canada lynx | *Lynx canadensis* | T |

Source: USFWS 2012a
[1]Status: E = Endangered; T = Threatened; P = Proposed for listing; C = Candidate for listing
[2]Critical habitat proposed

## 1.3 CONSULTATION HISTORY

The GJFO RMP/EIS will replace the 1987 Grand Junction RMP, as amended, (BLM 1987). Section 7 consultation was not completed for the previous RMP. The BLM has completed approximately 50 maintenance actions and 12 RMP amendments since the 1987 Record of Decisions was signed. Additionally, since completion of the 1987 Grand Junction RMP, several programmatic and project-specific consultations have been completed for activities in the planning area. The USFWS has been a cooperating agency on the GJFO RMP since the revision began in 2008.

### 1.3.1 Big River Fishes

In November 2008, The BLM prepared two Programmatic BAs for the four big river fishes (i.e., Colorado pikeminnow, bonytail, humpback chub, or razorback sucker). One BA addressed water depletions associated with the fluid mineral program in western Colorado, as administered by the BLM Colorado (BLM 2008b), and the other addressed all other water depleting BLM programs (BLM 2008a). After initiation of consultation, the USFWS issued two programmatic biological opinions (BOs) (USFWS 2008; 2009a). Both BOs found that water depleting activities were likely to adversely affect the four listed fish species and

BLM_0024949

their critical habitats. This consultation is valid until the following factors trigger the need for a reassessment:

- Any newly proposed critical habitat.

- New and relevant information regarding any of the four listed fishes or their habitats.

- Impacts not previously considered.

- Major changes in the Fluid Mineral Program (e.g., new or revised reasonably foreseeable developments, if higher than anticipated) or the program's implementation.

No reassessment factors have occurred since the USFWS issued the BOs. Therefore, this consultation remains valid.

### 1.3.2   Livestock Grazing

In 2012 the BLM prepared a BA (BLM 2012a) and an amendment containing revised conservation measures (BLM 2012b). The BA assessed the effects of the BLM's livestock grazing program on Colorado hookless cactus, clay-loving wild buckwheat, and *DeBeque phacelia* in the Uncompahgre, Grand Junction, and Colorado River Valley Field Offices. This BA determined that livestock grazing permitted by the BLM is likely to adversely affect these three listed species. The USFWS issued a programmatic BO for this consultation on November 15, 2012 (USFWS 2012b).

### 1.3.3   Integrated Weed Management Plan

On June 11, 2010, the BLM GJFO completed a BA which addressed the effects of integrated weed management on federally listed species including the Colorado hookless cactus, Canada lynx, greenback cutthroat trout, and four endangered Colorado River fishes and their designated critical habitat. An amended BA (July 12, 2010) requested conferencing on the impacts on the species proposed for Federal listing at the time: Parachute penstemon and DeBeque phacelia (BLM 2010b).

On July 27, 2010, the USFWS concurred with the BLM's determination that the Integrated Weed Management Plan may affect, but is not likely to adversely affect the Colorado hookless cactus, Canada lynx, greenback cutthroat trout, the four endangered Colorado River fishes (i.e., Colorado pikeminnow, razorback sucker, bonytail, and humpback chub), and their designated critical habitat. The USFWS also concurred with the BLM's determination that the Integrated Weed Management Plan may affect, but is not likely to adversely affect the two species proposed for federal listing at the time: the Parachute penstemon and the DeBeque phacelia. This BA tiers to the Programmatic Integrated Weed Management Plan BO. In 2014 the conference opinion for DeBeque phacelia and Parachute penstemon and their Critical Habitat was rolled into the consultation.

BLM_0024950

## 1.4    PURPOSE OF AND NEED FOR THE RMP/EIS

The purpose of this RMP revision is to ensure that public lands are managed in accordance with the intent of Congress, as stated in the Federal Land Management and Policy Act of 1976 (FLPMA), under the principles of multiple use and sustained yield. This will be accomplished by establishing desired goals, objectives, allowable uses, and management actions needed to achieve the desired conditions for resources and resource uses. The RMP incorporates new data, addresses land use issues and conflicts, specifies where and under what circumstances particular activities would be allowed on BLM-administered lands, and incorporates the mandate of multiple uses in accordance with the FLPMA. The RMP does not describe how particular programs or projects would be implemented or prioritized; rather, those decisions are deferred to more detailed implementation-level planning.

The FLPMA requires that the BLM "develop, maintain, and, when appropriate, revise land use plans" (43 USC 1712 [a]). The BLM-administered lands within the GJFO planning area are currently managed in accordance with the decisions in the 1987 Grand Junction RMP (BLM 1987). The BLM has completed approximately 50 maintenance actions and 12 RMP amendments since the 1987 Record of Decision was signed. There is a need to revise the GJFO RMP due to new issues that have arisen since the original plan was prepared. Major issues contributing to the RMP revision include the following (additional planning issues identified for this plan are outlined in Section 1.6.1 of the PRMP):

- Management of BLM-administered land to support numerous wildlife species and their habitats

- Management of BLM-administered lands containing both wilderness character and oil and gas potential, including areas not designated as Wilderness Study Areas (WSAs)

- Management of energy and mineral resources, including identifying areas and conditions in which mineral development can occur

- Management of increased visitation by way of off-highway vehicle (OHV) use and nonmotorized uses (e.g., mountain biking and hiking) that have led to increased concerns regarding resource protection and conflicting uses

- Completion of Wild and Scenic River (WSR) eligibility and suitability studies on river segments within the GJFO planning area

- Consideration of opportunities for land tenure adjustment to improve public land manageability

- Expansion of communities and the urban interface

- Consideration of right-of-way (ROW) exclusion areas and corridors

- The needs of local government and citizens to be heard on an array of issues regarding both traditional and emerging uses of BLM-

BLM_0024951

administered land and their potential social and economic effects on local communities and values

In addition, new resource assessments and scientific information is available to help the GJFO in revising previous decisions. Specifically, there may be a need to evaluate management prescriptions and resource allocations to address the increase in uses and demands on BLM-administered lands (such as natural gas development and recreation), as well as the interest in protecting natural and cultural resources. There is also the need to revise the RMP to allow for updated BLM management direction, guidance, and policy. Land use plan decisions may be changed only through the amendment or revision process

## 1.5 DESCRIPTION OF THE PLANNING AREA AND DECISION AREA

The GJFO planning area is composed of BLM; US Department of Agriculture (USDA), Forest Service (US Forest Service); US Department of the Interior, Bureau of Reclamation; and State of Colorado lands (**Table 1-2**, Land Status within the GJFO Planning Area) in Garfield, Mesa, Montrose, and Rio Blanco Counties in western Colorado. There are nearly 1.1 million acres of BLM-administered lands and 1.2 million acres of federal mineral estate in the planning area. The McInnis Canyons and Dominguez-Escalante National Conservation Areas (NCAs), while managed by the BLM and within the GJFO boundary, are or will be managed under separate RMPs. As such, these NCAs are not within the GJFO RMP decision area and are not part of this planning effort, with the exception of the portion of the Colorado River within the McInnis Canyons NCA that is being studied under the WSR Suitability Report. This is because the Colorado River is not part of the McInnis Canyons NCA (Public Law 106-353). If the segment is found suitable for inclusion in the National Wild and Scenic Rivers System, a separate activity-level plan will be prepared to provide for the management of the river as suitable. In addition, the Colorado National Monument, managed by the National Park Service, is within the GJFO boundary but is not included in the planning area or this RMP effort. A map of the planning area is provided as **Figure 1-1**, Project Planning Area.

### Table 1-2
### Land Status within the GJFO Planning Area

| Land Status | Acres | Percentage of Planning Area |
|---|---|---|
| BLM | 1,061,400 | 50 |
| US Bureau of Reclamation | 7,900 | less than 1 |
| Local (State, County, and City) | 3,400 | less than 1 |
| Private | 714,100 | 30 |
| State Wildlife Areas and State Recreation Areas (Colorado Parks and Wildlife [CPW]) | 1,400 | less than 1 |
| US Forest Service | 380,000 | 20 |
| Other | 370 | less than 1 |
| **Total** | **2,168,600** | **100** |

Source: BLM 2010a

BLM_0024952



*Project Planning Area*

Source: BLM 2010a

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project way developed through digital means and may be updated without notice. Map produced by Grand Junction Field Office, Bureau of Land Management, Grand Junction, CO.

0   2.5   5        10        15        20

Miles

Figure 1-1

BLM Grand Junction Field Office Resource Management Plan

**Legend**
- GJFO Planning Area
- Bureau of Land Management
- National Conservation Area
- US Forest Service
- Private
- National Park Service
- State of Colorado
- Bureau of Reclamation
- State of Colorado, County, or City Area
- State Boundary
- County Boundary
- River
- Road
- Town

BLM_0024953

The decision area for the RMP revision—those lands on which the RMP will make decisions—is composed of GJFO BLM-administered lands within the planning area (**Table 1-2**, Land Status within the GJFO Planning Area). Management direction and actions outlined in the RMP apply only to these BLM-administered lands in the planning area and to federal mineral estate under BLM jurisdiction that may lie beneath other surface ownership. Federal mineral estate under BLM jurisdiction is composed of mineral estate underlying BLM-administered lands, privately owned lands, and state-owned lands (**Table 1-3**, Mineral Status within the GJFO Planning Area by County). As such, federal mineral estate acres are greater than BLM-administered surface acres. No specific measures have been developed for private, state, or other federal lands, but given that these lands are interspersed with BLM-administered lands, they could be influenced or be indirectly affected by BLM management actions. BLM management authority on lands with a split estate (e.g., private surface but federal minerals) is limited to activities (both surface and subsurface) related to exploration and development of the minerals. The BLM adopts the leasing requirements determined by other surface-managing agencies when leasing the mineral estate under those lands with a split estate. National Forest System lands would have leasing decisions made in the appropriate US Forest Service Land and Resource Management Plan/EIS. In its plans, the US Forest Service analyzes impacts from oil and gas leasing and development on National Forest System Lands and describes where the US Forest Service will or will not consent to leasing.

**Table 1-3**
**Mineral Status within the GJFO Planning Area by County**

| Land Status (acres) | Garfield County | Mesa County | Montrose County | Rio Blanco County | Total |
|---|---|---|---|---|---|
| BLM/Federal Minerals | 322,600 | 721,700 | 17,100 | 0 | 1,061,400 |
| Private Surface/Federal Minerals | 33,300 | 132,700 | 200 | 400 | 166,600 |
| State Surface/Federal Minerals | 0 | 1,200 | 0 | 0 | 1,200 |
| Local Surface/Federal Minerals | 0 | 2,100 | 0 | 0 | 2,100 |

Source: BLM 2010a

BLM_0024954

# SECTION 2
# PROPOSED ACTION

## 2.1   PROPOSED RMP

The Proposed RMP (PRMP; the proposed action) is hereby incorporated by reference and summarized in this section. It would provide direction for managing the nearly 1.1 million acres of BLM-administered lands and 1.2 million acres of federal mineral estate within the GJFO planning area. This chapter details the PRMP; **Table 2-1**, Proposed Resource Management Plan—Goals, Objectives, and Management Actions by Resource and Resource Use, describes the goals, objectives, and actions of the PRMP which are relevant to the protection of biological resources. The full list of stipulations and BMPs in the Proposed RMP for other resource and resource use programs are included as appendices to this BA, and may provide additional protection to threatened, endangered, proposed and candidate species. For a complete summary of the goals, objectives, and management actions refer to Chapter 2 of the PRMP.

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| Special Status Species |
| --- |
| General |

**GOAL:**

Manage special status species habitats to provide for their conservation and restoration as part of an ecologically healthy system.

**Objective (SSS-O1):**

Maintain or improve the quality of listed (i.e., threatened or endangered) and sensitive species habitat by managing public land activities to support species recovery and the benefit of those species.

**Allowable Use (SSS-AU1):**

**STIPULATION** CSU-9: *BLM Sensitive Plant Species Occupied Habitat.*

For plant species listed as sensitive by BLM, special design, construction, and implementation measures within a 100-meter (328 feet) buffer from the edge of occupied habitat may be required. In addition,

BLM_0024955

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

relocation of operations by more than 200 meters (656 feet) may be required. Standard exceptions apply.

**Allowable Use (SSS-AU2):**

**STIPULATION** CSU-10: *Wildlife Habitat.*
Require proponents of surface-disturbing activities to implement specific measures to mitigate impacts of operations on wildlife and wildlife habitat within high-value or essential wildlife habitat. Measures would be determined through biological surveys, onsite inspections, effects of previous actions in the area, and BMPs. Standard exceptions apply.

**Allowable Use (SSS-AU3):**

**LEASE NOTICE** LN-3: *Biological Inventories.* The operator is required to conduct a biological inventory prior to approval of operations in areas of known or suspected habitat of special status species, or habitat of other species of interest such as but not limited to raptor nests, Sage-Grouse leks, or significant natural plant communities. The operator, in coordination with the BLM, shall use the inventory to prepare mitigating measures to reduce the impacts on affected species or their habitats. These mitigating measures may include, but are not limited to, relocation of roads and other facilities and fencing operations or habitat. Where impacts cannot be mitigated to the satisfaction of the BLM's Authorized Officer, surface occupancy on that area is prohibited.

| Special Status Species: Fish |
| --- |

**Objective(SSS-F-O1):**

Maintain or improve the quality of listed (threatened or endangered) fish and sensitive fish habitat by managing public land activities to support species recovery and the benefit of those species.

**Implementation Action (SSS-F-A1):**

Identify limiting habitat factors based on site characteristics and habitat capabilities using channel type and geology classifications (e.g., Rosgen). Upon identification of limiting factors, prioritize and implement proven river, stream, lake, and riparian practices (e.g., in-channel habitat structures to create pools, riparian plantings) or by changing management of other program activities (e.g., changing livestock grazing season use) to achieve desired future condition.

**Action (SSS-F-A2):**

Designate the following ACECs to protect habitat for unique, sensitive, and listed fish (see ACECs section for management prescriptions):

- Dolores River Riparian ACEC: flannelmouth *(Catostomus latipinnis)* and bluehead sucker *(Catostomus discobolus)*; and
- Roan and Carr Creeks: green lineage cutthroat trout *(Oncorhynchus clarkii)*.

**Implementation Action (SSS-F-A3):**

While maintaining desired levels of access, identify and reroute or close and rehabilitate redundant, duplicative, or poorly constructed routes to reduce point sources of erosion and resulting sedimentation and turbidity impacts within watersheds containing known Colorado River and green lineage cutthroat trout populations. Focus on routes within closest proximity to occupied streams.

**Allowable Use (SSS-F-AU1):**

**STIPULATION** TL-1: *Salmonid and Native, Non-Salmonid Fishes.*
Prohibit in-channel stream work in all occupied streams during fish spawning, egg incubation, and fry emerging seasons. Fish spawning, egg incubation, and fry emerging seasons vary by elevation and temperatures; however the following intervals generally apply in Colorado:

BLM_0024956

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

- Cutthroat trout (various subspecies): May 1-September 1
- Rainbow trout: March 1-June 15
- Brown trout: October 1-May 1
- Brook trout: August 15-May 1
- Sculpin: May 1-July 31
- Bluehead sucker: May 1-July 15
- Flannelmouth sucker: April 1-July 1
- Roundtail chub: May 15-July 15
- Speckled dace: May 1-August 31
- Mountain whitefish: October 1-November 30

Exception Criteria: This stipulation only applies to construction and drilling and does not apply to operations and maintenance. If competing species are involved, the BLM may select to implement species-specific dates for native fish versus nonnative species. Specific exceptions apply.

**Allowable use (SSS-F-AU5):**
**STIPULATION** *CO-NSO-Hydrology River:*
No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major river: Colorado, Dolores, and Gunnison. Standard exceptions apply.

**Allowable Use (SSS-F-AU7):**
**STIPULATION** NSO-2: *Streams/Springs Possessing Lotic Riparian Characteristics.*
Prohibit surface occupancy and surface disturbing activities with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and surface disturbing activities within the riparian zone. Standard and special exceptions apply.

**Allowable Use (SSS-F-AU9):**
Manage the Roan and Carr Creeks ACEC as a ROW avoidance area to protect special status fish species' habitat.

| Special Status Species: Plants and Terrestrial Wildlife |
|---|

**GOAL (SSS-PTW-G1):**
Manage special status species and their habitats to provide for their conservation and restoration as part of an ecologically healthy system, and support the goals contained in Standard 4 of the Colorado Standards for Public Land Health (BLM 1997).

**Objective (SSS-PTW-O1):**
To conserve plants and animals (and their habitats) listed by federal and Colorado governments as threatened, endangered, sensitive or species of concern, and to conserve plants and animals that are candidates for these lists with the overall objective of improving their populations so that they can be removed from these lists.

**Action (SSS-PTW-A1):**
Manage threatened and endangered species' habitat as ROW avoidance areas. Relocate ROWs if a determination is made that the relocation action would benefit and promote recovery and would not further impact a threatened and endangered species.

BLM_0024957

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

**Action (SSS-PTW-A2):**

Avoid authorizing 2920 permits (such as site facilities and commercial filming) within known threatened and endangered species' habitat. Allow permits only when there are shown to be no effects on threatened and endangered species habitat.

**Allowable Use (SSS-PTW-AU1):**

Manage the following ACECs as ROW exclusion areas to protect threatened and endangered species' habitat:

- Atwell Gulch (except for ROWs to existing oil and gas leases issues under the 1987 RMP without NSO lease stipulations);
- Pyramid Rock; and
- South Shale Ridge (except for ROWs to existing oil and gas leases issues under the 1987 RMP without NSO lease stipulations).

**Action (SSS-PTW-A3):**

Protect and maintain unique ecological values for the following habitat locations to improve the habitat for unique, sensitive, threatened, and endangered plants and animals.

- Atwell Gulch ACEC: Colorado hookless cactus, DeBeque milkvetch, and Naturita milkvetch *(Astragalus naturitensis)*;
- Badger Wash ACEC: grand buckwheat, Ferron's milkvetch, cliffdweller's cryptantha, and Gardner's saltbrush/salina wildrye;
- Dolores River Riparian ACEC: peregrine falcon *(Falco peregrinus)*, bald eagle, Kachina daisy *(Erigeron kachinensis)*, Eastwood's monkeyflower, *(Mimulus eastwoodiae)*, San Rafael milkvetch, Dolores River skeleton plant, horseshoe milkvetch, Grand Junction milkvetch, and Gypsum catseye *(Cryptantha crassipes)*;
- Juanita Arch ACEC: Grand Junction milkvetch;
- The Palisade ACEC: peregrine falcon, bald eagle, Dolores River skeleton plant, San Rafael milkvetch, horseshoe milkvetch, Fisher Tower's milkvetch, tufted green gentian, and Osterhout's catseye;
- Pyramid Rock ACEC: Colorado hookless cactus, DeBeque phacelia, DeBeque milkvetch, Naturita milkvetch, adobe thistle, and aromatic Indian breadroot;
- Rough Canyon ACEC: canyon treefrog, Gunnison Sage-Grouse, Grand Junction milkvetch, and Eastwood's desert parsley;
- Sinbad Valley ACEC: Gypsum catseye;
- South Shale Ridge ACEC: Colorado hookless cactus, DeBeque phacelia, Naturita milkvetch, and adobe thistle; and
- Unaweep Seep ACEC: Great Basin silverspot butterfly and giant helleborine.

**Action (SSS-PTW-A4):**

Pursue land tenure adjustments to facilitate the conservation or recovery of special status species. Avoid the disposal of occupied special status species' habitat.

**Allowable Use (SSS-PTW-AU3):**

**LEASE NOTICE** LN-4 *Threatened and Endangered Species*. This lease contains habitat for threatened and endangered species. Prior to undertaking any activity on the lease, including surveying and staking of well locations, the lessee may be required to perform botanical inventories on the lease. Special design and construction measures may also be required in order to minimize impacts on threatened and endangered species habitat from drilling and producing operations.

BLM_0024958

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| Plants |
|---|

**Objective (SSS-P-O1):**

Promote maintenance and recovery of federally listed, proposed, and candidate plant species by protecting occupied habitat. Protect occupied habitat for all BLM sensitive plant species and significant plant communities as defined and tracked by CNHP.

Implementation Action (SSS-P-A1):
Identify the following areas as core conservation populations for special status plant species:

- Atwell Gulch;
- Logan Wash Mine;
- Pyramid Rock ACEC;
- South Shale Ridge;
- Sunnyside; and
- Reeder Mesa.

Manage identified habitat to maintain the population. Management tools include but are not limited to weed treatments, inter-seeding, route closures, fencing, and managing timing and intensity of grazing. Identify additional areas as populations are identified and species of concern are modified.

Limit new road construction in Reeder Mesa, Sunnyside, Logan Wash Mine, and South Shale Ridge, and designate new roads associated with authorized uses as administrative (e.g., oil and gas and ROWs). Rehab and close roads associated with authorized uses when no longer needed.

**Implementation Action (SSS-P-A2):**

Monitor special status plant populations to determine trends, impacts, and guide future management, with an emphasis on areas near surface-disturbing activities. Utilize monitoring data to determine and modify NSO stipulations applicable to current and historically occupied habitat of threatened, endangered, proposed, and candidate plants.

**Implementation Action (SSS-P-A3):**

Reduce redundancies in routes to minimize habitat fragmentation, and minimize direct impacts on listed plant species habitat, and occupied habitat from motorized and mechanized users of roads, routes and trails. Identify mitigation where open routes are negatively effecting designated critical habitat.

**Implementation Action (SSS-P-A4):**

Reduce as much as practicable route density (miles/square mile) within 200 meters of known Threatened and Endangered plant occurrences throughout the field office. If occurrences are identified in the future that conflict with route designations, implement reroutes.

**Allowable Use (SSS-P-AU1):**
**STIPULATION** NSO-12: *ACECs.*

Prohibit surface occupancy and surface-disturbing activities in the following ACECs to protect threatened, proposed, candidate, and sensitive plants. Standard exceptions apply.

- Atwell Gulch (threatened and sensitive plants);
- Badger Wash (sensitive plants);
- Pyramid Rock (threatened and sensitive plants);
- South Shale Ridge (threatened and sensitive plants); and
- Unaweep Seep (sensitive plants).

BLM_0024959

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| |
|---|
| **Allowable Use (SSS-P-AU2):** |
| **STIPULATION** NSO-13: *Current and Historically Occupied and Critical Habitat of Threatened, Endangered, Proposed, and Candidate Plant and Animal Species.* |
| Prohibit certain surface uses (as specified in Appendix B of the RMP), to protect threatened, endangered, proposed, and candidate plants and animals from indirect impacts, loss of immediately adjacent suitable habitat, or impacts on primary constituent elements of critical habitat as designated by USFWS. Maintain existing buffer distances where pre-existing disturbance exists, and reduce redundancies in roads to minimize fragmentation, and minimize direct impacts from motorized and mechanized users of roads, routes and trails. In undisturbed environments and ACECs, prohibit new disturbance within 200 meters (656 feet) of current and historically occupied and suitable habitat. This stipulation includes emergency closures of roads where damage to T&E habitat has occurred. |

| |
|---|
| **Allowable Use (SSS-P-AU7):** |
| **STIPULATION** *CO-CSU-Plant Community.* |
| Surface occupancy or use may be restricted within occupied habitat that meets BLM's criteria, as established in the Resource Management Plan, for significant and/or relict plant communities: |
|    • all old growth forests and woodlands and<br>   • plant communities that meet BLM's criteria for significant plant communities |
| Special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain the viability of significant or relict plant communities. |

| Yellow-billed Cuckoo |
|---|
| **Objective (SSS-Y-O1):** |
| Maintain and improve BLM lands for yellow-billed cuckoo habitat. |
| **Action (SSS-Y-A1):** |
| Where large stands of cottonwoods occur, develop management plans to restore or improve cuckoo habitat and increase canopy cover and mid-story tree and shrub cover. |
| **Allowable use (SSS-Y-AU2):** |
| **STIPULATION** *CO-NSO-Hydrology River:* |
| No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Colorado, Dolores, and Gunnison. Standard exceptions apply. |
| **Allowable Use (SSS-Y-AU4):** |
| **STIPULATION** NSO-2: *Streams/Springs Possessing Lotic Riparian Characteristics.* |
| Prohibit surface occupancy and surface disturbing activities with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and surface disturbing activities within the riparian zone. Standard and special exceptions apply. |

| Gunnison and Greater Sage-Grouse |
|---|
| **Objective (SSS-SG-O1):** |
| Advance the conservation of Gunnison and Greater Sage-Grouse and their habitat in accordance with current national, state, and local working group recommendations and policy as well as the most current scientific literature and research. |

BLM_0024960

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| |
|---|
| **Implementation Action (SSS-SG-A1):** |
| Consistent with current guidance for sagebrush-dependent species, improve areas of poor quality nesting habitat by implementing the following actions, including but not limited to: |
| • In areas where species diversity is low seed area with grasses and forbs, with an emphasis on forbs if brood-rearing occurs in the area, accompanied by light disking and interseeding, or drill seeding. |
| • Where sage is decadent and does not meet habitat objectives, conduct thinning by roller-chopping, light disking, Dixie Harrow, Lawson Aerator or other methods. |
| • Conduct vegetation treatments to retain residual cover through fall and winter into nesting season. |
| **Implementation Action (SSS-SG-A2):** |
| When reseeding roads, primitive roads and trails, use appropriate seed mixes (appropriate for Sage-Grouse ecological conditions) and consider the use of transplanted sagebrush. |
| **Implementation Action (SSS-SG-A3):** |
| Reduce routes through currently suitable or potentially suitable Gunnison and greater sage grouse habitat by reducing routes through sage brush parks, with an emphasis on routes that bisect sage brush parks. |
| **Implementation Action (SSS-SG-A4):** |
| Improve brood-rearing habitats by implementing the following action: |
| • Restore old ponds or construct new ponds in areas lacking water, while minimizing potential for promoting mosquito breeding habitat at elevations below 8,000 feet. |
| **Implementation Action (SSS-SG-A5):** |
| Improve lek areas by mechanically treating historic lek areas where sagebrush density has increased. |
| **Implementation Action (SSS-SG-A6):** |
| To reduce disturbance to Gunnison or Greater Sage-Grouse, close duplicative or redundant routes within Sage-Grouse habitat and within 4 miles of a lek. |
| **Implementation Action (SSS-SG-A7):** |
| Remove/modify raptor perches, in Gunnison and Greater Sage-Grouse habitat (trees, fences, dry-hole markers, and power poles). |
| **Implementation Action (SSS-SG-A8):** |
| Monitor measureable objectives and evaluate grazing management to assure that management actions are achieving Sage-Grouse habitat objectives. |
| **Implementation Action (SSS-SG-A9):** |
| Design any new structural range improvements to conserve, enhance, or restore Sage-Grouse habitat through an improved grazing management system relative to Sage-Grouse objectives. Structural range improvements, in this context, include but are not limited to: cattleguards, fences, enclosures, corrals or other livestock handling structures; pipelines, troughs, storage tanks (including moveable tanks used in livestock water hauling), windmills, ponds/reservoirs, solar panels and spring developments. |
| **Action (SSS-SG-A10):** |
| To reduce Sage-Grouse strikes and mortality, remove, modify, or mark fences in high risk areas. When fences are necessary, require a Sage-Grouse-safe design. |
| **Action (SSS-SG-A11):** |
| Locate supplements (salt or protein blocks) in a manner designed to conserve, enhance, or restore Sage-Grouse habitat. |
| **Action (SSS-SG-A12):** |
| Offer temporary use on a case-by-case basis in allotments where grazing preference has been relinquished, or non-use warrants to rest other allotments that include important Sage-Grouse habitat. |

BLM_0024961

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

| |
|---|
| **Action (SSS-SG-A13):** |
| Apply TL-16 (Occupied Sage-Grouse Winter Habitat) or TL-17 (Sage-Grouse Leks) to vegetation management treatments according to the type of seasonal habitats present in a priority area. |
| **Implementation Action (SSS-SG-A14):** |
| Monitor after vegetation treatments for success in meeting objectives and monitor and control invasive vegetation after vegetation treatments in Sage-Grouse habitat. |
| **Action (SSS-SG-A15):** |
| Apply post-vegetation treatment management and monitoring to ensure long term persistence of seeded native plants. Outline temporary or long-term changes in livestock grazing, wild horse and burro, and travel management, etc., to achieve and maintain vegetation management objectives to benefit Sage-Grouse and their habitats. |
| **Action (SSS-SG-A16):** |
| Design vegetation treatments in Sage-Grouse habitats to strategically reduce wildfire threats in the greatest area. This may involve spatially arranging new vegetation treatments with past treatments, vegetation with fire-resistant seral stages, natural barriers, and roads in order to constrain fire spread and growth. This may require vegetation treatments to be implemented in a more linear versus block design. |
| **Action (SSS-SG-A17):** |
| Include Sage-Grouse habitat parameters as defined by Connelly et al. (2000), Hagen et al. (2007) or if available, state and federal Sage-Grouse conservation and recovery plans and appropriate local information in habitat restoration objectives. Make maintaining these objectives within priority Sage-Grouse habitat areas a high restoration priority. |
| **Action (SSS-SG-A18):** |
| Choose native plant seeds for vegetation treatments based on availability, adaptation (site potential), probability for success, and the vegetation management objectives for the area covered by the treatment. Where probability of success or native seed availability is low, use species that meet soil stability and hydrologic function objectives as well as vegetation and Sage-Grouse habitat objectives. |
| **Action (SSS-SG-A19):** |
| Manage the following areas to benefit Sage-Grouse habitat:<br>• Wildlife Emphasis Areas:<br>  ○ Glade Park and<br>  ○ Sunnyside.<br>• ACECs:<br>  ○ Roan and Carr Creek |
| **Allowable use (SSS-SG-AU2):** |
| Identify the following as ROW avoidance areas:<br>• Sage-Grouse occupied habitat and<br>• Within a 4-mile radius of Sage-Grouse leks. |
| **Allowable Use (SSS-SG-AU3):** |
| **No Leasing:** *Sage-Grouse.*<br>Close all occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) and Greater Sage Grouse habitat within one mile of an active lek to fluid mineral leasing and geophysical exploration. |
| **Allowable Use (SSS-SG-AU4):** |
| **No Leasing:** *Split-estate.*<br>Manage 12,200 acres of Private and State surface/federal fluid mineral estate in all occupied Gunnison Sage-Grouse habitat and Greater Sage Grouse habitat within one mile of an active lek as closed to fluid |

BLM_0024962

**Table 2-1**
**Proposed Resource Management Plan—Goals, Objectives, and Actions**
**by Resource and Resource Use**

mineral leasing and geophysical exploration.

**Allowable Use (SSS-SG-AU5):**
**STIPULATION** TL-16: *Occupied Sage-Grouse Winter Habitat.*
Prohibit surface occupancy and surface-disturbing activities in occupied Sage-Grouse winter habitat from December 16 to March 15.

**Allowable Use (SSS-SG-AU6):**
**STIPULATION** NSO-25: *Sage-Grouse Leks, Nesting, and Early Brood-rearing Habitat.*
Prohibit surface occupancy and surface-disturbing activities within 4 miles of an active lek or within Sage-Grouse nesting and early brood-rearing habitat. Standard and special exceptions apply.

**Allowable Use (SSS-SG-AU8):**
**STIPULATION** TL-17: Sage-Grouse Leks.
Prohibit surface occupancy and surface-disturbing activities within 4 miles of Sage-Grouse leks from March 1 to June 30. Standard and special exceptions apply.

| Mexican Spotted Owl |
|---|

**GOAL (VFW-G2):**
Maintain forests and woodlands for a healthy mix of successional stages within the natural range of variation that incorporates diverse structure and composition.

**Objective (VFW-O2):**
Manage ponderosa pine *(Pinus ponderosa)*, Douglas-fir *(Pseudotsuga menziesii)*, aspen *(Populus tremuloides)*, and spruce/fir to mimic natural stand conditions and natural regeneration.

**Action (VFW-A3):**
Use prescribed fire and mechanical, chemical, and biological treatments as necessary to reduce the risk of disease vectors and to increase the resilience to beetles and disease.

**Objective (VDPC-O9):**
Emphasize perpetuating late- to mid-seral plant communities that provide suitable habitat for wildlife.

| Special Status Species: Canada Lynx |
|---|

**Objective (SSS-CL-O1):**
Maintain and improve BLM-managed portions of Lynx Analysis Units for Lynx habitat.

**Action (SSS-CL-A1):**
Within lynx *(Lynx canadensis)* habitat in Lynx Analysis Units:
- Manage timber harvest consistent with the August 2013 Lynx Conservation Assessment and Strategy and
- Limit the expansion of consistent snow compaction unless it serves to consolidate use and improve lynx habitat.

Relevant PRMP appendices are attached to this BA and include **Appendix H**, Best Management Practices and Standard Operating Procedures; and **Appendix B**, Stipulations Applicable to Fluid Mineral Leasing and Other Surface-Disturbing Activities. Relevant Best Management Practices, Standard Operating Procedures, and Stipulations are discussed further in the effects analysis of Chapter 4 in this BA; general context and applicability are discussed below:

BLM_0024963

BMPs are state-of-the-art mitigation measures applied on a site-specific basis to avoid, minimize, reduce, rectify, or compensate for adverse environmental or social impacts. They are applied to management actions to aid in achieving desired outcomes for safe, environmentally responsible resource development, by preventing, minimizing, or mitigating adverse impacts and reducing conflicts. While BMPs for all resource programs could indirectly benefit listed species by protecting habitat, BMPs for soil resources (page H-6), water resources (page H-9), vegetation (page H-17), and fish and wildlife and special status species (page H-29) would be most likely to benefit listed species because these BMPs are targeted at listed species and/or are more likely to overlap with critical habitat.

Stipulations are mitigation measures which apply to select activities on lands overlying federal mineral estate, which includes mineral estate underlying BLM lands, privately-owned lands, and state-owned lands. Under the PRMP, three types of stipulations could be applied to new fluid mineral leases or other land use authorizations, except for those authorized under the realty program: 1) no surface occupancy (NSO) or other no surface-disturbing activities; 2) controlled surface use (CSU); and 3) timing limitation (TL). ROW authorizations are governed by avoidance and exclusion area restrictions.

> NSO/No Surface-disturbing Activities: Allows fluid mineral leasing, but surface-disturbing activities cannot be conducted on the surface of the land unless an exception, waiver, or modification is granted. Access to fluid mineral deposits would require directional drilling from outside the boundaries of the NSO/No Surface-disturbing Activities areas.

> CSU: Allows some use and occupancy of public land, while protecting identified resources or values. A CSU stipulation allows the BLM to require special operational constraints, or the surface-disturbing activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value.

> TL: Closes an area to fluid mineral exploration and development, surface-disturbing activities, and intensive human activity during identified time frames. This stipulation does not apply to operation and basic maintenance activities, including associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and other operations considered to be intensive in nature are not allowed.

In addition to those stipulations directed at protecting special status species (see pages B-9, B-13, and B-16), the Proposed RMP includes a broader suite of stipulations that would protect special status species by limiting or prohibiting surface-disturbing activities in areas where these species may occur. These include NSO stipulations that prohibit surface-disturbing activities, CSU stipulations that require site-specific avoidance of sensitive resources, and TL stipulations that seasonally prohibit or limit surface-disturbing activities.

BLM_0024964

Whether a stipulation is targeted at special status species or a different resource, the resultant reduction in surface-disturbing activities would benefit special status species. Under the Proposed RMP, there would be 647,900 acres of NSO stipulations, 599,300 acres of CSU stipulations, and 526,400 acres of TL stipulations. Note that acreages of NSO, CSU, and TL stipulations may overlap.

The entire stipulations appendix for the Proposed RMP/Final EIS is attached as an appendix to this BA. While all stipulations could indirectly benefit listed species by minimizing surface disturbance, stipulations for water resources (pages B-8 and B-13), soil resources (pages B-8 and B-13), vegetation (pages B-8 and B-13), special status species (pages B-9, B-13, and B-16), fish and wildlife (pages B-10, B-14, and B-17), and ACECs (pages B-11 and B-15) would be most likely to benefit listed species because these stipulations are targeted at listed species and/or are more likely to overlap with critical habitat.

BLM_0024965

This page intentionally left blank.

BLM_0024966

# SECTION 3
# EVALUATED SPECIES

## 3.1   INTRODUCTION

Eleven threatened or endangered species, two proposed threatened or endangered species, and one candidate species for listing are addressed in this BA (see **Table 1-1**). This chapter describes the following for each species:

- Species description
- Life history
- Status and distribution
- Environmental baseline
- Critical habitat
- Threats

The *environmental baseline* is defined by the regulations implementing the ESA (50 CFR, Part 402.02) as the following:

- Past and present impacts of all federal, state, and private actions and other human activities in the action area.
- The anticipated impacts of all proposed state or federal projects in the action area that have already undergone formal or early Section 7 consultation.
- The impact of state or private actions that are contemporaneous with the consultation process.

The *action area* is defined at 50 CFR, Part 402, to mean "all areas to be affected directly or indirectly by the federal action and not merely the immediate area involved in the action." For the purposes of this consultation, the action area includes lands administered by the BLM in the GJFO and those nearby that could be affected by the proposed action. In the case of water depletions and

BLM_0024967

the four endangered big river fish, the action area extends downstream for the entire range of each species in the Colorado River.

## 3.2   LISTED SPECIES

### 3.2.1   Colorado Hookless Cactus

**Species Description**

The Colorado hookless cactus was formerly part of a complex of cactus species called the Uinta Basin hookless cactus, with the taxonomic name *Sclerocactus glaucus*. The species ranged from western Colorado and into portions of eastern Utah. A taxonomic review of the species in 2007 determined that *Sclerocactus glaucus* is actually three separate species: *S. glaucus*, *S. wetlandicus*, and *S. brevispinus* (74 FR, 47112). *S. glaucus* occurs only in western Colorado and has been renamed Colorado hookless cactus. *S. wetlandicus* and *S. brevispinus* occur only in Utah.

The Colorado hookless cactus is barrel-shaped and typically ranges from 1.2 to 4.8 inches (3 to 12 centimeters) tall, with exceptional plants up to 12 inches (30 centimeters) tall. The flowers are usually funnel shaped but sometimes are bell shaped. They usually have pink to violet tepals (USFWS 2010a).

**Life History**

Populations of Colorado hookless cactus occur primarily on alluvial benches (soils deposited by water) along the Colorado and Gunnison Rivers and their tributaries. It generally occurs on gravelly or rocky surfaces on river terrace deposits, on mesa tops, and along the spines of ridges. Exposures vary, but Colorado hookless cactus is more abundant on south-facing slopes (USFWS 2010a). Soils are usually coarse, gravelly river alluvium above the river floodplains. They usually consist of Mancos shale, with volcanic cobbles and pebbles on the surface.

Elevations range from 3,900 to 6,000 feet (1,400 to 2,000 meters; USFWS 2010a). Associated desert shrubland vegetation is shadscale (*Atriplex confertifolia*), galleta grass (*Pleuraphis jamesii*), black-sage (*Artemisia nova*), and Indian rice grass (*Achnatherum hymenoides*; USFWS 2010a). Populations also exist in big sagebrush- (*Artemisia tridentata*) or greasewood- (*Sarcobatus vermiculatus*) dominated sites and in the transition zone from sagebrush (*Pinus edulis*) to pinyon-juniper (*Juniperus osteosperma*) communities (USFWS 2010a).

Pollinators include the honeybee and native bees in the genera *Eucera*, *Ashmeadiella*, *Heriades*, *Agapostemon*, and *Lasioglossum* (Rechel et al. 1999). Seed dispersal is primarily by means of ants, which are attracted by nutritious seeds which the Colorado hookless cactus produces (Rechel et al. 1999).

BLM_0024968

### Status and Distribution

The Colorado hookless cactus was first listed as a threatened species in 1979 (44 FR 58868) as Uinta Basin hookless cactus (*Sclerocactus glaucus*). On September 15, 2009 (74 FR 47112), the USFWS officially recognized the taxonomic split of this species, as described above. Critical habitat has not been designated.

The Colorado hookless cactus is an endemic plant found in Delta, Montrose, Mesa, and Garfield Counties, Colorado. There are two population centers of Colorado hookless cactus. The first is on alluvial river terraces of the Gunnison River from near the City of Delta to southern Mesa County; the second is on alluvial river terraces and mesa slopes of the Colorado River, Plateau Creek, and Roan Creek drainages in the vicinity of DeBeque, Colorado (USFWS 2010a). The species has been documented at 93 occurrences, totaling approximately 23,000 individuals (CNHP 2014).

### Environmental Baseline

#### Occurrence in the Action Area

Within the planning area, the Colorado hookless cactus occurs primarily near DeBeque (north and south of Interstate 70) and in the Whitewater area. The Denver Botanic Gardens, in collaboration with the BLM, conducts on-going cactus monitoring efforts, including several populations within the action area west of DeBeque and north of Mesa. Monitoring data indicates the species is stable throughout its range (DePrenger-Levin and Kao 2013).

#### Past and Present Impacts

Threats to the species within the GJFO include habitat degradation as a result of livestock trampling and grazing, nonnative halogeton and cheatgrass encroachment, energy development, recreation, and unauthorized collection. Predation by rabbits and cactus-borer beetle (*Moneilema semipunctatum*) may also be a significant source of mortality (USFWS 2010a).

### Critical Habitat

Critical habitat has not been designated for Colorado hookless cactus.

### Threats

The primary threats to Colorado hookless cactus are as follows (USFWS 2010a):

- Natural gas exploration and production
- Pipelines, utilities, and other rights-of-way (ROWs)
- Off-highway vehicle activity
- Livestock grazing and trampling
- Herbicides and pesticides

BLM_0024969

- Hybridization

- Illegal human collection

- Potential water developments

- Climate change

### 3.2.2   DeBeque Phacelia

*Species Description*

DeBeque phacelia is a rare annual plant. It is a low-growing, herbaceous, spring annual plant with a tap root. The stems are typically 0.8 to 3 inches (2 to 8 centimeters) long, often branched at the base and mostly lying flat on the ground as a low rosette. Stems are often deep red and more or less hairy. Leaves are similarly hairy, reddish at maturity, egg-shaped or almost rectangular with rounded corners, with bases abruptly tapering to a wedge-shaped point. Leaf margins are smooth or toothed. The tube-shaped flowers are yellowish white, on short stems (USFWS 2014b).

*Life History*

DeBeque phacelia is a rare annual plant endemic to nearly barren, clay soils derived from the Atwell Gulch and Shire members of the Wasatch Formation in Mesa and Garfield Counties, Colorado. These clay soils are found on moderately steep slopes, benches, and ridge tops adjacent to valley floors of the southern Piceance Basin in Mesa and Garfield Counties, Colorado. All occurrences consist of small patches of plants on uniquely textured, shrink-swell clay soil separated by larger areas of similar-appearing soils that are not occupied by DeBeque phacelia. DeBeque phacelia seeds usually germinate in early April and finish their life cycle by late June to early July after which time they dry up and disintegrate or blow away, leaving no indication that the plants were present (USFWS 2014b). The seed bank is the mechanism by which the populations survive. The seeds can remain dormant for 5 years (and probably longer) until the combination and timing of temperature and precipitation are optimal (USFWS 2011a).

*Status and Distribution*

The USFWS listed DeBeque phacelia as a threatened species under a final rule published on July 27, 2011 (76 FR 45054). Critical habitat for the species was designated on August 13, 2012 (77 FR 48367). The DeBeque phacelia is endemic to the southern Piceance Basin. Its range encompasses 82,231 acres, and as of 2012, the species occupied a total of 558.6 acres. Plants are found at elevations ranging from 5,000 to 7,150 feet (1,525 to 2,180 meters; USFWS 2013a).

The number of plants varies widely from year to year depending on climatic conditions. The fluctuation in numbers indicates that many seeds remain dormant in the seed bank during unfavorable years for germination. As such, it is difficult to estimate the total population size. Upper counts from surveys over

BLM_0024970

the past 30 years estimated a total of 68,731 individuals (USFWS 2013a). The final listing rule provides a thorough and up-to-date review of the status of the species.

### Environmental Baseline

#### Occurrence in the Action Area
There are 19,600 acres of critical habitat within the action area. Of the nine designated Critical Habitat Units (CHUs), unit 2 (Pyramid Rock) is the largest at approximately 17,321 acres located west of the town of DeBeque.

#### Past and Present Impacts
DeBeque phacelia is especially vulnerable to habitat loss by virtue of being restricted to the barren and semibarren habitat of specific members of the Wasatch geological formation that has a limited distribution within the Piceance Basin (Ladyman 2003). Its habitat coincides with high potential natural gas reserves and has historically been affected by activities associated with resource extraction. Activities that lead to significant soil disturbance, or progressive soil erosion, eliminate or sharply reduce the seed bank, which appears to be the mechanism by which populations survive. Additionally, surface-disturbing activities can introduce and spread weeds resulting in altered plant communities that threaten DeBeque phacelia.

Impacts on DeBeque phacelia have also been documented from OHV use and livestock trampling (USFWS 2013a).

### Critical Habitat
Critical Habitat for DeBeque phacelia was designated and finalized on August 13, 2012 (USFWS 2012c). A total of 25,484 acres of critical habitat were designated within nine CHUs: Sulphur Gulch, Pyramid Rock, Roan Creek, DeBeque, Mount Logan, Ashmead Draw, Baugh Reservoir, Horsethief Mountain, and Anderson Gulch. BLM-administered lands within the GJFO planning area cover 19,600 acres of these CHUs (USFWS 2012c).

Critical habitat primary constituent elements for the DeBeque phacelia, are described in **Table 3-1**, Primary Constituent Elements of DeBeque Phacelia Critical Habitat.

BLM_0024971

**Table 3-1**
**Primary Constituent Elements of DeBeque Phacelia Critical Habitat**

| Features | Description |
|---|---|
| Suitable Soils and Geology | • Atwell Gulch and Shire members of the Wasatch formation.<br><br>• Within these larger formations, small areas (from 10 to 1,000 square feet [1 to 100 square meters]) on colorful exposures of chocolate to purplish brown, light to dark charcoal gray, and tan clay soils are especially important. These small areas are slightly different in texture and color than the similar surrounding soils. Occupied sites are characterized by alkaline (pH range from 7 to 8.9) soils with higher clay content than similar nearby unoccupied soils.<br><br>• Clay soils that shrink and swell dramatically upon drying and wetting and are likely important in the maintenance of the seed bank. |
| Topography | • Moderately steep slopes, benches, and ridge tops adjacent to valley floors. Occupied slopes range from 2 to 42 degrees with an average of 14 degrees. |
| Elevation and Climate | • Elevations from 4,600 to 7,450 feet (1,400 to 2,275 meters).<br>• Climatic conditions similar to those around DeBeque, Colorado, including suitable precipitation and temperatures. Annual fluctuations in moisture (and probably temperature) greatly influences the number of *Phacelia submutica* individuals that grow in a given year and are thus able to set seed and replenish the seed bank. |
| Plant Community | • Small (from 10 to 1,000 square feet [1 to 100 square meters]) barren areas with less than 20 percent plant cover in the actual barren areas.<br>• Presence of appropriate associated species that can include (but are not limited to) the natives *Grindelia fastigiata, Eriogonum gordonii, Monolepis nuttalliana,* and *Oenothera caespitosa.* If sites become dominated by *Bromus tectorum* or other invasive nonnative species, they should not be discounted because *Phacelia submutica* may still be found there.<br><br>• Appropriate plant communities within the greater pinyon–juniper woodlands that include:<br>   o Clay badlands within the mixed salt desert scrub, or<br>   o Clay badlands within big sagebrush shrublands. |
| Maintenance of the Seed Bank and Appropriate Disturbance Levels | • Within suitable soil and geologies (see Suitable Soils and Geology above), undisturbed areas where seed banks are left undamaged.<br>• Areas with light disturbance when dry and no disturbance when wet. Clay soils are relatively stable when dry but are extremely vulnerable to disturbances when wet. |

Source: USFWS 2012c

**Threats**
The primary threats to DeBeque phacelia are as follows (USFWS 2013a):

- Oil and gas development

- Utility and energy corridors

- Livestock use and trampling

- OHV use

- Invasive nonnative plants

BLM_0024972

- Water reservoirs

- Climate change and drought

### 3.2.3    Parachute Penstemon

***Species Description***

Parachute penstemon, which is also known as Parachute beardtongue, is a mat-forming perennial herb with thick, succulent, bluish leaves, each about 0.8 inches (2 centimeters) long and 0.4 inches (1 centimeter) wide. Plants produce shoots that run along underground, forming what appear as new plants at short distances away. The funnel-shaped flowers are white to pale lavender (USFWS 2011a).

***Life History***

Parachute penstemon is endemic to sparsely vegetated, steep talus slopes on the southern escarpment of the Roan Plateau in Garfield County, Colorado. The species was first discovered in 1986. Plants are found on the oil-shale rich Parachute Creek Member of the Green River Formation between 8,000 and 9,000 feet (2,440 to 2,740 meters) in elevation, although a small population was recently found on Green River shale alluvium at elevations ranging from 5,500 to 5,800 feet (1,675 to 1,770 meters). Parachute penstemon is uniquely adapted to survive on steep and constantly moving talus slopes. The stems of Parachute penstemon elongate downslope from their initial rooting point as the leaves become buried by shifting shale shards. When these stems encounter a sufficiently stable surface, they may develop a new tuft of leaves, flower, and set seed. Vegetation on these talus slopes is generally quite sparse (less than 20 percent canopy cover), providing little competition for the Parachute penstemon (USFWS 2011a).

The species blooms between June and September, and the plants produce a small number of seeds that are dispersed by gravity. They require cross pollination, and have many different pollinators that vary between occurrences. None of the pollinators are specialists to this species or rare (USFWS 2011a).

***Status and Distribution***

The USFWS published a final rule on July 27, 2011 to list the species as threatened under the ESA effective August 26, 2011 (76 FR 45054). Critical habitat for the species was designated on August 13, 2012 (77 FR 48367).

The historical range and distribution for this species is unknown. All of the currently known occurrences occupy about 91.8 acres on the Green River geologic formation in Garfield County, Colorado (USFWS 2011a). Although this formation is located underground throughout most of the Piceance Basin, it is exposed on much of the southern face of the Roan Plateau, the area in which the plant is restricted. The total area of the plant's geographic range is about 2 miles (3 kilometers) wide and 17 miles (27 kilometers) long. Six occurrences of

BLM_0024973

*Penstemon debilis* were found between 1986 and 2005; two of them are no longer considered viable (USFWS 2014a). The total estimated population size consists of only 4,138 individuals (USFWS 2013b). It is likely that unknown occurrences exist, because many areas are inaccessible to surveyors due to cliff-side terrain or private lands.

### Environmental Baseline

#### Occurrence in the Action Area
There are seven known occurrences of the Parachute penstemon, two of which are wholly or partially on BLM-administered lands within the GJFO planning area. These include the Mount Logan Road population and the Mount Logan Mine population. The Mount Logan Mine population has an estimated 533 plants, the majority of which occur on private lands. The Mount Logan Road population, which extends along a mining road, is nearly extirpated with 3 estimated occurrences (USFWS 2013b).

Scattered plants have also been found outside of the GJFO planning area in Smith Gulch, an outwash within the BLM's Colorado River Valley Field Office far below the expected elevation for this species. This may mean that there are more populations in the GJFO planning area at lower elevations. However, none are known at this time.

#### Past and Present Impacts
Maintenance and reclamation activities along Logan Wash Mine access road have resulted in plant mortality and habitat destruction. Oil and gas development and oil shale extraction also threaten the species (USFWS 2013b). Forty percent of occupied habitat and 69 percent of the plants are located on Oxy USA WTP LP (Oxy) property under a State of Colorado Natural Area Program (CNAP) agreement, where the plants are minimally disturbed. A proposal to designate the Logan Wash Mine site as a Natural Area would provide additional protection to the species and its habitat found in this area.

### Critical Habitat
Four CHUs covering 15,510 acres have been designated for Parachute penstemon: Brush Mountain, Cow Ridge, Mount Callahan, and Anvil Points (USFWS 2012c). The Brush Mountain and Cow Ridge CHUs are not occupied; however, they contain the primary constituent elements sufficient to support the life-history needs of the species. The unoccupied CHUs were designated for future recovery efforts, that may include the creation of new Parachute penstemon populations. There are 7,100 acres of critical habitat within the planning area.

Critical habitat primary constituent elements for the Parachute penstemon are described in **Table 3-2**, Primary Constituent Elements of Parachute Penstemon Critical Habitat.

**Table 3-2**
**Primary Constituent Elements of Parachute Penstemon Critical Habitat**

| Features | Description |
|---|---|
| Suitable Soils and Geology | • Parachute Member and the Lower part of the Green River Formation. |
| | • Appropriate soil morphology characterized by a surface layer of small to moderate shale channers (small flagstones) that shift continually due to the steep slopes and below a weakly developed calcareous, sandy to loamy layer with 40 to 90 percent coarse material. |
| Elevation and Climate | • From 5,250 to 9,600 feet (1,600 to 2,920 meters). Climatic conditions similar to those of the Mahogany Bench, including suitable precipitation and temperatures. |
| Plant Community | • Barren areas with less than 10 percent plant cover. |
| | • Presence of other oil shale endemics, including *Mentzelia rhizomata, Thalictrum heliophilum, Astragalus lutosus, Lesquerella parviflora, Penstemon osterhoutii,* and *Festuca dasyclada* (also *P. caespitosus).* |
| Habitat for Pollinators | • Pollinator ground and twig nesting habitats. Habitats suitable for a wide array of pollinators and their life history and nesting requirements. A mosaic of native plant communities generally would provide for this diversity (see Plant Community above). These habitats can include areas outside of the soils identified in Suitable Soils and Geology. |
| | • Connectivity between areas allowing pollinators to move from one population to the next within units. |
| | • Availability of other floral resources. This would include other flowering plant species that provide nectar and pollen for pollinators. Grass species do not provide resources for pollinators. |
| | • To conserve and accommodate these pollinator requirements, USFWS has identified a 3,280-ft (1,000-m) area beyond occupied habitat to conserve the pollinators essential for reproduction. |
| High levels of natural disturbance | • Very little or no soil formation. |
| | • Slow to moderate, but constant, downward motion of the oil shale that maintains the habitat in an early successional state. |

Source: USFWS 2013b

**Threats**
The primary threats to Parachute penstemon are as follows (USFWS 2013b):

- Oil and gas development
- Oil shale extraction and mine reclamation
- Vehicle access through occupied habitat
- Climate change, drought, and impacts on the vegetative community
- Invasive species

BLM_0024975

### 3.2.4   Ute Ladies'-tresses Orchid

*Species Description*

Ute ladies'-tresses orchid is a perennial, terrestrial orchid with erect, glandular-pubescent stems 6 to 20 inches (15 to 50 centimeters) tall arising from tuberous-thickened roots. Basal leaves are linear and persist at flowering time. Leaves become progressively reduced in size up the stem. The flower consists of a few to many small white to ivory flowers arranged in a spike formation at the top of the stem. The individual flowers are stout and ringent, and face directly away from the stalk (USFWS 1992).

Ute ladies'-tresses orchid first appears above-ground as a rosette of thickened grass-like leaves that can be difficult to distinguish from other plants. Some individuals remain under ground or do not flower each year and fluctuations in mature flowering adults do not necessarily correspond to population fluctuations or indicate habitat alterations (USFWS 1992).

*Life History*

Ute ladies'-tresses orchid habitat is found along freshwater streams emerging from the flanks of mountains where the streambed is beginning to level out and meander within a developing floodplain. These streams are very dynamic and may be subject to seasonal flooding from snowmelt and intermittent heavy thunderstorms. Due to variations in snowpack, these streams experience fairly frequent severe (overbank) flooding sufficient to cause movement of the stream channel within its floodplain (USFWS 1992).

The orchid colonizes early successional riparian habitats such as point bars, sand bars and low lying gravelly, sandy, or cobbly edges. As the stream channel changes location and depth, the orchid persists in those areas where the hydrology provides continual dampness in the rooting zone throughout the growing season. These areas include old oxbows, side channels, or older stream channels that have been filled in with alluvial material, but which still have a hydrologic connection, through groundwater, to the stream system (USFWS 1992). The orchid is tolerant of a mix of wetland forb and grass species, is not tolerant of long-term standing water and does not compete with emergent plant species (e.g., cattails) or aggressive species that form dense monocultures such as Canada thistle or reed canarygrass (USFWS 1992). Competition with exotic species is a threat to Ute ladies'-tresses, along with habitat conversion due to invasive weed species (USFWS 1995).

Bumblebees (*Bombus* spp.) along with solitary native bees (*Anthophora* spp.) are the primary pollinators for Ute ladies'-tresses orchid. Less frequently, non-native honeybees (*Apis mellifera*) also serve as pollinators (Sipes and Tepedino 1995).

Ute ladies'-tresses orchid reproduces by seed. The orchid may not flower every year and may remain dormant below ground during years of drought. Ute

BLM_0024976

ladies'-tresses produce cylindrical fruit containing numerous seeds (USFWS 2014c). Fruit maturation occurs in late August to September (USFWS 2014c). A single plant may produce tens of thousands of seeds per year, although it is hypothesized that a symbiotic mycorrhizal relationship may be necessary before a seed can begin germination (USFWS 2014c).

### Status and Distribution

The Ute ladies'-tresses orchid was listed as a threatened species under a final rule published in 1992 (57 FR 2048). Critical habitat has not been designated. A draft recovery plan was published in 1995 (USFWS 1995). No final plan has been published. Populations of Ute ladies'-tresses orchids occur in three general areas of the western United States: near the base of the eastern slope of the Rocky Mountains in southeastern Wyoming and north-central and central Colorado; in the upper Colorado River Basin, particularly in the Uintah Basin; and in the Bonneville Basin along the Wasatch Front and westward in the eastern Great Basin, in north-central and western Utah and eastern Nevada (USFWS 1995). The species has been documented in Nebraska, Wyoming, Utah, Colorado, Nevada, Idaho, Washington, and Montana (USFWS 2004a).

### Environmental Baseline

#### Occurrence in the Action Area

There are no known occurrences of the Ute ladies'-tresses orchid within the GJFO planning area. Potential habitat is present near the DeBeque area and Plateau Creek.

#### Past and Present Impacts

Population extirpation from urbanization has been documented along the Wasatch Front and the Front Range. The species depends on natural stream processes; therefore, reservoirs, dams, diversions, and other water depletions can easily affect habitat functionality (USFWS 1995). Invasion of exotic plant species has also affected the Ute ladies'-tresses. In populations near Boulder, Canada thistle growth was documented as prevented flowering and reproduction (USFWS 1995).

### Critical Habitat

Critical habitat has not been designated for the Ute ladies'-tresses orchid.

### Threats

The primary threats to Ute ladies'-tresses orchid are as follows (USFWS 1995):

- Habitat loss and modification
- Livestock use and grazing
- Stream and watershed alterations including water depletions
- Invasive species

BLM_0024977

### 3.2.5   Colorado Pikeminnow

*Species Description*

The Colorado pikeminnow (formerly the Colorado squawfish) is the largest cyprinid fish endemic to the Colorado River Basin. This species historically reached a maximum length of approximately 6 feet (1.8 meters) and a maximum weight of 80 pounds (36 kilograms; USFWS 2002b). Young are silvery and usually have a dark wedge-shaped spot at the base of the caudal fin. Adults are strongly counter-shaded, with a dark olive back and a white belly. Today's fish rarely exceed 3 feet (0.9 meters) in length or weigh more than 18 pounds (8 kilograms).

*Life History*

The Colorado pikeminnow is a long-distance migrator and top ecosystem predator. It lives in warm water reaches of the Colorado River main stem and larger tributaries. It requires uninterrupted stream passage for spawning migrations and young dispersal (USFWS 2002b). The species is adapted to a hydrologic cycle characterized by large spring peaks of snowmelt runoff and low, relatively stable base flows. High spring flows create and maintain in-channel habitats and reconnect floodplain and riverine habitats; this phenomenon is described as the spring flood-pulse.

Throughout most of the year, juvenile, subadult, and adult Colorado pikeminnow use relatively deep, low-velocity eddies, pools, and runs that occur in nearshore areas of main river channels. In the spring, Colorado pikeminnow adults use floodplain habitats, flooded tributary mouths, flooded side canyons, and eddies that are available only during high flows. Such environments may be particularly beneficial for Colorado pikeminnow because other riverine fishes gather in floodplain habitats to exploit food and temperatures and may serve as prey. Such low-velocity environments also may serve as resting areas for Colorado pikeminnow. River reaches of high habitat complexity appear to be preferred. Young pikeminnow feed on insects and plankton, adults feed on other fishes (USWFS 2002b).

*Status and Distribution*

The Colorado pikeminnow is listed as endangered under the ESA (16 USC, Section 1531 et seq.). It was included on the first list of endangered species issued by the Office of Endangered Species on March 11, 1967 (32 FR 4001) and was considered endangered under provisions of the Endangered Species Conservation Act of 1969 (16 USC, Section 668aa). The Colorado pikeminnow was included on the United States List of Endangered Native Fish and Wildlife issued on June 4, 1973 (38 FR 14678). It received protection as endangered under Section 4(c)(3) of the original ESA of 1973.

The current revised Colorado pikeminnow recovery plan was approved on August 1, 2002 (USFWS 2002b). The final rule for determining critical habitat

BLM_0024978

was published on March 21, 1994 (USFWS 1994), and the final designation became effective on April 20, 1994.

The Colorado pikeminnow is one of four endangered fish species addressed in a Recovery Implementation Program for the Upper Colorado River Basin (USFWS 1987). The program was initiated in January 1988 and is described in later in this section.

Colorado pikeminnow is currently restricted to the upper Colorado River Basin. It inhabits warm-water reaches of the Colorado, Green, San Juan, Yampa, and White Rivers and their associated tributaries. Most of Lake Powell is not suitable habitat for Colorado pikeminnow, so it is not designated critical habitat. Its 1,148 designated miles (1,847 kilometers) represent 29 percent of the historical habitat for the species.

### Environmental Baseline

*Occurrence in the Action Area*
Colorado pikeminnow reside in the GJFO planning area in the Gunnison and Colorado Rivers. Colorado pikeminnow prefer larger river habitats but are known to use smaller tributary habitats throughout the Colorado River Basin. Adults require pools, deep runs, and eddies maintained by high spring flows; young require nursery habitats, including backwaters restructured by high spring flows and maintained by relatively stable base flows. The "15-Mile Reach" in Grand Junction, along the Colorado River, is a known congregation area for spawning Colorado pikeminnow.

*Past and Present Impacts*
The following factors contributed historically to the decline of the Colorado pikeminnow:

- Changes in flow regime (especially the timing and amplitude of high flows) associated with construction of dams and irrigation diversions.

- Reduced flow volumes that prevent effective or efficient movement of sediment. This has resulted in river channel constriction, reduced spawning habitat, loss of habitat complexity and diversity, and impacts on reproduction and recruitment.

- Elevated selenium concentrations due to watershed level inputs from the Mancos Shale-based soils upstream of the GJFO planning area.

- Interference with migration to and from spawning grounds from dams and other in-stream features.

- Competition or predation on eggs, larvae, and juvenile fish by introduced predatory game and non-game fishes.

BLM_0024979

The impoundment of water and water depletion from the Colorado River and its tributaries has also been a large factor in the decline of this species. Important micro-habitats such as backwaters can be dewatered or reduced in volume or lost due to reduced flows. The frequency of periodic flooding of river bottomlands located next to the river can be reduced. Flooded bottomlands are important for riparian regeneration and maintenance and as seasonal foraging habitat. Streamflow regulation includes main stem dams that have the following adverse effects on Colorado pikeminnow and its habitat:

- Block migration

- Change flow patterns (reduce peak flows, change timing of snowmelt runoff)

- Release cold water, making temperature regimes less than optimal

- Change river habitat into lake habitat

- Reduce flow volumes, which can prevent effective and efficient sediment movement

In the upper basin, 435 miles (700 kilometers) of Colorado pikeminnow habitat has been lost by reservoir inundation from Flaming Gorge Reservoir on the Green River, Lake Powell on the Colorado River, and Navajo Reservoir on the San Juan River. Coldwater releases from these dams have eliminated suitable habitat for native fishes, including Colorado pikeminnow, from river reaches downstream for approximately 50 miles (80 kilometers) below Flaming Gorge Dam and Navajo Dam.

In addition to main stem dams, many dams and water diversion structures occur in and upstream of critical habitat. This reduces flows and alters flow patterns, which adversely affect critical habitat. Diversion structures in critical habitat divert fish into canals and pipes where the fish are permanently lost to the river system. The number of endangered fish lost in irrigation systems is unknown, but in some years, in some river reaches, most of the river flow is diverted into unscreened canals. High spring flows that maintain habitat diversity have been reduced by dams regulating flow and by water diversions. Frequency and magnitude of peak flows have been reduced by dams, resulting in the loss of flushing sediments from spawning substrates, lowered invertebrate food production, lessened formation of gravel and cobble deposits important for spawning, and loss of backwater nursery habitats (McAda 2002; Muth et al. 2000).

Predation and competition from nonnative fishes have been clearly implicated in the population reductions or elimination of native fishes in the Colorado River Basin (Dill 1944; Osmundson and Kaeding 1989; Behnke 1980; Joseph et al. 1977; Lanigan and Berry 1979; Minckley and Deacon 1968; Meffe 1985; Propst and Bestgen 1991; Rinne 1992). Data collected by Osmundson and Kaeding (1991) indicate that during low-water years, the number of nonnative fish ,

BLM_0024980

capable of preying on or competing with larval endangered fishes, greatly increased.

More than 50 nonnative fish species were intentionally introduced in the Colorado River Basin before 1980. The nonnatives were intended for sport fishing, forage fish, biological control, and ornamental purposes (Minckley 1982; Tyus et al. 1982; Carlson and Muth 1989). Nonnative fishes compete with native fishes in several ways, resulting in smaller populations and species size. Because the capacity of a particular area to support aquatic life is limited by physical habitat conditions, increasing the number of species in an area usually results in a smaller population of most species. The size of each species population is controlled by the ability of each life stage to compete for space and food resources and to avoid predation. Some nonnative fishes during certain life stages appear to have a greater ability to compete for space and food and to avoid predation in the altered habitat than do some native fishes in certain life stages.

The Colorado pikeminnow is one of 4 endangered native fishes in the upper Colorado River Basin, including the endangered humpback chub, bonytail, and razorback sucker, which are found only in the Colorado River system. In 1988, the Upper Colorado River Endangered Fish Recovery Program was established to help bring these four endangered species back from the brink of extinction. The Recovery Program is a unique partnership of local, state, and federal agencies, water and power interests, and environmental groups working toward the recovery of endangered fish in the upper Colorado River Basin, while water development proceeds in accordance with federal and state laws and interstate compacts.

This major undertaking involves restoring and managing streamflows and habitat, boosting wild populations with hatchery-raised endangered fish, and reducing negative interactions with certain nonnative fish species. The goal of recovery is to achieve natural, self-sustaining populations of the endangered fish so they no longer require protection under the ESA.

The recovery program was initiated in 1988 with the signing of a cooperative agreement by the governors of Colorado, Utah, and Wyoming; the Secretary of the Interior; and the administrator of the Western Area Power Administration. In 2013, these parties agreed to extend the cooperative agreement through September 30, 2023. The program provides ESA compliance for continued operation of federal water and power projects, in accordance with project purposes.

With its demonstrated successes, the Upper Colorado River Endangered Fish Recovery Program has become a national model for its collaborative conservation efforts to protect endangered species.

BLM_0024981

### Critical Habitat

Critical habitat was designated in 1994 in the 100-year floodplain of the Colorado pikeminnow's historical range. Within the GJFO planning area, designated critical habitat for the Colorado pikeminnow includes the following two areas: the 100-year floodplain of the Colorado River from the eastern boundary of the GJFO to the Utah state line and beyond, and the 100-year floodplain of the Gunnison River from the southern GJFO boundary to the confluence with the Colorado River.

Critical habitat primary constituent elements for the four endangered big river fishes, including Colorado pikeminnow, are described in **Table 3-3**, Primary Constituent Elements of Critical Habitat for Colorado Pikeminnow, Razorback Sucker, Bonytail, and Humpback Chub.

**Table 3-3**
**Primary Constituent Elements of Critical Habitat for Colorado Pikeminnow,**
**Razorback Sucker, Bonytail, and Humpback Chub**

| Features | Description |
|---|---|
| Water | A quantity of water of sufficient temperature, dissolved oxygen, lack of contaminants, nutrients, and turbidity delivered to a specific location, in accordance with a hydrologic regime that is required for the particular life stage of each species. |
| Physical habitat | Areas of the Colorado River system that are inhabited or potentially habitable by fish for use in spawning, nursery, feeding, and rearing; it also refers to corridors between these areas. In addition to river channels, these areas include bottomlands, side channels, secondary channels, oxbows, backwaters, and other areas in the 100-year floodplain. When inundated, these areas provide spawning, nursery, feeding and rearing habitats or access to these habitats. |
| Biological Environment | Food supply, predation, and competition are important elements of the biological environment and are considered components of the biological environment. Food supply is a function of nutrient supply, productivity, and availability to each life stage of the species. Predation and competition, although considered normal components, are out of balance due to introduced nonnative fish species in many areas. |

Source: USFWS 1994

### Threats

The primary threats to Colorado pikeminnow are as follows:

- Streamflow reduction and regulation and habitat modification

- Competition with and predation by nonnative fishes

- Pesticides and other pollutants (BLM 2008a; USFWS 2002b)

BLM_0024982

### 3.2.6   Razorback Sucker

*Species Description*

The razorback sucker is a large catostomid fish endemic to the Colorado River Basin. It is the only sucker with a sharp-edged dorsal keel behind its head. In the lower Colorado River Basin, these fish have reached lengths of over 3 feet (0.9 meters) and a weight of as much as 10 pounds (4.5 kilograms). Fish in the upper Colorado River Basin tend to be smaller than those in the lower Colorado River Basin. They may live for over 40 years (USFWS 2002c).

*Life History*

Adult razorback suckers occupy different habitats seasonally. Spring habitats required by adults in rivers are deep runs, eddies, backwaters, and flooded off-channel environments; summer habitats are runs and pools, often in shallow water associated with submerged sandbars; and winter habitats are low-velocity runs, pools, and eddies. The species spawns in rivers during spring runoff, over bars of cobble, gravel, and sand substrates. Water flow range widely, and water temperatures are typically greater than 57 degrees Fahrenheit (13.9 degrees Celsius; USFWS 2002c). Razorback suckers breed in the spring, when flows in riverine environments are high typically. Their diet consists primarily of algae, plant debris, and aquatic insect larvae.

*Status and Distribution*

The razorback sucker is currently listed as endangered under the ESA, under a final rule published on October 23, 1991 (56 FR, 54957). A recovery plan was approved on August 1, 2002 (USFWS 2002c); a previous recovery plan was dated December 23, 1998 (USFWS 1998c). The final rule for determination of critical habitat was published on March 21, 1994 (USFWS 1994), and the final designation became effective on April 20, 1994. The species is also state-listed as endangered.

The razorback sucker is one of four endangered fish species addressed in the Recovery Implementation Program for the Upper Colorado River Basin (USFWS 1987). The program was initiated in January 1988 and is described in Section 3.2.5 of this BA.

Historically, razorback suckers were found in the main stem Colorado River and in its major tributaries in Arizona, California, Colorado, Nevada, New Mexico, Utah, Wyoming, and Mexico. This species was reportedly once so numerous that it was commonly used as food by early settlers; commercially marketable quantities were caught in Arizona as recently as 1949. In the upper basin, razorback suckers were reported in the Green River to be very abundant near Green River, Utah, in the late 1800s (USFWS 1991).

In the upper Colorado River Basin, above Glen Canyon Dam, razorback suckers are currently found in limited numbers in both lentic (lake-like) and riverine environments. The largest populations of razorback suckers in the upper basin

BLM_0024983

are found in the upper Green and lower Yampa Rivers (Tyus 1987). In the Colorado River, most razorback suckers occur in the Grand Valley area near Grand Junction, Colorado, but they are increasingly rare.

### Environmental Baseline

#### Occurrence in the Action Area
Razorback suckers reside in the Gunnison and Colorado Rivers within the GJFO planning area. The GJFO planning area contains designated critical habitat for this species.

#### Past and Current Impacts
The abundance and distribution of the razorback sucker have been dramatically reduced because of water developments, such as dams and water diversions. Dams have altered the timing, magnitude, and duration of flows that characterize the variation in annual runoff in unaltered, large rivers. Altered flows resulting from dam operation can also affect the abundance and distribution of spawning and rearing habitats preferred by the razorback sucker.

Historical water depletions and any new water depletions are likely to negatively affect population and habitat conditions downstream, although assessing the effects on species' viability may be difficult.

In addition, incidental catch by recreational anglers may pose a threat from stress-caused direct and delayed mortality (USFWS 2002c). The impoundment of water and water depletion from the Colorado River and its tributaries has been a large factor in the decline of this fish.

### Critical Habitat
Critical habitat was designated in 1994 in the 100-year floodplain of razorback sucker historical range. Within the GJFO planning area, designated critical habitat for the razorback sucker includes the following two areas: the 100-year floodplain of the Colorado River from the eastern boundary of the GJFO to the Utah state line and beyond, and the 100-year floodplain of the Gunnison River from the southern GJFO boundary to the confluence with the Colorado River.

### Threats
The primary threats to razorback sucker are as follows:

- Water developments, such as dams and water diversions and water depletions

- Habitat alterations and reductions or loss of important micro-habitats

- Introduction of nonnative fishes, which compete for resources and can hybridize with this species

- Pollutants and pesticides

BLM_0024984

### 3.2.7   Bonytail

**Species Description**

The bonytail is a large fish in the minnow family. It is endemic to the Colorado River Basin and can live for 50 years. Adult bonytail are gray or olive-colored on the back, with silvery sides and a white belly. The adult bonytail has an elongated body with a long, thin caudal peduncle (a stalk-like part). The head is small and compressed, compared to the rest of the body. The mouth is slightly overhung by the snout and there is a smooth low hump behind the head that is not as pronounced as that on humpback chub. Adults attain a maximum length of about 22 inches (55 centimeters) and maximum weight of about 2.4 pounds (1.1 kilograms; USFWS 2002a).

**Life History**

Little is known about the specific habitat requirements of bonytail because the species was extirpated from most of its historic range before extensive fishery surveys. The bonytail is adapted to main stem rivers, where it has been observed in pools and eddies. Similar to other closely related *Gila* species, bonytail in rivers probably spawn in spring over rocky substrates. Spawning in reservoirs has been observed over rocky shoals and shorelines. Based on available distribution data, flooded bottomland habitats are likely important growth and conditioning areas for bonytail, particularly as nursery habitats for young. Flow recommendations specifically consider flow-habitat relationships in historic habitat of bonytail in the upper basin. These recommendations were designed to enhance habitat complexity and to restore and maintain ecological processes (USFWS 2002a).

The bonytail's large fins and streamlined body are an adaptation to torrential flows. Of five specimens captured in the upper basin, four were captured in deep, swift, rocky canyon regions (Yampa Canyon, Black Rocks, Cataract Canyon, and Coal Creek Rapid); the fifth was taken in a reservoir (Lake Powell). All fish taken from the lower basin since 1974 were caught in reservoirs. Individuals found in reservoirs are believed to inhabit their former habitats now inundated by these impoundments.

Vanicek (1967), who handled numerous bonytail, detected no difference in their habitat selection from roundtail chub. These bonytail were generally found in pools and eddies in the absence of, although occasionally next to, strong currents and at varying depths, generally over silt and silt-boulder substrates. No quantitative habitat data are available for this species. Adult bonytail captured in Cataract Canyon and Desolation/Gray Canyons were sympatric (related species occurring in the same area) with humpback chub. Both were found in shoreline eddies, among emergent boulders and cobble and next to swift currents (USFWS 2002a).

BLM_0024985

Similarly, little is known of the food habits of the bonytail. They are reportedly largely omnivorous, with a diet of terrestrial insects, plant matter, and fish. Several chubs were observed feeding on floating debris washed by heavy rainfall. Vanicek (1967) reported that "Colorado chubs" fed mainly on terrestrial insects (mostly adult beetles and grasshoppers), plant debris, leaves, stems, and woody fragments (USFWS 2002a).

***Status and Distribution***

The bonytail is listed as endangered under the ESA under a final rule published on April 23, 1980 (45 FR 27710). A recovery plan was approved on September 4, 1990 (USFWS 1990a). Recovery goals were subsequently published in an amendment and supplement to the recovery plan dated August 1, 2002 (USFWS 2002a). The final rule for determination of critical habitat was published on March 21, 1994 (59 FR 13374), and the final designation became effective on April 20, 1994.

A Recovery Implementation Program for the four upper Colorado River Basin endangered fish species, including bonytail, was initiated in January 1988. The program is comprised of federal, state, and private cooperators. It provides specific goals for the recovery of endangered Colorado River fish, while promoting sustainable water development and use (USFWS 1987). In addition, critical habitat for all four species was designated on March 21, 1994 (59 FR 13374).

Until the 1950s, bonytail was historically common or abundant in warm-water reaches of large rivers, from Mexico to Wyoming. It was found far downstream in the main stem Colorado River near the Colorado-Utah border in the Black Rocks area (USFWS 2002a). The last known riverine area where bonytail were common was the Green River in Dinosaur National Monument. Here Vanicek (1967) and Holden and Stalnaker (1970) collected 91 specimens from 1962 to 1966. From 1977 to 1983, no bonytail were collected from the Colorado or Gunnison Rivers in Colorado or Utah. However, in 1984, a single bonytail was collected from Black Rocks on the Colorado River. Several suspected bonytail were captured in Cataract Canyon between 1985 and 1987.

Current stocking plans for bonytail identify the middle Green River and the Yampa River in Dinosaur National Monument as the highest priority areas in Colorado (USFWS 2002a).

Bonytail are so rare that it is not possible to conduct population estimates. A stocking program is being implemented to reestablish populations in the upper Colorado River Basin. From 1996 through 2004, 44,472 subadult bonytail were stocked in the Green and upper Colorado River subbasins. The recovery goals (USFWS 2002a) call for reestablished populations in the Green River and upper Colorado River subbasins, each with over 4,400 adults that are self-sustaining with recruitment.

BLM_0024986

*Environmental Baseline*

*Occurrence in the Action Area*
Bonytail likely reside in the GJFO planning area in the Gunnison and Colorado Rivers because of their preferences for larger main-stem rivers with pool and eddy habitats. It is also thought that flooded bottomland habitats are important growth and conditioning areas for the species, particularly as nursery habitats for young.

*Past and Current Impacts*
The past and current impacts on bonytail are similar to those described in Section 3.2.5 for Colorado pikeminnow.

**Critical Habitat**
Critical habitat was designated in 1994 in the 100-year floodplain of the bonytail's historical range. Within the action area, designated critical habitat is located along the Colorado River from Black Rocks adjacent to the McInnis Canyons Nation Conservation Area to the Utah state line and beyond to Lake Powell, Utah (USFWS 1994).

**Threats**
The primary threats to bonytail are as follows:

- Streamflow reduction and regulation and habitat modification
- Competition with and predation by nonnative fishes
- Pollutants and pesticides

### 3.2.8   Humpback Chub

**Species Description**
The humpback chub is a medium to large cyprinid fish endemic to the Colorado River Basin (Miller 1946). Adults have a pronounced dorsal hump, a narrow, flattened head, a fleshy snout, and small eyes. They are silvery, with a brown or olive back. Adults attain a maximum size of about 1.5 feet (48 centimeters) and a weight of about 2.5 pounds (1.2 kilograms; Valdez and Ryel 1997). They can live for 30 years.

**Life History**
The humpback chub is omnivorous, feeding on aquatic arthropods (insects), smaller fishes, and algae. Adults require eddies and sheltered shoreline habitats maintained by high spring flows. Young require low-velocity shoreline habitats, including eddies and backwaters. Humpback chub live and complete their entire life cycle in canyon-bound reaches of the Colorado River main stem and larger tributaries. These reaches are characterized by deep water, swift currents, and rocky substrates. Subadults use shallow, sheltered shoreline habitats, whereas adults use primarily offshore habitats of greater depths (USFWS 2002d).

BLM_0024987

***Status and Distribution***

The humpback chub is currently listed as endangered under the ESA. It was included on the first List of Endangered Species issued by the Office of Endangered Species on March 11, 1967 (32 FR 4001) and it was considered endangered under provisions of the Endangered Species Conservation Act of 1969 (16 USC, Section 668aa). The humpback chub was included in the United States List of Endangered Native Fish and Wildlife issued on June 4, 1973 (38 FR 14678). It received protection as endangered under Section 4(c)(3) of the original ESA of 1973.

The humpback chub recovery plan was approved on September 19, 1990 (USFWS 1990b). Recovery goals were subsequently published in an amendment and supplement to the recovery plan dated August 1, 2002 (USFWS 2002d). The final rule for determination of critical habitat was published on March 21, 1994 (59 FR 13374); the final designation became effective on April 20, 1994. The species is also state listed as endangered.

The humpback chub is one of four endangered fish species addressed in the Recovery Implementation Program for the upper Colorado River Basin (USFWS 1987). The program was initiated in January 1988 and is described in Section 3.2.5.

The historical distribution of the humpback chub is not well known because it was not described as a species until 1946; however, its original distribution was presumably limited to swift deep-water areas in the main stem Colorado River Basin, downstream to below the Hoover Dam site. In the upper basin in Colorado, the humpback chub has been found in the Yampa, Gunnison, Green, and Colorado Rivers. However, the greatest number of humpback chub in Colorado are found at the Black Rocks area of the Colorado River (in the GJFO planning area and also the McInnis Canyon NCA downstream of Grand Junction) and in Utah (along the Westwater Canyon of the Colorado River; BLM 2012c).

Today the largest populations of this species occur in the Little Colorado and Colorado Rivers in the Grand Canyon and in the Black Rocks and Westwater Canyon in the upper Colorado River. Hybridization with roundtail chub (*Gila robusta*) and bonytail (*G. elegans*) is recognized as a threat to humpback chub. A larger proportion of roundtail chub has been found in Black Rocks and Westwater Canyon during low-flow years (Kaeding et al. 1990; Chart and Lentsch 2000). This increases the chances for hybridization.

***Environmental Baseline***

*Occurrence in the Action Area*

The humpback chub is known to occur within the GJFO near the Black Rocks area in the Colorado River below the confluence with the Gunnison River.

BLM_0024988

*Past and Current Impacts*

The impoundment of water and water depletion from the Colorado River and its tributaries has been a large factor in the decline of humpback chub. The existing habitat has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. Survival rates in young humpback chub (less than 2 years) are thought to be less than 1 in 1,000 (USFWS 2008).

*Critical Habitat*

Critical habitat was designated in 1994 in the 100-year floodplain of the humpback chub's historical range. Within the action area, designated critical habitat is located along the Colorado River from Black Rocks, adjacent to the McInnis Canyons Nation Conservation Area to the Utah state line and beyond to Lake Powell, Utah (USFWS 1994).

*Threats*

The primary threats to humpback chub are as follows:

- Streamflow reduction and regulation and habitat modification
- Competition with and predation by nonnative fishes
- Pollutants and pesticides

## 3.2.9   Greenback Cutthroat Trout

*Species Description*

The true greenback cutthroat trout is a salmonid native to the headwaters of the South Platte River drainage. Adult greenbacks are greenish brown to olive-colored on the back with silvery to yellow sides and a white belly (red during spawning). They have a crimson slash under each side of the lower jaw and low numbers of large spots concentrated toward the tail fin. Greenback, like all cutthroat subspecies, inhabits cold-water streams and lakes with adequate spawning habitat present in the spring of the year.

The status of cutthroat trout in Colorado has been in a state of flux for some time. However, new research on cutthroat trout genetics (Metcalf et al. 2007, 2012), and new research on cutthroat trout meristics (Bestgen et al. 2013) across the state of Colorado has emerged. With the advent of new genetic testing procedures, and new analysis, the picture has become clearer. Ever since the greenback cutthroat trout (*Oncorhynchus clarki stomias*) was listed as endangered under the Endangered Species Act in 1974, there has been strong interest in developing methods to distinguish them from closely related subspecies with confidence. Prior to recent molecular testing, phenotypic traits associated with greenback cutthroat trout were larger spots, and higher scale counts above the lateral line and in the lateral series when compared to Colorado River cutthroat trout (*O. c. pleuriticus*; Behnke 1992). However, these two subspecies cannot be separated consistently on the basis of those

BLM_0024989

characteristics (Behnke 1992). As a result, geographic range had become the default approach for establishing subspecies designation and occupation.

Based on geographic range, it was for years believed that Colorado contained four subspecies of cutthroat trout: the greenback cutthroat (*Oncorhynchus clarki stomias*) in the South Platte and Arkansas basins, the Rio Grande cutthroat (*Oncorhynchus clarki virginalis*) in the Rio Grande basin, the extinct yellowfin cutthroat (*Oncorhynchus clarki macdonaldi*) in the upper Arkansas River basin (Twin Lakes), and the Colorado River cutthroat trout (*Oncorhynchus clarki pleuriticus*) in all five major river basins west of the Continental Divide.

Early molecular work did not distinguish between the subspecies, but in 2007, Metcalf et al. used mitochondrial and nuclear molecular markers to suggest that indeed there was a genetic basis for separating greenback cutthroat trout from Colorado River cutthroat trout. The primary concern raised by that paper was five of the nine east slope greenback cutthroat trout populations they examined actually displayed genetic fingerprints more similar to Colorado River cutthroat trout of Trappers Lake (White River basin) origin than they did with many of the other greenback populations. This was particularly troubling since mechanisms were in place to deliver Colorado River cutthroat trout to the East Slope. From 1903 through 1938, at least 80 million pure Colorado River cutthroat trout were produced at Trappers Lake (Rogers 2012). Millions more were produced on the south slope of Pikes Peak (Rogers and Kennedy 2008). Although the fate of many of those fish remains a mystery, it is clear that they were stocked in virtually every county east of the Continental Divide that would support trout (Metcalf et al. 2012).

A finding of Metcalf et al. (2007) that attracted less attention was the discovery of a "greenback" cutthroat trout population west of the Continental Divide near Gunnison in West Antelope Creek. Intensive survey and genetics testing work since that time indicated that in fact the West Antelope Creek population is not unique, and that populations with similar genetic fingerprints are pervasive across Colorado's western slope (Rogers 2010). That finding lead the Greenback Cutthroat Trout Recovery Team to question whether the West Antelope Creek fish were really greenback cutthroat trout as suggested by Metcalf et al. (2007), or whether they simply represented diversity within Colorado River cutthroat trout (Rogers 2010). In an effort to avoid confusion, trout with this genetic fingerprint are hereafter referred to as green lineage cutthroat trout, while cutthroat trout displaying the genetic signature commonly associated with those from Trappers Lake (White and Yampa river basins) are referred to as Blue Lineage cutthroat trout.

### Life History
Greenback, like all cutthroat subspecies, inhabits cold-water streams and lakes with adequate spawning habitat present in the spring of the year. Spawning generally occurs when water temperatures reach 5 to 8 degrees Celsius.

BLM_0024990

Greenback feed on a wide variety of organisms but their primary source of food is aquatic and terrestrial insects. Size and growth of greenbacks varies, based upon elevation and population size, typically 1 to 2 pounds maximum (USFWS 1998b).

### Status and Distribution

Greenback distribution and numbers of fish declined rapidly beginning in the 1800s. By 1973, when the ESA was passed into law, greenbacks were believed to only exist in two small headwater streams (Como Creek and South Fork, Cache La Poudre River). The subspecies was listed under the ESA as endangered in 1973 and downlisted to threatened in 1978 (USWFS 1978). Cooperative efforts between the CPW, USFS, BLM, USFWS and Rocky Mountain National Park have led to a large recovery effort for the greenback cutthroat trout. Today, it appears that only one true greenback population exists in Bear Creek near Colorado Springs, CO (Metcalf et al. 2012).

In 2012, the native distribution of different lineages of cutthroat trout in Colorado was clarified greatly with work published by a University of Colorado led research team that examined DNA from 150 year old museum specimens collected prior to large-scale stocking activities (Metcalf et al. 2012). This work confirmed that indeed, green lineage cutthroat trout are at least native to the Colorado and Gunnison river basins. Additional work suggests they probably were found in the Dolores River basin as well (Rogers 2010), with every other remaining major basin represented by its own distinct lineage. Since the subspecies were described using phenotypic characters, and recent court cases have affirmed that visual characteristics should be central to the description of taxa (Kaeding 2003), the Recovery Team launched an additional research project with the Larval Fish Lab at Colorado State University to explore if distinct phenotypes can be predicted from these underlying genetic fingerprints. The results of this meristics study (Bestgen et al. 2013) largely support the genetic information that suggests six distinct lineages of cutthroat trout historically existed in Colorado.

### Environmental Baseline

#### Occurrence in the Action Area

Based on recent genetic research (Metcalf et al. 2012), only one remaining population of true greenback cutthroat trout exists in Colorado. However, until such time as the genetic and physical characteristic research is interpreted and decisions are made, previously suspected greenback cutthroat trout (green lineage) populations in western Colorado will continue to be considered as greenbacks with regard to ESA compliance, per USFWS direction (USFWS 2012e). Currently, seven conservation populations of green lineage cutthroat occur in the GJFO planning area and they are found in Brush Creek, East Fork Brush Creek, West Fork Brush Creek (Buzzard Creek drainage), Carr Creek, Roan Creek, East Fork Big Creek, and Middle Fork Big Creek.

BLM_0024991

*Past and Current Impacts*
The introduction of non-native fish was a major factor in the decline of greenback cutthroat trout, primarily by salmonid species. Hybridization and competition has been documented across the species range; rainbow trout hybridize with native cutthroat trout and brook and brown trout tend to outcompete them in streams and rivers (USFWS 1998b).

Extirpation due to loss and degradation of habitat from mining, logging, grazing, and irrigation projects has also been documented (USFWS 1978).

**Critical Habitat**
Critical habitat has not been designated for the greenback cutthroat trout.

**Threats**
The primary threats to the greenback cutthroat trout are as follows (USFWS 1998b):

- Water diversions and reduced flows
- Livestock grazing
- Disease
- Toxicity
- Hybridization
- Competition with nonnative salmonids
- Overharvest
- Climate change
- Large wildfires

### 3.2.10  Mexican Spotted Owl

**Species Description**
Mexican spotted owls are identified by sight and sound. The spots of the Mexican spotted owl are larger and more numerous than in the other two subspecies, giving it a lighter appearance (USFWS 2012d). It is ashy-chestnut brown, with white and brown spots on its abdomen, back, and head; its brown tail is marked with thin white bands. The Mexican spotted owl is mottled, with irregular white and brown spots on its abdomen, back, and head. Young owls, less than five months old, have a downy appearance. Unlike most owls, spotted owls have dark eyes.

Females are larger than males (USFWS 2012d) and the sexes can be readily identified by voice. Juveniles, subadults, and adults can also be distinguished by plumage characteristics. It ranks among the largest owls in North America (USFWS 2014d).

BLM_0024992

### Life History
The Mexican spotted owl is highly selective in roosting and nesting habitat, but it will forage in a wider array of habitats. Roosting and nesting habitat exhibit the following identifiable features:

- Large trees

- Uneven-aged tree stands

- Multistory canopy

- Tree canopy creating shade over 40 percent or more of the ground

- Standing dead trees

Canopy closure is typically mixed-conifer, dominated by Douglas fir, pine-oak, and riparian forests, with high tree diversity (USFWS 2012d).

Foraging habitat includes a wide variety of forest conditions, canyon bottoms, cliff faces, canyon rim tops, and riparian areas. It has been reported that Mexican spotted owls forage more frequently in unlogged forests than in managed forests. They eat a variety of prey, including small- to medium-sized rodents (such as wood rats, mice, and voles), bats, birds, lizards, snakes, and spiders (USFWS 2014d). The primary prey species are woodrats (*Neotoma* spp.), peromyscid mice (*Peromyscus* spp.) and microtine voles (*Microtus* spp.; USFWS 2014d).

Courtship begins in March and eggs are laid in late March or, more typically, early April. Nestling owls fledge from four to five weeks after hatching (commonly in early to mid-June). The young depend on their parents for food during the summer and will eventually disperse from the natal area in September and October (USFWS 2014d). Juvenile owls disperse into a variety of habitats ranging from high-elevation forests to pinyon-juniper woodlands and riparian areas surrounded by desert grasslands. Observations of long-distance dispersal by juveniles provide evidence that they use widely spaced islands of suitable habitat that are connected at lower elevations by pinyon-juniper and riparian forests.

As a result of these movement patterns, isolated populations may have genetic significance to the owl's conservation. Owls have been observed moving across open low desert landscapes between islands of suitable breeding habitat. It is likely that contiguous stands or islands of suitable mixed-conifer, pine-oak, and riparian forests are important (USFWS 2012d).

### Status and Distribution
The Mexican spotted owl is a threatened species, listed on March 16, 1993 (58 FR 14248). A final rule designating critical habitat for the owl was published on June 6, 1995; this designation was successfully challenged in court (60 FR 29914). On August 31, 2004, the USFWS published a new final rule designating

BLM_0024993

critical habitat for the owl. Over 8.6 million acres of critical habitat is designated in Arizona, Colorado, New Mexico, and Utah (69 FR 53182).

A final recovery plan was published in September 2012 (USFWS 2012d) and replaces the previous plan dated October 16, 1995. The 1995 recovery plan subdivided the owl's range into 11 recovery units, six in the United States and five in Mexico. These were renamed in the September 2012 Final Recovery Plan as ecological management units, in accordance with current USFWS guidelines.

The Mexican spotted owl occurs in forested mountains and rocky canyonlands throughout the southwestern United States and Mexico (Gutierrez et al. 1995; Ward et al. 1995). It inhabits steep rocky canyons with exposed cliffs. It ranges from Utah, Colorado, Arizona, New Mexico, and the western portions of Texas, south into several states of Mexico. The Mexican spotted owl does not occur uniformly throughout its range but rather in disjointed areas that correspond with isolated mountain ranges and canyon systems. In the United States, most of the owls are found in national forests. In some areas of the Colorado Plateau Ecological Management Unit, owls are found only in rocky-canyon habitats, which primarily occur on US Forest Service, National Park Service, and BLM lands. In the United States, 91 percent of the owls known to exist between 1990 and 1993 occurred on lands administered by the US Forest Service, and 2 percent occurred on lands administered by the BLM (Ward et al. 1995).

The species' core range occurs in central Arizona and New Mexico. In Colorado, it occurs in lower-elevation forests, usually in deeply incised, rocky canyons in southern Colorado and along the Front Range.

Surveys conducted to locate spotted owls in northern Colorado near Fort Collins and Boulder, where historical records exist from the early 1970s and 1980s, have been unsuccessful. Surveys conducted in the Book Cliffs of east-central Utah, where owls were recorded in 1958, have also been unsuccessful (USFWS 2011b). When the species was listed as threatened in 1993, there were twenty historic records for Colorado, with occurrences ranging from the San Juan Mountains in southwestern Colorado and from the Front Range as far north as the vicinity of Denver (USFWS 1993).

***Environmental Baseline***

*Occurrence in the Action Area*
The Mexican spotted owl occurs in southwestern Colorado, but has never been recorded in the GJFO. Although potential habitat for the species does occur in the GJFO, the closest designated critical habitat for the species is approximately 30 miles southwest of the field office boundary in San Juan County, Utah. No known nests or Protected Activity Centers occur within the GJFO planning area.

BLM_0024994

*Past and Current Impacts*

The owl's extremely low numbers, exacting habitat requirements, and low productivity makes it susceptible to extirpation (CPW 2008).

Mexican spotted owls are especially threatened by habitat loss and disturbance from recreation (including birding), overgrazing, land and road development, catastrophic fire, timber harvest, and energy and mineral development. Historical and current uses of Mexican spotted owl habitat are both domestic and wild ungulate grazing, recreation, fuel reduction treatments, resource extraction (e.g., timber, oil, and gas), and development. These activities reduce the quality of Mexican spotted owl habitat (USFWS 1993). Currently the greatest threat to habitat is timber extraction in the southwestern United States.

Because the BLM believes that this subspecies does not currently exist in the GJFO planning area, it is likely not being impacted by any BLM actions in or adjacent the GJFO planning area. However, Mexican spotted owl surveys will be performed in areas of suitable habitat. In the event Mexican spotted owls are discovered in the GJFO planning area, measures would be adopted consistent with the current recovery plan to protect the species and its habitat. Stipulations (see Appendix B of the PRMP) will also be implemented in the event Mexican spotted owls are discovered in the GJFO planning area.

### Critical Habitat

The USFWS first designated critical habitat for the Mexican spotted owl on February 1, 2001 (66 FR 8530). This designation was later revised and finalized on August 31, 2004 (69 FR 53182). There is no designated critical habitat in the GJFO planning area. Primary constituent elements for Mexican spotted owl critical habitat are described in **Table 3-4**, Primary Constituent Elements of Mexican Spotted Owl Critical Habitat.

### Threats

In addition to habitat loss, the Mexican spotted owl is threatened by the following:

- Competition from other owl species
- Insects
- Overuse of habitat for commercial, recreational, scientific, or educational purposes
- Predation and disease
- Inadequacy of existing regulatory mechanisms
- Other natural or man-made factors, including fire (man-made or natural)
- Silvicultural treatments

BLM_0024995

- Intentional injury to the bird

- Climate change and noise disturbance

- Overgrazing

- Land and road development

**Table 3-4**
**Primary Constituent Elements of Mexican Spotted Owl Critical Habitat**

| Features | Description |
|---|---|
| Forest structure | • A range of tree species, including mixed conifer, pine-oak, and riparian forest types, composed of different tree sizes reflecting different ages of trees, 30 to 45 percent of which are large trees with a trunk diameter of 12 inches (0.3 meters) or more when measured at 4.5 feet (1.4 meters) from the ground<br>• A shade canopy created by the tree branches covering 40 percent or more of the ground<br>• Large dead trees (snags) with a trunk diameter of at least 12 inches (0.3 meters) when measured at 4.5 feet (1.4 meters) from the ground |
| Maintenance of adequate prey species | • High volumes of fallen trees and other woody debris<br>• A wide range of tree and plant species, including hardwoods<br>• Adequate levels of residual plant cover to maintain fruits and seeds and to allow plant regeneration |
| Canyon habitats | • Presence of water (often providing cooler temperature and higher humidity than the surrounding areas)<br>• Clumps or stringers of mixed conifer, pine-oak, pinyon-juniper, or riparian vegetation<br>• Canyon wall containing crevices, ledges, or caves<br>• High percent of ground litter and woody debris |

Source: USFWS 2004b

### 3.2.11 Canada Lynx

**Species Description**

The Canada lynx is a medium-sized bob-tailed cat with long legs, large, well-furred paws, very long ear tufts, and a short, black-tipped tail. The winter pelage of the lynx is dense and has a grizzled appearance with grayish-brown mixed with buff or pale brown fur on the back, and grayish-white or buff-white fur on the belly, legs and feet. Summer pelage of the lynx is more reddish to gray-brown. They have large hind feet well adapted for moving across heavy snow. Adult males average 22 pounds (10 kilograms) in weight and almost 3 feet (0.9 meters) in length, with females being smaller, on average 19 pounds (8.6 kilograms) and slightly shorter in length. The lynx's long legs and large feet make it highly adapted for hunting in deep snow (USFWS 2014e).

BLM_0024996

### Life History

The primary prey of the lynx is the snowshoe hare; their physical characteristics are highly specialized for this prey. In Colorado, their prey base includes small mammals such as other types of rabbits, squirrels, porcupine, beaver, and other rodents. Lynx also eat carrion (usually ungulates) and fish, and can capture ground-dwelling birds such as grouse (USFWS 2014e). This diversity in the diet of Colorado populations may make them more stable than those in Canada (National Wildlife Federation 2014). The typical hunting strategy is stalking prey or patient crouching in wait beside a trail followed by capture in a single bound.

Lynx are highly mobile and generally move long distances (greater than 60 miles [100 kilometers]). Lynx disperse primarily when snowshoe hare populations decline. Subadult lynx disperse even when prey is abundant, presumably to establish new home ranges (USFWS 2000). Individual lynx maintain large home ranges generally between 12 and 83 square miles (31 to 215 square kilometers). The size of lynx home ranges varies depending on abundance of prey, the animal's gender and age, season, and the density of lynx populations. When densities of snowshoe hares decline, for example, lynx enlarge their home ranges to obtain sufficient amounts of food to survive and reproduce. Lynx also make long-distance exploratory movements outside their home ranges (USFWS 2014e).

Lynx breed in late winter, and after a gestation period of about 9 weeks, females produce a litter of about four kittens in April or May. The male lynx does not assist with rearing young (USFWS 2014e). Yearling females may give birth during periods when hares are abundant. During periods of hare abundance in the northern boreal forest (taiga), litter size of adult females averages four to five kittens. Litter sizes are typically smaller in lynx populations in the contiguous US (USFWS 2014e).

### Status and Distribution

The Canada lynx was listed as threatened throughout its range in the contiguous US under the ESA under a final rule published on March 24, 2000, and effective April 24, 2000 (65 FR 16053). A recovery plan outline was published on September 14, 2005 (USFWS 2005).

The distribution of lynx in North America is closely associated with the distribution of North American boreal forest and with snow conditions (USFWS 2005) since lynx are so highly adapted both morphologically and physiologically for hunting snowshoe hares and for surviving in areas with long, cold winters with deep, fluffy snow. In Canada and Alaska, lynx inhabit the classic boreal forest ecosystem known as the taiga. The range of lynx populations extends south from the classic boreal forest zone into the subalpine forest of the western United States, and the boreal/hardwood forest ecotone in the eastern United States. Forests with boreal features extend south into the contiguous United States along the North Cascade and Rocky Mountain Ranges in the west,

BLM_0024997

the western Great Lakes Region, and northern Maine in the east. Within these general forest types, lynx are most likely to be found in dense subalpine forest and willow-choked corridors along mountain streams and avalanche chutes, along with areas that receive deep snow (the likely location of its preferred prey species the snowshoe hare). Lynx are typically found in and have high-density populations of snowshoe hares (USFWS 2014e). Because of the patchiness and temporal nature of high quality snowshoe hare habitat, lynx populations require large boreal forest landscapes to ensure that sufficient high quality snowshoe hare habitat is available at any point in time and to ensure that lynx may move freely among patches of suitable habitat and among subpopulations of lynx (USFWS 2005).

Because the boreal forest landscape is patchy and transitional in the contiguous United States, snowshoe hare populations achieve lower densities compared to those of the expansive northern boreal forest in Canada. As a result, lynx generally occur at relatively low densities in the contiguous United States compared to the high lynx densities that occur in the northern boreal forest of Canada (USFWS 2005).

Lynx populations in the contiguous United States seem to be influenced by lynx population dynamics in Canada (USFWS 2014e). Many of these populations in Canada are directly interconnected to populations in the United States and are likely a source of emigration into contiguous United States lynx populations. Therefore connectivity with the larger lynx populations in Canada is important to ensuring long-term persistence of lynx populations in the United States (USFWS 2014e).

***Environmental Baseline***

*Occurrence in the Action Area*

In Colorado, lynx were virtually wiped out of the mountains in the early part of the twentieth century due to a variety of factors, including unregulated use of poisons, habitat destruction, and unregulated hunting. Evidence of individual animals continued to be noted in later years as scattered sightings in mountain areas. The last lynx sighting prior to recovery work in the 1990s occurred near Vail in 1973, although tracks unsubstantiated by biologists were reported there in 1991. A state-run reintroduction program begun in 1999 has restored the threatened cat to parts of its range as part of a design for the species' recovery in Colorado (CPW 2014).

Lynx analysis units have been mapped throughout the range of the species, and are intended to facilitate analysis and monitoring related to management actions on lynx habitat. These units do not depict actual lynx home ranges, but should approximate the size of a female's home range containing year-round habitat components (Interagency Lynx Biology Team 2013). Several lynx analysis units have been designated in the vicinity of Collbran; however, primary habitat for

BLM_0024998

the species occurs only in small pockets on high-elevation BLM lands, and suitable habitat within the planning area is limited. Canada Lynx have been recorded on US Forest Service-administered lands adjacent to the GJFO planning area.

*Past and Current Impacts*

The lynx population in the US is threatened by human alteration of forests, low numbers as a result of past overexploitation, expansion of the range of competitors, and elevated levels of human access into lynx habitat (USFWS 2009b).

Throughout its range, timber harvest, recreation, and their related activities, such as road construction, are the predominant land uses affecting lynx habitat. The primary listing factor was the lack of guidance for the conservation of lynx and snowshoe hare habitat in plans for federally managed lands. Landscape connectivity between lynx populations and habitats in Canada and the contiguous US is important to lynx success. Lynx movements may be negatively affected by high traffic volume on roads that bisect suitable lynx habitat, such as in the Southern Rockies, and in some areas, mortalities due to road kill are high (USFWS 2014e). Although the ESA bans the killing of lynx and requires road planners to consider lynx safety needs when planning new highways, immediate key threats to lynx recovery include road kill as well as illegal shooting.

Potential risk factors to lynx in the Southern Rockies include: conversion or alteration of native plant communities, fire suppression and hazardous fuels reductions, grazing, pre-commercial thinning, recreational uses, roads and trails, timber management, highways, predation, predator control, shooting and private land development (USFWS 2000).

***Critical Habitat***

The final rule designating critical habitat was published in the Federal Register on November 9, 2006 (71 FR 66008) and did not include lands in Colorado. In February 2008 the USFWS proposed to revise the amount of critical habitat designated under the ESA (73 FR 10860). The USFWS designated Critical Habitat for the Canada lynx on February 25, 2009 (74 FR 8616). On September 25, 2013, the USFWS announced a proposal to revise the critical habitat designation once again (78 FR 59429) as a result of two court orders from litigation over the 2009 critical habitat designation. No proposed critical habitat occurs within the GJFO planning area.

Primary constituent elements of Canada lynx critical habitat is described in **Table 3-5,** Primary Constituent Elements of Canada Lynx Critical Habitat.

BLM_0024999

**Table 3-5**
**Primary Constituent Element of Canada Lynx Critical Habitat**

| Features | Description |
|---|---|
| Boreal forest landscapes supporting a mosaic of differing successional forest stages | • Presence of snowshoe hares and their preferred habitat conditions, which include dense understories of young trees, shrubs or overhanging boughs that protrude above the snow, and mature multistoried stands with conifer boughs touching the snow surface<br>• Winter snow conditions that are generally deep and fluffy for extended periods of time;<br>• Sites for denning that have abundant coarse woody debris, such as downed trees and root wads.<br>• Matrix habitat (e.g., hardwood forest, dry forest, non-forest, or other habitat types that do not support snowshoe hares) that occurs between patches of boreal forest in close juxtaposition (at the scale of a lynx home range) such that lynx are likely to travel through such habitat while accessing patches of boreal forest within a home range. |

Source: USFWS 2009b

### Threats

Threats to Canada lynx, which are described in more detail under Environmental Baseline, include:

- Human alteration of forests
- Low numbers as a result of past overexploitation
- Expansion of the range of competitors
- Elevated levels of human access into lynx habitat
- Road kill
- Illegal shooting
- Global warming

## 3.2.12 Western Yellow-Billed Cuckoo

### Species Description

The western yellow-billed cuckoo is brownish above and white below, with rust-colored flight feathers. The species has a slender long-tailed profile, with a fairly stout and slightly down-curved bill; the upper mandible is blue-black and the lower is yellow. The underside of the tail has pairs of large white spots.

This is a medium-sized bird of about 12 inches in length weighing about 2 ounces. The tail feathers are boldly patterned with black and white below. The legs are short and bluish-gray; adults have a narrow yellow eye ring. Juveniles resemble adults, except the tail patterning is less distinct and the lower bill may have little or no yellow. Males and females differ slightly. Males tend to have a slightly larger bill, and the white in the tail tends to form oval spots; in females the white spots tend to be connected and less distinct (USFWS 2011c).

BLM_0025000

### Life History

Western yellow-billed cuckoos breed in large blocks of riparian habitats, particularly woodlands with cottonwoods (*Populus* spp.) and willows (*Salix* spp.). Dense understory foliage appears to be an important factor in nest site selection, while cottonwood trees are an important foraging habitat in areas where the species has been studied in California (USFWS 2014f).

Clutch size is usually two or three eggs, and development of the young is rapid: 17 days from egg-laying to fledging. Although yellow-billed cuckoos usually raise their own young, they are discretionary brood parasites, occasionally laying eggs in the nests of other yellow-billed cuckoos or other bird species (USFWS 2011c).

Western yellow-billed cuckoos winter in South America. Unlike other insectivorous birds, with the possible exception of some raptors, they feed on larger insects (Laymon 1998). Yellow-billed cuckoos are primarily foliage gleaners, though they can catch flying prey or drop to the ground to catch grasshoppers or tree frogs.

### Status and Distribution

The western yellow-billed cuckoo is a threatened species under the ESA. Those that occur in the western United States are a distinct population segment (USFWS 2014i).

This species historically occurred in portions of western Colorado, although it was likely never common. It is now extremely rare and is an uncommon summer resident. The available data indicate that cuckoos do not nest in this broad highlands region and there are few records of cuckoos in the mountainous region of the state (USFWS 2013c).

Since 2000, detections of the western yellow-billed cuckoo Distinct Population Segment have been limited in western Colorado, where consistent observations have been recorded at only two locations. The species has been detected annually in the San Luis Valley of south-central Colorado since 2001, specifically in Conejos County, where breeding is suspected but not confirmed (USFWS 2011c). Since 2003 the species has also been detected annually at the North Fork of the Gunnison River Valley of west-central Colorado in Delta County; breeding was confirmed in 2008 near Hotchkiss (USFWS 2011c).

Reports of single yellow-billed cuckoos have come primarily from the Grand Junction area and Mesa County in 2001, 2002, 2005, 2008, 2011, and 2014 with a report of more than one cuckoo at Orchard Mesa Wildlife Area in 2006 (USFWS 2013c). Additional reports are as follows:

- A cuckoo south of Montrose in Montrose County near the Uncompahgre River in 2009 (USFWS 2013c)

BLM_0025001

- A cuckoo along the Gunnison River near Gunnison in 2007 (USFWS 2013c)

- A cuckoo in the Grand Junction Wildlife Area, along the Gunnison River near the confluence of the Colorado River on July 5, 2013 (John Toolen, personal communication, September 4, 2014)

- Detections by the Rocky Mountain Bird Observatory along the Yampa River near Craig in 2007 and 2008 and in far western Colorado near Nucla in 2005 and 2008 (USFWS 2013c)

- A cuckoo sighted at the Bishop State Wildlife Area (south of the Colorado River near Palisade) by a FWS employee on July 1, 2014 (John Toolen, personal communication, September 4, 2014)

- A cuckoo sighted by a FWS employee at May Flats, near the Utah and Colorado border.

### Environmental Baseline
#### Occurrence in the Action Area
Suitable western yellow-billed cuckoo habitat occurs along the Colorado, Gunnison, and Dolores Rivers within the GJFO planning area. Observations have been reported within the planning area near Palisade and near the confluence of the Colorado and Gunnison Rivers (John Toolen, Personal communication). However, the species is difficult to detect and may migrate through the area or remain in suitable cottonwood habitat in the GJFO planning area.

#### Past and Current Impacts
Western yellow-billed cuckoos have undergone catastrophic declines especially in western Colorado (Wiggins 2005). Direct loss and degradation of low-elevation riparian woodland habitats are considered a primary cause for declines in the western portion of their range.

Available breeding habitat for cuckoos has been substantially reduced in both area and quality. The causes are groundwater pumping and invasive nonnative plants, particularly tamarisk, replacing native riparian habitats (USFWS 2011c).

Most of the habitat for the cuckoo is on private lands and continues to be lost or significantly altered. The threats affecting the species and its habitat are ongoing; riparian habitat is continuing to be destroyed through land use conversion and grazing (Laymon 1998; Wiggins 2005; USFWS 2011c; USFWS 2014i).

### Critical Habitat
Proposed critical habitat for the western yellow-billed cuckoo was designated in 2014 (USFWS 2014h), and includes portions of the planning area. The USFWS proposed designating 80 CHUs throughout the range of the species. Of these, one unit is located within the planning area along the Colorado River (CHU

BLM_0025002

Unit 55: CO-2). This unit encompasses 4,002 acres, of which is entirely located within the boundaries of the planning area.

Primary constituent elements for the yellow-billed cuckoo proposed critical habitat, are described in **Table 3-6**, Primary Constituent Elements of Yellow-Billed Cuckoo Proposed Critical Habitat.

**Table 3-6**
**Primary Constituent Elements of Yellow-Billed Cuckoo Proposed Critical Habitat**

| Features | Description |
|---|---|
| Riparian Woodlands | • Riparian woodlands with mixed willow-cottonwood vegetation, mesquite-thorn-forest vegetation, or a combination of these that contain habitat for nesting and foraging in contiguous or nearly contiguous patches that are greater than 325 feet (100 meters) in width and 200 acres or more in extent. These habitat patches contain one or more nesting groves, which are generally willow-dominated, have above average canopy closure (greater than 70 percent), and have a cooler, more humid environment than the surrounding riparian and upland habitats. |
| Adequate Prey Base | • Presence of a prey base consisting of large insect fauna (for example, cicadas, caterpillars, katydids, grasshoppers large beetles, dragonflies) and tree frogs for adults and young in breeding areas during the nesting season and in post-breeding dispersal areas. |
| Dynamic Riverine Processes | • River systems that are dynamic and provide hydrologic processes that encourage sediment movement and deposits that allow seedling germination and promote plant growth, maintenance, health, and vigor (e.g. lower gradient streams and broad floodplains, elevated subsurface groundwater table, and perennial rivers and streams). This allows habitat to regenerate at regular intervals, leading to riparian vegetation with variously aged patches from young to old. |

Source: USFWS 2014h

***Threats***

The primary threats to western yellow-billed cuckoo as described in the Threatened Status Final Rule (USFWS 2014i) are loss and degradation of low-elevation riparian woodland habitats from the following:

- Habitat loss from dams and alterations of hydrology

- Surface and ground water diversion

- Encroachment of levees and flood control and bank stabilization structures into the river channel and floodplain

- Transportation systems

- Gravel mining

- Habitat loss and degradation from agricultural activities

- Habitat loss and degradation due to conversion to nonnative vegetation

- Environmental impacts of cross border foot traffic in the southwest

- Climate change

BLM_0025003

Threats to proposed critical habitat as described in the Designation of Critical Habitat Proposed Rule (USFWS 2014h) include the following:

- Disruption of hydrological processes that are necessary to maintain a healthy riparian system

- Loss of riparian habitat regeneration caused by poorly managed grazing

- Loss of riparian habitat from development activities and extractive uses

- Degradation of riparian habitat as a result of expansion of nonnative vegetation

- Destruction of riparian habitat by uncontrolled wildfires

- Reduction of prey insect abundance by the application of pesticides

The loss of forested habitat on its wintering grounds in South America is also a substantial threat (Wiggins 2005).

## 3.3   PROPOSED SPECIES

### 3.3.1   Gunnison Sage-Grouse

**Species Description**
The Gunnison Sage-Grouse is a large, rounded-winged, ground-dwelling bird, up to 20 inches long and 18 inches (46 to 51 centimeters) tall, weighing from two to four pounds. It is about one-third the size of the Greater Sage-Grouse (*Centrocercus urophasianus*). The birds are found at elevations ranging from 4,000 to over 9,000 feet (1,220 to 2,740 meters) and are highly dependent on sagebrush for cover and food. Sage-Grouse require wide expanses of sagebrush, and the mere presence of sagebrush in small patches does not indicate that an area is suitable Sage-Grouse habitat (USFWS 2010c).

**Life History**
Sage-Grouse is a sage obligate species; it requires healthy, functioning sage ecosystems for year-round survival. Due to high levels of natural variation in sagebrush habitat composition, sage-grouse are adapted to a variety of habitats to support their annual cycle. While most Sage-Grouse do not migrate, some can move great distances to meet their dietary requirements and find their diverse seasonal habitats (Piñon Mesa Gunnison Sage Grouse Partnership 2000).

Adult Gunnison Sage-Grouse eat leafy vegetation and will also eat insects in summer. Although sage leaves are their preferred food, grouse will also eat succulent forbs in summer. The winter diet is completely sage based, requiring that some plants in winter habitat reach above the snow. Chicks consume insects and some forbs during brood rearing, and their diet shifts to sage in fall (Piñon Mesa Gunnison Sage Grouse Partnership 2000).

BLM_0025004

*Status and Distribution*
In January, 2013, the USFWS proposed to protect the Gunnison Sage-Grouse as an endangered species (USFWS 2013d). A final determination on the species is expected in November of 2014.

Historically, Gunnison Sage-Grouse were found in the southwestern portion of Colorado, southeastern Utah, northeastern Arizona, and northwestern New Mexico. Currently, approximately 5,000 breeding Gunnison Sage-Grouse occur among seven separate populations in southwest Colorado and southeast Utah. The largest population—about 4,000 birds—inhabits the Gunnison Basin. The separate populations in Colorado are Piñon Mesa, Crawford, San Miguel Basin, Gunnison Basin, Dove Creek, Cerro Summit-Cimarron-Simo Mesa, and Poncha Pass. The Utah population is near Monticello (USFWS 2010c).

*Environmental Baseline*

*Occurrence in the Action Area*
The Piñon Mesa population of Gunnison Sage-Grouse occurs entirely within the GJFO planning area in the Glade Park area. Historically, leks occurred on BLM-administered lands; however, currently the birds primarily use private land in the southwest corner of Glade Park. The CPW began augmenting this population in 2010, however immediate results of increased males in lek counts were not observed as males at leks dropped to 11 in 2012 but jumped to 31 in 2013. The large jump is partly due to finding a new lek with 8 birds on it but also to increased overall numbers that may be attributable to the transplant efforts. See **Table 3-7**, For Piñon Mesa Lek count information. A conservation plan for this population was completed in 2000 (Piñon Mesa Gunnison Sage-Grouse Partnership 2000), and a rangewide conservation plan for the species was completed in 2005 (Gunnison Sage-Grouse Rangewide Steering Committee 2005). The BLM has been actively managing public lands in the Glade Park area to improve Gunnison Sage-Grouse habitat through mechanical treatments and prescribed fire.

**Table 3-7**
**Lek Count Piñon Mesa Population**

| Year | High Count Males on Lek |
|------|-------------------------|
| 1995 | 16 |
| 1996 | 24 |
| 1997 | 23 |
| 1998 | 26 |
| 1999 | 29 |
| 2000 | 33 |
| 2001 | 31 |
| 2002 | 27 |
| 2003 | 25 |
| 2004 | 29 |

BLM_0025005

**Table 3-7**
**Lek Count Piñon Mesa Population**

| Year | High Count Males on Lek |
|------|--------------------------|
| 2005 | 34 |
| 2006 | 33 |
| 2007 | 26 |
| 2008 | 22 |
| 2009 | 16 |
| 2010 | 15 |
| 2011 | 13 |
| 2012 | 11 |
| 2013 | 31 |

²Source: CPW 2011

### Critical Habitat

Proposed critical habitat for the Gunnison Sage-Grouse is located within the southwestern portion of the planning area near Glade Park.

Primary constituent elements for the Gunnison Sage-Grouse proposed critical habitat, are described in **Table 3-8**, Primary Constituent Elements of Gunnison Sage-Grouse Proposed Critical Habitat.

**Table 3-8**
**Primary Constituent Elements of Gunnison Sage-Grouse Proposed Critical Habitat**

| Features | Description |
|----------|-------------|
| Sagebrush plant communities | • Areas with vegetation composed primarily of sagebrush plant communities (at least 25 percent of primarily sagebrush land covered within a 1.5-km (0.9-mile) radius of any given location ), of sufficient size and configuration to encompass all seasonal habitats for a given population of Gunnison sage-grouse, and facilitate movements within and among populations. |
| | • Breeding habitat and summer-late fall habitat composed of sagebrush plant communities with structural characteristics within the ranges as described in the proposed critical habitat rule (USFWS 2013e) |
| | • Winter habitat composed of sagebrush plant communities with sagebrush canopy cover between 20 and 40 percent and sagebrush height of 40 to 55 cm (15.8 to 21.7 inches). These habitat structure values are average values over a project area. |
| | • Alternative mesic habitats used primarily in the summer-late-fall season |
| USFWS 2013e | |

### Threats

Factors affecting the continued existence of Gunnison Sage-Grouse include habitat fragmentation and severe weather during the nesting and early brood periods (Piñon Mesa Gunnison Sage Grouse Partnership 2000). Fire suppression also leads to changes in habitat from encroaching conifers and sagebrush habitat types becoming dominant old-aged stands. Other anthropogenic factors that affect sage-grouse are as follows (Piñon Mesa Gunnison Sage Grouse Partnership 2000):

BLM_0025006

- Continuous noise that impairs the acoustical components of males on leks

- Disturbance from construction or other projects

- Harassment from pets

- Disturbance, death, or habitat degradation from use of off-highway-vehicles

Specific threats as identified in the 2013 proposed listing for all populations of Gunnison Sage-Grouse (not just those which occur within the planning area) include: residential development, roads, powerlines, domestic grazing and wild ungulate herbivory, fences, invasive plants, fire, climate change, renewable energy development, nonrenewable energy development, pinyon-juniper encroachment, conversion to agriculture, and water development (USFWS 2013d).

## 3.4   CANDIDATE SPECIES

### 3.4.1   Greater Sage-grouse

The Greater Sage-grouse is a candidate for listing under the ESA and is considered in this BA for long-term planning purposes. The Greater Sage-Grouse is not considered part of the formal Section 7 ESA consultation; however, it is possible that it could be listed during the life of the RMP.

Greater Sage-Grouse do occur within the planning area. Conserving this species and its required habitat are key components of current, proposed, and future BLM goals, objectives, and management actions.

***Species Description***

The Greater Sage-Grouse is the largest grouse in North America (USFWS 2014g). This grouse is a large, rounded-winged, ground-dwelling bird, up to 30 inches long and two feet tall, weighing from two to seven pounds. It has a long, pointed tail with legs feathered to the base of the toes. Females are a mottled brown, black, and white. Males are larger and often weigh in excess of 4-5 pounds and hens weigh in at 2-3 pounds. Males have a large white ruff around their neck which conceal 2 large, bright, yellow-green skin sacs on their breasts which are used in courtship displays. These air sacks get inflated during mating displays. Both sexes have narrow, pointed tail feathers. Males also have yellow eyecombs (obvious in the spring during courtship displays). Female Sage-grouse do not have these specialized structures used for courtship displays and otherwise resemble males in coloration. However, in comparison to males, their throats are buffy with blackish markings and the lower throat and breast are barred which presents a blackish-brown appearance. Immature birds (less than 1 yr. of age) can be distinguished from adults by their light yellowish green toes (adults have dark green toes).

BLM_0025007

*Life History*

Sage-Grouse require a diverse age-class of sagebrush and open grassland habitats. The birds rely on sagebrush for roosting, cover, and food. They are usually referred to as "sagebrush obligates," meaning that the birds cannot survive without sagebrush (Knick and Connelly 2011). Populations of sage-grouse may have distinct seasonal habitats or well-integrated seasonal habitats, depending upon if they are migratory or non-migratory populations. Sage-Grouse require different habitats for breeding, nesting, brood-rearing, and for winter survival. In general breeding occurs in open areas surrounded by sagebrush. For nesting, Sage-Grouse use areas of sagebrush with a canopy cover of 15 to 25 percent but can be as high as 30 to 40 percent, and a grass and forbs understory. For brood-rearing habitat, open stands of sagebrush (10 to 25 percent canopy cover) are preferable. Winter habitat consists of sagebrush areas with canopy cover of 10 to 30 percent (Knick and Connelly 2011).

Each year, male Sage-Grouse congregate in late winter through spring on leks to display their breeding plumage and to attract hens for mating. A lek is a traditional display area where two or more male Sage-Grouse have attended in 2 or more of the previous 5 years. The area is normally located in a very open site in or adjacent to sagebrush-dominated habitats. Generally, lek sites are traditional, with the same lek sites used year after year. Taller sagebrush on the outskirts of the leks is necessary as a food source, escape cover, nesting cover for females, and loafing cover during the day. Leks generally occur in sagebrush habitats on slopes (less than 15 per cent) with a south- to east-facing aspect (BLM 2004). Because leks are typically positioned within proximity of nesting and brood-rearing habitat, they are often considered an excellent reference point for monitoring and habitat protection measures.

*Status and Distribution*

The Greater Sage-Grouse is a federal candidate species for listing under the ESA, Colorado BLM sensitive species, and a Colorado species of concern. Considerable attention has been given to this species since the 1980s, as evidenced by the BLM's National Greater Sage-Grouse Planning Strategy.

The BLM is currently working on an EIS to analyze incorporating new Greater Sage-Grouse conservation measures into its RMPs for the five field offices within the Northwest Colorado District: the GJFO, the Colorado River Valley Field Office, the Kremmling Field Office, the Little Snake Field Office, and the White River Field Office. All five field offices in the District are either in an on-going land-use planning effort or have recently completed one. An interagency National Technical Team drafted conservation measures for the BLM's consideration during the planning process. The BLM is evaluating where the Greater Sage-Grouse conservation measures in each field offices' plans are consistent with these recommendations, and where BLM may need to consider Plan Amendments through the Sage-Grouse EIS.

BLM_0025008

The birds are found at elevations ranging from 4,000 to over 9,000 feet (1,220 to 2,750 meters) and are highly dependent on sagebrush for cover and food. They cannot survive in areas where sagebrush does not exist (UFWS 2014i). They are currently found in 11 states: California, Colorado, Idaho, Montana, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, and Wyoming. They also occur in the Canadian provinces of Alberta and Saskatchewan. They are native to the sagebrush steppe of western North America. Their distribution closely follows that of sagebrush, particularly big sagebrush (*Artemesia tridentata* subspecies) (USFWS 2014g).

### Environmental Baseline

#### Occurrence in the Action Area

The Parachute-Piceance-Roan (PPR) population of the Greater Sage-Grouse occurs on the northeastern side of the GJFO planning area. The Colorado Greater Sage-Grouse Conservation Plan (Colorado Greater Sage-Grouse Steering Committee 2008) shows a larger portion of the GJFO planning area as potential pre-settlement habitat based on historic sagebrush distribution, encompassing everything above the Book Cliffs and portions of the Grand Mesa slopes (though the plan identifies this as an area where the species of sage-grouse is uncertain). Sixteen active and inactive Greater Sage-Grouse leks occur within the GJFO planning area; three occur on BLM-administered lands, and thirteen occur on private lands. Of these sixteen leks, seven are considered active; two of the active leks occur on BLM-administered lands. 49,300 acres of Preliminary Priority Habitat (PPH), and 29,300 acres of Preliminary General Habitat (PGH) occur within the planning area.

#### Past and Current Impacts

Habitat loss and degradation are the greatest concern related to Greater Sage-Grouse. Sagebrush habitats are becoming increasingly degraded and fragmented due to the impacts of multiple threats, including direct conversion, urbanization, infrastructure such as roads and power lines built in support of several activities, wildfire and the change in wildfire frequency, incursion of invasive plants, grazing, and nonrenewable and renewable energy development. Many of these threat factors are exacerbated by the effects of climate change, which may influence long-term habitat trends (Manier et al. 2013).

Agricultural conversion has resulted in large losses of sagebrush shrubsteppe habitats. Sagebrush habitat continues to be converted for both dryland and irrigated crop production. In some Colorado counties, fifty percent of sage-grouse habitat has been subdivided, while an estimated 3 to 5 percent of all historical habitat in Colorado has been converted into urban areas (USFWS 2010b). The construction of power lines, communication towers, fences, roads, and railroads has contributed to habitat fragmentation and degradation. Greater Sage-Grouse populations are also negatively affected by energy development

BLM_0025009

activities (primarily oil, gas, and coal-bed methane). Wildfires can result in the short or long-term loss of habitat (USFWS 2010b).

Livestock management and domestic grazing can seriously degrade Sage-Grouse habitat. Grazing can adversely impact nesting and brood-rearing habitat by decreasing vegetation concealment from predators. Grazing also has been shown to compact soils, decrease herbaceous abundance, increase erosion, and increase the probability of invasion of exotic plant species (USFWS 2010b).

Human recreation produces some threats to Greater Sage-Grouse, including from bird watching or tour groups visiting leks, impacts from general wildlife viewing, and/or photography. Also this species, the subject of many scientific research studies and field studies, can include capture, handling, subsequent banding, or banding and radio-tagging of Sage-Grouse, all of which can contribute directly or indirectly to increases in mortality rates. Finally, Greater Sage-Grouse are hosts for a variety parasites and diseases which can increase mortality rates, and predation is the most commonly identified cause of direct mortality for Sage-Grouse during all life stages (USFWS 2010b).

The BLM is currently operating under Instruction Memorandum 2012-043 – Greater Sage-Grouse Interim Management Policies and Procedures (BLM 2012f). This Instruction Memorandum provides interim conservation policies and procedures to be applied to ongoing and proposed authorizations and activities that affect the Greater Sage-Grouse and its habitat. This direction ensures that interim conservation policies and procedures are implemented when field offices authorize or carry out activities on public land while the BLM develops and decides how to best incorporate long-term conservation measures for Greater Sage-Grouse into applicable land use plans. This direction aims to promote sustainable Greater Sage-Grouse populations and conservation of its habitat while not closing any future options before the planning process can be completed.

### Threats

The primary threats to the Greater Sage-Grouse, described in more detail under the Environmental Baseline, include:

- Agriculture conversion and urbanization
- Fire
- Invasive species
- Infrastructure development
- Recreation
- Livestock use and grazing
- Energy development

BLM_0025010

# SECTION 4
# EFFECTS OF PROPOSED ACTION

## 4.1   INTRODUCTION

This BA analyzes the impacts of a proposed discretionary federal action. A federal action is defined as anything authorized, funded, or carried out by a federal agency. The analysis of all impacts includes the effects of interrelated and interdependent actions. The proposed action is to implement the PRMP as described in Section 2. The proposed action is programmatic in nature, and as such, projects implemented under the jurisdiction of this RMP would be subject to Section 7 ESA consultation at the project-specific level.

### 4.1.1   Definitions

The effects of implementing the PRMP can be categorized into direct, indirect, and cumulative effects. These categories are defined differently under the ESA and NEPA, so that effects presented here will differ from those described in the RMP/EIS.

- **Direct effects** are those that are caused by the proposed action and occur at the time of the action.

- **Indirect effects** are those that are caused by the proposed action and occur later in time but are reasonably certain to occur.

- **Cumulative effects** include those of future state, tribal, local, or private actions that are reasonably certain to occur in the action area considered in this BA. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis. This is because they will be subject to separate consultation, in accordance with Section 7 of the ESA.

The following definitions are used for effect determinations:

- **No effect**—This is the appropriate conclusion when the BLM determines its proposed action would not affect listed species. The

BLM_0025011

principal factor in this determination is that the species and its suitable habitat do not exist in the analysis area or that the proposed action would involve no surface disturbances or other disruption to the species. In this situation, no further contact with the USFWS is required.

- **May affect, is not likely to adversely affect**—This is the appropriate conclusion when effects on listed species are expected to be discountable, insignificant, or completely beneficial. This type of effect requires informal Section 7 consultation with the USFWS and concurrence with the determination.

- **May affect, is likely to adversely affect**—This is the appropriate conclusion if any adverse effect on the listed species may occur as a direct or indirect result of the proposed action or its interrelated or interdependent actions, and the effect is not discountable, insignificant, or beneficial. If the overall effect of the proposed action is beneficial to the listed species, but also is likely to cause some adverse effects, the proper effect determination for the proposed action is "likely to adversely affect" the listed species. Such determination requires formal Section 7 consultation with the USFWS.

### 4.1.2   Methods of Analysis

Although data on known locations and habitats in the planning area are available, the data are neither complete nor comprehensive. Known and potential species and habitat locations were considered in the analysis; however, the potential for species to occur outside these areas was also considered. Impacts were quantified when possible. In the absence of quantitative data, best professional judgment based on scientific reasoning was used. Additionally, The GJFO RMP and this associated BA are programmatic documents, which do not address site-specific proposals or projects. As a result, some impacts are discussed in more general terms.

No decision would be approved in the RMP or authorized on BLM lands that would jeopardize the continued existence of species that are listed, proposed, or candidates for listing as threatened or endangered. Implementation of the BLM's special status species program is directed at preventing the need for listing of proposed or candidate species under the ESA, protecting special status species, and improving their habitats to a point where their special status recognition is no longer warranted (BLM 2008c).

The analysis is based on the following assumptions:

- Impacts on listed, proposed and candidate species can occur from actions that result in direct mortality, loss of habitat or modifications to habitat suitability, and actions that displace individuals or disrupt behavior. Because threatened, endangered,

BLM_0025012

proposed, and candidate species have specific habitat requirements, and their habitats are often diminishing, disturbance of the species or their habitat could result in population declines, which could adversely affect viability of local populations.

- Since threatened and endangered species populations are, by their nature, generally small and localized, the total area affected by other activities or restrictions is less important than where the activities or restrictions occur in relation to special status species and their habitat.

- The health of threatened, endangered, proposed and candidate species populations is directly related to the overall health and functional capabilities of upland, aquatic, riparian, and wetland resources, which in turn are a reflection of overall watershed health.

- Ground-disturbing activities could lead to positive or negative modification of habitat and loss or gain of individuals. This depends on the nature of the activity, the intensity of the surface disturbance, the amount of area disturbed, the location of the disturbance, and the species affected.

- Road density in a given watershed and the distance of roads from threatened, endangered, proposed, and candidate species habitat provides an indication of the potential for impacts on these species. For fish and aquatic wildlife, roads are a measure of lands available for accelerated water transport and potential erosion and offsite sediment transport. For plants, roads also contribute to increasing exposure to dust, reducing pollinator habitat, and providing a niche for the invasion of noxious weeds. However, the actual impacts and degree of impacts depend on additional variables, such as the class of road (dirt, gravel, paved), road condition (rutted, bar ditched, properly drained), the type of vegetation between the road and occupied or suitable habitat, the topography, the ecological condition of the suitable or occupied habitat, and soil characteristics.

- Species' health, population levels, and habitat conditions fluctuate in response to natural factors. Periods of drought or excessive moisture and outbreaks of diseases that affect species directly or impact habitat (e.g., Ips beetle) would likely impact threatened, endangered, proposed, and candidate species population levels.

- Implementation-level actions would be further assessed on an appropriate spatial and temporal scale. Additional field inventories would likely be needed to determine whether any such species could be present in the project area.

BLM_0025013

- Land uses would be managed to maintain or move toward meeting the Colorado Standards for Public Land Health (BLM 1997) on a landscape basis. Site-specific NEPA and ESA analysis would assess whether management actions would contribute to the maintenance or achievement of land health standards or risk causing a decline in land health conditions.

- All permitted activities that could affect federally threatened or endangered species would be required to undergo ESA Section 7 consultation with the USFWS. The activities would need to be mitigated to ensure that threatened or endangered species would not be jeopardized on a project-specific basis or at a cumulative level.

- The BLM would implement measures to conserve BLM sensitive species and their habitats to reduce the likelihood and need for such species to become listed (BLM 2008c).

- The BLM would implement the standard operating procedures and mitigation measures from the Programmatic Integrated Weed Management Plan for the BLM Grand Junction Field Office BA (BLM 2010b). These would mitigate the potential impacts from herbicide treatments.

- Success of mitigation depends on the specific protective measures employed and the assumption that these measures would be properly implemented. Adaptive management, such as changing techniques, would be used until success is achieved.

- Many of the resources and uses have NSO or CSU stipulations that extend beyond or overlap the NSO or CSU stipulations listed for protection of special status species. Although NSO or CSU stipulations for other resources and uses may offer additional benefits (e.g., reduced erosion, sedimentation, and weed invasion) and indirectly support special status species management, in most cases, these benefits would be negligible or redundant to the protections provided by stipulations for special status species. For these reasons, impacts on special status species from NSO or CSU stipulations associated with other resources will only be addressed if they are anticipated to provide substantial additional protection.

## 4.2   LISTED SPECIES

### 4.2.1   Plants

#### Assumptions and Methods of Analysis

Methods of analysis and assumptions are similar to those described above in Section 4.1.2. The following additional assumptions apply to listed plants:

BLM_0025014

Any disturbance of listed plant habitat, unless specifically designed for a particular listed plant species, would be detrimental to the listed plants. This includes sagebrush habitat improvement projects, such as juniper removal and prescribed fire. These projects might have long-term positive impacts but would result in listed plant mortality and habitat degradation in the short term.

Actions that affect listed plant species can result in the following general impacts:

- **Direct mortality.** Mortality can result from crushing, trampling, or physically removing plants. Contact with herbicides or other chemicals, can also cause direct mortality. Where occurrences of a plant are small, loss of a portion of the plants can compromise its viability. Loss of occurrences can compromise species viability due to reduced genetic diversity and a reduced ability to withstand natural or man-made disturbances.

- **Loss of vigor or reduced reproductive success.** Trampling and coming in contact with chemicals may not always result in direct mortality; however, it can reduce vigor, which affects the plant's ability to reproduce and sustain the population. The consumption of flowers, seeds, stems, and foliage of special status plants (herbivory) can reduce reproductive success, or in some cases, death. Dust deposited on special status plants may reduce their photosynthetic ability or the ability of pollinators to transfer pollen between plants.

- **Direct loss of potential or occupied habitat.** Direct habitat loss results when habitat is physically destroyed or converted to a form that is unsuitable for the impacted species. Direct habitat loss can be short term or permanent. Surface-disturbing activities, such as construction and use of roads, trails, parking lots, buildings, power poles, wind turbines, and ponds, may result in permanent loss of occupied or potentially occupied habitat. This would reduce the total habitat capable of supporting listed plant populations and fragment remaining populations.

  Short-term habitat loss can occur with habitat improvement projects, such as those addressing encroaching junipers in sagebrush or salt desert shrub habitats. Closure or reclamation of disturbed areas may eventually restore lost habitat; however, the disturbance can require years or decades for recovery to conditions before the disturbance. If reclamation does not result in habitat suitable for sustaining special status plants, habitat may be permanently lost.

- **Changes in habitat structure.** A canopy cover of shrubs offers habitat characteristics that appear to be favorable for several special status plant species, such as Colorado hookless cactus, to germinate and become established. Shrubs may protect some special status

BLM_0025015

plants from herbivory or trampling and may provide improved moisture availability or reduced moisture loss under the canopy. Surface-disturbing activities that significantly reduce the percent canopy cover of shrubs may allow increased herbivory or moisture loss, resulting in decreased vigor or mortality of special status plants.

- **Competition.** Changes in species composition also affect listed plant populations. Proliferation of noxious weeds or other invasive plants may render habitat unsuitable by outcompeting listed plants for water and nutrients or by preventing seedling germination and establishment. Occupied Colorado hookless cactus habitat that is dominated by cheatgrass appears to inhibit seedling cactus to germinate, thereby threatening the long-term viability of this population. In some cases, increases in canopy cover and density of native species, particularly grasses, can compete with listed plants for limited water and nutrients.

  Other species, such as Parachute penstemon, and DeBeque phacelia thrive in environments where vegetation is sparse and competition is low. Increases in vegetation cover (following disturbances, such as fire or seeding) may cause competition with special status plants, resulting in decreased vigor or mortality.

- Other species thrive in environments where vegetation is sparse and competition is low. Increases in vegetation cover, following such disturbances as fire, mechanical treatments, or seeding, may cause competition with special status plants, resulting in decreased vigor or mortality.

- **Loss of pollinators or pollinator habitat.** Actions that disturb pollinators or that destroy their habitat can have a detrimental impact on plant species. Long-term loss of pollinators can reduce the reproductive ability of these plant species and affect maintenance and genetic diversity of populations.

- **Habitat fragmentation.** Habitat becomes fragmented when contiguous habitat is broken into smaller blocks by surface-disturbing activities and distances between suitable habitat patches increase. Because pollinators fly only limited distances, they are less likely to use small and isolated patches of habitat. Habitat fragmentation can effectively isolate pollinators from special status plants. Smaller populations receive fewer pollinator visits, so seed production is lower in small populations.

  Small population size decreases reproductive success and increases inbreeding and loss of genetic variation. As a result, fragmentation may lower population viability and increase local population extinction risk (Kolb 2008). Herbivory does not decrease with

BLM_0025016

population size; instead, it enforces fragmentation by further reducing the number of flowering individuals (Kolb 2008). Closure and rehabilitation of roads in listed plant habitat may benefit the long-term survival of populations by decreasing habitat fragmentation.

- **Soil compaction.** Soil compaction resulting from heavy equipment or vehicle travel may reduce soil pore size, inhibit water infiltration, and restrict root penetration, thereby inhibiting maintenance and establishment of special status plants.

- **Erosion or sedimentation.** Special status plants may be washed away or their roots may be exposed by erosion from surface-disturbing activities, such as blading or bulldozing for roads. Special status plants may be buried by sedimentation resulting from disturbances upslope of special status plant populations.

- **Alteration of hydrologic conditions.** Some special status plant species (such as Ute ladies'-tresses orchid), which are dependent on seasonally flooded environments, subirrigated soils, or seeps, may be adversely affected by changes in surface or groundwater flow.

- **Changes in fire regime.** Changes in species composition, either in special status plant habitat or in adjacent plant communities, may alter the natural fire regime to which the plants are adapted. Cheatgrass, a highly flammable annual grass, may drastically increase the fire frequency in special status plant habitat, affecting the survivability and viability of the population.

- **Habitat restoration.** This can result from vegetation management projects, hydrologic function restoration, invasive species removal, historic fire regimes restoration, grazing management alteration, or other methods. However, any habitat restoration project for special status plants must be designed specifically for the individual plant species and its specific habitat and site conditions. Generalized habitat restoration projects that do not focus on special status plant needs can have negative effects on these species.

### Conservation Planning (Section 7 [a][1] of the ESA)

The goals for biological resources management, including ESA-listed species, in the PRMP are summarized in **Table 2-1** of this BA. Additionally, **Table 2-1** includes the objectives, actions, and conservation measures proposed to achieve the goals. The PRMP is primarily a landscape-level, programmatic-level document. The stipulations, conservation measures, and BMPs described below for listed plants, are not comprehensive. New conservation measures may be developed at the project level.

BLM_0025017

*Objectives*

Two objectives directly related to listed plant species are included in the PRMP (**Table 2-1**):

- To conserve plants and animals (and their habitats) listed by federal and Colorado governments as threatened, endangered, sensitive or species of concern, and to conserve plants and animals that are candidates for these lists with the overall objective of improving their populations so that they can be removed from these lists.

- Promote maintenance and recovery of federally listed, proposed, and candidate plant species by protecting occupied habitat. Protect occupied habitat for all BLM sensitive plant species and significant plant communities as defined and tracked by CNHP.

*Actions and Surface Disturbance Restrictions*

Ten actions and surface disturbance restrictions directly related to listed plant species are included in the proposed plan (**Table 2-1**):

- Protect and maintain unique ecological values for the following habitat locations to improve the habitat for unique, sensitive, threatened, and endangered plants and animals:

  o Atwell Gulch ACEC: Colorado hookless cactus, DeBeque milkvetch, and Naturita milkvetch *(Astragalus naturitensis)*;

  o Pyramid Rock ACEC: Colorado hookless cactus, DeBeque phacelia, DeBeque milkvetch, Naturita milkvetch, adobe thistle, and aromatic Indian breadroot;

  o South Shale Ridge ACEC: Colorado hookless cactus, DeBeque phacelia, Naturita milkvetch, and adobe thistle; and

- Identify the following areas as core conservation populations for special status plant species:

  o Atwell Gulch;

  o Logan Wash Mine;

  o Pyramid Rock ACEC;

  o South Shale Ridge;

  o Sunnyside; and

  o Reeder Mesa.

- Manage identified habitat to maintain the population. Management tools include but are not limited to weed treatments, inter-seeding, route closures, fencing, and managing timing and intensity of grazing. Identify additional areas as populations are identified and species of concern are modified. Limit new road construction in Reeder Mesa,

BLM_0025018

Sunnyside, Logan Wash Mine, and South Shale Ridge, and designate new roads associated with authorized uses as administrative (e.g., oil and gas and ROWs). Rehab and close roads associated with authorized uses when no longer needed.

- Monitor special status plant populations to determine trends, impacts, and guide future management, with an emphasis on areas near surface-disturbing activities. Utilize monitoring data to determine and modify NSO stipulations applicable to current and historically occupied habitat of threatened, endangered, proposed, and candidate plants.

- Reduce redundancies in routes to minimize habitat fragmentation, and minimize direct impacts on listed plant species habitat, and occupied habitat from motorized and mechanized users of roads, routes and trails. Identify mitigation where open routes are negatively effecting designated critical habitat.

- Reduce as much as practicable route density (miles/square mile) within 200 meters of known Threatened and Endangered plant occurrences throughout the field office. If occurrences are identified in the future that conflict with route designations, implement reroutes.

- Prohibit surface occupancy and surface-disturbing activities in the following ACECs to protect threatened, proposed, candidate, and sensitive plants.

  o Atwell Gulch (threatened and sensitive plants);

  o Badger Wash (sensitive plants);

  o Pyramid Rock (threatened and sensitive plants);

  o South Shale Ridge (threatened and sensitive plants); and

  o Unaweep Seep (sensitive plants).

- Prohibit certain surface uses (as specified in Appendix B of the PRMP), to protect threatened, endangered, proposed, and candidate plants and animals from indirect impacts, loss of immediately adjacent suitable habitat, or impacts on primary constituent elements of critical habitat as designated by USFWS. Maintain existing buffer distances where pre-existing disturbance exists, and reduce redundancies in roads to minimize fragmentation, and minimize direct impacts from motorized and mechanized users of roads, routes and trails. In undisturbed environments and ACECs, prohibit new disturbance within 200 meters (656 feet) of current and historically occupied and suitable habitat. This stipulation includes emergency closures of roads where damage to T&E habitat has occurred.

BLM_0025019

- For those plant communities that meet BLM's criteria for significant plant communities, special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Habitat areas include occupied habitat and habitat necessary for the maintenance or recovery of the species or communities.

Additional management actions indirectly related to the protection of the listed plant species are described in **Table 2-1** and incorporated by reference.

*Colorado Standards for Public Land Health*
The Colorado Standards for Public Land Health describe conditions needed to sustain public land health. They relate to all uses of the public lands. Standards are applied on a landscape scale and relate to the potential of the landscape (Appendix E of the PRMP). Of the five standards listed, standards 1, 3, and 4 would directly apply to the conservation of listed plant species. Specifically, standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor. Standard 3 promotes the health of native plants (and animals) at the community and population levels. Standard 4 establishes BLM standards for protecting and enhancing special status, threatened, and endangered federal and state species and other plants and animals.

*BMPs for Management Actions*
Appendix H of the PRMP includes a number of BMPs and standard operating procedures that would benefit special status plant species by protecting soils, vegetation, and suitable habitat. These BMPs include but are not limited to: closing selected routes to protect special status species and significant plant communities, placing pipelines and other ROWs within road corridors when feasible to minimize disturbance, and minimizing disturbance to soil and native vegetation as much as possible. Additionally, various other practices designed to prevent or limit noxious and invasive weed infestations are also included as BMPs.

**Direct and Indirect Effects**
There would be no effects on threatened and endangered plant species from air and climate resources; cultural resources; paleontological resources; visual resources; lands with wilderness characteristics; forestry; wild and scenic rivers; National Trails; national, state, and BLM byways; Native American tribal uses; public health and safety; Wilderness Study Areas; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Effects from Soils Resource Management*
The goal of soil resource management in the GJFO RMP is to ensure upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for optimal plant growth and vigor, and minimizes runoff and erosion. Included within the PRMP are BMPs, stipulations, and other actions

BLM_0025020

which would protect vulnerable soils (e.g. erosive soils, steep slopes, fragile soils, and biologic soil crusts). Standard operating procedures and BMPs specific to soils include: avoiding vertical cuts, long or steep fill slopes and side cuts across steep slopes. An NSO stipulation which prohibits fluid mineral surface occupancy and use on lands with steep slopes greater than 40 percent would minimize erosion and protect special status plant species found on or bellow steep inclines. The seed bank of the DeBeque phacelia (which is the primary mechanism for which the species survives) is particularly vulnerable to soil disturbing activities, and would therefore benefit from the soil specific stipulations, BMPs, and other actions as described in greater detail in the PRMP.

*Effects from Water Resource Management*

To protect, preserve, and enhance watershed functions, the PRMP would implement NSO stipulations specific to riparian corridors. NSO-2 (covering streams/springs possessing lotic riparian characteristics) would prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, surface occupancy and use and surface-disturbing activities would be prohibited within the riparian zone. This measure would protect potential Ute ladies'-tresses habitat in the DeBeque area and near Plateau Creek. The Colorado hookless cactus, DeBeque phacelia, and Parachute penstemon are not known as riparian obligate species; however, this stipulation could provide protection for those species which happen to occur within riparian corridors. This stipulation would provide additional protection to the 200-meter fluid mineral NSO for listed plant species.

*Effects from Vegetation Management*

In general, vegetation management would emphasize improving and restoring vegetation and special status species habitats. This would be accomplished through actions such as controlling noxious and invasive weeds, implementing woody vegetation treatment projects (e.g. pinyon-juniper and conifer removal), replenished diminished native seed banks, and restrictions on surface-disturbing and disruptive activities in certain locations.

Potential impacts on listed plant species from vegetation treatments include crushing or trampling from heavy equipment, loss of vigor, reduced reproductive output, or mortality from herbicides. Herbicide treatment projects would adhere to the conservation measures and standard operating procedures identified in the Programmatic Integrated Weed Management Plan for the GJFO, which include distance buffer provisions between treatment sites and populations. Weed management impacts on the Colorado hookless cactus, DeBeque phacelia, and Parachute penstemon are analyzed in the BA for Programmatic Integrated Weed Management (BLM 2010b). The BA determined and the USFWS concurred that the Integrated Weed Management Plan may affect, but is not likely to adversely affect these species. This BA tiers to the

BLM_0025021

2010 Programmatic Integrated Weed Management Plan BO and the analysis therein.

Vegetation treatments would cause short-term disturbance of potential special status plant habitat by removing vegetation and exposing soil. Over the long-term these activities would improve habitats for special status plants by removing competitor species and restoring native species.

*Effects from Fish and Wildlife Management*
Fish and wildlife management under the PRMP would emphasize providing for aquatic and terrestrial habitats which support an abundance and diversity of fish and wildlife species with self-sustaining populations. In general, fish and wildlife management would improve and maintain habitat throughout the decision area. Applying stipulations to reduce or mitigate surface-disturbing activities within wildlife corridors and wildlife priority habitats would likely provide some additional protection to overlapping habitat for listed plants.

*Effects from Special Status Species*
The PRMP would work towards managing special status species habitats to provide for their conservation and restoration. Effects to listed plant species would be similar to those described under Fish and Wildlife Management. Core conservation population areas would be identified and managed to maintain the population. Management tools including but not limited to weed treatments, inter-seeding, route closures, fencing, and managing timing and intensity of grazing may be used to meet the goals and objectives for special status plant species.

*Effects from Wild Horses*
Under the PRMP, the BLM would continue to manage the 35,200-acre Little Book Cliffs Wild Horse Range (LBCWHR) located northwest of Palisade. DeBeque phacelia, Parachute penstemon, and Ute ladies'-tresses are not known to occur within this area; however, Colorado hookless cactus occurrences have been recorded, and effects from trampling and habitat degradation may occur. The LBCWHR would be managed at an appropriate management level, currently identified as 90-150 wild horses, although this number may be adjusted if warranted by range conditions. Additional stipulations and conservation measures specific to the LBCWHR would help protect the Colorado hookless cactus from other resource uses. For example, NSO-36 would prohibit surface occupancy and surface-disturbing activities, thereby protecting hookless cactus populations within the LBCWHR from energy development.

*Effects from Wildland Fire Management*
Depending on the extent, location, severity, and seral type affected, unplanned ignitions would have adverse impacts on special status species. Unplanned ignitions can remove or degrade habitat for some species and/or reduce population viability. Large or intense wildfires could damage large expanses of

BLM_0025022

habitat or kill established populations. Indirect effects could result from increased erosion, and increased potential for noxious and invasive weed establishment.

Species such as the Parachute penstemon and DeBeque phacelia are found in barren habitats where fires are uncharacteristic. However, cheatgrass infestations can result in fuel buildup, which could potentially carry fire into these populations. Because these species are not adapted to natural fire regimes, such events would likely result in mortality.

Increased human activity via wildland fire management and prescribed fire could increase the likelihood for injury to or death of special status plant species or changes to survival or reproduction. A large fire that would require extensive suppression, such as large-scale staging areas and fire-line construction, could result in long-term loss of Colorado hookless cactus occurrences and its habitats. However, smaller fires would require less extensive suppression operations and would generally avoid these long-term effects. Extensive staging areas and fire line construction are infrequent in the barren habitat which Parachute penstemon and DeBeque phacelia occupy, but may still occur. Fire and fire suppression activities in these areas could result in impacts to the species including loss of individuals and habitat disturbance.

The PRMP emphasizes a suite of fuels treatments which would provide management flexibility in meeting resource objectives. Fuel treatments would be prioritized to strategically reduce wildfire threat in areas of high risk, rather than areas with a low probability of fire and a longer natural post-fire recovery. All fires would be suppressed in Salt Desert Shrub communities to protect those species not adapted to fire, including the Colorado hookless cactus, and to reduce cheatgrass invasion.

*Effects from Livestock Grazing Management*
Effects from livestock grazing management tiers to the BA for Effects on Listed Plant Species from the Bureau of Land Management Livestock Grazing Program (BLM 2012a, 2012b). This BA addressed the impacts of the livestock grazing program on ESA-listed plant species, including Colorado hookless cactus.

The primary potential impacts on T&E plants from implementing the livestock grazing program can occur from trampling, alteration of habitat, applying herbicides, and from surface-disturbing actions related to range developments; examples are the construction of fences, water pipelines, cattle guards, and livestock ponds. Potential impacts of livestock grazing vary by plant species and their habitats. Impacts also depend on the class of livestock and the particular grazing system, with some species favored by particular systems and others responding negatively.

Parachute penstemon grows on sparsely vegetated steep talus slopes where livestock grazing use is uncommon. Additionally, most known occurrences

BLM_0025023

within the planning area occur on private lands where the BLM does not manage livestock grazing. As such, impacts on this species from grazing would be negligible, and the actions and allowable uses as described under the PRMP would have little effect on the species.

Ute ladies'-tresses is found in riparian habitats, such as point bars, sand bars and low lying gravelly, sandy, or cobbly edges. While these are areas which can receive heavy grazing, there are no known occurrences within the planning area, and therefore livestock grazing activities are unlikely to affect the species.

The DeBeque phacelia and Colorado hookless cactus are both susceptible to crushing or trampling, especially in areas of concentrated use such as near salt blocks and livestock ponds. Soils which have high clay content, such as those that support DeBeque phacelia, are especially susceptible to compaction when wet. Late winter and early spring grazing are likely to be most detrimental. Grazing in these habitats could cause injury or direct loss. Additionally, livestock grazing can reduce vegetation cover, affecting species composition, soil compaction, erosion, sedimentation, and increased potential for weed spread and establishment, all of which could reduce the health and vigor of these species communities.

By closing grazing in the entire Pyramid Rock ACEC (1,300 acres), and the majority of the Atwell Gulch ACEC (2,600 acres of 2,900 total acres), populations of listed plants within those designated boundaries would be protected from livestock use. Specifically, those populations of the Colorado hookless cactus found in both ACECs, and populations of the DeBeque phacelia found in the Pyramid Rock ACEC. However, grazing activities would continue to affect those populations found outside the designated ACEC boundaries. Adverse effects to both plant species are anticipated.

Even under proper management, livestock grazing could impact special status species to varying degrees. Impacts from poorly managed livestock grazing would be greater in magnitude and extent than those from properly managed grazing. Under the PRMP, the BLM would periodically evaluate possible livestock grazing closures on allotments or potions of allotments should major impacts on sensitive species occur.

*Effects from Recreation and Travel Management*
Direct impacts on listed plants from recreation include surface disturbing activities, such as construction of developed recreation facilities, motorized or off-road vehicle (OHV) use, and foot or horse travel. Dispersed recreation off existing roads or trails can result in direct mortality of listed plant species from crushing, trampling, or uprooting. Indirect effects may also occur from recreational use, such as soil compaction, changes in vegetation composition and structure, and loss of vegetative cover; all of which may degrade habitat. Additionally, increased disturbance can result in the spread and establishment of noxious weed populations. The levels of impact are related to the duration,

BLM_0025024

intensity, and expanse of recreation, and are expected to increase with increased visitation. The risk of impacts is greatest in areas where concentrated human activity, such as Special Recreation Management Areas (SRMAs) and Extensive Recreation Management Areas (ERMAs), overlap with habitat for listed plant species. In general, SRMAs, and ERMAs would avoid much of the currently occupied habitats for special status plant species; however, in some areas the BLM would employ adaptive management to protect special status species if impacts were to occur. Impacts would be more likely to occur in areas that have not been previously inventoried. Travel routes would be planned to avoid known occurrences. However, adverse effects on the Colorado hookless cactus are still anticipated. Under the Proposed RMP, 56.4 miles of routes open to public use (including 11.2 miles of county-maintained roads) would be located within 200 meters of known Colorado hookless cactus occurrences. There would also be 47.9 miles of existing routes within 200 meters of known occurrences proposed for closure and rehabilitation. Within 20 meters of known Colorado hookless cactus occurrences, 4.1 miles of routes would be open to public use (including 0.3 miles of county-maintained roads) and 1.1 miles of routes would be restricted to administrative and permitted use only. There would be 5.8 miles of routes within 20 meters of known occurrences proposed for closure and rehabilitation. Impacts, in the form of trampling, could also occur from cross-country foot and horse travel.

Only 1.4 miles of routes open to public use (including 0.9 miles of county-maintained roads) occur within 200 meters of known DeBeque phacelia populations; no routes occur within 20 meters of known occurrences. Given the limited extent of nearby routes, travel related impacts on DeBeque phacelia would be negligible. No routes open to public use occur within 200 meters of known Parachute penstemon or Ute Ladies'-tresses occurrences. Therefore, no adverse impacts are anticipated for these species.

All Special Recreation Permits (SRPs) would contain standard stipulations appropriate for the type of activity and may include additional stipulations necessary to protect land or resources, including habitat for listed plants.

*Effects from Lands and Reality Management*
The goal of the GJFO lands and reality management is to meet resource needs while providing public use authorizations such as Rights-of-Way (ROW), renewable energy sources, permits, and leases. New ROWs can result in habitat fragmentation, degradation of habitat, and direct mortality. Land disposal (e.g. though sale or exchange) of listed plant species habitat could result in loss of populations, unless lands leaving public ownership are guaranteed protection though a conservation easement or other agreement. Any acquired lands which contain habitat for listed plants would benefit those species by affording the protection of BLM guidelines and regulations.

BLM_0025025

ROW exclusion and avoidance areas would minimize impacts on listed plant species and their habitats by prohibiting or limiting development. Under the PRMP, the BLM would manage 221,600 acres as ROW exclusion areas, which would not be available for ROW or other reality authorizations. This includes all occupied Parachute penstemon habitat and ACECs containing listed plant species habitat such as: Pyramid Rock, South Shale Ridge, and a portion of Atwell Gulch (2,600 acres). The BLM would manage 779,800 acres as ROW avoidance areas, which includes special status species occupied and suitable habitat.

*Effects from Energy and Mineral Management*

Energy development is widespread throughout the GJFO planning area, and oil and natural gas development in particular threaten populations of listed plants in the area. Direct impacts associated with fluid mineral development include habitat disturbance, fragmentation, and destruction; as well as direct mortality from construction equipment, land clearing activities, and vehicle use. The construction of access roads, well pads, pipelines, buildings, holding tanks, and other infrastructure associated with oil and gas development can fragment or degrade habitat, and result in indirect effects such as erosion, sedimentation, and establishment of noxious weeds.

Energy development threatens the Colorado hookless cactus, DeBeque phacelia, and Parachute penstemon, as described in detail within these species recovery plans. Energy development could potentially threaten the Ute ladies'-tresses as well; however, no known populations occur within the action area, and hydrology and riparian stipulations would protect potential habitat. For example, along streams and springs possessing lotic riparian characteristics, surface occupancy and surface disturbing activities would be prohibited with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Therefore no adverse impacts to the Ute ladies'-tresses are anticipated.

The GJFO planning area contains approximately 1,444,000 acres of federal mineral estate, of which 961,600 acres are currently open to leasing. The majority of designated critical habitat within the planning area for DeBeque phacelia (19,400 of 19,600 acres), Parachute penstemon (6,500 of 7,100 acres), and Colorado hookless cactus (2,700 of 3,200 acres) is currently leased for oil and gas development. Because stipulations in the Proposed RMP can only be applied to new leases, Condition of Approvals (COAs) would be more effective at limiting potential impacts associated with fluid mineral developments in these areas. For future leases, implementing stipulation NSO-13 would prohibit surface use within current and historically occupied habitat and critical habitat of threatened and endangered plant species.

BLM_0025026

*Effects from Areas of Critical Environmental Concern Management*

The BLM would designate 13 ACECs in the GJFO planning area under the PRMP, encompassing 123,400 acres. Of these, Atwell Gulch, Badger Wash, Dolores River Riparian, Juanita Arch, The Palisade, Pyramid Rock, Roan and Carr Creeks, Rough Canyon, Sinbad Valley, South Shale Ridge, and Unaweep Seep are valued for the rare plants (among other resources) which occur within the proposed designation boundaries. These designated areas would be closed to wood harvest, mineral materials sales, and non-energy leasable mineral exploration and development. Other restrictions include travel route closures or limitations, ROW avoidance or exclusion areas, recreation restrictions, surface disturbance stipulations, and fluid mineral leasing closures. As such, known and undiscovered populations of special status species would be protected from surface disturbance and associated impacts within these areas.

**Cumulative Effects**

Cumulative effects include those of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

The cumulative impacts analysis area (CIAA) for Colorado hookless cactus, DeBeque phacelia, Parachute penstemon, and Ute ladies'-tresses extends outside the planning area and follows fourth-order watershed boundaries that completely or partially overlap the planning area. The fourth-order watersheds were used as the basic unit of analysis because the scope of cumulative influence would be at the watershed scale and is not expected to extend beyond this scale. Noxious weeds can also be dispersed into the planning area by upstream waterways and carried downstream from the planning area.

The majority of the planning area occurs within Mesa County, which has experienced significant population growth since 1987, and population forecasts expect the growth trend will continue (Colorado Division of Local Government, State Demography Office 2013). As such, continued use and development within the planning area is expected to continue. Past, present, and reasonably foreseeable future actions and conditions in the CIAA, both on public and private land, that have affected and will likely continue to affect Colorado hookless cactus, DeBeque phacelia, Parachute penstemon, and Ute ladies'-tresses and other vegetation are as follows:

- Mineral exploration and development
- Agricultural development
- ROW and infrastructure development

BLM_0025027

- Water diversion and withdrawals
- Livestock Grazing
- Recreation
- Road construction
- Weed invasion and spread
- Prescribed and wildland fires
- Land planning
- Vegetation treatments
- Habitat improvement projects
- Insects and disease
- Drought
- Farming

In general, resource use activities have cumulatively caused habitat removal, fragmentation, increased human presence, and weed spread, whereas land planning efforts and vegetation, habitat, and weed treatments have countered these effects by improving habitat connectivity, productivity, diversity, and health. Surface disturbing activities on private lands are likely to have a disproportionate impact on listed plants, as these populations do not receive the same level of protection as federal lands. Conservation easements with private landowners would help protect these populations. For example, 40 percent of Parachute penstemon occupied habitat (and 69 percent of the plants) are located on designated State Natural Areas under a CNAP agreement between the State of Colorado and a private land owner (USFWS 2013b). This CNAP agreement serves as a significant mechanism for the species recovery. A proposal to designate the Logan Wash Mine site as a Natural Area would provide additional protection to the species and its habitat found in this area.

Continued ROW development on all land ownership types likely to impact the DeBeque phacelia and Colorado hookless cactus. A portion of the designated Westwide Energy Corridor crosses DeBeque phacelia habitat, and 13 percent of critical habitat occurs within this corridor (USFWS 2013a). The corridor also covers 70,142 acres of potential habitat for the Colorado hookless cactus (USFWS 2010a).

Many of these activities create conditions that cause vegetation changes. For example, wildland fire removes vegetation, which makes affected areas more susceptible to weed invasion and soil erosion. Droughts reduce vegetation health, leaving it prone to insect infestation or disease. In general, resource use activities have cumulatively caused vegetation removal, fragmentation, weed spread, soil compaction, and erosion; land planning and vegetation and weed treatments have been implemented to counter these effects by improving

BLM_0025028

vegetation connectivity, productivity, diversity, and health. Climate change in the CIAA could increase or decrease temperatures and precipitation. This would affect soil conditions, vegetation distribution, water flows, water quality, and water temperature (Ficklin et al. 2010; Lenihan et al. 2003; McKenney et al. 2007; Hamann and Wang 2006). Such changes would alter the conditions to which vegetation communities are adapted, potentially creating conditions that favor certain vegetation species or communities, weeds, or pests (Hellmann et al. 2007). Recreation has emerged as an ever-increasing pursuit in the planning area and is expected to increase. Popular and common pursuits in the planning area are rafting, boating, hunting, fishing, hiking, camping, skiing, rock climbing, mountain biking, and four-wheeling. Levels of impact are related to the duration, intensity, and expanse of recreation, and are expected to increase with increased visitation.

Under the PRMP impacts on listed plants and their habitat would be minimized to the extent practical and feasible through compliance with the ESA and BLM Manual 6840, restrictions, stipulations, closures to mineral exploration and development, recreation, motorized travel, designation of ACECs to protect certain special status species, COAs, and by concentrating development in previously disturbed areas. Habitat conditions would be improved through treatments, weed prevention and control, acquisition of water rights, use of prescribed and wildland fire, forestry management, and grazing management.

### 4.2.2   Fishes

The following analysis was combined to include all five listed fish species: Colorado pikeminnow, bonytail, humpback chub, razorback sucker, and green lineage cutthroat trout. Effects which may differ for individual species are clarified in the text.

***Assumptions and Methods of Analysis***

The following assumptions apply throughout the assessment of effects of the proposed action on the five listed fishes (Colorado pikeminnow, bonytail, humpback chub, razorback sucker, and green lineage cutthroat trout):

- Some actions may benefit one species while having a negative or beneficial impact on another.

- Maintaining high quality habitat conditions would have some influence on reducing the severity of outbreaks and subsequent losses from diseases. But the prevalence in the environment of various diseases could not be fully controlled, particularly at chronic levels of occurrence.

- Impacts on fish are based on the following cause and effect premise:

  o Exposure—The likelihood that a given stressor will affect a given species

BLM_0025029

o Stressor—The portions of an action that may cause some sort of a reaction by the species

o Response—The negative, positive, or neutral response of the species to the stressor

- Unless otherwise noted, short-term impacts are defined as impacts expected to last two years or less; long-term impacts are defined as impacts expected to last longer than 2 years.

- Although recent studies distinguish true greenback cutthroat trout populations from green lineage cutthroat trout populations, both are treated the same in terms of management and protection. As such, if an action may affect a green lineage cutthroat trout population, then initiation of Section 7 consultation is appropriate.

The following primary impacts for the listed fish species and their habitats are the focus of the effects analysis:

- Water quality alteration—Actions, activities, or accidents (spills and leaks) that could alter important water quality parameters, such as pH, dissolved oxygen, temperature, alkalinity, and turbidity

- Direct mortality—Sublethal effects of stress, reduced recruitment, and reduced quality and quantity of food

- Water depletions—Loss of physical habitat, reduced water quality, increased sedimentation, loss of habitat structure and complexity, reduced recruitment, reduced food quality and quantity, disease, and stress

- Introduction and spread of aquatic nuisance species or disease vectors—Competition for resources, displacement, predation, reduced recruitment

- Direct mortality—Potential direct mortality of eggs, larvae, and adults of fish in low-water crossing areas

### Conservation Planning (as Relates to Section 7[a][1] of the ESA)

The goals for biological resources management, including ESA-listed species, in the PRMP are summarized in **Table 2-1** of this BA. Additionally, **Table 2-1** includes the objectives, actions, and conservation measures proposed to achieve the goals. The PRMP is primarily a landscape-level, programmatic-level document. The stipulations, conservation measures, and BMPs described below for listed fishes are not comprehensive. New conservation measures may be developed at the project level.

### Objectives

The following objective from the PRMP is directly related to listed fish species (see **Table 2-1**):

BLM_0025030

- Maintain or improve the quality of listed (threatened or endangered) fish and sensitive fish habitat by managing public land activities to support species recovery and the benefit of those species.

*Actions and Surface Disturbance Restrictions*

Seven actions and surface disturbance restrictions directly related to listed plant species are included in the proposed plan (**Table 2-1**):

- Identify limiting habitat factors based on site characteristics and habitat capabilities using channel type and geology classifications (e.g., Rosgen). Upon identification of limiting factors, prioritize and implement proven river, stream, lake, and riparian practices (e.g., in-channel habitat structures to create pools, riparian plantings) or by changing management of other program activities (e.g., changing livestock grazing season use) to achieve desired future condition.

- Designate the following ACECs to protect habitat for unique, sensitive, and listed fish (see ACECs section for management prescriptions):

  - Roan and Carr Creeks: green lineage cutthroat trout (*Oncorhynchus clarkii*).

- While maintaining desired levels of access, identify and reroute or close and rehabilitate redundant, duplicative, or poorly constructed routes to reduce point sources of erosion and resulting sedimentation and turbidity impacts within watersheds containing known Colorado River and Greenback cutthroat trout populations. Focus on routes within closest proximity to occupied streams.

- Prohibit in-channel stream work in all occupied streams during fish spawning, egg incubation, and fry emerging seasons. Fish spawning, egg incubation, and fry emerging seasons vary by elevation and temperatures. Refer to **Table 2-1** for details.

- No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major rivers: Colorado, Dolores, and Gunnison.

- Prohibit surface occupancy and surface disturbing activities with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and surface disturbing activities within the riparian zone. (Refer to Appendix B of the PRMP.)

BLM_0025031

- Manage the Roan and Carr Creeks ACEC as a ROW avoidance area to protect special status fish species' habitat.

*Colorado Standards for Public Land Health*

Colorado Public Land Health Standards are applied on a landscape scale (Appendix E of the PRMP). Of the five listed standards, Standards 2, 4, and 5 would directly apply to conservation of listed fish species within the GJFO planning area. Standard 2 applies to recovery of properly functioning lentic and lotic waters from disturbances such as fire, overgrazing, and floods. Standard 4 establishes standards for protecting and enhancing special status, threatened, and endangered species (federal and state), including big river fish. Standard 5 applies to all water bodies, including groundwater on or influenced by BLM lands, to achieve or exceed the water quality standards established by the State of Colorado. Water quality standards for surface water and groundwater include the designated beneficial uses, numeric and narrative criteria, and antidegradation requirements set forth under 5 Colorado Code of Regulations 1002-8, as required by Section 303(c) of the Clean Water Act.

*BMPs for Management Actions*

Appendix H of the PRMP includes a number of standard operating procedures and BMPs that would directly or indirectly benefit listed fish species by protecting soils, water resources, riparian habitat and wetlands, fish and wildlife management, and special status species.

**Direct and Indirect Effects**

There would be no effects on threatened and endangered fish species from air and climate resources; wild horse management; cultural resources, paleontological resources, visual resources, lands with wilderness characteristics, wild and scenic rivers, National Trails, national, state, and BLM byways; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Water Depletion Programmatic BAs*

The BLM has determined, and the USFWS has concurred, that any water depletions in the Colorado River Basin are likely to adversely affect the four endangered Colorado River fishes and their critical habitats (BLM 2008a, 2008b; USFWS 2008, 2009a). Two programmatic BAs assessed the effects of activities administered by the BLM across eight administrative units and field offices in western Colorado that could deplete water from the upper Colorado River Basin. One BA assessed the BLM's fluid mineral program and consists of ongoing and projected fluid mineral development administered by the BLM in western Colorado including all federal natural gas wells, oil wells, and coalbed methane natural gas wells including split estate (BLM 2008b). This BA addressed water depletion activities such as: water used for access road dust abatement, water used for hydrostatic testing of new pipelines, water used to drill and complete wells, water associated with connected federal actions, and water use associated

BLM_0025032

with seismic activity. The second BA (BLM 2008a) addressed all other water depleting projects including impoundments, diversions, water wells, pipelines, and spring developments.

These programmatic BAs cover most BLM activities in the action area. Therefore, the impact analysis contained in them is incorporated here by reference. The following impact analysis addresses only impacts not included in the two programmatic BAs. These BAs did not assess the effects of water depletions on the green lineage cutthroat trout; those effects are discussed below.

*Effects from Soil Management*

Stipulations, BMPs, and other conservation actions related to soils management would benefit the five listed fish species by reducing erosion and sedimentation potential. These measures would be particularly beneficial to populations of green lineage cutthroat trout which are more susceptible to increased sediment and turbidity. Increased sediments in the cutthroat trout streams can reduce dissolved oxygen, raise stream temperature, and can cover spawning and rearing areas, thereby reducing the survival of fish embryos and juveniles (US Forest Service 2009). Excessive sedimentation can also fill in important pool habitats, reducing their depth and making them less usable. Pool habitats are important as over-summer and over-winter thermal refuge areas and, when coupled with stream-flows, are often a limiting factor in many cutthroat trout streams. While impacts on the sediment-tolerant big river fish species would not be as pronounced as those on the green lineage cutthroat trout, increased turbidity and altered flow regimes can still result in impacts. Sediment loads beyond what water volumes can effectively and efficiently move can restrict channel width, reduce side-channel formation and maintenance, and result in reduced numbers and depth of important microhabitats such as backwaters. In general, sediment loads out of balance with flow regimes can result in reduced habitat complexity and diversity and reduce habitat quality for these species.

High concentrations of selenium may adversely affect listed fish species. Selenium is a natural trace element that is a component of certain sedimentary deposited soils, primarily Mancos shale, a common formation in parts of western Colorado, and is a known water quality problem for the Colorado pikeminnow, bonytail, humpback chub, and razorback sucker. The Mancos shale formation occurs within the planning area, and experiences substantial instability. Selenium becomes an issue when upon saturation, it leaches into water. In larger rivers, it becomes concentrated and accumulates in low to zero velocity habitats and enters the food chain. Historic agricultural practices in particular have resulted in the Colorado River having higher than desired levels of selenium. Selenium concentrations of 4.9-7.0 µg/g dry weight in whole body fish from the Colorado River basin have been among the highest in the nation (Hamilton et al. 2002). Selenium bioaccumulates in fish tissue primarily via the consumption of food resources that contain elevated levels of the compound.

BLM_0025033

All of the endangered big river fish species are at increased risk because they are all long lived species which increases bioaccumulation potential. Colorado pikeminnow are especially at risk given their piscivorous (fish eating) nature and status as the top predator. High selenium levels can affect reproduction and recruitment (Lemly 2002; Sorensen 1991). Tissue samples taken from Colorado pikeminnow in the Colorado River near Grand Junction, CO showed selenium levels to be above the recommended toxicity threshold of 4 parts per million in the majority of fish (Osmundson et al. 2000).

Approximately 171,900 acres of potentially unstable Mancos shale areas were mapped throughout the planning area, the majority of which occurs north of Interstate 70. One of the objectives for soil management included within the PRMP is to "minimize or control elevated levels of salt sediment, and selenium contribution from federal lands to river systems in the planning area." Protective soil program stipulations would help to eliminate and reduce potential impacts. For example, CO-CSU-Geology Soil would restrict all surface disturbing activities on fragile soils and mapped Mancos shale and saline soils. This could include special design, construction, and implementation measures, including relocation of operations by more than 200 meters (625 feet). This stipulation would apply to 481,600 acres, and would reduce the potential for selenium and salt contributions into the major waterways due to anthropogenic activity. CO-NSO-Geology Slope would prohibit surface occupancy and use on lands with steep slopes greater than or equal to 40 percent. This stipulation would encompass 347,700 acres, and protect inclined slopes which are particularly vulnerable to accelerated erosion. These measures, in combination with BMPs and other soil and geology stipulations, would help minimize or control elevated selenium levels. Selenium leaching is a naturally occurring process within the planning area, and is expected to continue. However, implementation of the RMP is not expected to increase selenium contributions beyond current conditions. Soil management is not anticipated to adversely affect the five listed fish species.

*Effects from Water Resource Management*
To protect, preserve, and enhance watershed functions, the PRMP would implement BMPs, NSO stipulations, and other conservation measures within or near streams and rivers. Activities such as energy development, road use, active pipeline rights-of-ways, and other construction activities can alter water quality by way of spills, leaks, or vehicular accidents. Impacts on fish species can range from sub-lethal (stress, reduced feeding behavior, reduced breeding success and recruitment), to direct mortality of individuals or populations. To protect water quality, operators would utilize standard operating procedures and BMPs as described in Appendix H of the RMP. These include but are not limited to: using closed loop drilling systems, containing flowback and stimulation fluids in tanks on well pads with secondary containment mats/blankets, and collecting baseline water quality data from downstream fresh water sources prior to drilling, mining, or storage of potentially harmful substances. Specific stipulations which

BLM_0025034

limit or restrict surface disturbing actions within stream corridors would also reduce the risk of water quality impairments (e.g. spills, leaks, fine sediments, and other contaminants).

Water depletion activities would result in adverse effects to the four big river listed fish species. The primary actions and activities that result in water depletions include construction of water impoundments (stock ponds, reservoirs), water diversions for agricultural and domestic uses, water use associated with natural gas development, and fire suppression. Effects to the four big river endangered species were analyzed in the two BAs for water depletion activities in western Colorado (BLM 2008a; BLM 2008b). The BAs concluded and the USFWS concurred that any water depletion activities would have an adverse effect of these four fish species.

Water depletions would also affect green lineage cutthroat trout populations. Reduced flow can result in increased water temperatures, reduced food supplies, reduced habitat complexity and diversity, and a loss of carrying capacity. Important microhabitats such as spawning bars and pools can be lost or altered. Reduced flows can result in habitat fragmentation and limit movement of cutthroat between preferred habitats. Holding habitats (pools) can be reduced in size and become less useable by fish or amphibians. Fish that congregate in limited pool habitats for long periods can incur increased stress and susceptibility to disease. However, the green lineage cutthroat trout is a headwater species; therefore, water depletions along the Colorado, Gunnison, and Dolores Rivers would have no effect. Activities resulting in water depletions from headwater streams where green lineage cutthroat trout are known or believed to occur would require separate consultation with the USFWS.

*Effects from Vegetation Management*
Vegetation management under the PRMP includes mechanical treatments, hand thinning, prescribed fire, and herbicide use. The types of effects on listed fish species from vegetation management include loss or reduced streamside vegetation cover, sediment transport, increased turbidity, and incidental exposure to herbicides.

Impacts on listed fish species associated with weed management were analyzed in the BA for Programmatic Integrated Weed Management (BLM 2010b). The standard operating procedures and conservation measures identified in this document would help to protect the listed fish species from incidental herbicide exposure. The BA determined and the USFWS concurred that the Integrated Weed Management Plan may affect, but is not likely to adversely affect the green lineage cutthroat trout, Colorado pikeminnow, razorback sucker, bonytail, and humpback chub. This BA tiers to the 2010 Programmatic Integrated Weed Management Plan BO.

Loss of streamside vegetation cover and increased sedimentation and turbidity may occur as a result of vegetation treatments. However, these impacts would

*Biological Assessment for the Grand Junction Field Office RMP Revision*

BLM_0025035

generally be short term and minor. The minimal amount of sediment transport that could result from vegetation management would be undetectable and well within the background levels carried by the Colorado or Gunnison Rivers, and would therefore have no adverse effect on the four listed fish species within these water bodies. Short-term impacts associated with streamside vegetation treatments would have a greater effect on green lineage cutthroat trout. However, vegetation management actions would emphasize healthy riparian vegetation systems capable of capturing sediment and providing forage habitat. As such, vegetation management would have long-term benefits to green lineage cutthroat trout.

### Effects from Fish and Wildlife Management

Fish and wildlife management would benefit the five listed fish species which occur within the planning area by applying stipulations and other actions which protect steam channels and river corridors. In-channel stream work TLs would help protect fish species during spawning, egg incubation, and fry emerging seasons. Additionally, NSO stipulations within 400 feet (for fluid mineral activities) or 0.25-mile (all other programs except fluid minerals) of the ordinary high-water mark (bank-full stage) of the major river corridors, would reduce sedimentation potential.

### Effects from Special Status Species Management

Special status species management would benefit the listed fish species. Conservation actions and stipulations as described throughout this analysis (e.g., NSO stipulations, ACEC management, route closures) would work towards maintaining or improving the quality of listed fish and sensitive fish habitat by managing public land activities to support species recovery and the benefit of those species.

### Effects from Wildland Fire Management

Fire management in the GJFO is guided by the Fire Management Plan for the Colorado National Monument and BLM Grand Junction Field Office (BLM 2008c). Effects to special status species (including listed fish) were analyzed in the Environmental Assessment prepared by the BLM, and are incorporated by reference. In summary, mitigation will provide for the protection of ponds, live streams and their attendant riparian areas by precluding all equipment, fire lines and all other unnecessary disturbance from the area including a buffer area (determined on a case-by-case basis) during firefighting activities (subject to exceptions). Short-term effects from ash runoff and sedimentation can occur; however, long-term adverse effects on listed fish species are not anticipated.

Water withdrawals used in combating fire could alter the hydrologic regime of aquatic systems, affecting special status fish species in the GJFO and downstream.

BLM_0025036

*Effects from Forestry Management*
Effects from forestry management are similar to those discussed under vegetation management. Closing wood harvesting in ACECs, the Palisade watershed, municipal watershed, and other areas identified in the PRMP would limit sediment transport to nearby stream systems. Impacts on listed fish species would be short-term and minor.

*Effects from Livestock Grazing Management*
Under the PRMP, 960,500 acres of land would be open to livestock grazing, which includes lands adjacent to streams and rivers utilized by listed fish species. Livestock often use riparian areas for water and shade, which may cause greater impacts in these areas. Concentrating livestock in these areas could alter stream functionality and vegetation structural diversity. The loss or reduction of streamside vegetation can decrease available aquatic cover, increase water temperatures, and reduce the availability of insects to feed fish and other aquatic wildlife. Additionally, livestock use near riparian areas can contribute to the spread of invasive weed species downstream, thus increasing the fuel load.

Livestock grazing could change aquatic habitat connectivity by altering bank stabilization and water quality in certain areas. Water developments near tributary creeks could affect the hydrologic regime of these systems by withdrawing water. Range improvements, including the construction of stock ponds, could promote vegetation loss, soil compaction, and erosion in the areas around the ponds. However, depending on the placement of stock ponds, new livestock water sources may draw livestock away from existing natural water features and sensitive riparian habitat that have vulnerable soils.

Under the PRMP, the BLM would periodically evaluate possible livestock grazing closures on allotments or potions of allotments should major impacts on sensitive species (including fish) occur. Specific allotments identified as closed to grazing would benefit green lineage cutthroat trout in areas such as Brush Creek.

*Effects from Recreation and Travel Management*
Recreation in riparian areas and waterways could alter aquatic wildlife movement patterns. Use of trails to access fishing along streams or lakes could compact soil, exacerbate erosion and sedimentation into waterways, and reduce vegetation cover. The spread of aquatic disease vectors is also of concern: fishing equipment and boats can provide a means for transporting parasites to previously unaffected habitats.

Green lineage cutthroat trout are susceptible to whirling disease: a parasite-caused condition which can limit recruitment and long-term population persistence, and can result in mortality. The parasite is difficult to eradicate once established in a previously unexposed aquatic ecosystem (Nehring et al. 2005). The PRMP would implement measures to reduce the chance of spreading whirling disease. Specifically, all equipment associated with actions permitted by

BLM_0025037

the BLM (including but not limited to Special Recreation Permits) conducted within or near perennial water source previously used in water bodies with known invasive species would be treated with accepted disinfection practices prior to launch.

Travel on routes can present a high risk of sediment impacts on aquatic fish species, including green lineage cutthroat trout. Sediments of less than 1 millimeter can impact spawning habitat and reproductive success for fish species that spawn in gravel substrates. Tiny sediments can fill the interstitial spaces in spawning gravels and reduce the flow of oxygenated water to developing embryos, which decreases survival (Quinn 2005). Although sediments and turbid waters may provide cover from predators for sediment-tolerant species, including razorback sucker (Johnson and Hines 1999), too much sediment could negatively impact spawning success of other fish species.

Travel routes may cross water bodies; these routes often require in-channel structures such as culverts and bridges, which remove aquatic habitat and may be barriers to fish passage (Bryant 1981; Barrett et al. 1992). By designating zero acres as open to cross-country motorized travel within 100 feet of perennial streams, and by closing an additional 260 acres of land within 100 feet of perennial streams to motorized travel, the Proposed RMP would decrease impacts on green lineage cutthroat and big river fish and their habitat over the long term.

Riparian areas and waterways are popular recreation spots, and demand for access (e.g., more roads) to these areas is expected to increase over the long term. This would cause greater impacts on aquatic species. Some species may adapt to disturbances over time and could recolonize disturbed habitats. Impacts are more likely to occur in easily accessible areas, where visitation would be high and concentrated.

*Effects from Lands and Reality Management*
Impacts on listed fish species from lands and reality management would depend on the location and extent of the activity. ROW authorizations in proximity to or upstream of waterways with occupied listed fish species could result in increased sedimentation and turbidity; however, these impacts would typically be site specific and small in scale. ROW exclusion areas would be designated on 221,600 acres, including the majority of the Dolores River Canyon. ROW avoidance areas would be designated on 779,800 acres, including the Roan and Carr Creeks ACEC (which contain green lineage cutthroat trout populations), and floodplains. These measures would reduce lands and reality impacts on listed fish species and their habitats.

*Effects from Energy and Mineral Management*
Impacts on the four big river endangered fish species resulting from increased sediment and turbidity associated with energy development projects would be minor. Any fluid mineral or other energy activity which results in water

BLM_0025038

depletions would have adverse effects on these species; these activities and effects are addressed in the Programmatic BA and BO for Water Depletions Associated with Bureau of Land Management's Fluid Mineral Program within the Upper Colorado River Basin in Colorado (BLM 2008b).

The effects of sedimentation and increased turbidity would be more likely to affect populations of green lineage cutthroat trout. Actions that result in ground disturbance including the construction of well pads, pipelines, compressor stations, settling ponds, and access roads, can increase soils available for offsite transport and increased sedimentation and turbidity in streams. NSO-2 would prohibit surface occupancy and surface disturbing activities with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). This measure would limit impacts associated with unleased fluid mineral development on green lineage cutthroat trout populations and habitats.

*Effects from Wilderness Study Area Management*
Designating additional WSAs is not being considered under the PRMP. Four existing WSAs occur within the planning area: Demaree Canyon (22,700 acres); Little Book Cliffs (29,300 acres); The Palisade (26,700 acres); and Sewemup Mesa (17,800 acres). Continued management of the four WSAs within the planning area would benefit green lineage cutthroat trout in nearby aquatic systems by implementing more restrictive use stipulations and actions (such as closing these areas to motorized and mechanized travel).

*Effects from Areas of Critical Environmental Concern Management*
The BLM would designate 13 ACECs in the GJFO planning area under the PRMP, encompassing 123,400 acres. Of these, Dolores River Riparian, Roan and Carr Creeks, and Rough Canyon are valued for the rare fish species (among other resources) which occur within the proposed designated boundaries. These designated areas would be closed to wood harvest, mineral materials sales, and non-energy leasable mineral exploration and development. Other restrictions include travel route closures or limitations, ROW avoidance or exclusion areas, recreation restrictions, surface disturbance stipulations, and fluid mineral leasing closures. As such, listed fish species (primarily green lineage cutthroat trout in the Roan and Carr Creeks ACEC) which occur in these waterways would benefit from ACEC management.

**Cumulative Effects**
Cumulative effects under the ESA are the effects of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in the cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

BLM_0025039

The CIAA for the five listed fish species extends outside the planning area and follows fourth-order watershed boundaries that completely or partially overlap the planning area. This includes private and state lands and accounts for cumulative effects associated with water depletions outside the planning area.

Declines in the abundance or range of these fish species have been attributed to various human activities on federal, state, and private lands. These activities are expanding human population and associated infrastructure development; constructing and operating dams along major waterways; water retention, diversion, or dewatering of springs, wetlands, or streams; recreation, including off-road vehicle activity; expanding agricultural and grazing activities, including altering or clearing native habitats for domestic animals or crops; and introducing nonnative plant, wildlife, or aquatic species.

These types of activities can alter native habitats. When nonnative fish are introduced, they can prey on young listed species or outcompete them for space, optimal habitats, and food. Many of these activities are expected to continue on lands in the range of these fish species and could contribute to cumulative effects on these species in the analysis area.

Water diversions began when the first white settlers to the region began to manage water for human uses, including irrigation for crops, livestock, and domestic uses. As population centers in the planning area and beyond continued to grow and expand, water demand increased. Western Colorado is considered water rich, compared to the Front Range population center of Colorado, where water is more limited. Several dams and reservoirs and large trans-mountain/basin water diversions were constructed to take water from headwater streams in the Colorado River Basin and move it through the Continental Divide to Front Range municipalities. The GJFO has been and will continue to be affected by irrigation and drinking water diversions. Reservoir operations have affected water supply, aquatic conditions, and timing. Irrigation rights are expected to continue being bought and sold in the future, with some new property owners informally changing how the right was historically used. Due to population growth and land sales, more agricultural water rights may be converted to municipal and industrial uses. Future oil shale development could also result in water diversions. Impacts associated with water depletions include habitat alteration, sediment aggradation, reduced spawning habitat and habitat complexity and diversity, and loss of important microhabitats, including backwaters, flooded bottomlands, and side channels.

Introductions of nonnative fishes were common in the late 1800s and throughout the 1900s. Several species were stocked as sport fish and for food production, including rainbow trout, brown trout, brook trout, and Snake River and Yellowstone cutthroat trout. In addition, purposely or accidentally, other species have made their way to the west slope of Colorado. Examples are fathead minnows, white suckers, longnose suckers, channel catfish, and

BLM_0025040

smallmouth bass. Nonnative species often outcompete native species where they commingle. These species can also prey on native fishes, and in other cases, nonnative fishes of the same genus or subspecies can hybridize with native species, reducing their genetic integrity and fitness. This is particularly common in the sucker species. Nonnative fish stocking is much more limited today, as emphasis has shifted to native species management. However, this impact that started a hundred years ago will continue to be a problem throughout the life of the RMP.

Land management actions and activities have been ongoing since the settling of the West. Fire suppression, logging, recreation use, livestock grazing, mining, natural gas development, native rangeland conversion to agriculture, road construction, pipelines, power lines, railroads, and ever-increasing urban sprawl have all resulted in cumulative impacts on watersheds that contain aquatic species. Impacts are habitat alteration, streamside vegetation cover reduction, water quantity and quality impacts, and site-specific increases in sediment and turbidity. It is many of these actions that resulted in select species having been designated as special status, as populations have declined and habitats for these species have been altered.

Elevated selenium concentrations also present a risk to the listed fish species by affecting reproduction and recruitment. While selenium leaching is common within the planning area due to the naturally occurring Mancos shale formations, historic agricultural practices have resulted in both the Gunnison and Colorado rivers having higher than desired level of selenium. Extensive irrigation activities which occur on Mancos shale formations (particularly east of the Uncompahgre Valley and on the western half of the Grand Valley) are likely to continue contributing to selenium leaching, along with non-anthropogenic soil erosion.

Another emerging issue is the effect of a changing climate. This could impact special status aquatic species and their habitats by reducing suitable habitat, changing distributions, and altering food webs and water quality (temperatures). These fish are cool-water/warm-water species, and while there certainly can be effects, most research has focused on potential effects on cold-water species, such as cutthroat trout. Scientists predict that there will be an increase in the severity and frequency of droughts, floods, and wildfires, as well as changes in the timing of snowmelt and peak flows (Isaak et al. 2010; Haak et al. 2010; Rieman and Isaak 2010; Wenger et al. 2011).

Changes in timing of snowmelt and peak flows could also affect spawning times and breeding and recruitment success for these fish. Wildfire frequency and intensity could result in select debris and ash flows; these have been shown to impact these fish in select locations. Drought frequency and severity could further reduce flows, which, when coupled with other water depleting activities, could result in cumulative effects on these species. There are many unknowns about potential impacts and their likelihood. Managing habitats to their full

BLM_0025041

potential will help to reduce the potential effects of climate change on these species.

### 4.2.3   Terrestrial Wildlife—General

***Assumptions and Methods of Analysis***

Impact analyses and conclusions are based on interdisciplinary team knowledge of resources and relevant data and on the professional judgment of experts in and outside the BLM. Impacts were quantified where possible, and in the absence of quantitative data, best professional judgment was used. Impacts are sometimes described using ranges of potential impacts or in qualitative terms, if quantitative data were not necessary or available.

The following assumptions were used in the analysis of impacts on all special status terrestrial wildlife species.

- Maintaining high quality habitat conditions would have some influence on reducing the severity of outbreaks and subsequent losses from diseases, but the prevalence in the environment of various diseases cannot be fully controlled, particularly at chronic levels of occurrence.

- Significant modifications to habitat suitability can affect the survivability and viability of populations (e.g., higher winter mortality and reduced reproductive success).

- Impacts on special status terrestrial wildlife populations and habitat are not discrete since actions may benefit one species while having an adverse impact on another.

- Impacts from displacing wildlife would be greater for special status species that have limited habitat or a low tolerance for disturbance.

- In the context of this analysis, "avoidance by wildlife" means reduced use, not absence of use by wildlife.

- The CPW would continue to manage wildlife populations.

- The BLM would continue to manage wildlife habitat, in coordination with the CPW. The BLM is not restricted from making reasonable land management decisions within the framework of multiple use management, applicable laws, policy, and supplemental guidance.

Impacts on special status wildlife species and their habitat would be considered significant if the following were to occur:

- Disturbance or loss of terrestrial habitat, food supplies, cover, breeding areas, and other habitat components to a degree considered essential to the local populations for population maintenance.

BLM_0025042

- Disturbance or loss of seasonally important habitat, such as critical for overwintering or successful breeding, to the degree considered essential for maintenance of the local population.

- Interference with the movement patterns of a species to the extent that it decreases the ability of the species to breed or overwinter successfully to a degree considered essential for maintenance of the local population.

- Special status species objectives are not achieved.

### 4.2.4   Mexican Spotted Owl

*Assumptions and Methods of Analysis*

Suitable habitat exists for Mexican spotted owl in the GJFO, but the species has not been observed there. The closest designated critical habitat for the species is approximately 30 miles southwest of the GJFO boundary, in the San Juan Mountains of Utah. Therefore, impact analysis is based on how the PRMP would directly or indirectly maintain the condition of habitat that is potentially suitable mixed-conifer forest habitat and offer protections for the species should it occur in the GJFO.

*Conservation Planning (Section 7 [a][1] of the ESA)*

The goal of biological resources management (including for ESA-listed species) in the PRMP is summarized in **Table 2-1**. The goals for protecting special status wildlife species, including Mexican spotted owl, are also presented in **Table 2-1**. The goals presented there are the same for all ESA-listed species considered in the PRMP and this BA. Additionally, **Table 2-1** includes the objectives, management actions, and conservation measures of the BLM proposed plan to achieve the goal.

The PRMP is primarily a landscape-level, programmatic-level document. The stipulations and conservation measures for the Mexican spotted owl and the BMPs described in Appendix H are not comprehensive. New conservation measures may be developed at the project level. Surveys not associated with specific projects would be conducted in suitable habitat as funding and time allows.

*Objectives*

There are no objectives specific to Mexican spotted owl in the proposed plan; however, the species habitat would benefit from objectives directed towards the protection of all special status species and their habitat as detailed in Chapter 2 of the EIS as well as management actions for ponderosa pine and spruce/fir habitats.

*Actions and Surface Disturbance Restrictions*

There are no actions specific to Mexican spotted owl in the proposed plan; however, the species habitat would benefit from actions and stipulations

BLM_0025043

directed towards the protection of all special status species and their habitat as detailed in Chapter **Table 2-1**.

*Colorado Standards for Public Land Health*
The Colorado Public Land Health Standards are applied on a landscape scale and relate to the potential of the landscape (Appendix E of the PRMP). Of the five standards listed, Standards 1, 3, and 4 would directly apply for promoting the conservation of Mexican spotted owl habitat. Specifically, Standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor for vegetation. This would then support healthy habitats. Standard 3 promotes the health of native plant and animal communities at the community and population levels. Standard 4 establishes BLM standards for protecting and enhancing special status, threatened and endangered species (federal and state), and other species.

*BMPs for Management Actions*
Appendix H of the PRMP includes a number of standard operating procedures and BMPs applicable to the management actions proposed under the PRMP. The BMPs and conditions of approval described in Appendix H that would benefit Mexican spotted owl habitat are those aimed at protecting soils, vegetation, and special status species. No BMPs specifically address Mexican spotted owl.

### Direct and Indirect Effects
There would be no impacts on Mexican spotted owl from air and climate resources; wild horse management; cultural resources; paleontological resources; visual resources; lands with wilderness characteristics; land tenure and land use; wild and scenic rivers; wilderness study areas; National Trails; national, state, and BLM byways; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Effects from Soils Management*
In general, actions related to soils management would strive to maintain or improve soil productivity, including retention of topsoil quality and reestablish soil capability, potential, and functionality when disturbed. As a result, Mexican spotted owl habitat would benefit from reduced erosion and sedimentation and increased water infiltration, which would generally maintain or improve habitat.

*Effects from Water Resource Management*
Decisions related to water resource management would work towards protecting, preserving, and enhancing the watershed function. Stipulations which restrict or prohibit surface disturbing activities within stream corridors would help to maintain potential habitat for the Mexican spotted owl and its prey.

*Effects from Vegetation Management*
Desired vegetation management objectives emphasize perpetuating late- to mid seral plant communities that provide suitable habitat for wildlife. Ponderosa

BLM_0025044

pine, Douglas-fir, and spruce/fir communities would be managed to mimic natural stand conditions and natural regeneration. Vegetation treatments may occur within suitable habitat for the Mexican spotted owl. However, because no individuals are known to occur within the planning area, no impacts are anticipated. Vegetation management would increase stand resilience to beetles and disease, which would promote long-term forest health. Current acreage of old growth pinyon juniper would be maintained and old growth woodlands would be managed as ROW avoidance areas. Maintaining plant communities (particularly those with late-seral characteristics) would benefit Mexican spotted owl habitat.

*Effects from Fish and Wildlife Management*
In general, fish and wildlife management would improve and maintain habitat throughout the decision area. Applying stipulations to reduce or mitigate surface-disturbing activities within wildlife corridors and wildlife priority habitats would likely benefit Mexican spotted owl habitat and habitat for prey species.

*Effects from Special Status Species Management*
Actions and stipulations proposed for the benefit of special status species would provide short and long-term benefits to Mexican spotted owl. Effects from special status species management are similar to those described under Effects from Fish and Wildlife Management.

*Effects from Wildland Fire Management*
Direct effects to Mexican spotted owl habitat as a result of prescribed or wildland fire would include degradation or loss. The effects of wildfire would depend on the severity and extent of the fire. A large fire that would require extensive suppression operations, such as large-scale staging areas and fire-line construction, could result in long-term effects to Mexican spotted owl habitat within the planning area. Fire or fire suppression activities which result in the loss of mature trees, snags, or canopy cover would have the greatest impact on suitable habitat.

Prescribed burning could also affect habitat by changing the vegetation structure. Common features associated with roosting and nesting habitat include large trees, multistory canopies, standing dead trees, uneven-tree stands, and tree canopy creating shade over 40 percent or more of the ground cover. Prescribed burning could have short term impacts on Mexican spotted owl habitat by removing these roosting and nesting components; however, long-term benefits would include increased vegetation diversity with more productive prey base over time.

*Effects from Forestry Management*
Effects from forestry are similar to those described under Vegetation Management. Forestry practices would utilize a variety of silvicultural techniques and harvest systems to manage for healthy forests and woodlands while offering

BLM_0025045

a variety of forest products and meeting other resource objectives. No long-term adverse effects from forestry management are anticipated.

*Effects from Livestock Grazing Management*

Livestock grazing and wild ungulate management which results in heavy to severe utilization levels can reduce stubble height which serves as a food source and protective cover for Mexican spotted owl prey species such as voles (Birney et al. 1976; Getz 1985; Peles and Barrett 1996). The PRMP includes measures which allow for changes in livestock use through allotment management plans, grazing use agreements, and terms and conditions on grazing permits for priority allotments based on the current prioritization process and/or land health issues. As such, no long-term adverse effects to Mexican spotted owl habitat from livestock grazing management are anticipated.

*Effects from Recreation and Travel Management*

Recreation activities such as OHV use can disturb soil and vegetation and contribute to the spread and establishment of noxious weeds, which would degrade potential owl habitat. Other dispersed recreational activities such as fishing, hiking, and camping would have minimal disturbance to potential habitat.

*Effects from Lands and Realty Management*

The nature and type of impacts on Mexican spotted owl habitat from land tenure and land use authorizations would be similar to those described under Vegetation Management. ROW exclusion and avoidance area designations would limit impacts on potential habitat. Old growth forest and woodlands serve as potential habitat for the Mexican spotted owl; these areas would be managed as ROW avoidance, which would limit the number of land use authorizations which could potentially fragment or degrade suitable habitat.

*Effects from Energy and Minerals Management*

Energy development activities, such as construction of well pads, pipelines, and access roads could impact potential Mexican spotted owl habitat within the planning area by means of habitat removal or alteration (e.g. removal of trees, snags, logs and shade canopy). Impacts on potential habitat would be reduced by implementing a CSU within old growth forests.

*Effects from Areas of Critical Environmental Concern Management*

The BLM would designate 13 ACECs in the GJFO planning area under the PRMP, encompassing 123,400 acres. These designated areas would be closed to wood harvest, mineral materials sales, and non-energy leasable mineral exploration and development. Other restrictions include travel route closures or limitations, ROW avoidance or exclusion areas, recreation restrictions, surface disturbance stipulations, and fluid mineral leasing closures. Where these ACEC's overlap potential habitat these actions would help to further protect owl and prey habitat.

BLM_0025046

### Cumulative Effects

Cumulative effects include the effects of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

Historically, the cumulative effects of wildland fires, timber extraction, ski-area development, urban development, and road construction have reduced the abundance of old-growth spruce-fir forest, which has affected Mexican spotted owl and its prey. Such activities are likely to continue in the future; however, those activities which occur in the planning area are not likely to have a great impact on the species, as limited suitable habitat occurs within the GJFO boundary.

## 4.2.5   Canada Lynx

### Assumptions and Methods of Analysis

Canada Lynx have been recorded on US Forest Service-administered lands adjacent to the GJFO planning area. However, primary habitat for the species occurs only in small pockets on high-elevation BLM lands, and suitable habitat within the planning area is limited. Therefore, impact analysis is based on how the PRMP would directly or indirectly maintain the condition of habitat that is potentially suitable and offer protections for the species should it occur in the GJFO.

### Conservation Planning (Section 7 [a][1] of the ESA)

The goal of biological resources management (including for ESA-listed species) in the PRMP is summarized in **Table 2-1**. The goals for protecting special status wildlife species, including the Canada lynx, are also presented in **Table 2-1**. The goals presented there are the same for all ESA-listed species considered in the PRMP and this BA. Additionally, **Table 2-1** includes the objectives, management actions, and conservation measures of the BLM proposed plan to achieve the goal.

The PRMP is primarily a landscape-level, programmatic-level document. The stipulations and conservation measures for the Canada lynx and the BMPs described in Appendix H of the PRMP are not comprehensive. New conservation measures may be developed at the project level.

### Objectives

The following objective from the PRMP directly relates to the Canada lynx (see **Table 2-1**):

BLM_0025047

- Maintain and improve BLM-managed portions of Lynx Analysis Units for Lynx habitat

*Actions and Surface Disturbance Restrictions*

The following action from the PRMP directly relates to the Canada lynx (see **Table 2-1**):

- Within lynx (*Lynx canadensis*) habitat in Lynx Analysis Units:

  o Manage timber harvest consistent with the August 2013 Lynx Conservation Assessment and Strategy and

  o Limit the expansion of consistent snow compaction unless it serves to consolidate use and improve lynx habitat.

*BMPs for Management Actions*

Appendix H of the PRMP includes a number of standard operating procedures and BMPs applicable to the management actions proposed under the PRMP. The BMPs and conditions of approval described in Appendix H that would benefit Canada lynx habitat are those aimed at protecting soils, vegetation, and special status species. No BMPs specifically address Canada lynx.

### Direct and Indirect Effects

There would be no impact on Canada lynx from ACECs, air and climate resources; soils management, wild horse management; cultural resources, paleontological resources, visual resources, lands with wilderness characteristics, lands and reality, wild and scenic rivers, wilderness study areas, National Trails, national, state, and BLM byways; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Effects from Water Resource Management*

Decisions related to water resource management would work towards protecting, preserving, and enhancing the watershed function. Stipulations which restrict or prohibit surface disturbing activities within stream corridors would help to maintain potential habitat for lynx prey. Riparian and wetland shrub communities found in valleys, drainages, wet meadows, and moist timberline locations may support important prey resources for lynx (Noss and Cooperrider 1994). Lynx transplanted to Colorado in 1999 are frequently located in well-developed riparian and valley wetland shrub habitats of the upper montane and subalpine zones (Ruggiero et al. 2000).

*Effects from Vegetation Management*

Desired vegetation management objectives include emphasizing the perpetuation of late- to mid seral plant communities that provide suitable habitat for wildlife. Current acreage of old growth woodlands would be maintained and managed as ROW avoidance areas which would benefit potential habitat for lynx and associated prey.

BLM_0025048

*Effects from Fish and Wildlife Management*

In general, fish and wildlife management would improve and maintain habitat throughout the decision area. Applying stipulations to reduce or mitigate surface-disturbing activities within wildlife corridors and wildlife priority habitats may help support prey populations.

*Effects from Special Status Species Management*

Actions and stipulations proposed for the benefit of special status species (as described throughout this analysis) would benefit the Canada lynx. Actions specific to the lynx include: managing timber harvest consistent with the August 2013 Lynx Conservation Assessment and Strategy, and limiting the expansion of consistent snow compaction unless it serves to consolidate use and improve habitat. Both actions would only apply to lands within the lynx analysis unit.

*Effects from Wildland Fire Management*

The PRMP would utilize a full range of wildfire management actions from full suppressions to resource benefits on unplanned ignitions. This strategy is consistent with the conservation measures for wildland fire as identified in the Canada Lynx Conservation Assessment and Strategy (Interagency Lynx Biology Team 2013). Specifically, these measures emphasize maintaining fire as an ecological process in lynx habitat and considering the use of mechanical or burn prescriptions to restore fire as an ecological process or to maintain specific lynx and/or prey species habitat components.

The effects of wildfire on Canada lynx would depend on the severity and extent of the fire. Direct species mortality is unlikely, as individuals are highly mobile. Wildfire may result in short term decreases in suitable habitat for lynx and prey, due to reduced cover and forage. However, long-term benefits may include increases in the extent of early successional forest stands on burned areas and resulting in increased forage for prey. After stand-replacing fires, lodgepole pine can regenerate in dense, even-aged stands that are favored by snowshoe hares, the lynx's preferred prey (Ellsworth and Reynolds 2006).

*Effects from Forestry Management*

Known lynx habitat would be identified as unsuitable for harvest in the site specific forest/woodland management plans. As such, effects from forestry management on the Canada lynx would be negligible.

*Effects from Livestock Grazing Management*

Potential impacts on Canada lynx habitat from livestock grazing include habitat disturbance, soil compaction, erosion, sedimentation, and weed spread. However, there is minimal overlap between grazing allotments managed and covered under the GJFO RMP and suitable habitat for the lynx. No adverse effects are anticipated

BLM_0025049

*Effects from Recreation and Travel Management*

Dispersed recreation generally has limited or negligible effects on vegetation conditions valued by lynx and prey species. Indirect effects (such as snow compaction) from winter recreational uses and activities such as snowmobiling, cross country skiing, and snowshoeing may occur.

Research on the effect of over-snow motorized travel and snow compaction is conflicting. The Canada Lynx Conservation Assessment and Strategy (Interagency Lynx Biology Team 2013) suggests that increased competition has contributed to the decline of lynx populations. As a result it was recommended in the Canada Lynx Conservation Assessment and Strategy, to which the BLM is a signatory, that federal agencies limit over-snow travel in lynx habitat. Bunnell et al. (2006) confirmed that coyotes do use compacted trails to travel in heavy snow. However, research by Kolbe found little evidence of compacted trails causing increased competition (Kolbe et al. 2007). The PRMP, in combination with the Southern Rockies Lynx Amendment (which includes National Forest System lands adjacent to the decision area), limits the expansion of consistent snow compaction unless it serves to consolidate use and improve lynx habitat. This would provide the BLM with flexibility to monitor over-snow travel and lynx habitat and respond accordingly to limit impacts.

*Effects from Lands and Realty Management*

Land and realty management actions, such as ROW authorizations, can increase habitat fragmentation and allow for direct removal of habitat, conversion of habitat to other habitat types, and weed invasion. Current acreage of old growth woodlands would be maintained and managed as ROW avoidance areas which would benefit habitat for lynx and associated prey by limiting this type of activity in potential habitat.

*Effects from Energy and Minerals Management*

Energy development activities can cause direct and indirect impacts on lynx and their habitats. Fluid mineral leasing could occur in the vicinity of the Lynx Analysis Unit, which could lead to habitat avoidance. A CSU would be applied in old growth forests, which would reduce impacts on lynx and potential habitat.

Additional management actions to emphasize education may increase the appreciation of special status species and their habitats and subsequently reduce impacts.

### Cumulative Effects

Cumulative effects include the effects of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

BLM_0025050

Historically, the cumulative effects of timber extraction, ski-area development, urban development, and road construction have reduced the abundance of old-growth spruce-fir forest, which has affected lynx and its prey. Areas of prime snowshoe hare habitat have been impacted by these types of activities, which has in turn affected lynx populations (Ellsworth and Reynolds 2006). Such activities are likely to continue in the future; however, those activities which occur in the planning area are not likely to have a great impact on the species, as limited suitable habitat occurs within the GJFO boundary.

### 4.2.6   Western Yellow-Billed Cuckoo

#### *Assumptions and Methods of Analysis*
Assumption and methods of analysis are similar to those described in Section 4.1.2.

#### *Conservation Planning (Section 7 [a][1] of the ESA)*
The goal of biological resources (including ESA-listed species) management in the PRMP is summarized in **Table 2-1**. The goals for protecting special status wildlife species, including western yellow-billed cuckoo, are also presented in **Table 2-1**. The goals presented there are the same for all ESA-listed species considered in the PRMP and this BA. Additionally, **Table 2-1** includes the objectives, management actions, and conservation measures of the GJFO proposed plan to achieve the goal.

The PRMP is primarily a landscape-level, programmatic-level document. The stipulations and conservation measures below for the western yellow-billed cuckoo, as well as the BMPs described in Appendix H, are not comprehensive. New conservation measures may be developed during Section 7 consultation at the project level.

#### *Objectives*
The following objective from the PRMP directly relates to the yellow-billed cuckoo (**Table 2-1**):

- Maintain and improve BLM lands for yellow-billed cuckoo habitat

#### *Actions and Surface Disturbance Restrictions*
The following actions from the PRMP are directly related to the yellow-billed cuckoo (see **Table 2-1**):

- Where large stands of cottonwoods occur, develop management plans to restore or improve cuckoo habitat and increase canopy cover and mid-story tree and shrub cover.

- No surface occupancy or use is allowed within 400 meters (1,312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is

BLM_0025051

greatest) on the following major rivers: Colorado, Dolores, and Gunnison.

- Prohibit surface occupancy and surface disturbing activities with a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and surface disturbing activities within the riparian zone.

- Conserve mature riparian forests (e.g. cottonwood [*Populus deltoids*] galleries) in suitable habitat to maintain their integrity for use as bald eagle (*Haliaeetus leucocephalus*) nesting, roosting, or perching substrate.

### Colorado Standards for Public Land Health

The Colorado Public Land Health Standards are applied on a landscape scale and relate to the potential of the landscape. Standards 1, 2, 3, and 4 would directly apply for promoting the conservation of western yellow-billed cuckoo habitat.

Specifically, Standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor for vegetation which would support healthy habitats. Standard 2 monitors riparian systems associated with both running water and standing water function properly and have the ability to recover from major disturbance, such as fire, severe grazing, and 100-year floods. Standard 3 promotes the health of native plant and animal communities at the community and population levels. Standard 4 establishes BLM standards for protecting and enhancing special status, threatened and endangered (federal and state), and other species.

### BMPs for Management Actions

Appendix H of the PRMP includes a number of standard operating procedures and BMPs that are applicable to the implementation of management actions proposed under the PRMP. The BMPs and conditions of approval described in Appendix H that would benefit western yellow-billed cuckoo and riparian habitat include those aimed at protecting soils, vegetation, special status species, water resources, riparian habitat and wetlands, fire management, forestry, and livestock grazing.

### Direct and Indirect Effects

The following resources, resource uses, special designations, and support management categories would have no effect on western yellow-billed cuckoo and are not discussed further: air and climate resources; soils; wild horse management; cultural resources; paleontological resources; visual resources; lands with wilderness characteristics; lands and reality; wilderness study areas; ACECs; National Trails; national, state, and BLM byways; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

BLM_0025052

*Effects from Water Resource Management*

Decisions related to water resource management would work towards protecting, preserving, and enhancing the watershed function. Stipulations which restrict or prohibit surface disturbing activities within stream corridors would limit loss of native vegetation along riparian corridors, which serves as nesting and foraging habitat for the species.

*Effects from Vegetation Management*

Riparian vegetation management follows Land Health Standard 2, which emphasizes properly functioning riparian systems which capture sediment and provide forage habitat and biodiversity. Where conditions are appropriate, the BLM would allow for removal of tamarisk *(Tamarix* spp.*)*, non-native elms *(Ulmus* spp.*)*, and Russian olive *(Elaeagnus angustifolia)* material for biomass or personal use. Tamarisk has become increasingly prevalent within riparian corridors in the planning area, and can pose a serious threat to yellow-billed cuckoo habitat by replacing native riparian vegetation structures (USFWS 2014i). As such, removal of this invasive species would benefit the yellow-billed cuckoo and its habitat.

Stipulations which restrict or prohibit surface disturbing activities within stream corridors would limit loss of native vegetation along riparian corridors, which serves as nesting and foraging habitat for the species.

*Effects from Fish and Wildlife Management*

In general, fish and wildlife management would improve and maintain habitat throughout the decision area. This includes actions specific to the protection of aquatic and riparian habitats (such as the Colorado River where the yellow-billed cuckoo critical habitat is found). Actions intended to protect fish species (such as TL for in-channel stream work) would likely also benefit the yellow billed cuckoo.

*Effects from Special Status Species Management*

Actions and stipulations proposed for special status species would benefit the yellow-billed cuckoo, effects are similar to those described under Effects from Fish and Wildlife Management.

*Effects from Fire and Fuels Management*

Depending on the extent, location, severity, and seral type affected, unplanned ignitions would have short-term impacts on yellow-billed cuckoo habitat. Unplanned fires could remove or degrade habitat for yellow-billed cuckoo, subsequently reducing population viability.

A significant threat to the yellow-billed cuckoo is habitat loss and degradation due to nonnative vegetation conversion. Fuels management could include removal of tamarisk and Russian olive. Such activities would result in short-term impacts on the species (temporary displacement and avoidance), with long-term benefits (establishment of native riparian woodland vegetation, which supplies essential food and cover).

BLM_0025053

Increased human activity and noise associated with wildland fire management, prescribed fire, and fuels management could increase the likelihood for disturbance or displacement. These activities could promote habitat avoidance or changes to survival or reproduction caused by changes to nesting, breeding, foraging, or roosting behavior. However these impacts would be short in duration and limited in scope.

A large fire that would require extensive suppression operations could result in long-term effects on riparian-dependent species and their habitats. Smaller fires that would require less extensive suppression operations would generally avoid these long-term effects. Cottonwood galleries and areas with dense tamarisk infestations would generally be at a higher risk of fire. The PRMP would emphasize a suite of fuels treatments and would provide the most management flexibility, resulting in increased protection for special status species (such as the yellow-billed cuckoo) and their habitat from fire. Not all riparian corridors within the planning area are potential habitat for the yellow-billed cuckoo, therefore not all fire and fire suppression activities along streams and rivers would result in impacts to the species.

*Effects from Forestry Management*
The effects from forestry management would be similar to those of vegetation management. Much of the Dolores River corridor is closed to wood product sales or harvest and the riparian corridors along the Colorado and Gunnison rivers are protected by NSO stipulations for surface-disturbing activities. As such, large scale forest harvest would not occur in riparian areas and no adverse effects to the yellow-billed cuckoo or its proposed critical habitat are anticipated from forestry management.

*Effects from Livestock Grazing Management*
Livestock often use riparian areas for water and shade, which may cause greater impacts on these areas through concentrated use. Livestock could alter stream functionality and vegetation structural diversity. The loss or reduction of streamside vegetation from grazing can affect the suitability of habitat for yellow-billed cuckoo breeding and prey populations.

Range improvements, including the construction of stock ponds, could promote vegetation loss, soil compaction, and erosion in the areas around the ponds. The source would be livestock congregating around these areas that were previously less intensively grazed. However, depending on the placement of stock ponds, the development of livestock water sources may draw livestock away from existing natural water features and sensitive riparian habitat that have vulnerable soils and that livestock now use as a water source.

Under the PRMP, the BLM would identify appropriate utilization levels and may implement changes in livestock use if major impacts on sensitive species occur.

BLM_0025054

*Effects from Recreation and Travel Management*
Effects from recreation management are related to the duration, intensity, and
expanse of recreation. Damage to riparian resources from recreation could
affect habitat suitability for the yellow-billed cuckoo. Use of trails to access
fishing along streams and camping along waterways could disturb birds, causing
habitat avoidance, compact soil, exacerbate erosion and sedimentation into
waterways, and reduce vegetation cover. Furthermore, since riparian areas and
waterways are popular recreation spots, increased demand for access to these
areas is expected as the population increases, causing greater impacts on
riparian species.

However, the 2014 Determination of Threatened Status Final Rule (USFWS
2014i) found there were no known or anticipated threats to the species
resulting from overutilization for recreational purposes. While recreation
activities are anticipated to increase in the planning area, effects to yellow-billed
cuckoo habitat would likely be localized and short-term.

*Effects from Energy and Minerals Management*
Energy exploration and mineral development along the Colorado, Gunnison,
and Dolores Rivers could potentially affect the yellow-billed cuckoo and its
proposed critical habitat by means of habitat loss or degradation. However,
NSO stipulations would prohibit surface occupancy or use within 400 meters of
the ordinary high water mark (bank-full stage) or within 100 meters of the 100-
year floodplain (whichever is greatest) on the three rivers which contain suitable
habitat for the yellow-billed cuckoo. This would prevent loss of habitat from
new leasing. COA and BMPs would help to mitigate the effects of energy
development in areas where existing leases overlap with proposed yellow-billed
cuckoo habitat.

Additionally, closing the three river corridors to mineral material disposal and
non-energy solid mineral leasing and development would help further reduce
potential impacts of energy development on proposed yellow-billed cuckoo
habitat.

*Effects from Wild and Scenic Rivers Management*
Under the PRMP, WSR management would have the greatest impacts on
riparian-dependent and special status species. It would do this by protecting the
free-flowing nature of the segments, maintaining the Outstandingly Remarkable
Values for which the segment was found eligible and prohibiting actions that
would modify the setting or level of development such that the tentative
classification would change.

Under the PRMP, a portion of the Dolores River would be determined suitable
for inclusion in the National Wild and Scenic Rivers System. Proposed yellow-
billed cuckoo critical habitat does not occur along this segment, and no
individuals have been recorded in the area. While it is possible the species may

BLM_0025055

utilize this area, interim management guidelines and management measures would have only a minor beneficial effect.

***Cumulative Effects***

Cumulative effects include the effects of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

The CIAA used to analyze cumulative impacts on special status species, including western yellow-billed cuckoo in the PRMP, extends outside the planning area, following fourth-order watershed boundaries that completely or partially overlap the planning area. The fourth-order watersheds were used as the basic unit of analysis because the scope of cumulative influence would be at the watershed scale and is not expected to extend beyond this scale.

Past, present, and reasonably foreseeable future actions and conditions in the CIAA, both on public and private land, that have affected and will likely continue to affect western yellow-billed cuckoo are mineral exploration and development, forestry, grazing, recreation, road construction, ROWs, prescribed and wildland fires, land planning efforts, vegetation treatments, habitat improvement projects, insects and disease, and drought. Many of these activities create conditions that cause or favor other vegetation to take over.

The scope of analysis for cumulative impacts for the western yellow-billed cuckoo takes in the riparian areas along the Gunnison River and the Colorado River Basin and its tributaries. This includes private and state lands to account primarily for cumulative effects on western yellow-billed cuckoo and its habitat. Climate change in the CIAA could cause an increase or decrease in temperatures and precipitation, which would affect soil conditions, vegetation distribution, and overall riparian habitat health. Such changes would alter the conditions to which vegetation communities are adapted, potentially creating conditions that could favor certain species or communities, weeds, or pests (Hellmann et al. 2007).

Under the PRMP, impacts on riparian habitat would be minimized to the extent practical and feasible through restrictions on uses and activities. Vegetation conditions would be improved through treatments, weed prevention and control, habitat improvements, use of prescribed and wildland fire, and proper grazing practices. Under the PRMP, the BLM would move toward improving land health and achieving priority habitat objectives.

BLM_0025056

## 4.3   PROPOSED SPECIES

### 4.3.1   Gunnison Sage-Grouse

*Assumptions and Methods of Analysis*
Methods of analysis and assumptions are similar to those described above in Sections 4.1.2 and 4.2.3. Indicators of impacts on Gunnison Sage-Grouse and the measurements used to describe the impacts (where available or appropriate) are described below:

*Direct Habitat Loss*
Acres of habitat lost. Direct habitat loss results when habitat is destroyed or converted to a form that is unsuitable for the impacted species. Direct habitat loss can be a short-term or long-term impact.

*Habitat Fragmentation*
Habitat fragmentation occurs when contiguous habitat is broken into smaller blocks by surface-disturbing activities. Habitat fragmentation could lead to the following:

- Likelihood of reduced habitat quality and interference with movement patterns, leading to a decreased ability to breed or overwinter successfully to a degree that would lead, in turn, to substantial population declines

- Likelihood that individual habitat blocks would be reduced

- Likelihood of increased percentage of edge habitat on smaller blocks when compared to larger blocks

*Disruption to Species*
Direct mortality of species, including predation, collisions with structures (fences, towers, vehicles), and disease; interference with movement patterns due to fragmented landscapes; short- or long-term displacement and physiological or behavioral influences (avoidance of otherwise functional habitats).

*Habitat Degradation*
Weed infestation and overstory reductions indicators (reductions in herbaceous ground cover, lack of residual cover, and change in understory plant composition).

Miles disturbed (for limits on travel management, recreation, unleased areas).

Miles/acres disturbed. (It is assumed that habitat next to roads that are impacted by dust and dust suppression activities would have some lower level of understory next to the impacted habitat.)

BLM_0025057

*Habitat Restoration or Improvement*

The likelihood of improving habitat quality (e.g., increased species diversity, increased habitat connectivity, and decreased weeds).

*Habitat Protection*

Acres protected through stipulations, withdrawals, closures, and special designations (e.g., ACECs). Also, the likelihood of reduced or prohibited surface disturbance.

In addition to the assumptions listed under Section 4.1.2, the following would apply specifically to Gunnison Sage-Grouse:

- In general, Gunnison Sage-Grouse are highly sensitive to habitat fragmentation, development, or changes in habitat conditions. This is because Gunnison Sage-Grouse inhabit and require large, intact sagebrush ecosystems, and are especially sensitive to disturbance and human presence.

- There is little to no fluid mineral potential within mapped critical habitat for the Piñon Mesa population. Mapped occupied habitat is no leasing in the PRMP for all federal minerals. Because of the low potential for oil and gas development, it is assumed no impacts will occur.

*Unavailable Information*

A complex range of factors will influence the response or fate of individual birds to impacts, thus, there is uncertainty in generating specific metrics for anticipated adverse effects (such as number of expected mortalities of individuals, or number of habitat acres temporarily or permanently lost or temporarily affected). Factors contributing to this uncertainty include, but are not limited to:

1. Inability to accurately predict the location, frequency, timing, duration, etc. of future projects;

2. Inability to accurately measure the nature or extent of potential effects;

3. Limited ability to pinpoint the source, or combined sources, of effect;

4. Accounting for confounding or stochastic events such as drought;

5. Sources of risk that emerge outside of federal lands covered under the PRMP.

**Conservation Planning (Section 7[a][1] of the ESA)**

The goal of biological resources (including ESA-listed species) management in the PRMP is summarized in **Table 2-1**. The goals for protecting special status wildlife species, including Gunnison Sage-Grouse, are also presented in **Table 2-1**. The goals presented there are the same for all ESA-listed species considered in the PRMP and this BA. Additionally, **Table 2-1** includes the

BLM_0025058

objectives, management actions, and conservation measures of the GJFO Proposed RMP to achieve the goal. The PRMP is primarily a landscape-level, programmatic-level document.

The stipulations and conservation measures below for Gunnison Sage-Grouse, as well as BMPs described in Appendix H, are not comprehensive. New conservation measures may be developed at the project level.

*Objectives*
One objective directly related to Gunnison Sage-Grouse is included in the PRMP (**Table 2-1**):

- Advance the conservation of Gunnison and Greater Sage-Grouse and their habitat in accordance with current national, state, and local working group recommendations and policy as well as the most current scientific literature and research.

*Actions and Surface Disturbance Restrictions*
Twenty-six management actions and stipulations directly related to Gunnison Sage-Grouse are included in the proposed plan (**Table 2-1**):

- Consistent with current guidance for sagebrush-dependent species, improve areas of poor quality nesting habitat by implementing the following actions, including but not limited to:
  - In areas where species diversity is low seed area with grasses and forbs, with an emphasis on forbs if brood-rearing occurs in the area, accompanied by light disking and interseeding, or drill seeding.
  - Where sage is decadent and does not meet habitat objectives, conduct thinning by roller-chopping, light disking, Dixie Harrow, Lawson Aerator or other methods.
  - Conduct vegetation treatments to retain residual cover through fall and winter into nesting season.
- When reseeding roads, primitive roads and trails, use appropriate seed mixes (appropriate for Sage-Grouse ecological conditions) and consider the use of transplanted sagebrush.
- Reduce routes through currently suitable or potentially suitable Gunnison and Greater Sage-Grouse habitat by reducing routes through sage brush parks, with an emphasis on routes that bisect sage brush parks.
- Improve brood-rearing habitats by implementing the following action:

BLM_0025059

o Restore old ponds or construct new ponds in areas lacking water, while minimizing potential for promoting mosquito breeding habitat at elevations below 8,000 feet.

- Improve lek areas by mechanically treating historic lek areas where sagebrush density has increased.

- To reduce disturbance to Gunnison or Greater Sage-Grouse, close duplicative or redundant routes within Sage-Grouse habitat and within 4 miles of a lek.

- Remove/modify raptor perches, in Gunnison and Greater Sage-Grouse habitat (trees, fences, dry-hole markers, and power poles).

- Monitor measureable objectives and evaluate grazing management to assure that management actions are achieving Sage-Grouse habitat objectives.

- Design any new structural range improvements to conserve, enhance, or restore Sage-Grouse habitat through an improved grazing management system relative to Sage-Grouse objectives. Structural range improvements, in this context, include but are not limited to: cattleguards, fences, enclosures, corrals or other livestock handling structures; pipelines, troughs, storage tanks (including moveable tanks used in livestock water hauling), windmills, ponds/reservoirs, solar panels, and spring developments.

- To reduce Sage-Grouse strikes and mortality, remove, modify, or mark fences in high risk areas. When fences are necessary, require a Sage-Grouse-safe design.

- Locate supplements (salt or protein blocks) in a manner designed to conserve, enhance, or restore Sage-Grouse habitat.

- Offer temporary use on a case-by-case basis in allotments where grazing preference has been relinquished, or non-use warrants to rest other allotments that include important Sage-Grouse habitat.

- Apply TL-16 (Occupied Sage-Grouse Winter Habitat) or TL-17 (Sage-Grouse Leks) to vegetation management treatments according to the type of seasonal habitats present in a priority area.

- Monitor after vegetation treatments for success in meeting objectives and monitor and control invasive vegetation after vegetation treatments in Sage-Grouse habitat.

- Apply post-vegetation treatment management and monitoring to ensure long term persistence of seeded native plants. Outline temporary or long-term changes in livestock grazing, wild horse and burro, and travel management, etc., to achieve and maintain vegetation management objectives to benefit Sage-Grouse and their habitats.

BLM_0025060

- Design vegetation treatments in Sage-Grouse habitats to strategically reduce wildfire threats in the greatest area. This may involve spatially arranging new vegetation treatments with past treatments, vegetation with fire-resistant seral stages, natural barriers, and roads in order to constrain fire spread and growth. This may require vegetation treatments to be implemented in a more linear versus block design.

- Include Sage-Grouse habitat parameters as defined by Connelly et al. (2000), Hagen et al. (2007) or if available, state and federal Sage-Grouse conservation and recovery plans and appropriate local information in habitat restoration objectives. Make maintaining these objectives within priority Sage-Grouse habitat areas a high restoration priority.

- Choose native plant seeds for vegetation treatments based on availability, adaptation (site potential), probability for success, and the vegetation management objectives for the area covered by the treatment. Where probability of success or native seed availability is low, use species that meet soil stability and hydrologic function objectives as well as vegetation and Sage-Grouse habitat objectives.

- Manage the following areas to benefit Sage-Grouse habitat:

    o Wildlife Emphasis Areas:

        ▪ Glade Park and

        ▪ Sunnyside.

    o ACECs:

        ▪ Roan and Carr Creeks

- Identify the following as ROW exclusion areas:

    o Within a 0.6-mile radius of Sage-Grouse leks.

- Identify the following as ROW avoidance areas:

    o Sage-Grouse occupied habitat and

    o Within a 4-mile radius of Sage-Grouse leks.

- **No Leasing:** *Sage-Grouse.* Close all occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) and greater Sage Grouse habitat within one mile of an active lek to fluid mineral leasing and geophysical exploration.

- **No Leasing:** *Split-estate.* Manage 12,200 acres of Private and State surface/federal fluid mineral estate in all occupied Gunnison Sage-Grouse habitat and greater Sage Grouse habitat within one mile of an active lek as closed to fluid mineral leasing and geophysical exploration.

BLM_0025061

- **STIPULATION** TL-16: *Occupied Sage-Grouse Winter Habitat.* Prohibit surface occupancy and surface-disturbing activities in occupied Sage-Grouse winter habitat from December 16 to March 15.

- **STIPULATION** NSO-25: *Sage-Grouse Leks, Nesting, and Early Brood-rearing Habitat.* Prohibit surface occupancy and surface-disturbing activities within 4 miles of an active lek or within Sage-Grouse nesting and early brood-rearing habitat.

- **STIPULATION** TL-17: *Sage-Grouse Leks.* Prohibit surface occupancy and surface-disturbing activities within 4 miles of Sage-Grouse leks from March 1 to June 30.

Additional management actions indirectly related to the protection of the Gunnison Sage-Grouse are described in **Table 2-1** and incorporated by reference.

*Colorado Standards for Public Land Health*
The Colorado Public Land Health Standards are applied on a landscape scale and relate to the potential of the landscape. Of the five standards listed, Standards 1, 3, and **4** would directly apply for promoting the conservation of Gunnison Sage-Grouse. Specifically, Standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor for vegetation. Standard 3 promotes the health of native plant and animal communities at the community and population levels. Standard **4** establishes standards for the BLM to protect and enhance special status, threatened and endangered (federal and state), and other species.

*BMPs for Management Actions*
Appendix H of the PRMP includes a number of standard operating procedures and BMPs that are applicable to implementing the management actions proposed under the PRMP. The BMPs and conditions of approval described in Appendix H that would benefit Gunnison Sage-Grouse are those aimed at protecting soils, vegetation, and special status species.

***Direct and Indirect Effects***
There would be no effects on Gunnison Sage-Grouse from air and climate resources; wild horses; cultural resources; paleontological resources; visual resources; water resources; wild and scenic rivers; lands with wilderness characteristics; forestry; National Trails; national, state, and BLM byways; wilderness study areas; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Effects from Soils Resource Management*
The goal of soil resource management in the GJFO RMP is to ensure upland soils exhibit infiltration and permeability rates that are appropriate to soil type,

BLM_0025062

climate, land form, and geologic processes. Adequate soil infiltration and
permeability allows for optimal plant growth and vigor, and minimizes runoff and
erosion. As a result, this would support healthy sagebrush habitats for the
Gunnison Sage-Grouse.

*Effects from Vegetation Management*

Under the PRMP, vegetation management and protection would impact
Gunnison Sage-Grouse habitats. Management to improve and protect vegetation
conditions throughout the planning area would improve vegetative cover,
reduce the likelihood for erosion and sedimentation, and maintain seed banks.
Most vegetation treatments would not affect Gunnison Sage-Grouse, as a timing
limitation would be applied to avoid impacts during sensitive periods. Improved
vegetative conditions would improve habitat for Gunnison Sage-Grouse by
providing more opportunities for lekking, nesting, brood-rearing, wintering,
cover, and foraging over the long term. In the short term, vegetation treatments
could remove potential habitat or increase the potential for weed spread. In
addition, human disturbance and noise associated with the use of heavy
equipment for vegetation removal could temporarily displace Gunnison Sage-
Grouse from foraging, breeding, nesting, and wintering habitats.

Gunnison Sage-Grouse habitat would be improved and maintained through
vegetation treatments, prioritizing winter Sage-Grouse habitat for treatment and
restoration, developing restoration plans in non-functioning habitat, reducing
pinyon-juniper encroachments, increasing habitat connectivity, and managing for
age class diversity. Actions to reduce pinyon-juniper woodland invasion of upper
elevation sagebrush communities would benefit Gunnison Sage-Grouse that
require open sage parks. Monitoring after vegetation treatments would occur to
evaluate success in meeting objectives. These actions would help support health
Gunnison Sage-Grouse habitats, and are consistent with the conservation
measures identified in the Piñon Mesa Conservation Plan (Gunnison Piñon Mesa
Gunnison Sage Grouse Partnership 2000).

*Effects from Fish and Wildlife Management*

The BLM would establish 10 wildlife emphasis areas on 150,000 acres to protect
areas with high wildlife value and significance, focusing on protecting habitat for
big game, cutthroat trout, and Sage-Grouse. This strategy would allow BLM to
focus their wildlife management efforts in the areas that would be most effective
to preserve and protect fish and wildlife, including Gunnison Sage-Grouse. The
Timber Ridge and Glade Park wildlife emphasis areas would be of particular
benefit to the Gunnison Sage Grouse, as these boundaries would overlap with
occupied habitat for the species and a recently discovered Lek in the Timber
Ridge area. Combined, these wildlife emphasis areas would encompass 96% of
proposed occupied critical habitat and 49% of proposed unoccupied critical
habitat on BLM-administered lands. The Glade Park area alone encompass
10,100 acres of Gunnison Sage-Grouse occupied proposed critical habitat; this

BLM_0025063

accounts for the majority (95%) of occupied proposed critical habitat on BLM-administered lands.

Examples of management actions that would be applied in wildlife emphasis areas include stipulations on surface-disturbing activities and recreation restrictions, as well as ROW avoidance and exclusion areas and travel closures and seasonal restrictions to maintain existing unfragmented habitat and meet wildlife objectives. Approximately 27,200 acres of the Glade Park Wildlife Emphasis Area would be subject to the CO-CSU-Wildlife Habitat stipulation, which would benefit Gunnison Sage-Grouse by restricting surface occupancy or use within this area.

*Effects from Special Status Species*
A suite of management actions would be implemented to conserve Gunnison Sage-Grouse under the PRMP, including habitat improvement, habitat protection, and mineral leasing stipulations and prohibitions. Nesting, brood-rearing, and lek habitat would be improved, and vegetation management actions in sagebrush would aim to conserve, enhance, and restore Gunnison Sage-Grouse habitats. Raptor perches would be removed or modified in Gunnison Sage-Grouse habitat to reduce predation. In addition, the Rough Canyon ACEC and the Glade Park and Timber Ridge wildlife emphasis areas would be managed for Gunnison Sage-Grouse habitats.

*Effects from Wildland Fire Management*
Depending on the extent, location, severity, and seral type affected, unplanned ignitions would have adverse impacts on Gunnison Sage-Grouse by removing or degrading habitat and/or reducing population viability. Large or intense wildfires could damage large expanses of habitat. Indirect effects could result from increased erosion, and increased potential for noxious and invasive weed establishment.

Under the PRMP, the BLM would avoid planned and unplanned fire in low-elevation cheatgrass-infested communities, which would help protect adjacent sagebrush habitats used by Gunnison Sage-Grouse. However, prescribed fire, if applied at an appropriate scale, is a viable management tool for protecting Gunnison sagebrush habitats from catastrophic wildfires (Gunnison Sage-Grouse Rangewide Steering Committee 2005). Using a variety of fuel treatments would have short-term effects on Gunnison Sage-Grouse and habitats through vegetation removal, increased likelihood of erosion and sedimentation, human presence, and the potential for habitat avoidance. In the long term, these activities would reduce the likelihood of uncharacteristically large or intense wildfires that could damage large expanses of habitat or kill or displace wildlife. In addition, the condition of upland vegetation would be improved. Cheatgrass recolonization in prescribed burned areas is a notable concern, and reseeding efforts may be necessary to reduce the potential for invasive weeds (Gunnison Sage-Grouse Rangewide Steering Committee 2005). Fuel treatment actions as

BLM_0025064

described in the PRMP may include seeding by means of aerial or ground application. Emergency stabilization and rehabilitation treatments would help to reestablish vegetation and restore habitat for Gunnison Sage-Grouse.

Increased human activity and noise associated with wildland fire suppression and prescribed fire in areas occupied by Gunnison Sage-Grouse could affect lekking, nesting, brood-rearing, wintering, or foraging behavior. Important habitats could be altered because of the use of heavy equipment, hand tools, and noise associated with intensive human activity. However, there is also a risk of habitat loss in areas where wildland fire suppression is absent or limited due to the increased potential for large and more severe wildfires. This in turn is balanced by the fact that a large fire could require extensive suppression operations, such as extensive staging areas and fire-line construction, which could themselves result in long-term effects on Gunnison Sage-Grouse and their habitats. Smaller fires that would require less extensive suppression operations would generally avoid these long-term effects.

*Effects from Livestock Grazing Management*

Timing and intensity of livestock grazing may affect Gunnison Sage-Grouse nesting and brood rearing success, as fall grazing can remove residual cover needed the following spring for nest and brood cover (Piñon Mesa Gunnison Sage Grouse Partnership 2000). Potential impacts of grazing and associated activities on Gunnison Sage-Grouse include direct impacts of herbivores, such as trampling of nests and eggs, altered Sage-Grouse behavior due to presence of herbivores, and impacts on their behavior from structures associated with grazing management (Beck and Mitchell 2000). Additionally, mortality associated with fence collisions has been documented in lesser prairie-chickens (*Tympanuchus pallidicinctus*) in Oklahoma (Wolfe et al. 2007) and Greater Sage-Grouse in Idaho (Stevens 2011). No specific data regarding Gunnison Sage-Grouse fence-related mortalities is available; however it is assumed the species is also killed by fence collisions (USFWS 2013d). Within the planning area, 9.2 miles of mapped fences are located within 4 miles of active leks on BLM lands.

In areas that are available for livestock grazing, there could be more impacts on Gunnison Sage-Grouse than in areas where livestock grazing is excluded. Under the PRMP, all Gunnison Sage-Grouse proposed critical habitat would be open to grazing, resulting in an increased likelihood for impacts. **Table 4-1**, Existing Land Health Assessment Conditions by Proposed Occupied and Unoccupied Gunnison Sage Grouse Critical Habitat on BLM Lands, provides an overview of current rangeland health conditions. For a detailed description of rangeland health conditions by allotment, see Appendix A, Rangeland Health Conditions in Gunnison Sage-Grouse Critical Habitat.

BLM_0025065

**Table 4-1**
**Existing Land Health Assessment Conditions by Proposed Occupied and Unoccupied Gunnison Sage-Grouse Critical Habitat on BLM Lands**

| Indicator | Occupied Habitat | Unoccupied Habitat |
|---|---|---|
| Acres Meeting Land Health Standards | 7,300 | 46,100 |
| % Habitat Meeting Land Health Standards | 69% | 83% |
| Acres Meeting Land Health Standards With Problems | 2,626 | 2,600 |
| % Habitat Meeting Land Health Standards With Problems | 25% | 5% |
| Acres Not Meeting Land Health Standards | 300 | 2,300 |
| % Habitat Not Meeting Land Health Standards | 3% | 4% |

Source: BLM 2010a

The PRMP includes a number of management actions to incorporate Gunnison Sage-Grouse habitat objectives and management considerations into livestock grazing management. Such measures would help to improve vegetation condition of rangeland areas and could reduce the likelihood of nonnative invasive species introduction or spread. In addition, removing, modifying, or marking fences in high risk areas would help to reduce the threat of injury or mortality to Gunnison Sage-Grouse.

As shown in **Table 4-1**, the majority of proposed critical habitat is currently meeting land health standards. However, 28% of occupied habitat and 9% of unoccupied habitat is categorized as meeting the standards with problems, or not meeting the standards. Despite the management actions described above, reductions in herbaceous cover that fall below the Rangewide Conservation Plan habitat guidelines (Gunnison Sage-grouse Rangewide Steering Committee 2005) are likely to continue to occur at times. Adverse effects from trampling of eggs or nests may also occur. This is thought to be rare but the impact is not discountable.

*Effects from Recreation and Travel Management*
Impacts from recreational use would include casual use activities such as nonmotorized recreation or dispersed camping. Such activities are not subject to site-specific environmental review and vegetation impacts would not be apparent until after damage has occurred. Examples of direct impacts on Gunnison Sage-Grouse from casual use include habitat loss, fragmentation, and direct mortality from collisions with vehicles. Impacts are more likely to occur in easily accessible areas where visitation would be high, and in areas open to intensive motorized use, as cross-country travel facilitates weed spread as well

BLM_0025066

as increasing habitat fragmentation. In general, the more acres of routes in the area, the greater the likelihood of habitat fragmentation and disturbance to species and habitats as high concentrations of human use typically occur on or immediately adjacent to motorized routes.

Within proposed occupied habitat, 18.4 miles of routes would be open to public use (including 1.1 miles of county-maintain roads), and 12.3 miles of routes would be restricted to administrative and permitted use only. 0.4 miles of routes would be proposed for closure and rehabilitation. Within unoccupied habitat, 68.8 miles of routes would be open to public use (including 14.7 miles of county-maintained roads), and 29.6 miles of routes would be restricted to administrative and permitted use only. 19.9 miles of routes would be proposed for closure and rehabilitation. Habitat loss, degradation, and fragmentation from roads are a major threat to Gunnison Sage-Grouse (USFWS 2013d). The collective influences of fragmentation and disturbance from roads reduces the effective habitat as they are avoided by sage-grouse (Knick et al 2011; USFWS 2013d). Impacts related to behavior disruption may occur (particularly along routes occurring in occupied habitat). However, seasonal limitations and route closure of routes within 4 miles of leks would reduce impacts. In addition, the Timber Ridge Wildlife Emphasis Area would only be open to foot and horseback use, which is expected to reduce potential impacts to the lek in this area.

Activities authorized under SRPs could disrupt Gunnison Sage-Grouse, but all SRPs would contain standard stipulations appropriate for the type of activity and may include additional stipulations necessary to protect land or resources, including Gunnison Sage-Grouse.

*Effects from Lands and Reality Management*

Construction and operation of ROW facilities, such as pipelines, roads, and transmission lines, may result in habitat loss, fragmentation, and degradation. Surface disturbance during construction removes vegetation and important habitat components for Gunnison Sage-Grouse and, in most cases, renders the habitat unsuitable. ROWs, such as those for roads and industrial facilities, may lead to permanent loss of Gunnison Sage-Grouse habitat. Other ROWs, such as those for pipelines or buried power lines, may lead to a more short-term loss of habitat if the area were reclaimed after construction. However, following natural succession regimes, sagebrush communities would take 20 to 30 years to return to preconstruction conditions. In addition to removing vegetation, long-term occupancy of structures and facilities leads to direct habitat loss.

ROWs may also lead to habitat fragmentation and degradation. ROW projects can reduce patch size and increase edge habitats. Since Gunnison Sage-Grouse require large blocks of intact habitat, linear disturbances reduce habitat quality. Surface disturbance can also lead to new weed infestations and spread weeds where infestations already occur. Noxious and invasive weeds are often of

BLM_0025067

lower value to wildlife, and degrade wildlife habitat by reducing optimal cover or food. Sagebrush-steppe communities are among the ecosystems most vulnerable to invasion and degradation by invasive weeds. Not only can invasive species outcompete most native plants when moisture is limited, they can also change site-specific fire ecology and result in the loss of critical shrub communities. The loss and degradation of sagebrush habitat can reduce the carrying capacity of local breeding populations of Gunnison Sage-Grouse, especially in areas where high quality sagebrush habitat is limited (Braun 1998; Connelly et al. 2000).

As such, there would likely be more impacts on Gunnison Sage-Grouse and their habitat in areas where ROWs are permitted compared to areas where ROWs are excluded or avoided.

<u>Disruption Impacts.</u> Both the construction and operation phases of ROW projects can lead to disruption impacts. Noise and an increase in human presence during construction may displace Gunnison Sage-Grouse into lower quality habitat and may disrupt breeding and nesting (Holloran 2005). Although construction impacts are generally short term, many impacts would continue during routine maintenance and operation of the ROWs. Gunnison Sage-Grouse would likely avoid habitat in the vicinity of infrastructure (Holloran et al. 2010), resulting in indirect habitat loss. In addition, noise and an increase in traffic during ROW operation and maintenance would disturb and likely displace Gunnison Sage-Grouse (Lyon and Anderson 2003; Holloran 2005). Avoidance of habitat would be most prevalent during levels of high human activity, such as ROW construction. Gunnison Sage-Grouse may avoid otherwise suitable habitat as the density of roads and infrastructure increases (Holloran 2005).

Avian predators, particularly raptors and corvids (i.e., crows, ravens, and magpies), are attracted to overhead utility lines because they provide perches for various activities, including hunting (Avian Power Line Interaction Committee 2006). Increased predation and harassment of Gunnison Sage-Grouse may occur from new ROW projects involving power lines or other tall structures (Connelly et al. 2004). However, the PRMP includes management to remove or modify raptor perches, thereby reducing this threat. In addition, road ROWs may increase mammalian predator densities.

Construction and operation of ROW facilities may also lead to direct mortality of Gunnison Sage-Grouse. The potential for Gunnison Sage-Grouse mortality from project construction would be low and likely limited to nesting hens or young chicks that have limited mobility. Direct mortality may occur from collisions with turbines, power lines, or meteorological towers or their supporting infrastructure, such as guy wires (Connelly et al. 2004; Beck et al. 2006). In addition, an increase of traffic on roads from ROW maintenance and operations can lead to direct mortality through vehicle collisions.

<u>Habitat Protection.</u> The PRMP would identify any areas within a 0.6-mile radius of any Sage-Grouse lek as a ROW exclusion area. Additionally, all occupied

BLM_0025068

Sage-Grouse habitat and areas within a 4-mile radius of Sage-Grouse leks would be identified as ROW avoidance areas. These measures would reduce or eliminate the above described impacts on Gunnison Sage-Grouse and their habitat by restricting new ROWs.

*Effects from Energy and Mineral Management*

Negative effects of fluid mineral development on Sage-Grouse populations are well-documented (Connelly et al. 2000; Lyon and Anderson 2003; Holloran 2005; Doherty et al 2008; Walker et al. 2007). Federal mineral estate encompasses 22,800 acres of occupied proposed critical habitat, and 76,800 acres of unoccupied proposed critical habitat; however, no fluid mineral development potential occurs within or near established Gunnison Sage-Grouse populations in the GJFO planning area, and no existing fluid mineral leases overlap with proposed critical habitat. All occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) would be closed to leasing. Additionally, unoccupied habitat in the Dominguez Escalante NCA would be closed to leasing. As stated under the assumptions and methods of analysis, no mineral development is expected and as a result, no adverse impacts on Gunnison Sage-Grouse are anticipated.

*Effects from Areas of Critical Environmental Concern Management*

The BLM would designate 13 ACECs in the GJFO planning area under the PRMP, encompassing 123,400 acres. Of these, the Rough Canyon ACEC (2,778 acres) would be expanded to accommodate better management of the Gunnison Sage-Grouse. This area would be withdrawn from mineral entry, and managed as ROW exclusion. In addition, an NSO stipulation would be applied to protect Sage-Grouse leks, nesting, and early brood-rearing habitat. While no proposed occupied or unoccupied critical habitat occurs within the ACEC, the boundaries encompass the historical range for the species. As such, Gunnison Sage-Grouse would be protected from surface disturbance and associated impacts within this ACEC if the area was to be reoccupied in the future.

**Cumulative Effects**

Cumulative effects include those of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

The CIAA for Gunnison Sage-Grouse includes follows fourth-order watershed boundaries that completely or partially overlap the planning area.

The majority of the planning area occurs within Mesa County, which has experienced significant population growth since 1987, and population forecasts expect the growth trend will continue (Colorado Division of Local Government,

BLM_0025069

State Demography Office 2013). As such, continued use and development within the planning area is expected to continue. Past, present, and reasonably foreseeable future actions and conditions on non-federal lands in the CIAA that have affected and will likely continue to affect Gunnison Sage-Grouse are as follows:

- Mineral exploration and development
- Agricultural development
- ROW and infrastructure development
- Livestock grazing
- Recreation
- Road construction
- Weed invasion and spread
- Wildland fires
- Drought
- Farming

In general, resource use activities have cumulatively caused habitat removal, fragmentation, soil compaction, erosion, increased human presence, and weed spread as described above.

Many natural influences create conditions that cause vegetation changes. For example, wildland fire removes vegetation, which makes affected areas more susceptible to weed invasion and soil erosion. Droughts reduce vegetation health, leaving it prone to insect infestation or disease. Climate change in the CIAA could increase or decrease temperatures and precipitation. This would affect soil conditions, vegetation distribution, water flows, water quality, and water temperature (Ficklin et al. 2010; Lenihan et al. 2003; McKenney et al. 2007; Hamann and Wang 2006). Such changes would alter the conditions to which vegetation communities are adapted, potentially creating conditions that favor certain species or communities, weeds, or pests (Hellmann et al. 2007) and potentially creating unsuitable conditions for Gunnison Sage-Grouse.

## 4.4   CANDIDATE SPECIES

### 4.4.1   Greater Sage-Grouse

#### Assumptions and Methods of Analysis
Methods of analysis and assumptions are similar to those described above in Sections 4.1.2 and 4.2.3. The following additional indicators and assumptions apply to Greater Sage-Grouse:

BLM_0025070

Indicators of impacts on Greater Sage-Grouse and the measurements used to describe the impacts (where available or appropriate) are described below:

*Direct Habitat Loss*
Acres of habitat lost. Direct habitat loss results when habitat is destroyed or converted to a form that is unsuitable for the impacted species. Direct habitat loss can be a short-term or long-term impact.

*Habitat Fragmentation*
Habitat fragmentation occurs when contiguous habitat is broken into smaller blocks by surface-disturbing activities. Habitat fragmentation could lead to the following:

- Likelihood of reduced habitat quality and interference with movement patterns, leading to a decreased ability to breed or overwinter successfully to a degree that would lead, in turn, to substantial population declines
- Likelihood that individual habitat blocks would be reduced
- Likelihood of increased percentage of edge habitat on smaller blocks when compared to larger blocks

*Disruption to Species*
Direct mortality of species, including predation, collisions with structures (fences, towers, vehicles), and disease; interference with movement patterns due to fragmented landscapes; short- or long-term displacement and physiological or behavioral influences (avoidance of otherwise functional habitats).

*Habitat Degradation*
Weed infestation and understory and overstory reductions indicators (reductions in herbaceous ground cover, lack of residual cover, change in understory plant composition)

Miles disturbed (for limits on travel management, recreation, unleased areas)

Miles/acres disturbed. (It is assumed that habitat next to roads that are impacted by dust and dust suppression activities would have some lower level of understory next to the impacted habitat.)

*Habitat Restoration or Improvement*
The likelihood of improving habitat quality (e.g., increased species diversity, increased habitat connectivity, and decreased weeds).

BLM_0025071

*Habitat Protection*

Acres protected through stipulations, withdrawals, closures, and special designations (e.g., ACECs). Also, the likelihood of reduced or prohibited surface disturbance.

In addition to the assumptions listed under Section 4.1.2, the following would apply specifically to Greater Sage-Grouse:

- In general, Greater Sage-Grouse are highly sensitive to habitat fragmentation, development, or changes in habitat conditions. This is because Greater Sage-Grouse inhabit and require large, intact sagebrush ecosystems, and are especially sensitive to disturbance and human presence.

### Conservation Planning

The goals for biological resources management in the PRMP are summarized in **Table 2-1** of this BA. Additionally, **Table 2-1** includes the objectives, actions, and conservation measures proposed to achieve the goals. The PRMP is primarily a landscape-level, programmatic-level document. The stipulations, conservation measures, and BMPs described below for Greater Sage-Grouse are not comprehensive. New conservation measures may be developed at the project level.

*Objectives*

One objective directly related to Greater Sage-Grouse is included in the PRMP (**Table 2-1**):

- Advance the conservation of Gunnison and Greater Sage-Grouse and their habitat in accordance with current national, state, and local working group recommendations and policy as well as the most current scientific literature and research.

*Actions and Surface Disturbance Restrictions*

Twenty-six management actions and stipulations directly related to Greater Sage-Grouse are included in the proposed plan (**Table 2-1**):

- Consistent with current guidance for sagebrush-dependent species, improve areas of poor quality nesting habitat by implementing the following actions, including but not limited to:

    o In areas where species diversity is low seed area with grasses and forbs, with an emphasis on forbs if brood-rearing occurs in the area, accompanied by light disking and interseeding, or drill seeding.

    o Where sage is decadent and does not meet habitat objectives, conduct thinning by roller-chopping, light disking, Dixie Harrow, Lawson Aerator or other methods.

BLM_0025072

- o Conduct vegetation treatments to retain residual cover through fall and winter into nesting season.

- When reseeding roads, primitive roads and trails, use appropriate seed mixes (appropriate for Sage-Grouse ecological conditions) and consider the use of transplanted sagebrush.

- Reduce routes through currently suitable or potentially suitable Gunnison and Greater Sage-Grouse habitat by reducing routes through sage brush parks, with an emphasis on routes that bisect sage brush parks.

- Improve brood-rearing habitats by implementing the following action:

  - o Restore old ponds or construct new ponds in areas lacking water, while minimizing potential for promoting mosquito breeding habitat at elevations below 8,000 feet.

- Improve lek areas by mechanically treating historic lek areas where sagebrush density has increased.

- To reduce disturbance to Gunnison or Greater Sage-Grouse, close duplicative or redundant routes within Sage-Grouse habitat and within 4 miles of a lek.

- Remove/modify raptor perches, in Gunnison and Greater Sage-Grouse habitat (trees, fences, dry-hole markers, and power poles).

- Monitor measureable objectives and evaluate grazing management to assure that management actions are achieving Sage-Grouse habitat objectives.

- Design any new structural range improvements to conserve, enhance, or restore Sage-Grouse habitat through an improved grazing management system relative to Sage-Grouse objectives. Structural range improvements, in this context, include but are not limited to: cattleguards, fences, enclosures, corrals or other livestock handling structures; pipelines, troughs, storage tanks (including moveable tanks used in livestock water hauling), windmills, ponds/reservoirs, solar panels and spring developments.

- To reduce Sage-Grouse strikes and mortality, remove, modify, or mark fences in high risk areas. When fences are necessary, require a Sage-Grouse-safe design.

- Locate supplements (salt or protein blocks) in a manner designed to conserve, enhance, or restore Sage-Grouse habitat.

- Offer temporary use on a case-by-case basis in allotments where grazing preference has been relinquished, or non-use warrants to rest other allotments that include important Sage-Grouse habitat.

BLM_0025073

- Apply TL-16 (Occupied Sage-Grouse Winter Habitat) or TL-17 (Sage-Grouse Leks) to vegetation management treatments according to the type of seasonal habitats present in a priority area.

- Monitor after vegetation treatments for success in meeting objectives and monitor and control invasive vegetation after vegetation treatments in Sage-Grouse habitat.

- Apply post-vegetation treatment management and monitoring to ensure long term persistence of seeded native plants. Outline temporary or long-term changes in livestock grazing, wild horse and burro, and travel management, etc., to achieve and maintain vegetation management objectives to benefit Sage-Grouse and their habitats.

- Design vegetation treatments in Sage-Grouse habitats to strategically reduce wildfire threats in the greatest area. This may involve spatially arranging new vegetation treatments with past treatments, vegetation with fire-resistant seral stages, natural barriers, and roads in order to constrain fire spread and growth. This may require vegetation treatments to be implemented in a more linear versus block design.

- Include Sage-Grouse habitat parameters as defined by Connelly et al. (2000), Hagen et al. (2007) or if available, state and federal Sage-Grouse conservation and recovery plans and appropriate local information in habitat restoration objectives. Make maintaining these objectives within priority Sage-Grouse habitat areas a high restoration priority.

- Choose native plant seeds for vegetation treatments based on availability, adaptation (site potential), probability for success, and the vegetation management objectives for the area covered by the treatment. Where probability of success or native seed availability is low, use species that meet soil stability and hydrologic function objectives as well as vegetation and Sage-Grouse habitat objectives.

- Manage the following areas to benefit Sage-Grouse habitat:

  o Wildlife Emphasis Areas:

    ▪ Glade Park and

    ▪ Sunnyside.

  o ACECs:

    ▪ Roan and Carr Creek

- Identify the following as ROW exclusion areas:

  o Within a 0.6-mile radius of Sage-Grouse leks.

- Identify the following as ROW avoidance areas:

BLM_0025074

- Sage-Grouse occupied habitat and
- Within a 4-mile radius of Sage-Grouse leks.

- **No Leasing:** *Sage-Grouse*. Close all occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) and greater Sage Grouse habitat within one mile of an active lek to fluid mineral leasing and geophysical exploration.

- **No Leasing:** *Split-estate*. Manage 12,200 acres of Private and State surface/federal fluid mineral estate in all occupied Gunnison Sage-Grouse habitat and greater Sage Grouse habitat within one mile of an active lek as closed to fluid mineral leasing and geophysical exploration.

- **STIPULATION** TL-16: *Occupied Sage-Grouse Winter Habitat*. Prohibit surface occupancy and surface-disturbing activities in occupied Sage-Grouse winter habitat from December 16 to March 15.

- **STIPULATION** NSO-25: *Sage-Grouse Leks, Nesting, and Early Brood-rearing Habitat*. Prohibit surface occupancy and surface-disturbing activities within 4 miles of an active lek or within Sage-Grouse nesting and early brood-rearing habitat.

- **STIPULATION** TL-17: Sage-Grouse Leks. Prohibit surface occupancy and surface-disturbing activities within 4 miles of Sage-Grouse leks from March 1 to June 30.

Additional management actions indirectly related to the protection of the Greater Sage-Grouse are described in **Table 2-1** and incorporated by reference.

*Colorado Standards for Public Land Health*
The Colorado Standards for Public Land Health describe conditions needed to sustain public land health. They relate to all uses of the public lands. Standards are applied on a landscape scale and relate to the potential of the landscape (Appendix E of the PRMP). Of the five standards listed, standards 1, 3, and 4 would directly apply to the conservation of Greater Sage-Grouse. Specifically, standard 1 applies to the desire for upland soil moisture conditions to sustain optimal plant growth and vigor thereby enhancing habitat conditions. Standard 3 promotes the health of native plants and animals at the community and population levels. Standard 4 establishes BLM standards for protecting and enhancing special status, threatened, and endangered federal and state species and other plants and animals.

*BMPs for Management Actions*
Appendix H of the PRMP includes a number of BMPs and standard operating procedures that would benefit Greater Sage-Grouse by protecting soils, vegetation, and suitable habitat. These BMPs include but are not limited to:

BLM_0025075

closing selected routes to protect special status species, placing pipelines and other ROWs within road corridors when feasible to minimize disturbance, and minimizing disturbance to soil and native vegetation as much as possible. Additionally, various other practices designed to prevent or limit noxious and invasive weed infestations are also included as BMPs.

### Direct and Indirect Effects

There would be no effects on Greater Sage-Grouse from air and climate resources; wild horses; cultural resources; paleontological resources; visual resources; water resources; wild and scenic rivers; lands with wilderness characteristics; forestry; National Trails; national, state, and BLM byways; Native American tribal uses; public health and safety; socioeconomics; and environmental justice. These resource programs are not discussed further.

*Effects from Soils Resource Management*

The goal of soil resource management in the GJFO RMP is to ensure upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for optimal plant growth and vigor, and minimizes runoff and erosion. As a result, this would support healthy Greater Sage-Grouse habitats.

*Effects from Vegetation Management*

Under the PRMP, vegetation management and protection would impact Greater Sage-Grouse habitats. Management to improve and protect vegetation conditions throughout the planning area would improve vegetative cover, reduce the likelihood for erosion and sedimentation, and maintain seed banks. Most vegetation treatments would not affect Greater Sage-Grouse, as a timing limitation would be applied to avoid impacts during sensitive periods. Improved vegetative conditions would improve habitat for Greater Sage-Grouse by providing more opportunities for lekking, nesting, brood-rearing, wintering, cover, and foraging over the long term. In the short term, vegetation treatments could remove potential habitat or increase the potential for weed spread. In addition, human disturbance and noise associated with the use of heavy equipment for vegetation removal could temporarily displace Greater Sage-Grouse from foraging, breeding, nesting, and wintering habitats.

Greater Sage-Grouse habitat would be improved and maintained through vegetation treatments, prioritizing winter Sage-Grouse habitat for treatment and restoration, developing restoration plans in non-functioning habitat, reducing pinyon-juniper encroachments, increasing habitat connectivity, and managing for age class diversity. Greater Sage-Grouse would be directly and indirectly affected by these management actions in the short and long term. Actions to reduce pinyon-juniper woodland invasion of upper elevation sagebrush communities would benefit Greater Sage-Grouse that require open sage parks.

BLM_0025076

*Effects from Fish and Wildlife Management*

In general, fish and wildlife management would improve and maintain habitat for a variety of species throughout the decision area. Objectives and actions intended to support big game species would likely also benefit to Greater Sage-Grouse. For example, elk winter concentrations areas and severe winter range overlap with PPH and PGH. Prohibiting surface occupancy and surface-disturbing activities from December 1 to May 1 in these areas to protect big game winter range would also benefit Greater Sage-Grouse populations by limiting activities which can result in behavior disturbances.

*Effects from Special Status Species*

A suite of management actions would be implemented to conserve Greater Sage-Grouse under the PRMP, including habitat improvement, habitat protection, and mineral leasing stipulations and prohibitions. Nesting, brood-rearing, and lek habitat would be improved, and vegetation management actions in sagebrush would aim to conserve, enhance, and restore Greater Sage-Grouse habitats. Raptor perches would be removed or modified in Greater Sage-Grouse habitat to reduce predation, and a Sage-Grouse-safe design would be required for all fences in PPH. In addition, the Roan and Carr Creeks ACEC and the Glade Park and Sunnyside wildlife emphasis areas would be managed for Sage-Grouse habitat. There would be a number of range management actions, such as authorizing new water developments when PPH would benefit and designing new structural range improvements to benefit PPH.

*Effects from Wildland Fire Management*

Depending on the extent, location, severity, and seral type affected, unplanned ignitions would have adverse impacts on Greater Sage-Grouse by removing or degrading habitat and/or reducing population viability. Large or intense wildfires could damage large expanses of habitat. Indirect effects could result from increased erosion, and increased potential for noxious and invasive weed establishment.

Under the PRMP, the BLM would avoid planned and unplanned fire in low-elevation cheatgrass-infested communities, which would help protect adjacent sagebrush habitats used by Greater Sage-Grouse. Following an unplanned fire, Emergency stabilization and rehabilitation treatments could help to reestablish vegetation and restore habitat for Greater Sage-Grouse. Using a variety of fuel treatments would have short-term effects on Greater Sage-Grouse and habitats through vegetation removal, increased likelihood of erosion and sedimentation, human presence, and the potential for habitat avoidance. In the long term, these activities would reduce the likelihood of uncharacteristically large or intense wildfires that could damage large expanses of habitat or kill or displace wildlife. In addition, the condition of upland vegetation would be improved.

Increased human activity and disturbance associated with wildland fire suppression and prescribed fire in areas occupied by Greater Sage-Grouse could

BLM_0025077

affect lekking, nesting, brood-rearing, wintering, or foraging behavior. Important habitats could be altered because of the use of heavy equipment, hand tools, and noise associated with intensive human activity. However, there is also a risk of habitat loss in areas where wildland fire suppression is absent or limited due to the increased potential for large and more severe wildfires. This in turn is balanced by the fact that a large fire could require extensive suppression operations, such as extensive staging areas and fire-line construction, which could themselves result in long-term effects on Greater Sage-Grouse and their habitats. Smaller fires that would require less extensive suppression operations would generally avoid these long-term effects.

*Effects from Livestock Grazing Management*

Potential impacts of herbivory (plant eating) on Greater Sage-Grouse habitat include historic overgrazing of sagebrush communities, resulting in Greater Sage-Grouse habitat changes (Beck and Mitchell 2000). By altering components necessary for Greater Sage-Grouse habitats, livestock grazing can impact the suitability and extent of Greater Sage-Grouse habitats (Wyoming Sage-Grouse Working Group 2003).

Potential impacts of grazing and associated activities on Greater Sage-Grouse include direct impacts of herbivores, such as trampling of nests and eggs, altered Greater Sage-Grouse behavior due to presence of herbivores, and impacts on Greater Sage-Grouse and their behavior from structures associated with grazing management (Beck and Mitchell 2000). Additionally, mortality associated with fence collisions has been documented in lesser prairie-chickens *(Tympanuchus pallidicinctus)* in Oklahoma (Wolfe et al. 2007) and Greater Sage-Grouse in Idaho (Stevens 2011). Stevens et al. (2012) showed that topographic features, proximity to active leks, lek size, and fence design and density can influence collision potential and frequency. Furthermore, fences in areas with higher Greater Sage-Grouse population densities had higher collision rates. Areas where fence densities exceed 1.6 miles per square mile may also pose a risk to Greater Sage-Grouse (Stevens 2011).

In areas that are available for livestock grazing, there could be more impacts on Greater Sage-Grouse than in areas where livestock grazing is excluded. Under the PRMP, 5,200 acres of Sage-Grouse PPH and 8,700 acres of PGH would be open to livestock grazing and 200 acres of PPH and 100 acres of PGH would be closed to livestock grazing.

The PRMP includes a number of management actions to incorporate Greater Sage-Grouse habitat objectives and management considerations into livestock grazing management. Such measures would help to improve vegetation condition of rangeland areas and could reduce the likelihood of nonnative invasive species introduction or spread. In addition, removing, modifying, or marking fences in high risk areas would help to reduce the threat of injury or mortality to Greater Sage-Grouse.

BLM_0025078

*Effects from Recreation and Visitor Services*
*Areas Open for Casual Use.* Impacts from recreational use would include impacts from casual use such as nonmotorized recreation or dispersed camping. Such activities are not subject to site-specific environmental review and vegetation impacts would not be apparent until after damage has occurred. Examples of direct impacts on Greater Sage-Grouse from casual use include habitat loss, fragmentation, and direct mortality from collisions with vehicles. Impacts are more likely to occur in easily accessible areas where visitation would be high, and in areas open to intensive motorized use, as cross-country travel facilitates weed spread as well as increasing habitat fragmentation. In general, the more acres of routes in the area, the greater the likelihood of habitat fragmentation and disturbance to species and habitats as high concentrations of human use typically occur on or immediately adjacent to motorized routes.

*Permitted Uses.* Activities authorized under SRPs could disrupt Greater Sage-Grouse, but all SRPs would contain standard stipulations appropriate for the type of activity and may include additional stipulations necessary to protect land or resources, including Greater Sage-Grouse.

*Effects from Lands and Reality Management*
Construction and operation of ROW facilities, such as pipelines, roads, and transmission lines, may result in habitat loss, fragmentation, and degradation. Surface disturbance during construction removes vegetation and important habitat components for Greater Sage-Grouse and, in most cases, renders the habitat unsuitable. ROWs, such as those for roads and industrial facilities, may lead to permanent loss of Greater Sage-Grouse habitat. Other ROWs, such as those for pipelines or buried power lines, may lead to a more short-term loss of habitat if the area were reclaimed after construction. However, following natural succession regimes, sagebrush communities would take 20 to 30 years to return to preconstruction conditions. In addition to removing vegetation, long-term occupancy of structures and facilities leads to direct habitat loss.

ROWs may also lead to habitat fragmentation and degradation. ROW projects can reduce patch size and increase edge habitats. Since Greater Sage-Grouse require large blocks of intact habitat, linear disturbances reduce habitat quality. Surface disturbance can also lead to new weed infestations and spread weeds where infestations already occur. Noxious and invasive weeds are often of lower value to wildlife, and degrade wildlife habitat by reducing optimal cover or food. Sagebrush-steppe communities are among the ecosystems most vulnerable to invasion and degradation by invasive weeds. Not only can invasive species outcompete most native plants when moisture is limited, they can also change site-specific fire ecology and result in the loss of critical shrub communities. The loss and degradation of sagebrush habitat can reduce the carrying capacity of local breeding populations of Greater Sage-Grouse, especially in areas where high quality sagebrush habitat is limited (Braun 1998; Connelly et al. 2000).

BLM_0025079

As such, there would likely be more impacts on Greater Sage-Grouse and their habitat in areas where ROWs are permitted compared to areas where ROWs are excluded or avoided.

<u>Disruption Impacts.</u> Both the construction and operation phases of ROW projects can lead to disruption impacts. Noise and an increase in human presence during construction may displace Greater Sage-Grouse into lower quality habitat and may disrupt breeding and nesting (Holloran 2005). Although construction impacts are generally short term, many impacts would continue during routine maintenance and operation of the ROWs. Greater Sage-Grouse would likely avoid habitat in the vicinity of infrastructure (Holloran et al. 2010), resulting in indirect habitat loss. In addition, noise and an increase in traffic during ROW operation and maintenance would disturb and likely displace Greater Sage-Grouse (Lyon and Anderson 2003; Holloran 2005). Avoidance of habitat would be most prevalent during levels of high human activity, such as ROW construction. Greater Sage-Grouse may avoid otherwise suitable habitat as the density of roads and infrastructure increases (Holloran 2005).

Greater Sage-Grouse have evolved in habitat devoid of tall structures. ROW projects involving tall structures, such as power lines (distribution and transmission lines), communication towers, and meteorological towers, may lead to avoidance of suitable habitat (Pitman et al. 2005; Pruett et al. 2009; Wisdom et al. 2011). Although peer-reviewed science that demonstrated a clear avoidance of tall structures is limited for Greater Sage-Grouse, studies conducted on species that have similar life history (i.e., the lesser and greater prairie-chickens) have shown that use of habitat is reduced when these habitats are located near tall structures (Pitman et al. 2005; Pruett et al. 2009).

Avian predators, particularly raptors and corvids (i.e., crows, ravens, and magpies), are attracted to overhead utility lines because they provide perches for various activities, including hunting (Avian Power Line Interaction Committee 2006). Increased predation and harassment of Greater Sage-Grouse may occur from new ROW projects involving power lines or other tall structures (Connelly et al. 2004). However, the PRMP includes management to remove or modify raptor perches, thereby reducing this threat. In addition, road ROWs may increase mammalian predator densities.

Construction and operation of ROW facilities may also lead to direct mortality of Greater Sage-Grouse. The potential for Greater Sage-Grouse mortality from project construction would be low and likely limited to nesting hens or young chicks that have limited mobility. Direct mortality may occur when Greater Sage-Grouse collide with turbines, power lines, or meteorological towers or their supporting infrastructure, such as guy wires (Connelly et al. 2004; Beck et al. 2006). In addition, an increase of traffic on roads from ROW maintenance and operations can lead to direct mortality through vehicle/Greater Sage-Grouse collisions.

BLM_0025080

<u>Habitat Protection.</u> ROW exclusion or avoidance areas would reduce or eliminate the above-described impacts on Greater Sage-Grouse and their habitat by not allowing ROWs in PGH or PPH. Under the PRMP, all areas within a 0.6-mile radius of leks would be ROW exclusion areas, covering 600 acres of PPH. Further, Sage-Grouse occupied habitat and areas within 4 miles of leks would be ROW avoidance areas, covering 5,000 acres of PPH and 8,700 acres of PGH. There would be no PPH within ROW corridors.

*Effects from Energy and Mineral Management*

While the long-term impacts of fluid minerals development are unclear (Connelly et al. 2000), recent studies have shown effects from these activities on Greater Sage-Grouse. Impacts include reduced nest initiation rates (Lyon and Anderson 2003), avoidance of developed areas and increases in movement (Lyon and Anderson 2003; Holloran 2005; Crompton 2005; Doherty et al. 2008), reduced attendance of males at lek sites (Holloran 2005; Walker et al. 2007; Crompton 2005), and reduced survivorship (Crompton 2005). Impacts occur in lekking, nesting, brood rearing, and winter habitat (Crompton 2005; Doherty et al. 2008), and negative effects have been shown to occur from 0.5 mile to 4 miles away from oil and gas development (Walker et al. 2007). It is possible that Sage-Grouse may repopulate developed areas after oil and gas operation ends, but long-term studies have not yet been conducted.

Within the planning area, leased and unleased fluid minerals overlap with PPH and PGH, see **Table 4-2**, Acres of Fluid Minerals in Greater Sage-Grouse Habitat by PPH and PGH.

**Table 4-2**
**Acres of Fluid Minerals In Greater Sage-Grouse Habitat by PPH and PGH**

| Indicator | PPH | PGH |
| --- | --- | --- |
| Total Acres | 49,300 Acres | 29,300 Acres |
| Acres of BLM Surface Ownership | 5,520 Acres | 8,900 Acres |
| % BLM Surface Ownership | 11.2% | 30.4% |
| Acres of Federal Minerals | 9,600 Acres | 13,400 Acres |
| % Federal Minerals | 19.5% | 45.7% |
| Acres of Federal Mineral Estate Leased | 4,100 Acres | 11,000 Acres |
| % of Habitat Currently Leased | 8.3% | 37.5% |

As shown in **Table 4-2**, the majority of Greater Sage-Grouse habitat within the planning area occurs on non-BLM administered lands. Federal mineral estate covers 19.5 percent of PPH and 45.7% of PGH. 65.7% of all overlapping federal mineral estate has been leased. Because stipulations in the PRMP can only apply

BLM_0025081

to new leases, COAs would be more effective at limiting potential impacts associated with fluid mineral developments in these areas.

For the remainder of unleased federal mineral estate in PPH and PGH, stipulations and mineral leasing restrictions for Sage-Grouse include closure of all occupied Greater Sage-Grouse habitat to fluid mineral leasing; TL in occupied winter habitat; NSO for leks, nesting, and early brood-rearing habitat (with a four-mile buffer); CSU for nesting and early brood-rearing habitat (with a four-mile buffer); and TL within four miles of leks. In addition, Sage-Grouse preliminary priority habitat would not be acceptable for coal leasing under the PRMP. With implementation of the stipulations and COAs as described above, adverse effects to the Greater Sage-Grouse are not anticipated.

*Effects from Travel Management*
In general, the more acres of routes that are designated in the area, the greater the likelihood of habitat fragmentation and disturbance to Sage-Grouse and habitats as high concentrations of human use typically occur on or next to motorized routes. Areas designated as open have no restrictions on cross-country travel and therefore have the highest potential for increased route density and associated disturbance. Managing on-site recreation and motorized activity, limiting travel to designated routes, and closing travel routes could prevent or reduce impacts. For example, seasonal closure of routes would prevent impacts on species during sensitive or critical times of the year, such as during winter or birthing. Impacts are more likely to occur in easily accessible areas where visitation would be highest.

Under the PRMP, the BLM would reduce impacts on Greater Sage-Grouse by limiting key areas to motorized and mechanized vehicles. Specifically, 5,600 acres of PPH and 8,900 acres of PGH would be limited for motorized and mechanized vehicles. In addition, management actions to reduce routes in sage brush parks and close duplicative or redundant routes in Sage-Grouse habitat and within 4 miles of a lek would reduce the potential for impacts from vehicles and human presence.

*Effects from Wilderness Study Areas*
Under the PRMP, the BLM would continue to manage four existing WSAs within the planning area: Demaree Canyon (22,700 acres); Little Book Cliffs (29,300 acres); The Palisade (26,700 acres); and Sewemup Mesa (17,800 acres). These areas would be closed to motorized and mechanized and fluid mineral leasing and geophysical exploration. Further, surface occupancy and surface-disturbing activities would be prohibited. Given the reduced disturbance and human presence in these areas, continued management of the four WSAs within the planning area would benefit any Greater Sage-Grouse which occur within or adjacent to these areas.

BLM_0025082

*Effects from Areas of Critical Environmental Concern Management*

The BLM would designate 13 ACECs in the GJFO planning area under the PRMP, encompassing 123,400 acres. Of these, the Roan and Carr Creeks ACEC are valued for Greater Sage-Grouse (among other resources) which occur within the proposed designation boundaries. This designated area would be limited to designated routes, managed as a ROW avoidance area, and classified as unacceptable for coal leasing. In addition, an NSO stipulation would be applied to protect Sage-Grouse leks, nesting, and early brood-rearing habitat. As such, Greater Sage-Grouse would be protected from surface disturbance and associated impacts within these areas.

### Cumulative Effects

Cumulative effects include those of future state, tribal, local, or private actions that are reasonably certain to occur in the action area. Future federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation, in accordance with Section 7 of the ESA. Cumulative effects address the impact of implementing the RMP in combination with other future non-federal actions outside the scope of this RMP, either in the planning area or next to it.

The CIAA for Greater Sage-Grouse includes the Western Association of Fish and Wildlife Agencies Management Zone II and VII, which encompasses the entire population, and surrounding populations in Wyoming and Utah.

The majority of the planning area occurs within Mesa County, which has experienced significant population growth since 1987, and population forecasts expect the growth trend will continue (Colorado Division of Local Government, State Demography Office 2013). As such, continued use and development within the planning area is expected to continue. Past, present, and reasonably foreseeable future actions and conditions on non-federal lands in the CIAA that have affected and will likely continue to affect Greater Sage-Grouse are as follows:

- Mineral exploration and development
- Agricultural development
- ROW and infrastructure development
- Livestock grazing
- Recreation
- Road construction
- Weed invasion and spread
- Wildland fires
- Drought
- Farming

BLM_0025083

In general, resource use activities have cumulatively caused habitat removal, fragmentation, soil compaction, erosion, increased human presence, and weed spread as described above.

Many natural influences create conditions that cause vegetation changes. For example, wildland fire removes vegetation, which makes affected areas more susceptible to weed invasion and soil erosion. Droughts reduce vegetation health, leaving it prone to insect infestation or disease. Climate change in the CIAA could increase or decrease temperatures and precipitation. This would affect soil conditions, vegetation distribution, water flows, water quality, and water temperature (Ficklin et al. 2010; Lenihan et al. 2003; McKenney et al. 2007; Hamann and Wang 2006). Such changes would alter the conditions to which vegetation communities are adapted, potentially creating conditions that favor certain species or communities, weeds, or pests (Hellmann et al. 2007) and potentially creating unsuitable conditions for Greater Sage-Grouse.

BLM_0025084

# CHAPTER 5
# EFFECTS DETERMINATION

## 5.1   COLORADO HOOKLESS CACTUS

Implementing the RMP **may affect, is likely to adversely affect** the Colorado hookless cactus.

### 5.1.1   Rationale

- In 2012 the BLM prepared a BA (BLM 2012a) and an amendment containing revised conservation measures (BLM 2012b). The BA assessed the effects of the BLM's livestock grazing program on Colorado hookless cactus, clay-loving wild buckwheat, and DeBeque phacelia in the Uncompahgre, Grand Junction, and Colorado River Valley Field Offices. The BA determined that livestock grazing permitted by the BLM is likely to adversely affect these three listed species. The USFWS issued a programmatic BO for the consultation on November 15, 2012 (USFWS 2012b). This BA tiers to the 2012 BO for livestock grazing. Grazing activities within the GJFO would contribute to the adverse effects determination for the Colorado hookless cactus.

- Under the Proposed RMP, 56.4 miles of routes open to public use (including 11.2 miles of county-maintained roads) would be located within 200 meters of known Colorado hookless cactus occurrences. An addition, 9.8 miles of routes within 200 meters would be restricted to administrative and permitted use only. There would also be 47.9 miles of existing routes within 200 meters of known occurrences proposed for closure and rehabilitation. Within 20 meters of known occurrences, 4.1 miles of routes would be open to public use (including 0.3 miles of county-maintained roads) and 1.1 miles of routes would be restricted to administrative and permitted use only. There would be 5.8 miles of routes within 20 meters of known occurrences proposed for closure and rehabilitation.

BLM_0025085

Impacts, in the form of trampling, could also occur from cross-country foot and horse travel. Therefore, adverse effects associated with travel and transportation are anticipated.

- Numerous actions, stipulations, BMPs, and other measures detailed in Section 4.2.1 would be implemented under the PRMP to protect Colorado hookless cactus and its habitat throughout the planning area. However, adverse effects from livestock grazing and travel management are anticipated.

## 5.2 DEBEQUE PHACELIA

Implementing the RMP **may affect, is likely to adversely affect** the DeBeque phacelia. Additionally, implementing the RMP **may affect, is likely to adversely affect** designated critical habitat for the DeBeque phacelia.

### 5.2.1 Rationale

- In 2012 the BLM prepared a BA (BLM 2012a) and an amendment containing revised conservation measures (BLM 2012b). The BA assessed the effects of the BLM's livestock grazing program on Colorado hookless cactus, clay-loving wild buckwheat, and DeBeque phacelia in the Uncompahgre, Grand Junction, and Colorado River Valley Field Offices. This BA determined that livestock grazing permitted by the BLM is likely to adversely affect these three listed species. The USFWS issued a programmatic BO for this consultation on November 15, 2012 (USFWS 2012b). This BA tiers to the 2012 BO for livestock grazing. Grazing activities within the GJFO would contribute to the adverse effects determination for the DeBeque phacelia.

- Numerous actions, stipulations, BMPs, and other measures detailed in Section 4.2.1 would be implemented under the PRMP to protect the DeBeque phacelia and its habitat throughout the planning area. However, adverse effects from livestock grazing and travel management are still anticipated.

## 5.3 PARACHUTE PENSTEMON

Implementing the RMP **may affect, is not likely to adversely affect** the Parachute penstemon. Additionally, implementing the RMP **may affect, is not likely to adversely affect** designated critical habitat for the Parachute penstemon.

### 5.3.1 Rationale

- The majority of Parachute penstemon occurrences within the planning area are found on private lands where the BLM has limited ability to implement protective measures. However, the cooperative

BLM_0025086

work between Oxy Oil Shale, the Colorado Natural Areas Program (CNAP), and USFWS in the designation of a Natural Area for the Logan Wash Mine demonstrates Oxy Oil Shale's commitment to the protection of Parachute penstemon on their private land.

- Drainage clearing along the Logan Wash Mine area (as required by the Logan Wash Mine stormwater management plan) is the one of the most significant threats to individuals within the planning area.

- The Logan Wash Mine area would be identified as a core conservation population, and would be managed to maintain the population. Management tools include but are not limited to the use of mats, weed treatments, route closures, and fencing/barriers. Additionally, rehabilitation and closure of roads associated with authorized uses would occur when no longer needed.

## 5.4   UTE LADIES'-TRESSES

Implementing the RMP **may affect, is not likely to adversely affect** the Ute Ladies'-tresses and its habitat.

### 5.4.1   Rationale

- No known occurrences have been documented within the planning area.

- There is minimal potential habitat with the planning area. Riparian areas surround DeBeque and Plateau Creek is considered suitable. NSO-2 (streams/springs possessing lotic riparian characteristics) would help protect this habitat by prohibiting surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, surface occupancy and use and surface-disturbing activities would be prohibited within the riparian zone.

## 5.5   BONYTAIL, HUMPBACK CHUB, RAZORBACK SUCKER, COLORADO PIKEMINNOW

Implementing the PRMP **may affect, is likely to adversely affect** the four endangered Colorado River fishes. Additionally, the PRMP **may affect, is likely to adversely affect** the four endangered Colorado River fishes critical habitat.

### 5.5.1   Rationale

- Water depletion activities (e.g. construction of water impoundments, water diversions, and water use associated with fluid mineral development) are likely to adversely affect the four big

BLM_0025087

river fish species and their critical habitat. These effects from water depletions would be similar to those effects described under the 2008 fluid minerals, and the 2009 non-fluid mineral water depletions BOs. The effects under the RMP would not exceed those consulted on in the programmatic BOs (USFWS 2008; 2009a).

- The indirect effects of small, site-specific increases in sediment on the four endangered Colorado fish species would be negligible and well within the background levels carried by the Colorado and Gunnison Rivers. Any increased sediment loading into the river from BLM management would be largely undetectable.

- Elevated selenium concentrations can affect fish reproduction and recruitment. Selenium leaching is a naturally occurring process within the planning area, and is expected to continue. Stipulations and BMPs in the PRMP including those that affect stormwater, steep slopes, and proximity to drainages are expected to reduce the likelihood of water quality impacts from the implementation of the RMP to the point where these impacts would be discountable.

- While such programs as travel, ROWs, and wildland fire suppression have the potential for accidental spills and leaks of hazardous substances associated with their application on BLM lands, the BLM does not authorize these accidents. The RMP and this BA contain conservation measures to reduce the risk of these occurrences near critical habitats for these fish. In the rare and unlikely event of a spill, the BLM would initiate emergency consultation with the USFWS.

- Climate change is an unknown factor regarding long-term persistence of some cutthroat trout populations. However, given the global scale over which effects are occurring, it is impossible to detect effects from actions authorized in this plan. Managing stream and riparian habitats to their full potential will help to offset impacts associated with global climate change.

## 5.6    GREENBACK CUTTHROAT TROUT

Implementing the PRMP **may affect, is not likely to adversely affect** the greenback cutthroat trout.

### 5.6.1    Rationale

- Increased sediment and turbidity have the potential to impact green lineage cutthroat trout; however stipulations, BMPs, and the designation of the Roan and Carr Creeks ACEC would limit surface disturbing activities near occupied waterways.

BLM_0025088

- While such programs as travel, ROWs, and wildland fire suppression have the potential for accidental spills and leaks of hazardous substances associated with their application on BLM lands, the BLM does not authorize these accidents. The RMP and this BA contain conservation measures to reduce the risk of these occurrences near critical habitats for these fish. In the rare and unlikely event of a spill, the BLM would initiate emergency consultation with the USFWS.

- Climate change is an unknown factor regarding long-term persistence of some cutthroat trout populations. However, given the global scale over which effects are occurring, it is impossible to detect effects from actions authorized in this plan. Managing stream and riparian habitats to their full potential will help to offset impacts associated with global climate change.

- Stipulations and BMPs to protect perennial waterways would also protect green lineage cutthroat trout habitat

## 5.7 MEXICAN SPOTTED OWL

Based on the effects analysis and the management actions, stipulations, and conservation measures described above, implementation of the RMP **may affect, is not likely to adversely affect** the threatened Mexican spotted owl. The PRMP would have no effect on critical habitat because none has been designated in the action area.

### 5.7.1 Rationale

- No individuals are known to occur in the RMP planning area.

- The RMP and this BA contain conservation measures and management actions to reduce the risk of impacting Mexican spotted owl habitat.

## 5.8 CANADA LYNX

Based on the effects analysis and the management actions, stipulations, and conservation measures described above, implementation of the RMP **may affect, is not likely to adversely affect** the threatened Canada lynx. Additionally, implementing the RMP **may affect, is not likely to adversely affect** proposed critical habitat for the Canada lynx.

### 5.8.1 Rationale

- Limited suitable habitat occurs within the planning area.

- The RMP and this BA contain conservation measures and management actions to maintain and improve BLM-managed portions of the Lynx Analysis Unit.

BLM_0025089

## 5.9   WESTERN YELLOW-BILLED CUCKOO

Based on the effects analysis and the management actions, stipulations, and conservation measures described above, implementation of the RMP **may affect, is not likely to adversely affect** the threatened western yellow-billed cuckoo. Additionally, the PRMP **may affect, is not likely to adversely affect** the proposed western yellow-billed cuckoo critical habitat.

### 5.9.1   Rationale

- The RMP and this BA contain conservation measures, BMPs, and management actions to reduce the risk of impacting yellow-billed cuckoo and associated riparian habitat including limitations on development within riparian areas.

## 5.10   GUNNISON SAGE-GROUSE

### 5.10.1  Determination for Gunnison Sage-Grouse

Based on the effects analysis and the management actions and conservation measures described above, implementation of the RMP is not likely to jeopardize the continued existence of the Gunnison Sage-Grouse. Implementation of the RMP **may affect, is likely to adversely affect** the Gunnison Sage-Grouse.

### 5.10.2  Rationale

- Livestock grazing may potentially result in adverse impacts to the Gunnison Sage-Grouse through trampling of nests. This is thought to be rare but the impact is not discountable.

- Impacts would not be sufficient to preclude the survival or recovery of the population as a whole. If the proposed species is listed, the BLM would request that the conference opinion be included in the BO.

- The RMP and this BA contain conservation measures, BMPs, and management actions to reduce the risk of impacting Gunnison Sage-Grouse.

- Surface disturbance restrictions would be implemented under the RMP to prohibit surface-disturbing activities, with the goal of protecting sensitive Gunnison Sage-Grouse habitat from human-caused disturbances. These include but are not limited to NSO stipulations surrounding active leks; TLs which would prohibit surface occupancy and surface disturbing activities in or surrounding occupied winter habitat, leks, nesting, and early brood-rearing habitat; and ROW exclusion and avoidance designations near leks and occupied habitat. No fluid mineral development potential occurs within or near established Gunnison Sage-Grouse

BLM_0025090

populations in the GJFO planning area, and no existing fluid mineral leases overlap proposed critical habitat. All occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) would be closed to leasing.

### 5.10.3  Determination for Gunnison Sage-Grouse Proposed Critical Habitat

Based on the effects analysis and the management actions and conservation measures described above, implementation of the RMP **may affect, is not likely to adversely affect** the Gunnison Sage-Grouse proposed critical habitat.

### 5.10.4  Rationale

- Determination for proposed critical habitat included the consideration of the potential for 'harm' to Gunnison Sage-Grouse. The ESA handbook defines harm as an act which actually kills or injures wildlife, to include significant habitat modification or degradation when it actually kills or injures wildlife by significantly impairing essential behavioral patterns including breeding, feeding or sheltering (ESA handbook 4-46). At no point will proper livestock grazing in the project area reach a level to significantly impair breeding, feeding, or sheltering behavior of Gunnison Sage-Grouse. Grazing authorizations are required to incorporate sage-grouse habitat objectives into all allotments in occupied critical habitat. Allotments in occupied habitat are prioritized for land health assessments and required to have sage-grouse habitat objectives incorporated in to LHAs. Proper livestock grazing management does not considerably reduce the capability of designated or proposed critical habitat to satisfy requirements essential to both the survival and recovery of a listed species, and does not lead to adverse effects on critical habitat. This is evident in the Gunnison Basin where almost all habitats in the basin are grazed by livestock. Gunnison Sage-Grouse in the Gunnison Basin have experienced steady population trends over the last decade, even during drought. Improper livestock grazing management may have adverse impacts on critical habitat; however this plan does not analyze an improper livestock grazing alternative.

- The RMP and this BA contain conservation measures, BMPs, and management actions to reduce the risk of impacting Gunnison Sage-Grouse.

- Surface disturbance restrictions would be implemented under the RMP to prohibit surface-disturbing activities, with the goal of protecting sensitive Gunnison Sage-Grouse habitat from human-caused disturbances. These include but are not limited to NSO stipulations surrounding active leks; and ROW exclusion and

*Biological Assessment for the Grand Junction Field Office RMP Revision*

BLM_0025091

avoidance designations near leks and occupied habitat. No fluid mineral development potential occurs within or near established Gunnison Sage-Grouse populations in the GJFO planning area, and no existing fluid mineral leases overlap proposed critical habitat. All occupied Gunnison Sage-Grouse habitat (currently 10,600 acres) would be closed to leasing.

## 5.11 GREATER SAGE-GROUSE

Based on the effects analysis and the management actions and conservation measures described above, implementation of the RMP is not likely to jeopardize the continued existence of the Greater Sage-Grouse. Implementation of the RMP **may affect, is not likely to adversely affect** the Greater Sage-Grouse.

### 5.11.1 Rationale

- The GJFO contains primarily wintering habitat for the species on BLM lands. The potential for trampling of nests and/or eggs by permitted livestock is unlikely and therefore discountable.

- Impacts would not be sufficient to preclude the survival or recovery of the population as a whole. If the proposed species is listed, the BLM would request that the conference opinion be include in the BO.

- The RMP and this BA contain conservation measures, BMPs, and management actions to reduce the risk of impacting the Greater Sage-Grouse.

- Surface disturbance restrictions would be implemented under the RMP to prohibit surface-disturbing activities, with the goal of protecting sensitive Greater Sage-Grouse habitat from human-caused disturbances. These include but are not limited to NSO stipulations surrounding active leks; TLs which would prohibit surface occupancy and surface disturbing activities in or surrounding occupied winter habitat, leks, nesting, and early brood-rearing habitat; and ROW exclusion and avoidance designations near leks and occupied habitat.

- Impacts on Greater Sage-Grouse and its habitat would be minimized to the extent practical and feasible through compliance with the BLM Manual 6840, restrictions, stipulations, closures to mineral exploration and development, designation of ACECs, COAs, and by concentrating development in previously disturbed areas. Habitat conditions would be improved through vegetation treatments, weed prevention and control, and grazing management.

BLM_0025092

This page intentionally left blank.

BLM_0025093

# SECTION 6
# REFERENCES

Avian Power Line Interaction Committee. 2006. Suggested Practices for Raptor Protection on Power Lines—The State of the Art in 1996. Edison Electric Institute and Raptor Research Foundation, Washington, DC.

Barrett, J.C., G.D. Grossman, and J. Rosenfeld. 1992. Turbidity-induced changes in reactive distance of rainbow trout. Trans Amer. Fish. Soc., P. 121, pp. 437-443.

Beck, J.L., and D.L. Mitchell. 2000. Influences of livestock grazing on sage-grouse habitat. Wildlife Society Bulletin 28:993-1002.

Beck, J.L., K.P. Reese, J.W. Connelly, and M.B. Lucia. 2006. Movements and survival of juvenile greater sage-grouse in southeastern Idaho. Wildlife Society Bulletin. 34:1070-1078.

Behnke, R. J. 1980. Impacts of habitat alterations on the endangered and threatened fishes of the upper Colorado River Basin. Pp. 204-216. In: W. O. J. Spofford, A. L. Parker and A. V. Kneese (editors), Energy Development and the Water, Fish, and Wildlife in the Southwest: Problems of the Upper Colorado River Basin. Resources for the Future, Washington, DC.

Behnke, R.J. 1992. Native trout of western North America. American Fisheries Society Monograph 6, Bethesda, Maryland.

Bestgen, K. R., K. B. Rogers, and R. Granger. 2013. Phenotype predicts genotype for lineages of native cutthroat trout in the Southern Rocky Mountains. Final Report to U. S. Fish and Wildlife Service, Colorado Field Office, Denver Federal Center (MS 65412), Denver CO. Larval Fish Laboratory Contribution 177.

Birney, E.C., W.E. Grant, and D.D. Baird. 1976. Importance of vegetative cover to cycles of *Microtus* populations. Ecology 57:1043-1051.

Braun, C.E. 1998. "Sage-grouse declines in western North America: what are the problems?" Proceedings of the Western Association of State Game and Fish Commissioners 78:139-156.

BLM_0025094

Bryant, M. D. 1981. Poorly constructed road crossings of small streams can block upstream movement of juvenile salmonids. USDA Forest Service, Research Note PNW-384.

Bureau of Land Management (BLM). 1987. Grand Junction Resource Management Plan and Record of Decision. Grand Junction Field Office. Grand Junction, Colorado.

_____. 1997. Standards for Public Land Health and Guidelines for Livestock Grazing Management. Colorado State Office. Lakewood, Colorado. February 3, 1997.

_____. 2004. BLM National Sage-grouse Habitat Conservation Strategy. BLM, Washington, DC. 25 pp.

_____. 2008a. Programmatic Biological Assessment for BLM Actions in Western Colorado re: Water Depletions and Effects on the Four Endangered Big River Fishes: Colorado pikeminnow (*Ptychocheilus lucius*), Humpback Chub (*Gila cypha*), Bonytail Chub (*Gila elegans*), and Razorback Sucker (*Xyrauchen texanus*). September 16, 2008.

_____. 2008b. Programmatic Biological Assessment for BLM's Fluid Minerals Program in Western Colorado re: Water Depletions and Effects on the Four Endangered Big River Fishes: Colorado Pikeminnow (*Ptychocheilus lucius*), Humpback Chub (*Gila cypha*), Bonytail Chub (*Gila elegans*), and Razorback Sucker (*Xyrauchen texanus*). May 20, 2008.

_____. 2008c. BLM Manual 6840, Special Status Species Management. December 12, 2008. Washington, DC.

_____. 2010a. Geographical Information Systems. Unpublished data. BLM, Grand Junction Field Office, Grand Junction, CO.

_____. 2010b. Programmatic Integrated Weed Management Plan for the Bureau of Land Management, Grand Junction Field Office McInnis Canyons NCA (MCNCA) and Dominguez-Escalante NCA (D-E NCA) Mesa County and Parts of Garfield County, Colorado. June 11, 2010.

_____. 2012a. Programmatic Biological Assessment, Effects on Listed Plant Species from the Bureau of Land Management Livestock Grazing Program: Colorado hookless cactus (*Sclerocactus glaucus*), Clay-loving wild buckwheat (*Eriogonum pelinophilum*), Debeque phacelia (*Phacelia submutica*).

_____. 2012b. Amendment and Supplement to Programmatic Biological Assessment, Effects on Listed Plant Species from the Bureau of Land Management Livestock Grazing Program: Colorado hookless cactus (*Sclerocactus glaucus*), Clay-loving wild buckwheat (*Eriogonum pelinophilum*), Debeque phacelia (*Phacelia submutica*).

_____. 2012c. Biological Assessment for the Pine Ridge Wildland Fire and Rehabilitation Plan and the Effects on Four Endangered Fish Species: bonytail (*Gila elegans*), humpback chub (*Gila cypha*), Colorado pikeminnow (*Ptychocheilus lucius*), and razorback sucker (*Xyrauchen texanus*), and their Designated Critical Habitat, and one Threatened Plant Species: Colorado hookless cactus (*Sclerocactus glaucus*).

BLM_0025095

Bunnell, K. D., J. T. Flinders, and M. L. Wolfe. 2006. Potential Impacts of Coyotes and Snowmobiles on Lynx Conservation in the Intermountain West. Wildlife Society Bulletin, 34: 828–838. October 2006.

Carlson, C. A., and R. T. Muth. 1989. "Lifeline of the American Southwest." Pp. 220-239. *In*: D. P. Dodge (editor). Proceedings of the International Large Rivers Symposium. *Canadian Special Publication of Fisheries and Aquatic Sciences* 106.

Chart, T. E., and L. Lentsch. 2000. Reproduction and recruitment of *Gila* spp. and Colorado pikeminnow (*Ptychocheilus lucius*) in the Middle Green River 1992–1996. Utah Division of Wildlife Resources, Salt Lake City, Utah. Publication Number 00-18.

CNHP (Colorado Natural Heritage Program). 2014. *Sclerocactus glaucus* Element Global Rank Report 44168. Fort Collins, Colorado.

Colorado Division of Local Government, State Demography Office. 2013. Preliminary Population Forecasts for Colorado Counties. Internet website: http://www.colorado.gov/cs/Satellite/DOLA-Main/CBON/1251593300013. Accessed August 5, 2014

Colorado Greater Sage-grouse Steering Committee. 2008. Colorado greater sage-grouse conservation plan. Colorado Parks and Wildlife, Denver, CO.

Connelly, J.W., M.A. Schroeder, A.R. Sands, and C.E. Braun, 2000. Guidelines to manage sage-grouse populations and their habitats. Wildlife Society Bulletin 28:1-19

Connelly, J.W., S.T. Knick, M.A. Schroeder, and S. Stiver. 2004. Conservation assessment of greater sage-grouse and sagebrush habitats. Western Association of Fish and Wildlife Agencies. Internet web site: www.wafwa.org.

CPW (Colorado Parks and Wildlife). 2008. Mexican Spotted Owl Fact Sheet. Internet website: www.wildlife.state.co.us/NR/rdonlyres/E3019729-1231-43C0-BDCA-91DF88C70014/0/MexicSpottedOwl.pdf.

_____. 2011. Glade Park – Pinyon Mesa Gunnison Sage-grouse Population. PowerPoint Presentation by Dan Neubaum, Wildlife Conservation Biologist, CPW. February 15, 2012.

_____. 2012. Whirling Disease and Colorado's Trout. Internet website: http://wildlife.state.co.us/Fishing/Management/Pages/WhirlingDisease.aspx.

_____. 2014. Colorado Parks & Wildlife Lynx Reintroduction. Internet website: http://cpw.state.co.us/Documents/Research/Mammals/LynxFactSheet.pdf. Last Updated June 2014. Accessed July 29, 2014.

DePrenger-Levin, M., R.H. Kao. 2013. Demographic monitoring of *Sclerocactus glaucus*, an endemic species of western Colorado. Population Monitoring 2007-2013, Technical Report to Bureau of Land Management, U.S. Department of Interior, Colorado State Office.

Dill, W. A. 1944. "Fishery of the lower Colorado River." California Fish and Game 30(3):109-211.

BLM_0025096

Doherty, K.E., D.E. Naugle, and B.L. Walker, and J.M. Graham. 2008. Greater sage-grouse winter habitat selection and energy development. Journal of Wildlife Management 72:187-195.

Ellsworth, E. and T.D. Reynolds. 2006. Snowshoe Hare (Lepus americanus): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/snowshoehare.pdf. August 8, 2014.

Ficklin, D. L., Y. Luo, E. Luedeling, S. Gatzke, and M. Zhang. 2010. "Sensitivity of agricultural runoff loads to rising levels of $CO_2$ and climate change in the San Joaquin Valley watershed of California." Environmental Pollution 158:223-234.

Faanes, C. A. US Department of the Interior, Fish and Wildlife Service. 1987. Bird behavior and mortality in relation to power lines in prairie habitats (Technical Report 7). Washington, DC.

Getz, L.L. 1985. Microtus habitats. Pp. 286-309 *in* R.H. Tamarin (ed.), Biology of Microtus. American Society or Mammology, Special publication No. 8.

Gunnison Sage-grouse Rangewide Steering Committee. 2005. Gunnison sage-grouse range wide conservation plan. Denver, Colorado: Colorado Division of Wildlife.

Gutierrez, R. J., A. B. Franklin, and W. S. LaHaye. 1995. "Spotted owl (*Strix occidentalis*)." *The Birds of North America*, number 179. The Academy of Natural Sciences Philadelphia and the American Ornithologists Union, Washington, DC.

Haak, A. L., J. E. Williams, H. M. Neville, et al. 2010. "Conserving peripheral trout populations: the values and risks of life on the edge." Fisheries. 35:530-549.

Hagen, C.A. 1999. Sage grouse habitat use and seasonal movements in a naturally fragmented landscape, northwestern Colorado. Thesis, University of Manitoba, Winnipeg, Canada.

Hamann, A., and T. Wang. 2006. "Potential effects of climate change on ecosystem and tree species distribution in British Columbia." Ecology 87 (11):2773-2786.

Hamilton, S.J., Holley K.M., Buhl K.J., Bullard F.A., Weston, L.K., and S.F. McDonald, 2002. Impact of selenium and other trace elements on the endangered adult razorback sucker. Environmental Toxicology 17:297-323

Hellmann, J. J., J. E. Byers, B. G. Bierwagen, and J. S. Dukes. 2007. Five potential consequences of climate change for invasive species." Conservation Biology 22(3):534-543.

Holden, P.B., and C.B. Stalnaker. 1970. Systematic Studies of the Cyprinid Genus *Gila* in the Upper Colorado River Basin. Copeia 1970(3):409-420.

Holloran, M.J. 2005. Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming. Doctoral thesis. University of Wyoming, Laramie, WY.

Holloran, M.J., R.C. Kaiser, and W.A. Hubert. 2010. Yearling greater sage-grouse response to energy development in Wyoming. Journal of Wildlife Management 74:65-72.

BLM_0025097

Interagency Lynx Biology Team. 2013. Canada lynx conservation assessment and strategy. 3rd edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication R1-13-19, Missoula, MT. 128 PP.

Isaak, D. J., C.H Luce, B.E. Rieman, D.E. Nagel, E.E. Peterson, D.L. Horan, S. Parkes, G.L. Chandler. 2010. Effects of climate change and wildfire on stream temperatures and salmonid thermal habitat in a mountain river network. Ecological Applications. 20: 1350-1371, doi: 10.1890/09-0822.1.

Johnson, J.E., and R.T. Hines. Effect of suspended sediment on vulnerability of young razorback suckers to predation. Transactions of the American Fisheries Society, 128:648-655.

Joseph, T. W., J. A. Sinning, R. J. Behnke, and P. B. Holden. 1977. "An evaluation of the status, life history and habitat requirements of endangered and threatened fishes of the upper Colorado River system." Report 24, Part 2. US Fish and Wildlife Service, Office of Biological Services, Fort Collins, Colorado.

Kaeding, L. R., B. D. Burdick, P. A. Schrader, and C. W. McAda. 1990. "Temporal and spatial relations between the spawning of humpback chub and roundtail chub in the upper Colorado River." Transactions of the American Fisheries Society 119:135-144.

Kaeding, L. R. 2003. Endangered and threatened wildlife and plants: reconsidered finding for an amended petition to list the westslope cutthroat trout as threatened throughout its range. Federal Register 68(132):46989-47009. Available: http://ecos.fws.gov/docs/federal_register/fr4159.pdf

Kolbe, J.A., J.R. Squires, D.H. Pletscher and L.F. Ruggiero. 2007. The Effect of Snowmobile Trails on Coyote Movements within Lynx Home Ranges. Journal of Wildlife Management. 71(5):1409-1418.

Kolb, A. 2008. "Habitat fragmentation reduces plant fitness by disturbing pollination and modifying response to herbivory." Biological Conservation 141:2540-2549.

Knick, S.T., and J.W. Connelly (editors). 2011. Greater Sage-Grouse: ecology and conservation of a landscape species and its habitats. Studies in Avian Biology (Vol. 38), University of California Press, Berkeley, CA.

Ladyman, J. 2003. Phacelia scopulina (A. Nels) J.T. Howell var. submutica (J.T. Howell) Halse (Debeque phacelia): A Technical Conservation Assessment. Prepared for the USDA Forest Service, Rocky Mountain Region, Species Conservation Project. Centennial, CO.

Lanigan, S. H., and C. R. Berry, Jr. 1979. Distribution and abundance of endemic fishes in the White River in Utah. Utah Cooperative Fish and Wildlife Research Unit, Logan, Utah.

Laymon, S.A. 1998. Yellow-billed Cuckoo (Coccycus americanus). In The Riparian Bird Conservation Plan: a strategy for revising the decline of riparian-associated birds in California. California Partners in Flight. http://www.prbo.org/calpif/htmldocs/riparian_v-2.html

Lemly, D.A. 2002. Selenium Assessment in Aquatic Ecosystems: A Guide for Hazard Evaluation and Water Quality Criteria. Springer-Verlag. New York, New York. 161 pp.

BLM_0025098

Lenihan, J. M., R. Draypek, D. Bachelet, and R. P. Neilson. 2003. "Climate change effects on vegetation distribution, carbon, and fire in California." Ecological Applications 13(6):1667-1681.

Lyon, A.G. and S.H. Anderson. 2003. Potential gas development impacts on sage-grouse nest initiation and movement. Wildlife Society Bulletin 31:486-491.

Manier, D.J., D.J.A. Wood, Z.H. Bowen, R.M. Donovan, M.J. Holloran, L.M. Juliusson, K.S. Mayne,, S.J. Oyler-McCance, F.R. Quamen, D.J. Saher, and A.J. Titolo. 2013. Summary of Science, Activities, Programs and Policies that Influence the Rangewide Conservation of Greater Sage-Grouse (*Centrocercus urophasianus*). U.S. Geological Survey Open-File Report 2013-1098, Fort Collins, Colorado.

McAda, C. W. 2002. "Subadult and adult pikeminnow monitoring; summary of results, 1986-2000." Recovery Program Project Number 22, final report. US Fish and Wildlife Service, Grand Junction, Colorado.

McKenney, D. W., J. H. Pedlar, K. Lawrence, K. Campbell, and M. F. Hutchinson. 2007. "Potential impacts of climate change on the distribution of North American trees." BioScience 57(11):939-948.

Meffe, G. K. 1985. "Predation and species replacement in American southwestern fishes: a case study." Southwestern Naturalist 30(2):173-187.

Metcalf, J.L., V. Pritchard, S. Silvestri, J. Jenkins, J. Wood, D. Cowley, R. Evans, D. Shiozawa, A. Martin. 2007. Across the great divide: genetic forensics reveals misidentification of endangered cutthroat trout populations. Molecular Ecology (2007). 10 pp.

Metcalf et al. 2012. Historical Stocking Data and 19th Century DNA Reveal Human-Induced Changes to Native Diversity and Distribution of Cutthroat Trout. Molecular Ecology Vol. 21 pp 5194-5207.

Miller, R. R. 1946. "*Gila cypha*, a Remarkable New Species of Cyprinid Fish from the Colorado River in Grand Canyon, Arizona." Journal of the Washington Academy of Sciences 36:409-415.

Minckley, W. L., and J. E. Deacon. 1968. "Southwest fishes and the enigma of endangered species." Science 159:1424-1432.

Minckley, W. L. and J.E. Deacon. 1968. Southwest fishes and the enigma of endangered species. Science 159:1424-1432.

Minckley, W. L. 1982. "Trophic interrelations among introduced fishes in the lower Colorado River, Southwestern United States." California Fish and Game 68(2):78-89.

Muth, R. T., L. W. Crist, K. E. LaGory, J. W. Hayse, K. R. Bestgen, T. P. Ryan, J. K. Lyons, and R. A. Valdez. 2000. "Flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam." US Fish and Wildlife Service, Final Report FG-53 to the Upper Colorado River Endangered Fish Recovery Program, Denver.

BLM_0025099

National Wildlife Federation. 2014. Showcase: West, Canada lynx in Colorado. Internet website: http://www.nwf.org/~/media/PDFs/Wildlife/CanadaLynx.ashx. Accessed July 29, 2014.

Nehring, R. B., K. G. Thompson, D. Chacon, J. Padia, and A. Nikirk. 2005. Whirling disease investigations. Colorado Division of Wildlife, Fish Research Section.

Noss, R. F. and A. Y. Cooperrider. 1994. Saving Nature's Legacy. Island Press, Wash. D.C. 416 pp.

Osmundson, D. B., and L. R. Kaeding. 1989. "Colorado squawfish and razorback sucker grow-out pond studies as part of conservation measures for the Green Mountain and Ruedi Reservoir water sales." Final report. US Fish and Wildlife Service, Colorado River Fishery Project, Grand Junction.

Osmundson, B.C., T.W. May, and D.B. Osmundson. 2000. Selenium concentrations in the Colorado pikeminnow (*Ptychocheilus lucius*): Relationship with flows in the upper Colorado River. Archives of Environmental Contamination and Toxicology. 38:479-485.

Peles, J.D. and Barrett, G.W. 1996. Effects of vegetative cover on the population dynamics of meadow voles. Journal of Mammalogy 77:857-869.

Piñon Mesa Gunnison Sage Grouse Partnership. 2000. Gunnison Sage Grouse Conservation Plan Piñon Mesa, Colorado: Final Plan. Internet website: http://ecos.fws.gov/docs/plan_documents/tcca/tcca_668.pdf.

Pitman, J.C., C.A. Hagen, R.J. Robel, T.M. Loughin, and R.D. Applegate. 2005. Location and success of Lesser Prairie-Chicken nests in relation to human disturbance. Journal of Wildlife Management 69:1259-1269.

Propst, D. L., and K. R. Bestgen. 1991. "Habitat and biology of the loach minnow, *Tiaroga cobitis*, in New Mexico." Copeia 1991:29-39.

Pruett, C.A., M.A. Patten, and D.H. Wolfe. 2009. Avoidance behavior by prairie grouse: implications for wind energy development. Conservation Biology 23:1253-1259.

Quinn, T. P. 2005. The Behavior and Ecology of Pacific Salmon and Trout. University of Washington Press, Seattle.

Rechel, E.A., R.G. Ballard and T.J. Novotny. 1999. Ecology of the threatened cactus, *Sclerocactus glaucus*. Cactus and Succulent Journal 71(3):143-145.

Rieman, B. E., and D. J. Isaak. 2010. "Climate change, aquatic ecosystems and fishes in the Rocky Mountain West: Implications and alternatives for management." Gen. Tech. Rep. GTR-RMRS-250. US Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, Colorado.

Rinne, J. N. 1992. "Physical habitat utilization of fish in a Sonoran Desert stream, Arizona, southwestern United States." Ecol. Freshwater Fishes 1:1-8.

BLM_0025100

Rogers, K. B., and C. M. Kennedy. 2008. Seven Lakes and the Pike's Peak native (PPN): history and current disposition of a critical cutthroat trout brood stock. Colorado Division of Wildlife, Fort Collins, CO.

Rogers, K. B. 2010. Cutthroat trout taxonomy: exploring the heritage of Colorado's state fish. Pages 152-157 in R.F. Carline and C. LoSapio, editors. Wild Trout X: Sustaining wild trout in a changing world. Wild Trout Symposium, Bozeman, Montana. Available online at http://www.wildtroutsymposium.com/proceedings.php

Rogers, K. B. 2012. Piecing together the past: using DNA to resolve the heritage of our state fish. Colorado Outdoors 61(5):28-32

Ruggiero, L. F., K. B. Aubry, S. W. Buskirk, G. M. Koehler, C. J. Kregs, K. S. McKelvey, and J. R. Squires. 2000. Ecology and conservation of lynx in the United States. University Press of Colorado, Boulder, Colorado, USA. 480 pp.

Sipes, S.D. and V.J. Tepedino. 1995 Reproductive-Biology of the Rare Orchid, Spiranthes Diluvialis – Breeding System, Pollination, and Implications for Conservation. Conservation Biology 9(4):929-938.

Sorensen, E.M. B. 1991. Metal Poisoning in Fish. CRC Press. Boca Raton, FL.

Stevens, B.S. 2011. "Impacts of Fences on Greater Sage-Grouse in Idaho: Collison, Mitigation, and Spatial Ecology." Master's thesis, University of Idaho, Moscow, ID.

Stevens, B.S., J.W. Connelly, and K.P. Reese. 2012. Multi-Scale Assessment of Greater Sage-Grouse Fence Collision as a Function of Site and Broad Scale Factors. Journal of Wildlife Management, 36:297-303.

Tyus, H. M. 1987. "Distribution, reproduction, and habitat use of the razorback sucker in the Green River, Utah, 1979-1986." Transactions of the American Fisheries Society 116:111-116.

Tyus, H. M., B. D. Burdick, R. A. Valdez, C. M. Haynes, T. A. Lytle, and C. R. Berry. 1982. "Fishes of the upper Colorado River Basin: distribution, abundance, and status." Pp. 12-70. In: W. H. Miller, H. M. Tyus, and C. A. Carlson (editors). "Fishes of the upper Colorado River system: present and future." Western Division, American Fisheries Society, Bethesda, Maryland.

USFS (United States Department of Agriculture, Forest Service). 2009. Focus: Cutthroat trout and Climate. Rocky Mountain Research Station. Internet Web site: http://www.fs.fed.us/rm/boise/AWAE/briefing/Wenger_CutthroatClimate.pdf.

USFWS (US Fish and Wildlife Service). 1978. Endangered and Threatened Wildlife and Plants; Listing of the Greenback Cutthroat Trout as a Threatened Species. USFWS. 43 FR No 16343.

_____. 1987. Recovery Implementation Program for Endangered Fish Species in the Upper Colorado River Basin. USFWS, Mountain Prairie Region 6, Denver, Colorado.

BLM_0025101

_____. 1990a. Bonytail Chub Revised Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. September 4, 1990.

_____. 1990b. Humpback Chub Second Revised Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. September 19, 1990.

_____. 1991. Endangered and Threatened Wildlife and Plants; Final Rule to List the Razorback Sucker (*Xyrauchen texanus*) as a Threatened Species. *Federal Register* Vol. 59, No. 54. Pp. 14248-14271.

_____. 1992. Endangered and Threatened Wildlife and Plants; Final Rule to List the Plant *Spiranthes Diluvialis* (Ute Ladies'- Tresses) as a Threatened Species. Federal Register Vol. 56. No 205. Pp. 54957-54967.

_____. 1993. Endangered and Threatened Wildlife and Plants; Final Rule to List the Mexican Spotted Owl as a Threatened Species. *Federal Register* Vol. 59, No. 54. Pp. 14248-14271.

_____. 1994. Endangered and Threatened Wildlife and Plants; Determination of Critical Habitat for the Colorado River Endangered Fishes: Razorback Sucker, Colorado Squawfish, Humpback Chub, and Bonytail Chub. Final Rule. *Federal Register* Vol. 59, No. 54. Pp. 13374-13400.

_____. 1995. Ute Ladies'-Tresses (*Spiranthes diluvialis*) Recovery Plan. USFWS, Region 6, Denver, Colorado. 46 pp.

_____. 1998a. ESA Section 7 Consultation Handbook. Final. USFWS and National Marine Fisheries Service.

_____. 1998b. Greenback Cutthroat Trout Recovery Plan. USFWS, Region 6, Denver, Colorado. March 1998.

_____. 1998c. Razorback Sucker (*Xyrauchen texanus*) Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. December 23, 1998.

_____. 2000. Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for Contiguous U.S. Distinct Population Segment of the Canada Lynx and Related Rule; Final Rule. Federal Register Vol. 65, No. 58. pp. 16052-16086.

_____. 2002a. Bonytail (*Gila elegans*) Recovery Goals: Amendment and Supplement to the Bonytail Chub Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1, 2002.

_____. 2002b. Colorado Pikeminnow (*Ptychocheilus lucius*) Recovery Goals: Amendment and Supplement to the Colorado Squawfish Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1, 2002.

_____. 2002c. Razorback Sucker (*Xyrauchen texanus*) Recovery Goals: Amendment and Supplement to the Razorback Sucker Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1, 2002.

BLM_0025102

_____. 2002d. Humpback Chub (*Gila cypha*) Recovery Goals: Amendment and Supplement to the Humpback Chub Recovery Plan. USFWS, Mountain Prairie Region 6, Denver, Colorado. August 1, 2002.

_____. 2004a. Endangered and Threatened Wildlife and Plants; 90-Day Finding on a Petition to Delist the Ute Ladies'-tresses Orchid and Initiation of a 5-Year Review. Federal Register Vol. 69, No. 196. pp. 60605-60607.

_____. 2004b. Endangered and Threatened Wildlife and Plants; Final Designation of Critical Habitat for the Mexican Spotted Owl. *Federal Register* Vol. 69, No. 168. Pp. 53182-53230.

_____. 2005. Recovery Outline: Contiguous United States Distinct Population Segment of the Canada Lynx. USFWS, Mountain Prairie Region 6, Denver, Colorado. September 14, 2005.

_____. 2008. Programmatic Biological Opinion for Water Depletions Associated with BLM's Fluid Minerals Program within the Upper Colorado River Basin in Colorado. USFWS, Ecological Services, Grand Junction, Colorado. December 19, 2008.

_____. 2009a. Programmatic Biological Opinion for Water Depletions associated with BLM Projects (excluding Fluid Mineral Development) Authorized by BLM within the Upper Colorado River Basin in Colorado. USFWS, Ecological Services, Grand Junction, Colorado. February 25, 2009.

_____. 2009b. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Contiguous United States Distinct Population Segment of the Canada Lynx; Final Rule. Federal Register Vol. 74, No. 36. pp. 8615-8702.

_____. 2010a. Recovery Outline for the Colorado Hookless Cactus (*Sclerocactus glaucus*). Colorado Ecological Services Field Office. April 2010.

_____. 2010b. Endangered and Threatened Wildlife and Plants; 12-Month Finding for Petition to List the Greater Sage-grouse (*Centrocercus urophasianus*) as Threatened or Endangered; Proposed Rule. *Federal Register* Vol. 75, No. 55. Pp. 13910-14014. March 5, 2010.

_____. 2010c. Endangered and Threatened Wildlife and Plants; Determination for the Gunnison Sage-Grouse as a Threatened or Endangered Species; Proposed Rule. *Federal Register* Vol. 75, No. 187. September 28, 2010.

_____. 2011a. Endangered and Threatened Wildlife and Plants; Determination of Endangered Status for *Ipomopsis polyantha* (Pagosa Skyrocket) and Threatened Status for *Penstemon debilis* (Parachute Beardtongue) and *Phacelia submutica* (DeBeque Phacelia). Final Rule. Federal Register Vol. 76, No. 144. pp. 45054-45075.

_____. 2011b. Draft Recovery Plan for the Mexican Spotted Owl, First Revision (*Strix occidentalis lucida*). Southwest Region 2, Albuquerque, New Mexico.

_____. 2011c. Species Assessment and Listing Priority Assignment Form, Yellow-billed cuckoo (*Coccyzus americanus*). California/Nevada Region 8. October 7, 2011.

BLM_0025103

_____. 2012a. Threatened, Endangered, Candidate, and Proposed Species by County, February 2012. Internet website: http://www.coloradodot.info/programs/environmental/wildlife/guidelines/Colorado%20county%20list%20February%202012.pdf. Accessed July 29, 2014.

_____. 2012b. Programmatic Biological Opinion for Effects on Listed Plant Species from the Bureau of Land Management Livestock Grazing Program: Colorado hookless cactus (*Sclerocactus glaucus*), clay-loving wild buckwheat (*Eriogonum pelinophilum*), Debeque phacelia (*Phacelia submutica*).

_____. 2012c. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for *Ipomopsis polyantha* (Pagosa skyrocket), *Penstemon debilis* (Parachute beardtongue), and *Phacelia submutica* (DeBeque phacelia); Final Rule. US Fish and Wildlife Service, Washington, DC. Federal Register Vol 77, No. 156. Pp. 48368-48418.

_____. 2012d. Final Recovery Plan for Mexican Spotted Owl (*Strix occidentalis lucida*), First Revision. Region 2. September 2012.

_____. 2012e. Updated FWS Position Paper on ESA Consultations on Greenback Cutthroat Trout, Including the Cutthroat referred to as Lineage GB. Updated October 4, 2012.

_____. 2013a. Recovery Outline for the DeBeque phacelia (*Phacelia submutica*). Western Colorado Ecological Services Field Office. January 2013.

_____. 2013b. Recovery Outline for the Parachute beardtongue (*Penstemon debilis*). Western Colorado Ecological Services Field Office. January 2013.

_____. 2013c. Endangered and Threatened Wildlife and Plants; Proposed Threatened Status for the Western Distinct Population Segment of the Yellow-billed Cuckoo (Coccyzus americanus); Proposed Rule. *Federal Register* Vol. 78, No. 187. October 3, 2013.

_____. 2013d. Endangered and Threatened Wildlife and Plants; Endangered Status for Gunnison Sage-Grouse; Proposed Rule. *Federal Register* Vol. 78, No. 8. January 11, 2013.

_____. 2013e. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for Gunnison Sage-Grouse; Proposed Rule. *Federal Register* Vol. 78, No. 8. January 11, 2013.

_____. 2014a. Species Profile for Parachute penstemon (*Penstemon dibilis*). Internet website: http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=Q36W. Last Updated July 29, 2014. Accessed July 29, 2014.

_____. 2014b. Species Profile for DeBeque Phacelia (*Phacelia submutica*). Internet website: http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=Q1G6. Last Updated October 10, 2014. Accessed July 29, 2014.

_____. 2014c. Species Profile for Ute ladies'-tresses (*Spiranthes diluvialis*). Internet website: http://www.fws.gov/ecos/ajax/speciesProfile/profile/speciesProfile.action?spcode=Q2WA. Last Updated July 29, 2014. Accessed July 29, 2014.

BLM_0025104

_____. 2014d. Species Profile for Mexican spotted owl (*Strix occidentalis lucida*). Internet website: http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=B074#lifeHistory.   Last Updated July 29, 2014. Accessed July 29, 2014.

_____. 2014e. Species Profile for Canada lynx (*Lynx canadensis*). Internet website: http://ecos.fws.gov/speciesProfile/profile/speciesProfile.action?spcode=A073. Last Updated July 29, 2014. Accessed July 29, 2014.

_____. 2014f. Species Profile for Yellow-Billed Cuckoo (*Coccyzus americanus*). Internet website: http://www.fws.gov/southwest/es/arizona/Documents/Redbook/Yellow-Billed%20Cuckoo%20RB.pdf. Accessed July 31, 2014.

_____. 2014g. Species Profile for Greater Sage-Grouse (*Centrocercus urophasianus*). Internet website: http://www.fws.gov/mountain-prairie/species/birds/sagegrouse/. Last updated June 26, 2014. Accessed July 31, 2014.

_____. 2014h. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Western Distinct Population Segment of the Yellow-Billed Cuckoo; Proposed Rule. *Federal Register* Vol. 79, No. 158. August 15, 2014.

_____. 2014i. Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for the Western Distinct Population Segment of the Yellow-Billed Cuckoo (*Coccyzus americanus*). *Federal Register* Vol. 79, No. 192. October 3, 2014.

Valdez, R. A., and R. J. Ryel. 1997. "Life history and ecology of the humpback chub population in the Colorado River in Grand Canyon, Arizona." Proceedings of the Third Biennial Conference on Research in Colorado Plateau National Parks, US Department of Interior, National Park Service. Pp. 3-31.

Valdez R.A., Ryel R.J. 1997. Life history and ecology of the humpback chub population in the Colorado River in Grand Canyon, Arizona. Proceedings of the Third Biennial Conference on Research in Colorado Plateau National Parks, U.S. Department of Interior, National Park Service pp. 3-31.

Vanicek, C. D. 1967. "Ecological Studies of Native Green River Fishes Below Flaming Gorge Dam, 1964-1966." Unpublished doctoral dissertation, Utah State University, Logan.

Walker, B.L., D.E. Naugle, and K.E. Doherty. 2007. Greater sage-grouse population response to energy development and habitat loss. Journal of Wildlife Management 71(8):2644-2654.

Ward, J. P., A. B. Franklin, S. E. Rinkevich, and F. Clemente. 1995. "Distribution and abundance of Mexican spotted owls." Pp. 1-14. *In:* Recovery plan for the Mexican spotted owl (*Strix occidentalis lucida*), volume II. US Fish and Wildlife Service, Albuquerque, New Mexico.

Wenger, S. J., D. J. Isaak, C. H. Luce, et al. 2011. "Flow regime, temperature, and biotic interactions drive differential declines of trout species under climate change." Proceedings of the National Academy of Sciences. 108:14175-14180, doi:10.1073/pnas.1103097108.

BLM_0025105

Wiggins, David A. 2005. Yellow-Billed Cuckoo (*Coccycus americanus*): A Technical Conservation Assessment. Prepared for USFS, Rocky Mountain Region. Species Conservation Project. Strix Ecological Research, Oklahoma City, Oklahoma. March 25, 2005.

Wisdom, M.J., C.W. Meinke, S.T. Knick, and M.A. Schroeder. 2011. Factors associated with extirpation of sage-grouse. In: "Greater sage-grouse: ecology and conservation of a landscape species and its habitats. S.T. Knick and J.W. Connelly, eds. Studies in Avian Biology 38. Pp. 451-472. University of California Press, Berkeley, CA.

Wolfe, D.H., M.A. Patten, E. Schochat, C.L. Pruett, and S.K. Sherrod. 2007. Causes and patterns of mortality in lesser prairie-chickens *Tympanuchus pallidicinctus* and implications for management. Wildlife Biology, 13(Suppl. 1):95-104.

Wyoming Sage-Grouse Working Group. 2003. Wyoming Greater Sage-Grouse Conservation Plan. Cheyenne, WY.

BLM_0025106

# SECTION 7
# LIST OF PREPARERS

## 7.1   US BUREAU OF LAND MANAGEMENT, GRAND JUNCTION FIELD OFFICE

**Anna Lincoln**
BA, Humanities
Advanced studies in Botany & Ecology
Years of Experience: 10

**Tom Fresques**
BS, Fisheries Biology
Years of Experience: 19

**Heidi Plank**
BS, Wildlife Biology MS,
Wildlife Ecology Years
of Experience: 14

## 7.2   CONTRACTOR, ENVIRONMENTAL MANAGEMENT AND PLANNING SOLUTIONS, INC.

**Drew Vankat**
MS, Environmental Policy and Planning
Years of Experience: 10
(Project Manager)

**Kevin Rice**
BS, Biology
Years of Experience: 5
(BA Author)

**Meredith Zaccherio**
MA, Biology
BS, Biology
Years of Experience: 9
(BA Author)

BLM_0025107

BLM_0025108

This page intentionally left blank.

BLM_0025109

# Appendix A
## Rangeland Heath Conditions in Gunnison Sage-Grouse Critical Habitat

BLM_0025110

**Existing Rangeland Health Conditions By Proposed and Unoccupied Gunnison Sage-Grouse Critical Habitat**

**for Individual Grazing Allotments**

| Allotment Name | Total Acres | Total Federal Acres | Acres of Occupied Habitat Meeting Standards | Acres of Unoccupied Habitat Meeting Standards | Acres of Occupied Habitat Meeting Standards with Problems | Acres of Unoccupied Habitat Meeting Standards with Problems | Acres of Occupied Habitat not Meeting Standards | Acres of Unoccupied Habitat not Meeting Standards |
|---|---|---|---|---|---|---|---|---|
| 28 Hole | 663 | 663 | 139 | 134 | 324 | 66 | 0 | 0 |
| Battleship | 3,662 | 1,090 | 0 | 394 | 0 | 283 | 0 | 344 |
| Beezer | 1,138 | 1,126 | 0 | 1,126 | 0 | 0 | 0 | 0 |
| Buckhorn[1] | 2,438 | 2,438 | 0 | 253 | 0 | 0 | 0 | 0 |
| Carns Point | 87 | 50 | 0 | 50 | 0 | 0 | 0 | 0 |
| Clarks Bench | 3,070 | 2,467 | 0 | 130 | 0 | 0 | 0 | 0 |
| Coates Creek | 630 | 378 | 0 | 165 | 0 | 213 | 0 | 0 |
| Cook Canyon | 238 | 126 | 0 | 126 | 0 | 0 | 0 | 0 |
| Dierich Ranch | 2,733 | 1,388 | 95 | 1,292 | 0 | 0 | 0 | 0 |
| Duval | 658 | 658 | 0 | 658 | 0 | 0 | 0 | 0 |
| Duval Bottom | 1,173 | 1,173 | 0 | 974 | 0 | 0 | 0 | 199 |
| East Tom's Canyon | 3,892 | 3,681 | 0 | 3,357 | 0 | 59 | 0 | 265 |
| Fessler | 1,054 | 888 | 0 | 864 | 0 | 0 | 0 | 24 |
| Files | 4,076 | 2,679 | 0 | 2,345 | 0 | 0 | 0 | 333 |
| Fish Canyon | 3,683 | 3,659 | 283 | 3,374 | 0 | 0 | 0 | 0 |
| Fish Park[2] | | 1,113 | 756 | 0 | 0 | 0 | 257 | 69 |
| Flat Rock | 2,160 | 705 | 0 | 701 | 0 | 0 | 0 | 0 |
| Hall | 91 | 73 | 0 | 73 | 0 | 0 | 0 | 0 |
| Haystack[2] | | 1,103 | 145 | 0 | 0 | 0 | 0 | 0 |
| Hill Creek Flats | 6,067 | 5,470 | 2,293 | 2,886 | 0 | 0 | 0 | 0 |
| King-Rogers | 15,240 | 895 | 0 | 210 | 0 | 0 | 0 | 0 |
| Kings Gap | 963 | 453 | 0 | 439 | 0 | 0 | 0 | 0 |

BLM_0025111

**Existing Rangeland Health Conditions By Proposed and Unoccupied Gunnison Sage-Grouse Critical Habitat**

**for Individual Grazing Allotments**

| Allotment Name | Total Acres | Total Federal Acres | Acres of Occupied Habitat Meeting Standards | Acres of Unoccupied Habitat Meeting Standards | Acres of Occupied Habitat Meeting Standards with Problems | Acres of Unoccupied Habitat Meeting Standards with Problems | Acres of Occupied Habitat not Meeting Standards | Acres of Unoccupied Habitat not Meeting Standards |
|---|---|---|---|---|---|---|---|---|
| Leslie Bays | 6,105 | 961 | 3 | 600 | 0 | 303 | 0 | 0 |
| Little Dolores Canyon[2] | | | 0 | 1,269 | 0 | 0 | 0 | 374 |
| Little Dolores River | | 1,638 | 131 | 1,508 | 0 | 0 | 0 | 0 |
| Livestock Trail | 346 | 346 | 0 | 346 | 0 | 0 | 0 | 0 |
| Longshore Above Rims[2] | | | 12 | 33 | 442 | 96 | 0 | 0 |
| Longshore Below Rims[2] | | | 41 | 1,345 | 0 | 0 | 0 | 0 |
| Mabie | 794 | 65 | 0 | 64 | 0 | 0 | 0 | 0 |
| Malone | 480 | 86 | 0 | 79 | 0 | 3 | 0 | 0 |
| McKenzie[2] | | | 29 | 379 | 0 | 0 | 0 | 0 |
| Meinhart | 3,839 | 2,144 | 15 | 1,580 | 251 | 51 | 0 | 104 |
| Moore | 1,367 | 336 | 0 | 13 | 0 | 210 | 0 | 0 |
| Mountain Island | 43,541 | 35,046 | 1 | 588 | 0 | 0 | 0 | 0 |
| Notch Springs | 3,704 | 3,467 | 0 | 71 | 0 | 0 | 0 | 0 |
| Payne Wash | 3,525 | 2,408 | 0 | 2,096 | 0 | 0 | 0 | 0 |
| Reservation | 3,085 | 2,944 | 0 | 477 | 1,610 | 526 | 8 | 320 |
| Sieber Canyon[2] | | | 0 | 1,025 | 0 | 0 | 0 | 201 |
| Skinner | 3,716 | 1,498 | 0 | 1,051 | 0 | 0 | 0 | 0 |
| Snyder Flats | 5,322 | 3,223 | 0 | 2,358 | 0 | 0 | 0 | 0 |
| South of the | 2,026 | 1,329 | 0 | 1,104 | 0 | 216 | 0 | 0 |

BLM_0025112

**Existing Rangeland Health Conditions By Proposed and Unoccupied Gunnison Sage-Grouse Critical Habitat**

**for Individual Grazing Allotments**

| Allotment Name | Total Acres | Total Federal Acres | Acres of Occupied Habitat Meeting Standards | Acres of Unoccupied Habitat Meeting Standards | Acres of Occupied Habitat Meeting Standards with Problems | Acres of Unoccupied Habitat Meeting Standards with Problems | Acres of Occupied Habitat not Meeting Standards | Acres of Unoccupied Habitat not Meeting Standards |
|---|---|---|---|---|---|---|---|---|
| Road | | | | | | | | |
| Spring Creek | 5,779 | 5,779 | 2,013 | 3,225 | 0 | 60 | 0 | 67 |
| Thompson | 6,420 | 5,282 | 0 | 173 | 0 | 0 | 0 | 0 |
| Timber Ridge | 1,418 | 1,391 | 0 | 1,391 | 0 | 0 | 0 | 0 |
| Unalloted Mesa Top | 991 | 991 | 0 | 991 | 0 | 0 | 0 | 0 |
| Van Loan Individual | 650 | 347 | 0 | 337 | 0 | 0 | 0 | 0 |
| West Tom's Canyon | 3,487 | 3,481 | 0 | 3,013 | 0 | 468 | 0 | 0 |
| Wiretrap | 510 | 510 | 0 | 510 | 0 | 0 | 0 | 0 |
| Woodring | 2123 | 1,110 | 0 | 19 | 0 | 0 | 0 | 0 |

Source: BLM 2002e; BLM 2007b; US Forest Service and BLM 1995

[1]Allotment is within the GJFO planning area but is managed and covered under the BLM, Moab Field Office RMP regarding grazing.
[9]Mountain Island allotment is a consolidation of Brush Hole, Fish Park, Haystack, Little Dolores Canyon, Longshore Above Rims, Longshore Below Rims, Lost Horse, McKenzie, and Sieber Canyon allotments. Fish Park is part of Interdistrict Agreement with Moab Field office

BLM_0025113

# TABLE OF CONTENTS

Chapter                                                                                          Page

**B.    STIPULATIONS APPLICABLE TO FLUID MINERAL LEASING AND OTHER
    SURFACE-DISTURBING ACTIVITIES ................................................................... B-1**

B.1    Description of Stipulations ................................................................................. B-3
        B.1.1   No Surface Occupancy (NSO) or Other Surface-disturbing Activities........... B-3
        B.1.2   Controlled Surface Use (CSU) ................................................................. B-4
        B.1.3   Timing Limitations (TL) ........................................................................... B-4
        B.1.4   Lease Notice (LN) .................................................................................. B-5
        B.1.5   Condition of Approval (COA) ................................................................. B-5
        B.1.6   Mitigation and Monitoring ....................................................................... B-5
B.2    Exceptions, Modifications, and Waivers ............................................................. B-5
        B.2.1   Exception, Modification, or Waiver Process .............................................. B-5
        B.2.2   Standard Exception ................................................................................. B-6
        B.2.3   Standard Modification ............................................................................. B-7
        B.2.4   Standard Waiver ..................................................................................... B-7
B.3    Standard Terms and Conditions for Fluid Mineral Leasing ................................. B-7

# TABLES

Page

B-1    Summary of No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral
        Leasing and Other Surface-disturbing Activities[1] ............................................... B-8
B-2    Summary of Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral
        Leasing and Other Surface-disturbing Activities[1] ............................................... B-13
B-3    Summary of Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing
        and Other Surface-disturbing Activities[1] .......................................................... B-16
B-4    Summary of Lease Notices (LN) Applicable to Fluid Mineral Leasing[1] ................... B-18
B-5    No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and
        Other Surface-disturbing Activities .................................................................... B-19
B-6    Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and
        Other Surface-disturbing Activities .................................................................... B-68
B-7    Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Other
        Surface-disturbing Activities ............................................................................. B-100
B-8    Lease Notices (LN) and Additional Required Conditions of Approval Applicable to
        Authorized Ground-disturbing Activities ............................................................ B-118

BLM_0025114

This page intentionally left blank.

BLM_0025115

# APPENDIX B
# STIPULATIONS APPLICABLE TO FLUID MINERAL LEASING AND OTHER SURFACE-DISTURBING ACTIVITIES

This appendix lists by alternative the stipulations for fluid mineral leasing (e.g., oil, gas, and geothermal) referred to throughout this Proposed RMP/Final EIS. These stipulations would also apply, where appropriate, to all surface-disturbing activities (and occupancy) associated with land use authorizations, permits, and leases issued on BLM lands. The stipulations would not apply to activities and uses where they are contrary to laws, regulations, or specific program guidance. The intent of these stipulations is to consistently mitigate impacts by applying the same stipulation to all land use authorizations across the board. It is BLM's intent to incorporate the same level of restrictions, to the extent practicable, on agency proposed projects.

Stipulations also apply to fluid mineral leasing on lands overlying federal mineral estate, which includes federal mineral estate underlying BLM lands, privately owned lands, and state-owned lands. As such, federal mineral estate acres are greater than BLM surface acres. Within the planning area, the BLM administers 1,061,400 acres of surface estate and 169,800 acres of split-estate (i.e., where the surface rights are in private ownership and the rights to development of the mineral resources are publicly held and managed by the federal government (BLM). The BLM will coordinate with the surface owner when applying stipulations on split-estate at the leasing phase. Other land management agencies may have their own surface management decisions for oil and gas development; the BLM would apply these decisions with consent and may add additional stipulations in cooperation with the surface-management agency. Acreages in this appendix reflect federal mineral estate overlain by BLM, private, and state-owned land. Acreages for stipulations are calculated based on current information and may be adjusted in the future through plan maintenance as conditions warrant.

BLM_0025116

Data from GIS have been used in developing acreage calculations and for generating many of the figures in Appendix A. Calculations are dependent upon the quality and availability of data and most calculations in this RMP are rounded to the nearest one hundred acres. Given the scale of the analysis, the compatibility constraints between datasets, and lack of data for some resources, all calculations are approximate and serve for comparison and analytic purposes only. Likewise, the figures in Appendix A are provided for illustrative purposes and subject to the limitations discussed above. BLM may receive additional GIS data; therefore, acreages may be recalculated and revised at a later date.

Surface-disturbing activities are those that normally result in more than negligible (i.e., immeasurable, not readily noticeable) disturbance to vegetation and soils on public lands and accelerate the natural erosive process.

Surface disturbances could require reclamation and normally involve use and/or occupancy of the surface, causing disturbance to soils and vegetation. They include, but are not limited to: the use of mechanized earth-moving equipment; truck-mounted drilling and geophysical exploration equipment off designated routes; off-road vehicle travel in areas designated as limited or closed to off road vehicle use; construction of facilities such as oil and gas wells and/or pads; major recreation sites; new trail construction; and use of pyrotechnics and explosives. Surface disturbance is not normally caused by casual-use activities. Activities that are not normally considered surface disturbing include, but are not limited to: livestock grazing, cross country hiking, minimum impact filming, vehicular travel on designated routes, and minimum impact emergency response activities such as construction of fire line using hand tools as a tactic for suppression and management of unplanned fire. Even where stipulations prohibit surface disturbing activities, some surface disturbing activities may be allowed under exceptions from stipulations through the process described under **Section B.2.1**. (Example 1: A livestock fence proposed in an area covered by NSO-35 for Wildlife Emphasis Areas may be excepted from the stipulation if it can be shown that the project will have negligible impacts to wildlife through appropriate mitigation; or example 2: A natural gas well pad proposed in an area covered by CSU-8 for Old Growth Forests and Woodlands may be excepted from the stipulation if it can be shown that the project would have negligible impacts on old growth forests and woodlands through appropriate mitigation.)

The BLM has the discretion to modify surface operations to change or add specific mitigation measures when supported by environmental analysis. All mitigation/conservation measures not already required as stipulations would be analyzed in a site-specific NEPA document, and be incorporated, as appropriate, into conditions of approval of the permit, plan of development, and/or other use authorizations.

BLM_0025117

## B.1    DESCRIPTION OF STIPULATIONS

**Tables B-1** through **B-4** summarize the stipulations, and **Tables B-5** through **B-8** provide details of the stipulations and protected resources including exceptions, modifications, and waivers by alternative. Three types of stipulations could be applied to fluid mineral leasing or to land use authorizations, except for those authorized under the realty program: 1) NSO or other no surface-disturbing activities; 2) CSU; and 3) TL. ROW authorizations are governed by avoidance and exclusion area restrictions. ROW avoidance areas may have corresponding stipulations, as specifically noted in **Tables B-1** through **B-3** and **Tables B-5** through **B-7**. In these cases, denoted as NSO-X (ROWA), CSU-X (ROWA), or TL-X (ROWA), the surface area covered by the stipulation is considered a ROW avoidance area. Where stipulations are noted as *Partial ROWA*, only a portion of the area covered by the stipulation is a ROW avoidance area. See the glossary for descriptions of ROW avoidance and ROW exclusion.

Lease stipulations and lease notices would be applied to all new leases. On existing leases, the BLM would seek voluntary compliance or would develop Conditions of Approval for Applications for Permit to Drill to achieve resource objectives of the RMP (see BLM's Land Use Planning Handbook H-1601-1 at Appendix C, part H), when determined reasonable and consistent with valid existing rights.[1]

Stipulations identified in Alternative A, current management, were developed in the 1987 GJFO RMP (BLM 1987) and are annotated as "existing" in italics in the "stipulations number" column of **Tables B-1** through **B-4** and **B-5** through **B-8**.

### B.1.1    No Surface Occupancy (NSO) or Other Surface-disturbing Activities

Use or occupancy of the land surface for fluid mineral exploration or development and other surface-disturbing activities (as defined above) is prohibited to protect identified resource values. In Alternative A, NSO stipulations apply only to fluid mineral exploration or development. Refer to **Tables B-1** and **B-5**. Acreages are provided in these tables for mapped stipulations.

The NSO/No Surface-disturbing Activities stipulation, a major constraint, includes stipulations that may have been worded as "No Surface Use/Occupancy," "No Surface Disturbance," "Conditional NSO," "ground-disturbing activity," and "Surface Disturbance or Surface Occupancy Restriction (by location)."

---

[1] See also 43 CFR 1610.5-3(b): "...the Field Manager shall take appropriate measures, subject to valid existing rights, to make operations and activities under existing permits, contracts, cooperative agreements or other instruments for occupancy and use, conform to the approved plan or amendment within a reasonable period of time."

BLM_0025118

Areas identified as NSO/No Surface-disturbing Activities are open to fluid mineral leasing, but surface-disturbing activities cannot be conducted on the surface of the land unless an exception, waiver, or modification is granted (Section B.2). Access to fluid mineral deposits would require directional drilling from outside the boundaries of the NSO/No Surface-disturbing Activities areas.

An NSO/No Surface-disturbing Activities stipulation cannot be applied to operations conducted under the 1872 Mining Law unless the lands have been withdrawn from mineral entry and the operator has no valid and existing mining claims. A withdrawal is not considered a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn from mineral entry with no pre-existing mining claims, areas identified as NSO/No Surface-disturbing Activities are open to operations conducted under the mining laws, and subject only to TL and CSU stipulations that are consistent with the rights granted under the mining laws. Where only an NSO stipulation exists, and no equivalent CSU or TL stipulations applies to operations conducted under the mining laws, the NSO stipulation would be applied as a CSU stipulation (i.e., the surface-disturbing activity could be shifted more than 200 meters [656 feet] to protect the specified resource or value if consistent with the rights granted under the mining laws).

An NSO/No Surface-disturbing Activities stipulation does not apply to existing facilities and the maintenance of existing facilities, such as, but not limited to, range improvements, oil and gas wells and/or pads, and major recreation sites.

## B.1.2   Controlled Surface Use (CSU)

CSU is a category of moderate constraint stipulations that allows some use and occupancy of public land while protecting identified resources or values. A CSU stipulation allows the BLM to require special operational constraints, or the surface-disturbing activity can be shifted more than 200 meters (656 feet) to protect the specified resource or value. Refer to **Tables B-2** and **B-6**. Acreages are provided in these tables for mapped stipulations.

## B.1.3   Timing Limitations (TL)

Areas identified for TL, a moderate constraint, are closed to fluid mineral exploration and development, surface-disturbing activities, and intensive human activity during identified time frames. This stipulation does not apply to operation and basic maintenance activities, including associated vehicle travel, unless otherwise specified. Construction, drilling, completions, and other operations considered to be intensive in nature are not allowed. Intensive maintenance and routine or scheduled workovers on wells is not permitted. Administrative activities are allowed at the discretion of the Authorized Officer. Refer to **Tables B-3** and **B-7**. Acreages are provided in these tables for mapped stipulations.

BLM_0025119

### B.1.4   Lease Notice (LN)

A LN provides more-detailed information concerning limitations that already exist in law, lease terms, regulations, or operational orders. An LN also addresses special items that lessees should consider when planning operations but does not impose additional restrictions. Lease Notices apply only to leasable minerals (e.g., oil, gas, geothermal) and not to other types of leases, such as livestock grazing. Refer to **Tables B-4** and **B-8**.

### B.1.5   Condition of Approval (COA)

Conditions of Approval are enforceable conditions or provisions (requirements) under which an Application for Permit to Drill is approved.

### B.1.6   Mitigation and Monitoring

Stipulations are designed to provide resource-specific protections. Permit holders shall be responsible for the monitoring and reporting deemed necessary to document and maintain mandated protective measures. Also, the BLM retains the right to modify the operations of all surface and other disturbance activities caused by the presence of humans and to require additional specific or specialized mitigation following the submission of a detailed plan of development or other project proposal, a monitoring report, and an environmental analysis of such.

## B.2   EXCEPTIONS, MODIFICATIONS, AND WAIVERS

Stipulations could be excepted, modified, or waived by the Authorized Officer. An exception exempts the holder of the land use authorization document from the stipulation on a one-time basis. A modification changes the language or provisions of a surface stipulation, either temporarily or permanently. A waiver permanently exempts the surface stipulation. Any changes to stipulations will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of stipulations, see BLM Manuals 1624 and 3101.)

### B.2.1   Exception, Modification, or Waiver Process

An exception, modification, or waiver may be granted at the discretion of the Authorized Officer if any of the standard exception, modification, or waiver criteria (**Section B.2.2**, **B.2.3**, **B.2.4**) are met; or if any of the exception, modification, or waiver criteria specific to the stipulation (**Tables B-5, B-6, B-7**) are met. In order to implement an action that would not normally be allowed because of a stipulation, the proponent must submit a request in writing for an exception, modification, or waiver. The request shall detail which exception, modification, or waiver criteria are met. When requested concurrently with an application, the exception, modification, or waiver is considered as part of the project proposal in RMP and NEPA compliance review. For separate requests, the request is considered as a unique action and is analyzed and documented individually for RMP and NEPA compliance. The Authorized Officer will make the final determination whether to grant an exception, modification, or waiver

BLM_0025120

to stipulations. When use of heavy equipment is necessary for emergency response activities such as wildland fire suppression, management of unplanned fire, and emergency stabilization, the standard exception would be approved verbally by the BLM authorized officer as delegated (e.g., Incident Commander in coordination with Resource Advisor).

## B.2.2   Standard Exception

The standard exception applies to all NSO/No Surface-disturbing Activities, CSUs, and TLs, even though the standard exception is not included in the "exception" portion of **Tables B-5** through **B-7**. In situations where a surface-disturbing activity is excepted, the activity could be subject to additional conditions of approval, reclamation measures, or BMPs. Measures required would be based on the nature and extent of resource values potentially affected by the surface-disturbing activity.

### Fluid Minerals

An exception is a one-time exemption for a particular site within the leasehold. Exceptions are determined on a case-by-case basis. The stipulation continues to apply to all other sites within the leasehold. The Authorized Officer may grant an exception to a stipulation if it is determined that the factors leading to its inclusion in the lease have changed sufficiently such that:

1.   the protection provided by the stipulation is no longer justified or necessary to meet resource objectives established in the RMP; or

2.   proposed operations would not cause unacceptable impacts.

The Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may be required to consult with other government agencies and/or the public in order to make this determination.

### All Programs Except Fluid Minerals

An exception may be granted by the Authorized Officer if it can be demonstrated that the surface-disturbing activity:

1.   would not cause adverse impacts or would have negligible impacts to the resource or resource use that the stipulation was designated to protect; or

2.   would improve the protected resource or resource use as defined by RMP objectives, standards, or conditions in the stipulation (e.g., fuels treatment that improves forbs in key wildlife habitat, or trail construction for resource protection in an ACEC or elsewhere);

3.   is necessary to meet health and safety objectives such as fire suppression or fire emergency stabilization and rehabilitation; or

4.   is necessary to protect federal mineral estate.

BLM_0025121

### B.2.3   Standard Modification

A modification is a change to the provisions of a lease stipulation, either temporarily or for the term of the lease. Depending on the specific modification, the stipulation may or may not apply to all sites within the leasehold to which the restrictive criteria are applied.

In accordance with the provisions of 43 CFR 3101.1-4, the Authorized Officer may modify a stipulation or the area subject to the stipulation if it is determined that the factors leading to its inclusion in the lease have changed sufficiently. The Authorized Officer may modify a stipulation as a result of new information if:

1.   the protection provided by the stipulation is no longer justified or necessary to meet resource objectives established in the RMP;

2.   the protection provided by the stipulation is no longer sufficient to meet resource objectives established in the RMP; or

3.   proposed operations would not cause unacceptable impacts.

The Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may be required to consult with other government agencies and/or the public in order to make this determination, and the modification may be subject to public review for at least a 30-day period.

### B.2.4   Standard Waiver

A waiver is a permanent exemption from a lease stipulation. When a waiver is granted, the stipulation no longer applies anywhere within the leasehold.

In accordance with the provisions of 43 CFR 3101.1-4, the Authorized Officer may waive a stipulation if it is determined that the factors leading to its inclusion in the lease no longer exist. The Authorized Officer may require additional plans of development, surveys, mitigation proposals, or environmental analysis, and may be required to consult with other government agencies and/or the public in order to make this determination. The waiver may be subject to public review for at least a 30-day period.

No permanent exemptions or waivers are authorized unless the areas mapped as possessing the attributes are field verified by BLM staff to lack those attributes.

## B.3   STANDARD TERMS AND CONDITIONS FOR FLUID MINERAL LEASING

Oil and gas development is subject to standard terms and conditions of the lease. Onshore Oil and Gas Order No. 1 (Onshore Oil and Gas Operations; Federal and Indian Oil and Gas Leases; Approval of Operations) regulations (43 CFR 3160) give the BLM the ability to relocate proposed operations up to 200 meters (656 feet) and prohibit surface-disturbing operations for a period not to exceed 60 days.

BLM_0025122

**Table B-1**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | A | B | C | D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | | | | Alternative | | | |
| **Water Resources** | | | | | | | |
| **NSO-1** *(ROWA)* | Major River Corridors | | ● | ● | | | ✓ |
| **HYDROLOGY RIVER NSO CO** | Hydrology River | | ● | | | | ✓ |
| **NSO-2** *(ROWA)* | Streams/Springs Possessing Lotic Riparian Characteristics | | ● | ● | | | ✓ |
| **NSO-3** | Definable Streams | | | ● | | | ✓ |
| **NSO-4** *(ROWA)* | Lentic Riparian Areas (including springs, seeps, and fens) | | ● | ● | | | ✓ |
| *NSO-1 (BLM 1987)* | No Surface Occupancy (Grand Junction Municipal Watershed) | ● | | | | ✓ | |
| **NSO-5** | Palisade and Grand Junction Municipal Watersheds | | ● | | | | ✓ |
| **NSO-6** *(ROWA)* | Palisade and Grand Junction Municipal Watersheds, Collbran and Mesa/Powderhorn Source Water Protection Areas, and Jerry Creek Watershed | | | ● | | | ✓ |
| **NSO-7** | Water Intake Zone 3 | | | ● | | | ✓ |
| **Soils and Geology** | | | | | | | |
| *NSO-1 (ROWA) (Exhibit GJ-1AB) (BLM 1987)* | No Surface Occupancy (Soils in the Baxter/Douglas Slump Area) | ● | | | | ✓ | |
| *NSO-1(ROWA) (Exhibit GJ-1AA) (BLM 1987)* | No Surface Occupancy (Soils in the Plateau Area) | ● | | | | ✓ | |
| **NSO-9** *(ROWA)* | Fragile Soils | | | ● | | | ✓ |
| *NSO-3 (BLM 1987)* | Steep Slopes | ● | | | | ✓ | |
| **GEOLOGY SLOPE NSO CO** | Geology Slope | | ● | | | | ✓ |
| **GEOLOGY SOIL NSO CO** | Geology Soil | | ● | | | | ✓ |
| **NSO-10** *(ROWA)* | Steep Slopes Greater than or Equal to 40 Percent | | ● | ● | | | ✓ |
| **Vegetation** | | | | | | | |
| **NSO-2** *(ROWA)* | Streams/Springs Possessing Lotic Riparian Characteristics | | ● | ● | | | ✓ |
| **NSO-4** *(ROWA)* | Lentic Riparian Areas (including springs, seeps, and fens) | | ● | ● | | | ✓ |

BLM_0025123

**Table B-1**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative | | | | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | |
| | Special Status Species | | | | | | |
| **NSO-11** (*ROWA*) | Conservation Populations of Cutthroat Trout | | | | ● | | ✓ |
| **NSO-1** (*ROWA*) | Major River Corridors | | ● | ● | | | ✓ |
| **HYDROLOGY RIVER NSO CO** | Hydrology River | | ● | | | | ✓ |
| **NSO-2** (*ROWA*) | Streams/Springs Possessing Lotic Riparian Characteristics | | ● | ● | | | ✓ |
| *NSO-1 (Partial ROWA) (BLM 1987)* | No Surface Occupancy (ACECs: Badger Wash, Pyramid Rock, and Unaweep Seep) | ● | | | | ✓ | |
| **NSO-12** (*Partial ROWA*) | ACECs | | ● | ● | ● | | ✓ |
| **NSO-13** (*ROWA*) | Current and Historically Occupied Habitat and Critical Habitat of Threatened, Endangered, Proposed, and Candidate Plant and Animal Species | | ● | ● | | | ✓ |
| **NSO-14** (*ROWA*) | Currently Occupied Habitat of Threatened, Endangered, Proposed, and Candidate Species | | | | ● | | ✓ |
| **NSO-15** (*ROWA*) | BLM Sensitive Plant Species' Occupied Habitat | | | ● | | | ✓ |
| **NSO-16** (*ROWA*) | Osprey Nest Sites | | | ● | | | ✓ |
| **NSO-17** (*ROWA*) | Ferruginous Hawk Nest Sites | | | ● | | | ✓ |
| **NSO-18** (*ROWA*) | Red-tailed Hawk Nest Sites | | | ● | | | ✓ |
| **NSO-19** (*ROWA*) | Swainson's Hawk Nest Sites | | | ● | | | ✓ |
| **NSO-20** (*ROWA*) | Peregrine Falcon Nest Sites | | | ● | | | ✓ |
| **NSO-21** (*ROWA*) | Prairie Falcon Nest Sites | | | ● | | | ✓ |
| **NSO-22** (*ROWA*) | Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls) | | | ● | | | ✓ |
| **NSO-23** (*ROWA*) | Golden Eagle Nest Sites | | ● | ● | ● | | ✓ |
| **NSO-24** (*ROWA*) | Bald Eagle Nest Sites | | ● | ● | ● | | ✓ |
| **NSO-25** (*ROWA*) | Sage-grouse Leks, Nesting, and Early Brood-rearing Habitat (6.4 kilometers [4 miles]) | | ● | ● | | | ✓ |
| **NSO-26** (*ROWA*) | Canyon Treefrog, Midget Faded Rattlesnake, Northern Leopard Frog, Great Basin Spadefoot, Long-nosed Leopard Lizard, Boreal Toad (no buffer) | | ● | | ● | | ✓ |
| **NSO-27** (*ROWA*) | Canyon Treefrog, Midget Faded Rattlesnake, Northern Leopard Frog, Great Basin Spadefoot, Boreal Toad (805 meters [0.5-mile]) | | | ● | | | ✓ |

BLM_0025124

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-1**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | A | B | C | D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| **NSO-28** (*ROWA*) | Special Status Bat Species' Roost Sites and Winter Hibernacula | | | • | | | ✓ |
| **WILDLIFE BAT NSO CO** | Wildlife Bat | | • | | | | ✓ |
| **NSO-29** (*ROWA*) | Active Kit Fox Dens | | | • | | | ✓ |
| **NSO-30** (*ROWA*) | Occupied Prairie Dog Towns (no buffer) | | • | | | | ✓ |
| **NSO-31** (*ROWA*) | Occupied Prairie Dog Towns (46 meters [150 feet]) | | | • | | | ✓ |
| | Fish and Wildlife | | | | | | |
| **NSO-32** (*ROWA*) | Research Sites | | • | • | • | | ✓ |
| **NSO-12** (*Partial ROWA*) | ACECs | | • | • | • | | ✓ |
| *NSO-1 (ROWA) (BLM 1987)* | No Surface Occupancy (Wildlife Habitat in Rough Canyon) | • | | | | ✓ | |
| *NSO-1 (ROWA) (BLM 1987)* | No Surface Occupancy (State Wildlife Areas) | • | | | | ✓ | |
| **RECREATION PARKS NSO CO** | Recreation Parks | | • | | | | ✓ |
| *NSO-1 (Exhibit GJ-1DC) (BLM 1987)* | No Surface Occupancy (Elk Calving Sites) | • | | | | ✓ | |
| **NSO-34** (*ROWA*) | Elk Production Area | | • | • | • | | ✓ |
| **WILDLIFE HABITAT NSO CO** | Wildlife Habitat | | • | | | | ✓ |
| **NSO-35** (*Partial ROWA*) | Wildlife Emphasis Areas | | | • | | | ✓ |
| | Wild Horses | | | | | | |
| **NSO-36** (*ROWA*) | Little Book Cliffs Wild Horse Range | | • | • | | | ✓ |
| | Cultural Resources | | | | | | |
| **NSO-37** (*ROWA Alternatives B and C*) | Allocation to Conservation Use Category | | • | • | • | | ✓ |
| **NSO-38** (*ROWA Alternatives B and C*) | Allocation to Traditional Use Category | | • | • | • | | ✓ |
| *NSO-1 (BLM 1987)* | No Surface Occupancy (Cultural Resources) | • | | | | ✓ | |
| **NSO-39** (*ROWA Alternatives B and* | Cultural Resources (Indian Creek) | | • | • | • | | ✓ |

BLM_0025125

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-1**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative | | | | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | |
| *C)* | | | | | | | |
| | Visual Resources | | | | | | |
| *NSO-1 (BLM 1987)* | No Surface Occupancy (Visual Resources) | ● | | | | ✓ | |
| **VISUAL CLASS I NSO CO** | Visual Class I | | ● | | | | ✓ |
| **NSO-40** | VRM (Class I and the Goblins) | | | ● | ● | | ✓ |
| | Lands Managed for Wilderness Characteristics | | | | | | |
| **NSO-41** | Lands Managed for Wilderness Characteristics | | | ● | | | ✓ |
| **LANDS WITH WILDERNESS CHARACTERISTICS NSO CO** | Lands with Wilderness Characteristics | | ● | | | | ✓ |
| | Recreation and Visitor Services | | | | | | |
| *NSO-1 (ROWA) (BLM 1987)* | No Surface Occupancy (Recreational Resources at The Palisade ONA, established recreation sites, Island Acres, Vega State Recreation Area, Highline Reservoir Recreation Area, Rough Canyon ACEC, Hunter/Garvey backcountry, Granite Creek Canyons/Cliffs, Bangs Canyon, Dolores River, and Gunnison River) | ● | | | | ✓ | |
| **NSO-42** *(Partial ROWA)* | Special Recreation Management Areas | | | ● | ● | | ✓ |
| **RECREATION SRMA NSO CO** | Recreation SRMA | | ● | | | | ✓ |
| **RECREATION PARKS NSO CO** | Recreation Parks | | ● | | | | ✓ |
| | Fluid Minerals (Oil and Gas and Geothermal Resources) | | | | | | |
| *NSO-1 (BLM 1987)* | No Surface Occupancy (State Wildlife Areas) | ● | | | | ✓ | |
| **RECREATION PARKS NSO CO** | Recreation Parks | | ● | | | | ✓ |
| | ACECs | | | | | | |
| *NSO-1 (Partial ROWA) (BLM 1987)* | No Surface Occupancy (ACECs: Badger Wash, Pyramid Rock, and Unaweep Seep) | ● | | | | ✓ | |

BLM_0025126

**Table B-1**
**Summary of No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative | | | | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | |
| **NSO-12** *(Partial ROWA)* | ACECs | | ● | ● | ● | | ✓ |
| | Wilderness Study Areas | | | | | | |
| **NSO-43** | Wilderness Study Areas | ● | ● | ● | ● | | ✓ |
| | Wild and Scenic Rivers | | | | | | |
| **NSO-44** *(ROWA)* | WSR Study Segments Classified as Wild | | | ● | | | ✓ |
| | National Trails | | | | | | |
| **NSO-45** *(ROWA)* | Old Spanish National Historic Trail (50 meters [164 feet]) | | ● | | ● | | ✓ |
| **NSO-46** *(ROWA)* | Old Spanish National Historic Trail (805 meters [0.5-mile]) | | | ● | | | ✓ |

[1]Details of these stipulations are provided in Table B-5, No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities.
[2]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).
[3]For Alternative B, this stipulation applies to all-surface disturbing activities except fluid minerals. For the other alternative(s), it applies to all surface-disturbing activities.

BLM_0025127

**Table B-2**
**Summary of Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative A | Alternative B | Alternative C | Alternative D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|:-:|:-:|:-:|:-:|:-:|:-:|
| | **Water Resources** | | | | | | |
| **CSU-39** | Roan and Carr Creeks ACEC | | ● | | | | ✓ |
| **CSU-1** *(ROWA)* | Major River Corridors | | | ● | | | ✓ |
| *CSU-7 (ROWA)* *(BLM 1987)* | Perennial Streams Water Quality | ● | | | | ✓ | |
| **CSU-2** *(ROWA)* | Hydrologic Features/Riparian | | | ● | ● | | ✓ |
| **CSU-3** *(ROWA)* | Definable Streams | | ● | | | | ✓ |
| *CSU-6 (BLM 1987)* | Watersheds | ● | | | | ✓ | |
| **CSU-4** *(ROWA)* | Collbran and Mesa/Powderhorn Source Water Protection Areas, and Jerry Creek Watershed | | ● | | ● | | ✓ |
| | **Soils and Geology** | | | | | | |
| **GEOLOGY SOIL CSU CO** | Geology Soil | | ● | | | | ✓ |
| **CSU-6** *(ROWA)* | Mapped Mancos Shale and Saline Soils | | | ● | ● | | ✓ |
| **CSU-7** | Natural Slopes | | | ● | | | ✓ |
| | **Vegetation** | | | | | | |
| **PLANT COMMUNITY CSU CO** | Plant Community | | ● | | | | ✓ |
| **CSU-8** *(ROWA)* | Old Growth Forests and Woodlands | | | ● | ● | | ✓ |
| | **Special Status Species** | | | | | | |
| **CSU-9** *(ROWA)* | BLM Sensitive Plant Species Occupied Habitat | | ● | | | | ✓ |
| **CSU-10** *(ROWA)* | Wildlife Habitat | | ● | ● | | | ✓ |
| **CSU-1** *(ROWA)* | Major River Corridors | | | ● | | | ✓ |
| **CSU-11** *(ROWA)* | Significant Plant Communities (200 meters [656 feet]) | | | ● | | | ✓ |
| **CSU-12** *(ROWA)* | Significant Plant Communities (no buffer) | | | | ● | | ✓ |
| **CSU-13** *(ROWA)* | Osprey Nest Sites | | ● | | ● | | ✓ |
| **CSU-14** *(ROWA)* | Ferruginous Hawk Nest Sites | | ● | | ● | | ✓ |
| **CSU-15** *(ROWA)* | Red-tailed Hawk Nest Sites | | ● | | ● | | ✓ |
| **CSU-16** *(ROWA)* | Swainson's Hawk Nest Sites | | ● | | ● | | ✓ |
| **CSU-17** *(ROWA)* | Peregrine Falcon Nest Sites | | ● | | ● | | ✓ |
| **CSU-18** *(ROWA)* | Prairie Falcon Nest Sites | | ● | | ● | | ✓ |
| **CSU-19** *(ROWA)* | Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls) | | ● | | ● | | ✓ |
| **CSU-20** *(ROWA)* | Sage-grouse Nesting and Early Brood-rearing Habitat | | | | ● | | ✓ |
| **CSU-21** *(ROWA)* | Special Status Bat Species' Roost Sites and Winter Hibernacula | | | | ● | | ✓ |

BLM_0025128

**Table B-2**
**Summary of Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**[1]

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative A | Alternative B | Alternative C | Alternative D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| **CSU-22** *(ROWA)* | Kit Fox Dens | | ● | ● | | | ✓ |
| **CSU-23** *(ROWA)* | Occupied Prairie Dog Towns | | ● | ● | | | ✓ |
| | *Fish and Wildlife* | | | | | | |
| **CSU-1** *(ROWA)* | Major River Corridors | | | ● | | | ✓ |
| **CSU-10** *(ROWA)* | Wildlife Habitat | | ● | ● | | | ✓ |
| **WILDLIFE HABITAT CSU CO** | Wildlife Habitat | | ● | | | | ✓ |
| **CSU-24** *(ROWA)* | Deer and Elk Migration and Movement Corridors | | ● | ● | | | ✓ |
| **CSU-25** | Wildlife Emphasis Areas | | | ● | ● | | ✓ |
| | *Wild Horses* | | | | | | |
| *CSU-2 (Exhibit GJ-2FA) (BLM 1987)* | Scenic and Natural Values (Little Book Cliffs Wild Horse Area) | ● | | | | ✓ | |
| **CSU-26** | Little Book Cliffs Wild Horse Range | | | | ● | | ✓ |
| | *Cultural Resources* | | | | | | |
| **CSU-27** *(ROWA Alternatives B and C)* | Allocation to Scientific Use Category | | ● | ● | ● | | ✓ |
| **CSU-28** *(ROWA Alternatives B and C)* | Allocation to Public Use Category | | ● | ● | ● | | ✓ |
| **CSU-29** *(ROWA)* | Sub-surface Inventory | | ● | ● | ● | | ✓ |
| *CSU-5 (ROWA) (BLM 1987)* | Known Cultural Resource Values | ● | | | | ✓ | |
| | *Visual Resources* | | | | | | |
| **CSU-30** *(ROWA)* | VRM Class II | | ● | ● | ● | | ✓ |
| *CSU-2 (BLM 1987)* | Scenic and Natural Values (Bangs Benches, the Book Cliffs, established BLM recreation sites, Grand Mesa Slopes, Granite Creek Benches, Gunnison River corridor, highway corridors, Hunter/Garvey, Little Book Cliffs Wild Horse Area, Sinbad Valley, South Shale Ridge, and Unaweep Valley) | ● | | | | ✓ | |
| | *Recreation and Visitor Services* | | | | | | |
| *CSU-2 (BLM 1987)* | Scenic and Natural Values (recreation resources at Bangs Benches, Granite Creek Benches, Hunter/Garvey Benches, and Lower Gunnison River) | ● | | | | ✓ | |
| **CSU-31** *(ROWA)* | Recreation | | ● | ● | ● | | ✓ |
| **CSU-32** | Recreation Management Areas | | ● | ● | ● | | ✓ |

BLM_0025129

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-2**
**Summary of Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**[1]

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative A | Alternative B | Alternative C | Alternative D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | **Lands and Realty** | | | | | | |
| **DISPOSAL CSU CO** | Disposal | | ● | | | | ✓ |
| **CSU-33** | Disposal Tracts | | | | ● | | ✓ |
| | **Coal** | | | | | | |
| **COAL MINE CSU CO** | Coal Mine | | ● | | | ✓ | |
| **CSU-34** | Federally Leased Coal | | | ● | ● | ✓ | |
| | **ACEC** | | | | | | |
| **CSU-39** | Roan and Carr Creeks ACEC | | ● | | | | ✓ |
| | **Wild and Scenic Rivers** | | | | | | |
| **CSU-35** (*ROWA*) | WSR Study Segments Classified as Scenic and Recreational | | | ● | | | ✓ |
| **CSU-36** | Old Spanish National Historic Trail | | | ● | | | ✓ |
| **CSU-37** | Scenic Byways (805 meters [0.5-mile]) | | ● | ● | | | ✓ |
| **CSU-38** | Scenic Byways (402 meters [0.25-mile]) | | | | ● | | ✓ |

[1]Details of these stipulations are provided in Table B-6, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities.

[2]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).

[3]For Alternative B, this stipulation applies to all-surface disturbing activities except fluid minerals. For the other alternative(s), it applies to all surface-disturbing activities.

BLM_0025130

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-3**
**Summary of Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (Existing/New)[2] | Protected Resource | Alternative | | | | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | | |
| | **Special Status Species** | | | | | | |
| **TL-1** (ROWA) | Salmonid and Native, Non-salmonid Fishes (brown, brook, rainbow, and cutthroat trout; bluehead and flannelmouth sucker; roundtail chub; mountain whitefish; Paiute and mottled sculpin; and speckled dace) | | ● | ● | | | ✓ |
| **TL-2** (ROWA) | Occupied Cutthroat Trout Waters | | | | ● | | ✓ |
| **TL-3** (ROWA) | Migratory Bird Habitat | | ● | ● | | | ✓ |
| **TL-4** (ROWA) | Birds of Conservation Concern's Habitat | | | | ● | | ✓ |
| **WILDLIFE RAPTOR NESTS TL CO** | Raptor Nests | | ● | | | | ✓ |
| **WILDLIFE SENSITIVE RAPTOR NESTS TL CO** | Sensitive Raptor Nests | | ● | | | | ✓ |
| **TL-5** (ROWA) | Osprey Nests | | | ● | ● | | ✓ |
| **TL-6** (ROWA) | Ferruginous Hawk Nests | | | ● | ● | | ✓ |
| **TL-7** (ROWA) | Red-tailed Hawk Nests | | | ● | ● | | ✓ |
| **TL-8** (ROWA) | Swainson's Hawk Nest Sites | | | ● | ● | | ✓ |
| *TL-14 (ROWA) (Exhibit GJ-14EB) (BLM 1987)* | Threatened and Endangered Seasonal Habitat (Peregrine Falcon Habitat) | ● | | | | ✓ | |
| **TL-9** (ROWA) | Peregrine and Prairie Falcon Nest Sites | | | ● | ● | | ✓ |
| **TL-10** (ROWA) | Goshawk Nest Sites | | | ● | ● | | ✓ |
| **TL-11** (ROWA) | Burrowing Owl Burrows and Nest Sites | | | ● | ● | | ✓ |
| **TL-12** (ROWA) | Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls) | | | ● | ● | | ✓ |
| **TL-13** (ROWA) | Golden Eagle Nest Sites | | ● | ● | ● | | ✓ |
| *TL-14 (ROWA) (Exhibit GJ-14EA) (BLM 1987)* | Threatened and Endangered Seasonal Habitat (Bald Eagle Habitat) | ● | | | | ✓ | |
| **TL-14** (ROWA) | Bald Eagle Nest Sites | | ● | ● | ● | | ✓ |
| **TL-15** (ROWA) | Bald Eagle Winter Roost | | ● | ● | ● | | ✓ |
| **TL-16** (ROWA) | Occupied Sage-grouse Winter Habitat | | ● | ● | | | ✓ |
| **TL-17** (ROWA) | Sage-grouse Leks (6.4 kilometers [4 miles]) | | ● | | | | ✓ |
| **TL-18** (ROWA) | Sage-grouse Leks, Nesting, and Early Brood-rearing Habitat (966 meters [0.6-mile]) | | | | ● | | ✓ |
| **TL-19** (ROWA) | Occupied Prairie Dog Towns | | ● | | ● | | ✓ |

BLM_0025131

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-3**
**Summary of Timing Limitation (TL) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | A | B | C | D | Fluid Minerals Only | All Surface-disturbing Activities |
|---|---|---|---|---|---|---|---|
| | | **Alternative** | | | | | |
| | Fish and Wildlife | | | | | | |
| **TL-1** *(ROWA)* | Salmonid and Native, Non-salmonid Fishes (brown, brook, rainbow, and cutthroat trout; bluehead and flannelmouth sucker; roundtail chub; mountain whitefish; Paiute and mottled sculpin; and speckled dace) | | ● | ● | | | ✓[3] |
| **TL-2** *(ROWA)* | Occupied Cutthroat Trout Waters | | | | | ● | ✓ |
| *TL-12 (ROWA) (BLM 1987)* | Deer and Elk Winter Range | ● | | | | ✓ | |
| **TL-20** *(ROWA)* | Big Game Winter Range | | ● | ● | ● | | ✓ |
| *TL-9 (ROWA) (BLM 1987)* | Bighorn Seasonal Stipulation | ● | | | | ✓ | |
| *TL-4 (ROWA) (BLM 1987)* | Elk Calving Area | ● | | | | ✓ | |
| **BIG GAME PRODUCTION TL CO** | Big Game Production | | ● | | | | ✓ |
| **TL-21** *(ROWA)* | Big Game Production Areas | | | ● | | | ✓ |
| **TL-22** *(ROWA)* | Pronghorn Wintering Habitat | | ● | ● | ● | | ✓ |
| | Wild Horses | | | | | | |
| *TL-10 (ROWA) (BLM 1987)* | Wild Horse Winter Range | ● | | | | ✓ | |
| *TL-11 (ROWA) (BLM 1987)*/**TL-23** *(ROWA)* | Wild Horse Foaling Area | ● | | | ● | ✓ | |

[1]Details of these stipulations are provided in Table B-7, Timing Limitation (TL) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities.
[2]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).
[3]For Alternative B, this stipulation applies to all-surface disturbing activities except fluid minerals. For the other alternative(s), it applies to all surface-disturbing activities.

BLM_0025132

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-4**
**Summary of Lease Notices (LN)**
**Applicable to Fluid Mineral Leasing[1]**

| Stipulation Number (*Existing*/**New**)[2] | Protected Resource | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Air Resources** | | | | | |
| **CO-56** | Air Resources | | • | | |
| **Water Resources** | | | | | |
| *LN-17* | Palisade Municipal Watershed | • | | | |
| **LN-1** | Source Water Protection Areas | | • | | |
| **LN-2** | Municipal Watersheds and Source Water Protection Areas | | | | • |
| *LN-13* | Threatened and Endangered Species Habitat | • | | | |
| **LN-3** | Biological Inventories | | • | • | • |
| *LN-15* | Colorado Hookless Cactus (Formerly Uinta Basin Hookless Cactus) | • | | | |
| **LN-4** | Threatened and Endangered Species / Colorado Hookless Cactus | | • | • | • |
| **Fish and Wildlife** | | | | | |
| **LN-3** | Biological Inventories | | • | • | • |
| **LN-5** | Working in Wildlife Habitat | | • | • | |
| **LN-6** | Class 4 and 5 Paleontological Areas | • | • | • | • |
| *LN-16*/ **LN-7** | Powderhorn Ski Area | • | • | | • |

[1]Details of these stipulations are provided in Table B-8, Lease Notices (LN) and Additional Required Conditions of Approval Applicable to Fluid Mineral Leasing.
[2]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).

BLM_0025133

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | A | B | C | D |
| Water Resources | | | | | |
| **NSO-1** (*ROWA*) **Major River Corridors.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 402 meters (0.25-mile/1,320 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) of the Colorado, Gunnison, and Dolores Rivers.<br><br>**PURPOSE:** To protect rivers and adjacent habitat that provide: a) special status fish and wildlife species habitat; b) important riparian values; c) water quality/filtering values; d) waterfowl and shorebird production values; e) valuable amphibian habitat; f) 100-year floodplain; and g) high scenic and recreation values of the three major rivers (Colorado, Gunnison, and Dolores). Minimizing potential deterioration of water quality and high scenic and recreation values; maintaining natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities; and preserving wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows (note: both actions must be met for exception to be granted):<br>• Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action. Design and construction for a 100-year flood event along strait and stable stream reaches would be required;<br>• New trail construction resulting in a disturbance corridor less than or equal to 1.2 meters (48 inches) wide open to nonmotorized use. Trails would be constructed per BLM minimum design standards; and<br>• Section 7 consultation with USFWS on threatened or endangered species and/or their critical habitat has been completed. | | | ● | ● |

BLM_0025134

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **HYDROLOGY RIVER NSO CO** *All Surface-disturbing Activities* | **STIPULATION:** No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major river: <NAME> **On the following lands:** <LEGAL_DESCRIPTION> **PURPOSE:** To protect rivers and adjacent aquatic habitat that provide: a) *special status* or *critical* fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: f) 100-year floodplain, and g) high scenic and recreation values of major rivers. Minimizing potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). | | | • | |

BLM_0025135

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **NSO-2** *(ROWA)* **Streams/ Springs Possessing Lotic Riparian Characteristics.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and use and surface-disturbing activities within the riparian zone. **PURPOSE:** To protect water quality and aquatic values and prevent channel degradation, as riparian corridors/flood-prone areas are lands adjacent to waterbodies where activities on land are likely to affect water quality. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: • Necessary site restoration and management as dictated by initial analysis or later evaluation/monitoring. • Essential stream crossings associated with linear transportation, and utility crossings. • For actions requiring individual permits through the USACE, require a Licensed Professional Engineer to approve and stamp project design, implementation, and reclamation plans. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to maintain the natural hydrologic function and condition of mountain and rangeland stream systems. Properly functioning stream channels, stream banks, and floodplains (including the riparian zone) | | • | • | |

BLM_0025136

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | transport and store sediment at a rate which is in balance with each system's typical flow regime. Any alteration of this system can create an imbalance between sediment supply and flow, resulting in accelerated erosion, decreased water quality, and degraded habitat conditions and for special status aquatic wildlife. This stipulation is also essential to protect fish bearing streams in the GJFO. | | | | |
| **NSO-3** **Definable Streams.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 30 meters (98 feet) from the edge of the ordinary high-water mark (bank-full stage). **PURPOSE:** To protect water quality and aquatic values and prevent channel degradation. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary because any alteration of properly functioning stream channels, stream banks, and floodplains (including the xeririparian zone) can create an imbalance between sediment supply and stream discharge resulting in accelerated erosion and decreased water quality. | | | • | |
| **NSO-4** *(ROWA)* **Lentic Riparian Areas (including springs, seeps, and fens).** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 100 meters (328 feet) from the mapped extent of perennial, intermittent, and ephemeral streams; riparian areas, fens and/or wetlands; and water impoundments. For streams, the buffer will be measured from ordinary high-water mark (bank-full stage), whereas for wetland features, the buffer will be measured from the edge of the mapped extent. **PURPOSE:** To maintain the proper functioning condition, including the vegetation, hydrologic, and geomorphic functionality of wetland features. To protect water quality, riparian zones, fens, fish habitat, and aquatic habitat, and to provide a clean, reliable source of water for downstream users. | • | | • | |

BLM_0025137

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| | Buffers are expected to indirectly benefit migratory birds, wildlife habitat, amphibians, and other species. | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary because surface disturbance within the minimum 100-meter (328-foot) buffer may impair proper function and condition of springs, seeps, and fens. Source areas (for springs, seeps, and fens) are delicate and susceptible to any alteration of natural flow patterns, soil infiltration rates, or drainages within the contributing watershed. Changes to these variables may dewater lentic riparian areas, greatly impairing the system's ability to properly function. | | | | |
| *NSO-1* (BLM 1987) **No Surface Occupancy (Grand Junction Municipal Watershed).** 1,400 acres *Fluid Minerals Only* | **STIPULATION:** No occupancy or other activities (fluid minerals only) will be allowed in the Grand Junction municipal watershed on the following portions of this lease: <LEGAL_DESCRIPTIONS> **PURPOSE:** To protect municipal watersheds providing domestic water. **EXCEPTION:** Exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: • New trail construction resulting in a disturbance corridor less than or equal to 1.2 meters (48 inches) wide open to nonmotorized use. Trials would be constructed per BLM minimum design standards. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). | | • | | |
| **NSO-5** **No Surface Occupancy (Palisade and Grand Junction Municipal** | **STIPULATION:** Prohibit surface occupancy and use and other surface-disturbing activities in the Palisade and Grand Junction municipal watersheds. **PURPOSE:** To protect municipal watersheds providing drinking water to local communities. | | | • | |

BLM_0025138

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Watersheds).** *BLM surface/ federal minerals:* 900 acres *Private or State surface/federal minerals:* 8,300 acres ***All Surface-disturbing Activities*** | **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would require professionally engineered design and construction for a 100-year flood event along strait and stable stream reaches. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of municipal sources. | | | | |
| **NSO-6** *(ROWA)* **No Surface Occupancy (Palisade and Grand Junction Municipal Watersheds, Collbran and Mesa/ Powderhorn Source Water Protection Areas, and Jerry Creek Watershed).** *BLM surface/ federal minerals:* 34,700 acres *Private or State surface/federal minerals:* 27,600 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and other activities in the Palisade and Grand Junction municipal watersheds, Collbran and Mesa/Powderhorn source water protection areas, and Jerry Creek watershed. **PURPOSE:** To protect municipal watersheds providing drinking water to local communities. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would require professionally engineered design and construction for a 100-year flood event along strait and stable stream reaches. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of domestic and municipal sources. | | | • | |

BLM_0025139