**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **NSO-7** **Water Intake Zone 3.** 3,100 acres *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and other surface-disturbing activities within state identified sensitivity zone 3. In cases where this zone could not be determined through analytic calculations, zone 3 will be defined as a 4-kilometer (2.5-mile) radius around the intake or be based on professional interpretation of geology, topography, and location of municipal wells. The boundary of zone 3 is subject to change based on increased knowledge of groundwater hydrology in these areas. **PURPOSE:** To protect municipal water. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to reduce potential for groundwater contamination and/or dewatering of domestic and municipal sources. | | | • | |
| **Soils and Geology** | | | | | |
| *NSO-1 (ROWA)* *(Exhibit GJ-1AB)* *(BLM 1987)* **No Surface Occupancy (Soils in the Baxter/Douglas Slump Area).** 53,100 acres *Fluid Minerals Only* | **STIPULATION:** No occupancy or other activities will be allowed on the following portions of this lease: <LEGAL_DESCRIPTIONS> **PURPOSE:** To protect soils in the Baxter/Douglas slump area. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. | | | • | |
| *NSO-1 (ROWA)* *(Exhibit GJ-1AA)* *(BLM 1987)* **No Surface Occupancy** | **STIPULATION:** No occupancy or other activities will be allowed on the following portions of this lease: <LEGAL_DESCRIPTIONS> **PURPOSE:** To protect soils in the Plateau area. | | | • | |

BLM_0025140

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| **(Soils in the Plateau Area).** 900 acres *Fluid Minerals Only* | **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change, or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease. | | | | |
| **NSO-9** *(ROWA)* **Fragile Soils.** *BLM surface/ federal minerals:* 481,600 acres *Private or state surface/federal minerals:* 20,700 acres **All Surface-disturbing Activities** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum of 25 meters (82 feet) of fragile soils (distance may be extended based on site-specific conditions). Onsite evaluation of site-specific soil characteristics may be conducted by BLM or a qualified third party to verify Natural Resource Conservation Service soil mapping unit descriptions are appropriate to the site.  These evaluations would be conducted at the discretion of the BLM SWA specialist. **PURPOSE:** To maintain site stability, site productivity, prevent excessive soil erosion and sediment transport, and increase reclamation potential. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: <ul><li>Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action.</li><li>Temporary actions associated with solid mineral exploration (e.g., access roads, exploratory bore holes less than or equal to 20 centimeters [8 inches] in diameter) in which the reclamation process will be initiated a maximum of 1 calendar year from the beginning of construction will be allowed on a case-by-case basis at the discretion of the BLM Authorized Officer. Construction activities will be limited to dry season conditions and subject to site-specific</li></ul> | | | • | |

BLM_0025141

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| | mitigation based on soil characteristics. Temporary status of exploration actions may be extended up to a maximum of 3 years (from initial construction) given monitoring results/onsite inspection indicate soil-stabilizing techniques and drainages structures are functional and adequate to protect soil and watershed health. <br> • Stipulation does not apply to OHV open areas. <br><br>**MODIFICATION:** Standard modifications apply (Section B.2). <br><br>**WAIVER:** Standard waivers apply (Section B.2). <br><br>**JUSTIFICATION:** This stipulation is necessary because accelerated erosion from fragile soils in the GJFO is a major contributor of nonpoint source pollution in rivers and streams. The 25-meter (82-foot) buffer is necessary to adequately protect fragile soils from stormwater runoff and other impacts associated with surface-disturbing actions. | | | | |
| *NSO-3* (BLM 1987) **Steep Slopes.** 318,200 acres *Fluid Minerals Only* | **STIPULATION:** The following portions of the lease include land with greater than 40 percent slopes: <LEGAL_DESCRIPTIONS>. In order to avoid or mitigate unacceptable impacts to soil, water, and vegetation resources on these lands, special design practices may be necessary and higher than normal costs may result. Where impacts cannot be mitigated to satisfaction of the BLM Authorized Officer, no surface-disturbing activities shall be allowed. <br><br>**PURPOSE:** To maintain site stability, site productivity, prevent excessive soil erosion and sediment transport, and increase reclamation potential. <br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). <br><br>**MODIFICATION:** Standard modifications apply (Section B.2). <br><br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change, or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. | • | | | |

BLM_0025142

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **GEOLOGY SOIL NSO CO** *BLM surface/ federal minerals:* *54,500 acres* *Private or state surface/federal minerals:* *3,100 acres* *All Surface-disturbing Activities* | **STIPULATION:** No surface occupancy or use is allowed on lands with soils, as mapped in the Resource Management Plan, BLM's GIS database or other maps provided by local, state, federal or tribal agencies that are analyzed and accepted by the BLM, with the following special characteristics: Baxter/Douglas Pass Slump Area and the Plateau Creek Slump Area. **On the following lands:** <LEGAL_DESCRIPTION> **PURPOSE:** To minimize the risk of mass wasting and sedimentation; reduce reclamation costs; protect soil productivity, rare, or sensitive biota; minimize risk to water bodies, fisheries, and aquatic species habitats; and protect human health and safety (e.g., from landslides and mass wasting). **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION: JUSTIFICATION:** This stipulation is necessary because accelerated erosion from fragile soils in the GJFO is a major contributor of nonpoint source pollution in rivers and streams. The 25-meter (82-foot) buffer is necessary to adequately protect fragile soils from stormwater runoff and other impacts associated with surface-disturbing actions. | | • | | |
| **GEOLOGY SLOPE NSO CO** *BLM surface/ federal minerals:* *347,700 acres* *Private or State surface/federal minerals:* *28,800 acres* | **STIPULATION:** Prohibit surface occupancy and use on lands with steep slopes greater than 40 percent. **On the following lands:** <LEGAL_DESCRIPTION> **PURPOSE:** To minimize the risk of mass wasting and sedimentation; reduce reclamation costs; protect soil productivity, rare, or sensitive biota; minimize risk to water bodies, fisheries, and aquatic species habitats; and protect human health and safety (e.g., from landslides and mass wasting). | | • | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| *All Surface-disturbing Activities* | **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2) **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary because accelerated erosion from soils on steep slopes in the GJFO can be a major contributor of nonpoint source pollution in rivers and streams. | | | | |
| **NSO-10** *(ROWA)* **Steep Slopes Greater than or Equal to 40 Percent.** *BLM surface/ federal minerals:* 347,700 acres *Private or State surface/federal minerals:* 28,800 acres *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities on lands with steep slopes greater than or equal to 40 percent. **PURPOSE:** To minimize the risk of mass wasting and sedimentation; reduce reclamation costs; protect soil productivity, rare, or sensitive biota; minimize risk to water bodies, fisheries, and aquatic species habitats; and protect human health and safety (from landslides, mass wasting, etc.). **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: • Above-ground electrical transmission lines. • Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action. • Alternative D only: Temporary actions associated with coal exploration (e.g., access roads, exploratory bore holes less than or equal to 20 centimeters [8 inches] in diameter) in which the reclamation process will be initiated a maximum of 1 calendar year from the beginning of construction will be allowed on a case-by-case basis at the discretion of the Authorized Officer. Construction activities will be limited to dry season conditions and subject to site-specific mitigation. Temporary status of exploration actions may be extended up to a maximum of 3 years (from initial construction) given monitoring results/onsite inspection indicate soil-stabilizing techniques and drainages structures are functional and | | | • | • |

BLM_0025144

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | adequate to protect soil and watershed health.<br>• Alternative D only: Surface disturbance necessary for development of federally leased coal (e.g., mine portals, roads and pads associated with vent holes, methane capture, etc.). Professionally engineered design, construction, maintenance, and reclamation would be required to mitigate to the fullest extent practicable all potential resource damage associated with the proposed action.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary because accelerated erosion from soils on steep slopes in the GJFO can be a major contributor of nonpoint source pollution in rivers and streams. | | | | |
| **Vegetation** | | | | | |
| **NSO-2** (*ROWA*)<br><br>**Streams/ Springs Possessing Lotic Riparian Characteristics.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and use and surface-disturbing activities within the riparian zone.<br><br>**PURPOSE:** To protect water quality and aquatic values and prevent channel degradation, as riparian corridors/flood-prone areas are lands adjacent to waterbodies where activities on land are likely to affect water quality.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows:<br>• Necessary site restoration and management as dictated by initial analysis or later evaluation/monitoring.<br>• Essential stream crossings associated with linear transportation, and utility crossings.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2). | | • | • | |

BLM_0025145

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to maintain the natural hydrologic function and condition of mountain and rangeland stream systems. Properly functioning stream channels, stream banks, and floodplains (including the riparian zone) transport and store sediment at a rate which is in balance with each system's typical flow regime. Any alteration of this system can create an imbalance between sediment supply and flow, resulting in accelerated erosion, decreased water quality, and degraded habitat conditions and for special status aquatic wildlife. This stipulation is also essential to protect fish bearing streams in the GJFO. | | | | |
| **NSO-4** *(ROWA)* **Lentic Riparian Areas (including springs, seeps, and fens).** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the riparian zone. **PURPOSE:** To protect water quality and aquatic values and prevent channel degradation. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary because surface disturbance within the minimum 100-meter (328-foot) buffer may impair proper function and condition of springs, seeps, and fens. Source areas (for springs, seeps, and fens) are delicate and susceptible to any alteration of natural flow patterns, soil infiltration rates, or drainages within the contributing watershed. Changes to these variables may dewater lentic riparian areas, greatly impairing the system's ability to properly function. | | • | • | |
| | Special Status Species | | | | |
| **NSO-11** *(ROWA)* **Conservation Populations of Cutthroat** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 100 meters (328 feet) from edge of ordinary high-water mark (bank-full stage) of streams containing genetically pure populations of cutthroat trout. Where the riparian corridor width is greater than 100 meters | | | | • |

BLM_0025146

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Trout.** 3,600 acres *All Surface-disturbing Activities* | (328 feet) from stream edge, prohibit surface occupancy and use and surface-disturbing activities within the riparian zone. **PURPOSE:** To protect conservation and core conservation populations of cutthroat trout. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, in-channel restoration or enhancement work designed to improve stream habitat conditions, riparian plantings, and temporary disturbances of less than 0.1 acre where BMPs are applied. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** Streams with conservation and core conservation populations of cutthroat trout are of the highest priority to BLM, USFWS, and CPW. The 100-meter (328-foot) buffer adequately protects fish habitat values because many of the perennial streams are within narrow canyons and steep slopes so the 100-meter (328-foot) buffer covers most of the key habitat for protecting these species. | | | | |
| **NSO-1** *(ROWA)* **Major River Corridors.** 11,800 acres *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within stream channels, stream banks, and the area 402 meters (0.25-mile) either side of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) of the Colorado, Gunnison, and Dolores Rivers. **PURPOSE:** To protect these riverine and adjacent areas that provide: a) special status fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of the three major rivers (Colorado, Gunnison, and Dolores). **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: • Essential future actions in which implementation of a professionally engineered design, construction, maintenance, | | | ● | ● |

BLM_0025147

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action; <br>• New trail construction resulting in a disturbance corridor less than or equal to 1.2 meters (48 inches) wide open to nonmotorized use. Trials would be constructed per BLM minimum design standards; and <br>• Section 7 consultation with USFWS on threatened or endangered species and/or their critical habitat has been completed. <br><br>**MODIFICATION:** Standard modifications apply (Section B.2). <br><br>**WAIVER:** Standard waivers apply (Section B.2). <br><br>**JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| HYDROLOGY RIVER NSO CO <br><br>*All Surface-disturbing Activities* | **STIPULATION:** No surface occupancy or use is allowed within 400 meters (1312 feet) of the ordinary high-water mark (bank-full stage) or within 100 meters (328 feet) of the 100-year floodplain (whichever area is greatest) on the following major river: <br><br>&lt;NAME&gt; <br><br>**On the following lands:** <br>&lt;LEGAL_DESCRIPTION&gt; <br><br>**PURPOSE:** To protect rivers and adjacent aquatic habitat that provide: a) *special status* or *critical* fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: f) 100-year floodplain, and g) high scenic and recreation values of major rivers. Minimizing potential deterioration of water quality, high scenic and recreation values, maintain natural | • | | | |

