Denver area is one of the fastest growing metropolitan areas in the nation could make it difficult to bring the area back into compliance. However, the CDPHE is working on a new SIP for the area, and they could add to the existing regulations to support further improvements to air quality if their analysis supports such inclusions.

There are two Class I areas that could potentially be impacted by oil and gas development due to their proximity to potential development. They are the Rocky Mountain National Park and the Great Sand Dunes National Park and Preserve. Rocky Mountain National Park lies West of Boulder, CO and Fort Collins, CO in the Roosevelt National Forest, and is partially contained within the field office boundaries. The Great Sand Dunes National Park and Preserve is located west of the field office (near the southern boundary) straddling Alamosa and Saguache counties, and is physically separated from the Field Office by the Sangre de Cristo Mountains. The IMPROVE monitors at both Class I areas (ROMO1 and GRSA1) show visibility trends that appear to be improving on the clearest days, and Rocky Mountain National Park is showing significant improvements for both the clearest and haziest days. Of the two areas, deposition monitoring is only occurring at Rocky Mountain National Park (ROM206). The available data shows that dry deposition species are in decline, while the wet species appear to be flat. The annual average of the available data for total nitrogen deposition is approximately 3.29 kg/ha-yr. This level is above the critical load that the NPS defined for rocky mountain region Class I areas. The closest monitor to the Great Sand Dunes NP is in Alamosa, CO (CO00). The data at that monitor suggests that wet nitrogen deposition (the major component of total deposition) has been trending below 1.0 kg/ha-yr, and does not appear to be a concern in the area.

Figure IV - RGFO Map



BLM_0025653

# Legend

 CDPHE_2014_Plan_Monitors

 EPA_Year_2014_Colorado_Mor

 Colorado_IMPROVE_monitor_2

 COGCC_Active_Wells_09-2015

Colorado_Coal_Mines_GIS

IHS_2012-2015_Colorado_Co

O&G Well Completion Year

 2012

 2013

 2014

BLM_0025654

## Field Office RMP Directives

The RMP(s) providing direction for Field Office management actions are fairly dated (1990), and simply require the BLM to comply with all applicable air quality laws and regulations. There are no other air resource specific objectives or management actions related oil and gas resource development. However, by default the CARPP strategies apply since the BLM adopted the protocol itself for implementation on a statewide basis. **Note:** The RGFO is currently producing an RMP revision and EIS (Eastern Colorado) to support future decisions as appropriate.

### Table V - RGFO Report Year Oil and Gas Statistics

| Parameter | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| New Federal Wells | 10 | 11 | 30 | 16 |
| Active Federal Wells | ND | ND | ND | 608 |
| Fed Gas (Mcf) | ND | ND | ND | 16038 |
| Fed Liquids (bbl) | ND | ND | ND | 51639 |
| Total New Wells | ND | ND | ND | 1095 |
| Total Active Wells | ND | ND | ND | 33510 |
| Total Gas (Mcf) | ND | ND | ND | 67492 |
| Total Liquids (bbl) | ND | ND | ND | 11308 |

*Source: Field Office well counts and production estimates are made by summing IHS well location data in geographic information systems. Data is labeled "Federal" if the intersection occurs for wells directly over federal minerals (vertical wells), or within one quarter mile for directional and horizontal wells. The method introduces some uncertainty for the values at Field Office scales, and as a result may not fully align with the statewide data reported by AFMSS, COGCC and ONRR. This level of effort for analysis did not occur prior to 2015, and thus there is no data to report for prior years.*

### Table VI - RGFO Report Year Emissions

| Emissions Parameter | $PM_{10}$ | $PM_{2.5}$ | VOC | $NO_X$ | CO | $SO_X$ | $CO_2$ | CH |
|---|---|---|---|---|---|---|---|---|
| Per Well | 12.6 | 1.472 | 4.641 | 5.778 | 4.713 | 0.007 | 1063.234 | 2.0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2015 New Fed | 201.6 | 23.6 | 74.3 | 92.4 | 75.4 | 0.1 | 17011.7 | 33. |
| 2015 Cumulative (Fed - SA) | 880.6 | 102.7 | 242 | 400.7 | 321.3 | 0.5 | 73427.8 | 136 |

The "Per Well" data in the table above is an average of the total development estimates made for each formation / well type within the Field Office, and includes both construction and production related emissions (including midstream source allocations). The 2015 emissions show the estimated emissions during the report year, while the Fed-SA data shows the total estimated emissions (i.e. cumulative) since the start of the monitoring period. The BLM bases cumulative emissions on the report year construction and production totals for the new wells plus existing well inventories that includes a decline analysis for production related emissions and all the support activities that CARMMS analyzed for the inventory year. The report year cumulative emissions contrast with the various CARMMS scenarios in the figure and tables below to provide for the current air quality metrics resulting from the tracked development.

## Figure V - CARMMS / RGFO Emissions Tracking

% Emissionsclick the legend titles to toggle dataHighMedLowReport YearPM10PM2.5VOCNOxCOSO2CO2CH4N2OHAPs0255075100125Highcharts.com
**Source:** *Figure V presents the report year, Medium (mitigated), and low CARMMS scenario emissions relative to the high CARMMS emissions as a percentage. The high CARMMS scenario emissions are broken down and shown in detail in Figure II above. The RGFO emissions were prepared differently from the rest of the CARMMS source apportionment areas, such that PM emissions are calculated to be very high. In reality, the individual projects the BLM has analyzed are tracking much closer to the other field offices for PM emissions on a per well basis.*

The tables below show the report year calculated impacts (scaled) relative to the applicable Low, Medium (mitigated), and High CARMMS emissions scenario for which the Field Office is currently tracking. Report year impacts were calculated for the NAAQS, visibility, deposition, and an unminotered area ozone anlaysis data.

## Table VII - RGFO Report Year NAAQS Calculations

| Analysis Parameter | Matched CARMMS Run | % of Scenario | Calcu |
|---|---|---|---|
| PM 10 (Annual) | High | 78.84% | 3 (ug/ |
| PM 2.5 (24-hour) | High | 64.6% | 0.52 ( |
| PM 2.5 (Annual) | High | 64.6% | 0.19 ( |

| | | | |
|---|---|---|---|
| NO2 (1-hour) | Low | 78.87% | 1.66 ( |
| NO2 (Annual) | Low | 78.87% | 0.39 ( |
| Ozone (4DM8A) | Low | 50.82% | 0.05 ( |

### Table VIII - RGFO Report Year Deposition Calculations

| CARMMS Scenario | Max Class I kg/ha-yr | Class I Area | Max Class II kg/ha-yr | C |
|---|---|---|---|---|
| Low | 0.0011 | Great_Sand_Dunes | 0.017 | G |
| Mitigated | 0.0015 | Rocky_Mountain | 0.0195 | G |
| High | 0.0024 | Rocky_Mountain | 0.0279 | G |
| Report Year | 0.0009 | Rocky_Mountain | 0.0087 | G |

### Table IX - RGFO Report Year Visibility Calculations

| CARMMS Scenario | Max Class I dv | Class I Area | Days Above 0.5 dv | Days Above 1.0 dv | Max Class II dv | Class II Area |
|---|---|---|---|---|---|---|
| Low | 0.0335 | CI_Rocky_Mountain | 0 | 0 | 0.0335 | CII_Greenhorn_Mountain |
| Mitigated | 0.0876 | CI_Rocky_Mountain | 0 | 0 | 0.0876 | CII_Greenhorn_Mountain |
| High | 0.148 | CI_Rocky_Mountain | 0 | 0 | 0.148 | CII_Greenhorn_Mountain |
| Report Year | 0.017 | CI_Rocky_Mountain | 0 | 0 | 0.017 | CII_Greenhorn_Mountain |

### Table X - RGFO Report Year UAA Calculations

| CARMMS Scenario | Max Contribution (ppb) | Corresponding 4th MDA8 | % Max Contribution | Contribution at Max 4th MDA8 (78.3 ppb) | % M pp |
|---|---|---|---|---|---|
| Low | 0.0321 | 71 | 0.0005 | 0.0321 | 0. |
| Mitigated | 0.0806 | 71.9 | 0.0011 | 0.0806 | 0. |
| High | 0.1253 | 71.1 | 0.0018 | 0.1253 | 0. |
| Report Year | 0.006 | 71 | 0.00008 | 0.006 | 0. |

The following plot files show the CARMMS Field Office source apportionment results from which the calculated report year NAAQS values are obtained.

Figure VI - CARMMS Source Apportionment Plots

BLM_0025658

## 8th High 1 Hour Daily max NO$_2$ Contributi
## 2021 Low O&G Scenario
## (P) Total Royal Gorge Field Office



◇  max(167,2(

BLM_0025659

navigate_before PREV

NEXT navigate_next

## Summary

The RGFO staff have worked extensively with the COSO ARS to ensure all projects have been adequately analyzed via CARPP processes and the beta emissions tool, and as such, the Field Office is achieving all of the stated objectives in the current RMP. The CARMMS analysis of potential ozone resulting from the current levels of Federal development within the Field Office as a whole suggest that BLM authorizations are not a significant source of ozone precursor pollutants. Even at the highest emissions levels of development analyzed in the CARMMS model, potential ozone levels are not generated to such a degree that they could be interpreted as significant.

The report year CARMMS emissions analysis shows that the maximum estimated deposition from current development at each Clsss I area identified above is below the DAT defined for project level analyses, and is thus not significant on a cumulative basis either.

None of the CARMMS scenarios or the report year estimates show significant impacts to visibility at any analyzed Class I area.

The BLM acknowledges that the long term average of nitrogen deposition at Rocky Mountain Nationa Park is above the critical load defined for regional Class I areas by the NPS. The BLM is committed to continue analyzing projects on a case-by-case basis, in accordance with NEPA requirements, and provide for mitigation under the BLM's authority as necessary to protect the resource in accordance with the applicable guidance.

## Conclusion

BLM expects oil and gas development to remain on the current track (i.e. tracking low relative to CARMMS) for the foreseeable future in Colorado. There are currently no foreseeable significant shifts in petroleum market dynamics (supply, demand, etc...), changes or advancements in development / recovery technologies, newly discovered resources / plays, or political influences (tax or regulatory incentives) that would significantly affect the rates of development occurring in Colorado, and thus CARMMS 1.0 remains an applicable and appropriate tool for describing impacts for future oil and gas projects within all of the Colorado planning areas. Based on the data and analysis presented here, the COSO ARS do not have any other specific impacts concerns, nor any recommendations for adaptive management or mitigation to be implemented during the next reporting cycle.

BLM_0025660

# Climate Statistics and Change Analysis

The following text describing Colorado's climate is an abbreviated version of the narrative found on the Western Regional Climate Center's website.

Colorado is eighth in size among the 50 states, with an area of 104,247 square miles. The principal features of the Colorado geography are its inland continental location in the middle latitudes, and the mountains and ranges extending north and south approximately through the middle of the State. With an average altitude of about 6,800 feet above sea level, Colorado is the highest State in the Union. Roughly three-quarters of the Nation's land above 10,000 feet altitude lies within its borders. The State has 54 mountains 14,000 feet or higher, and about 830 mountains between 11,000 and 14,000 feet in elevation.

Colorado emerges gradually from the plains of Kansas and Nebraska, and slopes gradually upward for approximately 200 miles to the base of the foothills of the Rocky Mountains. The eastern portion of the State is generally level, with rolling prairie broken occasional by hills and bluffs. The northern part of the plains area slopes to the northeast and the southern part to the southeast, divided by higher country and hills extending eastward from the mountains near the center of the State. Elevations along the eastern border range from about 3,350 feet at the lowest point in the State (where the Arkansas River crosses the border) to nearly 4,000 feet. At elevations between 5,000 and 6,000 feet, the plains give way to foothills with elevations of 7,000 to 9,000 feet. Backing the foothills are the mountain ranges above 9,000 feet with the higher peaks over 14,000 feet. West of these "front ranges" are additional ranges, generally extending north and south, but with many spurs and extensions in other directions. These ranges enclose numerous high mountain parks and valleys. Farther westward, the mountains give way to rugged plateau country in the form of high mesas (some more than 10,000 feet in elevation) which extends to the western border of the State. This land is often cut by rugged canyons, the work of the many streams fed by accumulations of winter snow.

All rivers in Colorado originate within its borders and flow outward, with the exception of the Green River, which flows diagonally across the extreme northwestern corner of the State. Four of the Nation's major rivers have their source in Colorado: the Colorado, the Rio Grande, the Arkansas, and the Platte.

The climate of the plains is comparatively uniform from place to place, with characteristic features of low relative humidity, abundant sunshine, light rainfall, moderate to high wind movement and a large daily range in temperature. Summer daily maximum temperatures are often 95° Farenheit (F) or above, and 100°F temperatures have been observed at all plain stations. Such temperatures are not infrequent at altitudes below 5,000 feet; above that elevation they are comparatively rare. The highest temperatures in Colorado occur in the northeastern plains, and sometimes exceed 115°F. Because of the very low relative humidity

accompanying these high temperatures, hot days cause less discomfort than in more humid areas. The usual winter extremes in the plains are from zero to 15°F below zero.

An important feature of the precipitation patterns on the plains is the large proportion of the annual total falls during the growing season - 70% to 80% during the period from April through September. Summer precipitation in the plains is largely from thunderstorm activity and is sometimes extremely heavy. Strong winds occur frequently in winter and spring. These winds tend to dry out soils, which are not well supplied with moisture because of the low annual precipitation. During periods of drought, high winds give rise to the dust storms that are especially characteristic of the southeastern plains.

At the western edge of the plains and near the foothills of the mountains, there are a number of significant changes in climate as compared to the plains proper. Average wind movement is less, but areas very near the mountains are subject to periodic, severe turbulent winds from the effects of high westerly winds over the mountain barrier. Temperature changes from day-to-day are not as great; summer temperatures are lower and winter temperatures are higher. Precipitation, which decreases gradually from the eastern border to a minimum near the mountains, increases rapidly with the increasing elevation of the foothills and proximity to higher ranges. The decrease in temperature from the eastern boundary westward to the foothills is less than might be expected with increasing altitude. This results from mountain and valley winds and greater frequency of the chinook winds. Below the Royal Gorge of the Arkansas, the mountain and valley winds are strong enough to modify the climate over a considerable area. Descending air currents frequently prevent the stratification of air necessary for the occurrence of excessive cold. Consequenctly, the winter climate is milder than elsewhere in the State.

The rugged topography of western Colorado causes large variations in climate within short distances, and few climatic generalizations apply to the whole area. At the summits of mountains, temperatures are low, averaging less than 32°F over the year. Snow-covered mountain peaks and valleys often have very cold nighttime temperatures in winter, when skies are clear and the air is still — occasionally to 50°F below zero. Summer in the mountains is cool, with typical mountain stations averaging 60°F in July. The highest temperatures are usually in the seventies and eighties, but may reach 90°F to 95°F. Above 7,000 feet, the nights are quite cool throughout the summer, while bright sunshine makes the days comfortably warm. The lower western valleys of the State are protected by surrounding high terrain, and have a greater uniformity of weather than the eastern plains. They experience high summer temperatures, comparable to those of the eastern plains, while average winter temperatures are somewhat lower than at similar elevations in the plains.

Precipitation west of the Continental Divide is more evenly distributed throughout the year than on the eastern plains. For most of western Colorado, the greatest monthly precipitation occurs in the winter months, while

BLM_0025662

June is the driest month. In contrast, June is one of the wetter months in most of the eastern portions of the State.

## Climate Change Baselines

There is broad scientific consensus that human actions are changing the chemical composition of Earth's atmosphere. Activities such as fossil fuel combustion, industrialization, deforestation, and other changes in land use are resulting in the accumulation of trace GHGs such as $CO_2$, $CH_4$, $N_2O$, and several industrial gases in the Earth's atmosphere. The following information has been summarized from the Intergovernmental Panel on Climate Change (IPCC). The IPCC is the leading international scientific body under the auspice of the United Nations charged with reviewing and assessing the most recent scientific, technical and socio-economic information produced worldwide relevant to the understanding of climate change. IPCC assessments provide rigorous and balanced scientific information that reflect a range of views and expertise to ensure an objective and complete assessment of current information. The work done by the organization is therefore policy-relevant and yet policy-neutral, never policy-prescriptive. Where applicable and technically sound, the BLM will perform statistical analyses to provide a contextual basis for AR5 impacts relative to potential future projected emissions resulting from BLM authorized activities.

Between 1750 and 2011, cumulative anthropogenic $CO_2$ emissions emitted to the atmosphere were approximately $2040 \pm 310$ $GtCO_2$. About 43% of these emissions have remained in the atmosphere ($880 \pm 35$ $GtCO_2$); the rest was removed from the atmosphere and stored in natural terrestrial ecosystems (plants and soils – 29%) and in the oceans (28%). Although $CO_2$ levels in the atmosphere have varied perpetually throughout Earth's history (along with corresponding variations in climatic conditions), industrialization and the burning of carbon based fossil fuel sources has caused $CO_2$ concentrations to increase measurably, from approximately 280 ppm in 1750 to 400 ppm in 2015. The rate of change has also been increasing. This fact is demonstrated by data from the Mauna Loa $CO_2$ monitor in Hawaii that documents atmospheric concentrations of $CO_2$ going back to 1960, at which point the average annual concentration was recorded at approximately 317 ppm. The record shows that approximately 70% of the increases in atmospheric $CO_2$ concentration since pre-industrial times (1750) occurred within the last 55 years. The trend corresponds to an increasing population and rising standards of living and modernization around the globe. From pre-industrial times to present, emissions from fossil fuel combustion and cement production have released 375 [345 to 405] GtC to the atmosphere (68%), while deforestation and other land use change are estimated to have released 180 [100 to 260] GtC (32%). Concentrations of $CO_2$, $CH_4$, and $N_2O$ now substantially exceed the highest concentrations recorded in ice cores during the past 800,000 years. Since pre-industrial times the estimated concentrations of $CH_4$ have more than doubled (722ppb to 1,803ppb), while $N_2O$ concentrations have increased by a fifth (270ppb to 324ppb).

Scientists believe that increases in atmospheric GHG concentrations results in an increase in the earth's average surface temperature, primarily by trapping and thus decreasing the amount of heat energy radiated by the Earth back into space. The phenomenon is commonly referred to as global warming. Scientists expect global warming to affect weather patterns, average sea level, ocean acidification, chemical reaction rates, and precipitation rates, all of which is collectively referred to as climate change.

Warming of the climate system is unequivocal and since the 1950s, many of the observed changes are unprecedented over time spans of decades to millennia. The atmosphere and ocean have warmed, the amounts of snow and ice have diminished, and sea level has risen. Each of the last three decades has been successively warmer at the Earth's surface than any preceding decade since 1850. In the Northern Hemisphere, 1983–2012 was likely the warmest 30-year period of the last 1400 years (medium confidence). The globally averaged combined land and ocean surface temperature data as calculated by a linear trend, show warming of 0.85 [0.65 to 1.06] °Celsius (C), over the period 1880 to 2012. In Colorado, the statewide annual average temperatures have increased by 2.0°F and 2.5°F over the past 30 and 50 years respectively. Scientists observe warming trends over this period in most parts of the State, and show that daily minimum temperatures have warmed more than daily maximum temperatures. Additionally, temperature increases have occurred in all seasons. No long-term trends in average annual precipitation (30-50 years) have been detected across Colorado, although since 2000 the state has experienced below-average annual precipitation and snow pack. The warming trends have contributed to an earlier shift in snowmelt and peak runoff timing in spring by approximately 1 to 4 weeks.

Ocean warming has dominated the increase in energy stored in the climate system, accounting for more than 90% of the energy accumulated between 1971 and 2010 (high confidence). On a global scale, the ocean warming is largest near the surface, and the upper 75 m warmed by 0.11 [0.09 to 0.13] °C per decade over the period of 1971 to 2010. More than 60% of the net energy increase in the climate system is stored in the upper ocean (0–700 m), and about 30% is stored in the ocean below 700 m (40-year period from 1971 to 2010). The rate of sea level rise since the mid-19th century has been larger than the mean rate during the previous two millennia (high confidence). Over the period 1901 to 2010, global mean sea level rose by 0.19 [0.17 to 0.21] m. It is very likely that the mean rate of global averaged sea level rise was 1.7 [1.5 to 1.9] mm yr$^{-1}$ between 1901 and 2010, 2.0 [1.7 to 2.3] mm yr$^{-1}$ between 1971 and 2010, and 3.2 [2.8 to 3.6] mm yr$^{-1}$ between 1993 and 2010, a trend that is increasing.

The driver for the buildup in heat within the climate system is best described in terms of radiative forcing (RF). The term describes the energy balance that will occur (i.e. heating (+) or cooling (-)) in units of W m$^{-2}$. The total anthropogenic RF for 2011 relative to 1750 was 2.29 [1.13 to 3.33] W m$^{-2}$ (includes both heating and cooling parameter estimates). For well-mixed GHGs the total positive forcing is estimated to be 2.83 [2.54 to 3.12] W m$^{-2}$. The largest contribution to total radiative forcing since 1750 is caused by the increase in

BLM_0025664

the atmospheric concentration of $CO_2$. Emissions of $CO_2$ alone caused an RF of 1.82 [± 0.19] W m$^{-2}$ (64%), while $CH_4$ caused an RF of 0.48 [± 0.05] W m$^{-2}$ (17%). The data highlights methane's important role as a potent greenhouse gas, given its RF value in relation to its atmospheric loading trend, approximately 556 Tg yr$^{-1}$ (64% anthropogenic, 36% natural) and relatively short atmospheric lifetime (12 years). $N_2O$ has the third largest forcing of the anthropogenic gases, at 0.17 [± 0.03] W m$^{-2}$ (6%). Collectively the three GHG's of concern account for approximately 87% of the positive forcing within the climate system.

## Projected Emissions for Analysis

All of the modeled climate change predictions are predicated upon various GHG emissions scenarios, known as Representative Concentration Pathways[11] (RCPs). RCPs are not fully integrated scenarios of climate feedback, policy or socioeconomic projections, but rather a consistent set of projections of only the components of radiative forcing that are meant to serve as input for climate modeling, pattern scaling and atmospheric chemistry modeling. The RCPs provide a consistent analytical baseline from which climate change science communities can start additional analysis. For the purposes of this report the BLM has chosen to focus on RCPs 2.6 and 4.5 (where data and analysis is available) as likely scenarios for analysis given the recent and reasonably foreseeable regulatory developments, policy changes and actions that are occurring around the globe. Additionally, these scenarios are the only two that result in decreasing future emissions relative to the baseline. The RCP2.6 pathway, developed by the IMAGE modeling team, is representative of scenarios leading to very low greenhouse gas emissions / concentration levels. Scientists predict it's radiative forcing level to peak at a value around 3.1 W/m2 mid-century before returning to 2.6 W/m2 by 2100. The RCP4.5 pathway, developed by the MiniCAM modeling team, is a stabilization scenario where total radiative forcing is stabilized before 2100 by employment of a range of technologies and strategies for reducing greenhouse gas emissions. It should be noted that according to the IPCC, only projections following the lowest concentration pathway (RCP2.6) result in an estimated mean increase in global average temperatures below 2° C (the current internationally agreed upon target for limiting average surface warming). Equally important, IPCC scientists project warming will continue beyond 2100 under all RCP scenarios except for RCP2.6.

Use the control below will load and explore various RCP scenario data.

Figure VII - RPC Scenario

Data

Select RCP Dataset

BLM_0025665

The RCP2.6 scenario provides for an abrupt and rapid decline in $CO_2$ emissions starting around 2020, with atmospheric concentrations of GHGs and subsequent radiative forcing stabilizing between 2040 and 2060. This scenario also provides for "negative emissions" starting in 2080, and essentially projects more carbon is removed from the atmosphere than is emitted. The curve suggests that emissions from fossil fuels and other sources would decline by approximately 3.5% per year until 2040, and then continue at a pace of approximately 10% per year until the emissions become negative between 2070 and 2080. The RCP4.5 scenario forecasts global emissions will increase until about 2040, with actual stabilization occurring between 2030 and 2050. Starting in 2050 RCP4.5 scenario emissions would start to decline at rates commensurate with the 2.6 pathway until 2080, when emissions stabilize again through the end of the century. As noted earlier, GHG concentrations and forcing would continue to rise under RCP4.5 scenario through the end of the century, although the rate of increase diminishes significantly around 2070.

## Projected Climate Impacts

The future climate equilibrium is dependent upon warming caused by past anthropogenic emissions, future anthropogenic emissions, and natural variability. Global mean surface temperature change for the period 2016–2035 relative to 1986–2005 is similar for the four RCPs and will likely be in the range 0.3°C to 0.7°C (medium confidence). The projection assumes no major volcanic eruptions, changes in natural emissions sources (e.g., CH4 and N2O), or unexpected changes in total solar irradiance. By 2050, the magnitude of the projected climate change is significantly affected by the overall emissions path along which the world is tracking.

The projected increase of global mean surface temperature by the end of the 21st century (2081–2100) relative to 1986–2005 is likely to be 0.3°C to 1.7°C under RCP2.6, 1.1°C to 2.6°C under RCP4.5, 1.4°C to 3.1°C under RCP6.0 and 2.6°C to 4.8°C under RCP8.5. It is virtually certain that there will be more frequent hot and fewer cold temperature extremes over most land areas on daily and seasonal timescales, as global mean surface temperature increases. It is also very likely that heat waves will occur with a higher frequency and longer duration. Occasional cold winter extremes will continue to occur, due to the inherent variability within the climate system. Changes in precipitation patterns will not be uniform, but in general, scientists expect arid regions to become dryer while wetter areas can expect more frequent exceptional precipitation events. Oceans will continue to warm, with the greatest impacts occurring at the surface of tropical and northern hemisphere subtropical regions. Models also predict ocean acidification will increase for all RCP scenarios, where surface pH can be expected to decrease by 0.06 to 0.07 (15 to 17%) for RCP2.6 and 0.14 to 0.15 (38 to 41%) for RCP4.5. Year-round reductions in Arctic sea ice are projected for all RCP scenarios and it is virtually certain that near-surface (upper 3.5 m) permafrost extent at high northern latitudes will be reduced (37% - RCP2.6 to 81% - RCP8.5) as global mean surface temperature increases. Global mean sea level rise will very likely

continue at a faster rate than observed from 1971 to 2010. For the period 2081–2100 relative to 1986–2005, the rise will likely be in the ranges of 0.26 to 0.55 m for RCP2.6 and of 0.45 to 0.82 m for RCP8.5. It is very likely that the sea level will rise in more than about 95% of the ocean area, where about 70% of coastlines worldwide would experience a sea level change within ±20% of the global mean.

All climate model projections indicate future warming in Colorado. Statewide average annual temperatures are projected to warm by +2.5°F to +5°F by 2050 relative to a 1971–2000 baseline under RCP4.5. Under the high emissions scenario (RCP8.5), the projected warming is +3.5°F to +6.5°F and would occur later in the century as the two referenced scenarios diverge. Summer temperatures are projected to warm slightly more than winter temperatures, where the maximums would be similar to the hottest summers that have occurred in past 100 years. Precipitation projections are less clear, with individual models showing a range of changes by 2050 of -5% to +6% for RCP 4.5%, and -3% to +8% under RCP8.5. Nearly all of the models predict an increase in winter precipitation by 2050, although most projections of snowpack (April 1 SWE) show declines by mid-century due to the projected warming. Late-summer flows are projected to decrease as the peak shifts earlier in the season, although the changes in the timing of runoff are more certain than changes in the amount of runoff. In general, the majority of published research indicates a tendency towards future decreases in annual streamflow for all of Colorado's river basins. Increased warming, drought, and insect outbreaks, all caused by or linked to climate change, will continue to increase wildfire risks and impacts to people and ecosystems.

## The Carbon Budget

A growing body of analysis on coupled climate-carbon models have shown temperature is closely related to the total amount of $CO_2$ emissions released over time, where the cumulative emissions (i.e. the area under the curve), rather than the timing or shape of the emissions curve is more important for peak warming estimates. The IPCC's AR5 recently quantified the global "carbon budget" at 1,000 PgC, which represents the amount of carbon emissions humans can emit while still having a likely chance of limiting global temperature rise to 2 degrees Celsius above pre-industrial levels. As of 2015 the world had already emitted approximately 778 PgC or roughly 78% of the total budget over the last 250 years (period since industrialization began). If one assumes an emissions trajectory that tracks the RCP8.5 scenario, the world would exceed the remaining budget in approximately 30 years (2045). According to the EPA's 2016 GHG inventory report, the U.S. emitted 6,870 million metric tons of carbon dioxide equivalents in 2014, which represents approximately a 9% decline relative to 2005 emissions levels. Three sectors of the broader economy are responsible for a full 77% of the emissions (electricity generation - 30%, transportation - 26%, and industry - 21%). In terms of the IPCC carbon budget, the World Resource Institute estimates that 2011 global $CO_2$ emissions were approximately 35.7 billion metric tons or 9.73 PgC of carbon. At current emissions rates the remaining budget would be

exhausted in approximately 23 years. To meet the two degree temperature target, the U.S. would need to reduce annual GHG emissions by 83% relative to 2005 levels (7,228.3 Mt $CO_2$e, excluding land use and changes) by mid-century. Other nations would also have to follow suit, albeit at slightly different targeted rates that correspond to their emissions levels.

The Office of Natural Resources Revenue, U.S. Department of the Interior data shows that in 2015 total Federal (onshore) production of oil and gas in the country stood at approximately 719,083,022 bbls of oil and 4,594,061,773 thousand cubic feet (cf) of natural gas. The country as a whole (Federal and non-Federal) produced approximately 3,442,208,000 bbls of oil and 27,033,686 million cf of dry natural gas (U.S. Energy Information Administration). Federal oil and gas represents 21% and 17% for each resource respectively. Similarly, Federal minerals in Colorado represent 1.3% and 10% of Federal oil and gas, and 0.3% and 1.7% of total U.S. production. It is reasonable to assume that all of the oil and gas produced in the U.S. is combusted in some way, shape, or form and most likely within the broader parts of the economy as described above. Table XVI provides some context to what these downstream emissions would look like compared to the EPA reported 2014 data.

### Table XIV - 2015 Downstream GHG Statistics

| Sector | Oil Production (bbl) | Gas Production (Mcf) | $CO_2$ Emissions (tons) | $CH_4$(tons) | $N_2O$ (tons) | $CO_2$e (to |
|--------|---------------------|----------------------|-------------------------|--------------|---------------|-------------|
| BLM CO | 5,687,216 | 745,357,166 | 47,438,071 | 954.2 | 103.2 | 47,495,54 |
| U.S. Federal (onshore) | 166,359,758 | 3,237,611,195 | 273,541,438 | 6,834 | 973 | 274,022,7 |
| U.S. Total | 3,442,208,000 | 27,033,686,000 | 3,262,140,190 | 96,031 | 15,729 | 3,269,516 |

***Source:*** *Federal Onshore Production (ONNR), Total U.S. Production (USEITI), Total U.S. GHG Emissions (EPA 2014), GHG EFs (EPA 2014)*

As shown above, the BLM CO estimated downstream emissions are approximately 17% of the total federal emissions, and all federal downstream is approximately 8.4% of the U.S. total oil and gas combustion emissions on an annual basis. In 2015 the U.S. total estimated combustion emissions represent approximately 33% of the EPA's reported 2014 GHG emissions for the entire U.S. Presently, the 2014 U.S. emissions represent approximately 21.3% of the 2011 global emissions, and thus the BLM CO downstream portion of the global burden would be approximately 0.0147%. It is possible to project out the BLM CO emissions at current

BLM_0025668

rates (or as prepared for CARMMS) and determine our contribution to the cumulative climate change predictions (radiative forcing, concentration contributions, etc...) using the emissions as a surrogate, however, this data, like our U.S. and global contribution, would be insignificant with respect to the context of the issue. This statement is predicated on the belief that our scientific understanding of the climate system in its entirety is accurately represented by the current generation of climate change models, and that the model results would not show a significant change based on the cumulative absence of Federal oil and gas emissions cumulatively. In plain terms, the residual impacts of climate change analysis would essentially be the same without the Federal emissions as it would be with them, they are simply too insignificant on their own to have a likely effect at global scales. As Council on Environmental Quality (CEQ) guidance outlines, this is merely the nature of the issue (cumulative), and again, in plain terms it is an all or nothing prospect.

## Climate Change Mitigation

It is impossible to say with certainty exactly how society and governments will modify and balance their behaviors, lifestyles, technologies, and needs at the global scales required to mitigate or avoid the predicted impacts of climate change. It is entirely possible that an energy or policy breakthrough could enable emissions declines for any number of scenarios that could ultimately support either RCP scenario presented. Irrespective, effective implementation for any such breakthrough will require careful planning, such that the changes could be made with the least amount of disruption to society and economies a whole (this would include accounting for the projected climate change impacts themselves). From a practical implementation standpoint, it seems unlikely that world nations would be able to radically shift their economies, infrastructure, and alter the way energy is produced and used by 2020 such that emissions would decline in accordance with the analyzed RCP2.6 rates. However, the longer term viability of the scenario is possible with continuous technological and policy advancements. In general the 2.6 and 4.5 scenario contributions to both forcing and concentrations track closely through 2030 (true for all RCPs), such that aggressive reductions in GHG emissions after 2030 could produce similar desired consequences regardless of the initial track.

The BLM will follow CEQ guidance as applicable, and continue to analyze project level development and disclose impacts of Federal actions on a case by case basis.

