*Colorado River Valley Field Office Approved Resource Management Plan*

*Appendix A.3 - Maps - Travel Management Zone Q*



**Travel Routes in Zone Q**

- Zone Q
- Full-Sized Vehicle
- ATV/UTV (varying widths)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Rehabilitate
- Administrative Route
- Routes Outside BLM Lands
- 1 County Roads
- 70 Interstate Highways
- State Highways

*Note: Administrative motorized use may be authorized by the BLM on any public route.

0   0.5   1   1.5   2 Miles

**Colorado River Valley Field Office Approved Resource Management Plan**

Zone Q in CRVFO

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice.



Colorado River Valley Field Office Approved Resource Management Plan

Appendix A.3 – Maps – Travel Management Zone R

BLM_0025890

This page intentionally left blank

BLM_0025891

# APPENDIX B
## STIPULATIONS APPLICABLE TO FLUID MINERAL DEVELOPMENT, SURFACE-DISTURBING ACTIVITIES, SURFACE USE, AND OCCUPANCY

BLM_0025892

This page intentionally left blank

# TABLE OF CONTENTS

B.1    **INTRODUCTION**.......................................................................................................1

B.2    **STIPULATIONS FOR SURFACE-DISTURBING ACTIVITIES**............................3

    B.2.1  No Surface Occupancy (NSO) ...............................................................................3

    B.2.2  Controlled Surface Use (CSU) ...............................................................................4

    B.2.3  Timing Limitation (TL) ..........................................................................................4

    B.2.4  Lease Notices (LN).................................................................................................4

    B.2.5  Conditions of Approval (COA) ...............................................................................4

B.3    **EXCEPTIONS, MODIFICATIONS, AND WAIVERS**................................................5

    B.3.1  Standard Exception .................................................................................................5

    B.3.2  Standard Modification ............................................................................................5

    B.3.3  Standard Waiver .....................................................................................................6

B.4    **STANDARD TERMS AND CONDITIONS FOR OIL AND GAS LEASING**...........6

B.5    **NO SURFACE OCCUPANCY (NSO) STIPULATIONS** ..........................................7

    *I. RESOURCES* ...................................................................................................................7

        SOILS .....................................................................................................................7

        WATER ...................................................................................................................8

        FISH AND WILDLIFE .........................................................................................10

        SPECIAL STATUS SPECIES................................................................................13

        CULTURAL RESOURCES.....................................................................................19

        VISUAL RESOURCE MANAGEMENT ...............................................................20

        LANDS MANAGED FOR THE PROTECTION OF WILDERNESS

        CHARACTERISTICS ...........................................................................................20

        CAVE AND KARST RESOURCES.......................................................................21

    *II. RESOURCE USES* .......................................................................................................21

        RECREATION AND VISITOR SERVICES..........................................................21

        COAL......................................................................................................................23

BLM_0025894

*III. SPECIAL DESIGNATIONS* .......................................................................................23

    AREAS OF CRITICAL ENVIRONMENTAL CONCERN .............................23

    WILDERNESS STUDY AREAS......................................................................24

    WILD AND SCENIC RIVERS........................................................................24

**B.6**    **CONTROLLED SURFACE USE (CSU) STIPULATIONS......................................26**

    *I. RESOURCES* .................................................................................................26

        SOILS .........................................................................................................26

        WATER ......................................................................................................27

        VEGETATION ..........................................................................................28

        SPECIAL STATUS SPECIES...................................................................29

        VISUAL RESOURCE MANAGEMENT ..................................................31

    *II. RESOURCE USES* .......................................................................................32

        RECREATION AND VISITOR SERVICES............................................32

        COAL..........................................................................................................33

    *III. SPECIAL DESIGNATIONS* .......................................................................34

        WILDERNESS STUDY AREAS......................................................................34

        WILD AND SCENIC RIVERS........................................................................34

**B.7**    **TIMING LIMITATION (TL) STIPULATIONS ......................................................36**

    *I. RESOURCES* .................................................................................................36

        FISH AND WILDLIFE .............................................................................36

        SPECIAL STATUS SPECIES…………………………………………………40

**B.8**    **LEASE NOTICES (LN)..............................................................................................46**

    *I. RESOURCES* .................................................................................................46

        VEGETATION ..........................................................................................46

        FISH AND WILDLIFE…………………………………………………..46

        SPECIAL STATUS SPECIES...................................................................47

        PALEONTOLOGY ...................................................................................48

        VISUAL RESOURCE MANAGEMENT ..................................................49

    *II. SUPPORT*.....................................................................................................49

        PUBLIC HEALTH AND SAFETY...................................................................49

BLM_0025895

This page intentionally left blank

BLM_0025896

## B.1   INTRODUCTION

This appendix lists stipulations for fluid minerals (oil and gas, coalbed natural gas, oil shale, and geothermal) leasing referred to in the Approved RMP.  These stipulations also apply to all surface-disturbing activities and surface occupancy associated with land use activities, authorizations, permits, and leases issued on BLM lands.  The stipulations would not apply to activities and uses where they are contrary to laws, regulations, valid existing rights, or specific program guidance.  The intent is to achieve the purpose of the stipulation and to consistently mitigate land use impacts by applying the same stipulations to all surface-disturbing activities, surface use and occupancy.

Stipulations apply to surface-disturbing activities on lands overlying federal mineral estate, which includes mineral estate underlying BLM lands, privately owned lands, and state-owned lands.  As such, federal mineral estate acres are greater than BLM surface acres.

**Defining Surface-disturbing Activities, Surface Use and Occupancy.**  A surface-disturbing activity, including surface use or occupancy, is defined as a land use action that alters surface/near surface soils, surface geologic features, or vegetation beyond natural site conditions on a scale that affects the identified resource values.

For the purposes of this RMP, examples of surface-disturbing activities, surface use and occupancy constrained by stipulations include, but are not limited to:
- Construction of permanent or other long-term facilities such as: telecommunication towers, powerlines, pipelines, water tanks, well pads for fluid minerals development, and visitor facilities
- New route construction, including upgrading of existing two-track roads for access or fluid minerals development
- The use of mechanical earth-moving equipment for scraping, excavation, or digging
- Mining
- Use of explosives or pyrotechnics
- Intensive and/or large-scale human use or occupation (e.g., concentrated group events).

Examples of actions not typically considered surface-disturbing activities and constrained by stipulations include, but are not limited to:
- Cross-country walking, hiking, or horseback riding
- Motorized and mechanized vehicular travel on designated routes consistent with the type or mode of travel permitted
- Livestock grazing

BLM_0025897

- Maintenance of infrastructure including: ROWs, travel routes, and range improvements; if such improvements are within the existing disturbance and compatible with the resource value(s) being protected
- Actions for emergency and other purposes as authorized under 43 CFR 8340.0-5(a)(2), (3), (4) and (5); including wildland fire suppression
- Prescribed fire (without ground-disturbing prep-work)
- Truck-mounted drilling and geophysical exploration equipment off designated routes.

**Application of Stipulations.** The predominant consideration for the application of any stipulation is the compatibility or incompatibility of the surface-disturbing activity, surface use or occupancy (including proposed design criteria) with the resource value(s) being protected as defined in the stipulation.  In some cases a proposed project may cause a short-term disturbance but offer long-term benefits to the resource values protected by the stipulation.

A secondary consideration is whether the surface-disturbing activity would result in more than negligible (i.e., small, of little consequence, not readily noticeable) disturbance or impact to the resource value being protected as defined in the purpose for the stipulation. Project-specific environmental analysis would evaluate factors such as: the extent, duration, or intensity of the activity; the existing condition of the area affected; and if the impact is anticipated to last longer than 2 years without being revegetated with pre-disturbance types of vegetation.

The following are some examples of the application of stipulations.

- *Compatibility or incompatibility with the resource value(s) being protected.*
  - A steam improvement project to improve aquatic habitat and riparian vegetation by its nature, must occur within the area protected by an NSO stipulation for fisheries and riparian vegetation.  Any short-term impacts are offset by the long-term benefits to fisheries.
  - A trail construction project to improve recreational opportunities in an SRMA by its nature, must occur within the area protected by an NSO stipulation for SRMAs.
- *More than negligible disturbance or impact to the resource value being protected.*
  - A wildlife water guzzler could be installed in an area with high visual sensitivity if it could be concealed behind a ridge and out-of-site of key observation points.
  - A pipeline could be installed in an area with an NSO stipulation for priority wildlife habitat if the pipeline is located within an existing road right-of-way.

BLM_0025898

- o  Installation of a cattle guard may be determined of such low extent and intensity as to not impact the nearby hibernation or fall swarming activities of bats.
- o  Use of a trenching machine enables an operator to dig a trench, bury a fiber optic cable and backfill all in a single pass resulting in negligible impacts that are anticipated to last less than 2 years without being revegetated with pre-disturbance types of vegetation.
- o  There is on-going gas well completion activities occurring at a well pad and a bird of conservation concern species nests nearby during the timing limitation dates for nesting birds of conservation concern.   The activity is presumed to have a negligible impact because the bird nested adjacent to the well pad in conjunction with on-going completion activities.

*Travel Management in Areas Covered by NSO Stipulations.*  BLM may: close, construct, relocate, re-route, or re-designate by route type; designated routes to protect resource values.  But equally the concurrent intent would be to maintain a similar quality and quantity of routes and access in the area as designated in the RMP.

## B.2   STIPULATIONS FOR SURFACE-DISTURBING ACTIVITIES

The stipulations (including exceptions, modifications, and waivers) are explained below. Three types of stipulations could be applied to land use authorizations: 1) no surface occupancy or no surface-disturbing activity; 2) controlled surface use; and 3) timing limitation.  Lease stipulations and lease notices would be applied to all new leases and to expired leases that are reissued.   On existing leases, the BLM would seek voluntary compliance or would develop conditions of approval for applications for permits to drill (APDs) or other authorizations, consistent with valid existing rights, to achieve resource objectives contained in this RMP.

### B.2.1  NO SURFACE OCCUPANCY (NSO) STIPULATION

An NSO stipulation, a major constraint, includes stipulations that may be worded, "no surface use/occupancy," "no surface disturbance," "conditional NSO," "no ground-disturbing activity," and "no surface occupancy."

Use or occupancy of the land surface for fluid mineral exploration or development and other surface-disturbing activities (as defined above) is prohibited to protect identified resource values or resource use.  Refer to Section B.5.

BLM land where there is an NSO stipulation applied are open to fluid minerals leasing, but long-term surface-disturbing activities or facilities cannot be conducted on the surface of the land.   Access to fluid minerals resources would require horizontal and/or directional drilling from outside the boundaries of the area with the NSO stipulation.   An NSO stipulation cannot be applied to operations conducted under the General Mining Act

BLM_0025899

of 1872 without a withdrawal from mineral entry. A withdrawal from mineral entry is not a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn, areas covered by NSO stipulations generally are open to operations conducted under the Mining Law of 1872, subject only to TL and CSU stipulations that are consistent with the rights granted under the mining laws.

## B.2.2 CONTROLLED SURFACE USE (CSU) STIPULATION

Controlled surface use (CSU) is a category of moderate constraint stipulations that allows some use and occupancy of surface lands while protecting identified resources or values. A CSU stipulation would allow the BLM to require special operational constraints, including special design or relocating the surface-disturbing activity by more than 200 meters (656 feet) to protect the specified resource or value. Refer to Section B.6.

## B.2.3 TIMING LIMITATION (TL) STIPULATION

Areas identified for application of a TL stipulation, a moderate constraint, are closed to fluid minerals exploration and development and other surface-disturbing activities during identified timeframes. This stipulation would not apply to operation and maintenance activities, including associated vehicle travel, unless otherwise specified. Refer to Section B.7.

## B.2.4 LEASE NOTICES (LN)

A lease notice provides more detailed information concerning limitations already provided by law, lease terms, regulations, or operational orders. An LN also addresses special items that lessees should consider when planning operations but does not impose additional restrictions. Lease notices apply only to leasable minerals (e.g., oil, gas, geothermal) and not to other types of leases, such as livestock grazing. Refer to Section B.8.

## B.2.5 CONDITIONS OF APPROVAL (COA)

Conditions of approval are conditions or provisions (requirements) under which an application for a permit to drill or other land use authorizations is approved.

When making a decision regarding discrete surface-disturbing activities following site-specific environmental review, BLM has the authority to impose reasonable measures to minimize impacts on other resource values, including restricting the siting or timing of lease activities (43 CFR 3100; 43 CFR 3160; IBLA 2006-213, 2006-226; IBLA 2008-197, 2008-200). Site-specific mitigation measures supported by NEPA analysis are added during the implementation phase as conditions of approvals to the project.

## B.3   EXCEPTIONS, MODIFICATIONS, AND WAIVERS

Although not common practice, BLM policies allow for the granting of exceptions, modifications, and waivers to stipulations.  This determination is typically documented with an appropriate level of environmental review.  This determination should be made on a case-by-case basis after asking not one, but a series of questions, such as:

- Would the BLM remain in compliance with laws and regulations?
- Is the proposal in conformance with the objectives of the RMP?
- What would be the level of harm to the protected resource, both locally and regionally?
- What would be the economic or public safety concerns if an active operation near completion was shut in to comply with a seasonal closure (For example: economic, multi-stage fracturing not completed; safety, casing and cementing of fresh water zones not completed)?
- Are the impacts temporary, rather than long term?
- Is the resource being protected rare, or is it relatively common (For example a special status species)?
- Based on existing knowledge of a species and its use of an area, would impacts be confined to single or a small number of individuals, or would there be impacts on local or regional populations? Would impacts be allowed under existing law and policy?
- Is off-site mitigation an appropriate option (For example, where individual or cumulative impacts cannot be effectively mitigated on site)?
- Can the impacts be reduced to an acceptable level through intensive use of environmental best management practices?

### B.3.1 STANDARD EXCEPTION

An exception exempts the holder of the leasehold/land use authorization from the stipulation on a one-time basis.  Depending on the specific exception, the stipulation may or may not apply to other sites within the leasehold/land use authorization to which the stipulation applies.

In situations where a surface-disturbing activity/lease stipulation is excepted, the activity could be subject to additional conditions of approval, reclamation measures, or BMPs. Measures applied would be based on the nature, extent, and values potentially affected by the surface-disturbing activity.  Excepted surface-disturbing activities/lease stipulations are given on a one-time, case-by-case basis and will not necessary constitute subsequent approvals.

### B.3.2 STANDARD MODIFICATION

A modification is a fundamental change to the provisions of a lease/land use authorization stipulation, either temporarily or for the term of the lease/land use

BLM_0025901

authorization. Depending on the specific modification, the stipulation may or may not apply to other sites within the leasehold/land use authorization to which the stipulation applies. A 30-day public notice and comment period may be required before modification of a stipulation.

### B.3.3 STANDARD WAIVER

A waiver permanently exempts a leasehold/land use authorization from a stipulation attached to the lease/authorization; that is, the stipulation no longer applies to that leasehold/authorization. No waivers are authorized unless BLM staff has verified that the areas mapped as possessing the attributes to which the stipulation applied do not possess those attributes.

## B.4 STANDARD TERMS AND CONDITIONS FOR OIL AND GAS LEASING

Leasing of federal oil and gas resources is regulated under 43 CFR 3100. Onshore Oil and Gas Order No. 1 (Onshore Oil and Gas Operations; Federal and Indian Oil and Gas Leases; Approval of Operations) and federal regulations (43 CFR 3160) provide the ability for the BLM to relocate proposed operations up to 200 meters (656 feet) and prohibit surface-disturbing operations for a period not to exceed 60 days. BLM's regulatory authority also includes ensuring that fluid minerals developments are conducted in an environmentally sound manner that protects other resources and uses and requiring adequate reclamation.

## B.5   NO SURFACE OCCUPANCY (NSO) STIPULATIONS

### *I. RESOURCES*

## SOILS

### CRVFO-NSO-1:  Debris Flow Hazard Zones.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within the Glenwood Springs Debris Flow ACEC.

**Purpose:** To maintain soil stability and productivity and to minimize impacts of soil erosion.

**Exception:** Standard exceptions apply (Section B.3).  In addition, activity may be permitted by the authorized officer in consultation with the City of Glenwood Springs and Garfield County, provided that the applicant's proposal will produce only a negligible increase in the risk of debris flow.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

---

### CRVFO-NSO-2:  Steep Slopes Greater than 50 Percent.

**Stipulation**: Prohibit surface occupancy and surface-disturbing activities on slopes greater than 50 percent.

**Purpose:** To maintain soil productivity and provide necessary protection to prevent excessive soil erosion on steep slopes and to reduce risks to human health and safety from placement of infrastructure on steep slopes.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

BLM_0025903

## WATER

### CRVFO-NSO-3: Municipal Watersheds and Public Water Supplies.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within 1,000 horizontal feet of either side of a classified surface water supply stream segment (measured from the average high water mark) for a distance of 5 miles upstream of a public water supply intake with the classification "Water Supply" by the state of Colorado used as a public (municipal) water supply.

A watershed that serves a "public water system" as defined by the state of Colorado is a system for the provision to the public of water for human consumption through pipes or other constructed conveyances, if such system has at least 15 service connections or regularly serves an average of at least 25 individuals daily at least 60 days out of the year.

**Purpose:**  To protect municipal watersheds, water quality, human health, aquatic habitat and for protecting a watershed that serves a "public water system."

**Exceptions:** BLM may consider use of new technology or engineered plans designed to protect water supply streams and intakes from operations located closer than specified in the stipulation. Consideration of special technology or designs will be coordinated with appropriate water authorities and owners (e.g. municipalities, home owners associations, source water protection stakeholder groups, etc.).  In addition, activity may be permitted if the authorized officer determines, in consultation with the appropriate water authorities and owners, that the applicant's proposal would not cause a decrease in water quality.

**Modification:** The water supply or water intake is altered.

**Waiver:** The water intake is not used as a public water supply.

---

### CRVFO-NSO-4: Major River Corridors.

**Stipulation**: Prohibit surface occupancy and surface-disturbing activities within 0.5 mile of either side of the high water mark (bank-full stage) of six major rivers: Colorado, Roaring Fork, Crystal, Frying Pan, Eagle, and Piney.

BLM_0025904

**Purpose:** To protect these riverine and adjacent areas that provide (a) special status fish and wildlife species habitat, (b) important riparian values, (c) water quality/filtering values, (d) waterfowl and shorebird production values, (e) valuable amphibian habitat, and (f) high scenic and recreation values.  Included in the area covered by the stipulation are BLM lands and mineral estate along the Eagle and Colorado Rivers designated as recreation management areas in which BLM provides facilities to enhance river-related recreation opportunities and maintain the existing recreational setting.

**Exception:** Standard exceptions apply (Section B.5). In addition, the distance from the river may be reduced after the authorized officer has considered the habitat values and the species present, the topography and vegetation of the area, and the type and amount of surface disturbance proposed. For the Eagle and Colorado Rivers, additional exception criteria include measures to mitigate impacts on recreation such as: a) screening operations from scenic views, b) reducing drill rig and other equipment noise to an acceptable level, c) protecting the recreating public from operations, and d) restoring disturbed areas to a condition substantially unnoticeable to the casual observer.

**Modification:** Standard modifications apply (Section B.5).

**Waiver:** Standard waivers apply (Section B.5).

## CRVFO-NSO-5: Perennial Streams, Water bodies, Riparian Areas, and Aquatic Dependent Species.

**Stipulation**: Prohibit surface occupancy and surface-disturbing activities within a buffer distance of 328 horizontal feet from the outer edge of riparian/wetland zones.

**Purpose:** The purpose is to:
1. Maintain the proper functioning condition, including the vegetative, hydrologic and geomorphic functionality of the perennial water body
2. Protect water quality, riparian/wetland vegetation, and aquatic habitats
3. Provide a clean, reliable source of water for downstream users
4. Benefit fisheries, amphibians, waterfowl, migratory birds, other species dependent on aquatic and riparian habitats as well as the habitat itself.

**Exception:**  Standard exceptions apply (Section B.3).  In addition, given the multiple resource values addressed by this NSO, an exception may be granted on a case-by-case basis if the authorized officer determines that the following criteria are considered:
- The activity would improve resource conditions (e.g., meet RMP resource objectives or achieve the standards for public land health)

BLM_0025905

- Restoration or enhancement work is designed to improve aquatic habitat conditions, riparian vegetation, or benefit aquatic dependent species over the long term
- The activity would have negligible impacts on water quality, stream channel stability, and aquatic dependent species
- The activity would not cause unacceptable adverse impacts to the riparian or wetland resource (e.g., a decline in condition)
- Design features would minimize the loss of late seral riparian vegetation
- The activity would involve a stream crossing (e.g., roads, fences or pipelines) where there is no reasonable alternative
- The location of the activity within the riparian or wetland resource may be necessary to avoid unacceptable impacts to other resource values.

**Modification**: Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

# FISH AND WILDLIFE

## COMMON TO ALL FISHERIES AND OTHER AQUATIC WILDLIFE

### CRVFO-NSO-6: Fish Hatcheries.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities, to a depth of 1,500 feet below the surface, within the watershed upstream of fish hatcheries. The stipulation applies to occupancy and surface-disturbing activities on BLM surface land and on split-estate land with underlying federal mineral estate. Existing hatcheries include the Rifle Falls and Glenwood Springs fish hatcheries.

**Purpose:** To protect the quality and quantity of surface water and groundwater aquifers supplying the hatcheries.

**Exception:** No exceptions (including standard exceptions in Section B.3) are permitted.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

BLM_0025906

### TERRESTRIAL WILDLIFE

## CRVFO-NSO-7: Priority Wildlife Habitat.

**Stipulation:** Prohibit surface occupancy and surface- disturbing activities on priority wildlife habitat areas to protect vegetation cover and forage on state wildlife areas and BLM lands with high and overlying wildlife values.  Priority wildlife habitat areas include:
- State wildlife areas (12,900 acres)
- Arbaney-Kittle (2,400 acres)
- Cottonwood-Eby Creeks (9,600 acres)
- Dry Rifle Creek (2,400 acres)
- Fisher Creek (4,900 acres)
- Horse Mountain (5,200 acres)
- Light Hill (3,800 acres)
- Main-West Elk Ridge (1,100 acres)
- North of New Castle (6,000 acres)
- Thompson Creek-Holgate Mesa (3,400 acres)
- West Elk Ridge (2,300 acres)
- West Rifle Creek (1,100 acres)
- Williams Hill (1,500 acres)
- Wolcott (2,000 acres).

**Purpose:** To protect vegetation cover and forage on BLM lands with high and overlying wildlife values.  These values include:
- Priority species habitat
- Sagebrush shrublands for sagebrush dependent species,
- Wildlife migration corridors
- CPW mapped mule deer critical winter habitat
- CPW mapped mule deer and elk migration corridors
- CPW mapped elk severe winter range and concentration areas
- CPW mapped  bighorn sheep, winter, severe winter and winter concentration areas
- Canada lynx landscape linkages
- Locations of wildlife-related vegetation treatments.

**Exception:** Standard exceptions apply (Section B.3).  Beneficial habitat and range improvements would be allowed.  Surface use or occupancy or a surface-disturbing activity may be permitted if BLM determines that the requested activity would not impair wildlife habitat values.  In making this determination, BLM will consider the following resource factors in consultation with CPW: behavioral and ecological requirements of the

BLM_0025907

species; type, amount, and duration of the surface disturbance; relative extent of available habitat; topography and vegetation screening; type, location, duration, and intensity of potential adverse effects; mitigation and conservation measures to avoid, minimize, or offset the adverse effects; and other factors that may affect wildlife species or cause habitat to become unusable.

The proponent requesting an exception will provide an assessment with the proposal that (a) documents anticipated compliance or non-impairment of resource values protected by this stipulation and (b) considers the above mentioned resource factors. Exceptions for ground-disturbing activities granted in any given year may not constitute approval for subsequent years; in such cases, approval for such activities must be granted (or extended) annually by BLM.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

### RAPTORS

### CRVFO-NSO-8:  Raptors (non-special status raptor species).

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within a buffer zone centered on a nest site.

Buffer widths are 0.25 mile for:
- golden eagle
- Cooper's hawk
- sharp-shinned hawk
- red-tailed hawk
- Swainson's hawk
- owls.

Buffer widths are 0.5 mile for:
- prairie falcon
- northern goshawk.

Stipulation does not apply to turkey vulture, northern harrier, or American kestrel. Special status raptors are addressed separately.

**Purpose:** Maintain the integrity of occupied nest sites (used within the last 5 years) and surrounding habitat.

BLM_0025908

**Exception:** Standard exceptions apply (Section B.3).  More specifically, an exception can be granted if the nest site has not been occupied within the last 5 years.  The activity must be conditioned so as not to impair the utility of the site for future nesting.

**Modification:** Standard modifications apply (Section B.3).  More specifically a modification may be granted if conditions have changed such that there is no reasonable likelihood of future site occupation.

**Waiver:** Standard waivers apply (Section B.3).

# SPECIAL STATUS SPECIES

## SPECIAL STATUS SPECIES PLANTS

### CRVFO-NSO-9:  Threatened, Endangered, Proposed, and Candidate Plant Species.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within 200 meters (656-foot) of habitat areas for those plant species listed under ESA as threatened or endangered, and for federal proposed or candidate plant species.  Habitat areas include designated critical habitat, currently or historically occupied habitat, suitable habitat in close proximity to occupied habitat, and habitat necessary for the maintenance or recovery of the species.

**Purpose:** To protect threatened, endangered, proposed, and candidate plants, immediately adjacent suitable habitat and pollinator habitat, from direct and indirect impacts.

**Exception:** Standard exceptions apply (Section B.3).  In addition, all of the following conditions must be met:
1. Valid current surveys for protected species have been completed
2. Mitigation has been applied to avoid adverse impacts to protected species
3. Section 7 consultation with USFWS on federally listed or proposed threatened or endangered species has been completed
4. The proposed disturbance would occur in unsuitable habitat.

Other surface-disturbing activities may be allowed in suitable habitat if conditions 1 through 3 above are met, and the purpose or the result of the activity would improve habitat conditions for the protected species.

BLM_0025909

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

---

## CRVFO-NSO-10:  BLM Sensitive Plants within ACECs.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within 100 meters (328-feet) around occupied BLM sensitive plant habitat within ACECs.

**Purpose:** To protect core populations of Harrington's penstemon and occupied habitat of other BLM sensitive plant species within ACECs from direct and indirect impacts.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

---

## CRVFO-NSO-11:  DeBeque Phacelia Suitable Habitat.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within 30 meters (100 feet) of suitable habitat for DeBeque phacelia.

**Purpose:** To: 1) preserve habitat until a determination can be made whether or not the habitat is occupied and 2) protect suitable habitat for the threatened annual plant, DeBeque phacelia, which may not germinate every year.

**Exception:** Standard exceptions apply (Section B.3).   In addition, prohibit surface occupancy and surface-disturbing activities within 30 meters of suitable habitat for DeBeque phacelia unless absence is demonstrated in the following way:
- Known DeBeque phacelia sites near the project area should be monitored by a qualified botanist during the flowering period (as determined by best available science) each year
- If DeBeque phacelia is located at three nearby known sites in a given year, that year will be deemed a "reliable year"
- If DeBeque phacelia is not detected at the suitable habitat to be impacted during a reliable year, an exception to the NSO may be granted for that year
- Resurveys would be required in subsequent years prior to granting additional exceptions.

BLM_0025910

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## BALD EAGLE

### CRVFO-NSO-12: Bald Eagle Roost or Nest Site.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within a 0.25-mile radius of the roost or nest site.  The stipulation will be applied based on biological surveys, CPW data or USFWS data as revised.

**Purpose:** To maintain the integrity of occupied winter roost sites (used within the last 5 years) and surrounding habitat.

**Exception:** Standard exceptions apply (Section B.3).  More specifically, an exception can be granted if the nest or roost site has not been occupied within the last 5 years.  The activity must be conditioned so as not to impair the utility of the site for future nesting or roosting.

**Modification:** Standard modifications apply (Section B.3).   More specifically a modification may be granted if conditions have changed such that there is no reasonable likelihood of future site occupation.

