| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | To the extent possible, the stipulations developed for oil and gas leasing are applicable to all mineral activities (leasable, locatable, and salable).  These stipulations are found in Appendix A.  Salable minerals include sand and gravel, clay, and building stone. |
| | | **MONTICELLO FO RMP 2008** Management conditions for disposal of mineral materials under each category correspond respectively to the oil and gas leasing stipulations developed in the RMP, as follows: Standard lease terms TL and CSU NSO and closed. |
| | | **TRES RIOS FO RMP 2015** See Timing Limitations and No Ground Disturbance in General Management section. 2.3.73:  Applicable BMPs should be applied to all mineral proposals as Conditions of Approval within occupied sage-grouse habitat to provide for adequate effective habitat and breeding, nesting, and wintering habitat. |
| 83 | Salable Minerals | No similar action. |
| **LEASABLE MINERALS** | | |
| **Non-Energy Leasable Minerals** | | |
| 84 | Non-Energy Leasable Minerals | **CANYONS OF THE ANCIENTS NM PROCLAMATION 2000** From the Proclamation:  All Federal lands and interests in lands within the boundaries of this monument are hereby appropriated and withdrawn from all forms of entry, location, selection, sale, or other disposition under the public land laws, including but not limited to withdrawal from location, entry, and patent under the mining laws, and from disposition under all laws relating to mineral leasing, other than by exchange that furthers the protective purposes of the monument, and except for oil and gas leasing as prescribed herein.... The establishment of this monument is subject to valid existing rights. |
| | | **DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013** As specified in the enabling legislation (P.L. 111-1106-353), subject to valid existing rights, all federal land within the Conservation Area and the Wilderness, and all land and interests in land acquired for the Conservation Area or the Wilderness by the United States are withdrawn from: 4.   all forms of entry, appropriation, or disposal under the public land laws; |

BLM_0027531

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | 5.  location, entry, and patent under the mining laws; and the operation of the mineral leasing, mineral materials, and geothermal leasing laws. |
| | | **GRAND JUNCTION FO RMP 2015** Allowable Use (AU2):  Close 561,700 acres in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-62, Appendix A):  Occupied GUSG Habitat. |
| | | **MCINNIS CANYONS NCA PROCLAMATION 2000** As specified in the enabling legislation (P.L. 106-353), subject to valid existing rights, all federal land within the McInnis Canyons NCA and the BRCW, and all land and interests in land acquired for the Conservation Area or the Wilderness by the United States are withdrawn from: 1) all forms of entry, appropriation, or disposal under the public land laws; 2) location, entry, and patent under the mining laws; and 3) the operation of the mineral leasing, mineral materials, and geothermal leasing laws, and all amendments thereto. |
| 85 | Non-Energy Leasable Minerals | **CANYONS OF THE ANCIENTS NM PROCLAMATION 2000** From the Proclamation:  All Federal lands and interests in lands within the boundaries of this monument are hereby appropriated and withdrawn from all forms of entry, location, selection, sale, or other disposition under the public land laws, including but not limited to withdrawal from location, entry, and patent under the mining laws, and from disposition under all laws relating to mineral leasing, other than by exchange that furthers the protective purposes of the monument, and except for oil and gas leasing as prescribed herein.... The establishment of this monument is subject to valid existing rights. |
| | | **DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013** As specified in the enabling legislation (P.L. 111-1106-353), subject to valid existing rights, all federal land within the Conservation Area and the Wilderness, and all land and interests in land acquired for the Conservation Area or the Wilderness by the United States are withdrawn from: 6.  all forms of entry, appropriation, or disposal under the public land laws; 7.  location, entry, and patent under the mining laws; and 8.  the operation of the mineral leasing, mineral materials, and geothermal leasing laws. |
| | | **GRAND JUNCTION FO RMP 2015** Allowable Use (AU2):  Close 561,700 acres in the following areas to non-energy leasable mineral exploration and/or development (Figure 2-62, Appendix A):  Occupied GUSG Habitat. |

BLM_0027532

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | **MCINNIS CANYONS NCA PROCLAMATION 2000** <br> As specified in the enabling legislation (P.L. 106-353), subject to valid existing rights, all federal land within the McInnis Canyons NCA and the BRCW, and all land and interests in land acquired for the Conservation Area or the Wilderness by the United States are withdrawn from: <br> 1) all forms of entry, appropriation, or disposal under the public land laws; <br> 2) location, entry, and patent under the mining laws; and <br> 3) the operation of the mineral leasing, mineral materials, and geothermal leasing laws, and all amendments thereto. |
| 86 | Non-Energy Leasable Minerals | **MOAB FO RMP 2008** <br> To the extent possible, the stipulations developed for oil and gas leasing are applicable to all mineral activities (leasable, locatable, and salable).  These stipulations are found in Appendix A.  Leasable minerals include oil and gas, coal, and potash. <br><br> **TRES RIOS FO RMP 2015** <br> See Timing Limitations and No Ground Disturbance in General Management section. <br> 2.3.73:  Applicable BMPs should be applied to all mineral proposals as Conditions of Approval within occupied sage-grouse habitat to provide for adequate effective habitat and breeding, nesting, and wintering habitat. |
| 87 | Non-Energy Leasable Minerals | **MOAB FO RMP 2008** <br> To the extent possible, the stipulations developed for oil and gas leasing are applicable to all mineral activities (leasable, locatable, and salable).  These stipulations are found in Appendix A.  Leasable minerals include oil and gas, coal, and potash. <br><br> **TRES RIOS FO RMP 2015** <br> See Timing Limitations and No Ground Disturbance in General Management section. <br> 2.3.73:  Applicable BMPs should be applied to all mineral proposals as Conditions of Approval within occupied sage-grouse habitat to provide for adequate effective habitat and breeding, nesting, and wintering habitat. |
| **Split-Estate** | | |
| 88 | Split Estate | **GUNNISON GORGE NCA RMP 2004** <br> Federal oil, gas, and geothermal estate on both federal surface and split-estate lands outside the NCA and Wilderness boundaries will be open to leasing with standard lease terms, except as noted in management unit prescriptions... Other special stipulations and conditions for leasing of federal mineral estate, such as NSO stipulation |

BLM_0027533

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | and timing limitation stipulation (TLS), will be recommended in some management unit prescriptions; these special stipulations and conditions will also apply to federal surface and split-estate lands adjacent to the management unit in which the stipulations in Appendix E will apply. |
| | | **GUNNISON RMP 1993**<br>Federal oil, gas, and geothermal estate on both federal surface and split-estate lands, that is, private or other non-federal surface estate overlying federal mineral estate, will be open to leasing with standard lease terms.  Other special stipulations and conditions for leasing such as no surface occupancy and seasonal restrictions are assigned or specified in each management unit prescription and as deemed necessary; these special stipulations and conditions will also apply to federal surface and split-estate lands. |
| | | **MOAB FO RMP 2008**<br>On 20,061 acres of split-estate lands, the BLM will apply the same lease stipulations as those applied to surrounding lands with Federal surface. BLM will close or impose a no surface occupancy stipulation on 9,617 acres of split-estate lands (see Appendix A).  Mitigation measures to protect other resource values will be developed during the appropriate site-specific environmental analysis and will be attached as conditions of approval to permits in consultation with the surface owner or SMA. |
| | | **MONTICELLO FO RMP 2008**<br>On split-estate lands, lease stipulations will consist of those necessary to comply with non-discretionary federal laws, such as the Endangered Species Act.  The one exception to this will be the stipulations developed for GUSG as identified in Appendix B.  Mitigation measures will also be applied to protect other resource values such as VRM class, recreation, and non-federally protected fish and wildlife species consistent with Section 6 of the standard lease terms.  These mitigation measures will be developed during site-specific environmental analysis and will be attached as COAs in consultation with the surface owner or surface management agency. |
| | | **UNCOMPAHGRE BASIN**<br>Federal oil, gas, and geothermal estate on both federal surface and split-estate lands will be open to leasing with standard lease terms:  Other conditions for leasing such as no surface occupancy and seasonal stipulations (see Appendix A) are assigned in each management unit prescription; special stipulations and conditions also apply to federal surface and split-estate lands.  Any special stipulations (i.e., seasonal closures) prescribed for a management unit will also apply to seismic and drilling activities. |
| **WILDLAND FIRE ECOLOGY AND MANAGEMENT** | | |

BLM_0027534

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| **Fuels Management** | | |
| 89 | Fire, Fuels, Rehabilitation | **CANYONS OF THE ANCIENTS NM RMP 2010**<br>Encourage range, fuels and fire, and vegetation management activities that include the protection and/or enhancement of the health and productivity of native and other desirable plant and animal communities. Encourage range, fuels and fire, and vegetation management activities that will protect and/or enhance riparian/aquatic resource conditions.<br>Approve, within 1-3 years following the signing of the ROD, a list of areas requiring fuels management and vegetation management treatments (as determined by the Monument Manager).<br>Prioritize this list based upon such criteria as pending threats to life and property; potential threats to Monument objects (such as cultural resources); vegetation management goals and objectives; consideration of areas where fire suppression has disrupted natural fire regimes, and consideration of areas where similar efforts are being pursued by adjacent landowners.<br>Update this list annually in order to address changing threats, conditions, and opportunities.<br>Allow all forms of fuels or vegetation management treatments (including mechanical, biological, chemical, and/or prescribed burns) on the Monument where they promote vegetation and cultural resource management goals and objectives.<br>Authorize no mechanical fuels or vegetation management treatment in RMZ 4 (Squaw-Cross Canyon).<br>Determine a treatment's location, size, specific layout, and project design features, as well as any measures needed in order to protect sensitive resources, through the environmental review process.<br><br>**DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013**<br>Use mechanical, chemical and biological treatments and prescribed fire to improve FRCC and to meet biological and cultural resource objectives.  Manage fire and fuels to protect private property, infrastructure, cultural and biological resources, and watersheds.<br><br>**GRAND JUNCTION FO RMP 2015**<br>Design vegetation treatments in Sage-Grouse habitats to strategically reduce wildfire threats in the greatest area. This may involve spatially arranging new vegetation treatments with past treatments, vegetation with fire-resistant seral stages, natural barriers, and roads in order to constrain fire spread and growth.  This may require vegetation treatments to be implemented in a more linear versus block design.<br>Action (A3):  Implement fuels treatments actions that may include, but are not limited to:<br>Mechanical treatments, including mowing, weed-whacking, chopping (roller chopper), chipping, grinding (hydro-ax), |

BLM_0027535

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | chaining, tilling, and cutting.<br>Manual treatments, including hand cutting (chainsaw/handsaw) and hand-piling.<br>Prescribed fire, including pile and broadcast burning.<br>Chemical spraying or biological treatments, such as insects or goats.<br>Seeding, including aerial or ground application.<br><br>**MOAB RMP 2008**<br>FIRE-4: Hazardous fuels reduction treatments will be used to restore ecosystems; protect human, natural and cultural resources; and reduce the threat of wildfire to communities.<br>FIRE-11: Criteria for Establishing Fire Management Priorities: Protection of human life is the primary fire management priority. Establishing a priority among protecting human communities and community infrastructure, other property and improvements, and natural and cultural resources is based on human health and safety, the values to be protected, and the costs of protection. When firefighters and other personnel have been committed to an incident, these human resources become the highest values to be protected. Priorities for all aspects of fire management decisions and actions are based on the following:<br>Protecting the Wildland-Urban Interface (WUI; including At-risk Communities and At-risk Watersheds).<br>Maintaining existing healthy ecosystems.<br>High priority sub-basins (HUC-4) or watersheds (HUC-5).<br>Threatened, endangered, or special species.<br>Cultural resources and/or cultural landscapes.<br>FIRE-14: Fuels Treatment: Fuels management activities outlined in the FMP will be consistent with the resource goals and objectives contained in the RMP. To reduce hazards and to restore ecosystems, authorized fuels management actions include wildland fire use, prescribed fire, and mechanical, manual, chemical, biological, and seeding treatments. The FMP describes fuels management goals and objectives and the full range of fuels management strategies and actions authorized for fuels reduction. Fuels treatments are focused on the DWFC of restoring historic fire regimes to ecosystems when feasible, so that future wildland fire use actions can be more easily implemented.<br>SSS-3: As required by the Endangered Species Act, no management action will be permitted on public lands that will jeopardize the continued existence of plant or animal species that are listed or are officially proposed or are candidates for listing as T&E.<br><br>**MONTICELLO FO RMP 2008**<br>FIRE-7: Wildland fire is authorized as a tool, when appropriate, to allow naturally ignited wildland fire to accomplish |

BLM_0027536

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | specific resource management objectives.  Due to existing resource conditions and proximity to values at risk, fire cannot be allowed to resume its natural role on all BLM lands in the FO.  Consideration of ongoing management decisions and other natural changes will direct periodical reassessment of DWFC and determination of potential areas for wildland fire use.  Operational management of wildland fire use is described in the Wildland Fire Implementation Plan (WFIP).  The FMP identifies FMUs that may have the potential for wildland fire use.  Wildland fire use may be authorized for all areas, except when the following resources and values may be negatively impacted and there are no reasonable Resource Protection Measures to protect such resources and values: WUI areas; Areas known to be highly susceptible to post-fire cheatgrass or invasive weed invasion; Important terrestrial and aquatic habitats; Non–fire-adapted vegetation communities; Sensitive cultural resources; Areas of soil with high or very high erosion hazard; Class I areas and PM10 nonattainment areas; Administrative sites; Developed recreation sites; Communication sites; Oil, gas, and mining facilities; Aboveground utility corridors; High-use travel corridors, such as interstates, railroads, and/or highways. FIRE-8:  Fuels management activities outlined in the FMP will be consistent with the resource goals and objectives contained in the RMP.  To reduce hazards and to restore ecosystems, authorized fuels management decisions include wildland fire use, prescribed fire, and mechanical, manual, chemical, biological, and seeding treatments.  The FMP describes fuels management goals and objectives, and the full range of fuels management strategies and actions authorized for fuels reduction.  Fuels treatments are focused on the DWFC of restoring historic fire regimes to ecosystems when feasible, so that future wildland fire use actions can be more easily implemented. SSP-6:  No management action will be permitted on BLM lands that will jeopardize the continued existence of species that are listed, proposed for listing, or candidates for listing under the Endangered Species Act. **TRES RIOS FO RMP 2015** GUSG:  In Occupied Habitat fuels treatments must be designed and implemented with an emphasis on protecting and enhancing existing sagebrush ecosystems. ACTION:  Fuels treatments should be designed to meet strategic protection of identified occupied sage-grouse habitat. Guideline 2.4.63:  Fuels treatments should be designed to meet strategic protection of identified occupied sage-grouse habitat. |
| 90 | Fire, Fuels, Rehabilitation | **CANYONS OF THE ANCIENTS NM RMP 2010** Require a plan for reclamation, with a reclamation budget, for all proposed vegetation management treatment projects (including mechanical, biological, and chemical treatments, and prescribed burns).  Consider prescribed burns as a treatment option for ecosystems that are identified as fire-dependent or fire-adaptive.  Assess fuel loads |

BLM_0027537

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
|  |  | within the treatment area(s) for expected fire behavior. Mitigate for heavy concentrations (hazardous fuels) prior to prescribed burn ignition. (NOTE: Under these circumstances, prescribed burns will be used, and will attempt to simulate natural fire intensity and timing.) Use prescribed burns on a limited basis in order to achieve management objectives or for the safety of firefighters. **DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013** Use mechanical, chemical and biological treatments and prescribed fire to improve FRCC and to meet biological and cultural resource objectives. **GUNNISON GORGE NCA RMP 2004** In all management units in the planning area, prescribed and planned ignitions will continue to be allowed as a management tool to meet management objectives, such as to increase forage for wildlife and livestock grazing. Prior to any ignitions, an environmental analysis, burn plan, and burning permit will be prepared or obtained. **GRAND JUNCTION FO RMP 2015** Avoid natural and prescribed fire in low-elevation sagebrush communities infested with or susceptible to cheatgrass. Ground disturbing mechanical treatments completed in low-elevation sagebrush may require seeding. **GUNNISON RMP 1993** Prescribed fires for resource enhancement or fuel hazard reduction could occur throughout the Planning Area in accordance with approved prescribed burn plans. A site-specific burn plan and Environmental Analysis (EA) will be prepared prior to authorizing any prescribed burns. **SAN LUIS RMP 1991** San Luis Area #1 I-5: Allow vegetative manipulation such as mechanical, chemical, or fire practices to aid in accomplishing the overall objective and the desired plant communities described in activity plans. Prescribed burn plans and necessary NEPA documentation will be written for areas requiring visual landscape or vegetation manipulation; however, no specific areas are identified at this time. **TRES RIOS FO RMP 2015** Planned and unplanned fire ignitions are used to increase resiliency and diversity across all forest and rangeland vegetation types. Unplanned ignitions, wildland fire tactical options, and planned ignitions on Tres Rios FO lands will be determined on a case-by-case basis. |
| **Wildfire** | | |

BLM_0027538

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| 91 | Fire, Fuels, Rehabilitation | **CANYONS OF THE ANCIENTS NM RMP 2010**<br>Designate the entire Monument as FMZ B (area where natural fire is generally not desired under current conditions and suppression is emphasized.) Use Appropriate Management Response for all fires within the Monument.<br><br>**DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013**<br>Allow natural unplanned ignitions to be managed for multiple objectives (including resource benefit) within 208,565 acres of the D-E NCA to meet biological resource objectives. Manage fire and fuels to protect private property, infrastructure, cultural and biological resources, and watersheds.<br><br>**GUNNISON GORGE NCA RMP 2004**<br>Any fire that occurs in a fire use category area before a prescribed burn plan is approved, that is not within the limits of the prescription, or that threatens life or property will be suppressed as a conditional suppression area fire.<br><br>**GRAND JUNCTION FO RMP 2015**<br>Use new fire starts and prescribed fire where suitable to meet resource objectives as deemed appropriate by Land Health Assessments, Ecological Site Inventories, Emergency Stabilization & Rehabilitation monitoring, and prescribed fire monitoring. Avoid natural and prescribed fire in low-elevation sagebrush communities infested with or susceptible to cheatgrass.<br>Action (A1): Allow unplanned fire on 857,400 acres for resource benefit to manage diversity in desired plant communities in those areas identified in Figure 2-76 in Appendix A.<br>Action (A4): Use a combination of planned and unplanned fire along with fuels treatments including mechanical, manual, chemical, and seeding to meet resource objectives. The priority would be using any of the above treatments based on strategic goals for site-specific projects.<br><br>**GUNNISON RMP 1993**<br>Wildfires on about 508,388 acres of public land will be suppressed according to a "conditional suppression" policy and about 76,624 acres of public land will be suppressed according to a "full suppression" policy.<br><br>**MOAB FO RMP 2008**<br>Suppression: An "Appropriate Management Response" (AMR) procedure is required for every wildland fire that is not a prescribed fire. In all fire management decisions, strategies and actions, firefighter and public safety are the highest priority followed by consideration of benefits and values to be protected as well as suppression costs. The AMR can range from full suppression to managing fire for resource benefit (wildland fire use). Resource goals and objectives outlined in the RMP guide the development and implementation of AMR fire management activities in regard to the accomplishment of those objectives. The FMP establishes fire suppression objectives with minimum |

BLM_0027539

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | and maximum suppression targets for each Fire Management Unit (FMU) within the MPA.  While firefighter and public safety are the first priority, considerations for suppression activities also include fire intensity, acreage, and spread potential, threats to life and property, potential to impact high-value resources such as critical habitat for threatened, endangered and sensitive species, crucial wildlife habitat, cultural resources and/or riparian areas, historic fire regimes, and other special considerations such as wilderness and/or adjacent agency lands.<br><br>**MONTICELLO RMP 2008**<br>FIRE-6-Suppression:  An Appropriate Management Response (AMR) procedure is required for every wildland fire that is not a prescribed fire. In all fire management decisions, strategies, and actions, firefighter and public safety are the highest priority followed by consideration of benefits and values to be protected as well as suppression costs.  The AMR can range from full suppression to managing fire for resource benefit (wildland fire use).  Resource goals and objectives outlined in the RMP guide the development and implementation of AMR fire management activities in regard to the accomplishment of those objectives.  The FMP establishes fire suppression objectives with minimum and maximum suppression targets for each Fire Management Unit (FMU) within the PA.  While firefighter and public safety are the first priority, considerations for suppression activities also include fire intensity, acreage, and spread potential; threats to life and property; potential to impact high-value resources such as critical habitat for threatened, endangered, and sensitive species; crucial wildlife habitat; cultural resources and/or riparian areas; historic fire regimes; and other special considerations such as wilderness and/or adjacent agency lands.<br><br>**SAN LUIS RMP 1991**<br>Any fire, including wildfires, occurring in the resource area will be suppressed.<br><br>**TRES RIOS FO RMP 2015**<br>Planned and unplanned fire ignitions are used to increase resiliency and diversity across all forest and rangeland vegetation types.  Unplanned ignitions, wildland fire tactical options, and planned ignitions on Tres Rios FO lands will be determined on a case-by-case basis.<br><br>**UNCOMPAHGRE BASIN RMP 1989**<br>Consider fire as a management tool for the entire planning area, subject to site specific environmental analysis and approved bum plans. |
| 92 | Fire, Fuels, Rehabilitation | **CANYONS OF THE ANCIENTS NM RMP 2010**<br>Designate the entire Monument as FMZ B (area where natural fire is generally not desired under current conditions and suppression is emphasized.)  Use Appropriate Management Response for all fires within the Monument. |

BLM_0027540

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | **DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013**<br>Allow natural unplanned ignitions to be managed for multiple objectives (including resource benefit) within 208,565 acres of the D-E NCA to meet biological resource objectives. Manage fire and fuels to protect private property, infrastructure, cultural and biological resources, and watersheds.<br><br>**GUNNISON GORGE NCA RMP 2004**<br>Any fire that occurs in a fire use category area before a prescribed burn plan is approved, that is not within the limits of the prescription, or that threatens life or property will be suppressed as a conditional suppression area fire.<br><br>**GRAND JUNCTION FO RMP 2015**<br>Use new fire starts and prescribed fire where suitable to meet resource objectives as deemed appropriate by Land Health Assessments, Ecological Site Inventories, Emergency Stabilization & Rehabilitation monitoring, and prescribed fire monitoring. Avoid natural and prescribed fire in low-elevation sagebrush communities infested with or susceptible to cheatgrass.<br>Action (A1): Allow unplanned fire on 857,400 acres for resource benefit to manage diversity in desired plant communities in those areas identified in Figure 2-76 in Appendix A.<br>Action (A4): Use a combination of planned and unplanned fire along with fuels treatments including mechanical, manual, chemical, and seeding to meet resource objectives. The priority would be using any of the above treatments based on strategic goals for site-specific projects.<br><br>**GUNNISON RMP 1993**<br>Wildfires on about 508,388 acres of public land will be suppressed according to a "conditional suppression" policy and about 76,624 acres of public land will be suppressed according to a "full suppression" policy.<br><br>**MOAB FO RMP 2008**<br>Suppression: An "Appropriate Management Response" (AMR) procedure is required for every wildland fire that is not a prescribed fire. In all fire management decisions, strategies and actions, firefighter and public safety are the highest priority followed by consideration of benefits and values to be protected as well as suppression costs. The AMR can range from full suppression to managing fire for resource benefit (wildland fire use). Resource goals and objectives outlined in the RMP guide the development and implementation of AMR fire management activities in regard to the accomplishment of those objectives. The FMP establishes fire suppression objectives with minimum and maximum suppression targets for each Fire Management Unit (FMU) within the MPA. While firefighter and public safety are the first priority, considerations for suppression activities also include fire intensity, acreage, and spread potential, threats to life and property, potential to impact high-value resources such as critical habitat for |

BLM_0027541

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | threatened, endangered and sensitive species, crucial wildlife habitat, cultural resources and/or riparian areas, historic fire regimes, and other special considerations such as wilderness and/or adjacent agency lands. |
| | | **MONTICELLO RMP 2008** FIRE-6-Suppression:  An Appropriate Management Response (AMR) procedure is required for every wildland fire that is not a prescribed fire. In all fire management decisions, strategies, and actions, firefighter and public safety are the highest priority followed by consideration of benefits and values to be protected as well as suppression costs. The AMR can range from full suppression to managing fire for resource benefit (wildland fire use).  Resource goals and objectives outlined in the RMP guide the development and implementation of AMR fire management activities in regard to the accomplishment of those objectives.  The FMP establishes fire suppression objectives with minimum and maximum suppression targets for each Fire Management Unit (FMU) within the PA.  While firefighter and public safety are the first priority, considerations for suppression activities also include fire intensity, acreage, and spread potential; threats to life and property; potential to impact high-value resources such as critical habitat for threatened, endangered, and sensitive species; crucial wildlife habitat; cultural resources and/or riparian areas; historic fire regimes; and other special considerations such as wilderness and/or adjacent agency lands. |
| | | **SAN LUIS RMP 1991** Any fire, including wildfires, occurring in the resource area will be suppressed. |
| | | **TRES RIOS FO RMP 2015** Planned and unplanned fire ignitions are used to increase resiliency and diversity across all forest and rangeland vegetation types.  Unplanned ignitions, wildland fire tactical options, and planned ignitions on Tres Rios FO lands will be determined on a case-by-case basis. |
| | | **UNCOMPAHGRE BASIN RMP 1989** Consider fire as a management tool for the entire planning area, subject to site specific environmental analysis and approved bum plans. |
| **Emergency Stabilization and Rehabilitation** | | |
| 93 | Fire, Fuels, Rehabilitation | **CANYONS OF THE ANCIENTS NM RMP 2010** Evaluate all burned areas in order to determine whether or not fire rehabilitation is required.  This evaluation will include the following considerations: • Would life or private property be threatened if rehabilitation practices are not implemented? |

BLM_0027542

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | • Would naturally reestablished vegetation be unacceptable (such as exotic annual grasses or noxious weeds) or not meet vegetation resource management goals and objectives?<br>• Would adequate desirable vegetation recover sufficiently in order to stabilize soil and prevent on or off- site soil erosion problems?<br>• Would immediate or long-term damage (such as erosion) to cultural resources occur?<br>Prepare an Emergency Fire Rehabilitation Plan (EFRP) for all escaped wildland fires if one or more of the above criteria are not met. (NOTE: EFRPs will be in accordance with the Emergency Fire Rehabilitation Handbook and the Monument RMP ROD.) Address all critical resources (including cultural, air, water, vegetation, and soils) in EFRPs, and specifically identify how these resources will be addressed in area rehabilitation.<br><br>**DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013**<br>Implement emergency stabilization and rehabilitation as needed to meet biological, recreation and cultural resource objectives.<br><br>**GRAND JUNCTION FO RMP 2015**<br>Action (A6): Design Burned Area Rehabilitation (BAR) and ES treatment actions based on the severity of the wildfire impacts. BAR and ES priorities include, but are not limited to, areas where:<br>• Life, safety, or property requires protection.<br>• Unique or sensitive cultural resources are at risk.<br>• Soils are highly susceptible to accelerated erosion or water quality protection is required.<br>• Perennial grasses and forbs are not expected to provide soil and watershed protection within two years.<br>• Unacceptable vegetation, such as noxious weeds, may invade and become established.<br>• It is necessary to quickly restore threatened, endangered, or special species habitat populations to prevent adverse impacts.<br>• Stabilization and rehabilitation are necessary to meet RMP resource objectives.<br>Action (A7): Design BAR treatment actions based on the severity of wildfire impacts. BAR priorities include, but are not limited to:<br>• Repairing or improving lands unlikely to recover naturally.<br>• Implementing weed treatments to remove invasive weeds and planting native or non-natives to restore or establish healthy ecosystems.<br>• Planting to reestablish native trees.<br>• Repairing or replacing minor facilities (e.g., fences, campgrounds, interpretive signs, shelters, wildlife guzzlers, etc.) |

BLM_0027543

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | **MOAB FO RMP 2008**<br>Rehabilitation Plan (NFRP) is in place to meet emergency stabilization and rehabilitation (ESR) needs and to comply with up-to-date ESR policy and guidance.  The NFRP is a programmatic implementation plan authorizing treatment options specific to vegetative communities and dependent upon post-wildland fire conditions and other site-specific considerations.  Treatment actions are designed according to the type and severity of wildfire impacts and priorities include, but are not limited to, areas where the following criteria apply:<br>• It is necessary to protect human life and safety as well as property.<br>• Unique or critical cultural and/or historical resources are at risk.<br>• It is determined soils are highly susceptible to accelerated erosion.<br>• Perennial grasses and forbs (fire-tolerant plants) are not expected to provide soil and watershed protection within two years.<br>• There is a need to establish a vegetative fuel break of less flammable species (greenstrips). Unacceptable vegetation, such as noxious weeds, may readily invade and become established.<br>• Shrubs and forbs are a crucial habitat component for wintering mule deer, pronghorn, sage grouse, or other special status species.<br>• Stabilization and rehabilitation are necessary to meet RMP resource objectives, including rangeland seedings.<br>• It is necessary to protect water quality.<br>• It is necessary to quickly restore threatened, endangered, or special species habitat populations to prevent adverse impacts.<br>SSS-3:  As required by the Endangered Species Act, no management action will be permitted on public lands that will jeopardize the continued existence of plant or animal species that are listed or are officially proposed or are candidates for listing as T&E.<br><br>**MONTICELLO RMP 2008**<br>FIRE-14:  A Normal Year Fire Stabilization and Rehabilitation Plan (NFRP) is in place to meet ES&R needs and to comply with up-to-date ES&R policy and guidance.  The NFRP is a programmatic implementation plan authorizing treatment options specific to vegetative communities and dependent upon post-wildland fire conditions and other site-specific considerations.  Treatment actions that are designed according to the type and severity of wildfire impacts and priorities include but are not limited to areas where the following criteria apply:<br>• It is necessary to protect human life and safety as well as property.<br>• Unique or critical cultural and/or historical resources are at risk. |

