Elk densities based on CPW winter range definitions and population estimates could be as high as 31 elk per square mile in winter concentration areas. There is no winter concentration area for this unit in Occupied Habitat.

**Figure 3.17 - Sand Dunes Elk Unit (E-11) Post-Hunt Population Estimate, 1988–2014**

CPW

## E-19 (GMU 40) - Piñon Mesa

The Piñon Mesa elk herd, known as DAU E-19, grew dramatically through the 1980s and 1990s. Since the early 2000s, the population size has leveled off at approximately 3,500 elk as a result of a significantly increased and targeted harvest. The herd management plan was approved in 2009 and designates a post-hunt population size of 2,800–3,800 elk, so the population is currently within the objective range.

GUSG on Piñon Mesa have two relatively distinct use areas; a northern, lower elevation area including Fish Park and Glade Park, and a southern, higher elevation area including Luster Basin, Snyder Flats, Timber Ridge, and Payne Mesa.

Elk and GUSG occur together across much of both the high and low elevation sage-grouse ranges on Piñon Mesa, but they are seasonally distinct as elk migrate in response to forage and snow conditions. Elk summer range, summer concentration areas, and production areas overlap with the upper elevation sage-grouse overall range and production areas. Elk winter range overlaps all of the lower elevation sage-grouse areas and portions of the high elevation areas. The winter ranges are almost entirely on BLM lands. Fish Park is used by sage-grouse in winter and is also an elk winter concentration area. Elk densities based on CPW winter range definitions and population estimates could be as high as 23 elk per square mile in

winter concentration areas. Approximately 4% (1,536 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.18 - Piñon Mesa Elk Unit (E-19) Post-Hunt Population Estimate**

CPW

## E-20 (GMUs 61 & 62) - Uncompahgre

The elk population on the Uncompahgre has increased from the early 1980's, yet has decreased from its highest estimate in the early 2000's towards the objective of 9,500 (Figure 3). The herd management plan was approved in 2006. Elk distribution has been a concern for this population, due to the split harvest management between game management units and emphasized recreation on the east side of the Uncompahgre pushing elk to winter at high densities on the west side of the Uncompahgre. In addition to the distribution issue, declining cow-calf ratios are a big concern for the population as well as other elk populations across southwest Colorado.

The Uncompahgre elk DAU overlaps the San Miguel GUSG Population on Iron Springs Mesa, which lies on the southwest corner of the Uncompahgre Plateau. Elk use on Iron Springs Mesa is year round, yet most use occurs during migration, calving, and summer. Winter use is mostly bulls, but on mild winters some cow/calf herds remain on Iron Springs as well. The Uncompahgre DAU also overlaps historic leks/vacant habitat in the Sims Mesa area, southwest of Montrose, as well as in the Ridgway and Nucla areas. These historic grouse use areas would have been primarily used by elk as winter range and severe winter range, when snow pushed elk off the upper elevations of the Uncompahgre Plateau. Recently, GUSG use has also been documented on the north end of the Uncompahgre in the upper end of the Big Dominguez drainage which had been classified as vacant habitat. Active leks

have not been identified in the area, but collared and non-collared grouse have been observed in the area during the winter months. This area is primarily transition range, calving, and summer range for elk, however, during mild winters elk reside in the area as well.

Elk densities based on CPW winter range definitions and population estimates could be as high as 15 elk per square mile in winter concentration areas. Approximately 2% (6,263 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.19 - Uncompahgre Elk Unit (E-20) Post-Hunt Population Estimate, 1980–2014**

CPW

### E-24 (GMUs 70, 71, 72, 73 & 711) - Disappointment

The Disappointment elk herd increased in size from 14,900 in 1987 (the first year captured in the model) and peaked at 23,000 in 2003. Since that time the population has decreased to the current estimate of 19,200 due to increased hunting pressure. The population objective is 17,000 to 19,000 established in the 2006 DAU plan.

The entire DAU is considered overall range for elk. There is overlap between elk winter range and most of the GUSG overall range. The exception is the GUSG range west of Dove Creek. Elk winter concentration areas are found on approximately 1/3 of the GUSG overall range and severe winter range on approximately half of the GUSG overall range. There is less than 20% of the GUSG overall range shared with elk summer range and no commonality with elk summer concentration areas and GUSG overall range.

Elk DAU E-24 includes Game Management Unit 70. GMU 70 overlaps the majority of the San Miguel Basin population area. The upper elevation leks around

Miramonte, Cone Reservoir, and Beaver Mesa are used by elk in the winter and summer months, as well as during transition. The Dry Creek Basin area is used by elk as winter range, winter concentration, and severe winter range. Minimal summer use occurs in Dry Creek by elk. Elk densities based on CPW winter range definitions and population estimates could be as high as 24 elk per square mile in winter concentration areas. Approximately 10% (30,633 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.20 - Disappointment Elk Unit (E-24) Post-Hunt Population Estimate, 1987–2013**

CPW

## E-25 (GMUs 66 & 67) - Powderhorn

The DAU Plan for E25 was written in 2001 and contained a population objective of 3500-4500 elk. At that time, the population estimate was about 7800. The result was the public and federal land management agencies felt a significant herd reduction was acceptable, or even necessary. In 2006, population models were significantly changed, in many cases adding about 10-20% more elk to the current estimate, though the objectives were not concurrently changed. Based on the updated model, the estimate in 2001 would have been about 8500. For a few more years, the herd was reduced another 20%, and since has been managed for a stable herd size 6000-6500 elk. A new herd management plan is in preparation now.

Like many places in the Rocky Mountain west, spring and summer ranges in E-21 (as well as E41 and E43 also in the Gunnison Basin, following) are much more expansive than the limited winter range. Summer ranges for elk are mostly discrete from GUSG occupied ranges. Most winter range, where overlap with grouse does exists, occurs many miles from summer range and can only be reached following lengthy migrations. Public land managers have expressed concerns about the condition of

big game winter ranges (CPW 2001c). According to Colorado Parks and Wildlife (CPW 2001c) overall habitat condition in E-25 may have declined over the last several decades. Sagebrush stands are tending to become more decadent and forbs are being lost in the understory. Long-term soil erosion has caused productivity to decline, and some riparian systems may be deteriorating. The combined effects of these are bound to be having some effect on big game.

Winters may be severe in the Gunnison Basin and the quantity and quality of winter habitat is arguably the primary limitation for herd productivity and sustainability in this region. In E25, E41, and E43, elk typically begin arriving on winter ranges during late November where they remain until the following April. Winter habitats in the Gunnison Basin consist of sagebrush dominated systems interspersed with other key forage species such as aspen, serviceberry, mountain mahogany, bitterbrush, chokecherry, snowberry, rabbitbrush, and occasionally scrub oak. Winter ranges generally receive lower annual precipitation than higher elevation sites and contain less productive soil types. These conditions result in systems that are slow to recover from excessive herbivory and/or climatic stress. A reduction in the quantity and quality of winter range forage across the landscape will ultimately result in declining productivity for local mule deer herds. Degradation of sagebrush systems is also of concern to wildlife managers with regard to GUSG, and other sage obligate species. Elk densities based on CPW winter range definitions and population estimates could be as high as 32 elk per square mile in winter concentration areas. Approximately 77% (67,728 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.21 - Powderhorn Elk Unit (E-25) Post-Hunt Population Estimate, 1980–2014**

CPW

### E-26 (GMUs 68 & 681) - Saguache

DAU E-26 is 1,047 square miles in size and is bounded on the north and west by the continental divide, on the south by Saguache Creek\Rio Grande divide and County Road G, and on the east by Colorado Highway 285.

Saguache elk have been modeled since 1987. The population increased in the late 1980s and early 1990s to a high of 6,700 elk in the mid-1990s. The population declined in response to the 2002 drought, but has leveled off and increased since then. The population is currently estimated at 4,300. In 2010, population objectives were set at 3,500-4,500 elk.

The overall range for elk encompasses the overall range for GUSG at Poncha Pass. Elk summer and winter ranges overlap most of the Poncha Pass GUSG range. An elk highway corridor transects part of the north side of the Poncha Pass GUSG range. An elk winter concentration site is on a minor southwest side of Poncha Pass GUSG range. No elk summer concentration areas, production areas, or severe winter range intersect GUSG range in E-26.

Winter range can be limiting for the elk population. Elk tend to concentrate on winter range and disperse to higher elevations during summer months. Relatively low overlap of elk and GUSG during critical winter months likely reduces any significant impacts of elk herbivory on GUSG habitat. Winter range, particularly severe winter range, is the limiting factor for elk populations in this DAU (CPW 2008a). The two species have coexisted for many centuries and face similar challenges. Building development on private land can fragment habitat for elk and can also affect GUSG. A focus on conservation of sustainable and diverse sagebrush habitat will benefit multiple species, including GUSG and elk. There is no mapped winter concentration area for this unit in Occupied Habitat.

**Figure 3.22 - Saguache Elk Unit (E-26) Post-Hunt Population Estimate, 1987–2013**

CPW

## E-35 (GMUs 64 & 65) - Cimarron

The Cimarron elk herd experienced growth beginning in the early 1980s and, like the Uncompahgre elk herd, reached its peak in the early 2000s. Figure 3.23 illustrates the increase through the 1980s and the subsequent decrease during the early 2000s to a more stable to slightly increasing trend in recent years. After the population was pushed toward objective, wildlife specialists and the public concurred that the objective was set too low. Private landowners and hunters have been primarily satisfied with current population levels. While the Cimarron population has experienced a declining cow-calf ratio, it has not been to the extent of the Uncompahgre and other southwest elk herds.

The Cimarron elk DAU overlaps the Cerro Summit-Cimarron-Sims Mesa GUSG Population. Two active leks (Hairpin and Cimarron) occur within the population area. Both leks are within elk summer and winter range, with most elk use occurring during winter months. The lek areas are within elk winter concentration areas and severe winter range. The Hairpin lek area experiences significant elk use during transition and calving periods as well. Historic habitat in Bostwick Park falls within elk winter concentration areas and severe winter ranges. In addition, unoccupied (historic vacant/unknown) habitat in the Waterdog area would include elk winter range, concentration areas, and severe winter range. Based on CPW winter range definitions and population estimates, elk densities could be as high as 23 elk per square mile in winter concentration areas. Approximately 14% (13,757) of the winter concentration area for this unit is within Occupied Habitat.

**Figure 3.23 - Cimarron Elk Unit (E-35) Post-Hunt Population Estimate, 1980–2014**

CPW

## E-41(GMU 54)- Sapinero

The DAU Plan for E41 was written in 2001 and contained a population objective of 3000-3500 elk. At that time, the population estimate was about 4500, indicating the public and agencies felt a significant herd reduction was acceptable, or even necessary. In 2006, population models were significantly changed, in many cases adding about 10-20% more elk to the current estimate, though the objectives were not concurrently changed. Based on the updated model, the estimate in 2001 would have been about 5600. Since 2005, aggressive cow harvest has reduced the herd to just over 3000 elk and is now being stabilized. A new herd management plan is in preparation now.

The Sapinero elk DAU overlaps GUSG range. While elk summer range lies well above GUSG range, elk winter range and especially elk winter concentration ranges overlap with sage-grouse. The concern about condition of wildlife seasonal ranges, especially winter ranges is significant and has been mentioned by several individuals (CPW 2001b). Dr. Roy Roth with the range science department at Colorado State University offers the following observations. The wildlife winter range is unable to support the current numbers of wildlife without substantial risk to the populations. The shrub component clearly indicates that transitional and winter ranges are being over-browsed. Damage to resources can result in long-term loss of the habitat's ability to support grazing animals (CPW 2001b).

BLM personnel offered the following comments. Numbers of big game in excess of herd objectives from 1987 to 1996 have contributed to the degraded vegetation conditions on critical winter range. The intensity and frequency of big game use has

resulted in plant communities which cannot support current populations without continued degradation. Because of this the carrying capacity has been greatly reduced. The capacity of the winter range to support herd objective no longer exists. Both elk and deer need to be reduced to improve winter range and transition range (CPW 2001b).

Winter range in the study area is not in good shape. The vegetation is dominated by over-used and decadent sage plants that have stunted growth and low production. This condition has resulted from a long time of over use from grazing herbivores. The key long-term risk, as we see it, is continued and/or accelerated damage to range resources (CPW 2001b).

Sagebrush stands are tending to become more decadent and forbs area being lost in the understory. Long-term soil erosion has caused productivity to decline, and some riparian systems may be deteriorating. The combined effects of these are bound to be having some effect on big game (CPW 2001b).

Elk densities based on CPW winter range definitions and population estimates could be as high as 12 elk per square mile in winter concentration areas. Approximately 71% (61,735 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.24 - Sapinero Elk Unit (E-41) Post-Hunt Population Estimate**

CPW

## E-43 (GMUs 55 & 551) - Fossil Ridge

The DAU Plan for E43 was written in 2001 and contained a population objective of 3000-3500 elk. At that time, the population estimate was about 4600, indicating the public and agencies felt a significant herd reduction was acceptable, or even necessary. In 2006, population models were significantly changed, in many cases

adding about 10-20% more elk to the current estimate, though the objectives were not concurrently changed. Based on the updated model, the estimate in 2001 would have been about 6,400. Since the early 1990s, cow harvest has reduced the herd to just over 4,000 elk and is now being stabilized. A new herd management plan is in preparation now.

The Fossil Ridge elk herd overlaps GUSG range during the winter months. Elk winter range and especially winter concentration areas overlap grouse range. Elk migrate out of sage-grouse range in late spring and move to summer ranges at higher elevations. According to the CPW (2001a):

> Elk densities on winter range are 8 to 10 times greater than densities found on summer range. Public land managers believe the habitat, especially winter range, has been degraded by big game over-use. They recommend reduction in population size from present levels to allow vegetation to recover. A Colorado State University range scientist says 'the wildlife winter range is unable to support the numbers of wildlife without substantial risk to the populations.'
>
> The concern about condition of wildlife seasonal ranges, especially winter ranges is significant and has been mentioned by several individuals. Dr. Roy Roth with the range science department at Colorado State University offers the following general comments. The wildlife winter range is unable to support the current numbers of wildlife without substantial risk to the populations. The shrub component clearly indicated that transitional winter ranges are being over browsed. Damage to resources can result in long-term loss of the habitat's ability to support grazing animals.
>
> BLM personnel offered the following comments. Numbers of big game in excess of herd objectives from 1987 to 1996 have contributed to the degraded vegetation conditions on critical winter range. The intensity and frequency of big game use has resulted in plant communities which cannot support current populations without continued degradation. Because of this the carrying capacity has been greatly reduced. The capacity of the winter range to support herd objective no longer exists. Both elk and deer need to be reduced to improve winter range and transition range.

> The Gunnison Basin Habitat Assessment Project reported on habitat conditions in portions of DAU E-43. A report released in January 1999 concluded: "Winter range in the study area is not in good shape. The vegetation is dominated by over-used and decadent big sage plants that have stunted growth and low production. This condition has resulted from a long time of over use from grazing herbivores. The key long-term risk, as we see it, is continued and/or accelerated damage to range resources.

Elk densities based on CPW winter range definitions and population estimates could be as high as 19 elk per square mile in winter concentration areas. Approximately 89% (77,179 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.25 - Fossil Ridge Elk Unit (E-43) Post-Hunt Population Estimate, 1980–2014**

CPW

### E-52 (GMUs 53 & 63) - Coal Creek/Fruitland Mesa

The DAU Plan for E52 was written in 2005 and contained a population objective of 2,200-2,400 elk. At that time, the population estimate was about 2,700, indicating the public and agencies felt a herd reduction was acceptable, or even necessary. In 2006, population models were significantly changed, in many cases adding about 10-20% more elk to the current estimate, though the objectives were not concurrently changed. Based on the updated model, the estimate in 2001 would have been about 4,700. Since the early 1990s, cow harvest has reduced the herd to just below 4,000 elk and is now being stabilized. A new herd management plan will be prepared in the next few years.

Only the southern portion of this DAU overlaps with GUSG. The public land portion of the DAU (generally eastern side) is very popular with hunters, creating a high density of hunters and roads, and it is generally accepted elk migrate westerly onto private and BLM lands earlier than might be caused by weather alone to avoid hunters and road traffic. This has created distribution issues of elk concentrating for longer periods of time on private and NPS lands, while also using the intermixed BLM lands used by GUSG. These issues are being addressed with special private land only seasons. Wildlife/livestock conflict areas are discussed in the Gunnison Basin Big Game Distribution Management Plan (DMP) (November 1992). Public land managers have expressed concerns about the condition of big game winter ranges (CPW 2005).

Elk densities based on CPW winter range definitions and population estimates could be as high as 25 elk per square mile in winter concentration areas. Approximately 32% (17,626 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.26 - Coal Creek/Fruitland Mesa Elk Unit (E-52) Post-Hunt Population Estimate, 1980–2014**

CPW

## UTAH ELK UNITS

### E-13 La Sal

The population objective for the La Sal Unit is 2,500 elk. The La Sal Unit covers approximately 116,126 acres and contains 70,222 acres of critical winter range. There are no crucial winter ranges for this unit in Occupied Habitat.

**Figure 3.27 - Utah La Sal Elk Unit Population Estimate, 2003–2013**

### E-14 San Juan

The population objective for the San Juan Unit is 1,300 elk. The San Juan Unit covers approximately 1,338,227 acres and contains 118,028 acres of critical winter range. There are no crucial winter ranges for this unit in Occupied Habitat.

**Figure 3.28 - Utah San Juan Elk Unit Population Estimate, 2003–2013**

## 3.2.2. Mule Deer (Odocoileus hemionus)

Across the decision area, there are eleven mule deer units in Colorado and two in Utah. In 1988, CPW estimated the population to be around 149,533 deer. The mule deer population has been in decline since. The current Colorado population of mule deer within the decision area is estimated to be just over 81,000 deer. Mule deer have declined almost 45% in Colorado in the range of GUSG since 1988. In Utah, the population is estimated to be around 332,900 statewide, with approximately 20,350 mule deer in the decision area.

The mule deer units contain approximately 1,782,980 acres of mule deer critical winter range. Mule deer critical winter range was determined using a combination of CPW Mule Deer Critical Winter Range and UDWR Mule Deer Crucial Winter Range. There are 312,712 acres of critical winter range in Occupied Habitat and 139,825 acres in Unoccupied Habitat. Roughly 18% of critical winter range for all units is in Occupied Habitat.

CPW defines winter range as that part of the overall range where 90% of the deer use is located during a mild winter. Winter concentration areas are that part of the winter range where densities are at least 200% greater than the surrounding winter range density in the average five winters out of ten. Based on CPW mapped winter ranges, winter concentration areas, and winter range definitions, mule deer densities for each game unit in the decision area are identified throughout this section.

## COLORADO DATA ANALYSIS UNITS

### D-18 (GMU 40) - Piñon Mesa

The Piñon Mesa mule deer herd, known as DAU D-18, declined dramatically through the 1980s and early 1990s. Since the mid-1990s, the population size has leveled off at approximately 5,100 deer. The herd management plan was approved in 2009 and designates a post-hunt population size of 6,500–8,500 mule deer, so the population is currently well below the objective range.

GUSG on Piñon Mesa have two relatively distinct use areas; a northern, lower elevation area including Fish Park and Glade Park, and a southern, higher elevation area including Luster Basin, Snyder Flats, Timber Ridge, and Payne Mesa.

Mule deer and GUSG use the same area across both the high and low elevation GUSG ranges on Piñon Mesa, but they are seasonally distinct as deer migrate in response to forage and snow conditions. Mule deer summer range overlaps with the upper elevation sage-grouse overall range and production areas. Mule deer winter range overlaps all of the lower elevation GUSG areas and portions of the high elevation areas. Fish Park, the Reservation Country, and Snyder Flats are used

by GUSG in winter and are also mule deer winter concentration areas. Fish Park and the Reservation Country also provide sever winter range to mule deer. "There is some concern, primarily within the CDOW [now CPW], that doe-fawn ratios are not as high as would be expected. It is possible this is due to density-dependence related to winter range declines." (CPW 2010b). "A significant impact to habitat condition in DAU D-18 is the fragmentation and destruction of habitat as a result of residential development, causing direct habitat loss" (CPW 2010b). Direct removal of winter range will result in higher densities of mule deer in habitat that remains undeveloped. Mule deer densities based on CPW winter range definitions and population estimates could be as high as 27.9 mule deer per square mile in winter concentration areas. Approximately 10% (8,302 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.29 - Piñon Mesa Mule Deer Unit (D-18) Post-Hunt Population Estimate**

CPW

## D-19 (GMUs 61 & 62) - Uncompahgre

The Uncompahgre mule deer herd is estimated to be considerably smaller now at 19,170 than in the early 1980s when the population was estimated to exceed 50,000 (as shown in Figure 3.30). A herd management plan (also known as a Data Analysis Unit plan) was approved in 2006 with a set population objective of 36-38,000 mule deer. The current population is well below that objective, based on changes in population models and prolonged effects from the winters of 2007-2009 with poor fawn to doe ratios. The population appears to have hit bottom and is now rebounding based on better fawn to doe ratios, high over-winter fawn survival (74.8% in 2013-14, 94% to date this winter) and high annual doe survival (90.7% in 2013-14, 97.8% to date this winter). A new herd management plan is being

developed. Revised population objectives will probably be somewhere between 20,000-28,000, pending public and internal input.

The Uncompahgre DAU overlaps the San Miguel GUSG Population on Iron Springs Mesa, which lies on the southwest corner of the Uncompahgre Plateau. Mule deer use is limited to fawning, summer, and early fall, as mule deer migrate to lower elevations north and west in the winter. The Uncompahgre DAU also overlaps historic leks and vacant habitat in the Sims Mesa area, southwest of Montrose, as well as in the Ridgway and Nucla areas. These historic GUSG use areas would have been primarily used by mule deer during winter months, as concentration areas, when snow pushed deer off the upper elevations of the Uncompahgre Plateau.

Recently, GUSG use has also been documented on the north end of the Uncompahgre in the upper end of the Big Dominguez drainage which had been classified as vacant habitat. Active leks have not been identified in the area, but collared and non-collared GUSG have been observed in the area during the winter months. This area is primarily summer and transition range for mule deer, however, during mild winters mule deer reside in the area as well. Mule deer densities based on CPW winter range definitions and population estimates could be as high as 30.2 mule deer per square mile in winter concentration areas. Approximately 2% (5,227 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.30 - Uncompahgre Mule Deer Unit (D-19) Post-Hunt Population Estimate, 1980–2014**

CPW

### D-21(GMU 54) - West Elk

The current model estimates suggest that there was a larger deer population in D-21 during the early 1980s, which declined as a result of the severe winter of 1983-84. Although not as high as pre-1983–1984 levels, the mule deer population in D-21 increased to over 8,000 estimated animals during the late 1980s before experiencing a gradual decline during the first half of the 1990s. Following statewide license limitation in 1999 and a series of exceptionally mild winters, the mule deer herd in D-21 increased substantially. More recently, the population in D-21 declined considerably as a result of the severe winter of 2007–2008 and lingering effects since. Prior to that winter, the population had hit a recent high and was actively being reduced through sustained antlered and antlerless harvest. Since 2008, the allocation of hunting licenses has remained extremely conservative, with no antlerless hunting occurring. The 2013 post-hunt population estimate for D-21 was approximately 5,200 mule deer on a moderately increasing trend, within the objective range established in 2013 of 5,000–5,500 mule deer.

Like many places in the Rocky Mountain West, spring and summer ranges in D-21 (as well as D22 and D25, following) are much more expansive than the limited winter range. Summer ranges for mule deer are mostly discrete from GUSG occupied ranges. Most winter range, where overlap with GUSG does exists, occurs many miles from summer range and can only be reached following lengthy migrations. Winters can be severe in the Gunnison Basin and the quantity and quality of winter habitat is arguably the primary limiting factor for herd productivity and sustainability in this region.

In D-21, D-22, and D-25, mule deer typically begin arriving on winter ranges during late October or early November, where they remain until the following May. Winter ranges generally receive lower annual precipitation than higher elevation sites and contain less productive soil types. These conditions result in systems that are slow to recover from excessive herbivory and/or climatic stress. A reduction in the quantity and quality of winter range forage across the landscape will ultimately result in declining productivity for local mule deer herds. Degradation of sagebrush systems is also of concern to wildlife managers with regard to GUSG, and other sage obligate species. Mule deer densities based on CPW winter range definitions and population estimates could be as high as 38.7 mule deer per square mile in winter concentration areas. Approximately 81% (40,000 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.31 - West Elk Mule Deer Unit (D-21) Post-Hunt Population Estimate, 1980–2014**

CPW

## D-22 (GMUs 55 & 551) - Taylor Park

Current model estimates suggest that this population has experienced several population peaks; one during the late 1980's, and one more recently during the early 2000s. Several significant population declines are evident; one following the severe winter of 1983–84, and one following the winter of 2007–08. Following statewide license limitation in 1999 and a series of exceptionally mild winters, the mule deer herd in D-22 increased substantially. More recently, the population in D-22 declined as a result of the severe winter of 2007–2008. Prior to that winter, the population was actively being reduced through sustained antlered and antlerless harvest. Since 2008, hunting license allocation has remained extremely conservative, with no antlerless hunting occurring. The 2013 post-hunt population estimate for D-22 was approximately 6,400 animals on a moderately increasing trend, exceeding the objective range established in 2013 of 5,000-5,500 mule deer. Antlerless hunting was implemented for the 2015 seasons to manage the population toward objective.

In D-22, mule deer overlap the GUSG range year-round. While a low density of mule deer does overlap GUSG range in the summer months, the majority of mule deer summer at elevations above the GUSG range. The majority of overlap occurs during the winter months. All of the winter range classifications for D-22 overlap GUSG range. Concern for browsing pressure on sagebrush occurs during the winter. The concern is greatest when snow is deep and temperatures are cold during severe winters, which is when the heaviest browsing pressure occurs. Mule deer densities based on CPW winter range definitions and population estimates could be as high as 41.1 mule deer per square mile in winter concentration areas.

Approximately 97% (56,349 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.32 - Taylor Park Mule Deer Unit (D-22) Post-Hunt Population Estimate, 1980–2014**

CPW

### D-24 (GMUs 70, 71 & 711) - Groundhog

The post hunt population estimate for D-24 in 2013 was 14,800. For the past four years, the population has been around 14,600 to 14,800, which are the lowest estimates dating back to 1982, the first year in the model. The high in the population was 46,000 in 1982, three times the current population, and the population has been on a decline since that time. For the past few years, the population has been stable at its current size. The D-24 management plan was updated in 2014 with a population objective of 15,000 to 19,000. The objective was 34,000 prior to that.