BLM_0025148

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **NSO-2** (*ROWA*) **Streams/ Springs Possessing Lotic Riparian Characteristics.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the ordinary high-water mark (bank-full stage). Where the riparian corridor width is greater than 100 meters (328 feet) from bank-full, prohibit surface occupancy and use and surface-disturbing activities within the riparian zone. **PURPOSE:** To protect water quality and aquatic values and prevent channel degradation, as riparian corridors/flood-prone areas are lands adjacent to waterbodies where activities on land are likely to affect water quality. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: • Necessary site restoration and management as dictated by initial analysis or later evaluation/monitoring. • Essential stream crossings associated with linear transportation, and utility crossings. | | ● | ● | |

BLM_0025149

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | A | B | C | D |
| | **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to maintain the natural hydrologic function and condition of mountain and rangeland stream systems. Properly functioning stream channels, stream banks, and floodplains (including the riparian zone) transport and store sediment at a rate which is in balance with each system's typical flow regime. Any alteration of this system can create an imbalance between sediment supply and flow, resulting in accelerated erosion, decreased water quality, and degraded habitat conditions and for special status aquatic wildlife. This stipulation is also essential to protect fish-bearing streams in the GJFO. | | | | |
| *NSO-1 (Partial ROWA)* (BLM 1987) **No Surface Occupancy (ACECs: Badger Wash, Pyramid Rock, Unaweep Seep).** 1,400 acres *Fluid Minerals Only* | **STIPULATION:** Prohibit surface occupancy and use (for fluid minerals only) in the following areas: <br>• Hydrologic and sensitive plants study area in Badger Wash ACEC (700 acres) *(Exhibit GJ-1BA);* <br>• Pyramid Rock State Natural Area (500 acres) *(Exhibit GJ-1EF);* and <br>• Unaweep Seep State Natural Area and Research Natural Area (200 acres) *(Exhibit GJ-1EG).* <br><br>**PURPOSE:** <br>Badger Wash ACEC: To protect sensitive plants. <br>Pyramid Rock: To protect known threatened, proposed, candidate, and sensitive plant species. <br>Unaweep Seep: To protect sensitive plants. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). | • | | | |

BLM_0025150

| Table B-5 No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| | | A | B | C | D |
| **NSO-12** (*Partial ROWA*)  **ACECs.**  *Alternative B:* 34,600 acres  *Alternative C:* 38,200 acres  *Alternative D:* 3,600 acres  ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities in the following ACECs to protect threatened, proposed, candidate, and sensitive species:  <u>Alternative B:</u> • Atwell Gulch (2,900 acres); • Badger Wash (2,200 acres); • Pyramid Rock (1,300 acres); • South Shale Ridge (28,200 acres); and • Unaweep Seep (85 acres).  <u>Alternative C:</u> • Atwell Gulch (6,100 acres); • Badger Wash (2,200 acres); • Plateau Creek (220 acres); • Pyramid Rock (1,300 acres); • South Shale Ridge (28,200 acres); and • Unaweep Seep (85 acres).  <u>Alternative D:</u> • Badger Wash (2,200 acres); • Pyramid Rock (1,300 acres); and • Unaweep Seep (80 acres).  **PURPOSE:** • Atwell Gulch: To protect threatened and sensitive plants. • Badger Wash: To protect sensitive plants. • Plateau Creek: To protect sensitive fish species. • Pyramid Rock: To protect known threatened, proposed, and sensitive plants. • South Shale Ridge: To protect threatened, proposed, and sensitive plants. • Unaweep Seep: To protect sensitive plants and Great Basin Silverspot Butterfly habitat.  **EXCEPTION:** Standard exceptions apply (Section B.2).  **MODIFICATION:** This stipulation may be modified to include species listed as threatened, endangered, proposed, candidate, or sensitive in the future. This stipulation may also be modified to account for the change in status of species protected in this | | • | • | • |

BLM_0025151

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | stipulation. | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to protect critical habitat for threatened, proposed, and sensitive plants. | | | | |
| **NSO-13** (*ROWA*) **Current and Historically Occupied Habitat and Critical Habitat of Threatened, Endangered, Proposed, and Candidate Plant and Animal Species.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit certain surface uses, as specified below, to protect threatened, endangered, proposed, and candidate plants and animals from indirect impacts, loss of immediately adjacent suitable habitat, or impacts to primary constituent elements of critical habitat as designated by USFWS. Maintain existing buffer distances where pre-existing disturbance exists, and reduce redundancies in roads to minimize fragmentation, and minimize direct impacts from motorized and mechanized users of roads, routes and trails. In undisturbed environments and ACECs, prohibit new disturbance within 200 meters (656 feet) of current and historically occupied and suitable habitat. This stipulation includes emergency closures of roads where damage to T&E habitat has occurred. | | • | • | |

**PURPOSE:** To protect threatened, endangered, proposed, and candidate species from indirect impacts or loss of immediately adjacent suitable habitat.

**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO may be altered if all of the following conditions are met:

1. Section 7 consultation with USFWS on threatened or endangered species has been completed;
2. Valid current surveys for protected species have been completed and submitted;
3. Mitigation has been applied to avoid adverse impacts to protected species and the proponent will submit monitoring reports; and
4. The proposed disturbance would occur in unsuitable habitat.

Other surface-disturbing activities may be allowed in suitable habitat if conditions 1 through 3 above are met, and the purpose or the result of the activity would improve habitat conditions

BLM_0025152

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| | for the protected species. Allow occupancy within 200 meters (656 feet) when terrain and topography provide adequate protections **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER**: Standard waivers apply (Section B.2). **JUSTIFICATION**: This stipulation is necessary to protect threatened, endangered, proposed, and candidate species and ensure the preservation of their habitat (including plant pollinator habitat). | | | | |
| **NSO-14** *(ROWA)* **Currently Occupied Habitat of Threatened, Endangered, Proposed, and Candidate Species.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities to protect threatened, endangered, proposed, and candidate plants and animals from indirect impacts or loss of immediately adjacent suitable habitat. Maintain existing buffer distances where pre-existing disturbance exists. In undisturbed environments and ACECs, prohibit new disturbance within 200 meters (656 feet) of habitat. **PURPOSE:** To protect threatened, endangered, proposed, and candidate species from indirect impacts or loss of immediately adjacent suitable habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO may be altered if all of the following conditions are met: 1. Section 7 consultation with USFWS on threatened or endangered species has been completed; 2. Valid current surveys for protected species have been completed; 3. Mitigation has been applied to avoid adverse impacts to protected species; and 4. The proposed disturbance would occur in unsuitable habitat. Other surface-disturbing activities may be allowed in suitable habitat if conditions 1 through 3 above are met, and the purpose or the result of the activity would improve habitat conditions for the protected species. | | | | • |

BLM_0025153

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to provide minimal protection for occurrences of threatened, endangered, proposed, and candidate species. | | | | |
| **NSO-15** *(ROWA)* **BLM Sensitive Plant Species' Occupied Habitat.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 100 meters (328 feet) of BLM sensitive plant species' occupied habitat. In addition, relocation of operations by more than 200 meters (656 feet) may be required. **PURPOSE:** To reduce or eliminate threats to BLM sensitive plant species to minimize the likelihood and need for listing of these species under the Endangered Species Act of 1973. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions may be granted for activities where no other feasible alternatives are available and losses of population numbers comprise less than five percent of total population present in the action area. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to guard against BLM-permitted activities resulting in the listing of any species on the State Director's Sensitive Species List. This stipulation is based on guidance from the USFWS and BLM (USFWS and BLM 2008). | | | ● | |
| **NSO-16** *(ROWA)* **Osprey Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 402 meters (0.25-mile) of active osprey nest sites. **PURPOSE:** To protect osprey habitat and nest sites. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic | | | ● | |

BLM_0025154

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | barriers and vegetation screening to the nest site. | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to protect osprey nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **NSO-17** (*ROWA*) **Ferruginous Hawk Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 805 meters (0.5-mile) of active ferruginous hawk nest sites and associated alternate nests. | | | • | |
| | **PURPOSE:** To protect ferruginous hawk nesting habitat | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). The NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to protect ferruginous hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **NSO-18** (*ROWA*) **Red-tailed Hawk Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 531 meters (0.33-mile) of active red-tailed hawk nest sites and associated alternate nests. | | | • | |
| | **PURPOSE:** To protect red-tailed hawk nesting habitat. | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. | | | | |

BLM_0025155

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect red-tailed hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **NSO-19** (*ROWA*) **Swainson's Hawk Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 402 meters (0.25-mile) of active Swainson's hawk nest sites and associated alternate nests. **PURPOSE:** To protect Swainson's hawk nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect Swainson's hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | |
| **NSO-20** (*ROWA*) **Peregrine Falcon Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 805 meters (0.5-mile) of active peregrine falcon nest sites. **PURPOSE:** To protect peregrine falcon nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). | | | • | |

BLM_0025156

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **JUSTIFICATION:** This stipulation is necessary to protect peregrine falcon nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **NSO-21** *(ROWA)* **Prairie Falcon Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 0.5-mile of active prairie falcon nest sites. **PURPOSE:** To protect prairie falcon nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect prairie falcon nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | • | |
| **NSO-22** *(ROWA)* **Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls).** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 201 meters (0.125-mile) of an active nest site of all accipiters, falcons (except kestrel), buteos, and owls not listed in other NSO stipulations. Raptors that are listed and protected by the Endangered Species Act of 1973 and the Bald and Golden Eagle Protection Act are addressed separately. **PURPOSE:** To protect raptor nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). | | | • | |

*Grand Junction Field Office*
*Internal Proposed RMP/Final EIS*

BLM_0025157

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **JUSTIFICATION:** This stipulation is necessary to protect raptor nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2002). | | | | |
| **NSO-23** *(ROWA)* **Golden Eagle Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 402 meters (0.25-mile) of active golden eagle nest sites and associated alternate nests. **PURPOSE:** To protect golden eagle nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect golden eagle nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | • | • |
| **NSO-24** *(ROWA)* **Bald Eagle Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area prior to nest establishment) within 402 meters (0.25-mile) of active bald eagle nests. **PURPOSE:** To protect bald eagle nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect bald eagle nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | • | • |

BLM_0025158

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|:-:|:-:|:-:|:-:|
| | | A | B | C | D |
| **NSO-25** (*ROWA*) Sage-grouse Leks, Nesting, and Early Brood-rearing Habitat (4 miles). *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 6.4 kilometers (4 miles) of an active lek or within sage-grouse nesting and early brood-rearing habitat.<br><br>**PURPOSE:** To protect breeding, nesting, and brood-rearing habitat for the Gunnison and greater sage-grouse.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending upon the active status of the lek or the geographical relationship of topographical barriers and vegetation to the lek site.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to minimize impacts on greater and Gunnison sage-grouse. The four mile buffer is consistent with current scientific research recommendations (The Parachute-Piceance-Roan (PPR) Greater Sage-Grouse Work Group 2008). | | ● | ● | |
| **NSO-26** (*ROWA*) Canyon Treefrog, Midget Faded Rattlesnake, Northern Leopard Frog, Great Basin Spadefoot, Long-nosed Leopard Lizard, Boreal Toad (no buffer). *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within all identified canyon treefrog, northern leopard frog, midget faded rattlesnake, Great Basin spadefoot, long-nosed leopard lizard (*Gambelia wislizenii*), and boreal toad breeding and denning sites.<br><br>**PURPOSE:** To protect breeding habitat for canyon treefrog, northern leopard frog, midget faded rattlesnake, Great Basin spadefoot, long-nosed leopard lizard, and boreal toad. Note: no midget faded rattlesnake or boreal toad breeding locations are currently identified in the GJFO.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect important breeding habitat for these species. The Northern Leopard Frog has been petitioned for listing under the Endangered Species Act of 1973. | | ● | | ● |