- Authors

- Privacy and Terms

- User Agreement
VIEW TOC

**U.S. Department of the Interior**
**Bureau of Land Management**

# Colorado River Valley Field Office

# Record of Decision and Approved Resource Management Plan










**June 2015**

**BLM/CO/GI-15/003**



Colorado River Valley Field Office • COLORADO

BLM

This page intentionally left blank

BLM_0025671

# BLM's Mission

To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.

BLM_0025672

This page intentionally left blank

BLM_0025673

# Record of Decision

and

# Approved
# Resource Management Plan

for the

# Bureau of Land Management
# Colorado River Valley Field Office

BLM/CO/GI-15/003

Prepared by

United States Department of the Interior
Bureau of Land Management
Colorado River Valley Field Office
Silt, Colorado

June 2015

BLM_0025674

This page intentionally left blank

BLM_0025675



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Colorado State Office
2850 Youngfield Street
Lakewood, Colorado 80215-7210
www.co.blm.gov



In Reply Refer To:                    **JUN 1 2 2015**
1610 (CO-933)

Dear Reader:

We are pleased to announce that, after several years of hard work and collaboration, the Bureau of Land Management (BLM) has completed the Colorado River Valley Field Office Approved Resource Management Plan (RMP). The Approved RMP will provide guidance for the management of approximately 505,200 acres of BLM land and 701,200 acres of federal mineral estate administered by the Bureau of Land Management (BLM), primarily extending across Eagle, Garfield, Mesa, Pitkin and Routt counties.

The enclosed Record of Decision (ROD) and Approved RMP have been prepared in accordance with the Federal Land Policy and Management Act of 1976 and the National Environmental Policy Act of 1969, as amended. The approval of this ROD serves as the final decision for all land use planning and implementation decisions described in the enclosed Approved RMP.

The Proposed RMP/Final Environmental Impact Statement (EIS) was subject to a 30-day protest period that ended on May 5, 2014. Nineteen protest letters were received. The BLM Director reviewed and resolved all protests. No modifications were necessary as a result of the protests, but some clarifications were made and are discussed in Section 1.4 of the ROD. The 60 day Governor's consistency review period for the Proposed RMP/Final EIS, which ensures consistency with State government plans or policies, concluded May 24, 2014. The Governor did not identify any inconsistencies with State government plans or policies.

The ROD/Approved RMP is available at http://www.blm.gov/co/st/en/fo/crvfo.html. Limited printed copies or CD copies may be obtained from the Colorado River Valley Field Office, 2300 River Frontage Road, Silt, CO, 81652, or by calling (970) 876-9000.

The BLM greatly appreciates all those who contributed to the completion of the Colorado River Valley Field Office Approved RMP, particularly our cooperating agencies, which include federal, State and local governments; the BLM Northwest Resource Advisory Council (and subgroup members); and Native American Tribes. The extensive public interest and involvement in this planning process has ensured that the Approved RMP will sustain the health, diversity and productivity of BLM lands for the use and enjoyment of present and future generations.

Sincerely,

Ruth Welch
State Director

This page intentionally left blank

BLM_0025677

# TABLE OF CONTENTS

*Page*

**CHAPTER 1.  RECORD OF DECISION FOR THE COLORADO RIVER VALLEY
FIELD OFFICE APPROVED RESOURCE MANAGEMENT PLAN**

1.1.  INTRODUCTION ........................................................................................1

    1.1.1  Purpose and Need for the RMP Revision ............................................1

    1.1.2  Lands within the CRVFO Administrative Boundary...........................2

1.2.  ALTERNATIVES.....................................................................................4

    1.2.1  Draft RMP/Draft EIS .........................................................................4

    1.2.2  Proposed RMP/Final EIS ...................................................................4

    1.2.3  Alternatives Considered, But Not Further Analyzed ...........................4

    1.2.4  Alternatives Considered in Detail .......................................................5

1.3.  NOTICE OF CLARIFICATIONS ..........................................................6

    1.3.1   Notice of Clarifications to the Proposed RMP and Adopted by
this ROD and Approved RMP .........................................................................6

    1.3.2  Editorial, Organizational and Technical Changes to the  Approved
RMP and Appendices .....................................................................................6

    1.3.3  Clarification of the BLM and USFS Suitability Decisions..................7

    1.3.4  Clarification of How the BLM and USFS Intend To Interact with the
Stakeholder Group and Evaluate the Success of the Upper Colorado River
Wild and Scenic Stakeholder Group Management Plan................................8

1.4.  DECISIONS IN THE RESOURCE MANAGEMENT PLAN ...........10

    1.4.1  Types of Land Use Plan Decisions ....................................................10

    1.4.2  Implementation Decisions .................................................................11

    1.4.3  Valid Existing Rights.........................................................................11

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025678

1.5  MITIGATION MEASURES ................................................................................ 12

1.6  RMP AMENDMENTS, MONITORING, EVALUATION, AND
MAINTENANCE  ........................................................................................... 12

 1.6.1 RMP Amendments....................................................................................... 12

 1.6.2 RMP Monitoring.......................................................................................... 13

 1.6.3 RMP Evaluation.......................................................................................... 13

 1.6.4 RMP Maintenance ....................................................................................... 14

1.7  THE PLANNING PROCESS ........................................................................... 14

 1.7.1 Policies and Legislative Constraints ....................................................... 14

 1.7.2 Relationship to the Northwest Colorado BLM Greater
 Sage-Grouse Plan Amendment and EIS ........................................................ 15

1.8.  PUBLIC INVOLVEMENT IN THE PLANNING PROCESS .......................... 15

 1.8.1 Public Scoping ........................................................................................... 16

 1.8.2 Trails and Routes Data-Collection Workshops..................................... 16

 1.8.3 Public Review and Comment of the Draft RMP/ Draft EIS ................ 16

 1.8.4 Public Review and Protest of the Proposed RMP/Final EIS ............... 16

 1.8.5 Results of the Protest Period……………………………………………17

 1.8.6 Results of the Governor's Consistency Review...…………………….17

1.9.  COORDINATION AND CONSULTATIONS ................................................. 18

 1.9.1 Cooperating Agencies................................................................................ 18

 1.9.2 Tribal Consultation and Indian Trust Assets ....................................... 18

 1.9.3 Consultation Efforts with the Colorado State Historic Preservation
 Officer................................................................................................................. 19

 1.9.4 Resource Advisory Council ...................................................................... 19

 1.9.5 Upper Colorado River Wild and Scenic Stakeholder Group ............... 20

BLM_0025679

1.9.6  U.S. Fish and Wildlife Service Consultation ........................................21

1.9.7  Environmental Protection Agency Coordination..................................21

1.10   CONSIDERATIONS IN SELECTING THE COLORADO RIVER VALLEY FIELD OFFICE RESOURCE MANAGEMENT PLAN .........................22

1.10.1   Management in Accordance with FLPMA under the Principles of Multiple Use and Sustained Yield..............................................................22

1.10.2  Consistency with Existing Plans and Policies of Local, State, and Federal Agencies and Local Native American Tribes .............................22

1.11  AVAILABILITY OF THE COLORADO RIVER VALLEY FIELD OFFICE RESOURCE MANAGEMENT PLAN........................................................23

1.12  PLAN IMPLEMENTATION .................................................................23

1.13  APPROVAL ........................................................................................24

CHAPTER 2.  COLORADO RIVER VALLEY FIELD OFFICE APPROVED RESOURCE MANAGEMENT PLAN ..............................................................25

2.1  RESOURCE MANAGEMENT PLAN DECISIONS ........................................26

2.1.1 Decisions................................................................................................26

2.1.2 Maps and Appendices............................................................................27

2.1.3 Decisions by Program ...........................................................................29

I.  RESOURCES ...............................................................................29

Air .......................................................................................29

Soils.....................................................................................31

Water....................................................................................33

Vegetation ...........................................................................35

Fish and Wildlife.................................................................39

Special Status Species.........................................................46

BLM_0025680

Cultural Resources ................................................................. 55

Paleontological Resources ...................................................... 58

Visual Resources ................................................................... 59

Wildland Fire Management ...................................................... 61

Lands Managed for the Protection of Wilderness Characteristics ...................................................................... 62

Cave and Karst Resources ...................................................... 65

II.  RESOURCE USES .......................................................... 66

Forestry ................................................................................ 66

Livestock Grazing .................................................................. 68

Recreation and Visitor Services ............................................... 69

Comprehensive Trails and Travel Management .................... 102

Lands and Realty ................................................................. 106

Coal .................................................................................. 110

Minerals – Fluid Minerals ..................................................... 111

Minerals – Solid Minerals ..................................................... 113

III.  SPECIAL DESIGNATIONS ............................................. 115

Areas of Critical Environmental Concern .............................. 115

Wilderness Study Areas ........................................................ 131

Wild and Scenic Rivers ......................................................... 133

IV.  SUPPORT ................................................................... 136

Transportation Facilities ....................................................... 136

Public Health and Safety ...................................................... 137

# LIST OF APPENDICES

Appendix A.  Maps

Appendix B.  Stipulations Applicable to Fluid Mineral Development, Surface-Disturbing Activities, Surface Use, and Occupancy

Appendix C.  Management and Setting Prescriptions for Lands Managed for the Protection of Wilderness Characteristics

Appendix D.  Management and Setting Prescriptions for Caves

Appendix E.  Livestock Grazing Allotments

Appendix F.  Recreation and Visitor Services Management Framework for Special and Extensive Recreation Management Areas

Appendix G.  Travel Management

Appendix H.  Transportation Facilities: System Roads and Maintenance Levels

Appendix I.  Upper Colorado River Wild and Scenic Stakeholder Group Management Plan

Appendix J.  Implementation, Monitoring, and Evaluation

Appendix K.  Best Management Practices and Conservation Measures

Appendix L.  Colorado Air Resources Protection Protocol

BLM_0025682

# LIST OF FIGURES AND TABLES

Figure 1.1.  Location of Colorado River Valley Field Office................................................3

Table 1.1.  Acres by Surface Land Status within the Colorado River Valley Field Office
Administrative Boundary.......................................................................................................3

Table 1.2.  Cooperating Agencies........................................................................................18

Table 2.1.  Categories, Program and Abbreviations.............................................................26

Table 2.2.  List of Appendices.............................................................................................27

BLM_0025683

# LIST OF ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| ACEC | Area of critical environmental concern |
| AMP | Allotment management plan |
| APD | Application for permit to drill (oil and gas) |
| AQMP | Air quality management plan |
| ARMP | Air resources management plan |
| ARPA | Archaeological Resources Protection Act of 1979 |
| ATV | All-terrain vehicle |
| AUM | Animal-unit month |
| | |
| BCC | Birds of conservation concern |
| BLM | United States Department of the Interior, Bureau of Land Management |
| BLM lands | Surface acres administered by the Bureau of Land Management |
| BMP | Best management practice |
| BOR | United States Department of the Interior, Bureau of Reclamation |
| | |
| CARPP | Comprehensive Air Resources Protection Protocol |
| CDOW | Colorado Division of Wildlife (In 2011, this agency changed its name to Colorado Parks and Wildlife (CPW).) |
| CDPHE | Colorado Department of Public Health and Environment |
| CEQ | Council on Environmental Quality |
| CFR | Code of Federal Regulations |
| COA | Condition of approval |
| COGCC | Colorado Oil and Gas Conservation Commission |
| CPW | Colorado Parks and Wildlife (formerly CDOW -- Colorado Division of Wildlife.) |
| CSU | Controlled surface use |
| CRCT | Colorado River cutthroat trout |
| CRVFO | Colorado River Valley Field Office |
| CTTM | Comprehensive trails and travel management |
| CWA | Clean Water Act of 1977 |
| | |
| DOE | United States Department of Energy |
| DOI | United States Department of the Interior |
| EA | Environmental assessment |
| EIA | United States Energy Information Agency |
| EIS | Environmental impact statement |
| EPA | United States Environmental Protection Agency |

BLM_0025684

| | |
|---|---|
| **ERMA** | Extensive recreation management area |
| **ESA** | Endangered Species Act of 1973 |
| **ESR** | Emergency stabilization and rehabilitation |
| | |
| **FAR** | Functioning at risk |
| **FEIS** | Final environmental impact statement |
| **FLPMA** | Federal Land Policy and Management Act of 1976, as amended |
| **FMC** | Fire management class |
| **FMP** | Fire management plan |
| **FMU** | Fire management unit |
| **FMZ** | Fire management zone |
| **FS** | United States Department of Agriculture, Forest Service |
| **FR** | Federal Register |
| **FRCC** | Fire regime condition class |
| **FT** | Federally threatened species |
| | |
| **GIS** | Geographic information system |
| **GJFO** | Grand Junction Field Office |
| **GMU** | Game management unit |
| **GSFO** | Glenwood Springs Field Office |
| **GSRA** | Glenwood Springs Resource Area |
| | |
| **IBLA** | Interior Board of Land Appeals |
| **IDT** | Interdisciplinary team |
| **IM** | Instruction memorandum |
| **IMP** | Integrated management plan (weeds) |
| | |
| **KFO** | Kremmling Field Office |
| | |
| **LAU** | Lynx analysis unit |
| **LCAS** | Lynx conservation and assessment strategy |
| **LHA** | Land health assessment |
| **LN** | Lease notice (oil and gas) |
| **LUP** | Land use plan |
| | |
| **MBF** | One thousand board feet |
| **MBTA** | Migratory Bird Treaty Act |
| **MDP** | Master development plan |

BLM_0025685

| | |
|---|---|
| **NEPA** | National Environmental Policy Act of 1969, as amended |
| **NESHAPs** | National Emission Standards for Hazardous Air Pollutants |
| **NF** | Nonfunctional or not functioning |
| **NHPA** | National Historic Preservation Act of 1966 |
| **NRHP** | National Register of Historic Places |
| **NOA** | Notice of availability |
| **NOI** | Notice of intent |
| **NRCS** | United States Department of Agriculture, Natural Resources Conservation Service |
| **NRHP** | National Register of Historic Places |
| **NSO** | No surface occupancy or surface-disturbing activities |
| **NWSRS** | National Wild and Scenic Rivers System |
| **OHV** | Off-highway vehicle |
| **ORV** | Outstandingly remarkable value |
| **PFC** | Properly functioning condition (land health) |
| **PSQ** | Probable sale quantity |
| **RAC** | Resource advisory council |
| **RFD** | Reasonably foreseeable development |
| **RFFA** | Reasonably foreseeable future action |
| **RMA** | Recreation management area |
| **RMP** | Resource management plan |
| **RMPA** | Resource management plan amendment |
| **RMZ** | Recreation management zone |
| **ROD** | Record of decision |
| **ROS** | Recreational opportunity spectrum |
| **ROW** | Right-of-way (lands and realty) |
| **RSC** | Recreation setting characteristics |
| **SHPO** | State Historic Preservation Office |
| **SNPC** | Significant natural plant communities |
| **SOP** | Standard operating procedure |
| **SRMA** | Special recreation management area |
| **SRP** | Special recreation permit |
| **Stakeholder Group** | Upper Colorado River Wild and Scenic Stakeholder Group |

BLM_0025686

| | |
|---|---|
| **SWA** | State wildlife area |
| **TL** | Timing limitation (seasonal restriction) |
| **UCR** | Upper Colorado River |
| **U.S .** | United States |
| **U.S.C.** | United States Code |
| **USDA** | United States Department of Agriculture |
| **USDOI** | United States Department of the Interior |
| **USFS** | United States Department of Agriculture, Forest Service |
| **USFWS** | United States Department of the Interior, Fish and Wildlife Service |
| **USGS** | United States Geological Survey |
| **VRM** | Visual resource management |
| **WRNF** | United States Department of Agriculture, Forest Service, White River National Forest |
| **WSA** | Wilderness study area |
| **WSR** | Wild and scenic river |
| **WUI** | Wildland urban interface |

BLM_0025687

# CHAPTER 1

# RECORD OF DECISION FOR THE
# COLORADO RIVER VALLEY FIELD OFFICE
# APPROVED RESOURCE MANAGEMENT PLAN



This page intentionally left blank

BLM_0025689

## 1.1 INTRODUCTION

This Record of Decision (ROD) and Approved Resource Management Plan (Approved RMP) were prepared by the Bureau of Land Management (BLM) Colorado River Valley Field Office (CRVFO) in Silt, Colorado. These documents are the culmination of a multi-year planning effort to revise the 1984 Glenwood Springs Resource Area RMP, as amended. BLM prepared these documents in accordance with the National Environmental Policy Act of 1969, as amended (NEPA), the Federal Land Policy and Management Act of 1976, as amended (FLPMA), implementing regulations, the BLM's Land Use Planning Handbook (H-1601-1), and other applicable law and policy. The management of BLM lands and Federal mineral estate administered by BLM within the CRVFO boundaries (from this point forward referred to as the CRVFO) is the subject of this document. This ROD documents the approval of the attached Colorado River Valley RMP, which provides overall direction for management of all resources on BLM lands and Federal mineral estate within the CRVFO except the Roan Plateau portion of the CRVFO.

### 1.1.1 PURPOSE AND NEED FOR THE RMP REVISION. The CRVFO RMP provides broad-scale direction for the management of public lands and resources. RMP decisions may be changed only through the amendment or revision processes. The purpose of the revision to the current RMP is to ensure that public lands are managed in accordance with the intent of Congress, as stated in FLPMA, under the principles of multiple use and sustained yield. This will be accomplished by establishing desired goals and objectives, allowable uses, and management actions needed to achieve the desired conditions for resources and resource uses. RMPs incorporate new data, address land use issues and conflicts, specify where and under what circumstances particular activities would be allowed on BLM lands, and incorporate the mandate of multiple uses in accordance with FLPMA. RMPs do not describe how particular programs or projects would be implemented or prioritized and funded; rather, those decisions are deferred to more detailed implementation-level planning.

FLPMA requires that the BLM "develop, maintain, and when appropriate, revise land use plans" (43 U.S.C., 1712 [a]). There was a need to revise the CRVFO RMP in response to new issues that have arisen since the original plan was prepared in 1984 and to higher levels of controversy around existing issues. There was also the need to revise the RMP to allow for updated BLM management direction, guidance, and policy. In addition, new resource assessments and scientific information have become available to help the CRVFO revise previous decisions and address increased uses and demands on BLM lands (such as oil and gas development and recreation), as well as the protection of natural and cultural resources.

BLM_0025690

Examples of management challenges and demands on resources contributing to the revision of the current RMP include:

- Managing recreation and visitor services to provide a variety of recreation opportunities that maximize socioeconomic benefits for participants and communities while protecting natural and cultural resources
- Establishing and managing special designations to protect the natural and cultural resources, maximize recreational opportunities, and produce socioeconomic benefits
- Managing energy development, particularly regarding the designation of lands available for fluid minerals leasing and the application of lease stipulations, to protect cultural and natural resources and minimize user conflicts
- Managing vegetation to reduce hazardous fuel loading, to control and prevent the spread of invasive and noxious weeds, and to maintain a healthy forest ecosystem
- Maintaining wildlife habitats while managing for multiple BLM land uses
- Managing sagebrush habitat to reduce continued habitat loss and fragmentation
- Managing surface water and groundwater resources to maintain and improve habitat, improve water quality, protect drinking water sources, and help meet and maintain local and regional water delivery compacts
- Addressing increased population growth and concurrent developments ranging from "bedroom" communities to international tourist designations such as Aspen and Vail
- Addressing public concerns over scenic quality and open spaces
- Incorporating increased public interest in protecting natural and cultural resources.

**1.1.2  LANDS WITHIN THE CRVFO ADMINISTRATIVE BOUNDARY.**  The CRVFO is located in north-central Colorado and is an administrative unit in BLM Colorado's Northwest District (Figure 1.1).  The CRVFO administrative boundary comprises lands managed by the BLM; the USFS; the United States Department of the Interior (USDOI) Bureau of Reclamation (BOR); the United States Department of Energy (DOE); and the State of Colorado. The CRVFO also includes private land. Together, the Federal, State, and private lands within the CRVFO include over 2.9 million acres.  Table 1.1 shows acres of surface land ownership within the CRVFO administrative boundary.

Decisions in this Approved RMP apply to surface lands and Federal mineral estate under the administration of the BLM CRVFO.  The Roan Plateau portion of the CRVFO was not included in this Approved RMP.  Decisions for the Roan Plateau area are being made in a separate planning process.

BLM_0025691

**Figure 1.1.  Location of Colorado River Valley Field Office.**



**Table 1.1.  Acres by Surface Land Status within the Colorado River Valley Field Office Administrative Boundary.**

| Land Status | Acres | Percentage of Area |
|---|---|---|
| BLM | 567,000 | 19% |
| USFS | 1,499,700 | 52% |
| BOR | 1,600 | <1% |
| Colorado Parks and Wildlife (CPW) | 20,200 | <1% |
| State (other than CPW) | 8,200 | <1% |
| DOE | 200 | <1% |
| Private | 811,300 | 28% |
| **TOTAL** | 2,908,400 | 100% |

BLM_0025692

## 1.2  ALTERNATIVES

NEPA requires the development and consideration of a reasonable range of management alternatives, including a No Action Alternative, to analyze impacts and guide decision makers in developing and selecting the Approved RMP.  All alternatives must be viable and reasonable.

### 1.2.1  DRAFT RMP/DRAFT EIS.  

Four management alternatives were developed for the Draft RMP/Draft EIS to fulfill the purpose and need, to meet the multiple use mandates of the FLPMA; (43 U.S.C. 1716), and to address identified planning issues. Each action alternative was designed to respond to the planning issues differently, providing a range of possible management approaches that the BLM could implement. That difference between alternatives was created by varying possible goals, objectives, allowable use, and management action decisions, and to a lesser degree, by varying implementation decisions such as travel route designations.  Each alternative stood alone as a potential RMP.

### 1.2.2  PROPOSED RMP/FINAL EIS.  

Based on substantive comments from other governmental agencies and the public on the Draft RMP/Draft EIS, the BLM prepared a Final EIS, which includes identification of a Proposed RMP.  The Preferred Alternative (Alternative B) in the Draft RMP/Draft EIS was revised as the result of evaluating comments received on the Draft RMP/Draft EIS, and was identified as the Proposed RMP (Alternative B).   The Final EIS also incorporated the other alternatives (Alternatives A, C, and D) analyzed in the Draft RMP/Draft EIS, with editorial changes, technical changes, and factual corrections made as appropriate.  The BLM also added supplemental information to the affected environment section (Chapter 3), and improved the analysis of alternatives (Chapter 4) based on external and internal comments.

### 1.2.3  ALTERNATIVES CONSIDERED, BUT NOT FURTHER ANALYZED.  

The following alternatives and management options were considered as possible ways of resolving resource management issues and conflicts but were eliminated from detailed analysis because they were unreasonable or not practical for technical, legal, or policy reasons.  Specific alternatives considered but not carried forward for detailed analysis are as follows:

- Implement Exclusive Use or Protection
- Designate Entire Decision Area as either Open or Closed to Off-Highway Vehicle Use
- Place Moratorium on Land Exchanges
- Designate Additional Wilderness Study Areas
- Revoke Withdrawals of Oil Shale Resources on BLM Lands

BLM_0025693

- Close Entire Decision Area to Livestock Grazing

**1.2.4  ALTERNATIVES CONSIDERED IN DETAIL.** The Proposed RMP/Final EIS analyzes the four alternatives (A through D) considered in detail.  The four alternatives represented four management directions that could be taken in resolving the issues identified through the scoping process.  Each alternative was intended to be consistent with law, regulation, and policy while providing varying levels of compatible resource uses and development opportunities.  The alternatives developed and analyzed during the planning process reflected a reasonable range of potential management actions.  General overviews of each alternative are provided below.

**Alternative A (No Action Alternative).**  The No Action Alternative, Alternative A, is a continuation of the present management direction and current prevailing conditions and is based on existing planning decisions and amendments. This alternative meets the requirements of NEPA (40 CFR 1502.14) that a no action alternative be considered; "no action" means that current management practices, based on existing RMPs and other management decision documents, would continue.  Goals and objectives for BLM-managed land resources and resource uses would be based on the existing RMP, subsequent RMP amendments, and activity- or implementation-level plans.  The emphasis would be on maintaining the land management direction for physical, biological, cultural, and historic resource values, along with recreational, social, and economic land uses.  Direction contained in laws, regulations, and BLM policies that supersede provisions of the existing RMPs and amendments would be implemented.

**Alternative B (Proposed RMP).**  Alternative B (Proposed RMP) in the Final EIS used the Alternative B (Preferred Alternative) from the Draft RMP/Draft EIS as its foundation.  It carries the same theme as Alternative B found in the Draft RMP/Draft EIS but includes elements of the other alternatives analyzed in the Draft RMP/Draft EIS.  Alternative B seeks to allocate limited public land resources among competing human interests, land uses, and the conservation of natural and cultural resources.  Goals and objectives would focus on environmental, economic, and social outcomes achieved by strategically addressing demands across the landscape.  Management direction would be broad to accommodate a variety of values and uses.  Decisions under this alternative would seek to provide an overall balance between the protection, restoration, and enhancement of natural and cultural values, while allowing resource use and development in existing or reasonable locations.

**Alternative C.**  Alternative C emphasizes improving, rehabilitating, and restoring resources, and sustaining the ecological integrity of habitats for all priority plant, wildlife, and fish species, particularly the habitats needed for the protection, recovery, and enhancement of federally listed, proposed, or candidate threatened and endangered plant and animal species.  Goals and objectives focus on environmental and social outcomes achieved by sustaining relatively unmodified physical landscapes and natural and cultural resource values for current and future generations.  In some areas, commodity production or resource uses would be excluded to protect sensitive

BLM_0025694

resources.

**Alternative D.** Under Alternative D, an appropriate mix of uses on BLM-managed lands and Federal mineral estate would be allowed based on making the most of resources that target social and economic outcomes, while protecting land health. Management direction would recognize and expand existing uses, and accommodate new uses to the greatest extent possible. The appropriate development scenarios for allowable uses (such as mineral leasing, locatable mineral development, recreation, communication sites, and livestock grazing) would emphasize maximizing resource production in an environmentally responsible manner, while maintaining the basic protection needed to sustain resources. Constraints on commodity production would be the least restrictive, while still complying with applicable laws, regulations, and BLM policies.

## 1.3  NOTICE OF CLARIFICATIONS

### 1.3.1  NOTICE OF CLARIFICATIONS TO THE PROPOSED RMP AND ADOPTED BY THIS ROD AND APPROVED RMP. The following clarifications are made to the Proposed RMP/Final EIS and reflected in the attached Approved RMP.  As described below, these clarifications are not considered significant changes.

### 1.3.2  EDITORIAL, ORGANIZATIONAL AND TECHNICAL CHANGES TO THE APPROVED RMP AND APPENDICES. Based on internal review by the BLM, minor changes were made to the Proposed RMP.  The Proposed RMP was reorganized in order to present the Approved RMP in a decision document format.  Each decision was numbered by program and type (e.g., goal, objective, management action/allowable use). Management actions and allowable uses were re-ordered to facilitate numbering and readability.  An introduction was included (Sections 2.1.1 and 2.1.2) to explain how the Approved RMP is structured.  Appendices, similar to what was in the Proposed RMP/Final EIS, were attached to support the decisions in the Approved RMP.

Besides editorial changes, errors in the Proposed RMP were corrected and language was added to improve clarity as described below.

- BLM travel route identification numbers within lands managed for wilderness characteristics were corrected in the text for the Thompson Creek unit.  Similarly, BLM travel route identification numbers were also provided in the text for designated routes within the Pisgah Mountain unit.  The Approved RMP (decision number - WIL-IMP-05) and Appendix C - Management and Setting Prescriptions for Lands Managed for the Protection of Wilderness Characteristics now contains the following:
  - As identified in the route designations, within the Thompson Creek unit; 1) routes 8271 and 8276 (Lorax Trail) would be designated as open to

BLM_0025695

mechanized travel; and 2) route 8275 (loop road) would be designated as open to motorized travel.
  o As identified in the route designations, within the Pisgah Mountain unit; routes 8520, 8535, 8535A, 8536, 8537 and 8537C (administrative route) would be designated as open to motorized travel.
- To facilitate grazing administration, the BLM CRVFO will only combine 10 adjacent allotments instead of 11 as described in the Proposed RMP (decision number GRZ-MA-01). Site visits determined that it was not feasible to combine the Prince Allotment to adjacent allotments due to existing fencing.
- A minor correction was made to the southeast boundary of the Hardscrabble-East Eagle Special Recreation Management Area - Recreation Management Zone (RMZ) 1 (decision number REC-MA-01a). The RMZ boundary was corrected in the Approved RMP to not extend south of the Trail Gulch Road.
- The word "except" was missing from the first bullet in decision number REC-MA-11 in the Proposed RMP. Decision number REC-MA-11 now correctly states "Except in the Red Hill SRMA and the Bocco Mountain ERMA, the CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years".
- Explicatory language was added to decision number TRV-MA-06 to explain that on-going monitoring of dispersed camping sites, parking, and other dispersed uses is conducted to protect resources and address safety concerns. As funding is available, the CRVFO will continue to monitor dispersed visitor use. Based on this monitoring, BLM will evaluate resource and safety concerns to determine if and where additional implementation-level travel restrictions are necessary.
- Wildland fire management within areas of critical environmental concern (ACECs) was clarified by noting that the use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer. However, when lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

Technical information in the form of geographic information system (GIS) data were checked and updated with the most current resource data. So the Approved RMP and appendices contain the most current acreage and mileage figures. All GIS data will be continuously updated through the life of the Approved RMP.

### 1.3.3 CLARIFICATION OF THE BLM AND USFS SUITABILITY DECISIONS. In
Chapter 2 of the Proposed RMP/Final EIS, the BLM and USFS decided to rely upon on an alternative river management plan proposed by the Upper Colorado River Wild and Scenic Stakeholder Group for Colorado River Segments 6 and 7 (BLM) and Colorado River Segments 1 and 2. The stakeholder group sent a letter to BLM and USFS dated May 1, 2014, that requested clarification of the BLM and USFS suitability decisions.

The BLM and USFS provide the following clarifications for these river segments:

1. Suitability determinations for these segments have been deferred. The "deferred" status applies even though there may be locations in the text of the planning documents that erroneously referred to these segments as "suitable" after the decision is made to rely upon the stakeholder plan. The "deferred" status applies even though there may be locations in the planning documents that did not clearly identify Alternative B2 as the Proposed Plan.
2. Even though a suitability determination has been deferred, the river segments will remain under "eligible" status.
3. The BLM and USFS will make a suitability determination for these stream segments only under the following conditions:
    - The BLM and USFS, after consulting with the stakeholder group, conclude that the stakeholder group plan is not sufficiently protecting, outstanding remarkable values (ORVs), free-flowing condition, classification and water quality in the river segments to comply with USFS and BLM policy regarding eligible rivers; or
    - The stakeholder group plan is terminated by the members of the stakeholder group.
4. If BLM and USFS conclude that a suitability determination is required under the conditions above, the suitability determination will be made through a standard land use plan amendment process. The land use plan amendment process will allow members of the public and the stakeholder group to provide comment and feedback to the BLM and USFS on the merits of suitability, including comments expressing opposition to or support of a finding of suitability.

### 1.3.4 CLARIFICATION OF HOW THE BLM AND USFS INTEND TO INTERACT WITH THE STAKEHOLDER GROUP AND EVALUATE THE SUCCESS OF THE UPPER COLORADO RIVER WILD AND SCENIC STAKEHOLDER GROUP MANAGEMENT PLAN.

The stakeholder group sent a letter to the BLM and USFS dated May 1, 2014, that strongly supported BLM's decision to adopt the stakeholder plan, but that also requested clarification of how the BLM and USFS intend to interact with the stakeholder group and evaluate the success of the stakeholder plan. The BLM and USFS set forth procedures for interacting with the stakeholder group and evaluating the success of the stakeholder plan as part of the Wild Scenic Rivers Suitability Report. The following clarifications are made to the procedures outlined in the suitability report:

1. The Suitability Report contains a provision for "certification" of the stakeholders' intent to make contributions to the Endowment Fund within six months of the report. [See Final Suitability Report pp. 3-55, 3-68, 3-120, 3-133, 8-20, and 8-32]. The BLM and USFS clarify that this provision would be satisfied by execution of a

BLM_0025697

"Memorandum of Understanding for Participation in the Upper Colorado River Wild and Scenic Stakeholder Group Management Plan" (SG MOU) by a sufficient number of entities that all interest groups specified in the stakeholder plan would be represented.

2. The Suitability Report states that the Endowment Fund will be "used exclusively for projects and studies that protect and enhance the ORVs." [See p. 3-51 and p. 3-55]. The BLM and USFS clarify that the endowment fund will be used in a manner consistent with the limitations on use contained in Sections VIII.A.3 and VIII.A.4 of the stakeholder plan, which state that the endowment fund will be used for projects and associated efforts, which will further the preservation, protection, or enhancement of the ORVs.

3. The Suitability Report refers to development of an ORV indicator for the botanical ORV in Colorado River Segment 6 [See Final Suitability Report pp. 3-54, 3-67, 3-119, 3-132, 8-19, and 8-31]. The BLM and USFS clarify that the stakeholder group annual monitoring report should address how the management measures under the stakeholder plan, in coordination with the BLM and USFS other land management actions, are protective of the botanical values and other ORVs.