**Waiver:** Standard waivers apply (Section B.3).

## FERRUGINOUS HAWK

### CRVFO-NSO-13:  Ferruginous Hawk Nesting and Fledgling Habitat.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile radius of an occupied nest site or associated alternate nests. The stipulation will be applied based on biological surveys or CPW data as revised.

**Purpose:** To maintain the integrity of occupied ferruginous hawk nest sites (used within the last 5 years) and fledgling habitat and to avoid nest abandonment.

**Exception:** Standard exceptions apply (Section B.3).  More specifically, an exception can be granted if the nest site has not been occupied within the last 5 years.  The activity must be conditioned so as not to impair the utility of the site for future nesting or roosting.

BLM_0025911

**Modification:** Standard modifications apply (Section B.3). More specifically a modification may be granted if conditions have changed such that there is no reasonable likelihood of future site occupation.

**Waiver:** Standard waivers apply (Section B.3).

## PEREGRINE FALCON

### CRVFO-NSO-14: Peregrine Falcon Cliff-Nesting Complex.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within a 0.5 - mile radius of an occupied cliff-nesting complex. The stipulation will be applied based on biological surveys, CPW data or USFWS data as revised.

**Purpose:** To maintain the integrity of occupied nest sites and surrounding habitat.

**Exception:** Standard exceptions apply (Section B.3). More specifically, an exception can be granted if the nest site has not been occupied within the last 5 years. The activity must be conditioned so as not to impair the utility of the site for future nesting or roosting.

**Modification:** Standard modifications apply (Section B.3). More specifically a modification may be granted if conditions have changed such that there is no reasonable likelihood of future site occupation.

**Waiver:** Standard waivers apply (Section B.3).

## GREATER SAGE-GROUSE

### CRVFO-NSO-15: Priority Habitat for the Northern Eagle/Southern Routt County Greater Sage-grouse Population.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities in greater sage-grouse priority habitat.

**Purpose:** To: 1) sustain the integrity of sagebrush biome within priority greater sage-grouse habitats, 2) to provide the amount, continuity, and quality of habitat that is necessary to maintain sustainable populations of greater sage-grouse, and 3) maintain the integrity of habitat surrounding leks. The stipulation will be applied based on biological surveys or CPW data as revised.

BLM_0025912

**Exception:** An exception may be granted by the authorized officer if an environmental analysis determines that the action, as proposed or conditioned, would not impair the function or utility of the site for current or subsequent reproductive display, including daytime loafing/staging activities.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** The authorized officer may grant a waiver if, in consultation with the CPW, it is determined that the area is no longer capable of supporting greater sage-grouse.

## COLUMBIA SHARP-TAILED GROUSE

### CRVFO-NSO-16:  Occupied Columbian Sharp-tailed Grouse Leks

**Stipulation:** Prohibit surface use, occupancy, and surface-disturbing activities within a 0.4-mile radius of an occupied lek (A lek that has been active during at least one strutting season within the prior 10 years).  Currently no know lek sites within the CRVFO.  The stipulation will be applied based on biological surveys or CPW data as revised.

**Purpose:** To protect occupied Columbian sharp-tailed grouse leks.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## MEXICAN SPOTTED OWL

### CRVFO-NSO-17:  Mexican Spotted Owl Roosts and Nest Sites.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile radius of an occupied roost or nest site.  Currently no known Mexican spotted owl roosts or nests are found within the CRVFO.  The stipulation will be applied based on biological surveys, CPW data or USFWS data as revised.

**Purpose:** Maintain the integrity of the breeding and brood rearing complex.

**Exception:** Standard exceptions apply.   In addition, after Section 7 consultation with USFWS, exceptions may be permitted.

BLM_0025913

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## BATS

### CRVFO-NSO-18: Special Status Bat Species Hibernation, Maternity and Fall Swarming Sites.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within a 0.25-mile radius of special status (i.e., endangered, threatened, candidate or BLM sensitive). The stipulation will be applied based on biological surveys and CPW data as revised.

**Purpose:** To protect sites documented as being used for the purposes of maternity roosts, hibernation or fall swarming activities.

**Exception:** Standard exceptions apply.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## COMMON TO ALL SPECIAL STATUS SPECIES

### CRVFO-NSO-19: Endangered or Threatened Species (including candidate species).

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities on habitat areas for fish and wildlife species listed by the Federal or state government as endangered or threatened and for Federal proposed or candidate species. Habitat areas include occupied habitat and habitat necessary for the maintenance or recovery of the species.

**Purpose:** To maintain the integrity of habitats for endangered, threatened or candidate species necessary for the maintenance or recovery of the species.

**Exception:** Standard exceptions apply.  In addition, after Section 7 consultation with USFWS, exceptions may be permitted.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

BLM_0025914

## CULTURAL RESOURCES

### CRVFO-NSO-20: Heritage Areas.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within 0.25 mile of traditional cultural properties or Native American areas of concern.

**Purpose:** To protect the integrity of place, setting, and/or feeling.  The following sites of concern have been identified through consultation and will be a priority for protection:
- Ceremonial features (e.g., eagle traps, vision circles, and special structures)
- Isolated rock art
- Culturally Modified Trees (includes Scarred and Prayer Trees)
- Human remains
- Other site types as identified through consultation.

**Exception:** Standard exceptions apply (Section B.3).  The heritage area protection boundary may be modified on a case-by-case basis taking into account topographical barriers, existing disturbances, the nature of the proposed action, and the nature of the heritage area in consultation with Tribes and SHPO.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

---

### CRVFO-NSO-21:  Historic Properties (100 meters [328 feet]).

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of historic properties.

**Purpose:** To protect historic properties.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).  The historic properties protection boundary may be modified on a case-by-case basis taking into account topographical barriers, existing disturbances, and the nature of the proposed action in consultation with SHPO and Tribes.

**Waiver:** Standard waivers apply (Section B.3).

BLM_0025915

## VISUAL RESOURCE MANAGEMENT

### CRVFO-NSO-22:  VRM Class II Areas with Slopes over 30 percent and High Visual Sensitivity.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity.  Lands with high visual sensitivity are those lands within 5 miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer.

**Purpose:** To preserve the visual setting and visual integrity.

**Exception:** Standard exceptions apply (Section B.3).  In addition, an exception could be granted if a viewshed analysis indicates no impairment of the visual resources Class II objectives from the driving corridor.

**Modification:** Standard modifications apply (Section B.3).  In addition, the boundaries of the stipulated area may be modified if the VRM Class boundaries are modified.

**Waiver:** Standard waivers apply (Section B.3).  In addition, this Stipulation may be waived if the area is no longer classified as VRM Class II.

## LANDS MANAGED FOR THE PROTECTION OF WILDERNESS CHARACTERISTICS

### CRVFO-NSO-23:  Lands with Wilderness Characteristics.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities on lands managed for the protection of wilderness characteristics outside WSAs.

**Purpose:** To protect wilderness characteristics.

**Exception:** Standard exceptions apply (Section B.3).  In addition, an exception could be authorized if the surface-disturbing activity is consistent and compatible with protecting wilderness characteristics.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

BLM_0025916

## CAVE AND KARST RESOURCES

### CRVFO-NSO-24:  Cave and Karst Resources.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities to the extent (at a minimum this stipulation extends to 5,000 feet below the surface) of known cave and karst resources.   The NSO area encompasses cave openings and portions of the subsurface features and watersheds immediately above the caves.

**Purpose:** To protect the scientific and wildlife values associated with cave openings provided by these caves and to avoid the difficulties inherent in drilling such locations.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## II. RESOURCE USES

## RECREATION AND VISITOR SERVICES

### SPECIAL RECREATION MANAGEMENT AREAS

### CRVFO-NSO-25:  Special Recreation Management Areas.

**Stipulation:** Prohibit surface use, occupancy, and surface-disturbing activities in the following SRMAs:
- Hardscrabble SRMA
- King Mountain SRMA
- Red Hill SRMA
- The Crown SRMA
- Upper Colorado River SRMA.

**Purpose:** To: (a) protect the desired physical, social, and operational recreational setting characteristics; (b) achieve recreation objectives (specifically the recreational activities which facilitate recreational experiences and benefits); and (c) address visitor health/safety issues as well as use/user conflicts.

BLM_0025917

**Exception:** Standard exceptions apply to non-recreational activities. This stipulation does not apply to surface use, occupancy and surface disturbing activities (e.g., facilities, trails, events if permitted) performed by the recreation and visitor services program to achieve the recreation objective, enhance the targeted recreation opportunities, or retain/enhance the physical, social, or operational recreation setting characteristics of the SRMA.

The stipulation does not apply if the BLM authorized officer determines that the proposed action would not: (1) impair the desired physical, social, and operational recreational setting characteristics (see maps and matrices in Appendix F); (2) impact the realization of the targeted recreation opportunities (specifically the recreational activities which facilitate recreational experiences and benefits); or (3) increase risks to visitor health and safety; within SRMAs. In making this determination, BLM will consider the following factors: type, amount, and duration of the surface disturbance; relative extent proposal; topography and vegetation screening; type, location, and intensity of potential adverse effects; and mitigation measures to avoid, minimize, or offset any adverse effects.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## VISITOR USE AND SAFETY

### CRVFO-NSO-26: Rifle Mountain Park.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities in Rifle Mountain Park.

**Purpose:** To protect the recreational setting, recreation opportunities, and recreation facilities.

**Exception:** No exceptions (including standard exceptions in Section B.3) are permitted.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

BLM_0025918

## COAL

### CRVFO-NSO-27:  Surface Coal Mines.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within the area of an approved surface coal mine.

**Purpose:** To avoid conflicts with approved coal mining operations.

**Exception:** Standard exceptions apply (Section B.3).  In addition, this Stipulation may be waived without a plan amendment if the lessee agrees that any well approved for drilling will be plugged below the coal when the crest of the highwall approaches within 500 feet of the well, and that the well will be re-entered or re-drilled after completion of mining operations through the well location.  A suspension of operations and production will be considered when the well is plugged and a new well is to be drilled after mining operations move through the location.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## III. SPECIAL DESIGNATIONS

## AREAS OF CRITICAL ENVIRONMENTAL CONCERN

### CRVFO-NSO-28:  Certain ACECs.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities in the following ACECs:
- Blue Hill
- Bull Gulch
- Deep Creek
- Grand Hogback
- McCoy Fan Delta
- Mount Logan Foothills
- Thompson Creek.

**Purpose:** To protect the relevant and important values for which the ACEC was established.

BLM_0025919

**Exception:** Standard exceptions apply (Section B.3).  For ACECs designated for listed or sensitive plants, the appropriate NSOs for these species and the exception criteria for those NSOs shall apply.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## WILDERNESS STUDY AREAS

### CRVFO-NSO-29:  Wilderness Study Areas.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities in WSAs.

**Purpose:** To preserve wilderness in accordance with non-impairment standards as defined by BLM Manual 6330 – Management of BLM Wilderness Study Areas.

**Exception:** Standard exceptions apply (Section B.3).  In addition, the authorized officer may grant an exception if an environmental analysis of a proposed action reveals that wilderness values would not be impacted, or that impacts could be adequately mitigated (see BLM Manual 6330 – Management of BLM Wilderness Study Areas).

**Modification:** Standard modifications apply (Section B.3).  In addition, the Stipulation may be modified if the WSA boundary is modified by Congress.

**Waiver:** Standard waivers apply (Section B.3).  In addition, the stipulation may be waived if the WSA is released by Congress for multiple uses.

## WILD AND SCENIC RIVERS

### CRVFO-NSO-30:  Suitable Stream Segments Classified as "Wild".

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities to protect the outstandingly remarkable values within suitable stream segments classified as "Wild".

**Purpose:** To protect the outstanding remarkable values (ORV), water quality, the free-flowing condition and recommended classification of suitable segments.

BLM_0025920

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** The boundaries of the stipulated area may be modified if the suitable segment boundaries are modified.

**Waiver:**  Waivers can be granted if Congress makes a decision to not designate the stream segments under the Wild and Scenic Rivers Act.

BLM_0025921

## B.6   CONTROLLED SURFACE USE (CSU) STIPULATIONS

### *I. RESOURCES*

## SOILS

### CRVFO-CSU-1: Slopes Greater than 30 Percent or Fragile/Saline Soils.

**Stipulation:** As appropriate, apply CSU constraints on areas: 1) with slopes steeper than 30 percent or 2) areas with fragile and saline soils regardless of slope based on the NRCS soil description and surveys.

Fragile soils as defined by the NRCS include those having shallow depth to bedrock, minimal structure and organic matter in the surface layer, and textures making them easily detached and eroded.   The soil map unit description rates soils in the resource area as to their susceptibility to water erosion.   Wind erosion may also be a hazard, particularly when surface litter and vegetation are removed by fire.

A potentially saline soil has Mancos shale parent geology. The following soil/slope characteristics are indicative of a potentially fragile soil:
1. Soils rated as highly or severely erodible by wind or water
2. Soils on slopes greater than 35%, particularly if they have one of the following characteristics:  a) a surface texture that is sand, loamy sand, very fine sandy loam, fine sandy loam, silty clay, or clay; b) a depth to bedrock less than 20 inches; c) an erosion hazard rating of high or very high; and d) a K (soil erodibility potential) factor greater than 0.32.

**Purpose**: To:
- reduce erosion potential, to maintain soil stability and productivity of sensitive areas
- ensure successful reclamation
- minimize contributions of salinity, selenium and sediments likely to affect downstream water quality, fisheries and other downstream aquatic habitats.

**Exception**: Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

BLM_0025922

# WATER

### CRVFO-CSU-2: Municipal Watersheds and Public Water Supplies.

**Stipulation:** Apply CSU constraints on lands located greater than 1,000 horizontal feet but less than 2,640 horizontal feet of a classified surface water supply stream segment (as measured from the average high water mark of a water body) for a distance of 5 miles upstream of a public water supply intake with the classification *"Water Supply"* by the state of Colorado.

**Purpose:** The stipulation is for the purpose of protecting municipal watersheds, drinking water quality, human health, aquatic habitat and for protecting a watershed that serves a "public water system".

**Exceptions:** BLM may consider use of new technology or engineered plans designed to protect water supply streams and intakes from operations located closer than specified in the stipulation. Consideration of special technology or designs will be coordinated with appropriate water authorities and owners.

**Modification:** The water supply or water intake is altered.

**Waiver:** The water intake is not used as a public water supply.

---

### CRVFO-CSU-3: Intermittent and Ephemeral Streams.

**Stipulation:**  Apply CSU constraints within 100 feet from the edge of intermittent or ephemeral stream drainages as defined by the USGS National Hydrography Dataset or field evaluation.

**Purpose:** To maintain and protect water quality, stream stability, aquatic health, seasonal use and downstream fisheries, and sediment processes downstream.

**Exception:** Standard exceptions apply (Section B.3).

An exception may be granted on a case-by-case basis considering the following factors:

- The activity would improve resource conditions (e.g., meet RMP resource objectives or achieve the standards for public land health)

- Restoration or enhancement work is designed to improve watershed conditions, aquatic habitat, riparian vegetation, or benefit aquatic dependent species over the long term
- The activity will have insignificant impacts on water quality, stream channel stability, soils, and aquatic dependent species, where no reasonable alternative exists
- The activity results in no net loss of riparian/wetland vegetation
- Involves stream crossings (e.g., roads, fences or pipelines) where there is no reasonable alternative
- Location of the activity adjacent to the intermittent/ephemeral streams may be necessary to avoid unacceptable impacts to other resource values.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

# VEGETATION

## RIPARIAN VEGETATION

### CRVFO-CSU-4: Riparian and Wetland Vegetation Zones.

**Stipulation:** Apply CSU constraints from 328 to 500 horizontal feet from the outer edge of the riparian/wetland zones.

Surface-disturbing activities may require special design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet). The actual required measures will be based on the purpose, nature, and extent of the disturbance, the affected wetland/riparian area and values, and the feasibility of relocating the project.

**Purpose:** To:
- Maintain proper functioning condition (including the vegetative, hydrologic, and geomorphic functionality of the riparian and wetland zones)
- Protect water quality
- Protect fish habitat
- Protect other aquatic habitat values
- Provide a clean, reliable source of water for downstream users
- Indirectly benefit migratory birds, wildlife habitat, amphibians, and other species.

BLM_0025924

**Exception:** Standard exceptions apply (Section B.3). In addition, an exception may be granted by the authorized officer on a case-by-case basis considering the following criteria:

- The activity would improve resource conditions (e.g., meet RMP resource objectives or achieve the standards for public land health)
- Restoration or enhancement work is designed to improve aquatic habitat conditions, riparian vegetation, or benefit aquatic dependent species over the long term
- The activity will have insignificant indirect impacts on water quality, stream channel stability, and aquatic dependent species
- The activity results in no indirect loss of riparian/wetland vegetation
- Involves stream crossings (e.g., roads, fences or pipelines) where there is no reasonable alternative.

In situations where a surface-disturbing activity is excepted, the activity could be subject to additional conditions or approvals, reclamation measures, or best management practices. Measures applied will be based on the nature, extent, and values potentially affected by the surface-disturbing activity. Exceptions to allow surface-disturbing activities are granted on a one-time, case-by-case basis and do not create a precedent for subsequent approvals.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## SPECIAL STATUS SPECIES

### BLM SENSITIVE AMPHIBIANS

### CRVFO-CSU-5:  Sensitive Amphibians
### (Great Basin Spadefoot, Boreal Toad, Northern Leopard Frog, Wood Frog).

**Stipulation:** Apply CSU constraints within an 800-meter (0.5-mile) buffer around all identified breeding sites.

**Purpose:** To protect identified breeding habitats of sensitive amphibian species.

**Exception:** Standard exceptions apply (Section B.3).

BLM_0025925

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## SPECIAL STATUS SPECIES PLANTS

### CRVFO-CSU-6:  BLM Sensitive Plants outside of ACECs.

**Stipulation:** Apply CSU constraints to surface-disturbing activities within a 100-meter (328-foot) buffer around occupied habitat for sensitive plants outside of ACECs.

**Purpose:** To protect BLM sensitive plant populations and habitat outside ACECs.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## GREATER SAGE-GROUSE

### CRVFO-CSU-7: General Habitat for the Northern Eagle/Southern Routt County Greater Sage-grouse Population.

**Stipulation:** Apply CSU constraints to mitigate possible adverse effects of land uses.

**Purpose:** To sustain the integrity of the sagebrush biome within mapped greater sage-grouse general habitat.  The stipulation will be applied based on biological surveys or CPW data as revised.

**Exception:** Standard exceptions apply (Section B.3).  More specifically, an authorized officer may grant an exception to this stipulation if an environmental analysis indicates that the proposed or conditioned activities would not affect the long term suitability or utility of habitat for sage-grouse.  In addition, habitat improvement projects and range projects would be allowed providing these projects are compatible or beneficial to sagebrush ecosystems.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3). More specifically, an authorized officer may grant a waiver to this stipulation if site conditions have changed sufficient to permanently preclude sage-grouse occupation of the area.

### COMMON TO ALL SPECIAL STATUS SPECIES

### CRVFO-CSU-8:  BLM Sensitive Fish and Wildlife Species and Significant Natural Plant Communities.

**Stipulation:** Apply CSU constraints to habitats for those fish and wildlife species listed as sensitive by BLM and for significant natural plant communities (including relict plant communities and old-growth forests and woodlands).

**Purpose:** To protect BLM sensitive fish and wildlife species and significant plant communities.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## VISUAL RESOURCE MANAGEMENT

### CRVFO-CSU-9:  VRM Class II.

**Stipulation:** Apply CSU constraints within VRM Class II areas.

**Purpose:** To ensure that surface-disturbing activities within VRM Class II areas comply with BLM Handbook 8431-1 to retain the existing character of the landscape.

Management activities may be visible but should not attract attention of the casual observer.  Any change to the landscape must repeat the basic elements of form, line, color, and texture found in the predominant natural features of the characteristic landscape.  Special design measures, mitigation plans, or relocation of operations by more than 200 meters (656 feet) may be required to protect visual values.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

BLM_0025927

**Waiver:** Standard waivers apply (Section B.3).

## II. RESOURCE USES

## RECREATION AND VISITOR SERVICES

### DEVELOPED RECREATION FACILITIES AND TRAILS

### CRVFO-CSU-10:  Developed Recreation Facilities and Trails.

**Stipulation:** Apply CSU constraints on surface use, occupancy, and surface-disturbing activities at developed recreation sites and mapped national/regional trails, local system trails that connect communities, trailheads and interpretive sites with exceptional recreation value, recreation investment (i.e., time or funding), or local public interest.

**Purpose:** To minimize conflicts with new and existing BLM recreation facility investments (i.e. trails, recreation sites, boat launches, trailheads, interpretive sites), provide for recreational use, protect visitor health and safety, and protect the viewshed of the recreation facility.

**Exception:** Standard exceptions apply (Section B.3).  This stipulation does not apply to surface use, occupancy and surface disturbing activities (e.g., facility expansion/renovation, trail construction, events if permitted) performed to achieve the recreation and visitor services program objectives.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

### EXTENSIVE RECREATION MANAGEMENT AREAS

### CRVFO-CSU-11:  Extensive Recreation Management Areas.

**Stipulation:** Apply CSU constraints on surface use, occupancy, and surface disturbing in the following ERMAs:
- Bocco Mountain ERMA
- Eagle River ERMA
- Gypsum Hills ERMA

BLM_0025928

- New Castle ERMA
- Silt Mesa ERMA
- Thompson Creek ERMA.

**Purpose:** To (a) minimize impacts to participation in the principal recreation activities, (b) maintain particular recreation setting characteristics, (c) protect visitor health and safety, and (d) reduce use/user conflicts.

**Exception:** Standard exceptions apply (Section B.3).  This stipulation does not apply to surface use, occupancy and surface disturbing activities (e.g., facility and trail construction, events if permitted) performed to achieve the recreation and visitor services program objectives within the ERMA.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## COAL

### CRVFO-CSU-12: Underground Coal Mines.

**Stipulation:** Apply CSU constraints to oil and gas operations within the area of federally leased coal lands.  Relocate oil and gas operations outside the area to be mined or located to accommodate room and pillar mining operations.

**Purpose:** To protect coal resources.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).  In addition, this stipulation may be waived without a plan amendment if the lessee agrees that the drilling of a well will be subject to the following conditions:
- The well must be plugged when the mine is within 500 feet of the well bore
- The well must be plugged in accordance with Mine Safety and Health Administration (formerly Mine Enforcement and Safety Administration) Informational Report 1052

BLM_0025929

- The operator will provide an accurate location of where the casing intercepts the coal by providing a directional and deviational survey of the well to the coal operator.

Alternatively, the operator will relocate well into a permanent pillar or more than 500 feet outside the area to be mined. A suspension of operations and production will be considered when the well is plugged and a new well is to be drilled after mining operations move through the location.

## III. SPECIAL DESIGNATIONS

## WILDERNESS STUDY AREAS

### CRVFO-CSU-13:  Wilderness Study Areas if released from Wilderness Consideration.

**Stipulation:** If Congress releases WSAs from wilderness consideration, then apply CSU constraints to the lands.

**Purpose:** To protect recreation activity opportunities.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## WILD AND SCENIC RIVERS

### CRVFO-CSU-14:  Suitable Stream Segments Classified as "Scenic" and "Recreational".

**Stipulation:** Apply CSU constraints to protect the outstandingly remarkable values within suitable stream segments classified as "Scenic" and "Recreational".

**Purpose:** To protect the outstandingly remarkable values for which the stream segments were found suitable.

**Exception:** Standard exceptions apply (Section B.3).

BLM_0025930

**Modification:** The boundaries of the stipulated area may be modified if the suitable segment boundaries are modified.

**Waiver:** Standard waivers apply (Section B.3).   Waivers can be granted if Congress makes a decision to not designate stream segments under the Wild and Scenic Rivers Act.

## B.7   TIMING LIMITATION (TL) STIPULATIONS

### *I. RESOURCES*

### FISH AND WILDLIFE

#### SALMONID AND NATIVE NON-SALMONID FISHES

### CRVFO-TL-1: Salmonid and Native Non-Salmonid Fishes.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities during species-specific spawning periods to reduce impacts to breeding adults, eggs, emerging larval fish, and avoid stream channel disturbances.

Non-Special Status Species:
- Rainbow trout: March 1 to June 15
- Brown trout: October 1 to May 1
- Brook trout: August 15 to May 1.

Special Status Species:
- Cutthroat trout: May 1 to September 1
- Bluehead sucker: May 1 to July 15
- Flannelmouth sucker: April 1 to July 1
- Roundtail chub: May 15 to July 15
- Mountain sucker: May 1 to July 15.

Where more than one species coexist in a stream BLM may defer to the native or special status species.

**Purpose:** To promote recruitment by protecting adult fish, redds (egg masses) in the gravel, and emerging fry during spawning periods.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

BLM_0025932

**BIG GAME**

## CRVFO-TL-2:  Big Game Winter Habitat.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities from December 1 to April 15 to protect: mule deer critical winter range; elk winter concentration areas; moose winter range; Rocky Mountain bighorn sheep winter, severe winter and winter concentration areas; and pronghorn winter concentration area.

**Purpose:** To reduce behavioral disruption of big game during the winter season.

**Exception:** Standard exceptions apply (Section B.3).

1) In addition, site-specific ground-disturbing activities between December 1 and April 15 may be allowed if the BLM authorized officer determines, following consultation with CPW, that the requested activity would not impair values associated with the quantity and quality of the winter range for the species of interest.

In making this determination, the proponent of any ground-disturbing activity asking for an exception will provide to BLM an assessment with their proposal that documents anticipated compliance or non-impairment of resource values protected by this stipulation based on the following resource factors:

- current baseline and trend data on the wildlife population(s)
- the type, location, duration, and intensity of potential adverse effects
- potential for minimization of the footprint of activities
- changes to winter habitat effectiveness, fragmentation, and habitat loss across the game management unit as a whole
- the relative extent of available winter range; relationship to topography and vegetation screening
- effectiveness of proposed voluntary offsite mitigation and conservation measures to offset any adverse effects
- other factors that may affect the winter range or cause winter range to become unusable.

2) Under mild winter conditions (e.g., below normal snow depth, little snow crusting, anticipated higher than normal daily mean temperatures) the last 60 days of the seasonal limitation period may be suspended by the BLM authorized officer after consultation with CPW.

BLM_0025933

3) Approval of ground-disturbing activities granted in any given year may not constitute approval for subsequent years; in such cases approval for such activities must be granted (or extended) annually by BLM.

**Modification:** Standard modifications apply (Section B.3). A modification may be approved if the proponent and BLM 1) agree to compensatory mitigation that satisfactorily offsets detrimental impacts to big game winter range or its use; or 2) an agreement can be reached where by a mitigation plan can be accommodated consistent with established RMP objectives and decisions.

**Waiver:** Standard waivers apply (Section B.3).

## CRVFO-TL-3:  Big Game Production Areas.

**Stipulation:**  Prohibit surface occupancy and surface-disturbing activities during the following time period(s) in mapped big game production areas:
- Elk production (Calving): May 15 to June 30
- Rocky Mountain bighorn sheep production (lambing) areas: April 15 to June 30
- Pronghorn production (fawning): April 15 to June 30.

**Purpose:** To reduce behavioral disruption during parturition and early young rearing period.

**Exception:** Standard exceptions apply (Section B.3). This stipulation does not apply to oil and gas operation and maintenance activities of producing wells. In addition, when it is determined through a site-specific environmental analysis that actions would not interfere with critical habitat function nor compromise animal condition within the project vicinity, the timing limitation may be altered or removed.

Modification: Standard modifications apply (Section B.3).

Waiver: Standard waivers apply (Section B.3).

### MIGRATORY BIRDS

### CRVFO-TL-4: Nesting Season for Birds of Conservation Concern.

**Stipulation:** Prohibit initiation of surface occupancy and surface-disturbing activities during time periods between May 15 and July 15. The application of the timing limitation would consider: the type of equipment to be used (e.g., hand operated power

BLM_0025934

tools verses mechanized/motorized equipment), the acreage/scale of the project, and the duration of the project, habitat types present, breeding phenology, weather conditions, elevation, distance to known nests, and terrain.

For example, at higher elevations the appropriate dates may range from June 1 through July 15, and at lower elevations the appropriate dates may range from May 15 through July 1.