BLM_0027544

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | • It is determined soils are highly susceptible to accelerated erosion.<br>• Perennial grasses and forbs (fire-tolerant plants) are not expected to provide soil and watershed protection within two years.<br>• There is a need to establish a vegetative fuel break of less flammable species (greenstrips).<br>• Unacceptable vegetation, such as noxious weeds, may readily invade and become established.<br>• Shrubs and forbs are a crucial habitat component for wintering mule deer, antelope, sage-grouse, or other special status species.<br>• Stabilization and rehabilitation are necessary to meet RMP resource objectives, including rangeland seedings.<br>• It is necessary to protect water quality.<br>• It is necessary to quickly restore threatened, endangered, or special status species habitat populations to prevent negative impacts.<br>SSP-6: No management action will be permitted on BLM lands that will jeopardize the continued existence of species that are listed, proposed for listing, or candidates for listing under the Endangered Species Act.<br><br>**TRES RIOS FO RMP 2015**<br>Seeding and other site rehabilitation practices should be provided, as necessary, on wildland fire and managed wildland fire areas.  Fire suppression support activities and facilities (including constructed fire lines, fuel breaks and safety areas, fire camps, staging areas, heli-bases, and heli-spots), as well as mechanical and prescribed fire treatment areas, should follow the same site rehabilitation practices. |
| 94 | Fire, Fuels, Rehabilitation | **CANYONS OF THE ANCIENTS NM RMP 2010**<br>Prepare an Emergency Fire Rehabilitation Plan (EFRP) for all escaped wildland fires if one or more of the above criteria are not met.  (NOTE:  EFRPs will be in accordance with the Emergency Fire Rehabilitation Handbook and the Monument RMP ROD.)  Address all critical resources (including cultural, air, water, vegetation, and soils) in EFRPs, and specifically identify how these resources will be addressed in area rehabilitation.<br><br>**GRAND JUNCTION FO RMP 2015**<br>Apply integrated control methods (physical, cultural, biological, chemical, fire) to noxious and invasive pest populations.<br>Use vegetative treatments to improve diversity, reduce noxious and invasive species, and restore native plant communities to support wildlife and livestock.<br>Implement treatments designed to replenish the native seed bank and control noxious and invasive species.<br>Restore the species composition and diversity of successional stages of sagebrush communities. |

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | Implement treatments designed to reduce pinyon-juniper and conifer encroachment, replenish diminished native seed banks, control noxious and invasive species, and provide periods of grazing rest or reduced usage during drought. |
| | | **MOAB FO RMP 2008**<br>Rehabilitation Plan (NFRP) is in place to meet emergency stabilization and rehabilitation (ESR) needs and to comply with up-to-date ESR policy and guidance.  The NFRP is a programmatic implementation plan authorizing treatment options specific to vegetative communities and dependent upon post-wildland fire conditions and other site-specific considerations. |
| | | **MONTICELLO RMP 2008**<br>FIRE-14:  A Normal Year Fire Stabilization and Rehabilitation Plan (NFRP) is in place to meet ES&R needs and to comply with up-to-date ES&R policy and guidance.  The NFRP is a programmatic implementation plan authorizing treatment options specific to vegetative communities and dependent upon post-wildland fire conditions and other site-specific considerations. |
| | | **TRES RIOS FO RMP 2015**<br>Projects in Occupied Habitat should be designed to mitigate or avoid the direct or indirect loss of habitat necessary for maintenance of the local population or reduce to acceptable levels the direct or indirect loss of important habitat necessary for sustainable local populations.  Projects will incorporate special reclamation measures or design features that accelerate recovery and/or re-establishment of affected sage-grouse habitat as much as possible.<br>In order to determine site occupation, pre-implementation surveys may be required for projects occurring in habitats that may support populations of sensitive species and species listed or proposed under the ESA, as determined by an agency biologist.<br>Objective 2.4.20:  Gunnison Sage-Grouse (Centrocercus minimus): improve habitat for Gunnison sage-grouse when conducting resource management actions within Occupied Habitat.<br>Standard 2.4.37:  Gunnison Sage-Grouse: invasive vegetation must be monitored and controlled post-treatment. |
| 95 | Fire, Fuels, Rehabilitation | **TRES RIOS FO RMP 2015**<br>Guideline 2.4.66:  Within Occupied Habitat, grazing in treatment areas should be deferred for 2 growing season after treatment, unless needed for seedbed preparation or desired understory and over-story are established. |
| 96 | Fire, Fuels, Rehabilitation | **TRES RIOS FO RMP 2015**<br>Guideline 2.4.64:  Use of native seeds should be used for revegetation following fuels management treatment based |

BLM_0027546

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | on availability, adaptation (site potential), and probability of success (Richards et al. 1998). Where probability of success or native seed availability is low, non-native seeds may be used as long as they meet sage-grouse habitat objectives. |
| **SPECIAL STATUS SPECIES** | | |
| 97 | Special Status Species | **MONTICELLO FO RMP 2008**<br>Avoid all permitted activities from March 20 to May 15. If impractical to avoid all permitted activities, then no activity from sunset the evening before to 2 hours after sunrise the next morning. Prohibit construction of roads year-round.<br>GRA-24: Sage Flat, Upper East Canyon, Sage-grouse and Dry Farm allotments will not be grazed from March 20 to May 15 (Gunnison Sage-grouse nesting season) (pg. 78). SSP-23 Lek habitat (within 0.6 miles of active strutting ground): Avoid all permitted activities from March 20 to May 15. If impractical to avoid all permitted activities, then no activity from sunset the evening before to 2 hours after sunrise the next morning SSP-24 Year-round habitat (within 4 miles of active strutting ground): Limit grazing use levels as necessary to maintain and/or improve sage-grouse habitat.<br><br>**TRES RIOS FO RMP 2015**<br>Projects in Occupied Habitat should be designed to mitigate or avoid the direct or indirect loss of habitat necessary for maintenance of the local population or reduce to acceptable levels the direct or indirect loss of important habitat necessary for sustainable local populations. Projects will incorporate special reclamation measures or design features that accelerate recovery and/or re-establishment of affected sage-grouse habitat as much as possible.<br>In order to determine site occupation, pre-implementation surveys may be required for projects occurring in habitats that may support populations of sensitive species and species listed or proposed under the ESA, as determined by an agency biologist.<br>Objective 2.4.20: Gunnison Sage-Grouse (Centrocercus minimus): improve habitat for Gunnison sage-grouse when conducting resource management actions within Occupied Habitat.<br>Standard 2.4.34: Gunnison Sage-Grouse: Management activities must not occur from March 1 to June 30 within Occupied Habitat suitable for nesting to allow for breeding and December 1 to March 15 for known winter habitat.<br>Guideline 2.4.61: Applicable BMPs should be applied to all mineral proposals as Conditions of Approval within occupied sage-grouse habitat to provide for adequate effective habitat and breeding, nesting, and wintering habitat. |
| 98 | Special Status | **GUNNISON RMP 1993** |

BLM_0027547

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
|  | Species | MU 10 (yearlong bighorn sheep and other wildlife habitat.):  ROWs.  Public lands will be open to the location of ROWs with appropriate mitigation to insure compatibility with the management of bighorn sheep. ROW construction or maintenance that will result in disturbance to lambing bighorn sheep will not be permitted from April 15 through June 15. <br> MU 15 (important fishery streams):  ROWs.  No surface-disturbing activities will be permitted along Alder, Willow (west of Gunnison), and Razor Creeks, and along the lower one-mile of South Beaver Creek in the unit from July 1 through July 31 in order to prevent disturbance to sage grouse during the brood rearing period.  Mitigating measures will be included in ROW authorizations in these areas of this unit to prevent disturbance to brooding sage grouse. <br><br> **TRES RIOS FO RMP 2015** <br> Projects in Occupied Habitat should be designed to mitigate or avoid the direct or indirect loss of habitat necessary for maintenance of the local population or reduce to acceptable levels the direct or indirect loss of important habitat necessary for sustainable local populations.  Projects will incorporate special reclamation measures or design features that accelerate recovery and/or re-establishment of affected sage-grouse habitat as much as possible. <br> In order to determine site occupation, pre-implementation surveys may be required for projects occurring in habitats that may support populations of sensitive species and species listed or proposed under the ESA, as determined by an agency biologist. <br> Objective 2.4.20:  Gunnison Sage-Grouse (Centrocercus minimus): improve habitat for Gunnison sage-grouse when conducting resource management actions within Occupied Habitat. <br> Standard 2.4.34:  Gunnison Sage-Grouse: Management activities must not occur from March 1 to June 30 within Occupied Habitat suitable for nesting to allow for breeding and December 1 to March 15 for known winter habitat. <br> Guideline 2.4.61:  Applicable BMPs should be applied to all mineral proposals as Conditions of Approval within occupied sage-grouse habitat to provide for adequate effective habitat and breeding, nesting, and wintering habitat. |
| 99 | Special Status Species | **GUNNISON RMP 1993** <br> MU 7 (West Antelope Creek ACEC):  ROWs.  ROW-related construction activities will not be permitted on crucial big game winter range from December 1 through April 30 to prevent disturbance to wintering elk and deer. <br> MU 14 (riparian areas containing important sage grouse brood-rearing areas):  ROWs.  Mitigating measures will be included in ROW authorizations to prevent disturbance within this unit to brooding sage grouse from June 15 through July 31 and from December 1 through April 30 on crucial big game winter range to prevent disturbance to wintering deer and elk. <br><br> **GUNNISON GORGE NCA RMP 2004** |

BLM_0027548

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | MU 4 (GUSG ACEC/IBA):  Construction of all ROWs in the management unit will be restricted from November 15 through April 30 during crucial periods for wintering mule deer, elk, and GUSG. |
| | | **TRES RIOS FO RMP 2015** Projects in Occupied Habitat should be designed to mitigate or avoid the direct or indirect loss of habitat necessary for maintenance of the local population or reduce to acceptable levels the direct or indirect loss of important habitat necessary for sustainable local populations.  Projects will incorporate special reclamation measures or design features that accelerate recovery and/or re-establishment of affected sage-grouse habitat as much as possible. In order to determine site occupation, pre-implementation surveys may be required for projects occurring in habitats that may support populations of sensitive species and species listed or proposed under the ESA, as determined by an agency biologist. Objective 2.4.20:  Gunnison Sage-Grouse (Centrocercus minimus): improve habitat for Gunnison sage-grouse when conducting resource management actions within Occupied Habitat. Standard 2.4.34:  Gunnison Sage-Grouse: Management activities must not occur from March 1 to June 30 within Occupied Habitat suitable for nesting to allow for breeding and December 1 to March 15 for known winter habitat. Guideline 2.4.61:  Applicable BMPs should be applied to all mineral proposals as Conditions of Approval within occupied sage-grouse habitat to provide for adequate effective habitat and breeding, nesting, and wintering habitat. **UNCOMPAHGRE BASIN RMP 1989** Management Unit 2 will be open to major utility development with possible restrictions, on construction activities from December 1 through April 30 within crucial deer and elk winter range to protect crucial deer and elk winter range from disturbance. |
| 100 | Special Status Species | **TRES RIOS FO RMP 2015** Projects in Occupied Habitat should be designed to mitigate or avoid the direct or indirect loss of habitat necessary for maintenance of the local population or reduce to acceptable levels the direct or indirect loss of important habitat necessary for sustainable local populations.  Projects will incorporate special reclamation measures or design features that accelerate recovery and/or re-establishment of affected sage-grouse habitat as much as possible. In order to determine site occupation, pre-implementation surveys may be required for projects occurring in habitats that may support populations of sensitive species and species listed or proposed under the ESA, as determined by an agency biologist. Objective 2.4.20:  Gunnison Sage-Grouse (Centrocercus minimus): improve habitat for Gunnison sage-grouse when conducting resource management actions within Occupied Habitat. |

BLM_0027549

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | Standard 2.4.35:  Gunnison Sage-Grouse: New structural improvements or surface disturbance must not occur within known winter concentration areas or within 0.6 mile radius  of known Gunnison Sage-Grouse leks. Guideline 2.4.61: Applicable BMPs should be applied to all mineral proposals as Conditions of Approval within occupied sage-grouse habitat to provide for adequate effective habitat and breeding, nesting, and wintering habitat. |
| 101 | Special Status Species | **TRES RIOS FO RMP 2015** Projects in Occupied Habitat should be designed to mitigate or avoid the direct or indirect loss of habitat necessary for maintenance of the local population or reduce to acceptable levels the direct or indirect loss of important habitat necessary for sustainable local populations.  Projects will incorporate special reclamation measures or design features that accelerate recovery and/or re-establishment of affected sage-grouse habitat as much as possible. In order to determine site occupation, pre-implementation surveys may be required for projects occurring in habitats that may support populations of sensitive species and species listed or proposed under the ESA, as determined by an agency biologist. Objective 2.4.20: Gunnison Sage-Grouse (Centrocercus minimus): improve habitat for Gunnison sage-grouse when conducting resource management actions within Occupied Habitat. Standard 2.4.38:  Gunnison Sage-Grouse: New noise sources resulting from management activities should not contribute to noise levels that negatively impact sage-grouse leks during the active lek season (March 1 to May 15) based on best available science. |
| 102 | Special Status Species | **MOAB FO RMP 2008** If GUSG leks are discovered within sage-grouse habitat, no surface-disturbing activities will be allowed within 0.6 mile of a lek. Purpose: To protect occupied lek sites within GUSG Habitat. Exception: An exception may be granted by the Field Manager if the operator submits a plan which demonstrates that impacts from the proposed action can be adequately mitigated. Modification: The Field Manager may modify the boundaries of the stipulation area if: (1) portions of the area do not include lek sites, or (2) the lek site(s) have been completely abandoned or destroyed, or (3) occupied lek site(s) occur outside the current defined area, as determined by the BLM. Waiver:  A waiver may be granted if there are no active lek site(s) in the leasehold and it is determined the site(s) have been completely abandoned or destroyed or occur outside current defined area, as determined by the BLM. |
| 103 | Special Status Species | No similar action. |

**BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS**
**AUGUST 2016**

BLM_0027550

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| 104 | Special Status Species | **DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013**<br>On sites where the Ecological Site Description potential is for sagebrush shrublands, prevent expansion of pinyon-juniper vegetation into these areas using mechanical and/or manual treatments, and planned or unplanned wildfire. (From Proposed RMP 2015)<br>Use vegetation treatments (e.g., mechanical treatments, chemical treatments, planned and unplanned wildfire, reseeding, targeted grazing) to move towards meeting structural habitat guidelines found within the Gunnison sage-grouse Rangewide Conservation Plan (Gunnison Sage-grouse Rangewide Steering Committee, 2005), or comparable, best available scientific guidance.<br>Apply vegetation treatments to reintroduce and/or increase cover of sagebrush in old vegetation treatments where it was removed.<br>Apply vegetation treatments to reintroduce native grass, forb and shrub species in old vegetation treatments where crested wheatgrass is now a dominant species. Prior to completing vegetation treatments: establish research or pilot plots in D-E NCA to determine successful treatment prescriptions (exemption: noxious weed treatments); or ensure that likely outcomes are known on the basis of other tests conducted in the region. Use existing research or pilot plots from the D-E NCA or surrounding region to inform vegetation treatment prescriptions in this vegetation type.<br><br>**GRAND JUNCTION FO RMP 2015**<br>Maintain present composition of late- to mid-seral plant communities providing suitable habitat for wildlife. Minimize activities that would result in a persistent early-seral stage in the lower elevations. Maintain or improve high-quality sagebrush habitats consistent with the natural range of variability for sagebrush communities. Restore the species composition and diversity of seral stages of sagebrush communities. Implement treatments designed to reduce pinyon-juniper and conifer encroachment, replenish diminished native seed banks, control noxious and invasive species, and provide periods of grazing rest or reduced usage during drought. Reduce the encroachment of juniper (Juniperus spp.) and other woody tree species in sagebrush habitat. Sites should have evidence of past sagebrush plant communities as evidenced by residual native plants or soils that support a rangeland not a woodland ecological site.<br><br>**GUNNISON RMP 1993**<br>Specific, desired plant communities will be identified in activity plans. Exceptions to a late seral ecological status needed to meet objectives will be identified in activity plans.<br><br>**MOAB FO RMP 2008**<br>Vegetation Treatments: Maintain the existing vegetation treatments (46,307 acres) to increase available forage |

BLM_0027551

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | within the following allotments.  These areas have been treated over the past 50 years and consist primarily of pinyon-juniper woodlands.  These areas will be treated by prescribed fire, chemical or mechanical or other means in accordance with BLM sagebrush conservation guidance and other applicable resource goals.  The improved forage will benefit multiple use objectives including livestock and wildlife use.  Allotments:  Adobe Mesa, Big Triangle, Black Ridge, Buckhorn.<br><br>**MONTICELLO FO RMP 2008**<br>Maintain an estimated 1,500 acres/year of existing land treatments and implement new vegetation treatments to restore ecosystem health, functioning condition, etc. in the following vegetation cover types (Map 15):<br>sagebrush 1,500 acres/year<br>weed treatments 3,000 acres/year<br>pinyon-juniper 3,000 acres/year<br>riparian 100 acres/year<br>greasewood 200 acres/year |
| 105 | Special Status Species | **DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013**<br>On sites where the Ecological Site Description potential is for sagebrush shrublands, prevent expansion of pinyon-juniper vegetation into these areas using mechanical and/or manual treatments, and planned or unplanned wildfire. (From Proposed RMP 2015)<br>Use vegetation treatments (e.g., mechanical treatments, chemical treatments, planned and unplanned wildfire, reseeding, targeted grazing) to move towards meeting structural habitat guidelines found within the Gunnison sage-grouse Rangewide Conservation Plan (Gunnison Sage-grouse Rangewide Steering Committee, 2005), or comparable, best available scientific guidance.<br>Apply vegetation treatments to reintroduce and/or increase cover of sagebrush in old vegetation treatments where it was removed.<br>Apply vegetation treatments to reintroduce native grass, forb and shrub species in old vegetation treatments where crested wheatgrass is now a dominant species.  Prior to completing vegetation treatments: establish research or pilot plots in D-E NCA to determine successful treatment prescriptions (exemption: noxious weed treatments); or ensure that likely outcomes are known on the basis of other tests conducted in the region.  Use existing research or pilot plots from the D-E NCA or surrounding region to inform vegetation treatment prescriptions in this vegetation type.<br><br>**GRAND JUNCTION FO RMP 2015** |

BLM_0027552

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | Maintain present composition of late- to mid-seral plant communities providing suitable habitat for wildlife. Minimize activities that would result in a persistent early-seral stage in the lower elevations. Maintain or improve high-quality sagebrush habitats consistent with the natural range of variability for sagebrush communities. Restore the species composition and diversity of seral stages of sagebrush communities. Implement treatments designed to reduce pinyon-juniper and conifer encroachment, replenish diminished native seed banks, control noxious and invasive species, and provide periods of grazing rest or reduced usage during drought. Reduce the encroachment of juniper (Juniperus spp.) and other woody tree species in sagebrush habitat. Sites should have evidence of past sagebrush plant communities as evidenced by residual native plants or soils that support a rangeland not a woodland ecological site.<br><br>**GUNNISON RMP 1993**<br>Specific, desired plant communities will be identified in activity plans. Exceptions to a late seral ecological status needed to meet objectives will be identified in activity plans.<br><br>**MOAB FO RMP 2008**<br>Vegetation Treatments: Maintain the existing vegetation treatments (46,307 acres) to increase available forage within the following allotments. These areas have been treated over the past 50 years and consist primarily of pinyon-juniper woodlands. These areas will be treated by prescribed fire, chemical or mechanical or other means in accordance with BLM sagebrush conservation guidance and other applicable resource goals. The improved forage will benefit multiple use objectives including livestock and wildlife use. Allotments: Adobe Mesa, Big Triangle, Black Ridge, Buckhorn.<br><br>**MONTICELLO FO RMP 2008**<br>Maintain an estimated 1,500 acres/year of existing land treatments and implement new vegetation treatments to restore ecosystem health, functioning condition, etc. in the following vegetation cover types (Map 15):<br>• sagebrush 1,500 acres/year<br>• weed treatments 3,000 acres/year<br>• pinyon-juniper 3,000 acres/year<br>• riparian 100 acres/year<br>• greasewood 200 acres/year |
| 106 | Special Status Species | **CANYONS OF THE ANCIENTS NM RMP 2010**<br>Encourage range, fuels and fire, and vegetation management activities that will protect and/or enhance riparian/aquatic resource conditions. Evaluate all proposed projects in order to ensure their compliance with BLM |

BLM_0027553

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | policies on riparian habitat management. Manage riparian areas in a manner that moves them toward achieving Proper Functioning Condition (PFC). (NOTE: Projects designed for enhancement or improvement of riparian and alluvial sites will not be allowed within 100 feet of active channel edges without appropriate mitigation.) <br><br> **DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013** <br> Use vegetation treatments and/or restrictions on allowable uses to meet priority species and vegetation objectives. Restore native riparian species in degraded areas by planting, seeding and by relying on natural regeneration associated with flooding and successional processes. Apply SSR (see Appendix B, Map 2-2e) within a minimum distance of 100 meters (328 feet) from the edge of the riparian zone of naturally occurring seeps and springs (lentic riparian areas). Also apply SSR to the spring/seep recharge zone where it is determined to extend more than 100 meters from the riparian zone. Reintroduce appropriate native, wetland obligate plant species to seeps and springs that have been degraded. Emphasize reintroductions in springs and seeps that lack rare species and communities. <br><br> **GUNNISON GORGE NCA RMP 2004** <br> Vegetation planting and weed control will take place on all areas identified in the Gunnison Gorge Land Health Assessment (BLM 2001a) as needing restoration, and restoration will occur until an acceptable native plant community occupies the site. <br><br> **GRAND JUNCTION FO RMP 2015** <br> Restore natural disturbance regimes such as fire, and use vegetative treatments to accomplish biodiversity objectives in resilient plant communities. <br> Allowable Use (VR-AU3): STIPULATION NSO-4: Lentic Riparian Areas (including springs, seeps, and fens). (Alternative B: All Programs Except Fluid Minerals. Alternative C: All Surface-disturbing Activities) Prohibit surface occupancy and surface-disturbing activities within a minimum distance of 100 meters (328 feet) from the edge of the riparian zone. (Refer to Appendix B.) See Figures 2-43 (Alternative B) and 2-44 (Alternative C) in Appendix A. Standard exceptions apply; see Appendix B. <br> ACTION (VR-A2): Give priority for riparian management to areas identified as special status species habitat and those riparian areas not meeting Proper Functioning Condition (e.g., Roan, Carr, Hawxhurst, Coon Creek, and Plateau Creeks; the Gunnison, Colorado, and Dolores Rivers; and Unaweep Seep). <br> ACTION (VR-A4): Consider the following management actions for improvement or protection of riparian values: riparian grazing pastures, exclosures, land acquisition, adjustments to grazing management, stream structures, and plantings. <br> NSO-2 (ROWA): Streams/Springs Possessing Lotic Riparian Characteristics (except oil and gas). <br> NSO-4 (ROWA): Lentic Riparian Areas (including springs, seeps, and fens) (except oil and gas). |

BLM_0027554

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | **GUNNISON RMP 1993**<br>Resources and values in riparian areas will be maintained, restored, or improved, including the diversity, vigor, and quantity of herbaceous and woody plants necessary for the 1) proper hydrological functioning of riparian systems, 2) control of accelerated soil erosion, and 3) sustained high quality livestock forage and wildlife habitat.  During the preparation of all plans for surface-disturbing activities on public lands, affected wetlands will be inventoried, classified, and considered.<br><br>**SAN JUAN/SAN MIGUEL RMP 1985**<br>Management actions within floodplains and wetlands will include measures to preserve, protect, and, if necessary, restore their natural functions (as required by Executive Orders 11988 and 11990).<br><br>**TRES RIOS FO RMP 2015**<br>Management actions must not cause long-term change away from desired conditions in riparian or wetland vegetation communities.  Agency actions should avoid or otherwise mitigate long-term adverse impacts to riparian areas and wetlands.  Agency actions should avoid or otherwise mitigate damage to the long-term soil productivity of riparian area and wetland ecosystems.  Woody riparian vegetation along low-gradient ephemeral and permanent stream channels should be maintained or restored to ensure terrestrial food sources for invertebrates, fish, birds, and mammals, and to minimize water temperature changes.<br><br>**UNCOMPAHGRE BASIN RMP 1989**<br>Measures designed to minimize site-specific riparian and aquatic deterioration will be required in site specific plans for surface-disturbing land use activities.  Vegetation conditions and streambank cover will be maintained or improved. |
| 107 | Special Status Species | **CANYONS OF THE ANCIENTS NM RMP 2010**<br>Treat over-mature or overly dense sagebrush-steppe habitat in a manner that provides for a diversity of age classes and for a better shrub-grass mosaic.  Plant desirable native grasses and forbs.<br><br>**DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013**<br>Use vegetation treatments and/or restrictions on allowable uses to meet priority species and vegetation objectives. (In sagebrush communities) Use vegetation treatments (e.g., mechanical treatments, chemical treatments, planned and unplanned wildfire, reseeding, targeted grazing) to move towards meeting structural habitat guidelines found within the GUSG RCP (2005) or comparable, best available scientific guidance.  (In sagebrush communities) Apply vegetation treatments to reintroduce and/or increase cover of sagebrush in old vegetation treatments where it was |

BLM_0027555

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | removed. (In sagebrush communities)  Apply vegetation treatments to reintroduce native grass, forb and shrub species in old vegetation treatments where crested wheatgrass is now a dominant species.  Prior to completing vegetation treatments: establish research or pilot plots in D-E NCA to determine successful treatment prescriptions (exemption: noxious weed treatments); or ensure that likely outcomes are known on the basis of other tests conducted in the region.  Use existing research or pilot plots from the D-E NCA or surrounding region to inform vegetation treatment prescriptions in this vegetation type. **GUNNISON GORGE NCA RMP 2004** Vegetation planting and weed control will take place on all areas identified in the Gunnison Gorge Land Health Assessment (BLM 2001a) as needing restoration, and restoration will occur until an acceptable native plant community occupies the site.  Plant community improvement projects will take place to restore native perennial grasses and forbs to communities where these have been depleted far below average levels. Unit 4 grouse area: • In the Black Ridge area of the unit, the size, number, and types of vegetation (see Figure 3-8 in Chapter 3 of the DRMP [BLM 2003c]) will be tailored first to GUSG needs, and second to big game winter range needs. • Vegetation treatments will be managed to ensure that appropriate plant communities are present for all life functions for the GUSG. • In areas of severely degraded vegetation, restoration treatments will be undertaken. **GRAND JUNCTION FO RMP 2015** ACTION:  Consistent with current guidance for sagebrush-dependent species, improve areas of poor quality nesting habitat by implementing the following actions, including but not limited to: • In areas where species diversity is low seed area with grasses and forbs, with an emphasis on forbs if brood-rearing occurs in the area, accompanied by light disking and inter-seeding, or drill seeding. • Where sage is decadent and does not meet habitat objectives, conduct thinning by roller-chopping, light disking, Dixie Harrow, Lawson Aerator or other methods. • Conduct vegetation treatments to retain residual cover through fall and winter into nesting season. ACTION:  Prioritize the following greater Sage-Grouse and GUSG winter areas for treatment and restoration: • winter habitat areas in need of enhancement • areas that pose a fire risk to key winter habitats; and • areas to meet habitat condition objectives (e.g., Sunny Side and Wagon Track Ridge). ACTION:  Inventory upper-elevation sagebrush to identify non-functioning habitat and develop restoration plans |

BLM_0027556

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | within priority management units to increase patch size and connectivity through vegetation treatments and consolidation of disturbance to support sagebrush obligate species. Prioritize management of upper-elevation sagebrush in the following order: 1. Greater and GUSG important habitat, including but not limited to Glade Park, Brush Mountain, and 4A Mountain. Action (A14): Implement vegetation treatments, including mechanical, chemical, and fire, on priority allotments to improve rangeland health or reduce conflicts with other resources or public land users. **GUNNISON RMP 1993** Specific, desired plant communities will be identified in activity plans. Exceptions to a late seral ecological status needed to meet objectives will be identified in activity plans. Structural and non-structural range improvements such as fences, water developments, burns, spray treatments, and others will continue to be identified and prescribed in activity plans or agreements. This will facilitate livestock management to achieve specific management and resource objectives defined in activity plans or agreements. However, any range improvements identified in the MFP ROD that were not implemented, and will enhance or facilitate resource management objectives will be considered for development. Existing range improvements will continue to be maintained as assigned in cooperative agreements and range improvement permits. **MCINNIS CANYONS NCA RMP 2004** Vegetation restoration and reclamation projects will be implemented on those areas currently not meeting land health standards, in concert with other programs that will improve the land health on all priority areas, including the River Corridor, Rabbit Valley, Black Ridge, as well as on other sites that will benefit from treatment for various resources such as sage grouse, desert bighorn, and prairie dogs. Emphasis will also be placed on improving plant diversity, particularly in those areas dominated by cheatgrass or crested wheatgrass, and in other priority areas. Rehabilitation efforts appropriate for the area will be applied. **SAN JUAN/SAN MIGUEL RMP 1985** Development of habitat management plans for key species and their related habitat will occur over the term of the plan. Completion of these plans will be dependent upon need, availability of funding, and manpower. Several key habitats in which plans might be developed include: big game winter ranges; winter raptor concentration areas; aquatic riparian habitats; bighorn sheep habitat; pronghorn antelope habitat; and threatened and endangered (T&E) species habitat. Priority will generally be given to the development of a habitat management plan for T&E species. **SAN LUIS RMP 1991** San Luis Area #1 1-5: Allow vegetative manipulation such as mechanical, chemical, or fire practices to aid in |