All of the DAU is considered overall range for mule deer, so there is overlap between mule deer and GUSG. This overlap is limited. In the Dove Creek area as well as in Disappointment Creek, there is some overlap between mule deer winter range and overall GUSG range. Of the areas of overlap, perhaps half of that is considered winter concentration areas or severe winter range for mule deer. The overall range of GUSG near the Utah border is outside of any wintering mule deer activity as well as a portion of GUSG range on the western extent of their range in Disappointment Creek. There is not any overlap between mule deer concentration areas and GUSG range. Less than half of GUSG overall range falls within mule deer summer range.

Deer DAU D-24 includes GMU 70. GMU 70 overlaps the majority of the San Miguel Basin population area. Mule deer use is limited in the winter, but gets used by mule deer more as transition range and summer range. The Dry Creek Basin area is used by mule deer as winter range, winter concentration, and severe winter range. Minimal summer use occurs in Dry Creek by mule deer. Mule deer densities based on CPW winter range definitions and population estimates could be as high as 19.2 mule deer per square mile in winter concentration areas. Approximately 13% (38,887 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.33 - Groundhog Mule Deer Unit (D-24) Post-Hunt Population Estimate, 1982–2014**

CPW

## D-25 (GMUs 66 & 67) - Powderhorn

Similar to other deer herds in the Gunnison area, the D-25 population declined following the severe winter of 1983-84, increased during the late 1980s, and then remained stable or increasing during much of the 1990s. Following statewide license limitation in 1999 and a series of exceptionally mild winters, the mule deer herd in D-25 increased substantially, and current model estimates suggest the population peaked during the early 2000s. The population in D-25 declined as a result of the severe winter of 2007-2008. Prior to that winter, the population was actively being reduced through sustained antlered and antlerless harvest. Since 2008, hunting license allocation has remained extremely conservative, with no antlerless hunting occurring. The 2013 post-hunt population estimate for D-25 was approximately 5,800 animals on a moderately increasing trend, within the objective range established in 2013 of 5,400-5,900 deer; antlerless hunting was established in 2014.

The Powderhorn mule deer do overlap GUSG year-round, yet similar to most mule deer populations, the majority of deer migrate to higher elevations outside of

sagebrush habitat during the summer months. Most overlap of deer and grouse range occurs during the winter months when mule deer are concentrated in the lower elevation sagebrush winter ranges in the northern portions D-25. Mule deer densities based on CPW winter range definitions and population estimates could be as high as 44 mule deer per square mile in winter concentration areas. Approximately 84% (41,529 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.34 - Powderhorn Mule Deer Unit (D-25) Post-Hunt Population Estimate, 1980–2014**

CPW

### D-26 (GMUs 68, 681 & 682) - Saguache

Mule deer in Saguache have been modeled since 1988. The population declined in the early 1990s. Once deer licenses were limited in 1999, the population increased. The population declined during a drought in 2002, then increased again until a harsh winter in 2007–2008 and periods of drought. The mule deer population fluctuated from increasing to decreasing in numbers during the mid-1990s and 2000s. In the past few years, the population has become more stable. The most recent population estimate is 4,400 mule deer. In 2008, the population objective was set at 4,000-5,000 deer. D-26 is 1,047 square miles in size and is bounded on the north and west by the Continental Divide, on the south by the Saguache Creek\Rio Grande Divide and County Road G, and on the east by Colorado Highway 285.

Mule deer overall range encompasses Gunnison sage grouse overall range at Poncha Pass. Mule deer summer range overlaps most of the Poncha Pass GUSG range except a relatively small piece in the south. Mule deer winter range includes a small piece on the south side of Poncha Pass GUSG range. Mule deer migration patterns are observed on the edge of Poncha Pass GUSG range. No known overlap occurs

between mule deer concentration area, winter concentration, or severe winter range and GUSG range at Poncha Pass in D26. Winter range can be limiting for this mule deer population. Relatively low overlap of mule deer and GUSG during critical winter months likely reduces any significant impacts of mule deer herbivory on GUSG habitat. These species have coexisted for many centuries and face similar challenges. Building development on private land can fragment habitat for mule deer. This type of land development also can affect GUSG. Focus on conservation of sustainable and diverse sagebrush habitat will benefit multiple species including GUSG and mule deer. There are no winter concentration areas for this unit in Occupied Habitat.

**Figure 3.35 - Saguache Mule Deer Unit Post-Hunt Population Estimate, 1988–2014**

CPW

## D-29 (GMUs 72 & 73) - Mesa Verde

The D-29 population is at its lowest point since 1987, the first year of the model. The 2013 post hunt population estimate is 5,800. The highest population estimate for the same time period was in 1987 at 13,900. The population has been on a decreasing trend over this time period. The D-29 management plan was revised in 2014 and a new population objective was set with a range of 5,500 to 7,000. The prior plan had a population objective of 11,000.

There is only a small portion of mapped overall range for GUSG in the northwest corner of the DAU, west of Dove Creek. This falls within mule deer overall range which is found in the entire unit. Within the GUSG overall range there is only a sliver of mule deer severe winter range and winter concentration area. No other mapped mule deer use in Species Activity Mapping overlaps the GUSG overall range in this DAU. Mule deer densities based on CPW winter range definitions and

population estimates could be as high as 25.2 mule deer per square mile in winter concentration areas. Approximately 1% (733 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.36 - Mesa Verde Mule Deer Unit (D-29) Post-Hunt Population Estimate, 1987–2016**

D-29 Posthunt Population Estimate

Estimated Posthunt Population

16000
14000
12000
10000
8000
6000
4000
2000
0

'87 '88 '89 '90 '91 '92 '93 '94 '95 '96 '97 '98 '99 '00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10 '11 '12 '13 '14 '15 '16

Posthunt Population Estimate
Upper Objective
Lower Objective

CPW

## D-37 (GMU 82) - Villa Grove

Deer in the Villa Grove area have been modeled since 1986. The population increased until the early 1990s, and then it declined. When deer licenses were limited in 1999, the population stabilized. This population grew some, but the heavy winter of 2007-2008 brought some decline. Since the drought of 2012 passed, the population increased. The population is currently estimated at 2,200. The population objectives were set in 2010 at 1,500-2,000 deer. D-37 is 1,088 square miles in size and is bordered by the crest of the Sangre de Cristo Mountains to the east, the Alamosa/Costilla county line and U.S. Highway 160 to the south, Colorado Highway 17 and U.S. Highway 285 to the west and the divide between the Arkansas drainage and the San Luis Valley to the north.

Mule deer overall range encompasses Gunnison sage grouse overall range at Poncha Pass. Mule deer summer range overlaps most of the Poncha Pass GUSG range except a relatively small piece in the south. Mule deer winter range includes a small piece on the south side of Poncha Pass GUSG range. Mule deer migration patterns are observed on the edge of Poncha Pass GUSG range. No known overlap occurs between mule deer concentration area, winter concentration, or severe winter range and GUSG range at Poncha Pass in D-37. Winter range can be limiting for this mule deer population. Relatively low overlap of mule deer and GUSG during critical winter months likely reduces any significant impacts of mule herbivory on

GUSG habitat. These species have coexisted for many centuries and face similar challenges. Building development on private land can fragment habitat for mule deer. This type of land development also can affect GUSG. Focus on conservation of sustainable and diverse sagebrush habitat will benefit multiple species including GUSG and mule deer. There are no winter concentration areas for this unit in Occupied Habitat.

**Figure 3.37 - Villa Grove Mule Deer Unit (D-37) Post-Hunt Population Estimate, 1986–2014**

CPW

## D-39 (GMU 63) - Fruitland Mesa

The DAU Plan for D-39 was written in 2007 and contained a population objective of 7000-8000 deer. At that time, the population estimate was about 8,400, indicating the public and agencies felt a herd slight reduction was acceptable. Since then, population models were significantly changed, in many cases subtracting about 10-20% deer from the estimate, though the objectives were not concurrently changed. Based on the updated model, the estimate in 2007 would have been about 6,500. From 1980 through 2007, the herd fluctuated between 6,000 and 7,000 mule deer and has since declined to about 5,000.

Mule deer in the Fruitland Mesa DAU overlap GUSG during all seasons. However, the majority of overlap occurs during the winter months when deer migrate to the lower elevation sagebrush winter ranges where the Crawford Population of GUSG resides. Mule deer densities based on CPW winter range definitions and population estimates could be as high as 35.3 mule deer per square mile in winter concentration areas. Approximately 14% (11,623 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.38 - Fruitland Mesa Mule Deer Unit (D-39) Post-Hunt Population Estimate, 1980–2014**

CPW

### D-40 (GMUs 64, 65) - Cimarron

The Cimarron mule deer population has experienced similar declines to most of the deer populations in southwest Colorado. In 1980, the Cimarron population was estimated at approximately 18,800, however, now the population is estimated at about 8,100. The population is currently below objective based on changes to population model and prolonged effects from the winter of 2007-08 with poor fawn to doe ratios. However, the population appears to have stabilized and is now slightly growing.

The Cimarron DAU overlaps the Cerro Summit-Cimarron-Sims Mesa GUSG Population. Two active leks occur within this population, the Hairpin Lek and the Cimarron Lek. Both leks are within mule deer summer and winter range, but most mule deer use occurs during the winter. The lek areas are within mule deer concentration areas and at least partly within mapped severe winter ranges. The historic habitat in Bostwick Park falls within mule winter concentration areas and severe winter ranges. In addition, historic vacant and unknown habitat in the waterdog area would include year round use by deer with most use occurring during the winter. The Waterdog Lake area includes general winter range, winter concentration, and severe winter ranges. Mule deer densities based on CPW winter range definitions and population estimates could be as high as 39.8 mule deer per square mile in winter concentration areas. Approximately 12% (13,421 acres) of winter concentration area for this unit is in Occupied Habitat.

**Figure 3.39 - Cimarron Mule Deer Unit (D-40) Post-Hunt Population Estimate, 1980–2014**

CPW

## UTAH MULE DEER UNITS

In 2013, the mule deer population in Utah was estimated to be 332,900. The long-term population objective for Utah is 425,000 deer (Utah Mule Deer Statewide Management Plan). The mule deer population in Utah has had an annual growth rate of 1.6% for the last 20 years. Portions of two of Utah's deer units are in GUSG habitat.

### E-13 - La Sal

The population objective for the La Sal unit is 19,400 deer. The La Sal Unit covers approximately 116,126 acres and contains 100,803 acres of critical winter range. The La Sal unit is divided into two areas the La Sal Mountains and the Dolores Triangle. There is no crucial winter range for this population in Occupied Habitat.

**Figure 3.40 - Utah La Sal Mule Deer Unit Population Estimate**

CPW

No change has been recommended for the La Sal Mountains mule deer herd as habitat monitoring indicates that range trend monitoring conditions are on the upper end of fair. A 20% reduction is recommended for the Dolores Triangle due to poor range conditions in 2006.

### E-14 - San Juan

The population objective for the San Juan Unit is 20,500 mule deer. The San Juan Unit covers approximately 1,338,227 acres and contains 549,466 acres of critical winter range. UDWR monitors range trend conditions. Based on UDWR monitoring, mountain big sagebrush was the most common species sampled in browse studies and increased in density and cover from 1999 to 2004 (UDWR 2012). According to the UDWR deer management plan, the proportion of summer range to winter range appears to be the limiting factor, high quality summer range representing only a small percentage of the Elk Ridge sub-unit. Mule deer densities based on CPW winter range definitions and population estimates could be as high as 7.4 mule deer per square mile in winter concentration areas. Approximately 19% (102,381 acres) of winter concentration area for this unit is in Occupied Habitat.

Figure 3.41 - Utah San Juan Mule Deer Unit Population Estimate

## 3.2.3. COMMON RAVEN (CORVUS CORAX)

The common raven is found throughout the planning area. Common ravens are protected under the Migratory Bird Treaty Act. Raven numbers have quadrupled in the U.S. over the last 40 years (Sauer et al 2011). Christmas Bird Count data for Colorado identified 179 common ravens in 1971 and 3,362 in 2013, a 1,778% increase (National Audubon Society 2010). In some areas, common raven populations are expected to increase as a result of the presence of anthropogenic resources (Webb et al 2004).

Common ravens nest opportunistically and will take advantage of isolated trees and anthropogenic structures (Dunk et al 1997, Howe et al 2014, Webb et al 2009, Coates et al 2014a, Bui 2009). Ravens exhibit strong site fidelity and breeding pairs are territorial (Roth et al 2004). Non-breeding pairs are typically nomadic and follow the food supply, with many juveniles congregating at a communal point subsidy (Webb et al 2009, Roth et al 2004). Ravens are omnivores and their diets have been described as consisting of "anything edible, alive or dead, that it can catch kill, disable, or pick up" (Knight and Call 1980).

Multiple studies have identified common ravens as preying upon sage-grouse nests (Bui et al 2010, Coates and Delehanty 2010, Coates et al 2008, Lockyer et al 2013, Schroeder and Baydack 2001) and broods (Bui et al 2009, ). Mammals have been identified as the main food supply for common ravens, with eggs being second, and avian parts third (Knight and Call 1980). Common ravens differ from other sage-

Case No. 1:20-cv-02484-MSK Document 34-5 filed 04/27/21 USDC Colorado pg 29 of 131

grouse predators due to their adaptability and learned food-gathering strategies (Knight and Call 1980). Other predators of sage-grouse, nests, and broods are typically opportunistic in nature. Ravens have been documented to be the most common predator of sage-grouse nests (Coates et al 2008, Lockyer et al 2013). Ravens have learned to search for sage-grouse nests and cache eggs from multiple nests (Howe and Coates 2014). Multiple studies have documented common ravens responding to the presence of sage-grouse nests and broods (Bui et al 2010, Bui et al 2009).

BLM_0027709

# 3.3. SOIL RESOURCES

## INDICATORS

Existing and potential for surface and vegetation disturbance, expressed in terms of:

- Areas of disturbance
- Areas of vegetation manipulation including vegetation treatments, prescribed burns, and wildfire
- Areas open to surface disturbing activities
- Areas with active livestock grazing allotments.

## EXISTING CONDITIONS

### 3.3.1. CONDITIONS WITHIN OCCUPIED AND UNOCCUPIED HABITAT

Across the region, soils are largely undeveloped, dominated by Aridisol and Entisol soil orders, and formed from sedimentary rocks for areas falling in the Colorado Plateau ecoregion, and from igneous rocks for areas in the Southern Rocky Mountain ecoregion (Bryce 20120, USDA 1975). While there are a number of exceptions such as on some of the deeper soils in the Gunnison Basin population area, many of these soils are generally shallow, with low organic content and variable vegetation cover. In addition, many of the soils are on slopes with high to very high runoff classifications. All of these factors increase soil vulnerability to erosion. Erosion results from both natural processes and human activities which disturb the soil surface, reduce protective vegetation cover and biological soil crusts, and thereby expose soil to the erosive forces of wind and water.

Soil types, characteristics, and conditions vary widely across BLM surface in Occupied and Unoccupied Habitat. Some soil characteristics such as soil erodibility, salinity and accelerated erosion are of special concern to land managers across the region, however they are not affected by, nor do they affect GUSG. Because of its relationship to vegetation cover and productivity, soil stability is one soil characteristic that is relevant to GUSG and can also be affected by land management practices associated with GUSG conservation. Soil stability reflects the resistance of soils to wind and water erosion, and is considered a terrestrial function of high ecological value across the GUSG range (BLM 1991b, Bryce 2012). Much of this stability is due to biological soil crusts (Chaudhary 2009). Land uses which disturb

the soil surface, biological soil crust and the protective plant cover reduce soil stability (Bryce 2012, BLM 1991b).

Several different indicators are used to address soil stability on BLM surface in Occupied and Unoccupied Habitat. These include past disturbance, present sources of disturbance, and protections from future disturbances for activities where data sets are relatively complete (as shown in Table 3.37). Vegetation treatments have been mapped over the past several decades and most of these included scraping, turning or disking the soil surface to varying degrees. Agriculture, mining, and other types of development have been mapped using satellite imagery, which captures the larger soil and vegetation disturbances across BLM surface in Occupied and Unoccupied Habitat (LANDFIRE 2015). Soils on over 10% of the land area in Occupied Habitat and Unoccupied Habitat have been affected by mechanical vegetation treatments, but less than 1% of the land area is classified by satellite imagery as modified by agriculture, mining and other types of development. Within non-habitat areas, these impacts have occurred on 2% and 1% of the land area respectively.

Active livestock grazing allotments are included as an indicator for current vegetation removal and small-scale soil disruption through trampling (Anderson 1982, Neff 2005). Although elk, deer and other wildlife can cause similar effects to soil stability as livestock, their distribution across the landscape is not controlled, so they are not considered an indicator for soil stability. Protections from future surface disturbances are indicated by RMP or other planning level designations which greatly restrict surface disturbance, surface occupancy, and associated vegetation removal. These include Wilderness Areas, Wilderness Study Areas, and areas with Right of Way Exclusion or No Surface Occupancy (NSO) stipulations, and areas withdrawn from mineral leasing or development.

Most of the BLM land in Occupied and Unoccupied Habitat falls into active livestock grazing allotments (as shown in Table 3.37 and Table 3.38). While many allotments contain areas that are inaccessible to livestock or are not grazed for other reasons, as a whole they are subject to more vegetation removal and trampling—with associated implications for soil stability—than areas outside of the allotments. The distribution of livestock grazing is similar across BLM surface in Occupied and Unoccupied Habitat, with over 70% of each population area in an active grazing allotment. Somewhat less BLM land in Non-Habitat Areas is within active grazing allotments, at 56% of the area (as shown in Table 3.38).

Soil stability across most of the BLM lands in the planning area is currently protected by RMP-level surface disturbance restrictions (shown in Table 3.37). However, 39% is not under this level of surface protection, and surface protections vary across BLM surface in Occupied and Unoccupied Habitat. The Crawford, Piñon Mesa, and San Miguel Basin population areas are most protected by surface use restrictions,

while the Poncha Pass and Cerro Summit-Cimarron-Sims Mesa population areas have the least amount protected. Within Non-Habitat Areas, 61% of BLM land lacks RMP-level surface disturbance restrictions.

**Table 3.37 - Soil Indicators on BLM Lands across GUSG Habitat**

| GUSG Population Area | Vegetation Treatments | | Large-Scale Surface Disturbance | | Areas Without Surface Disturbance Restrictions | | Active Livestock Grazing Allotments | |
|---|---|---|---|---|---|---|---|---|
| | Acres | Percent | Acres | Percent | Acres | Percent | Acres | Percent |
| Rangewide | 63,369 | 10% | 3,098 | <1% | 240,467 | 39% | 577,198 | 93% |
| Cerro Summit-Cimarron-Sims Mesa | 1,032 | 11% | 113 | 1% | 8,126 | 87% | 8,433 | 90% |
| Crawford | 7,328 | 23% | 176 | 1% | 11,669 | 36% | 31,772 | 98% |
| Gunnison Basin | 12,198 | 3% | 1,210 | 0% | 160,233 | 44% | 339,621 | 93% |
| Monticello-Dove Creek | 10,362 | 23% | 859 | 2% | 30,745 | 69% | 32,812 | 74% |
| Piñon Mesa | 21,947 | 20% | 127 | 0% | 5,482 | 5% | 105,085 | 95% |
| Poncha Pass | 30 | 0% | 533 | 2% | 23,379 | 95% | 24,099 | 97% |
| San Miguel Basin | 10,471 | 29% | 79 | 0% | 832 | 2% | 35,375 | 99% |

**Percentages are calculated against the total BLM surface in Occupied and Unoccupied Habitat.**

**Table 3.38 - Soil Indicators on BLM Lands within Non-Habitat Areas**

| GUSG Population Area | Vegetation Treatments | | Large-Scale Surface Disturbance | | Areas Without Surface Disturbance Restrictions | | Active Livestock Grazing Allotments | |
|---|---|---|---|---|---|---|---|---|
| | Acres | Percent | Acres | Percent | Acres | Percent | Acres | Percent |
| Rangewide | 2,580 | 2% | 1,096 | 1% | 71.955 | 61% | 66,797 | 56% |
| Cerro Summit-Cimarron-Sims Mesa | 92 | 1% | 126 | 1% | 11,406 | 100% | 7,201 | 63% |
| Crawford | 3 | 0% | 0 | 0% | 2 | 0% | 1,481 | 100% |
| Gunnison Basin | 74 | 1% | 0 | 0% | 8,763 | 73% | 7,514 | 63% |
| Monticello-Dove Creek | 1,115 | 4% | 603 | 2% | 18,183 | 72% | 12,186 | 48% |
| Piñon Mesa | 563 | 2% | 32 | 0% | 6,236 | 23% | 20,285 | 76% |
| Poncha Pass | 0 | 0% | 0 | 0% | 763 | 100% | 556 | 73% |
| San Miguel Basin | 734 | 2% | 335 | 1% | 26,603 | 65% | 17,573 | 43% |

**Percentages are calculated against the total BLM surface in the Non-Habitat Area outside of Occupied and Unoccupied Habitat.**

## TRENDS

Where information is available from management units across BLM surface in Occupied and Unoccupied Habitat, additional surface disturbance is anticipated to accrue at current rates and increase in some areas (BLM 2005a, 2005e, 2006, 2009b, 2010a, 2011g). Growing levels of recreation use and requests to develop ROWs and energy projects, along with increasing rates of wildfire, are all cited as factors decreasing soil stability. This appears to be a pattern across the GUSG range despite the mitigating effects anticipated with travel management, route closure and rehabilitation.

Expected increases in frequency and severity of drought associated with climate change are also likely to reduce protective soil cover and complicate soil recovery from surface disturbance. This is anticipated to occur as hotter, drier conditions and more erratic weather make seed germination and establishment more difficult and reduce overall plant vigor.

# 3.4. TERRESTRIAL VEGETATION (INCLUDING WOODLANDS)

## INDICATORS

Vegetation status across BLM surface in Occupied and Unoccupied Habitat is described in terms of:

- Vegetation types expressed as acreage of each major plant community on BLM surface
- Vegetation conditions expressed in terms of acreage achieving or not achieving the Land Health Ecological Fundamental.

## EXISTING CONDITIONS

### 3.4.1. CONDITIONS WITHIN OCCUPIED AND UNOCCUPIED HABITAT

Vegetation throughout the two ecological regions, which support the GUSG, is affected by both natural drivers and human land uses. Montane shrubland, sagebrush, and pinyon-juniper woodland make up the primary vegetation types of the mid-elevations. Forested communities are generally at higher elevations and are not considered GUSG habitat in this plan. Natural drivers include drought, wet periods, insect and animal herbivory, and fire (Bryce 2012). These drivers influence the distribution and prevalence of vegetation communities across the landscape, and the relative dominance of the different plant species within each community.

Past and current human impacts in these mid-elevations include conversion of native communities to agriculture, urban or residential use. Most native plant communities across the region have been altered to some degree by livestock grazing which has been widespread at substantial levels since the late 1800s (Grahme 2002). Aggressive fire suppression over the last 70 years has affected fire frequency and contributed to the expansion of woody vegetation, through impacting vegetation structure, composition, and vegetation successional patterns (Bryce 2012). Human-caused fragmentation of native vegetation communities has taken place with the development of energy resources and infrastructure, recreation and range management infrastructure, and habitat and range improvement projects (Bryce 2012). It has also been fueled by growing OHV use, road construction and rural home development. These activities have broken formerly large patches of native

plant communities into smaller, often damaged fragments with reduced functionality and resilience.

A variety of upland vegetation communities occur on BLM lands in Occupied and Unoccupied Habitat (as shown in Table 3.39 and Table 3.40). For the purposes of this discussion, discrete vegetation assemblages from LANDFIRE Existing Vegetation Types data have been grouped into broader vegetation groups. This data was derived from satellite imagery, predictive models, and ground truthing (LANDFIRE 2015). As with most remotely sensed data, the maps are likely to contain some imprecision pertaining to vegetation classification and the amount of acreage covered by each vegetation type. However, the data are sufficiently accurate to provide an overview of vegetation types across BLM surface in Occupied and Unoccupied Habitat.

Although sagebrush communities are the most frequently referenced GUSG habitat components, grass and forb dominated vegetation, montane shrubland, and pinyon-juniper woodland are also prominent vegetation types in and around GUSG habitat. While forested lands with aspen, pine, spruce, and fir also occur within BLM surface in Occupied and Unoccupied Habitat, these vegetation types are not considered to be potential habitat and are not evaluated in depth.

Within Occupied Habitat, montane shrubland is the most common vegetation type—making up nearly half of the area—while sagebrush shrubland constitutes a third, forested lands nearly 10%, and pinyon-juniper woodland and grass-forb vegetation make up just over 5% each (as shown in Table 3.39). Unoccupied Habitat generally has a different composition on BLM lands, with pinyon-juniper woodlands making up nearly 40% of the area, sagebrush shrublands over 20%, forested lands at nearly 20%, and small components of montane shrubland and grassland. Vegetation on BLM lands in Non-Habitat Areas is dominated by pinyon-juniper woodland, followed by forested types, sagebrush, grass-forb vegetation, and finally, montane shrubland.

Vegetation composition also varies across the GUSG population areas. Within Occupied Habitat, sagebrush constitutes anywhere between a low of 31% of the total vegetation in the Gunnison Basin population area, to a high of 52% for the San Miguel population area. Montane shrubland ranges from being nearly absent in areas supporting the San Miguel Population to a high of 51% for the Gunnison Basin Population. Pinyon-juniper vegetation is lowest in the Gunnison Basin population area at 1% and highest in the Monticello-Dove Creek and Crawford population areas at 27%. The variability of vegetation composition across the GUSG range indicates not only the unique distribution of vegetation in each region, but also the range of vegetation types within which GUSG are found.

The primary sagebrush communities within GUSG habitat are dominated by the drier Inter-mountain Basins Big Sagebrush Shrubland, with Wyoming big sagebrush *(Artemisia tridentata ssp. wyomingensis)* and the wetter Inter-Mountain Basins Montane Sagebrush Steppe, characterized by mountain big sagebrush *(Artemisia tridentata ssp. vaseyana).* Three other sagebrush communities are smaller constituents: Artemisia tridentata ssp. vaseyana Shrubland Alliance, Colorado Plateau Mixed Low Sagebrush Shrubland, and Inter-Mountain Basins Big Sagebrush Steppe. These and the following communities are more completely described in the Colorado Plateau Rapid Ecoregional Assessment (Bryce 2012), the NatureServe database (NatureServe 2014), and BLM planning documents (BLM 1989, 1991, 2003, 2005e, 2006, 2009a, 2011g, 2013c).