BLM_0025159

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **NSO-27** (*ROWA*)<br><br>**Canyon Treefrog, Midget Faded Rattlesnake, Northern Leopard Frog, Great Basin Spadefoot, Boreal Toad (0.5-mile).**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 805 meters (0.5-mile) of all identified canyon treefrog, northern leopard frog, midget faded rattlesnake, Great Basin spadefoot, and boreal toad breeding and denning sites.<br><br>**PURPOSE:** To protect breeding habitat for canyon treefrog, northern leopard frog, midget faded rattlesnake, Great Basin spadefoot and boreal toad. Note: no midget faded rattlesnake or boreal toad breeding locations are currently identified in the GJFO.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect important breeding habitat for these species. The Northern Leopard Frog has been petitioned for listing under the Endangered Species Act of 1973. The larger buffer would ensure potential impacts would be minimized. | | | ● | |
| **NSO-28** (*ROWA*)<br><br>**Special Status Bat Species' Roost Sites and Winter Hibernacula.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within a 402-meter (0.25-mile) radius of the entrance of maternity roosts or hibernacula of BLM sensitive bat species, as mapped in the RMP, BLM's GIS database, or other maps provided by local, state, federal, or tribal agencies that are analyzed and accepted by the BLM.<br><br>**PURPOSE:** To protect sensitive bat species' maternity roosts and hibernacula.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to minimize impacts on important bat areas. | | | ● | |

BLM_0025160

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **WILDLIFE BAT NSO CO** *All Surface-disturbing Activities* | **STIPULATION:** No surface occupancy or use is allowed within a 402 meter (0.25 mile) radius of the entrance of maternity roosts or hibernacula of BLM sensitive bat species, as mapped in the Resource Management Plan, BLM's GIS database or other maps provided by local, state, federal or tribal agencies that are analyzed and accepted by the BLM. <SPECIES> **On the following lands:** <LEGAL_DESCRIPTION> **PURPOSE:** To protect sensitive bat species' maternity roosts and hibernacula. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to minimize impacts on important bat areas. | | • | | |
| **NSO-29** *(ROWA)* **Active Kit Fox Dens.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use, surface-disturbing activities, and other intensive activities including but not limited to work-over rigs and permitted recreational events within 200 meters (656 feet) of active kit fox dens. **PURPOSE:** To protect breeding kit fox. Note there are currently no known breeding locations for kit fox in the GJFO. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to minimize disturbance to the kit fox, which have become increasingly rare in Colorado and appear to be significantly more susceptible to disturbance than other canids in the GJFO. | | | | • |

BLM_0025161

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **NSO-30** (*ROWA*)<br><br>**Occupied Prairie Dog Towns (no buffer).**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area) within active white-tailed prairie dog towns.<br><br>**PURPOSE:** To maintain or improve white-tailed prairie dog habitat and distribution.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). Additional exception criteria include activities that avoid the center of active towns while maintaining the integrity of the town's social structure.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect prairie dogs, a keystone species whose population has been declining across the western US. | | • | | |
| **NSO-31** (*ROWA*)<br><br>**Occupied Prairie Dog Towns (46 meters).**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities (beyond that which historically occurred in the area) within 46 meters (150 feet) of active white-tailed prairie dog towns.<br><br>**PURPOSE:** To maintain or improve white-tailed prairie dog habitat and distribution.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the NSO area may be altered depending upon the type of activity and existing disturbance within 46 meters (150 feet) of the white-tailed prairie dog town.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation provides additional protection for prairie dogs, a keystone species whose population has been declining across the western US. | | | • | |

BLM_0025162

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | Fish and Wildlife | | | | |
| **NSO-32** *(ROWA)* **Research Sites.** 130 acres *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities in approved research sites including, but not limited to, the Ant Research Area (16 Road) and the Owl Banding Station (south of DeBeque). **PURPOSE:** To maintain the integrity of ongoing research stations. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would be granted for work to be done in the research areas consistent with the goals and objectives of the research being conducted on the site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect long-term, ongoing research sites within the GJFO. If research sites are impacted, they incur the potential for research findings to be negatively affected. | | ● | ● | ● |
| **NSO-12** *(Partial ROWA)* **ACECs.** *Alternative B:* 74,800 acres *Alternative C:* 146,600 acres *Alternative D:* 26,300 acres *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities in the following ACECs to protect threatened, proposed, candidate, and sensitive species and habitat: Alternative B: • Atwell Gulch (2,900 acres); • Indian Creek (2,300 acres); • Palisade (32,200 acres); • Rough Canyon (2,800 acres); • Sinbad Valley (6,400 acres); and • South Shale Ridge (28,200 acres). Alternative C: • Atwell Gulch (6,100 acres); • Colorado River Riparian (880 acres); • Glade Park-Pinyon Mesa (27,200 acres); • Indian Creek (2,300 acres); • Palisade (32,200 acres); | | ● | ● | ● |

BLM_0025163

| **Table B-5** **No Surface Occupancy (NSO) Stipulations Applicable to** **Fluid Mineral Leasing and Other Surface-disturbing Activities** | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
| | | **A** | **B** | **C** | **D** |

- Plateau Creek (220 acres);
- Prairie Canyon (6,900 acres);
- Roan and Carr Creeks (33,600 acres);
- Rough Canyon (2,800 acres);
- Sinbad Valley (6,400 acres); and
- South Shale Ridge (28,200 acres).

Alternative D:
- Palisade (23,600 acres); and
- Rough Canyon (2,700 acres).

**PURPOSE:**

- Atwell Gulch: To protect wildlife habitat.
- Colorado River Riparian: To protect fisheries values.
- Glade Park-Pinyon Mesa: To protect occupied Gunnison sage-grouse habitat.
- Indian Creek: To protect wildlife values.
- The Palisade: To protect special status wildlife.
- Plateau Creek: To protect fisheries values.
- Prairie Canyon: To protect wildlife habitat.
- Roan and Carr Creeks: To protect core conservation populations of cutthroat trout.
- Rough Canyon: To protect wildlife habitat.
- Sinbad Valley: To protect wildlife resources.
- South Shale Ridge: To protect wildlife habitat.

**EXCEPTION:** Standard exceptions apply (Section B.2).

**MODIFICATION:** This stipulation may be modified to include species listed as threatened, endangered, proposed, candidate, or sensitive in the future. This stipulation may also be modified to account for the change in status of species protected in this stipulation.

**WAIVER:** Standard waivers apply (Section B.2).

**JUSTIFICATION:** This stipulation is necessary to protect critical habitat for threatened, proposed, and sensitive plants.

BLM_0025164

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **RECREATION PARKS NSO CO** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use within the boundaries of the following county parks, state parks, state wildlife areas, federal wildlife refuges, and/or National Park Service units: <br><br> • Horsethief Canyon State Wildlife Area  (1,400 acres) <br> • Jerry Creek Reservoir State Wildlife Area (870 acres) <br> • Plateau Creek State Wildlife Area (1,400 acres) <br> • Highline State Park (350 acres) <br> • Vega State Park (2,000 acres) <br><br> **On the following lands:** <br> <LEGAL_DESCRIPTION> <br><br> **PURPOSE:** To protect the resources of wildlife refuges and park units, such as county parks, state parks, and wildlife areas, and federal parks and wildlife refuges. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.2). <br><br> **MODIFICATION:** Standard modifications apply (Section B.2). <br><br> **WAIVER:** Standard waivers apply (Section B.2). <br><br> **JUSTIFICATION:** This stipulation is necessary to prevent placement of facilities within the state wildlife areas, where BLM manages the fluid mineral rights. | | • | | |
| *NSO-1 (Exhibit GJ-1DE) (BLM 1987)* **No Surface Occupancy (Wildlife Habitat in Rough Canyon).** 2,600 acres *Fluid Minerals Only* | **STIPULATION:** Prohibit occupancy or other activity (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS> <br><br> **PURPOSE:** To protect wildlife habitat in Rough Canyon. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.2). <br><br> **MODIFICATION:** Standard modifications apply (Section B.2). <br><br> **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease. | • | | | |

BLM_0025165

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| *NSO-1 (ROWA)* (*BLM 1987*) **No Surface Occupancy (State Wildlife Areas).** *Fluid Minerals Only* | **STIPULATION:** Prohibit occupancy and other activities (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS> <br> • Highline Reservoir recreation site (1,800 acres) *(Exhibit GJ-11E)* <br> • Horsethief Canyon (1,400 acres) *(Exhibit GJ-1DD)* <br> • Jerry Creek Reservoir (7,200 acres) *(Exhibit GJ-6BD)* <br> • Vega Reservoir recreation site (4,000 acres) *(Exhibit GJ-11D)* <br><br> **PURPOSE:** To protect wildlife habitat, reservoirs, and recreation facilities. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.2). <br><br> **MODIFICATION:** Standard modifications apply (Section B.2). <br><br> **WAIVER:** Standard waivers apply (Section B.2). | • | | | |
| *NSO-1 (Exhibit GJ-1DC)* (*BLM 1987*) **No Surface Occupancy (Elk Calving Sites).** *Fluid Minerals Only* | **STIPULATION:** Prohibit occupancy or other activity (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS> <br><br> **PURPOSE:** To protect elk calving sites. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.2). <br><br> **MODIFICATION:** Standard modifications apply (Section B.2). <br><br> **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease. | • | | | |
| **NSO-34** *(ROWA)* **Elk Production Area.** *BLM surface/ federal minerals:* 13,100 acres *Private or State* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities in elk production areas year-round. <br><br> **PURPOSE:** To protect elk production areas. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard modifications apply (Section B.2). | | | • | • | • |

BLM_0025166

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

| Table B-5 No Surface Occupancy (NSO) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| | | A | B | C | D |
| *surface/federal minerals:* 25,100 acres *All Surface-disturbing Activities* | **JUSTIFICATION:** This stipulation is necessary to reduce surface disturbance and habitat fragmentation on BLM lands that CPW has identified as elk calving habitat. | | | | |
| **WILDLIFE HABITAT NSO CO** *All Surface-disturbing Activities* | **STIPULATION:** No surface occupancy or use is allowed within the following wildlife emphasis or priority areas, as identified in the Resource Management Plan:<br><br>• Blue Mesa (wintering habitat for mule deer and elk) (9,300 acres);<br>• Bull Hill (wintering habitat for mule deer and elk) (4,800 acres);<br>• A portion of East Salt Creek (wintering habitat for mule deer and elk) (4,500 acres);<br>• A portion of Prairie Canyon (pronghorn antelope habitat) (5,600 acres);<br>• Sunnyside (wintering and migratory habitat for bighorn sheep, mule deer, elk, and Greater Sage-Grouse) (14,500 acres); and<br>• Timber Ridge (habitat for mule deer, elk, and Gunnison Sage-Grouse) (11,800 acres).<br><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To protect lands identified in the Resource Management Plan as unique and important wildlife habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect the highest priority wildlife habitat for deer, elk, antelope, bighorn sheep, and sage-grouse. Wildlife emphasis areas were identified in coordination with CPW biologists. | | • | | |

BLM_0025167

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **NSO-35** *(ROWA)* **Wildlife Emphasis Areas.** 57,800 acres *All Surface-disturbing Activities* | **STIPULATION**: Prohibit surface occupancy and use and surface-disturbing activities within the following wildlife emphasis areas:<br><br>• Beehive (wintering and migratory habitat for mule deer and elk) (4,700 acres);<br>• Blue Mesa (wintering habitat for mule deer and elk) (9,300 acres);<br>• Bull Hill (wintering habitat for mule deer and elk) (4,800 acres);<br>• Casto (wintering habitat for mule deer and elk) (4,200 acres);<br>• A portion of East Salt Creek (wintering habitat for mule deer and elk) (4,400 acres);<br>• A portion of Prairie Canyon (pronghorn antelope habitat) (5,600 acres);<br>• A portion of Rapid Creek (wintering habitat for mule deer) (1,700 acres); and<br>• Sunnyside (wintering and migratory habitat for bighorn sheep, mule deer, elk, and sage-grouse) (11,300 acres); and<br>• Timber Ridge (habitat for mule deer, elk, and sage-grouse) (11,800 acres).<br><br>**PURPOSE:** To protect wildlife emphasis areas for the species noted above. Wildlife emphasis areas are areas of the highest value/top-ranked wildlife habitat (by BLM and CPW) for multiple species.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would be granted for range improvement projects designed to improve livestock grazing distribution.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect the highest priority wildlife habitat for deer, elk, antelope, bighorn sheep, and sage-grouse. Wildlife emphasis areas were identified in coordination with CPW biologists. | | | • | |