4. The Suitability Report and CRVFO Proposed RMP/Final EIS refers to the stakeholder group development of cooperative measures that "comprehensively address the status and trends of the ORVs present within Glenwood Canyon" that "are supported and implemented by major water users within the Eagle River watershed, such as the City of Aurora, Colorado Springs Utilities, and other participants in the Eagle River MOU." [See Final Suitability Report pp. 3-55, 3-68, 3-120, 3-133, 8-20, 8-32; CRVFO Proposed RMP/Final EIS, p. 4-705]. The BLM and USFS clarify that the long term measures and cooperative measures process should be implemented within the Eagle River watershed consistent with the requirements of the stakeholder group plan, and the status and trends in Segment 7 will be addressed in the stakeholder group annual report to the BLM and USFS.

5. The documents establish an interdisciplinary team to conduct an annual review to determine progress and concerns related to Plan effectiveness. The BLM and USFS clarify that the agencies envision this as an interactive process whereby the interdisciplinary team will work with the stakeholder group and will bring any preliminary concerns to the stakeholder group before finalizing their recommendations to BLM and USFS management.

6. The Suitability Report states that the stakeholder group plan contains provisions for elevating certain issues to BLM and USFS. [See Final Suitability Report pp. 3-51, 3-64, 3-116, 3-129, and 8-15]. The BLM and USFS clarify that the agencies will participate as non-voting members of the stakeholder group plan's governance committee and will utilize that forum to resolve issues that are critical to the success of the stakeholder plan.

BLM_0025698

7. The Suitability Report describes the "resource guides" utilized by the stakeholder group as establishing ranges for factors such as flow rates, water temperature, and water quality that are generally thought to be supportive of maintenance of the ORVs (See Final Suitability Report pp. 3-50, 3-63, 3-115, 3-128, 8-15, and 8-27). The BLM and USFS clarify that their understanding of the Resource Guides is that the "resource guides" establish ranges for factors such as flow rates, water temperature, and water quality that serve as one source of information for management of the ORVs under the stakeholder plan.

## 1.4 DECISIONS IN THE RESOURCE MANAGEMENT PLAN

### 1.4.1 TYPES OF LAND USE PLAN DECISIONS.
Land use plan decisions for BLM fall into two categories: desired outcomes (goals and objectives) and allowable (including restricted or prohibited) uses and actions anticipated to achieve desired outcomes.

**Desired Outcomes.**  Land use plans must identify desired outcomes expressed in terms of specific goals and objectives.  Goals and objectives direct the BLM's actions in most effectively meeting legal mandates; numerous regulatory responsibilities; national policy, including the DOI Strategic Plan goals; State Director guidance (see 43 CFR 1610.0-4 (b)); and other resource or social needs.

*Goals* are broad statements of desired outcomes that usually are not quantifiable.

*Objectives* identify specific desired outcomes for resources. Objectives are usually quantifiable and measurable and may have established time frames for achievement (as appropriate).

**Allowable Uses and Management Actions.**  After establishing desired outcomes, the BLM identifies allowable uses (land use allocations) and management actions for different alternatives that are anticipated to achieve the goals and objectives.

*Allowable Uses.*  Land use plans must identify uses, or allocations, that are allowable, restricted, or prohibited on the public lands and mineral estate.  These allocations identify surface lands and/or subsurface mineral interests where uses are allowed, including any restrictions that may be needed to meet goals and objectives.  Land use plans also identify lands where specific uses are excluded to protect resource values.  Certain lands may be open or closed to specific uses based on legislative, regulatory, or policy requirements or criteria to protect sensitive resource values.

*Management Actions.* Land use plans also identify the actions anticipated to

BLM_0025699

achieve desired outcomes, including actions to maintain, restore, or improve land health.  These actions include proactive as well as measures or criteria that will be applied to guide day-to-day activities occurring on public land.  Land use plans also establish administrative designations such as ACECs, recommend proposed withdrawals, land tenure zones, and recommend or make findings of suitability for congressional designations (such as components of the National Wild and Scenic River System).

**1.4.2  IMPLEMENTATION DECISIONS.**  BLM is using this decision document to approve the RMP (land use plan decisions) decisions as well as the identified implementation decisions.  Implementation decisions take action to implement land use plan decisions. Implementation decisions generally constitute the BLM's final approval allowing on-the-ground actions to proceed and require appropriate site-specific planning and NEPA analysis.  Such decisions may be incorporated into implementation plans (activity or project plans) or may exist as stand-alone decisions.

Unlike land use plan decisions, implementation decisions are not subject to protest under the planning regulations.  Instead, implementation decisions are subject to various administrative remedies, particularly appeals to the IBLA (under 43 CFR 4.410). Where implementation decisions are made as part of the land use planning process, they are still subject to the appeals process or other administrative review as prescribed by the specific resource program regulations after the BLM resolves the protests to land use plan decisions and makes a decision to adopt the RMP.  Implementation level decisions may be appealed to the Interior Board of Land Appeals, Office of the Secretary, in accordance with the regulations contained in 43 CFR, Part 4.

For example, the designation of a specific route is an implementation level decision, rather than a land use plan decision. Consequently, individual route designations are subject to a separate appeals process. All route designations within the CRVFO (and associated travel decisions) are finalized with this ROD and may be appealed at this time.

Except for route designation decisions and recreation and visitor services decisions concerning group size limitations, camping regulations and climbing restrictions; the implementation decisions identified in the Approved RMP will all require future site-specific planning and further NEPA analysis before they are implemented. Those decisions are appealable when the site-specific NEPA analysis is approved.

**1.4.3  VALID EXISTING RIGHTS.**  Because of the long history of public land management, there are numerous rights and privileges that have been established on public lands under law, regulation, or planning decisions.  The decisions included in this ROD and Approved RMP supersede the 1984 Glenwood Springs RMP and its subsequent amendments.  Beyond the revised decisions in the Approved RMP, all BLM lands and

BLM_0025700

Federal mineral estate within the CRVFO remain subject to valid existing rights as well as subject to the stipulations and conditions of approval (COAs) associated with the given right at the time it was granted, including the right of reasonable access to surface and sub-surface parcels leased for the development of the mineral interest.

Oil and gas lease stipulations and lease notices in the Approved RMP would be applied to all new leases and to expired leases that are reissued. On existing leases, the BLM would seek voluntary compliance or would develop COAs for applications for permits to drill (APDs) or other authorizations, consistent with valid existing rights, to achieve resource objectives of lease stipulations contained in this RMP.

## 1.5 MITIGATION MEASURES

All practicable means to avoid or minimize environmental harm, commensurate to the landscape-level of planning, are included in the Approved RMP and appendices. In developing the alternatives, BLM used a variety of management methods and tools, including the identification of allowable uses, temporal, spatial, and/or methodological restrictions on uses, where specific uses would be prohibited, and specific actions that are needed to achieve the goals and objectives. Restrictions on land uses include seasonal closures, stipulations on surface disturbances, and the application of best management practices (BMPs).

Appendix K provides a list of BMPs that are applicable to land use activities authorized by the CRVFO. BMPs are state-of-the-art mitigation measures that may be applied on a site-specific basis to avoid, minimize, reduce, rectify, or compensate for adverse environmental or social impacts of land use activities. The BMPs included in this RMP are not intended to be a complete list but are displayed to show land use project proponents examples of commonly used practices the CRVFO may require to reduce impacts of surface-disturbing activities, use or occupancy. More explicit BMPs based on local conditions and resource-specific concerns could be developed once a specific proposal is being evaluated through the environmental analysis process. Additional BMPs can be proposed by project applicants for activities on BLM lands.

## 1.6 RMP AMENDMENTS, EVALUATION, MAINTENANCE AND MONITORING

**1.6.1 RMP AMENDMENTS.** RMP decisions are subsequently changed through either a plan amendment or another RMP revision. The process for conducting plan amendments is basically the same as the land use planning process used in developing or revising RMPs. The primary difference is that circumstances may allow for completing a

BLM_0025701

plan amendment through the environmental assessment (EA) process, rather than through an EIS. Plan amendments (43 CFR 1610.5-5) change one or more of the terms, conditions, or decisions of an approved land use plan. Plan amendments are most often prompted by the need to consider a proposal or action that does not conform to the plan; implement new or revised policy that changes land use plan decisions; respond to new, intensified, or changed uses on BLM land; and consider significant new information from resource assessments, monitoring, or scientific studies that change land use plan decisions.

**1.6.2   RMP MONITORING.**   Land-use plan decision monitoring is a continuous process occurring over the life of the RMP. The aim is to maintain a dynamic RMP. Monitoring data are collected, examined, and used to draw conclusions on (1) whether planned actions have been implemented in the manner prescribed by the RMP (implementation monitoring), (2) whether RMP allowable use and management action decisions and the resultant implementation actions are effective in achieving program specific objectives or desired outcomes (effectiveness monitoring), and (3) calculating the cost of delivering a service or product (efficiency monitoring by program elements). Conclusions are then used to make recommendations on whether to continue current management or determine what changes need to be made to implementation practices to better achieve RMP decisions. Indicators, methods, locations, units of measures, frequency, and action triggers can be established by national policy guidance, in RMPs, or by technical specialists in order to address specific issues.

Based on staffing and funding levels, monitoring is annually prioritized consistent with the goals and objectives of the RMP. BLM may work in cooperation with local, State, and other Federal agencies or use data collected by other agencies and sources when appropriate and available.

**1.6.3   RMP EVALUATION.**   In accordance with the BLM's *Land Use Planning Handbook* (H-1601-1), the approved RMP will be evaluated periodically to determine whether the land use plan decisions and NEPA analysis are still valid and whether the plan is being implemented effectively. More specifically, the RMP will be evaluated to determine if (1) the decisions remain relevant to current issues, (2) decisions are effective in achieving or making progress toward achieving the desired outcomes specified in the plan, (3) any decisions in need of revision, (4) any decisions that need to be dropped from further considerations, and (5) any areas requiring new decisions.

In making these determinations, the evaluation will consider whether mitigation measures—such as those presented the Approved RMP—are satisfactory, whether there are significant changes in the related plans of other entities, and whether there is significant new information.

BLM_0025702

In addition to periodic evaluations, special evaluations may also be required to review unexpected management actions or significant changes in the related plans of Native American tribes, other Federal agencies, and State and local governments, or to evaluate legislation or litigation that has the potential to trigger an amendment or revision to the RMP. Evaluations may identify resource needs and means for correcting deficiencies and addressing issues through plan maintenance, amendments, or revisions. They should also identify where new and emerging issues and other values have surfaced.

**1.6.4 RMP MAINTENANCE.** During the life of the RMP, the BLM expects that new information gathered from field inventories and assessments, other agency studies, and other sources will update geographic information system (GIS) data and BMPs. To the extent that this new information or actions address issues covered in the plan, the BLM will integrate the data through plan maintenance. BLM regulations in 43 CFR 1610.5-4 provide that RMP decisions and supporting actions can be maintained to reflect minor changes in data. Maintenance is limited to further refining, documenting, or clarifying a previously approved decision incorporated in the plan. Maintenance must not expand the scope of resource uses or restrictions or change the terms, conditions, and decisions of the approved RMP. For example, adjusting the parameters of special status species habitat based on new inventory information or adjusting fire management polygons due to changes in fuel source or urban interface patterns would be reasonable maintenance actions.

Maintenance may be especially necessary to update acreage figures presented throughout the RMP. Acreages are based on GIS data, which is subject to constant refinement. Any potential discrepancies within the acreage figures or future refinements in the data may be corrected or updated in the RMP through plan maintenance.

## 1.7 THE PLANNING PROCESS

**1.7.1 POLICIES AND LEGISLATIVE CONSTRAINTS.** FLPMA is the primary authority for the BLM to manage public lands. This law establishes provisions for land use planning, land acquisition and disposition, administration, rangeland management, rights-of-way, and designated management areas, and for the repeal of certain laws and statutes. NEPA provides the basic national charter for environmental responsibility, and requires the consideration and public availability of information on the environmental impacts of major Federal actions significantly affecting the quality of the human environment. In concert, FLPMA and NEPA provide the overarching guidance for all activities on BLM lands.

RMPs are the primary mechanism for guiding BLM activities so that the mission and goals outlined in the BLM Strategic Plan are achieved. See the BLM's *Land Use*

BLM_0025703

*Planning Handbook* (H-1601-1) for program-specific guidance. RMPs ensure that BLM lands are managed in accordance with the intent of Congress as stated in the FLPMA, under the principles of multiple use and sustained yield.

As required by the FLPMA, as well as by BLM policies and guidelines, the public lands must be managed in a manner that protects the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archaeological values; and that, where appropriate, will:

- preserve and protect certain public lands in their natural condition;
- provide food and habitat for fish, wildlife, and domestic animals;
- provide for outdoor recreation and human occupancy and use; and
- recognize the Nation's need for domestic sources of minerals, food, timber, and fiber from the public lands [Sec. 102 43 U.S.C. 1701 (a)(3)].

In addition to FLPMA and NEPA (and their associated regulations), the BLM must comply with the mandate and intent of all applicable laws, regulations, guidelines, and policies that apply to BLM-administered lands and Federal mineral estate. The planning process is intended to develop RMP decisions that resolve conflicts between program priorities, policies and guidelines and that meet the multiple use and sustained yield mandate of FLPMA.

### 1.7.2 RELATIONSHIP TO THE NORTHWEST COLORADO BLM GREATER SAGE-GROUSE PLAN AMENDMENT AND EIS.

The BLM is also considering management of greater-sage grouse *(Centrocercus urophasianus)* in the CRVFO planning area in a concurrent plan amendment process. The BLM is preparing the Northwest Colorado BLM Greater Sage-Grouse Plan Amendment and EIS, which includes a full analysis of all applicable greater sage-grouse conservation measures as directed by BLM Instruction Memorandum No. 2012-044. The BLM expects to issue a comprehensive set of management decisions for greater-sage grouse when it issues the Record of Decision for the Northwest Colorado BLM Greater Sage-Grouse Plan Amendment. In the interim period between issuance of the CRVFO ROD and the Northwest Colorado BLM Greater Sage-Grouse Plan Amendment, the CRVFO intends to act consistent with the BLM policy set forth in the BLM Instruction Memorandum No. 2012-043 and any other applicable guidance.

## 1.8 PUBLIC INVOLVEMENT IN THE PLANNING PROCESS

The BLM decision making process is conducted in accordance with the requirements of the Council on Environmental Regulations CEQ regulations implementing NEPA, and the USDOI and BLM policies and procedures implementing NEPA. NEPA and the associated regulatory and policy framework require Federal agencies involve the

interested public in their decision making. The CRVFO has made open, public dialogue integral to this RMP revision planning process. In doing so the CRVFO recognized the interests of a wide range of public, private, and governmental representatives in the management of BLM lands and Federal mineral estate. The various opportunities for public input are identified below.

**1.8.1  PUBLIC SCOPING.** The formal scoping period began with publication of the NOI in the *Federal Register* on March 2, 2007, and ended May 2, 2007. The Scoping Report documented the results of scoping by summarizing the individual comments received and describing the issues that were raised, and is incorporated here by reference. CRVFO conducted a joint public scoping process with the neighboring Kremmling Field Office (KFO) due to similarity of some issues, such as Colorado River management. Seven joint RMP public scoping meetings were held in the joint planning area in 2007: Rifle and Granby on April 10, Carbondale and Kremmling on April 11, Gypsum and Walden on April 12, and Glenwood Springs on April 25.

**1.8.2  TRAILS AND ROUTES DATA-COLLECTION WORKSHOPS.** The CRVFO hosted three trails and routes data-collection workshops in June 2007. The workshops were held separately from the scoping meetings. The workshops were held to (1) allow the public to review the BLM's inventory for accuracy and completeness, (2) provide information on routes that are missing from the BLM's inventory, and (3) offer suggestions for reroutes or new trail sections that would complement the existing route system. The comment period for route and trail data collection was open until July 20, 2007.

**1.8.3  PUBLIC REVIEW AND COMMENT OF THE DRAFT RMP/DRAFT EIS.** BLM published the NOA for the CRVFO Draft RMP/EIS in the *Federal Register* on September 16, 2011.

Initially, the BLM set an extended 90-day public comment period that lasted until December 15, 2011. Before the end of the comment period, BLM had received multiple requests to extend the comment period. BLM extended the comment period to January 17, 2012, and then, upon receipt of additional requests, extended it again to February 29, 2012. The total comment period encompassed 166 days.

The BLM also hosted three open house meetings to provide the public with opportunities to ask questions about the project and planning process, to meet the RMP team members, and to offer comments.

**1.8.4  PUBLIC REVIEW AND PROTEST OF THE PROPOSED RMP/FINAL EIS.** Pursuant to BLM's planning regulations at 43 CFR 1610.5-2, any person who

BLM_0025705

participated in the CRVFO RMP revision planning process and has an interest that may be adversely affected by the planning decisions may protest the proposed planning decisions within 30 days from the date the NOA is published in the *Federal Register* by the EPA.  The 30-day protest period ended May 5, 2014.

**1.8.5  RESULTS OF THE PROTEST PERIOD.**  BLM's planning regulations at 43 CFR 1610.5-2 allow any person who participated in the planning process for the CRVFO RMP revision and has an interest that may be adversely affected by BLM's planning decisions to protest proposed planning decisions within 30 days from the date the Notice of Availability of the RMP/Final EIS was published in the Federal Register.  The 30-day protest period ended May 5, 2014.  The BLM received nineteen letters of protest within the 30-day protest period.

The issue topics raised in the protest letters covered a broad range of topics with differing opinions on how the protesting party felt BLM erred in the planning process.  Valid protest topics included: the NEPA, leasable minerals, socioeconomics, lands with wilderness characteristics, air resource protection, and ACECs.  However, after careful consideration of the protests, all protests were dismissed by the BLM Director, whose decision constitutes final agency action for the Department of Interior.  The BLM Director's decisions on the protests are summarized in the "Director's Protest Resolution Report, Proposed Colorado River Valley Field Office Land and Resource Management Plan & Final Environmental Impact Statement" and available on the BLM CRVFO website.  Each protesting party will be notified in writing of the Director's findings and the disposition of their protests.  No modifications to the Proposed RMP were necessary as a result of the protests but some clarifications were made and are discussed in Section 1.4 - Notice of Clarifications.

**1.8.6  RESULTS OF THE GOVERNOR'S CONSISTENCY REVIEW.**  The BLM regulations in 43 CFR 1610.3- 2 (e) require a 60-day Governor's consistency review period for the Proposed RMP/Final EIS to ensure consistency with State government plans or policies.  The consistency review period concluded May 24, 2014.

On May 19, 2014, Governor John W. Hickenlooper sent a response letter to the BLM. The Governor did not identify any inconsistencies with State government plans or policies.  The letter stated that the State is grateful that the BLM has chosen to rely upon the Upper Colorado River Wild and Scenic Stakeholder Group Management Plan in concert with BLM management authorities to protect the subject Colorado River segments.  This approach is consistent with Colorado policy and law to support stakeholder efforts to develop protection of river dependent resources as alternatives to Wild and Scenic River designation.

In summary, no modifications to the Proposed RMP were necessary as a result of the Governor's consistency review of the Proposed RMP/Final EIS.

## 1.9  COORDINATION AND CONSULTATIONS

**1.9.1  COOPERATING AGENCIES.**  To integrate the special expertise and jurisdiction by law of these and other agencies, BLM invited local, State, Federal, and tribal representatives to participate as Cooperating Agencies for the RMP revision.   These organizations were incorporated into the planning process as their jurisdiction and expertise warranted, resulting in their direct contribution to and improvement of the planning effort and the resultant RMP.   The agencies that agreed to participate as cooperating agencies specifically for the CRVFO and signed a Memorandum of Understanding (MOU) are listed in Table 1.2.

**Table 1.2.  Cooperating Agencies.**

| Federal Agencies | |
|---|---|
| U.S. Fish and Wildlife Service | White River National Forest |
| **State Agencies** | |
| Colorado Department of Natural Resources | Colorado River Water Conservation District |
| **Local Agencies** | |
| City of Glenwood Springs | Denver Water Board |
| Eagle County | Garfield County |
| Pitkin County | Town of Basalt |
| Town of Carbondale | Town of Eagle |
| Town of Gypsum | Town of New Castle |
| Town of Parachute | Town of Rifle |
| Town of Silt | |

**1.9.2  TRIBAL CONSULTATION AND INDIAN TRUST ASSETS.**  Tribal consultation regarding the CRVFO RMP revisions began in April 2007.  American Indian tribes and organizations consulted to date are as follows:

- Colorado Commissioner of Indian Affairs
- Southern Ute Indian Tribe

BLM_0025707

- Ute Mountain Ute Tribe
- Uintah and Ouray Tribal Business Council.

American Indian trust resources are legal interests in assets held in trust by the Federal government for federally recognized Indian tribes or nations or for individual Indians. These assets can be real property, physical assets, or intangible property rights. Examples are lands, minerals, water rights, hunting and fishing rights, other natural resources, money, or claims. The BLM has no trust administration responsibilities in the CRVFO.

### 1.9.3 CONSULTATION EFFORTS WITH THE COLORADO STATE HISTORIC PRESERVATION OFFICER.

The BLM cultural resource management program operates in accordance with the alternative procedures for 36 CFR 800 outlined under the National Programmatic Agreement, as implemented by the State Protocol.  Section IV of the Protocol requires BLM to provide the State Historic Preservation Officer (SHPO) the opportunity to participate at the development stage and all subsequent phases of land use planning in accordance with 43 CFR 1610.3.  BLM coordinated with SHPO on the Draft RMP/Draft EIS. A copy of the Draft RMP/Draft EIS and Proposed RMP/Final EIS was sent to the SHPO for review and comment.  No information was received from the SHPO regarding this RMP/EIS.

### 1.9.4 RESOURCE ADVISORY COUNCIL.

A Resource Advisory Council (RAC) is a committee established by the Secretary of the Interior to provide advice or recommendations to BLM management.  The BLM gave the Northwest Colorado RAC, which specifically advises the Northwest Colorado District and its field offices, an initial presentation on the RMP process in November 2006.  At a May 2007 Northwest Colorado RAC meeting, the BLM gave an additional presentation on the scoping and travel management process.  In 2007, the Northwest Colorado RAC formed a subgroup of people with diverse interests who were from the local area and were directly affected by the decisions in the CRVFO RMP revision.  Using its local expertise, the group's task was to provide recommendations and advice to the Northwest Colorado RAC regarding the planning effort. The Northwest Colorado RAC could use the information to make its own recommendations, or directly forward the recommendations to BLM.

Between November 2007 and June 2010, this Northwest Colorado RAC subgroup met a total of 14 times.  The subgroup focused on all aspects of the range of alternatives to be considered in the RMP revision.  The subgroup's recommendations were presented formally for discussion to the full Northwest Colorado RAC at its May 22, 2008 meeting. The Northwest Colorado RAC voted to forward recommendations from this subgroup to the BLM regarding the range of alternatives considered in the Draft RMP/Draft EIS.

The group met five times during the summer of 2012 to discuss a working draft of the Proposed RMP/Final EIS and to find areas where the diverse group could reach

BLM_0025708

consensus. The meetings focused on the social and economic analysis, public comments received by the BLM on the Draft RMP/Draft EIS, management topics of interest to the participants, and discussions on proposed decisions and alternatives that the BLM anticipated analyzing in the Proposed RMP/Final EIS.

### 1.9.5  UPPER COLORADO RIVER WILD AND SCENIC STAKEHOLDER GROUP. In

February 2011, the BLM and USFS received a proposal from the Upper Colorado River Wild and Scenic stakeholder group. This group's management plan provided a management alternative for Colorado River Segments 4, 5, 6, and 7. Colorado River Segments 4 and 5 are located within the KFO planning area and are addressed in the KFO RMP effort. Colorado River Segments 6 and 7 are located within the CRVFO planning area and are addressed in this RMP effort. The Upper Colorado River Wild and Scenic stakeholder group represents a diverse range of interests, including local governments, East Slope and West Slope water user organizations, environmental and recreation organizations, and private landowners. The stakeholder group has worked together since 2008 to develop their management plan. The goal of their plan is to protect the ORVs identified in the BLM and USFS Eligibility Reports for Segments 4 through 7 of the Upper Colorado River, while simultaneously providing certainty and flexibility for the water users who rely upon diversions from the Upper Colorado River.

The stakeholder group asked the BLM to consider their plan as part of its RMP planning process. The intent was to use cooperative management strategies in multiple arenas, including flow management, water quality management, fisheries and recreation management, and responding to new water development projects. The stakeholder group developed their plan in consultation with the Colorado Water Conservation Board, CPW, and BOR. The BLM and USFS accepted this plan for impact analysis as part of the Draft RMP/Draft EIS. That impact analysis appeared under the Wild and Scenic Rivers Alternative B2 in Chapter 4 of the Draft RMP/Draft EIS. The entire text of the Upper Colorado River Wild and Scenic Stakeholder Group Management Plan was provided for public review and comment in Appendix Q of the Draft RMP/Draft EIS.

Between the Draft RMP/Draft EIS and Proposed RMP/Final EIS, the stakeholder group continued to develop more details for portions of the plan that were broadly stated in the original submission to the BLM and USFS. In addition, the stakeholder group began to implement studies that would further the group's understanding of the condition and trends of the ORVs, and that would examine potential relationships between flow rates, water quality, and the ORVs. The stakeholder group also responded to the BLM and USFS regarding concerns raised in public comments and by agency staff.

The Executive Summary of the Draft Wild and Scenic Rivers Suitability Report was included in the Draft RMP/Draft EIS as Appendix C. The Final Wild and Scenic Rivers Suitability Report (May 2013) was included as Appendix C to the Proposed RMP/Final

BLM_0025709

EIS. The Final Wild and Scenic Rivers Suitability Report contains a discussion of why the BLM and USFS decided to rely upon the Upper Colorado River Wild and Scenic Stakeholder Group Management Plan (Appendix Q to the Proposed RMP/Final EIS), in concert with BLM land management authorities, to protect the free-flowing nature, ORVs, classification, and water quality of Colorado River segments 6 and 7. The agency decision was based on BLM and USFS review of (1) whether the Upper Colorado River Stakeholder Group Management Plan would enable the agencies to meet their legal responsibilities under the Wild and Scenic Rivers Act, (2) public comments on the Upper Colorado River Stakeholder Group Management Plan, and (3) which management approach would be most likely to maintain and enhance the ORVs.

### 1.9.6 U.S. FISH AND WILDLIFE SERVICE CONSULTATION.

To comply with Section 7(c) of the Endangered Species Act of 1973 as amended (16 U.S.C 1531 et. seq.), the CRVFO consulted the U.S. Fish and Wildlife Service (USFWS) throughout the RMP revision planning process. The USFWS provided input on planning issues, data collection and review, and alternatives development.

BLM worked with the USFWS to develop a Draft Biological Assessment (BA) following release of the Draft RMP/Draft EIS. The USFWS provided preliminary comments that were used to prepare the BA. As part of consultation efforts with the USFWS on the Proposed RMP/Final EIS, a BA was provided to the USFWS for review and comment on March 7, 2013. The USFWS responded with a concurrence letter on BLM's effects determinations on April 3, 2013.

### 1.9.7 ENVIRONMENTAL PROTECTION AGENCY COORDINATION.

NEPA regulations require EISs be filed with the EPA for review and comment (40 CFR 1506.9). The BLM submitted the CRVFO Draft RMP/Draft EIS to the EPA for review as required by CEQ regulations in August 2011. BLM received EPA's formal rating of EC2 along with EPA's comments on the Draft RMP/Draft EIS in March 2012. EPA's comments focused on water resources, wild and scenic rivers, air resources and ACECs. In addition EPA provided detail comments pertaining to surface water and groundwater resource concerns and recommendations for stipulations BLM could apply to fluid minerals leasing, as warranted based on the proximity of planned development to sensitive resources.

BLM_0025710

## 1.10   CONSIDERATIONS IN SELECTING THE COLORADO RIVER VALLEY FIELD OFFICE RESOURCE MANAGEMENT PLAN

**1.10.1 MANAGEMENT IN ACCORDANCE WITH FLPMA UNDER THE PRINCIPLES OF MULTIPLE USE AND SUSTAINED YIELD.** The Approved RMP seeks the best combination of management decisions to meet the purpose and need for a land use plan in consideration of the planning issues and management concerns identified through the planning process. It is prepared to ensure that the public lands in the CRVFO are managed in accordance with FLPMA under the principles of multiple use and sustained yield. Section 103 (c) of FLPMA defines "multiple use" as "management of the public lands and their various resource values so that they are utilized in the combination that will best meet the present and future needs of the American people. . . ." The combination of planning decisions is driven by the diverse resources values on the public lands and how to best realize the broad spectrum of available opportunities. This combination of decisions also recognizes the limits of the ecosystems' sustainability and is within the constraints of applicable laws and regulations.

The BLM's allocation of uses, often perceived as contrary to its multiple use mandate, is specifically provided for under FLPMA, which further defines multiple use as the "most judicious use of the land for some or all of these resources . . ." and "the use of some land for less than all of the resources . . . ." The trade-offs resulting from the allocation of resources were fully analyzed and disclosed in the Final EIS, providing for an informed decision that acknowledges their consequences on the human environment.

Another important component of multiple use under FLPMA is accounting for "the long-term needs of future generations for renewable and non-renewable resources . . . ." These needs will be provided for through decisions included in the Approved RMP designed to meet the RMP's goals and objectives for sustainable productivity of renewable resources and healthy ecosystems, habitat, and waters.

**1.10.2   CONSISTENCY WITH EXISTING PLANS AND POLICIES OF LOCAL, STATE, AND FEDERAL AGENCIES AND LOCAL NATIVE AMERICAN TRIBES.** Management decisions in the Approved RMP are made compatible and consistent with the existing plans and policies of adjacent local, State, and Federal agencies and local Native American tribes to the extent consistent with the purposes, policies, and programs of Federal law and regulations applicable to BLM lands and Federal mineral estate. No formal comments were received from Federal or State agencies or tribal governments indicating the Proposed RMP was inconsistent with other existing plans or policies.

BLM_0025711

The Governor's Office did not identify any inconsistencies concerning State or local plans, policies, and programs following the 60-day Governor's Consistency Review of the CRVFO Proposed RMP/Final EIS.

## 1.11  AVAILABILITY OF THE COLORADO RIVER VALLEY FIELD OFFICE RESOURCE MANAGEMENT PLAN

Electronic copies on DVD of the approved RMP are available by request at the BLM CRVFO at 2300 River Frontage Road in Silt, Colorado 81652.  The approved RMP is also available online at http://www.blm.gov/co/st/en/fo/crvfo.html.

## 1.12  PLAN IMPLEMENTATION

The Approved RMP will be implemented as funding and workforce allow.  The BLM will develop an implementation strategy to identify and prioritize the work needed to meet the goals and objectives of the RMP.  Most of the land use plan decisions are effective upon approval of this document.  However, some decisions will take a number of years to implement on the ground.  Implementation monitoring will track which decisions have been implemented and when.

## 1.13 APPROVAL

The decision is hereby made to approve the attached Approved RMP for the CRVFO. This ROD serves as the final decision for the decisions in the Approved RMP, and the Approved RMP becomes effective on the date this ROD is signed.

### FIELD OFFICE MANAGER RECOMMENDATION

Having considered a full range of alternatives, associated impacts, and public and agency input, I recommend the approval and implementation of the attached Resource Management Plan as the Colorado River Valley Field Office Resource Management Plan.

Recommended:

Karl Mendonca
Acting Field Manager, Colorado River Valley Field Office

JUN 1 2 2015
Date

### DISTRICT MANAGER CONCURRENCE

I concur with the adoption and implementation of the Colorado River Valley Field Office Resource Management Plan.

Concurrence:

Joe Meyer
District Manager, Northwest District Office

JUN 1 2 2015
Date

### STATE DIRECTOR APPROVAL

In consideration of the foregoing, the decision is hereby made to approve the attached Resource Management Plan for administration of BLM lands and Federal mineral estate administered by the Colorado River Valley Field Office.

Approved:

Ruth Welch
Colorado State Director

JUN 1 2 2015
Date

BLM_0025713

# CHAPTER 2

## COLORADO RIVER VALLEY FIELD OFFICE
## APPROVED RESOURCE MANAGEMENT PLAN



BLM_0025714

## 2.1 RESOURCE MANAGEMENT PLAN DECISIONS

**2.1.1  DECISIONS.**   The CRVFO Approved RMP describes goals, objectives, allowable use and management action decisions, as well as some implementation-level decisions established for BLM lands and Federal mineral estate managed by the BLM's CRVFO.   The decisions are detailed by program in Section 2.1.3 under four category headings: Resources, Resource Uses, Special Designations, and Support (see Table 2.1 for a summary of programs).

**Table 2.1.  Categories, Programs and Abbreviations.**

### I.  Resources

| | |
|---|---|
| Air | AIR |
| Soils | SOI |
| Water | WTR |
| Vegetation | VEG |
| Fish and Wildlife | FWL |
| Special Status Species | SSS |
| Cultural Resources | CUL |
| Paleontological Resources | PAL |
| Visual Resources | VIS |
| Wildland Fire Management | WFM |
| Lands Proposed for the Protection of Wilderness Characteristics | WIL |
| Cave and Karst Resources | CAV |

### II.  Resource Uses

| | |
|---|---|
| Forestry | FOR |
| Livestock Grazing | GRZ |
| Recreation and Visitor Services | REC |
| Comprehensive Trails and Travel Management | TRV |
| Lands and Realty | LRT |
| Coal | COA |
| Minerals (Fluid and Solid) | MIN |

### III.  Special Designations

| | |
|---|---|
| Areas of Critical Environmental Concern | ACC |

BLM_0025715

| Wilderness Study Areas | WSA |
| Wild and Scenic Rivers | WSR |

**IV. Support**

| Transportation Facilities | TRN |
| Public Health and Safety | PHS |

For ease of identifying decisions, each decision is numbered. The numbering sequences for the decisions are by program. Each program has an identified abbreviation (Table 2.1) and each decision in that program is numbered in coordination with the program abbreviation, type of decision and decision number. Some examples are as follows:

**AIR-GOAL-01:** First air program goal
    **AIR-OBJ-01:** First air program objective
        **AIR-MA-01:** First air program management action or allowable use decision
        **AIR-MA-02:** Second air program management action or allowable use decision
            **AIR-IMP-01:** First air program implementation decision

Please note that all acreages and maps presented in the Approved RMP are estimations based on current data. Updating these data is considered plan maintenance, which will occur over time as the Approved RMP is implemented, additional surveys are completed, and information is revised.