**Purpose:** To protect the destruction of active nests for birds of conservation concern.

**Exception:** Standard exceptions apply (Section B.3). The stipulation may not apply if a biological survey determined that there were no birds of conservation concern occupying the project site.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

### RAPTORS

### CRVFO-TL-5:  Raptors (Non-special status raptor species).

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities to protect use of nesting and fledgling habitat during the following time periods.

The timing limitation is applied within a 0.25-mile radius on species-specific dates as follows:
- Red-tailed hawk and all owls: February 15 to July 15
- Swainson's hawk: April 1 to July 15
- Osprey: April 1 to August 31
- Cooper's hawk and sharp-shinned hawk: April 15 to July 15.

The timing limitation is applied within a 0.5-mile radius on species-specific dates as follows:
- Golden eagle: December 15 to July 15
- Northern goshawk: March 1 to September 15
- Prairie falcon: March 15 to July 15.

**Purpose:** To protect nesting and fledgling habitat during use.

**Exception:** Standard exceptions apply (Section B.3).  In addition, the stipulation may be

BLM_0025935

suspended during any year in which the nest is unoccupied two weeks after the last date incubation should have begun. This date will be determined by a BLM biologist in consultation with CPW or USFWS biologists as necessary. The timing limitations may also be excepted once the young have fledged and dispersed from the nest.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## WATERFOWL AND SHOREBIRDS

### CRVFO-TL-6: Waterfowl and Shorebird Nesting and Production Areas.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities from April 15 to July 15 in a 328 feet radius of: winter concentration areas, brood concentration areas, production areas, great blue heron historic nest areas, and great blue heron nesting areas. The stipulation will be applied based on biological surveys, CPW data or USFWS data as revised.

**Purpose:** To protect nesting waterfowl and shorebirds.

**Exception:** Exceptions may be granted after consultation with the CPW if nesting waterfowl and shorebirds are not present at the reservoirs, or if operations can be located in such a manner as to minimize disturbance to nesting waterfowl and shorebirds.

**Modification:** Standard modifications apply (Section B.3).

**Wavier:** Standard waivers apply (Section B.3).

# SPECIAL STATUS SPECIES

## AMERICAN WHITE PELICAN

### CRVFO-TL-7: American White Pelican.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities from March 16 to September 30. The stipulation will be applied based on biological surveys, CPW data or USFWS data as revised.

**Purpose:** To protect white pelican nesting and feeding habitat during usage.

BLM_0025936

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## BALD EAGLE

### CRVFO-TL-8:  Bald Eagle Nest Sites and Winter Roost Sites.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile buffer around occupied nest sites and winter roost sites during the flowing time periods:

- Nest Sites: November 15 to July 31
- Winter Roost Sites: November 15 to March 15.

The stipulation will be applied based on biological surveys, CPW data or USFWS data as revised.

**Purpose:** To: (a) protect nesting, including nest-centered courtship, nest attentiveness and construction or repair, egg-laying, incubation, feeding of nestlings, and post-fledging use of the nest; and (b) prevent disruption of wintering bald eagles at winter roost sites.

**Exception:** *Nest Sites.* An exception can be granted or the distance reduced in years when a nest site is unoccupied by May 15 or once the young have fledged and dispersed from the nest.

*Winter Roost Sites.* An exception can be granted or the distance reduced to 0.25 miles, if an environmental analysis of the proposed action indicates that the nature or conduct of the activity could be conditioned so as not to impair the utility of the site.

**Modification:** Standard modifications apply (Section B.3).  More specifically a modification may be granted if conditions have changed such that there is no reasonable likelihood of future site occupation.

**Waiver:** Standard waivers apply (Section B.3).

## FERRUGINOUS HAWK

### CRVFO-TL-9:  Ferruginous Hawk Nesting and Fledgling Habitat.

BLM_0025937

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities from February 1 to July 15 within a 0.5-mile radius of a nest site.  The stipulation will be applied based on biological surveys and CPW data as revised.

**Purpose:** To protect reproductive activity at occupied nest sites and avoid nest abandonment.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## PEREGRINE FALCON

### CRVFO-TL-10:  Peregrine Falcon Nesting Complex.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile buffer around the cliff-nesting complex from March 15 to July 31.  The stipulation will be applied based on biological surveys, CPW data or USFWS data as revised.

**Purpose:** To protect reproductive activity at occupied nest sites and avoid nest abandonment.

**Exception:** Standard exceptions apply (Section B.3). The limitation may be suspended in years when the nest site is unoccupied by May 15, or once the young have fledged and dispersed from the nest.  The activity must be conditioned so as not to impair the utility of the site for future nesting.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## GREATER SAGE-GROUSE

### CRVFO-TL-11: Greater Sage-grouse Winter Range and Nesting Habitat.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities in greater sage-grouse: 1) nesting habitat to prevent disruption of reproductive activity during the production period and 2) winter habitats that are crucial for population persistence during the following time periods:

- Greater sage-grouse winter range timing limitation dates are from December 1 to March 15 and defined by CPW mapped winter range.
- Greater sage-grouse nesting habitat timing limitation dates: March 1 to June 30. Sage-grouse nesting habitat includes brooding and production habitat. It is described as sagebrush stands with sagebrush plants between 30 and 100 centimeters (approximately 12 and 40 inches) in height and a mean canopy cover between 15 and 40 percent within a 4-mile radius of an active lek.

**Purpose:** To protect greater sage-grouse population persistence during certain seasons.

**Exception:** Standard exceptions apply (Section B.3). More specifically, the authorized officer may grant an exception to this stipulation if an environmental analysis indicates that the proposed or conditioned activities would not affect the long term suitability or utility of habitat for sage-grouse.

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## COLUMBIA SHARP-TAILED GROUSE

### CRVFO-TL-12: Columbian Sharp-tailed Grouse Winter Range and Nesting Habitat.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities in Columbian sharp-tailed grouse winter range and nesting habitat during the following time periods:

- Columbian sharp-tailed grouse winter range timing limitation dates are December 1 to March 15. Columbian sharp-tailed grouse winter range is defined by CPW mapped winter range.
- Columbian sharp-tailed grouse nesting habitat timing limitation dates are March 15 to July 30. Columbian sharp-tailed grouse nesting habitat includes brooding and production habitat. It is described as native grassland, sage steppe, mountain shrub, and non-native grass fields with up to 40% cover and dense vertical and horizontal concealment within 1.25 miles of an active lek.

**Purpose:** To protect Columbian sharp-tailed grouse population persistence during certain seasons.

**Exception:** Standard exceptions apply (Section B.3).

BLM_0025939

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## GREATER SANDHILL CRANE

### CRVFO-TL-13:  Greater Sandhill Crane.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities from March 1 to October 16.  The stipulation will be applied based on biological surveys and CPW data as revised.

**Purpose:** To protect greater sandhill crane nesting and staging habitat during usage.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

## MEXICAN SPOTTED OWL

### CRVFO-TL-14:  Mexican Spotted Owl Primary Activity Centers.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities from March 1 to July 31.

**Purpose:** To maintain the integrity of the breeding and brood rearing complex.  The average Mexican spotted owl territory is estimated to encompass approximately 2,000 acres.  Within this area, Primary Activity Centers (PACs) are defined around nesting, feeding, and roosting areas within the territory.  These PACs are mapped as a 0.5-mile radius (600-acre) area around nests, roosts, and the center of feeding areas, and are not considered to be overlapping.  With multiple sightings of the Mexican spotted owl, but with no confirmed nest or roost sites, a PAC is defined as the area where habitat is used the most.  Currently no known PACs are found within the CRVFO.  The stipulation will be applied based on biological surveys, CPW data or USFWS data as revised.

**Exception:** Exceptions may be granted after formal Section 7 consultation with USFWS.

**Modification:** Standard modifications apply (Section B.3).

BLM_0025940

**Waiver:** Standard waivers apply (Section B.3).

## BATS

### CRVFO-TL-15:  Special Status Bat Species Hibernation, Maternity and Fall Swarming Sites.

**Stipulation:** Prohibit surface occupancy and surface-disturbing activities within a 0.25-mile radius of the following sites during the time periods listed:

- maternity sites from April 15 to August 31
- winter hibernation sites from November 15 to April 15
- fall swarming sites from August 15 to October 15.

The stipulation will be applied based on biological surveys and CPW data as revised.

**Purpose:** To protect bat population persistence during certain seasons.

**Exception:** Standard exceptions apply (Section B.3).

**Modification:** Standard modifications apply (Section B.3).

**Waiver:** Standard waivers apply (Section B.3).

BLM_0025941

## B.8   LEASE NOTICES (LN)

### *I. RESOURCES*

# VEGETATION

## WEEDS

### CRVFO-LN-1:  Annual Reports of Weed Control and Reclamation Progress.

All lessees are required to report to the authorized officer annually on the ongoing progress of reclamation and the status of weeds and weed control at locations developed on the lease.

# FISH AND WILDLIFE

## COMMON TO ALL FISH AND WILDLIFE

### CRVFO-LN-2:  Biological Inventories.

In areas of known or suspected habitat of special status species, or habitat of other species of interest, such as raptor nests, elk calving areas, or significant natural plant communities, a biological inventory would be required prior to approval of operations. The inventory would be used to prepare mitigating measures to reduce the impacts of surface disturbance on the affected species or their habitats.  These mitigating measures may include, but are not limited to, relocation of roads, well pads, pipelines, and other facilities, and fencing operations or habitat.

### CRVFO-LN-3:  Working in High-Value Wildlife Habitat.

Require the operator to establish a set of reasonable operating procedures for employees and contractors working in high-value wildlife habitats. These areas include, but are not limited to, water bodies, special status-species habitat, severe big game winter range, moose priority habitat, and migration corridors. Such procedures would be designed to inform employees and contractors of ways to minimize the effect of their presence on wildlife and wildlife habitats. Procedures might address items such as: disinfecting

BLM_0025942

equipment when working in water, working in bear country, controlling dogs, and understanding and abiding by hunting and firearms regulations.

## BIG GAME

### CRVFO-LN-4:  Working in Big Game Winter Range.

Within big game severe winter and winter concentration ranges, the operator is required to implement specific measures to reduce impacts of fluid minerals operations on wildlife and wildlife habitat.  Such measures shall be developed in concert with BLM during the preparation of the environmental assessment.  They may include completion of habitat improvement projects designed to replace habitat lost through construction activities; reduction of human disturbance in important habitat areas during critical times of the year by installing gates and closing roads; using telemetry to collect well data; and accessing well site locations during the times of the day when wildlife are less likely to be present in the area.

It is recognized that other measures may be appropriate and that not all measures would be appropriate for all areas.  Therefore, this notice is best implemented through site-specific planning addressing several years of activity in an area.

The BLM's overall goals are to (a) reduce direct impacts (physical loss of habitat) by minimizing surface disturbance in areas where revegetation is not possible, such as roads, production facilities, working portions of well pads, exposed rock outcrops, and high cut slopes; and (b) reduce indirect habitat impacts (reduced habitat availability) from disturbances caused by increased human activities in big game winter range and other high-value wildlife areas.

## SPECIAL STATUS SPECIES

## GREATER SAGE-GROUSE

### CRVFO-LN-5:  Greater or Gunnison Sage-grouse Habitat and Columbia Sharp-tailed Grouse Nesting Habitat.

The lease may in part, or in total, may contain important greater or Gunnison sage-grouse or Columbian sharp-tailed grouse habitats, as identified by the BLM, either currently or prospectively. The operator may be required to implement specific measures through a condition of approval to protect greater sage-grouse and Columbian sharp-tailed grouse.

BLM_0025943

Sage-grouse habitat conservation measures may include timing restrictions, distances or percentages of allowable surface disturbing activities, noise suppression actions, and desired density levels or other development constraints consistent with state or range-wide sage-grouse conservation planning for Colorado (including subsequent updates), current peer reviewed sage-grouse research, or as developed in conjunction with CPW to meet local population objectives.

Such measures shall be developed during the application for permit to drill (APD) on-site and environmental review process, or during the environmental review process for sundry notices and associated rights-of-way, and will be consistent with lease rights granted.

## COMMON TO ALL SPECIAL STATUS SPECIES

### CRVFO-LN-6:  Endangered Species Act.

The lease area may now or hereafter contain plants, animals, or their habitats determined to be threatened, endangered, or other special status species. The BLM may recommend modifications to exploration and development proposals to further its conservation and management objective to avoid BLM-approved activity that will contribute to a need to list such a species or their habitat. BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act as amended, 16 U.S.C. § 1531 et seq., including completion of any required procedure for conference or consultation.

## PALEONTOLOGY

### CRVFO-LN-7:  Class 4 and 5 Paleontological Areas.

Instruction Memorandum No.  2008-009: Potential Fossil Yield Classification (PFYC) System for Paleontological Resources on Public Lands.  An accredited paleontologist approved by the authorized officer will perform an inventory of surface-disturbing activities in Class 4 and 5 paleontological areas.

BLM_0025944

## VISUAL RESOURCE MANAGEMENT

### CRVFO-LN-8:  Sensitive Viewsheds.

Special design and construction measures may be required to minimize the visual impacts of drilling activities within five miles of all communities or population centers, major BLM or county roads, and state or federal highways.  The overall goal of these measures would be to blend the disturbance with the natural landscape as much as possible. At a minimum, operations should be designed to insure that the disturbance does not dominate the natural landscape character (VRM Class III objective).   BLM acknowledges that activities on private lands may alter the landscape character, and such alterations will be considered when evaluating mitigation proposals relative to the visual quality of the overall landscape.

## II. SUPPORT

## PUBLIC HEALTH AND SAFETY

### CRVFO-LN-9:  Emergency Communications Plan.

The operator is required to prepare and maintain a current emergency communications plan.  The plan shall be provided to the BLM, Colorado State Patrol, the affected county and communities, and the general public.

The plan shall contain information sufficient to describe the potential for emergency incidents related to fluid minerals development that pose an immediate danger to human health and safety and would normally require immediate actions by the operator to remove the threat, such as for hazardous materials spills; actions to be taken by the operator in the event of such an incident; and a communications plan to inform appropriate authorities and potentially affected citizens.

---

### CRVFO-LN-10:  Working in Residential Areas.

The operator drilling on federal mineral estate is required to consider the impact of operations on nearby communities and residences and will be expected to reasonably adjust operating procedures to accommodate local residential concerns.  For example, the operator will be expected to try to work out reasonable compromises on issues such as noise, dust, and traffic.  The operator will be expected to address such issues when raised during public comment periods associated with preparation of environmental assessments

BLM_0025945

or when complaints are reported to the operator, BLM, or the Colorado Oil and Gas Conservation Commission.

---

## CRVFO-LN-11: Project Rulison Monitoring.

Any wells within three miles of Project Rulison will be subject to oversight measures established by the Colorado Oil and Gas Conservation Commission.  Any such wells would also be reviewed by the DOE for consideration if such wells should be incorporated into DOE's regular monitoring program.

BLM_0025946

# APPENDIX C
## MANAGEMENT AND SETTING PRESCRIPTIONS FOR LANDS MANAGED TO PROTECT WILDERNESS CHARACTERISTICS

BLM_0025947

# Colorado River Valley Field Office
# Management and Setting Prescriptions
# for Lands Managed to Protect Wilderness Characteristics

Management activities would be guided by the principle of preserving wilderness characteristics. Cultural, paleontological, vegetation, geologic and terrestrial/aquatic wildlife resources are important supplemental values to an area's wilderness characteristics. The following prescriptions are intended to protect these values along with wilderness characteristics (i.e., naturalness and outstanding opportunities for solitude or primitive recreation).

## SURFACE DISTURBING ACTIVITIES

**Management Action and Allowable Use Decision.**

- Apply a no surface occupancy stipulation on use and occupancy of the land surface for fluid mineral exploration and development and other surface-disturbing activities.

## VALID EXISTING RIGHTS

**Management Action and Allowable Use Decision.**

- New discretionary uses that create valid existing rights are not allowed if they would detract from the wilderness values. Specific exemptions/allowances are made for prior existing rights may continue.

## FOREST AND VEGETATION MANAGEMENT

**Management Action and Allowable Use Decision.**

- These lands are closed to commercial timber harvest, firewood cutting, and special forest product harvest.

   ***Best Management Practices to Guide Implementation-level Management.***

   o Vegetative manipulation to control insect and disease outbreaks or control invasive species is allowed when there is no effective alternative and when the control is necessary to protect wilderness characteristics and maintain supplemental values.
   o Control/manipulation methods may include hand (e.g., tools or chain saws), chemical (e.g., spraying weeds), and biological treatment

BLM_0025948

provided it would not cause long term (5 years) adverse impacts (apparent evidence of human intervention on the landscape) to the wilderness characteristics.

## WILDLIFE MANAGEMENT

**Management Action and Allowable Use Decisions.**

- Introduction of threatened, endangered, or other special status species native to North America may be allowed.
- Management activities on these lands would emphasize natural processes for wildlife management. Vegetative manipulation/habitat treatments to improve special status species habitat is allowed when there is no effective alternative and when the manipulation is necessary to maintain supplemental values.

### *Best Management Practices to Guide Implementation-level Management.*

- o Wildlife resources would be managed to protect wilderness characteristics.
- o Fishing, hunting, and trapping are allowable activities on these lands. The State of Colorado establishes regulations and enforcement for these uses. Nothing would be construed as affecting the jurisdiction or responsibilities of the State agencies with respect to fish and wildlife management on these lands.
- o Stocking of wildlife and fish species native to the area is permitted.
- o Vegetative manipulation/habitat treatments may include: hand (e.g., tools or chain saws), chemical (e.g., spraying weeds),and mechanical treatments (e.g., hydro-axe); provided it would not cause long-term adverse impacts to the existing condition of wilderness characteristics. When analyzing actions within these areas, short-term impacts to individual wilderness characteristics will be considered in relation to long-term benefits to protecting or enhancing other wilderness characteristics including supplemental values.

## CULTURAL AND PALEONTOLOGICAL RESOURCE MANAGEMENT

### *Best Management Practices to Guide Implementation-level Management.*

- o Resource inventories, studies, and research involving surface examination may be permitted.
- o Paleontological resource projects such as excavations would be evaluated on a case-by-case basis. These evaluations would ensure any impact to wilderness characteristics are temporary and wilderness characteristics are protected over the long-term.

BLM_0025949

- o Rehabilitation, stabilization, reconstruction, and restoration work on historic structures; excavations; and extensive surface collection may also be permitted if they protect the area's wilderness character.
- o Permanent physical protection, such as fences, would be limited to those measures needed to protect resources eligible for the National Register of Historic Places and would be constructed so as to minimize impacts on naturalness.

## VISUAL RESOURCE MANAGEMENT

**Management Action and Allowable Use Decision.**

- Manage areas under VRM Class II objectives unless otherwise managed as VRM Class I.

## WILDLAND FIRE MANAGEMENT

***Best Management Practices to Guide Implementation-level Management.***

- o Fire suppression and management would use minimal impact suppression tactics where feasible. Wildland fire suppression and management objectives would recognize protecting wilderness characteristics.
- o Reduce the negative effects of wildland fire suppression by applying minimum impact suppression tactics (MIST).
- o Placement of large fire camps would be outside of these areas.
- o Perform rehabilitation of fire suppression impacts and emergency stabilization/restoration (ESR) as defined by the resource advisor to restore visual and wilderness characteristics.
- o The use of natural firebreaks and roads to contain a wildland fire is encouraged.

## LIVESTOCK GRAZING MANAGEMENT

***Best Management Practices to Guide Implementation-level Management.***

- o Within areas managed to protect wilderness characteristics, existing livestock grazing and the activities and facilities that support a grazing program are permitted to continue.
- o Adjustments in the numbers and kind of livestock permitted to graze would be made as a result of land health assessments and grazing compliance.
- o The construction of new grazing facilities would be permitted if they are primarily for the purpose of protecting wilderness characteristics and more

BLM_0025950

effective management of resources, rather than to accommodate increased numbers of livestock.
o The use of motorized equipment for emergency purposes is allowed for livestock management.

## RECREATION AND VISITOR SERVICES MANAGEMENT

**Management Action and Allowable Use Decisions.**

- Permanent recreation structures are not permitted.
- No new special recreation permits would be authorized unless they are necessary for helping people realize the primitive and unconfined recreational values (e.g., upland outfitting service).
- When commercial special recreation permits (SRP) are renewed, the terms and conditions of the SRP would be modified as necessary to comply with the *Management and Setting Prescriptions for Lands Managed to Protect Wilderness Characteristics.*
- No competitive events would be authorized.

    ***Best Management Practices to Guide Implementation-level Management.***

    o Primitive and unconfined recreational activities such as hiking, camping, rock climbing, caving, fishing, hunting, trapping etc., are emphasized on these lands.
    o Recreational or hobby collecting of mineral specimens when conducted without location of a mining claim may be allowed.  This use would be limited to hand collection and detection equipment.

## COMPREHENSIVE TRAILS AND TRAVEL MANAGEMENT

**Management Action and Allowable Use Decisions.**

- The construction of new permanent or temporary roads would not be allowed.
- All lands are closed to over-snow travel.
- Motorized access is granted for BLM administrative use.

**Implementation Decisions.**

- The construction of new permanent or temporary roads would not be allowed in lands managed to protect wilderness characteristics.
- As identified in the travel designations, within the Thompson Creek unit; 1) routes 8271 and 8276  (Lorax Trail) would be designated as open to mechanized travel; 2) route 8275 (loop road) would be designated as open to motorized travel.

- As identified in the travel designations, within the Pisgah Mountain unit; routes 8520, 8535, 8535A, 8536, 8537 and 8537C (administrative route) would be designated as open to motorized travel.

***Best Management Practices to Guide Implementation-level Management.***

  o BLM authorization to exercise valid and existing rights and for emergency and other purposes as authorized under 43 CFR 8340.0-5(a) (2), (3), (4) and (5).
  o The use and the construction of temporary roads, structures, and installations are allowed for emergency purposes, but must be conducted to achieve the least disturbance and reclaimed as soon as possible.
  o Unauthorized travel off designated routes would not be allowed.
  o Motorized and mechanized routes would be minimized and restoration of unnecessary routes would be performed to enhance and protect wilderness characteristics.
  o For all authorizations that allow off-route motorized/mechanized travel, specify the following: what type of use is allowed and for what purpose, times, dates or seasons of access; and where motorized/mechanized vehicle travel off designated routes is allowed.
  o In areas with limited travel designations, motorized/mechanized travel is allowed up to 300 feet from designated motorized/mechanized routes for direct access to dispersed campsites provided that: 1) no resource damage occurs; 2) no new routes are created; and 3) such access is not otherwise prohibited by the BLM Field Manager.

## LAND AND REALTY MANAGEMENT (LAND DISPOSALS, RIGHTS OF WAYS (ROWS) AND USE AUTHORIZATIONS)

**Management Action and Allowable Use Decisions.**

- Lands with wilderness characteristics would be retained in public ownership. They would not be disposed through any means, including public sales, exchanges, patents under the Recreation and Public Purposes Act, State selections or other actions (except where a vested right was established prior to October 21, 1976).
- Prior existing rights, such as leases under the Recreation and Public Purposes Act, leases/permits under 43 CFR 2920, and rights-of-ways (ROWs) may be renewed.
- These lands would be designated as ROW avoidance areas. New authorizations, leases, or ROWs would not be authorized that are not compatible with the defined values.

***Best Management Practices to Guide Implementation-level Management.***

  o The BLM would acquire State and private in-holdings when practicable. In unique situations and subject to public review, exchanges may be made

BLM_0025952

involving Federal and non-Federal lands when such action would significantly benefit that area's wilderness characteristics.
- o Adequate access to in-holdings that are compatible with the defined values would be authorized.
- o New administrative use authorizations would be granted on a case-by-case basis if it is: 1) compatible with the defined values, or 2) necessary to administer and protect the lands with wilderness character, and 3) necessary to protect the health and safety of persons within the area.

## FLUID MINERALS MANAGEMENT (OIL AND GAS TAR SANDS AND GEOTHERMAL RESOURCES)

**Management Action and Allowable Use Decision.**

- *Fluid Mineral Leasing.*   Close unleased federal mineral estate to oil and gas leasing and geophysical development.

## LOCATABLE MINERALS, MINERAL MATERIALS, & NON-ENERGY LEASABLE MINERALS MANAGEMENT

**Management Action and Allowable Use Decisions.**

- Recommend for withdrawal to the Secretary of the Interior to close these lands to mining laws for locatable exploration or development.
- *Non-energy Solid Mineral Leasing.*  All federal mineral estate within these lands would be closed to non-energy solid mineral leasing.
- *Salable Minerals/Mineral Material Disposal.* These areas are closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

**Implementation Decisions.**

- Within areas managed to protect wilderness characteristics, existing mining operations would be regulated using the 43 CFR 3809 regulations to prevent unnecessary and undue degradation of the lands.
- Within areas managed to protect wilderness characteristics, existing mineral leases represent a valid existing right.  These rights are dependent upon the specific terms and conditions of each lease.  Existing leases would be regulated through conditions of approval to prevent unnecessary or undue degradation.

BLM_0025953

# APPENDIX D
## MANAGEMENT AND SETTING PRESCRIPTIONS FOR CAVES

BLM_0025954

# COLORADO RIVER VALLEY FIELD OFFICE MANAGEMENT AND SETTING PRESCRIPTIONS FOR CAVES

These setting prescriptions apply to all caves within CRVFO unless deemed not significant. Subsequent surface and subsurface management prescriptions, allowable uses and stipulations will preserve the area's current physical setting.

### *Cave Management Goal.*

**CAV-GOAL-01.**   *Preserve the biotic, mineralogical, paleontological, hydrologic, and cultural values in caves defined as significant under the Federal Cave Resources Protection Act.*

### *Cave Management Objective.*

**CAV-OBJ-01.**   *Protect significant cave and karst values per the standards identified by the Colorado Cave Survey in coordination with the BLM while providing opportunities for people to engage in caving, research, and scientific exploration at significant caves to the extent consistent with the targeted outcomes and the protection of cave resources (e.g., biota, cultural, geologic, mineralogic, hydrologic).*

### *Targeted Activities and Outcomes.*

All management actions will be focused on specific activity outcomes for caving and research. Experience outcomes will be for participants to enjoy and learn more about cave and karst resources.  Specific benefit outcomes will be for environmental benefits such as; increased environmental stewardship, preservation/protection of unique biotic, paleontological, and mineralogical aspects of caves.  Social benefits will be to provide environmental learning and appreciation of cave and karst systems.

### *Setting Prescriptions.*

<u>*Physical.*</u>  All significant caves will be managed to maintain the current level of remoteness (backcountry in nature) from motorized and mechanized vehicles and to preserve the natural appearance of the cave.  No new facilities, roads or trails will be built to access the caves. Allow for only minor (tape, signage, rescue caches) modifications for scientific purposes and to accommodate safe use. Evidence of use and other people will remain low.

BLM_0025955

*Social.*  Visitor use limits, group size, season of use, will be managed in coordination with the Colorado Cave Survey (CCS) through monitoring and subsequent implementation decisions described through cave management plans for each significant cave, group of caves, or complex of caves.

*Operational.*  Appropriate access will continue to be allowed while addressing issues and concerns relating to visitor safety and preservation of the caves values. If issues or concerns arise, necessary managerial controls such as closures, permits, trip requirements, and/or gating may be put in place in coordination with the CCS.  BLM will administer and authorize research, inventory, work projects, and digging trips. Information and education materials will be provided to authorized visitors. Cave and karst resources will not be marketed or promoted. The CRVFO will follow management guidance as described in the Colorado White-Nose Syndrome Adaptive Management Strategy Final Environmental Assessment DOI-BLM-CO-931-2014-0001-EA, as revised.

### Management Action and Allowable Use Decisions in the CRVFO Approved RMP.

**CAV-MA-01.**   Manage caves to retain their current physical, social, and operational settings.

**CAV-MA-02.**    Identify La Sunder Cave as a significant cave and manage the cave in accordance with the Federal Cave Resources Protection Act. Initiate the nomination, evaluation, and designation of other potentially significant caves.