BLM_0027557

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | accomplishing the overall objective and the desired plant communities described in activity plans. San Luis Area #1 1-7: Provide 40 percent of increased forage production to livestock grazing and 60 percent, if needed, to non-livestock uses and needs (e. g., wildlife, riparian, watershed, soils, etc.). **TRES RIOS FO RMP 2015** Vegetation management planning should emphasize restoration needs in the sagebrush ecosystem type. |
| 108 | Special Status Species | **TRES RIOS FO RMP 2015** Use of native seeds should be used for re-vegetation following fuels management treatment based on availability, adaptation (site potential), and probability of success (Richards et al. 1998). Where probability of success or native seed availability is low, non-native seeds may be used as long as they meet sage-grouse habitat objectives. |
| 109 | Special Status Species | **CANYONS OF THE ANCIENTS NM RMP 2010** • Consider vegetation treatments on a case-by-case basis with weighted consideration of cultural resource values. Prioritize areas for restoration and reclamation where management changes alone will not improve resource conditions. • Implement and monitor new restoration projects, as needed. **GRAND JUNCTION FO RMP 2015** • Restore natural disturbance regimes such as fire, and use vegetative treatments to accomplish biodiversity objectives in resilient plant communities. • Maintain or restore vegetative communities to provide soil stability and resistance to erosion. • Use vegetative treatments to improve diversity, reduce noxious and invasive species, and restore native plant communities to support wildlife and livestock. • Ensure that managed activities (grazing, recreation, energy development, etc.) are not leading to degraded conditions. Maintain present composition of late- to mid-seral plant communities providing suitable habitat for wildlife. • Minimize activities that would result in a persistent early-seral stage in the lower elevations. • Maintain or improve high-quality sagebrush habitats consistent with the natural range of variability for sagebrush communities. • Restore the species composition and diversity of seral stages of sagebrush communities. • Implement treatments designed to replenish the native seed bank and control noxious and invasive species. Inventory lower-elevation sagebrush to identify non-functioning habitat and develop restoration plans within |

BLM_0027558

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | priority management units to increase patch size and connectivity through vegetation treatments and consolidation of disturbance to support sagebrush obligate species. |
| | | • Prioritize management of lower-elevation sagebrush in the following order: 1. Greater Sage-Grouse (Centrocercus urophasianus) and GUSG important winter habitat. 2. Critical and severe big-game winter range. 3. Areas not meeting land health. |
| | | • Inventory low-elevation sagebrush to identify non-functioning habitat. |
| | | • Develop restoration plans that prioritize efforts to achieve specific species and habitat goals.  Habitat goals include but are not limited to increased patch size and connectivity through vegetation treatments and consolidation of disturbance to support sagebrush obligate species. |
| | | • Prioritize the following greater Sage-Grouse and GUSG winter areas for treatment and restoration: |
| | | ○ winter habitat areas in need of enhancement |
| | | ○ areas that pose a fire risk to key winter habitats |
| | | ○ areas to meet habitat condition objectives (e.g., Sunny Side and Wagon Track Ridge). |
| | | • Maintain or improve high-quality sagebrush habitats consistent with the natural range of variability for sagebrush communities. |
| | | • Restore the species composition and diversity of successional stages of sagebrush communities. |
| | | • Implement treatments designed to reduce pinyon-juniper and conifer encroachment, replenish diminished native seed banks, control noxious and invasive species, and provide periods of grazing rest or reduced usage during drought. |
| | | • Inventory upper-elevation sagebrush to identify non-functioning habitat and develop restoration plans within priority management units to increase patch size and connectivity through vegetation treatments and consolidation of disturbance to support sagebrush obligate species. |
| | | • Prioritize management of upper-elevation sagebrush in the following order: 1.Greater and GUSG important habitat, including but not limited to Glade Park, Brush Mountain, and 4A Mountain. 2. Critical and severe big-game winter range. 3. Areas not meeting land health. 4. Areas that pose a fire risk to key habitats. |
| | | • Remove sagebrush to create small openings in continuous or dense sagebrush to create a mosaic of multiple age classes and associated understory diversity across the landscape to benefit many sagebrush-dependent species. Factors that help determine the mosaic are soil types, topography, aspect, climate and local weather patterns, and current and potential plant communities. |
| | | Action (A14):  Implement vegetation treatments, including mechanical, chemical, and fire, on priority allotments to improve rangeland health or reduce conflicts with other resources or public land users. |

BLM_0027559

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | **MOAB FO RMP 2008**<br>Reclaim and restore up to 257,809 acres of sagebrush habitat and shrub-steppe ecosystems where appropriate in accordance with the BLM sagebrush conservation guidance. Reclamation/restoration will be undertaken in cooperation with the Utah Partners for Conservation and Development and may include removing surface material, re-contouring, spreading topsoil, seeding or planting seedlings, and/or changing livestock grazing strategies, such as, changing season of use, type of use, removing or reducing spring grazing, reducing livestock numbers, reducing grazing intensity, improving distribution, requiring rest rotation practices, or exclusion. Work in coordination with UDWR to reduce wildlife numbers, as necessary, to restore sagebrush habitat.<br><br>**TRES RIOS FO RMP 2015**<br>ACTION: When re-seeding roads, primitive roads, and trails, use appropriate seed mixes and consider the use of transplanted sagebrush. |
| 110 | Special Status Species | **CANYONS OF THE ANCIENTS NM RMP 2010**<br>Consider vegetation treatments on a case-by-case basis with weighted consideration of cultural resource values. Prioritize areas for restoration and reclamation where management changes alone will not improve resource conditions.<br>Implement and monitor new restoration projects, as needed.<br><br>**GRAND JUNCTION FO RMP 2015**<br>• Restore natural disturbance regimes such as fire, and use vegetative treatments to accomplish biodiversity objectives in resilient plant communities.<br>• Maintain or restore vegetative communities to provide soil stability and resistance to erosion.<br>• Use vegetative treatments to improve diversity, reduce noxious and invasive species, and restore native plant communities to support wildlife and livestock.<br>• Ensure that managed activities (grazing, recreation, energy development, etc.) are not leading to degraded conditions. Maintain present composition of late- to mid-seral plant communities providing suitable habitat for wildlife.<br>• Minimize activities that would result in a persistent early-seral stage in the lower elevations.<br>• Maintain or improve high-quality sagebrush habitats consistent with the natural range of variability for sagebrush communities.<br>• Restore the species composition and diversity of seral stages of sagebrush communities. |

BLM_0027560

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | <ul><li>Implement treatments designed to replenish the native seed bank and control noxious and invasive species. Inventory lower-elevation sagebrush to identify non-functioning habitat and develop restoration plans within priority management units to increase patch size and connectivity through vegetation treatments and consolidation of disturbance to support sagebrush obligate species.</li><li>Prioritize management of lower-elevation sagebrush in the following order: 1. Greater Sage-Grouse (Centrocercus urophasianus) and GUSG important winter habitat. 2. Critical and severe big-game winter range. 3. Areas not meeting land health.</li><li>Inventory low-elevation sagebrush to identify non-functioning habitat.</li><li>Develop restoration plans that prioritize efforts to achieve specific species and habitat goals. Habitat goals include but are not limited to increased patch size and connectivity through vegetation treatments and consolidation of disturbance to support sagebrush obligate species.</li><li>Prioritize the following greater Sage-Grouse and GUSG winter areas for treatment and restoration:<ul><li>winter habitat areas in need of enhancement</li><li>areas that pose a fire risk to key winter habitats</li><li>areas to meet habitat condition objectives (e.g., Sunny Side and Wagon Track Ridge).</li></ul></li><li>Maintain or improve high-quality sagebrush habitats consistent with the natural range of variability for sagebrush communities.</li><li>Restore the species composition and diversity of successional stages of sagebrush communities.</li><li>Implement treatments designed to reduce pinyon-juniper and conifer encroachment, replenish diminished native seed banks, control noxious and invasive species, and provide periods of grazing rest or reduced usage during drought.</li><li>Inventory upper-elevation sagebrush to identify non-functioning habitat and develop restoration plans within priority management units to increase patch size and connectivity through vegetation treatments and consolidation of disturbance to support sagebrush obligate species.</li><li>Prioritize management of upper-elevation sagebrush in the following order: 1.Greater and GUSG important habitat, including but not limited to Glade Park, Brush Mountain, and 4A Mountain. 2. Critical and severe big-game winter range. 3. Areas not meeting land health. 4. Areas that pose a fire risk to key habitats.</li><li>Remove sagebrush to create small openings in continuous or dense sagebrush to create a mosaic of multiple age classes and associated understory diversity across the landscape to benefit many sagebrush-dependent species. Factors that help determine the mosaic are soil types, topography, aspect, climate and local weather patterns, and current and potential plant communities.</li></ul> |

BLM_0027561

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | Action (A14): Implement vegetation treatments, including mechanical, chemical, and fire, on priority allotments to improve rangeland health or reduce conflicts with other resources or public land users. |
| | | **MOAB FO RMP 2008** Reclaim and restore up to 257,809 acres of sagebrush habitat and shrub-steppe ecosystems where appropriate in accordance with the BLM sagebrush conservation guidance. Reclamation/restoration will be undertaken in cooperation with the Utah Partners for Conservation and Development and may include removing surface material, re-contouring, spreading topsoil, seeding or planting seedlings, and/or changing livestock grazing strategies, such as, changing season of use, type of use, removing or reducing spring grazing, reducing livestock numbers, reducing grazing intensity, improving distribution, requiring rest rotation practices, or exclusion. Work in coordination with UDWR to reduce wildlife numbers, as necessary, to restore sagebrush habitat. |
| | | **TRES RIOS FO RMP 2015** ACTION: When re-seeding roads, primitive roads, and trails, use appropriate seed mixes and consider the use of transplanted sagebrush. |
| 111 | Special Status Species | **DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013** In coordination with the counties, use early detection/rapid response to contain and (where possible) eradicate all State listed species and selected BLM species of concern (see Appendix F for list of State weeds. Treat tamarisk, Russian olive and elm (and other woody non-native plants) with a phased approach. Remove patches of woody non-natives to 1) allow for the establishment of native species in treated patches prior to treating adjacent patches and 2) minimize disruption to habitat connectivity. Conduct active restoration in disturbed patches. |
| | | **GRAND JUNCTION FO RMP 2015** Apply integrated control methods (physical, cultural, biological, chemical, fire) to noxious and invasive pest populations. Use vegetative treatments to improve diversity, reduce noxious and invasive species, and restore native plant communities to support wildlife and livestock. Implement treatments designed to replenish the native seed bank and control noxious and invasive species. Restore the species composition and diversity of successional stages of sagebrush communities. Implement treatments designed to reduce pinyon-juniper and conifer encroachment, replenish diminished native seed banks, control noxious and invasive species, and provide periods of grazing rest or reduced usage during drought. |

BLM_0027562

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | **GUNNISON RMP 1993**<br>A noxious weed program, and control of noxious weeds, will be initiated in cooperation with the local county weed district, county governments, and other affected interests.<br><br>**GUNNISON GORGE NCA RMP 2004**<br>Vegetation planting and weed control will take place on all areas identified in the Gunnison Gorge Land Health Assessment (BLM 2001a) as needing restoration, and restoration will occur until an acceptable native plant community occupies the site. Pursuant to BLM's Partners in Weeds strategy, BLM will conduct integrated weed management with counties, private landowners, and other agencies to meet land health standards.<br><br>**MCINNIS CANYONS NCA RMP 2004**<br>The BLM will manage noxious weeds using an Integrated Weed Management (IWM) approach, while incorporating weed education information into CCNCA literature, web sites, and key entry points into the CCNCA. The BLM's Partners Against Weeds (PAWs) action plan is a comprehensive strategy providing guidance for preventing and controlling the spread of noxious weeds. Goals of the PAWs plan are prevention and detection, education and awareness, inventory, planning, Integrated Weed Management, monitoring and evaluation, and research and technology transfer. PAWs and additional guidance such as the Certified Weed-Free Forage Program are integral to the CCNCA weed management program.<br><br>**MOAB FO RMP 2008**<br>Make consistent with LUA and maybe minerals. Consider making General or applying to Control invasive and non-native weed species and prevent the introduction of new invasive species by implementing a comprehensive weed program (as per national guidance and local weed management plans in cooperation with state, federal affected counties), including: coordination with partners; prevention and early detection; education; inventory and monitoring; and using principles of integrated weed management.<br>Control invasive and non-native weed species and prevent the introduction of new invasive species by implementing a comprehensive weed program (as per national guidance and local weed management plans in cooperation with state, federal affected counties), including: coordination with partners; prevention and early detection; education; inventory and monitoring; and using principles of integrated weed management. Manage for vegetation restoration, including control of weed infestations and control of invasive and undesirable non-native species. Maintain, protect and enhance special status plant and animal habitats in such manner that the potential need to consider any of these species for listing as threatened or endangered under the Endangered Species Act does not arise. Maintain or enhance the integrity of current sagebrush and sage steppe communities and identify areas in need of restoration. |

BLM_0027563

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | Initiate restoration and/or rehabilitation efforts to ensure sustainable populations of sage-grouse, mule deer and other sagebrush obligate species. |
| 112 | Special Status Species | **CANYONS OF THE ANCIENTS NM RMP 2010**<br>Inventory and prioritize areas for noxious weed treatment (such as routes, riparian areas, stock ponds, and areas of ground disturbance) within 3 years of the signing of the ROD. Monitor, annually, at least 20 percent of treatment areas.<br><br>**DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013**<br>Within SRMAs: Prioritize non-native plant treatments to most efficiently achieve both biological and recreation objectives. In all other areas: Prioritize non-native plant treatments to most efficiently achieve biological resources objectives. Focus weed inventory surveys and treatments on high use areas (roads, trails, ponds, river, etc.), federally listed species habitat, and in stream segments suitable for inclusion in the National Wild and Scenic Rivers system.<br><br>**GRAND JUNCTION FO RMP 2015**<br>Prioritize treatment areas for priority noxious and invasive species based on the following criteria: • Current state, county, and BLM priority weed lists; • Appropriate time of year for the most effective treatment; and • River restoration projects. |
| 113 | Special Status Species | **CANYONS OF THE ANCIENTS NM RMP 2010**<br>Apply all weed prevention BMPs (see Appendix D) to ground-disturbing activities.<br><br>**DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013**<br>Ensure noxious weed preventive measures are applied to Special Recreation Permit activities, construction activities, road maintenance and mechanical vegetation treatment activities as outlined in contracts, permits, and cooperative agreements.<br><br>**GRAND JUNCTION FO RMP 2015**<br>Implement preventative measures for activities associated with oil and gas operations; ROWs; range developments; special recreation permits (SRP); and construction and mechanical vegetation treatment activities as authorized in contracts and permits.<br><br>**MOAB FO RMP 2008**<br>Control invasive and non-native weed species and prevent the introduction of new invasive species by implementing |

BLM_0027564

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | a comprehensive weed program (as per national guidance and local weed management plans in cooperation with state, federal affected counties), including: coordination with partners; prevention and early detection; education; inventory and monitoring; and using principles of integrated weed management.<br><br>**TRES RIOS FO RMP 2015**<br>For all proposed projects or activities, the risk of invasive aquatic and plant species introduction or spread should be determined and appropriate prevention and mitigation measures implemented.<br>ACTION:  GUSG:  Invasive vegetation must be monitored and controlled post-treatment. |
| 114 | Special Status Species | **CANYONS OF THE ANCIENTS NM RMP 2010**<br>Permit no personal fuelwood cutting.  Authorize, by permit, commercial fuelwood cutting.  Use both dead-and-down wood and live trees for commercial fuelwood harvesting.  Require a Class III Cultural Resource Inventory in areas permitted for commercial fuelwood harvesting.  Authorize, on a case-by-case basis, the removal of products not aforementioned for research and/or for traditional purposes. Allow the commercial removal of special forest products following the completion of a Class III Cultural Resource Inventory, and a determination by the Monument Manager that the use (such as fuelwood harvesting, post cutting, or Christmas tree cutting) will not result in any new impacts that will interfere with the proper care and/or management of the objects (cultural, biological, and/or geological resources).  Designate areas for commercial special forest product removal in order to meet vegetation management objectives.<br><br>**DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013**<br>Allow for the authorized collection of plant materials (including firewood) within the D-E NCA, where doing so helps achieve biological and/or cultural resource objectives.  Evaluate yearly and designate as-needed firewood collection areas in order to conserve, protect or enhance biological and/or cultural resources, while maintaining the recreational value of this traditional use.  Designate Christmas tree cutting areas where doing so helps meet goals and objectives established for biological resources in the D-E NCA, and evaluate such areas on yearly basis.<br><br>**GUNNISON GORGE NCA RMP 2004**<br>All public lands in the planning area will be closed to commercial forestry activities.  Fuelwood collection or cutting will be allowed only if all other management unit objectives will continue to be met and, upon completion of fuelwood collection, existing ground conditions will not hinder proposed treatments.  In areas on the east side of the Gorge that receive vegetation treatments, prescribed burns, or other techniques, fuelwood collection could be allowed as a means to accomplish a resource objective, priority, cleanup, or to remove fuel from the ground and to facilitate the purposes of the treatment, if appropriate. (Unit 4 grouse area)  In areas that receive vegetation |

BLM_0027565

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | treatments, prescribed burns, or other techniques, fuelwood collection could be allowed as a means to accomplish a resource objective, priority, cleanup, or to remove fuel from the ground and to facilitate the purposes of the treatment, if appropriate. Fuelwood collection or cutting, where authorized, will be allowed only if all other management unit objectives will continue to be met and, upon completion of fuelwood collection, existing ground conditions will not hinder proposed treatments.<br><br>**GRAND JUNCTION FO RMP 2015**<br>Make 830,500 acres available for wilding permits. Issue commercial seed permits on a case-by-case basis. Close the following areas to wilding permits: • WSAs; • ACECs; • SRMAs: o Bangs and o North Fruita Desert; • Lands managed for wilderness characteristics; • Occupied threatened and endangered plant habitat; and • Occupied special status plant species habitat. Prohibit firewood harvest (in riparian areas), except where appropriate to allow for removal of undesirable invasive species.<br>Action (A1): Allow harvest of forest and woodland products in portions of the following forestry zones that are determined suitable for harvest in activity-level plans or site-specific analyses: • Pinyon-juniper: o Bangs Canyon (59,100 acres) o Glade Park (67,100 acres); o Gateway (194,300 acres); o Book Cliffs (214,300); o Plateau Valley (66,800 acres); o Grand Mesa Slopes (60,700 acres); and o Roan Creek (243,300 acres).<br>Action (A2): Close the following areas (approximately 231,200 acres) to wood product sales and/or harvest (not including Christmas tree harvest). (Figure 2-79, Appendix A). Additional areas may be found as unsuitable for harvest in the site specific forest/woodland management plans:• The Palisade municipal watershed; • Known lynx habitat; • VRM Class I areas;• WSAs; • Lands managed for wilderness characteristics; and • ACECs.<br>Exception: Allow wood product sales and/or harvest to meet desired resource conditions.<br>Action (A3): Allow Christmas tree cutting in annually delineated tree cutting areas. Close the following areas to Christmas tree cutting, except when tree removal supports the objectives of the following areas: • Areas identified as being over harvested; • ACECs; • Lands managed for wilderness characteristics; and • WSAs.<br>Action (A7): Discourage clear cuts in small, isolated, and tall conifer stands and/or mature pinyon-juniper woodlands under 160 acres, unless such practices meet other resource objectives.<br>Implementation Action (A9): Based upon tribal and public demand, allow collection of unconventional forest products. Limit permitted use of vegetal collection of commonly available renewable resources (e.g., seeds, cones, wildlings, berries, mushrooms, nuts) for non-commercial use to the following amounts consistent with other resource goals/objectives: • Boughs, All Coniferous Species: 50 pounds per person per year • Cones – Ornamental: two bushels per person per year (one bushel is equal to 9 gallons or 35 liters) • Cones – Nuts: one bushel per person per year • Medicinal: one bushel per person per year (collection prohibited within WSAs and ACECs) • |

BLM_0027566

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | Mushrooms: five gallons per species per person per year • Wildings: 15 meters (50 feet) per species per person per year (collection prohibited within WSAs and ACECs) • Traditional, religious, or ceremonial plants that are not widely available may be harvested for personal use by Native American tribal members and would not be offered as wilding plants for the general public.<br><br>Implementation Action (A9):  Based upon tribal and public demand, allow collection of unconventional forest products.  Limit permitted use of vegetal  collection of commonly available renewable resources (e.g., seeds, cones, wildlings, berries, mushrooms, nuts) for non-commercial use to the following amounts consistent with other resource goals/objectives: • Boughs, All Coniferous Species: 50 pounds per person per year • Cones – Ornamental: two bushels per person per year (one bushel is equal to 9 gallons or 35 liters) • Cones – Nuts: one bushel per person per year • Medicinal: one bushel per person per year (collection prohibited within WSAs and ACECs) • Mushrooms: five gallons per species per person per year • Wildings: 15 meters (50 feet) per species per person per year (collection prohibited within WSAs and ACECs) • Traditional, religious, or ceremonial plants that are not widely available may be harvested for personal use by Native American tribal members and would not be offered as wilding plants for the general public.<br><br>**GUNNISON RMP 1993**<br>Suitable commercial forest lands and woodlands will be managed for sustained yield production within the allowable cut restrictions and guidelines determined by the Timber Production Capability Classification (TPCC).  Special emphasis will be placed on the harvest of over-mature and pest-killed trees.  Approximately 41,347 acres of suitable commercial forest lands, and 23,615 acres of suitable woodlands in several Management Units will be available for harvest.  Approximately 1,200 MBF of commercial timber, 490 cords of fuelwood, 400 wildings, and, on average, 300 Christmas trees could be considered for harvest annually on a sustained yield basis.  No commercial timber harvesting will occur in riparian areas, or in a 30-foot area either side of riparian areas, unless riparian or wildlife values will be improved.<br><br>**MCINNIS CANYONS NCA RMP 2004**<br>The practice of taking woodland products within the CCNCA will be discontinued.  The option of allowing some cutting to facilitate clearing trees for trails, recreation projects, land health initiatives, and wildlife projects will be considered.<br><br>**SAN JUAN/SAN MIGUEL RMP 1985**<br>Forested areas within other emphasis areas will also be available for a full range of forest management activities; plans will be modified to be compatible with the management emphasis areas.  Firewood harvesting will be permitted on most accessible forest land available for harvesting forest products.  Provide intensive timber management on |

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | approximately 10,960 acres.  Estimated allowable harvest would be 6.5 MMBF per decade.  An additional 42,130 acres would be managed to provide woodland products (firewood, posts, poles, etc.). |
| | | **SAN LUIS RMP 1991**<br>San Luis Area #1: 1-15:  Meet crucial thermal and cover requirements for wildlife during harvest of productive forest lands and operable woodlands.<br>San Luis Area #1: 1-16:  Allow small timber operations (i.e., 80 acres or less) during the winter months provided there will be only minimal impacts to wintering big game herds.<br>San Luis Area #1:1-17:  Harvest 477 cords of fuelwood (11,992 acres of productive operable woodlands) during the life of the plan or 53 acres annually. San Luis Area #1: 1-9:  Allow harvesting in any area consistent with activity plans and RMP decisions. |
| | | **UNCOMPAHGRE BASIN RMP 1989**<br>Suitable commercial forest lands and pinyon-juniper woodlands will be managed for sustained yield production within the allowable cut restrictions determined by the Timber Production Capabilities Classification (TPCC) inventory.  In Management Unit 2 (Southern Uncompahgre Plateau):  The management unit will be available for woodland product harvests.  On 37,007 acres of crucial deer and elk winter range, seasonal restrictions on harvest may be necessary from December 1 through April 30 to reduce stress on wintering deer and elk.  Woodland harvest will be designed to increase forage production and will be compatible with wildlife habitat management objectives. |
| 115 | Special Status Species | **CANYONS OF THE ANCIENTS NM RMP 2010**<br>Authorize, without permit, the gathering of up to 22.5 pounds of pinyon pine nuts for personal and/or traditional use.  Prohibit the gathering of pinyon nuts for commercial purposes.  Authorize, on a case-by-case basis, the removal of products not aforementioned for research and/or for traditional purposes. |
| | | **DOMINGUEZ-ESCALANTE NCA DRAFT RMP 2013**<br>Allow for the authorized collection of plant materials (including firewood) within the D-E NCA, where doing so helps achieve biological and/or cultural resource objectives.  Evaluate yearly and designate as-needed firewood collection areas in order to conserve, protect or enhance biological and/or cultural resources, while maintaining the recreational value of this traditional use.  Designate Christmas tree cutting areas where doing so helps meet goals and objectives established for biological resources in the D-E NCA, and evaluate such areas on yearly basis. |
| | | **GRAND JUNCTION FO RMP 2015**<br>Make 830,500 acres available for wilding permits. Issue commercial seed permits on a case-by-case basis.  Close the |

BLM_0027568

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | following areas to wilding permits: • WSAs; • ACECs; • SRMAs: o Bangs and o North Fruita Desert; • Lands managed for wilderness characteristics; • Occupied threatened and endangered plant habitat; and • Occupied special status plant species habitat. Prohibit firewood harvest (in riparian areas), except where appropriate to allow for removal of undesirable invasive species.<br><br>Action (A1): Allow harvest of forest and woodland products in portions of the following forestry zones that are determined suitable for harvest in activity-level plans or site-specific analyses: • Pinyon-juniper: o Bangs Canyon (59,100 acres) o Glade Park (67,100 acres); o Gateway (194,300 acres); o Book Cliffs (214,300); o Plateau Valley (66,800 acres); o Grand Mesa Slopes (60,700 acres); and o Roan Creek (243,300 acres).<br><br>Implementation Action (A9): Based upon tribal and public demand, allow collection of unconventional forest products. Limit permitted use of vegetal collection of commonly available renewable resources (e.g., seeds, cones, wildlings, berries, mushrooms, nuts) for non-commercial use to the following amounts consistent with other resource goals/objectives: • Boughs, All Coniferous Species: 50 pounds per person per year • Cones – Ornamental: two bushels per person per year (one bushel is equal to 9 gallons or 35 liters) • Cones – Nuts: one bushel per person per year • Medicinal: one bushel per person per year (collection prohibited within WSAs and ACECs) • Mushrooms: five gallons per species per person per year • Wildings: 15 meters (50 feet) per species per person per year (collection prohibited within WSAs and ACECs) • Traditional, religious, or ceremonial plants that are not widely available may be harvested for personal use by Native American tribal members and would not be offered as wilding plants for the general public.<br><br>Implementation Action (A9): Based upon tribal and public demand, allow collection of unconventional forest products. Limit permitted use of vegetal collection of commonly available renewable resources (e.g., seeds, cones, wildlings, berries, mushrooms, nuts) for non-commercial use to the following amounts consistent with other resource goals/objectives: • Boughs, All Coniferous Species: 50 pounds per person per year • Cones – Ornamental: two bushels per person per year (one bushel is equal to 9 gallons or 35 liters) • Cones – Nuts: one bushel per person per year • Medicinal: one bushel per person per year (collection prohibited within WSAs and ACECs) • Mushrooms: five gallons per species per person per year • Wildings: 15 meters (50 feet) per species per person per year (collection prohibited within WSAs and ACECs) • Traditional, religious, or ceremonial plants that are not widely available may be harvested for personal use by Native American tribal members and would not be offered as wilding plants for the general public.<br><br>**MCINNIS CANYONS NCA RMP 2004**<br>The practice of taking woodland products within the CCNCA will be discontinued. The option of allowing some cutting to facilitate clearing trees for trails, recreation projects, land health initiatives, and wildlife projects will be |

BLM_0027569

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | NO ACTION ALTERNATIVE A |
|---|---|---|
| | | considered. |
| | | **SAN JUAN/SAN MIGUEL RMP 1985** Forested areas within other emphasis areas will also be available for a full range of forest management activities; plans will be modified to be compatible with the management emphasis areas.  Firewood harvesting will be permitted on most accessible forest land available for harvesting forest products.  Provide intensive timber management on approximately 10,960 acres.  Estimated allowable harvest would be 6.5 MMBF per decade.  An additional 42,130 acres would be managed to provide woodland products (firewood, posts, poles, etc.). |
| **WILDLIFE** | | |
| 116 | Wildlife | No similar action. |
| 117 | Wildlife | No similar action. |
| 118 | Wildlife | No similar action. |
| 119 | Wildlife | No similar action. |
| 120 | Wildlife | No similar action. |
| **AREAS OF CRITICAL ENVIRONMENTAL CONCERN** | | |
| 121 | ACECs | **GUNNISON GORGE NCA RMP 2004** Public lands in the Management Unit 4 (22,200 acres) will be designated and managed as the GUSG ACEC/IBA.  Management and protection of the GUSG and its habitat will be emphasized in this management unit. |

BLM_0027570

CHAPTER 2 - ALTERNATIVES

## TABLE 2.7 - ACTION ALTERNATIVES: B, C, AND SUB-ALTERNATIVES D₁/D₂

**Table 2.7 - Action Alternatives B, C, and D (consisting of Sub-Alternatives D₁ and D₂)**

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| **TRAVEL AND TRANSPORTATION** | | | | | |
| **GOAL:  Travel and transportation are managed to avoid, minimize, or compensate for activities that 1) disrupt GUSG or 2) fragment GUSG Habitat.** | | | | | |
| OBJECTIVE:  Travel and transportation are managed to: 1) reduce mortality from vehicle collisions, 2) avoid, minimize, and compensate for habitat fragmentation, 3) limit the spread of invasive species, and 4) limit disruptive activity associated with human access. OBJECTIVE:  A travel management plan (TMP) is completed or amended to address management of GUSG Habitat for each BLM field office in the planning area. | | | | | |
| 1 | Travel | When conducting travel management planning, reduce route densities to improve Occupied Habitat. | In Occupied Habitat, evaluate for potential reductions in route density in order to improve habitat conditions and adjust, as applicable, through the travel management planning process. | No Action. | Same as Alternative C. |
| 2 | Travel | In Unoccupied Habitat, evaluate for potential reductions in route density in order to improve habitat conditions and adjust, as applicable, through the travel management planning process. | Same as Alternative B. | No Action. | Same as Alternative B. |
| 3 | Travel | Evaluate routes in Non- | No similar action. | No similar action. | No similar action. |

BLM_0027571

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | Habitat Areas for potential reductions in route density in order to enhance connectivity and eliminate activities disruptive to GUSG and adjust, as applicable, through the travel management planning process. | | | |
| 4 | Travel | Designate Occupied Habitat as closed to motorized travel, except for access required by law or for emergency services or administrative or permitted activities. | Designate Occupied Habitat as limited. Where designation through a TMP does not yet exist, limit to existing routes. Where routes have been designated through a TMP, limit to designated routes. Areas currently designated as closed to motorized travel will remain so and not be changed by this RMP Amendment. | Same as Alternative C. | Same as Alternative C. |
| 5 | Travel | Prohibit upgrades to existing routes in Occupied Habitat. | Prohibit upgrades to existing routes in Occupied Habitat unless necessary for motorist safety or to eliminate the need for construction of a new road. Require mitigation of impacts using methods demonstrated | Allow for upgrades to existing routes after documenting that the upgrade would not adversely affect GUSG populations due to habitat loss or disruptive activities in Occupied Habitat. | Same as Sub-Alternative D₁. |

BLM_0027572

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | to be effective in offsetting the loss of GUSG Habitat. | Require mitigation in accordance with the Mitigation Plan (in Appendix J). | |
| 6 | Travel | Subject to valid existing rights, prohibit any upgrade to an existing route in Unoccupied Habitat that would change the route category (from a trail to a primitive road or road or from a primitive road to a road) or increase capacity, unless the upgrade is necessary for motorist safety or to eliminate the need to construct a new road and determined through quantitative analysis to have minimal impact on GUSG Habitat. | Allow for upgrades to existing routes in Unoccupied Habitat after documenting that the upgrade would not adversely affect the recovery of GUSG populations due to habitat loss or disruptive activities. Require mitigation in accordance with the Mitigation Plan (in Appendix J). | Allow for upgrades to existing routes after documenting that the upgrade would not adversely affect the recovery of GUSG populations due to habitat loss or disruptive activities in Unoccupied Habitat. Require mitigation in accordance with the Mitigation Plan (in Appendix J). | Same as Sub-Alternative D₁. |
| 7 | Travel | Do not allow upgrades to existing routes in Non-Habitat Areas if the upgrade would be disruptive to GUSG or act as an impermeable barrier to connectivity between populations or sub-populations. | No similar action. | No similar action. | No similar action. |
| 8 | Travel | Prohibit new routes in | Limit route construction in | Allow for realignments in | Allow for realignments in |

BLM_0027573

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | Occupied Habitat. | Occupied Habitat to the realignment of existing designated routes necessary for safety or to eliminate the need to construct a new route if realignment is determined to have a minimal impact on GUSG Habitat.