Montane shrublands on BLM surface in Occupied and Unoccupied Habitat are mostly Rocky Mountain Lower Montane-Foothill Shrubland. This shrubland is characterized by mountain mahogany and usually associated with rocky substrates, and dry conditions which limit trees and Gambel oak. Both Wyoming and mountain big sagebrush can occur in this shrubland as co-dominants. The other important montane shrubland type across Occupied and Unoccupied Habitat is the Gambel Oak Shrubland Alliance. This shrubland contains many associations dominated by Gambel oak, some with sagebrush as a co-dominant.

The pinyon-juniper woodland falls into the broad category of Colorado Plateau Pinyon-Juniper Woodland, which includes numerous pinyon-juniper associations. Of particular relevance for GUSG habitat are those associations that occur on flat to gentle slopes and contain a shrub understory dominated by mountain or Wyoming big sagebrush.

The grass-forb vegetation is primarily made up of two vegetation subcategories. The Introduced Upland Vegetation-Annual Grassland—most often dominated by cheatgrass—makes up 3% of Occupied and Unoccupied Habitat on BLM surface. The Cerro Summit-Cimarron-Sims Mesa, San Miguel, and Piñon Mesa population areas have the highest levels of cheatgrass, although all population areas with the exception of Poncha Pass have over 500 acres of the cheatgrass vegetation type. The Southern Rocky Mountain Montane-Subalpine Grassland is the other most common subcategory. It is dominated by a variety of associations containing upland montane perennial grass species, and is most widespread in the Gunnison Basin population.

## Table 3.39 - Vegetation Types on BLM Lands in Occupied and Unoccupied Habitat

| GUSG POPULATION | SAGEBRUSH | | MONTANE SHRUBLAND | | PINYON-JUNIPER | | GRASS-FORB | | FORESTED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ACRES | % | ACRES | % | ACRES | % | ACRES | % | ACRES | % |
| OCCUPIED HABITAT | | | | | | | | | | |
| Rangewide Occupied Habitat | 134,431 | 34% | 169,778 | 43% | 23,294 | 6% | 23,599 | 6% | 32,160 | 8% |
| Cerro Summit-Cimarron-Sims Mesa | 2,066 | 47% | 361 | 8% | 912 | 21% | 572 | 13% | 39 | 1% |
| Crawford | 8,096 | 37% | 5,516 | 25% | 6,071 | 27% | 1,649 | 7% | 390 | 2% |
| Gunnison Basin | 94,123 | 31% | 155,222 | 51% | 3,050 | 1% | 12,723 | 4% | 28,942 | 10% |
| Monticello-Dove Creek | 4,213 | 50% | 808 | 10% | 2,255 | 27% | 529 | 6% | 135 | 2% |
| Piñon Mesa | 4,241 | 33% | 4,247 | 33% | 2,630 | 21% | 966 | 8% | 441 | 3% |
| Poncha Pass | 3,087 | 31% | 3,463 | 35% | 176 | 2% | 63 | 1% | 1,976 | 20% |
| San Miguel Basin | 18,604 | 52% | 161 | 0% | 8,200 | 23% | 7,096 | 20% | 237 | 1% |
| UNOCCUPIED HABITAT | | | | | | | | | | |
| Rangewide Unoccupied Habitat | 44,509 | 20% | 18,437 | 8% | 88,182 | 39% | 9,778 | 4% | 37,230 | 16% |
| Cerro Summit-Cimarron-Sims Mesa | 1,765 | 35% | 343 | 7% | 2,376 | 47% | 73 | 1% | 49 | 1% |
| Crawford | 2,145 | 21% | 1,692 | 16% | 3,778 | 37% | 592 | 6% | 404 | 4% |
| Gunnison Basin | 7,587 | 12% | 10,725 | 17% | 4,208 | 7% | 1,190 | 2% | 32,608 | 51% |
| Monticello-Dove Creek | 6,943 | 19% | 896 | 2% | 22,458 | 63% | 3,372 | 9% | 867 | 2% |
| Piñon Mesa | 20,493 | 21% | 3,560 | 4% | 55,190 | 56% | 4,429 | 5% | 3,106 | 3% |
| Poncha Pass | 5,577 | 37% | 1,221 | 8% | 171 | 1% | 122 | 1% | 195 | 1% |
| San Miguel Basin | NA | | NA | | NA | | NA | | NA | |

**Other vegetation types occupy a minor fraction of the area and are not included in this table. Percentages are calculated against the total BLM surface in Occupied and Unoccupied Habitat.**

### Table 3.40 - Vegetation Types on BLM Lands within Non-Habitat Areas

| GUSG POPULATION | SAGEBRUSH | | MONTANE SHRUBLAND | | PINYON-JUNIPER | | GRASS-FORB | | FORESTED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acres | % | Acres | % | Acres | % | Acres | % | Acres | % |
| Rangewide Habitat | 14,264 | 12% | 7,267 | 6% | 59,652 | 50% | 3,721 | 9% | 19,105 | 16% |
| Cerro Summit-Cimarron-Sims Mesa | 2,071 | 18% | 502 | 4% | 6,006 | 53% | 325 | 3% | 848 | 7% |
| Crawford | 78 | 5% | 26 | 2% | 1,105 | 75% | 0 | 0% | 198 | 13% |
| Gunnison Basin | 872 | 7% | 2,081 | 17% | 194 | 2% | 769 | 6% | 6,175 | 51% |
| Monticello-Dove Creek | 2,629 | 10% | 1,151 | 5% | 15,877 | 63% | 140 | 1% | 2,548 | 10% |
| Piñon Mesa | 3,948 | 15% | 2,356 | 9% | 14,627 | 55% | 367 | 1% | 1,062 | 4% |
| Poncha Pass | 50 | 7% | 181 | 24% | 3 | 0% | 12 | 2% | 323 | 42% |
| San Miguel Basin | 4,616 | 11% | 970 | 2% | 21,840 | 54% | 2,108 | 5% | 7,952 | 20% |

**Other vegetation types occupy a minor fraction of the area and are not included in this table. Percentages are calculated against the total BLM surface in the Non-Habitat areas outside of Occupied and Unoccupied Habitat.**

Conditions can vary within a given vegetation community. BLM uses the Land Health Ecological Fundamental (BLM 2008, 2011b) to address plant community ecological intactness, functionality, and degradation. Indicators, including plant species diversity, presence of noxious plants, and spatial distribution of native species, are used to assess plant community intactness and functionality. Lands that do not achieve this fundamental are determined to have lost a substantial amount of their capacity to support ecological processes and are unlikely to recover naturally from disturbance (Pellant 2005).

Table 3.41 and Table 3.42 show the current determinations for the Land Health Ecological Fundamental across BLM surface in Occupied and Unoccupied Habitat. While this information reflects some inconsistencies in how data was collected, extrapolated, and interpreted and tends to be more representative of the accessible grazable lands, it does provide an indication of how the BLM management units within the planning area view their vegetation status.

Of the BLM surface lands in Occupied and Unoccupied Habitat, slightly more acreage has been identified as not meeting the Ecological Fundamental. The majority of vegetation in Occupied Habitat is rated as not achieving this fundamental. The largest acreages of degraded vegetation are in the Gunnison and San Miguel population areas, while the majority of vegetation in the other populations is rated as achieving the fundamental, within both Occupied Habitat and Unoccupied Habitat. These figures are influenced by variations in data collection and interpretation.

Within BLM surface in Occupied and Unoccupied Habitat, each management unit has been responsible for assessing land health for the lands it manages, and has been allowed flexibility in the data collection and interpretation methodologies. Some management units have extrapolated data from accessible grazed areas to entire allotments, while others have broken out the inaccessible areas. In addition, some determinations were based on comparison of indicators to what would be found in potential natural communities rather than what would be required for basic ecological health (Clements 2015, Austin 2015, West 2015). Given the variability in data collection and interpretation, much of the vegetation across BLM surface in Occupied and Unoccupied Habitat is not in a pristine state, but is probably sustaining basic ecologic functionality. While data is less complete for BLM lands within Non-Habitat Areas, a greater proportion of lands are achieving the Ecological Fundamental than occurs in Occupied Habitat (as shown in Table 3.41).

**Table 3.41 - Vegetation Conditions on BLM Lands in Occupied and Unoccupied Habitat**

| GUSG POPULATION | ACHIEVING ECOLOGICAL FUNDAMENTAL | | NOT ACHIEVING ECOLOGICAL FUNDAMENTAL | |
|---|---|---|---|---|
| | Acreage | Percentage | Acreage | Percentage |
| OCCUPIED HABITAT | | | | |
| Rangewide Occupied Habitat | 73,626 | 19% | 240,654 | 61% |
| Cerro Summit-Cimarron-Sims Mesa | 3,048 | 70% | 0 | 0% |
| Crawford | 18,353 | 83% | 2,293 | 10% |
| Gunnison Basin | 26,700 | 9% | 203,400 | 67% |
| Monticello-Dove Creek | 3,007 | 35% | 0 | 0% |
| Piñon Mesa | 11,922 | 94% | 311 | 2% |
| Poncha Pass | 9,806 | 99% | 0 | 0% |
| San Miguel Basin | 790 | 2% | 34,649 | 97% |
| UNOCCUPIED HABITAT | | | | |
| Rangewide Unoccupied Habitat | 158,001 | 69% | 17,990 | 8% |
| Cerro Summit-Cimarron-Sims Mesa | 2,881 | 57% | 1,837 | 37% |
| Crawford | 7,287 | 71% | 1,786 | 17% |
| Gunnison Basin | 34,743 | 54% | 8,637 | 14% |
| Monticello-Dove Creek | 12,503 | 35% | 2,841 | 8% |
| Piñon Mesa | 85,768 | 88% | 2,889 | 3% |
| Poncha Pass | 14,821 | 100% | 0 | 0% |
| San Miguel Basin | NA | NA | NA | NA |

**Percentages are calculated against the total BLM surface in Occupied and Unoccupied Habitat. BLM lands that have not yet been evaluated for this fundamental are not reported in this table, but account for the remaining percentages.**

**Table 3.42 - Vegetation Conditions on BLM Lands within Non-Habitat Areas**

| GUSG POPULATION | LANDS ACHIEVING ECOLOGICAL FUNDAMENTAL | | LANDS NOT ACHIEVING ECOLOGICAL FUNDAMENTAL | |
|---|---|---|---|---|
| | Acres | Percentage | Acres | Percentage |
| Rangewide | 46,574 | 39% | 23,171 | 20% |
| Cerro Summit-Cimarron-Sims Mesa | 8,558 | 75% | 1,307 | 11% |
| Crawford | 1,352 | 91% | 0 | 0% |
| Gunnison Basin | 1,141 | 10% | 7,935 | 66% |
| Monticello-Dove Creek | 2,492 | 10% | 0 | 0% |
| Piñon Mesa | 12,716 | 48% | 0 | 0% |
| Poncha Pass | 762 | 100% | 0 | 0% |
| San Miguel Basin | 19,553 | 48% | 13,929 | 34% |

**Percentages are calculated against the total BLM surface in Non-Habitat Areas outside of Occupied and Unoccupied Habitat. BLM lands that have not been evaluated for this fundamental are not reported in this table, but account for the remaining percentages.**

Vegetation management includes collection and harvest of vegetation products. Within the pinyon-juniper woodland, products have included fuelwood, fence posts, Christmas trees, pine boughs and cones, wildlings and pinyon nuts. These have historically been harvested at low levels over the decades, with supply far exceeding demand, and little impact on woodland structure or age class. Collection of plants and seed for landscaping or restoration purposes has been a very small component of the vegetation product harvest. The BLM has only recently provided national direction for collection of wildland seed resources, indicating the low levels of this type activity across the BLM lands (BLM 2013e).

Commercial sales of firewood and timber are infrequent within BLM surface in Occupied and Unoccupied Habitat, and typically do not occur in GUSG habitat as they require forested or heavily wooded areas (BLM 1991b). Non-commercial woodland harvests on BLM-administered lands primarily consist of Christmas trees, fuelwood, and posts (BLM 1989, 2005e, 2009b, 2011g). Harvest is at low levels across the management units, and annual sales within a given management unit typically do not exceed more than 500 cords of firewood, 2,000 Christmas trees, and far fewer posts (BLM 1989, 2009b, 2010a).

The collection of other plant materials (including transplants, pinyon nuts, and native plant seed) is allowed in some management units. Demand for collection of such resources is at a much lower level than for fuelwood or Christmas trees (BLM 2006, 2010a, 2013c). The Dominguez-Escalante NCA and Canyons of the Ancients NM RMPs allow for collection permits only when the collection would benefit other vegetation or habitat goals (BLM 2005a, 2011g). Limitations on plant material collections are not identified in any of the other BLM RMPs in the planning area.

## TRENDS

For those areas across the GUSG range where information is available, the extent of most native vegetation types has been reduced across the landscape (Bryce 2012). Throughout the Colorado Plateau Ecoregion, an estimated 16-30% of the total area identified as suitable for sagebrush has been converted to agriculture, urban areas, roads, invasive species, and tree encroachment (Bryce 2012, Oyler-McCance 2001). Similar losses have taken place across 28% of montane shrubland, and 16-40% of pinyon-juniper woodland and shrublands (Bryce 2012).

Within the sagebrush types, invasive species followed by pinyon and juniper invasion converted slightly more acreage than did urban and road development and agriculture. Tree invasion was the primary cause of conversion within montane shrubland. Within pinyon-juniper woodland, conversion to uncharacteristic native vegetation (increased stand densities) was identified as resulting from fire exclusion. However, this might not apply broadly to Occupied and Unoccupied Habitat areas, since evidence for frequent low-severity fire in pinyon-juniper vegetation is lacking for southwest Colorado. The rates of pinyon-juniper invasion into shrub communities averaged less than 0.2% per year, providing one estimate of the rate of succession in these communities.

On BLM land within Occupied and Unoccupied Habitat loss of native vegetation including sagebrush is attributed to a variety of factors such as drought, fire, increased recreation and surface- disturbing activities, and pinyon-juniper encroachment. Meanwhile, associated increases in developed or barren areas, and annual-dominated herbaceous communities are occurring (Bryce 2012, BLM 2005e, 2006, 2010a). The Colorado Plateau Rapid Ecoregional Assessment reports more recent trends over the past 20 years. These indicate continued likely losses with fire, mechanical vegetation treatment or other types of disturbances affecting 5–6% of sagebrush types, 5% of montane shrubland, and 2–4% of pinyon-juniper vegetation, recognizing that a portion of the treatments may actually improve or restore natural conditions within these vegetation types (Bryce 2012).

Trends in land health status and condition of sagebrush communities are varied, with a mix of upward, stable and downward trends (BLM 2009b, 2010a). Planning documents reported a predominantly downward trend for perennial cool season grass and increasing weeds in Canyons of the Ancients National Monument declining sagebrush stands in Monticello FO, and increasing noxious and invasive weeds in Grand Junction and Uncompahgre FOs (BLM 2005a, 2005e, 2009b, 2010a).

Demand for fuelwood, posts, and Christmas trees has remained stable in some areas and increased in others (BLM 2005a, 2006, 2010a, 2013c). Demand for collection of other materials such as transplants and native seed has increased in some

CHAPTER 3 - AFFECTED ENVIRONMENT

management units as interest in xeriscaping grows, along with an increased need for native seed to restore degraded habitat following wildfires (BLM 2006, 2010a).

3-78 BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016

BLM_0027722

# 3.5. RIPARIAN AREAS & WETLANDS

## INDICATORS

Riparian and wetland status throughout BLM surface in Occupied and Unoccupied Habitat is indicated by:

- Mileage of riparian areas on BLM surface
- Acreage of wetlands on BLM surface
- Mileage of streams and riparian habitat on BLM surface in riparian Proper Functioning Condition, Functioning at Risk, and Not Functional categories

## EXISTING CONDITIONS

### 3.5.1. CONDITIONS WITHIN OCCUPIED AND UNOCCUPIED HABITAT

#### Analysis Area

Past and current land uses have altered the nature of streams and wetlands on BLM surface in Occupied and Unoccupied Habitat. The semiarid conditions within the region naturally lead to highly variable stream flow, affecting the duration or extent of water in many streams (Hughes 2011). Human land uses and impacts including development or dewatering of streams and alteration of watersheds through land use changes, development and road construction have compounded this natural variability such that the majority of streams in the Western US once mapped as permanent now are considered temporary, or have experienced reduced base and flood flows relative to historic levels (Stoddard 2005, Carlisle 2011). Because BLM surface in Occupied and Unoccupied Habitat has been subject to these same types of uses, a similar situation is likely to have occurred.

Activities with the potential to degrade riparian areas, such as altered flow regimes and areas of heavy grazing, have been present throughout the analysis area since the time of European settlement (Belsky 1999, Bryce 2012). While dewatering and degradation has occurred in many areas, humans have created new wetlands and riparian areas where they did not previously exist. This has taken place through irrigation of croplands and hayfields, irrigation return flow, construction of canals and development of livestock ponds. More recently, wet areas have been created by the installation of small rock structures along 10 miles of drainages in the Gunnison population area by the Gunnison Climate Working Group (The Nature Conservancy 2015).

Wet meadow communities are considered an important component of GUSG summer and fall habitats (Gunnison Sage-grouse Rangewide Steering Committee 2005). In GUSG habitat, wet meadows are primarily associated with riparian areas, irrigated hayfields, and the occasional isolated lentic wetland. These wet areas typically have the potential to support a variety of wetland obligate and facultative woody and herbaceous species including cottonwood, alder, willow, and sedge-rush communities (Carsey 2003). They are also considered to be vulnerable to climate change (The Nature Conservancy 2011).

The data in Table 3.43 and Table 3.44 shows the extent and distribution of riparian and wetland habitat on BLM surface throughout Occupied and Unoccupied Habitat. Nearly all of the wetland acreage is found along streams or in drainages and swales. Riverine riparian vegetation, freshwater emergent wetland composed of herbaceous marsh, fen, swale and wet meadows, and freshwater forested/shrub wetlands each comprise nearly one third of the wetland types, and the remainder is categorized as freshwater pond. These wetlands are distributed along nearly 400 miles of perennial or intermittent stream. While streams and wetlands occur in both Occupied Habitat and Unoccupied Habitat for all the populations, they make up a very small proportion of habitat occupying around 0.4% of the land area overall. The Gunnison Basin and Cerro Summit-Cimarron-Sims Mesa population areas have the highest amount of wetland in Occupied habitat, while the lowest amounts occur in Crawford, Monticello-Dove Creek and Piñon Mesa population areas at around 0.2% of the landscape. Wetlands make up around 0.4% of BLM lands within Non-Habitat Areas, and are primarily distributed along 130 miles of streams.

Although some limitations and inaccuracies may exist, these national-level datasets are adequate to provide a large-scale picture of stream and wetland presence on BLM surface in Occupied and Unoccupied Habitat. Data inaccuracies could include miscategorization of some ephemeral channels as intermittent streams (that would increase estimates of riparian habitat), gaps along mapped stream courses (that would shorten stream distance estimates), and inclusion of artificial stock ponds as wetlands (that would inflate lentic wetland acreage estimates).

**Table 3.43 - Riparian and Wetland Areas on BLM Lands in Occupied and Unoccupied Habitat**

| GUSG POPULATION | OCCUPIED HABITAT | | | UNOCCUPIED HABITAT | | |
|---|---|---|---|---|---|---|
| | Riparian Miles | Wetland Acres | % | Riparian Miles | Wetland Acres | % |
| Rangewide | 204 | 1,595 | 0.4% | 169 | 894 | 0.4% |
| Cerro Summit-Cimarron-Sims Mesa | 4 | 19 | 0.4% | 3 | 16 | 0.3% |
| Crawford | 3 | 37 | 0.2% | 3 | 70 | 0.7% |
| Gunnison Basin | 143 | 1,347 | 0.4% | 51 | 490 | 0.8% |
| Monticello-Dove Creek | 9 | 11 | 0.1% | 7 | 32 | 0.1% |

| GUSG POPULATION | OCCUPIED HABITAT | | | UNOCCUPIED HABITAT | | |
|---|---|---|---|---|---|---|
| | Riparian Miles | Wetland Acres | % | Riparian Miles | Wetland Acres | % |
| Piñon Mesa | 8 | 26 | 0.2% | 96 | 259 | 0.3% |
| Poncha Pass | 19 | 33 | 0.3% | 8 | 28 | 0.2% |
| San Miguel Basin | 19 | 122 | 0.3% | NA | NA | NA |

**Wetland data is derived from the National Wetlands Inventory for Riverine, Freshwater Emergent, Freshwater Forested/Shrub Wetlands and Freshwater Pond categories. Stream data is based on the National Hydrologic Dataset showing only named streams or those categorized as general or perennial streams. Percentages are calculated against the total BLM surface in Occupied and Unoccupied Habitat.**

**Table 3.44 - Riparian and Wetland Areas on BLM Lands within Non-Habitat Areas**

| GUSG POPULATION | NON-HABITAT AREAS | | |
|---|---|---|---|
| | Riparian Miles | Wetland Acres | % |
| Rangewide | 130 | 523 | 0.4% |
| Cerro Summit-Cimarron-Sims Mesa | 9 | 43 | 0.4% |
| Crawford | 0 | 2 | 0.1% |
| Gunnison Basin | 8 | 51 | 0.4% |
| Monticello-Dove Creek | 30 | 155 | 0.6% |
| Piñon Mesa | 35 | 32 | 0.1% |
| Poncha Pass | 0 | 0 | 0% |
| San Miguel Basin | 49 | 239 | 0.6% |

**Wetland data is derived from the National Wetlands Inventory for Riverine, Freshwater Emergent, Freshwater Forested/Shrub Wetlands and Freshwater Pond categories. Stream data is based on the National Hydrologic Dataset showing only named streams or those categorized as general or perennial streams. Percentages are calculated against the total BLM surface in Non-Habitat Areas outside of Occupied and Unoccupied Habitat.**

While GUSG habitat quality guidelines for riparian-wetland areas have not been described in the RCP, the plan does state that current BLM guidelines for managing streams are consistent with GUSG needs and that BLM managers should strive to meet the full potential of any given site. Currently, the BLM manages streams and wetlands for Proper Functioning Condition (PFC), which encompasses the riparian-wetland indicators described under the Standards for Public Land Health (BLM 2008, 2011b).

The PFC classification procedure describes Proper Functioning Condition as a riparian area that possesses adequate vegetation and stream channel characteristics to protect against erosion during floods, and to maintain other important riparian and hydrologic processes. When these processes are in place but vegetation or streambank and channel characteristics are no longer adequate to ensure their

protection, the riparian area becomes vulnerable and is considered to be Functional at Risk. Once a streambank has become degraded and the processes are compromised, the riparian area is classified as Non-functional. While the PFC data is incomplete or missing for some management units within BLM surface in Occupied and Unoccupied Habitat and incorporates some ephemeral reaches in others--incorrectly increasing mileage of nonfunctional streams--it still provides a general picture of regional riparian and wetland condition.

The current riparian PFC dataset is mostly complete across BLM surface in Occupied and Unoccupied Habitat (as shown in Table 3.45 and Table 3.46). The data indicates that portions of riparian areas within Occupied Habitat have either become Nonfunctional (NF, 20%) or are Functioning At Risk (FAR, 38%), with the remaining 42% in Proper Functioning Condition (PFC). There are fewer stream miles in Unoccupied Habitat, and the streams are in better condition, with 63% classified as PFC, 27% as FAR, and 9% as NF. Reported stream condition in the different population areas varies with some areas having the majority of streams showing problems with stream processes while other population areas report few or no problems. While some of the disparities between population areas may be due to differences between different management units' interpretation of the riparian indicators, the PFC evaluations follow a standard protocol and systematically consider the same indicators. A greater percentage of stream miles on BLM land in Non-Habitat Areas are in PFC, although less data is available for streams in these areas.

**Table 3.45 - Riparian Conditions on BLM Lands in Occupied and Unoccupied Habitat**

| GUSG POPULATION | PROPER FUNCTIONING CONDITION | | FUNCTIONING AT RISK[1] | | NON-FUNCTIONAL | |
|---|---|---|---|---|---|---|
| | Stream Miles | % in Population Area | Stream Miles | % in Population Area | Stream Miles | % in Population Area |
| **OCCUPIED HABITAT** | | | | | | |
| Rangewide Occupied Habitat | 78 | 42% | 70 | 38% | 37 | 20% |
| Cerro Summit-Cimarron-Sims Mesa | 0 | 0% | 0 | 0% | 1 | 100% |
| Crawford | 0 | 0% | 0 | 0% | 0 | 0% |
| Gunnison Basin | 44 | 43% | 34 | 33% | 25 | 24% |
| Monticello-Dove Creek[2] | 5 | 100% | 0 | 0% | 0 | 0% |
| Piñon Mesa | 0 | 100% | 0 | 0% | 0 | 0% |
| Poncha Pass | 20 | 75% | 6 | 23% | 1 | 3% |
| San Miguel Basin | 9 | 18% | 30 | 60% | 11 | 22% |
| **UNOCCUPIED HABITAT** | | | | | | |

BLM_0027726

| GUSG POPULATION | PROPER FUNCTIONING CONDITION | | FUNCTIONING AT RISK[1] | | NON-FUNCTIONAL | |
|---|---|---|---|---|---|---|
| | Stream Miles | % in Population Area | Stream Miles | % in Population Area | Stream Miles | % in Population Area |
| Rangewide Unoccupied Habitat | 35 | 63% | 15 | 27% | 5 | 9% |
| Cerro Summit-Cimarron-Sims Mesa | 0 | 0% | 0 | 0% | 2 | 100% |
| Crawford | 1 | 34% | 1 | 48% | 0 | 0% |
| Gunnison Basin | 10 | 84% | 1 | 11% | 1 | 5% |
| Monticello-Dove Creek[2] | 3 | 51% | 1 | 16% | 2 | 33% |
| Piñon Mesa | 13 | 65% | 7 | 35% | 0 | 0% |
| Poncha Pass | 9 | 57% | 5 | 34% | 1 | 9% |
| San Miguel Basin | NA | NA | NA | NA | NA | NA |

**Note: Percentages are calculated from total BLM stream miles in the BLM PFC data set in Occupied and Unoccupied Habitat; streams not yet evaluated for PFC are classified as "unknown."**
**Mileages and percentages of streams classified as "unknown" are not included in this table.**
**[1]Includes all streams in the Functioning at Risk category irrespective of trend.**
**[2]Data not available for the Utah portion of the Monticello Population area.**

## Table 3.46 - Riparian Conditions on BLM Lands within Non-Habitat Areas

| GUSG POPULATION | PROPER FUNCTIONING CONDITION | | FUNCTIONING AT RISK[1] | | NON-FUNCTIONAL | |
|---|---|---|---|---|---|---|
| | Stream Miles | % in Population Area | Stream Miles | % in Population Area | Stream Miles | % in Population Area |
| Rangewide | 58 | 77% | 15 | 19% | 2 | 3% |
| Cerro Summit-Cimarron-Sims Mesa | 4 | 54% | 1 | 12% | 2 | 31% |
| Crawford | 0 | 0% | 0 | 0% | 0 | 0% |
| Gunnison Basin | 0 | 0% | 0 | 0% | 0 | 0% |
| Monticello-Dove Creek[2] | 11 | 100% | 0 | 0% | 0 | 0% |
| Piñon Mesa | 17 | 87% | 2 | 13% | 0 | 0% |
| Poncha Pass | 1 | 68% | <1 | 24% | <1 | 8% |
| San Miguel Basin | 26 | 70% | 11 | 30% | 0 | 0% |

**Note: Percentages are calculated from total BLM stream miles in the BLM PFC data set in Non-Habitat Areas; streams not yet evaluated for PFC are classified as "unknown."**
**Mileages and percentages of streams classified as "unknown" are not included in this table.**
**[1]Includes all streams in the Functioning at Risk category irrespective of trend.**
**[2]Data not available for the Utah portion of the Monticello population area.**

## TRENDS

BLM field offices across Occupied and Unoccupied Habitat have described different trends for riparian-wetland areas over the past twenty years (BLM 2005a, 2005e, 2009b, 2010a, 2013c). Some areas note increasing levels of weeds—most commonly tamarisk, Russian olive, and Russian knapweed—lowering water tables, and reduced riparian plant vigor associated with drought. Several other offices report general improvements in riparian vegetation and wetland species.