BLM_0025168

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number *(Existing/***New***)*[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Wild Horses** | | | | | |
| **NSO-36** *(ROWA)* Little Book Cliffs Wild Horse Range. 35,200 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities on lands within the LBCWHR. **PURPOSE:** To reduce impacts on wild horses in the LBCWHR. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would be granted for gather activities, vegetative treatments, water hauling or the development of springs, catchments, reservoirs, storage tanks, exclosures or fences designed to improve wild horse forage, distribution, containment, or overall management. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard modifications apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to mitigate impacts that could interfere with the protection and management of wild horses in the LBCWHR. | | ● | ● | |
| **Cultural Resources** | | | | | |
| **NSO-37** *(ROWA)* **Allocation to Conservation Use Category.** ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities, including archaeological excavation, within 100 meters (328 feet) around eligible sites allocated to Conservation Use. **PURPOSE:** To protect unique scientific information in sites allocated to Conservation Use. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** The BLM's Authorizing Officer may modify the site-protection boundary on a case-by-case basis, taking into account topographical barriers, the design of the proposed action, and the characteristics of the cultural resource site and/or area. **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to preserve sites allocated to Conservation Use, where mitigation through data recovery is not an option. This stipulation allows the BLM | | ● | ● | ● |

BLM_0025169

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | to mitigate impacts that can cause significant degradation to the site integrity criteria that are applied in the designation of the cultural resource as eligible or potentially eligible for nomination to the NRHP (*36 CFR part 800.5(a)(1)*). | | | | |
| **NSO-38** (*ROWA*) **Allocation to Traditional Use Category.** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 200 meters (656 feet), from the boundary of the following known eligible or potentially eligible sites allocated to Traditional Use. In addition, consider visual impacts that projects may have on sites allocated to this use, and apply appropriate mitigation, which may include redesign. **PURPOSE:** To protect values that contribute to sites allocated to Traditional Use. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** The BLM's Authorizing Officer may modify the site-protection boundary on a case-by-case basis after completion and documentation of Native American Consultation, taking into account topographical barriers, the design of the proposed action, and the characteristics of the cultural resource site and/or area. **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to address indirect or secondary impacts that can occur to cultural resources that have been identified by the Ute Indian Tribe and Ute Mountain Ute Indian Tribe. This stipulation buffer has been established through consultation conducted with the Ute Indian Tribe for the Orchard GAP (shared CRVFO-GJFO MDP) and during the RMP Ute Ethnohistory project with the Ute Indian Tribe and the Ute Mountain Ute Tribe. Impacts to Traditional Use sites are typically not mitigated through data recovery. This stipulation allows the BLM to mitigate impacts that can cause significant degradation to the site integrity criteria that are applied in the designation of the cultural resource as eligible or potentially eligible for nomination to the NRHP (*36 CFR part 800.5(a)(1)*). | | ● | ● | ● |

BLM_0025170

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| *NSO-1* (*BLM 1987*) **No Surface Occupancy (Cultural Resources).** 4,600 acres *Fluid Minerals Only* | **STIPULATION:** Prohibit occupancy or other activity (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS> <br>• Site 5ME1358 (*Exhibit GJ-1HF*) (170 acres); <br>• Indian Creek (*Exhibit GJ-1HA*) (1,400 acres); <br>• Rough Canyon (*Exhibit GJ-1HB*) (2,600 acres); and <br>• Ladder Springs (*Exhibit GJ-1HG*) (460 acres). <br><br>**PURPOSE:** To protect unique, significant, and fragile cultural resources. <br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). <br><br>**MODIFICATION:** Standard modifications apply (Section B.2). <br><br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. | • | | | |
| **NSO-39** (*ROWA Alternatives B and C*) **Cultural Resources (Indian Creek).** 1,700 acres *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities in the following areas: <br>• West Indian Creek (520 acres); and <br>• East Indian Creek (1,200 acres). <br><br>**PURPOSE:** To protect cultural resources. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard modifications apply (Section B.2). <br><br>**JUSTIFICATION:** This stipulation is necessary because data recovery to mitigate adverse effects (for the purposes of compliance with Section 106 of the NHPA) is not an objective for these sites. This stipulation also preserves the site(s) within these areas for long term research projects. | | • | • | • |
| **Visual Resources** | | | | | |
| *NSO-1* (*BLM 1987*) **No Surface Occupancy** | **STIPULATION:** Prohibit occupancy or other activity (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS>. <br>• Juanita Arch (330 acres) (*Exhibit GJ-1GA*); | • | | | |

BLM_0025171

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **(Visual Resources).** 189,900 acres *Fluid Minerals Only* | • The Goblins (120 acres) *(Exhibit GJ-1GB)*; <br>• Dolores River corridor (55,200 acres) *(Exhibit GJ-1GE)*; <br>• Gunnison River corridor (22,000 acres) *(Exhibit GJ-1GF)*; <br>• The Book Cliffs (15,300 acres) *(Exhibit GJ-1GH)*; <br>• Bangs Canyon (39,900 acres) *(Exhibit GJ-1GJ)*; <br>• Sinbad Cliffs (7,400 acres) *(Exhibit GJ-1GL)*; <br>• Granite Creek Canyon/Cliffs (14,200 acres) *(Exhibit GJ-1GL)*; <br>• Unaweep Canyon (54,000 acres) *(Exhibit GJ-1GM)*; <br>• Hunter/Garvey Cliffs (24,400 acres) *(Exhibit GJ-1GN)*; and <br>• Vega State Recreation Area (7,100 acres) *(Exhibit GJ-1GO)*. <br><br>**PURPOSE:** To protect visual resources. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). <br><br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease. | | | | |
| **VISUAL CLASS I NSO CO** *All Surface-Disturbing Activities* 98,700 acres | **STIPULATION:** No surface occupancy or use is allowed in VRM Objective Class I areas and the Goblins <br><br>**On the following lands:** <br><LEGAL_DESCRIPTION> <br>**PURPOSE:** To protect the quality of the scenic (visual) values. <br>**EXCEPTION:** Standard exceptions apply (Section B.2). <br>**MODIFICATION:** Standard modifications apply (Section B.2). <br>**WAIVER:** Standard modifications apply (Section B.2). <br>**JUSTIFICATION:** This stipulation is necessary to ensure the protection of vital visual features in the GJFO landscape. | | • | | |
| **NSO-40** **VRM (Class I and the** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within the following areas: <br>• All VRM Class I areas; and | | | • | • |

BLM_0025172

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| Goblins). Alternative C: 101,000 acres Alternative D: 9,500 acres **All Surface-disturbing Activities** | • The Goblins. **PURPOSE:** To protect the quality of the scenic (visual) values. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to ensure the protection of vital visual features in the GJFO landscape. | | | | |
| **NSO-41** **Lands Managed for Wilderness Characteristics.** 171,000 acres **All Surface-disturbing Activities** | Lands Managed for Wilderness Characteristics **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities on identified lands managed to protect inventoried wilderness characteristics: • Bangs Canyon (20,400 acres); • East Demaree Canyon (4,800 acres); • East Salt Creek (17,000 acres); • Hunter Canyon (32,000 acres); • Kings Canyon (9,600 acres); • Lumsden Canyon (10,100 acres); • Maverick (20,400 acres); • South Shale Ridge (27,500 acres); • Spink Canyon (13,100 acres); • Spring Canyon (8,800 acres); • Unaweep Canyon (7,200 acres); and • West Creek (adjacent) (110 acres). **PURPOSE:** To protect inventoried wilderness characteristics and their locally, regionally, or nationally significant recreational, social, economic, and environmental values. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to ensure lands with identified wilderness characteristics remain in their current undeveloped state. | | | • | |

BLM_0025173

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | A | B | C | D |
| **LANDS WITH WILDERNESS CHARACTERISTICS NSO CO.**<br><br>44,100 acres<br><br>*All Surface-disturbing Activities* | **STIPULATION:** No surface occupancy or use is allowed on identified lands being managed to protect inventoried wilderness characteristics, in accordance with the Resource Management Plan:<br><br>• Bangs Canyon (19,600 acres);<br>• Maverick (17,800 acres);<br>• Unaweep Canyon (6,700 acres)<br><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To protect inventoried wilderness characteristics and their locally, regionally, or nationally significant recreational, social, economic, and environmental values.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard modifications apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to ensure lands with identified wilderness characteristics remain in their current undeveloped state. | | • | | |
| **Recreation and Visitor Services** | | | | | |
| *NSO-1 (ROWA)*<br>*(BLM 1987)*<br><br>**No Surface Occupancy (Recreational Resources).**<br><br>114,000 acres<br><br>*Fluid Minerals Only* | **STIPULATION:** Prohibit occupancy or other activity (fluid minerals only) on the following portions of this lease:<br><LEGAL_DESCRIPTIONS>.<br>• The Palisade ONA (860 acres) *(Exhibit GJ-11A)*;<br>• Established recreation sites (200 acres) *(Exhibit GJ-11B)*;<br>• Island Acres (560 acres) *(Exhibit GJ-11C)*;<br>• Vega State Recreation Area (4,000 acres) *(Exhibit GJ-11D)*;<br>• Highline Reservoir Recreation Area (1,7800 acres) *(Exhibit GJ-11E)*;<br>• Rough Canyon ACEC (2,600 acres) *(Exhibit GJ-11F)*;<br>• Hunter/Garvey backcountry (23,000 acres) *(Exhibit GJ-11G)*;<br>• Granite Creek Canyons/Cliffs (14,000 acres) *(Exhibit GJ-11H)*;<br>• Bangs Canyon (36,900 acres) *(Exhibit GJ-11I)*;<br>• Dolores River (8,400 acres) *(Exhibit GJ-11K)*; and | • | | | |

BLM_0025174

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | • Gunnison River (21,500 acres) *(Exhibit GJ-11L)*. **PURPOSE:** To protect recreational resources. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease. | | | | |
| **NSO-42** **Special Recreation Management Areas.** *Alternative C:* 17,300 acres *Alternative D:* 25,200 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within the following RMZs/SRMAs. <br> Alternative C: <br> • Bangs (17,300 acres) <br> Alternative D: <br> • Bangs (17,300 acres) <br> • Castle Rock (4,400 acres) <br> • Gunnison River Bluffs (800 acres) <br> • Palisade Rims (2,700 acres) <br> **PURPOSE:** To protect specific recreation-tourism visitors and/or community customer markets to be served, and to maintain the specific setting character and/or service delivery system conditions that are essential to achievement of the experiences and benefits identified in management objectives for the SRMA. <br> **EXCEPTION:** Standard exceptions apply (Section B.2). <br> **MODIFICATION:** Standard modifications apply (Section B.2). <br> **WAIVER:** Standard modifications apply (Section B.2). <br> **JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | | | • | • |

BLM_0025175

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **RECREATION SRMA NSO CO** *All Surface-disturbing Activities* 87,000 acres | **STIPULATION:** No surface occupancy or use is allowed within the following Special Recreation Management Areas (SRMAs) as identified in the Resource Management Plan:<br><br>• Bangs;<br>• Dolores River Canyon;<br>• North Fruita Desert; and<br>• Palisade Rim.<br><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To protect specific recreation-tourism visitors and/or community customer markets to be served, and maintain the specific setting character and/or service delivery system conditions that are essential to achievement of the experiences and benefits identified in management objectives for the SRMA.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | | • | | |
| **RECREATION PARKS NSO CO** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use within the boundaries of the following county parks, state parks, state wildlife areas, federal wildlife refuges, and/or National Park Service units:<br><br>• Horsethief Canyon State Wildlife Area (1,400 acres)<br>• Jerry Creek Reservoir State Wildlife Area (870 acres)<br>• Plateau Creek State Wildlife Area (1,400 acres)<br>• Highline State Park (350 acres)<br>• Vega State Park (2,000 acres)<br><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To protect the resources of wildlife refuges and | | • | | |

BLM_0025176

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | park units, such as county parks, state parks, and wildlife areas, and federal parks and wildlife refuges. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to prevent placement of facilities within the state wildlife areas, where BLM manages the fluid mineral rights. | | | | |
| | **Fluid Minerals (Oil and Gas and Geothermal Resources)** | | | | |
| *NSO-1* (*BLM 1987*) **No Surface Occupancy (State Wildlife Areas).** *Fluid Minerals Only* | **STIPULATION:** Prohibit occupancy and other activities (fluid minerals only) on the following portions of this lease: <LEGAL_DESCRIPTIONS> • Highline Reservoir recreation site (1,788 acres) (*Exhibit GJ-11E*) • Horsethief Canyon (1,400 acres) (*Exhibit GJ-1DD*) • Jerry Creek Reservoir (7,200 acres) (*Exhibit GJ-6BD*) • Vega Reservoir recreation site (4,000 acres) (*Exhibit GJ-11D*) **PURPOSE:** To protect wildlife habitat, reservoirs, and recreation facilities. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). | | | • | |
| **RECREATION PARKS NSO CO** *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use within the boundaries of the following county parks, state parks, state wildlife areas, federal wildlife refuges, and/or National Park Service units: • Horsethief Canyon State Wildlife Area  (1,400 acres) • Jerry Creek Reservoir State Wildlife Area (870 acres) • Plateau Creek State Wildlife Area (1,400 acres) • Highline State Park (350 acres) • Vega State Park (2,000 acres) | | | • | |

BLM_0025177

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **On the following lands:** <LEGAL_DESCRIPTION> | | | | |
| | **PURPOSE:** To protect the resources of wildlife refuges and park units, such as county parks, state parks, and wildlife areas, and federal parks and wildlife refuges. | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to prevent placement of facilities within the state wildlife areas, where BLM manages the fluid mineral rights. | | | | |
| | ACECs | | | | |
| *NSO-1 (Partial ROWA)* *(BLM 1987)* **NSO-12** *(Partial ROWA)* **ACECs.** *Alternative A:* 28,800 acres *Alternative B:* 89,800 acres *Alternative C:* 168,000 acres *Alternative D:* 33,200 acres **Alternative A: Fluid Minerals Only** **Alternatives B, C, and D: All Surface-** | **STIPULATION:** Prohibit surface occupancy and use (for fluid minerals only in Alternative A), and prohibit surface occupancy and use and surface-disturbing activities (Alternatives B, C, and D), within the following ACECs: Alternative A: • Badger Wash (hydrologic and sensitive plants study area) *(Exhibit GJ-1BA)* (1,900 acres); • Palisade *(Exhibit GJ-11A)* (23,600 acres); • Pyramid Rock State Natural Area (550 acres) *(Exhibit GJ-1EF)*; • Rough Canyon *(Exhibit GJ-1EF)* (2,700 acres); and • Unaweep Seep *(Exhibit GJ-1EG)* (80 acres). Alternative B: • Atwell Gulch (2,900 acres); • Badger Wash (2,200 acres); • Dolores River Riparian (7,400 acres); • Indian Creek (2,300 acres); • Juanita Arch (1,600 acres); • Mt. Garfield (2,400 acres); • Palisade (32,200 acres); • Pyramid Rock (1,300 acres); • Rough Canyon (2,800 acres); | • | • | • | • |

BLM_0025178

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| *disturbing* **Activities** | • Sinbad Valley (6,400 acres); • South Shale Ridge (28,200 acres); and • Unaweep Seep (85 acres). Alternative C: • Atwell Gulch (6,100 acres); • Badger Wash (2,200 acres); • Colorado River Riparian (880 acres); • Coon Creek (110 acres); • Dolores River Riparian (7,400 acres); • Glade Park-Pinyon Mesa (27,200 acres); • Gunnison River Riparian (460 acres); • Hawxhurst Creek (860 acres); • Indian Creek (1,700 acres); • John Brown Canyon (1,400 acres); • Juanita Arch (1,600 acres); • Mt. Garfield (5,700 acres); • Nine-mill Hill Boulders (90 acres); • Palisade (32,200 acres); • Plateau Creek (220 acres); • Prairie Canyon (6,900 acres); • Pyramid Rock (1,300 acres); • Reeder Mesa (470 acres); • Roan and Carr Creeks (33,600 acres); • Rough Canyon (2,800 acres); • Sinbad Valley (6,400 acres); • South Shale Ridge (28,200 acres); and • Unaweep Seep (85 acres). Alternative D: • Badger Wash (2,200 acres); • Palisade (26,900 acres); • Pyramid Rock (1,300 acres); • Rough Canyon (2,700 acres); and • Unaweep Seep (80 acres). **PURPOSE:** To protect and prevent irreparable damage to resources described in the relevance and importance criteria for | | | | |

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | which the ACEC was established. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change, or if the lease can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. If this stipulation is waived or reduced in scope, any of the other attached stipulations (if any) may impact operations on this lease. **JUSTIFICATION:** This stipulation is necessary to protect areas that contain highly important resources requiring special protections. | | | | |
| **Wilderness Study Areas** | | | | | |
| **NSO-43** **Wilderness Study Areas.** 96,500 acres *All Surface-disturbing Activities* | **STIPULATION**: Prohibit surface occupancy and use and surface-disturbing activities in WSAs in accordance with the Interim Management Policy for Lands Under Wilderness Review (BLM Manual H-8550-1) (BLM 1995c). • Demaree Canyon (22,700 acres); • Little Book Cliffs (29,300 acres); • The Palisade (26,700 acres); • Sewemup Mesa (17,800 acres). **PURPOSE:** To preserve wilderness characteristics in WSAs in accordance with non-impairment standards as defined by the Interim Management Policy for land under wilderness review (BLM Manual H-8550-1). **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to preserve wilderness characteristics in WSAs in accordance with non-impairment standards as defined by the Interim Management Policy for land under wilderness review (BLM Manual H-8550-1). | • | • | • | • |

BLM_0025180

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Wild and Scenic Rivers** | | | | | |
| **NSO-44** *(ROWA)* **WSR Study Segments Classified as Wild.** 1,100 acres *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 402 meters (0.25-mile) of either side of the active river channel (bank-full stage): • North Fork West Creek. **PURPOSE:** To protect the outstanding remarkable values, water quality, and free-flowing nature and recommended classification of suitable segments. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to ensure WSR segments classified as Wild remain undeveloped and waters unpolluted. | | | • | |
| **National Trails** | | | | | |
| **NSO-45** *(ROWA)* **Old Spanish National Historic Trail (50 meters).** 1,000 acres *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 50 meters (164 feet) of the center line of the congressionally designated Old Spanish National Historic Trail. **PURPOSE:** To protect the physical evidence of the trail, associated cultural and historic resources, and integrity of the viewshed associated with the Old Spanish National Historic Trail. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would be granted for actions not resulting in long-term adverse impacts to the trail. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect the cultural and historic resources along this congressionally designated historic trail. | | • | | • |

*Grand Junction Field Office*
*Internal Proposed RMP/Final EIS*

BLM_0025181

**Table B-5**
**No Surface Occupancy (NSO) Stipulations Applicable to**
**Fluid Mineral Leasing and Other Surface-disturbing Activities**

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | A | B | C | D |
| **NSO-46** (*ROWA*) **Old Spanish National Historic Trail (0.5 mile).** 3,400 acres *All Surface-disturbing Activities* | **STIPULATION:** Prohibit surface occupancy and use and surface-disturbing activities within 805 meters (0.5-mile) of the center line of the congressionally designated Old Spanish National Historic Trail. **PURPOSE:** To protect the physical evidence of the trail, associated cultural and historic resources, and integrity of the viewshed associated with the Old Spanish National Historic Trail. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions would be granted for actions not resulting in long-term adverse impacts to the trail. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect to protect the cultural and historic resources along this congressionally designated historic trail. | | | • | |

[1]Existing stipulations currently in effect in Alternative A, current management, are noted in italics and are from the current RMP (BLM 1987).

BLM_0025182

| Stipulation Number (*Existing*/**New**)[1] | | Alternative | | | |
|---|---|---|---|---|---|
| **Protected Resource** **Acres/Miles Affected** | Stipulation Description | **A** | **B** | **C** | **D** |
| colspan=6 **Water Resources** |
| **CSU-39** **Roan and Carr Creeks ACEC.** 33,600 acres *All Surface-disturbing Activities* | **STIPULATION:** Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required in the Roan and Carr Creeks ACEC (33,600 acres). **PURPOSE:** To protect and prevent irreparable damage to unique riparian habitats, genetically pure populations of cutthroat trout, and Greater Sage-Grouse habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect areas that contain highly important resources requiring special protections. | | • | | |
| **CSU-1** *(ROWA)* **Major River Corridors.** 12,700 acres *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions from 402 to 805 meters (0.25- to 0.5-mile) landward from identified NSO buffer (402 meters [0.25-mile] from ordinary high water mark or within 100 meters [328 feet] of the 100-year floodplain, whichever is greatest) on either side of the Colorado, Gunnison, and Dolores Rivers for fluid mineral development. **PURPOSE:** To protect these riverine and adjacent areas that provide: a) special status fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of the three major rivers (Colorado, Gunnison, and Dolores). **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: • Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action. | • | | | |

*Grand Junction Field Office*
*Internal Proposed RMP/Final EIS*

BLM_0025183

| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| *CSU-7 (ROWA)* *(BLM 1987)* **Perennial Streams Water Quality.** *Fluid Minerals Only* | **STIPULATION:** Limit surface-disturbing activities (for fluid minerals only) within 31 meters (100 feet) of perennial streams to essential roads and utility crossings. **PURPOSE:** To reduce impacts to water quality. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. | ● | | | |
| **CSU-2** *(ROWA)* **Hydrologic Features/Riparian.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 152 meters (500 feet) from the edge of any hydrologic feature including perennial and intermittent streams, wetlands (including fens), lakes, springs, seeps, and riparian areas. **PURPOSE:** To protect water quality and aquatic values and prevent channel degradation, as Streamside Management Zones are lands adjacent to a waterbody where activities on land are likely to affect water quality. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect water quality, riparian and wildlife dependent habitats. | | | ● | ● |

BLM_0025184

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| | | A | B | C | D |
| **CSU-3** (*ROWA*) **Definable Streams.** *All Surface-disturbing Activities* | **STIPULATION:** Surface-disturbing actions within a minimum distance of 30 meters (98 feet) from the edge of the ordinary high-water mark (bank-full stage) should be avoided to the greatest extent practicable and disturbances would be subject to site specific relocation at the discretion of the BLM. **PURPOSE:** To protect watershed resource values and reduce non-point source pollutant contributions to the Colorado River system. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2) **JUSTIFICATION:** This stipulation is necessary to carefully plan and appropriately mitigate disturbances near surface water drainages in order to reduce non-point source pollutant contributions from BLM lands to the Colorado River system. | | • | | |
| *CSU-6* (*BLM 1987*) **Watersheds.** 10,600 acres *Fluid Minerals Only* | **STIPULATION:** Require that all lease operations (for fluid minerals only) avoid interference with watershed resource values located on the following portions of this lease: • Jerry Creek Reservoirs (5,400 acres) (*Exhibit GJ-6BD*) and • The Palisade municipal watershed (5,200 acres) (*Exhibit GJ-6BB*). **PURPOSE:** To protect watershed resource values. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** This may include the relocation of proposed roads, drilling sites, and other facilities, or the application of appropriate mitigating measures. **WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concern(s) identified. | | • | | |
| **CSU-4** (*ROWA*) **Collbran and Mesa/ Powderhorn** | **STIPULATION:** Require that all ground disturbances within source water protection areas and the Jerry Creek watershed avoid interference with watershed resource values. | | | • | • |