**2.1.2 MAPS AND APPENDICES.** Table 2.2 lists supporting information for the decisions contained in the Approved RMP. Maps depicting resource information, stipulations applicable to surface-disturbing activities, and travel management route designations in the Approved RMP are provided in Appendix A. Appendices B through K contain supporting information for decisions outlined in the Approved RMP. This document and appendices are also available on the BLM CRVFO website: http://www.blm.gov/co/st/en/fo/crvfo.html.

**Table 2.2.  List of Appendices.**

| Appendix A | Maps |
| --- | --- |
| Appendix A.1 | Resource Information |
| Appendix A.2 | Stipulations Applicable to Surface-Disturbing Activities, Surface Use and Occupancy |
| Appendix A.3 | Travel Management - Route Designations |
| Appendix B | Stipulations Applicable to Surface-Disturbing Activities, Surface Use and Occupancy. *This appendix lists stipulations for fluid minerals leasing referred to in the Approved RMP. These stipulations also apply to all surface-disturbing activities and surface occupancy associated with land use authorizations, permits, and leases issued on BLM lands.* |

BLM_0025716

| | |
|---|---|
| Appendix C | Management and Setting Prescriptions for Lands Managed to Protect Wilderness Characteristics. *Management and setting prescriptions are intended to protect these values along with wilderness characteristics (e.g., naturalness and outstanding opportunities for solitude or primitive recreation).* |
| Appendix D | Management and Setting Prescriptions for Caves. *Management and setting prescriptions are outlined to preserve significant cave and karst resources.* |
| Appendix E | Livestock Grazing Allotments. *Supporting information to livestock grazing decisions in the Approved RMP is provided in this appendix.* |
| Appendix F | Recreation and Visitor Services Management Framework For Special and Extensive Recreation Management Areas. *This appendix provides supporting information to recreation and visitor services decisions in the Approved RMP.* |
| Appendix G | Travel Management. *This appendix provides supporting information to travel management decisions in the Approved RMP including considerations and rationale for route designations.* |
| Appendix H | Transportation Facilities: System Roads and Maintenance Levels. *This appendix provides supporting information to transportation facilities decisions in the Approved RMP including maintenance intensity levels.* |
| Appendix I | Upper Colorado River Wild and Scenic Stakeholder Group Management Plan. *This Plan will use identified long-term protection measures and voluntary cooperative measures of the stakeholder group to protect the outstandingly remarkable values identified in the BLM and USFS eligibility report for segments 4 through 7 of the upper Colorado River.* |
| Appendix J | Implementation, Monitoring, and Evaluation. *This appendix provides an overview of the CRVFO monitoring and evaluation protocols.* |
| Appendix K | Best Management Practices and Conservation Measures. *This appendix provides a list of best management practices that are applicable to land use activities authorized by the CRVFO.* |
| Appendix L | Colorado Air Resources Protection Protocol. *This appendix describes the process and strategies the BLM will use when authorizing activities that have the potential to adversely impact air quality within the state of Colorado.* |

BLM_0025717

### 2.1.3 DECISIONS BY PROGRAM.

## I. RESOURCES

**AIR**

**AIR-GOAL-01.** *Within the scope of BLM's authority, ensure that air quality and air quality-related values are adequately protected in conjunction with activities or resource uses authorized by the BLM. Protect air resources in accordance with the methodology and provisions outlined in the Comprehensive Air Resource Protection Protocol (CARPP).*

**AIR-OBJ-01.** *Control or reduce air pollutants associated with construction and industrial activities to help protect human health, conform with the Colorado Regional Haze State Implementation Plan to improve visibility, reduce atmospheric deposition, and reduce greenhouse gas emissions.*

**AIR-MA-01.** During construction, reduce emissions of fugitive dust by requiring operators to implement watering (minimum twice daily during dry conditions) or application of other dust suppressant agents at construction areas, including access roads used during construction. The authorized officer may direct the operator to change the level and type of dust abatement if the measures being used are insufficient to prevent visible plumes of fugitive dust or deposition of excessive dust on nearby surfaces in conjunction with vehicular traffic, equipment operations, or wind events. Require fugitive dust control plans in conjunction with oil and gas Master Development Plans (MDPs).

**AIR-MA-02.** Require that industrial operators use gravel (in combination with watering or other dust suppressant), chip-seal, asphalt, or other road-surfacing material to minimize fugitive dust emissions from BLM-authorized access roads ("local" and "resource" roads) during long-term production and maintenance operations.

**AIR-MA-03.** Based on annual review required by the CARPP and on the rate of development, require phased-in use of improved drilling and completion engines that meet or exceed Tier 4 non-road diesel emission standards (40 CFR 1039).

**AIR-MA-04.** Require that oil and gas operators use reduced-emission completion technologies (i.e., "green" completions) as defined in COGCC Rule 805 and the New Source Performance Standards for Crude Oil and Natural Gas Production at 40 CFR part 63, subpart OOOO for all wells on BLM lands and wells that access Federal minerals. An exemption may be granted on a case-by-case basis if the installation of necessary infrastructure is impracticable.

BLM_0025718

**AIR-MA-05.**   Require flaring of natural gas during well completions that are exempted from green completion technology. Prohibit venting of natural gas except during emergency situations.

**AIR-MA-06.**   Reduce emissions of volatile organic compounds and hazardous air pollutants associated with Federal oil and gas wells by requiring that operators achieve the minimum control required on glycol dehydrators and storage vessel and tank vents to comply with CDPHE Regulation Number 7, 5 CCR 1001-9, COGCC Rule 805, and the New Source Performance Standards for Crude Oil and Natural Gas Production at 40 CFR part 63, subpart OOOO and NESHAPs for Oil and Natural Gas Production at 40 CFR part 63, subparts HH and HHH.

**AIR-MA-07.**   Require that Federal oil and gas developments use pipelines to transfer liquids to consolidated facilities, where feasible, to reduce truck haulage of liquids.

**AIR-MA-08.**   Require natural-gas-fired reciprocating internal combustion engines at BLM-authorized field compression facilities to comply with Colorado Department of Public Health and Environment Air Quality Control Commission Regulation No. 7, 5 CCR 1001-9 Section XVII.E.2 Emission Standards for New and Relocated engines, and Section XVII.E.3 for existing engines.

Require compliance with applicable New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants for all internal combustion engines.

**AIR-MA-09.**   Powering centralized compression facilities with electricity may be required in the future based on: implementation of the CARPP, future availability of adequate electricity and advances in compression technology.

**AIR-IMP-01.**   Manage air resources in accordance with the CARPP. Implement this adaptive management strategy for protecting air resources to include the management actions above, monitoring air quality and tracking emissions for comparison against the most recent regional air quality model results to provide protection of air resources.

BLM_0025719

## SOILS

**SOI-GOAL-01.**  *Ensure that upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, landform, and geologic processes.  Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, minimizes surface runoff (Land Health Standard 1), and minimizes soil erosion.*

> **SOI-OBJ-01.**  *Ensure that surface disturbances do not cause accelerated erosion (e.g., rills, soil pedestals, and actively eroding gullies) on a watershed scale (e.g., 6th hydrologic unit code scale).*

>> **SOI-MA-01.**  For major construction projects (e.g., communication sites, roads, well pads, mining facilities) in areas having soils with severe or very severe erosion hazard, fragile or saline soils based on the NRCS soil survey or onsite inspection, require professional geotechnical engineering and reclamation plans for meeting the following conditions:
>> - Restore site productivity
>> - Adequately control surface runoff
>> - Protect offsite areas from accelerated erosion such as rilling, gullying, and mass wasting
>> - Conduct no surface-disturbing activities during periods when soil is saturated
>> - Prohibit construction when soils are frozen

>> **SOI-MA-02.**  Stipulation CRVFO-NSO-1: Debris Flow Hazard Zones.  Prohibit surface occupancy and surface-disturbing activities within the Glenwood Springs Debris Flow ACEC to maintain soil stability and productivity and to minimize impacts of soil erosion (5,900 acres).

>> **SOI-MA-03.**  Stipulation CRVFO-NSO-2: Steep Slopes Greater than 50 Percent. Prohibit surface occupancy and surface-disturbing activities on slopes greater than 50 percent to maintain soil productivity and provide necessary protection to prevent excessive soil erosion on steep slopes (76,200 acres/9,900 acres federal mineral estate).

>> **SOI-MA-04.**  Stipulation CRVFO-CSU-1: Slopes Greater than 30 Percent or Fragile/Saline Soils.  Apply CSU constraint on areas: 1) with slopes steeper than 30 percent or 2) areas with fragile and saline soils regardless of slope based on the NRCS soil description and surveys.  The purpose is to: reduce erosion potential, to maintain soil stability and productivity of sensitive areas; ensure successful reclamation; and minimize contributions of salinity, selenium and sediments likely to affect downstream water quality, fisheries and other downstream aquatic habitats (338,100 acres/119,700 acres federal mineral estate).

BLM_0025720

**SOI-OBJ-02.** *Ensure that on a landscape scale (as defined by Land Health Standard 1), canopy cover and ground cover are appropriate for the soil type as based on current guidelines (e.g., NRCS reference sheets, soil surveys).*

**SOI-MA-05.** Conduct site-specific monitoring (e.g., vegetation transect analysis) in areas identified as not meeting or marginally meeting Land Health Standard 1. Where failure is due to unauthorized or undesirable levels of authorized land uses, take corrective actions (e.g., rehabilitation, management changes, and reclamation).

## WATER

**WTR-GOAL-01.** *The water quality of all water bodies, including groundwater where applicable, located on or influenced by BLM-managed lands will be managed to achieve or exceed the water quality standards established by the State of Colorado. Water quality standards for surface water and groundwater include the designated beneficial uses, numeric criteria, narrative criteria, and antidegradation requirements set forth under State law as found in 5 CFR 1002-8, as required by Section 303c of the Clean Water Act.*

**WTR-OBJ-01.** *Protect water quality and watershed functions to ensure that streams on BLM-managed lands are in geomorphic balance (e.g., stream channel size, sinuosity, and substrate are appropriate for its landscape position and geology) with the water and sediment being supplied by the watershed (e.g., no accelerated erosion, deposition, or head-cutting).*

**WTR-MA-01.** Stipulation CRVFO-NSO-3: Municipal Watersheds and Public Water Supplies. Prohibit surface occupancy and surface-disturbing activities within 1,000 horizontal feet of either side of a classified surface water supply stream segment (measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado used as a public (municipal) water supply. The stipulation is for the purpose of protecting municipal watersheds, drinking water quality, human health, aquatic habitat and for protecting a watershed that serves a "public water system" (11,400 acres/4,200 acres Federal mineral estate).

**WTR-MA-02.** Stipulation CRVFO-CSU-2: Municipal Watersheds and Public Water Supplies. Apply CSU constraints on lands located greater than 1,000 horizontal feet but less than 2,640 horizontal feet of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the State of Colorado. The stipulation is for the purpose of protecting municipal watersheds, drinking water quality, human health, aquatic habitat and for protecting a watershed that serves a "public water system" (16,400 acres/4,900 acres Federal mineral estate).

**WTR-MA-03.** Stipulation CRVFO-NSO-4: Major River Corridors. Prohibit surface occupancy and surface-disturbing activities within 0.5 mile of either side of the high water mark (bank-full stage) of six major rivers: Colorado, Roaring Fork, Crystal, Frying Pan, Eagle, and Piney. The purpose of the stipulation is to protect these riverine and adjacent areas that provide (a) special status fish and wildlife species habitat, (b) important riparian values, (c) water quality/ filtering values, (d) waterfowl and shorebird production values, (e) valuable amphibian habitat, and (f) high scenic and recreation values. Included in this area are public lands near the Eagle and Colorado Rivers designated as SRMAs in which BLM provides facilities to enhance recreation opportunities and maintain the recreational setting (40,200

BLM_0025722

acres/5,900 acres federal mineral estate).

**WTR-MA-04.** Stipulation CRVFO-NSO-5: Perennial Streams, Water bodies, Riparian Areas, and Aquatic Dependent Species. Prohibit surface occupancy and surface-disturbing activities within a buffer distance of 328 horizontal feet from the outer edge of the riparian/wetland zones. To: 1) maintain the proper functioning condition, including the vegetative, hydrologic and geomorphic functionality of the perennial water body; 2) protect water quality, riparian/wetland vegetation and aquatic habitats; 3) provide a clean, reliable source of water for downstream users; and 4) benefit fisheries, amphibians, waterfowl, migratory birds, and their habitat, and other aquatic or riparian dependent species (35,900 acres/ 13,400 acres federal mineral estate).

**WTR-MA-05.** Stipulation CRVFO-CSU-3: Intermittent and Ephemeral Streams. Apply CSU constraint within 100 feet from the edge of intermittent or ephemeral stream drainages as defined by the U.S. Geological Survey (USGS) National Hydrography Dataset or field evaluation to maintain and protect water quality, stream stability, aquatic health, seasonal use and downstream fisheries, and sediment processes downstream (44,900 acres/4,300 acres federal mineral estate).

**WTR-IMP-01.** In areas not meeting proper functioning condition (PFC) requirements, conduct site-specific monitoring to determine causal factors. Where failure to achieve PFC is due to authorized uses (e.g., grazing, development, or recreation permits) take corrective actions to make significant progress to achieve PFC (e.g., management changes, rehabilitation and reclamation).

**WTR-OBJ-02.** *Provide sufficient water quantity on BLM lands for multiple use management and functioning, healthy riparian, wetland, aquatic, and upland systems.*

**WTR-MA-06.** Secure and maintain instream flow water rights and file for water use permits to protect all water uses on BLM lands, as allowed by State water law. Uses for which the BLM will apply for water rights will include, but are not limited to, livestock, wildlife watering, wildlife habitat, recreation, and fire suppression. In addition, the BLM will make recommendations to the Colorado Water Conservation Board for protection or enlargement of in-stream flows on appropriate stream segments that cross BLM lands.

**WTR-IMP-02.** Use tools such as land and water acquisitions, realty actions, and cooperative agreements to achieve water management objectives. These include improving stream flows, maintaining minimum pools in reservoirs, and providing public access to water bodies.

# VEGETATION

**VEG-GOAL-01**.  *Maintain healthy, productive plant communities of native and other desirable species at viable population levels commensurate with the species and habitat's potential.  Ensure that plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations and ecological processes (Land Health Standard 3).*

> **VEG-OBJ-01.**  *Manage for a healthy diversity of native plant communities in a variety of successional stages consistent with the ecological site's potential and the natural range of variability.*

>> **VEG-MA-01.**   Use planned and unplanned fire and other vegetative treatments, as appropriate, to restore natural disturbance regimes and accomplish biodiversity objectives in accordance with ecological site descriptions, land health assessments, ecological site inventories, and forest stand inventories.

> **VEG-OBJ-02.**   *Provide the public with opportunities to acquire forest products including timber, fuelwood, posts, poles, house logs, Christmas trees, biomass, ferns, wildings/ transplants, floral products, seeds and mushrooms; while protecting other resources.  BLM authority to sell forest products is set forth in 43 CFR 5400 and BLM Manual Section 5420. Authority for nonsale disposal ("free use") of forest products is set forth in 43 CFR 5500 and BLM Manual Section 5500.*

>> **VEG-MA-02.**  Provide forest products where consistent with other resource values and uses.  Close the following areas to wilding permits:
>> - WSAs
>> - ACECs
>> - Lands managed for the protection of wilderness characteristics
>> - Occupied habitat for special status plant species.

> **VEG-OBJ-03.**   *Manage salt desert shrub, upper and lower elevation sagebrush, mixed mountain shrublands, forests and woodlands, and riparian communities to emphasize native vegetation, biological diversity, wildlife habitat, and watershed health.*

>> **VEG-MA-03.**  Protect areas of relict or remnant vegetation with minimal evidence of human disturbance or invasive species as significant natural plant communities (SNPC) for their scientific and ecological values.   This includes rare plant communities, communities with little evidence of disturbance or alteration and communities with old-growth characteristics.

>> Also see Appendix B stipulation CRVFO-CSU-8: BLM Sensitive Fish and Wildlife Species and Significant Natural Plant Communities.

BLM_0025724

**VEG-IMP-01.** When deemed necessary by the authorized officer, defer or exclude livestock grazing use on disturbed areas (e.g., a fire event, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatment), for two growing seasons or until site-specific analysis and/or monitoring data indicate that vegetation cover, species composition, and litter accumulation are adequate to support and protect watershed values, meet vegetation objectives, and sustain grazing use.

## RANGELANDS - SALT DESERT SHRUB COMMUNITIES

**VEG-OBJ-04.** *Maintain or restore salt desert shrub communities to protect biological soil crusts, reduce or eliminate invasive plants, improve native species diversity and cover appropriate to the ecological site description. Preserve undisturbed patches of salt desert shrub communities with little to no cheatgrass, halogeton, or other exotic species.*

**VEG-MA-04.** Suppress all fires in salt-desert shrub communities.

**VEG-MA-05.** As advances in cheatgrass-control methods are made, prioritize vegetation treatments and fencing, seeding, and use restrictions, as necessary, to treat cheatgrass and to restore native perennials in lower-elevation, degraded areas (excluding OHV open areas). Emphasize areas that provide habitat for special status species.

## RANGELANDS - SAGEBRUSH COMMUNITIES

**VEG-OBJ-05.** *Maintain or restore the integrity of the sagebrush biome to provide the amount, continuity and quality of habitat necessary to support viable populations of sagebrush-obligate species.*

**VEG-MA-06.** Prioritize management to protect or restore the following habitat types:
- Greater sage-grouse habitat
- Critical/severe big game winter range and winter concentration areas
- Habitat for other special status species
- Areas not meeting land health standards.

## RANGELANDS – FOREST AND WOODLANDS

**VEG-OBJ-06.** *Manage forests and woodlands to achieve a healthy mix of seral stages, including old growth, within the natural range of variability and improve resilience to insect and disease infestation.*

BLM_0025725

**VEG-MA-07.**   Identify priority old-growth stands and apply special design criteria to land use activities to protect old-growth structure and composition.  The desired characteristics of old-growth stands are older, large trees for the species and site; signs of decadence (broken or deformed tops or boles and some root decay); multiple layers of canopy; standing and down dead trees; a variation in tree age, size, and spacing; and gaps or patchiness in the canopy and understory.

## RIPARIAN VEGETATION

**VEG-OBJ-07.**   *Ensure that riparian systems associated with both running and standing water function properly and have the ability to recover from major disturbances such as fire, severe grazing, or 100-year floods. Ensure that riparian vegetation captures sediment and provides forage, habitat, and biodiversity; water quality is improved or maintained; and stable soils store and release water slowly (Land Health Standard 2).*

**VEG-MA-08.**   Stipulation CRVFO-CSU-4: Riparian/Wetland Vegetation Zones. Apply CSU constraint from 328 to 500 horizontal feet from the outer edge of the riparian/ wetland zones to: maintain proper functioning condition (including the vegetative, hydrologic and geomorphic functionality of the riparian and wetland zones); protect water quality, fish habitat; aquatic habitat; provide a clean, reliable source of water for downstream users; and indirectly benefit migratory birds, wildlife habitat, amphibians, and other species (21,300 acres/8,400 acres Federal mineral estate).

Surface-disturbing activities may require special design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet).  The actual required measures will be based on the purpose, nature, and extent of the disturbance, the affected wetland/riparian area and values, and the feasibility of relocating the project.

Also see Appendix B stipulation CRVFO-NSO-5: Perennial Streams, Water Bodies, Fisheries, and Riparian Areas.

## WEEDS

**VEG-OBJ-08.**   *Prevent the establishment of, treat existing, and reduce/slow the spread of noxious and invasive weeds across landscape and ownership boundaries.*

**VEG-MA-10.**   Hold project proponents, including livestock operators, ROW holders, and other permittees deemed necessary by the authorized officer, responsible for monitoring and controlling invasive and noxious weeds that result from any new facilities, improvements or other surface disturbances authorized on BLM land (e.g., roads, communication sites, pipelines, stock ponds, fences).

BLM_0025726

**VEG-MA-11.**  Lease Notice CRVFO-LN-1: Annual Reports of Weed Control and Reclamation Progress.  All lessees in the CRVFO are required to report to the authorized officer annually on the ongoing progress of reclamation and the status of weeds and weed control at locations developed on the lease.

---

**VEG-MA-12.**  Focus on areas of new infestations and, where possible, extirpate existing populations within priority treatment areas, which include the following:
- Disturbed areas (e.g., oil and gas and other mine development, burned areas, new road construction)
- ACECs
- Special status species habitat
- Riparian areas
- Springs/seeps
- Developed recreation sites, campgrounds, and campsites
- Roads and trails
- Wildland-urban interface
- Big game winter range.

BLM_0025727

# FISH AND WILDLIFE

**FWL-GOAL-01**. *Maintain healthy, productive plant and animal communities of native and other desirable species at viable population levels commensurate with the species' and habitats' potential. Ensure that plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations and ecological processes (Land Health Standard 3).*

> **FWL-OBJ-01.** *Recognizing the diversity of species found on public lands, the CRVFO would focus on maintaining healthy and productive habitat or improving habitat the following priority species (as recognized for at least one factor such as density, diversity, size, public interest, remnant character, or age).*
>
> *Fisheries and other aquatic wildlife species:*
> - *Colorado River Basin native fishes, including mottled sculpin, Paiute sculpin, and speckled dace.*
> - *Cold-water sport fishes, including rainbow, brown, brook, and nonnative cutthroat trout species (any species of cutthroat trout other than Colorado River or greenback cutthroat, which are addressed in the Special Status Species section; e.g., Yellowstone and Snake River cutthroat trout), and mountain whitefish.*
>
> *Fisheries and other aquatic wildlife habitats:*
> - *Streams, rivers, lakes, ponds, springs, seeps, wetlands, wet meadows, bogs, and fens), riparian areas, intermittent streams and ponds, and ephemeral/seasonal waters.*
>
> *Terrestrial species and habitats:*
> - *Big game species, migratory birds including birds of conservation concern, cavity-nesting species, raptors, waterfowl and shorebirds.*
>
> *Note: For priority special status species and habitats see special status species section. Bats are covered under special status species.*

## COMMON TO ALL FISH AND WILDLIFE

**FWL-MA-1.** Biological Inventories. In areas of known or suspected habitat of special status species, or habitat of other species of interest, such as raptor nests, elk calving areas, or significant natural plant communities, a biological inventory would be required prior to approval of operations. The inventory would be used to prepare mitigating measures to reduce the impacts of surface disturbance on the affected species or their habitats. These mitigating measures may include, but are not limited to, relocation of roads, well pads, pipelines, and other facilities, and fencing operations or habitat.

BLM_0025728

**FWL-MA-2.**  Working in High-Value Wildlife Habitat.  Require the operator to establish a set of reasonable operating procedures for employees and contractors working in high-value wildlife habitats.  These areas include, but are not limited to, water bodies, special status-species habitat, severe big game winter range, moose priority habitat, and migration corridors.  Such procedures would be designed to inform employees and contractors of ways to minimize the effect of their presence on wildlife and wildlife habitats.  Procedures might address items such as: disinfecting equipment when working in water, working in bear country, controlling dogs, and understanding and abiding by hunting and firearms regulations.

### COMMON TO ALL FISHERIES AND OTHER AQUATIC WILDLIFE

**FWL-MA-3.**  Stipulation CRVFO-NSO-6: Fish Hatcheries.  Prohibit surface occupancy and surface-disturbing activities within the watershed upstream of fish hatcheries on BLM surface and subsurface mineral lands and 1,500 feet below the surface to protect the quality and quantity of surface water and underground aquifers supplying the hatcheries.  Existing hatcheries include Rifle Falls and Glenwood Springs State Fish Hatcheries (4,500 acres/3,300 acres federal mineral estate).

Also see Appendix B stipulation CRVFO-NSO-5: Perennial Streams, Water bodies, Fisheries, and Riparian Areas.

### SALMONID AND NATIVE NON-SALMONID FISHES

**FWL-MA-4.**  Stipulation CRVFO-TL-1: Salmonid and Native, Non-Salmonid Fishes.  Prohibit surface occupancy and surface-disturbing activities during species-specific spawning periods to reduce impacts to breeding adults, eggs, and emerging larval fish, avoid stream channel disturbances (165 miles/65 miles Federal mineral estate):

Non-special status species:
- Rainbow trout:  March 1 - June 15
- Brown trout:  October 1 – May 1
- Brook trout:  August 15 – May 1.

Special status species:
- Cutthroat trout:  May 1 – September 1
- Bluehead sucker:  May 1 – July 15
- Flannelmouth sucker:  April 1 – July 1
- Roundtail chub:  May 15 – July 15
- Mountain sucker:  May 1 – July 15.

BLM_0025729

## TERRESTRIAL WILDLIFE

**FWL-MA-5.**   Stipulation CRVFO-NSO-7: Priority Wildlife Habitat.   Prohibit surface occupancy and surface- disturbing activities on priority wildlife habitat areas to protect vegetation cover and forage on State wildlife areas and BLM lands with high and overlying wildlife values (58,500 acres).   Priority wildlife habitat areas include the following:

- State wildlife areas (12,900 acres Federal mineral estate)
- Arbaney-Kittle (2,400 acres)
- Cottonwood-Eby Creeks (9,600 acres)
- Dry Rifle Creek (2,400 acres)
- Fisher Creek (4,900 acres)
- Horse Mountain (5,200 acres)
- Light Hill (3,800 acres)
- Main-West Elk Ridge (1,100 acres)
- North of New Castle (6,000 acres)
- Thompson Creek-Holgate Mesa (3,400 acres)
- West Elk Ridge (2,300 acres)
- West Rifle Creek (1,100 acres)
- Williams Hill (1,500 acres)
- Wolcott (2,000 acres).

**FWL-MA-6.**   Wildlife habitat improvement projects (e.g., chemical, mechanical, prescribed fire and natural fire managed for resource benefit, biological, and seeding) that achieve the following with be prioritized for implementation:

- Increase the amount of available, palatable, and nutritious forage by setting back succession and creating a diverse age structure of plants in the mountain shrub community
- Reduce the encroachment by pinyon-juniper trees and other woody species into the mountain shrub/sagebrush community
- Reduce the canopy cover in mature uniform-aged mature pinyon-juniper and other forest stands
- Stimulate sprouting and regrowth in decadent aspen patches; or increase the diversity and abundance of grasses and forbs in the understory of transition and winter range habitats for the critical period of late fall through early spring.

## MIGRATORY BIRDS

**FWL-MA-7.**   Stipulation CRVFO-TL-4: Nesting Season for Birds of Conservation Concern.   Prohibit initiation of surface occupancy and surface-disturbing activities during time periods between May 15 and July 15 to protect the destruction of active nests for birds of conservation concern. The application of the timing limitation

BLM_0025730

would consider: the type of equipment to be used (e.g., hand operated power tools verses mechanized/motorized equipment), the acreage/scale of the project, and the duration of the project, habitat types present, breeding phenology, weather conditions, elevation, distance to known nests, and terrain.

## CAVITY-NESTING SPECIES

**FWL-MA-8.** Broadly manage all forest types to provide an average snag retention density of three snags per acre.

## RAPTORS

**FWL-MA-9.** Stipulation CRVFO-NSO-8: Raptors (non-special status raptor species). Prohibit surface occupancy and surface-disturbing activities within a buffer zone centered on a nest site to maintain the integrity of the integrity of occupied nest sites (used within the last 5 years) and surrounding habitat (6,700 acres/800 acres Federal mineral estate).

Buffer widths for non-special status raptors are as follows:
- 0.25 mile – golden eagle, osprey, sharp-shinned hawk, Cooper's hawk, Swainson's hawk, red-tailed hawk, and all owls
- 0.5 mile – prairie falcon and northern goshawk.

**FWL-MA-10.** Stipulation CRVFO-TL-4: Raptors (non-special status raptor species). Prohibit surface occupancy and surface-disturbing activities to protect nesting and fledgling habitat during use (20,700 acres/2,600 acres Federal mineral estate).

The timing limitation is applied within a 0.25-mile radius on species-specific dates as follows:
- Red-tailed hawk - February 15 to July 15
- All owls - February 15 to July 15
- Swainson's hawk - April 1 to July 15
- Osprey - April 1 to August 31
- Cooper's hawk, sharp-shinned hawk - April 15 to July 15.

The timing limitation is applied within a 0.5-mile radius on species-specific dates as follows:
- Golden eagle - December 15 to July 15
- Northern goshawk - March 1 to September 15
- Prairie falcon - March 15 to July 15.

BLM_0025731

## WATERFOWL AND SHOREBIRDS

**FWL-MA-11.** Stipulation CRVFO-TL-6: Waterfowl and Shorebird Nesting and Production Areas. Prohibit surface occupancy and surface-disturbing activities from April 15 to July 15 in a 328 feet radius of: winter concentration areas, brood concentration areas, production areas, great blue heron historic nest areas, and great blue heron nesting areas; to protect nesting waterfowl and shorebirds. (300 acres/400 acres Federal mineral estate).

Also see Appendix B stipulation CRVFO-NSO-4: Major River Corridors and stipulation CRVFO-NSO-5: Perennial Streams, Water bodies, Riparian Areas, and Aquatic Dependent Species.

## STATE WILDLIFE AREAS

**FWL-OBJ-2.** *Protect State wildlife areas from unnecessary surface occupancy and surface-disturbing activities.*

**FWL-MA-12.** Close State wildlife areas to leasing for fluid minerals. Prohibit oil and gas leasing on Federal mineral estate underlying State-owned wildlife areas (12,900 acres Federal mineral estate). *Note: Garfield Creek SWA has 9,900 acres of Federal mineral estate open to fluid mineral leasing of which 7,400 acres are currently leased and 2,500 acres currently unleased).*

Also see Appendix B stipulation CRVFO-NSO-7: Priority Wildlife Habitat.

## BIG GAME

**FWL-OBJ-3.** *Minimize big game stress and disturbance on mule deer critical winter range, elk winter concentration areas, moose winter range, bighorn sheep winter ranges, big game migration corridors, and big game production areas.*

**FWL-MA-13**. Stipulation CRVFO-TL-2: Big Game Winter Habitat. Prohibit surface occupancy and surface-disturbing activities from December 1 to April 15 to protect: mule deer critical winter range; elk winter concentration areas; moose winter range; Rocky Mountain bighorn sheep winter, severe winter and winter concentration areas; and pronghorn winter concentration area. The purpose of the timing limitation is to reduce behavioral disruption of big game during the winter season (205,200 acres/55,200 acres Federal mineral estate).

**FWL-MA-14.** Stipulation CRVFO-TL-3: Big Game Production Areas. Prohibit surface occupancy and surface-disturbing activities during the following time period(s) to reduce behavioral disruption during parturition and early young rearing period in mapped big game production areas (14,500 acres/15,500 acres Federal mineral estate):

BLM_0025732

- Elk production (calving) - May 15 through June 30
- Rocky Mountain bighorn sheep production (lambing) areas - April 15 to June 30
- Pronghorn production (fawning) - April 15 to June 30.

**FWL-MA-15.** At the request of CPW, with concurrence by the BLM authorized officer, the CRVFO would close specific areas to human activity and dogs during severe winter weather conditions as defined by a combination of factors including snow depth, snow crusting, daily mean temperatures (long periods of cold temperatures), and concentrations of animals.

**FWL-MA-16.** Protect wintering big game and other wildlife species by closing the following areas to motorized and mechanized travel from December 1 to April 15 (131,600 acres):

- Basalt Mountain (south portion - 1,300 acres)
- Boiler-East Elk Creek-New Castle (4,400 acres)
- Cottonwood Creek, except BLM Route #8480 which would remain open unless BLM determines 1) inappropriate use is occurring off route #8480 or 2) wintering wildlife are being negatively affected (13,800 acres)
- Dry Rifle Creek (2,200 acres)
- East Eagle (6,000 acres)
- Fisher Creek-Cattle Creek (2,800 acres)
- Flatiron Mesa (800 acres)
- Hardscrabble (24,600 acres)
- Light Hill (3,800 acres)
- Red Canyon-Hells Pocket-Bocco Mountain-East Castle Peak (14,500 acres)
- Red Hill SRMA (northside) (2,600 acres)
- The Crown, except portions of routes (#8320, #8320E, #8325D) paralleling Pitkin County Road 5 that would be open to mechanized travel (9,200 acres)
- Thompson Creek/Holgate Mesa (9,500 acres)
- West Rifle Creek (1,100 acres)
- Williams Hill (1,500 acres)
- Winter Ridge-Black Mountain Pisgah Mountain-Windy Point-Boore Flat–Domantle (33,500 acres).

Under severe winter conditions, the winter closure may be extended if requested by the CPW. Severity of the winter conditions would be determined on the basis of snow depth, snow crusting, daily mean temperatures, and whether animals are concentrated on the winter range during the winter months.