**CAV-MA-03.**   Stipulation CRVFO-NSO-24: Cave and Karst Resources including the Deep Creek Cave Area. Prohibit surface occupancy and surface-disturbing activities to the extent (at a minimum this stipulation extends to 5,000 feet below the surface) of known cave and karst resources, unless determined not significant, to protect the scientific and wildlife values associated with cave openings provided by these caves and to avoid the difficulties inherent in drilling such locations (5,300 acres/100 acres federal mineral estate).

Also see Lands and Realty section (LRT-MA-11) noting Deep Creek ACEC is recommended for withdrawal from locatable exploration or development.

# APPENDIX E
## LIVESTOCK GRAZING MANAGEMENT

BLM_0025957

**Table of Contents.**

1.0  Introduction

    Table 1.  Approved Resource Management Plan Summary.

    Table 2.  Vacant Allotment Decisions.

    Table 3.  Actions Involving Allotments with Expired or Relinquished Permits.

    Table 4.  Permitted Use.

BLM_0025958

## 1.0  Introduction

The following tables provide supporting information to livestock grazing decisions in the Approved Resource Management Plan for the Colorado River Valley Field Office.

**Table 1.  Approved Resource Management Plan Summary.**

| Actions | Public Land Acres | Number |
|---------|-------------------|--------|
| Close | 45,012 | 48 |
| Available | 1,469 | 3 |
| Reserve | 3,518 | 2 |
| Combine | 7,156 | 10 |
| **Total** | **57,155** | **63** |

BLM_0025959

Table 2. Vacant Allotment Decisions (continued).

| Allotment Name | Allotment # | Public Acres | Action | Reasoning/Comments |
|---|---|---|---|---|
| ANDGEE | 18041 | 678 | Close | not suitable, no water |
| BELLYACHE RIDGE | 8772 | 1,777 | Close | surrounded by houses |
| BROSIUS GULCH | 18033 | 1,244 | Close | not suitable, no water |
| CASTLE | 8621 | 209 | Combine | close N portion, combine S w/ Greenhorn 8641 |
| CASTLE | 18030 | 1,337 | Close | subdivision, no water, forage |
| CHIRP | 18042 | 212 | Close | access, steep |
| CHRISTENSEN | 8333 | 442 | Close | access, steep |
| DIAMOND J | 8732 | 939 | Close | steep, forage |
| E CASTLE IND | 8623 | 160 | Close | access |
| EAGLE RIVER | 8505 | 139 | Close | limited forage, not fenced from highway, high recreation area |
| EGERIA CREEK | 8673 | 267 | Close | steep, forage, access |
| GEORGE CREEK | 18047 | 156 | Close | access, steep |
| H&H IND | 8602 | 1,270 | Close | McCoy Fan Delta ACEC |
| HARVEY GAP 2 | 18035 | 2,171 | Close | steep, no water |
| HEUSCHKEL | 8314 | 284 | Close | surrounded by subdivision, not feasible |
| HILL | 18031 | 462 | Close | access, water |
| HILTON #1 | 8225 | 521 | Available | w/ Hilton #2 |
| HILTON #2 | 8226 | 40 | Combine | w/ Hilton #1 8225, Forest boundary, include other BLM on boundary |

*Colorado River Valley Field Office Approved Resource Management Plan*

**Table 2. Vacant Allotment Decisions (continued).**

| Allotment Name | Allotment # | Public Acres | Action | Reasoning/Comments |
|---|---|---|---|---|
| HILTON-PORTER COM | 8224 | 930 | Combine | w/ Driveway-Three Mile 8324, Forest Boundary |
| IRR. LAND TRAIL | 8630 | 28 | Combine | with Trail Gulch, current use |
| KAISER HELLS HOLE | 8201 | 1,246 | Close | relinquished, DOW supports, wildlife, steep |
| KENT | 8332 | 785 | Close | access |
| KINNEY BROTHERS | 8110 | 75 | Close | disposal parcel |
| LARSEN | 8215 | 151 | Combine | w/ Alkali Creek 8214 |
| LIGHT HILL | 8330 | 1,566 | Combine | w/ Light 8331 |
| LITTLE WOODY CREEK | 8350 | 498 | Close | access, subdivision |
| MCCOY | 8652 | 350 | Close | limited forage, not fenced from Hwy |
| MIDDLE ELK | 18040 | 1,307 | Close | steep, no water |
| MITCHELL OASIS | 8205 | 2,110 | Close | close steep with no water and bighorn sheep conflicts |
| MOTZ | 8326 | 193 | Close | disposal parcel |
| NORTH HOGBACK | 18045 | 666 | Close | steep, wildlife |
| NORTH MCCOY | 8651 | 1,104 | Close | not fenced from Hwy, limited forage |
| OASIS CREEK | 8206 | 1,434 | Close | close steep with no water and  bighorn sheep conflicts |
| PETRE | 8319 | 387 | Combine | steep, subdivision, combine South 1/2 with Sutey 8320 |
| POCKET | 8729 | 1,614 | Close | steep, forage |
| PRINCE | 8345 | 40 | Available | Fenced in with private |

*Appendix E - Livestock Grazing Management*

BLM_0025961

| Allotment Name | Allotment # | Public Acres | Action | Reasoning/Comments |
|---|---|---|---|---|
| RED CANYON 1 | 8349 | 601 | Close | access, steep |
| RED CANYON 2 | 8728 | 850 | Combine | close SE, combine NW w/ Ute Creek 8707, subdivision, isolated |
| REED | 8002 | 573 | Close | steep, no water |
| RIFLE GAP | 8044 | 1,577 | Reserve | consult DOW, access through DOW |
| ROCK CREEK | 8658 | 1,631 | Close | limited forage, steep slopes, ACEC |
| RODEO GROUNDS | 8624 | 251 | Close | trailing use only, sage grouse habitat |
| SAMPLE | 18001 | 271 | Close | access, steep |
| SHEEP CREEK G&F | 8628 | 2,214 | Close | steep |
| SMITH 2 | 8353 | 621 | Combine | NE w/ Fender 8329, West w/ Cerise 8340 |
| SPEAR | 8325 | 245 | Close | disposal parcel |
| SQUAW CREEK | 8727 | 261 | Close | surrounded by houses, limited forage, no water |
| SQUIRES | 8305 | 40 | Close | 40 acres, surrounded by private |
| STROOCK IND | 8321 | 364 | Close | no water many rec conflicts |
| THOMPSON CR | 8343 | 2,626 | Close | steep and deep |
| UPPER COFFEEPOT | 8648 | 908 | Available | 3 parcels could be grazed if private land leased |
| VULCAN AMP | 8213 | 1,941 | Reserve | if we can keep access through dump, still attached to base property |
| WEST CASTLE IND | 8622 | 98 | Close | access |
| WHEATLEY | 8328 | 2,157 | Close | steep, can make available if Forest Service permits, large Forest boundary |
| WILLIAMS HILL | 8351 | 567 | Close | access, DOW, steep |
| **Totals** | | **44,588** | **55** | |

Table 2. Vacant Allotment Decisions (continued).

Colorado River Valley Field Office Approved Resource Management Plan

Appendix E - Livestock Grazing Management

**Table 3. Actions Involving Allotments with Expired or Relinquished Permits.**

| Allotment Name | Allotment # | Public Acres | Action | Reasoning/Comments |
|---|---|---|---|---|
| ALKALI GULCH | 8131 | 1,183 | Close | Recently Relinquished, Very Difficult control livestock |
| BADLANDS | 8318 | 645 | Close | Recently Relinquished, no forage, no water, not meeting LHS |
| COUNTY LINE | 8923 | 4,570 | Close | ESI resulted in 13 AUMS available for livestock grazing, did not meet LHS, forage levels may vary annually due to ecological site and precipitation. Forage may be ephemeral. |
| EBY CREEK | 8638 | 1,780 | Close | Lacks water, surrounded by urban area, not feasible to graze |
| FALK | 8723 | 71 | Close | Small parcel, limited forage, no water, access issues |
| OATES | 8103 | 1,203 | Close | Recently Relinquished, no forage, no water, not meeting LHS |
| SALT CREEK FOREST | 8722 | 741 | Close | Bordered by subdivision on north and south. Limited forage. Access issues |
| SMITH GULCH | 8922 | 2,374 | Combine | Close portion for cactus protection, combine portion with Kelly Gulch. |
| **Totals** | | **12,567** | **8** | |

*Appendix E  –  Livestock Grazing Management*

**Table 4.  Permitted Use.**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| ALBERTSON-KING MTN. | 3530 | 1,114 | M | 507689 | 33 | CATTLE | 15-Jun | 15-Oct | 133 | 100 |
| ALBERTSON-MAIDEN SPRINGS | 8653 | 820 | M | 507679 | 52 | CATTLE | 16-May | 15-Jun | 53 | 100 |
| ALKALI CREEK | 8214 | 1,136 | M | 507713 | 74 | CATTLE | 1-Jun | 15-Aug | 185 | 100 |
| ALKALI CREEK COMMON | 8130 | 2,895 | M | 503674 | 59 | CATTLE | 1-May | 31-May | 60 | 100 |
| ANTELOPE CREEK | | | | 507593 | 93 | CATTLE | 1-May | 15-Jun | 141 | 100 |
| | 8661 | 3,821 | M | 507684 | 107 | CATTLE | 1-May | 31-Jul | 324 | 100 |
| BAMBI | 8669 | 2,071 | M | 507675 | 112 | CATTLE | 1-Oct | 25-Oct | 92 | 100 |
| | | | | 507675 | 112 | CATTLE | 25-Jun | 30-Jun | 22 | 100 |
| BARR | 8109 | 85 | C | 507541 | 4 | CATTLE | 25-May | 25-Jun | 4 | 100 |
| BATTLEMENT CREEK COM | 8124 | 2,550 | M | 507593 | 5 | CATTLE | 16-May | 15-Oct | 20 | 100 |
| | | | | 507593 | 53 | CATTLE | 1-May | 15-Jun | 80 | 100 |
| | | | | 507597 | 100 | CATTLE | 10-May | 15-Jun | 122 | 100 |
| BEARWALLOW & JOLLEY | 8208 | 2,747 | M | 507562 | 272 | CATTLE | 15-May | 14-Jul | 196 | 36 |
| | | | | 507562 | 272 | CATTLE | 28-Sep | 31-Oct | 109 | 36 |
| BEAVER CREEK | 8113 | 462 | M | 507550 | 73 | CATTLE | 12-May | 14-Oct | 41 | 11 |
| BEAVER MANM | 8104 | 4,030 | I | 503869 | 45 | CATTLE | 15-May | 15-Oct | 228 | 100 |
| | | | | 500001 | 79 | CATTLE | 15-May | 15-Oct | 400 | 100 |
| BELLYACHE | 8734 | 533 | C | 507583 | 100 | CATTLE | 10-May | 9-Jul | 18 | 9 |
| BENTON | 8654 | 1,499 | M | 507696 | 114 | CATTLE | 20-May | 1-Jul | 161 | 100 |

*Appendix E  -  Livestock Grazing Management*

## Table 4.  Permitted Use (continued)

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| BLACK MOUNTAIN | 8662 | 947 | C | 507685 | 13 | CATTLE | 1-Jun | 30-Sep | 52 | 100 |
| BLOWOUT  AMP | 8643 | 20,010 | M | 507512 | 1600 | SHEEP | 30-Oct | 30-Nov | 337 | 100 |
|  |  |  |  | 507512 | 815 | SHEEP | 10-May | 15-Jun | 198 | 100 |
| BOCCO MTN | 8730 | 3,967 | M | 507583 | 1690 | SHEEP | 1-Sep | 10-Sep | 111 | 100 |
|  |  |  |  | 507583 | 1700 | SHEEP | 16-May | 31-May | 179 | 100 |
| BOILER CREEK | 8210 | 2,492 | M | 507562 | 96 | CATTLE | 1-Jun | 15-Jul | 142 | 100 |
| BOWEN ISOLATED TRACT | 18004 | 198 | C | 501964 | 200 | CATTLE | 16-Jun | 30-Sep | 35 | 5 |
| BRUSH CREEK | 8503 | 118 | M | 507628 | 22 | CATTLE | 1-Jun | 15-Jun | 8 | 73 |
| BRUSH CRK COMMON | 18012 | 3,850 | M | 507623 | 243 | CATTLE | 21-May | 29-Jun | 320 | 100 |
| BULL GULCH COM | 8625 | 10,847 | M | 503932 | 90 | YRLING CATTLE | 1-Jul | 31-Aug | 183 | 100 |
|  |  |  |  | 503932 | 100 | CATTLE | 1-May | 30-Jun | 201 | 100 |
|  |  |  |  | 507603 | 80 | CATTLE | 26-Jul | 1-Oct | 179 | 100 |
|  |  |  |  | 503932 | 41 | CATTLE | 1-Jul | 31-Aug | 84 | 100 |
| BWJ FOREST | 8229 | 363 | M | 507562 | 28 | CATTLE | 15-Jul | 26-Aug | 40 | 100 |
| CABIN GULCH | 8731 | 3,240 | M | 507583 | 1200 | SHEEP | 10-Oct | 1-Nov | 181 | 100 |
|  |  |  |  | 507583 | 1200 | SHEEP | 15-May | 3-Jun | 158 | 100 |
| CALLAHAN MTN COMMON | 8919 | 1,631 | C | 501855 | 44 | CATTLE | 16-May | 15-Jun | 26 | 59 |
|  |  |  |  | 507512 | 1000 | SHEEP | 20-Nov | 30-Nov | 72 | 100 |
| CANTLEY HOMESTEAD | 8402 | 331 | C | 503988 | 50 | CATTLE | 21-Jun | 30-Jun | 16 | 100 |
| CANYON CK | 8228 | 728 | M | 507667 | 34 | CATTLE | 1-Aug | 15-Sep | 51 | 100 |
| CANYON CREEK | 8207 | 1,396 | M | 507586 | 1000 | SHEEP | 16-Jun | 10-Jul | 64 | 39 |

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025965

*Appendix E  –  Livestock Grazing Management*

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 507586 | 20 | CATTLE | 16-Jul | 15-Sep | 16 | 39 |
| | | | | 507586 | 1000 | SHEEP | 6-Sep | 30-Sep | 64 | 39 |
| CASTLE IND | 8609 | 1,263 | M | 500015 | 144 | CATTLE | 6-May | 11-Jun | 175 | 100 |
| CATAMOUNT COMMON | 8619 | 6,656 | M | 500015 | 126 | CATTLE | 12-Jun | 15-Oct | 522 | 100 |
| | | | | 503945 | 165 | CATTLE | 18-Jul | 15-Oct | 488 | 100 |
| CATTLE CREEK DRIVE | 8302 | 642 | M | 507546 | 200 | CATTLE | 8-Jul | 31-Aug | 181 | 50 |
| CEDAR MTN | 18006 | 10,361 | M | 507623 | 95 | CATTLE | 25-Oct | 15-Nov | 69 | 100 |
| | | | | 507623 | 78 | CATTLE | 30-Jun | 30-Oct | 315 | 100 |
| CERISE | 8340 | 682 | M | 507539 | 38 | CATTLE | 1-Jun | 1-Oct | 108 | 70 |
| COPPER SPUR | 8668 | 3,464 | M | 507692 | 43 | CATTLE | 19-May | 15-Oct | 212 | 100 |
| CORYELL | 8307 | 73 | C | 507570 | 600 | CATTLE | 10-Jun | 14-Jun | 19 | 19 |
| COTTON WOOD | 8301 | 202 | C | 507546 | 750 | CATTLE | 16-Jun | 30-Sep | 79 | 3 |
| COTTONWOOD CR. ETC. | 8506 | 11,787 | M | 507512 | 800 | SHEEP | 29-Oct | 30-Nov | 69 | 40 |
| | | | | 507512 | 2400 | SHEEP | 10-May | 15-Jun | 234 | 40 |
| | | | | 507512 | 2250 | SHEEP | 25-Sep | 29-Oct | 207 | 40 |
| COTTONWOOD CREEK | 8508 | 864 | M | 507661 | 65 | CATTLE | 1-May | 10-Oct | 80 | 23 |
| COUEY 1 | 8115 | 147 | C | 507544 | 2 | CATTLE | 16-Oct | 15-Nov | 2 | 100 |
| | | | | 507544 | 2 | CATTLE | 1-May | 31-May | 2 | 100 |
| COUEY 2 | 8118 | 94 | C | 507544 | 87 | CATTLE | 20-Jun | 19-Oct | 17 | 5 |
| CRAWFORD AND KERLEE | 8916 | 775 | C | 507529 | 30 | CATTLE | 29-Oct | 30-Oct | 2 | 100 |

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 507529 | 20 | CATTLE | 1-May | 15-Jun | 8 | 25 |
| CROWN | 8335 | 2,557 | M | 500227 | 94 | CATTLE | 16-Jun | 18-Sep | 294 | 100 |
| CROWN COMMON | 8334 | 2,066 | I | 500027 | 10 | CATTLE | 16-May | 15-Jun | 10 | 100 |
| | | | | 504530 | 110 | CATTLE | 16-May | 25-Jun | 148 | 100 |
| | | | | 503985 | 69 | CATTLE | 16-May | 25-Jun | 93 | 100 |
| | | | | 507611 | 30 | CATTLE | 16-May | 25-Jun | 40 | 100 |
| | | | | 503718 | 38 | CATTLE | 16-May | 25-Jun | 51 | 100 |
| CROWN IND | 8337 | 1,620 | M | 507526 | 100 | CATTLE | 15-May | 27-Jun | 145 | 100 |
| | | | | 507526 | 62 | YRLING CATTLE | 15-May | 27-Jun | 90 | 100 |
| CRYSTAL RIVER | 8342 | 3,861 | I | 507546 | 146 | CATTLE | 16-Sep | 15-Oct | 94 | 65 |
| | | | | 507546 | 295 | CATTLE | 15-May | 30-Jun | 296 | 65 |
| DEAN GULCH | 8107 | 1,039 | C | 507514 | 28 | CATTLE | 16-Jun | 31-Oct | 127 | 100 |
| DEER PEN | 8616 | 7,962 | M | 507515 | 449 | CATTLE | 1-May | 30-Jun | 900 | 100 |
| DELANEY | 8216 | 388 | M | 507548 | 34 | CATTLE | 15-Jun | 30-Sep | 60 | 50 |
| DELSAS | 2795 | 154 | M | 502911 | 10 | CATTLE | 16-Jul | 15-Oct | 8 | 25 |
| DERBY RIDGE | 8618 | 366 | M | 507669 | 30 | CATTLE | 1-Jun | 30-Sep | 40 | 33 |
| DIAMOND FLATS | 8323 | 1,700 | M | 507592 | 66 | CATTLE | 16-May | 30-Jun | 100 | 100 |
| | | | | 507518 | 10 | CATTLE | 1-Oct | 15-Oct | 5 | 100 |

BLM_0025967

**Table 4. Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| DOAK | 18005 | 404 | M | 507518 | 101 | CATTLE | 16-May | 30-Jun | 153 | 100 |
| DODO | 18025 | 2,175 | C | 507544 | 85 | CATTLE | 1-Jun | 18-Oct | 63 | 16 |
| DOMANTLE | 8733 | 154 | M | 507552 | 25 | CATTLE | 15-May | 15-Jun | 18 | 69 |
| | | | | 507583 | 1500 | SHEEP | 1-Oct | 1-Nov | 38 | 12 |
| | | | | 507583 | 1100 | SHEEP | 1-Jun | 1-Jul | 27 | 12 |
| DOYAL | 8315 | 83 | C | 507554 | 10 | CATTLE | 16-May | 15-Jun | 10 | 100 |
| DRIVEWAY COM | 8338 | 156 | C | 503701 | 45 | CATTLE | 24-Jun | 25-Jun | 3 | 100 |
| | | | | 504530 | 36 | CATTLE | 16-May | 25-Jun | 49 | 100 |
| | | | | 507611 | 7 | CATTLE | 16-May | 25-Jun | 9 | 100 |
| | | | | 503701 | 20 | CATTLE | 16-May | 25-Jun | 27 | 100 |
| DRIVEWAY COMMON | 8308 | 992 | M | 507570 | 600 | CATTLE | 26-Jun | 10-Jul | 296 | 100 |
| DRIVEWAY-THREE MILE | 8324 | 779 | M | 507518 | 120 | CATTLE | 1-Jul | 30-Sep | 160 | 44 |
| DRY CK PETE & BILL | 8125 | 7,271 | M | 507593 | 118 | CATTLE | 1-Oct | 31-Oct | 120 | 100 |
| | | | | 507593 | 118 | CATTLE | 1-May | 15-Jun | 178 | 100 |
| | | | | 507564 | 36 | CATTLE | 1-May | 15-Jun | 54 | 100 |
| | | | | 507564 | 21 | CATTLE | 1-Oct | 31-Oct | 21 | 100 |
| DRY HOLLOW RES GULCH | 8127 | 6,916 | M | 507641 | 315 | CATTLE | 1-Jun | 15-Jun | 140 | 90 |
| | | | | 507662 | 90 | CATTLE | 1-Jun | 15-Jun | 44 | 100 |
| | | | | 507712 | 285 | CATTLE | 1-Jun | 15-Jun | 141 | 100 |
| | | | | 507544 | 57 | CATTLE | 16-Jun | 15-Oct | 229 | 100 |
| | | | | 507625 | 140 | CATTLE | 1-Jun | 15-Jun | 69 | 100 |
| | | | | 507580 | 73 | CATTLE | 1-Jun | 15-Jun | 36 | 100 |

*Appendix E  -  Livestock Grazing Management*

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 507544 | 195 | CATTLE | 1-Jun | 15-Jun | 96 | 100 |
| | | | | 502938 | 10 | CATTLE | 1-Jun | 30-Jun | 10 | 100 |
| DRY PARK | 8352 | 766 | C | 507546 | 110 | CATTLE | 15-Sep | 15-Oct | 20 | 18 |
| | | | | 507546 | 110 | CATTLE | 1-Jun | 10-Jul | 26 | 18 |
| E SUNNYSIDE | 8610 | 237 | M | 507651 | 100 | YRLING CATTLE | 1-Jun | 13-Jun | 18 | 43 |
| E. HARDSCRABBLE | 8502 | 8,008 | I | 502886 | 581 | CATTLE | 6-May | 20-Jun | 879 | 100 |
| EAST CASTLE | 8601 | 9,479 | M | 507583 | 2120 | SHEEP | 1-Jun | 15-Nov | 2342 | 100 |
| EAST DIVIDE COMMON | 8105 | 13,803 | M | 507614 | 235 | CATTLE | 8-Oct | 15-Oct | 62 | 100 |
| | | | | 507670 | 369 | CATTLE | 1-Jun | 7-Jul | 449 | 100 |
| | | | | 507625 | 80 | CATTLE | 8-Oct | 15-Oct | 21 | 100 |
| | | | | 507670 | 369 | CATTLE | 8-Oct | 15-Oct | 97 | 100 |
| | | | | 507614 | 236 | CATTLE | 1-Jun | 7-Jul | 287 | 100 |
| | | | | 507625 | 80 | CATTLE | 1-Jun | 7-Jul | 97 | 100 |
| EGERIA PARK | 8650 | 167 | M | 500016 | 25 | CATTLE | 1-Jun | 30-Jun | 25 | 100 |
| ELK CREEK | 8663 | 2,348 | M | 507687 | 25 | CATTLE | 4-Aug | 27-Aug | 20 | 100 |
| | | | | 507687 | 25 | CATTLE | 1-Jun | 3-Aug | 53 | 100 |
| ELK PARK COMMON | 18032 | 2,678 | M | 507623 | 200 | CATTLE | 16-May | 15-Jun | 204 | 100 |
| FALK | 8723 | 71 | M | 502886 | 16 | CATTLE | 15-May | 31-May | 9 | 100 |
| FENDER | 8329 | 906 | M | 500265 | 100 | CATTLE | 1-May | 20-May | 66 | 100 |
| FENDER IND | 8339 | 566 | M | 500265 | 54 | CATTLE | 21-May | 1-Jul | 75 | 100 |
| GATES | 8656 | 164 | M | 507678 | 13 | CATTLE | 1-Jun | 30-Jun | 13 | 100 |
| GOULD | 8306 | 253 | M | 507570 | 600 | CATTLE | 18-Jun | 25-Jun | 158 | 100 |

BLM_0025969

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| GOVERNMENT CREEK COM | 18039 | 7,567 | M | 507587 | 1500 | SHEEP | 18-Mar | 31-Mar | 138 | 100 |
| | | | | 504569 | 218 | CATTLE | 16-May | 15-Jun | 222 | 100 |
| GOVERNMENT CREEK ISO | 18023 | 80 | C | 500186 | 50 | CATTLE | 1-Oct | 10-Oct | 2 | 12 |
| | | | | 500186 | 50 | CATTLE | 15-May | 24-May | 2 | 12 |
| GRAHAM | 18014 | 201 | M | 507704 | 7 | CATTLE | 16-Jun | 7-Oct | 26 | 100 |
| GRASS MESA | 8112 | 1,334 | M | 507561 | 40 | CATTLE | 1-Jul | 15-Aug | 9 | 15 |
| GRASS MESA | 8112 | 1,334 | M | 507561 | 32 | CATTLE | 15-May | 30-Jun | 49 | 100 |
| GREENHORN | 8641 | 11,237 | M | 507716 | 95 | CATTLE | 8-May | 23-Jun | 147 | 100 |
| | | | | 507716 | 95 | YRLING CATTLE | 8-May | 23-Jun | 147 | 100 |
| | | | | 500015 | 140 | CATTLE | 8-May | 25-Jun | 226 | 100 |
| | | | | 500015 | 9 | CATTLE | 26-Jun | 15-Sep | 24 | 100 |
| HACK CREEK | 8632 | 5,095 | M | 503702 | 97 | CATTLE | 28-Sep | 15-Oct | 57 | 100 |
| | | | | 503702 | 97 | CATTLE | 22-Jun | 15-Sep | 274 | 100 |
| | | | | 507697 | 40 | CATTLE | 16-Sep | 27-Sep | 16 | 100 |
| | | | | 507697 | 100 | CATTLE | 28-Sep | 5-Oct | 26 | 100 |
| | | | | 507697 | 100 | CATTLE | 14-Jul | 15-Sep | 210 | 100 |
| | | | | 503702 | 60 | CATTLE | 16-Sep | 27-Sep | 24 | 100 |
| | | | | 503702 | 37 | CATTLE | 16-Sep | 27-Sep | 15 | 100 |
| | | | | 507697 | 60 | CATTLE | 16-Sep | 27-Sep | 24 | 100 |
| HAFF RANCH | 8317 | 1,374 | C | 507582 | 230 | CATTLE | 1-Oct | 15-Oct | 113 | 100 |
| | | | | 507582 | 230 | CATTLE | 1-Jun | 27-Jun | 204 | 100 |