Require mitigation in accordance with the Mitigation Plan (in Appendix J). | CCA-designated Tier 1 habitat for agency purposes requiring new road or trail construction and/or re-openings and allow for new roads and trails in CCA-designated Tier 2 habitat, as outlined in Section 4.3.2 of the CCA.

A separate minimum set of GUSG conservation measures is proposed for three geographic areas identified as Highly Managed Urban Interface Recreation Areas to meet current and future recreation needs. (Refer to CCA Appendix B.) | Occupied Habitat for agency purposes requiring new road or motorized trail construction and/or re-openings and non-motorized trail realignments if:
• The realignment or reopening would conserve or enhance GUSG Habitat; and
• The resulting decommissioned road/trail segments would be reclaimed; and
• Standard minimization measures would be applied.

Allow for new routes if:
• The new routes would consolidate existing designated and user-created routes; and
• Consolidation would be accomplished by decommissioning and reclaiming the replaced routes per the mitigation plan; and
• Standard minimization measures would be applied. |

BLM_0027574

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 9 | Travel | Limit route construction in Unoccupied Habitat to the realignment of existing designated routes necessary for safety or to eliminate the need to construct a new route if realignment is determined to have a minimal impact on GUSG Habitat.<br><br>Require mitigation in accordance with the Mitigation Plan (in Appendix J). | Prior to completion of a TMP, limit route construction to routes that will not adversely affect GUSG populations due to habitat loss or disruptive activities in Unoccupied Habitat.<br><br>Require mitigation in accordance with the Mitigation Plan (in Appendix J). | Same as Alternative C. | Same as Alternative C. |
| 10 | Travel | Prior to completion of a TMP, limit route construction in Non-Habitat Areas if routes have the potential to be disruptive to GUSG or act as an impermeable barrier to connectivity between populations and sub-populations. | No similar action. | No similar action. | No similar action. |
| 11 | Travel | Use existing roads or realignments as described above to access valid existing rights that are not yet developed in Occupied Habitat.<br><br>If valid existing rights cannot be accessed via existing | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |

BLM_0027575

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | roads, then allow for a new road constructed to the absolute minimum standard necessary and apply effective mitigation necessary to offset the resulting loss of GUSG Habitat. | | | |
| 12 | Travel | No similar action. | Prioritize and conduct the restoration of closed routes in Occupied Habitat identified as most critical for GUSG success. | When implementing route closures in Occupied Habitat in the Gunnison Basin in accordance with the 2010 Gunnison Basin TMP:<br>• Prioritize CCA-designated Tier I habitat for reclamation work to the extent feasible.<br>• Use the Habitat Prioritization Tool and/or a route density map to compare reclamation options for optimizing the size of intact unfragmented CCA-designated Tier I habitat patches (CCA Section 5.2.1). | Same as Alternative C. |
| 13 | Travel | Actively conduct restoration of all closed routes in Unoccupied Habitat. | Prioritize and conduct the restoration of closed routes in Unoccupied Habitat as time and resources allow. | Same as Alternative C. | Same as Alternative C. |
| 14 | Travel | Timing Limitation: | Timing Limitation: | Timing Limitation: | Same as Alternative C. |

BLM_0027576

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | During the lek season from March 15 through May 15, implement seasonal closures for motorized routes in Occupied Habitat. | During the lek season from March 15 through May 15, implement seasonal closures for motorized routes in Occupied Habitat where a conflict has been identified. | During the lek season from March 15 through May 15, implement seasonal closures to motorized travel in Occupied Habitat in the Gunnison Basin, in accordance with the 2010 Gunnison Basin TMP and as outlined in Section 5.2.2 of the CCA.<br><br>From December 1 through March 31, implement closures when necessitated by severe winter conditions, in accordance with guidance in Section 5.2.2.B of the CCA. | |
| 15 | Travel | Timing Limitation: During the lek season from March 15 through May 15, implement seasonal closures for mechanized routes in Occupied Habitat. | Timing Limitation: During the lek season from March 15 through May 15, implement seasonal closures for mechanized routes in Occupied Habitat in any area where a conflict has been identified and within 1.0 mile of a lek. | No similar action. | Same as Alternative C. |
| 16 | Travel | Timing Limitation: From March 1 through May 15, implement seasonal closures to human entry in | Timing Limitation: From March 15 through May 15, implement seasonal closures to uses in Occupied | Same as Alternative C. | Same as Alternative C. |

BLM_0027577

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | Occupied Habitat. | Habitat where a conflict has been identified. | | |

**RECREATION**

**GOAL:  Recreation is managed to avoid, minimize, or mitigate activities that 1) disrupt GUSG, 2) fragment GUSG Habitat, or 3) spread invasive species.**

OBJECTIVE:  Disruptive recreational activities are reduced in GUSG Habitat.

OBJECTIVE:  Fragmentation of GUSG Habitat due to recreational activities is reduced based upon site potential, current scientific research, and RCP guidelines.

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 17 | Recreation | Do not designate new RMAs (SRMAs or ERMAs) in Occupied Habitat.  While not emphasizing recreation, allow for recreation uses and activities not in conflict with GUSG or GUSG Habitat. | Do not designate new RMAs (SRMAs or ERMAs) in Occupied Habitat where a conflict with GUSG or GUSG Habitat can be identified.  While not emphasizing recreation, allow for recreation uses and activities not in conflict with GUSG or GUSG Habitat. | For three areas (Hartman Rocks, Signal Peak, and Van Tuyl Ranch) that sustain the majority of recreational use within GUSG Habitat in the Gunnison Basin, implement actions as outlined in Appendix B of the CCA.  In order to compensate for new route and facility development in these areas, observe GUSG conservation measures (such as seasonal closures to minimize disturbance to leks), but do not require compliance with the off-site mitigation standards outlined in sections 4.3, 4.4, 5.2, and 5.3 of the CCA. | Same as Alternative C. |

BLM_0027578

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 18 | Recreation | In Occupied Habitat, prohibit new developed recreational infrastructure and remove all existing recreational infrastructure. | In Occupied Habitat, allow for new developed recreational infrastructure only when it functions to minimize the effects of recreation on GUSG and Occupied Habitat.  Remove existing infrastructure that does not serve this function.

Require mitigation in accordance with the Mitigation Plan (in Appendix J). | In Occupied Habitat in the Gunnison Basin, permit additional small-scale infrastructure (such as signs, kiosks, vault toilets, vehicle barriers, concentrated parking areas, culverts, gates, cattle guards, exclosures, and water developments) in CCA-designated Tier 1 and Tier 2 habitat, as outlined in CCA Section 4.4.4 and Section 4.2.

For activities outside of CCA guidelines, follow Alternative C. | Same as Alternative C. |
| 19 | Recreation | In Unoccupied Habitat, prohibit new developed recreational infrastructure and remove all existing recreational infrastructure. | In Unoccupied Habitat, authorize developed recreational infrastructure only if it serves to minimize the effects of recreation in Occupied Habitat and any portion of Unoccupied Habitat that currently exhibits or has the potential to exhibit the Primary Constituent Elements (PCEs) of GUSG Habitat.  Remove existing infrastructure that does not serve this function. Require mitigation of | Same as Alternative C. | Same as Alternative C |

BLM_0027579

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | recreational impacts in accordance with the Mitigation Plan (in Appendix J). | | |
| **Special Recreation Permits (SRPs)** | | | | | |
| 20 | Recreation | Do not authorize new SRPs or renew expiring SRPs in Occupied Habitat. | Authorize only those SRPs that have neutral or beneficial effects to Occupied Habitat. Where possible, transfer currently permitted uses to areas outside of Occupied Habitat. | In Occupied Habitat in the Gunnison Basin, authorize SRPs for recreation events, guides, and outfitters as outlined in CCA Section 5.2.3. Identify and provide limited opportunities for specific activities not locatable outside of sagebrush habitat. (CCA) | Do not allow SRPs with the potential to adversely affect GUSG or GUSG Occupied Habitat. Where possible, transfer currently permitted uses to areas outside of Occupied Habitat. |
| 21 | Recreation | Authorize only those SRPs that have neutral or beneficial effects to Unoccupied Habitat. | Do not allow SRPs with the potential to adversely affect Unoccupied Habitat. | Same as Alternative B. | Same as Alternative B. |
| 22 | Recreation | In Non-Habitat Areas, do not allow SRPs with the potential to cause activity disruptive to GUSG or that acts as an impermeable barrier to connectivity between populations and sub-populations. | No similar action. | No similar action. | No similar action. |

BLM_0027580

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 23 | Recreation | Do not identify any lek viewing areas. | Work with state agencies to identify lek viewing sites as necessary and appropriate. | Same as Alternative C. | Same as Alternative C. |

## LANDS AND REALTY MANAGEMENT

**GOAL:  The Lands and Realty program is managed to avoid, minimize, and compensate the loss of habitat and habitat connectivity through the authorizations of ROWs (including other land use authorizations), land tenure adjustments, proposed land withdrawals, agreements with partners, and incentive programs.**

OBJECTIVE:  Impacts to habitat from ROWs are reduced.

### Rights-of-Way (ROWs) including Wind and Solar Energy Development

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 24 | Lands & Realty– Exclusion and Avoidance Areas | Designate Occupied Habitat as ROW exclusion areas, with the following exceptions:<br>• Designated West-wide Energy Corridors (per Section 368 of the Energy Policy Act of 2005)<br>• Designated utility corridors<br>• The 100-foot buffer from the center line (or up to 100 feet from the edge of the ROW if not feasible) of county roads and highways (which would be managed as ROW avoidance areas). | Designate Occupied Habitat as ROW avoidance areas.<br><br>When authorizing new ROWs, require that the following guidelines are met:<br>• In all cases, timing limitations, ground disturbance limitations, and applicable BMPs will be applied.<br>• Authorizations are mitigated in accordance with the mitigation plan. | Designate Occupied Habitat as ROW avoidance areas.<br><br>When authorizing new ROWs, the CCA guidelines (in Section 4.4.1) would apply to ROWs for new roads, power lines, phone lines, and pipelines only if the following conditions are met:<br>• Permitted area would be less than 5.0 acres;<br>• Permitted area width for a utility ROW would be less than 25 feet; and<br>• Aboveground infrastructure (not including buried utilities and pipelines) would be | Designate Occupied Habitat within 0.6 mile of a lek as a ROW exclusion area, with the following exceptions:<br>• Designated West-wide Energy Corridors (section 368 corridors)<br>• Designated utility corridors<br>• 100-foot buffer from the center line (or up to 100 feet from the edge of the ROW if not feasible) of county roads and highways (which would be managed as ROW avoidance areas).<br><br>Designate Occupied Habitat more than 0.6 mile from a lek |

BLM_0027581

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | | less than 0.5 mile. For any ROW authorization outside of the guidelines for the CCA, follow Alternative $D_2$. | as a ROW avoidance area using the guidelines for avoidance in Alternative C. |
| 25 | Lands & Realty– Road ROWs | When evaluating applications for road ROWs or reopenings to access valid existing rights and/or non-federal inholdings in Occupied Habitat: <br>• Do not authorize a new ROW if other reasonable access is available. <br>• If a new ROW is determined to be necessary, then require that the ROW be built to the absolute minimum standard necessary and mitigation be performed. <br>• Prohibit upgrades to existing routes. <br>• Locate utilities within a 50-foot buffer of access roads, unless an exception would reduce impacts to GUSG habitat. Require mitigation. <br>• Limit public access whenever possible. | When evaluating applications for road ROWs or reopenings to access valid existing rights and/or non-federal inholdings in Occupied Habitat: <br>• Do not authorize a new ROW if other reasonable access is available. <br>• Prior to authorizing, document that the ROW would not adversely impact GUSG due to habitat loss or disruptive activities, except when such a restriction would make accessing valid existing rights and/or non-federal inholdings impracticable. <br>• Require that ROWs on existing roads administered by the BLM be maintained in their current condition, unless an upgrade: <br>o Would better protect | When evaluating applications for new road ROWs or reopenings to access valid existing rights and/or non-federal inholdings in Occupied Habitat: <br>• Only authorize a new ROW after determining that the proposed access route is the only feasible option and no reasonable alternative access route is available. <br>• Require offsite compensatory mitigation at a ratio of greater than 1.0 acre reclaimed for every 1.0 acre disturbed. <br>• Require that standard minimization measures be applied (in accordance with Section 4.2 of the CCA). | Same as Alternative C. |

BLM_0027582

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | GUSG habitat<br>o Is necessary for motorist safety, or<br>o Would eliminate the need to construct a new road.<br>• Require that impacts are mitigated using methods demonstrated to be effective in offsetting the loss of GUSG habitat.<br>• Allow for route maintenance unless it would change the route category upward or increase the route capacity.<br>• Locate utilities within a 50-foot buffer of access roads, unless an exception would reduce impacts to GUSG habitat.<br>• Limit public access wherever possible. | | |
| 26 | Lands & Realty– Power and Phone Lines | No similar action. | When authorizing a power or phone line in Occupied Habitat:<br>• Avoid Occupied Habitat to the maximum extent feasible and demonstrate full consideration of this | When authorizing a ROW for a power or phone line through CCA-designated Tier 1 or Tier 2 habitat, require that the CCA standards in Section 4.4.1 A and B are met. | Same as Alternative C. |

BLM_0027583

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | alternative.<br>• If unable to avoid, then co-locate new utility line on existing overhead lines to the maximum extent feasible.<br>• If unable to co-locate on existing overhead lines, then:<br>• Bury line (vertical structure avoided) and,<br>• Co-locate within existing comparable development footprints (i.e. roads) to the maximum extent feasible.<br>• If unable to bury utility line, then install the most effective perch deterrents available on all poles for the proposed segment. | Apply standard minimization measures (CCA Section 4.2). | |
| 27 | Lands & Realty– Communication Sites | No similar action. | When authorizing communication sites, meteorological towers, and comparable infrastructure in Occupied Habitat, require the proponent to:<br>• Co-locate new equipment on an existing communication tower or other comparable | When authorizing communication sites, meteorological towers, and comparable infrastructure in Occupied Habitat in the Gunnison Basin, require the proponent to:<br>• Co-locate new equipment on an existing communication tower or | Same as Alternative C. |

BLM_0027584

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | structure, and/or visually conceal structure in a forested area; <br>• If unable to co-locate on comparable structure, then co-locate within existing comparable development footprint (proximal to other vertical infrastructure) and/or forested area; and <br>• Incorporate the mitigation measures outlined in the FWS Interim Guidelines on the Siting, Construction, Operation and Decommissioning of Communication Towers (or other updated guidance). <br><br>When authorizing associated access routes and utilities to communication sites, meteorological towers, and comparable infrastructure in Occupied Habitat, require proponent to: <br>• Use impacted areas to the maximum extent feasible: utilize system roads and non-system roads; | other comparable structure, and/or visually conceal structure in a forested area; <br>• If unable to co-locate new equipment on a comparable structure, then co-locate within an existing comparable development footprint (proximal to other vertical infrastructure) and/or forested area; and <br>• Incorporate the mitigation measures outlined in the FWS Interim Guidelines on the Siting, Construction, Operation and Decommissioning of Communication Towers (or other updated guidance). <br><br>When authorizing associated access routes to communication sites, meteorological towers, or comparable infrastructure, require proponent to: <br>• Use impacted areas (including system and non-system roads) to the | |

BLM_0027585

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | • If no existing access is available, demonstrate that the proposed access route is the only reasonable, feasible option, and no sufficient alternative access is available. <br> • Mitigate in accordance with the Mitigation Plan (outlined in Appendix J). | maximum extent feasible. <br><br> When a new access route is proposed, require the proponent to: <br> • demonstrate that the proposed access route is the only reasonable, feasible option, and no sufficient alternative access is available; and <br> • Apply offsite mitigation standards for new access routes consistent with CCA Section 4.3.1, Motorized Roads; and <br> • Apply standard minimization measures (CCA Section 4.2). | |
| 28 | Lands & Realty | When authorizing new ROWs or amending existing ROWs for new disturbance areas in Occupied Habitat, require that the following guidelines are met: <br> • In all cases, timing limitations, ground disturbance limitations, and applicable BMPs will be applied. <br> • Authorizations are mitigated in accordance | Same as Alternative B. | When authorizing new ROWs or renewing or amending existing ROWs in Occupied Habitat, require that the grant holder follow CCA guidelines and apply standard minimization measures (CCA Section 4.2). <br><br> If the action is outside of CCA guidelines, then follow Alternative B. | Same as Alternative B. |

BLM_0027586

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | with the mitigation plan. <br>• Co-locate new ROWs within existing ROWs or where best minimizes GUSG impacts. <br>When amending or renewing existing ROWs in Occupied Habitat, timing limitations, ground disturbance limitations, and applicable BMPs will be applied. | | | |
| 29 | Lands & Realty– Exclusion and Avoidance Areas | Designate Unoccupied Habitat as ROW exclusion areas, with the following exceptions: <br>• Designated West-Wide Energy Corridors (per Section 368 of the Energy Policy Act of 2005) <br>• Designated utility corridors <br>• A 100-foot buffer from the center line (or up to 100 feet from the edge of the ROW if not feasible) of county roads and highways (to be managed as a ROW avoidance area). | Designate Unoccupied Habitat as ROW avoidance areas with guidelines as shown for Occupied Habitat. | Same as Alternative C. | Same as Alternative C. |
| 30 | Lands & Realty | For ROWs within Non-Habitat Areas, include | No similar action. | No similar action. | No similar action. |

BLM_0027587

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | stipulations or conditions to avoid disruptive activities. | | | |
| 31 | Lands & Realty | Prohibit the RMP designation of new ROW corridors in Occupied Habitat. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 32 | Lands & Realty | In Occupied and Unoccupied Habitat, un-designate existing RMP-designated ROW corridors that do not contain an authorized ROW. | Within Occupied Habitat, un-designate existing RMP-designated ROW corridors that do not contain an authorized ROW. | No similar action. | Same as Alternative B. |
| 33 | Lands & Realty | No similar action. | When feasible, require the placement of new facilities and upgrades to existing facilities within designated corridors or areas with previous disturbance and existing facilities and ensure compatibility with other resource values. | Same as Alternative C. | Same as Alternative C. |
| 34 | Lands & Realty | Require the placement of new facilities and upgrades to existing facilities within designated corridors or areas with existing facilities if present, if there is the potential to be disruptive to GUSG, and ensure compatibility with other resource values. | No similar action. | No similar action. | No similar action. |

BLM_0027588

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 35 | Lands & Realty | When granting new or amending/renewing existing ROWs, require compliance with applicable timing and ground disturbance limitations and mitigation standards. [Timing limitations would not apply to snow plowing and/or emergency maintenance of U.S. and state highways.] | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 36 | Lands & Realty | Require that power lines be maintained in compliance with standards identified by the Avian Power Line Interaction Committee (following current GUSG guidelines and best available science determined in coordination with the FWS). | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 37 | Lands & Realty | When permitting ROWs in Occupied Habitat, implement breeding seasonal closures for motorized and non-motorized routes from March 15 through May 15, except for access to private property and for emergencies. | Same as Alternative B. | In seasonally Occupied Habitat in the Gunnison Basin, implement seasonal restrictions on construction, maintenance, and access (including by the public), except for emergency maintenance. (See Figure 2 in the CCA.)  Currently implemented | Same as Alternative B. |

BLM_0027589

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | | closure: Lekking period (observed from approximately March 15 through May 15). Closed to motorized travel, with the following exceptions: <br> • Permittees <br> • Access to private property <br> • Hartman Rocks Recreation Area, north of powerline <br> • Emergency maintenance. Excepted travel is encouraged after 9 a.m. where possible. <br><br> If research indicates that additional restrictions are necessary to sustain GUSG populations, then seasonal restrictions may be applied in identified seasonal habitat in order to minimize disturbance during the following critical biological periods for GUSG: nesting, brood-rearing, and winter use. (CCA) | |

## RANGE MANAGEMENT

**GOAL: Manage the range program to avoid and minimize adverse impacts to GUSG Habitat to the extent practical under the law and BLM jurisdiction.**

BLM_0027590

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | OBJECTIVE: Grazing practices are compatible with GUSG RCP guidelines and relevant science | | | |
| | | OBJECTIVE: Sagebrush habitat and riparian areas with suitable ecological site potential meet RCP guidelines. | | | |
| | | OBJECTIVE: Range improvements result in no net increase in habitat fragmentation. Measurable impacts to habitat from existing range improvements are reduced and structures modified to minimize habitat avoidance by GUSG. | | | |
| | | OBJECTIVE: Important grazing management adjustments to accommodate GUSG are prioritized and expedited through the NEPA process, and are based on upland and riparian-wetland land health data that includes GUSG RCP habitat indicators. | | | |
| 38 | Range Management | Close all GUSG Habitat to livestock grazing. | In all GUSG Habitat, incorporate measures to meet RCP Habitat Guidelines into allotment management plans, livestock grazing permits, and the management of grazing allotments.<br><br>When suitable sagebrush and riparian ecological sites do not meet RCP habitat guidelines or livestock disrupt GUSG, then manage allotments to:<br>• Minimize livestock presence in GUSG seasonal use areas during important GUSG use periods<br>• Allocate forage at levels appropriate for the Ecological Site and at stocking rates that result in less than 35% use of | In all GUSG Habitat in the Gunnison Basin, follow CCA Section 5.4 management guidelines for grazing permit renewals, monitoring, and conservation measures:<br>• Continue to incorporate RCP/CCA grazing management guidelines (CCA Appendix D) into all permits and associated allotment management plans and/or coordinated management plans.<br>• Manage allotments and/or pastures containing GUSG Habitat for both breeding and summer/fall herbaceous heights per RCP habitat guidelines.<br>• For each grazing permit wholly/partially within GUSG Habitat, use the Habitat Condition | In all GUSG Habitat, incorporate measures to meet RCP Habitat Guidelines into allotment management plans, livestock grazing permits, and the management of grazing allotments.<br><br>When suitable sagebrush and riparian ecological sites do not meet RCP habitat guidelines or livestock disrupt GUSG, then manage allotments to:<br>• Minimize livestock presence in GUSG seasonal use areas during important GUSG use periods<br>• Allocate forage at levels appropriate for the Ecological Site and at stocking rates that result in less than 35% use of |

BLM_0027591

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | palatable forage species<br>• Improve productivity of cool season perennial grasses and forbs where needed to achieve RCP habitat guidelines. | Assessment (CCA, Section 7.2) to incorporate habitat guidelines for herbaceous heights as a term and condition of the permit.<br>• For riparian areas, incorporate CCA guidelines for herbaceous heights as a term and condition of the permit.<br>• For non-riparian and all other habitat types, incorporate RCP guidelines for herbaceous heights as a term and condition of the permit.<br>• Manage grazing in riparian areas, swales, and wet meadows to improve habitat conditions.<br><br>Develop management strategies to benefit GUSG that are as seamless as possible with respect to actions on public and private lands within BLM grazing allotments, but are not unduly restrictive of private land actions. | palatable forage species<br>• Improve productivity of cool season perennial grasses and forbs<br>• Manage grazing in riparian areas, swales, and wet meadows to improve habitat conditions. |
| 39 | Range Management | No similar action. | Require that all permits issued for livestock grazing in | Require that all permits issued for livestock grazing in | Same as Alternative C. |

BLM_0027592

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | GUSG Habitat contain terms and conditions that specify measures to meet or exceed RCP guidelines, addressing the following points where applicable:<br>• Placement of salt, minerals, and supplements to protect riparian-wetland areas and lekking GUSG<br>• Livestock turnout and trailing practices<br>• Allowable stubble heights<br>• Protecting sagebrush height and cover<br>• Adequately resting treatment and burned areas<br>• Changing grazing practices to reduce impacts to GUSG Habitat from drought, flooding or other disruptive environmental events<br>• Requirements for moving livestock between pastures<br>• Criteria for using controlled grazing as a tool for habitat improvement<br>• Sheep bedding practices that avoid damage to | GUSG Habitat contain terms and conditions that specify measures to meet RCP guidelines, including:<br>• RCP guidelines for herbaceous heights in riparian areas<br>• RCP guidelines for herbaceous heights in all other habitat<br>• Adequate rest for treatment and burned areas. | |

BLM_0027593

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D$_1$ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D$_2$ |
|---|---|---|---|---|---|
| | | | GUSG Habitat. | | |
| 40 | Range Management | No similar action. | When a permittee or lessee voluntarily relinquishes grazing preference on an allotment in Occupied Habitat, reduce overall grazing pressure through one of the following measures:<br>• Retire the AUMs and merge with an existing allotment in Occupied Habitat, or<br>• Close the allotment. | When a permittee or lessee voluntarily relinquishes grazing preference on an allotment in Occupied Habitat in the Gunnison Basin, look for opportunities to alleviate grazing and GUSG conflicts across a broader landscape through one of the following measures:<br>• Reissue a permit on the allotment that is consistent with meeting RCP habitat guidelines<br>• Convert the allotment to a reserve allotment that will remain available for occasional use by permittees on other allotments in the Occupied Habitat on a temporary, non-renewable basis to benefit GUSG Habitat;<br>• Close the allotment; or<br>• Merge with an existing allotment and retire the AUMs. | When a permittee or lessee voluntarily relinquishes grazing preference on an allotment in Occupied Habitat in a satellite population area, look for opportunities to alleviate grazing and GUSG conflicts across a broader landscape through one of the following measures:<br>• Reissue a permit on the allotment that is consistent with meeting RCP habitat guidelines<br>• Convert the allotment to a reserve allotment that will remain available for occasional use by permittees on other allotments in the Occupied Habitat on a temporary, non-renewable basis to benefit GUSG Habitat;<br>• Close the allotment; or<br>• Merge with an existing allotment and retire the AUMs. |
| 41 | Range | No similar action. | When a permittee or lessee | When a permittee or lessee | Same as Sub-Alternative D$_1$. |

BLM_0027594

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | Management | | voluntarily relinquishes grazing preference on an allotment in Unoccupied Habitat, reduce overall grazing pressure through one of the following measures: <br> • Retire the AUMs and merge with an existing allotment in Occupied or Unoccupied Habitat; or <br> • Exchange with an existing allotment in Occupied Habitat., or <br> • Close the allotment. | voluntarily relinquishes grazing preference on an allotment in Unoccupied Habitat, look for opportunities to alleviate grazing pressure and GUSG conflicts across a broader landscape through one of the following measures: <br> • Reissue a permit on the allotment that is consistent with meeting RCP habitat guidelines <br> • Convert the allotment to a reserve allotment that will remain available for occasional use by permittees on other allotments in the Occupied Habitat on a temporary, non-renewable basis to benefit GUSG Habitat; <br> • Close the allotment; <br> • Merge with an existing allotment and retire the AUMs. | |
| 42 | Range Management | No similar action. | Develop drought contingency plans at the appropriate landscape unit level that provide for a consistent and appropriate grazing | Same as Alternative C. | Same as Alternative C. |

BLM_0027595

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | management response. Plans should establish policy for addressing ongoing drought and post-drought recovery for GUSG Habitat objectives. | | |
| **Range Improvements** | | | | | |
| 43 | Range Management | Prohibit new structural range improvements in all GUSG Habitat. | Require that new structural range improvements in all GUSG Habitat conserve, enhance, or restore the habitat. | For new large-scale structural range improvements in all GUSG Habitat, same as Alternative C.<br><br>Allow for additional small-scale infrastructure, such as gates, cattle guards, exclosures, and water developments as outlined in CCA Section 4.4.4.<br><br>Apply standard minimization measures (CCA Section 4.2). | Same as Alternative C. |
| 44 | Range Management | Remove structural range improvements from Occupied Habitat. | In Occupied Habitat, evaluate existing structural range improvements and access to improvements to determine whether modifications are necessary to maintain GUSG populations or reverse a downward population trend caused by habitat loss.<br><br>Modify, relocate, or remove | Require that access to and maintenance or removal of structural range improvements follow the standards outlined in General Management Section 4.2 of the CCA. | Same as Alternative C. |

BLM_0027596

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | projects and access for these as necessary.<br><br>Utilize BMPs for GUSG when accessing, removing, reconstructing, or performing maintenance on structural range improvements. | | |
| 45 | Range Management | Remove structural range improvements from Unoccupied Habitat. | In Unoccupied Habitat, evaluate existing structural range improvements and access for these to determine if modifications are necessary to improve habitat for or remove barriers to GUSG occupation.<br><br>Modify, relocate, or remove projects and access for these as necessary.<br><br>Utilize BMPs for GUSG when accessing, removing, reconstructing, or performing maintenance on structural range improvements. | In Unoccupied Habitat, require that access to and maintenance, removal, or new construction of structural range improvements follow the standards outlined in General Management Section 4.2 of the CCA. | Same as Alternative C. |
| 46 | Range Management | Prohibit new water developments for diversion from spring or seep sources in Occupied Habitat. | In Occupied Habitat, allow for new water developments for diverting spring or seep sources only when GUSG Habitat would benefit from the development. | Same as Alternative C. | Same as Alternative C. |

BLM_0027597

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | Require that new spring developments be designed to minimize changes to in-channel water flow. | | |
| 47 | Range Management | In Unoccupied Habitat, prohibit new developments for diverting water from spring or seep sources. | In Unoccupied Habitat, allow for the development of new water diversions from spring or seep sources that would not have an adverse impact on GUSG or GUSG Habitat. Design new spring developments to minimize changes to in-channel water flow. | Same as Alternative C. | Same as Alternative C. |
| 48 | Range Management | In all GUSG Habitat, remove water developments damaging to riparian and wetland areas and restore natural flow patterns to seeps and springs. | In all GUSG Habitat, analyze seeps, springs, riparian areas, and associated water developments to determine if modifications are necessary to improve GUSG habitat and modify projects as necessary to restore applicable habitat. | In all GUSG Habitat in the Gunnison Basin, allow for access to maintain water developments. Require standard minimization measures (consistent with CCA Section 4.2) as terms and conditions of the permit, including: • Timing restrictions for access and construction consistent with spring seasonal closures for the general public (with an exception for emergency | Same as Alternative C. |

BLM_0027598

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | | maintenance); and<br>• Integrated weed prevention practices are used for all construction and maintenance activity. (See CCA Appendix A.) | |
| 49 | Range Management | In Occupied Habitat:<br>• Prohibit the construction of new fences.<br>• Remove existing fences within 0.6 mile of active leks.<br>• Remove existing fences beyond 0.6 mile of a lek if risk of collision exists.<br>• Mark remaining fences. | In Occupied Habitat, require that new fences are:<br>• Located in areas demonstrated to have low collision risk<br>• Marked for visibility<br>• Constructed to general wildlife standards.<br><br>Evaluate existing fences for collision risk and prioritize fences in high and moderate risk areas for marking, relocation, or removal. | In Occupied Habitat, allow for the construction of new fences when necessary to improve habitat conditions for GUSG and built to general wildlife standards recommended by CPW.<br><br>Require standard minimization measures consistent with CCA Section 4.2. | Same as Alternative C. |
| 50 | Range Management | In GUSG Habitat, remove existing water developments identified as contributing to the spread of West Nile Virus.<br><br>Prohibit new water developments with the potential to contribute to the spread of West Nile Virus. | When developing, modifying, or maintaining water developments in GUSG Habitat, follow BMPs and current science for minimizing potential impacts from West Nile Virus. | When developing, modifying, or maintaining water developments in GUSG Habitat, adhere to CCA Section 5.3.2. | Same as Alternative C. |
| 51 | Range | When developing, modifying, | No similar action. | No similar action. | No similar action. |

BLM_0027599

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | Management | or maintaining water developments in Non-Habitat Areas, follow BMPs and current science for minimizing potential impacts from West Nile virus. | | | |

**FLUID MINERALS**

**GOAL:  Manage fluid minerals to avoid, minimize, and compensate: 1) direct disturbance, displacement or mortality of GUSG, 2) direct loss of habitat, and 3) cumulative landscape-level impacts.**

OBJECTIVE:  Energy and mineral development activities identified as disruptive to GUSG life cycles or limiting GUSG populations have been decreased.