# 3.6. NOXIOUS WEEDS & INVASIVE SPECIES

## INDICATORS

The status of weeds and the level of weed management across BLM surface in Occupied and Unoccupied Habitat is described as follows:

- Vegetation treatment acreage as an indicator of large scale surface disturbance and seeding, since these are often tied with weed introduction and spread
- Risk of invasive species introduction and spread due to presence or absence of surface disturbance restrictions
- Risk of invasive species introduction and spread due to presence or absence of permitted livestock grazing.

## EXISTING CONDITIONS

### 3.6.1. CONDITIONS WITHIN OCCUPIED AND UNOCCUPIED HABITAT

State-designated noxious weeds and other invasive plant species have affected plant communities across the region. According to the Colorado Weed Management Association website (2012), these weeds have been deliberately or unintentionally transported from other continents and spread by animals, humans, water, wind, and soil disturbance. Without the diseases and insects that would normally control them, these non-native plants have been able to thrive in this region. Within the Colorado Plateau—the underlying ecoregion for about half of Occupied and Unoccupied Habitat—about 7% of the total area is estimated to have been significantly altered by the presence of invasive plants (Bryce 2012). Cheatgrass and similar annual invasive grasses make up the majority of large-scale infestations across this area. These invasive grasses are of particular concern because once dominant, they increase fire frequency, which leads to the loss of native vegetation from these areas. According to the Colorado Weed Management Association (2012), other noxious weeds and invasive species pose different threats to vegetation, habitat, range condition, and other natural values and uses in the region. Both Colorado and Utah have noxious weed acts, which identify and categorize weed species, and require their eradication, containment or control. Each county, as well as every BLM management unit, also has a weed management program to implement weed regulations.

A number of invasive species, including Colorado and Utah state-listed noxious weeds, occur across BLM surface in Occupied and Unoccupied Habitat. Invasive species—which are often tied to disturbance, but have the ability to infest and dominate undisturbed native vegetation—are considered to be such a great threat on the Colorado Plateau that they have been identified as a "change agent" along with human development and wildfire (Bryce 2012). As these species expand in distribution and dominance on the landscape, native species and communities become increasingly marginalized, which over time can largely degrade the function of these ecosystems.

Noxious weeds that have been documented in upland areas within BLM surface in Occupied and Unoccupied Habitat include musk thistle, Russian knapweed, spotted knapweed, redstem filaree, cheatgrass, chicory, common mullein, field bindweed, common burdock, jointed goatgrass, hoary cress and halogeton. Weeds associated with riparian areas in BLM surface in Occupied and Unoccupied Habitat include saltcedar, Russian olive, Canada thistle, common burdock and quackgrass (BLM 2005a, 2006, 2009b, 2011g). Management units usually have weed control programs and staff. Because the scope of existing infestations is so great, most units have a strategy that prioritizes how their limited resources will be used. Most units follow a strategy that focuses on early detection and control of new weed invasions, especially for the highest priority state-listed noxious weeds.

While wildlife, wind, and water and many land uses and human activities spread weed seed, this discussion will center on those activities most likely to be affected by the different plan alternatives, and for which there are complete spatial data sets. Table 3.47 and

Table 3.48 cover activities for which there are relatively complete data sets that relate to past and present risk of weed introduction and spread. These are widespread and large-scale conditions and land uses that reflect an increased level of risk. They include past vegetation treatments, areas unprotected by RMP-level surface disturbance constraints, and active grazing allotments.

Ten percent of GUSG habitat has received some type of vegetation treatment. The percentage ranges from higher than 30% for some population areas to less than 1% in others. It is important to recognize that treatment type and location influence the risk and degree of weed introduction and spread (Chambers 2007, Dodson 2006). However, it is reasonable to assume that the treated acres are more likely to contain invasive species at higher levels than the untreated acreage due to soil disturbance, reduced competition from native species, increased resource availability, and introduction of weed seed from equipment and as contaminants in seed mixes (Harrod 2001, Hobbs 1992). Only 2% of BLM lands within Non-Habitat Areas have received any vegetation treatment.

Soil and vegetation disturbance are a common source of weed introduction and spread (Harrod 2001). Many activities that occur on BLM lands incidentally disturb soils and potentially introduce weeds, such as a car parking next to the road, or a horse travelling across open country. The BLM has varying levels of control over sources such as these, but typically more control over larger disturbances that have greater potential for weed introduction and spread. Planning-level decisions that limit surface disturbance include Wilderness and Wilderness Study Area designations, ROW exclusions, mining withdrawals, and NSO stipulations. These reduce the risk of weed introduction and spread as compared to areas that do not have one of these designations.

Currently, 36% of Occupied Habitat and 43% of Unoccupied Habitat are not protected by RMP-level surface disturbance restrictions (as shown in Table 3.47). Occupied Habitat in the Piñon Mesa and San Miguel population areas has nearly complete protection. On the other hand, the Cerro Summit-Cimarron-Sims Mesa and Poncha Pass population areas only have a fraction of land under these protections, increasing vulnerability to weed introduction and spread.

Livestock grazing is another source of weed introduction, movement, and spread, as weed seeds can pass through the digestive tracts and adhere to the coats of livestock (Harrod 2001). Wildlife dispersed throughout Occupied and Unoccupied Habitat also contribute to the spread of weeds, with the BLM having little control over their movements and activity.

The acreage of BLM land within active grazing allotments is a general measure of the presence of livestock across the landscape, although some portions of an allotment might receive little if any livestock use due to topography or other factors. Over

90% of BLM surface in Occupied and Unoccupied Habitat currently is situated within active grazing allotments, and this percentage was likely higher in the past. These numbers indicate that livestock grazing and management has been and continues to be a source of weed seed introduction and spread in most regions of BLM surface within Occupied and Unoccupied Habitat. Over 50% of the BLM land in Non-Habitat Areas currently falls within active livestock grazing allotments.

## Table 3.47 - Noxious and Invasive Species Indicators on BLM Lands within GUSG Habitat

| GUSG POPULATION | VEGETATION TREATMENTS | | AREAS OPEN TO SURFACE-DISTURBING ACTIVITIES | | ACTIVE LIVESTOCK GRAZING ALLOTMENTS | |
|---|---|---|---|---|---|---|
| | Acres | % of Area | Acres | % of Area | Acres | % of Area |
| Rangewide Occupied Habitat | 30,471 | 8% | 142,074 | 36% | 367,948 | 93% |
| Rangewide Unoccupied Habitat | 32,898 | 14% | 98,394 | 43% | 209,250 | 92% |
| Cerro Summit-Cimarron-Sims Mesa Occupied Habitat | 847 | 19% | 4,057 | 93% | 3,759 | 86% |
| Cerro Summit-Cimarron-Sims Mesa Unoccupied Habitat | 185 | 4% | 4,068 | 81% | 4,674 | 93% |
| Crawford Occupied Habitat | 6,913 | 31% | 4,616 | 21% | 22,150 | 100% |
| Crawford Unoccupied Habitat | 416 | 4% | 7,053 | 68% | 9,622 | 93% |
| Gunnison Basin Occupied Habitat | 7,851 | 3% | 119,255 | 39% | 279,731 | 93% |
| Gunnison Basin Unoccupied Habitat | 4,348 | 7% | 40,978 | 64% | 59,890 | 94% |
| Monticello-Dove Creek Occupied Habitat | 488 | 6% | 3,683 | 43% | 4,949 | 58% |
| Monticello-Dove Creek Unoccupied Habitat | 9,875 | 28% | 27,062 | 75% | 27,864 | 78% |
| Piñon Mesa Occupied Habitat | 3,885 | 31% | 111 | 1% | 12,301 | 97% |
| Piñon Mesa Unoccupied Habitat | 18,062 | 18% | 5,371 | 5% | 92,784 | 95% |
| Poncha Pass Occupied Habitat | 16 | 0% | 9,519 | 97% | 9,683 | 98% |
| Poncha Pass Unoccupied Habitat | 13 | 0% | 13,860 | 93% | 14,416 | 97% |
| San Miguel Basin Occupied Habitat | 10,471 | 29% | 832 | 2% | 35,375 | 99% |
| San Miguel Basin Unoccupied Habitat | NA | NA | NA | NA | NA | NA |

**Percentages are calculated against the total BLM surface in Occupied and Unoccupied Habitat.**

**Table 3.48 - Noxious and Invasive Species Indicators on BLM Lands within Non-Habitat Areas**

| GUSG POPULATION | VEGETATION TREATMENTS | | AREAS OPEN TO SURFACE-DISTURBING ACTIVITIES | | ACTIVE LIVESTOCK GRAZING ALLOTMENTS | |
|---|---|---|---|---|---|---|
| | Acres | % of Area | Acres | % of Area | Acres | % of Area |
| Rangewide | 2,580 | 2% | 71,955 | 61% | 66,797 | 56% |
| Cerro Summit-Cimarron-Sims Mesa | 92 | 1% | 11,406 | 100% | 7,201 | 63% |
| Crawford | 3 | 0% | 2 | 0% | 1,481 | 100% |
| Gunnison Basin | 74 | 0% | 8,763 | 73% | 7,514 | 63% |
| Monticello-Dove Creek | 1,115 | 4% | 18,183 | 72% | 12,186 | 48% |
| Piñon Mesa | 563 | 2% | 6,236 | 23% | 20,285 | 76% |
| Poncha Pass | 0 | 0% | 763 | 100% | 556 | 73% |
| San Miguel Basin | 734 | 2% | 26,603 | 65% | 17,573 | 43% |

**Percentages are calculated against the total BLM surface in Non-Habitat areas outside Occupied and Unoccupied Habitat.**

## TRENDS

Invasive species appear to be increasing across much of the BLM surface in Occupied and Unoccupied Habitat. Several BLM management units cite data or provide anecdotal evidence describing an increase in invasive, non-native species such as knapweed, cheatgrass, and annual invasive forbs in upland areas, although some areas are still free of invasive species (BLM 2005a, 2006, 2010a). Some field offices attribute this increase to introduction and spread by livestock, fuels treatments, development, and roads. Aggressive weed control has been effective at reducing or eliminating Russian knapweed and hoary cress in some areas (BLM 2011g).

Across the broader Colorado Plateau Ecoregion, invasive plants have altered an estimated 3%–10% of sagebrush, 1% of montane shrubland, and 4%–22% of pinyon-juniper vegetation types (Bryce 2012). Similar trends are expected to continue within these vegetation types in Occupied and Unoccupied Habitat.

# 3.7. WILDLAND FIRE ECOLOGY & MANAGEMENT

## INDICATORS

Wildland fire ecology and management across BLM surface in Occupied and Unoccupied Habitat is expressed in terms of:

- Amount of land burned by wildfires (acres burned)
- Frequency of wildfire occurrence
- Fuels condition as indicated by Vegetation Condition Class.

## EXISTING CONDITIONS

### 3.7.1. CONDITIONS WITHIN OCCUPIED AND UNOCCUPIED HABITAT

Wildfire frequency and acreage burned vary substantially across the GUSG range. While fire data was not collected in a consistent manner until the 1980s, data since that time is sufficient to indicate patterns and provide an estimate of wildfire numbers and fire size (as shown in Table 3.49 and Table 3.50). Fire has burned in roughly 1% of Occupied Habitat and 7% of Unoccupied Habitat over the past 30 years. Fire frequency across BLM surface in Occupied and Unoccupied Habitat is low, and averages from six fires a year in Occupied Habitat to ten a year in Unoccupied Habitat.

A few wildfires in excess of 1,000 acres have occurred in the Piñon Mesa population area and these account for most of the burned acreage on BLM surface in Occupied and Unoccupied Habitat. Burned area acreage and fire frequency are similar to figures for Unoccupied Habitat on BLM lands in Non-Habitat Areas. (See Table 3.50.) Based on fire occurrence within the management units, a clear pattern of more frequent fire is evident in the western portion of Occupied and Unoccupied Habitat (BLM 1989, 2005e). Lightning is the primary cause of most fires, although human caused fires make up as much as 40% of all fires in some management units (BLM 1989, 1991b, 2003, 2009b, 2011g).

According to BLM management documents, fire is considered important in shaping the natural vegetation in the westernmost management units in Occupied and Unoccupied Habitat including Monticello FO and Canyons of the Ancients National Monument (BLM 2005a, 2005e) Fire is not considered as important for maintaining natural vegetation composition and successional class proportions in eastern

management units such as the San Luis Valley FO, in part due to low incidence of natural ignitions (BLM 1989).

Alternatively, a slightly different picture is presented by remote sensing data, which has been classified into Vegetation Condition Classes (VCC) across BLM surface in Occupied and Unoccupied Habitat (Jones 2013, LANDFIRE 2010). VCC indicates the amount that current vegetation has departed from the simulated historical vegetation reference conditions. VCC is calculated based on changes to species composition, structural stage, and canopy closure. Three condition classes describe low departure (VCC 1), moderate departure (VCC 2), and high departure (VCC 3). This information is interpreted here as an indicator of potential areas where vegetation communities have not burned at their natural rates or severities. However, it only represents an approximate picture of fuel conditions and imbalances.

Currently, 52% of Occupied Habitat is categorized in VCC 2, where vegetation has been moderately altered from historic conditions, and 32% in VCC 3, with significant alteration from the historical range (as shown in Table 3.49 and Table 3.50). VCC 2 also dominates Unoccupied Habitat and BLM lands in Non-Habitat Areas. This data suggests that vegetation and fuels have been altered from historic conditions across most of the landscape, and this situation is mirrored throughout the different population areas as well. If the assumptions behind LANDFIRE and VCC are correct, the data implies that most of the vegetation and therefore the fuels condition on BLM surface in Occupied and Unoccupied Habitat is being affected by altered natural disturbance regimes, which may affect future fire behavior.

Existing RMPs state that management units focus on suppression of wildfires with emphasis on protecting human safety and property first, and resource values as a secondary goal. Cost is also an important factor in fire suppression. Additional fire program components include prescribed fire, fuel reduction, and managed fire for habitat or ecological benefit. Fire management is guided by RMPs and activity-level Fire Management Plans. These plans may include desired future condition objectives for both fuels and fire. Fuels management is a priority in areas of wildland-urban interface (BLM 2010a, 2011g, 2013c). Several existing fire management plans already contain measures to protect or enhance GUSG habitat.

Case No. 1:20-cv-02484-MSK Document 34-5 filed 04/27/21 USDC Colorado pg 57 of 131

### Table 3.49 - Wildland Fire Management Indicators on BLM Lands in GUSG Habitat

| GUSG POPULATION AREA | AVERAGE FIRE FREQUENCY PER YEAR | LAND BURNED BY WILDFIRES | VCC CLASS 1 OR NOT APPLICABLE | VCC CLASS 2 | VCC CLASS 3 |
|---|---|---|---|---|---|
| | NUMBER | ACRES (%) | ACRES (%) | ACRES (%) | ACRES (%) |
| OCCUPIED HABITAT | | | | | |
| Rangewide Occupied Habitat | 6 | 5,093 (1%) | 63,588 (16%) | 205,025 (52%) | 126,849 (32%) |
| Cerro Summit-Cimarron-Sims Mesa | <1 | 0 (0%) | 351 (8%) | 3,634 (83%) | 394 (9%) |
| Crawford | <1 | 71 (0%) | 5,035 (23%) | 16,927 (76%) | 188 (1%) |
| Gunnison Basin | 3 | 983 (0%) | 53,476 (18%) | 133,450 (44%) | 115,098 (38%) |
| Monticello-Dove Creek | <1 | 0 (0%) | 631 (7%) | 3,963 (47%) | 3,890 (46%) |
| Piñon Mesa | <1 | 3,648 (29%) | 1,245 (10%) | 8,996 (71%) | 2,445 (19%) |
| Poncha Pass | <1 | 0 (0%) | 795 (8%) | 6,165 (63%) | 2,900 (29%) |
| San Miguel Basin | <1 | 390 (1%) | 2,055 (6%) | 31,899 (89%) | 1,934 (5%) |
| UNOCCUPIED HABITAT | | | | | |
| Rangewide Unoccupied Habitat | 10 | 15,552 (7%) | 67,431 (30%) | 135,916 (60%) | 24,535 (11%) |
| Cerro Summit-Cimarron-Sims Mesa | <1 | 7 (0%) | 559 (11%) | 4,158 (83%) | 293 (6%) |
| Crawford | <1 | <1 (0%) | 3,542 (34%) | 4,775 (46%) | 2,007 (19%) |
| Gunnison Basin | 1 | 4 (0%) | 11,342 (18%) | 50,711 (79%) | 1,919 (3%) |
| Monticello-Dove Creek | 1 | 495 (1%) | 11,013 (31%) | 17,477 (49%) | 7,443 (21%) |
| Piñon Mesa | 7 | 15,045 (15%) | 40,844 (42%) | 46,533 (48%) | 10,419 (11%) |
| Poncha Pass | <1 | 0 (0%) | 131 (1%) | 12,293 (83%) | 2,453 (16%) |
| San Miguel Basin | NA | NA | NA | NA | NA |

**Percentages are calculated against the total BLM surface in Occupied and Unoccupied Habitat.**

BLM_0027737

**Table 3.50 - Wildland Fire Management Indicators on BLM Lands within Non-Habitat Areas**

| GUSG POPULATION AREA | FIRE FREQUENCY PER YEAR | LAND BURNED BY WILDFIRES | VCC CLASS 1 OR NOT APPLICABLE | VCC CLASS 2 | VCC CLASS 3 |
|---|---|---|---|---|---|
| | AVERAGE | ACRES (%) | ACRES (%) | ACRES (%) | ACRES (%) |
| Rangewide Occupied Habitat | 8 | 10,715 (9%) | 46,246 (39%) | 64,127 (54%) | 8,021 (7%) |
| Cerro Summit-Cimarron-Sims Mesa | 1 | 0 (0%) | 1,075 (9%) | 9,140 (80%) | 1,210 (11%) |
| Crawford | <1 | 0 (0%) | 1,088 (73%) | 206 (14%) | 188 (13%) |
| Gunnison Basin | <1 | 164 (1%) | 3,308 (28%) | 8,179 (68%) | 520 (4%) |
| Monticello-Dove Creek | 2 | 0 (0%) | 8,566 (34%) | 13,773 (54%) | 3,061 (12%) |
| Piñon Mesa | 2 | 6,454 (24%) | 14,296 (54%) | 11,031 (41%) | 1,302 (5%) |
| Poncha Pass | 0 | 0 (0%) | 63 (8%) | 488 (64%) | 212 (28%) |
| San Miguel Basin | 2 | 4,097 (10%) | 17,850 (44%) | 21,310 (52%) | 1,529 (4%) |

## TRENDS

On BLM surface within Occupied Habitat and Unoccupied Habitat, drought and insect-killed trees have altered fuels and fuel loading, and increased the likelihood of fire over the short term but reduced it over the longer term (BLM 2005a, 2006). Increasing development adjacent to BLM-administered lands has added to the wildland-urban interface and makes fire and fuels management more challenging (BLM 2010a, 2011g, 2013c). Increased fuels and increased fuel continuity have resulted from weed invasion in some portions of BLM surface in Occupied Habitat and Unoccupied Habitat. Cheatgrass is of particular concern because it can increase fire frequency and size. Fire behavior has also changed with tree invasion into sagebrush sites (BLM 2010a, 2011g, 2013c). Fire suppression has led to increases in fuels (BLM 2006, 2009b). Grazing has altered fine-fuel distribution and amounts and is thought to have affected the natural fire regime where cheatgrass is not prevalent by reducing fire frequency and size (BLM 2006).

# 3.8. LIVESTOCK GRAZING

## INDICATORS

Current livestock grazing on BLM land throughout Occupied Habitat and Unoccupied Habitat is described in terms of:

- Active permitted forage (expressed as Animal Unit Months or AUMs)
- Acres within active livestock grazing allotments
- Acres of BLM lands achieving Land Health Ecological Fundamental, and acres not achieving this fundamental with livestock grazing a significant factor
- Acres of area where there are prohibitions on or limitations to the construction or maintenance of structural and nonstructural range improvements
- Acreage of existing grazing systems on BLM lands.

## EXISTING CONDITIONS

### 3.8.1. Conditions within Occupied and Unoccupied Habitat

Livestock grazing has been present at substantial levels across the region that includes Occupied Habitat and Unoccupied Habitat since development of the railroads in the late 1800s (Grahame 2002). It has been the primary use of much of the non-timbered land since that time, with cattle, horses and sheep being grazed. The intensity of livestock grazing has varied with very heavy, unregulated use that degraded rangelands until the 1930s (BLM 2011a).

Passage of the Taylor Grazing Act in 1934 and Federal Land Policy and Management Act (FLPMA) in 1976 resulted in gradually increased regulation of grazing and reduced grazing pressure by instituting grazing allotments and grazing permits. Over time, grazing permit terms and conditions have generally become more specific and less flexible, with a lower profit margin for permittees (BLM 2011d). This shift has resulted from an increase in conflicting land uses, mandates for environmental protection, and expectations from the public that the BLM minimize livestock impacts on public lands (BLM 2011a).

Livestock grazing is permitted on the majority of BLM lands across Occupied Habitat and Unoccupied Habitat (see tables 3.51 and 3.52). Most of the allotments are grazed by cattle, although a few are grazed by sheep or horses. There are 219

grazing allotments on BLM surface in Occupied Habitat and Unoccupied Habitat that receive regular or periodic livestock use. Over 90% of BLM surface in Occupied Habitat and Unoccupied Habitat falls within these actively grazed allotments, with little difference between Occupied Habitat and Unoccupied Habitat, but greater variability between population areas. A lesser amount—56% of BLM lands in Non-Habitat Areas—is within a grazing allotment.

The BLM manages forage in units known as animal unit months (AUM), whereby one unit is the amount of dry forage required to feed a cow and calf for one month—generally referred to as one AUM. Within most management units, the majority of permitted AUMs are in active status, with additional AUMs held in some type of suspension due to a variety of factors (as shown in Table 3.51) (BLM 2006, 2009b, 2010a, 2011g, 2013c) The active AUMs represent the current grazing levels on BLM range, although the suspended AUMs may be available for use in the future, once analysis and documentation has been made that sufficient forage has become available.

On BLM surface, over 24,000 AUMs of forage are actively permitted each year for livestock grazing in Occupied Habitat and over 12,000 AUMs in Unoccupied Habitat. This represents an average stocking rate of around 15 acres per AUM. In Occupied Habitat, the Gunnison Basin population area produces the majority—75%—the total AUMs, with the other population areas each contributing no more than 6% of the total AUMs. Within Unoccupied Habitat, the Piñon Mesa population area, which is very large at nearly 100,000 acres, produces over 6,000 AUMs, which is the most of all the population areas. Permitted carrying capacities vary across allotments and GUSG populations. The lowest permitted carrying capacity occurs in the San Miguel Basin population area, with a rate of 34 acres per AUM, while the highest is in the Poncha Pass population area, with a rate of 6 acres per AUM on Occupied Habitat.

Grazing systems and seasons of use vary across the allotments. (See Table 3.53.) (BLM 1989, 1991b, 2003, 2005a, 2005e, 2010a, 2011g, 2013c) Higher management grazing systems require more management in the form of planning and involvement by both the BLM and the livestock grazers than lower management systems. Higher management systems can also require more inputs such as fences and water developments. Lower management grazing systems include spring grazing, spring and fall grazing, and season-long grazing. Higher management systems include short duration growing season grazing, deferred grazing, and deferred/rest rotational grazing systems. In Occupied Habitat rangewide, 157 allotments are currently under a type of higher management grazing system. These allotments cover 85% of the active allotment area. The situation in Unoccupied Habitat is similar. Lower management grazing systems are most common on lands supporting the Monticello-Dove Creek and Gunnison Basin populations, but they still represent only a small percentage of the total area at 30% and 14% respectively.

Public land grazing in the Gunnison Basin has recently been addressed by the GUSG Candidate Conservation Agreement (CPW 2013). The agreement lays out a process that provides for continued grazing of public lands in a manner consistent with meeting GUSG habitat requirements. This process is based on the premise that viable ranching operations on private lands are important for GUSG survival, and that public land grazing is an integral part of these ranching operations. The process describes how changes to grazing permits will occur once systematic monitoring for GUSG habitat parameters indicates changes are needed.

A general picture of range conditions within BLM surface in Occupied and Unoccupied Habitat can be gained from looking at the lands achieving or not achieving the Land Health Ecological Fundamental. (See Table 3.41 and Table 3.42.) The Ecological Fundamental requires BLM lands to support and maintain healthy, productive plant and animal communities of native and other desirable species (BLM 2008, 2011b). Lands that do not achieve this fundamental are generally not supporting adequate or appropriate vegetation for sustaining current livestock grazing levels. (See Table 3.51 and Table 3.52) While 61% of the acreage in Occupied Habitat and 8% in Unoccupied Habitat is reported as not achieving the Ecological Fundamental, some of this acreage likely reflects inconsistencies in data interpretation , or includes nonnative seedings and other vegetation treatments which do not function similarly to native communities, but may still be in good range condition. The data does indicate how the different management units view vegetation status on lands under their management, particularly those lands that are accessible for grazing. Within Non-Habitat Areas, 20% of BLM land is reported as not achieving this fundamental.