BLM_0025185

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] | | | **Alternative** | | |
| Protected Resource Acres/Miles Affected | Stipulation Description | **A** | **B** | **C** | **D** |
| **Source Water Protection Areas, and Jerry Creek Watershed.**<br><br>*BLM surface/federal minerals:* 148,200 acres<br><br>*Private or State surface/federal minerals:* 30,300 acres<br><br>**All Surface-disturbing Activities** | **PURPOSE:** To protect watershed resource values.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2)<br><br>**JUSTIFICATION:** This stipulation is necessary because land management actions can compromise both water quality and quantity if proper locations, mitigation and construction techniques are not utilized. | | | | |
| **Soils and Geology** | | | | | |
| **GEOLOGY SOIL CSU CO**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Surface occupancy or use may be restricted on lands within mapped soils with the following special characteristics:<br><br>Fragile soils and mapped Mancos shale and saline soils.<br><br>Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to avoid, minimize and mitigate potential effects to soil productivity.<br><br>**On the following lands:**<br><LEGAL_DESCRIPTION><br><br>**PURPOSE:** To improve reclamation potential, maintain soil stability and productivity of sensitive areas, minimize contributions of salinity, selenium and sediments likely to affect downstream water quality, fisheries and other downstream aquatic habitats.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). | • | | | |

BLM_0025186

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | Alternative | | | |
| | | A | B | C | D |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to decrease potential degradation to soil and watershed resources within the Greater Colorado River Basin. Land use decisions occurring on mapped areas of Mancos Shale (e.g. conversion of native vegetative communities to irrigated hay fields or golf courses) have been documented to mobilize selenium and contaminate ground and surface water resources. The Colorado River Basin Salinity Control Act of 1974 directed the BLM to manage the Colorado River's salinity, including salinity contributed from public lands. | | | | |
| **CSU-6** *(ROWA)* **Mapped Mancos Shale and Saline Soils.** *BLM surface/ federal minerals:* 355,500 acres *Private or State surface/federal minerals:* 12,000 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within mapped Mancos Shale areas and on saline soils. **PURPOSE:** To improve reclamation potential of disturbed lands, maintain soil stability and productivity in sensitive areas, and to minimize contributions of salt, selenium, sediment, and other minerals constituents of eroding soils likely to affect downstream water quality. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to decrease potential degradation to soil and watershed resources within the Greater Colorado River Basin. Land use decisions occurring on mapped areas of Mancos Shale (e.g. conversion of native vegetative communities to irrigated hay fields or golf courses) have been documented to mobilize selenium and contaminate ground and surface water resources. The Colorado River Basin Salinity Control Act of 1974 directed the BLM to manage the Colorado River's salinity, including salinity contributed from public lands. | | | • | • |

BLM_0025187

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] | | Alternative | | | |
| Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
| **CSU-7** **Natural Slopes.** *BLM surface/ federal minerals:* 173,100 acres *Private or State surface/federal minerals:* 26,100 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities associated with all other land use authorizations, permits, and leases granted in areas with natural steep slopes in the range of 25 to 40 percent. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit an engineering/reclamation plan to mitigate potential effects to slope stability. **PURPOSE:** To minimize the risk of mass wasting and sedimentation; reduce reclamation costs; protect soil productivity, rare, or sensitive biota; minimize risk to water bodies, fisheries, and aquatic species habitats; and protect human health and safety (from landslides, mass wasting, etc.). **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to allow BLM to move surface disturbances away from natural slopes in order to reduce erosion and sediment load, and improve reclamation potential. | | | • | |
| Vegetation | | | | | |
| **PLANT COMMUNITY CSU CO** ***All Surface-disturbing Activities*** | **STIPULATION:** Surface occupancy or use may be restricted within occupied habitat that meets BLM's criteria, as established in the Resource Management Plan, for significant and/or relict plant communities: • all old growth forests and woodlands and • plant communities that meet BLM's criteria for significant plant communities Special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development | | | • | |

BLM_0025188

Appendix B. Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | Alternative | | | |
| | | **A** | **B** | **C** | **D** |
| | that would demonstrate that habitat would be preserved to maintain the viability of significant or relict plant communities. **On the following lands:** <LEGAL_DESCRIPTION> **PURPOSE:** To conserve significant and/or relict plant communities (e.g. old growth forests, Blue Mountain Deciduous Browse/Aspen Communities and woodlands) that are not otherwise protected. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to minimize the loss of old growth trees by adjusting the location of well pads, access roads, and other development; and to limit new disturbance within relic plant communities, thus reducing fragmentation, and the possibility of degradation or loss. | | | | |
| **CSU-8** *(ROWA)* **Old Growth Forests and Woodlands.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within all old growth forests and woodlands. Special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Prior to authorizing activities in this area, the operator may be required to submit a plan of development that would demonstrate that habitat would be preserved to maintain the viability of significant or relict plant communities. **PURPOSE:** To conserve significant and/or relict plant communities (i.e., old growth forests and woodlands) that are not otherwise protected. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to minimize the loss of old growth trees by adjusting the location of well pads, access roads, and other development. | | | ● | ● |

*Grand Junction Field Office*
*Internal Proposed RMP/Final EIS*

BLM_0025189

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number<br>(*Existing*/**New**)[1] | | | **Alternative** | | |
| Protected Resource | Stipulation Description | A | B | C | D |
| Acres/Miles Affected | | | | | |
| Special Status Species | | | | | |
| **CSU-9** *(ROWA)*<br>**BLM Sensitive Plant Species Occupied Habitat.** | **STIPULATION:** For plant species listed as sensitive by BLM, special design, construction, and implementation measures within a 100-meter (328 feet) buffer from the edge of occupied habitat may be required. In addition, relocation of operations by more than 200 meters (656 feet) may be required.<br><br>**PURPOSE:** To protect BLM sensitive plant species from direct and indirect impacts, including loss of habitat. The protection buffer reduces dust transport, weed invasion, chemical and produced-water spills and those effects on BLM sensitive plant populations. It also reduces impacts to important pollinators and their habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to reduce direct impacts to sensitive status species by placing disturbances outside of occupied habitat. | | ● | | |
| **CSU-10** *(ROWA)*<br>**Wildlife Habitat.**<br>*All Surface-disturbing Activities* | **STIPULATION:** Require proponents of surface-disturbing activities to implement specific measures to mitigate impacts of operations on wildlife and wildlife habitat within high-value or essential wildlife habitat. Measures would be determined through biological surveys, onsite inspections, effects of previous actions in the area, and BMPs.<br><br>**PURPOSE:** To reduce impacts of surface disturbing activities and related actions on wildlife and wildlife habitat within high-value or crucial wildlife habitat including, but not limited to, big game winter range and Gunnison and greater sage grouse habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to remain in compliance with current BLM sage grouse direction and allow for protection of essential habitat for wildlife species. | | ● | ● | |

BLM_0025190

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] | | Alternative | | | |
| Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
| **CSU-1** *(ROWA)* **Major River Corridors.** 12,700 acres *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions from 402 to 805 meters (0.25- to 0.5-mile) landward from identified NSO buffer (402 meters [0.25-mile] from ordinary high water mark or within 100 meters [328 feet] of the 100-year floodplain, whichever is greatest) on either side of the Colorado, Gunnison, and Dolores Rivers for fluid mineral development. **PURPOSE:** To protect these riverine and adjacent areas that provide: a) special status fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of the three major rivers (Colorado, Gunnison, and Dolores). **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: • Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action. • New trail construction resulting in a disturbance corridor less than or equal to 1.2 meters (48 inches) wide open to nonmotorized use. Trials would be constructed per BLM minimum design standards. • BLM on-site evaluation identifies topographic features which adequately buffer and protect riverine environments from adverse impacts. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated critical habitat for federally listed fish species. The buffers are | | | • | |

BLM_0025191

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | | Alternative | | |
| | | A | B | C | D |
| | sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| **CSU-11** *(ROWA)* **Significant Plant Communities (200 meters).** *All Surface-disturbing Activities* | **STIPULATION:** For those plant communities that meet BLM's criteria for significant plant communities, special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. Habitat areas include occupied habitat and habitat necessary for the maintenance or recovery of the species or communities. **PURPOSE:** To conserve significant plant communities and relict communities that are not otherwise protected. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to limit new disturbance within relic plant communities, thus reducing fragmentation, and the possibility of degradation or loss. | | | • | |
| **CSU-12** *(ROWA)* **Significant Plant Communities (no buffer).** *All Surface-disturbing Activities* | **STIPULATION:** For those plant communities that meet BLM's criteria for significant plant communities, special design, construction, and implementation measures, including avoidance, may be required. Habitat areas include occupied habitat and habitat necessary for the maintenance or recovery of the species or communities. **PURPOSE:** To conserve significant plant communities and relict communities that are not otherwise protected. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to limit new disturbance within relic plant communities, thus reducing fragmentation, and the possibility of degradation or loss. | | | • | |

BLM_0025192

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1]<br><br>**Protected Resource**<br><br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
| | | **A** | **B** | **C** | **D** |
| **CSU-13** *(ROWA)*<br><br>**Osprey Nest Sites.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 402 meters (0.25-mile) of active osprey nest sites.<br><br>**PURPOSE:** To protect osprey habitat and nest sites.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect osprey nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | | • |
| **CSU-14** *(ROWA)*<br><br>**Ferruginous Hawk Nest Sites.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 805 meters (0.5-mile) of active ferruginous hawk nest sites, and associated alternate nests.<br><br>**PURPOSE:** To protect ferruginous hawk nesting habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect ferruginous hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | | • |
| **CSU-15** *(ROWA)*<br><br>**Red-tailed Hawk Nest Sites.**<br><br>*All Surface-disturbing* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 531 meters (0.33-mile) of active red-tailed hawk nest sites, and associated alternate nests.<br><br>**PURPOSE:** To protect red-tailed hawk nesting habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of | | • | | • |

BLM_0025193

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected Activities | Stipulation Description | Alternative | | | |
| | | A | B | C | D |
| | the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect red-tailed hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **CSU-16** *(ROWA)* **Swainson's Hawk Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 402 meters (0.25-mile) of active Swainson's hawk nest sites and associated alternate nests. **PURPOSE:** To protect ferruginous hawk nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect Swainson's hawk nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | | • |
| **CSU-17** *(ROWA)* **Peregrine Falcon Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 805 meters (0.5-mile) of active peregrine falcon nest sites. **PURPOSE:** To protect peregrine falcon nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect | | • | | • |

BLM_0025194

| | | Alternative | | | |
|---|---|---|---|---|---|
| **Table B-6** **Controlled Surface Use (CSU) Stipulations Applicable to** **Fluid Mineral Leasing and Other Surface-disturbing Activities** | | | | | |
| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **A** | **B** | **C** | **D** |
| | peregrine falcon nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | | | |
| **CSU-18** *(ROWA)* **Prairie Falcon Nest Sites.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 805 meters (0.5-mile) of active prairie falcon nest sites. **PURPOSE:** To protect prairie falcon nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect prairie falcon nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2008). | | • | | • |
| **CSU-19** *(ROWA)* **Other Raptor Species (accipiters, falcons [except kestrel], buteos, and owls).** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 201 meters (0.125-mile) of an active nest site of all accipiters, falcons (except kestrel), buteos, and owls not listed in other CSU stipulations. Raptors that are listed and protected by the Endangered Species Act of 1973 and the Bald and Golden Eagle Protection Act are addressed separately. **PURPOSE:** To protect nesting habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending on the status of the nest site or the geographical relationship of topographic barriers and vegetation screening to the nest site. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect raptor nesting habitat per CPW's *Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors* (CPW 2002). | | • | | • |