**FWL-MA-17.** Lease Notice CRVFO-LN-4: Working in Big Game Winter Range. Within big game severe winter and winter concentration ranges, the operator is required to implement specific measures to reduce impacts of fluid minerals operations on wildlife and wildlife habitat.

BLM_0025733

**FWL-OBJ-4.**  *Reduce habitat fragmentation and restore habitat connectivity and conditions on big game winter ranges, winter concentration areas, severe winter ranges, summer/transition ranges, and movement corridors.*

**FWL-MA-18.**   Protect big game habitat by retaining BLM lands within a) big game migration corridors, b) mule deer critical winter ranges, c) elk severe winter ranges, and d) priority wildlife habitat areas; and e) apply ROW avoidance areas to wildlife habitat treatments.

**FWL-OBJ-5.**  *Reduce big game movement from BLM land to private lands during the big game hunting season.*

**FWL-MA-19.**   To help keep big game on BLM lands and reduce big game movement to private lands during the big game hunting season, prohibit motorized use on the following routes during the following dates (18 miles):
- Portions of Castle Peak accessed by the Stagecoach Trail (No. 8535) and Domantle Road (No. 8513) - from August 20 to November 30 (8 miles)
- All Dry Rifle Creek routes - from October 1 to November 30 (7 miles)
- All West Rifle Creek routes - from October 1 to November 30 (3 miles).

BLM_0025734

# SPECIAL STATUS SPECIES

**SSS-GOAL-1.** *Maintain or enhance special status species and their habitats to provide for their conservation and recovery as part of an ecologically healthy system, and support the goals contained in Standard 4 of the Colorado Standards for Public Land Health.*

**SSS-GOAL-2.** *Conserve and/or recover ESA-listed species and the ecosystems on which they depend so that ESA protections are no longer needed for these species.*

**SSS-GOAL-3.** *Initiate proactive conservation measures that reduce or eliminate threats to BLM sensitive species to minimize the likelihood of and need for listing of these species under the ESA (BLM Manual 6840 - Special Status Species Management).*

## COMMON TO ALL SPECIAL STATUS SPECIES

**SSS-MA-1.** Stipulation CRVFO-NSO-19: Threatened, Endangered, Proposed, and Candidate Fish and Wildlife Species. Prohibit surface occupancy and surface-disturbing activities on habitat areas for fish and wildlife species listed by the Federal or State government as endangered or threatened and for Federal proposed or candidate species to maintain the integrity of habitats for endangered, threatened or candidate species necessary for the maintenance or recovery of the species.

**SSS-MA-2.** Stipulation CRVFO-CSU-8: BLM Sensitive Fish and Wildlife Species and Significant Natural Plant Communities. Apply CSU constraint to habitats for those fish and wildlife species listed as sensitive by the BLM and for significant natural plant communities (including relict plant communities and old-growth forests and woodlands) to protect BLM sensitive aquatic and terrestrial and significant plant communities.

**SSS-MA-3.** Lease Notice - Endangered Species Act. The lease area may now or hereafter contain plants, animals, or their habitats determined to be threatened, endangered, or other special status species. The BLM may recommend modifications to exploration and development proposals to further its conservation and management objectives (CO-LN-34).

**SSS-MA-4.** Ensure that management of native, naturalized and exotic species enhances, restores, and does not reduce the biological and genetic diversity of natural ecosystems. Cooperate with the USFWS and appropriate State agencies in planning and providing for the recovery of threatened and endangered species. This includes the reestablishment or release of threatened and endangered species or experimental populations of threatened and endangered species within the historical range of the species. NEPA compliance is required before introductions, transplants and reestablishments can be approved.

BLM_0025735

**SSS-MA-5.** *Lands and Realty:*
- Retain BLM lands with special status species (i.e., proposed, candidate, federally listed, and BLM sensitive species) habitats
- Pursue land tenure adjustments that facilitate the conservation or recovery of special status species
- Manage special status species habitat as ROW avoidance areas unless otherwise specified as ROW exclusion areas.

**SSS-MA-6.** In occupied special status species habitat close or relocate selected travel routes to protect special status species and significant plant communities.

Also see Appendix B lease notice CRVFO-LN-2: Biological Inventories. In areas of known or suspected habitat of special status species, or habitat of other species of interest, such as raptor nests, elk calving areas, or significant natural plant communities, a biological inventory would be required prior to approval of operations.

## SPECIAL STATUS SPECIES - FISH AND OTHER AQUATIC WILDLIFE

**SSS-OBJ-1.** *Protect and improve occupied and suitable habitat for federally proposed, candidate, threatened, and endangered aquatic species and protect occupied habitat for BLM sensitive aquatic species necessary for:*
- *Maintenance and recovery of proposed, candidate, and threatened or endangered aquatic species*
- *Increase population numbers and distribution consistent with BLM policy in BLM Manual 6840 - Special Status Species Management.*

**SSS-MA-7.** Protect BLM fish-bearing streams or stream segments by actively seeking minimum in-stream flow protection and, for lakes, minimum pool depths, where opportunities arise (see Water section).

Also see Appendix B stipulation CRVFO-NSO-5: Perennial streams, Water bodies, Fisheries, and Riparian Areas.

Also see Appendix B stipulation CRVFO-TL-1: Salmonid and Native, Non-Salmonid Fishes.

## ENDANGERED BIG-RIVER FISHES

Also see Appendix B stipulation CRVFO-NSO-19: Threatened, Endangered, Proposed, and Candidate Fish and Wildlife Species and CRVFO-NSO-4: Major River Corridors.

BLM_0025736

### BLM SENSITIVE BIG-RIVER FISHES

Also see Appendix B stipulation CRVFO-NSO-4: Major River Corridors and stipulation CRVFO-NSO-5: Perennial Streams, Water bodies, Riparian Areas, and Aquatic Dependent Species.

### BLM SENSITIVE AMPHIBIANS

**SSS-MA-8.**   Stipulation CRVFO-CSU-5: Sensitive Amphibians (Great Basin Spadefoot, Boreal Toad, Northern Leopard Frog, Wood Frog).   Apply CSU constraints within an 800-meter (0.5-mile) buffer around all identified breeding sites to protect identified breeding habitats of sensitive amphibian species (4,100 acres BLM-managed surface/200 acres Federal mineral estate).

### SPECIAL STATUS SPECIES - PLANTS

**SSS-OBJ-2.**   *Promote maintenance and recovery of federally listed, proposed, and candidate threatened or endangered species by protecting and improving occupied and suitable habitat. Protect core populations of Harrington's penstemon and occupied habitat for all BLM sensitive species.*

**SSS-MA-9.**   Designate the following areas as core conservation populations for special status plant species:
- Mt Logan Foothills (Colorado hookless cactus, DeBeque phacelia, Parachute penstemon, Naturita milkvetch; 4,000 acres)
- Hardscrabble-East Eagle (Harrington's penstemon; 4,200 acres)
- Lyons Gulch (Harrington's penstemon; 400 acres)
- Sheep Creek Uplands (Harrington's penstemon; 3,900 acres).

*Note: Designate these areas as ACECs specifically to protect special status plants species and their habitats.   Other ACECs may also protect habitat for special status plants but these populations are not considered core populations. (see Special Designations - ACECs for ACEC-specific management prescriptions).*

**SSS-MA-10.**   Stipulation CRVFO-NSO-9: Threatened, Endangered, Proposed, and Candidate Plant Species.   Prohibit surface occupancy and surface-disturbing activities within 200 meters (656-feet) of habitat areas for those plant species listed under ESA as threatened or endangered, and for Federal proposed or candidate plant species.   Habitat areas include designated critical habitat, currently or historically occupied habitat, suitable habitat in close proximity to occupied habitat, and habitat necessary for the maintenance or recovery of the species. (4,500 acres/200 acres Federal mineral estate).

BLM_0025737

**SSS-MA-11.** Stipulation CRVFO-NSO-10: BLM Sensitive Plants within ACECs. Prohibit surface occupancy and surface-disturbing activities within 200 meters (656-feet) around occupied BLM sensitive plant habitat within ACECs to protect core populations of Harrington's penstemon and occupied habitat of other BLM sensitive plant species within ACECs from direct and indirect impacts (2,200 acres).

**SSS-MA-12.** Stipulation CRVFO-CSU-6: BLM Sensitive Plants outside ACECs. Apply CSU constraints to surface-disturbing activities within a 100-meter (328-feet) buffer around occupied habitat for sensitive plants outside ACECs to protect BLM sensitive plant populations and habitat outside of ACECs (6,400 acres BLM-managed surface/900 acres Federal mineral estate).

**SSS-MA-13.** Stipulation CRVFO-NSO-11: DeBeque Phacelia Suitable Habitat. Prohibit surface occupancy and surface-disturbing activities within 30 meters (100 feet) of suitable habitat for DeBeque phacelia to 1) preserve habitat until a determination can be made whether or not the habitat is occupied and 2) protect suitable habitat for the threatened annual plant, DeBeque phacelia, which may not germinate every year.

**SSS-OBJ-3.** *Restore historically occupied, degraded habitat for special status plants to suitable habitat where feasible (e.g., Colorado hookless cactus habitat dominated by cheatgrass).*

**SSS-MA-14.** Prohibit collection of rare plants or plant parts, except as permitted by the authorized officer for scientific research when the action would not adversely affect the population.

**SSS-MA-15.** Close or relocate selected travel routes to protect special status species and significant plant communities.

**SSS-MA-16.** Require projects that remove topsoil in areas of suitable habitat for endangered or threatened species to set aside and replace the topsoil when groundwork is completed, to preserve the seed bank and associated mycorrhizal species and to discourage invasive plant species.

## SPECIAL STATUS SPECIES - TERRESTRIAL WILDLIFE

**SSS-OBJ-04.** *Protect and improve the integrity of occupied and suitable habitat for federally proposed, candidate, threatened, and endangered terrestrial species and protect occupied (and adjacent) habitat for BLM sensitive terrestrial species necessary for:*
- *Maintenance and recovery of proposed, candidate, and threatened or endangered terrestrial species*

BLM_0025738

- *Increase population numbers and distribution consistent with BLM policy in BLM Manual 6840 - Special Status Species Management.*

## AMERICAN WHITE PELICAN

**SSS-MA-17.** Stipulation CRVFO-TL-7: American White Pelican. Prohibit surface occupancy and surface-disturbing activities from March 16 to September 30 to protect white pelican nesting and feeding habitat during usage (No acres identified as of 2015).

## BALD EAGLE

**SSS-MA-18.** Stipulation CRVFO-NSO-12: Bald Eagle Roost or Nest Site. Prohibit surface occupancy and surface-disturbing activities within a 0.25-mile radius of the roost or nest site to maintain the integrity of occupied (used within the last 5 years) winter roost sites and surrounding habitat (900 acres/100 acres Federal mineral estate).

**SSS-MA-19.** Stipulation CRVFO-TL-8: Bald Eagle Nest Sites and Winter Roost Sites. Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile buffer around occupied nest sites from November 15 to July 31 and winter roost sites from November 15 to March 15 to: (a) protect nesting, nest-centered courtship, nest attentiveness and construction or repair, egg-laying, incubation, feeding of nestlings, and post-fledging use of the nest; and (b) prevent disruption of wintering bald eagles at winter roost sites (3,900 acres/800 acres Federal mineral estate).

## FERRUGINOUS HAWK

**SSS-MA-20.** Stipulation CRVFO-NSO-13: Ferruginous Hawk Nesting and Fledgling Habitat. Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile radius of an occupied nest site or associated alternate nests to protect ferruginous hawk nesting and fledgling habitat during use and avoid nest abandonment (No acres identified as of 2015).

**SSS-MA-21.** Stipulation CRVFO-TL-9: Ferruginous Hawk Nesting and Fledgling Habitat. Prohibit surface occupancy and surface-disturbing activities to avoid nest abandonment from February 1 to July 15 within a 0.5-mile radius of a nest site to protect reproductive activity at occupied nest sites and avoid nest abandonment (No acres identified as of 2015).

## PEREGRINE FALCON

**SSS-MA-22.** Stipulation CRVFO-NSO-14: Peregrine Falcon Cliff-Nesting

BLM_0025739

Complex. Prohibit surface occupancy and surface-disturbing activities within a 0.5
-mile radius of a cliff-nesting complex to maintain the integrity of occupied nest
sites and surrounding habitat (1,000 acres BLM-managed surface/200 acres Federal
mineral estate).

**SSS-MA-23.**     Stipulation  CRVFO-TL-10:  Peregrine  Falcon  Cliff-Nesting
Complex. Prohibit surface occupancy and surface-disturbing activities within a 0.5-
mile buffer around peregrine falcon cliff-nesting complexes from March 15 to July
31 to protect reproductive activity at occupied nest sites and avoid nest
abandonment (1,000 acres BLM-managed surface/200 acres Federal mineral
estate).

## GREATER SAGE-GROUSE

**SSS-MA-24.**     Stipulation CRVFO-NSO-15: Priority Habitat for the Northern
Eagle/Southern Routt County Greater Sage-grouse Population.   Prohibit surface
occupancy and surface-disturbing activities in greater sage-grouse priority habitat.
to: 1) sustain the integrity of sagebrush biome within priority greater sage-grouse
habitats, 2) to provide the amount, continuity, and quality of habitat that is
necessary to maintain sustainable populations of greater sage-grouse, and 3)
maintain the integrity of habitat surrounding leks (24,700 acres BLM-managed
surface/17,400 acres Federal mineral estate).

**SSS-MA-25.**     Stipulation CRVFO-CSU-7: General Habitat for the Northern
Eagle/Southern Routt County Greater Sage-grouse Population.    Apply CSU
constraint to mitigate possible adverse effects of land uses to sustain the integrity of
the sagebrush biome within mapped greater sage-grouse general habitat (16,500
acres BLM-managed surface/10,100 acres Federal mineral estate).

**SSS-MA-26.**  Stipulation CRVFO-TL-11: Greater Sage-grouse Winter Range and
Nesting Habitat.   Prohibit surface occupancy and surface-disturbing activities in
greater sage-grouse: 1) nesting habitat to prevent disruption of reproductive activity
during the production period and 2) winter habitats that are crucial for population
persistence (28,800 acres BLM-managed surface/19,800 acres Federal mineral
estate).

- Greater sage-grouse winter range timing limitation dates are from December
  1 to March 15 and defined by CPW mapped winter range.
- Greater sage-grouse nesting habitat timing limitation dates: March 1 to June
  30. Sage- grouse nesting habitat includes brooding and production habitat.  It
  is described as sagebrush stands with sagebrush plants between 30 and 100
  centimeters (approximately 12 and 40 inches) in height and a mean canopy
  cover between 15 and 40 percent within a 4-mile radius of an active lek.

**SSS-MA-27.**   Lease  Notice  CRVFO-LN-5:  Greater  or  Gunnison  Sage-grouse
Habitat and Columbia Sharp-tailed Grouse Nesting Habitat.  The lease may in part,

BLM_0025740

or in total, contain important greater or Gunnison sage-grouse or Columbian sharp-tailed grouse habitats, as identified by the BLM, either currently or prospectively. The operator may be required to implement specific measures through a condition of approval to protect sage-grouse and Columbian sharp-tailed grouse.

**SSS-MA-28.**   To protect priority habitat for the northern Eagle/southern Routt County greater sage-grouse population:

> *Comprehensive Trails and Travel Management:*
> - BLM may close, construct, relocate, re-route, or re-designate by route type; routes to protect resource values and sustain a similar quality and quantity of routes as designated in the RMP
> - Close the east Castle Peak area to over-the-snow travel.

> *Lands and Realty:*
> - Designate priority habitat as a ROW avoidance area however amendments to existing ROWs, such as upgrading of existing facilities or granting of short (approx. 0.25 mile or less) or temporary ROWs for utility service or access roads may be permitted
> - Exclude new transmission lines from priority habitat unless lines can be collocated with existing lines
> - Within designated ROW corridors encumbered by existing ROW authorizations, new ROWs may be collocated within the designated corridors if the action may be completed within the existing disturbance
> - Minor new or amended distribution lines from existing transmission lines may be permitted away from sensitive areas (e.g., lek sites).

> *Wildland Fire Management:*
> - Allow prescribed fire and unplanned natural fire managed for resource benefits and other vegetation treatments if they are determined to be beneficial to maintaining or enhancing greater sage-grouse priority habitat.

**SSS-MA-29.**   To protect habitat for the Northern Eagle/ Southern Routt County Greater sage-grouse population attach onsite or offsite mitigation measures (including best management practices and conservation measures found in Appendix K) as a condition of approval to minimize impacts to greater sage-grouse priority and general habitat.

## COLUMBIA SHARP-TAILED GROUSE

**SSS-MA-30.**   Stipulation CRVFO-NSO-16: Occupied Columbian Sharp-tailed Grouse Leks. Prohibit surface occupancy and surface-disturbing activities within a 0.4-mile radius of occupied leks (A lek that has been active during at least one strutting season within the prior 10 years) to protect occupied Columbian sharp-

BLM_0025741

tailed grouse leks (No acres identified as of 2015).

**SSS-MA-31.** Stipulation CRVFO-TL-12: Columbian Sharp-tailed Grouse Winter Range and Nesting Habitat. Prohibit surface occupancy and surface-disturbing activities in Columbian sharp-tailed grouse winter range and nesting habitat to protect Columbian sharp-tailed grouse population persistence during certain seasons (10 acres/150 acres Federal mineral estate).

- Columbian sharp-tailed grouse winter range timing limitation dates are December 1 to March 15. Columbian sharp-tailed grouse winter range is defined by CPW mapped winter range.
- Columbian sharp-tailed grouse nesting habitat timing limitation dates are March 15 to July 30. Columbian sharp-tailed grouse nesting habitat includes brooding and production habitat. It is described as native grassland, sage steppe, mountain shrub, and non-native grass fields with up to 40% cover and dense vertical and horizontal concealment within 1.25 miles of an active lek.

Also see Appendix B lease notice CRVFO-LN-5: Greater or Gunnison Sage-grouse Habitat and Columbia Sharp-tailed Grouse Nesting Habitat.

## GREATER SANDHILL CRANE

**SSS-MA-32.** Stipulation CRVFO-TL-13: Greater Sandhill Crane. Prohibit surface occupancy and surface-disturbing activities from March 1 to October 16 to protect greater sandhill crane nesting and staging habitat during usage (No acres identified as of 2015).

## WESTERN YELLOW-BILLED CUCKOO

See Appendix K - Best Management Practices and Conservation Measures.

## MEXICAN SPOTTED OWL

**SSS-MA-33.** Stipulation CRVFO-NSO-17: Mexican Spotted Owl Roosts and Nest Sites. Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile radius of an occupied roost or nest site to maintain the integrity of the breeding and brood rearing complex (No acres identified as of 2015).

**SSS-MA-34.** Stipulation CRVFO-TL-14: Mexican Spotted Owl Primary Activity Centers. Prohibit surface occupancy and surface-disturbing activities from March 1 through July 31 to maintain the integrity of the breeding and brood rearing complex (No acres identified as of 2015).

BLM_0025742

## BATS

**SSS-MA-35.** Stipulation CRVFO-NSO-18: Special Status Bat Species Hibernation, Maternity and Fall Swarming Sites. Prohibit surface occupancy and surface-disturbing activities within a 0.25-mile radius of special status (i.e., endangered, threatened, candidate, or BLM sensitive) bat use areas to protect sites used for the purposes of maternity roosts, hibernation or fall swarming activities (500 acres BLM-managed surface/20 acres Federal mineral estate).

**SSS-MA-36.** Stipulation CRVFO-TL-15: Special Status Bat Species Hibernation, Maternity and Fall Swarming Sites. Prohibit surface occupancy and surface-disturbing activities within a 0.25-mile radius of the following sites: maternity sites from April 15 to August 31, winter hibernation sites from November 15 to April 15, and fall swarming sites from August 15 to October 15; to protect bat population persistence during certain seasons (500 acres BLM-managed surface/ 20 acres Federal mineral estate).

## CANADA LYNX

**SSS-MA-37.** Designate Canada lynx landscape linkages as a ROW avoidance area (including renewable energy sites such as solar, wind, hydro, and biomass development).

Also see Appendix B stipulation CRVFO-NSO-19: Threatened, Endangered, Proposed, and Candidate Fish and Wildlife Species for Canada lynx habitat within lynx analysis units.

## GREY WOLF

See Appendix K - Best Management Practices and Conservation Measures.

BLM_0025743

## CULTURAL RESOURCES

**CUL-GOAL-01.** *Identify, preserve, and protect significant cultural resources in order to ensure appropriate uses by present and future generations (i.e., for research, education, and preservation of cultural heritage (FLPMA Section 103 [C], 201 [A], 202 [A]; NHPA Sections 106 and 110; ARPA Section 14[a]; the Antiquities Act Section 2, National Programmatic Agreement between the BLM and National Conference of State Historic Preservation Officers, Colorado Protocol, and other pertinent legislation).*

**CUL-OBJ-01.** *Identify research opportunities and preserve the nature and value of cultural resources.*

**CUL-MA-01.** Allocate all cultural resources currently recorded, or projected to occur on the basis of existing data synthesis, to use allocations according to their nature and relative preservation value (BLM Manual Section 8110.42 and Planning Handbook H-1601-1, Appendix C). Cultural use allocations include those shown below.

**CRVFO Cultural Use Allocations.**

| Use Allocation | Desired Outcome |
|---|---|
| Scientific use | Preserved until research potential is realized |
| Conservation for future use | Preserved until conditions for use are met |
| Traditional use | Long-term preservation |
| Public use | Long-term preservation, onsite interpretation |
| Experimental use | Protected until used |
| Discharge from management | No use after recordation; not preserved |

Use category allocations may be revised in response to changing site conditions or as additional data and information is obtained. Criteria allowing for revising allocation includes: 1) environmental change or human caused impacts that alter the significance or scientific potential; 2) changes brought about by mitigation and/or data recovery; 3) new discovery that adds to the sites potential and changes its eligibility to the NRHP; 4) new information or techniques that reveal a new scientific value that was not previously recognized; and 5) new information shared through Native American consultation.

**CUL-OBJ-02.** *Provide long term protection and preservation of religious or culturally significant sites and areas.*

**CUL-MA-02.** Stipulation CRVFO-NSO-20: Heritage Areas. Prohibit surface occupancy and surface-disturbing activities within 0.25 mile of heritage areas or Native American traditional properties (e.g., ceremonial features, rock art, culturally modified trees, human remains and site types as identified through

BLM_0025744

consultation) to protect the integrity of place, setting, and/or feeling (4,900 acres BLM-managed surface/500 acres Federal mineral estate).

**CUL-MA-03.** Designate the Blue Hill and Grand Hogback ACECs to preserve and protect areas with integrity of setting and place where natural, cultural, and historic resources combine to form a cohesive, important landscape.

**CUL-GOAL-02.** *Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration, or potential conflict with other resource uses (FLPMA Sec. 103[c], NHPA 106, 110[a][2]) by ensuring that all authorizations for land use and resource use will comply with the NHPA Section 106; Colorado Protocol; Colorado Revised Statutes 24-80-1301 for Historic, Prehistoric, and Archaeological Resources, and for Unmarked Human Graves; and other applicable laws.*

**CUL-OBJ-03.** *Preserve and protect historic properties and/or landscapes to protect the integrity of setting and sense of place by reducing imminent threats from natural or human-caused deterioration to resolve potential conflicts with other resource uses and ensuring that all authorizations for land use and resource use comply with Section 106 of the NHPA.*

**CUL-MA-04.** Stipulation CRVFO-NSO-21: Historic Properties (100 meters [328 feet]). Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of historic properties (9,100 acres/1,100 acres Federal mineral estate).

**CUL-GOAL-03.** *Work towards enhancing collaboration, consultation, and working relationships with Native American tribes.*

**CUL-OBJ-04.** *Uphold Native American interests and accommodate traditional uses by maintaining and, where possible, improving natural and cultural resource conditions to enhance opportunities for use of cultural landscapes and cultural properties.*

**CUL-MA-05.** Recognizing resource concerns provide administrative access on designated routes to tribal cultural departments and tribal members for the collection of appropriate natural resources needed to maintain traditional lifeways.

**CUL-MA-06.** Identify tribal plant gathering needs and establish tribal protocol for gathering materials for cultural and religious purposes. Do not charge members of federally recognized Tribes fees for the collection of non-commercial or personal-use quantities of plants or minerals used for food, medicine, utilitarian items, traditional use items, or items necessary for traditional, religious or ceremonial purposes. Threatened, endangered, candidate, proposed, or sensitive plants are not included as authorized for collection.

**CUL-MA-07.** Plants that are identified by the Tribe as important for traditional,

BLM_0025745

religious or ceremonial purposes and are not widely available would not be offered for commercial collection.

BLM_0025746

# PALEONTOLOGICAL RESOURCES

**PAL-GOAL-01.**  *Preserve and protect significant paleontological resources (generally vertebrate or noteworthy occurrences of invertebrate or plant fossils) in compliance with the 2009 Paleontological Resources Preservation Act.*

> **PAL-OBJ-01.**  *Ensure that paleontological resources are available for appropriate scientific and educational uses.*

> **PAL-MA-01.**   Lease Notice CRVFO-LN-7: Class 4 and 5 Paleontological Areas. Require that an accredited paleontologist approved by the authorized officer perform an inventory of surface-disturbing activities in Class 4 and 5 paleontological areas.

BLM_0025747

# VISUAL RESOURCES

**VIS-GOAL-01.** *Protect the open spaces, the natural aesthetics, and the scenic vistas that are considered a social, economic, and environmental benefit.*

**VIS-OBJ-01.** *Maintain visual quality and integrity in accordance with VRM classes.*

**VIS-MA-01.** Manage visual resources on BLM lands according to the objectives for each class and designate VRM classes as follows:
- VRM I = 35,600 acres BLM-managed surface/0 acres Federal mineral estate
- VRM II = 268,900 acres BLM-managed surface/92,100 acres Federal mineral estate
- VRM III = 84,200 acres BLM-managed surface/48,600 acres Federal mineral estate
- VRM IV = 116,500 acres BLM-managed surface/69,000 acres Federal mineral estate.

**VIS-MA-02.** Within VRM Class II areas, concentrate all new disturbances within existing ROWs or within 200 meters (656 feet) of existing disturbances in order to maintain overall scenic quality in utility corridors and in high-sensitivity transportation corridors identified and analyzed in the Visual Resource Management Update. This recognizes existing disturbances while not foregoing protections for high-sensitivity transportation corridors.

**VIS-MA-03.** Manage all WSAs under VRM Class I objectives to support BLM Manual 6330 – Management of BLM Wilderness Study Areas guidance to retain a natural landscape. If a WSA is designated as wilderness, the area would continue to be managed as VRM Class I. Exceptions: (1) Case-by-case exceptions for valid existing rights and grandfathered uses; (2) If the WSA is released by Congress.

**VIS-MA-04.** Designate VRM classes I or II for the following ACECs to preserve unique natural, geologic, or cultural features:

*VRM Class I:*
- Thompson Creek
- Bull Gulch
- Deep Creek.

*VRM Class II:*
- Blue Hill
- Glenwood Springs Debris Flow
- Grand Hogback
- McCoy Fan Delta.

BLM_0025748

**VIS-MA-05.**  Lands managed for the protection of wilderness characteristics would be managed under VRM Class II objectives unless otherwise managed as VRM Class I:
- Castle Peak Addition
- Flat Tops Addition
- Pisgah Mountain
- Thompson Creek outside ACEC.

**VIS-MA-06.**  Manage the following SRMAs under VRM class II objectives to support recreation settings (for SRMAs that overlap with WSAs see VIS-MA-03):
- Hardscrabble/East Eagle SRMA
- King Mountain SRMA
- Red Hill SRMA
- The Crown SRMA
- Upper Colorado River SRMA.

**VIS-MA-07.**  Stipulation CRVFO-NSO-22: VRM Class II Areas with Slopes over 30 Percent and High Visual Sensitivity.  Prohibit surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity to preserve the visual setting and integrity.  Lands with high visual sensitivity are those lands within 5 miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer (120,100 acres BLM-managed surface/25,000 acres Federal mineral estate).

**VIS-MA-08.**  Stipulation CRVFO-CSU-9: VRM Class II.  Apply CSU constraint within VRM CLASS II areas to ensure that surface-disturbing activities within VRM Class II areas comply with BLM Handbook 8431-1 to retain the existing character of the landscape. Management activities may be seen but should not attract attention of the casual observer. Any change to the landscape must repeat the basic elements of form, line, color, and texture found in the predominant natural features of the characteristic landscape (270,500 acres BLM-managed surface/93,100 acres Federal mineral estate).

**VIS-MA-09.**  Lease Notice CRVFO-LN-8: Sensitive Viewsheds.  Use lease notices to inform oil and gas lessees of operational concerns in sensitive viewsheds. Special design and construction measures may be required to minimize the visual impacts of drilling activities within 5 miles of all communities or population centers, major BLM or county roads, and State or Federal highways.

**VIS-MA-10.**  Collocate communication towers, facilities, and associated structures with existing communication sites to minimize overall visual impacts.

**VIS-MA-11.**  Allow necessary annual road maintenance within the area of the existing disturbance regardless of VRM class.

BLM_0025749

# WILDLAND FIRE MANAGEMENT

**WFM-GOAL-01.** *Give first priority to public and firefighter safety and to protection of property.*

**WFM-GOAL-02.** *Recognize the role of wildland fire as an essential ecological process and allow fire to play a natural role in the ecosystem where or when resource objectives can be met.*

**WFM-GOAL-03.** *Minimize costs and loss of property and natural resources, complement resource management objectives, and sustain the productivity of biological ecosystems through fire management.*

> **WFM-OBJ-01.** *Integrate fire and fuels management across all BLM programs and across all jurisdictional boundaries to achieve land health standards, address wildland-urban interface issues and achieve commensurate resource and resource use objectives.*

> > **WFM-MA-01.** Use a full range of wildland fire management options, from full suppression to management of unplanned ignitions managed for resource benefits. Allow the use of naturally caused unplanned wildfires to be managed for multiple objectives including resource benefit in specific geographic areas on 192,200 acres. On the remaining acreage of BLM lands fire will be managed under a suppression strategy.

> **WFM-OBJ-02.** *Work to restore areas that are fire regime condition classes (FRCC) 2 and 3 towards Class 1, and maintain areas of FRCC 1.*

> > **WFM-MA-02.** Use fuels treatments to meet FRCC objectives. In FRCC 2 areas apply moderate levels of restoration treatments and in FRCC 3 areas apply higher levels of restoration treatments to restore to the natural fire regime.

# LANDS MANAGED FOR THE PROTECTION OF WILDERNESS CHARACTERISTICS

**WIL-GOAL-01.** *Protect wilderness characteristics and preserve the social, cultural, economic, scientific, and ecological benefits they provide to current and future generations.*

**WIL-OBJ-01.** *Improve the naturalness of lands managed to protect wilderness characteristics through rehabilitation/ restoration and mitigation of human impacts. Provide opportunities for solitude and/or primitive and unconfined recreation.*

**WIL-MA-01.** Manage the following lands with wilderness characteristics for the protection of their wilderness characteristics (34,400 acres):
- Castle Peak Addition (3,900 acres)
- Deep Creek (4,300 acres)
- Flat Tops Addition (3,500 acres)
- Pisgah Mountain (14,500 acres)
- Thompson Creek (8,200 acres).

**WIL-MA-02.** Closed to Leasing for Fluid Minerals. Manage approximately 34,400 acres of Federal mineral estate as closed to fluid minerals leasing and geophysical exploration for the protection of wilderness characteristics.

**WIL-MA-03.** Stipulation CRVFO-NSO-23: Lands Managed for the Protection of Wilderness Characteristics. Prohibit surface occupancy and surface-disturbing activities on lands managed for the protection of wilderness characteristics outside WSAs to protect wilderness characteristics (34,500 acres).

**WIL-MA-04.** Protect wilderness characteristics through the application of land use plan-level decisions found in Management and Setting Prescriptions for Lands Managed to Protect Wilderness Characteristics (Appendix C) and summarized below:

*Valid Existing Rights:*
- New discretionary uses that create valid existing rights are not allowed if they would detract from the wilderness values. Specific exemptions/allowances are made for prior-existing rights.

*Forestry:*
- These lands are closed to commercial timber harvest, firewood cutting, and special forest product harvest.

BLM_0025751

*Wildlife Management:*
- Introduction of threatened, endangered, or other special status species native to North America may be allowed
- Management activities on these lands would emphasize natural processes for wildlife management. Vegetative manipulation/habitat treatments to improve special status species habitat is allowed when there is no effective alternative and when the manipulation is necessary to maintain supplemental values.

*Visual Resource Management:*
- Manage areas under VRM Class II objectives unless otherwise managed as VRM Class I.

*Recreation and Visitor Services:*
- Permanent recreation structures are not permitted.
- No new special recreation permits (SRPs) would be authorized unless they are necessary for helping people realize the primitive and unconfined recreational values (e.g., upland outfitting service).
- When commercial SRPs are renewed, the terms and conditions of the SRP would be modified as necessary to comply with the Management and Setting Prescriptions for Lands Managed to Protect Wilderness Characteristics.
- No competitive events would be authorized.

*Comprehensive Trails and Travel Management:*
- All lands are closed to over-snow travel.
- Motorized access is granted for BLM administrative use.