BLM_0025970

*Appendix E  –  Livestock Grazing Management*

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| HARRIS GULCH | 18013 | 2,238 | M | 507665 | 800 | SHEEP | 15-Jun | 22-Jul | 180 | 90 |
|  |  |  |  | 504568 | 200 | CATTLE | 15-Jun | 15-Jul | 183 | 90 |
| HARRIS PARK | 8209 | 2,643 | M | 507527 | 205 | CATTLE | 1-Jun | 15-Jul | 124 | 41 |
| HAYDEN | 8015 | 167 | C | 507665 | 600 | SHEEP | 15-Jun | 16-Jun | 8 | 100 |
|  |  |  |  | 504568 | 16 | CATTLE | 15-Jun | 15-Jul | 16 | 100 |
| HELLS HOLE | 8735 | 527 | C | 507583 | 200 | SHEEP | 1-Aug | 15-Nov | 34 | 24 |
| HOAGLUND | 8123 | 301 | C | 507581 | 10 | CATTLE | 1-Jun | 31-Jul | 17 | 85 |
| HOGBACK COMMON | 18026 | 1,977 | I | 502901 | 750 | SHEEP | 16-May | 19-Jun | 173 | 100 |
|  |  |  |  | 502901 | 550 | SHEEP | 15-Dec | 20-Jan | 134 | 100 |
|  |  |  |  | 504611 | 63 | CATTLE | 15-May | 4-Jun | 43 | 100 |
| HOPKINS | 8312 | 240 | C | 507582 | 38 | YRLING CATTLE | 16-Jul | 10-Oct | 30 | 28 |
| HORN | 8659 | 2,163 | M | 507681 | 41 | CATTLE | 1-May | 31-Oct | 248 | 100 |
| HORSE CREEK | 8631 | 10,026 | M | 507697 | 100 | CATTLE | 1-May | 13-Jul | 243 | 100 |
|  |  |  |  | 507697 | 100 | CATTLE | 28-Sep | 31-Oct | 112 | 100 |
| HORSE MTN | 18018 | 4,208 | M | 507623 | 99 | CATTLE | 1-Jun | 30-Jun | 98 | 100 |
|  |  |  |  | 507623 | 200 | CATTLE | 25-Oct | 15-Dec | 342 | 100 |
| HORSE MTN. | 8719 | 286 | C | 507726 | 110 | CATTLE | 1-Jun | 15-Oct | 40 | 8 |
| JACKSON | 18008 | 322 | C | 507532 | 20 | CATTLE | 16-Jun | 31-Jul | 30 | 100 |
| JACKSON GULCH | 18046 | 1,837 | M | 507614 | 150 | CATTLE | 16-May | 14-Jun | 148 | 100 |
| JEWELL | 18036 | 479 | C | 500144 | 9 | CATTLE | 15-Apr | 15-May | 9 | 100 |
| KAMM MESA | 8101 | 748 | C | 500092 | 1230 | CATTLE | 10-May | 9-Jun | 50 | 4 |
| KELLY GULCH | 8921 | 1,677 | C | 504547 | 580 | SHEEP | 20-Oct | 20-Nov | 72 | 59 |

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025971

*Appendix E  -  Livestock Grazing Management*

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| KING MOUNTAIN | 8666 | 3,990 | M | 507690 | 330 | CATTLE | 10-Jun | 10-Oct | 147 | 11 |
| KISSEL | 18003 | 967 | C | 504611 | 70 | CATTLE | 1-Jun | 19-Jun | 44 | 100 |
| LIGHT | 8331 | 1,020 | M | 507599 | 8 | HORSE | 7-May | 30-Oct | 17 | 37 |
| | | | | 507599 | 50 | CATTLE | 20-May | 30-Sep | 82 | 37 |
| LOOKOUT MTN | 8313 | 3,322 | M | 507714 | 900 | SHEEP | 5-May | 30-Jun | 118 | 35 |
| | | | | 507714 | 1400 | SHEEP | 25-Sep | 20-Nov | 184 | 35 |
| LOWER COFFEE POT | 8649 | 6,670 | M | 507512 | 1600 | SHEEP | 25-Sep | 4-Oct | 105 | 100 |
| | | | | 507512 | 800 | SHEEP | 5-Oct | 28-Oct | 126 | 100 |
| | | | | 507512 | 800 | SHEEP | 10-May | 16-Jun | 200 | 100 |
| LUARK | 8672 | 823 | M | 507686 | 128 | CATTLE | 20-May | 25-Jun | 70 | 45 |
| | | | | 507686 | 15 | CATTLE | 7-May | 20-May | 7 | 100 |
| | | | | 507686 | 15 | CATTLE | 1-Oct | 14-Oct | 7 | 100 |
| LUNDGREN-HOGBACK | 18017 | 957 | C | 507623 | 205 | CATTLE | 15-Dec | 1-Jan | 121 | 100 |
| MCBRIDE | 8354 | 649 | M | 507505 | 150 | CATTLE | 1-Jun | 10-Oct | 111 | 17 |
| MCKEEN CREEK | 8636 | 368 | M | 507718 | 260 | CATTLE | 1-Oct | 12-Oct | 103 | 100 |
| MIDDLE MAMM COM | 8128 | 1,232 | C | 507641 | 29 | CATTLE | 1-Jun | 30-Jun | 29 | 100 |
| | | | | 507544 | 112 | CATTLE | 3-Jun | 30-Jun | 103 | 100 |
| | | | | 507712 | 28 | CATTLE | 1-Jun | 30-Jun | 28 | 100 |
| MIDDLE RIFLE | 18011 | 1,467 | M | 507623 | 24 | CATTLE | 13-Jun | 30-Oct | 60 | 54 |
| MONIGER RIDGE 1 | 8644 | 388 | C | 507718 | 150 | CATTLE | 15-Jun | 30-Jun | 14 | 18 |
| | | | | 507718 | 108 | CATTLE | 15-May | 15-Jun | 20 | 18 |
| MONIGER RIDGE 2 | 8646 | 375 | M | 504433 | 20 | CATTLE | 16-May | 30-Sep | 27 | 30 |
| MOONEY | 8635 | 224 | M | 500142 | 25 | CATTLE | 16-May | 15-Sep | 30 | 30 |

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025972

*Appendix E  -  Livestock Grazing Management*

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| MORROW | 28019 | 717 | C | 504563 | 18 | CATTLE | 1-Aug | 30-Sep | 36 | 100 |
| MT SOPRIS | 8344 | 861 | M | 507715 | 102 | CATTLE | 25-May | 23-Jun | 21 | 21 |
| N THOMPSON CRK COM | 8348 | 3,260 | M | 507611 | 155 | CATTLE | 1-Jun | 15-Jun | 38 | 50 |
|  |  |  |  | 500227 | 92 | CATTLE | 1-Jun | 15-Jun | 23 | 50 |
|  |  |  |  | 507658 | 90 | CATTLE | 1-Jun | 15-Jun | 22 | 50 |
|  |  |  |  | 507611 | 155 | CATTLE | 10-Oct | 15-Oct | 15 | 50 |
|  |  |  |  | 507715 | 120 | CATTLE | 10-Oct | 16-Oct | 14 | 50 |
|  |  |  |  | 503986 | 113 | CATTLE | 10-Oct | 16-Oct | 13 | 50 |
|  |  |  |  | 500227 | 92 | CATTLE | 10-Oct | 16-Oct | 11 | 50 |
|  |  |  |  | 507592 | 268 | CATTLE | 1-Jun | 15-Jun | 66 | 50 |
|  |  |  |  | 507592 | 268 | CATTLE | 10-Oct | 15-Oct | 36 | 50 |
|  |  |  |  | 503987 | 104 | CATTLE | 10-Oct | 16-Oct | 12 | 50 |
|  |  |  |  | 507658 | 90 | CATTLE | 10-Oct | 16-Oct | 10 | 50 |
| N. BELLYACHE | 8712 | 2,755 | M | 502885 | 180 | CATTLE | 16-May | 15-Jun | 183 | 100 |
| NEWCOMER | 8617 | 89 | C | 507515 | 6 | CATTLE | 15-May | 14-Jun | 4 | 60 |
| NORTH KING MOUNTAIN | 8604 | 4,108 | M | 507724 | 350 | CATTLE | 20-Jun | 16-Jul | 311 | 100 |
|  |  |  |  | 507724 | 350 | CATTLE | 16-Jul | 15-Aug | 357 | 100 |
| ONION RIDGE | 8647 | 7,435 | M | 504596 | 245 | CATTLE | 29-Sep | 1-Oct | 24 | 100 |
|  |  |  |  | 504596 | 245 | CATTLE | 16-May | 10-Jul | 451 | 100 |
| PARADISE CREEK | 8212 | 2,572 | M | 507586 | 1000 | SHEEP | 1-Oct | 31-Oct | 102 | 50 |
|  |  |  |  | 507586 | 1000 | SHEEP | 16-May | 15-Jun | 102 | 50 |
| PINEY | 7577 | 648 | M | 507616 | 600 | SHEEP | 15-May | 15-Jun | 19 | 15 |

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025973

*Appendix E - Livestock Grazing Management*

**Table 4. Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| PINEY CREEK | 8701 | 250 | C | 507616 | 800 | SHEEP | 18-Sep | 18-Oct | 24 | 15 |
| | | | | 507616 | 500 | SHEEP | 15-Jun | 20-Jun | 10 | 50 |
| | | | | 507616 | 120 | CATTLE | 20-Jun | 25-Jun | 12 | 50 |
| | | | | 507616 | 120 | CATTLE | 25-Sep | 30-Sep | 12 | 50 |
| | | | | 507616 | 500 | SHEEP | 20-Sep | 25-Sep | 10 | 50 |
| PISKEY | 8606 | 10,630 | M | 503945 | 195 | CATTLE | 12-May | 17-Jul | 430 | 100 |
| PITMAN | 8117 | 1,126 | M | 507620 | 50 | CATTLE | 1-May | 15-Jun | 60 | 80 |
| | | | | 507620 | 22 | CATTLE | 16-Jun | 31-Oct | 80 | 80 |
| POLE CR & COTTONWOOD | 8126 | 962 | M | 507717 | 202 | CATTLE | 29-May | 15-Jun | 90 | 75 |
| | | | | 507717 | 202 | CATTLE | 1-May | 29-May | 10 | 5 |
| | | | | 507717 | 202 | CATTLE | 17-Oct | 30-Oct | 5 | 5 |
| | | | | 507717 | 202 | CATTLE | 15-Oct | 16-Oct | 10 | 75 |
| PORCUPINE COMMON | 8119 | 1,928 | M | 507632 | 11 | CATTLE | 16-Jun | 30-Sep | 33 | 84 |
| | | | | 503869 | 29 | CATTLE | 7-May | 20-Jun | 43 | 100 |
| | | | | 507632 | 195 | CATTLE | 16-May | 15-Jun | 167 | 84 |
| | | | | 500001 | 49 | CATTLE | 7-May | 20-Jun | 72 | 100 |
| | | | | 507632 | 70 | CATTLE | 1-Oct | 15-Oct | 29 | 84 |
| POSSUM CREEK | 8202 | 1,855 | C | 507512 | 800 | SHEEP | 22-Aug | 2-Sep | 63 | 100 |
| POTATO BILL | 8347 | 244 | C | 504530 | 42 | CATTLE | 16-Aug | 15-Oct | 16 | 19 |
| PRECTEL | 8311 | 77 | C | 507570 | 600 | CATTLE | 5-Jun | 8-Jun | 24 | 30 |
| PRETTI-ROBERTS | 18029 | 1,838 | M | 502901 | 800 | SHEEP | 1-Jan | 15-Feb | 242 | 100 |
| | | | | 504595 | 150 | CATTLE | 16-May | 15-Jun | 153 | 100 |

BLM_0025974

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| PRINCE CK | 8341 | 2,133 | I | 504530 | 237 | CATTLE | 16-May | 28-Jun | 336 | 98 |
| RED DIRT | 8626 | 2,949 | M | 503702 | 16 | CATTLE | 15-May | 11-Jun | 15 | 100 |
| | | | | 503702 | 63 | CATTLE | 4-Dec | 20-Dec | 35 | 100 |
| RED HILL COM | 8507 | 12,467 | M | 507661 | 25 | CATTLE | 6-May | 20-Jun | 38 | 100 |
| | | | | 507672 | 30 | CATTLE | 5-Jul | 15-Jul | 1 | 1 |
| | | | | 507672 | 69 | CATTLE | 10-May | 24-Jun | 104 | 100 |
| | | | | 507716 | 179 | CATTLE | 10-May | 24-Jun | 271 | 100 |
| | | | | 507522 | 100 | CATTLE | 10-May | 24-Jun | 151 | 100 |
| | | | | 507672 | 120 | CATTLE | 5-Oct | 15-Oct | 1 | 1 |
| | | | | 507672 | 75 | CATTLE | 1-Apr | 17-Apr | 1 | 1 |
| | | | | 507522 | 43 | CATTLE | 10-May | 24-Jun | 65 | 100 |
| RED MOUNTAIN | 18028 | 969 | C | 504611 | 82 | CATTLE | 26-May | 10-Jun | 43 | 100 |
| RILEY GULCH COM | 8920 | 1,359 | M | 507529 | 26 | CATTLE | 13-May | 15-Jun | 29 | 100 |
| | | | | 507653 | 76 | CATTLE | 1-May | 15-Jun | 115 | 100 |
| RIVER COMMON | 8615 | 3,885 | M | 507501 | 25 | CATTLE | 1-May | 31-May | 25 | 100 |
| | | | | 503702 | 13 | CATTLE | 1-May | 31-May | 13 | 100 |
| RIVER-CATAMOUNT | 8605 | 1,453 | M | 507515 | 50 | CATTLE | 1-May | 15-Jun | 76 | 100 |
| ROBERTS | 8027 | 135 | C | 502901 | 120 | SHEEP | 1-Dec | 1-Jan | 22 | 88 |
| RYDEN | 18024 | 1,390 | M | 504611 | 75 | CATTLE | 1-May | 15-Jun | 88 | 78 |
| S MCKEEN CREEK | 8637 | 41 | C | 507718 | 260 | CATTLE | 1-Oct | 12-Oct | 5 | 5 |
| SALT CREEK FOREST | 8722 | 741 | C | 502886 | 23 | CATTLE | 16-Jun | 23-Jul | 29 | 100 |
| SALT CREEK-BELLYACHE | 8721 | 4,369 | M | 502886 | 50 | CATTLE | 16-Oct | 22-Oct | 12 | 100 |

BLM_0025975

*Appendix E  -  Livestock Grazing Management*

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| SCOTT | 8106 | 978 |  | 502886 | 456 | CATTLE | 1-Jun | 16-Jun | 240 | 100 |
|  | 18037 | 447 | C | 507638 | 103 | CATTLE | 15-May | 13-Jun | 102 | 100 |
| SCUTTER GULCH |  |  | C | 507694 | 300 | SHEEP | 1-May | 16-May | 16 | 50 |
| SHIDELER | 8111 | 159 | C | 507712 | 4 | CATTLE | 1-Oct | 15-Nov | 6 | 100 |
|  |  |  |  | 507641 | 4 | CATTLE | 1-Oct | 15-Nov | 6 | 100 |
| SHIDELER IND | 8116 | 87 | C | 507712 | 4 | CATTLE | 16-May | 15-Jun | 4 | 100 |
|  |  |  |  | 507641 | 4 | CATTLE | 16-May | 15-Jun | 4 | 100 |
| SIMPSON & NICHOLS | 18022 | 475 | M | 507654 | 38 | CATTLE | 20-May | 10-Oct | 43 | 24 |
| SKEEN | 8227 | 160 | C | 507638 | 140 | CATTLE | 16-Aug | 31-Oct | 25 | 7 |
| SMITH 1 | 8108 | 254 | C | 507563 | 118 | CATTLE | 15-May | 10-Oct | 98 | 17 |
| SMITH GULCH | 8922 | 2,374 | C | 504661 | 970 | SHEEP | 1-Mar | 21-Mar | 134 | 100 |
|  |  |  |  | 504661 | 970 | SHEEP | 13-Feb | 28-Feb | 102 | 100 |
| SOUTH CANYON | 8217 | 1,709 | M | 502898 | 40 | CATTLE | 16-Jul | 15-Oct | 121 | 100 |
| SPRING CREEK | 8614 | 5,012 | M | 507603 | 151 | CATTLE | 1-Oct | 14-Oct | 70 | 100 |
|  |  |  |  | 507603 | 5 | HORSE | 7-May | 22-May | 3 | 100 |
|  |  |  |  | 507603 | 151 | CATTLE | 7-May | 22-May | 79 | 100 |
| SPRUCE GULCH COMMON | 8121 | 1,715 | M | 507632 | 196 | CATTLE | 16-May | 30-Jun | 113 | 38 |
|  |  |  |  | 507632 | 25 | CATTLE | 1-Oct | 30-Oct | 9 | 38 |
|  |  |  |  | 507516 | 14 | CATTLE | 15-May | 30-Sep | 51 | 80 |
| STARKEY GULCH | 8917 | 247 | M | 507653 | 42 | CATTLE | 1-May | 31-May | 5 | 12 |
| STATE BRIDGE | 8706 | 5,903 | M | 507616 | 21 | CATTLE | 15-May | 14-Jun | 21 | 100 |
|  |  |  |  | 507616 | 1160 | SHEEP | 15-May | 14-Jun | 236 | 100 |

*Appendix E  –  Livestock Grazing Management*

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| STORM KING | 8203 | | | 507616 | 1160 | SHEEP | 15-Sep | 14-Oct | 229 | 100 |
| STRUBI A NICK | 8665 | 5,916 | M | 504646 | 810 | SHEEP | 15-Aug | 4-Sep | 112 | 100 |
| SUNNYSIDE | 8613 | 204 | M | 507689 | 10 | CATTLE | 1-Jul | 30-Sep | 30 | 100 |
| SUNNYSIDE IND | 8611 | 669 | M | 507501 | 50 | CATTLE | 1-Jun | 15-Jun | 25 | 100 |
| SUTEY | 8320 | 1,848 | M | 507515 | 136 | CATTLE | 10-May | 31-May | 98 | 100 |
| | | 715 | M | 504007 | 55 | CATTLE | 1-Jun | 30-Jun | 54 | 100 |
| SW RIFLE CREEK | 18016 | 1,282 | | 507665 | 850 | SHEEP | 7-Jun | 14-Jun | 45 | 100 |
| | | | | 504568 | 108 | CATTLE | 16-May | 14-Jun | 107 | 100 |
| THOMAS | 8346 | 997 | M | 504593 | 500 | YRLING CATTLE | 13-Jun | 27-Jun | 49 | 20 |
| TRAIL GULCH | 8642 | 13,194 | M | 507603 | 120 | CATTLE | 7-May | 26-Jul | 320 | 100 |
| UPPER COTTONWOOD | 8639 | 1,125 | M | 500015 | 38 | CATTLE | 8-May | 25-Jun | 61 | 100 |
| | | | | 507716 | 28 | CATTLE | 8-May | 23-Jun | 43 | 100 |
| | | | | 507716 | 28 | YRLING CATTLE | 8-May | 23-Jun | 43 | 100 |
| | | | | 500015 | 5 | CATTLE | 26-Jun | 15-Sep | 13 | 100 |
| UPPER GARFIELD COM | 8222 | 4,560 | M | 507713 | 181 | CATTLE | 1-Jun | 10-Oct | 785 | 100 |
| UPPER JACK SPRING | 8645 | 77 | M | 504596 | 16 | CATTLE | 1-Jul | 1-Oct | 49 | 100 |
| UPPER PLACE | 8304 | 41 | C | 507546 | 200 | CATTLE | 1-Aug | 15-Oct | 15 | 3 |
| UPPER WALLACE COM | 8129 | 2,189 | I | 507593 | 121 | CATTLE | 28-Sep | 2-Oct | 20 | 100 |
| | | | | 507593 | 121 | CATTLE | 1-Jun | 15-Jun | 60 | 100 |
| | | | | 507556 | 22 | CATTLE | 1-Sep | 18-Oct | 35 | 100 |
| | | | | 507556 | 22 | CATTLE | 15-Apr | 15-Jun | 45 | 100 |
| UTE CREEK | 8707 | 3,103 | M | 507589 | 5 | HORSE | 1-Oct | 20-Nov | 2 | 18 |

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025977

*Appendix E  -  Livestock Grazing Management*

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 507589 | 1900 | SHEEP | 1-Oct | 20-Nov | 115 | 18 |
| | | | | 507589 | 1900 | SHEEP | 11-May | 25-Jun | 103 | 18 |
| | | | | 507589 | 5 | HORSE | 11-May | 25-Jun | 1 | 18 |
| VASTEN HOMESTEAD COM | 8336 | 718 | I | 503718 | 38 | CATTLE | 26-Jun | 5-Oct | 127 | 100 |
| | | | | 500027 | 10 | CATTLE | 16-Jun | 10-Oct | 38 | 100 |
| | | | | 503985 | 20 | CATTLE | 16-Jun | 10-Oct | 77 | 100 |
| W HARDSCRABBLE COM | 8504 | 16,300 | I | 507522 | 100 | CATTLE | 16-May | 30-Jun | 151 | 100 |
| | | | | 507672 | 128 | CATTLE | 16-May | 30-Jun | 194 | 100 |
| | | | | 507566 | 10 | CATTLE | 16-Oct | 31-Oct | 5 | 100 |
| | | | | 507672 | 10 | CATTLE | 16-Oct | 31-Oct | 5 | 100 |
| | | | | 507566 | 395 | CATTLE | 16-May | 30-Jun | 597 | 100 |
| | | | | 507522 | 10 | CATTLE | 16-Oct | 30-Oct | 5 | 100 |
| W SUNNYSIDE | 8612 | 241 | M | 507651 | 20 | CATTLE | 25-May | 14-Jun | 11 | 83 |
| | | | | 507651 | 100 | CATTLE | 12-Oct | 15-Oct | 11 | 83 |
| W. BASALT MTN | 8316 | 1,783 | M | 507558 | 260 | CATTLE | 16-Oct | 18-Oct | 26 | 100 |
| | | | | 507558 | 260 | CATTLE | 26-May | 20-Jun | 222 | 100 |
| WATTS | 18021 | 840 | M | 507665 | 800 | SHEEP | 15-Sep | 1-Nov | 114 | 45 |
| | | | | 507665 | 800 | SHEEP | 1-Jun | 1-Jul | 73 | 45 |
| WEAVER | 18009 | 6,335 | M | 502902 | 900 | SHEEP | 2-Oct | 9-Oct | 47 | 100 |
| | | | | 502902 | 875 | SHEEP | 10-May | 22-Jun | 253 | 100 |
| WEST CASTLE | 8620 | 4,524 | M | 507515 | 200 | CATTLE | 1-Aug | 31-Aug | 204 | 100 |
| | | | | 507515 | 200 | CATTLE | 1-Jul | 31-Jul | 204 | 100 |

*Colorado River Valley Field Office Approved Resource Management Plan*

**Table 4.  Permitted Use (continued)**

| Allotment Name | Allotment Number | Public Acres | Management Category | Authorization Number | Livestock Number | Livestock Kind | Begin Date | End Date | AUMs | % Public Land |
|---|---|---|---|---|---|---|---|---|---|---|
| WHEELOCK IND LARGE | 8607 | 30 | C | 507663 | 79 | CATTLE | 1-Nov | 28-Feb | 25 | 8 |
| | | | | 507663 | 10 | CATTLE | 16-Nov | 15-Jan | 2 | 8 |
| WHITMAN | 8102 | 845 | M | 501971 | 60 | CATTLE | 1-May | 31-May | 61 | 100 |
| WILLOW CREEK | 8629 | 3,316 | M | 503702 | 70 | CATTLE | 15-May | 11-Jun | 64 | 100 |
| | | | | 503702 | 89 | CATTLE | 11-Jun | 21-Jun | 32 | 100 |
| WITTWER | 8038 | 80 | C | 507673 | 4 | CATTLE | 1-May | 31-May | 4 | 100 |
| WOLCOTT | 8702 | 3,289 | M | 507616 | 21 | CATTLE | 15-May | 14-Jun | 21 | 100 |
| | | | | 507616 | 1160 | SHEEP | 15-May | 14-Jun | 236 | 100 |
| | | | | 507616 | 1160 | SHEEP | 15-Sep | 14-Oct | 229 | 100 |
| WOLCOTT ISOLATED TR | 8710 | 136 | M | 507590 | 45 | CATTLE | 20-Sep | 1-Oct | 18 | 100 |
| | | | | 507590 | 45 | CATTLE | 25-Jun | 9-Jul | 22 | 100 |

# APPENDIX F
# RECREATION AND VISITOR SERVICES MANAGEMENT FRAMEWORK FOR SPECIAL AND EXTENSIVE RECREATION MANAGEMENT AREAS

# Table of Contents

Page

| | |
|---|---|
| INTRODUCTION | 1 |
| KEY RECREATION PLANNING TERMS AND DEFINITIONS. | 1 |
| MAP OF RECREATION MANAGEMENT AREAS | 4 |
| MANAGEMENT FRAMEWORKS FOR SPECIAL RECREATION MANAGEMENT AREAS | 6 |
| HARDSCRABBLE-EAST EAGLE  SRMA - RMZ 1 | 7 |
| HARDSCRABBLE-EAST EAGLE  SRMA - RMZ 2 | 18 |
| KING MOUNTAIN  SRMA | 29 |
| RED HILL  SRMA | 40 |
| THE CROWN  SRMA | 51 |
| UPPER COLORADO RIVER  SRMA - RMZ 1 | 62 |
| UPPER COLORADO RIVER  SRMA - RMZ 2 | 74 |
| MANAGEMENT FRAMEWORKS FOR EXTENSIVE RECREATION MANAGEMENT AREAS | 86 |
| BOCCO MOUNTAIN  ERMA | 87 |
| EAGLE RIVER  ERMA | 91 |
| GYPSUM HILLS  ERMA | 95 |
| NEW CASTLE  ERMA | 99 |
| SILT MESA  ERMA | 103 |
| THOMPSON CREEK  ERMA | 107 |

BLM_0025981

## INTRODUCTION.

This appendix provides supporting information to recreation and visitor services decisions in the Approved RMP.

## KEY RECREATION PLANNING TERMS AND DEFINITIONS.

### A. Special Recreation Management Area (SRMA).

*Definition.* The SRMAs are administrative units where the existing or proposed recreation opportunities and recreation setting characteristics are recognized for their unique value, importance and/or distinctiveness, especially as compared to other areas used for recreation.

*Management Focus.* The SRMAs are managed to protect and enhance a targeted set of activities, experiences, benefits, and desired recreation setting characteristics. The SRMAs may be subdivided into recreation management zones (RMZ) to further delineate specific recreation opportunities. Within SRMAs, R&VS management is recognized as the predominant land management focus, where specific recreation opportunities and recreation setting characteristics are managed and protected on a long-term basis.

*Requirements.* The SRMAs/RMZs must have measurable outcome-focused objectives. Supporting management actions and allowable use decisions are required to: 1) sustain or enhance recreation objectives, 2) protect the desired recreation setting characteristics, and 3) constrain uses, including non-compatible recreation activities that are detrimental to meeting recreation or other critical resource objectives (e.g. cultural or threatened and endangered species).

### A1. SRMA/RMZ Outcome Objective. The outcome objective is a clear, measurable, and agreed-upon guide for decision making and evaluation of management effectiveness. SRMA/RMZ objectives must define the specific recreation opportunities (i.e. activities, experiences and benefits derived from those experiences) which become the focus of R&VS management.

### A2. Recreation Outcomes. Recreation outcomes consist of experiences and benefits and are defined as:

*Experiences.* Recreation experiences are immediate states-of-mind resulting from participation in recreation opportunities that result in benefits.

*Benefits.* Recreation benefits accrue from having a satisfying recreation experience that leads to an (a) improved condition or (b) maintenance of a desired condition. These accrue from recreation participation, and are both short and long term and are realized on and off-site. Benefits are identified in one of four categories and are described as:

BLM_0025982

- *Personal/Individual Benefits:* Recreation and leisure contributes to personal well-being and human development. It contributes to better physical and mental health for all individuals.

- *Social/Community Benefits:* Recreation contributes to the quality of life within communities by encouraging positive lifestyles choices, building social skills, reducing crime and fostering a sense of community pride.

- *Economic Benefits:* Investments in recreation represent an investment in our economies through diversifying our economies, by attracting new businesses and by generating employment opportunities.

- *Environmental Benefits:* Participation in recreation and outdoor education programs can help protect the quality of the environment through improved understanding and stewardship of our natural, cultural and historic resources.

**A3. Proposed Recreation Setting Characteristics (RSCs).** Proposed (or desired) RSCs are a description of the physical, social and operational characteristics that define an RMA's function and condition in the future. The desired RSCs may currently exist and be maintained, or may be a target toward which management of the RMA or RMZ is to be directed that takes years to reach.. Three recreation setting components and their RSCs are considered: a) the physical qualities of nature and the landscape defined by remoteness, naturalness and facilities; b) the social qualities associated with use defined by group size, contacts and evidence of use; and c) the operational conditions to manage recreation use defined by type of access, visitor services and management controls. The BLM establishes these criteria in the land use plan to guide management action and allowable use decisions as well as the identification of site-specific use levels for activities during plan implementation (BLM H-1601-1, Page 13). These are initial allocations unless otherwise stated. Monitoring and evaluation may cause recreation managers to adjust the RSCs over the life of the plan to meet recreation objectives.

**B. Extensive Recreation Management Area (ERMA).**

*Definition.* The ERMAs are administrative units that require specific management consideration in order to address recreation use, demand or R&VS program investments.