OBJECTIVE:  Impacts from fragmentation from energy and mineral development have been reduced.

OBJECTIVE:  Where fluid mineral development projects on an existing lease could adversely affect GUSG populations or habitat, the BLM will work with the lessees, operators, or other project proponents to avoid, reduce, or mitigate adverse impacts to the extent compatible with valid existing rights.

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 52 | | Existing withdrawals, including those for NMs and NCAs, would remain in effect. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |

**Unleased Fluid Minerals**

| 53 | Fluid Minerals | Close Occupied Habitat to fluid mineral leasing.  Prohibit the issuance of new leases upon expiration or termination of existing leases. | Apply NSO stipulation to Occupied Habitat. | Same as Alternative C. | Same as Alternative C. In addition, maintain Occupied Habitat in the Piñon Mesa population area as closed to fluid mineral |

BLM_0027600

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | | | leasing. |
| 54 | Fluid Minerals | Close Unoccupied Habitat to fluid mineral leasing. Prohibit the issuance of new leases upon expiration or termination of existing leases. | Apply CSU to protect sagebrush and riparian habitat quality and connectivity in Unoccupied Habitat. | Same as Alternative C. | Same as Alternative C. |
| 55 | Fluid Minerals | No similar action. | Allow for Exceptions, Waivers, and Modifications. | Allow for Exceptions, Waivers, and Modifications with concurrence from the BLM State Director. | Same as Alternative D₁. |
| 56 | Fluid Minerals | No similar action. | If an Exception, Waiver, or Modification is granted on a lease stipulation, then apply appropriate ground disturbance and mitigation standards and timing limitations. | Same as Alternative C. | Same as Alternative C. |
| 57 | Fluid Minerals | Prohibit geophysical exploration within Occupied Habitat. | Allow for geophysical exploration within Occupied Habitat. Require the use of low impact methods (helicopter-portable drilling, wheeled or tracked vehicles on existing roads, or other approved methods) and adherence to applicable timing limitation, ground disturbance, noise, and mitigation standards. | Same as Alternative C. | Same as Alternative C. |

BLM_0027601

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D$_1$ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D$_2$ |
|---|---|---|---|---|---|
| 58 | Fluid Minerals | Prohibit geophysical exploration within Unoccupied Habitat. | Allow for geophysical exploration within Unoccupied Habitat:<br>• Require low impact methods (helicopter-portable drilling, wheeled or tracked vehicles on existing roads, or other approved methods).<br>• Apply applicable timing limitation, ground disturbance, and mitigation standards.<br>• Apply CSU to protect sagebrush and riparian habitat quality and connectivity. | Same as Alternative C. | Same as Alternative C. |
| 59 | Fluid Minerals | When geophysical exploration activities in Non-Habitat Areas have the potential to be disruptive to GUSG, apply management prescriptions similar to those identified for Unoccupied Habitat. | No similar action. | No similar action. | No similar action. |
| 60 | Fluid Minerals | No similar action. | Require a Master Development Plan in lieu of Applications for Permit to Drill (APD)-by-APD processing for all but wildcat wells. | Same as Alternative C. | Same as Alternative C. |

BLM_0027602

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 61 | Fluid Minerals | In Non-Habitat Areas, require a Master Development Plan in lieu of APD-by-APD processing for all but wildcat wells where activities have the potential to be disruptive to GUSG. | No similar action. | No similar action. | No similar action. |
| 62 | Fluid Minerals | Require the same COAs, stipulations, and conservation measures for developing fluid minerals on split estate lands (where the Federal Government owns the mineral estate and surface ownership is non-federal) that are applicable to the development of federal mineral estate under BLM-administered surface lands within that management area, to the maximum extent permissible under existing authorities and in coordination with the landowner. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 63 | Fluid Minerals | Prohibit the siting of pipeline compressors in GUSG Habitat. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 64 | Fluid Minerals | In Non-Habitat Areas, prohibit the siting of pipeline | No similar action. | No similar action. | No similar action. |

BLM_0027603

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | compressors when there is a potential for activity disruptive to GUSG. | | | |
| **Leased Fluid Minerals** | | | | | |
| 65 | Fluid Minerals | Upon expiration or termination of existing leases, prohibit issuance of new leases in GUSG Habitat. | Upon expiration or termination of existing leases, consider issuance of new leases in GUSG Habitat. | Same as Alternative C. | Same as Alternative C. |
| 66 | Fluid Minerals | Prohibit geophysical exploration within Occupied Habitat. | Allow for geophysical exploration within Occupied Habitat and require:<br>• The use of low impact methods (including helicopter-portable drilling, wheeled or tracked vehicles on existing roads, and other approved methods)<br>• Adherence to applicable timing limitations and ground disturbance and mitigation standards. | Same as Alternative C. | Same as Alternative C. |
| 67 | Fluid Minerals | Prohibit geophysical exploration within Unoccupied Habitat. | Allow for geophysical exploration within Unoccupied Habitat and require:<br>• The use of low impact methods (including helicopter-portable drilling, | Same as Alternative C. | Same as Alternative C. |

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | wheeled or tracked vehicles on existing roads, and other approved methods)<br>• Adherence to applicable timing limitations and ground disturbance and mitigation standards. | | |
| 68 | Fluid Minerals | Allow for the use of conservation measures not identified in this document following analysis in a site-specific NEPA document consistent with language in Interior Board of Land Appeals Yates Petroleum Corp., 176 IBLA 144 (2008) and William P. Maycock, 177 IBLA 1 (2009) cases. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 69 | Fluid Minerals | Require a Master Development Plan in lieu of APD-by-APD processing for all but wildcat wells on existing leases. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 70 | Fluid Minerals | In Non-Habitat Areas, require a Master Development Plan in lieu of APD-by-APD processing for all but wildcat wells on existing leases where | No similar action. | No similar action. | No similar action. |

BLM_0027605

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | activities have the potential to be disruptive to GUSG. | | | |
| 71 | Fluid Minerals | Require the same COAs, stipulations, and conservation measures for developing fluid minerals on split estate lands (where the Federal Government owns the mineral estate and surface ownership is non-federal) that are applicable to the development of federal mineral estate under BLM-administered surface lands within that management area, to the maximum extent permissible under existing authorities and in coordination with the landowner. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 72 | Fluid Minerals | For authorization of development actions for individual APDs or Master Development Plan proposals, coordinate with the FWS (consistent with requirements under ESA), CPW (consistent with the Colorado Oil & Gas Conservation Commission MOU), UDWR, local | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |

BLM_0027606

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | governments as appropriate, and industry experts regarding management actions designed to minimize impacts to GUSG and their habitat, including COAs applicable to future APDs (as described in WO IM 2014-100). | | | |
| 73 | Fluid Minerals | Apply appropriate timing limitations and ground disturbance and mitigation standards. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |

### SOLID MINERALS

**GOAL: Manage the Solid Minerals Program to avoid, minimize, and compensate adverse impacts to GUSG Habitat to the extent practical under the law and BLM jurisdiction.**

OBJECTIVE: Mineral development activities identified as disruptive to GUSG life cycles or limiting GUSG populations are decreased.

OBJECTIVE: Impacts from fragmentation from mineral development are reduced.

OBJECTIVE: Where development projects with valid existing rights could adversely affect GUSG populations or habitat, the BLM works with the lessees, operators, or other project proponents to avoid, reduce, and mitigate adverse impacts to the extent compatible.

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 74 | Solid Minerals | Existing withdrawals, including those for NMs and NCAs, would remain in effect. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |

**Locatable Minerals**

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 75 | Locatable | Recommend lands in | Consider petitioning for | Same as Alternative C. | Same as Alternative C. |

BLM_0027607

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | Minerals | Occupied Habitat for withdrawal from mineral location and entry. | withdrawal from mineral location and entry lands in Occupied Habitat based on risk to GUSG and GUSG Habitat from locatable mineral potential and development.<br><br>Recommend lands for withdrawal from mineral location and entry where it is the only method available to minimize or mitigate adverse impacts to GUSG Habitat. | | |
| 76 | Locatable Minerals | Recommend lands in Unoccupied Habitat for withdrawal from mineral location and entry. | Consider petitioning for withdrawal from mineral location and entry lands in Unoccupied Habitat based on risk to GUSG and GUSG Habitat from locatable mineral potential and development.<br><br>Recommend lands for withdrawal from mineral location and entry where it is the only method available to minimize or mitigate adverse impacts to GUSG Habitat. | No Action. | No Action. |
| 77 | Locatable Minerals | Initiate validity exams in areas withdrawn or segregated from mineral location and | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |

BLM_0027608

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | entry when appropriate under 43 CFR 3809.100 and BLM Surface Management Handbook H-3809-1. | | | |
| 78 | Locatable Minerals | On lands segregated pending review of a withdrawal petition, and until such time as the recommended withdrawal is approved, or in the absence of such segregation or approval: <br>• In plans of operations required prior to any proposed surface-disturbing activity, include where appropriate effective mitigation for conservation in accordance with existing policy (BLM Washington Office Instruction Memorandum 2008-204, or as updated) per regulations at 43 CFR 3809. <br>• Apply seasonal restrictions if deemed necessary to prevent unnecessary or undue degradation. <br>• Require mitigation in accordance with the Mitigation Plan (in | On lands segregated pending review of a withdrawal petition, and until such time as the recommended withdrawal is approved, or in the absence of such segregation or approval: <br>• In plans of operations required prior to any proposed surface-disturbing activity, include where appropriate effective mitigation in accordance with existing policy (BLM Washington Office Instruction Memorandum 2008-204, or as updated) per regulations at 43 CFR 3809. <br>• Apply seasonal restrictions if deemed necessary to prevent unnecessary or undue degradation. <br>• Require mitigation in accordance with the Mitigation Plan (in | Same as Alternative C. | Same as Alternative C. |

BLM_0027609

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | Appendix J). | Appendix J). | | |
| 79 | Locatable Minerals | Apply appropriate timing limitations and ground disturbance and mitigation standards. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| **Salable Minerals** | | | | | |
| 80 | Salable Minerals | Close Occupied Habitat to mineral material sales. | Allow for mineral material sales in Occupied Habitat subject to provisions set forth in the mitigation framework. | Same as Alternative C. | Same as Alternative C. |
| 81 | Salable Minerals | Close sagebrush and riparian Unoccupied Habitat to mineral material sales. | Allow for mineral material sales in Unoccupied Habitat subject to provisions set forth in the mitigation framework. | Same as Alternative C. | Same as Alternative C. |
| 82 | Salable Minerals | Apply appropriate timing limitation, ground disturbance, and mitigation standards. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 83 | Salable Minerals | Restore salable mineral pits no longer in use to meet GUSG Habitat conservation objectives. Require the reclamation or restoration of GUSG Habitat as a viable long-term goal for | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |

BLM_0027610

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | improving habitat conditions. | | | |
| **Non-Energy Leasable Minerals** | | | | | |
| 84 | Non-Energy Leasable Minerals | In Occupied Habitat, grant no new solid mineral leases (including for expansion of an existing mine), prospecting permits, or exploration licenses. Upon expiration or termination of existing leases, close Occupied Habitat to new leases. | Apply NSO to Occupied Habitat, including for new leases to expand an existing mine. | Same as Alternative C. | Same as Alternative C. |
| 85 | Non-Energy Leasable Minerals | In Unoccupied Habitat, grant no new solid mineral leases, prospecting permits, or exploration licenses. Upon expiration or termination of existing leases, do not accept nominations or expressions of interest for parcels within Unoccupied Habitat. | In Unoccupied Habitat, apply CSU to protect sagebrush and riparian habitat quality and connectivity. Require mitigation in accordance with the Mitigation Plan (in Appendix J). | Same as Alternative C. | Same as Alternative C. |
| 86 | Non-Energy Leasable Minerals | No similar action. | Apply appropriate timing limitations and ground disturbance and mitigation standards. | Same as Alternative C. | Same as Alternative C. |
| 87 | Non-Energy Leasable | Where applicable in Non-Habitat Areas, apply the same | No similar action. | No similar action. | No similar action. |

BLM_0027611

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | Minerals | stipulations to the leasing of non-energy leasable minerals as for fluid minerals when an activity disruptive to GUSG is identified. | | | |
| **Split Estate** | | | | | |
| 88 | Split Estate | No Similar Action. | For APDs on split estate (where the Federal Government owns the mineral estate and surface ownership is non-federal), require the same COAs, stipulations, and conservation measures applicable to the development of federal mineral estate under BLM-administered surface lands within that management area, to the maximum extent permissible under existing authorities and in coordination with the landowner. | Same as Alternative C. | Same as Alternative C. |

## WILDLAND FIRE, FUELS MANAGEMENT, AND FIRE REHABILITATION

**GOAL: Manage the wildland fire, fuels, and fire rehabilitation program to avoid GUSG Habitat loss, enhance contiguous sagebrush habitat, restore damaged habitats, and address post-wildfire threats to GUSG Habitat.**

BLM_0027612

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | OBJECTIVE: Reduce loss of habitat to wildfire. | | | |
| | | OBJECTIVE: Rehabilitate damaged lands to prevent weed infestation. | | | |
| | | OBJECTIVE: Implement fire as a management tool to increase suitable habitat and create corridors. | | | |
| **Fuels Management** | | | | | |
| 89 | Fire, Fuels, Rehabilitation | Prohibit non-fire fuels treatments in GUSG Habitat. Treat fuels in Non-Habitat Areas adjacent to Occupied Habitat to reduce the risk of wildfire spreading into Occupied Habitat. | Allow for non-fire fuels treatments in GUSG Habitat. Design and implement treatments in accordance with RCP guidelines to: • Reduce the risk of wildfires spreading to and within Occupied Habitat; and • Minimize degradation of existing sagebrush or riparian habitat. | Same as Alternative C. | Same as Alternative C. |
| 90 | Fire, Fuels, Rehabilitation | Prohibit prescribed fire in GUSG Habitat. | Allow for prescribed fire in GUSG Habitat when: • The prescription, including any necessary post-fire revegetation, is designed to restore sagebrush habitat; • The potential for GUSG Habitat loss or degradation is minimized. | Same as Alternative C. | Prohibit prescribed fire in Occupied Habitat, except for the burning of slash piles. Same as Alternative C for Unoccupied Habitat. |
| **Wildfire** | | | | | |
| 91 | Fire, Fuels, Rehabilitation | In Occupied Habitat, prioritize fire suppression to | In Occupied Habitat, manage wildfires to promote | Same as Alternative B. | Same as Alternative B. |

BLM_0027613

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | prevent damage to or loss of GUSG Habitat immediately after protection of life and property, recognizing that protection of human life is the single, overriding priority. | conversion of other non-forested habitat types to sagebrush where the potential exists, while conserving existing sagebrush and riparian habitat as much as possible, immediately after protection of life and property, recognizing that protection of human life is the overriding priority. | | |
| 92 | Fire, Fuels, Rehabilitation | In Unoccupied Habitat, prioritize fire suppression to prevent damage to or loss of GUSG Habitat immediately after protection of life and property, recognizing that protection of human life is the overriding priority. | In Unoccupied Habitat, manage wildfires to help meet the connectivity needs of GUSG through conversion of other non-forested habitat types to sagebrush where the potential exists, while also minimizing damage to existing sagebrush and riparian areas, recognizing that protection of human life is the overriding priority. | Same as Alternative C. | Same as Alternative C. |
| **Emergency Stabilization and Rehabilitation** | | | | | |
| 93 | Fire, Fuels, Rehabilitation | In GUSG Habitat, limit Emergency Stabilization and Rehabilitation activities to the restoration of GUSG Habitat. | In GUSG Habitat, replace sagebrush, grasses, forbs, and riparian components as quickly as possible where such techniques are demonstrated to be effective. | Same as Alternative C. | Same as Alternative C. |

BLM_0027614

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | Implement the following post-wildfire activities:<br>• Wildfire management activity damage repair (suppression repair)<br>• Emergency Stabilization<br>• Burned Area Rehabilitation. | | |
| 94 | Fire, Fuels, Rehabilitation | Monitor and control invasive vegetation following fire, stabilization and rehabilitation. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 95 | Fire, Fuels, Rehabilitation | No similar action. | Rest burned or treated areas from grazing for two full growing seasons unless vegetation recovery dictates otherwise. | Same as Alternative C. | Same as Alternative C. |
| 96 | Fire, Fuels, Rehabilitation | Require the use of native plant seeds for vegetation treatments based on availability, adaptation (site potential), probability for success, and vegetation management objectives for the area covered by the treatment. Where probability of success or native seed availability is low, use species that meet soil | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |

BLM_0027615

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | stability and hydrologic function objectives as well as vegetation and GUSG habitat objectives. | | | |

**SPECIAL STATUS SPECIES**

**GOAL:  GUSG Habitat exhibits the desired mix of vegetative types, structural states, and landscape and riparian functions.**

OBJECTIVE:  Landscapes are created and maintained to benefit GUSG.

OBJECTIVE:  Vegetation management is conducted in accordance with RCP guidelines.

OBJECTIVE:  Vegetation management, including Integrated Vegetation Management (BLM Handbook H-1740-2), is used as a tool to restore, improve, create, and/or maintain landscapes that benefit GUSG.

OBJECTIVE:  The BLM *Sage-grouse Habitat Assessment Framework* (HAF), *Assessment, Inventory, and Monitoring Strategy* (AIM) or Gunnison Basin CCA is used to evaluate GUSG Habitat per RCP habitat guidelines (appendix H).  Adjustments to RCP habitat guidelines or known suitability are accomplished through plan maintenance based on best available science.

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 97 | Special Status Species– GUSG Lek/Breeding Habitat | Timing Limitation: From March 1 through May 15, prohibit activities disruptive to GUSG in Lek/Breeding Habitat. | Timing Limitation: From March 15 through May 15, avoid activities disruptive to GUSG in Lek/Breeding Habitat. | Same as Alternative C. | Same as Alternative C. |
| 98 | Special Status Species– GUSG Nesting/Early Brood-Rearing Habitat | Timing Limitation: From March 15 through July 15, prohibit activities disruptive to GUSG in Nesting/Early Brood-Rearing Habitat. | Timing Limitation: From April 15 through June 30, avoid activities disruptive to GUSG in Nesting/Early Brood-Rearing Habitat. | Same as Alternative C. | Same as Alternative C. |
| 99 | Special Status Species– GUSG Winter | Timing Limitation: From October 1 through February 28, prohibit | Timing Limitation: In Winter Habitat, avoid activities disruptive to GUSG | Same as Alternative C. | Same as Alternative C. |

BLM_0027616

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | Habitat | activities disruptive to GUSG in Winter Habitat. | from December 1 through March 14. | | |
| 100 | Special Status Species– GUSG Occupied and Unoccupied Habitat | Prohibit surface disturbance within 4.0 miles of a lek. | Prohibit surface disturbance within 1.0 mile of a lek.<br><br>Avoid occupancy:<br>• Restrict energy development to a maximum of one well pad within 1.2 miles of a lek.<br>• Construct tall structures at least 1.4 miles from leks. | Prohibit surface disturbance within 0.6 mile of a lek.<br><br>Avoid occupancy:<br>• Restrict energy development to a maximum of one well pad within 1.2 miles of a lek.<br>• Construct tall structures at least 1.4 miles from leks.<br>• Site linear features at least 1.0 mile from leks. | Same as Sub-Alternative D₁. |
| 101 | Special Status Species | During the breeding season, prohibit activities that would produce noise levels 10 dBA above the ambient noise level measured at the perimeter of a lek at sunrise. | During the breeding season, prohibit new noise sources with the potential to negatively impact GUSG leks. | Same as Alternative C. | Same as Alternative C. |
| 102 | Special Status Species | Do not allow Exceptions, Waivers, or Modifications. | Allow for Exceptions, Waivers, and Modifications. | Allow for Exceptions, Waivers, and Modifications with concurrence from the BLM State Director. | Same as Alternative D₁. |
| 103 | Special Status Species | Require compliance with the mitigation hierarchy of first avoiding impacts to the degree possible, second minimizing impacts, and third providing compensatory | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |

BLM_0027617

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
|  |  | mitigation to offset residual impacts. Require mitigation in accordance with the Mitigation Plan (in Appendix J). In compensatory mitigation sites, require site-specific relocation of any activity not compatible with GUSG mitigation goals. |  |  |  |
| 104 | Special Status Species | In Occupied Habitat, do not treat pinyon-juniper encroachment onto sagebrush ecological sites. | In Occupied Habitat, treat pinyon-juniper encroachment onto sagebrush ecological sites through the use of hand cutting, mechanical mulching/removal, or chemical treatments. Prioritize treatment of areas in the early stages of tree encroachment over sites with later stages of encroachment. | Same as Alternative C. | Same as Alternative C. |
| 105 | Special Status Species | In Unoccupied Habitat, do not treat pinyon-juniper encroachment onto sagebrush ecological sites. | In Unoccupied Habitat, treat pinyon-juniper encroachment onto sagebrush ecological sites through the use of hand cutting, mechanical or chemical treatments, prescribed fire, and managed | Same as Alternative C. | Same as Alternative C. |

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | wildfires to meet resource objectives.<br><br>Prioritize treatment of areas in the early stages of tree encroachment over sites with later stages of encroachment, where appropriate. | | |
| 106 | Special Status Species | In GUSG Habitat, prohibit active habitat treatment of seeps, springs, and riparian zones in order to prevent potential negative impacts. | In GUSG Habitat, implement active treatments and techniques to restore seeps and springs, increase riparian zones, and raise the water table in order to reestablish native riparian grasses and shrubs for brood-rearing. | Same as Alternative C. | Same as Alternative C. |
| 107 | Special Status Species | In GUSG Habitat, prohibit habitat treatments in sagebrush stands in order to prevent potential negative impacts. | In GUSG Habitat, treat sagebrush stands not meeting objectives for GUSG seasonal habitat:<br>• Treat only those sites with the ecological potential to meet RCP habitat guidelines;<br>• Follow RCP treatment standards;<br>• Utilize treatment approaches (including mechanical, chemical, grazing, or prescribed fire where authorized) most | Same as Alternative C. | Same as Alternative C. |

BLM_0027619

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | likely to trigger new sagebrush growth and improve sagebrush quality and age diversity, as well as the understory. | | |
| 108 | | No similar action. | Require the use of native plant seeds for vegetation treatments based on availability, adaptation (site potential), probability for success (Richards et al 1998), and vegetation management objectives for the area covered by the treatment. Where probability of success or native seed availability is low, use species that meet soil stability and hydrologic function objectives as well as vegetation and GRSG habitat objectives (Pyke 2011). | Same as Alternative C. | Same as Alternative C. |
| 109 | Special Status Species | No similar action. | In Occupied Habitat, make the reestablishment of sagebrush and desirable understory plant cover (relative to site potential) the highest priority for upland restoration efforts, but consider GUSG habitat requirements in conjunction with all resource values. | In Occupied Habitat, make the reestablishment of sagebrush and desirable understory plant cover (relative to site potential) the highest priority for upland restoration efforts. | Same as Alternative D₁. |

BLM_0027620

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| 110 | Special Status Species | No similar action. | In Unoccupied Habitat, make the reestablishment of sagebrush and desirable understory plant cover (relative to site potential) the highest priority for upland restoration efforts, but consider GUSG habitat requirements in conjunction with all resource values. | In Unoccupied Habitat, make the reestablishment of sagebrush and desirable understory plant cover (relative to site potential) the highest priority for upland restoration efforts. | Same as Alternative D₁. |
| 111 | Special Status Species | Actively treat all invasive weeds that threaten sagebrush and riparian habitat quality in GUSG Habitat through the use of integrated weed management practices with minimal ground disturbance. | Actively treat state-listed noxious weeds that threaten sagebrush and riparian habitat quality in GUSG Habitat through the use of integrated weed management practices with minimal ground disturbance. | Same as Alternative B. | Same as Alternative B. |
| 112 | Special Status Species | Prioritize weed treatments in Occupied Habitat before Unoccupied Habitat. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 113 | Special Status Species | Require weed management BMPs for all projects and management activities in all GUSG Habitat. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 114 | Special Status Species | In Occupied Habitat, prohibit the commercial or public collection or harvest of vegetative materials in sagebrush or riparian/wetland | In Occupied Habitat, allow for the commercial and public collection and harvesting of vegetative materials. | Same as Alternative C. | Same as Alternative C. |

BLM_0027621

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | habitat. | | | |
| 115 | Special Status Species | In Unoccupied Habitat, prohibit commercial or public collection or harvest of vegetative materials in sagebrush or riparian/wetland habitat. | In Unoccupied Habitat, prohibit commercial or public collection or harvest of vegetative materials in sagebrush or riparian/wetland habitat. | Same as Alternative C. | Same as Alternative C. |

## WILDLIFE

**GOAL: Threats and disturbances to GUSG are reduced.**

OBJECTIVE: Areas where wild ungulate use is limiting the ability of a site to meet GUSG Habitat guidelines are identified and corrective prescriptions are implemented in coordination with state wildlife agencies.