The land health data is incomplete for some offices and significant factors behind land health conditions have not been identified for Grand Junction, Gunnison, and Moab FOs. Where data has been reported, there are some cases where poor conditions are at least partially due to livestock grazing. (See Table 3.51 and Table 3.52.) The existing land health reporting data for grazing allotments on BLM surface in Occupied and Unoccupied Habitat identifies relatively few acres of land as not achieving the Ecological Fundamental with livestock grazing as a Significant Factor. Only Occupied Habitat for the San Miguel Population has any acreage in this category, and changes to grazing management have recently been made within this population area. Just 2% of Unoccupied Habitat has so far been identified as not achieving the Ecological Fundamental with livestock grazing as a significant factor. On BLM lands in Non-Habitat Areas, 11% of the land has been identified as not achieving the Ecological Fundamental, with livestock grazing as a significant factor.

### Table 3.51 - Livestock Grazing Allotments, AUMs and Concerns within BLM GUSG Habitat

| GUSG POPULATION | ACTIVE LIVESTOCK GRAZING ALLOTMENTS | PERMITTED ACTIVE AUMS AND CARRYING CAPACITY | ECOLOGICAL FUNDAMENTAL RATING NOT ACHIEVING WITH LIVESTOCK GRAZING A SIGNIFICANT FACTOR |
|---|---|---|---|
| | Acres (% of Total Area) | (Acres per AUM) | Acres (% of Total Area) |
| OCCUPIED HABITAT | | | |
| Rangewide Occupied Habitat | 367,948 (93%) | 24,204 (15 ac/AUM) | 33,345 / 8% |
| Cerro Summit-Cimarron-Sims Mesa | 3,759 (86%) | 157 (24 ac/AUM) | 0 / 0% |
| Crawford | 22,150 (100%) | 1,496 (15 ac/AUM) | 0 / 0% |
| Gunnison Basin | 279,731 (93%) | 18,699 (15 ac/AUM) | 0 / 0% |
| Monticello-Dove Creek | 4,949 (58%) | 325 (15 ac/AUM) | 0 / 0% |
| Piñon Mesa | 12,301 (97%) | 920 (13 ac/AUM) | 0 / 0% |
| Poncha Pass | 9,683 (98%) | 1,555 (6 ac/AUM) | 0 / 0% |
| San Miguel Basin | 35,375 (99%) | 1,053 (34 ac/AUM) | 33,345 / 93% |
| UNOCCUPIED HABITAT | | | |
| Rangewide Unoccupied Habitat | 209,250 (92%) | 12,743 (16 ac/AUM) | 4,257 / 2% |
| Cerro Summit-Cimarron-Sims Mesa | 4,674 (93%) | 198 (24 ac/AUM) | 0 / 0% |
| Crawford | 9,622 (93%) | 509 (19 ac/AUM) | 1,416 / 14% |
| Gunnison Basin | 59,890 (94%) | 2,555 (23 ac/AUM) | 0 / 0% |
| Monticello-Dove Creek | 27,864 (78%) | 1,547 (18 ac/AUM) | 2,841 / 8% |
| Piñon Mesa | 92,784 (95%) | 6,038 (15 ac/AUM) | 0 / 0% |
| Poncha Pass | 14,416 (97%) | 1,897 (8 ac/AUM) | 0 / 0% |
| San Miguel Basin | NA | NA | NA |

**Percentages are calculated against the total BLM surface in Occupied Habitat and Unoccupied Habitat.**

**Table 3.52 - Livestock Grazing Allotments, AUMs, and Concerns in BLM Non-Habitat Areas**

| GUSG POPULATION | ACTIVE LIVESTOCK GRAZING ALLOTMENTS | LAND HEALTH ECOLOGICAL FUNDAMENTAL RATING OF NOT ACHIEVING WITH LIVESTOCK GRAZING AS A SIGNIFICANT FACTOR |
|---|---|---|
| | Acres and % of Total Area | Acres and % of Total Area |
| Rangewide | 66,797 / 56% | 13,380 / 11% |
| Cerro Summit-Cimarron-Sims Mesa | 7,201 / 63% | 0 / 0% |
| Crawford | 1,481 / 100% | 0 / 0% |
| Gunnison Basin | 7,514 / 63% | 0 / 0% |
| Monticello-Dove Creek | 12,186 / 48% | 0 / 0% |
| Piñon Mesa | 20,285 / 76% | 0 / 0% |
| Poncha Pass | 556 / 73% | 0 / 0% |
| San Miguel Basin | 17,573 / 43% | 13,380 / 33% |

**Percentages are calculated against the total BLM surface within Non-Habitat areas outside of Occupied Habitat and Unoccupied Habitat.**

The infrastructure needed to support grazing systems is an important component of range management. Typically, developed infrastructure and higher management systems of livestock management require more resources, maintenance, and effort from both the grazing permittees and the BLM rangeland management staff in comparison to lower management systems. However, grazing systems are often used to improve livestock distribution, avoid overgrazing, and improve rangeland health (BLM 2011a).

Presently, the majority of active allotment acreage has few if any constraints at the land use plan level on development of range management infrastructure. However, the NEPA process and activity-level plans such as the Candidate Conservation Agreement (CPW 2013) can add additional constraints to infrastructure development (as shown in Table 3.53). Development of range infrastructure is generally more feasible in the unconstrained areas. Only the Occupied Habitat portion of the Crawford Population is substantially affected by construction constraints at the land use plan level.

### Table 3.53 - Livestock Grazing Management Indicators on BLM Lands in GUSG Habitat

| GUSG POPULATION | ALLOTMENTS WITH MINIMAL CONSTRAINTS ON RANGE INFRASTRUCTURE ACRES/% OF ACTIVELY GRAZED AREA | | LOWER MANAGEMENT ALLOTMENTS* NUMBER OF ALLOTMENTS/ % OF ACTIVELY GRAZED AREA) | | DEFERRED GRAZING NUMBER OF ALLOTMENTS/ % OF ACTIVELY GRAZED AREA | ROTATION GRAZING NUMBER OF ALLOTMENTS/ % OF ACTIVELY GRAZED AREA | SHORT DURATION GROWING SEASON GRAZING NUMBER OF ALLOTMENTS/ % OF ACTIVELY GRAZED AREA |
|---|---|---|---|---|---|---|---|
| OCCUPIED HABITAT | | | | | | | |
| Rangewide Occupied Habitat | 348,036 | 88% | 58 | 12% | 38 / 5% | 90 / 49% | 29 / 31% |
| Cerro Summit-Cimarron-Sims Mesa | 3,579 | 86% | 465 | 5% | 0 / 0% | 7 / 76% | 0 / 0% |
| Crawford | 5,338 | 24% | 0 | 0% | 2 / 23% | 6 / 77% | 0 / 0% |
| Gunnison Basin | 279,731 | 93% | 26 | 14 % | 10 / 3% | 30 / 39% | 25 / 40% |
| Monticello-Dove Creek | 4,949 | 58% | 7 | 30% | 13 / 30% | 4 / 28% | 0 / 0% |
| Piñon Mesa | 9,201 | 73% | 13 | 5% | 3 / 5% | 16 / 76% | 3 / 11% |
| Poncha Pass | 9,683 | 98% | 1 | 5% | 4 / 3% | 7 / 95% | 0 / 0% |
| San Miguel Basin | 35,375 | 99% | 6 | <1% | 6 / 4% | 20 / 94% | 1 / 0% |
| UNOCCUPIED HABITAT | | | | | | | |
| Rangewide Unoccupied Habitat | 150,287 | 66% | 80 | 15% | 39 / 5% | 108 / 71% | 17 / 4% |
| Cerro Summit-Cimarron-Sims Mesa | 4,674 | 93% | 6 | 35% | 0 / 0% | 6 / 53% | 1 / 12% |
| Crawford | 6,544 | 63% | 3 | 8% | 6 / 9% | 17 / 68% | 9 / 11% |
| Gunnison Basin | 47,443 | 74% | 9 | 15% | 3 / 2% | 7 / 76% | 1 / 0% |
| Monticello-Dove Creek | 27,623 | 77% | 23 | 25% | 16 / 8% | 20 / 62% | 0 / 0% |
| Piñon Mesa | 49,588 | 51% | 39 | 14% | 13 / 7% | 53 / 69% | 6 / 6% |
| Poncha Pass | 14,416 | 97% | 0 | 0% | 1 / 0% | 5 / 97% | 0 / 0% |
| San Miguel Basin | NA | NA | NA | | NA | NA | NA |

***Includes allotments with season-long grazing, allotments with little BLM land used in conjunction with larger private land portions, and other undefined grazing systems.**
**Percentages are calculated against the total BLM surface in Occupied Habitat and Unoccupied Habitat.**

## TRENDS

Livestock use on BLM lands has generally been stable or declining as a result of market forces, reduced agricultural activity in the surrounding area, drought impacts, and AUM reductions or changes in grazing necessary to meet land health standards (BLM 2003, 2005a, 2013c). In some management units, demand for available permits remains strong with new applicants for every available permit (BLM 2010a). Other uses that compete with or make livestock grazing more difficult have been increasing in some parts of BLM surface in Occupied Habitat and Unoccupied Habitat (BLM 2009b, 2011g). Examples include increased trail-based recreation and elk use of forage. Range condition trends in some management units indicate that range

conditions cannot be sustained under current total AUM allocations unless higher management grazing systems and more inputs and infrastructure are put into place (BLM 2005e, 2006, 2013c).

Within the Gunnison Basin, the Candidate Conservation Agreement has established a process to make grazing consistent with meeting GUSG RCP habitat guidelines (CPW 2013). As a result, there are likely to be more constraints placed on grazers, and more resources required to monitor grazing levels and vegetation conditions. However, the CCA should bring some predictability and assurance to the public land grazers that they can continue to graze on public lands within GUSG habitat.

# 3.9. RECREATION

## INDICATORS

The following indicators are used to describe the existing condition related to recreation. These indicators will also be used to analyze the impacts of the preferred alternative and other alternatives on recreation resources:

- Changes in the number of acres where recreationists are unable to achieve targeted beneficial outcomes (specific to SRMAs), and for BLM to achieve and maintain supporting setting characteristics (specific to SRMAs and ERMAs).
- Changes in the number of acres where unstructured recreational opportunities and experiences are reduced or eliminated.
- Changes to the number or types of Special Recreation Permits (SRPs) allowed in GUSG habitat.

## EXISTING CONDITIONS

### 3.9.1. CONDITIONS WITHIN THE PLANNING AREA

Typical recreational activities within the planning area include hiking, camping, horseback riding, mountain biking, off-highway vehicle (OHV) use, and cross-country skiing. Migrating and resident wildlife provide plentiful opportunities for hunting, photography, and observation. Renowned local rivers, streams, and lakes offer boating and cold-water fishing opportunities.

Recreation visitors to the planning area come from national and international locations, the Denver and Salt Lake City metropolitan areas, Colorado's Front Range and Utah's Wasatch Front, and other local communities. For both Colorado and Utah visitors, the region is an easily accessible weekend getaway with a diversity of outdoor activity offerings and recreation settings. Increased visitation to small towns and destination resorts contribute to the increased use of public lands within the decision area.

## 3.9.2. Conditions on BLM-Administered Lands

### RECREATION POLICY

#### Recreation Planning and Outcomes-Focused Management

Some form of recreation use and associated recreation resources are typically present on the lands and waters managed by Bureau of Land Management (BLM) field offices, and are consequently allocated through the land use planning process. BLM recreation management focuses on three basic components of recreation opportunities on public lands: 1) types of recreation opportunities and experiences that are provided, 2) the character of recreation setting within which they occur and retaining that character, and 3) services that can be provided by the BLM and its collaborating partners. In the last several decades, there has been a growing recognition of how much recreation contributes to the quality of life, economy, society, and environment.

Changing public values and expectations of land management agencies to meet the demand for diverse recreation uses has created the need for changes in managing Recreation and Visitor Services. These changes and resulting advances in recreation management knowledge and practices have been responsible for the evolution from activity-based management to experience-based management and, recently, benefits-based management. Each transition built on the management framework of the previous. Within the BLM, benefits-based management has further transitioned to outcomes-focused management.

Outcomes-focused management is defined as an approach to recreation management that focuses on the positive outcomes gained from engaging in recreational experiences. Positive recreation outcomes consist of experiences and benefits and are defined by the BLM as:

- Experiences - Immediate states of mind resulting from participation in recreation activities that result in benefits.
- Benefits - The results of a satisfying recreation experience that improve or maintain a desired condition. These accrue from recreation participation, are both short and long term, and are realized onsite and offsite. Benefits are identified in one of four categories and are described as: Personal/Individual Benefits, Social/Community Benefits, Economic Benefits, and Environmental Benefits. The fundamental concept of outcomes-focused management is that benefits endure beyond the onsite recreation experience attained by individuals. Those experiences and onsite benefits stay with the individual when they leave the recreation area and cumulatively lead to offsite beneficial outcomes to communities, economies, and the environment. This linkage

between experiences and outcomes can be viewed as a chain (BLM H-8320-1 2014).

### Connecting with Communities Strategy

BLM public lands—once described as "the lands nobody wanted"—are now recognized as America's Great Outdoors, a "Backyard to Backcountry" treasure. They are uniquely accessible, and their close proximity to varied stakeholders creates many opportunities for the BLM and communities to collaborate, set mutual objectives for proposed recreation opportunities, and pool resources toward shared goals and to better enable communities to achieve their own desired social, economic, and environmental outcomes.

As part of a serious effort to reposition the Recreation and Visitor Services Program to focus on producing community social and economic benefits in support of community values while optimizing benefits for the public, BLM released a national "Connecting With Communities" strategy in 2014.

## RECREATION PARTICIPATION

BLM lands constitute nearly 13% of all lands in Colorado at 8,382,959 acres, and about 42% of all lands in Utah at just under 23 million acres (CO and UT SCORP's 2014/2013). In FY 13, BLM reported a total of 61 million visits, 7,218,735 in Colorado and 6,843,098 in Utah (RMIS 2015). Since a low in 2007–2008, which can be attributed to rising gas prices and a declining economy, visitation to BLM lands in both Colorado and Utah steadily recovered through 2012 to just above pre-recession numbers.

Much of the recreation participation within the decision area reflects the predominantly open and undeveloped character (also referred to as the 'dispersed' recreation setting character) of the majority of BLM lands in both states. As reflected by the 2014 Colorado Statewide Comprehensive Outdoor Recreation Plan, 26 of the top 38 outdoor recreation activities are strongly associated with public lands, such as BLM-administered lands. Motorized and non-motorized trail use, water-based activities, and winter-based activities are all well-represented within the planning area. On BLM lands within the decision area, the most popular activities based on number of participants include: OHV riding, Hiking/Walking/Running, Mountain Biking, Driving for Pleasure, Camping, Row/Float/Raft Boating, Photography, Viewing Cultural Sites, Big Game Hunting, and Picnicking (RMIS 2015).

## RECREATION PRIORITIES

Recreation priorities on BLM lands will be determined within the decision area through a variety of means. State SCORPs will continue to inform BLM of citizen desires and unmet needs in both states; state-specific strategies of BLM's Connecting with Communities strategy will continue to identify BLM's recreation niche and most important recreation-tourism products, which will vary from place to place. Customer assessments for recreation management areas will provide specific focus for recreation management for those unique allocations of BLM lands. Changing recreation patterns, interests and technologies, and BLM's ability to adapt to them will also determine priorities. Other factors over time, such as population growth or climate change will also, undoubtedly, determine priorities for recreation and other resources on BLM-managed lands in the decision area.

## RECREATION MANAGEMENT AREAS

To help effectively manage Recreation and Visitor Services (R&VS), the BLM designates RMAs. Areas are classified as either a special recreation management area (SRMA) or an extensive recreation management area (ERMA). Both types of areas are recognized as producing high quality recreation opportunities and offering beneficial outcomes for recreation participants, recreation-tourism partners, visitor service providers, and communities. R&VS objectives in RMAs are recognized as a primary resource management consideration, and specific management is required to protect the recreation opportunities. The RMA designation is based on recreation demands and issues, Recreation Setting Characteristics (RSCs), resolving use/user conflicts, compatibility with other resource uses, and resource protection needs. RMAs identify where the BLM generally prioritizes the expenditure of funding. There is no requirement to designate all lands as RMAs. However, in public lands not designated as RMAs ('undesignated lands'), addressing visitor health and safety, resource protection, and use and user conflicts may be of equal or greater importance (H-8320-1 2014).

Designating lands as an RMA is not an either/or determination between managing for recreation resources or any other resource, such as for the conservation of GUSG and its habitat. Among several other considerations, management objectives and actions in RMAs are required to consider resource protection issues as they relate to the recreation resource (H-8320-1 2014).

### Special Recreation Management Areas

An SRMA is an administrative unit where existing or proposed recreation opportunities and Recreation Setting Characteristics (RSCs) are recognized for their unique value, importance, and/or distinctiveness, especially as compared to other areas used for recreation. RSCs are derived from the recreation opportunity

spectrum, and are categorized as physical, social, and operational components and are further subdivided into specific characteristics (attributes). These characteristics are categorized across a spectrum of classes that describe a range of qualities and conditions of a recreation setting, for example primitive to urban.

An SRMA is managed to protect and enhance a targeted set of activities, experiences, benefits, and desired RSCs. Within an RMP, an SRMA may be subdivided into recreation management zones (RMZs) to further delineate specific recreation opportunities. Within an SRMA, R&VS management is recognized as the predominant RMP focus, where specific recreation opportunities and RSCs are managed and protected on a long-term basis (H-8320-1 2014).

There are ten SRMAs in the decision area that overlap portions of GUSG habitat (as shown in Table 3.54 and Figure 3.42), including:

- Alpine Triangle: provides sightseeing and motorized recreation along the Alpine Loop Scenic and Historic Byway.
- Bangs Canyon: provides motorized and non-motorized trail systems in a setting of high desert canyons and plateaus.
- Cochetopa: provides a scenic canyon with great fishing and watchable wildlife opportunities.
- Dolores River: provides water-based recreation and hiking in one of southwest Colorado's most scenic canyons.
- Gateway: provides motorized and non-motorized recreation in unparalleled geologic formations, and associated with the Gateway Canyons Resort.
- Hartman Rocks: provides community-based recreation in Gunnison, CO and features a non-motorized and motorized singletrack trail system, rock climbing/bouldering, and cross-country skiing.
- Gunnison and North Fork Rivers: provides an ideal location for non-technical boating within the Gunnison Gorge NCA.
- San Miguel River: provides world-class boating and fishing opportunities in Southwest Colorado.
- Two Rivers: provides boating and camping in the popular Westwater Canyon of the Colorado River.
- Squaw-Cross Canyons: provides remote backpacking, camping, and exploring in the Canyons of the Ancients NM.

**Table 3.54 - Acreage of BLM Special Recreation Management Areas by Population**

| POPULATION/HABITAT TYPE | ACRES |
|---|---|
| Crawford Population | 43 |
| Unoccupied Habitat | 43 |
| Gunnison Gorge NCA | 43 |
| Uncompahgre FO | 0 |
| Gunnison Basin Population | 30,593 |
| Occupied Habitat | 17,304 |
| Gunnison FO | 17,304 |
| Unoccupied Habitat | 13,288 |
| Gunnison FO | 13,288 |
| Monticello-Dove Creek Population | 11,557 |
| Non-Habitat | 7,298 |
| Tres Rios FO | 7,298 |
| Occupied Habitat | 35 |
| Tres Rios FO | 35 |
| Unoccupied Habitat | 4,223 |
| Canyons of the Ancients NM | 4,031 |
| Tres Rios FO | 192 |
| Piñon Mesa Population | 9,124 |
| Non-Habitat | 8,700 |
| Grand Junction FO | 344 |
| Moab FO | 8,356 |
| Unoccupied Habitat | 424 |
| Grand Junction FO | 270 |
| Moab FO | 154 |
| San Miguel Basin Population | 14,693 |
| Non-Habitat | 14,494 |
| Uncompahgre FO | 14,494 |
| Occupied Habitat | 199 |
| Uncompahgre FO | 199 |
| **Total Acreage** | **66,010** |

BLM_0027751



CHAPTER 3 - AFFECTED ENVIRONMENT

Figure 3.42 - BLM Special Recreation Management Areas in the Decision Area

Special Recreation Management Areas within the GUSG Decision Area
Date: 1/6/2016
Non-Habitat
Occupied Habitat
Unoccupied Habitat
Special Recreation Management Areas
Bureau of Land Management
Bureau of Reclamation
Indian Reservation
Military Reservation
National Park Service
Other Federal
Private
State
State, County, City; Areas
US Fish and Wildlife Service
US Forest Service
Utah
Colorado
0 5 10 20 Miles
N
NOTE TO MAP USER
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA
Pinon Mesa
Crawford
Cerro Summit-Cimarron-Sims Mesa
San Miguel Basin
Gunnison Basin
Poncha Pass
Monticello-Dove Creek
Vernal Field Office
White River Field Office
Grand Junction Field Office
Colorado River Valley Field Office
Kremmling Field Office
Royal Gorge Field Office
Gunnison Field Office
Moab Field Office
Uncompahgre Field Office
Monticello Field Office
Tres Rios Field Office
San Luis Valley Field Office
Utah
Arizona
Colorado
New Mexico

3-108 BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS AUGUST 2016

BLM_0027752

### Extensive Recreation Management Areas

An ERMA is an administrative unit that requires specific management consideration in order to address recreation use, demand, or R&VS program investments. An ERMA is managed to support and sustain principal recreation activities and associated qualities and conditions. Management of ERMAs is commensurate with the management of other resources and resource uses. While generally unnecessary, ERMAs may be subdivided into RMZs to ensure R&VS are managed commensurate with other resources and resource uses (H-8320-1 2014). The decision area includes six ERMAs containing GUSG habitat (as shown in Table 3.55 and Figure 3.43):

**Table 3.55 - BLM Extensive Recreation Management Areas by Population**

| POPULATION | ACRES |
|---|---|
| **Cerro Summit-Cimarron-Sims Mesa** | **11,099** |
| Non-Habitat | 1,384 |
| Gunnison FO | 1,394 |
| Occupied Habitat | 4,704 |
| Gunnison FO | 649 |
| Uncompahgre FO | 4,055 |
| Unoccupied Habitat | 5,010 |
| Gunnison FO | 1,073 |
| Uncompahgre FO | 3,937 |
| **Crawford** | **25,789** |
| Occupied Habitat | 16,761 |
| Gunnison Gorge NCA | 16,760 |
| Uncompahgre FO | 1 |
| Unoccupied Habitat | 9,028 |
| Gunnison Gorge NCA | 4,196 |
| Uncompahgre FO | 4,831 |
| **Gunnison Basin** | **343,269** |
| Non-Habitat | 12,007 |
| Gunnison FO | 12,007 |
| Occupied Habitat | 285,127 |
| Gunnison FO | 285,127 |
| Unoccupied Habitat | 46,136 |
| Gunnison FO | 46,090 |
| Uncompahgre FO | 46 |
| **Monticello-Dove Creek** | **40,118** |
| Occupied Habitat | 8,477 |
| Monticello FO | 3,233 |

| POPULATION | ACRES |
|---|---|
| Tres Rios FO | 5,244 |
| Unoccupied Habitat | 31,641 |
| Canyons of the Ancients NM | 0 |
| Moab FO | 7 |
| Monticello FO | 1,744 |
| Tres Rios FO | 29,890 |
| **Piñon Mesa** | **9,267** |
| Non-Habitat | 5,168 |
| Moab FO | 5,168 |
| Unoccupied Habitat | 4,099 |
| Moab FO | 4,099 |
| **Poncha Pass** | **24,619** |
| Occupied Habitat | 9,742 |
| San Luis Valley FO | 9,742 |
| Unoccupied Habitat | 14,877 |
| San Luis Valley FO | 14,877 |
| **San Miguel Basin** | **35,679** |
| Occupied Habitat | 35,679 |
| Uncompahgre FO | 625 |
| Tres Rios FO | 35,054 |
| **Total Acreage** | **489,840** |

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.43 - BLM Extensive Recreation Management Areas in the Decision Area**

Extensive Recreation Management Areas within the GUSG Decision Area
Date: 1/6/2016
ERMA
Non-Habitat
Occupied Habitat
Unoccupied Habitat
BLM Field Office Boundary
Bureau of Land Management
Bureau of Reclamation
Indian Reservation
Military Reservation
National Park Service
Other Federal
Private
State
State, County, City; Areas
US Fish and Wildlife Service
US Forest Service
Colorado
Utah
0 8.5 17 Miles
Poncha Pass
Gunnison Basin
Crawford
Cerro Summit-Cimarron-Sims Mesa
San Miguel Basin
Pinon Mesa
Monticello-Dove Creek

BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS 3-111
AUGUST 2016

BLM_0027755



### Public Lands Not Designated as Recreation Management Areas

BLM field offices with land use plans older than 2011 previously designated all acres of the field office not allocated as an SRMA as one or more ERMAs. Current policy now allows for a third consideration relative to Recreation and Visitor Services allocations, "Public Lands Not Designated as Recreation Management Areas." Public lands that are not designated as RMAs (undesignated lands) are managed to meet basic Recreation and Visitor Services (R&VS) and resource stewardship needs. Recreation is not emphasized on these lands; however, recreation activities may occur, except on those lands closed to public use. The R&VS are managed to allow recreation uses that are not in conflict with the primary uses of these lands.

While there are currently only 63,298 acres of undesignated lands in the decision area, future RMPs associated with the decision area would likely increase that number. Table 3.56 and Figure 3.44 illustrate the current undesignated lands in the Moab FO (which are located within a Wilderness area) and undesignated lands in the Grand Junction FO.

**Table 3.56 - BLM Lands with GUSG Habitat Not Designated as Recreation Management Areas**

| BLM UNIT | ACRES TOTAL |
|---|---|
| GRAND JUNCTION FO | 62,190 |
| Occupied Habitat | 10,521 |
| Unoccupied Habitat | 51,669 |
| MOAB FO | 1,108 |
| Unoccupied Habitat | 1,108 |
| **Total** | **63,298** |

Note: Acres are rounded to the nearest whole number.
Source: BLM 2015

BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016

CHAPTER 3 - AFFECTED ENVIRONMENT

Figure 3.44 - BLM Lands with GUSG Habitat Not Designated as Recreation Management Areas

**Areas Not Designated as Recreation Management Areas on BLM-Administered Lands within GUSG Habitat (Map 3.2)**

Areas Not Designated
Bureau of Land Management
National Park Service
Other Federal
Private
State
State, County, City; Areas
US Forest Service

**Planning Area Habitat Status**

Occupied
Unoccupied

MOAB FIELD OFFICE
GRAND JUNCTION FIELD OFFICE
Colorado
Utah
0 2 4 8 Miles
Sources: Esri, DeLorme, USGS, NPS, Sources: Esri, USGS, NOAA

NOTE TO MAP USER
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA.