BLM_0025195

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
| | | **A** | **B** | **C** | **D** |
| **CSU-20** *(ROWA)*<br><br>**Sage-grouse Nesting and Early Brood-rearing Habitat.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to protect sage-grouse nesting and early brood-rearing habitat within 6.4 kilometers (4 miles) of an active lek or within sage-grouse nesting and early brood-rearing habitat.<br><br>**PURPOSE:** To protect sage-grouse nesting and early brood-rearing habitat.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending upon the active status of the lek or the geographical relationship of topographical barriers and vegetation to the lek site.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect sage-grouse nesting and early brood-rearing habitat, per current scientific research recommendations (Parachute-Piceance-Roan Greater Sage-grouse Work Group 2008). | | | | ● |
| **CSU-21** *(ROWA)*<br><br>**Special Status Bat Species' Roost Sites and Winter Hibernacula.**<br><br>*All Surface-disturbing Activities* | **STIPULATION:** Require mitigation and minimization measures (as determined by the BLM biologist) for all surface occupancy and use and surface-disturbing activities within 402 meters (0.25-mile) of special status bat species' roost sites and winter hibernacula.<br><br>**PURPOSE:** To protect bat-roosting and maternity sites and winter hibernacula.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to minimize impact to important bat areas. | | | | ● |

BLM_0025196

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] | | | **Alternative** | | |
| **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **A** | **B** | **C** | **D** |
| **CSU-22** *(ROWA)* **Kit Fox Dens.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to, and require mitigation and minimization measures (as determined by the BLM biologist) of, surface occupancy and use and surface-disturbing activities within 200 meters (656 feet) of active kit fox dens.<br><br>**PURPOSE:** To protect breeding kit fox. Note: there are currently no known breeding locations for kit fox in the GJFO.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect breeding kit fox, which have become increasingly rare in Colorado and appear to be significantly more susceptible to disturbance than other canids in the GJFO. | | ● | | ● |
| **CSU-23** *(ROWA)* **Occupied Prairie Dog Towns.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within white-tailed prairie dog towns. Locate permanent above-ground structures outside of prairie dog towns.<br><br>**PURPOSE:** To maintain white-tailed prairie dog habitat and distribution.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, the CSU area may be altered depending upon the type of activity and existing disturbance within or adjacent to white-tailed prairie dog towns.<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to protect prairie dogs, a keystone species whose population has been declining in the GJFO and across the western US. This stipulation would help to minimize total abandonment of towns by prairie dog colonies due to disturbance. | | ● | | ● |

BLM_0025197

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] | | Alternative | | | |
| Protected Resource | Stipulation Description | A | B | C | D |
| Acres/Miles Affected | | | | | |
| **Fish and Wildlife** | | | | | |
| **CSU-1** (*ROWA*) Major River Corridors. 12,700 acres *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions from 402 to 805 meters (0.25- to 0.5-mile) landward from identified NSO buffer (402 meters [0.25-mile] from ordinary high water mark or within 100 meters [328 feet] of the 100-year floodplain, whichever is greatest) on either side of the Colorado, Gunnison, and Dolores Rivers for fluid mineral development. **PURPOSE:** To protect these riverine and adjacent areas that provide: a) special status fish and wildlife species habitat: b) important riparian values: c) water quality/filtering values: d) waterfowl and shorebird production values: e) valuable amphibian habitat: and f) high scenic and recreation values of the three major rivers (Colorado, Gunnison, and Dolores). **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, exceptions, which are subject to CSU (site-specific relocation) stipulations, are as follows: • Essential future actions in which implementation of a professionally engineered design, construction, maintenance, and reclamation plan can mitigate to the fullest extent practicable all potential resource damage associated with the proposed action. • New trail construction resulting in a disturbance corridor less than or equal to 1.2 meters (48 inches) wide open to nonmotorized use. Trails would be constructed per BLM minimum design standards. • BLM on-site evaluation identifies topographic features which adequately buffer and protect riverine environments from adverse impacts. **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is required to minimize potential deterioration of water quality, high scenic and recreation values, maintain natural hydrologic function and condition of stream channels, banks, floodplains, and riparian communities, and preserve wildlife habitat including designated | | | • | |

BLM_0025198

| | Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | **Alternative** | | | |
| | | A | B | C | D |
| | critical habitat for federally listed fish species. The buffers are sized to accommodate the rivers' larger floodplains and wider riparian zones. | | | | |
| CSU-10 *(ROWA)* **Wildlife Habitat.** *All Surface-disturbing Activities* | **STIPULATION:** Require proponents of surface-disturbing activities to implement specific measures to mitigate impacts of operations on wildlife and wildlife habitat within high-value or crucial wildlife habitat. Measures would be determined through biological surveys, onsite inspections, effects of previous actions in the area, and BMPs.  **PURPOSE:** To reduce impacts of surface disturbing activities and related actions on wildlife and wildlife habitat within high-value or crucial wildlife habitat including, but not limited to, big game winter range and Gunnison and greater sage grouse habitat.  **EXCEPTION:** Standard exceptions apply (Section B.2).  **MODIFICATION:** Standard modifications apply (Section B.2).  **WAIVER:** Standard waivers apply (Section B.2).  **JUSTIFICATION:** This stipulation is necessary to remain in compliance with current BLM sage grouse direction and allow for protection of essential habitat for wildlife species. | | • | • | |
| **WILDLIFE HABITAT CSU CO** *All Surface-disturbing Activities* | **STIPULATION:** Surface occupancy or use may be restricted within the following wildlife emphasis or priority areas, as identified in the Resource Management Plan:  • Beehive (habitat for mule deer and elk) (4,700 acres); • A portion of East Salt Creek (habitat for mule deer and elk) (20,500 acres); • Glade Park (habitat for Gunnison sage-grouse, mule deer, and elk) (27,200 acres); • A portion of Prairie Canyon (long billed curlew, long eared owl, pronghorn antelope, white-tailed prairie dog, kit fox, and burrowing owl habitat) (16,500 acres); • A portion of Rapid Creek (wintering and migratory habitat for mule deer and elk) (26,900 acres); and • South Shale Ridge (deer and elk wintering grounds) (3,500 acres). | | • | | |

*Grand Junction Field Office*
*Internal Proposed RMP/Final EIS*

BLM_0025199

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **Alternative** | | | |
| | | **A** | **B** | **C** | **D** |
| | Special design, construction and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. A plan of development may be required to demonstrate how potential adverse impacts to wildlife habitat will be mitigated. **On the following lands:** <LEGAL_DESCRIPTION> **PURPOSE:** To protect lands identified in the Resource Management Plan as unique and important wildlife habitat. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect the highest priority wildlife habitat for deer, elk, antelope, bighorn sheep, and sage-grouse. Wildlife emphasis areas were identified in coordination with CPW biologists. | | | | |
| **CSU-24** (*ROWA*) **Deer and Elk Migration and Movement Corridors.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within migration and movement corridors for deer and elk. **PURPOSE:** To protect deer and elk migration and movement corridors. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to ensure connectivity between summer and winter ranges for deer and elk. Fragmentation is an increasing problem in deer and elk habitat and this stipulation would help to maintain existing corridors on BLM lands. | | • | • | |

BLM_0025200

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] | | | Alternative | | |
| Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |
| **CSU-25** **Wildlife Emphasis Areas.** *Alternative C:* 90,400 acres *Alternative D:* 33,400 acres *All Surface-disturbing Activities* | **STIPULATION**: Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within the following wildlife emphasis areas: Alternative C: <br>• A portion of East Salt Creek (habitat for mule deer and elk) (21,700 acres); <br>• Hawxhurst (wintering and migratory habitat for bighorn sheep, mule deer, and elk) (9,400 acres); <br>• Indian Point (habitat for pronghorn antelope and wintering habitat for mule deer and elk) (11,400 acres); <br>• A portion of Prairie Canyon (long billed curlew, long eared owl, pronghorn antelope, white-tailed prairie dog, kit fox, and burrowing owl habitat) (12,500 acres); <br>• A portion of Rapid Creek (wintering and migratory habitat for mule deer and elk) (26,900 acres); <br>• Red Mountain (wintering and migratory habitat for mule deer and elk) (5,000 acres); and <br>• South Shale Ridge (deer and elk wintering grounds) (3,500 acres). <br>Alternative D: <br>• Roan and Carr Creeks (33,400 acres). <br>**PURPOSE:** To protect core wildlife areas, which are areas of the highest value/top-ranked wildlife habitat (by BLM and CPW) for multiple species. <br>**EXCEPTION:** Standard exceptions apply (Section B.2). <br>**MODIFICATION:** Standard modifications apply (Section B.2). <br>**WAIVER:** Standard waivers apply (Section B.2). <br>**JUSTIFICATION:** This stipulation is necessary to protect the highest priority wildlife habitat for deer, elk, antelope, bighorn sheep, and sage-grouse, Wildlife emphasis areas were identified in coordination with CPW biologists. | | | • | • |

BLM_0025201

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number<br>(*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | Stipulation Description | **Alternative** | | | |
| | | **A** | **B** | **C** | **D** |
| **Wild Horses** | | | | | |
| *CSU-2*<br>*(Exhibit GJ-2FA)*<br>*(BLM 1987)*<br>**Scenic and Natural Values (Little Book Cliffs Wild Horse Area).**<br>36,100 acres<br>*Fluid Minerals Only* | **STIPULATION:** Special design and reclamation measures (for fluid minerals only) may be required to protect the outstanding scenic and natural landscape value of the following portion(s) of this lease: <LEGAL_DESCRIPTIONS><br><br>Special design and reclamation measures may include transplanting trees and shrubs, fertilization, mulching, special erosion-control structures, irrigation, site recontouring to match the original contour, buried tanks and low-profile equipment, and painting to minimize visual contrasts. Surface-disturbing activities may be denied in sensitive areas, such as unique geologic features and rock formations, visually prominent areas, and high recreation use areas.<br><br>**PURPOSE:** To protect scenic and natural values in the Little Book Cliffs Wild Horse Area.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concerns(s) identified. | • | | | |
| **CSU-26**<br>**Little Book Cliffs Wild Horse Range.**<br>35,200 acres<br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within the LBCWHR.<br><br>**PURPOSE:** To protect wild horses in the LBCWHR.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.2).<br><br>**MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** Standard waivers apply (Section B.2).<br><br>**JUSTIFICATION:** This stipulation is necessary to mitigate impacts that could interfere with the protection and management of wild horses in the LBCWHR. | | | | • |

BLM_0025202

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] | | | **Alternative** | | |
| **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **A** | **B** | **C** | **D** |
| Cultural Resources | | | | | |
| **CSU-27**(*ROWA*) **Allocation to Scientific Use Category.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to certain surface uses, as specified below, except archaeological documentation and excavation, within 100 meters (328 feet) around eligible or potentially eligible sites allocated to Scientific Use. **PURPOSE:** To protect unique scientific information in sites that may be damaged from inadvertent or unauthorized uses. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** The BLM's Authorizing Officer may modify the site-protection boundary on a case-by-case basis, taking into account topographical barriers, the nature of the proposed action, and the nature of the cultural resource site and/or area. **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to address indirect or secondary impacts that can occur to cultural resources. Indirect and secondary impacts are typically not mitigated through data recovery by the proponent. Managing properties by addressing only direct impacts can lead to adverse effect and the loss of the resource. This stipulation allows the BLM to mitigate impacts that can cause significant degradation to the site integrity criteria that are applied in the designation of the cultural resource as eligible or potentially eligible for nomination to the NRHP (*36 CFR part 800.5(a)(1)*). | | ● | ● | ● |
| **CSU-28** (*ROWA*) **Allocation to Public Use Category.** *All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to certain surface uses, as specified below, within 100 meters (328 feet) around sites allocated to Public Use. In addition, consider factors such as integrity of setting, recreation opportunity, or visual impacts that projects may have on sites allocated to this use. **PURPOSE:** To protect the values that contribute to sites allocated to Public Use. **EXCEPTION:** Standard exceptions apply (Section B.2). | | ● | ● | ● |