*Lands and Realty:*
- The Colorado Army National Guard through the High-Altitude Army National Guard Aviation Training Site, may conduct aerial navigation training maneuver exercises over (and on) lands managed for the protection of wilderness characteristics in a manner and degree consistent with current authorizations and subsequent interagency agreements.
- Lands managed for the protection of wilderness characteristics would be retained in public ownership. They would not be disposed through any means, including public sales, exchanges, patents under the Recreation and Public Purposes Act, State selections or other actions (except where a vested right was established prior to October 21, 1976).
- Prior existing rights, such as leases under the Recreation and Public Purposes Act, leases/permits under 43 CFR 2920, and ROWs may be renewed.

BLM_0025752

- These lands would be designated as ROW avoidance areas. New authorizations, leases, or ROWs that are not compatible with the defined values would not be authorized.

*Locatable Minerals:*
- Recommend for withdrawal to the Secretary of the Interior to close these lands to mining laws for locatable mineral exploration or development.

*Non-energy Solid Mineral Leasing:*
- All Federal mineral estate within these lands would be closed to non-energy solid mineral leasing.

*Salable Minerals/Mineral Material Disposal:*
- These areas are closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

**WIL-IMP-05.** Protect wilderness character through the application of implementation decisions (below) and best management practices identified in Appendix C - Management and Setting Prescriptions for Lands Managed to Protect Wilderness Characteristics.

*Comprehensive Trails and Travel Management:*
- The construction of new permanent or temporary roads would not be allowed in lands managed to protect wilderness characteristics.
- As identified in the travel designations, within the Thompson Creek unit; 1) routes 8271 and 8276 (Lorax Trail) would be designated as open to mechanized travel; and 2) route 8275 (loop road) would be designated as open to motorized travel.
- As identified in the travel designations, within the Pisgah Mountain unit; routes 8520, 8535, 8535A, 8536, 8537 and 8537C (administrative route) would be designated as open to motorized travel.

*Locatable Minerals, Mineral Materials, and Non-Energy Leasable Minerals Management*
- Within lands managed to maintain wilderness characteristics, existing mining operations would be regulated using the 43 CFR 3809 regulations to prevent unnecessary and undue degradation of the lands.
- Within areas managed to maintain wilderness characteristics, existing mineral leases represent a valid existing right. These rights are dependent upon the specific terms and conditions of each lease. Existing leases would be regulated through conditions of approval to prevent unnecessary or undue degradation.

BLM_0025753

## CAVE AND KARST RESOURCES

**CAV-GOAL-01.** *Preserve the biotic, mineralogical, paleontological, hydrologic, and cultural values in caves defined as significant under the Federal Cave Resources Protection Act.*

**CAV-OBJ-01.** *Protect significant cave and karst values per the standards identified by the Colorado Cave Survey in coordination with the BLM while providing opportunities for people to engage in caving, research, and scientific exploration at significant caves to the extent consistent with the targeted outcomes and the protection of cave resources (e.g., biota, cultural, geologic, mineralogic, hydrologic).*

**CAV-MA-01.**   Manage caves to retain their current physical, social, and operational settings (Appendix D - Management and Setting Prescriptions for Caves).

**CAV-MA-02.**   Identify La Sunder Cave as a significant cave and manage the cave in accordance with the Federal Cave Resources Protection Act. Initiate the nomination, evaluation, and designation of other potentially significant caves.

**CAV-MA-03.**   Stipulation CRVFO-NSO-24: Cave and Karst Resources. Prohibit surface occupancy and surface-disturbing activities to the extent (at a minimum this stipulation extends to 5,000 feet below the surface) of known cave and karst resources to protect the scientific and wildlife values associated with cave openings provided by these caves and to avoid the difficulties inherent in drilling such locations (5,300 acres/100 acres Federal mineral estate).

Also see Lands and Realty section (LRT-MA-11) noting Deep Creek ACEC is recommended for withdrawal from locatable exploration or development.

BLM_0025754

## II. RESOURCE USES

**FORESTRY**

**FOR-GOAL-01**. *Use a variety of silvicultural techniques and harvest systems to manage for healthy forests and woodlands while offering a variety of forest products on a sustainable basis.*

**FOR-OBJ-01.** *On suitable productive forestland, produce a variety of forest products to meet commercial and private demands on a sustained-yield basis.*

**FOR-MA-01.** Provide forest products, including but not limited to sawlogs, firewood, Christmas trees, posts and poles, transplants, specialty wood products, traditional Tribal forest products, and biomass by implementing the following actions:

- Intensively manage 28,000 acres of commercial forest and woodland to target an average annual PSQ of 0.9 million board-feet
- Apply limited management to the remaining 352,800 acres of forests and woodlands
- Avoid commercial timber harvest on 123,300 acres of forests and woodlands to protect: ACECs, WSAs, recreation opportunities, wilderness characteristics, and wild and scenic river values; except when such harvest is done to enhance the area's management objectives.

**FOR-MA-02.** Implement salvage or accelerated harvests following adverse events (e.g., pine and spruce beetle infestations, other insect outbreaks, disease, blow down, wildfire) to regenerate stands and to capture the economic value of forest products before that value is lost.

Accelerate harvest of lodgepole pine killed or threatened by mountain pine beetle above the PSQ for the next 10 to 15 years to salvage commercial value and reduce the large scale severe wildfire potential. As markets develop, increase aspen harvest to regenerate stands affected by sudden aspen decline and other pathogens.

**FOR-MA-03.** Within forest management units:

- Conduct intensive management using the following actions: clear cuts, shelter wood, and other partial cuts; pre-commercial and commercial thinning, seeding, and planting; timber stand improvement; sanitation treatments; and mechanical treatments or prescribed fire and natural fire managed for resource benefits for stand replacement or conversion
- Maintain or improve existing access routes and construct permanent or temporary routes for access to productive forestlands in a manner that complements travel management objectives. Pursue temporary or permanent

BLM_0025755

access agreements or easements to provide public or administrative access to productive forest areas that are currently inaccessible

- Conduct periodic regeneration surveys to monitor for adequacy of regeneration of all reproduction method treatment areas. If adequate regeneration is not present or anticipated within 5 years, then artificially regenerate the area.

**FOR-OBJ-02.**   *Outside forest management units, provide supplemental forest products by managing low-productivity forestland or sites withdrawn from planned harvest for other resource needs or because they are economically inaccessible, commensurate with meeting resource goals and objectives of the area.*

**FOR-MA-04.**   Conduct limited management, including harvesting for wood products and traditional tribal woodland products, through the following actions: clear cuts, shelter wood and other partial cuts, sanitation treatments, selective harvests, and mechanical treatments or prescribed fire and natural fire to achieve resource management objectives including hazardous fuels reduction in wildland urban interface areas or other high priority areas. Provide forest product sales from these actions as resources, site conditions, and site management allows.

BLM_0025756

# LIVESTOCK GRAZING

**GRZ-GOAL-01.** *Apply flexible and sustainable livestock grazing, in accordance with BLM Colorado Standards for Public Land Health and Guidelines for Livestock Grazing Management to contribute to local economies, ranching livelihoods, and the rural western character integral to many communities.*

**GRZ-OBJ-01.** *Meet the forage demands of livestock operations based on active use, by providing approximately 441,600 acres for livestock grazing, and provide approximately 35,500 AUMs of livestock forage.*

**GRZ-MA-01.** Actions on 63 grazing allotments (Appendix E):
- Close 48 allotments due to suitability for livestock grazing
- Combine 10 allotments with adjacent allotments to facilitate administration
- Create 2 reserve allotments (Reserved allotments are only available to applicants who have acquired a lease on adjacent private/State-owned lands controlling use on the allotment
- Make 3 allotments available for grazing.

**GRZ-MA-02.** Continue prioritizing grazing allotments according to three levels: Improve as first priority, followed by Maintain and Custodial. Based on monitoring and resource management needs, reassign allotments as necessary (Appendix E).

**GRZ-IMP-01.** When deemed necessary by the authorized officer, defer or exclude livestock grazing use for two growing seasons on disturbed areas (e.g., a fire event, reclamation of disturbed lands, seedings, surface-disturbing vegetation treatment), or until site-specific analysis and/or monitoring data indicate that vegetation cover, species composition, and litter accumulation are adequate to support and protect watershed values, meet vegetation objectives, and sustain grazing use.

# RECREATION AND VISITOR SERVICES

**REC-GOAL-01.** *Produce a diversity of quality recreational opportunities that support the outdoor-oriented lifestyles and the quality of life of participants, which in turn can benefit local communities, regional economies, and the environment.*

> **REC-OBJ-01.** *Foster a sense of awareness and stewardship in recreational participants and local community partners to maintain recreation values in: SRMAs, ERMAs, developed recreation sites and community growth areas (BLM lands adjacent to, between, and surrounding communities); as well as safeguard cultural and natural resources.*
>
> *Note: Each recreation management area has a specific objective in addition to this overarching objective.*

## SPECIAL RECREATION MANAGEMENT AREAS

> **REC-MA-01.** Designate five special recreation management areas (SRMA) (62,800 acres):
> - **REC-MA-01a.** Hardscrabble-East Eagle SRMA (21,900 acres)
> - **REC-MA-01b.** King Mountain SRMA (13,000 acres)
> - **REC-MA-01c.** Red Hill SRMA (3,100 acres)
> - **REC-MA-01d.** The Crown SRMA (9,100 acres)
> - **REC-MA-01e.** Upper Colorado River SRMA (15,700 acres).
>
> *Note: A complete management framework for each RMA can be found in Appendix F – Recreation and Visitor Services Management Framework for Special and Extensive Recreation Management Areas.*

## HARDSCRABBLE-EAST EAGLE SPECIAL RECREATION MANAGEMENT AREA

> **REC-OBJ-01a (Hardscrabble-East Eagle SRMA - RMZ 1).** *Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.*
>
> *Activities:*
> - *Mountain biking for cross-country (XC) type bikes.*
> - *Hiking.*
>
> *Experiences:*
> - *Enjoying frequent access to outdoor physical activity*
> - *Developing your skills and abilities*

BLM_0025758

- *For the challenge or sport*
- *Enjoying the areas wildlife, scenery, views and aesthetics.*

*Benefits:*
- *Personal:*
  - *Improved physical fitness/ better health maintenance*
  - *Improved outdoor recreation skills*
  - *Living a more outdoor-oriented lifestyle.*
  - *Improved balance of work and play in my life*
  - *Restored my mind from stress/tension/anxiety*
- *Community/Social:*
  - *Heightened sense of satisfaction with our community*
  - *Lifestyle improvement or maintenance*
  - *Enlarged sense of community dependency on public lands*
  - *Greater community involvement in recreation and other land use decisions*
- *Environmental:*
  - *Preservation of the special landscape character of this place*
- *Economic:*
  - *Maintain local tourism revenue*
  - *Increased desirability as a place to live or retire.*

**REC-MA-01a (Hardscrabble-East Eagle SRMA - RMZ 1).** Supporting management action and allowable use decisions include the following:

*Camping Restrictions:*
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years. SRPs are issued as a discretionary action for activities that: 1) are consistent with resource/program objectives, 2) are within budgetary/ workload constraints, 3) would satisfy a demand from the public that the applicant can factually demonstrate is not being met and 4) would not cause public health and safety issues or create user conflicts.
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

BLM_0025759

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments provided that the natural character and other recreation values on BLM land are not impacted over the long-term.

*Forestry:*
- The SRMA is open to timber harvest, firewood cutting and special forest product harvest that can be implemented without affecting the desired recreation setting. Allow vegetation treatments within SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term.

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All Federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs**.**

*Visual Resource Management:*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel, are limited to designated routes).
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public*

BLM_0025760

*use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical.  The final network of routes would be determined through RMP implementation.*

**REC-OBJ-01a (Hardscrabble-East Eagle SRMA - RMZ 2).**   *Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.*

*Activities.*
- *Off-highway Vehicle Riding and Driving.*

*Experiences.*
- *Escaping everyday responsibilities for a while*
- *Enjoying frequent access to outdoor physical activity*
- *For the challenge or sport*
- *To be with others who enjoy the same things I do.*

*Benefits.*
- *Personal:*
  - *Living a more outdoor-oriented lifestyle*
  - *Improved balance of work and play in my life*
  - *Enhance sense of personal freedom*
  - *Restored my mind from stress/tension/anxiety*
  - *Developing stronger ties with my family or friends*
- *Community/Social:*
  - *Lifestyle improvement or maintenance*
  - *Strengthening relationships with family and friends*
  - *Enlarged sense of community dependency on public lands*
  - *Greater community involvement in recreation and other land use decisions*
- *Environmental:*
  - *Greater community ownership and stewardship of recreation and natural resources*
- *Economic:*
  - *Maintain local tourism revenue*
  - *Increased desirability as a place to live or retire.*

**REC-MA-01a (Hardscrabble-East Eagle SRMA - RMZ 2).**   Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- Parking, camping and overnight use is prohibited on BLM lands along the North Hardscrabble Access Road (Spring Creek) within 300 feet from the centerline of said road  located in T. 5 S., R 85 W., Track 80, 6th PM.

BLM_0025761

- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years. SRPs are issued as a discretionary action for activities that: 1) are consistent with resource/program objectives, 2) are within budgetary/ workload constraints, 3) would satisfy a demand from the public that the applicant can factually demonstrate is not being met and 4) would not cause public health and safety issues or create user conflicts.
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites and  along North Hardscrabble Access Road (Spring Creek) within 300 feet from the centerline of said road  located in T. 5 S., R 85 W., Track 80, 6th PM.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The SRMA is open to timber harvest, firewood cutting and special forest product harvest that can be implemented without affecting the desired recreation setting. Allow vegetation treatments within SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

BLM_0025762

*Non-energy Solid Mineral Leasing:*
- All Federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs**.**

*Visual Resource Management:*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel, are limited to designated routes).
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical.  The final network of routes would be determined through RMP implementation.*

## KING MOUNTAIN SPECIAL RECREATION MANAGEMENT AREA

**REC-OBJ-01b (King Mountain SRMA).**  *Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.*

*Activities.*
- *Hunting by horseback (Scouting)*
- *Viewing wildlife*
- *Camping.*

*Experiences.*
- *Enjoying the area's wildlife, scenery, views and aesthetics*
- *To experience the natural surroundings*
- *Enjoying the closeness of family/friends*
- *For the challenge or sport.*

BLM_0025763

*Benefits.*
- *Personal:*
  - *Improved opportunity to view wildlife up close*
  - *Closer relationship with the natural world*
  - *Greater understanding of the importance of wildlife to my quality of life*
  - *Developing stronger ties with my family and friends*
  - *Living a more outdoor-oriented lifestyle*
- *Community/Social:*
  - *Strengthen relationships with family and friends*
  - *Greater household awareness and appreciation of our cultural heritage*
- *Environmental:*
  - *Greater protection of fish, wildlife, and plant habitat from growth, development and public use impacts*
- *Economic:*
  - *Maintain local tourism revenue.*

**REC-MA-01b (King Mountain SRMA).** Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years. SRPs are issued as a discretionary action for activities that: 1) are consistent with resource/program objectives, 2) are within budgetary/ workload constraints, 3) would satisfy a demand from the public that the applicant can factually demonstrate is not being met and 4) would not cause public health and safety issues or create user conflicts.
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

BLM_0025764

*Forestry:*
- The SRMA is open to timber harvest, firewood cutting and special forest product harvest that can be implemented without affecting the desired recreation setting.
- Allow vegetation treatments within SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All Federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs**.**

*Visual Resource Management:*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel, are limited to designated routes).
- Horse-drawn carts are permitted on designated routes into and around Grimes Brook Reservoir.
- Over-snow travel is limited to designated routes.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical. The final network of routes would be determined through RMP implementation.*

BLM_0025765

### RED HILL SPECIAL RECREATION MANAGEMENT AREA

**REC-OBJ-01c (Red Hill SRMA).** *Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.*

*Activities.*
- *Mountain biking for cross-country (XC) type bikes*
- *Hiking.*

*Experiences.*
- *Releasing or reducing some built up mental tensions*
- *Getting some needed physical exercise*
- *Enjoying frequent access to outdoor physical activity*
- *Enjoying the areas wildlife, scenery, views and aesthetics.*

*Benefits.*
- *Personal:*
  - *Improved physical fitness/ better health maintenance*
  - *Restored mind from stress/tension/anxiety*
  - *Living a more outdoor-oriented lifestyle*
  - *Improved balance of work and play in my life*
  - *Greater awareness of this area as a special place*
- *Community/Social:*
  - *Lifestyle improvement or maintenance*
  - *Enlarged sense of community dependency on public lands*
  - *Greater community involvement in recreation and other land use decisions*
- *Environmental:*
  - *Preservation of the special landscape character of this place*
- *Economic:*
  - *Greater value-added local services*
  - *Increased desirability as a place to live or retire.*

**REC-MA-01c (Red Hill SRMA).** Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- The SRMA is closed to camping and overnight use.

*Special Recreation Permits:*
- No new SRPs for: competitive events, vending, commercial use, organized group activity/event use, or special area use would be issued.

BLM_0025766

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All Federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMA**s**.

*Visual Resource Management:*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Comprehensive Trails and Travel Management:*
- The area is classified as closed to motorized vehicle use and limited to designated routes for mountain bikes.
- Except for the Mushroom Rock area, the SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.
- Over-snow travel is prohibited.

BLM_0025767

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical. The final network of routes would be determined through RMP implementation.*

**REC-IMP-01c (Red Hill SRMA).** Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Designate route segment 8295i to create an additional loop trail on the northside.
- Make trail connections to new access points.

## THE CROWN SPECIAL RECREATION MANAGEMENT AREA

**REC-OBJ-01d (The Crown SRMA).** *Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.*

*Activities.*
- *Mountain biking for cross-country (XC) type bikes. (Note: OHV use will occur on designated motorized routes.)*

*Experiences.*
- *Enjoying frequent access to outdoor physical activity*
- *Getting some needed physical exercise*
- *Developing your skills and abilities*
- *For the challenge or sport*
- *Enjoying the areas wildlife, scenery, views and aesthetics*

*Benefits.*
- *Personal:*
  - *Improved physical fitness/ better health maintenance*
  - *Improved outdoor recreation skills*
  - *Living a more outdoor-oriented lifestyle*
  - *Improved balance of work and play in my life*
  - *Restored my mind from stress/tension/anxiety*
- *Community/Social:*
  - *Lifestyle improvement or maintenance*
  - *Enlarged sense of community dependency on public lands*
  - *Greater community involvement in recreation and other land use decisions*
- *Economic:*
  - *Increased desirability as a place to live or retire*

BLM_0025768

    o  *Greater value-added local services.*

**REC-MA-01d (The Crown SRMA).** Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- Camping and overnight use is prohibited on BLM lands outside of designated campsites and developed campgrounds within ¼ mile of Prince Creek Road (Pitkin County Road 7).
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years. SRPs are issued as a discretionary action for activities that: 1) are consistent with resource/program objectives, 2) are within budgetary/ workload constraints, 3) would satisfy a demand from the public that the applicant can factually demonstrate is not being met and 4) would not cause public health and safety issues or create user conflicts.
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

BLM_0025769

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All Federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs.

*Visual Resource Management (VRM):*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited.
- The area is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical. The final network of routes would be determined through RMP implementation.*

**REC-IMP-01d (The Crown SRMA).** Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of motorized routes, excepting re-routes, within the SRMA will not increase beyond the baseline of designated routes to maintain the desired recreation setting characteristics.

## UPPER COLORADO RIVER SPECIAL RECREATION MANAGEMENT AREA

**REC-OBJ-01e   (Upper Colorado River SRMA - RMZ 1).** *Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.*

*Activities.*
- *Trout fishing*
- *Float boating.*

*Experiences.*
- *Enjoying closeness to family/friends*
- *Enjoying the area's wildlife, scenery, views and aesthetics*
- *Escaping everyday responsibilities for a while*
- *Developing your skills and abilities*
- *To escape crowds of people.*

*Benefits:*
- *Personal:*
  - *Developing stronger ties with my family or friends*
  - *Greater awareness of this area as a special place*
  - *Improved balance of work and play in my life*
  - *Improved outdoor recreation skills*
  - *Renewed human spirit*
- *Community/Social:*
  - *Strengthening relationships with family and friends*
  - *Lifestyle improvement or maintenance*
  - *Greater community involvement in recreation and other land use decisions*
- *Environmental:*
  - *Greater community ownership & stewardship of recreation & natural resources*
  - *Preservation of the special landscape character of this place*
  - *Greater protection of fish, wildlife, and plant habitat from growth, development and public use impacts*
- *Economic:*
  - *Generates employment*
  - *Maintain tourism revenue.*

---

**REC-MA-01e (Upper Colorado River SRMA - RMZ 1).** Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years. SRPs are issued as a discretionary action

BLM_0025771

for activities that: 1) are consistent with resource/program objectives, 2) are within budgetary/ workload constraints, 3) would satisfy a demand from the public that the applicant can factually demonstrate is not being met and 4) would not cause public health and safety issues or create user conflicts.

- Vending permits are prohibited except for river shuttle services and during special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Fluid Mineral Leasing:*
- The Federal mineral estate is closed to fluid mineral leasing and geophysical development.

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All Federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs**.**

BLM_0025772

*Visual Resource Management (VRM):*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Wild and Scenic Rivers:*
- Rely upon the Upper Colorado River Stakeholder Group Management Plan, in concert with BLM/USFS land management authorities, to protect the free-flowing condition, ORVs, classification, and water quality of Colorado River segments.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited in portions of the SRMA.
- Portions of the SRMA are closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical.  The final network of routes would be determined through RMP implementation.*

**REC-IMP-01e  (Upper Colorado River SRMA - RMZ 1).**  Implementation decisions include:

*Group Size Limitations:*
- Commercial and private river group party size is limited to a maximum of 25 people per group (including guides).

*Camping Regulations:*
- A human waste carry-out system will be required for all multi-day float trips.
- The use of a fire pan is required outside of designated camping sites with metal fire rings.  Fire pans must have a 1.5-inch rim.

**REC-OBJ-01e   (Upper Colorado River SRMA - RMZ 2).**  *Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.*

*Activities.*
- *Float boating*
- *Tubing.*

BLM_0025773

*Experiences.*
- *Enjoying participating in group/family outdoor activities*
- *Enjoying getting some needed mental/physical rest*
- *Escaping everyday responsibilities for a while*

*Benefits.*
- *Personal:*
  - *Developing stronger ties with my family or friends*
  - *Restored my mind from stress/tension/anxiety*
  - *Improved balance of work and play in my life*
- *Community/Social:*
  - *Strengthening relationships with family and friends*
  - *Lifestyle improvement or maintenance*
  - *Greater community involvement in recreation and other land use decisions*
- *Environmental:*
  - *Greater community ownership & stewardship of recreation & natural resources*
- *Economic:*
  - *Generates employment*
  - *Maintain tourism revenue.*

**REC-MA-01e (Upper Colorado River SRMA - RMZ 2).**   Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31.  From April 1 to August 31, apply a 7-day camping limit.  Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years. SRPs are issued as a discretionary action for activities that: 1) are consistent with resource/program objectives, 2) are within budgetary/ workload constraints, 3) would satisfy a demand from the public that the applicant can factually demonstrate is not being met and 4) would not cause public health and safety issues or create user conflicts.
- Vending permits are prohibited except for river shuttle services and during special events.

BLM_0025774

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Fluid Mineral Leasing:*
- The Federal mineral estate is closed to fluid mineral leasing and geophysical development.

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All Federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs**.**

*Visual Resource Management (VRM):*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Wild and Scenic Rivers:*
- Rely upon the Upper Colorado River Stakeholder Group Management Plan, in concert with BLM/USFS land management authorities, to protect

BLM_0025775

the free-flowing condition, ORVs, classification, and water quality of Colorado River segments.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited in portions of the SRMA.
- Portions of the SRMA are closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical. The final network of routes would be determined through RMP implementation.*

**REC-IMP-01e  (Upper Colorado River SRMA - RMZ 2).**  Implementation decisions include:

*Developed Facilities:*
- Create more launch ramps/recreation facilities - to help spread out river traffic and create different length of times for commercial float trips.

*Group Size Limitations:*
- Commercial and private river group party size is limited to a maximum of 25 people per group (including guides).

*Camping Regulations:*
- A human waste carry-out system will be required for all multi-day float trips.
- The use of a fire pan is required outside of designated camping sites with metal fire rings. Fire pans must have a 1.5-inch rim.

**REC-MA-02.**   Stipulation CRVFO-NSO-25: Special Recreation Management Areas. Prohibit surface use, occupancy and surface-disturbing activities in SRMAs (62,800 acres).  The purpose is to: (a) protect the desired physical, social, and operational recreational setting characteristics; (b) achieve recreation objectives (specifically the recreational activities which facilitate recreational experiences and benefits); and (c) address visitor health/safety issues as well as use/user conflicts.

BLM_0025776

## EXTENSIVE RECREATION MANAGEMENT AREAS

**REC-MA-03.** Designate six extensive recreation management areas (40,900 acres):
- **REC-MA-03a.** Bocco Mountain ERMA (1,400 acres)
- **REC-MA-03b.** Eagle River ERMA (2,600 acres)
- **REC-MA-03c.** Gypsum Hills ERMA (18,900 acres)
- **REC-MA-03d.** New Castle ERMA (5,400 acres)
- **REC-MA-03e.** Silt Mesa ERMA (3,100 acres)
- **REC-MA-03f.** Thompson Creek ERMA (9,500 acres).

*Note: A complete management framework for each RMA can be found in Appendix F – Recreation and Visitor Services Management Framework for Special and Extensive Recreation Management Areas.*

## BOCCO MOUNTAIN EXTENSIVE RECREATION MANAGEMENT AREA

**REC-OBJ-03a (Bocco Mountain ERMA).** *In the Bocco Mountain ERMA the recreation and visitor services focus on motorized single track recreation activities and visitor services maintains the existing landscape that supports participation in motorsports while commensurately protecting cultural resources and winter wildlife habitat.*

**REC-MA-03a (Bocco Mountain ERMA).** Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- No special recreation permits for competitive events, vending, group use, special area use, or new commercial special recreation permits would be issued.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

BLM_0025777

*Forestry:*
- The ERMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the ERMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Lands and Realty:*
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-CSU-11 which constrains surface use, occupancy, and surface disturbing activities in ERMAs.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited.
- The ERMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical. The final network of routes would be determined through RMP implementation.*

**REC-IMP-03a (Bocco Mountain ERMA).** Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of routes within the ERMA will not increase beyond the baseline of designated routes. In addition, routes are only rerouted to protect natural or cultural resources.

## EAGLE RIVER EXTENSIVE RECREATION MANAGEMENT AREA

**REC-OBJ-03b (Eagle River ERMA).** *In the Eagle River ERMA the recreation and visitor services focus is on maintaining the existing facilities/access, preserving the undeveloped riverfront parcels in an otherwise urban landscape and providing information that supports participation in float-boating, fishing and day-use activities.*

BLM_0025778

**REC-MA-03b (Eagle River ERMA).**   Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- Camping and overnight use is prohibited on BLM lands outside of designated campsites and developed campgrounds within the Eagle River ERMA.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31.  From April 1 to August 31, apply a 7-day camping limit.  Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years. SRPs are issued as a discretionary action for activities that: 1) are consistent with resource/program objectives, 2) are within budgetary/ workload constraints, 3) would satisfy a demand from the public that the applicant can factually demonstrate is not being met and 4) would not cause public health and safety issues or create user conflicts.
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the ERMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The ERMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Lands and Realty:*
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-CSU-11 which constrains:  surface use, occupancy, and surface disturbing activities in ERMAs.

BLM_0025779

*Comprehensive Trails and Travel Management:*

- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited on portions of the ERMA.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical. The final network of routes would be determined through RMP implementation.*

## Gypsum Hills Extensive Recreation Management Area

**REC-OBJ-03c (Gypsum Hills ERMA).** *In the Gypsum Hills ERMA the recreation and visitor services focus on interdisciplinary travel management and visitor services maintains the existing landscape and supports participation in a variety of established recreation activities (e.g., motorsports, rock crawling, mountain biking for cross-country (XC) type bikes, hiking, hunting and scenic driving) commensurately with other land uses and protecting winter wildlife habitat.*

---

**REC-MA-03c (Gypsum Hills ERMA).** Supporting management action and allowable use decisions include:

*Camping Restrictions:*

- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*

- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years. SRPs are issued as a discretionary action for activities that: 1) are consistent with resource/program objectives, 2) are within budgetary/ workload constraints, 3) would satisfy a demand from the public that the applicant can factually demonstrate is not being met and 4) would not cause public health and safety issues or create user conflicts.
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*

- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the ERMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The ERMA is open to timber harvest, firewood cutting and special forest product harvest that can be implemented without affecting the recreation objective.

*Lands and Realty:*
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-CSU-11 which constrains surface use, occupancy, and surface disturbing activities in ERMAs.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited on portions of the ERMA.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical. The final network of routes would be determined through RMP implementation.*

## NEW CASTLE EXTENSIVE RECREATION MANAGEMENT AREA

**REC-OBJ-03d (New Castle ERMA).** *In the New Castle ERMA, cooperative management with the Town of New Castle maintains adjacent BLM lands as open space which supports participation in a variety of day-use, non-motorized recreation activities (e.g., mountain biking for cross-country (XC) type bikes, walking/hiking and river-related) commensurately with other land uses.*

**REC-MA-03d (New Castle ERMA).** Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- Camping and overnight use is prohibited in the Garfield Creek Colorado River Access Site and on surrounding BLM lands in T 6 S., R. 91 W, Sections 7 and 8.

BLM_0025781

- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years. SRPs are issued as a discretionary action for activities that: 1) are consistent with resource/program objectives, 2) are within budgetary/ workload constraints, 3) would satisfy a demand from the public that the applicant can factually demonstrate is not being met and 4) would not cause public health and safety issues or create user conflicts.
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the ERMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The ERMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Lands and Realty:*
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-CSU-11 which constrains surface use, occupancy, and surface disturbing activities in ERMAs.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited north of New Castle.
- The ERMA, north of New Castle, is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

BLM_0025782

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical. The final network of routes would be determined through RMP implementation.*

## SILT MESA EXTENSIVE RECREATION MANAGEMENT AREA

**REC-OBJ-03e (Silt Mesa ERMA).** *In the Silt Mesa ERMA, cooperative management with the Town of Silt maintains close-to-town BLM lands as open space which supports participation in a variety of day-use motorized and non-motorized recreation activities (e.g., motorsports, rock crawling, scenic driving, mountain biking for cross-country (XC) type bikes, hiking, and horseback riding) commensurately with other land uses.*

**REC-MA-03e (Silt Mesa ERMA).** Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- Camping and overnight use is prohibited on BLM lands outside of designated campsites and developed campgrounds within the Silt Mesa ERMA (BLM lands south of the crest of the Grand Hogback mountain in (T. 5 S., R. 91 W.; T. 5 S., R. 92 W; T. 6 S., R. 91 W; T. 6 S., R. 92 W).
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years. SRPs are issued as a discretionary action for activities that: 1) are consistent with resource/program objectives, 2) are within budgetary/ workload constraints, 3) would satisfy a demand from the public that the applicant can factually demonstrate is not being met and 4) would not cause public health and safety issues or create user conflicts.
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in (1) portions of the Silt Mesa ERMA (BLM lands south of the crest of the Grand Hogback mountain in (T. 5 S., R. 91 W.; SW1/4 SW1/4 Sec 28; SW1/4 Sec 29; S1/2 SE1/4 Sec 29; NE1/4 SE1/4 Sec 29; N1/2 SE1/4 Sec30; N1/2 NE1/4 Sec 32; S1/2 Sec 33; S1/2 NE1/4 Sec 33; NW1/4 NW1/4 Sec 33) and (2) developed recreation sites.

BLM_0025783

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the ERMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The ERMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Lands and Realty:*
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-CSU-11 which constrains: surface use, occupancy, and surface disturbing activities in ERMAs.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical. The final network of routes would be determined through RMP implementation.*

## THOMPSON CREEK EXTENSIVE RECREATION MANAGEMENT AREA

**REC-OBJ-03f (Thompson Creek ERMA).** *In the Thompson Creek ERMA the recreation and visitor services focus on interdisciplinary travel management and visitor services maintains a naturally appearing landscape that supports participation in a variety of existing recreation activities (e.g., mountain biking for cross-country (XC) type bikes, sport climbing, hiking, horseback riding and hunting) while commensurately protecting wilderness characteristics and Thompson Creek ACEC values.*

**REC-MA-03f (Thompson Creek ERMA).** Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- BLM lands in the Thompson Creek area, within ¼ mile of USFS Road 305, are closed to camping and overnight use outside of designated

BLM_0025784

campsites and developed campgrounds.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- No new special recreation permits for competitive events, vending, group use, special area use, or new commercial special recreation permits would be issued unless they are necessary for helping people realize the primitive and unconfined recreational values (e.g., upland outfitting service).
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years. SRPs are issued as a discretionary action for activities that: 1) are consistent with resource/program objectives, 2) are within budgetary/ workload constraints, 3) would satisfy a demand from the public that the applicant can factually demonstrate is not being met and 4) would not cause public health and safety issues or create user conflicts.
- When commercial SRPs are renewed, the terms and conditions of the SRP would be modified as necessary to comply with the Management and Setting Prescriptions for Lands Managed to Protect Wilderness Characteristics.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the ERMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years) and the treatment is compliant with the Management and Setting Prescriptions for Lands Managed to Protect Wilderness Characteristics.

*Forestry:*
- The ERMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Lands and Realty:*
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.

BLM_0025785

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-CSU-11 which constrains: surface use, occupancy, and surface disturbing activities in ERMAs.