*Management Focus.* The ERMAs are managed to support and sustain the principal recreation activities and the associated qualities and conditions of the ERMA. Management of ERMA areas is commensurate with the management of other resources and resource uses.

*Requirements.* The ERMAs must have measurable objectives. Supporting management actions and allowable use decisions must facilitate the visitors' ability to participate in outdoor recreation activities and protect the associated qualities and conditions. Non-compatible uses, including some recreation activities, may be restricted or constrained to achieve interdisciplinary objectives.

BLM_0025983

**B1. ERMA Objective**.   ERMA objectives must define the recreation activities and the associated qualities and conditions which become the focus for R&VS management.

## C.  Supporting Management Action and Allowable Use Decisions.

Management actions and allowable use decisions are generally described as land use planning (LUP) level decisions needed to achieve program objectives or constrain non-compatible land uses. Supporting management action and allowable use decisions are selected in terms of their ability to help achieve the recreation objectives (i.e., recreation opportunities), maintain or enhance the recreation settings or guide recreation implementation.

## D.  Implementation Decisions Included in this RMP Revision.

Implementation decisions allow site specific (on-the-ground) actions needed to achieve land use plan decisions (see Land Use Planning Handbook H-1601-1, p. 30-31 and CFR 8365.1-6 Supplementary rules).   If implementation decisions are included in the land use planning document to achieve R&VS program objectives, they must be clearly distinguished as implementation decisions that are appealable to the Interior Board of Land Appeals.

## E.  Best Management Practices.

Recreation management areas with complex implementation issues may require a subsequent implementation-level recreation area management plan (RAMP) tiered to land use plan decisions. Subsequent site-specific NEPA analysis would be required to implement some types of actions. Other actions that involve education, information, interpretation and monitoring may not require site-specific NEPA analysis. The subsequent best management practices for implementation-level planning guidance is presented to illustrate opportunities for active stakeholder collaboration and to provide a suite of possible implementation actions that could be adaptively performed to ensure management effectiveness in meeting recreation and visitor services goals and objectives.

## F.  Supplementary Rules (43 CFR 8365.1-6).

Supplementary rules may be established to provide for the protection of persons, property, and public lands and resources. Supplementary rules may be proposed in circumstances where existing regulations are not sufficient to manage resource use conflicts or to protect resources and may also be needed to implement decisions in resource management plans or other planning documents.  Supplementary rules are used to support objectives of 43 CFR Subpart 8365, "Rules of Conduct" for the protection of public lands and resources, and for the protection, comfort and well-being of the public in its use of recreation areas, sites and facilities on public lands.

BLM_0025984

# MAP OF
# RECREATION MANAGEMENT AREAS

BLM_0025985



BLM_0025986

# MANAGEMENT FRAMEWORKS

# FOR

# SPECIAL RECREATION MANAGEMENT AREAS

BLM_0025987

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## HARDSCRABBLE-EAST EAGLE SPECIAL RECREATION MANAGEMENT AREA
## RECREATION MANAGEMENT ZONE 1

### HARDSCRABBLE-EAST EAGLE SRMA - RMZ 1 AREA MAP



BLM_0025988

**HARDSCRABBLE-EAST EAGLE SRMA - RMZ 1**
**RECREATION OBJECTIVE**

**REC-OBJ-01a (Hardscrabble-East Eagle SRMA - RMZ 1).** Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.

Activities.
- Mountain biking for cross-country (XC) type bikes.
- Hiking.

Experiences.
- Enjoying frequent access to outdoor physical activity
- Developing your skills and abilities
- For the challenge or sport
- Enjoying the areas wildlife, scenery, views and aesthetics.

Benefits.
- Personal:
  - Improved physical fitness/ better health maintenance
  - Improved outdoor recreation skills
  - Living a more outdoor-oriented lifestyle.
  - Improved balance of work and play in my life
  - Restored my mind from stress/tension/anxiety

- Community/Social:
  - Heightened sense of satisfaction with our community
  - Lifestyle improvement or maintenance
  - Enlarged sense of community dependency on public lands
  - Greater community involvement in recreation and other land use decisions

- Environmental:
  - Greater community ownership & stewardship of recreation & natural resources.

- Economic:
  - Maintain local tourism revenue
  - Increased desirability as a place to live or retire.

BLM_0025989

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

### HARDSCRABBLE-EAST EAGLE SRMA - RMZ 1
### DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (400 acres)\** | *Back Country Classification (20 acres)\** | *Middle Country Classification (5,100 acres)\** | *Front Country Classification (3,700 acres)\** | *Rural Classification (300 acres)\** | *Urban Classification (1000 acres)\** |
|---|---|---|---|---|---|
| **Remoteness (approx. distance from routes)** - Overtime class acreages may change but all classes still exist. | | | | | |
| More than ½ mile from either mechanized or motorized trails/routes. | Within ½ mile of mechanized trails/routes. | Within ½ mile of four-wheel drive vehicle, ATV and motorcycles routes. (BLM identified "Primitive Roads" and "Motorized Trails") | Within ½ mile of low-clearance or passenger vehicle routes (BLM identified "Roads") (includes unpaved County roads and private land routes). | Within ½ mile of paved/primary roads and highways. | Within ½ mile of streets and roads within municipalities and along highways. |
| **Naturalness (landscape texture form, line, color)** - The existing , but varied, level of naturalness is maintained.  Any new non-recreational land uses  have a low level of contrast with the landscape and are not visually obvious from recreation facilities and trails.  New ROWs (e.g., communication sites, utilities) are co-located within existing disturbances or at existing sites. | | | | | |
| Undisturbed natural landscape. | Natural landscape with modifications in harmony with surroundings and not visually obvious (e.g., stock ponds, habitat treatments, historic structures). | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, ditches). | Character of the natural landscape partially modified but none overpower natural landscape (e.g., structures, utilities). | Character of the natural landscape considerably modified (i.e., agriculture, residential, airstrips or industrial alterations). | Urbanized developments dominate landscape. |
| **Visitor Facilities** - Single-track trail systems are expanded, maintained, re-routed and signed.  Work with cooperators to develop new recreation facilities off-site near access points. | | | | | |
| No structures. Foot/horse and water trails only. | Trails made mostly of native materials such as log bridges. Structures are rare and isolated. | Maintained and marked trails, rustic trailhead developments. | Basic facilities such as campsites, restrooms, trailheads, and interpretive displays. | Modern facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. | Elaborate full-service facilities such as laundry, restaurants, and groceries. |

*\*Acres are based on mapping the RSC of remoteness*

| **Existing RSCs** | **Desired RSCs** |
|---|---|

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025990



**HARDSCRABBLE-EAST EAGLE SRMA - RMZ 1**
**DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MAP**

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

*Colorado River Valley Field Office Approved Resource Management Plan*

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## HARDSCRABBLE-EAST EAGLE SRMA - RMZ 1
### DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (0 acres)** | *Back Country Classification (6,400 acres)** | *Middle Country Classification (4,100 acres)** | *Front Country Classification (0 acres)** | *Rural Classification (0 acres)** | *Urban Classification (0 acres)** |
|---|---|---|---|---|---|
| **Contacts (with other groups) -** Participants encounter a primary use season (Mid-April through October) average of up to 15 encounters/day in areas classified as back country and encounter an average of up to 29 encounters/day in areas classified as middle country. | | | | | |
| Six or fewer encounters/day on travel routes. | 7-15 encounters/day on travel routes. | 16-29 encounters/ day on travel routes. | 30 or more encounters/day on travel routes. | People seem to be generally everywhere. | Busy place with other people constantly in view. |
| **Group Size -** Away from trailheads, participants encounter a primary use season (Mid-April through October) average of up to 9 people per group in areas classified as back country and up to 12 people per group in areas classified as middle country. | | | | | |
| Fewer than or equal to 3 people per group. | 4-6 people per group. | 7-12 people per group | 13-25 people per group. | 26-50 people per group. | Greater than 50 people per group. |
| **Evidence of Use -** Localized areas of vegetation alteration and compacted/bare soils are found along trails and at trailheads. Inappropriate recreation use is rehabilitated. | | | | | |
| No alteration of the natural terrain. Footprints only observed. Sounds of people rare. | Areas of alteration uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | Small areas of alteration. Surface vegetation showing wear with some bare soils. Sounds of people occasionally heard. | Small areas of alteration prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. | A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. | Large areas of alteration prevalent. Some erosion. Constantly hear people. |

*\*Acres are based on mapping the RSC of contacts.*

| Existing RSCs | Desired RSCs |
|---|---|

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025992

### HARDSCRABBLE-EAST EAGLE SRMA - RMZ 1
### <u>DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MAP</u>



BLM_0025993

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## HARDSCRABBLE-EAST EAGLE SRMA - RMZ 1
### DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (400 acres)** | *Back Country Classification (1,500 acres)** | *Middle Country Classification (3,600 acres)** | *Front Country Classification (3,700 acres)** | *Rural Classification (300 acres)** | *Urban Classification (1,000 acres)** |
|---|---|---|---|---|---|
| **Public Access (types of public travel allowed)** - Mountain bike use is predominant in the RMZ and motorized use is limited to designated motorized routes.  In Hernage Gulch hiking is predominant. | | | | | |
| Foot, horse, and non-motorized float boat travel. | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | Ordinary highway auto and truck traffic is characteristic. | Wide variety of street vehicles and highway traffic is ever-present. |
| **Visitor Services and information** - Informational materials describe the SRMA and recreation opportunities.  BLM staff/volunteers are periodically present at recreation sites but occasionally present away from recreation sites. | | | | | |
| No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | Basic maps, staff infrequently present (e.g. seasonally, high use periods) to provide on-site assistance. | Area brochures and maps. Staff occasionally present (e.g. most weekends) to provide on-site assistance. | Information materials describe recreation area & opportunities. Staff periodically present (e.g. weekdays & weekends). | Information materials described to the left. Staff regularly present (e.g. almost daily). | Information materials described to the left. Regularly scheduled on-site outdoor demonstrations and clinics. |
| **Management Controls and Regulations**- Adequate but not overly restrictive level of visitor and land use restrictions initially in place to protect RSCs  including winter closures for the benefit of wildlife. Restrictions and ethics are posted at trailheads. Directional signage is installed on trails. | | | | | |
| No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | Basic user regulations at key access points. Minimum use restrictions. | Some regulatory and ethics signing. Moderate use restrictions. | Rules, regulations and ethics clearly posted. Use restrictions, limitations and/or closures. | Regulations strict and ethics prominent. Use may be limited by permit, reservation, etc. | Enforcement in addition to rules to reduce conflicts, hazards, and resource damage. |

*Acres are based on mapping the RSC of public access.*

| **Existing RSCs** | **Desired RSCs** |
|---|---|

BLM_0025994

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## HARDSCRABBLE-EAST EAGLE SRMA - RMZ 1
### <u>DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MAP</u>



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025995

### HARDSCRABBLE-EAST EAGLE SRMA - RMZ 1
### MANAGEMENT ACTION AND ALLOWABLE USE DECISIONS

**REC-MA-01a (Hardscrabble-East Eagle SRMA - RMZ 1).**  Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31.  From April 1 to August 31, apply a 7-day camping limit.  Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years.
- SRPs are issued as a discretionary action for activities that:
  - are consistent with resource/program objectives *(e.g., SRPs may not be authorized/amended if desired use levels are meeting or projected to exceed desired levels of RMAs or recreation sites)*
  - are within budgetary/workload constraints *(e.g., If the CRVFO is unable to fulfill or complete all the necessary steps of issuing and managing an SRP, then an SRP may not be issued)*
  - would satisfy a public demand that the applicant can factually demonstrate is not being met *(e.g., SRPs may not be authorized/amended if a similar service is being offered in an area and there is no market research, demand analysis, recreation monitoring, or staff knowledge indicating a public demand exists)*
  - would not cause public health and safety issues or create user conflicts  *(e.g., An SRP may not be issued if BLM lands together with projected public use levels are insufficient to accommodate the proposed use).*
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments provided that the natural character and other recreation values on BLM land are not impacted over the long-term.

*Forestry:*
- The SRMA is open to timber harvest, firewood cutting and special forest product harvest that can be implemented without affecting the desired recreation setting. Allow vegetation treatments within SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term.

BLM_0025996

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs.

*Visual Resource Management:*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel are limited to designated routes).
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP to the extent practical. The final travel management network of trails would be determined through RMP implementation.*

## HARDSCRABBLE-EAST EAGLE SRMA - RMZ 1
### BEST MANAGEMENT PRACTICES

*Management:*
- Reroute trails that that cause natural or cultural resource damage or trespass on private property.
- Construct (estimated 12-15 miles) new single-track mountain bike trails to create loop trails, link existing trails, reduce the amount biking on roads and create trail connections to new access points. Construction of new trails would not be emphasized until the majority of trail reroutes have been completed.
- The management emphasis is on single-track trail riding for cross-country (XC) type bikes. Downhill bikes are primarily intended for high speed descent. Downhill biking

BLM_0025997

trails would not be constructed.

- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

*Administration:*

- Administrative use authorizations for motorized access are granted on a case-by-case basis.

*Information and Education:*

- Create an SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.

*Monitoring:*

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of Mid-April through October.

BLM_0025998

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## HARDSCRABBLE-EAST EAGLE SPECIAL RECREATION MANAGEMENT AREA
## RECREATION MANAGEMENT ZONE 2

### HARDSCRABBLE-EAST EAGLE SRMA - RMZ 2 AREA MAP



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0025999

### HARDSCRABBLE-EAST EAGLE SRMA - RMZ 2
### RECREATION OBJECTIVE

**REC-OBJ-01a (Hardscrabble-East Eagle SRMA - RMZ 2).** Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.

Activities.
- Off-highway vehicle riding and driving.

Experiences.
- Escaping everyday responsibilities for a while
- Enjoying frequent access to outdoor physical activity
- For the challenge or sport
- To be with others who enjoy the same things I do.

Benefits.
- Personal:
  - Living a more outdoor- oriented lifestyle
  - Improved balance of work and play in my life
  - Enhance sense of personal freedom
  - Restored my mind from stress/tension/anxiety
  - Developing stronger ties with my family or friends

- Community/Social:
  - Lifestyle improvement or maintenance
  - Strengthening relationships with family and friends
  - Enlarged sense of community dependency on public lands
  - Greater community involvement in recreation and other land use decisions

- Environmental:
  - Greater community ownership & stewardship of recreation & natural resources.

- Economic:
  - Maintain local tourism revenue
  - Increased desirability as a place to live or retire.

BLM_0026000

### HARDSCRABBLE-EAST EAGLE SRMA - RMZ 2
### DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (0 acres)** | *Back Country Classification (0 acres)** | *Middle Country Classification (8400 acres)** | *Front Country Classification (1000 acres)** | *Rural Classification (10 acres)** | *Urban Classification (2000 acres)** |
|---|---|---|---|---|---|
| **Remoteness (approx. distance from routes) -**  Overtime class acreages may change but all classes still exist . | | | | | |
| More than ½ mile from either mechanized or motorized trails/routes. | Within ½ mile of mechanized trails/routes. | Within ½ mile of four-wheel drive vehicle, ATV and motorcycles routes. (BLM identified "Primitive Roads" and "Motorized Trails") | Within ½ mile of low-clearance or passenger vehicle routes (BLM identified "Roads") (includes unpaved County roads and private land routes). | Within ½ mile of paved/primary roads and highways. | Within ½ mile of streets and roads within municipalities and along highways. |
| **Naturalness (landscape texture form, line, color)**  The existing, but varied, level of naturalness is maintained.  Any new land uses  have a low level of contrast with the landscape and are not visually obvious from recreation facilities and trails.  New ROWs (e.g.,  communication sites, utilities) are co-located within existing disturbances or at existing sites. | | | | | |
| Undisturbed natural landscape. | Natural landscape with modifications in harmony with surroundings and not visually obvious (e.g., stock ponds, habitat treatments, historic structures). | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, ditches). | Character of the natural landscape partially modified but none overpower natural landscape (e.g., structures, utilities). | Character of the natural landscape considerably modified (i.e., agriculture, residential, airstrips or industrial alterations). | Urbanized developments dominate landscape. |
| **Visitor Facilities -** Travel routes are maintained, enhanced and rerouted to be sustainable.  Work with cooperators to develop new recreation facilities off-site near access points. | | | | | |
| No structures. Foot/horse and water trails only. | Trails made mostly of native materials such as log bridges. Structures are rare and isolated. | Maintained and marked trails, rustic trailhead developments. | Basic facilities such as campsites, restrooms, trailheads, and interpretive displays. | Modern facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. | Elaborate full-service facilities such as laundry, restaurants, and groceries. |

*\*Acres are based on mapping the RSC of remoteness.*

| Existing RSCs | | Desired RSCs |
|---|---|---|

BLM_0026001

**Physical RSC for Hardscrabble SRMA**

- Hardscrabble SRMA
- Primitive
- Back Country
- Front Country
- Middle Country
- Rural
- Urban

Colorado River Valley Field Office
Approved Resource Management Plan

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notice.

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

**HARDSCRABBLE-EAST EAGLE SRMA - RMZ 2**
**DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MAP**

### HARDSCRABBLE-EAST EAGLE SRMA - RMZ 2
### DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (0 acres)\** | *Back Country Classification (5,100 acres)\** | *Middle Country Classification (6,300 acres)\** | *Front Country Classification (0 acres)\** | *Rural Classification (0 acres)\** | *Urban Classification (0 acres)\** |
|---|---|---|---|---|---|
| **Contacts (with other groups)** - Participants encounter a primary use season (Mid-April through October) average of up to 15 encounters/day in back country class areas and encounter an average of up to 29 encounters/day within middle country class areas. | | | | | |
| Six or fewer encounters/day on travel routes. | 7-15 encounters/day on travel routes. | 16-29 encounters/ day on travel routes. | 30 or more encounters/day on travel routes. | People seem to be generally everywhere. | Busy place with other people constantly in view. |
| **Group Size** - Away from trailheads, participants encounter a primary use season  (Mid-April through October) average of  up to 9 people per group in areas classified as back country and up to 12 people per group in areas classified as middle country. | | | | | |
| Fewer than or equal to 3 people per group. | 4-6 people per group. | 7-12 people per group. | 13-25 people per group. | 26-50 people per group. | Greater than 50 people per group. |
| **Evidence of Use** - Localized areas of vegetation alteration and compacted/bare soils are found near along trails and at trailheads. Inappropriate recreation use is rehabilitated. | | | | | |
| No alteration of the natural terrain. Footprints only observed. Sounds of people rare. | Areas of alteration uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | Small areas of alteration. Surface vegetation showing wear with some bare soils.  Sounds of people occasionally heard. | Small areas of alteration prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. | A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. | Large areas of alteration prevalent. Some erosion. Constantly hear people. |

*\*Acres are based on mapping the RSC of contacts.*

**Existing RSCs**   **Desired RSCs**

BLM_0026003

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## HARDSCRABBLE-EAST EAGLE SRMA - RMZ 2
### DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MAP



BLM_0026004

## HARDSCRABBLE-EAST EAGLE SRMA - RMZ 2
## DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (0 acres)** | *Back Country Classification (80 acres)** | *Middle Country Classification (8,300 acres)** | *Front Country Classification (1,000 acres)** | *Rural Classification (10 acres)** | *Urban Classification (2,000 acres)** |
|---|---|---|---|---|---|
| **Public Access (types of public travel allowed)** - OHV access is maintained throughout the RMZ. | | | | | |
| Foot, horse, and non-motorized float boat travel. | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | Ordinary highway auto and truck traffic is characteristic. | Wide variety of street vehicles and highway traffic is ever-present. |
| **Visitor Services and Information** - Informational materials describe the SRMA and recreation opportunities.  BLM staff/volunteers are periodically present at recreation sites but occasionally present away from recreation sites. | | | | | |
| No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | Basic maps, staff infrequently present (e.g. seasonally, high use periods) to provide on-site assistance. | Area brochures and maps. Staff occasionally present (e.g. most weekends) to provide on-site assistance. | Information materials describe recreation area & opportunities. Staff periodically present (e.g. weekdays & weekends). | Information materials described to the left. Staff regularly present (e.g. almost daily). | Information materials described to the left. Regularly scheduled on-site outdoor demonstrations and clinics. |
| **Management Controls and Regulations-** Adequate but not overly restrictive level of visitor and land use restrictions initially in place to protect RSCs  including winter closures for the benefit of wildlife. Restrictions and ethics are posted at trailheads. Directional signage is installed on trails. | | | | | |
| No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | Basic user regulations at key access points. Minimum use restrictions | Some regulatory and ethics signing. Moderate use restrictions (e.g. camping, human waste). | Rules, regulations and ethics clearly posted. Use restrictions, limitations and/or closures. | Regulations strict and ethics prominent. Use may be  limited by permit, reservation, etc. | Enforcement in addition to rules to reduce conflicts, hazards, and resource damage. |

*\*Acres are based on mapping the RSC of public access.*

| Existing RSCs | Desired RSCs |
|---|---|

BLM_0026005



BLM_0026006

*Appendix F – Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

**HARDSCRABBLE-EAST EAGLE SRMA - RMZ 2**
**DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MAP**

*Colorado River Valley Field Office Approved Resource Management Plan*

## HARDSCRABBLE-EAST EAGLE SRMA - RMZ 2
### MANAGEMENT ACTION AND ALLOWABLE USE DECISIONS

**REC-MA-01a (Hardscrabble-East Eagle SRMA - RMZ 2).**  Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- Parking, camping and overnight use is prohibited on BLM lands along the North Hardscrabble Access Road (Spring Creek) within 300 feet from the centerline of said road  located in T. 5 S., R 85 W., Track 80, 6th PM.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years.
- SRPs are issued as a discretionary action for activities that:
  - are consistent with resource/program objectives *(e.g., SRPs may not be authorized/amended if desired use levels are meeting or projected to exceed desired levels of RMAs or recreation sites)*
  - are within budgetary/workload constraints *(e.g., If the CRVFO is unable to fulfill or complete all the necessary steps of issuing and managing an SRP, then an SRP may not be issued)*
  - would satisfy a public demand that the applicant can factually demonstrate is not being met *(e.g., SRPs may not be authorized/amended if a similar service is being offered in an area and there is no market research, demand analysis, recreation monitoring, or staff knowledge indicating a public demand exists)*
  - would not cause public health and safety issues or create user conflicts  *(e.g., An SRP may not be issued if BLM lands together with projected public use levels are insufficient to accommodate the proposed use).*
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites and  along North Hardscrabble Access Road (Spring Creek) within 300 feet from the centerline of said road  located in T. 5 S., R 85 W., Track 80, 6th PM.
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel which is limited to designated routes).

*Fuels/Fire Management and Vegetation Treatments:*
- Allow  fuels/vegetation  treatments  provided  that  the  natural  character  and  other recreation values on BLM land are not impacted over the long-term (5 years).

BLM_0026007

*Forestry:*
- The SRMA is open to timber harvest, firewood cutting and special forest product harvest that can be implemented without affecting the desired recreation setting. Allow vegetation treatments within SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs**.**

*Visual Resource Management:*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel, are limited to designated routes).
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP to the extent practical. The final travel management network of trails would be determined through RMP implementation.*


### HARDSCRABBLE-EAST EAGLE SRMA - RMZ 2
### BEST MANAGEMENT PRACTICES

*Management:*
- Reroute trails that that cause natural or cultural resource damage or trespass on private

BLM_0026008

property.
- Construct (estimated 12-15 miles) trails to create loop trails, link existing trails and create trail connections to new access points. Construction of new trails would not be emphasized until the majority of trail reroutes have been completed.
- Designate a motocross track with a staging area/camping area (pending an environmental assessment) in the Spring Creek area to be managed under a Recreation and Public Purposes lease by a partner.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.
- If future monitoring indicates that social RSCs are not being achieved, visitor health and safety issues exist, resource damage is occurring or user conflicts need to be addressed, the CRVFO may implement additional visitor use restrictions for private and commercial recreation use.

*Administration:*
- Administrative use authorizations for motorized access are granted on a case-by-case basis.

*Information and Education:*
- Create an SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.

*Monitoring:*
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of Mid-April through October.

BLM_0026009

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## KING MOUNTAIN SPECIAL RECREATION MANAGEMENT AREA

### KING MOUNTAIN SRMA AREA MAP



BLM_0026010

## KING MOUNTAIN SRMA
## <u>RECREATION OBJECTIVE</u>

**REC-OBJ-01b (King Mountain SRMA).**  Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.

Activities.
- Hunting by horseback (Scouting)
- Viewing wildlife
- Camping.

Experiences.
- Enjoying the area's wildlife, scenery, views & aesthetics
- To experience the natural surroundings
- Enjoying the closeness of family/friends
- For the challenge or sport.

Benefits.
- Personal:
  - Improved opportunity to view wildlife up close
  - Closer relationship with the natural world
  - Greater understanding of the importance of wildlife to my quality of life
  - Developing stronger ties with my family and friends
  - Living a more outdoor-oriented lifestyle

- Community/Social:
  - Strengthen relationships with family and friends
  - Greater household awareness and appreciation of our cultural heritage

- Environmental:
  - Greater protection of fish, wildlife, and plant habitat from growth, development and public use impacts

- Economic:
  - Maintain local tourism revenue.