OBJECTIVE: In coordination with state wildlife agencies, management prescriptions are identified, strategies and actions are developed, and an interagency MOU is signed to address wild ungulate conflicts in Occupied Habitat.

| | | | | | |
|---|---|---|---|---|---|
| 116 | Wildlife | In Occupied Habitat, support the control of predators. Consider options for predator control with APHIS during annual MOU reviews. Cooperate in predation research in collaboration with other partners. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 117 | Wildlife | Collaborate with state wildlife agencies to mitigate wild ungulate impacts to Occupied Habitat. Where Occupied Habitat overlaps with mapped elk winter range | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |

BLM_0027622

CHAPTER 2 - ALTERNATIVES

| R O W | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | and when sagebrush or riparian zones within Occupied Habitat do not meet, at a minimum, RCP Habitat Guidelines (as determined by monitoring that follows from RCP and/or AIM based methodologies, or most recent direction by the BLM) and if the failure to meet RCP Habitat Guidelines is determined to be caused by elk, then the BLM will notify and work with the appropriate state wildlife agency to mitigate impacts. | | | |
| 118 | Wildlife | Participate in state of Colorado and Utah elk and mule deer management reevaluation of Data Analysis Unit (DAU) plans for managing specific populations of wild ungulates and in Utah statewide elk and deer management plans:<br>• In Colorado, DAU reevaluation will occur consistent with state and federal laws and regulations and established protocols, including | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |

BLM_0027623

CHAPTER 2 - ALTERNATIVES

| ROW | PROGRAM AREA | ALTERNATIVE B | ALTERNATIVE C | GUNNISON BASIN PREFERRED SUB-ALTERNATIVE D₁ | SATELLITE POPULATIONS PREFERRED SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | Wildlife Commission review.<br>• In Utah, continue BLM participation in statewide elk and deer management planning, following existing protocols. | | | |
| 119 | Wildlife | Implement strategies and prescriptions to draw ungulates away from conflict and treatment areas to allow proper habitat recovery. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| 120 | Wildlife | Implement strategies and prescriptions to enhance the capability of habitats to meet the needs of GUSG and wild ungulates. | Same as Alternative B. | Same as Alternative B. | Same as Alternative B. |
| AREAS OF CRITICAL ENVIRONMENTAL CONCERN | | | | | |
| GOAL: Potential ACECs for conserving, enhancing, and restoring GUSG Habitat are identified, evaluated, and considered for designation. | | | | | |
| OBJECTIVE: ACEC prescriptions include management practices that conserve, enhance, and restore GUSG Habitat. | | | | | |
| 121 | ACECs | Designate all BLM-administered surface lands within GUSG Habitat as an ACEC. | No similar action.<br><br>Existing ACECs shall remain in force. | Same as Alternative C. | Same as Alternative C. |

BLM_0027624

CHAPTER 2 - ALTERNATIVES

## TABLE 2.8 - SUMMARY COMPARISON OF ENVIRONMENTAL CONSEQUENCES

**Table 2.8 - Summary Comparison of Environmental Consequences**

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| **SPECIAL STATUS SPECIES** | | | | | |
| **Surface Disturbance Activities in Occupied and Unoccupied Habitat** | Restrictions vary by RMP: Five RMPs restrict surface disturbance within 0.6 mile of a lek, while Grand Junction RMP has a 4.0-mile NSO. | Would prohibit surface disturbance within 4.0 miles of a lek, the most restrictive of the alternatives. | Would prohibit surface disturbance within 1.0 mile of a lek, more restrictive than Alternative A and sub-alternatives $D_1$ and $D_2$. | Would prohibit surface disturbance within 0.6 mile of a lek. | Impacts would be the same as under Alternative C. |
| **Comparison of Surface Area Protections** | Across the decision area, approximately 42,127 acres would continue to be covered by a prohibition on surface-disturbing activities. | Would provide the highest level of surface protection, with approximately 8 times more protected acreage than under Alternative A. | Would provide surface protection for nearly 2.4 times more acreage than Alternative A. | Impacts would be the same as under Alternative C, with the exception of a 0.6-mile lek buffer within which surface-disturbing activities would be prohibited. Protections would be about 1.8 times greater than under Alternative A. | Impacts would be the same as under Alternative C. |
| **FISH AND WILDLIFE** | | | | | |
| **Big Game and Common Raven** | Direct disturbance impacts from road traffic, recreation, | The most protective alternative for wildlife, with prohibitions on | The level of disturbance and activity would be less than under | Impacts to wildlife would be similar to those under Alternative | Impacts to wildlife would be similar to those under Alternative |

BLM_0027625

CHAPTER 2 - ALTERNATIVES

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D$_1$ | Satellite Populations Preferred SUB-ALTERNATIVE D$_2$ |
|---|---|---|---|---|---|
|  | lands and reality, range management, and mineral development would be mitigated by a number of protections from the array of RMPs across the decision area. | surface disturbance and timing restrictions that would benefit elk and deer during critical seasons by reducing human disturbance. | Alternative A, but greater than under Alternative B. | C. | C. |
| **SOIL RESOURCES** | | | | | |
| **Soil Stability** | Soil disturbance from human development and activity occurs on about 1% of BLM lands in the region, but as RMP revisions are completed, restrictions would protect soil stability. Other impacts include those resulting from livestock grazing and wildfire. | Would provide the highest level of protection to soil stability of all the alternatives, with surface restrictions in Occupied and Unoccupied Habitat and Non-Habitat areas safeguarding soil from development and construction disturbances. | In Occupied and Unoccupied Habitat, a greater proportion of BLM surface lands would be under surface disturbance restrictions than Alternative A, but less than Alternative B. | Would provide higher level of protections to soil stability than under Alternative A, but less than alternatives B and C. | Within the satellite populations, would protect soil stability from surface disturbances across a similar area as Alternative C, but with a higher level of protection than C. |
| **TERRESTRIAL VEGETATION** | | | | | |
| **Vegetation Types** | The extent of unvegetated areas, sagebrush, and pinyon-juniper would increase slightly, while grass-forb and mountain | Impacts would be similar to those under Alternative A. | In Occupied and Unoccupied Habitat, increases in grass-forb and sagebrush and reductions in pinyon-juniper vegetation types | Vegetative impacts would be similar to those under alternatives A, B, and C, although small differences could occur | Impacts would be similar to those under Alternative C in satellite population areas and similar to those under the other |

BLM_0027626

CHAPTER 2 - ALTERNATIVES

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | shrub communities would decrease. | | would be greater than under alternatives A and B. Impacts to four-mile Non-Habitat Areas would be about the same as under alternatives A and B. | that would not be readily detectable. | alternatives overall. |
| **Vegetation Condition** | About 60% of Occupied and Unoccupied Habitat and 42% of the Non-Habitat Areas would be protected from surface disturbance. | The extent and rate of improvement in vegetative conditions would be higher than under Alternative A, with the elimination of livestock grazing in Occupied and Unoccupied Habitat. | Surface and vegetative disturbances would be less than under Alternative A, but more than Alternative B. Grazing management would be maintained, but monitored and managed to achieve long-term ecological standards. | Restrictions on surface disturbance in the Gunnison Basin population area would provide increased protection compared to Alternative A, but less than alternatives B and C. | Similar to Alternative C in the satellite population areas. |
| **RIPARIAN AREAS AND WETLANDS** | | | | | |
| **Riparian and Wetland Area Presence and Distribution** | Continuation of current management, which requires low utilization levels to maintain riparian and watershed cover and function in greater than 70% of BLM surface in Occupied and Unoccupied | Domestic grazing impacts in riparian areas in Occupied and Unoccupied Habitats would be eliminated. Habitat treatments and damaging water development projects would be prohibited. This is the most | Grazing impacts would be limited and essentially the same as under Alternative B. Adverse impacts from habitat treatments and water developments would be less than Alternative A, but greater than Alternative | Grazing impact levels would be similar to alternatives B and C, and less than Alternative A. Adverse impacts from habitat treatments and water developments would be similar to Alternative C. | Similar impact levels as Alternative C. |

BLM_0027627

CHAPTER 2 - ALTERNATIVES

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | Habitat. | protective alternative. | B. | | |
| **Stream and Riparian Condition** | Existing RMPs have been amended to include Public Land Health Standards and Guidelines for Livestock Grazing. Current conditions along riparian areas would continue in Occupied and Unoccupied Habitats, but may decline in other areas outside of these protections. | Would eliminate most surface disturbance along riparian areas in Occupied and Unoccupied Habitat. | Surface disturbance in Occupied and Unoccupied habitats would be less than that under Alternative A, but more than Alternative B. Reclamation on closed routes would be greater than Alternative A but less than Alternative B. | Surface disturbance impacts would be between that under alternatives A and B or C. Impacts from grazing and habitat improvements in Occupied and Unoccupied habitats would be similar to Alternative C. | Similar impact levels as Alternative C. |
| **INVASIVE SPECIES** | | | | | |
| **Vegetation Treatments** | Vegetation treatments would be allowed on most BLM lands. | Weeds that threaten sagebrush and riparian habitats could be treated, but in general vegetation treatments on BLM lands in Occupied and Unoccupied habitats would not be allowed. | Higher levels of vegetation treatments than alternatives A and B. | Would provide the same level of protection as Alternative C. | Impacts would be similar to those under Alternative C. |
| **Risk of Weed Introduction and Spread** | Some protections occur in Occupied and Unoccupied Habitat and the 4-mile Non- | Greater extent of surface protection, thus the risk of weed introduction and spread | More surface protections than Alternative A, but less than Alternative B. | Similar risks as alternatives A and C. | Similar to Alternative C. |

BLM_0027628

CHAPTER 2 - ALTERNATIVES

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | Habitat Areas. These lands are at lower risk from disturbance and weed invasion. | would be decreased compared to Alternative A. | | | |
| **WILDLAND FIRE** | | | | | |
| **Amount Burned and Fire Frequency** | About 4% of Occupied and Unoccupied Habitat and 8% of four-mile Non-Habitat areas have burned in the past 30 years. There are some surface disturbance restrictions in GUSG habitat through current RMPs. | Fire frequency would decrease but acreage by wildfire could increase compared to Alternative A. | Would limit fire frequency in Occupied and Unoccupied Habitat, and the impacts would be less than Alternative A, but more than Alternative B. | Fire frequency would be reduced in comparison to Alternative A, but total acreage could increase. Would allow for greater levels of surface disturbance (including fire protection) than alternatives A, B, and C. | Impacts would be similar to those under Alternative C. |
| **Fuels Condition** | VCC 2 is the dominant fire class, with VCC 1 and 3 about equally distributed. These conditions would be continued under Alternative A. | Would employ aggressive fire suppression, and more acres would be in VCC2 and VCC3 classification than Alternative A. | Fuel treatments and prescribed fire would reduce VCC class compared to alternatives A and B. More acres would be in VCC 1 and fewer in VCC 2 and 3 compared to alternatives A and B. | Would have similar management to Alternative C, but there would be fire suppression in Unoccupied Habitat. VCC would be reduced compared to Alternative A, but more than Alternative B. | Would be similar to Alternative C, although prescribed burning would be limited to slash piles in Occupied Habitat. VCC would be reduced less than Alternative A, but more than Alternative B. |
| **LIVESTOCK GRAZING** | | | | | |
| **Permitted** | Permitted forage | All GUSG habitat | Would allow for | Impacts would be | Impacts would be |

BLM_0027629

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| **Forage** | allocations are >36,000 AUMs but this could decrease over the long term. | would be closed to livestock grazing in Occupied and Unoccupied Habitat. | livestock grazing in Occupied and Unoccupied Habitat, although AUMs could be reduced where RCP guidelines are not met. | similar to those under Alternative C. | similar to those under Alternative C. |
| **Acres with Active Grazing Allocations** | Almost 580,000 acres are grazed within Occupied and Unoccupied Habitat, and 86,000 acres are within the 4 mile Non Habitat area. These acreages would decrease over time. | There would be no active grazing allotments in Occupied and Unoccupied Habitats. | The acreage of allotments used for grazing would be less than under Alternative A because some allotments may be voluntarily closed. | Impacts would be similar to those under Alternative C. | Would be the same as Alternative C. |
| **Land Health** | Livestock grazing would continue over 90% of BLM Occupied and Unoccupied Habitat. Conditions would improve on portions of Occupied and Unoccupied Habitat (up to 41%) and within the 4-mile Non-Habitat Areas (up to 26%). | Improvements to Land Health Ecological Fundamental Status would occur more rapidly than under Alternative A, although the Occupied and Unoccupied Habitat proportions would remain about the same. | Would constrain surface-disturbing activities in Occupied and Unoccupied Habitat, with more rapid improvements in Land Health than under Alternative A. | Would constrain surface disturbance more than Alternative A, but less than alternatives B and C. | Same as Alternative C. |
| **Constraints on Range** | The extent and scope of constraints on | Range improvements would not be allowed. | New developments would be required to | Constraints on range improvements | Impacts would be similar to Alternative C. |

BLM_0027630

CHAPTER 2 - ALTERNATIVES

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| Improvements | development of range infrastructure would increase over time. | | conserve, enhance, or restore Occupied Habitat and would not be allowed to degrade Unoccupied Habitat. | infrastructure would be less than Alternative C, but more than Alternative A in the Gunnison Basin population area. | |
| **RECREATION** | | | | | |
| **Targeted Beneficial Outcomes** | Would have the least impact to RMAs in the decision area. | Would be the most restrictive, with no new RMAs and a loss of new recreational services. | Would be less restrictive than Alternative B, if recreation is compatible with GUSG and GUSG Habitat. | Management would default to the interagency Candidate Conservation Agreement (CCA), which is designed to protect and enhance the recovery of GUSG. | Same as Alternative C. |
| **Unstructured Recreational Opportunities** | Would have the least impact to unstructured recreational opportunities. | Would be the most restrictive on unstructured recreational activities. | Would allow for some development if mitigations (such as seasonal road closures and spatial restrictions) were imposed. Would be less restrictive than Alternative B, but more than Alternative A. | Management in Occupied Habitat would default to CCA, and small-scale infrastructure could be developed. | Restrictions in Unoccupied Habitat would be similar to alternatives B, C, and D₁. |
| **Special Recreation Permits** | Would have the least impact to recreation and visitor services related to SRPs. | Would avoid issuance of new SRPs and eliminate SRPs in GUSG Habitat. | Would only allow for issuance of new SRPs that minimize impacts to GUSG and GUSG | Would follow CCA guidelines in Occupied Habitat, otherwise management would be | Would allow for issuance of new SRPs on a case-by-case basis that minimize impacts |

BLM_0027631

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | Habitat. | similar to Alternative A. | to Occupied and Unoccupied Habitat. |
| **TRAVEL MANAGEMENT** | | | | | |
| **Allowable Uses** | Would allow for the greatest diversity of uses on existing or designated travel routes. | Would be the most restrictive for allowable uses. | Would be less restrictive than Alternative B, as long as designations are compatible with GUSG and GUSG Habitat. | Designations would comply with the Gunnison Basin Federal TMP and the interagency CCA. | If transportation uses in a field office TMP are compatible with GUSG conservation, then the No Action Alternative would apply; if not, then the TMP would be amended. |
| **Travel Management Designations** | 38,114 acres of Occupied and Unoccupied Habitat would continue to be closed to motorized travel. | Would be the most restrictive, including closing Occupied Habitat (totaling 597,006 acres) to motorized travel. | Same as Alternative A, closing 38,114 acres of Occupied and Unoccupied Habitat to motorized travel. | Same as Alternative A, closing 38,114 acres of Occupied and Unoccupied Habitat to motorized travel. | If transportation uses in a field office TMP are compatible with GUSG conservation, then the No Action Alternative would apply; if not, then measures would be the same as under Alternative A. |
| **New Route Development** | Would have the least impact to new route development. | Route densities would be reduced and there would be no new development in GUSG Habitat. | Would be less restrictive than Alternative B if travel routes are compatible with GUSG and GUSG Habitat. | Management actions in Occupied Habitat would comply with the Gunnison Basin Federal TMP and the interagency CCA. | Same as Alternative C. |

BLM_0027632

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| **LEASABLE FLUID MINERALS** | | | | | |
| **Areas Open or Closed for Leasing** | 96,600 acres would continue to be closed and 899,600 acres open to fluid mineral leasing. | The entire decision area would be closed to fluid mineral leasing. | Occupied Habitat would be open to leasing with NSO stipulation and Unoccupied Habitat would be subject to a CSU leasing, with 25,460 acres more open than under Alternative A.<br><br>Existing withdrawals, including those for NMs and NCAs, would remain in effect. | Same as Alternative C, except that the Piñon Mesa population area in the Grand Junction FO would be closed. | Same as Alternative C, except that the Piñon Mesa population area in the Grand Junction FO would be closed. |
| **LEASABLE SOLID MINERALS** | | | | | |
| **Areas Open or Closed for Leasing** | 96,600 acres would continue to be closed and 899,600 acres open to solid mineral leasing. | The entire decision area would be closed to solid mineral leasing. | Occupied Habitat would be open to leasing with NSO stipulation and Unoccupied Habitat would be subject to a CSU leasing, with 25,460 acres more open than under Alternative A.<br><br>Existing withdrawals, including those for NMs and NCAs, would | Same as Alternative C. | Same as Alternative C. |

BLM_0027633

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | | remain in effect. | | |
| **LOCATABLE MINERALS** | | | | | |
| **Areas Open or Closed for Leasing** | The Canyon of the Ancients NM, Gunnison Gorge NCA, Dominguez Escalante NCA, and McInnis Canyons NCA and wilderness areas, plus approximately 61,000 additional acres would be withdrawn. About 952,600 acres would remain open to staking. | The entire decision area would be recommended for withdrawal from mineral location and entry. | Withdrawals would be assessed based on risk of conflict between mineral development and GUSG and GUSG Habitat. Impacts to locatable minerals would be greater than under Alternative A, but less than Alternative B. Existing withdrawals, including those for NMs and NCAs, would remain in effect. | Same as Alternative C, except that no withdrawals would be recommended in Unoccupied Habitat. Impacts would be greater than under Alternative A, but less than alternatives B and C. | Same as Alternative C, except that no withdrawals would be recommended in Unoccupied Habitat. Impacts would be greater than under Alternative A, but less than alternatives B and C. |
| **SALABLE MINERALS** | | | | | |
| | The Canyon of the Ancients NM, Gunnison Gorge NCA, Dominguez Escalante NCA, and McInnis Canyons NCA and wilderness areas, plus approximately 106,700 additional acres would be withdrawn. | All Occupied Habitat and sagebrush and riparian habitat in Unoccupied Habitat would be closed to mineral sales. | Mineral material sales would be allowed throughout the area, subject to mitigation. Impacts would be greater than under Alternative A, but less than Alternative B. Existing withdrawals, including those for NMs and NCAs, would | Same as Alternative C. | Same as Alternative C. |

BLM_0027634

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE $D_1$ | Satellite Populations Preferred SUB-ALTERNATIVE $D_2$ |
|---|---|---|---|---|---|
| | About 899,300 acres would remain open to staking. | | remain in effect. | | |
| **LANDS AND REALTY** | | | | | |
| **Rights-of-Way** | Approximately 305,306 acres would be ROW exclusion areas and 89,028 acres would be designated as ROW avoidance areas, with the remaining area open to ROWs that could include stipulations. | The entire area would be designated as a ROW exclusion area, with some exceptions. | The entire area would be designated as a ROW avoidance area, with guidelines for protection if a ROW could not be avoided. Impacts to ROWs would be more than under Alternative A, but less than Alternative B. | Would implement the CCA for actions in Occupied Habitat, same as $D_2$ in Unoccupied Habitat, and minerals development would be like Alternative C. Impacts would be similar to Alternative C, although costs might be higher due to mitigation. | Similar to Alternative C, but with a 0.6-mile ROW exclusion area around leks. |
| **SOCIOECONOMICS** | | | | | |
| **Grazing** | In the decision area, the grazing industry supports approximately 81 jobs, $1.26 million in labor, and $6.0 million in output. | Impacts could include the loss of 33 jobs, $493,000 in labor, and over $3 million in output. | Employment, labor income, and output would be midpoint between alternatives A and B. | Economic impacts to grazing would be similar to Alternative C. | Economic impacts to grazing would be similar to Alternative C. |
| **Recreation** | In the decision area, the recreation industry supports approximately 164 | Would limit recreational use, route construction, and SRPs. While overall economic | Would implement some restrictions, but not as extensive as under Alternative B. | Would implement some restrictions, but not as extensive as under Alternative B. | Economic impacts to recreation would be similar to alternatives C and $D_1$. |

BLM_0027635

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | jobs, $5.5 million in labor, and $12.1 million in output. | activity would not change, compensatory uses in less restrictive areas would increase. | Activities and values would not decrease overall, but would be displaced. | Activities and values would not decrease overall, but would be displaced. | |
| **Oil and Gas Leases** | Would continue current oil and gas production levels in the decision area, with about 68 wells generating approximately 2,800 barrels per year. | Would be expected to reduce employment, labor income, and output-related development and extraction. | If operators are able to access oil reserves, then impacts would be similar to those under Alternative A and if unable to access reserves, then impacts would be similar to those under Alternative B. | Same as Alternative C. | Same as Alternative C. |
| **Other Minerals** | Would continue current designation of approximately 95,564 acres closed to mineral leasing and 899,645 acres open and support the highest employment, income, and economic output levels of the alternatives. | The entire decision area would be closed to solid minerals leasing. | All Occupied Habitat would be open to leasing with a NSO stipulation. All Unoccupied Habitat would be open to leasing with a CSU stipulation to protect sagebrush and riparian habitat. Would generate lower employment and economic income and value levels than under Alternative A, but more than Alternative B. | Same as Alternative C. | Same as Alternative C. |

BLM_0027636

CHAPTER 2 - ALTERNATIVES

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| **Land and Realty** | Approximately 305,306 acres are designated as ROW exclusion areas, and 89,028 acres as ROW avoidance areas. | The entire decision area would be designated as a ROW exclusion area, with some exceptions. BLM lands in Non-Habitat Areas would be designated as ROW avoidance areas, and would require additional management such as timing limitations and reclamation requirements. | The entire decision area would be designated as a ROW avoidance area, and would require additional management such as timing limitations and reclamation requirements. Similar to Alternative A, but infrastructure development would be lower and costs would be higher. | Similar to Alternative C, but some infrastructure development under Alternative D₁ would require additional offsite mitigation, thus adding to the cost. | Similar to Alternative C |
| **Non-Market Values** | Would be less likely to support non-market values related to protection of wildlife and quality of water and soil, but would provide more opportunities for livestock grazing and recreation. | Would decrease soil erosion and improve stream and wetland habitat. Wildfire fighting would be more expensive and difficult due to limited access. | Would allow for ecosystem restoration, but continued grazing would impact soil erosion and riparian health. Wildfire risk would be reduced. | Similar to Alternative C. | Similar to Alternative C. |
| **ENVIRONMENTAL JUSTICE** | | | | | |
| **Impacts to Environmental Justice Populations** | Would not adversely affect environmental justice populations. | Would reduce livestock grazing opportunities by 85% in Saguache County, CO and by | Grazing would be allowed, but costs would be higher than under Alternative A. | Similar to Alternative C. | Similar to Alternative C. |

BLM_0027637

CHAPTER 2 - ALTERNATIVES

| AFFECTED RESOURCE OR USE | No Action ALTERNATIVE A | ALTERNATIVE B | ALTERNATIVE C | Gunnison Basin Preferred SUB-ALTERNATIVE D₁ | Satellite Populations Preferred SUB-ALTERNATIVE D₂ |
|---|---|---|---|---|---|
| | | about 26% in San Juan County, UT, as well as oil and gas and mining, resulting in potential adverse economic impacts. | NSO and CSU stipulations would increase costs and there could be subsequent economic impacts to segments of the environmental justice population. | | |

BLM_0027638

CHAPTER 2 - ALTERNATIVES

## 2.3. MONITORING, EVALUATION, ADAPTIVE MANAGEMENT, & MITIGATION

BLM planning regulations (including 43 CFR 1610.4-9) require that land use plans establish intervals and standards for monitoring and evaluation, based on the sensitivity of the resource decisions involved.

### 2.3.1. EVALUATION

Evaluation is the process of reviewing the RMP and determining whether decisions and NEPA analysis are still valid and whether the RMP is being adequately implemented. The BLM Land Use Planning Handbook (H-1601-1; BLM 2005a) directs that RMPs should be evaluated at a minimum period of every five years.

Specifically, RMPs are evaluated to determine whether:

- Decisions remain relevant to current issues;
- Decisions are effective in achieving (or making progress toward achieving) desired outcomes;
- Any decisions should be revised;
- Any decisions should be dropped from further consideration; and
- Any areas require new decisions.

Data collected during RMP implementation helps to inform the RMP evaluation.

### 2.3.2. MONITORING

Land use plan monitoring is the process of tracking the implementation of land use plan decisions (implementation monitoring) and collecting data/information necessary to evaluate the effectiveness of land use plan decisions (effectiveness monitoring) in meeting the purpose and need of the plan, or in this case the plan amendment.

Monitoring strategies for GUSG Habitat and populations must be collaborative, as habitat occurs across jurisdictional boundaries. Therefore, efforts will continue to be conducted in partnership with federal and state fish and wildlife agencies. The BLM and other partners will use the resulting information to guide implementation of conservation activities.

In accordance with BLM's Land Use Planning Handbook, BLM, with their partners, will develop a monitoring plan as a part of the implementation plan. The monitoring

BLM_0027639

plan will describe the process BLM will use to monitor implementation and effectiveness. The monitoring plan will include methods, data standards, and intervals of monitoring; analysis and reporting methods; and the incorporation of monitoring results into future management actions.

More specifically, the plan will discuss how the BLM will monitor and track implementation and effectiveness of planning decisions. To monitor habitats, the BLM will measure and track attributes of Occupied Habitat and Unoccupied Habitat and attributes of habitat availability.

During implementation of this RMP Amendment, population trends will be monitored by BLM, FWS, CPW, and UDWR biologists. This monitoring would evaluate the effects to GUSG Habitat and populations due to BLM permitted activities and make recommendations for changes in management. Monitoring would also evaluate the effectiveness of restoration activities and mitigation (to include compensatory mitigation) associated with permitted activities.

## 2.3.3. ADAPTIVE MANAGEMENT

### ADAPTIVE MANAGEMENT

Adaptive Management is a decision process that promotes flexible resource management decision making that can be adjusted in the face of uncertainties as outcomes from management actions and other events become better understood. Careful monitoring of these outcomes advances scientific understanding and helps with adjusting resource management directions as part of an iterative learning process. Adaptive management also recognizes the importance of natural variability in contributing to ecological resilience and productivity. It is not a 'trial and error' process, but rather emphasizes learning while doing. Adaptive management does not represent an end in itself, but rather a means to more effective decisions and enhanced benefits. On February 1, 2008, the DOI published its Adaptive Management Implementation Policy (522 DM 1). The adaptive management strategy presented within this EIS complies with this policy.

In relation to the BLM GUSG Planning Strategy, adaptive management will help identify whether GUSG conservation measures presented in this EIS contain the needed level of certainty for effectiveness. If principles of adaptive management are incorporated into the conservation measures in the plan (to ameliorate threats to or respond to recovery of a species), then there is a greater likelihood that a conservation measure or plan will be effective.

BLM_0027640

## ADAPTIVE MANAGEMENT AND MONITORING

As part of plan implementation, a monitoring framework that includes an effectiveness monitoring component will be developed in accordance with Section 2.3.2. The BLM intends to use the data collected through effectiveness monitoring to identify any changes in habitat conditions related to the goals and objectives of the plan and other rangewide conservation strategies. When available, information about population trends will be considered along with effectiveness monitoring data (taking into consideration the lag effect response of populations to habitat changes). The information collected through the monitoring framework will be used by the BLM to determine when adaptive management triggers (discussed below) are met.

## ADAPTIVE MANAGEMENT PLAN

The BLM will develop an adaptive management plan to provide certainty that unintended negative impacts to GUSG would be addressed before consequences become severe or irreversible and to provide regulatory certainty to the FWS that appropriate action would be taken by the BLM. Additionally, the adaptive management plan would provide flexibility for BLM resource management decisions when positive improvements achieving recovery objectives occur.

This adaptive management plan will:

- Identify science-based adaptive management triggers within the planning area
- Address how the multiple scale data from the Monitoring Framework will be used to gauge when adaptive management triggers are met, and charter an adaptive management working group to assist with responding to adaptive management triggers.

## ADAPTIVE MANAGEMENT TRIGGERS

Adaptive management triggers are essential for identifying when potential management changes are needed or warranted in order to continue meeting GUSG conservation objectives or in response to achieving recovery objectives. The BLM will use a continuum of trigger points, which will enhance the agency's ability to effectively manage GUSG habitat. At a minimum, triggers delineated in the adaptive management plan will:

- Be based upon the best available science
- Take into account the importance of various seasonal habitat types
- Not be limited to a single point in time.

BLM_0027641

Adaptive management should include multiple triggers.  Triggers indicate when the BLM will consider adjustments to resource/resource use management.  An adaptive management working group will help identify the causal factors as to what prompted the adaptive management trigger.  The group will also provide recommendations to the appropriate BLM authorizing official (decision maker) regarding the applicable management response to address this trigger (e.g. effective mitigation, restoration, reclamation, and in some instances, a land use plan amendment or revision).  When organizing the adaptive management working group, the BLM will invite participation from the BLM, FWS, local governments, and applicable state fish and game agencies.

Furthermore, triggers indicate when the BLM will take management action to stop the continued deviation from conservation objectives or respond to recovery of GUSG.  These triggers should be linked to specific management actions that address the causal factors and could include, but are not limited to, one or more of the following:

- Coordination with cooperating agencies
- Temporary closures
- Immediate implementation of interim management policies and procedures through the BLM directives system, and
- Initiation of a new LUP Amendment to consider changes to the existing LUP decisions.

## GUSG HABITAT

Adjustments to lek locations and boundaries, Occupied or Unoccupied Habitat boundaries, and seasonal habitat will be made as necessary if the BLM determines that conditions warrant such changes to more accurately depict existing or potential GUSG Habitat.  Analysis and recommendations regarding such determinations will be prepared and produced by BLM biologists in coordination with Colorado and/or Utah state wildlife agency biologists, FWS biologists, and county/local government biologists.  The appropriate planning process (i.e., plan maintenance or plan amendment) would be used to make any necessary changes to RMPs.

## PONCHA PASS MANAGEMENT ABSENT GUSG

The Poncha Pass Population has no designated critical GUSG habitat.  The BLM's decision to manage the Poncha Pass area for the conservation of GUSG arises from the presence of GUSG, though the population exists solely due to transplantation of birds.  The BLM will continue to manage for GUSG in Poncha Pass so long as birds are present.  If GUSG are determined to no longer be present in Poncha Pass, then

BLM_0027642

the BLM will no longer be able to justify the need to manage that area as habitat for
GUSG.

The criterion for determining that GUSG are no longer present consists of
documenting that the entire population area (Occupied and Unoccupied Habitat and
areas within four miles of a lek regardless of habitat) has had no GUSG presence in
the past ten years. Documentation of GUSG presence includes telemetry locations,
sightings of GUSG or sage-grouse sign, local biological expertise, GIS analysis, or
other data sources. The BLM may make a determination to no longer manage the
Poncha Pass area as habitat for GUSG if this criterion is met. Analysis and
recommendations regarding such determinations will be prepared and produced by
BLM biologists in coordination with Colorado and/or Utah state wildlife agency
biologists, FWS biologists, and county/local government biologists. The appropriate
planning process (i.e., plan maintenance or plan amendment) would be used to make
any necessary changes to a RMP(s).

## INCORPORATION OF A FWS RECOVERY PLAN OR AN UPDATED RCP

The BLM may make a determination to incorporate all or part of a FWS-published
GUSG recovery plan and/or an updated and signed RCP, if either where to become
available. Analysis and recommendations regarding such determinations would be
prepared and produced by BLM interdisciplinary staff in coordination with Colorado
and/or Utah state wildlife agencies, the FWS and other federal agencies, and
county/local governments. The appropriate planning process (i.e., plan maintenance
or plan amendment) would be used to make any necessary changes to a RMP(s).