3-113

BLM_0027757

## SPECIAL RECREATION PERMITS

Special Recreation Permits (SRPs) are authorizations that allow specific recreational uses of the public lands and related waters. SRPs are issued under the authority of the Federal Lands Recreation Enhancement Act. They are issued as a means to:

- Support recreation planning goals to provide experience and beneficial outcomes to the public.
- Manage visitor use and reduce user conflicts.
- Protect natural and cultural resources.
- Provide for public health and safety.
- Educate and communicate with the public.
- Provide a mechanism to accommodate commercial recreation uses, and
- Obtain a fair value and return for the commercial use of public land.

The objective of the BLM recreation permitting system is to satisfy recreational demand within allowable use levels in an equitable, safe, and enjoyable manner while minimizing adverse resource impacts and user conflicts. By issuing SRPs, BLM authorizes permittees the use of public lands and/or related waters for specific recreational purposes; a privilege that is subject to the terms and conditions of the permit. Recreation permits are administered in a manner that is consistent with management objectives determined in RMPs, Recreation Area Management Plans, or in their absence, through recreation management objectives resulting from analysis of resources and visitor use in each area (H-2930-1, 2014).

SRPs are issued for various commercial, competitive, and organized non-commercial activities on BLM-administered lands. Within the decision area, SRPs are issued for such things as guided hunting and fishing, off-road vehicle tours, mountain bike tours, horseback rides, races, vendors, river outfitting, and numerous other activities. (See Table 3.57.) The greatest number and variety of SRPs in GUSG habitat are in the Gunnison FO. Within the satellite populations, the most common type of SRP issued in GUSG habitat is for Big Game hunting. No SRPs have been issued on BLM-administered lands related to GUSG viewing.

### Table 3.57 - Special Recreation Permits in the Decision Area

| | SPECIAL RECREATION PERMIT TYPES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Decision Area BLM Unit | Big Game Hunting | Mountain Lion Hunting | Mountain Biking | Horse-back Riding | Hiking/ Foot Racing | Rock Climbing | Fishing | Education | OHV Touring | Photography | Row/ Float/ Raft |
| Gunnison FO | 10 | 4 | 9 | 6 | 8 | 10 | 6 | | 2 | 1 | 2 |
| Grand Junction FO | 3 | 5 | N/A | N/A | N/A | 4 | N/A | 1 | N/A | N/A | N/A |
| San Luis Valley FO | 1 | 2 | 1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Uncompahgre FO | 8* | 6* | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Tres Rios FO | 6 | 7 | 1 | 2 | N/A | N/A | N/A | 1 | 1 | N/A | N/A |
| Monticello FO | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Moab FO | 19 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Canyons of the Ancients NM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Dominguez-Escalante NCA | 2 | 4 | 1 | N/A | N/A | 1 | N/A | 2 | 1 | N/A | N/A |
| McInnis Canyons NCA | 2 | 5 | N/A | N/A | N/A | N/A | N/A | 2 | N/A | N/A | N/A |
| Gunnison Gorge NCA | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**Source BLM**
****13 SRPs in Uncompahgre FO are for both big game and mountain lion hunting.**

## TOURISM

Some of the fastest-growing segments of the travel and tourism industry—outdoor recreation, nature, adventure, and heritage tourism—are also key components of BLM-managed public lands. Recreation and tourism are significant economic drivers, and are identified together as one of the top three industries in the twelve western states where the vast majority of BLM public lands are located.

The BLM works with the tourism industry and gateway communities to:

- Encourage development of sustainable travel and tourism within gateway communities and support community-based conservation;
- Emphasize BLM outdoor recreation, National Conservation Lands, and heritage tourism attractions that influence the social, economic, and environmental interests of gateway communities;
- Improve BLM relationships with community, state, and individual travel and tourism partners to stimulate public involvement with the public lands; and
- Sustain social, economic, and environmental viability of rural communities, including communicating a sustainable stewardship message to those communities and their visitors.

BLM involvement with the tourism industry is important to enhancing the quality of life within communities, where there is interest in expanding outdoor recreation-based tourism, nature-based tourism, and heritage-based tourism. Working with tourism partners, in turn, can help protect natural and heritage resources on public lands, as well as provide critical economic opportunities in local communities.

Home to the principal GUSG population, the Gunnison Basin annually hosts tourists associated with a GUSG festival, which attracts birders and other enthusiasts for wildlife watching (especially the GUSG's unique lek display behavior), as well as educational forums and other activities (Sisk-a-dee website 2015).

## DEVELOPED RECREATION FACILITIES

Within the decision area and GUSG habitat, developed recreation sites and facilities have been constructed in order to enhance recreational opportunities, protect resources, manage activities, and reduce user conflicts. These developments range from campgrounds, to trailheads with simple bulletin boards, to developed river access sites. Many of these developments are located within SRMAs, where the BLM has made a commitment to the unique values, importance, and distinctiveness of the recreational opportunities in those areas.

There are 15 developed recreation sites located in GUSG habitat on BLM-managed lands (as shown in Table 3.58 and Figure 3.45).

### Table 3.58 - BLM Recreation Sites in the Decision Area

| POPULATION AREA/ HABITAT TYPE/SITE | NUMBER OF SITES |
|---|---|
| GUNNISON BASIN – 7 | |
| **Occupied Habitat** | **3** |
| Recreation Areas | 2 |
| • Cochetopa Canyon Recreation Area<br>• Hartman Rocks Recreation Area | |
| Trailheads | 1 |
| • Mill Creek Trailhead (North) | |
| **Unoccupied Habitat** | **4** |
| Campgrounds/Camping | 2 |
| • Cebolla Creek Campground<br>• Red Bridge Campground | |
| Recreation Sites | 2 |
| • Gateview Recreation Site<br>• The Gate Recreation Site | |
| PIÑON MESA – 7 | |
| **Unoccupied Habitat** | **7** |
| Recreation Sites | 4 |
| • Cactus Park Recreation Site<br>• Miracle Rock Recreation Site<br>• Mud Springs Recreation Site<br>• Pot Holes Recreation Site | |
| Trailheads | 3 |
| • Cactus Park Wilderness Trailhead<br>• Jones Canyon Trailhead<br>• Knowles Canyon Trailhead | |
| PONCHA PASS – 1 | |
| **Occupied Habitat** | **1** |
| Campgrounds/Camping | 1 |
| • Dorsey Creek Parking & Camping | |
| **Total Recreation Sites** | **15** |

Case No. 1:20-cv-02484-MSK Document 34-5 filed 04/27/21 USDC Colorado pg 82 of 131

**Figure 3.45 - BLM Recreation Sites in or Adjacent to the Planning Area**

BLM_0027762

### TRENDS

Nationally, people enjoy all the benefits available from our federal public lands, but the way that society recreates is changing. Across the country, fewer and fewer two week vacations are being taken. Instead, people are opting for closer and shorter "weekend" getaways that offer opportunities to experience these natural wonderlands (FICOR website 2015).

One of the top reasons people choose to live in Colorado and Utah are both states' clean environment, access to public lands and outdoor recreation opportunities, and residents' ability to maintain a healthy, outdoor lifestyle. Considering population growth projections, and the likelihood of new residents sharing these same outdoor-focused priorities, land managers will face trade-offs between promoting recreational opportunities while managing natural resources to maintain their integrity (CO SCORP 2014).

## COMMUNITY-BASED RECREATION

An increasing number of people are living near, or seeking out, BLM-administered lands for a diversity of recreational opportunities characterized by the "mountain resort or outdoor lifestyle." Because the planning area is a year-round place to live and work, BLM-administered lands are experiencing an increase in demand for recreational use.

Visitation and use near local communities is expected to continue to grow. Many local communities in the planning area are bordered by public lands, which are used as "backyard" recreation areas by local residents. As urbanization increases, so too does expansion into the Wildland Urban Interface, which may pose increased threats for GUSG conservation efforts from increased outdoor recreation use and other resource concerns characteristic of the Wildland Urban Interface, such as loss of habitat and habitat fragmentation.

## RECREATION PARTICIPATION

The decision area consists primarily of the central Colorado mountain region. According to the 2014 Colorado SCORP, most Colorado residents stay within their region of residence to recreate, however, there is an increasing willingness of Coloradans to travel. Most overnight visits within the state come from residents in the major cities of the Front Range. This region is expected to see the largest population growth in the decades ahead, which will also affect the public lands within the decision area (CO SCORP 2014).

Participation in outdoor recreation on public lands within the planning and decision areas will likely increase at a greater rate than national averages, due partially to

higher-than-average population growth in the mountain west, combined with the increasingly popular outdoor lifestyle that the planning area is renowned for. In Colorado, for example, a majority of residents expect to greatly increase their outdoor recreation participation over the next five years (CO SCORP 2014). On BLM-managed lands in the planning area, recreational use has steadily increased in recent years and that trend is expected to continue. Local residents, and visitors alike, will continue to seek easy access to public lands for shorter use periods (such as after-work trail runs or bike rides and weekend getaways, etc.), combined with increasing interest in lower-elevation, community-based recreation on public lands. Trends can also be seen for some of the more common recreational pursuits on BLM lands in the planning area, including:

### OHV Riding

The most popular recreational activity on BLM-managed lands in the planning area is Off-Highway Vehicle riding, with over 26 million participants in Colorado alone over the last 15 years (RMIS 2015). OHV use has steadily increased, especially for All-Terrain Vehicles (ATV'S) and Off-Highway Motorcycles. The one exception to an increase in OHV use is for snowmobiling, which continues a decade-long decline in participation (CO SCORP2014). The Colorado Off-Highway Vehicle Coalition (COHVCO) reported that OHV registrations increased 145% between 2001 and 2008. In 2008, they reported that over 184,000 resident households likely participated in some sort of motorized recreation in the 2007-08 season in Colorado and nearly 30,000 non-resident households also traveled to Colorado to participate in motorized recreation. (COHVCO 2009).

### Hiking/Walking/Running

The second most popular activity on BLM-managed lands in the planning area is non-motorized/mechanical trail use (RMIS 2015). Trails in the planning area are a stated necessity, especially in Colorado, and seeking greater connectivity between communities and associated public lands will continue for the foreseeable future.

### Mountain Biking

The mountain west is the epicenter of mountain biking popularity. Nationally, there are more than 40 million participants in this region alone (IMBA website 2015). Mountain biking ranks as the 17th most common pursuit of adults in Colorado, and biking of all types is the #1 recreational activity of youth in Colorado aged 6-18 (CO SCORP). On BLM-managed lands in the planning area, mountain biking ranks as the 3rd most common activity in Colorado. Mountain biking has the 17th largest amount of outdoor recreation participation (which also includes water-based recreation), according to the 2014 CO SCORP.

According to Singletracks.com (2015), as of 2012, Colorado had more miles (over 5 thousand) of mountain bike trail, more than any other state in the nation. Other places in the planning area, such as Moab, Utah are international destinations for mountain biking opportunities.

### Big Game Hunting

Though still very popular on BLM lands within the planning area, big game hunting has generally declined since a high in 1998 for license holders in Colorado. That decline can be attributed to a couple of reasons; one being a reduction in available licenses themselves, which recognizes that there is more demand than supply available for that use. The second reason is that a majority of hunters are between the ages of 47 and 57 years old, and as hunters age and stop hunting, there continues to be less recruitment of younger hunters to replace them. That said, the majority of big game hunting in Colorado takes place within the planning area, where 53 percent of the state's big game hunting activity takes place on the western slope, and another 24 percent occurs in the South Central region. A similar trend is seen with wildlife viewing. (CPW strategic plan 2015).

### Other Outdoor Recreation Pursuits in the Planning Area

Nationally, horseback riding remains steady in the number of user days, but has fallen slightly with actual numbers of participants nationwide. Wildlife watching, viewing scenery, and experiencing the heritage/history/culture of lands associated with the planning area are expected to increase, especially with the aging of the population.

## RECREATION PRIORITIES

According to the 2014 Utah and Colorado SCORPs, in southeastern Utah citizens reported the greatest need for more OHV riding areas. In Colorado, dirt trails were identified as extremely important and a primitive setting with basic amenities was preferred over highly developed recreation areas. It is expected that priorities will be responsive to population changes over time, the needs of communities and the associated network of service providers, and evolving outdoor recreation pursuits and technologies.

### Changing Technologies

The current revolution in outdoor recreation-related innovation is unlikely to stop any time soon, if ever. Emerging technologies in recent years are challenging land managers to characterize new uses and technologies through traditional definitions, such as 'motorized', 'non-motorized', 'mechanized', 'quiet use' 'solitude', etc. So-called 'typical' or 'traditional' recreation uses of BLM lands are rapidly expanding to include such things as all-terrain Segway's, electric motorcycles that make essentially

no sound, hikers with robotic-assisted exoskeletons, electric-motor bicycles, extreme jeeps, fat-tire bicycles that can travel on all types of terrain (including snow), zorbing (rolling down a mountainside in a giant transparent plastic ball), miniature airplanes, squirrel suits, jet packs, and the list continuously grows.

# 3.10. TRAVEL & TRANSPORTATION MANAGEMENT

## INDICATORS

The following indicators are used to describe the existing condition related to travel and transportation management. These indicators will also be used to analyze the impacts of the preferred alternative and other alternatives on the travel and transportation management systems:

- Change in the types of allowable uses occurring on transportation routes in GUSG habitat.
- Change in the number of acres designated as open, limited, or closed to motorized travel.
- Change in the number of acres where new route development would be allowed.

## EXISTING CONDITIONS

### 3.10.1. Conditions within the Decision Area

Travel management is integral to many activities taking place on public lands. Consideration of a comprehensive travel and transportation network involves all aspects of road and trail system planning and management; taking into account road and trail locations, system users, and other natural resource management objectives. The transportation system in the decision area consists of federal and state highways, paved and unpaved local roads, as well as unpaved primitive roads and trails. As a side-effect of travel management planning, and because they still represent some level of impact, closed routes are also identified in the decision area. Many, if not most, primitive roads are inherited, user-created routes (versus engineered or designed and constructed routes). These routes may be sustainable or not and maintenance actions and frequency of maintenance likely contribute to that sustainability. There are no railroads or backcountry airstrips located on BLM-administered lands within the decision area.

The largest contiguous concentration of GUSG habitat is located in the Gunnison Basin. GUSG habitat areas in the remainder of the decision area are generally smaller and less contiguous. Transportation routes are mainly concentrated around communities, recreation areas, or where surface activities (such as energy development or other extractive uses) require access. Parts of the decision area are

BLM_0027767

remote and rugged, with limited opportunity for travel on roads and trails in those areas.

Table 3.59 through Table 3.62 display data compiled by the BLM that provides a relatively coarse estimate of road and trail mileage and acreage on BLM-managed lands within the decision area by population both within GUSG Occupied Habitat and Unoccupied Habitat and Non-Habitat Areas outside of GUSG habitat.

Figure 3.46 through Figure 3.52 graphically illustrate roads on BLM-managed lands within the decision area. 'Closed' roads and trails are those that have been inventoried in a Travel Management Plan and have been determined to not be necessary for the transportation system. Roads and trails categorized as 'unauthorized' are non-system routes (either missed in a previous inventory, or more likely recently created) that have been identified outside of a Travel Management Planning process. Roads and trails categorized as 'unknown' are linear features that exist on the ground, however the data collector (BLM or typically some other local, state, or other federal agency) did not characterize the road or trail by type or jurisdiction in GIS). Unknown roads are assumed to be open to the public.

**Table 3.59 - Miles of Road on BLM-Administered Lands within GUSG Habitat by Population**

| POPULATION/HABITAT TYPE/ ROAD TYPE | MILES OF ROAD |
|---|---|
| **Cerro Summit-Cimarron-Sims Mesa** | **110** |
| Non-Habitat Area | 26 |
| Open | 26 |
| Occupied Habitat | 37 |
| Closed | 2 |
| Open | 34 |
| Unoccupied Habitat | 48 |
| Administrative Use Only | 0 |
| Closed | 9 |
| Limit-Type | 3 |
| Open | 36 |
| **Crawford** | **159** |
| Occupied Habitat | 111 |
| Open | 111 |
| Unoccupied Habitat | 49 |
| Open | 49 |
| **Gunnison Basin** | **2,329** |
| Non-Habitat Area | 16 |
| Closed | 0 |
| Open | 16 |
| Occupied Habitat | 1,994 |
| Administrative Use Only | 29 |
| Closed | 1,102 |
| Open | 862 |
| Unoccupied Habitat | 320 |
| Administrative Use Only | 7 |
| Closed | 168 |
| Open | 144 |
| **Monticello-Dove Creek** | **524** |
| Non-Habitat Area | 40 |
| Open | 40 |
| Occupied Habitat | 26 |
| Open | 26 |
| Unauthorized | 0 |

| POPULATION/HABITAT TYPE/ ROAD TYPE | MILES OF ROAD |
|---|---|
| Unoccupied Habitat | 459 |
| Open | 459 |
| **Piñon Mesa** | **289** |
| Non-Habitat Area | 27 |
| Open | 9 |
| Unknown | 18 |
| Occupied Habitat | 29 |
| Open | 0 |
| Unknown | 29 |
| Unoccupied Habitat | 232 |
| Open | 127 |
| Unknown | 106 |
| **Poncha Pass** | **131** |
| Non-Habitat Area | 3 |
| Closed | 0 |
| Open | 3 |
| Occupied Habitat | 60 |
| Closed | 21 |
| Limit-Type | 2 |
| Open | 33 |
| Unauthorized | 4 |
| Unoccupied Habitat | 69 |
| Closed | 9 |
| Open | 46 |
| Unauthorized | 13 |
| **San Miguel Basin** | **464** |
| Non-Habitat Area | 88 |
| Open | 88 |
| Occupied Habitat | 377 |
| Open | 377 |
| **Total Miles** | **4,008** |

Note: Miles are rounded to the nearest whole number.
Source: BLM 2015

**Table 3.60 - Acres of Road on BLM-Administered Lands within GUSG Habitat by Population**

| POPULATION/HABITAT TYPE/ ROAD STATUS | ACRES[1] OF ROAD |
|---|---|
| Cerro Summit-Cimarron-Sims Mesa | 424 |
| OCCUPIED HABITAT | 244 |
| Closed | 4 |
| Open | 240 |
| UNOCCUPIED HABITAT | 180 |
| Administrative Use Only | 0 |
| Closed | 14 |
| Limit-Type | 4 |
| Open | 162 |
| Crawford | 905 |
| OCCUPIED HABITAT | 211 |
| Open | 211 |
| UNOCCUPIED HABITAT | 694 |
| Open | 694 |
| Gunnison Basin | 9,283 |
| OCCUPIED HABITAT | 7,537 |
| Administrative Use Only | 54 |
| Closed | 2,135 |
| Open | 5,348 |
| UNOCCUPIED HABITAT | 1,745 |
| Administrative Use Only | 12 |
| Closed | 305 |
| Open | 1,429 |
| Monticello-Dove Creek | 3,285 |
| OCCUPIED HABITAT | 1,099 |
| Open | 1,098 |
| Unauthorized | 1 |
| UNOCCUPIED HABITAT | 2,186 |
| Open | 2,186 |
| Piñon Mesa | 1,159 |
| OCCUPIED HABITAT | 190 |
| Open | 190 |
| UNOCCUPIED | 969 |
| Open | 969 |
| Poncha Pass | 384 |
| OCCUPIED HABITAT | 169 |
| Closed | 39 |

Case No. 1:20-cv-02484-MSK Document 34-5 filed 04/27/21 USDC Colorado pg 92 of 131

| POPULATION/HABITAT TYPE/ ROAD STATUS | ACRES[1] OF ROAD |
|---|---|
| Limit-Type | 4 |
| Open | 112 |
| Unauthorized | 14 |
| UNOCCUPIED HABITAT | 216 |
| Closed | 16 |
| Open | 176 |
| Unauthorized | 23 |
| San Miguel Basin | 1,503 |
| OCCUPIED HABITAT | 1,261 |
| Open | 1,261 |
| UNOCCUPIED HABITAT | 242 |
| Open | 242 |
| **Grand Total** | **16,943** |

[1]Assumes an approximate footprint of 240 feet for interstate highways, 80 feet for primary and secondary highways, 40 feet for county roads, and 12 feet for BLM roads.
Note: Miles are rounded to the nearest whole number.
Source: BLM 2015

BLM_0027772



CHAPTER 3 - AFFECTED ENVIRONMENT

Roads Within GUSG Habitat (Map 3.3.1)
Cimarron/Cerro/Sims Mesa Population
Montrose
550
MONTROSE
50
Gunnison River
GUNNISON FIELD OFFICE
UNCOMPAHGRE FIELD OFFICE
OURAY
0 1 2 4 Miles
Utah
Colorado
Sources: Esri, USGS, NOAA
Primary Highway
Secondary Highway
County Road
BLM Unknown
Other
Bureau of Land Management
Bureau of Reclamation
National Park Service
Private
State, County, City; Areas
US Forest Service
Planning Area Habitat Status
Occupied
Unoccuppied
N
NOTE TO MAP USER
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA.

Figure 3.46 - Roads within GUSG Habitat: Cerro Summit-Cimarron-Sims Mesa Population

BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016
3-129

BLM_0027773





CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.47 - Roads within GUSG Habitat: Crawford Population**

Roads Within GUSG Habitat (Map 3.3.2)
Crawford Population
Gunnison River
DELTA
MONTROSE
UNCOMPAHGRE FIELD OFFICE
GUNNISON
Montrose
50
0 2 4 8 Miles
Utah
Colorado
Sources: Esri, USGS, NOAA
Secondary Highway
County Road
BLM Primitive Road
BLM Road
BLM Unknown
4WD Road
FS Road
Other
Bureau of Land Management
National Park Service
Other Federal
Private
State, County, City; Areas
US Forest Service
Planning Area Habitat Status
Occupied
Unoccuppied
N
NOTE TO MAP USER
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA.

3-130 BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS AUGUST 2016

BLM_0027774



CHAPTER 3 - AFFECTED ENVIRONMENT

Roads Within GUSG Habitat (Map 3.3.3)
Gunnison Population
GUNNISON FIELD OFFICE
Buena Vista
24
DELTA
ROYAL GORGE FIELD OFFICE
285
UNCOMPAHGRE FIELD OFFICE
CHAFFEE
MONTROSE
Montrose
Gunnison River
50
GUNNISON
SAGUACHE
550
OURAY
SAN LUIS VALLEY FIELD OFFICE
Utah
Colorado
HINSDALE
0
5
10
20 Miles
Ouray
Sources: Esri, USGS, NOAA
Primary Highway
Secondary Highway
County Road
BLM Primitive Road
BLM Road
BLM Unknown
4WD Road
FS Road
Other
Bureau of Land Management
Bureau of Reclamation
National Park Service
Other Federal
Private
State
State, County, City; Areas
US Forest Service
Planning Area Habitat Status
Occupied
Unoccupied
N
NOTE TO MAP USER
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA.

Figure 3.48 - Roads within GUSG Habitat: Gunnison Basin Population

BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016

3-131

BLM_0027775

CHAPTER 3 - AFFECTED ENVIRONMENT

Roads Within GUSG Habitat (Map 3.3.4)
Monticello-Dove Creek Population
East Cyn
Dolores River
SAN MIGUEL
Monticello
491
MONTICELLO FIELD OFFICE
TRES RIOS FIELD OFFICE
DOLORES
Recapture Creek
Montezuma Creek
191
SAN JUAN
MONTEZUMA
Utah
Colorado
0
3
6
12 Miles
Sources: Esri, USGS, NOAA
Primary Highway
Secondary Highway
County Road
BLM Primitive Road
BLM Unknown
4WD Road
Other
Bureau of Land Management
Bureau of Reclamation
Indian Reservation
National Park Service
Other Federal
Private
State
State, County, City; Areas
US Forest Service
Planning Area Habitat Status
Occupied
Unoccupied
N
NOTE TO MAP USER
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA

Figure 3.49 - Roads within GUSG Habitat: Monticello-Dove Creek Population

3-132
BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016

BLM_0027776



BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016

Roads Within GUSG Habitat (Map 3.3.5)
Pinon Mesa Population
Colorado River
Grand Junction
GRAND
MESA
Gunnison River
Dolores River
MOAB FIELD OFFICE
GRAND JUNCTION FIELD OFFICE
UNCOMPAHGRE FIELD OFFICE
0 3 6 12 Miles
Utah
Colorado
Sources: Esri, USGS, NOAA
Secondary Highway
County Road
BLM Primitive Road
BLM Road
BLM Unknown
FS Road
Other
Bureau of Land Management
Bureau of Reclamation
National Park Service
Other Federal
Private
State
State, County, City; Areas
US Forest Service
Planning Area Habitat Status
Occupied
Unoccupied
N
NOTE TO MAP USER
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA

Figure 3.50 - Roads within GUSG Habitat: Piñon Mesa Population

CHAPTER 3 - AFFECTED ENVIRONMENT

3-133

BLM_0027777



CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.51 - Roads within GUSG Habitat: Poncha Pass Population**

Roads Within GUSG Habitat (Map 3.3.6)
Poncha Pass Population
CHAFFEE
285
ROYAL GORGE FIELD OFFICE
SAN LUIS VALLEY FIELD OFFICE
SAGUACHE
50
Villa Grove
285
Utah
Colorado
0 1 2 4 Miles
Sources: Esri, USGS, NOAA
Primary Highway
County Road
BLM Unknown
Other
Bureau of Land Management
Private
State
US Forest Service
Planning Area Habitat Status
Occupied
Unoccupied
N
NOTE TO MAP USER
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA

3-134

BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016

BLM_0027778



CHAPTER 3 - AFFECTED ENVIRONMENT

Roads Within GUSG Habitat (Map 3.3.7)
San Miguel Basin Population
MONTROSE
OURAY
Norwood
SAN MIGUEL
UNCOMPAHGRE FIELD OFFICE
TRES RIOS FIELD OFFICE
Dolores River
DOLORES
Utah
Colorado
0 2 4 8 Miles
Sources: Esri, USGS, NOAA
Secondary Highway
County Road
BLM Road
BLM Unknown
4WD Road
FS Road
Other
Bureau of Land Management
Private
State
State, County, City; Areas
US Forest Service
Planning Area Habitat Status
Occupied
Unoccupied
N
NOTE TO MAP USER
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATE USE WITH OTHER DATA

Figure 3.52 - Roads within GUSG Habitat: San Miguel Basin Population

BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016
3-135

BLM_0027779

**Table 3.61 - Miles of Trail on BLM-Administered Lands by GUSG Population Area**

| POPULATION/HABITAT TYPE/TRAIL TYPE | TRAIL MILES |
|---|---|
| Cerro Summit-Cimarron-Sims Mesa | 2 |
| Unoccupied Habitat | 2 |
| Bicycle | 2 |
| Gunnison Basin | 53 |
| Occupied Habitat | 50 |
| Bicycle | 9 |
| Foot Only | 2 |
| Motorcycle | 39 |
| Trail-Unknown Use | 1 |
| Unoccupied Habitat | 2 |
| Foot Only | 2 |
| Horseback/Foot | 1 |
| Piñon Mesa | 72 |
| Occupied Habitat | 2 |
| Trail-Unknown Use | 2 |
| Unoccupied Habitat | 70 |
| ATV | 6 |
| Bicycle | 7 |
| Foot Only | 21 |
| Horseback/Foot | 10 |
| Motorcycle | 3 |
| Trail-Unknown Use | 22 |
| Poncha Pass | 2 |
| Occupied Habitat | 2 |
| ATV | 1 |
| Trail-Unknown Use | 1 |
| San Miguel Basin | 0 |
| Unoccupied Habitat | 0 |
| Horseback/Foot | 0 |
| **TOTAL MILES** | **128** |

Note: Miles are rounded to the nearest whole number.
Source: BLM 2015

**Table 3.62 - Acres of Trail on BLM-Administered Lands by GUSG Population Area**

| GUSG POPULATION/HABITAT/TRAIL USE | ACRES[1] OF TRAIL |
|---|---|
| Cerro Summit-Cimarron-Sims Mesa | 0 |
| UNOCCUPIED HABITAT | 0 |
| Bicycle | 0 |
| Gunnison Basin | 13 |
| OCCUPIED HABITAT | 12 |
| Bicycle | 2 |
| Foot Only | 0 |
| Motorcycle | 9 |
| Trail-Unknown Use | 0 |
| UNOCCUPIED HABITAT | 1 |
| Foot Only | 0 |
| Horseback/Foot | 0 |
| Piñon Mesa | 19 |
| OCCUPIED HABITAT | 0 |
| Trail-Unknown Use | 0 |
| UNOCCUPIED HABITAT | 18 |
| ATV | 3 |
| Bicycle | 2 |
| Foot Only | 5 |
| Horseback/Foot | 3 |
| Motorcycle | 1 |
| Trail-Unknown Use | 5 |
| Poncha Pass | 1 |
| OCCUPIED HABITAT | 1 |
| ATV | 0 |
| Trail-Unknown Use | 0 |
| San Miguel Basin | 0 |
| UNOCCUPIED HABITAT | 0 |
| Horseback/Foot | 0 |
| **TOTAL ACREAGE** | **32** |

[1] Assumes an approximate footprint of 2 feet for singletrack trails and 4 feet for ATV trails.
Note: Miles are rounded to the nearest whole number.
Source: BLM 2015

## 3.10.2. Conditions on BLM-Administered Lands

GUSG Habitat and Non-Habitat Areas within four miles of a lek are generally accessible on BLM-administered lands via an extensive network of roads and trails. Travel surfaces range from paved roads, to primitive dirt roads only accessible by high clearance four-wheel drive vehicles and Off-Highway Vehicles (OHVs), to single-track trails accessible by foot, bike, horseback, and motorcycles.