BLM_0025203

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | | |
|---|---|---|---|---|---|---|
| **Stipulation Number** (*Existing*/**New**)[1] | | | **Alternative** | | | |
| **Protected Resource** | **Stipulation Description** | | **A** | **B** | **C** | **D** |
| **Acres/Miles Affected** | | | | | | |
| | **MODIFICATION:** The BLM's Authorizing Officer may modify the site-protection boundary on a case-by-case basis, taking into account topographical barriers, the nature of the proposed action, and the nature of the cultural resource site and/or area. **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is necessary to protect sites allocated to Public Use, including those that may not meet the criteria for the NRHP but are important for heritage tourism as a visual resource of a rural landscape. | | | | | |
| **CSU-29** (*ROWA*) **Sub-surface Inventory.** *Alternative B:* 53,500 acres *Alternative C:* 68,400 acres *Alternative D:* 51,600 acres ***All Surface-disturbing Activities*** | **STIPULATION:** Require sub-surface inventory for deep sub-surface-disturbing activities and buried ROW in the following locations and in additional areas where high potential for subsurface resources may be identified in the future: Alternative B: • Grand Mesa Slopes (16,000 acres); • Indian Creek (20,200 acres); and • Sunnyside (17,300 acres). Alternative C: • Grand Mesa Slopes (24,400 acres); • Indian Creek (20,200 acres); and • Sunnyside (24,000 acres). Alternative D: • Grand Mesa Slopes (16,000 acres); • Indian Creek (20,200 acres); and • Sunnyside (15,400 acres). **PURPOSE:** To protect cultural resources. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2). **WAIVER:** Standard waivers apply (Section B.2). **JUSTIFICATION:** This stipulation is needed to protect buried cultural resources within areas of high potential for sub-surface activities. | | | • | • | • |

BLM_0025204

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number<br>(*Existing*/**New**)[1]<br>**Protected Resource**<br>**Acres/Miles Affected** | Stipulation Description | A | B | C | D |
| *CSU-5 (ROWA)*<br>*(BLM 1987)*<br>**Known Cultural Resource Values.**<br>***Fluid Minerals Only*** | **STIPULATION:** Important cultural resource values <RESOURCE_VALUE> are present on the following portions of this lease: <LEGAL_DESCRIPTIONS>. Surface-disturbing activities (for fluid minerals only) must avoid these areas.<br>**PURPOSE:** To protect known cultural sites.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, an exception could be granted if mitigation of impacts is agreed to by the Authorized Officer. Where impacts cannot be mitigated to the satisfaction of the Authorized Officer, surface occupancy and use on that area must be prohibited.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2). | • | | | |
| **Visual Resources** | | | | | |
| **CSU-30** *(ROWA)*<br>**VRM Class II.**<br>*Alternative B:*<br>354,900 acres<br>*Alternative C:*<br>556,600 acres<br>*Alternative D:*<br>194,800 acres<br>***All Surface-disturbing Activities*** | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to fluid mineral leasing and other surface-disturbing activities within all areas designated as VRM Class II. Require that surface-disturbing activities meet the objectives of VRM Class II.<br>**PURPOSE:** To protect visual resources.<br>**EXCEPTION:** Standard exceptions apply (Section B.2). In addition, an exception could be granted for bond projects within scenic byways to ensure that visual and reclamation objectives are achieved. Facility design should incorporate viewshed analysis and modeling to minimize impacts to visual resources. Special mitigation measures such as facility placement and color selection have been proposed to reduce impacts to visual resources.<br>**MODIFICATION:** Standard modifications apply (Section B.2).<br>**WAIVER:** Standard waivers apply (Section B.2).<br>**JUSTIFICATION:** This stipulation is needed to maintain the visual integrity within designated Class II VRM areas. A CSU will allow placement of facilities and disturbances outside of the critical view sheds. | | • | • | • |

BLM_0025205

| | | | | | |
|---|---|---|---|---|---|
| **Table B-6** **Controlled Surface Use (CSU) Stipulations Applicable to** **Fluid Mineral Leasing and Other Surface-disturbing Activities** | | | | | |
| **Stipulation Number** (*Existing*/**New**)[1] | | | | **Alternative** | |
| **Protected Resource** **Acres/Miles Affected** | **Stipulation Description** | **A** | **B** | **C** | **D** |
| *CSU-2* *(BLM 1987)* **Scenic and Natural Landscape Values.** 310,600 acres *Fluid Minerals Only* | **STIPULATION:** Special design and reclamation measures (for fluid minerals only) may be required to protect the outstanding scenic and natural landscape values located on the following portions of this lease: <LEGAL_DESICRIPTION>. <br>• Bangs Benches (Exhibit GJ-2GJ) (32,000 acres); <br>• The Book Cliffs (Exhibit GJ-2GC) (31,100 acres); <br>• Established BLM Recreation Sites (Exhibit GJ-2GB and Exhibit GJ-2IB) (1,000 acres); <br>• Grand Mesa Slopes (Exhibit GJ-2GI) (62,000 acres); <br>• Granite Creek Benches (Exhibit GJ-2GL) (23,400 acres); <br>• Gunnison River Corridor (Exhibit GJ-2GF) (1,200 acres); <br>• Highway Corridors (Exhibit GJ-2GP) (69,400 acres); <br>• Hunter/Garvey (Exhibit GJ-2GN) (24,700 acres); <br>• Little Book Cliffs Wild Horse Area (Exhibit GJ-2FA) (33,000 acres); <br>• Sinbad Valley (Exhibit GJ-2GK) (6,400 acres); <br>• South Shale Ridge (Exhibit GJ-2GG) (24,400 acres); and <br>• Unaweep Valley (Exhibit GJ-2GM) (2,000 acres). <br><br>Special design and reclamation measures may include transplanting trees and shrubs, fertilization, mulching, special erosion-control structures, irrigation, site recontouring to match the original contour, buried tanks and low-profile equipment, and painting to minimize visual contrasts. Surface-disturbing activities may be denied in sensitive areas, such as unique geologic features and rock formations, visually prominent areas, and high recreation use areas. <br><br>**PURPOSE:** To protect outstanding scenic and natural landscape values. <br><br>**EXCEPTION:** Standard exceptions apply (Section B.2). <br><br>**MODIFICATION:** Standard modifications apply (Section B.2). <br><br>**WAIVER:** Standard waivers apply (Section B.2). | • | | | |

BLM_0025206

| Table B-6<br>Controlled Surface Use (CSU) Stipulations Applicable to<br>Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number<br>(*Existing*/**New**)[1] | | | Alternative | | |
| Protected Resource<br>Acres/Miles Affected | Stipulation Description | A | B | C | D |
| **Recreation and Visitor Services** | | | | | |
| *CSU-2*<br>*(BLM 1987)*<br>**Scenic and Natural Landscape Values (Recreation Resources).**<br>89,200 acres<br>*Fluid Minerals Only* | **STIPULATION:** Special design and reclamation measures (for fluid minerals only) may be required to protect the outstanding scenic and natural landscape value of the following portion(s) of this lease: <LEGAL_DESCRIPTIONS><br>• Bangs Benches (Exhibit GJ-2IJ) (42,900acres);<br>• Granite Creek Benches (Exhibit GJ-2IH) (23,400 acres);<br>• Hunter/Garvey Benches (Exhibit GJ-2IG) (21,700 acres); and<br>• Lower Gunnison River (Exhibit GJ-2IL) (1,200 acres).<br><br>Special design and reclamation measures may include transplanting trees and shrubs, fertilization, mulching, special erosion-control structures, irrigation, site recontouring to match the original contour, buried tanks and low-profile equipment, and painting to minimize visual contrasts. Surface-disturbing activities may be denied in sensitive areas, such as unique geologic features and rock formations, visually prominent areas, and high recreation use areas.<br><br>**PURPOSE:** To protect recreation resources. **EXCEPTION:** Standard exceptions apply (Section B.2). **MODIFICATION:** Standard modifications apply (Section B.2).<br><br>**WAIVER:** This stipulation may be waived or reduced in scope if circumstances change or if the lessee can demonstrate that operations can be conducted without causing unacceptable impacts on the concerns(s) identified. | • | | | |
| **CSU-31** *(ROWA)*<br>**Recreation.**<br>*All Surface-disturbing Activities* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface occupancy and use and surface-disturbing activities to minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.<br><br>Apply this stipulation to the following sites that lie outside of designated RMAs:<br>• Low Gap Recreation Site; | | • | • | • |

BLM_0025207

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
|---|---|---|---|---|---|
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | A | B | C | D |

* North Soda Recreation Site;
* Miracle Rock Recreation Site;
* Mud Springs Campground; and
* West Creek Picnic Site.

**PURPOSE:** To minimize conflicts with developed (and future) recreation sites and to mapped (and future) national/regional trails, local system trails that connect communities, and trailheads and interpretive sites with exceptional recreation values or significant public interest.

**EXCEPTION:** Standard exceptions apply (Section B.2).

**MODIFICATION:** Standard modifications apply (Section B.2).

**WAIVER:** Standard waivers apply (Section B.2).

**JUSTIFICATION:** This stipulation is necessary to assure significant public investment and desired recreation opportunities are protected from surface-disturbing occupancy.

| | | | | | |
|---|---|---|---|---|---|
| **CSU-32** **Recreation Management Areas.** *Alternative B:* 227,100 acres *Alternative C:* 42,700 acres *Alternative D:* 58,100 acres **All Surface-disturbing Activities** | **STIPULATION:** Apply CSU (site-specific relocation) restrictions in the following RMAs: Alternatives B: <ul><li>Grand Valley OHV SRMA (9,700 acres)</li><li>Barrel Spring ERMA (24,700 acres)</li><li>Gateway ERMA (78,100 acres)</li><li>Grand Valley Shooting Ranges ERMA (750 acres)</li><li>Gunnison River Bluffs ERMA (800 acres)</li><li>Horse Mountain ERMA (5,100 acres)</li><li>North Desert ERMA (107,900 acres)</li></ul> Alternative C <ul><li>North Fruita Desert (42,700 acres)</li></ul> Alternative D: <ul><li>Castle Rock (4,400 acres)</li><li>Grand Valley OHV (9,600 acres)</li><li>North Fruita Desert (44,100 acres)</li></ul> **PURPOSE:** To protect recreation outcomes and setting prescriptions. | | ● | ● | ● |

BLM_0025208

| Table B-6 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Mineral Leasing and Other Surface-disturbing Activities | | | | | |
| --- | --- | --- | --- | --- | --- |
| Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Stipulation Description | **Alternative** | | | |
| | | **A** | **B** | **C** | **D** |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to protect areas important to recreation users which may also include large facility investments. Protection of RMZs is necessary to meet desired recreation outcomes. | | | | |
| **Lands and Realty** | | | | | |
| **DISPOSAL CSU CO** *All Surface-disturbing Activities* | **STIPULATION:** Surface occupancy or use may be restricted due to lands identified for disposal in the Resource Management Plan. Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. | | • | | |
| | **PURPOSE:** To preserve the value of disposal tracts and/or protect facilities or uses for which these tracts of land were identified for disposal. | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). | | | | |
| | **MODIFICATION:** Standard modifications apply (Section B.2). | | | | |
| | **WAIVER:** Standard waivers apply (Section B.2). | | | | |
| | **JUSTIFICATION:** This stipulation is necessary to preserve the value of disposal tracts and/or protect facilities or uses for which these tracts of land were identified for disposal. | | | | |
| **CSU-33** *(CSU CO-25)* **Disposal Tracts.** *All Surface-disturbing Activities* | **STIPULATION:** Special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet) may be required on disposal tracts. | | | | • |
| | **PURPOSE:** To preserve the value of disposal tracts and/or protect facilities or uses for which these tracts of land were identified for disposal. | | | | |
| | **EXCEPTION:** Standard exceptions apply (Section B.2). In addition, underground facilities may be excepted. | | | | |

BLM_0025209