*Wilderness Characteristics:*
- Recreation use and management would comply with Management and Setting Prescriptions for Lands Managed to Protect Wilderness Characteristics (Appendix C) intended to protect the values associated with wilderness character along with primitive and unconfined recreation opportunities.

*Comprehensive Trails and Travel Management:*
- The Thompson Creek ACEC is closed to motorized and mechanized use. Outside of the ACEC the ERMA is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited.
- The ERMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical. The final network of routes would be determined through RMP implementation.*

**REC-IMP-03f (Thompson Creek ERMA).**  Implementation decisions include:

*Climbing:*
- Re-establishment of old routes and permanent fixed anchors (bolts and pitons) are permitted at the BLM recognized climbing area (rock fins) only.
- No additional development of bolted routes within the ERMA is permitted.
- Mechanical devices (e.g., power drills) may be used at the BLM recognized climbing area (rock fins) only.

*Special Recreation Permits:*
- Commercial/educational climbing use is limited to one 4 person group per day including staff.

*Comprehensive Trails and Travel Management:*
- The construction of new permanent or temporary roads would not be allowed in lands managed to protect wilderness characteristics.

BLM_0025786

- Within the Thompson Creek area: 1) routes 103, 102, and 72 (The Lorax Trail) would be designated as open to mechanized travel; 2) routes 22932, 8275, and 8275B would be designated as open to motorized travel.

**REC-MA-04.**   Stipulation CRVFO-CSU-11: Extensive Recreation Management Areas.   Apply CSU constraint on surface use, occupancy, and surface-disturbing activities in ERMAs (40,900 acres): The purpose is to (a) minimize impacts to participation in the principal recreation activities, (b) maintain particular recreation setting characteristics, (c) protect visitor health and safety, and (d) reduce use/user conflicts.

## DEVELOPED RECREATION FACILITIES AND TRAILS

**REC-MA-05.**   Stipulation CRVFO-CSU-10: Developed Recreation Facilities and Trails. Apply CSU constraint on surface use, occupancy, and surface-disturbing activities at developed recreation sites; mapped national/regional trails, local system trails that connect communities; trailheads; interpretive sites; other recreation investments, or sites with local public interest.   The purpose is to minimize conflicts with new and existing BLM recreation facility investments (i.e., trails, recreation sites, boat launches, trailheads, interpretive sites, etc.), provide for recreational use, protect visitor health and safety, and protect the viewshed of the recreation facility (500 acres).

**REC-MA-06.**   Supporting management action and allowable use decisions for developed recreation facilities and trails include:

*Lands and Realty:*
- Designate developed recreation sites/facilities as ROW avoidance areas.
- Retain developed recreational sites/facilities for long-term management unless recreation sites leaving public ownership would be guaranteed a level of protection under other ownership.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites from mineral entry (close to the mining laws for locatable mineral exploration or development).

## VISITOR USE AND SAFETY

**REC-OBJ-04.**   *Ensure that visitors are not exposed to unhealthy or unsafe human-created conditions (defined by a repeat incident in the same year, of the same type, in the same location, due to the same cause).*

**REC-MA-07.**   *Discharge of Firearms.*   Allow the discharge of firearms for recreational target shooting on BLM-managed lands outside areas with firearm use

BLM_0025787

restrictions, provided that the firearm is discharged toward a proper backstop sufficient to stop the projectile's forward progress beyond the intended target. Targets shall be constructed of wood, cardboard and paper or similar non-breakable materials. All targets, clays, and shells are considered litter after use and must be removed and properly discarded.

---

**REC-MA-08.** *Firearm Use Restriction.* Hunting is authorized in accordance with CPW regulations. Prohibit the discharge of firearms for recreational target shooting on the following BLM lands to protect visitor safety by minimizing potential for accidental shootings (43 CFR 8364.1; 1,100 acres):

- Within 300 feet from the centerline of North Hardscrabble Access Road (Spring Creek) located in Township 5 South, Range 85 West, Track 80, Sixth Principal Meridian
- Developed recreation sites (existing and future)
- Silt Mesa ERMA (BLM lands south of the crest of the Grand Hogback mountain in T. 5 S., R. 91 W.; SW1/4 SW1/4 Sec 28; SW1/4 Sec 29; S1/2 SE1/4 Sec 29; NE1/4 SE1/4 Sec 29; N1/2 SE1/4 Sec30; N1/2 NE1/4 Sec 32; S1/2 Sec 33; S1/2 NE1/4 Sec 33; NW1/4 NW1/4 Sec 33).

---

**REC-OBJ-05.** *Minimize the existing level of conflict between and with visitors to 1) allow other resources/programs to achieve their RMP objectives and 2) curb illegal trespass and property damage; while maintaining a diversity of recreation activity opportunities.*

---

**REC-MA-9.** *Camping Limits.* In areas open to camping and overnight use, apply a 14-day camping limit on BLM-managed lands from September 1 to March 31. From April 1 to August 31, implement a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

---

**REC-MA-10.** *Camping Restrictions.* Close the following BLM lands to camping and overnight use outside designated campsites and developed campgrounds (12,500 acres):

- Within 0.25 mile of the Fisher Creek Cemetery Road
- Within 300 feet from the centerline of North Hardscrabble Access Road (Spring Creek) in Township 5 South, Range 85 West, Track 80, Sixth Principal Meridian (including parking)
- Glenwood Canyon in the Horseshoe Canyon (Bend) area in Township 6 South, Range 89 West Section 3, Sixth Principal Meridian
- Within 0.25 mile of Deep Creek in Township 4 South, Range 86 West, Section 30 and Township 4 South, Range 87 West, Section 25, Sixth Principal Meridian
- Within 0.25 mile of Prince Creek Road (Pitkin County Road 7)

BLM_0025788

- Outside of designated campsites and developed campgrounds within the Eagle River ERMA
- Garfield Creek Colorado River Access Site and on surrounding BLM lands in Township 6 South, Range 91 West, Sections 7 and 8
- Silt Mesa ERMA (BLM lands south of the crest of the Grand Hogback mountain in (T. 5 S., R. 91 W.; T. 5 S., R. 92 W; T. 6 S., R. 91 W; T. 6 S., R. 92 W)
- Thompson Creek area within 0.25 mile of USFS Road 305
- Red Hill SRMA (north of Carbondale, Colorado)
- East Glenwood Canyon Trailhead area north of the Colorado River in Township 5 South, Range 87 West, Sections 14-15, Sixth Principal Meridian
- South Canyon Recreation Site and surrounding area in Township 6 South, Range 90 West, Section 2, Sixth Principal Meridian
- Ute Trailhead (near Dotsero) west and north of the Colorado River in Township 4 South, Range 86 West, Sections 31-32 and Township 5 South, Range 86 West, Sections 5-6, Sixth Principal Meridian.

---

**REC-MA-11.** *Special Recreation Permits:*
- Except in the Red Hill SRMA and the Bocco Mountain ERMA, the CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years.
- SRPs are issued as a discretionary action for activities that:
  - are consistent with resource/program objectives *(e.g., SRPs may not be authorized/amended if desired use levels are meeting or projected to exceed desired levels of RMAs or recreation sites)*
  - are within budgetary/workload constraints *(e.g., If the CRVFO is unable to fulfill or complete all the necessary steps of issuing and managing an SRP, then an SRP may not be issued)*
  - would satisfy a public demand that the applicant can factually demonstrate is not being met *(e.g., SRPs may not be authorized/amended if a similar service is being offered in an area and there is no market research, demand analysis, recreation monitoring, or staff knowledge indicating a public demand exists)*
  - would not cause public health and safety issues or create user conflicts *(e.g., An SRP may not be issued if BLM lands together with projected public use levels are insufficient to accommodate the proposed use).*
- The number of big game hunting SRPs (14) and mountain lion hunting SRPs (12) will be managed to maintain the current number of SRPs as a maximum within same or similar permit area boundaries (except SRPs for guiding special big game tag holders [e.g., Governor's tag], which would be issued on a case-by-case basis)

BLM_0025789

- In the Red Hill SRMA and the Bocco Mountain ERMA, no SRPs for competitive events, vending, group use, special area use, or new commercial SRPs would be issued. In other RMAs, SRP issuance would be guided by specific RMA guidance (above and in Appendix F).
- Within lands managed for the protection of wilderness characteristics, issue special recreation permits only if the proposed activity or event is beneficial to the realization of values associated with wilderness characteristics.

**REC-MA-13.** Stipulation CRVFO-NSO-26: Rifle Mountain Park. Prohibit surface occupancy and surface-disturbing activities in Rifle Mountain Park to protect the recreational setting, recreation opportunities, and recreation facilities (500 acres Federal mineral estate).

BLM_0025790

# COMPREHENSIVE TRAILS AND TRAVEL MANAGEMENT

**TRV-GOAL-01.** *The travel system supports the BLM mission, achieves resource management goals and objectives, and provides for appropriate public and administrative access.*

> **TRV-OBJ-01.** *Maintain a comprehensive travel network that best meets the full range of public, resource management, and administrative access needs.*

## OVER-LAND TRAVEL

> **TRV-MA-01.** *Area Travel Designations.* Designate OHV area travel as follows:
> - Open: 0 acres
> - Limited to designated routes: 464,000 acres
> - Closed: 41,200 acres.

> **TRV-MA-02.** *Seasonal Area Travel Limitations.* Implement the following seasonal limitations:
> - Prohibit motorized and mechanized travel from December 1 to April 15 on big game winter ranges (Terrestrial Wildlife – Big Game section)
> - Prohibit mechanized travel from December 1 to April 15 on the northside of the Red Hill SRMA.

> **TRV-IMP-01.** *Route Designations.* In areas classified as limited to designated routes, allow public travel on 1,632 miles of designated routes:
> - Routes without public access designated as administrative routes for motorized/mechanized vehicles: 320 miles*
> - Routes designated for full-sized vehicles: 510 miles
> - Routes designated for all-terrain vehicles and utility-type vehicles: 75 miles
> - Routes designated for motorcycle: 90 miles
> - Routes designated for mechanized: 180 miles
> - Routes designated for foot/horse: 405 miles
> - Routes designated for foot: 2 miles
> - Routes designated for obliteration/ decommission: 50 miles.
>
> *\* Administrative routes do not have public motorized access. These routes are open to public foot/horse travel if legally accessed. Administrative use authorizations are described below.*
>
> *Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP (see Appendix A.3) to the extent practical. The final network of routes would*

BLM_0025791

*be determined through RMP implementation.*

**TRV-MA-03**. *Seasonal Route Limitations.* Implement the following seasonal limitations:

- Prohibit motorized travel, except for over-snow vehicles that run on a track or tracks and/or a ski or skis; from November 23 to May 20 on Transfer Trail – route 8149/8149F north of Glenwood Springs (6 miles). *Note: The timeframes, conditions, modes and types of travel may be adjusted to correspond to WRNF winter travel restrictions.*
- Prohibit motorized travel on the following routes in the Castle Peak area to motorized use from August 20 to November 30 to reduce big game movement to private lands during the big game hunting seasons (8 miles):
    - Stagecoach Trail (#8535)
    - Domantle Road (#8513).
- Prohibit motorized travel in the Dry Rifle Creek and West Rifle Creek areas to motorized use from October 1 to November 30 to reduce big game movement to private lands during the big game hunting seasons (10 miles).

**TRV-MA-04**. Prohibit motorized/mechanized travel off designated routes in limited and closed areas, with the following exceptions:

- BLM authorization for administrative use (e.g., accessing private land, accessing minerals/energy sites, administering grazing allotments, or conducting maintenance or installation of range improvements, habitat treatments, trail construction, communication sites, and reservoirs)
- BLM authorization to exercise valid existing rights
- For emergency and other purposes as authorized under 43 CFR 8340.0-5(a)(2), (3), (4) and (5)
- Any non-amphibious registered motorboat
- Any military, fire, emergency, or law enforcement vehicle while being used for emergency purposes
- Any vehicle whose use is expressly authorized by the authorized officer, or otherwise officially approved
- Vehicles in official use
- Any combat or combat support vehicle when used in times of national defense emergencies.

**TRV-MA-05**. *Administrative Use.* Administrative use authorizations would allow motorized access for BLM, tribal members and permitted users of BLM lands for an administrative purpose on designated routes or off-routes (e.g., access to private property, operation or maintenance activities). BLM will:

- Grant administrative use authorizations on a case-by-case basis with approval from the BLM authorized officer.

BLM_0025792

- For all authorizations that allow off-route motorized/mechanized travel, specify the following: what type of use is allowed and for what purpose, times, dates or seasons of access; and where motorized/ mechanized vehicle travel off designated routes is allowed.
- Recognizing resource concerns provide administrative access on designated routes to tribal cultural departments and tribal members for the collection of appropriate natural resources needed to maintain traditional lifeways.

**TRV-MA-06.** *Access to Campsites.* In areas with limited travel designations, allow motorized/mechanized travel up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no additional routes are created beyond the campsite; and 3) such access is not otherwise prohibited (such as WSAs).

On-going monitoring of dispersed camping sites, parking and other dispersed uses is conducted to protect resources and address safety concerns. As funding is available, the CRVFO will continue to monitor dispersed visitor use. Based on this monitoring, BLM will evaluate resource and safety concerns to determine if and where additional implementation-level travel restrictions are necessary.

**TRV-MA-07**. *Game Retrieval.*
- Prohibit motorized cross-country travel for big game retrieval on BLM lands.
- Allow direct access for mechanized game retrieval carts provided that 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited (e.g., WSAs).

**TRV-MA-08**. *Nonmotorized and Non-mechanized Modes of Travel.* Non-motorized and non-mechanized modes of travel (e.g., foot and equestrian, including pack stock) are allowed on all BLM-managed lands and are not restricted by route designations (i.e., cross-country travel is allowed unless otherwise specified).

## OVER-SNOW TRAVEL

**TRV-MA-09**. *Over-Snow Area Travel Designations.* Designate OHV area travel as follows:
- Open: 284,800 acres
- Limited: 45,800 acres
- Closed: 174,600 acres.

**TRV-MA-10.** Over-snow travel is limited to designated motorized routes in the following areas (45,800 acres):
- King Mountain SRMA
- Upper Colorado River SRMA
- Blue Hill ACEC

BLM_0025793

- Sheep Creek Uplands ACEC
- Lyons Gulch ACEC
- Glenwood Springs Debris Flow ACEC
- Mount Logan ACEC.

**TRV-MA-11.** Prohibit over-snow vehicles on BLM lands in the following areas (174,600 acres):
- All winter wildlife closures
- Deep Creek ACEC
- Thompson Creek ACEC
- WSAs
- Siloam Springs area
- East Castle Peak/ Castle Peak isolate parcels
- Wolcott
- Red Hill SRMA
- Lands managed for the protection of wilderness characteristics.

**TRV-MA-12.** For travel off designated routes, in areas open for over-snow travel (see TRV-MA-09), there must be a minimum of 12 inches of snow to be considered open for public use. *Note: An over-snow vehicle is defined as a non-full size motor vehicle that is designed or modified (e.g., track kits for ATVs or UTVs) for use over snow that runs on a track or tracks and/or a ski or skis.*

**TRV-MA-13.** On nonmotorized trails managed and groomed for cross-country skiing limit travel to nonmotorized/non-mechanized uses only, unless otherwise authorized by the BLM authorized officer (e.g., ski trail groomers).

## WATER AND AIR TRAVEL

**TRV-MA-14.** *Water.* Close all BLM-managed waters (lakes, ponds, and reservoirs) to motorized use unless such use is consistent with the area's management objectives, and is authorized by the BLM authorized officer.

**TRV-MA-15.** *Air.* There are no designated landing strips within the CRVFO. Require all motorized aircraft, including but not limited to airplanes, helicopters, and ultralights, to have a use authorization for take-off and landing locations on BLM-managed lands or waterways.

BLM_0025794

## LANDS AND REALTY

**LRT-GOAL-01.** *Meet public needs while for realty authorizations such as ROWs, renewable energy sources, permits, and leases when such needs are consistent with other resource values.*

**LRT-OBJ-01.** *Provide for the development of transportation systems, utilities, communication sites, and renewable energy resources when such needs are consistent with other resource values.*

**LRT-MA-01.** Designate 219,800 acres of BLM land and 63,000 of Federal mineral estate as ROW avoidance areas (including renewable energy sites such as solar, wind, hydro, and biomass development):

- ACECs – Glenwood Springs Debris Flow, Grand Hogback, Hardscrabble-East Eagle, Lyons Gulch, McCoy Fan Delta, Mount Logan Foothills, Sheep Creek Uplands
- Heritage Areas
- Lands covered by stipulation CRVFO-NSO-2: Steep Slopes Greater than 50 Percent
- Developed recreation sites
- SRMAs
- Lands managed for the protection of wilderness characteristics.
- Administrative sites
- Wetlands
- Vegetation monitoring plots
- Occupied habitat for special status species (includes priority greater sage-grouse habitat)
- Wildlife habitat treatment areas
- Canada lynx landscape linkages
- WSR segments - Deep Creek Segment 3 (recreational) along with the two Colorado River (Segments 6 and 7).

**LRT-MA-01.** Designate 39,400 acres of ROW exclusion areas (including renewable energy sites such as solar, wind, hydro, and biomass development):

- WSAs
- ACECs – Blue Hill, Bull Gulch, Deep Creek, Thompson Creek
- VRM Class I areas
- WSR Segments - Deep Creek Segment 2 (wild).

**LRT-MA-03.** Corridors designated as a West-Wide Energy Corridor (Section 368) shall follow procedures listed in the Record of Decision (January 2009) of the West-Wide Energy Corridor PEIS, Appendix B: Interagency Operating Procedures.

BLM_0025795

**LRT-MA-04.** *Communications Sites.*
- Collocate communication towers, facilities, and associated structures with existing communication sites to minimize overall visual impacts.
- Require communication site plans for new communication site locations.
- New communication sites may be considered if the new use cannot be accommodated on an existing site or on non-BLM land.

**LRT-MA-05.**  All lands would be excluded" from utility-scale solar development (20MW or greater).  Any application for solar development under 20MWs would be processed subject to the CRVFO RMP and would not subject to the requirements within the Solar Programmatic EIS ROD.

**LRT-GOAL-02.**  *Provide for public ownership of lands (or interests in lands) with high resources and/or public values that facilitate effective BLM land management.*

**LRT-OBJ-02.**  *Increase overall efficiency and effectiveness of BLM land management through land tenure actions.*

**LRT-MA-06.**  Apply the following land tenure criteria: (1) retain all public lands or interests (such as easements) in land that enhance multiple use management; (2) acquire lands or interests in land that complement important resource values and further management objectives; (3) dispose of lands or interests in lands that are difficult or uneconomical to manage or no longer needed for Federal purposes and (4) transfer to another public agencies if management would be more effective and better serve the public interest.

**LRT-MA-07.**  Subject to the land tenure exception criteria, retain for long-term management the following BLM-managed lands (497,200 acres BLM-managed surface/130,400 Federal mineral estate):
- SRMAs
- ERMAs
- Developed recreational sites/facilities
- Developed administrative sites
- ACECs
- WSAs
- Heritage Areas (Traditional Cultural Properties)
- Lands covered by stipulation CRV-NSO-4: Major River Corridors.
- Perennial stream corridors (retain the 100 year floodplain width at a minimum).
- Habitat for proposed, candidate, and Federally listed species
- BLM lands that have access points from public roads
- Lands managed for the protection of wilderness characteristics
- Lands covered by stipulation CRV-NSO-7: Priority Wildlife Habitat

BLM_0025796

- WSR segments - Deep Creek segments 2 and 3 along with the two Colorado River (segments 6 and 7).

*Exception Criteria for Retention Areas:* Retain the areas above for long-term management unless any of the following exceptions apply: (1) resource values and public objectives that were the basis for designation as a retention area, and related management opportunities, would be maintained or enhanced; (2) the lands leaving public ownership would be guaranteed a level of protection under other ownership (e.g., included in a perpetual conservation easement or public access easement) sufficient to ensure maintenance or enhancement of the resource values and public objectives associated with the retention area; or (3) equal or better public access would be acquired through the exchange.

**LRT-MA-08.**   Based on the following criteria consider acquisitions for BLM-managed lands inside and outside retention areas through exchanges, boundary adjustments, donations, or purchase that meet any of the following criteria:
- Provide public access.
- Consolidate existing BLM lands including parcels that make management easier or reduce trespass occurrences.
- Are suitable for public purposes adjacent to or of special importance to local communities and to State and/or Federal agencies for purposes including, but not limited to, community expansion, extended community services, or economic development.
- Are near communities and provide open spaces and preserve agriculture, protect wildlife and critical habitat, enhance recreation opportunities, and generally serve the public good.
- Could improve water quality or increase water quantity.
- Facilitate the conservation or recovery of special status species.
- Meet the intent of the Land and Water Conservation Fund or Federal Land Transaction Facilitation Act.

**LRT-MA-09.**   Actively pursue easements through specific parcels to improve access to BLM lands for administrative and public needs.

**LRT-MA-10.**   Consider disposals through exchanges, State selections, boundary adjustments, Recreation and Public Purpose Act leases and patents, leases under Section 302 of FLPMA, sales under Sections 203 and 209 of FLPMA, and sales under the Federal Land Transaction Facilitation Act for BLM lands outside retention areas.  Apply the following criteria to disposals:
- Disposal of the land would not adversely impact the manageability of remaining BLM-managed lands or minerals.
- Disposal of the land would not adversely impact public access to remaining BLM-managed lands.
- Disposal of the land is deemed to be in the public interest.

BLM_0025797

- BLM lands are not suitable for entry under Indian Allotment, Desert Land Entry or the Carey Act and would not be disposed of through those authorities.

---

**LRT-OBJ-03.**   *Meet resource needs by recommending for withdrawal of lands from mineral entry under the General Mining Law of 1872.*

---

**LRT-MA-11.**   Recommend to the Secretary of the Interior withdrawal the following areas from mineral entry (close to the mining laws for locatable mineral exploration or development) (162,900 acres BLM-managed surface/18,300 acres Federal mineral estate):
- ACECs
- Developed recreational sites/facilities
- SRMAs
- Lands managed for the protection of wilderness characteristics
- Municipal watersheds
- Deep Creek Segment 2 (wild) and Deep Creek Segment 3 (recreational) as suitable for inclusion in the NWSRS
- State wildlife areas and state parks.

BLM_0025798

# COAL

**COA-GOAL-01.**   *Provide opportunities for leasing, exploration, and development of coal to meet local and national energy and mineral needs, consistent with 43 CFR 4320.1-4.*

**COA-OBJ-01.** *Facilitate environmentally sound exploration and development of coal resources using the best available technology.*

**COA-MA-01.**   No lands are currently identified as containing potentially developable coal resources based on geologic and economic constraints and lack of expressions of interest. Only areas of potentially developable coal resources may be identified at the land use planning level as acceptable for further consideration for leasing (43 CFR 3420.1-4). Therefore, no lands are currently identified as acceptable for further consideration for coal leasing.

**COA-MA-02.**   *Surface Coal Mines.*   Prohibit surface occupancy and surface-disturbing activities within the area of an approved surface coal mine to avoid conflicts with approved coal mining operations.

**COA-MA-03.**   *Underground Coal Mines.*   Apply CSU constraint to oil and gas operations within the area of federally leased coal lands. Relocate oil and gas operations outside the area to be mined or located to accommodate room and pillar mining operations to protect coal resources.

BLM_0025799

## MINERALS - FLUID MINERALS (OIL AND GAS, OIL SHALE, AND GEOTHERMAL RESOURCES)

**MIN-GOAL-01.** *Provide opportunities for leasing, exploration, and development of fluid minerals using balanced multiple-use management to meet local and national energy needs.*

### Oil And Gas, Including Coalbed, Natural Gas, and Geothermal

**MIN-OBJ-01.** *Facilitate orderly, economic, and environmentally sound exploration and development of oil and gas resources (including coalbed natural gas and geothermal), using the best available technology.*

**MIN-MA-01.** Manage approximately 603,100 acres of Federal mineral estate as open to oil and gas leasing and development.

**MIN-MA-02.** Closed to leasing for fluid minerals:
- Manage approximately 98,100 acres of the Federal mineral estate as closed to fluid minerals leasing and geophysical exploration:
- Lands within municipal boundaries
- Eagle Mountain (Maroon Bells Addition) WSA
- Hack Lack (Flat Tops Addition) WSA
- Castle Peak WSA
- Bull Gulch WSA
- Upper Colorado River SRMA
- Blue Hill ACEC
- Bull Gulch ACEC
- Deep Creek ACEC
- Thompson Creek ACEC
- State wildlife areas
- Lands managed for the protection of wilderness characteristics
- Deep Creek segments found suitable for inclusion in the NWSRS and the two Colorado River segments that are found eligible for inclusion in the NWSRS.

**MIN-MA-03.** In areas being actively developed, the operator must submit a Master Development Plan (MDP; formerly known as Geographic Area Proposal) that describes 2 to 5 years of activity for operator-controlled Federal leases within a reasonable geographic area (to be determined jointly with BLM). The MDP would be used to plan development of Federal leases within the area to account for well locations, roads, and pipelines, and to identify cumulative environmental effects and appropriate mitigation. The extent of the analysis would be dependent on the extent of surface ownership, extent of lease holdings, topography, access, and resource concerns. This requirement for a MDP may be waived for individual or

BLM_0025800

small groups of exploratory wells, for directional wells drilled on previously developed well pads, or for individual wells proposed along existing roads.

## Oil Shale

**MIN-MA-04.**   Conduct oil shale leasing in conformance with the Record of Decision for the 2012 Oil Shale and Tar Sands Final Programmatic Environmental Impact Statement.

BLM_0025801

# MINERALS - SOLID MINERALS (LOCATABLE MINERALS, SALABLE MINERALS/MINERAL MATERIALS, AND NON-ENERGY LEASABLE MINERALS)

**MIN-GOAL-02.** *Provide opportunities for development of locatable minerals, mineral materials, and non-energy leasable minerals while preventing unnecessary and undue degradation.*

> **MIN-OBJ-02.** *Facilitate environmentally sound exploration and development of locatable minerals, salable minerals/mineral materials, and non-energy leasable minerals.*

## Locatable Minerals

**MIN-MA-05.** All BLM-managed lands are open to mineral entry and development (locatable minerals) under the General Mining Law of 1872 unless already withdrawn or designated as wilderness. Locatable mineral exploration and development on BLM-managed lands would be regulated under 43 CFR 3800. In WSAs, restrictions on mineral development would become effective only if Congress designates the area as wilderness. Pending this determination, WSAs remain open provided that activities meet non-impairment criteria and that those activities began before the passage of FLPMA. Refer to Lands and Realty section for the list of areas proposed for withdrawal.

## Salable Minerals/Mineral Materials

**MIN-MA-06.** Open 342,700 acres of BLM surface estate to salable/mineral materials disposal, except for those identified below, which would be closed (162,500 acres) to disposal:
- WSAs
- ACECs
- SRMAs
- Developed recreation sites
- Lands managed for the protection of wilderness characteristics
- Municipal watersheds
- Two Deep Creek segments found suitable for inclusion in the NWSRS.

## Non-Energy Solid Leasable Minerals

**MIN-MA-07.** Open 342,700 acres of BLM surface estate to non-energy solid minerals leasing, except for those identified below, which would be closed (162,500 acres):
- WSAs
- ACECs

BLM_0025802

- SRMAs
- Developed recreation sites
- Municipal watersheds
- Lands managed for the protection of wilderness characteristics
- Two Deep Creek segments suitable for inclusion in the NWSRS.

BLM_0025803

# III. SPECIAL DESIGNATIONS

## AREAS OF CRITICAL ENVIRONMENTAL CONCERN

**ACC-GOAL-01.** *Through special designations, recognize the unique values on BLM lands that require special management in order to protect resource values.*

**ACC-OBJ-01.** *Protect important geologic, botanic, historic, cultural, and scenic values, fish and wildlife resources, and other natural systems (rare or exemplary) that are vulnerable to adverse change and protect human life and property from natural hazards. Note: Each ACEC has an area-specific objective in addition to this overarching objective.*

**ACC-MA-01.** Designate the following areas as ACECs (46,400 acres):
- **ACC-MA-01a.** Blue Hill (3,700 acres)
- **ACC-MA-01b.** Bull Gulch (10,400 acres)
- **ACC-MA-01c.** Deep Creek (4,300 acres)
- **ACC-MA-01d.** Glenwood Springs Debris Flow Hazard Zones (6,100 acres)
- **ACC-MA-01e.** Grand Hogback (4,300 acres)
- **ACC-MA-01f.** Hardscrabble-East Eagle (4,200 acres)
- **ACC-MA-01g.** Lyons Gulch (400 acres)
- **ACC-MA-01h.** McCoy Fan Delta (1,500 acres)
- **ACC-MA-01i.** Mount Logan Foothills (4,000 acres)
- **ACC-MA-01j.** Sheep Creek Uplands (3,900 acres)
- **ACC-MA-01k.** Thompson Creek (3,600 acres).

### BLUE HILL AREA OF CRITICAL ENVIRONMENTAL CONCERN

**ACC-OBJ-01a (Blue Hill ACEC).** *Preserve and protect the integrity of the setting and place where natural, cultural, and historic resources combine to form a cohesive, important landscape within the Blue Hill ACEC.*

**ACC-MA-01a (Blue Hill ACEC).** Supporting management action and allowable use decisions include:

*Surface-Disturbing Activities:*
- Close to leasing for fluid minerals.
- Apply stipulation CRVFO-NSO-28: Certain ACECs.

*Visual Resource Management:*
- Manage as VRM Class II.

BLM_0025804

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

*Special Recreational Permits:*
- New special recreation permits that would potentially impact relevant and important values would not be authorized.

*Lands and Realty:*
- Designate as a ROW exclusion area.
- Recommend to the Secretary of the Interior withdrawal of the ACEC from mineral entry (close to the mining laws for locatable mineral exploration or development).
- The ACEC is retained for long-term management.

*Salable Minerals/Mineral Material Disposal:*
- The ACEC is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-Energy Solid Mineral Leasing:*
- Close to leasing of non-energy solid minerals.

*Comprehensive Trails and Travel Management:*
- Classified as limited to designated routes (including over-the-snow motorized travel).

*Fuels/Fire Management and Vegetation Treatments:*
- Only allow vegetation treatments that maintain or enhance cultural resources.
- The use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer. When lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

**ACC-IMP-01a (Blue Hill ACEC).**   Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of routes within ACECs will not increase beyond the baseline of designated routes.
- Routes may be closed or re-routed to protect ACEC values.

BLM_0025805

## BULL GULCH AREA OF CRITICAL ENVIRONMENTAL CONCERN

**ACC-OBJ-01b (Bull Gulch ACEC).** *Protect scenic qualities, protect sub-occurrences of the Harrington's penstemon (Penstemon harringtonii), and maintain the natural landscape adjacent to the Colorado River.*

**ACC-MA-01b (Bull Gulch ACEC).** Supporting management action and allowable use decisions include:

*Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-28: Certain ACECs.

*Visual Resource Management:*
- Manage as VRM Class I.

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

*Special Recreational Permits:*
- New special recreation permits that would potentially impact relevant and important values would not be authorized.

*Lands and Realty:*
- Designate as a ROW exclusion area.
- Recommend to the Secretary of the Interior withdrawal of the ACEC from mineral entry (close to the mining laws for locatable mineral exploration or development).
- The ACEC is retained for long-term management.

*Fluid Minerals:*
- Close to leasing for fluid minerals.

*Salable Minerals/Mineral Material Disposal:*
- The ACEC is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-Energy Solid Mineral Leasing:*
- Close to leasing of non-energy solid minerals.

*Comprehensive Trails and Travel Management:*
- Classified as closed (43 CFR 8342.1) to motorized travel activities (including over-the-snow motorized travel), except for administrative

BLM_0025806

access.

*Fuels/Fire Management and Vegetation Treatments:*
- The use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer. When lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

**ACC-IMP-01b (Bull Gulch ACEC).**   Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of routes within ACECs will not increase beyond the baseline of designated routes.
- Routes may be closed or re-routed to protect ACEC values.

### DEEP CREEK AREA OF CRITICAL ENVIRONMENTAL CONCERN

**ACC-OBJ-01c (Deep Creek ACEC).**   *Protect the scenic and geologic values of the Deep Creek area. The area contains outstanding landforms, water features, and vegetation that contribute to the scenic values. Geologic faults and unusual erosional formations are found along the canyon.  There is also a high concentration of cave and karst resources within the canyon.*

**ACC-MA-01c (Deep Creek ACEC).** Supporting management action and allowable use decisions include:

*Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-28: Certain ACECs.
- Apply stipulation CRVFO-NSO-24: Cave and Karst Resources.

*Visual Resource Management:*
- Manage as VRM Class I.

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

*Special Recreational Permits:*
- New special recreation permits that would potentially impact relevant and important values are not authorized.

*Lands and Realty:*
- Designate as a ROW exclusion area.

BLM_0025807

- Recommend to the Secretary of the Interior withdrawal of the ACEC from mineral entry (close to the mining laws for locatable mineral exploration or development).
- The ACEC is retained for long-term management.

*Fluid Minerals:*
- Close to leasing for fluid minerals.

*Salable Minerals/Mineral Material Disposal:*
- The ACEC is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-Energy Solid Mineral Leasing:*
- Close to leasing of non-energy solid minerals.

*Comprehensive Trails and Travel Management:*
- Classified as closed (43 CFR 8342.1) to motorized travel activities (including over-the-snow motorized travel), except for administrative access.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow unplanned fire if it would not degrade the scenic values within Deep Creek canyon.
- The use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer.  When lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

**ACC-IMP-01c (Deep Creek ACEC).**   Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of routes within ACECs will not increase beyond the baseline of designated routes.
- Routes may be closed or re-routed to protect ACEC values.