BLM_0026011

## KING MOUNTAIN SRMA
## DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (25 acres)** | *Back Country Classification (515 acres)** | *Middle Country Classification (6,750 acres)** | *Front Country Classification (5000 acres)** | *Rural Classification (640 acres)** | *Urban Classification (0 acres)** |
|---|---|---|---|---|---|
| **Remoteness (approx. distance from routes) -** The SRMA retains the current level of remoteness. | | | | | |
| More than ½ mile from either mechanized or motorized trails/routes. | Within ½ mile of mechanized trails/routes. | Within ½ mile of four-wheel drive vehicle, ATV and motorcycles routes. (BLM identified "Primitive Roads" and "Motorized Trails") | Within ½ mile of low-clearance or passenger vehicle routes (BLM identified "Roads") (includes unpaved County roads and private land routes). | Within ½ mile of paved/primary roads and highways. | Within ½ mile of streets and roads within municipalities and along highways. |
| **Naturalness (landscape texture form, line, color) -** The existing , but varied, level of naturalness is maintained.  Any new land uses will have a low level of contrast with the landscape and are not visually obvious from recreation facilities and trails. New ROWs (e.g.,  communication sites, utilities) are co-located within existing disturbances or at existing sites. | | | | | |
| Undisturbed natural landscape. | Natural landscape with modifications in harmony with surroundings and not visually obvious (e.g., stock ponds, habitat treatments, historic structures). | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, ditches). | Character of the natural landscape partially modified but none overpower natural landscape (e.g., structures, utilities). | Character of the natural landscape considerably modified (i.e., agriculture, residential, airstrips or industrial alterations). | Urbanized developments dominate landscape. |
| **Visitor Facilities –** Higher use trails are marked and maintained as necessary.  Recreation facilities with basic visitor amenities occur at trailheads . | | | | | |
| No structures. Foot/horse and water trails only. | Trails made mostly of native materials such as log bridges. Structures are rare and isolated. | Maintained and marked trails, rustic trailhead developments. | Basic facilities such as campsites, restrooms, trailheads, and interpretive displays. | Modern facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. | Elaborate full-service facilities such as laundry, restaurants, and groceries. |

*Acres are based on mapping the RSC of remoteness.*

| Existing RSCs | Desired RSCs |
|---|---|

BLM_0026012

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

### KING MOUNTAIN SRMA
### DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MAP



BLM_0026013

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## KING MOUNTAIN SRMA
## DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (5,900 acres)** | *Back Country Classification (7,100 acres)** | *Middle Country Classification (0 acres)** | *Front Country Classification (0 acres)** | *Rural Classification (0 acres)** | *Urban Classification (0 acres)** |
|---|---|---|---|---|---|
| **Contacts (with other groups) -** Participants encounter a primary use season (August through November) average of up to 6 encounters/day in areas classified as primitive and encounter an average of up 15 encounters/day in areas classified as middle country. | | | | | |
| Six or fewer encounters/day on travel routes. | 7-15 encounters/day on travel routes. | 16-29 encounters/ day on travel routes. | 30 or more encounters/day on travel routes. | People seem to be generally everywhere. | Busy place with other people constantly in view. |
| **Group Size -** Away from trailheads, participants encounter a primary use season (August through November) average of up to 9 people per group in areas classified as primitive and up to 12 people per group in areas classified as back country. | | | | | |
| Fewer than or equal to 3 people per group. | 4-6 people per group. | 7-12 people per group | 13-25 people per group. | 26-50 people per group. | Greater than 50 people per group. |
| **Evidence of Use -** Small areas of alteration from recreation use. Surface vegetation showing wear with some bare soils at dispersed camping areas and recreation facilities. Sounds of people occasionally heard. Inappropriate recreation use is rehabilitated. | | | | | |
| No alteration of the natural terrain. Footprints only observed. Sounds of people rare. | Areas of alteration uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | Small areas of alteration. Surface vegetation showing wear with some bare soils. Sounds of people occasionally heard. | Small areas of alteration prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. | A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. | Large areas of alteration prevalent. Some erosion. Constantly hear people. |

*Acres are based on mapping the RSC of contacts.*

| **Existing RSCs** | **Desired RSCs** |
|---|---|

BLM_0026014

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

**KING MOUNTAIN SRMA**
<u>**DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MAP**</u>



BLM_0026015

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## KING MOUNTAIN SRMA
## DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (7,100 acres)\** | *Back Country Classification (0 acres)\** | *Middle Country Classification (200 acres)\** | *Front Country Classification (5100 acres)\** | *Rural Classification (600 acres)\** | *Urban Classification (0 acres)\** |
|---|---|---|---|---|---|
| **Public Access (types of public travel allowed)** - Away from the few motorized access routes, foot and horse use is predominant within the SRMA.   Mechanized use is not permitted.   Horse-drawn carts are permitted on designated routes into and  around Grimes Brook Reservoir. | | | | | |
| Foot, horse, and non-motorized float boat travel. | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | Ordinary highway auto and truck traffic is characteristic. | Wide variety of street vehicles and highway traffic is ever-present. |
| **Visitor Services and Information** - Area brochure describes the SRMA and recreation opportunities. BLM staff/volunteers are periodically present during the big game hunting seasons then infrequently present. | | | | | |
| No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | Basic maps, staff infrequently present (e.g. seasonally, high use periods) to provide on-site assistance. | Area brochures and maps. Staff occasionally present (e.g. most weekends) to provide on-site assistance. | Information materials describe recreation area & opportunities. Staff periodically present (e.g. weekdays & weekends). | Information materials described to the left. Staff regularly present (e.g. almost daily). | Information materials described to the left. Regularly scheduled on-site outdoor demonstrations and clinics. |
| **Management Controls and Regulations** - Adequate but not overly restrictive level of visitor and land use restrictions initially in place to protect RSCs.   Rules, regulations and ethics clearly posted at trailheads. | | | | | |
| No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | Basic user regulations at key access points. Minimum use restrictions. | Some regulatory and ethics signing. Moderate use restrictions. | Rules, regulations and ethics clearly posted. Use restrictions, limitations and/or closures. | Regulations strict and ethics prominent. Use may be limited by permit, reservation, etc. | Enforcement in addition to rules to reduce conflicts, hazards, and resource damage. |

*\*Acres are based on mapping the RSC of public access.*

| Existing RSCs | Desired RSCs |
|---|---|

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## KING MOUNTAIN SRMA
## DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MAP



BLM_0026017

### KING MOUNTAIN SRMA
### MANAGEMENT ACTION AND ALLOWABLE USE DECISIONS

**REC-MA-01b (King Mountain SRMA).**   Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31.  From April 1 to August 31, apply a 7-day camping limit.  Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years.
- SRPs are issued as a discretionary action for activities that:
  o are consistent with resource/program objectives *(e.g., SRPs may not be authorized/amended if desired use levels are meeting or projected to exceed desired levels of RMAs or recreation sites)*
  o are within budgetary/workload constraints *(e.g., If the CRVFO is unable to fulfill or complete all the necessary steps of issuing and managing an SRP, then an SRP may not be issued)*
  o would satisfy a public demand that the applicant can factually demonstrate is not being met *(e.g., SRPs may not be authorized/amended if a similar service is being offered in an area and there is no market research, demand analysis, recreation monitoring, or staff knowledge indicating a public demand exists)*
  o would not cause public health and safety issues or create user conflicts  *(e.g., An SRP may not be issued if BLM lands together with projected public use levels are insufficient to accommodate the proposed use).*
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The SRMA is open to timber harvest, firewood cutting and special forest product harvest that can be implemented without affecting the desired recreation setting.
- Allow vegetation treatments within SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

BLM_0026018

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs**.**

*Visual Resource Management:*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Horse-drawn carts are permitted on designated routes into and around Grimes Brook Reservoir.
- Over-snow travel is limited to designated routes

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP to the extent practical. The final travel management network of trails would be determined through RMP implementation.*


# KING MOUNTAIN SRMA
## BEST MANAGEMENT PRACTICES

*Management:*
- Maintain the existing route system, install minimal signage on trails and construct new trails only to connect to new access points.
- Reroute trails that that cause natural or cultural resource damage or trespass on private property.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-*

BLM_0026019

*adjusting* implementation actions to respond to future recreation issues and the results of monitoring.

- Allow vegetation treatments within the SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term.
- If future monitoring indicates that social RSCs are not being achieved, visitor health and safety issues exist, resource damage is occurring or user conflicts need to be addressed, the CRVFO may implement additional visitor use restrictions for private and commercial recreation use.

*Administration:*

- Administrative use authorizations for motorized access are granted on a case-by-case basis.

*Information and Education:*

- Create an SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.

*Monitoring:*

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows.  Monitor activity participation and RSCs annually during the primary use season of August through November.

BLM_0026020

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## RED HILL SPECIAL RECREATION MANAGEMENT AREA

### RED HILL SRMA AREA MAP



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026021

## RED HILL SRMA
## RECREATION OBJECTIVE

**REC-OBJ-01c (Red Hill SRMA).** Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.

Activities.
- Mountain biking for cross-country (XC) type bikes
- Hiking.

Experiences.
- Releasing or reducing some built up mental tensions
- Getting some needed physical exercise
- Enjoying frequent access to outdoor physical activity
- Enjoying the areas wildlife, scenery, views and aesthetics.

Benefits.
- Personal:
  o Improved physical fitness/ better health maintenance
  o Restored mind from stress/tension/anxiety
  o Living a more outdoor-oriented lifestyle
  o Improved balance of work and play in my life
  o Greater awareness of this area as a special place

- Community/Social:
  o Lifestyle improvement or maintenance
  o Enlarged sense of community dependency on public lands
  o Greater community involvement in recreation and other land use decisions

- Environmental:
  o Preservation of the special landscape character of this place

- Economic:
  o Greater value-added local services
  o Increased desirability as a place to live or retire.

BLM_0026022

## RED HILL SRMA
## DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (0 acres)** | *Back Country Classification (700 acres)** | *Middle Country Classification (0 acres)** | *Front Country Classification (1000 acres)** | *Rural Classification (500 acres)** | *Urban Classification (860 acres)** |
|---|---|---|---|---|---|
| **Remoteness (approx. distance from routes) -** Current level of remoteness from motorized vehicles is maintained. | | | | | |
| More than ½ mile from either mechanized or motorized trails/routes. | Within ½ mile of mechanized trails/routes. | Within ½ mile of four-wheel drive vehicle, ATV and motorcycles routes. (BLM identified "Primitive Roads" and "Motorized Trails") | Within ½ mile of low-clearance or passenger vehicle routes (BLM identified "Roads") (includes unpaved County roads and private land routes). | Within ½ mile of paved/primary roads and highways. | Within ½ mile of streets and roads within municipalities and along highways. |
| **Naturalness (landscape texture form, line, color)  -** The existing , but varied, level of naturalness is maintained.  Any new land uses will have a low level of contrast with the landscape and are not visually obvious from recreation facilities and trails.   New ROWs (e.g.,  communication sites, utilities) are co-located within existing disturbances or at existing sites. | | | | | |
| Undisturbed natural landscape. | Natural landscape with modifications in harmony with surroundings and not visually obvious (e.g., stock ponds, habitat treatments, historic structures). | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, ditches). | Character of the natural landscape partially modified but none overpower natural landscape (e.g., structures, utilities). | Character of the natural landscape considerably modified (i.e., agriculture, residential, airstrips or industrial alterations). | Urbanized developments dominate landscape. |
| **Visitor Facilities -**  Basic recreation developments at trailheads along with maintained and signed single-track trails within SRMA.   Trail connections made to new access points.  Designate route segment 8295i to create an additional mountain bike  loop trail on the northside. | | | | | |
| No structures. Foot/horse and water trails only. | Trails made mostly of native materials such as log bridges. Structures are rare and isolated. | Maintained and marked trails, rustic trailhead developments. | Basic facilities such as restrooms, trailheads, and interpretive displays. | Modern facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. | Elaborate full-service facilities such as laundry, restaurants, and groceries. |

*\*Acres are based on mapping the RSC of remoteness.*

| Existing RSCs | Desired RSCs |
|---|---|

BLM_0026023



*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

**RED HILL SRMA**

**DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MAP**

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026024

## RED HILL SRMA
## DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (0 acres)** | *Back Country Classification (800 acres)** | *Middle Country Classification (1,700 acres)** | *Front Country Classification (500 acres)** | *Rural Classification (0 acres)** | *Urban Classification (0 acres)** |
|---|---|---|---|---|---|
| **Contacts (with other groups)** - Participants encounter a primary use season (Mid-April through October) average encounters based on mapped classes. | | | | | |
| Six or fewer encounters/day on travel routes. | 7-15 encounters/day on travel routes. | 16-29 encounters/ day on travel routes. | 30 or more encounters/day on travel routes. | People seem to be generally everywhere. | Busy place with other people constantly in view. |
| **Group Size** - Participants encounter a primary use season (Mid-April through October) average of up to 6 people per group away from trailheads. | | | | | |
| Fewer than or equal to 3 people per group. | 4-6 people per group | 7-12 people per group. | 13-25 people per group. | 26-50 people per group. | Greater than 50 people per group. |
| **Evidence of Use** - A few small localized areas of vegetation alteration and compacted/bare soils are acceptable. Inappropriate recreation use is rehabilitated | | | | | |
| No alteration of the natural terrain. Footprints only observed. Sounds of people rare. | Areas of alteration uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | Small areas of alteration. Surface vegetation showing wear with some bare soils. Sounds of people occasionally heard. | Small areas of alteration prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. | A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. | Large areas of alteration prevalent. Some erosion. Constantly hear people. |

*Acres are based on mapping the RSC of contacts.*

**Existing RSCs**    **Desired RSCs**

BLM_0026025

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## RED HILL SRMA
### DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MAP



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026026

## RED HILL SRMA
## DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (0 acres)* * | *Back Country Classification (700 acres)* * | *Middle Country Classification (0 acres)* * | *Front Country Classification (1000 acres)* * | *Rural Classification (500 acres)* * | *Urban Classification (860 acres)* * |
|---|---|---|---|---|---|
| **Public Access (types of public travel allowed)** - Single-track mountain bike trails and use are predominant away from trailheads.  Hiking use is focused on the Mushroom Rock area.  Trail connections are made to new access points. | | | | | |
| Foot, horse, and non-motorized float boat travel. | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | Ordinary highway auto and truck traffic is characteristic. | Wide variety of street vehicles and highway traffic is ever-present. |
| **Visitor Services and Information** - Information materials describe  the SRMA, recreation opportunities, ethics and partnership.  BLM staff/volunteers are occasionally present at trailheads and infrequently present within the SRMA.   Increases in staffing or funding may allow more staff presence on-site. | | | | | |
| No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | Basic maps, staff infrequently present (e.g. seasonally, high use periods) to provide on-site assistance | Area brochures and maps. Staff occasionally present (e.g. most weekends) to provide on-site assistance. | Information materials describe recreation area & opportunities. Staff periodically present (e.g. weekdays & weekends). | Information materials described to the left. Staff regularly present (e.g. almost daily). | Information materials described to the left. Regularly scheduled on-site outdoor demonstrations and clinics. |
| **Management Controls and Regulations** - Adequate but not overly restrictive level of visitor and land use restrictions initially in place to protect RSCs in addition to winter closures for the benefit of wildlife.  Restrictions and ethics are posted at trailheads.  Directional signage is installed on trails. | | | | | |
| No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | Basic user regulations at key access points. Minimum use restrictions | Some regulatory and ethics signing. Moderate use restrictions. | Rules, regulations and ethics clearly posted. Use restrictions, limitations and/or closures. | Regulations strict and ethics prominent. Use may be  limited by permit, reservation, etc. | Enforcement in addition to rules to reduce conflicts, hazards, and resource damage. |

*\*Acres are based on mapping the RSC of public access.*

| Existing RSCs | Desired RSCs |
|---|---|

BLM_0026027

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## RED HILL SRMA
### DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MAP



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026028

### RED HILL SRMA
### MANAGEMENT ACTION AND ALLOWABLE USE DECISIONS

**REC-MA-01c (Red Hill SRMA).**   Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- The SRMA is closed to camping and overnight use.

*Special Recreation Permits:*
- No new SRPs for: competitive events, vending, commercial use, organized group activity/event use, or special area use would be issued.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs.

BLM_0026029

*Visual Resource Management:*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Comprehensive Trails and Travel Management:*
- The area is classified as closed to motorized vehicle use and limited to designated routes for mountain bikes.
- Except for the Mushroom Rock area, the SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.
- Over-snow travel is prohibited.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP to the extent practical. The final travel management network of trails would be determined through RMP implementation.*

## RED HILL SRMA
### IMPLEMENTATION DECISIONS

**REC-IMP-01c (Red Hill SRMA).**  Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Designate route segment 8295i to create an additional mountain bike loop trail on the northside.
- Make trail connections to new access points.

## RED HILL SRMA
### BEST MANAGEMENT PRACTICES

*Management:*
- Reroute trails that that cause natural or cultural resource damage or trespass on private property.
- Downhill bikes are primarily intended for high speed descent.  Downhill biking trails would not be constructed.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.
- If future monitoring indicates that social RSCs are not being achieved, visitor health and safety issues exist, resource damage is occurring or user conflicts need to be addressed, the CRVFO may implement additional visitor use restrictions for private and commercial recreation use.

*Administration:*

BLM_0026030

- Administer the SRMA under a Memorandum of Understanding between the Red Hill Council and the BLM CRVFO that outlines administrative roles and responsibilities.
- Administrative use authorizations for motorized access are granted on a case-by-case basis.

*Information and Education:*
- Continue to provide an SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Work with local tourism groups, local businesses and the Red Hill Council to tailor information and maps to the needs of local customers. Provide information at local outlets and on-site locations only.

*Monitoring:*
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.

BLM_0026031

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## THE CROWN SPECIAL RECREATION MANAGEMENT AREA

### THE CROWN SRMA AREA MAP



BLM_0026032

### THE CROWN SRMA
### RECREATION OBJECTIVE

**REC-OBJ-01d (The Crown SRMA).** Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.

Activities.
- Mountain biking for cross-country (XC) type bikes (Note: OHV use will occur on designated motorized routes).

Experiences.
- Enjoying frequent access to outdoor physical activity
- Getting some needed physical exercise
- Developing your skills and abilities
- For the challenge or sport
- Enjoying the areas wildlife, scenery, views and aesthetics.

Benefits.
- Personal:
  - Improved physical fitness/ better health maintenance
  - Improved outdoor recreation skills
  - Living a more outdoor-oriented lifestyle
  - Improved balance of work and play in my life
  - Restored my mind from stress/tension/anxiety

- Community/Social:
  - Lifestyle improvement or maintenance
  - Enlarged sense of community dependency on public lands
  - Greater community involvement in recreation and other land use decisions

- Economic:
  - Increased desirability as a place to live or retire
  - Greater value-added local services.

BLM_0026033

## THE CROWN SRMA
### DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (0 acres)** | *Back Country Classification (0 acres)** | *Middle Country Classification (7,300 acres)** | *Front Country Classification (1,450 acres)** | *Rural Classification (150 acres)** | *Urban Classification (140 acres)** |
|---|---|---|---|---|---|
| **Remoteness (approx. distance from routes)** - The SRMA is made slightly more remote by reducing unnecessary motorized vehicle routes however most roads remain for administrative use.  Increase miles mechanized routes throughout the SRMA. | | | | | |
| More than ½ mile from either mechanized or motorized trails/routes. | Within ½ mile of mechanized trails/routes. | Within ½ mile of four-wheel drive vehicle, ATV and motorcycles routes. (BLM identified "Primitive Roads" and "Motorized Trails") | Within ½ mile of low-clearance or passenger vehicle routes (BLM identified "Roads") (includes unpaved County roads and private land routes). | Within ½ mile of paved/primary roads and highways. | Within ½ mile of streets and roads within municipalities and along highways. |
| **Naturalness (landscape texture form, line, color)** - The existing , but varied, level of naturalness is maintained.  Any new non-recreational land uses  have a low level of contrast with the landscape and are not visually obvious from recreation facilities and trails.  New ROWs (e.g., communication sites, utilities) are co-located within existing disturbances or at existing sites. | | | | | |
| Undisturbed natural landscape. | Natural landscape with modifications in harmony with surroundings and not visually obvious (e.g., stock ponds, habitat treatments, historic structures). | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, ditches). | Character of the natural landscape partially modified but none overpower natural landscape (e.g., structures, utilities). | Character of the natural landscape considerably modified (i.e., agriculture, residential, airstrips or industrial alterations). | Urbanized developments dominate landscape. |
| **Visitor Facilities** - Single-track trail system is expanded, maintained, re-routed and signed.  Basic recreation facilities and visitor amenities occur at trailheads. Camping is within designated campsites. | | | | | |
| No structures. Foot/horse and water trails only. | Trails made mostly of native materials such as log bridges. Structures are rare and isolated. | Maintained and marked trails, rustic trailhead developments. | Basic facilities such as campsites, restrooms, trailheads, and interpretive displays. | Modern facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. | Elaborate full-service facilities such as laundry, restaurants, and groceries. |

*Acres are based on mapping the RSC of public access.*

| Existing RSCs | Desired RSCs |
|---|---|

BLM_0026034

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## THE CROWN SRMA
### DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MAP



BLM_0026035

### THE CROWN SRMA
### DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (0 acres)** | *Back Country Classification (5,300 acres)** | *Middle Country Classification (3,700 acres)** | *Front Country Classification (0 acres)** | *Rural Classification (0 acres)** | *Urban Classification (0 acres)** |
|---|---|---|---|---|---|
| **Contacts (with other groups) -** Participants encounter a primary use season (Mid-April through October) average of up to 15 encounters/day in areas classified as back country and an average of up to 29 encounters/day within areas classified as middle country. | | | | | |
| Six or fewer encounters/day on travel routes. | 7-15 encounters/day on travel routes. | 16-29 encounters/ day on travel routes. | 30 or more encounters/day on travel routes. | People seem to be generally everywhere. | Busy place with other people constantly in view. |
| **Group Size -** Participants encounter a primary use season (Mid-April through October) average of up to 6 people per group away from trailheads | | | | | |
| Fewer than or equal to 3 people per group. | 4-6 people per group. | 7-12 people per group. | 13-25 people per group. | 26-50 people per group. | Greater than 50 people per group. |
| **Evidence of Use -** Localized areas of vegetation alteration and wear are found near along trails, at trailheads and at campsites.   Evidence of others decrease away from motorized routes and access points.  Inappropriate recreation use is rehabilitated. | | | | | |
| No alteration of the natural terrain. Footprints only observed. Sounds of people rare. | Areas of alteration uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | Small areas of alteration. Surface vegetation showing wear with some bare soils.  Sounds of people occasionally heard. | Small areas of alteration prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. | A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. | Large areas of alteration prevalent. Some erosion. Constantly hear people. |

*\*Acres are based on mapping the RSC of contacts.*

| Existing RSCs | Desired RSCs |
|---|---|

BLM_0026036

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## THE CROWN SRMA
## DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MAP



BLM_0026037

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## THE CROWN SRMA
### DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MATRIX

| Primitive Classification (0 acres)* | Back Country Classification (800 acres)* | Middle Country Classification (6,500 acres)* | Front Country Classification (1,450 acres)* | Rural Classification (150 acres)* | Urban Classification (140 acres)* |
|---|---|---|---|---|---|
| **Public Access (types of public travel allowed)** - Mountain bike use is predominant within the SRMA but the area is generally accessible to motorized use on designated motorized routes. | | | | | |
| Foot, horse, and non-motorized float boat travel. | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | Ordinary highway auto and truck traffic is characteristic. | Wide variety of street vehicles and highway traffic is ever-present. |
| **Visitor Services and Information** - Information materials describe the SRMA and recreation opportunities. BLM staff/volunteers are periodically present at recreation sites but occasionally present away from recreation sites. | | | | | |
| No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | Basic maps, staff infrequently present (e.g. seasonally, high use periods) to provide on-site assistance. | Area brochures and maps. Staff occasionally present (e.g. most weekends) to provide on-site assistance. | Information materials describe recreation area & opportunities. Staff periodically present (e.g. weekdays & weekends). | Information materials described to the left. Staff regularly present (e.g. almost daily). | Information materials described to the left. Regularly scheduled on-site outdoor demonstrations and clinics. |
| **Management Controls and Regulations** - Adequate but not overly restrictive level of visitor and land use restrictions initially in place to protect RSCs including winter closures for the benefit of wildlife. Restrictions and ethics are posted at trailheads. Directional signage is installed on trails. | | | | | |
| No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | Basic user regulations at key access points. Minimum use restrictions. | Some regulatory and ethics signing. Moderate use restrictions. | Rules, regulations and ethics clearly posted. Use restrictions, limitations and/or closures. | Regulations strict and ethics prominent. Use may be limited by permit, reservation, etc. | Enforcement in addition to rules to reduce conflicts, hazards, and resource damage. |

*\*Acres are based on mapping the RSC of public access.*

| **Existing RSCs** | **Desired RSCs** |
|---|---|

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026038

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## THE CROWN SRMA
### DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MAP



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026039

## THE CROWN SRMA
## MANAGEMENT ACTION AND ALLOWABLE USE DECISIONS

**REC-MA-01d (The Crown SRMA).**   Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- Camping and overnight use is prohibited on BLM lands outside of designated campsites and developed campgrounds within ¼ mile of Prince Creek Road (Pitkin County Road 7).
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31. From April 1 to August 31, apply a 7-day camping limit. Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years.
- SRPs are issued as a discretionary action for activities that:
  - are consistent with resource/program objectives *(e.g., SRPs may not be authorized/amended if desired use levels are meeting or projected to exceed desired levels of RMAs or recreation sites)*
  - are within budgetary/workload constraints *(e.g., If the CRVFO is unable to fulfill or complete all the necessary steps of issuing and managing an SRP, then an SRP may not be issued)*
  - would satisfy a public demand that the applicant can factually demonstrate is not being met *(e.g., SRPs may not be authorized/amended if a similar service is being offered in an area and there is no market research, demand analysis, recreation monitoring, or staff knowledge indicating a public demand exists)*
  - would not cause public health and safety issues or create user conflicts  *(e.g., An SRP may not be issued if BLM lands together with projected public use levels are insufficient to accommodate the proposed use).*
- Vending permits are prohibited except for special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

BLM_0026040

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs**.**

*Visual Resource Management (VRM):*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited.
- The SRMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP to the extent practical. The final travel management network of trails would be determined through RMP implementation.*

## THE CROWN SRMA
### IMPLEMENTATION DECISIONS

**REC-IMP-01d  (The Crown SRMA).**  Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of motorized routes, excepting re-routes, within the SRMA will not increase beyond the baseline of designated routes.

BLM_0026041

## THE CROWN SRMA
## BEST MANAGEMENT PRACTICES

*Management:*
- Reroute trails that that create resource damage and trespass on private property.
- Install mountain bike cattle guards when existing or proposed routes cross fence lines.
- Construct approximately 12-15 miles of new single-track mountain bike trails to create loop trails, link existing trails, reduce the amount of biking on roads and create trail connections to new access points.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- If future monitoring indicates that social RSCs are not being achieved, visitor health and safety issues exist, resource damage is occurring or user conflicts need to be addressed, the CRVFO may implement additional visitor use restrictions for private and commercial recreation use.

*Administration:*
- Administrative use authorizations for motorized access are granted on a case-by-case basis.

*Information and Education:*
- Create an SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Market the area locally. Local marketing involves tailoring implementation actions and information to local customers through local outlets and on-site locations rather than to the mass market.

*Monitoring:*
- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows. Monitor activity participation and RSCs annually during the primary use season of mid-April through October.

BLM_0026042

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## UPPER COLORADO RIVER SPECIAL RECREATION MANAGEMENT AREA
## RECREATION MANAGEMENT ZONE 1

### UPPER COLORADO RIVER SRMA - RMZ 1 AREA MAP



BLM_0026043

## UPPER COLORADO RIVER SRMA - RMZ 1
### RECREATION OBJECTIVE

**REC-OBJ-01e  (Upper Colorado River SRMA - RMZ 1 - State Bridge to Pinball Recreation Site).**  Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.

Activities.
- Trout fishing
- Float boating.

Experiences.
- Enjoying closeness to family/friends
- Enjoying the area's wildlife, scenery, views and aesthetics
- Escaping everyday responsibilities for a while
- Developing your skills and abilities
- To escape crowds of people.

Benefits.
- Personal:
  - Developing stronger ties with my family or friends
  - Greater awareness of this area as a special place
  - Improved balance of work and play in my life
  - Improved outdoor recreation skills
  - Renewed human spirit

- Community/Social:
  - Strengthening relationships with family and friends
  - Lifestyle improvement or maintenance
  - Greater community involvement in recreation and other land use decisions

- Environmental:
  - Greater community ownership & stewardship of recreation & natural resources
  - Preservation of the special landscape character of this place
  - Greater protection of fish, wildlife, and plant habitat from growth, development and public use impacts

- Economic:
  - Generates employment
  - Maintain tourism revenue.