## INCORPORATION OF A CHANGE TO THE ESA STATUS OF THE GUSG

The BLM may make a determination to incorporate changes necessitated or flowing
from a change to the ESA status of GUSG (delisting, designation as endangered, or
some other status change). Analysis and recommendations regarding such
determinations would be prepared and produced by BLM interdisciplinary staff in
coordination with Colorado and/or Utah state wildlife agencies, the FWS and other
federal agencies, and county/local governments. The appropriate planning process
(i.e., plan maintenance or plan amendment) would be used to make any necessary
changes to a RMP(s).

## 2.3.4.   MITIGATION

The mitigation hierarchy for the BLM states that the BLM will first try to avoid
impacts. The GUSG RMP Amendment focuses on avoidance of impacts followed by

minimization techniques.  The intent of the Draft GUSG Rangewide Mitigation Plan is to achieve a net conservation gain for the GUSG.  To do so, in undertaking BLM management actions, and, consistent with valid existing rights and applicable law, in authorizing third party actions that result in habitat loss and/or degradation, the BLM will require and ensure mitigation that provides a net conservation gain to the species including accounting for any uncertainty associated with the effectiveness of such mitigation.  This will be achieved by avoiding, minimizing, and compensating for impacts by applying beneficial mitigation actions.  Actions that result in habitat loss and/or degradation include those identified as threats that contribute to GUSG disturbance as identified by the FWS in its listing decision (FWS 2014).

## MITIGATION PLAN

Consistent with valid existing rights and applicable law, in undertaking BLM management actions or authorizing third party actions within GUSG habitat that result in habitat loss and/or degradation, the BLM will require and ensure mitigation that provides a net conservation gain to the GUSG, including accounting for any uncertainty associated with the effectiveness of such mitigation.  Mitigation would be required under every alternative and would be achieved by avoiding, minimizing, and compensating for impacts.  Mitigation would adhere to CEQ regulations (40 CFR 1508.20; e.g., avoid, minimize, and compensate).  If impacts from BLM management actions or authorized third-party actions that result in habitat loss and/or degradation remain following the application of avoidance and minimization measures (i.e., residual impacts), then compensatory mitigation would be used to provide a net conservation gain to the species actions as identified in the Draft GUSG Rangewide Mitigation Plan (in Appendix J).  Any compensatory mitigation would be durable, timely, and in addition to that which would have resulted without the compensatory mitigation.

BLM_0027644

# 3.  AFFECTED ENVIRONMENT

This chapter documents the existing conditions of and trends for biological, physical, cultural, and human resources in the planning area that could be affected by implementing any of the proposed alternatives described in Chapter Two, *Alternatives*.  The affected environment provides the context for assessing the potential impacts described in Chapter Four, *Environmental Consequences*.

The affected environment of planning area resources is described in relation to the following components:

## ☛ INDICATORS

Indicators are factors selected in order to assess resource conditions, such as ambient pollutant level, visibility, and vegetation.  Whenever possible, indicators are quantitative.  Indicators can be derived from many potential sources, such as the Standards for Rangeland Health.

## ☛ EXISTING CONDITIONS

Existing Conditions describe the location, extent, and current condition of resources within the planning area in general and on BLM-administered lands. Conditions can be determined by comparing the value of indicators to an established standard (such as a current plan goal or objective) and/or benchmark.

## ☛ TRENDS

Trends describe the degree and direction of change in a resource between the present and some point in the past.  If change is noted, then the degree and direction of resource change is characterized as moving toward or away from the current desired condition based on specific indicators, and reasons for the change are identified.  Trends can be described in quantitative or qualitative terms. Identification of trends is necessary in order to provide an understanding of how BLM management practices influence desired resource conditions over time. Trends for certain resources can be difficult to analyze, as changes to the resource often occur due to factors beyond BLM control.

BLM_0027645

CHAPTER 3 - AFFECTED ENVIRONMENT

# 3.1. SPECIAL STATUS SPECIES

Only species for which the proposed action might substantially change conditions to an extent that analysis in an EIS is necessary are addressed in this document. Due to the conservation-focused nature of the RMP Amendment, special status species in the planning area would receive residual protection and benefit from any alternative analyzed outside of the No Action Alternative.

No increase in surface-disturbing activities would be authorized under any of the action alternatives above what is permitted in existing land use plans. In no scenario under the Draft RMP Amendment would disturbance to a plant or animal species increase. Under the RMP Amendment, special status plant and animal species would receive additional protections in areas where their range overlaps with GUSG.

Management actions to protect GUSG and their habitat would benefit other special status species as well. The RMP Amendment would not remove any protections for a species that are identified in an existing land use plan. Current management actions that require the survey and avoidance of special status plant and animal species would remain in place.

## 3.1.1.   GUNNISON SAGE-GROUSE (CENTROCERCUS MINIMUS) AND HABITAT

### INDICATORS

Special Status Species within Occupied and Unoccupied Habitat are described in terms of:

- Acres of sagebrush habitat
- Direct and Indirect disturbance to GUSG.

### EXISTING CONDITIONS

Based on population trends since 1996, five of the seven GUSG populations are in decline. The Gunnison Basin Population has been stable to increasing throughout the same period, with variation evident over the years (CPW 2014). GUSG populations have been identified as cycling over many years. The general trend over multiple years—including population peaks and valleys—is necessary to determine the trend for any population.

BLM_0027646

CHAPTER 3 - AFFECTED ENVIRONMENT

**Table 3.9 - GUSG Population, Three-year Average 1998–2005 (CPW 2014)**

| POPULATION | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|
| Cerro Summit-Cimarron-Sims Mesa | no data | no data | 28 | 39 | 43 | 43 | 36 | 31 |
| Crawford | 232 | 245 | 260 | 216 | 196 | 154 | 150 | 146 |
| Gunnison Basin | 3,135 | 3,357 | 3,346 | 3,390 | 3,216 | 2,991 | 2,641 | 3,220 |
| Monticello-Dove Creek | 283 | 344 | 429 | 453 | 381 | 273 | 206 | 182 |
| Piñon Mesa | 119 | 128 | 144 | 152 | 149 | 136 | 132 | 144 |
| Poncha Pass | no data | no data | no data | 15 | 21 | 31 | 39 | 39 |
| San Miguel | 307 | 316 | 319 | 301 | 352 | 342 | 296 | 280 |
| **Total** | — | — | — | 4,566 | 4,358 | 3,969 | 3,501 | 4,041 |

**Table 3.10 - GUSG Population, Three-year Average 2006–2014 (CPW 2014)**

| POPULATION | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|
| Cerro Summit-Cimarron-Sims Mesa | 38 | 36 | 31 | 28 | 18 | 25 | 29 | 43 | 57 |
| Crawford | 173 | 168 | 137 | 96 | 65 | 47 | 54 | 83 | 121 |
| Gunnison Basin | 4,137 | 4,862 | 4,497 | 4,034 | 3,714 | 3,738 | 3,826 | 3,995 | 4,073 |
| Monticello-Dove Creek | 183 | 211 | 227 | 227 | 190 | 162 | 147 | 144 | 122 |
| Piñon Mesa | 154 | 147 | 128 | 101 | 83 | 69 | 62 | 90 | 128 |
| Poncha Pass | 43 | 38 | 31 | 23 | 20 | 18 | 16 | 11 | 10 |
| San Miguel | 322 | 345 | 306 | 234 | 167 | 126 | 129 | 150 | 188 |
| **Total** | 5,050 | 5,807 | 5,360 | 4,749 | 4,263 | 4,188 | 4,266 | 4,516 | 4,701 |

Surface disturbances were mapped across the range of GUSG using National Agriculture Imagery Program (NAIP) imagery.  For the purpose of this analysis, surface disturbances have been categorized as either impacting sagebrush availability or causing habitat degradation.  Actions that impact sagebrush availability include agricultural conversion, urbanization, wildfire, conifer encroachment, sagebrush treatments, and invasive species.  Sagebrush availability can be impacted by anthropogenic surface-disturbing  activities (such as agricultural conversion or urbanization) or through natural processes that do not result in surface disturbance (such as pinyon-juniper encroachment or fire).

According to a 2015 BLM greater sage-grouse monitoring strategy, features on the landscape related to habitat degradation include, but are not limited to, energy development (oil and gas wells and development facilities), geothermal, mining, roads, power lines, communication towers, other vertical structures, and other

BLM_0027647

CHAPTER 3 - AFFECTED ENVIRONMENT

developed ROWs.  Habitat degradation is always associated with surface-disturbing activities resulting from anthropogenic development of an area.

Rangewide, surface disturbance has impacted approximately 12% (114,478 acres) of Occupied Habitat and 22% (161,356 acres) of Unoccupied Habitat.

**Table 3.11 - Surface Disturbance within GUSG Habitat by Land Status**

| HABITAT TYPE/ LAND STATUS | ACRES OF SURFACE DISTURBANCE | % OF ALL DISTURBANCES | % HABITAT DISTURBED |
|---|---|---|---|
| ALL OCCUPIED HABITAT | 114,478 | — | 12% |
| BLM | 4,014 | 4% | 0% |
| Local | 1,272 | 1% | 0% |
| NPS | 182 | 0% | 0% |
| Private | 107,887 | 94% | 11% |
| State | 446 | 0% | 0% |
| USFS | 676 | 1% | 0% |
| ALL UNOCCUPIED HABITAT | 161,356 | — | 22% |
| BLM | 2,230 | 1% | 0% |
| NPS | 141 | 0% | 0% |
| Private | 158,245 | 98% | 21% |
| State | 371 | 0% | 0% |
| USFS | 369 | 0% | 0% |

GUSG habitat was mapped using LANDFIRE Existing Vegetation Type data (2010). GUSG habitat includes those areas identified as capable of supporting GUSG life functions.  Rangewide in the decision area, 63% of Occupied Habitat is classified as capable of supporting GUSG, 28% as non-habitat (does not include agriculture), and 9% as agricultural development.  Rangewide in the decision area, 35% of Unoccupied Habitat is mapped as habitat capable of supporting GUSG, 49% as non-habitat, and 16% as agricultural development.  The following habitat types capable of supporting GUSG were identified in the decision area.

BLM_0027648

CHAPTER 3 - AFFECTED ENVIRONMENT

**Table 3.12 - LANDFIRE Habitat Types in the Planning Area Capable of Supporting GUSG**

| GUSG HABITAT |
| --- |
| Artemisia tridentata ssp. vaseyana Shrubland Alliance |
| Colorado Plateau Mixed Low Sagebrush Shrubland |
| Inter-Mountain Basins Big Sagebrush Shrubland |
| Inter-Mountain Basins Big Sagebrush Steppe |
| Inter-Mountain Basins Montane Sagebrush Steppe |
| Inter-Mountain Basins Semi-Desert Shrub Steppe |
| Quercus gambelii Shrubland Alliance |
| Rocky Mountain Gambel Oak-Mixed Montane Shrubland |
| Rocky Mountain Lower Montane-Foothill Shrubland |

Of the leks in Occupied Habitat rangewide, 99 are active, 18 are inactive, 5 are unknown, and 36 are historic (CPW 2015 data request). Four known historic leks have been identified in Unoccupied Habitat. A historic lek is defined in the RCP as a formerly active lek that has not been utilized for display or breeding within the last 10 years. The unoccupied habitat classification was developed by the FWS in order to distinguish types of critical habitat and is largely based on RCP habitat categories (occupied, vacant/unknown, and potentially suitable).

Surface ownership within Occupied Habitat rangewide is comprised of 43% private surface and 41% BLM-administered public lands. Surface ownership within Unoccupied Habitat is 58% private surface and 31% BLM-administered lands. As shown in Table 3.13, Occupied Habitat for the satellite populations is 65% private surface and 27% BLM-administered lands.

**Table 3.13 - Surface Ownership in the Satellite Population Areas**

| LAND STATUS | OCCUPIED HABITAT | | UNOCCUPIED HABITAT | |
| --- | --- | --- | --- | --- |
| | ACRES | % OF HABITAT | ACRES | % OF HABITAT |
| Total Acres | 350,536 | – | 606,266 | – |
| BLM | 93,439 | 27% | 163,910 | 27% |
| Local | 12,693 | 4% | 5 | 0% |
| Private | 227,394 | 65% | 376,174 | 62% |
| NPS | 4,764 | 1% | 7,029 | 1% |
| USFS | 7,409 | 2% | 57,517 | 9% |

BLM_0027649

—

CHAPTER 3 - AFFECTED ENVIRONMENT

| LAND STATUS | OCCUPIED HABITAT | | UNOCCUPIED HABITAT | |
|---|---|---|---|---|
| | ACRES | % OF HABITAT | ACRES | % OF HABITAT |
| State | 4,837 | 1% | 1,605 | 0% |
| Other | — | 0% | 25 | 0% |

Outside of mapped Occupied Habitat and Unoccupied Habitat, lands within four miles of all active, inactive, unknown, and historic GUSG leks were also identified in order to analyze potential impacts to the leks.  Labeled as Non-Habitat Areas within Four Miles of a Lek (Non-Habitat Areas), these areas extend outside of current mapping for GUSG by 419,541 acres.  Surface ownership of lands within the Non-Habitat Areas is identified in Table 3.14.  Public lands managed by the BLM comprise approximately 30% of this area.

**Table 3.14 - Surface Ownership within the Four-Mile Non-Habitat Areas**

| POPULATION | OWNER/MANAGER | ACRES |
|---|---|---|
| Cerro Summit-Cimarron-Sims Mesa | BLM | 11,425 |
| | Local | 2,696 |
| | NPS | 4,132 |
| | Private | 53,333 |
| | USFS | 369 |
| Crawford | BLM | 1,481 |
| | NPS | 5,907 |
| | Private | 380 |
| Gunnison Basin | BLM | 12,007 |
| | Local | 2,643 |
| | NPS | 3,671 |
| | Private | 23,252 |
| | State | 747 |
| | USFS | 38,586 |
| Monticello-Dove Creek | BLM | 25,400 |
| | Other | 4 |
| | Private | 32,239 |
| | State | 235 |
| | USFS | 896 |
| Piñon Mesa | BLM | 26,629 |

BLM_0027650

| POPULATION | OWNER/MANAGER | ACRES |
|---|---|---|
| | Private | 19,992 |
| | State | 916 |
| | USFS | 11,594 |
| Pancha Pass | BLM | 763 |
| | Private | 541 |
| | USFS | 14,945 |
| San Miguel Basin | BLM | 40,689 |
| | Local | 329 |
| | Private | 58,752 |
| | State | 3,519 |
| | USFS | 21,469 |
| **Total BLM Non-Habitat Acreage** | | **118,394** |
| **TOTAL NON-HABITAT ACREAGE** | | **419,541** |

Using LANDFIRE data, vegetation was classified as either capable of supporting GUSG, non-habitat, or agricultural. Within four miles of a lek outside of Occupied Habitat or Unoccupied Habitat, 93,484 acres (22%) are capable of supporting GUSG, 304,654 acres (73%) are non-habitat, and 21,362 acres (5%) are classified as agricultural development.

## Gunnison Basin Population

The Gunnison Basin GUSG Population is located in Gunnison and Saguache counties across 605,026 acres of Occupied Habitat. Of this area, 50% is BLM-administered public land totaling approximately 302,024 acres. The majority of GUSG habitat within the Basin receives less than 12 inches of precipitation a year. The main vegetation types in the Gunnison Basin include mountain big sagebrush, Wyoming big sagebrush, and black sage. Mountain big sagebrush occurs at higher elevations and at lower elevations containing moist sites. Wyoming big sagebrush is typically found at lower elevations and on drier sites. A hybrid of Wyoming and mountain big sagebrush occurs in transition areas between the two. Black sage is also found on dry gravel soils at lower elevations. Figure 3.2 provides GUSG population estimates for the Gunnison Basin Population from 1996 to 2014 (CPW 2015 data request). The population has been exceeding objectives set in the RCP since 2005.

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.2 - Gunnison Basin GUSG Population, 1996–2014**



There are 95 known leks in the Gunnison Basin, of which 68 are classified as active, 8 as inactive, 4 as unknown, and 15 as historic (CPW 2015 lek data request).  The high lek count in 2015 was 974 birds, with a 2015 population estimate of 4,306. Over a ten-year period, the population averaged 4,169 birds, which is 1,169 over the 3,000 population goal identified in the RCP (2014 Gunnison Basin lek report). 387 birds have been removed from the Gunnison Basin to augment sub-populations (CPW 2015 data request).

Based on LANDFIRE data, 411,843 acres of habitat are capable of supporting GUSG in Occupied Habitat in the Gunnison Basin.  Cultivated cropland occurs on 5% or 30,441 acres of Occupied Habitat.  The rest of Occupied Habitat in the Gunnison Basin falls into other habitat types totaling approximately 162,742 acres.

**Table 3.15 - Gunnison Basin GUSG Habitat based on LANDFIRE Data**

| GUNNISON BASIN | OCCUPIED HABITAT | | UNOCCUPIED HABITAT | |
|---|---|---|---|---|
| | Acres | Percent | Acres | Percent |
| Habitat | 411,843 | 68% | 51,876 | 38% |
| Non-habitat | 162,742 | 27% | 83,477 | 61% |
| Agricultural | 30,441 | 5% | 1,656 | 1% |

BLM_0027652

CHAPTER 3 - AFFECTED ENVIRONMENT

**Table 3.16 - Land Status for the Gunnison Basin Population Area**

| STATUS | OWNERSHIP | ACRES | % OF HABITAT |
|---|---|---|---|
| Occupied Habitat (605,026 acres) | BLM | 302,024 | 50% |
| | Private | 187,761 | 31% |
| | USFS | 92,724 | 15% |
| | Local | 9,880 | 2% |
| | NPS | 9,430 | 2% |
| | State | 3,205 | 1% |
| Unoccupied Habitat (137,009 acres) | BLM | 63,972 | 47% |
| | Private | 53,034 | 39% |
| | USFS | 12,181 | 9% |
| | NPS | 7,407 | 5% |
| | State | 414 | 0% |

Overall surface disturbance in the Gunnison Basin does not exceed 10% of Occupied Habitat and approximately 4% of Unoccupied Habitat. Most surface disturbance impacts sagebrush availability and is primarily attributed to agricultural development and urbanization. Roads, energy development, and other infrastructure in Occupied Habitat cover 5,297 acres and includes less than 1% of Occupied Habitat.

**Table 3.17 - Surface Disturbance in the Gunnison Basin Population Area**

| GUNNISON BASIN | | | |
|---|---|---|---|
| LAND OWNERSHIP | ACRES OF SURFACE DISTURBANCE | % OF ALL DISTURBANCES | % HABITAT DISTURBED |
| OCCUPIED HABITAT | | | |
| **Total Occupied Habitat** | **59,132** | – | **10%** |
| BLM | 3,222 | 5% | 0.53% |
| Local | 1,035 | 2% | 0.17% |
| Private | 53,896 | 91% | 8.91% |
| State | 351 | 1% | 0.06% |
| USFS | 629 | 1% | 0.10% |
| UNOCCUPIED HABITAT | | | |
| **Total Unoccupied Habitat** | **6,221** | – | **4%** |
| BLM | 879 | 14% | 0.64% |
| NPS | 15 | 0% | 0.01% |
| Private | 5,006 | 80% | 3.65% |
| State | 180 | 3% | 0.13% |
| USFS | 141 | 2% | 0.10% |

BLM_0027653

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.3 - Surface Disturbance in the Gunnison Basin Population Area**



For the purpose of this EIS, surface disturbance was mapped using NAIP imagery and classified by disturbance type.  Disturbances were grouped based on relationships identified in the Greater Sage-Grouse Monitoring Framework.  Disturbances mapped as agriculture, urbanization, or wildfire were classified as disturbances that impact sagebrush availability.  Disturbances such as energy development, mining, roads and other infrastructure were classified as habitat degradation.

In the Gunnison Basin population area, there are 80,907 acres outside of Occupied or Unoccupied Habitat within 4 miles of a lek.  75% of leks in the Gunnison Basin are within 4 miles of Occupied Habitat, including 46 active leks.  Surface ownership within 4 miles of a lek outside of Occupied and Unoccupied Habitat is identified in Table 3.14.  Public lands managed by the BLM make up 19% of the area.

Within this area, 15% (12,506 acres) of the area provides habitat capable of supporting GUSG, while 83% (67,408 acres) is non-habitat, and less than 1% (993 acres) is classified as agricultural development.

BLM_0027654

CHAPTER 3 - AFFECTED ENVIRONMENT

## *Cerro Summit-Cimarron-Sims Mesa Population*

The Cerro Summit and Cimarron GUSG sub-populations are located 15 miles east, and the Sims Mesa sub-population is 7 miles south, of Montrose, Colorado.  The entire population covers approximately 37,142 acres of Occupied Habitat and 19,370 acres of Unoccupied Habitat.  Predominant uses of BLM lands in the area include livestock grazing, recreation, and hunting.  This population is heavily fragmented by pinyon-juniper stands and cultivated cropland.  No population augmentation has been done in the Cerro Summit-Cimarron-Sims Mesa Population.  There are six known leks in the area, of which two are active and four are historic (CPW 2015 Lek Data Request).  Peak male attendance was 11 birds in 2015, 15 birds in 2014, and 9 in 2013.  In 2015, the estimated population was 54 birds.

**Figure 3.4 - Cerro Summit-Cimarron-Sims Mesa GUSG Population, 1998–2014**



CPW 2014 unpublished data

Occupied Habitat covers 37,142 acres.  Occupied Habitat is 76% private surface (28,064 acres).  BLM-administered public lands make up about 12% of the area or 4,380 acres.  Local and state government lands include 12% of Occupied Habitat or 4,336 acres.  Agricultural land makes up 5% of Occupied Habitat covering 2,039 acres.  Habitat able to support GUSG is 64% of Occupied Habitat and other habitat—mostly pinyon-juniper—is 31% or 11,381 acres (LANDFIRE 2010).

BLM_0027655

CHAPTER 3 - AFFECTED ENVIRONMENT

**Table 3.18 - Cerro Summit-Cimarron-Sims Mesa GUSG Habitat based on LANDFIRE Data**

| CERRO SUMMIT-CIMARRON-SIMS MESA | OCCUPIED HABITAT | | UNOCCUPIED HABITAT | |
|---|---|---|---|---|
| | Acres | Percent | Acres | Percent |
| Habitat | 23,722 | 64% | 10,045 | 52% |
| Non-Habitat | 11,381 | 31% | 9,192 | 47% |
| Agricultural | 2,039 | 5% | 132 | 1% |

Unoccupied Habitat for the Cerro Summit-Cimarron-Sims Mesa population area encompasses 19,370 acres. Unoccupied Habitat is 74% private surface (14,353 acres) and 26% BLM-administered public lands (5,011 acres). Agricultural land makes up 132 acres of Unoccupied Habitat. Habitat capable of supporting GUSG makes up 52% (10,045 acres) and other habitats—mostly pinyon-juniper woodlands—make up the remaining 47% (9,192 acres).

**Table 3.19 - Land Status for the Cerro Summit-Cimarron-Sims Mesa Population Area**

| STATUS | OWNERSHIP | ACRES | % OF HABITAT |
|---|---|---|---|
| Occupied Habitat (37,142acres) | Private | 28,030 | 75% |
| | BLM | 4,776 | 13% |
| | Local | 4,336 | 12% |
| Unoccupied Habitat (19,370 acres) | Private | 14,353 | 74% |
| | BLM | 5,016 | 26% |

Overall surface disturbance in the Cerro Summit-Cimarron-Sims Mesa population area is present on approximately 12% of Occupied Habitat and 1% of Unoccupied Habitat. Most surface disturbance impacts sagebrush availability and is primarily agricultural development. Roads, energy development, and other infrastructure in Occupied Habitat covers less than 1% (286 acres) of Occupied Habitat.

**Table 3.20 - Surface Disturbance in the Cerro Summit-Cimarron-Sims Mesa Population Area**

| LAND STATUS | ACRES OF SURFACE DISTURBANCE | % OF ALL DISTURBANCE | % OF HABITAT DISTURBED |
|---|---|---|---|
| OCCUPIED HABITAT | | | |
| Total Occupied Habitat | 4,428 | – | 12.3% |
| BLM | 63 | 1.0% | 0.2% |
| Local | 42 | 1.0% | 0.1% |
| Private | 4,323 | 98.0% | 12.0% |

BLM_0027656

CHAPTER 3 - AFFECTED ENVIRONMENT

| LAND STATUS | ACRES OF SURFACE DISTURBANCE | % OF ALL DISTURBANCE | % OF HABITAT DISTURBED |
|---|---|---|---|
| UNOCCUPIED HABITAT | | | |
| Total Unoccupied Habitat | 215 | – | 1.2% |
| BLM | 50 | 23.0% | 0.3% |
| Private | 165 | 77.0% | 0.9% |

**Figure 3.5 - Surface Disturbance in the Cerro Summit-Cimarron-Sims Mesa Population Area**



In the Cerro Summit-Cimarron-Sims Mesa population area, 71,955 acres is outside mapped Occupied and Unoccupied Habitat and within four miles of a lek. The population area is just over four miles wide at its widest point, meaning that no location is more than two miles from the edge of Occupied Habitat. Surface ownership for the area outside Occupied and Unoccupied Habitat is identified in Table 3.6. Public lands managed by the BLM make up 21% of the area.

Within four miles of a lek and outside of Occupied and Unoccupied Habitat, 31% of the area (22, 474 acres) provides habitat capable of supporting GUSG, 57% (40,780 acres) is non-habitat, and 12% (8,700 acres) is classified as agricultural development.

## Crawford Population

The Crawford Population of GUSG is located eight miles southwest of the town of Crawford, Colorado. The area consists of rocky drainages, pinyon-juniper woodlands, and uplands dominated by big and mountain sagebrush. Predominant uses of BLM-managed lands in the area include livestock grazing, recreation, and hunting. The area contains ten known leks, of which five are active, one is inactive, and four are historic (CPW 2015 Lek Data Request). Peak male attendance was 31 in 2015, 32 in 2014, 22 in 2013, and 11 in 2012. GUSG population trends in the area were declining from 2000 through 2012, with increases in 2013, 2014, and 2015. In 2011, the population was augmented by 27 birds from the Gunnison Basin. In the springs of 2011, 2012, and 2013, 72 birds were translocated from the Gunnison Basin to Crawford to help stabilize the population (from personal communication with CPW regarding comments on wild ungulate analysis 2015). The 2015 population estimate was 152 birds.

**Figure 3.6 - Crawford GUSG Population, 1996–2014**



CPW 2014 unpublished data

BLM_0027658

CHAPTER 3 - AFFECTED ENVIRONMENT

Occupied Habitat supporting the Crawford Population encompasses approximately 34,996 acres.  Of this, roughly 63% is comprised of BLM-administered public lands totaling 22,150 acres, 24% (8,444 acres) is private surface, 3% (4,402 acres) is NPS-administered land.  In Occupied Habitat, 3% (1,211 acres) is agricultural land.  The vast majority (67%) 23,280 acres of Occupied Habitat is habitat that supports GUSG.  Other habitat types make up the remaining 30% or 10,505 acres.

**Table 3.21 - Crawford GUSG Habitat based on LANDFIRE Data**

| CRAWFORD POPULATION AREA | OCCUPIED HABITAT | | UNOCCUPIED HABITAT | |
|---|---|---|---|---|
| | Acres | Percent | Acres | Percent |
| Habitat | 23,280 | 67% | 32,815 | 41% |
| Non-Habitat | 10,505 | 30% | 32,592 | 41% |
| Agricultural | 1,211 | 3% | 14,867 | 19% |

Unoccupied Habitat in the Crawford population area covers 80,274 acres.  Of this, approximately 76% (60,738 acres) of the surface land is private, while 13% (10,324 acres) is administered by the BLM, 9% (7,023 acres) by the NPS, and 3% (2,190 acres) by the USFS.  Agricultural lands cover 19% (14,867 acres) of Unoccupied Habitat.  There are 32,815 acres of habitat capable of supporting GUSG or 41% of Unoccupied Habitat.  Other habitat types make up the remaining 41% (32,592 acres) of Unoccupied Habitat in the Crawford population area.

**Table 3.22 - Land Status for the Crawford Population Area**

| STATUS | OWNERSHIP | ACRES | % OF HABITAT |
|---|---|---|---|
| Occupied Habitat (34,996 acres) | BLM | 22,150 | 63% |
| | Private | 8,444 | 24% |
| | NPS | 4,402 | 13% |
| Unoccupied Habitat (80,274 acres) | Private | 60,738 | 76% |
| | BLM | 10,324 | 13% |
| | NPS | 7,023 | 9% |
| | USFS | 2,190 | 3% |

Overall surface disturbance in the Crawford population area includes approximately 2% of Occupied Habitat and 23% of Unoccupied Habitat.  Most surface disturbance impacts sagebrush availability and consists primarily of agricultural development.  Roads in Occupied Habitat cover 324 acres totaling less than 1% of Occupied Habitat.

BLM_0027659

CHAPTER 3 - AFFECTED ENVIRONMENT

**Table 3.23 - Surface Disturbance in the Crawford Population Area**

| LAND STATUS | ACRES OF SURFACE DISTURBANCE | % OF ALL DISTURBANCE | % OF HABITAT DISTURBED |
|---|---|---|---|
| OCCUPIED HABITAT | | | |
| **Total Occupied Habitat** | **850** | – | **2.0%** |
| BLM | 238 | 28.0% | 0.7% |
| NPS | 31 | 4.0% | 0.1% |
| Private | 580 | 68.0% | 1.7% |
| UNOCCUPIED HABITAT | | | |
| **Total Unoccupied Habitat** | **18,158** | – | **22.7%** |
| BLM | 145 | 1.0% | 0.2% |
| NPS | 37 | – | 0.1% |
| Private | 17,963 | 99.0% | 22.4% |
| USFS | 13 | – | <0.1% |

**Figure 3.7 - Surface Disturbance in the Crawford Population Area**



BLM_0027660

In the Crawford population area, 5,842 acres are outside of mapped Occupied Habitat and Unoccupied Habitat and within 4 miles of a lek. At its widest point, the population area is just over 5 miles, meaning that no place within Occupied Habitat is further than 2.5 miles from the edge of Occupied Habitat. Surface ownership for the area outside of Occupied Habitat and Unoccupied Habitat is identified in Table 3.6. Public lands managed by the BLM make up 19% of the additional area.