### OHV DESIGNATIONS

Executive Order 11644 and CFR (43 CFR Part 8340) both require the BLM to designate all BLM lands nationally as open, closed, or limited for OHV use. Per the BLM's regulations for OHV management, all BLM lands must be designated in one of three OHV categories; open, limited or closed.

**Open areas** are those where cross-country travel by OHV is allowed.

**Limited areas** are those where the BLM imposes certain restrictions on motorized use, such as to existing roads and trails, designated roads and trails, particular types of vehicles, or specific seasons of use.

**Closed areas** are those where OHV use is prohibited.

With the exception of three BLM units currently in the final stages of land use plan revisions (Grand Junction FO, Uncompahgre FO, and Dominguez-Escalante NCA), all of the units within the planning area have completed the task of designating travel areas.

Table 3.63 summarizes the acreage of open, limited, and closed OHV areas in GUSG habitat by population for each of the eleven BLM units, including the National Landscape Conservation System (NLCS) areas within the units. As shown in this table, the vast majority of BLM-administered lands with GUSG habitat in the decision area are available for OHV use under the 'limited' designation. Only a small portion of BLM-administered lands within GUSG habitat are available as 'open' or 'closed' to OHV use.

### Table 3.63 - OHV Travel Designations in the Decision Area by GUSG Population

| POPULATION/HABITAT TYPE/ AREA DESIGNATION | OHV DESIGNATION IN ACRES | PERCENT OF POPULATION TOTAL |
|---|---|---|
| **Cerro Summit-Cimarron-Sims Mesa** | **20,700** | **3%** |
| Non-Habitat | 11,373 | 55% |
| Closed | 23 | 0% |
| Limited | 11,349 | 100% |
| Occupied Habitat | 4,376 | 21% |
| Limited | 4,376 | 100% |
| Unoccupied Habitat | 4,951 | 24% |
| Limited | 4,951 | 100% |
| **Crawford** | **25,608** | **4%** |
| Non-Habitat | 5 | 0% |
| Limited | 5 | 100% |
| Occupied Habitat | 16,761 | 65% |
| Closed | 0 | 0% |
| Limited | 16,761 | 100% |
| Unoccupied Habitat | 8,842 | 35% |
| Limited | 8,842 | 100% |
| **Gunnison Basin** | **378,003** | **55%** |
| Non-Habitat | 12,007 | 3% |
| Closed | 272 | 2% |
| Limited | 11,735 | 98% |
| Occupied Habitat | 302,024 | 80% |
| Closed | 747 | 0% |
| Limited | 301,277 | 100% |
| Unoccupied Habitat | 63,972 | 17% |
| Closed | 5,023 | 8% |
| Limited | 58,949 | 92% |
| **Monticello-Dove Creek** | **64,736** | **9%** |
| Non-Habitat | 25,087 | 39% |
| Closed | 2,120 | 8% |
| Limited | 22,967 | 92% |
| Occupied Habitat | 8,059 | 13% |
| Limited | 8,059 | 100% |
| Unoccupied Habitat | 31,590 | 48% |
| Closed | 12 | 0% |

| POPULATION/HABITAT TYPE/ AREA DESIGNATION | OHV DESIGNATION IN ACRES | PERCENT OF POPULATION TOTAL |
|---|---|---|
| Limited | 31,590 | 100% |
| **Piñon Mesa** | **94,547** | **14%** |
| Non-Habitat | 24,579 | 26% |
| Closed | 13,734 | 56% |
| Limited | 10,846 | 44% |
| Open | 0 | 0% |
| Occupied Habitat | 12,240 | 13% |
| Closed | 146 | 1% |
| Limited | 12,093 | 99% |
| Unoccupied Habitat | 57,728 | 61% |
| Closed | 13,635 | 24% |
| Limited | 44,093 | 76% |
| Open | 0 | 0% |
| **Poncha Pass** | **25,143** | **4%** |
| Non-Habitat | 736 | 3% |
| Limited | 487 | 66% |
| Open | 248 | 34% |
| Occupied Habitat | 9,617 | 38% |
| Limited | 6,915 | 72% |
| Open | 2,678 | 28% |
| Unknown | 24 | 0% |
| Unoccupied Habitat | 14,790 | 59% |
| Limited | 14,768 | 100% |
| Unknown | 21 | 0% |
| **San Miguel Basin** | **76,442** | **11%** |
| Non-Habitat | 40,629 | 53% |
| Closed | 6,821 | 17% |
| Limited | 33,809 | 83% |
| Occupied Habitat | 35,812 | 47% |
| Closed | 205 | 1% |
| Limited | 35,607 | 99% |
| **Total Acreage** | 685,178 | **100%** |

BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016

CHAPTER 3 - AFFECTED ENVIRONMENT

Off-Highway Vehicle Designations within the GUSG Decision Area
Date: 1/6/2016
BLM Field Office Boundary
USA State Boundaries
Counties
Rivers
Non-Habitat
Occupied Habitat
Unoccupied Habitat
OHV Designation
Closed
Limited
Open
Bureau of Land Management
Bureau of Reclamation
Indian Reservation
Military Reservation
National Park Service
Other Federal
Private
State
State, County, City; Areas
US Fish and Wildlife Service
US Forest Service
Utah
Colorado
0 5 10 20 Miles
N
NOTE TO MAP USER
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA.
Pinon Mesa
Crawford
Cerro Summit-
Cimarron-Sims Mesa
Gunnison Basin
Poncha Pass
San Miguel Basin
Monticello-
Dove Creek
Moab Field Office
Grand Junction Field Office
Colorado River Valley Field Office
Uncompahgre Field Office
Gunnison Field Office
Royal Gorge Field Office
San Luis Valley Field Office
Tres Rios Field Office
Monticello Field Office
UINTAH
RIO BLANCO
GARFIELD
EAGLE
SUMMIT
PITKIN
LAKE
PARK
GRAND
MESA
DELTA
GUNNISON
CHAFFEE
MONTROSE
SAN JUAN
SAN MIGUEL
HINSDALE
SAGUACHE
DOLORES
MINERAL
RIO GRANDE
ALAMOSA
MONTEZUMA
LA PLATA
ARCHULETA
CONEJOS
Moab
La Sal
Monticello
Dolores
Telluride
Gunnison
Aspen
Leadville
Buena Vista
Salida
Utah
Colorado
Arizona
New Mexico
70
6
24
50
285
191
550
491
160B
160
84
64

Figure 3.53 - Off-Highway Vehicle Designations within the Decision Area

3-141

BLM_0027785

## TRAVEL MANAGEMENT PLANNING

Within the BLM, travel management planning can be considered to take place in three phases: inventory, designation, and implementation. During the inventory phase, the BLM completes an inventory of all routes within a planning area. During the designation phase, the BLM designates a route system within a planning area through a NEPA process. The implementation phase includes route rehabilitation (including restoration of closed or unauthorized routes), signing, and enforcement. Within the planning area, one of the eleven BLM units is solely engaged in inventory (Tres Rios FO), one is solely engaged in designation (Dominguez-Escalante NCA), two units are engaged in a combination of designation and implementation (Uncompahgre and Grand Junction FOs), and seven units are in the implementation phase (McInnis Canyons and Gunnison Gorge NCAs, Canyons of the Ancients NM, and Gunnison, San Luis Valley, Moab, and Monticello FOs).

### TRENDS

The BLM is currently in the process of moving away from an 'open-system' of travel management in favor of a Comprehensive Travel and Transportation Management system (CTTM). CTTM planning has become a major priority for the BLM, since extensive cross-country travel can impact natural and cultural resources, and can fragment habitat. CTTM is the proactive management of public access, natural resources, and regulatory needs to ensure that all aspects of road and trail system planning and management are considered. This includes resource management, road and trail design, rehabilitation, and recreation and non-recreation uses of the roads and trails. CTTM will address all resource aspects and accompanying modes and conditions of travel on the public lands. One implication of CTTM is the potential reduction in current access to public lands by mere volume of routes. Through the CTTM planning process, the relative significance of that change in public access will be determined by a number of factors, including: duplication of routes, route density, and natural and cultural resource concerns (BLM 2015).

Consistent with statewide trends, the overall trend for travel and transportation management on BLM-administered lands includes an increase in general visitation, OHV riding, hiking, and mountain biking use as populations increase within the planning area, and within the region.

Construction of new routes for development (energy and ROWs, etc.) is also expected to increase. Previously constructed roads could also require upgrading, relative to ROWs. Recreationists will likely use these routes, even though they are not designed to optimize recreation experiences.

Private property adjacent to BLM-administered lands will likely continue to be subdivided. Subdivision of private property has dramatically increased the number of adjacent property owners, and increased the number of new access routes to public lands within the planning area. The result is expected to be continued unauthorized creation of unmanaged user-created routes that impact other resources. However, because of the remoteness of many areas within GUSG habitat on BLM-administered lands, these areas have not yet experienced significant changes in travel routes and are not expected to in the near future.

## 3.11. MINERALS

The BLM manages all federally-owned minerals that lie beneath both BLM, other federal, and non-federal lands (with the exception of Department of Energy uranium leases, discussed below). There are over one million acres of federal minerals within the decision area. However, under this RMP Amendment, the BLM is not making decisions on federal minerals beneath surfaces managed by other federal agencies (USFS and NPS), which includes 17% (175,890 acres) of the federal minerals in the decision area. The decisions and/or recommendations for mineral development under lands managed by the USFS are analyzed and made by that agency. The NPS units within the planning area are withdrawn from mineral exploration and development. In addition, there are approximately 646,060 acres of non-federal minerals within the decision area. Non-federal minerals in the planning area are typically owned by private entities and/or by the State of Colorado. Only federal minerals beneath BLM, private, and other non-federal surface are discussed in Chapters 3 and 4 as being subject to decisions from this analysis.

Federal mineral resources are managed under three categories with differing sets of laws and regulations for leasable, locatable, and salable minerals. In all cases, any activities related to the exploration or development of any kind of mineral on public lands must comply with other federal and state laws where applicable. These include laws such as the Clean Water Act, the Clean Air Act, the National Historic Preservation Act, and the Endangered Species Act. Where open to the public, the rights to access, explore, and develop locatable minerals are guaranteed by the Mining Law of 1872. Rights to leasable and salable minerals are granted through a process of leases, permits, and contracts.

As shown in Table 3.64, the amount of federal minerals compared to non-federal minerals varies within each GUSG population.

**Table 3.64 - Mineral Estate in GUSG Habitat and Non-Habitat by Population Area**

| SURFACE OWNERSHIP/ MANAGEMENT | MINERAL OWNERSHIP | TOTAL ACRES | ACRES IN OCCUPIED HABITAT | ACRES IN UNOCCUPIED HABITAT | ACRES IN NON-HABITAT AREAS |
|---|---|---|---|---|---|
| **Cerro Summit-Cimarron-Sims Mesa Population Area** | | | | | |
| Total Minerals | | 128,500 | 37,142 | 19,400 | 72,000 |
| Total Federal Minerals[1] (56%) | | 71,400 | 18,554 | 11,400 | 41,400 |
| BLM | federal | 20,700 | 4,400 | 5,000 | 11,400 |
| Split Estate (non-federal surface) | federal | 45,800 | 13,800 | 6,400 | 25,600 |
| Other Federal (USFS, NPS) | federal | 4,900 | 400 | 10 | 4,500 |
| Total Non-federal Minerals (44%) | | 57,100 | 18,600 | 8,000 | 30,500 |
| BLM | non-federal | 100 | 0 | 100 | 100 |
| Non-BLM | non-federal | 26,500 | 18,600 | 7,900 | 30,500 |
| [1]Includes 3,100 acres of coal only, 300 acres of oil and gas only, and 100 acres of oil, gas, and coal only. | | | | | |
| **Crawford Population Area** | | | | | |
| Total Minerals | | 123,000 | 35,000 | 80,300 | 7,800 |
| Total Federal Minerals[2] (59%) | | 73,000 | 31,800 | 33,400 | 7,800 |
| BLM | federal | 33,900 | 22,100 | 10,300 | 1,500 |
| Split Estate (non-federal surface) | federal | 22,700 | 8,400 | 13,900 | 400 |
| Other Federal (USFS, NPS) | federal | 19,500 | 4,400 | 9,200 | 5,900 |
| Total Non-federal Minerals (41%) | | 50,000 | 3,200 | 46,800 | 10 |
| BLM | non-federal | 10 | 0 | 10 | 0 |
| Non-BLM | non-federal | 50,000 | 3,200 | 46,800 | 10 |
| [2]Includes 0 acres of coal only, 100 acres of oil and gas only, 50 acres of oil, gas, and coal only. | | | | | |
| **Gunnison Basin Population Area** | | | | | |
| Total Minerals | | 822,900 | 605,000 | 137,000 | 80,900 |
| Total Federal Minerals[3] (78%) | | 641,400 | 460,100 | 112,600 | 68,700 |
| BLM | federal | 364,000 | 288,400 | 63,600 | 12,000 |
| Split Estate (non-federal surface) | federal | 116,100 | 71,500 | 29,700 | 15,000 |
| Other Federal (USFS, NPS) | federal | 161,300 | 100,200 | 19,300 | 41,700 |
| Total Non-federal Minerals (22%) | | 181,600 | 145,000 | 24,400 | 12,200 |
| BLM | non-federal | 14,000 | 13,600 | 300 | 10 |
| Non-BLM | non-federal | 167,600 | 131,400 | 24,100 | 12,200 |
| [3]Includes 600 acres of coal only, 700 acres of oil and gas only, and 0 acres of oil, gas, and coal only. | | | | | |
| **Monticello-Dove Creek Population Area** | | | | | |
| Total Minerals | | 406,900 | 112,300 | 235,900 | 58,800 |
| Total Federal Minerals[4] (29%) | | 119,300 | 23,200 | 63,800 | 32,400 |
| BLM | federal | 67,700 | 6,900 | 35,600 | 25,200 |
| Split Estate (non-federal surface) | federal | 50,600 | 16,300 | 28,100 | 6,300 |
| Other Federal (USFS, NPS) | federal | 900 | 0 | 50 | 900 |

| SURFACE OWNERSHIP/ MANAGEMENT | MINERAL OWNERSHIP | TOTAL ACRES | ACRES IN OCCUPIED HABITAT | ACRES IN UNOCCUPIED HABITAT | ACRES IN NON-HABITAT AREAS |
|---|---|---|---|---|---|
| Total Non-federal Minerals (71%) | | 287,700 | 89,100 | 172,100 | 26,400 |
| BLM | non-federal | 2,100 | 1,600 | 300 | 200 |
| Non-BLM | non-federal | 285,500 | 87,500 | 171,800 | 26,200 |
| [4]Includes 300 acres of coal only, 31,100 acres of oil and gas only, and 0 acres of oil, gas, and coal only. | | | | | |
| **Piñon Mesa Population Area** | | | | | |
| Total Minerals | | 304,600 | 44,100 | 201,400 | 59,100 |
| Total Federal Minerals[5] (76%) | | 230,800 | 25,800 | 158,600 | 46,400 |
| BLM | federal | 133,400 | 11,900 | 95,500 | 25,900 |
| Split Estate (non-federal surface) | federal | 42,500 | 13,200 | 20,500 | 8,900 |
| Other Federal (USFS, NPS) | federal | 54,900 | 700 | 42,600 | 11,500 |
| Total Non-federal Minerals (24%) | | 73,800 | 18,300 | 42,700 | 12,800 |
| BLM | non-federal | 3,700 | 800 | 2,300 | 700 |
| Non-BLM | non-federal | 70,100 | 17,500 | 40,500 | 12,100 |
| [5]Includes 0 acres of coal only, 200 acres of oil and gas only, and 0 acres of oil, gas, and coal only. | | | | | |
| **Poncha Pass Population Area** | | | | | |
| Total Minerals | | 65,600 | 20,400 | 27,900 | 16,200 |
| Total Federal Minerals[6] (73%) | | 48,000 | 15,800 | 15,800 | 15,700 |
| BLM | federal | 24,900 | 9,300 | 14,900 | 800 |
| Split Estate (non-federal surface) | federal | 2,700 | 2,000 | 800 | 0 |
| Other Federal (USFS, NPS) | federal | 20,300 | 5,200 | 200 | 14,900 |
| Total Non-federal Minerals (27%) | | 16,600 | 4,000 | 12,100 | 600 |
| BLM | non-federal | 600 | 600 | 20 | 0 |
| Non-BLM | non-federal | 16,000 | 3,400 | 12,100 | 600 |
| [6]Includes 0 acres of coal only, 0 acres of oil and gas only, and 0 acres of oil, gas, and coal only. | | | | | |
| **San Miguel Basin Population Area** | | | | | |
| Total Minerals | | 267,800 | 101,600 | 41,500 | 124,800 |
| Total Federal Minerals[7] (62%) | | 165,300 | 66,700 | 13,600 | 84,900 |
| BLM | federal | 76,300 | 35,800 | 0 | 40,500 |
| Split Estate (non-federal surface) | federal | 55,400 | 29,500 | 1,200 | 24,600 |
| Other Federal (USFS, NPS) | federal | 33,600 | 1,400 | 12,400 | 19,900 |
| Total Non-federal Minerals (38%) | | 102,600 | 34,800 | 33,700 | 39,900 |
| BLM | non-federal | 300 | 40 | 0 | 200 |
| Non-BLM | non-federal | 102,300 | 34,800 | 27,900 | 39,600 |
| [7]Includes 0 acres of coal only, 1,300 acres of oil and gas only, and 0 acres of oil, gas, and coal only. | | | | | |

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.54 - Mineral Ownership in Cerro Summit-Cimarron-Sims Mesa Population Area**

Mineral Ownership in the Cimarron/Cerro/Sims Mesa GUSG Population Area
Federal Mineral estate
Planning Area
Land Ownership
Gunnison Field Office
Uncompahgre Field Office
MONTROSE
GUNNISON
OURAY

BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS 3-147
AUGUST 2016

BLM_0027791

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.55 - Mineral Ownership in the Crawford Population Area**

Mineral Ownership in the Crawford GUSG Population Area
Federal Mineral estate
All Minerals
Coal Only
No Minerals
Oil and Gas Only
Oil, Gas and Coal Only
Other
Unknown
Planning Area
Occupied Habitat
Unoccupied Habitat
Land Ownership
Bureau of Land Management
Bureau of Reclamation
Indian Reservation
Military Reservation
National Grasslands
National Park Service
Other Federal
Private
State
State, County, City; Areas
Bankhead-Jones Land Use Lands
US Fish and Wildlife Service
US Forest Service
GUNNISON
Uncompahgre Field Office
DELTA
MONTROSE
92
347
Miles

3-148 BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016

BLM_0027792

Case No. 1:20-cv-02484-MSK Document 34-5 filed 04/27/21 USDC Colorado pg 113 of 131

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.56 - Mineral Ownership in the Gunnison Basin Population Area**

Mineral Ownership in the Gunnison GUSG Population Area
Federal Mineral estate
All Minerals
Coal Only
No Minerals
Oil and Gas Only
Oil, Gas and Coal Only
Other
Unknown
Planning Area
Occupied Habitat
Unoccupied Habitat
Land Ownership
Bureau of Land Management
Bureau of Reclamation
Indian Reservation
Military Reservation
National Grasslands
National Park Service
Other Federal
Private
State
State, County, City Areas
Bankhead-Jones Land Use Lands
US Fish and Wildlife Service
US Forest Service
Miles
Gunnison Field Office
San Luis Valley Field Office
Uncompahgre Field Office
CHAFFEE
SAGUACHE
GUNNISON
HINSDALE
MINERAL
MONTROSE
DELTA
OURAY
SAN JUAN

BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS 3-149
AUGUST 2016

BLM_0027793

Case No. 1:20-cv-02484-MSK Document 34-5 filed 04/27/21 USDC Colorado pg 114 of 131

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.57 - Mineral Ownership in the Monticello-Dove Creek Population Area**

Mineral Ownership in the Monticello-Dove Creek GUSG Population Area
Federal Mineral estate
All Minerals
Coal Only
No Minerals
Oil and Gas Only
Oil, Gas and Coal Only
Other
Unknown
Decision Area
Occupied Habitat
Unoccupied Habitat
Land Ownership
Bureau of Land Management
Bureau of Reclamation
Indian Reservation
Military Reservation
National Grasslands
National Park Service
Other Federal
Private
State
State, County, City; Areas
Bankhead-Jones Land Use Lands
US Fish and Wildlife Service
US Forest Service
Uncompahgre Field Office
Tres Rios Field Office
Moab Field Office
Monticello Field Office
MONTROSE
SAN MIGUEL
DOLORES
MONTEZUMA
SAN JUAN
Colorado
Utah

3-150 BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016

BLM_0027794

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.58 - Mineral Ownership in the Piñon Mesa Population Area**

BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS 3-151
AUGUST 2016

BLM_0027795

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.59 - Mineral Ownership in the Poncha Pass Population Area**

FREMONT
Royal Gorge Field Office
San Luis Valley Field Office
SAGUACHE
CHAFFEE
50
285

3-152 BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS
AUGUST 2016

BLM_0027796

CHAPTER 3 - AFFECTED ENVIRONMENT

**Figure 3.60 - Mineral Ownership in the San Miguel Basin Population Area**

Mineral Ownership in the San Miguel Basin GUSG Population Area
Federal Mineral estate
All Minerals
Coal Only
No Minerals
Oil and Gas Only
Oil, Gas and Coal Only
Other
Unknown
Planning Area
Occupied Habitat
Unoccupied Habitat
Land Ownership
Bureau of Land Management
Bureau of Reclamation
Indian Reservation
Military Reservation
National Grasslands
National Park Service
Other Federal
Private
State
State, County, City; Areas
Bankhead-Jones Land Use Lands
US Fish and Wildlife Service
US Forest Service
NOTE TO MAP USER
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION WITH OTHER DATA.
N
0
3
6
9
Miles
OURAY
SAN MIGUEL
SAN JUAN
MONTROSE
DOLORES
Uncompahgre Field Office
Tres Rios Field Office
550
62
145
90
97
141
491

BLM Gunnison Sage-Grouse Rangewide Draft RMP Amendment/Draft EIS 3-153
AUGUST 2016

BLM_0027797

### 3.11.1. Leasable Minerals

Leasable minerals consist of leasable fluid and solid minerals, as defined by the Mineral Leasing Act of 1920 as amended, and 43 CFR 3000-3599. Leasable fluid minerals include oil, natural gas (including methane, coalbed natural gas, and carbon dioxide), and geothermal resources. Geothermal leasing is authorized in accordance with the Geothermal Steam Act of 1970. Leasable solid minerals include coal, oil shale, and tar sands. Leasable solid minerals also include non-energy minerals, such as phosphate, potash, and sodium. Hard rock minerals—minerals that would otherwise be locatable (such as gold, silver, copper, etc.) on acquired lands (lands acquired by the federal government, rather than typical public domain lands) could also be subject to leasing depending on the authority by which lands were acquired. Uranium is not a leasable mineral as defined by the Mineral Leasing Act, but can be leased under the authority of the Department of Energy (DOE) Uranium Lease Program in specific areas on public land (see discussion later in this section).

## OIL & GAS

### INDICATORS

The following indicators are used to describe the existing condition related to oil and gas leasing. These indicators will also be used to analyze the impacts of the preferred alternative and other alternatives on the availability of, and access to, federal oil and gas resources:

- Acres of federal minerals leased for oil and gas
- Acres of federal minerals closed to oil and gas leasing
- Acres of federal minerals open to oil and gas leasing
- Acres subject to NSO stipulation
- Acres subject to Controlled Surface Use (CSU), Timing Limitations (TL), and/or standard stipulations
- Acres of ROW exclusion and avoidance areas (described in Section 3.13, Lands and Realty)

### EXISTING CONDITIONS

The existing conditions for oil and gas leasing across the decision area are summarized in the following tables. The conditions related to oil and gas leasing vary between BLM field offices and between GUSG populations, and are described in detail later in this section.