## GLENWOOD SPRINGS DEBRIS FLOW HAZARD ZONES AREA OF CRITICAL ENVIRONMENTAL CONCERN

**ACC-OBJ-01d (Glenwood Springs Debris Flow ACEC).** *Protect human lives and property by reducing debris flow hazards. Also protect a genetically pure population of native, wild, naturally reproducing Colorado River cutthroat trout identified as a core conservation population in Mitchell Creek.*

BLM_0025808

**ACC-MA-01d (Glenwood Springs Debris Flow ACEC).** Supporting management action and allowable use decisions include:

*Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-1: Debris Flow Hazard Zones.

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

*Special Recreational Permits:*
- New special recreation permits that would potentially impact relevant and important values would not be authorized.

*Lands and Realty:*
- Designate as a ROW avoidance area.
- Recommend to the Secretary of the Interior withdrawal of the ACEC from mineral entry (close to the mining laws for locatable mineral exploration or development).
- The ACEC is retained for long-term management.

*Salable Minerals/Mineral Material Disposal:*
- The ACEC is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-Energy Solid Mineral Leasing:*
- Close to leasing of non-energy solid minerals.

*Comprehensive Trails and Travel Management:*
- Classified as limited to designated routes (including over-the-snow motorized travel).

*Fuels/Fire Management and Vegetation Treatments:*
- Allow vegetation treatments if they are determined to 1) reduce the severity and extent of wildfires/insect infestations, 2) enhance the identified relevant and important values, or 3) reduce debris flow risk.
- The use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer. When lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

BLM_0025809

**ACC-IMP-01d (Glenwood Springs Debris Flow ACEC).** Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of routes within ACECs will not increase beyond the baseline of designated routes.
- Routes may be closed or re-routed to protect ACEC values.

## GRAND HOGBACK AREA OF CRITICAL ENVIRONMENTAL CONCERN

**ACC-OBJ-01e (Grand Hogback ACEC).** *Protect scenic, geologic, and cultural values in portions of the Grand Hogback.*

**ACC-MA-01e (Grand Hogback ACEC).** Supporting management action and allowable use decisions include:

*Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-28: Certain ACECs.

*Visual Resource Management:*
- Manage as VRM Class II.

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

*Special Recreational Permits:*
- New special recreation permits that would potentially impact relevant and important values would not be authorized.

*Lands and Realty:*
- Designate as a ROW avoidance area.
- Recommend to the Secretary of the Interior withdrawal of the ACEC from mineral entry (close to the mining laws for locatable mineral exploration or development).
- The ACEC is retained for long-term management.

*Coal:*
- See Coal section noting no lands are currently identified as containing potentially developable coal resources. Any future development will be consistent with decisions in this Approved Resource Management Plan.

BLM_0025810

*Salable Minerals/Mineral Material Disposal:*
- The ACEC is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-Energy Solid Mineral Leasing:*
- Close to leasing of non-energy solid minerals.

*Comprehensive Trails and Travel Management:*
- Classified as limited to designated routes.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow vegetation treatments for wildlife habitat improvement, WUI, and to protect cultural values.
- The use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer. When lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

**ACC-IMP-01e (Grand Hogback ACEC).** Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of routes within ACECs will not increase beyond the baseline of designated routes.
- Routes may be closed or re-routed to protect ACEC values.

## HARDSCRABBLE-EAST EAGLE AREA OF CRITICAL ENVIRONMENTAL CONCERN

**ACC-OBJ-01f (Hardscrabble-East Eagle ACEC).** *Protect one of the highest known concentrations of excellent quality occurrences (a core population) of the BLM sensitive plant species, Harrington's penstemon (Penstemon harringtonii).*

**ACC-MA-01f (Hardscrabble-East Eagle ACEC).** Supporting management action and allowable use decisions include:

*Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-10: Sensitive Plants within ACECs.

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

BLM_0025811

*Special Recreational Permits:*
- New special recreation permits that would potentially impact relevant and important values would not be authorized.

*Lands and Realty:*
- Designate as a ROW avoidance area.
- Recommend to the Secretary of the Interior withdrawal of the ACEC from mineral entry (close to the mining laws for locatable mineral exploration or development).
- The ACEC is retained for long-term management.

*Salable Minerals/Mineral Material Disposal:*
- The ACEC is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-Energy Solid Mineral Leasing:*
- Close to leasing of non-energy solid minerals.

*Comprehensive Trails and Travel Management:*
- Classified as closed to over-the-snow motorized travel, except for Forest Road 413.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow planned fire and other vegetation treatments if they would maintain or enhance the identified relevant and important values.
- The use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer.  When lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

---

**ACC-IMP-01f (Hardscrabble-East Eagle ACEC).**   Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of routes within ACECs will not increase beyond the baseline of designated routes.
- Routes may be closed or re-routed to protect ACEC values.

## LYONS GULCH AREA OF CRITICAL ENVIRONMENTAL CONCERN

**ACC-OBJ-01g (Lyons Gulch ACEC).**  *Protect one of the larger and more intact populations (a core population) of the BLM-sensitive plant, Harrington's penstemon.*

BLM_0025812

**ACC-MA-01g (Lyons Gulch ACEC).**   Supporting management action and allowable use decisions include:

*Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-10: Sensitive Plants within ACECs.

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

*Special Recreational Permits:*
- New special recreation permits that would potentially impact relevant and important values would not be authorized.

*Lands and Realty:*
- Designate as a ROW avoidance area.
- Recommend to the Secretary of the Interior withdrawal of the ACEC from mineral entry (close to the mining laws for locatable mineral exploration or development).
- The ACEC is retained for long-term management.

*Salable Minerals/Mineral Material Disposal:*
- The ACEC is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-Energy Solid Mineral Leasing:*
- Close to leasing of non-energy solid minerals.

*Comprehensive Trails and Travel Management:*
- Classified as closed to over-the-snow motorized travel.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow planned and unplanned fire if it would maintain or enhance the identified relevant and important values.
- The use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer.  When lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

**ACC-IMP-01g (Lyons Gulch ACEC).**   Implementation decisions include:

BLM_0025813

*Comprehensive Trails and Travel Management:*
- Miles of routes within ACECs will not increase beyond the baseline of designated routes.
- Routes may be closed or re-routed to protect ACEC values.

## McCoy Fan Delta Area of Critical Environmental Concern

**ACC-OBJ-01h (McCoy Fan Delta ACEC).** *Protect the geologic and paleontological values associated with fluvial and marine depositional events that occurred along the western margin of the Ancestral Front Range. The McCoy fan deltas are among the best exposed deltaic deposits in the Rocky Mountains.*

**ACC-MA-01h (McCoy Fan Delta ACEC).** Supporting management action and allowable use decisions include:

*Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-28: Certain ACECs.

*Fossil Collection:*
- Close the ACEC to invertebrate and vertebrate fossil collection, except as permitted by the authorized officer for scientific research.

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

*Special Recreational Permits:*
- New special recreation permits that would potentially impact relevant and important values would not be authorized.

*Lands and Realty:*
- Designate as a ROW avoidance area.
- Recommend to the Secretary of the Interior withdrawal of the ACEC from mineral entry (close to the mining laws for locatable mineral exploration or development).
- The ACEC is retained for long-term management.

*Salable Minerals/Mineral Material Disposal:*
- The ACEC is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-Energy Solid Mineral Leasing:*
- Close to leasing of non-energy solid minerals.

BLM_0025814

*Comprehensive Trails and Travel Management:*
- Classified as limited to designated routes.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow prescribed fire.
- The use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer. When lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

**ACC-IMP-01h (McCoy Fan Delta ACEC).** Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of routes within ACECs would not increase beyond the baseline of designated routes. If routes must be closed to protect ACEC values, similar route mileage will be accommodated contiguous to the motorcycle trail network but outside of the ACEC.
- Routes may be closed or re-routed to protect ACEC values.

## MOUNT LOGAN FOOTHILLS AREA OF CRITICAL ENVIRONMENTAL CONCERN

**ACC-OBJ-01i (Mount Logan Foothills ACEC).** *Protect known occurrences within the CRVFO of the threatened plant species Colorado hookless cactus (Sclerocactus glaucus), and DeBeque phacelia (Phacelia submutica) and the BLM sensitive Naturita milkvetch (Astragalus naturitensis). Protect a sub-occurrence of the threatened plant species Parachute penstemon (Penstemon debilis).*

**ACC-MA-01i (Mount Logan Foothills ACEC).** Supporting management action and allowable use decisions include:

*Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-28: Certain ACECs.

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

*Special Recreational Permits:*
- New special recreation permits that would potentially impact relevant and important values would not be authorized.

BLM_0025815

*Lands and Realty:*
- Designate as a ROW avoidance area
- Recommend to the Secretary of the Interior withdrawal of the ACEC from mineral entry (close to the mining laws for locatable mineral exploration or development).
- The ACEC is retained for long-term management.

*Salable Minerals/Mineral Material Disposal:*
- The ACEC is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-Energy Solid Mineral Leasing:*
- Close to leasing of non-energy solid minerals.

*Comprehensive Trails and Travel Management:*
- Classify as limited to designated routes (including over-the-snow travel).

*Fuels/Fire Management and Vegetation Treatments:*
- Suppress all fires in salt desert shrub communities within the ACEC and in other vegetation types where cheatgrass is present.
- The use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer.  When lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

---

**ACC-IMP-01i (Mount Logan Foothills ACEC).**    Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of routes within ACECs will not increase beyond the baseline of designated routes.
- Routes may be closed or re-routed to protect ACEC values.

## SHEEP CREEK UPLANDS AREA OF CRITICAL ENVIRONMENTAL CONCERN

---

**ACC-OBJ-01j (Sheep Creek Uplands ACEC).**    *Protect core populations of Harrington's penstemon across a representation of the geographical range.*

---

**ACC-MA-01j (Sheep Creek Uplands ACEC).**  Supporting management action and allowable use decisions include:

*Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-10: Sensitive Plants within ACECs.

BLM_0025816

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

*Special Recreational Permits:*
- New special recreation permits that would potentially impact relevant and important values would not be authorized.

*Lands and Realty:*
- Designate as a ROW avoidance area.
- Recommend to the Secretary of the Interior withdrawal of the ACEC from mineral entry (close to the mining laws for locatable mineral exploration or development).
- The ACEC is retained for long-term management.

*Salable Minerals/Mineral Material Disposal:*
- The ACEC is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-Energy Solid Mineral Leasing:*
- Close to leasing of non-energy solid minerals.

*Comprehensive Trails and Travel Management:*
- Classify as limited to designated routes (including over-the-snow travel).

*Fuels/Fire Management and Vegetation Treatments:*
- Allow planned and unplanned fire if the fires would maintain or enhance the identified relevant and important values.
- The use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer. When lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

**ACC-IMP-01j (Sheep Creek Uplands ACEC).** Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of routes within ACECs will not increase beyond the baseline of designated routes.
- Routes may be closed or re-routed to protect ACEC values.

BLM_0025817

## THOMPSON CREEK AREA OF CRITICAL ENVIRONMENTAL CONCERN

**ACC-OBJ-01k (Thompson Creek ACEC).** *Protect the scenic, geologic, historic and ecological values in the Thompson Creek area.*

**ACC-MA-01k (Thompson Creek ACEC).** Supporting management action and allowable use decisions include:

*Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-28: Certain ACECs.

*Visual Resource Management:*
- Manage as VRM Class I.

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

*Special Recreational Permits:*
- New special recreation permits that would potentially impact relevant and important values would not be authorized.

*Lands and Realty:*
- Designate as a ROW exclusion area.
- Recommend to the Secretary of the Interior withdrawal of the ACEC from mineral entry (close to the mining laws for locatable mineral exploration or development).
- The ACEC is retained for long-term management.

*Fluid Minerals:*
- Close Thompson Creek ACEC to leasing for fluid minerals.

*Salable Minerals/Mineral Material Disposal:*
- The ACEC is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-Energy Solid Mineral Leasing:*
- Close to leasing of non-energy solid minerals.

*Comprehensive Trails and Travel Management:*
- Classify as closed (43 CFR 8342.1) to motorized travel, including over-the-snow travel, except for administrative access.
- Close the ACEC to mechanized travel.

BLM_0025818

*Fuels/Fire Management and Vegetation Treatments:*
- Allow unplanned fire if it would not degrade the scenic or historic values within Thompson Creek canyon.
- The use of motorized vehicles off designated routes and mechanical ground disturbing equipment (e.g., dozers) requires approval of the authorized officer. When lives or homes are nearby and in imminent danger of being lost, the fire management officer may authorize vehicle use off designated routes and the use of ground disturbing equipment.

**ACC-IMP-01k (Thompson Creek ACEC).** Implementation decisions include:

*Recreation and Visitor Services - Climbing:*
- Re-establishment of old routes and permanent fixed anchors (bolts and pitons) are permitted at the BLM recognized climbing area (rock fins) only.
- No additional development of bolted routes within the ERMA is permitted.
- Mechanical devices (e.g., power drills) may be used at the BLM recognized climbing area (rock fins) only.

*Comprehensive Trails and Travel Management:*
- Miles of routes within ACECs will not increase beyond the baseline of designated routes.
- Routes may be closed or re-routed to protect ACEC values.

BLM_0025819

# WILDERNESS STUDY AREAS

**WSA-GOAL-01.** *Preserve the wilderness character of WSAs.*

**WSA-OBJ-01.** *Preserve wilderness characteristics in WSAs in accordance with non-impairment standards as defined under the BLM Manual 6330 – Management of Wilderness Study Areas (which replaced the Interim Management Policy (IMP) for Lands Under Wilderness Review in July of 2012), until Congress either designates these lands as wilderness or releases them for other purposes.*

**WSA-MA-01**. Manage four WSAs (27,700 acres) under BLM Manual 6330 – Management of BLM Wilderness Study Areas:
- Bull Gulch
- Castle Peak
- Eagle Mountain
- Hack Lake.

**WSA-MA-02**. In accordance with BLM Manual 6330 – Management of BLM Wilderness Study Areas, manage all WSAs under VRM Class I objectives to support interim management policy guidelines to retain a natural landscape. If a WSA is designated as wilderness, the area would continue to be managed as VRM Class I. Exceptions: (1) Case-by-case exceptions for valid existing rights and grandfathered uses; and (2) If the WSA is released by Congress.

**WSA-MA-03**. *Comprehensive Trails and Travel Management:* Prohibit motorized or mechanized travel in three WSAs:
- Bull Gulch
- Castle Peak
- Hack Lake
- Eagle Mountain.

**WSA-MA-04**. *Fluid Minerals.* Close WSAs to leasing for fluid minerals.

**WSA-MA-05**. Apply stipulation CRVFO-NSO-29: Wilderness Study Areas. Prohibit surface occupancy and surface-disturbing activities in WSAs to preserve wilderness in accordance with non-impairment standards as defined by BLM Manual 6330 – Management of BLM Wilderness Study Areas (27,700 acres).

**WSA-MA-06.** If Congress releases the Bull Gulch WSA and Castle Peak WSA from wilderness consideration, manage areas under the following prescriptions.

*Surface-Disturbing Activities:*
- Stipulation CRVFO-CSU-13: Wilderness Study Areas if Released from Wilderness Consideration. If Congress releases WSAs from wilderness

BLM_0025820

consideration, then apply CSU constraints to the lands to protect recreation activity opportunities.

*Recreation and Visitor Services:*
- Manage areas as ERMAs to support and sustain the principal recreation activities and the associated qualities and conditions of the area
- Protect scenic values with VRM Class II designation.

*Visual Resource Management:*
- Protect scenic values with VRM Class II designation.

*Comprehensive Trails and Travel Management:*
- Close the areas to mechanized and motorized (43 CFR 8342.1) travel.

**WSA-MA-07**.   If Congress releases the Eagle Mountain WSA and Hack Lake WSA from wilderness consideration, manage the lands consistently with management of adjacent USFS lands.

BLM_0025821

# WILD AND SCENIC RIVERS

**WSR-GOAL-01.**   *Manage the selected suitable and eligible river segments to protect their free-flowing condition, water quality, ORVs, and tentative classification.*

> **WSR-OBJ-01.**   *Protect the free-flowing condition, water quality, ORVs, and tentative classification of the suitable Deep Creek segments pending congressional action or the duration of the CRVFO RMP.*
>
> **WSR-OBJ-01.**   *Protect the free-flowing condition, water quality, ORVs, and tentative classification of the eligible Colorado River segments until a suitability determination is made.*
>
> *Note: A suitability determination for the eligible Colorado River segments is deferred, as described below.*

> **WSR-MA-01.**  Determine Deep Creek segment 2 (wild) and Deep Creek segment 3 (recreational) as suitable to protect the free-flowing condition, water quality, ORVs, and tentative classification of Deep Creek segments (4.5 miles total/4.5 on BLM land).

> **WSR-MA-02.** Defer suitability determinations for:
> - Colorado River segment 6 (recreational)
> - Colorado River segment 7 (recreational).

Rely upon the Upper Colorado River Wild and Scenic Stakeholder Group Management Plan (Appendix I), in concert with BLM land management authorities, to protect the free-flowing condition, ORVs, classification, and water quality of Colorado River segments 6 and 7.  While the stakeholder plan is in operation, eligibility determinations for the two stream segments will remain in place.

The BLM and USFS will make a suitability determination for these stream segments only under the following conditions:
- The BLM and USFS, after consulting with the stakeholder group, conclude the stakeholder group plan is not sufficiently protecting free-flowing condition, outstandingly remarkable values, and water quality in the river segment to comply with USFS and BLM; or
- The stakeholder group plan is terminated by the members of the stakeholder group.

If BLM and USFS conclude that a suitability determination is required under the conditions above, the suitability determination will be made through a standard land use plan amendment process, which affords full opportunity for public comment.

BLM_0025822

*Note: Suitability determinations for eligible stream segments on the Roan Plateau have been deferred to a supplemental EIS. BLM will maintain eligible status for East Middle Fork Parachute Creek Complex and East Fork Parachute Creek Complex until a record of decision is entered for the Roan Plateau planning area. At that time, BLM will render a suitability determination using information and alternatives from this planning process, along with any new alternatives and information generated for the Roan Plateau planning area supplemental EIS.*

**WSR-MA-03**.   Apply stipulation CRVFO-NSO-30: Suitable Stream Segments Classified as "Wild".  Prohibit surface occupancy and surface-disturbing activities within suitable stream segments classified as "Wild" to protect the ORVs, water quality, the free-flowing condition and recommended classification of suitable segments (4,300 acres).

**WSR-MA-04**.   Apply stipulation CRVFO-CSU-14: Suitable Stream Segments Classified as "Scenic" and "Recreational".  Apply CSU constraints within suitable stream segments classified as "Scenic" and "Recreational" to protect the ORVs, free-flowing condition, water quality, and tentative classification for which the stream segments were found suitable (500 acres/0 acres Federal mineral estate).

**WSR-MA-05**.   Supporting management action and allowable use decisions include:

*Water:*
- Stipulation CRVFO-NSO-4: Major River Corridors. The stipulation prohibits surface occupancy and surface-disturbing activities within eligible Colorado River segments (26,400 acres/1,000 acres Federal mineral estate).

*Fluid Minerals:*
- Close to leasing for fluid minerals Deep Creek segments found suitable for inclusion in the NWSRS and the two Colorado River segments that are found eligible for inclusion in the NWSRS.

*Lands and Realty:*
- Designate Deep Creek Segment 3 along with Colorado River Segments 6 and 7 as ROW avoidance areas.
- Designate Deep Creek Segment 2 as a ROW exclusion area.
- Recommend to the Secretary of the Interior withdrawal of Deep Creek Segment 2 and Deep Creek Segment 3 from mineral entry (close to the mining laws for locatable mineral exploration or development).
- Retain for long-term management Deep Creek Segments 2 and 3 along with Colorado River Segments 6 and 7.

BLM_0025823

*Salable Minerals/Mineral Materials:*
- Close Deep Creek Segment 2 and 3 found as suitable for inclusion in the NWSRS to salable minerals/mineral materials disposal.

*Non-Energy Solid Leasable Minerals:*
- Close Deep Creek Segment 2 and 3 found as suitable for inclusion in the NWSRS to solid minerals leasing.

*Forestry:*
- Close to commercial timber harvest, firewood cutting, and special forest product harvest.

BLM_0025824

# IV. SUPPORT

## TRANSPORTATION FACILITIES

**TRN-GOAL-01.** *Provide a transportation system that is manageable, maintainable, and meets the needs, as defined by the goals and objectives, for resources and resource uses.*

**TRN-OBJ-01.** *Maintain BLM roads to identified maintenance intensity levels (appropriate intensity, frequency, and type of maintenance) consistent with public safety and land use plan objectives.*

**TRN-MA-01.** Maintenance intensity levels provide operational guidance on the appropriate intensity, frequency, and type of maintenance activities that should be undertaken to keep the route in acceptable condition and provide guidance for the minimum standards of care for the annual maintenance of routes in the BLM's Facilities Asset Management System. Maintenance intensity levels for CRVFO routes include.

- *21 miles at Maintenance Intensity Level 0:* Existing routes that will no longer be maintained and no longer be declared a route. Routes identified as Level 0 are identified for removal from the transportation system entirely
- *166 miles at Maintenance Intensity Level 1:* Routes where minimum (low intensity) maintenance is required to protect adjacent lands and resource values. These roads may be impassable for extended periods of time
- *93 miles at Maintenance Intensity Level 3:* Routes requiring moderate maintenance due to low-volume use (e.g., seasonally or year-round for commercial, recreation, or administrative access). Maintenance intensities may not provide year-round access but are intended to generally provide resources appropriate to keep the route in use for the majority of the year
- *Two (2) miles at Maintenance Intensity Level 5:* Routes for high (maximum) maintenance due to year-round needs, high-volume traffic, or significant use. Also may include routes identified through management objectives as requiring high intensities of maintenance or to be maintained open on a year-round basis.

BLM_0025825

## PUBLIC HEALTH AND SAFETY

**PHS-GOAL-01.**  *Protect lives, resources, and property to improve the quality of life in local communities.*

**PHS-OBJ-01.**  *Ensure that BLM lands provide safe facilities and conditions for visitors, users, and employees, with minimum conflict among users and minimum damage to BLM lands and resources as defined by the Department of the Interior Performance and Accountability Report measures.*

**PHS-MA-01.**  Close motorized vehicle access routes that lead to illegal dumpsites.

**PHS-MA-02.**  *Emergency Communications Plan.*  The operator is required to prepare and maintain a current emergency communications plan.  The plan shall be provided to the BLM, Colorado State Patrol, the affected county and communities, and the general public. The plan shall contain information sufficient to describe the potential for emergency incidents related to fluid minerals development that pose an immediate danger to human health and safety and would normally require immediate actions by the operator to remove the threat, such as for hazardous materials spills; actions to be taken by the operator in the event of such an incident; and a communications plan to inform appropriate authorities and potentially affected citizens.

**PHS-MA-03.**  *Working in Residential Areas.* The operator drilling on Federal mineral estate is required to consider the impact of operations on nearby communities and residences and will be expected to reasonably adjust operating procedures to accommodate local residential concerns. For example, the operator will be expected to try to work out reasonable compromises on issues such as noise, dust, and traffic.  The operator will be expected to address such issues when raised during public comment periods associated with preparation of environmental assessments or when complaints are reported to the operator, BLM, or the Colorado Oil and Gas Conservation Commission.

**PHS-MA-04.**  *Project Rulison Monitoring.*  Any wells within three miles of Project Rulison will be subject to oversight measures established by the Colorado Oil and Gas Conservation Commission. Any such wells would also be reviewed by the DOE for consideration if such wells should be incorporated into DOE's regular monitoring program.

BLM_0025826

This page intentionally left blank

BLM_0025827

# LIST OF APPENDICES

## COLORADO RIVER VALLEY FIELD OFFICE
## APPROVED RESOURCE MANAGEMENT PLAN

Appendix A.  Maps

Appendix B.  Stipulations Applicable to Fluid Mineral Development, Surface-Disturbing Activities, Surface Use, and Occupancy

Appendix C.  Management and Setting Prescriptions for Lands Managed for the Protection of Wilderness Characteristics

Appendix D.  Management and Setting Prescriptions for Caves

Appendix E.  Livestock Grazing Allotments

Appendix F.  Recreation and Visitor Services Management Framework for Special and Extensive Recreation Management Areas

Appendix G.  Travel Management

Appendix H.  Transportation Facilities: System Roads and Maintenance Levels

Appendix I.  Upper Colorado River Wild and Scenic Stakeholder Group Management Plan

Appendix J.  Implementation, Monitoring, and Evaluation

Appendix K.  Best Management Practices and Conservation Measures

Appendix L.  Colorado Air Resources Protection Protocol

BLM_0025828

This page intentionally left blank

BLM_0025829

*Appendix A  -  Maps*

# APPENDIX A
## MAPS

BLM_0025830

This page intentionally left blank

# TABLE OF CONTENTS

**Page**

**APPENDIX A.1 - Resource/Resource Use Information** ......................................1

    Big Game Winter Closures ...........................................................3

    Visual Resource Management Classes ...........................................4

    Wildland Fire Management ..........................................................5

    Lands Managed for the Protection of Wilderness Characteristics.................6

    Commercial Forest Management....................................................7

    Grazing Allotments.....................................................................8

    Recreation Management Areas ......................................................9

    Camping Restrictions................................................................10

    Firearm Use Restrictions............................................................11

    Off-Highway Vehicle Area Designations.........................................12

    Over-Snow Travel Area Designations ............................................13

    Right-of-Way Exclusion and Avoidance Areas.................................14

    Areas Closed to Fluid Mineral Leasing ..........................................15

    Areas Closed to Mineral Material Disposal and Non-Energy Leasable Minerals ...............................................................................16

    Special Designations.................................................................17

    Areas of Critical Environmental Concern........................................18

    Suitable and Eligible Wild and Scenic River Segments .................19

    Deep Creek Wild and Scenic River Management Boundary.........................20

**APPENDIX A.2 - Stipulations Applicable to Fluid Mineral Development, Surface-Disturbing Activities, Surface Use and Occupancy**................................21

Debris Flow Hazard Zone Stipulation ............................................................22

Steep Slopes and Erosive Soils Stipulations..................................................23

Water Resources and Public Water Supply Stipulations ...............................24

Riparian and Wetland Stipulations ................................................................25

Aquatic Species and Fish Hatchery Stipulations ..........................................26

NSO and CSU Stipulations for Terrestrial Wildlife and Special Status

Terrestrial Wildlife..........................................................................................27

Timing Limitations for Terrestrial Wildlife and Special Status

Terrestrial Wildlife..........................................................................................28

Special Status Plant Stipulations...................................................................29

Visual Resource Management Stipulations ....................................................30

Stipulations for Lands Managed to Protect Wilderness Characteristics........31

Recreation and Visitor Services Stipulations.................................................32

Stipulation CRVFO-NSO-28 for Certain ACECs .........................................33

Wilderness Study Area Stipulations ..............................................................34

Suitable Wild and Scenic River Stipulations.................................................35

**APPENDIX A.3 - Travel Management - Route Designations**............................36

Index of Travel Management Zones ...............................................................37

Travel Management Zone A ............................................................................38

Travel Management Zone B ............................................................................39

Travel Management Zone C ............................................................................40

Travel Management Zone D ............................................................................41

Travel Management Zone E.............................................................................42

BLM_0025833

Travel Management Zone F...........................................................................43

Travel Management Zone G..........................................................................44

Travel Management Zone H..........................................................................45

Travel Management Zone I............................................................................46

Travel Management Zone J ...........................................................................47

Travel Management Zone K ..........................................................................48

Travel Management Zone L...........................................................................49

Travel Management Zone M .........................................................................50

Travel Management Zone N ..........................................................................51

Travel Management Zone O ..........................................................................52

Travel Management Zone P...........................................................................53

Travel Management Zone Q ..........................................................................54

Travel Management Zone R ..........................................................................55

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025834

This page intentionally left blank

BLM_0025835

# APPENDIX A.1
## MAPS - RESOURCE/RESOURCE USE INFORMATION

BLM_0025836

This page intentionally left blank

BLM_0025837

**Winter Closures for Motorized and Mechanized Travel to Protect Big Game**

Big Game Winter Closures

Colorado River Valley Field Office Approved Resource Management Plan

*Colorado River Valley Field Office Approved Resource Management Plan*

*Appendix A.1 - Maps - Big Game Winter Closures*



BLM_0025839











BLM_0025844







BLM_0025847

*Appendix A.1 - Maps - Over-Snow Travel Area Designations*



BLM_0025848



Appendix A.1 - Maps - Right-of-Way Exclusion and Avoidance Areas



**Closed to Fluid Mineral Leasing (Oil and Gas, Oil Shale, Geothermal)**

Closed to Fluid Minerals Leasing

0   2.5   5   7.5   10
Miles

**Colorado River Valley Field Office Approved Resource Management Plan**





BLM_0025852

18

*Colorado River Valley Field Office Approved Resource Management Plan*

*Appendix A.1 – Maps – Areas of Critical Environmental Concern*







# APPENDIX A.2
## MAPS - STIPULATIONS APPLICABLE TO FLUID MINERAL DEVELOPMENT, SURFACE-DISTURBING ACTIVITIES, SURFACE USE AND OCCUPANCY

BLM_0025856



**No Surface Occupancy for Debris Flow Hazard Zones**

CRVFO-NSO-1: Debris Flow Hazard Zones

0    0.75    1.5    2.25    3 Miles

Colorado River Valley Approved Resource Management Plan

Glenwood
Springs

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice.





**Stipulations for Water Resources and Public Water Supplies**

- CRVFO-NSO-3: Municipal Watersheds and Public Water Supplies
- CRVFO-CSU-2: Municipal Watersheds and Public Water Supplies
- CRVFO-NSO-5: Perennial Streams, Waterbodies, Riparian Areas, and Aquatic Dependent Species
- CRVFO-CSU-3: Intermittent and Ephemeral Streams
- CRVFO-NSO-4: Major River Corridors

Colorado River Valley Field Office Approved Resource Management Plan

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notice.



BLM_0025860







**TL Stipulations for Terrestrial Wildlife and Special Status Terrestrial Wildlife**

CRVFO-TL-2: Big Game Winter Habitat
CRVFO-TL-3: Big Game Production Areas
CRVFO-TL-4: Raptors
CRVFO-TL-6: Waterfowl and Shorebird Nesting and Production
CRVFO-TL-8: Bald Eagle Nest Sites and Winter Roost Sites
CRVFO-TL-10: Peregrine Falcon Cliff-Nesting Complex
CRVFO-TL-11: Greater Sage-Grouse Winter Range and Nesting Habitat
CRVFO-TL-12: Columbian Sharp-Tailed Grouse Winter Range and Nesting Habitat
CRVFO-TL-15: Special Status Bat Species Hibernation, Maternity and Fall Swarming Sites

**Colorado River Valley Field Office Approved Resource Management Plan**

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notice.

Colorado River Valley Field Office Approved Resource Management Plan



Appendix A.2 - Maps - Special Status Plants Stipulations





**Stipulations for Lands Managed to Protect Wilderness Characteristics**

CRVFO-NSO-23: Lands Managed to Protect Wilderness Characteristics

0    5    10    15    20
                              Miles

**Colorado River Valley Field Office Approved Resource Management Plan**

Roan Plateau Planning Area
(Not included in RMP Revision)

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice.

31

32

Colorado River Valley Field Office Approved Resource Management Plan



**Stipulations for Recreation and Visitor Services**

- CRVFO-CSU-10: Developed Recreation Facilities and Trails
- CRVFO-CSU-11: Extensive Recreation Management Areas
- CRVFO-NSO-25: Special Recreation Management Areas
- CRVFO-NSO-26: Rifle Mountain Park

Colorado River Valley Field Office Approved Resource Management Plan

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice.

Appendix A.2 – Maps – Recreation and Visitor Services Stipulations





BLM_0025869

Stipulations for Suitable Wild and Scenic River Segments
CRVFO-CSU-14: Suitable Stream Segments for Scenic or Recreational Values
CRVFO-NSO-30: Suitable Stream Segments for Wild Values
USFS Deep Creek Wild and Scenic Management Area
0
1
2
3
4
Miles
N
W
E
S
Colorado River Valley Field Office Approved Resource Management Plan
Sweetwater Creek
Colorado River
GARFIELD
EAGLE
Deep Creek
Dotsero
Gypsum
No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice.

# APPENDIX A.3
# MAPS – TRAVEL MANAGEMENT – ROUTE DESIGNATIONS

BLM_0025871





*Colorado River Valley Field Office Approved Resource Management Plan*



40

Colorado River Valley Field Office Approved Resource Management Plan

Appendix A.3 - Maps - Travel Management Zone C

BLM_0025875





BLM_0025877

*Appendix A.3 - Maps - Travel Management Zone F*





*Appendix A.3 – Maps – Travel Management Zone H*



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025880



BLM_0025881



BLM_0025882

*Appendix A.3 - Maps - Travel Management Zone K*



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025883



50

Colorado River Valley Field Office Approved Resource Management Plan



Appendix A.3 – Maps – Travel Management Zone M

*Appendix A.3 - Maps - Travel Management Zone N*



BLM_0025886

Colorado River Valley Field Office Approved Resource Management Plan

Appendix A.3 - Maps - Travel Management Zone O



*Appendix A.3 – Maps – Travel Management Zone P*



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025888