BLM_0026044

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

### UPPER COLORADO RIVER SRMA - RMZ 1
### DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MATRIX

| | *Primitive Classification (270 acres)** | *Back Country Classification (75 acres)** | *Middle Country Classification (800 acres)** | *Front Country Classification (2,400 acres)** | *Rural Classification (700 acres)** | *Urban Classification (0 acres)** |
|---|---|---|---|---|---|---|
| **Remoteness (approx. distance from routes) -** The river corridor retains the current level of remoteness. | | | | | | |
| | More than ½ mile from either mechanized or motorized trails/routes. | Within ½ mile of mechanized trails/routes. | Within ½ mile of four-wheel drive vehicle, ATV and motorcycles routes. (BLM identified "Primitive Roads" and "Motorized Trails") | Within ½ mile of low-clearance or passenger vehicle routes (BLM identified "Roads") (includes unpaved County roads and private land routes). | Within ½ mile of paved/primary roads and highways. | Within ½ mile of streets and roads within municipalities and along highways. |
| **Naturalness (landscape texture form, line, color) -** The existing , but varied, level of naturalness is maintained.  Any new land uses  have a low level of contrast with the landscape and are not visually obvious from recreation facilities and trails.  New ROWs (e.g.,  communication sites, utilities) are co-located within existing disturbances or at existing sites. | | | | | | |
| | Undisturbed natural landscape. | Natural landscape with modifications in harmony with surroundings and not visually obvious (e.g., stock ponds, habitat treatments, historic structures). | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, ditches). | Character of the natural landscape partially modified but none overpower natural landscape (e.g., structures, utilities). | Character of the natural landscape considerably modified (i.e., agriculture, residential, airstrips or industrial alterations). | Urbanized developments dominate landscape. |
| **Visitor Facilities -** A mix of basic and more modern facilities exist.  Expansion of existing BLM facilities (e.g., boat ramps, restrooms) occurs.  Work with cooperators to acquire adjacent lands for additional river access/boat launches and maintain open space. | | | | | | |
| | No structures. Foot/horse and water trails only. | Trails made mostly of native materials such as log bridges. Structures are rare and isolated. | Maintained and marked trails, rustic trailhead developments. | Basic facilities such as campsites, restrooms, trailheads, and interpretive displays. | Modern facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. | Elaborate full-service facilities such as laundry, restaurants, and groceries. |

*\*Acres are based on mapping the RSC of remoteness.*

| Existing RSCs | Desired RSCs |
|---|---|

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026045

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## UPPER COLORADO RIVER SRMA - RMZ 1
## DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MAP



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026046

### UPPER COLORADO RIVER SRMA - RMZ 1
### DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (0 acres)** | *Back Country Classification (4,200 acres)** | *Middle Country Classification (0 acres)** | *Front Country Classification (0 acres)** | *Rural Classification (0 acres)** | *Urban Classification (0 acres)** |
|---|---|---|---|---|---|
| **Contacts (with other groups) -** Participants encounter a primary use season (May through October) average encounters of up to 15 other float boating/fishing groups per day. | | | | | |
| Six or fewer encounters/day on travel routes. | 7-15 encounters/day on travel routes. | 16-29 encounters/ day on travel routes. | 30 or more encounters/day on travel routes. | People seem to be generally everywhere. | Busy place with other people constantly in view. |
| **Group Size -** Participants encounter a primary use season (May through October) average of up to 15 people per float boating/fishing group with a maximum of 25 people per float boating/fishing group including guides. | | | | | |
| Fewer than or equal to 3 people per group. | 4-6 people per group. | 7-12 people per group | 13-25 people per group. | 26-50 people per group. | Greater than 50 people per group. |
| **Evidence of Use -** The roaded side of the Colorado River corridor shows  moderate levels of soil wear and vegetation alteration.  Vegetation and soil impacts at river-accessed camping/day-use sites are low. Inappropriate recreation use is rehabilitated, especially at river-accessed camping/day-use sites. Minimal trash is observed at along the banks of the river. | | | | | |
| No alteration of the natural terrain. Footprints only observed. Sounds of people rare. | Areas of alteration uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | Small areas of alteration. Surface vegetation showing wear with some bare soils. Sounds of people occasionally heard. | Small areas of alteration prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. | A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. | Large areas of alteration prevalent. Some erosion. Constantly hear people. |

*\*Acres are based on mapping the RSC of contacts.*

| Existing RSCs | Desired RSCs |
|---|---|

BLM_0026047

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## UPPER COLORADO RIVER SRMA - RMZ 1
### DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MAP



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026048

# UPPER COLORADO RIVER SRMA - RMZ 1
## DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (270 acres)** | *Back Country Classification (75 acres)** | *Middle Country Classification (800 acres)** | *Front Country Classification (2,400 acres)** | *Rural Classification (700 acres)** | *Urban Classification (0 acres)** |
|---|---|---|---|---|---|
| **Public Access (types of public travel allowed) -** Except for access to developed facilities, new recreational access is non-motorized. | | | | | |
| Foot, horse, and non-motorized float boat travel. | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | Ordinary highway auto and truck traffic is characteristic. | Wide variety of street vehicles and highway traffic is ever-present. |
| **Visitor Services and Information -** Information materials describe the SRMA and recreation opportunities. BLM on-site presence is highest at developed recreation sites. Periodic patrols including river patrols, are performed by BLM staff, law enforcement personnel or volunteers. | | | | | |
| No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | Basic maps, staff infrequently present (e.g. seasonally, high use periods) to provide on-site assistance | Area brochures and maps. Staff occasionally present (e.g. most weekends) to provide on-site assistance. | Information materials describe recreation area & opportunities. Staff periodically present (e.g. weekdays & weekends). | Information materials described to the left. Staff regularly present (e.g. almost daily). | Information materials described to the left. Regularly scheduled on-site outdoor demonstrations and clinics. |
| **Management Controls and Regulations -** A moderate to high degree of visitor and land use restrictions in place. Restrictions and ethics are posted at recreation sites. | | | | | |
| No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | Basic user regulations at key access points. Minimum use restrictions | Some regulatory and ethics signing. Moderate use restrictions. (e.g. camping, human waste). | Rules, regulations and ethics clearly posted. Use restrictions, limitations and/or closures. | Regulations strict and ethics prominent. Use may be limited by permit, reservation, etc. | Enforcement in addition to rules to reduce conflicts, hazards, and resource damage. |

*\*Acres are based on mapping the RSC of public access.*

| Existing RSCs | Desired RSCs |
|---|---|

BLM_0026049

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

### UPPER COLORADO RIVER SRMA - RMZ 1
### DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MAP



BLM_0026050

## UPPER COLORADO RIVER SRMA - RMZ 1
### MANAGEMENT ACTION AND ALLOWABLE USE DECISIONS

**REC-MA-01e (Upper Colorado River SRMA - RMZ 1).**  Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31.  From April 1 to August 31, apply a 7-day camping limit.  Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years.
- SRPs are issued as a discretionary action for activities that:
  - are consistent with resource/program objectives *(e.g., SRPs may not be authorized/amended if desired use levels are meeting or projected to exceed desired levels of RMAs or recreation sites)*
  - are within budgetary/workload constraints *(e.g., If the CRVFO is unable to fulfill or complete all the necessary steps of issuing and managing an SRP, then an SRP may not be issued)*
  - would satisfy a public demand that the applicant can factually demonstrate is not being met *(e.g., SRPs may not be authorized/amended if a similar service is being offered in an area and there is no market research, demand analysis, recreation monitoring, or staff knowledge indicating a public demand exists)*
  - would not cause public health and safety issues or create user conflicts  *(e.g., An SRP may not be issued if BLM lands together with projected public use levels are insufficient to accommodate the proposed use).*
- Vending permits are prohibited except for river shuttle services and during special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

BLM_0026051

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Fluid Mineral Leasing:*
- The federal mineral estate is closed to fluid mineral leasing and geophysical development.

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs**.**

*Visual Resource Management (VRM):*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Wild and Scenic Rivers:*
- Rely upon the Upper Colorado River Stakeholder Group Management Plan, in concert with BLM/USFS land management authorities, to protect the free-flowing condition, ORVs, classification, and water quality of Colorado River segments.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited in portions of the SRMA
- Portions of the SRMA are closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP to the extent practical. The final travel management network of trails would be determined through RMP implementation.*

BLM_0026052

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## UPPER COLORADO RIVER SRMA - RMZ 1
### IMPLEMENTATION DECISIONS

**REC-IMP-01e  (Upper Colorado River SRMA - RMZ 1).**  Implementation decisions include:

*Group Size Limitations:*
- River group party size is limited to a maximum of 25 people per group (including guides).

*Camping Regulations:*
- A human waste carry-out system will be required for all multi-day float trips.
- The use of a fire pan is required outside of designated camping sites with metal fire rings.  Fire pans must have a 1.5-inch rim.

## UPPER COLORADO RIVER SRMA - RMZ 1
### BEST MANAGEMENT PRACTICES

*Management:*
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.
- If future monitoring indicates that social RSCs are not being achieved, visitor health and safety issues exist, resource damage is occurring or user conflicts need to be addressed, the CRVFO may implement additional visitor use restrictions for private and commercial recreation use.

*Administration:*
- Administrative use authorizations for motorized access are granted on a case-by-case basis.
- To achieve the recreation objective, reduce conflicts and protect resources, SRP availability will be based on not contributing to overcrowding at BLM recreation sites.

*Information and Education:*
- Continue to provide an SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Market the area locally.  Local marketing involves tailoring information and maps to local customers and providing information at local outlets and on-site locations only.

BLM_0026053

*Monitoring:*

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows.  Monitor activity participation and RSCs annually during the primary use season of May through October.

BLM_0026054

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## UPPER COLORADO RIVER SPECIAL RECREATION MANAGEMENT AREA
## RECREATION MANAGEMENT ZONE 2

### UPPER COLORADO RIVER SRMA - RMZ 2 AREA  MAP



BLM_0026055

## UPPER COLORADO RIVER SRMA - RMZ 2
### RECREATION OBJECTIVE

**REC-OBJ-01e   (Upper Colorado River SRMA - RMZ 2 - Pinball Recreation Site to Glenwood Canyon).**   Participants in surveys/assessments report an average 4.0 realization (4.0 on a probability scale where: 1 = not at all realized to 5 = totally realized) of the targeted experiences and benefits listed below, five years after the beginning of implementation.

Activities.
- Float boating
- Tubing.

Experiences.
- Enjoying participating in group/family outdoor activities
- Enjoying getting some needed mental/physical rest
- Escaping everyday responsibilities for a while.

Benefits.
- Personal:
  - Developing stronger ties with my family or friends
  - Restored my mind from stress/tension/anxiety
  - Improved balance of work and play in my life

- Community/Social:
  - Strengthening relationships with family and friends
  - Lifestyle improvement or maintenance
  - Greater community involvement in recreation and other land use decisions

- Environmental:
  - Greater community ownership & stewardship of recreation & natural resources

- Economic:
  - Generates employment
  - Maintain tourism revenue.

BLM_0026056

## UPPER COLORADO RIVER SRMA - RMZ 2
## DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MATRIX

| | Primitive Classification (575 acres) * | Back Country Classification (25 acres) * | Middle Country Classification (1,250 acres) * | Front Country Classification (2,300 acres) * | Rural Classification (4,600 acres) * | Urban Classification (2,700 acres) * |
|---|---|---|---|---|---|---|
| **Remoteness (approx. distance from routes)** - The river corridor retains the current level of remoteness. | | | | | | |
| | More than ½ mile from either mechanized or motorized trails/routes. | Within ½ mile of mechanized trails/routes. | Within ½ mile of four-wheel drive vehicle, ATV and motorcycles routes. (BLM identified "Primitive Roads" and "Motorized Trails") | Within ½ mile of low-clearance or passenger vehicle routes (BLM identified "Roads") (includes unpaved County roads and private land routes). | Within ½ mile of paved/primary roads and highways. | Within ½ mile of streets and roads within municipalities and along highways. |
| **Naturalness (landscape texture form, line, color)** - The existing , but varied, level of naturalness is maintained.  Any new land uses have a low level of contrast with the landscape and are not visually obvious from recreation facilities and trails.  New ROWs (e.g.,  communication sites, utilities) are co-located within existing disturbances. | | | | | | |
| | Undisturbed natural landscape. | Natural landscape with modifications in harmony with surroundings and not visually obvious (e.g., stock ponds, habitat treatments, historic structures). | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, ditches). | Character of the natural landscape partially modified but none overpower natural landscape (e.g., structures, utilities). | Character of the natural landscape considerably modified (i.e., agriculture, residential, airstrips or industrial alterations). | Urbanized developments dominate landscape. |
| **Visitor Facilities** - A mix of basic and more modern facilities exist. Expansion of existing BLM facilities (e.g., boat ramps, restrooms) occurs.  Work with cooperators to acquire adjacent lands for additional river access/boat launches and maintain open space. | | | | | | |
| | No structures. Foot/horse and water trails only. | Trails made mostly of native materials such as log bridges. Structures are rare and isolated. | Maintained and marked trails, rustic trailhead developments. | Basic facilities such as campsites, restrooms, trailheads, and interpretive displays. | Modern facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. | Elaborate full-service facilities such as laundry, restaurants, and groceries. |

*Acres are based on mapping the RSC of remoteness.*

| Existing RSCs | Desired RSCs |
|---|---|

BLM_0026057

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## UPPER COLORADO RIVER SRMA - RMZ 2
### DESIRED PHYSICAL RECREATION SETTING CHARACTERISTICS MAP



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026058

### UPPER COLORADO RIVER SRMA - RMZ 2
### DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (0 acres)** | *Back Country Classification (0 acres)** | *Middle Country Classification (11,500 acres)** | *Front Country Classification (0 acres)** | *Rural Classification (0 acres)** | *Urban Classification (0 acres)** |
|---|---|---|---|---|---|
| **Contacts (with other groups) -** Participants encounter a primary use season (May through October) average encounters of up to 29 other float boating/fishing groups per day . | | | | | |
| Six or fewer encounters/day on travel routes. | 7-15 encounters/day on travel routes. | 16-29 encounters/ day on travel routes. | 30 or more encounters/day on travel routes. | People seem to be generally everywhere. | Busy place with other people constantly in view. |
| **Group Size -** Participants encounter a maximum of 25 people per float boating/fishing group including guides. | | | | | |
| Fewer than or equal to 3 people per group. | 4-6 people per group. | 7-12 people per group. | 13-25 people per group. | 26-50 people per group. | Greater than 50 people per group. |
| **Evidence of Use -** The roaded side of the Colorado River corridor shows  moderate levels of soil wear and vegetation alteration.  Vegetation and soil impacts at river-accessed camping/day-use sites are low. Inappropriate recreation use is rehabilitated, especially at river-accessed camping/day-use sites. Minimal trash is observed along the banks of the river. | | | | | |
| No alteration of the natural terrain. Footprints only observed. Sounds of people rare. | Areas of alteration uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | Small areas of alteration. Surface vegetation showing wear with some bare soils.  Sounds of people occasionally heard. | Small areas of alteration prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. | A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. | Large areas of alteration prevalent. Some erosion. Constantly hear people. |

*\*Acres are based on mapping the RSC of contacts.*

| Existing RSCs | Desired RSCs |
|---|---|

BLM_0026059

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## UPPER COLORADO RIVER SRMA - RMZ 2
### DESIRED SOCIAL RECREATION SETTING CHARACTERISTICS MAP



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026060

### UPPER COLORADO RIVER SRMA - RMZ 2
### DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MATRIX

| *Primitive Classification (575 acres)** | *Back Country Classification (25 acres)** | *Middle Country Classification (1,250 acres)** | *Front Country Classification (2,300 acres)** | *Rural Classification (4,600 acres)** | *Urban Classification (2,700 acres)** |
|---|---|---|---|---|---|
| **Public Access (types of public travel allowed)** -  Except for access to developed facilities, new recreational access is non-motorized. | | | | | |
| Foot, horse, and non-motorized float boat travel. | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | Ordinary highway auto and truck traffic is characteristic. | Wide variety of street vehicles and highway traffic is ever-present. |
| **Visitor Services and Information** -  Informational materials describe the SRMA and recreation opportunities.  BLM on-site presence is highest at developed recreation sites.  Periodic patrols including river patrols, are performed by BLM staff, law enforcement personnel or volunteers. | | | | | |
| No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | Basic maps, staff infrequently present (e.g. seasonally, high use periods) to provide on-site assistance | Area brochures and maps. Staff occasionally present (e.g. most weekends) to provide on-site assistance. | Information materials describe recreation area & opportunities. Staff periodically present (e.g. weekdays & weekends). | Information materials described to the left. Staff regularly present (e.g. almost daily). | Information materials described to the left. Regularly scheduled on-site outdoor demonstrations and clinics. |
| **Management Controls and Regulations**-   A moderate to high degree of visitor and land use restrictions in place.  Restrictions and ethics are posted at recreation sites. | | | | | |
| No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | Basic user regulations at key access points. Minimum use restrictions. | Some regulatory and ethics signing. Moderate use restrictions. (e.g. camping, human waste). | Rules, regulations and ethics clearly posted. Use restrictions, limitations and/or closures. | Regulations strict and ethics prominent. Use may be limited by permit, reservation, etc. | Enforcement in addition to rules to reduce conflicts, hazards, and resource damage. |

*\*Acres are based on mapping the RSC of public access.*

| Existing RSCs | Desired RSCs |
|---|---|

BLM_0026061

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## UPPER COLORADO RIVER SRMA - RMZ 2
### DESIRED OPERATIONAL RECREATION SETTING CHARACTERISTICS MAP



*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026062

## UPPER COLORADO RIVER SRMA - RMZ 2
### MANAGEMENT ACTION AND ALLOWABLE USE DECISIONS

**REC-MA-01e (Upper Colorado River SRMA - RMZ 2).**  Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31.  From April 1 to August 31, apply a 7-day camping limit.  Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years.
- SRPs are issued as a discretionary action for activities that:
  - are consistent with resource/program objectives *(e.g., SRPs may not be authorized/amended if desired use levels are meeting or projected to exceed desired levels of RMAs or recreation sites)*
  - are within budgetary/workload constraints *(e.g., If the CRVFO is unable to fulfill or complete all the necessary steps of issuing and managing an SRP, then an SRP may not be issued)*
  - would satisfy a public demand that the applicant can factually demonstrate is not being met *(e.g., SRPs may not be authorized/amended if a similar service is being offered in an area and there is no market research, demand analysis, recreation monitoring, or staff knowledge indicating a public demand exists)*
  - would not cause public health and safety issues or create user conflicts  *(e.g., An SRP may not be issued if BLM lands together with projected public use levels are insufficient to accommodate the proposed use).*
- Vending permits are prohibited except for river shuttle services and during special events.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the SRMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The SRMA is closed to timber harvest, firewood cutting and special forest product harvest.

BLM_0026063

*Lands and Realty:*
- ROW avoidance areas are applied to the SRMA.
- The SRMA is retained for long-term management.
- Recommend to the Secretary of the Interior withdrawal of developed recreation sites and SRMAs from mineral entry (close to the mining laws for locatable mineral exploration or development).

*Leasing:*
- The federal mineral estate is closed to fluid mineral leasing and geophysical development.

*Salable Minerals/Mineral Material Disposal:*
- The SRMA is closed to salable minerals/mineral material disposal (such as moss rock, top soil, sand and gravel, scoria, fill dirt).

*Non-energy Solid Mineral Leasing:*
- All federal mineral estate within SRMAs is closed to non-energy solid mineral leasing.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-NSO-25 which prohibits surface use, occupancy and surface-disturbing activities in SRMAs.

*Visual Resource Management (VRM):*
- The SRMA is classified as VRM Class II and managed under VRM Class II objectives.

*Wild and Scenic Rivers:*
- Rely upon the Upper Colorado River Stakeholder Group Management Plan, in concert with BLM/USFS land management authorities, to protect the free-flowing condition, ORVs, classification, and water quality of Colorado River segments.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited in portions of the SRMA
- Portions of the SRMA are closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP to the extent practical. The final travel management network of trails would be determined through RMP implementation.*

BLM_0026064

## UPPER COLORADO RIVER SRMA - RMZ 2
### IMPLEMENTATION DECISIONS

**REC-IMP-01e (Upper Colorado River SRMA - RMZ 2).** Implementation decisions include:

*Developed Facilities:*
- Create more launch ramps/ recreation facilities - to help spread out river traffic and create different length of times for commercial float trips.

*Group Size Limitations:*
- River group party size is limited to a maximum of 25 people per group (including guides).

*Camping Regulations:*
- A human waste carry-out system will be required for all multi-day float trips.
- The use of a fire pan is required outside of designated camping sites with metal fire rings. Fire pans must have a 1.5-inch rim.

## UPPER COLORADO RIVER SRMA - RMZ 2
### BEST MANAGEMENT PRACTICES

*Management:*
- Expansion of existing visitor facilities (e.g., boat ramps, restrooms) and some additional facilities may be constructed to accommodate increases in use.
- With stakeholder involvement, apply adaptive management (e.g., Limits of Acceptable Change) which focuses on a cycle of *designing-implementing-monitoring-evaluating-adjusting* implementation actions to respond to future recreation issues and the results of monitoring.
- If future monitoring indicates that social RSCs are not being achieved, visitor health and safety issues exist, resource damage is occurring or user conflicts need to be addressed, the CRVFO may implement additional visitor use restrictions for private and commercial recreation use.

*Administration:*
- Administrative use authorizations for motorized access are granted on a case-by-case basis.

*Information and Education:*
- Continue to provide an SRMA brochure/map including information on: targeted outcomes, RSCs, estimated times, ethics, wildlife protection, private-public land ownership and stewardship information; to help preserve the recreation opportunities and the special landscape character of this place.
- Market the area locally. Local marketing involves tailoring implementation actions and information to local customers through local outlets and on-site locations rather than to

BLM_0026065

the mass market.

*Monitoring:*

- Monitor outcome attainment and preferences through customer assessments (e.g., focus group interviews or visitor studies) on five year intervals or as funding allows.  Monitor activity participation and RSCs annually during the primary use season of May through October.

BLM_0026066

# MANAGEMENT FRAMEWORKS

# FOR

# EXTENSIVE RECREATION MANAGEMENT AREAS

BLM_0026067

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## BOCCO MOUNTAIN EXTENSIVE RECREATION MANAGEMENT AREA

### BOCCO MOUNTAIN ERMA AREA MAP



BLM_0026068

**BOCCO MOUNTAIN ERMA**
**RECREATION OBJECTIVE**

**REC-OBJ-03a (Bocco Mountain ERMA).**   In the Bocco Mountain ERMA, the R&VS focus on motorized single track recreation activities and visitor services maintains the existing recreation setting characteristics that support participation in motorsports while commensurately protecting cultural resources and winter wildlife habitat.

**BOCCO MOUNTAIN ERMA**
**MANAGEMENT ACTION AND ALLOWABLE USE DECISIONS**

**REC-MA-03a (Bocco Mountain ERMA).**   Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31.  From April 1 to August 31, apply a 7-day camping limit.  Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- No special recreation permits for competitive events, vending, group use, special area use, or new commercial special recreation permits would be issued.

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Forestry:*
- The ERMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the ERMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Lands and Realty:*
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-CSU-11 which constrains: surface use, occupancy, and surface disturbing activities in ERMAs.

BLM_0026069

*Appendix F  -  Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited.
- The ERMA is closed to motorized and mechanized travel from December 1 to April 15 to protect wintering big game species.
- Miles of routes within the ERMA will not increase beyond the baseline of designated routes. Routes are only rerouted to protect natural or cultural resources.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP to the extent practical. The final travel management network of trails would be determined through RMP implementation.*

## BOCCO MOUNTAIN ERMA
### IMPLEMENTATION DECISIONS

**REC-IMP-03a (Bocco Mountain ERMA).** Implementation decisions include:

*Comprehensive Trails and Travel Management:*
- Miles of routes within the ERMA will not increase beyond the baseline of designated routes. In addition, routes are only rerouted to protect natural or cultural resources.

## BOCCO MOUNTAIN ERMA
### BEST MANAGEMENT PRACTICES

*Management:*
- BLM funding (sometimes substantial when circumstances require it) and staff would be directed toward effectively addressing visitor health and safety, use/user conflict and resource protection issues created by recreation activities.
- If future monitoring indicates visitor health and safety issues exist, resource damage is occurring or user conflicts need to be addressed, the CRVFO may implement additional visitor use restrictions for private and commercial recreation use.

*Administration:*
- Administrative use authorizations for motorized access are granted on a case-by-case basis.

*Information and Education:*
- Provide visitor services and information (e.g., visitor brochures/maps, web-based materials, directional and informational signage, facilities, on-the-ground staff presence) sufficient to maintain activity participation, achieve ERMA objectives and reach resource stewardship goals.

*Colorado River Valley Field Office Approved Resource Management Plan*

BLM_0026070

*Monitoring:*

- Monitor: visitor use, visitor health and safety, resource conditions, and the physical qualities of the landscape with the help of recreation-tourism partnerships (e.g., user groups, CDOW).

BLM_0026071

*Appendix F - Recreation and Visitor Services Management Framework for SRMAs and ERMAs*

## EAGLE RIVER EXTENSIVE RECREATION MANAGEMENT AREA

### EAGLE RIVER ERMA AREA MAP



BLM_0026072

## EAGLE RIVER ERMA
## RECREATION OBJECTIVE

**REC-OBJ-03b (Eagle River ERMA).**   In the Eagle River ERMA, the R&VS focus on maintaining the existing facilities/access, preserving the undeveloped riverfront parcels in an otherwise urban landscape and providing information that supports participation in float-boating, fishing and day-use activities.

## EAGLE RIVER ERMA
## MANAGEMENT ACTION AND ALLOWABLE USE DECISIONS

**REC-MA-03b (Eagle River ERMA).**   Supporting management action and allowable use decisions include:

*Camping Restrictions:*
- Camping and overnight use is prohibited on BLM lands outside of designated campsites and developed campgrounds within the Eagle River ERMA.
- In areas open to camping and overnight use, apply a 14-day camping limit on BLM lands from September 1 to March 31.  From April 1 to August 31, apply a 7-day camping limit.  Campers must relocate at least a 30-mile radius away and may not return within 30 days to a previous campsite.

*Special Recreation Permits:*
- The CRVFO would evaluate the need for new SRPs or new uses on existing permits every 5 years.
- SRPs are issued as a discretionary action for activities that:
  - are consistent with resource/program objectives *(e.g., SRPs may not be authorized/amended if desired use levels are meeting or projected to exceed desired levels of RMAs or recreation sites)*
  - are within budgetary/workload constraints *(e.g., If the CRVFO is unable to fulfill or complete all the necessary steps of issuing and managing an SRP, then an SRP may not be issued)*
  - would satisfy a public demand that the applicant can factually demonstrate is not being met *(e.g., SRPs may not be authorized/amended if a similar service is being offered in an area and there is no market research, demand analysis, recreation monitoring, or staff knowledge indicating a public demand exists)*
  - would not cause public health and safety issues or create user conflicts  *(e.g., An SRP may not be issued if BLM lands together with projected public use levels are insufficient to accommodate the proposed use).*
- Vending permits are prohibited except for special events.

BLM_0026073

*Firearm Use Restriction:*
- The discharge of firearms for recreational target shooting is prohibited in developed recreation sites.

*Fuels/Fire Management and Vegetation Treatments:*
- Allow fuels/vegetation treatments within the ERMA provided that the natural character and other recreation values on BLM land are not impacted over the long-term (5 years).

*Forestry:*
- The ERMA is closed to timber harvest, firewood cutting and special forest product harvest.

*Lands and Realty:*
- ROW avoidance areas are applied to developed recreation sites.
- The ERMA is retained for long-term management.

*Stipulations for Fluid Mineral Leasing and Other Surface-Disturbing Activities:*
- Apply stipulation CRVFO-CSU-11 which constrains: surface use, occupancy, and surface disturbing activities in ERMAs.

*Comprehensive Trails and Travel Management:*
- The area is classified as limited to designated routes (All modes and types of over-land public travel, except foot and horse travel is limited to designated routes).
- Over-snow travel is prohibited on portions of the ERMA.

*Note: A site-specific travel network of roads and trails available for public use and any limitations placed on that use are included in the Approved RMP to the extent practical. The final travel management network of trails would be determined through RMP implementation.*

## EAGLE RIVER ERMA
### BEST MANAGEMENT PRACTICES

*Management:*
- Construct new routes on an interdisciplinary-basis in concert with other resources/resource programs. The focus of new routes should be to: form loop routes, link existing routes, create route connections to new access points and reduce conflicts (e.g., recreation, trespass on private property, resource).
- Downhill bikes are primarily intended for high speed descent. Downhill biking trails would not be constructed.
- Develop new recreation developments (e.g., trails, trailheads, restrooms) to effectively address recreation activity demand created by growing communities and recreation-tourism if: 1) the proposal is consistent with interdisciplinary land use plan objectives;

BLM_0026074

and 2) sufficient funding and long-term management commitments are secured from managing partners.

- If future monitoring indicates visitor health and safety issues exist, resource damage is occurring or user conflicts need to be addressed, the CRVFO may implement additional visitor use restrictions for private and commercial recreation use.
- BLM funding (sometimes substantial when circumstances require it) and staff would be directed toward effectively addressing visitor health and safety, use/user conflict and resource protection issues created by recreation activities.

*Administration:*
- Administrative use authorizations for motorized access are granted on a case-by-case basis.
- To achieve the recreation objective, reduce conflicts and protect resources, SRP availability will be based on not contributing to overcrowding at BLM recreation sites.

*Information and Education:*
- Work with local chambers of commerce, tourism groups and businesses to provide definitive recreation information (i.e, accurate recreation information, user ethics, and use/user expectations) as opposed to promotional marketing.
- Provide visitor services and information (e.g., visitor brochures/maps, web-based materials, directional and informational signage, facilities, on-the-ground staff presence) sufficient to maintain activity participation, achieve ERMA objectives and reach resource stewardship goals.

*Monitoring:*
- Monitor: visitor use, visitor health and safety, resource conditions, and the physical qualities of the landscape with the help of recreation-tourism partnerships (e.g., towns, user groups, recreation-tourism organizations, outfitters, CDOW).

BLM_0026075