Within four miles of a lek and outside of Occupied Habitat and Unoccupied Habitat, 75% (5,842acres) of the area contains habitat capable of supporting GUSG, while 25% (1,926 acres) is classified as non-habitat.

## Monticello-Dove Creek Population

The Monticello-Dove Creek Population of GUSG is divided into two distinct sub-populations (79 CFR 69192). This split is largely due to political boundaries and management by state agencies. UDWR is responsible for population and habitat monitoring in Utah.

### Monticello Sub-Population

Located near the town of Monticello in the southeastern corner of Utah in San Juan County, the Monticello sub-population is the larger of the two sub-populations. According to the RCP, "Gunnison sage-grouse in the area occupy a broad, relatively flat plateau on the northeast side of the Abajo Mountains. This area is characterized by large grass pastures, and agricultural fields interspersed with fragmented patches of Wyoming sagebrush and black sagebrush" (RCP 2005). There are eight known leks in the Monticello sub-population area. Based on RCP lek definitions for small populations, two leks are active, two are inactive, and four are historic (UDWR 2015 lek data request). The high male lek count in 2015 was 12 and in 2014 was 11. One inactive lek is located on BLM lands, while the other leks are on private surface. The population estimate in 2015 was 59 birds.

BLM_0027661

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.8 - Monticello GUSG Sub-Population, 1996–2014**



CPW 2014 unpublished data

The Dove Creek sub-population is located in western Dolores County, north and west of Dove Creek, Colorado (79 FR 69192). Habitat north of Dove Creek is characterized as mountain shrub habitat, dominated by oakbrush interspersed with sagebrush, while habitat to the west is largely sagebrush steppe.

There are ten known leks in the Dove Creek sub-population area, of which four are classified as active, two as inactive, and four as historic (CPW 2015 Lek Data Request). Peak male attendance at any lek has not been above 10 birds in the last ten years, which was only for one lek. The Wheatfield Lek had the most consistent attendance, with peak male attendance at 10 in 2006. The high male lek count in 2014 was 5. The high male count in 2015 was 1. In 2015, the population estimate for Dove Creek was 5 birds. In an effort to stabilize the GUSG population, population augmentation was conducted in the Monticello-Dove Creek population area. Since 2000, 42 birds have been introduced to the Dove Creek Population.

BLM_0027662

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.9 - Dove Creek GUSG Sub-Population, 1996–2014**



CPW 2014 unpublished data

In the Monticello-Dove Creek population area, 92% (102,864 acres) of Occupied Habitat is private surface. Occupied Habitat encompasses 11,269 acres. BLM surface ownership in Occupied Habitat is 8% (8,483 acres). BLM lands are not contiguous in these populations. The area is heavily fragmented by agricultural development. In Occupied Habitat, 27% (30,738 acres) is cultivated cropland. Habitat capable of supporting GUSG makes up 49% (55,397 acres) of Occupied Habitat. The configuration of the habitat is heavily fragmented. Other habitats—primarily pinyon-juniper woodlands—make up 23% (26,133 acres).

**Table 3.24 - Monticello-Dove Creek GUSG Habitat based on LANDFIRE Data**

| MONTICELLO-DOVE CREEK | OCCUPIED HABITAT | | UNOCCUPIED HABITAT | |
|---|---|---|---|---|
| | Acres | Percent | Acres | Percent |
| Habitat | 55,397 | 49% | 60,529 | 26% |
| Non-Habitat | 26,133 | 23% | 85,904 | 36% |
| Agricultural | 30,738 | 27% | 89,444 | 38% |

Unoccupied Habitat in the Monticello-Dove Creek population area covers approximately 236,877 acres. Private surface accounts for 85% (199,918 acres) of

BLM_0027663

CHAPTER 3 - AFFECTED ENVIRONMENT

Unoccupied Habitat.  Public lands managed by the BLM make up the remaining 15% (35,904 acres) of Unoccupied Habitat.  Unoccupied Habitat is 38% (89,444 acres) cultivated cropland.  Habitat capable of supporting GUSG makes up 26% (60,529 acres) of Unoccupied Habitat and the remaining 36% (85,904 acres) is largely pinyon-juniper woodlands (53,907 acres).

**Table 3.25 - Surface Ownership in the Monticello-Dove Creek Population Area**

| STATUS | OWNERSHIP | ACRES | % OF HABITAT |
|---|---|---|---|
| Occupied Habitat (112,269 acres) | Private | 102,864 | 92% |
| | BLM | 8,483 | 8% |
| | State | 922 | 1% |
| Unoccupied Habitat (236,877 acres) | Private | 199,918 | 85% |
| | BLM | 35,904 | 15% |
| | USFS | 48 | 0% |
| | Local | 5 | 0% |

Overall surface disturbance in the Monticello-Dove Creek population area is approximately 41% of Occupied Habitat and 56% of Unoccupied Habitat.  Most surface disturbance is from agricultural development.  Roads, energy development, and other infrastructure in Occupied Habitat cover 966 acres totaling less than 1% of Occupied Habitat.

**Table 3.26 - Surface Disturbance in the Monticello-Dove Creek Population Area**

| LAND STATUS | ACRES OF SURFACE DISTURBANCE | % OF ALL DISTURBANCE | % OF HABITAT DISTURBED |
|---|---|---|---|
| OCCUPIED HABITAT | | | |
| **Total Occupied Habitat** | **45,745** | **–** | **41%** |
| BLM | 118 | 0% | 0% |
| Private | 45,617 | 100% | 41% |
| State | 10 | 0% | 0% |
| UNOCCUPIED HABITAT | | | |
| **Total Unoccupied Habitat** | **131,592** | **–** | **56%** |
| BLM | 815 | 1% | 0% |
| Private | 130,776 | 99% | 55% |
| USFS | 1 | 0% | 0% |

BLM_0027664

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.10 - Surface Disturbance in the Monticello-Dove Creek Population Area**



In the Monticello-Dove Creek population area, 58,774 acres are outside of mapped occupied or unoccupied habitat and within 4 miles of a lek. Surface ownership for the area outside of Occupied Habitat and Unoccupied Habitat is identified in Table 3.6. Public lands managed by the BLM make up 43% of the additional area. Within four miles of a lek and outside of Occupied Habitat and Unoccupied Habitat, 24% (13,967 acres) is capable of supporting GUSG, 63% (36,785 acres) is non-habitat, and 14% (7,971 acres) is classified as agricultural development.

## Piñon Mesa Population

The Piñon Mesa Population of GUSG is located about 22 miles southwest of Grand Junction, Colorado. While almost entirely within Colorado, the population area does include approximately 6,000 acres of Unoccupied Habitat in southeast Utah. The interior portions of the area are composed of mesas and canyons. At lower elevations, saltbush, sagebrush, and greasewood are common. Higher elevations are dominated by oakbrush, with sagebrush and snowberry in openings (RCP 2005).

CHAPTER 3 - AFFECTED ENVIRONMENT

Predominant uses of BLM lands in the area include livestock grazing, recreation, and hunting. There are 21 known leks, of which 11 are active, 2 inactive, and 8 historic (CPW 2015 lek data request). Peak male attendance was 35 in 2015 and 36 in 2014. Between 2000 and 2013, the Piñon Mesa Population was augmented with 92 birds from the Gunnison Basin, 44 of which were introduced in 2010–2011 (CPW 2015 data request). The 2015 population estimate was 172 birds.

**Figure 3.11 - Piñon Mesa GUSG Population, 1996–2014**



CPW 2014 unpublished data

Occupied Habitat in the Piñon Mesa area covers approximately 44,104 acres. Occupied Habitat is 70% (30,689 acres) private surface. Public lands managed by the BLM make up approximately 29% (12,686 acres) of Occupied Habitat. 1,391 acres of Occupied Habitat is agricultural land. About 74% (32,710 acres) of Occupied Habitat on Piñon Mesa is capable of supporting GUSG, while the remaining 23% (10,004 acres) consists of aspen stands, pinyon-juniper, and other habitat types.

BLM_0027666

CHAPTER 3 - AFFECTED ENVIRONMENT

**Table 3.27 - Piñon Mesa GUSG Habitat based on LANDFIRE Data**

| PIÑON MESA | OCCUPIED HABITAT | | UNOCCUPIED HABITAT | |
|---|---|---|---|---|
| | Acres | Percent | Acres | Percent |
| HABITAT | 32,710 | 74% | 71,171 | 35% |
| NON-HABITAT | 10,004 | 23% | 122,203 | 61% |
| AGRICULTURAL | 1,391 | 3% | 7,990 | 4% |

Unoccupied Habitat on Piñon Mesa encompasses 201,363 acres. BLM-administered lands cover 49% (97,795 acres) of Unoccupied Habitat, with 6,023 acres located in Utah. Private surface makes up 30% (63,845 acres) of Unoccupied Habitat, while USFS-managed lands make up 21% (42,698 acres). Agricultural land makes up 4% (7,990 acres) of Unoccupied Habitat. Approximately 35% (71,171 acres) of Unoccupied Habitat is capable of supporting GUSG, while 122,203 acres or 61% is non-habitat consisting mostly of woodlands, including pinyon-juniper and ponderosa pine.

**Table 3.28 - Surface Ownership in the Piñon Mesa Population Area**

| STATUS | OWNER/MANAGER | ACRES | % OF HABITAT |
|---|---|---|---|
| Occupied Habitat (44,104 acres) | Private | 30,689 | 70% |
| | BLM | 12,686 | 29% |
| | USFS | 729 | 2% |
| Unoccupied Habitat (201,364 acres) | BLM | 97,795 | 49% |
| | Private | 60,845 | 30% |
| | USFS | 42,698 | 21% |
| | Other | 25 | 0% |

Overall surface disturbance in the Piñon Mesa population area is almost non-existent in Occupied Habitat and affects approximately 1% of Unoccupied Habitat. Surface disturbance consists primarily of roads. Roads and other infrastructure cover less than 0.1% (40 acres) of Occupied Habitat.

BLM_0027667

CHAPTER 3 - AFFECTED ENVIRONMENT

**Table 3.29 - Surface Disturbance in the Piñon Mesa Population Area**

| LAND STATUS | ACRES OF SURFACE DISTURBANCE | % OF ALL DISTURBANCE | % OF HABITAT DISTURBED |
|---|---|---|---|
| **All Occupied Habitat** | **92** | — | **< 1.0%** |
| BLM | 3 | 4% | <0.1% |
| Private | 88 | 96% | 0.2% |
| **All Unoccupied Habitat** | **2,110** | — | **1.0%** |
| BLM | 225 | 11% | 0.1% |
| Private | 1,765 | 84% | 0.9% |
| USFS | 120 | 6% | <0.1% |

**Figure 3.12 - Surface Disturbance in the Piñon Mesa Population Area**



BLM_0027668

In the Piñon Mesa population area, 59,131 acres are outside of mapped Occupied Habitat and Unoccupied Habitat and within 4 miles of a lek. At its widest point, Occupied Habitat in the area is just over 4 miles wide, meaning that no point is further than 2 miles from the edge of Occupied Habitat. Surface ownership for the area outside of Occupied Habitat and Unoccupied Habitat is identified in Table 3.6. Public lands managed by the BLM make up 45% of the area.

Within four miles of a lek and outside of Occupied Habitat and Unoccupied Habitat, 32% of the land (18,753 acres) provides habitat capable of supporting GUSG, 67% (39,873 acres) is non-habitat, and less than 1% (504 acres) is classified as agricultural development.

## Poncha Pass Population

The Poncha Pass Population of GUSG is located about 10 miles northwest of Villa Grove in Saguache County, Colorado. Occupied Habitat extends over approximately 20,428 acres. Proposed critical habitat for the Poncha Pass Population was not designated by the FWS in its final determination of November 2014. Sagebrush in the area is contiguous, with little fragmentation (RCP 2005).

There are four known leks in in the area, of which three are active and one is inactive. Peak male attendance was 10 in 2014 (CPW 2015 Lek Data Request). The 10 individuals were translocated from the Gunnison Basin. While 3 males were seen on leks in 2011, none were observed in 2013. Due to the absence of birds in 2013, no population estimate was provided for the Poncha Pass Population in 2014. The population number for 2014 consisted of the translocated birds. In 2015, the high lek count was 6 birds. Between 2000 and 2013, the Poncha Pass Population was augmented with 41 birds from the Gunnison Basin. In the fall of 2013, 17 birds were released, with 10 more in the spring of 2014. The 2015 population estimate was 29 birds.

BLM_0027669

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.13 - Poncha Pass GUSG Population, 1998–2014**



CPW 2014 unpublished data

Occupied Habitat in the Poncha Pass area covers roughly 20,428 acres, with 48% (9,860 acres) consisting of public lands managed by the BLM.  USFS-managed lands make up 26% (5,214 acres) of Occupied Habitat, followed by 24% private surface (4,875 acres) and 2% State of Colorado lands (478 acres).  Only 123 acres of Occupied Habitat is agricultural land.  Habitat capable of supporting GUSG makes up 53% (10,839 acres) of Occupied Habitat, while other habitat types make up 46% (9,466 acres).  Other habitats include grasslands, lodgepole forests, and aspen forests.

**Table 3.30 - Poncha Pass Sage-Grouse Habitat based on LANDFIRE Data**

| PONCHA PASS | OCCUPIED HABITAT | | UNOCCUPIED HABITAT | |
|---|---|---|---|---|
| | Acres | Percent | Acres | Percent |
| HABITAT | 10,839 | 53% | 15,253 | 55% |
| NON-HABITAT | 9,466 | 46% | 11,690 | 42% |
| AGRICULTURAL | 123 | 1% | 952 | 3% |

BLM_0027670

CHAPTER 3 - AFFECTED ENVIRONMENT

Unoccupied Habitat on Poncha Pass encompasses approximately 27,894 acres. BLM-managed lands cover 53% of Unoccupied Habitat totaling 14,877 acres. Private surface makes up 40% of Unoccupied Habitat totaling 11,225 acres. State of Colorado and USFS lands make up the remaining 6% and 1% respectively. Agricultural land makes up 3% or 741 acres of Unoccupied Habitat. About 55% (15,253 acres) of Unoccupied Habitat in the area is capable of supporting GUSG. The remaining 42% (11,690 acres) consists of other habitat types, predominated by subalpine grasslands.

**Table 3.31 - Surface Ownership in the Poncha Pass Population Area**

| HABITAT TYPE | OWNER/MANAGER | ACRES | % OF HABITAT |
|---|---|---|---|
| Occupied Habitat (20,428 acres) | BLM | 9,860 | 48% |
| | USFS | 5,214 | 26% |
| | Private | 4,875 | 24% |
| | State | 478 | 2% |
| Unoccupied Habitat (27,894 acres) | BLM | 14,877 | 53% |
| | Private | 11,225 | 40% |
| | State | 1,605 | 6% |
| | USFS | 187 | 1% |

Overall surface disturbance in the Poncha Pass population area is roughly 5% in Occupied Habitat and approximately 7% of Unoccupied Habitat. Most surface disturbance is categorized as agricultural development. Roads and other infrastructure cover approximately 1% (211 acres) of Occupied Habitat.

BLM_0027671

CHAPTER 3 - AFFECTED ENVIRONMENT

### Table 3.32 - Surface Disturbance in the Poncha Pass Population Area

| LAND STATUS | ACRES OF SURFACE DISTURBANCE | % OF ALL DISTURBANCE | % OF HABITAT DISTURBED |
|---|---|---|---|
| OCCUPIED HABITAT | | | |
| **Total Occupied Habitat** | **973** | – | **4.8%** |
| BLM | 134 | 14% | 0.7% |
| Private | 751 | 77% | 3.7% |
| State | 60 | 6% | 0.3% |
| USFS | 27 | 3% | 0.1% |
| UNOCCUPIED HABITAT | | | |
| **Total Unoccupied Habitat** | **2,029** | – | **7.3%** |
| BLM | 171 | 8% | 0.6% |
| Private | 1,666 | 82% | 6.0% |
| State | 190 | 9% | 0.7% |
| USFS | 1 | – | – |

### Figure 3.14 - Surface Disturbance in the Poncha Pass Population Area



BLM_0027672

CHAPTER 3 - AFFECTED ENVIRONMENT

In the Poncha Pass population area, 16,249 acres is outside of mapped Occupied Habitat and Unoccupied Habitat and within 4 miles of a lek.  Occupied Habitat in the Poncha Pass population area is just over 5 miles wide at its widest point.  This means that no point within Occupied Habitat is more than 2.5 miles from the edge of Occupied Habitat.  Surface ownership for the area outside of Occupied and Unoccupied Habitat is identified in Table 3.31.  Public lands managed by the BLM make up 5% of the additional area.

Within four miles of a lek and outside of Occupied and Unoccupied Habitat, 21% (3,484 acres) of the land surface is capable of supporting GUSG, with 78% (12,725 acres) classified as non-habitat.

## San Miguel Basin Population

The San Miguel Basin Population of GUSG is located in Montrose and San Miguel counties, Colorado and is made up of six small sub-populations (Dry Creek Basin, Hamilton Mesa, Miramonte Reservoir, Gurley Reservoir, Beaver Mesa, and Iron Springs) (RCP 2005).  GUSG in the San Miguel Basin are thought to have once moved widely between populations and it is believed that the basin was once a migratory corridor between the Cerro Summit-Cimarron-Sims Mesa Population and the Monticello-Dove Creek Population (79 FR 69192).

The San Miguel Population supports thirteen leks, of which six are active, five are inactive, and two are historic.  Four of these leks are found in Dry Creek Basin, none in Hamilton Mesa, two in Miramonte Reservoir, two in Gurley Reservoir, three in Beaver Mesa, and two in Iron Springs (CPW 2015 Lek Data Request).  The high male lek count was 59 in 2015 and 42 in 2014.  The 2015 population was estimated at 289 individuals.  Between 2000 and 2013, 51 birds were transplanted into the San Miguel Basin Population.  Overall, 112 birds have been translocated from the Gunnison Basin to the San Miguel Population.

BLM_0027673



CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.15 - San Miguel Basin GUSG Population, 1996–2014**



The majority of habitat (64%) for the San Miguel Population is in the Dry Creek Basin.  The proposed rule for GUSG cites the San Miguel Basin Sage-grouse Working Group as stating that the Dry Creek Basin has some of the poorest habitat and smallest individual GUSG populations (79 FR 69192).  Dry Creek Basin consists of 57% (35,252 acres) BLM, 30% (18,474 acres) private, 12% (7,544 acres) local government, and 1% (734 acres) State of Colorado lands.

Hamilton Mesa is mostly private surface (85%, 4,081 acres).  The State of Colorado is the next largest surface management agency (11%, 527 acres), followed by the BLM with 4% of the area (177 acres).  Miramonte Reservoir is mostly private (73%, 8,544 acres) and State of Colorado (14%, 1,672 acres).  Gurley Reservoir and Beaver Mesa are mostly private surface with 91% and 99% private surface respectively.  Gurley reservoir has 152 (2%) acres of State of Colorado and 185 acres (3%) of BLM surface.  Surface ownership in Iron Springs is 73% private surface (34,824 acres) followed by USFS with 27% of the surface (12,752 acres) and the remaining 1% is State of Colorado.

In Occupied Habitat in the San Miguel Basin population area, 47,482 acres or 47% is capable of supporting GUSG.  Agricultural lands make up 16% of habitat and lands

BLM_0027674

CHAPTER 3 - AFFECTED ENVIRONMENT

classified as not GUSG habitat make up 37% (37,997 acres) of lands in Occupied Habitat.

**Table 3.33 - San Miguel Basin GUSG Habitat based on LANDFIRE Data**

| SAN MIGUEL BASIN | OCCUPIED HABITAT | | UNOCCUPIED HABITAT | |
|---|---|---|---|---|
| | Acres | Percent | Acres | Percent |
| Habitat | 47,482 | 47% | 19,607 | 47% |
| Non-Habitat | 37,997 | 37% | 21,710 | 52% |
| Agricultural | 16,119 | 16% | 171 | 0% |

Unoccupied Habitat in the San Miguel population area is mostly (52%, 21,720 acres) habitat that does not support GUSG.  Habitat capable of supporting GUSG makes up 47% or 19,607 acres.  Agricultural lands make up 171 acres of Unoccupied Habitat.

**Table 3.34 - Surface Ownership in the San Miguel Population Area**

| STATUS | OWNERSHIP | ACRES | % OF HABITAT |
|---|---|---|---|
| Occupied Habitat (101,597 acres) | Private | 52,458 | 52% |
| | BLM | 35,879 | 35% |
| | Local | 8,357 | 8% |
| | State | 3,437 | 3% |
| | USFS | 1,466 | 1% |
| Unoccupied Habitat (41,488 acres) | Private | 29,094 | 70% |
| | USFS | 12,393 | 30% |

Overall surface disturbance in the San Miguel Basin population area is roughly 3% of Occupied Habitat and approximately 2% of Unoccupied Habitat.  Most surface disturbance is categorized as agricultural development.  Roads, energy development, and other infrastructure in Occupied Habitat covers 1,081 acres and is approximately 0.11% of Occupied Habitat.

**Table 3.35 - Surface Disturbance in the San Miguel Population Area**

| LAND STATUS | ACRES OF SURFACE DISTURBANCE | % OF ALL DISTURBANCE | % OF HABITAT DISTURBED |
|---|---|---|---|
| | OCCUPIED HABITAT | | |
| Occupied Habitat | 3,258 | — | 3.0% |
| BLM | 386 | 12% | 0.4% |

BLM_0027675

CHAPTER 3 - AFFECTED ENVIRONMENT

| LAND STATUS | ACRES OF SURFACE DISTURBANCE | % OF ALL DISTURBANCE | % OF HABITAT DISTURBED |
|---|---|---|---|
| Local | 194 | 6% | 0.2% |
| Private | 2,632 | 81% | 2.6% |
| State | 26 | 1% | <0.1% |
| USFS | 20 | 1% | <0.1% |
| UNOCCUPIED HABITAT | | | |
| Unoccupied Habitat | 1,031 | — | 2.0% |
| Private | 903 | 88% | 2.2% |
| USFS | 128 | 12% | 0.3% |

**Figure 3.16 - Surface Disturbance in the San Miguel Basin Population Area**



In the San Miguel Basin population area, 124,757 acres is outside of mapped Occupied Habitat and Unoccupied Habitat and within four miles of a lek. At its widest point, the Occupied Habitat is just over 6 miles wide, meaning that no point in Occupied Habitat is further than 2.5 miles from the edge of Occupied Habitat.

BLM_0027676

CHAPTER 3 - AFFECTED ENVIRONMENT

Surface ownership for the area outside Occupied Habitat and Unoccupied Habitat is identified in Table 3.6. Public lands managed by the BLM make up 33% of the additional area.

Within four miles of a lek and outside Occupied Habitat and Unoccupied Habitat, 18% (22,971 acres) is capable of supporting GUSG, 79% (96,643 acres) is non-habitat, and less than 3% (3,142 acres) is agricultural development.

## TRENDS

Trend data for the Gunnison Basin indicates that the Gunnison Basin Population is stable to increasing. Trend data for the satellite populations must be interpreted with caution. Population augmentation could substantially confound population estimates in the satellite populations. In addition, once a population is below the minimum viable population, the rate of decrease in the population will slowly increase, leading to a steady downward trend, regardless of management in the area.

Sagebrush loss appears to have stopped in 1993. As more sagebrush is being planted through various U.S. Department of Agriculture programs, this trend could be changing direction. Mapping of surface disturbance for the RMP Amendment identified a 16% loss of habitat through loss of sagebrush availability or habitat degradation (Table 4.3). This corresponds with the loss estimated by Oyler-McCance. Based on the Oyler-McCance data from 1993 and data from the GUSG disturbance mapping, little or no habitat has been lost since 1993.

BLM_0027677

CHAPTER 3 - AFFECTED ENVIRONMENT

## 3.2. FISH & WILDLIFE

### INTRODUCTION

This section describes the existing conditions for wildlife resources within the decision area, including terrestrial animal species and their habitats. The Utah Department of Wildlife Resources (UDWR) and Colorado Parks and Wildlife (CPW) have primary authority for the management of fish and wildlife species, while the BLM is responsible for managing habitat on public lands.

Two big game species are carried forward for analysis primarily due to concerns about potential impacts to GUSG habitat and the potential for overlapping benefits and restrictions from mineral leasing and development in the alternatives. The common raven is carried forward primarily due to recent concerns related to the predation of GUSG. We recognize that there are multiple predators of sage-grouse, however ravens have been identified as the primary predator where they occur (Coates et al 2008, Lockyer et al 2013). Ravens have also been identified as actively seeking (targeting) sage-grouse nests (Howe and Coates 2015). Most all other predators of sage-grouse are opportunistic and have not been identified to have near the impact of ravens.

Only species that could impact GUSG or their habitat to the extent of influencing conservation measures and alternative development to conserve GUSG are addressed in this document. Due to the conservation-focused nature of the plan amendment, wildlife in the decision area would receive residual protection and may have additional benefits from any alternative analyzed outside of the No Action Alternative. Under the No Action Alternative, there would be no change outside of what has already been analyzed in existing land use plans. No issues were identified for any other species during internal or external scoping. Issues point to environmental effects and as such, can help shape the proposal and alternatives.

**Table 3.36 - Fish and Wildlife Species of Primary Interest in the Decision Area**

| SPECIES | RATIONALE FOR PRIORITY DESIGNATION |
|---|---|
| MAMMALS | |
| Elk *(Cervus Canadensis)* | Big game species; potential for habitat alteration; high economic and recreational value |
| Mule Deer *(Odocoileus hemionus)* | Big game species; potential for habitat alteration; high economic and recreational value |
| BIRDS | |
| Common Raven *(Corvus corax)* | Predator; high interest associated with concern for decrease in GUSG nest success; protected by law |

BLM_0027678

CHAPTER 3 - AFFECTED ENVIRONMENT

## 3.2.1. ELK (CERVUS CANADENSIS)

Elk winter range overlaps with almost all Occupied and Unoccupied Habitat. Elk are primarily grazers and in high concentrations may have substantial impacts on the habitat components identified for GUSG in the Rangewide Conservation Plan.

## INDICATORS

Wildlife status in Occupied and Unoccupied Habitat is described in terms of:

- Elk population estimates
- Number of elk per square mile
- Mule deer population estimates
- Number of mule deer per square mile
- Surface disruptive activities on the landscape

## EXISTING CONDITIONS

Biomass production is extremely variable throughout the decision area both spatially and annually. Deer and elk are typically migratory, largely overlapping with GUSG habitat in the winter months (November through March). Even during that period, deer and elk spend only a portion of time in specific areas important to GUSG. Where big game concentrates in the winter in GUSG habitat, big game could impact the habitat, including the ability of the site to meet RCP habitat guidelines.

Sagebrush is frequently cited as one of the most important shrub resources for mule deer out of a list of over 17 species, though shrub consumption varies seasonally from approximately 20% of mule deer diet in the spring-early summer up to 80% during the fall months. Most sagebrush species are identified as moderately valuable to elk during the fall and winter seasons, and low value in spring and summer months.

For this document, critical winter range is the combination of CPW Elk Winter Concentration Areas and UDWR Elk Crucial Winter Range data. This term is used in an effort to reflect a common analysis approach for the two different states.

Within the decision area, there are ten elk Data Analysis Units (DAUs) in Colorado and two elk management units in Utah. The combined elk units in both states cover approximately 11,174,736 acres and the 2014 population estimate for elk throughout all units was 68,648. In 1988, CPW estimated the elk population to be around 70,843. The elk population increased to an estimated 82,000 in 1999-2000, and has since declined to fewer than 65,000. In Utah, the population is estimated to be around 3,550 elk.

BLM_0027679

CHAPTER 3 - AFFECTED ENVIRONMENT

The twelve elk units contain approximately 1,314,734 acres of critical winter range for elk. Critical winter range was determined using a combination of CPW Elk Winter Concentration Areas and UDWR Elk Crucial Winter Range data. Approximately 276,457 acres of critical winter range is identified as GUSG Occupied Habitat and 97,603 acres as Unoccupied Habitat. Roughly 20% of elk critical winter range occurs in Occupied Habitat.

CPW defines winter range as that part of the overall range where 90% of the elk use is located during a mild winter. Winter concentration areas are that part of the winter range where densities are at least 200% greater than the surrounding winter range density in the average five winters out of ten. Based on CPW mapped winter ranges, winter concentration areas and winter range definitions, elk densities for each game unit in the decision area are identified in the write-up for each game unit.

## COLORADO ELK UNITS

### E-11 (GMU 82) - Sand Dunes

Sand Dunes elk have been modeled since 1988. The population increased in the 1990s, to a high of 5,500 elk. The population declined with the 2002 drought, but has increased since then and leveled off. The elk population is currently estimated at 4,500. The population objectives were set in 2010 at 3,000-4,000 elk. Elk Unit E11 is 1,088 square miles in size and is bordered by the crest of the Sangre de Cristo Mountains to the east, the Alamosa/Costilla county line and U.S. Highway 160 to the south, Colorado Highway 17 and U.S. Highway 285 to the west, and the divide between the Arkansas drainage and the San Luis Valley to the north.

The overall range of elk encompasses the range of GUSG at Poncha Pass. Elk summer and winter range overlap most of the Poncha Pass GUSG range. An elk summer concentration area is on the east side of Poncha Pass GUSG range, with an elk production area adjacent to the eastern edge of this GUSG range. An elk highway corridor transects part of the north side of the Poncha Pass GUSG range. No winter concentration areas or severe winter range for elk intersects GUSG range at Poncha in E11.

Winter range can be limiting for the elk population. Elk tend to concentrate on winter range and disperse to higher elevations during summer. The relatively low overlap of elk and GUSG during critical winter months likely reduces any significant impacts of elk herbivory on GUSG habitat. These species have coexisted for many centuries and face similar challenges. Building development on private land can fragment habitat for elk. This type of land development also can affect GUSG. Focus on conservation of sustainable and diverse sagebrush habitat will benefit multiple species, including GUSG and elk.

BLM_0027680