Two GUSG population areas (San Miguel Basin and Monticello-Dove Creek) have moderate to high oil and gas development potential. About 17% (148,000 acres) of the decision area has moderate to high potential. The remaining populations are classified as low or none (BLM 2015a).

### Table 3.65 - Oil and Gas Development Potential in the Decision Area

| HABITAT TYPE | OIL AND GAS DEVELOPMENT POTENTIAL (ACRES) | | | | |
|---|---|---|---|---|---|
| | High | Moderate | Low | None | Total[1] |
| Total Decision Area - All Minerals | 352,900 | 241,300 | 471,700 | 29,700 | 2,118,300 |
| Occupied Habitat | 137,200 | 61,900 | 72,900 | 400 | 965,600 |
| Unoccupied Habitat | 136,900 | 56,500 | 277,400 | 22,800 | 743,300 |
| Non-Habitat | 78,800 | 95,900 | 121,400 | 6,500 | 1,336,300 |
| Total Decision Area - Federal Minerals | 78,800 | 150,200 | 278,900 | 27,600 | 1,336,300 |
| Occupied Habitat | 66,200 | 22,700 | 39,900 | 400 | 638,900 |
| Unoccupied Habitat | 40,200 | 19,800 | 169,300 | 21,100 | 408,900 |
| Non-Habitat | 53,000 | 62,600 | 69,700 | 6,100 | 288,500 |

[1]Includes areas identified as "not recorded"; 927,800 acre total includes 663,200 acres of federal minerals.
BLM 2015

The areas where potential was "not recorded" are primarily within the Gunnison and San Luis Valley FOs, the NCAs, and the National Monument. The San Luis Valley and Gunnison FOs have not had recent evaluations of oil and gas development potential, as the RMPs for those area were completed in the early 1990s. The portions of those field offices within the decision area have not had any leasing or exploration activity in the past twenty years or more.

In addition, there are approximately 288,500 acres of federal minerals located within 4 miles of GUSG leks, but outside the Occupied Habitat and Unoccupied Habitat of the decision area. Similar to the decision area, most of these Non-Habitat Areas have been identified as having low to no potential for oil and gas development. Only the Non-Habitat in proximity to the Monticello-Dove Creek and San Miguel Basin populations (less than 40%) include federal minerals within areas that have been identified as having moderate to high potential.

The BLM has decisions in place in current RMPs that allocate which areas are closed and open to leasing, and if open, under what conditions.

Table 3.66 provides a summary of federal mineral acres open and closed to leasing, acres currently leased within the open areas, and how much of the leased acreage is held by production (meaning currently being developed and/or producing).

**Table 3.66 - Federal Fluid Mineral Acreage Closed, Open, and Leased for Oil and Gas**

| HABITAT TYPE | ACRES CLOSED TO LEASING[1] | ACRES OPEN TO LEASING | ACRES LEASED | LEASED ACRES HELD BY PRODUCTION |
|---|---|---|---|---|
| Total Decision Area - Federal Minerals | 238,500 | 802,400 | 69,700 | 30,300 |
| Occupied Habitat | 81,900 | 444,700 | 11,900 | 5,000 |
| Unoccupied Habitat | 125,100 | 200,000 | 24,400 | 15,600 |
| Non-Habitat | 31,500 | 157,700 | 33,500 | 9,700 |

[1]Includes areas administratively unavailable for leasing, such as Wilderness Areas, Wilderness Study Areas, and certain withdrawn lands.

Oil and gas leases are issued for a ten-year period and continue for as long thereafter as oil or gas is produced in paying quantities. Leases expire at the end of their primary term—the tenth year—unless they are held by production, meaning that one of the following conditions exists:

- diligent drilling operations are in progress on or for the benefit of the lease
- the lease contains a well capable of producing oil or gas in paying quantities
- the lease is receiving or is entitled to receive an allocation of production under the terms of an approved communitization agreement or unit agreement.

Currently there are oil and gas leases on federal minerals in the Monticello-Dove Creek and San Miguel Basin population areas, one lease in the Crawford population area, and no leases in the other population areas.

In 2014, San Miguel County (which includes parts of the Monticello-Dove Creek and San Miguel Basin population areas) ranked 12th out of 38 Colorado counties in natural gas production and 28th out of 39 in oil production (COGCC 2015). Dolores County (which includes parts of the Monticello-Dove Creek population area) ranked 24th out of 38 Colorado counties in natural gas production and 23rd out of 34 in oil production (COGCC 2015). San Juan County (which includes part of the Monticello-Dove Creek population area) ranked 4th out of 9 Utah counties in natural gas production and 3rd of 10 in oil production (State of Utah 2015). Colorado ranks 6th in the nation for natural gas production and 7th for crude oil production, while Utah ranks 10th for natural gas and 11th for crude oil (US EIA 2015).

Areas designated as open to leasing in an RMP may be leased under standard lease terms on the lease sale contract, which set general parameters for development of a lease. If additional restrictions are required to protect certain resources, lease stipulations may be added to the standard lease terms. Lease stipulations include

No Surface Occupancy (NSO), timing limitations (TL), and controlled surface use (CSU), defined as follows:

> **NSO** - Prohibits any occupancy or other use of the surface that results in ground-disturbing activities.
>
> **TL** - Prohibits occupancy or other use of the surface during a specified season or other period. For oil and gas, this applies to construction, drilling, and completion activities, but does not apply to production and maintenance activities.
>
> **CSU** - Allows the BLM to apply special requirements, such as those related to location, design, reclamation, and monitoring of proposed facilities.

Lease stipulations are applied at the time of lease issuance. New stipulations required under a planning decision would apply only to new leases. Existing leases are subject to the lease stipulations attached to them at the time of lease issuance. Together, the written stipulations in the RMPs and any mapped geographic information system (GIS) layers describe the lands where stipulations apply. These mapped areas can change based on the most current information at the time of the leasing analysis. More than one stipulation can apply to a particular land area. For example, an area might have a CSU stipulation applied for one particular purpose and a TL applied to address another resource purpose. Some resources are not mapped or are only partially mapped. Resources not mapped or partially mapped would be applied on a case by case basis where applicable.

Most stipulations have circumstances, described in the RMP, for granting a waiver, exception, or modification to the stipulation. A waiver is a permanent exemption from a lease stipulation. An exception is a one-time exemption for a particular site within a lease. A modification is a change to the provisions of a stipulation, either temporarily or for the term of the lease.

The BLM has the authority and is required by law to review a request from an operator and to grant, if warranted, waivers, exceptions, or modifications to oil and gas lease stipulations and associated permitting activities. Based on a site-specific analysis—which includes consideration of any new information or changed circumstances—protections may be increased or decreased to address resource concerns.

Waivers, exceptions, and modifications are rarely authorized. For example, in the last ten years in BLM Colorado, no modifications or waivers have been authorized. Exceptions have been granted on approximately 7% of APDs (B. Sterling, personal communication, May 29, 2015). Exceptions have been approved primarily for big game winter range TL stipulations.

## SPLIT ESTATE

In split estate situations, the surface rights and subsurface mineral rights for a piece of land are owned by different parties. For this analysis, the discussion of split estate applies to federal minerals managed by the BLM that underlie non-federal land surfaces. The BLM works to encourage coordination and cooperation among all parties that have rights and responsibilities in split estate situations.

The mineral owner and lessee must show due regard for the interests of the surface estate owner and occupy only those portions of the surface that are reasonably necessary to develop the mineral estate. For example, if intending to conduct operations on private land, a lessee/operator is encouraged to contact the surface owner as early as possible when operations are contemplated. The lessee is required to certify that a good faith effort has been made to negotiate a surface use agreement with the surface owner. If a good faith effort by the lessee/operator cannot be reached, the lessee/operator still has the right to enter upon the lands to perform these activities. The lessee/operator can post a Surface Owner Damages Bond to protect the surface owner against reasonable and foreseeable losses or damages.

During permit review, the surface owner is entitled to the same level of resource protection provided on federally owned estate. The BLM is responsible for ensuring that authorized mineral development meets all statutory and regulatory requirements. Activities and use of the surface are not subject to FLPMA planning requirements, and the BLM does not have authority under FLPMA over use of the surface by the surface owner. BLM management authority on split estate lands is limited to activities (both surface and subsurface) related to exploration and development of the minerals. However, the BLM is required to analyze in land use planning and NEPA documents the impacts to surface resources, uses, and users from any BLM-authorized mineral development. Stipulations for surface protection will be applied where regulatory lease terms and conditions are not adequate to protect those resources. To accommodate development preferences identified at the onsite meeting with the surface owner, exceptions, modifications, and waivers may be granted if appropriate.

An operator or lessee must also follow Colorado Oil and Gas Conservation Commission (COGCC), Utah Division of Oil, Gas, and Mining, and applicable county regulations.

**Table 3.67 - Oil and Gas Leasing Allocation Decisions and Current Leases by GUSG Population**

| BLM RMP | ALLOCATIONS (ACRES) | | | | | LEASE STIPULATIONS (ACRES)[1] | | |
|---|---|---|---|---|---|---|---|---|
| | CLOSED TO LEASING | CLOSED TO LEASING TO PROTECT GUSG | OPEN TO LEASING | CURRENTLY LEASED | UNLEASED | NSO | CSU | TL |
| GUNNISON BASIN POPULATION | | | | | | | | |
| Gunnison RMP | 9,100 | 0 | 556,000 | 0 | 556,000 | 302,000 | 107,400 | 30,700 |
| Uncompahgre Basin RMP | 0 | 0 | 7,000 | 0 | 7,000 | 300 | 0 | 100 |
| CERRO SUMMIT-CIMARRON-SIMS MESA POPULATION | | | | | | | | |
| Uncompahgre Basin RMP | 0 | 0 | 22,700 | 0 | 22,700 | 0 | 0 | 45,100 |
| Gunnison RMP | 0 | 0 | 4,100 | 0 | 4,100 | 300 | 200 | 30 |
| CRAWFORD POPULATION | | | | | | | | |
| Uncompahgre Basin RMP | 0 | 0 | 31,800 | 20 | 31,800 | 0 | 0 | 0 |
| Gunnison Gorge NCA RMP | 8,400 | 0 | 33,100 | 0 | 33,100 | 17,700 | 6,900 | 59,000 |
| MONTICELLO-DOVE CREEK POPULATION | | | | | | | | |
| Tres Rios RMP | 53 | 0 | 63,919 | 26,135 | 37,784 | 14,884 | 257,656 | 95,606 |
| Canyons of the Ancients NM RMP | 0 | 0 | 4,079 | 2,320 | 1,759 | 4,079 | 0 | 0 |
| Monticello RMP | 0 | 0 | 18,545 | 1,254 | 17,291 | 0 | 4,124 | 0 |
| PIÑON MESA POPULATION | | | | | | | | |
| Grand Junction RMP | 25,500 | 25,500 | 110,700 | 0 | 110,700 | 52,700 | 43,300 | 12,300 |
| McInnis Canyons NCA RMP | 20,900 | 0 | 0 | 0 | 0 | N/A | N/A | N/A |
| Dominguez-Escalante NCA RMP | 17,700 | 0 | 0 | 0 | 0 | N/A | N/A | N/A |
| Uncompahgre Basin RMP | 0 | 0 | 5,600 | 0 | 5,600 | 200 | 0 | 100 |
| Moab RMP | 2,500 | 0 | 5,300 | 0 | 5,300 | 40 | 0 | 0 |
| SAN MIGUEL BASIN POPULATION | | | | | | | | |
| Tres Rios RMP | 0 | 0 | 53,300 | 6,530 | 0 | 64,300 | 322,300 | 179,600 |
| San Juan/San Miguel RMP | 0 | 0 | 11,400 | 0 | 0 | 1,600 | 0 | UTD[2] |
| Uncompahgre Basin RMP | 0 | 0 | 1,067 | 0 | 0 | 0 | 0 | 0 |
| PONCHA PASS POPULATION | | | | | | | | |
| San Luis RMP | 500 | 0 | 31,700 | 0 | 15,600 | 900 | 0 | 57,900 |

[1] There are overlapping stipulations, so acres may be accounted for in NSO, CSU, and/or TL.
[2] Unable to Determine: Stipulation applies to resource not currently mapped (e.g. GUSG winter habitat).

### Gunnison Basin Population

Lands supporting the Gunnison Basin Population are identified as not recorded or as having low oil and gas development potential (BLM 2015a). The Final EIS for the Gunnison RMP (1992) noted that the likelihood for occurrence was low to nominal, and the development potential was also low to nominal. According to the Gunnison RMP, the most reasonably foreseeable level of oil, gas, and geothermal development is a maximum of one or two APDs during the life of the RMP, with an estimated total of ten acres of surface disturbance (BLM 1993). The last lease in the population area was on split-estate lands and expired in 1994. No wells have been drilled on federal leases in the population area (BLM 1991b). Currently there are no leases for oil and gas development on lands supporting the Gunnison Basin Population (BLM 2015a).

Within the Gunnison Basin population area, the Gunnison FO administers approximately 560,700 acres (76%) of minerals and the Uncompahgre FO administers approximately 7,000 acres (1%) of minerals.

The 1993 Gunnison RMP provides for NSO within 0.6 mile of a GUSG lek and CSU for other habitat. The Uncompahgre Basin RMP does not include any lease stipulations specifically prescribed to protect GUSG or GUSG habitat.

### Cerro Summit-Cimarron-Sims Mesa Population

The Cerro Summit-Cimarron-Sims Mesa Population is within an area with low oil and gas potential (BLM 2015a). Currently no federal lands are leased in the population area (BLM 2015a).

The Uncompahgre FO administers approximately 25,793 acres (46%) of minerals on lands supporting the Cerro Summit-Cimarron-Sims Mesa Population. The Gunnison FO administers approximately 4,149 acres (7%). RMP guidance for the area is the same as that for the Gunnison Basin Population (discussed in the previous section).

### Crawford Population

Lands supporting the Crawford Population are in an area with low potential for oil and gas development (BLM 2015a). The most reasonably foreseeable level of oil, gas, and geothermal development in the decision area, from the 2004 Gunnison Gorge NCA RMP, would involve a maximum of one to ten APDs during the life of the RMP, with an estimated total of from 10 to 30 acres of surface disturbance. There is one authorized federal lease (BLM 2015a) that includes 24 acres (<0.1 %) of the Crawford population area.

The 2004 Gunnison Gorge NCA RMP provides for NSO within 2.0 miles of GUSG leks and TLs for winter range and nesting. The Gunnison Gorge Wilderness and the Gunnison Gorge NCA are closed to mineral leasing. The existing Uncompahgre Basin RMP does not include any lease stipulations specifically prescribed for protection of GUSG or GUSG habitat.

### *Monticello-Dove Creek Population*

The Monticello-Dove Creek Population is in an area of moderate to high oil and gas development potential (BLM 2015a). There are 112 federal leases that include 29,700 acres (8.5 %) of the population area (BLM 2015a).

Canyons of the Ancients NM administers approximately 4,100 acres (1%) of minerals on lands supporting the Monticello-Dove Creek GUSG Population, the Tres Rios FO administers approximately 63,400 acres (18%), and the Monticello FO administers approximately 18,855 acres (5 %).

Currently approximately 80 percent (about 131,000 acres and 125 wells) of the entire Monument is leased for fluid mineral development, including oil and gas and carbon dioxide ($CO_2$). Most of these leases are unitized and held by production. Production of $CO_2$ is a major economic driver in Montezuma County, which borders Dolores County and the population area to the south, and is expected to continue for up to 50 years. However, oil and natural gas production is declining. It is anticipated that there will be up to 150 wells (81oil and natural gas wells and 69 $CO_2$ wells) on up to 121 new locations over the life of the Canyons of the Ancients NM RMP. New oil and gas leases will be allowed up to 880 acres for drainage purposes only. Based upon the reasonably foreseeable development scenario, up to 2 new well pads in 20 years may be permitted on new leases.

In the Colorado portion of the population area, NSO is applied to all Occupied Habitat. Within the Tres Rios FO, CSU stipulations may also be applied to Unoccupied Habitat, as well as to address noise impacts. A lease notice may also be applied to notify lessees of the need to protect GUSG populations and habitat quality. In the Utah portion of the population area, no surface-disturbing activities are allowed within 0.6 mile of an active GUSG lek and a CSU Stipulation would be applied to protect other GUSG habitat.

### *Piñon Mesa Population*

The potential for oil or gas development in this area is none to low (BLM 2015a). No oil and gas wells or authorized federal leases occur on lands supporting the Piñon Mesa Population (BLM 2015a).

The Dominguez-Escalante NCA administers approximately 17,700 acres (7 %) of minerals on lands supporting the Piñon Mesa GUSG Population and the McInnis Canyons NCA administers approximately 20,800 acres (8 %). Both NCAs are closed to mineral leasing.

The Grand Junction FO administers approximately 135,900 acres (55 %) of minerals on lands supporting the Piñon Mesa GUSG Population. All GUSG critical habitat is closed to leasing.

The Uncompahgre FO administers approximately 5,600 acres (2%) and the Moab 3057 FO administers approximately 5,300 acres (2%). The current San Juan/San Miguel Oil and Gas RMP Amendment (1991) provides for NSO within 0.6 mile of a GUSG lek, CSU for other GUSG habitat, and a TL for winter and breeding habitat. The Moab RMP also provides for no surface-disturbing activities within 0.6 mile of a GUSG lek. The existing Uncompahgre Basin RMP does not include any lease stipulations specifically prescribed for protection of GUSG or GUSG habitat.

## *Poncha Pass Population*

The San Luis RMP Draft EIS (1989) identified the field office planning area as having low and nominal potential. The entire Poncha Pass population area is within the San Luis Valley FO. The San Luis Valley FO manages 31,550 acres (66%) of minerals in the Poncha Pass population. Under the current San Luis RMP (1991), there are no lease stipulations prescribed for protection of GUSG or GUSG habitat. The RMP described that based on past exploration and future projections concerning fluid mineral activity, the reasonably foreseeable level of development within the planning area would involve a maximum of ten APDs and seven geophysical notices of intent (NOIs) per year. That level of activity would result in an estimated 40 acres of surface disturbance per year (BLM 1989). Since 1991, there have been no leases sold within the Poncha Pass population area.

## *San Miguel Basin Population*

The oil and gas development potential ranges from low to high across the population area (BLM 2015a). Most of the Occupied Habitat is rated as moderate to high development potential, and the Unoccupied Habitat as low to moderate. Within Occupied Habitat, there are currently 29 leases, 18 of which are held by production. The leases include 6,528 acres, (4.6 %) of the Occupied Habitat, 4,994 acres of which are under production. Currently 25 gas wells are active within Occupied Habitat of the San Miguel Basin, and an additional 18 active wells occur immediately adjacent to Occupied Habitat (BLM 2015a). All of these wells are in or near the Dry Creek sub-population.

The Tres Rios FO administers approximately 54,544 acres (38%) of minerals in the San Miguel Basin population area. The Uncompahgre FO administers approximately 25,675 acres (18 %) of minerals.

In the Tres Rios FO, NSO is applied to all Occupied Habitat. CSU stipulations may also be applied to Unoccupied Habitat and to address noise impacts. A lease notice may also be applied to notify lessees of the need to protect GUSG populations and habitat quality.

The current San Juan/San Miguel Oil and Gas RMP Amendment (1991) provides for NSO within 0.6 mile of a GUSG lek, CSU for other GUSG habitat, and a TL for winter and breeding habitat. Under the current Uncompahgre Basin RMP (1989), there are no lease stipulations prescribed for protection of GUSG or GUSG habitat.

### TRENDS

The U.S. Energy Information Administration estimates that over the next 25 years both demand and prices for oil and gas will increase (USEIA 2015c). These circumstances would likely result in continued industry emphasis on increasing production of known reservoirs and searching for additional reservoirs. The NSO stipulation for Occupied Habitat in the Tres Rios FO, which has been implemented for new leases since February 2015, will limit potential exploration and development in the Monticello-Dove Creek and San Juan Basin populations. The rest of the population areas within the decision area have low to no development potential for oil and gas.

## GEOTHERMAL RESOURCES

### INDICATORS

The following indicators are used to describe the existing condition related to geothermal leasing. These indicators will also be used to analyze the impacts of the preferred alternative and other alternatives on the availability of, and access to, federal geothermal resources:

- Acres of federal minerals leased for geothermal
- Acres of federal minerals closed to geothermal leasing
- Acres of federal minerals open to geothermal leasing
- Acres subject to NSO stipulation
- Acres subject to CSU, TL, and/or standard stipulations
- Acres of ROW exclusion and avoidance areas (described in Section 3.12, Lands and Realty)

The decision area does not include areas with high potential for geothermal development. As described below, all RMPs in the planning area contain the same allocations and stipulations for geothermal leasing and oil and gas leasing except for the Gunnison and San Luis RMPs, both of which identify separate allocation decisions specific to geothermal leasing.

## EXISTING CONDITIONS

In 2008, the BLM and the USFS completed an EIS for geothermal leasing in the western United States. The BLM issued its Record of Decision (ROD) and Approved RMP Amendments for Geothermal Leasing in the Western United States in December 2008. Although specific to geothermal leasing, the RMP Amendments were consistent with existing fluid mineral leasing allocation decisions and/or with proposed fluid mineral leasing allocation decisions in RMPs being revised at that time. The ROD amended all of the existing RMPs within the GUSG RMP Amendment planning area in Colorado, with the exception of the San Luis RMP. The San Luis RMP was subsequently amended for geothermal leasing decisions in 2013. In Utah, the Moab and Monticello RMPs were not amended for geothermal leasing, as the RMPs had been developed concurrently with the Geothermal EIS and incorporated geothermal direction in the RMPs. In 2010, the Gunnison RMP was also amended for consistency with the geothermal leasing amendments for a specific area within the field office.

The planning area does not include areas with high potential for geothermal development. The 2008 Geothermal EIS included a Reasonably Foreseeable Development Scenario analysis of geothermal development in the western United States. Within the decision area, there is no potential for geothermal development in the Moab or Monticello FOs. Colorado was identified as one of four western states with the lowest development potential for geothermal electrical generation. However, projected development for federal geothermal resources in the state was 20 megawatts by 2015, and 50 megawatts by 2025. Ten areas with the highest potential for geothermal electrical generation in Colorado were identified, two of which are in the decision area: Waunita and Poncha (BLM 2008). The Waunita area is in the Gunnison FO and the Poncha area is in the San Luis Valley FO.

In the decision area, there is one geothermal lease located in the Gunnison FO. This lease was sold in 2010 and has not yet had any applications for exploration or development activities.

### *Gunnison Basin Population*

#### Gunnison FO

The Gunnison FO administers approximately 560,669 acres (76%) of minerals in the Gunnison Basin Population area. The Waunita area identified in the 2008 Geothermal EIS was the subject of a 2010 geothermal leasing analysis and subsequent Gunnison RMP Amendment. In the Reasonably Foreseeable Development Scenario, it is anticipated that the area has the potential for development of one geothermal resource project that could culminate in a working commercial binary-cycle geothermal power plant likely sized to 5-10 megawatts. Once operational, the project as a whole would likely be limited to an area no larger than two sections, with approximately 100 dispersed acres of surface disturbance (BLM 2010). In addition to allocation decisions in the existing Gunnison RMP, the following stipulations for the Waunita area were amended:

- NSO - within a 0.6-mile radius of GUSG leks of active, inactive, historic, and unknown status.
- TL - Construction or drilling activities will not be allowed in Occupied Habitat between March 15 and May 15.
- TL - Routine operations, maintenance, and other activities in Occupied Habitat will be allowed between 9:00 a.m. and 4:00 p.m. during the period between March 15 and May 15.
- CSU - GUSG mapped summer-fall habitat CSU stipulation (G-25)

### *Poncha Pass Population*

#### San Luis Valley FO

The 2013 San Luis Valley Geothermal Leasing RMP Amendment provided additional stipulations for the protection of GUSG and habitat. There have not yet been any nominations of lease parcels in this area.

- NSO - GUSG leks and Occupied Habitat
- TL - GUSG
- Sensitive Species Stipulation - For agency-designated sensitive species (e.g., GUSG), a lease stipulation (NSO, CSU, or TL) would be imposed for those portions of high value/key/crucial species habitat where other existing measures are inadequate to meet agency management objectives.

## TRENDS

The U.S. Energy Information Administration estimates that over the next 25 years production and consumption of electricity from geothermal development will

increase (USEIA 2015c). In the decision area, only one geothermal lease has been sold in over 30 years. Although there has been more interest in geothermal development nationally, there have been no exploration activities in the decision area. Other areas within the western U.S. have higher potential and are being actively developed.

## DOE URANIUM LEASE TRACTS

After World War II, the Atomic Energy Commission was given the authority to withdraw federal lands for uranium leasing and development through a variety of Congressional Acts and secretarial orders. Ultimately, this became what today is known as the Department of Energy (DOE) Uranium Leasing Program. Those lands have been withdrawn from locatable mineral entry, but may be leased by the DOE for uranium and vanadium development. Surface resources continue to be managed by the BLM, and the lands remain open to mineral leasing and mineral material sales, so long as they do not interfere substantially with uranium leases and/or development. DOE is the authorized agency responsible for uranium leasing, with the BLM acting as a cooperating agency.

The Uranium Leasing Program administers 31 tracts of land covering an aggregate of approximately 25,000 acres in Mesa, Montrose, and San Miguel Counties in western Colorado for exploration, mine development and operations, and reclamation of uranium mines. There are currently 29 existing leases; two of the lease tracts are not leased (DOE 2014). Several lease tracts (Lease Tracts 10, 11, 11A, 12, 15A, 16, and 16A) are partly or wholly within the decision area. A total of 1,855 acres of these leases are in the decision area, all in Unoccupied Habitat within the Monticello-Dove Creek population area.

As plans for exploration, mine development and operation, or reclamation are submitted by the lessees to the DOE for approval, further NEPA analyses will be prepared for each plan and tiered to the analysis contained in the DOE 2014 Final Uranium Leasing Program Programmatic Environmental Impact Statement. Because it is not a leasable mineral as defined by the Mineral Leasing Act of 1920, and the BLM does not have final authority over how it is leased and developed (BLM 2013c), uranium is not discussed as a leasable mineral in this EIS. For public lands in the planning area not withdrawn under the DOE Uranium Leasing Program and for which the BLM has authority to administer exploration and development, uranium is addressed as a locatable mineral within the Locatable Minerals section of this chapter.

BLM_0027811