Case No. 1:20-cv-02484-MSK   Document 34-11   filed 04/27/21   USDC Colorado   pg 1 of 171

designation for this segment. As noted above in the public participation section, the Gunnison Basin Stakeholder Group recommended that the BLM find this segment not suitable. Many of the landowners along the segment participated in the stakeholder process and expressed concern that a WSR designation could impact their private property rights. They were concerned that a Federal reserve water right and potential scenic easements might remove their property from local control.

There was general agreement among the stakeholders that the WSR values could best be protected through local management and authorities in the legislation that established the D-E NCA. The environmental coalition also recommended that BLM find this segment not suitable. As noted above, the D-E NCA Advisory Council recommended this segment be classified as not suitable and that the WSR values be protected using other administrative and legislative tools.

**Suitability Determination**

The IDT determined that the D-E NCA legislation would provide protection from threats to the free-flowing condition of the creek. The Omnibus Act of 2009 directs the BLM to manage the area "in a manner that conserves, protects, and enhances" the purposes of the D-E NCA including "the water resources of the area streams, based on seasonally available flows that are necessary to support aquatic, riparian, and terrestrial species and communities." The IDT concluded that the mandate in the legislation would preclude Federal approval of an impoundment dam along the segment.

The senior irrigation water rights below the segment would provide some protection for the wildlife ORVs. Maintaining flows through the irrigation season would support habitat for peregrine falcon prey. Instream flow water rights held on Escalante Creek Segment 1 by the CWCB would provide some protection for the fish ORV.

The Escalante ACEC proposed in the Preferred Alternative as part of the D-E NCA Draft RMP would provide additional administrative protection for the segment's fish and wildlife ORVs. The relevant and important values identified for protection in the ACEC are the same as the wild and scenic river ORVs, thus providing alternative protections for these values.

The tentative classification of the segment (recreational) means that the segment would be administratively protected from incompatible development on BLM-administered lands through the Visual Resource Management Class I and II objectives proposed in the Preferred Alternative as part of the D-E NCA Draft RMP.

**Suitability Finding**

Not suitable; dropped from further Wild and Scenic study.

BLM_0028774

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN
368

# Cottonwood Creek



**Figure O.13. Cottonwood Creek**

BLM_0028775

*Total Segment Length:* 18.27 miles

*Lower Terminus:* Latitude, 38.696; longitude, 108.177 W

*Upper Terminus:* Latitude, 38.531 N; longitude, 108.343 W

**Eligibility**

*Description:* Cottonwood Creek is a tributary of Roubideau Creek that drains from the east side of the Uncompahgre Plateau. This segment is located within the D-E NCA. Its upper terminus is the BLM boundary with the Uncompahgre National Forest, while the lower terminus is at the lower extent of BLM-administered lands, approximately 2.5 miles above the Roubideau Creek confluence (Figure O.13). The flow regime of Cottonwood Creek is typically perennial in average to above-average water years but can become intermittent in lower reaches during dry years. High flows occur during the spring snowmelt and from runoff generated by summer thunderstorms, especially in the lower reaches (BLM 2010d).

*ORVs:*

<u>Vegetation:</u> The entire length of this segment supports a superior (A-ranked) occurrence of globally vulnerable (G3) narrowleaf cottonwood/skunkbush sumac riparian woodland *(Populus angustifolia/Rhus trilobata)*. The CNHP includes this segment within the Cottonwood Creek Potential Conservation Area (BLM 2010d).

*Tentative Classification:* Scenic

One unpaved road crosses Cottonwood Creek approximately one-half mile downstream of the upper terminus. There are no absolute water right diversions or impoundments along this stretch and little evidence of human activity. The shoreline is primitive.

**Suitability**

The IDT determined that a portion of the eligible stream and WSR area is suitable for inclusion in the National System (see map in Figure O.14 below). The following suitability information relates to that portion which the IDT determined is suitable.

BLM_0028776

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

370



**Figure O.14. Cottonwood Creek Suitable Segment**

*Appendix O. Wild and Scenic River Suitability Report*

*Total Segment Length:* 14.41 miles

*Lower Terminus:* Latitude, 38.693; longitude, 108.18 W

*Upper Terminus:* Latitude, 38.57 N; longitude, 108.296 W

**Suitability Factor Assessment**

*Land Ownership and Land Uses*

Land ownership within ¼ mile of the ordinary high water mark:

- 100% BLM

Current land uses on the BLM-administered lands include livestock grazing and hiking.

*Mineral and Energy Resource Activities*

Through the legislation designating the D-E NCA, all Federal minerals were withdrawn from location, entry, and patent under the mining laws; and operation under the mineral leasing, mineral materials, and geothermal leasing laws was ceased. Within the WSR area, there are no valid existing mineral rights.

*Water Resource Development*

The CWCB holds an instream appropriation for 3.6 cfs during April, May, and part of June. The purpose of the water right is to protect fish habitat. There are no known proposals to develop impoundments within the WSR area.

*Transportation, Facilities, and Other Developments*

There are five primitive routes/trails within the WSR area. Only three of the routes reach the bottom of the canyon near the creek. There are three livestock/hiking trails that descend from the rim to the bottom of the canyon. There are two known livestock fences that cross the creek. No other developments were noted during the eligibility inventory.

*Recreational Activities*

As mentioned above, the primary recreational activity within the WSR area is hiking.

*Other Resource Activities*

The other primary activity within the WSR area is livestock grazing.

BLM_0028778

*Special Areas*

Of the WSR area, 100 percent is within the D-E NCA.

*Socioeconomic Environment*

Escalante Creek is valued for its scenic quality and primitive recreational opportunities. Parts of three livestock grazing allotments are within the WSR area.

*Current Administration and Funding Needs if Designated*

Within the WSR area, the BLM is responsible for the current administration of public lands. The BLM lands are managed as part of the D-E NCA. If the segment is added to the National System, the BLM would likely be responsible for its administration.

*Reasonably Foreseeable Potential Uses of the Land and Water That Would be Enhanced, Foreclosed, or Curtailed if the Area Were Included in the National System*

Designation of this segment would enhance current recreational uses along the segment by providing long-term protection of flows and the scenic landscapes adjacent to the creek. Livestock grazing would likely continue if the segment were designated. If either recreation or livestock grazing activities resulted in damage to the riparian vegetation, those activities could be curtailed to protect the ORV. Since the WSR area is limited to BLM-administered lands, there would be no need for scenic easements or other property acquisitions.

*Determination of the Extent That Other Federal Agencies, the State, or its Political Subdivisions Might Participate in the Preservation and Administration of the River Should it be Proposed for Inclusion in the National System*

The vegetation ORV would require protection of adequate instream flows. Within the reach, the CWCB currently holds instream flow appropriations for protection of fish. The CWCB has demonstrated a willingness to secure instream flow appropriations to protect flow-dependent biological resources.

*Existing Support or Opposition of Designation*

The Gunnison Basin Stakeholder Group recommended that the BLM find this segment not suitable. They concluded that the NCA designation combined with the instream flow allocation would protect the segment. The environmental coalition recommended that the BLM determine the segment suitable. As noted above, the D-E NCA Advisory Council recommendation for this segment included both a majority and a minority recommendation. The majority recommendation was to find the segment not suitable and that the WSR values be protected using other administrative and legislative tools. The minority recommendation was to find the segment

BLM_0028779

suitable but not recommend designation into the National System. There was one member of the Advisory Council that specifically recommended Cottonwood Creek as suitable for inclusion in the National System.

**Suitability Determination**

The IDT determined that the D-E NCA legislation would provide protection from threats to the free-flowing condition of the creek. The Omnibus Act of 2009 directs the BLM to manage the area "in a manner that conserves, protects, and enhances" the purposes of the D-E NCA including "the water resources of the area streams, based on seasonally available flows that are necessary to support aquatic, riparian, and terrestrial species and communities." The IDT concluded that the mandate in the legislation would preclude Federal approval of an impoundment dam along the segment.

The primary consideration for the determination of suitable was the need for additional protection of the vegetation ORV from actions that would reduce flows along this segment. The IDT determined that a Federal reserve water right would provide protection for the vegetation ORV.

The current instream flow appropriation held by CWCB does not create the type of seasonal flow variation necessary to protect the vegetation type identified as the ORV. The narrowleaf cottonwood/skunkbush sumac riparian woodland requires high, flooding spring flows in the spring and minimal flows throughout the remainder of the growing season.

Due to the difference between the eligible boundary and the suitable boundary, the tentative classification for this creek has changed from scenic to wild. The smaller suitable area does not include the road identified in the eligibility report.

**Suitability Finding**

Suitable; recommended for inclusion in the National System.

**Note:** The BLM determination that Cottonwood Creek is suitable is a preliminary administrative determination subject to further review by the U.S. Department of the Interior. At this time, the BLM will not forward this determination to the Secretary, Congress, or the President for further review and action. If the BLM is able to obtain an alternative form of flow protection to support the vegetation outstandingly remarkable value (ORV), the BLM will recommend that action not be taken on the suitability determination and will consider changing the determination to "not suitable" during the next available land use plan amendment process. Limits on allowable uses as directed in the National Conservation Area designation legislation, as well as management actions designed to protect riparian vegetation are sufficient to address land uses that may threaten the vegetation ORV.

*Appendix O. Wild and Scenic River Suitability Report*

BLM_0028780

## O.7. Participation

Table O.4 lists the individuals who contributed to the completion of this appendix.

**Table O.4. Members of the BLM's Interdisciplinary Team**

| IDT Members | Title |
|---|---|
| Ben Blom | RMP Planning Team Lead |
| Jim Dollerschell | Rangeland Specialist |
| Amanda Clements | Ecologist |
| Anna Lincoln | Ecologist |
| Lynae Rogers | Rangeland Specialist |
| Nikki Grant-Hoffman | Ecologist/Science Coordinator |
| Missy Siders | Wildlife Biologist |
| Heidi Plank | Wildlife Biologist |
| Nate Dieterich | Hydrologist |
| Andy Windsor | Outdoor Recreation Planner |
| Alissa Leavitt-Reynolds | Archaeologist |
| Glade Hadden | Archaeologist |
| Linda Reed | Realty Specialist |
| Robin Lacy | Realty Specialist |
| Jacob Martin | Rangeland Specialist |
| Tom Fresques | Fishery Biologist |

## O.8. References

See Chapter 6 of the Proposed RMP for a comprehensive list of the references cited in this document.

*Appendix O. Wild and Scenic River Suitability Report*

# Appendix P. Air Resources

## P.1. Introduction

The Air Resources appendix provides detailed information on the emissions inventory calculations and results for each management activity considered in the D-E NCA Proposed RMP, as well as the complete text of the BLM *Comprehensive Air Resource Protection Protocol* (section P.3). The tables and results form the basis for the Impact Analysis found in Chapter 4 of the Proposed RMP. Each table in the appendix provides the annualized basis for emissions from each emission-generating activity. The tables in Chapter 4 of the Proposed RMP are derived from the emission calculation tables below (Figures P.1 to P.13) on the basis of differences in the management alternatives considered in the Proposed RMP.

## P.2. Emission Calculation Tables

BLM_0028782

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

376

## Livestock Grazing - Fugitive Dust from Heavy Construction Operations

| INPUTS & ASSUMPTIONS | | | |
|---|---|---|---|
| Description | Value | Source | Notes |
| TSP Emission Factor | 1.2 | b | Tons TSP/acre-month |
| Conversion factor for TSP to PM$_{10}$ | 0.35 | c | Percentage of TSP |
| Conversion factor for PM$_{10}$ to PM$_{2.5}$ | 0.1 | d | Percentage of PM$_{10}$ |

[a] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions. EPA/625/5-87/022.  http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=2800ISFC.

[b] EPA. AP-42. Volume I. Section 13.2.3 Heavy Construction Operations. Jan. 1995 (Errata Feb. 2010).

[c] EPA. AP-42. Volume I. Section 13.2.4 Aggregate Handling and Storage Piles. Nov 2006
[d] Midwest Research Institute. 2006. Background Document for Revisions to Fine Fraction Ratios Used for AP-42 Fugitive Dust Emission Factors. Report prepared for the Western Governors' Association. Western Regional Air Partnership (WRAP). MRI Project No. 110397. November 1, 2006.

### Fugitive Dust Emissions Estimation for Construction Activities - All Project Years

| Construction Activity | Total Disturbed Acres/ Year | # of Days to Complete/Year[1] | Emissions (tons/year) | | |
|---|---|---|---|---|---|
| | | | TSP | PM$_{10}$ | PM$_{2.5}$ |
| Springs | 0.17 | 1 | 0.01 | 0.00 | 0.00 |
| Reservoirs/Pits | 1.03 | 1 | 0.04 | 0.01 | 0.00 |
| Wells | 0.00 | 1 | 0.00 | 0.00 | 0.00 |
| Pipelines | 0.34 | 1 | 0.01 | 0.00 | 0.00 |
| Fences | 0.34 | 1 | 0.01 | 0.00 | 0.00 |
| Reservoirs Maintenance | 2.05 | 1 | 0.08 | 0.03 | 0.00 |
| | Total | | 0.16 | 0.06 | 0.01 |

[a] Information from UCFO. Assumes no emissions controls.
1. assumes total acreage is disturbed once annually, so input one day for calculation purposes

### Wind Erosion Associated with Land Disturbance

**Emission Factors for Industrial Wind Erosion**

| | |
|---|---|
| E (tons/year) = | $k \cdot \dfrac{P \cdot M \cdot N}{453.6 \cdot 2000}$ |
| AP-42 Section 13.2.5.3 Equation 2 | |
| Erosion Potential P (g/m2/year) = | $58(U^*-U_t^*)^2 + 25(U^*-U_t^*)$ |
| for U*>Ut*; P=0 otherwise | AP-42 Sec. 13.2.5.3  Eq. 3 |
| Friction Velocity U* (m/s) = | $0.053 \cdot U_{10}^*$ |
| AP-42 Section 13.2.5.3 Equation 4 | |

P = Erosion Potential (gm/m²/yr)   M = Disturbed area (m²)
U* = Friction velocity  (m/s)   N = # of disturbances
Ut = threshold velocity  (m/s)   k = 0.5 for PM$_{10}$
U10 = fastest wind speed (m/s)   k = 0.075 for PM$_{2.5}$

| | | |
|---|---|---|
| U$_{10}$ = | 23.30 | 52.12 mph, input value (fastest) |
| U$_t$ overburden  = | 1.02 | AP-42 Industrial Wind Erosion Table 13.2.5-2. Overburden |

### Wind Erosion Emissions - Based on Disturbed Acres

| | Fastest Mile (U$_{10}$) (m/s) | Max. Friction Velocity (U*) (m/s) | Erosion Potential (P) (g/m²/yr) | Annual Disturbed Acres | Disturbed Area (M) (m²) | Number of Disturbances (N) | PM$_{10}$ Emissions (tons/year) | PM$_{2.5}$ Emissions (tons/year) |
|---|---|---|---|---|---|---|---|---|
| Project Area | 23.30 | 1.23 | 8.05 | 3.93 | 15915.21 | 1.00 | 0.07 | 0.01 |

## Figure P.1. Livestock Grazing Fugitive Dust Emissions from Heavy Equipment Operations

*Appendix P. Air Resources*

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

## Livestock Grazing - Exhaust Emission Factors for Diesel-Powered Off-Road Construction Equipment

| HP Range | NR Equipment Type | Emission Rates (g/hp-hr) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O[1] |
| 100 | Tractors/Loaders/Backhoes | 0.353 | 1.661 | 1.454 | 0.259 | 0.252 | 0.032 | 145.112 | 0.005 | 0.001 |
| 600 | Off-highway Trucks | 0.116 | 0.898 | 2.299 | 0.133 | 0.129 | 0.069 | 316.385 | 0.002 | 0.003 |
| 0 | Other Construction Equipment | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 175 | Crawler Tractors | 0.212 | 0.897 | 2.616 | 0.201 | 0.195 | 0.069 | 316.101 | 0.003 | 0.003 |
| 0 | Scrapers | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 0 | Other Construction Equipment | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 300 | Bore/Drill Rigs | 0.230 | 0.867 | 2.801 | 0.172 | 0.167 | 0.050 | 227.665 | 0.003 | 0.002 |
| 100 | Tractors/Loaders/Backhoes | 0.353 | 1.661 | 1.454 | 0.259 | 0.252 | 0.032 | 145.112 | 0.005 | 0.001 |
| 600 | Off-highway Trucks | 0.116 | 0.898 | 2.299 | 0.133 | 0.129 | 0.069 | 316.385 | 0.002 | 0.003 |
| 0 | Other Construction Equipment | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 175 | Crawler Tractors | 0.212 | 0.897 | 2.616 | 0.201 | 0.195 | 0.069 | 316.101 | 0.003 | 0.003 |
| 0 | Trenchers | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 0 | Tractors/Loaders/Backhoes | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 300 | Off-highway Trucks | 0.164 | 0.723 | 2.086 | 0.145 | 0.141 | 0.069 | 316.242 | 0.002 | 0.003 |
| 175 | Crawler Tractors | 0.212 | 0.897 | 2.616 | 0.201 | 0.195 | 0.069 | 316.101 | 0.003 | 0.003 |

[1]N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 138,500 Btu/gallon, 2545 Btu/hp-hr.

Source: EPA NONROADS 2000a

**Figure P.2. Livestock Grazing Exhaust Emissions Factors for Diesel Heavy Equipment**

*Appendix P. Air Resources*

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

378

**Livestock Grazing - Exhaust Emission for Diesel-Powered Off-Road Construction Equipment**

Combustive Emissions Estimation for Construction Activities

| Construction Activity | Equipment Type | Capacity (hp) | # of Units | Avg. Load Factor (%) | # of Hours/Day | # of Days/ Project | # of Projects/ Year | Total Hours/ Unit/Year | Emissions (tons/year) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N₂O |
| Springs | Backhoe | 89.0 | 1.0 | 60.0 | 6.0 | 3.0 | 0.7 | 12.3 | 2.55E-04 | 1.28E-03 | 1.65E-03 | 1.88E-04 | 1.82E-04 | 2.29E-05 | 1.05E-01 | 3.81E-06 | 8.45E-07 |
| | Dump Truck | 375.0 | 1.0 | 59.0 | 2.0 | 3.0 | 0.7 | 4.1 | 9.84E-05 | 7.61E-04 | 1.95E-03 | 1.13E-04 | 1.09E-04 | 5.84E-05 | 2.68E-01 | 1.47E-06 | 2.14E-06 |
| | Other | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 0.7 | 0.0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| Reservoirs/Pits | Bulldozer | 145.0 | 1.0 | 59.0 | 8.0 | 2.0 | 1.7 | 27.3 | 4.63E-04 | 1.95E-03 | 5.72E-03 | 4.39E-04 | 4.25E-04 | 1.58E-04 | 6.91E-01 | 6.90E-06 | 5.53E-06 |
| | Scraper | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 1.7 | 0.0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| | Other | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 1.7 | 0.0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| Wells | Drill Rig | 300.0 | 1.0 | 59.0 | 10.0 | 7.0 | 0.0 | 0.0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| | Backhoe | 89.0 | 1.0 | 59.0 | 6.0 | 7.0 | 0.0 | 0.0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| | Water Truck | 330.0 | 1.0 | 40.0 | 2.0 | 7.0 | 0.0 | 0.0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| | Other | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 | 0.0 | 0.0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| Pipelines | Dozer | 145.0 | 1.0 | 80.0 | 8.0 | 7.0 | 0.3 | 19.1 | 5.18E-04 | 2.20E-03 | 6.40E-03 | 4.91E-04 | 4.77E-04 | 1.68E-04 | 7.74E-01 | 7.73E-06 | 6.19E-06 |
| | Trencher | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 | 0.3 | 0.0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| | Backhoe | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 | 0.3 | 0.0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| Fences (Miles/yr.) | Auger Truck | 250.0 | 1.0 | 59.0 | 8.0 | 7.0 | 0.3 | 19.1 | 4.33E-04 | 1.91E-03 | 5.58E-03 | 3.83E-04 | 3.71E-04 | 1.81E-04 | 8.34E-01 | 6.46E-06 | 6.67E-06 |
| Reservoir Maintenance | Bulldozer | 145.0 | 1.0 | 59.0 | 8.0 | 2.0 | 3.4 | 54.7 | 9.26E-04 | 3.92E-03 | 1.14E-02 | 8.77E-04 | 8.51E-04 | 3.01E-04 | 1.38E+00 | 1.38E-05 | 1.11E-05 |
| Total | | | | | | | | | 2.69E-03 | 1.19E-02 | 3.21E-02 | 2.49E-03 | 2.42E-03 | 8.82E-04 | 4.06E+00 | 4.02E-05 | 3.24E-05 |

* All emissions calculated with year 2008 factors (conservative)

**Figure P.3. Livestock Grazing Exhaust Emissions from Diesel Heavy Equipment**

*Appendix P. Air Resources*

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

379

## Livestock Grazing - Fugitive Dust from Commuting Vehicles on Unpaved Roads

**Emission Factors for Publicly Accessible Unpaved Roads[a]**

| $E (lb/VMT) = \dfrac{k (s/12)^a (S/30)^d}{(M/0.5)^c}$ | Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|---|
| | k | 1.8 | 0.18 |
| | a | 1 | 1 |
| | d | 0.5 | 0.5 |
| $E_{ext} = E (1 - P/365)$ | c | 0.2 | 0.2 |

| Function/Variable Description | Assumed Value | Reference |
|---|---|---|
| E = size-specific emission factor (lb/VMT) | | |
| $E_{ext}$ = size-specific emission factor extrapolated for natural mitigation (lb/VMT) | | |
| s = surface material silt content (%) | 5.1 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| C = emission factor for 1990's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT)  $PM_{10}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
|  $PM_{2.5}$ | 0.00047 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| M = surface material moisture content (%) | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | 59 | http://www.wrcc.dri.edu, GRAND JUNCTION 6 ESE, COLORADO |
| CE = emission control percent for unpaved roads | 50% | |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[b] Fitzpatrick, M. 1998. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions, EPA/625/R-07/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=2000BS1C.

**Fugitive Dust Emission Estimations for Commuting Vehicle on Unpaved Roads - All Project Years**

| Construction Activity | Equipment Type | Avg. Vehicle Speed (mph) | Round Trip Distance (miles) | # of Round Trips/Project | Total Vehicle Miles/Project | # of Projects/Year | Total Annual Vehicle Miles Traveled | $PM_{10}$ Controlled Em. Factor (lb/VMT) | $PM_{10}$ Emissions (tons/vehicle type) | $PM_{10}$ Emissions (tons/activity) | $PM_{2.5}$ Controlled Em. Factor (lb/VMT) | $PM_{2.5}$ Emissions (tons/vehicle type) | $PM_{2.5}$ Emissions (tons/activity) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Springs | Dump Truck | 30.0 | 25.0 | 2.0 | 50.0 | 0.7 | 34.2 | 0.24 | 0.00 | | 0.02 | 0.00 | |
| | Tractor-Trailer | 30.0 | 25.0 | 0.0 | 0.0 | 0.7 | 0.0 | 0.24 | 0.00 | 0.07 | 0.02 | 0.00 | 0.01 |
| | Pick-up Truck | 29.0 | 14.0 | 61.0 | 854.0 | 0.7 | 583.9 | 0.24 | 0.07 | | 0.02 | 0.01 | |
| Reservoirs/Pits | Tractor-Trailer | 30.0 | 25.0 | 10.0 | 250.0 | 1.7 | 427.3 | 0.24 | 0.05 | 0.18 | 0.02 | 0.01 | 0.02 |
| | Pick-up Truck | 32.0 | 17.0 | 36.0 | 612.0 | 1.7 | 1046.1 | 0.25 | 0.13 | | 0.02 | 0.01 | |
| Wells | Drill Truck | 30.0 | 25.0 | 1.0 | 25.0 | 0.0 | 0.0 | 0.24 | 0.00 | | 0.02 | 0.00 | |
| | Support Truck | 30.0 | 25.0 | 2.0 | 50.0 | 0.0 | 0.0 | 0.24 | 0.00 | - | 0.02 | 0.00 | - |
| | Water Truck | 30.0 | 25.0 | 4.0 | 100.0 | 0.0 | 0.0 | 0.24 | 0.00 | | 0.02 | 0.00 | |
| | Pick-up Truck | 40.0 | 25.0 | 5.0 | 125.0 | 0.0 | 0.0 | 0.20 | 0.00 | | 0.03 | 0.00 | |
| Pipelines | Tractor-Trailer | 30.0 | 25.0 | 1.0 | 25.0 | 0.3 | 8.5 | 0.24 | 0.00 | 0.01 | 0.02 | 0.00 | 0.00 |
| | Pick-up Truck | 40.0 | 25.0 | 4.0 | 100.0 | 0.3 | 34.2 | 0.20 | 0.00 | | 0.03 | 0.00 | |
| Fences | Support Truck | 30.0 | 25.0 | 1.0 | 25.0 | 0.3 | 8.5 | 0.24 | 0.00 | | 0.02 | 0.00 | |
| | Pick-up Truck | 30.0 | 25.0 | 3.0 | 75.0 | 0.3 | 25.6 | 0.24 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 |
| | ATV | 25.0 | 2.0 | 1.0 | 2.0 | 0.3 | 0.7 | 0.22 | 0.00 | | 0.02 | 0.00 | |
| Reservoirs Maintenance | Tractor-Trailer | 30.0 | 25.0 | 1.0 | 25.0 | 3.4 | 85.5 | 0.24 | 0.01 | 0.07 | 0.02 | 0.00 | 0.01 |
| | Pick-up Truck | 40.0 | 25.0 | 5.0 | 125.0 | 3.4 | 427.3 | 0.20 | 0.06 | | 0.03 | 0.01 | |
| Livestock Management | Tractor-Trailer (spring turnout, fall gather) | 40.0 | 15.0 | 1.0 | 15.0 | 1.0 | 15.0 | 0.28 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 |
| | Pick-up Trailer (spring cakes) | 40.0 | 15.0 | 1.0 | 15.0 | 1.0 | 15.0 | 0.28 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 |
| | | | | | | | **Total** | | **0.34** | | | **0.03** | |

For Livestock management: # of Activities/Year for spring turnout/fall gather = # of truck trips = head of cattle x 1,000 lb/head divided by 40,000 lbs/trailer truck  assume 100% of cattle is semi-trucked
for spring cakes:  # cattle - (# of cattle x 5% bulls) - (# of cattle x 15% yearlings) = # of cows = # of cakes (assuming each cow gives birth to one calf)  Then assume 90% survival, average weight = 450 lbs and 40,000 lbs per truck load

## Figure P.4. Livestock Grazing Fugitive Dust Emissions from Commuting Traffic

*Appendix P. Air Resources*

BLM_0028786

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

380

## Livestock Grazing - Exhaust Emissions from Commuting Vehicles

**Emission factors for Commuting Vehicles Exhaust**

| Vehicle Class | Emission Factors (g/mi) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O[1] |
| LDGT2 | 1.29 | 17.37 | 1.98 | 0.06 | 0.04 | 0.02 | 553.11 | 0.07 | 0.05 |
| HDDV | 0.85 | 3.80 | 17.02 | 0.77 | 0.70 | 0.06 | 2004.18 | 0.04 | 0.00 |

Source: EPA MOVES 2010
[1]N2O factor source: TCR GRP, 2012 Climate Registry Default Emission Factors – Released January 6, 2012

| Vehicle | | Emission Factors (g/mi) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Class | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O[1] |
| ATV | All Terrain Vehicles | 15.77 | 47.71 | 0.43 | 0.47 | 0.43 | 0.01 | 212.59 | 0.28 | 0.01 |

Source: EPA NONROAD08 2008a
1. N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp.hr.

**Combustive Emission Estimations for Commuting Vehicle on Unpaved and Paved Roads - All Project Years**

| Construction Activity | Equipment Type | Class | Round Trip Distance (miles) | Round Trips/Project | Total Vehicle Miles/Project | # of Projects/Year | Total Annual Vehicle Miles Traveled | Emissions (tons/year) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O |
| Springs | Dump Truck | HDDV | 145.0 | 2.0 | 290.0 | 0.7 | 198.3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.44 | 0.00 | 0.00 |
| | Tractor-Trailer | HDDV | 145.0 | 0.0 | 0.0 | 0.7 | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Pick-up Truck | LDGT2 | 75.0 | 61.0 | 4575.0 | 0.7 | 3128.0 | 0.00 | 0.06 | 0.01 | 0.00 | 0.00 | 0.00 | 1.91 | 0.00 | 0.00 |
| Reservoirs/Pits | Tractor-Trailer | HDDV | 145.0 | 10.0 | 1450.0 | 1.7 | 2478.4 | 0.00 | 0.01 | 0.05 | 0.00 | 0.00 | 0.00 | 5.48 | 0.00 | 0.00 |
| | Pick-up Truck | LDGT2 | 100.0 | 36.0 | 3600.0 | 1.7 | 6153.3 | 0.01 | 0.12 | 0.01 | 0.00 | 0.00 | 0.00 | 3.75 | 0.00 | 0.00 |
| Wells | Drill Truck | HDDV | 145.0 | 1.0 | 145.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Support Truck | HDDV | 145.0 | 2.0 | 290.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Water Truck | HDDV | 145.0 | 4.0 | 580.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Pick-up Truck | LDGT2 | 145.0 | 5.0 | 725.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pipelines | Tractor-Trailer | HDDV | 145.0 | 1.0 | 145.0 | 0.3 | 49.6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 |
| | Pick-up Truck | LDGT2 | 145.0 | 4.0 | 580.0 | 0.3 | 198.3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.00 | 0.00 |
| Fences | Support Truck | HDDV | 145.0 | 1.0 | 145.0 | 0.3 | 49.6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 |
| | Pick-up Truck | LDGT2 | 145.0 | 3.0 | 435.0 | 0.3 | 148.7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 |
| | ATV | All Terrain Vehicles | 2.0 | 1.0 | 2.0 | 0.3 | 0.7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Reservoirs Maintenance | Tractor-Trailer | HDDV | 145.0 | 1.0 | 145.0 | 3.4 | 495.7 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 1.10 | 0.00 | 0.00 |
| | Pick-up Truck | LDGT2 | 145.0 | 5.0 | 725.0 | 3.4 | 2478.4 | 0.00 | 0.05 | 0.01 | 0.00 | 0.00 | 0.00 | 1.51 | 0.00 | 0.00 |
| Livestock Management | Tractor-Trailer (spring turnout, fall gather) | HDDV | 85.0 | 1.0 | 85.0 | 1.0 | 85.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 | 0.00 | 0.00 |
| | Pick-up Trailer (spring calves) | HDDV | 85.0 | 1.0 | 85.0 | 1.0 | 85.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 | 0.00 | 0.00 |
| | | | | | | ATV SUBTOTAL | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | LDGT2 SUBTOTAL | | 0.02 | 0.23 | 0.03 | 0.00 | 0.00 | 0.00 | 7.38 | 0.00 | 0.00 |
| | | | | | | HDDV SUBTOTAL | | 0.00 | 0.01 | 0.06 | 0.00 | 0.00 | 0.00 | 7.60 | 0.00 | 0.00 |
| | | | | | | TOTAL | | 2.05E-02 | 2.46E-01 | 9.09E-02 | 3.71E-03 | 3.17E-03 | 5.04E-04 | 1.50E+01 | 1.13E-03 | 6.20E-04 |

**Figure P.5. Livestock Grazing Exhaust Emissions from Commuting Traffic**

*Appendix P. Air Resources*

BLM_0028787

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

381

Livestock Grazing - Methane Emissions Factors from Enteric Fermentation and Manure Management

| Livestock | | Methane Emission Factors | | | |
|---|---|---|---|---|---|
| | | Enteric Fermentation (Kg/head/yr) | Enteric Fermentation (lb/head/yr) | Manure Management (Kg/head/yr) | Manure Management (lb/head/yr) |
| Cattle | includes bulls, yearlings, and calves | 53 | 116.84 | 2 | 4.41 |
| Horse | | 18 | 39.68 | 2.34 | 5.16 |
| Buffalo | | 55 | 121.25 | 5 | 11.02 |
| Sheep | | 8 | 17.64 | 0.28 | 0.62 |

Source: 2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 4 Agriculture, Forestry, and Other Land Use,  Chapter 10
Emissions From Livestock and Manure Management
Emission factors for Developed Countries, North America, Temperate climate, "Other" (non-dairy) cattle

**Figure P.6. Livestock Grazing Methane Emissions Factors**

Livestock Grazing - Methane Emissions from Livestock - All Project Years

| Livestock Category | Permitted head of animals | % of year grazing on Federal Lands | Enteric Fermentation emission factor (lb/head/yr) | Annual Methane Emissions from Enteric Fermentation (tons/yr) | Manure Management emission factor (lb/head/yr) | Annual Methane Emissions from Manure Management (tons/yr) | Total Methane Emissions (tons/yr) |
|---|---|---|---|---|---|---|---|
| Cattle | 11759 | 100 | 116.84 | 686.98 | 4.41 | 25.92 | 712.90 |
| Horse | 0 | 0 | 39.68 | 0.00 | 5.16 | 0.00 | 0.00 |
| Buffalo | 0 | 0 | 121.25 | 0.00 | 11.02 | 0.00 | 0.00 |
| Sheep | 2644 | 100 | 17.64 | 23.32 | 0.62 | 0.82 | 24.13 |
| | | | | | | **Total Methane emissions** | 737.03 |

**Figure P.7. Livestock Grazing Methane Emissions**

*Appendix P. Air Resources*

BLM_0028788

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

382

Recreation - Exhaust Emissions from Recreational Vehicle Operation

| Emission Rates (ATVs and MCs from NONROAD2008a, Light Duty Trucks from MOVES2010a) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (g/mi) | | | | | |
| HP Range | NR Equipment Type | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O[1] |
| not applicable | All Terrain Vehicles | 15.770 | 47.711 | 0.432 | 0.467 | 0.430 | 0.007 | 212.988 | 0.277 | 0.005 |
| not applicable | Motorcycles: Off-Road | 39.221 | 48.797 | 0.321 | 1.393 | 1.282 | 0.007 | 211.986 | 0.396 | 0.007 |
| not applicable | Light Duty Trucks | 1.293 | 17.372 | 1.975 | 0.059 | 0.038 | 0.020 | 553.110 | 0.073 | 0.045 |

1. N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

## Figure P.8. Recreation Exhaust Emissions Factors for OHVs

Recreation - Exhaust Emissions from Recreational Vehicle Operation

Combustive Emission Estimations for Recreation Vehicles on Unpaved and Paved Roads - All Project Years

| Activity | Equipment Type* | Class | Total Annual Vehicle Miles Traveled/ Activity | Emissions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (tons/year) | | | | | | | | |
| | | | | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | N2O* |
| Recreation | ATV | All Terrain Vehicles | 612,500 | 10.65 | 32.21 | 0.29 | 0.32 | 0.29 | 0.00 | 143.80 | 0.19 | 0.00 |
| | Off-Road Motorcycles | Off-Road Motorcycles | 131,250 | 5.67 | 7.06 | 0.05 | 0.20 | 0.19 | 0.00 | 30.67 | 0.06 | 0.00 |
| | Jeeps | On-road OHVs | 78,750 | 0.11 | 1.51 | 0.17 | 0.01 | 0.00 | 0.00 | 48.01 | 0.01 | 0.00 |
| | | Total | | 1.64E+01 | 4.08E+01 | 5.10E-01 | 5.22E-01 | 4.79E-01 | 7.50E-03 | 2.22E+02 | 2.51E-01 | 8.56E-03 |

[a] All recreation vehicles are assumed gasoline-powered. All road maintenance are assumed diesel-powered.
* assumes 2 trips on road surface for road maintenance

## Figure P.9. Recreation Exhaust Emissions from OHVs

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

383

## Recreation - Fugitive Dust from Recreational Vehicle Operation and Wind Erosion

**Emission Factors for Publicly Accessible Unpaved Roads[a]**

| | Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|---|
| $E \text{ (lb/VMT)} = \dfrac{k \, (s/12)^a \, (S/30)^d \, C}{(M/0.5)^c}$ | k | 1.8 | 0.18 |
| | a | 1 | 1 |
| | d | 0.5 | 0.5 |
| $E_{ext} = E \, (1 - P/365)$ | c | 0.2 | 0.2 |

| Function/Variable Description | | Assumed Value | Reference |
|---|---|---|---|
| E = size-specific emission factor (lb/VMT) | | | |
| $E_{ext}$ = size-specific emission factor extrapolated for natural mitigation (lb/VMT) | | | |
| s = surface material silt content (%) | | 5.1 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| S = mean vehicle speed (mph) | | | |
| C = emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT) | $PM_{2.5}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| | $PM_{10}$ | 0.00047 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| M = surface material moisture content (%) | | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | | 59 | http://www.wrcc.dri.edu, GRAND JUNCTION 6 ESE, COLORADO |
| CE = control percent for applying dust suppressant to unpaved roads [b] | | 0% | assumed conservatively |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006
[b] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions, EPA/625/5-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=20008SFC.

**Fugitive Dust Emission Estimations for Recreation Vehicles on Unpaved Roads - All Project Years**

| Activity | Equipment Type | Avg. Vehicle Speed (mph) | Total Annual Vehicle Miles | $PM_{10}$ | | | $PM_{2.5}$ | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Emissions | | | Emissions | |
| | | | | Controlled Em. Factor (lb/VMT) | (tons/vehicle type) | (tons/year) | Controlled Em. Factor (lb/VMT) | (tons/vehicle type) | (tons/year) |
| Recreation | ATV | 15 | 612,500 | 0.34 | 105.13 | | 0.03 | 10.43 | |
| | Off-Road Motorcyles | 15 | 131,250 | 0.34 | 22.53 | 141.18 | 0.03 | 2.24 | 14.01 |
| | Jeeps | 15 | 78,750 | 0.34 | 13.52 | | 0.03 | 1.34 | |
| | | | Total | | 141.18 | | | 14.01 | |

**Figure P.10. Recreation Fugitive Dust from OHV Use**

*Appendix P. Air Resources*

BLM_0028790

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

384

Trails & Travel Management - Dust and Exhaust Emissions for Road Maintenance

| | | Emission Rates (g/hp-hr) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HP Range | NR Equipment Type | VOC | CO | NOx | PM10 | PM2.5 | SO2 | CO2 | CH4 | $N_2O$[1] |
| 100 | Graders | 0.299 | 2.323 | 2.897 | 0.335 | 0.325 | 0.076 | 350.845 | 0.004 | 0.003 |
| 75 | Tractors/Loaders/Backhoes | 0.349 | 1.617 | 1.445 | 0.253 | 0.246 | 0.032 | 145.121 | 0.005 | 0.001 |

1. N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 130,500 Btu/gallon, 2545 Btu/hp-hr.

Source: EPA NONROADS 2008a

**Figure P.11. Trail and Travel Management Exhaust Emissions Factors for Heavy Equipment**

*Appendix P. Air Resources*

BLM_0028791

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

385

**Trails & Travel Management - Dust and Exhaust Emissions for Road Maintenance**

**Estimation of Total and Cumulative Length of Roads by Grader**

| Cumulative Length of Roads Maintained per Year by Grader (miles) | 18.7 |
|---|---|

Emission Factors for Grader

| Pollutant | Emission Factor Equation (lb/VMT) | S$^a$ (mph) | Emission Factor (lb/VMT) |
|---|---|---|---|
| PM$_{10}$ | $E = (0.6)(0.051) S^2$ | 5 | 0.765 |
| PM$_{2.5}$ | $E = (0.031)(0.04) S^{2.5}$ | 5 | 0.069 |

$^a$ Assumed a mean vehicle speed (S) of 5 mph

Source: EPA AP 42, Section 11.9, Table 11.9-1

Fugitive Dust Emissions Estimation for Maintenance Equipment

| Activity | Equipment | Total # of Operating Hours per Year | Mean Vehicle Speed (mph) | Total Miles Maintained | PM$_{10}$ | | PM$_{2.5}$ | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Em. Factor (lb/VMT) | (tons/year) | Em. Factor (lb/VMT) | (tons/year) |
| Road Maintenance | Grader | 62 | 5 | 19 | 0.765 | 7.15E-03 | 0.069 | 6.48E-04 |
| Road Maintenance | Backhoe | 25 | 5 | 19 | 0.765 | 7.15E-03 | 0.069 | 6.48E-04 |
| | | | | **Totals** | | **1.43E-02** | | **1.30E-03** |

Exhaust Emissions Estimation for Grader or Snowplow

| Activity | Vehicle Type | Capacity (hp) | Load Factor (%) | Total # of Operating Hours | Emissions (tons/year) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | VOC | CO | NO$_x$ | PM$_{10}$ | PM$_{2.5}$ | SO$_x$ | CO$_2$ | CH$_4$ | N$_2$O |
| Road Maintenance | Grader | 100 | 59 | 62 | 1.21E-03 | 9.42E-03 | 1.17E-02 | 1.36E-03 | 1.32E-03 | 3.09E-04 | 1.42E+00 | 1.81E-05 | 1.14E-05 |
| | Backhoe | 65 | 21 | 25 | 1.31E-04 | 6.07E-04 | 5.42E-04 | 9.50E-05 | 9.22E-05 | 1.18E-05 | 5.44E-02 | 1.96E-06 | 4.38E-07 |
| | Snowplow | 0 | | 0 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| | | | | **Total** | 1.34E-03 | 1.00E-02 | 1.23E-02 | 1.45E-03 | 1.41E-03 | 3.21E-04 | 1.48E+00 | 2.00E-05 | 1.18E-05 |

**Figure P.12. Trail and Travel Management Exhaust Emissions from Heavy Equipment**

*Appendix P. Air Resources*

BLM_0028792

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

386

**Trails and Travel Management Dust and Exhaust Emissions for Road Maintenance**

Emission Factors for Road Traffic

| Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|
| $E \ (lb/VMT) = \dfrac{k \ (s/12)^a \ (S/30)^d}{(M/0.5)^c} \ C$ | | |
| | k | 1.8 | 0.18 |
| | a | 1 | 1 |
| | d | 0.5 | 0.5 |
| $E_{ext} = E \ (1 - P/365)$ | c | 0.2 | 0.2 |

| Function/Variable Description | | Assumed Value | Reference |
|---|---|---|---|
| E = size-specific emission factor (lb/VMT) | | | |
| $E_{ext}$ = size-specific emission factor extrapolated for natural mitigation (lb/VMT) | | | |
| s = surface material silt content (%) | | 5.1 | EPA AP-42 Section 13.2.2, Table 13.2.2-1 |
| S = mean vehicle speed (mph) | | Listed in the table below | |
| C = emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT) | $PM_{2.5}$ | 0.00036 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| | $PM_{10}$ | 0.00047 | EPA AP-42 Section 13.2.2, Table 13.2.2-4 |
| M = surface material moisture content (%) | | 2.0 | EPA AP-42 Section 13.2.2 |
| P = Number of days precip per year | | 59 | http://www.wrcc.dri.edu, GRAND JUNCTION 6 ESE, COLORADO |

[a] Source: EPA, AP-42 Volume I, Section 13.2.2 Unpaved Roads, Table 13.2.2-2, Nov. 2006

[b] Fitzpatrick, M. 1990. User's Guide: Emission Control Technologies and Emission Factors for Unpaved Road Fugitive Emissions, EPA/625/5-87/022.   http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=2000BSFC.

Emissions Estimation for Commuting Maintenance Vehicles Road Traffic

| Activity | Vehicle Type | Avg. Vehicle Speed (mph) | Total Miles Traveled | $PM_{10}$ | | $PM_{2.5}$ | |
|---|---|---|---|---|---|---|---|
| | | | | Em. Factor (lb/VMT) | (tons/year) | Em. Factor (lb/VMT) | (tons/year) |
| Road Maintenance | Pickup Truck | 35 | 18.70 | 0.52 | 4.90E-03 | 0.05 | 4.88E-04 |
| Road Maintenance | Semi-Truck | 35 | 18.70 | 0.52 | 4.90E-03 | 0.05 | 4.88E-04 |
| | | | Totals | | 9.81E-03 | | 9.76E-04 |

Exhaust Emission Factors for Commuting Maintenance Vehicles Road Traffic

| Vehicle Class | Emission Factors (g/mi) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_x$ | $CO_2$ | $CH_4$ | $N_2O$[a] |
| Light-Duty Diesel Truck | 0.70 | 3.11 | 5.17 | 0.33 | 0.30 | 0.02 | 729.87 | 0.01 | 0.00 |
| Heavy Duty Duty Diesel Truck | 0.85 | 3.80 | 17.02 | 0.77 | 0.70 | 0.06 | 2004.18 | 0.04 | 0.00 |

Source: MOVES2010a

[a] N2O factor source: 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17. 138,500 Btu/gallon, 2545 Btu/hp hr.

Exhaust Emissions Estimation for Commuting Maintenance Vehicles Road Traffic

| Activity | Vehicle | | Total Miles Traveled | Emissions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (tons/year) | | | | | | | | |
| | Type | Class | | VOC | CO | $NO_x$ | $PM_{10}$ | $PM_{2.5}$ | $SO_x$ | $CO_2$ | $CH_4$ | $N_2O$ |
| Road Maintenance | Pickup Truck | LDDT | 18.7 | 1.44E-05 | 6.42E-05 | 1.07E-04 | 6.78E-06 | 6.19E-06 | 4.74E-07 | 1.50E-02 | 2.80E-07 | 3.09E-08 |
| Road Maintenance | Pickup Truck | HDDV8 | 18.7 | 1.74E-05 | 7.84E-05 | 3.51E-04 | 1.59E-05 | 1.45E-05 | 1.30E-06 | 4.13E-02 | 8.52E-07 | 9.89E-08 |
| | | Total | | 3.18E-05 | 1.43E-04 | 4.57E-04 | 2.27E-05 | 2.06E-05 | 1.77E-06 | 5.64E-02 | 1.13E-06 | 1.30E-07 |

**Figure P.13. Trail and Travel Management Dust and Exhaust Emissions from Road Maintenance**

*Appendix P. Air Resources*

Dominguez-Escalante National Conservation Area                                                387
APPROVED RESOURCE MANAGEMENT PLAN

# P.3. Comprehensive Air Resource Protection Protocol

BLM_0028794

This page intentionally left blank

*Appendix P. Air Resources*

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

389

**July 2015**



# COLORADO BUREAU OF LAND MANAGEMENT

## COMPREHENSIVE AIR RESOURCE PROTECTION PROTOCOL (CARPP)

Version Date: July 2015

*Appendix P. Air Resources*

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

390

Comprehensive Air Resources Protection Protocol

# TABLE OF CONTENTS

Section

Page

## COMPREHENSIVE AIR RESOURCES PROTECTION PROTOCOL

Section I – Purpose, Scope, and Responsibilities ....................................................................4

Section II – Interagency Air Resources Collaboration ........................................................5

Section III – Actions to Analyze & Protect Air Quality ....................................................5

III.A    Monitoring...................................................................................................................6

III.B    Emissions Inventories.................................................................................................7

III.C    Modeling......................................................................................................................7

III.D    Permitting ....................................................................................................................9

III.E    Mitigation .................................................................................................................. 10

Section IV – Adaptive Management Processes for Air Resources.................................. 12

Section V – Annual Summary Report ................................................................................... 15

Section VI – Oil and Gas Development Emissions Reduction Strategies & BMPs ...................... 15

*Appendix P. Air Resources*

BLM_0028797

Dominguez-Escalante National Conservation Area                                                     391
APPROVED RESOURCE MANAGEMENT PLAN

Comprehensive Air Resources Protection Protocol

**CARPP Change History**

| Section | Revision | Date |
|---------|----------|------|
| III.D.I | Amended paragraph to reflect final approved LN language. | 2/11/2014 |
| III.B | Added summary language for newly developed guidance appendix | 5/5/2015 |
| App. A | Added appendix A (Air Resources Oil and Gas NEPA Analysis Process) | 5/5/2015 |
| I.A | Clarified scope language (living doc) and added website reference | 7/6/2015 |

*Appendix P. Air Resources*

BLM_0028798

Dominguez-Escalante National Conservation Area                                          392
APPROVED RESOURCE MANAGEMENT PLAN

# COMPREHENSIVE AIR RESOURCES PROTECTION PROTOCOL (CARPP)

### SECTION I – PURPOSE, SCOPE, AND RESPONSIBILITIES

This Comprehensive Air Resources Protection Protocol (CARPP) describes the process and strategies the BLM will use when authorizing activities that have the potential to adversely impact air quality within the state of Colorado. This protocol also outlines specific measures that may be taken to address BLM-approved activities with the potential to cause significant adverse impacts to air resources (via the generation of significant quantities of air emissions) within any planning area (as determined on a case by case basis). Further, the purposes of this protocol are to address air quality issues identified by the Bureau of Land Management (BLM), or public scoping, in its analysis of potential impacts on air resources for BLM Colorado Resource Management Plans and Environmental Impact Statements (RMP/EIS); and clarify the mechanisms and procedures that BLM will use to achieve the air resources goals, objectives, and management actions set forth in BLM Colorado RMPs.

### I.A    CARPP Scope

The CARPP is not a decision document, but rather a strategy to address air quality concerns throughout BLM-managed lands and resources in Colorado. Because the CARPP is not a field office specific management tool, it may be modified as necessary to comport or comply with changing laws, regulations, BLM policy, or to address new information and changing circumstances without maintaining or amending any specific Field Office RMP (see reference version date on the cover page).

However, changes to the goals, objectives, or management actions set forth in any Colorado Field Office RMP/EIS as a result of the changes in the CARPP (or more specifically, any subsequent analysis based on such changes) would require an amendment of the specific RMP being affected.

The CARPP is designed to be a living document; ergo readers should always refer to the BLM's Air Resources Webpage at to ensure they are viewing the most up to date version (http://www.blm.gov/co/st/en/BLM_Information/nepa/air_quality.html).

### I.B    BLM Responsibilities under FLMPA and MLA

The BLM has the authority and responsibility under the Federal Land Policy and Management Act (FLPMA) to manage public lands in a manner that will protect the quality of air and atmospheric values [FLPMA Sec. 102(a)(8)]. The FLPMA also provides that the public lands be managed in a manner which recognizes the Nation's need for domestic sources of minerals, food, timber, and fiber from the public lands and includes provisions for implementing the Mining and Minerals Policy Act of 1970 [FLPMA Sec. 102(a)(12)]. The BLM has the responsibility under the Mineral Leasing Act (MLA) to

*Appendix P. Air Resources*

BLM_0028799

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

393

Comprehensive Air Resources Protection Protocol

implement the decisions of any RMP/EIS in a manner that recognizes valid and existing lease rights[1].

Further, the FLPMA provides that "In the development and revision of land use plans, the Secretary shall provide for compliance with applicable pollution control laws, including State and Federal air, water, noise, or other pollution standards or implementation plans;" [FLPMA Sec. 202(c)(8)][2].

## SECTION II – INTERAGENCY AIR RESOURCES COLLABORATION

The Bureau of Land Management is firmly committed to working with federal, state, tribal, and local air resource management partners to address complex and often cross-jurisdictional air quality issues. As a federal agency, we have a role to provide leadership in addressing known air quality issues within our authority and domain, while upholding our responsibility to manage the public lands for multiple-use under the FLPMA. We also recognize that the State of Colorado, specifically the Colorado Department of Public Health and Environment (CDPHE), has the primary responsibility and authority delegated by the EPA to regulate and maintain air quality standards within Colorado in accordance with the Clean Air Act. Interagency collaboration is the key to management of air quality, as no single agency has all the necessary tools to solve these complex issues alone. We must act together.

To that end the BLM will work collaboratively with other local, state, federal, and tribal agencies involved in the management of air resources to develop a comprehensive strategy to protect air resources from potentially significant adverse impacts resulting from BLM approved activities in Colorado.

### II.A     National Air Quality MOU

When making oil and gas implementation decisions, the BLM will consider or apply, as appropriate, the provisions of the *Memorandum of Understanding Among the US Department of Agriculture, US Department of the Interior, and US Environmental Protection Agency, Regarding Air Quality Analyses and Mitigation for Federal Oil and Gas Decisions Through the NEPA Process*, signed June 23, 2011.

## SECTION III – ACTIONS TO ANALYZE & PROTECT AIR QUALITY

---

[1] H-1601-1 - LAND USE PLANNING HANDBOOK: A plan-level decision to open the lands to leasing represents BLM's determination, based on the information available at the time, that it is appropriate to allow development of the parcel consistent with the terms of the lease, laws, regulations, and orders, and subject to reasonable conditions of approval. When applying leasing restrictions, the least restrictive constraint to meet the resource protection objective should be used.

[2] Note: Where sources of air pollution emissions are regulated by an entity/agency (Federal, State, Tribal, Local), the BLM shall not craft alternatives with features or conditions that interfere with a proponents ability to comply with such laws or standards. IBLA has held that the meaning of "providing for compliance" does not require that the BLM has any obligation to ensure compliance where another agency holds such responsibility [*Wyoming Outdoor Council, et al* 176 IBLA 15, 27 (2008); Powder River Basin Resource Council, 183 IBLA 83, 94-95 (2012)]. However, the BLM should appropriately analyze such sources (as well as non-regulated sources) within the applicable NEPA context to disclose potential impacts, determine significance, and provide for mitigation as necessary and within our authority for any specific finding.

---

*Appendix P. Air Resources*

BLM_0028800

Dominguez-Escalante National Conservation Area                                                                        394
APPROVED RESOURCE MANAGEMENT PLAN

---

Comprehensive Air Resources Protection Protocol

The following sections describe actions the BLM will take to ensure an adequate analysis and subsequent protection for air quality resources within Colorado. Appropriate air resources protection requires the BLM to manage its authorized activities and actions at broad spatial and temporal scales that are dynamic and thus subject to change. The BLM will accomplish this through an adaptive management approach, which includes establishing baseline conditions, monitoring, reevaluation, and adjustment as necessary. Adaptive management therefore contemplates regular review and adjustment of management approaches during the authorization of emissions generating activities commensurate with changing circumstances.

## III.A   MONITORING

Ambient air monitoring provides valuable data for determining current and background concentrations of air pollutants, describing long term trends in air pollutant concentrations, and evaluating the effectiveness of air control strategies. The BLM's comprehensive air resource protection protocol includes the ambient air monitoring measures described in this section.

### III.A.1 – Air Monitoring Network

The BLM will participate in a cooperative effort with industry, CDPHE, Forest Service, National Park Service, EPA, local counties, and other entities as appropriate, to establish, operate, and maintain a comprehensive air monitoring network within the planning areas where a need for monitoring has been identified (contingent upon available funding). The BLM will cooperate in the sharing of air monitoring data collected by the air monitoring network with other agencies and the public.

### III.A.2 – Pre-Construction Air Monitoring

The BLM may request proponents of projects with the potential to generate significant air emissions, to submit pre-construction air monitoring data from a site within or adjacent to the proposed development area. The purpose of this air monitoring is to determine baseline air quality conditions prior to development at the site. The need for monitoring will be determined by the BLM based on the availability or absence of existing representative air monitoring data and the factors listed in Section III.D of this protocol. If the BLM determines that pre-construction monitoring is necessary, the project proponent must provide a minimum of one year of representative ambient air monitoring data for the pollutants of concern. The project proponent will be responsible for siting, installing, operating, and maintaining any new air monitoring equipment needed to fulfill this requirement in the absence of existing representative air monitoring data.

### III.A.3 – Life of Project Air Monitoring

The BLM may require proponents or operators of Federal mineral development projects, or proponents of other potentially significant emission generating projects, to conduct air monitoring for the life of the project based on the availability or absence of representative air monitoring data and the factors listed in Section III.D of this protocol. The purpose of this air monitoring is to

---

*Appendix P. Air Resources*

BLM_0028801

Dominguez-Escalante National Conservation Area                                      395
APPROVED RESOURCE MANAGEMENT PLAN

Comprehensive Air Resources Protection Protocol

measure impacts potentially attributable to the project over time and to determine the effectiveness of emissions control measures required for the project. The project proponent will be responsible for siting, installing, operating, and maintaining any new air monitoring equipment needed to fulfill this requirement in the absence of existing representative air monitoring data.

### III.A.4 – Monitoring Data Transparency

Project-specific monitoring data may be used by the BLM in subsequent NEPA analysis required for project approvals. Thus public disclosure of such data is assured via the NEPA process, if used. Additionally, the BLM will ensure that ambient air monitoring data collected as a COA for any BLM authorized activity will be made publicly available within the body or our annual report required under Section V of this protocol.

## III.B   EMISSIONS INVENTORIES

The BLM will request the proponent of an oil and gas development activity (as proposed in a permit application, plan of development, or Master Development Plan) to submit a comprehensive inventory of anticipated direct and indirect emissions associated with the proposed project. The emissions inventory will include estimated emissions of regulated air pollutants from all sources related to the proposed activity, including fugitive emissions and greenhouse gas emissions, for each year or distinct project phase over the life of the project. The BLM will review the emissions inventory to determine its completeness and accuracy. In most cases the BLM will accept inventory data reported to other agencies for the purposes of meeting this requirement. For example BLM would accept copies of actual emissions data for criteria pollutants, volatile organic compounds, hazardous air pollutants, and greenhouse gases that are submitted to CDPHE as required for applicable air permitting or APEN requirements, or submittals to COGCC in the form of drilling and production data reports, and data to EPA under the Greenhouse Gas Reporting Rule (40 CFR Part 98 Subpart W) for the authorized action.

The BLM COSO developed guidance for the purposes of improving the adequacy, consistency, and efficiency of the Bureau of Land Management (BLM) Colorado air resources analysis. The guidance provides the CO BLM field offices with: 1) a standardized process to follow for completing air resource analysis for project specific O&G development, 2) field office specific air resource NEPA sections of the affected environment and cumulative impacts (to be updated as required, but not less than annually by COSO Air Resource Specialists), and 3) tools to enable field office staff and project proponents to adequately develop the information necessary to analyze and disclose potential air resource impacts within NEPA documents.

In brief, the guidance requires a project level emissions inventory for ALL oil and gas projects that utilizes the COSO air resource specialists (ARS) developed Emissions Inventory Tool. Once the inventory has been completed, BLM staff will follow the analysis framework (found in Appendix A) to compare the emissions inventories and project parameters against in order to determine the level of NEPA analysis required.

## III.C   MODELING

*Appendix P. Air Resources*

BLM_0028802

Dominguez-Escalante National Conservation Area                                          396
APPROVED RESOURCE MANAGEMENT PLAN

Comprehensive Air Resources Protection Protocol

Air dispersion and photochemical grid models are useful tools for predicting project-specific impacts on air quality, predicting the potential effectiveness of control measures and strategies, and forecasting trends in regional concentrations of air pollutants. The BLM will use regional air modeling and project-specific modeling, in conjunction with other air analysis tools, to develop air resource protection strategies consistent with our responsibilities under FLPMA. Further, the BLM will provide appropriate disclosure for any modeling of direct, indirect, and cumulative impacts of proposed actions during the required NEPA analysis.

### III.C.1 – Project-specific Modeling

The BLM may require project-specific air quality modeling, consistent with the Air Resources MOU to analyze potential impacts from a proposed Federal mineral development project or other proposed activity that has the potential to emit significant quantities of a regulated air pollutant and the effectiveness of any air emission control measures. Project proponents may submit results from other modeling analyses that include activities similar to the proposed project for BLM's review and approval, and if approved, those modeling results may be used in lieu of new project-specific modeling. The decision as to whether to require air quality modeling will be based on factors listed in Section III.D of this protocol. The BLM will not require an air modeling analysis when it can be demonstrated that the project will not cause a substantial increase in emissions of the pollutants of concern.

### III.C.2 – Modeling Protocol

The BLM will determine the parameters required for a project-specific modeling analysis through the development of a modeling protocol for each analysis. When conducting a regional model or EIS level project specific oil and gas modeling analysis, the BLM will adhere to the *Memorandum of Understanding Among the US Department of Agriculture, US Department of the Interior, and US Environmental Protection Agency, Regarding Air Quality Analyses and Mitigation for Federal Oil and Gas Decisions Through the NEPA Process*, signed June 23, 2011.

### III.C.3 – Regional Air Modeling

The BLM will support and participate in regional modeling efforts through multi-state and/or multi-agency organizations such as Western Governors' Association – Western Regional Air Partnership (WRAP) and the Federal Leadership Forum (FLF). In addition, BLM will, contingent upon available funding, conduct and facilitate regional air modeling as needed. Currently, the BLM is facilitating the Colorado Air Resources Management Modeling Study (CARMMS). CARMMS is a BLM funded regional air quality modeling study of expected impacts on air quality from projected increases in oil and gas development across Colorado and certain upwind adjacent states.

- The CARMMS modeling protocol/study will be developed by the BLM with involvement from appropriate local, state, federal, and tribal agencies

*Appendix P. Air Resources*

BLM_0028803

involved in the management of air resources and the authorization and
regulation of oil and gas development.

- The CARMMS results will include the predicted impacts from all projected
  federal and non-federal oil and gas development within the region.

- The CARMMS results and analysis will be made available to the public.

### III.C.4 – Evaluation of Modeling Results

The BLM will cooperate in an interagency process to develop a comprehensive
strategy to manage air quality impacts from future oil and gas development
within the region. As part of that strategy, the local, state, federal, and Tribal
agencies involved in the regulation of air quality and the authorization of oil and
gas development would evaluate modeling results from CARMMS or other
future modeling studies and identify potential air quality concerns and
necessary reductions in air emissions.  If the modeling predicts significant
impacts, these agencies would use their respective authorities to implement
appropriate enhanced emission control strategies, operating limitations,
equipment standards, and/or pacing of development.

### III.C.5 – Future Modeling Studies

Future iterations of the CARMMS, or a similar regional modeling study of
expected impacts from oil and gas development, may be conducted through a
collaborative interagency management mechanism and interagency / industry
funding mechanism.

## III.D  PERMITTING

As part of the NEPA process and prior to the authorization of any Federal mineral
development activity the BLM will conduct an air analysis to determine the potential
impacts on air quality based on the estimated emissions from the activity being
authorized.  The BLM may conduct such an analysis for other authorized activities with
the potential to generate significant emissions of a regulated pollutant.  The BLM will
consider the following factors to identify pollutants of concern and make decisions
regarding the appropriate level of air analysis, monitoring, and reporting requirements
for the proposed activity.

- magnitude of potential air emissions from the proposed activity

- duration of proposed activity and distinct phase considerations

- proximity to a federally mandated Class I area, sensitive Class II area (as identified
  on a case-by-case basis by CDPHE or a federal land management or tribal agency),
  population center, or other sensitive receptor
- location within or adjacent to a non-attainment or maintenance area

- meteorological and geographic conditions

BLM_0028804

Comprehensive Air Resources Protection Protocol

- existing air quality conditions including measured exceedances of NAAQS or CAAQS and measured adverse impacts  on air quality related values (AQRVs) at Class I and sensitive Class II areas

- intensity of existing and projected development in the area

- issues identified during project scoping

### III.D.I – Statewide Lease Notice

The following Lease Notice language will be incorporated into all new leases.

*Due to potential air quality concerns, supplementary air quality analysis may be required for any proposed development of this lease.  This may include preparing a comprehensive emissions inventory, performing air quality modeling, and initiating interagency consultation with affected land managers and air quality regulators to determine potential mitigation options for any predicted significant impacts from the proposed development.  Potential mitigation may include limiting the time, place, and pace of any proposed development, as well as providing for the best air quality control technology and/or management practices necessary to achieve area-wide air resource protection objectives.  Mitigation measures would be analyzed through the appropriate level of NEPA analysis to determine effectiveness, and will be required or implemented as a permit condition of approval (COA).  At a minimum, all projects and permitted uses implemented under this lease will comply with all applicable National Ambient Air Quality Standards and ensure Air Quality Related Values are protected in nearby Class I or Sensitive Class II areas that are afforded additional air quality protection under the Clean Air Act (CAA).*

### III.E   MITIGATION

Many activities that the BLM authorizes, permits, or allows generate air pollutant emissions that have the potential to adversely impact air quality.  The primary mechanism to reduce air quality impacts is to reduce emissions via project design features and mitigation.  Appropriate emission reduction measures are best identified and required at the project authorization stage, when the temporal and spatial characteristics and technological specifications of the proposed action have been defined.  The project-specific information available at that stage allows for the development of an emissions inventory and impact analysis that can be used to identify effective mitigation options for predicted adverse impacts.  Section IV, Emissions Reduction Strategies and Best Management Practices, provides some emission reduction technologies and strategies as an example.  The list in Table VI-1 is not intended to be all inclusive or preclude the use of other effective air pollution control technologies that may be proposed.

The BLM will ensure implementation of reasonable mitigation, control measures, and design features through appropriate mechanisms, including lease stipulations identified in RMPs, notices to lessees, and conditions of approval (permit terms and conditions) as provided for by law and consistent with lease rights and obligations.  In the absence of, or in addition to effective control technologies, the BLM may manage the pace, place,

*Appendix P. Air Resources*

BLM_0028805

density, and intensity of leasing and development to meet air quality goals and objectives as defined under any applicable RMP.

### III.E.1 – Emissions Reduction Planning / Minimizing Air Emissions

The BLM will request proponents of oil and gas development projects that have the potential to significantly adversely impact air quality or predicted to exceed an air quality standard to provide an emissions reduction plan where air quality has been identified as a resource of concern in applicable NEPA analysis. Plans shall include a detailed description of operator committed measures to reduce project related air pollutant emissions including greenhouse gases and fugitive dust. All projects are required to comply with all applicable state and federal regulations.

### III.E.2 – Project-specific Mitigation

If the project-specific air quality analysis predicts future impacts on NAAQS or CAAQS (i.e. exceedances) or adverse impacts to AQRVs in Class I or sensitive Class II areas, the BLM will analyze air quality mitigation measures for emission sources. Further, if the regional air quality modeling study conducted under Section III.C.3 predicts significant cumulative impacts on air resources from expected oil and gas development in the region, the BLM may require the proponent of an oil and gas development project to apply reasonable mitigation including but not limited to best management practices (see Section VI), emissions offsets, and other control technologies or strategies identified in the project-specific air quality analyses.

Where identified and analyzed mitigation measures cannot be reasonably implemented for a particular proposed action due to the overall project design, or substantial technical or economic barriers, the BLM will work with project proponents during the NEPA process to develop operator-committed measures or acceptable emissions offsets that would be included as conditions of approval (COA). Any operator committed measures would be required to provide an air quality benefit sufficient in type, scale, location, and timing to avoid the anticipated adverse impact or at a minimum, to reduce it to an acceptable level for the specific area and pollutant(s) analyzed.

### III.F   Protocol Implementation

The BLM will ensure that air resource protection strategies and mitigation measures are implemented by including project-specific COAs (operator-committed and/or required mitigation) for each authorized action. Any COAs applied to projects as a result of this process shall be clearly consistent with the applicable RMP management decisions and/or subsequent analysis of new or previously unavailable information upon which the BLM can reasonably rely.

BLM_0028806

Dominguez-Escalante National Conservation Area                                    400
APPROVED RESOURCE MANAGEMENT PLAN

---

Comprehensive Air Resources Protection Protocol

## SECTION IV – ADAPTIVE MANAGEMENT PROCESSES FOR AIR RESOURCES

Adaptive management incorporates the principles of monitoring current conditions, predicting future impacts, and adapting management strategies to account for changing conditions. An adaptive management strategy for air quality resources allows the BLM to comply with NEPA and complete an appropriate analysis to ensure that activities approved by the BLM minimize adverse impacts to air quality; while allowing for development of important domestic energy resources.

The BLM will implement an adaptive management strategy to account for changing air quality conditions and to minimize adverse impacts to air resources from BLM-authorized activities. The strategy includes evaluating air quality on an on-going basis, and if necessary, implementing appropriate mitigation measures to meet the identified objectives and targets for any applicable Colorado RMP. The adaptive management strategy is intended to be transparent and as such the process includes an annual reporting component that will be made available to the public, as well as case by case incorporation of specific plan elements within individual project approvals. Components of this adaptive management strategy include the following:

### IV.A   Establish Baseline Air Quality Conditions

Existing air quality conditions will be established and continuously updated on an annual basis. To establish a periodic baseline, data must be compiled and analyzed such that air quality value trends (NAAQS & AQRVs for Class I and sensitive Class II areas) can be established or evaluated for the purpose of predicting future impacts from BLM-authorized activities. Sources of data for this analysis may include raw air quality monitoring station data, air quality monitoring reports prepared by others (CDPHE, EPA, NPS or USFS), and/or appropriate regional modeling results.

In addition to monitored or predicted background data, regional emissions inventories will be continuously or periodically updated to reflect the annual mass of pollutants added to the atmosphere. The data will provide an understanding between mass emissions and monitored/modeled air quality conditions and provide a reasonable basis from which to evaluate impacts from future projects or actions.

The last component of the baseline analysis includes providing a brief synopsis of the current meteorological conditions that exist for any planning area such that exceptional events and historical deviations in atmospheric values can be documented to provide additional context for the observed/reported air quality values.

### IV.B   Emissions Tracking

To provide for the periodic baseline the BLM will use the project-specific information used in its NEPA analyses as a mechanism to track emissions of criteria pollutants, volatile organic compounds, hazardous air pollutants, and greenhouse gases from BLM authorized oil and gas activities within each field office planning area. (NOTE: the BLM may incorporate emissions inventories for other authorized activities with significant emissions to provide for an appropriate cumulative inventory, where such sources are not already included as a Colorado Air Pollution Emissions Notice, or National Emissions Inventory component). The BLM will use emissions data from APDs to inform iterative elements of our adaptive management strategy, including modeling inputs and any

---

*Appendix P. Air Resources*

BLM_0028807

Comprehensive Air Resources Protection Protocol

subsequent prescriptive or comparative project tiering from any applicable modeling results.

### IV.C   Prescriptive Model Validation

Prescriptive model validation includes comparing the annual NEPA emissions data from BLM authorized oil and gas activities within the planning areas to emission levels analyzed in the CARMMS modeling study (or the most recent BLM or interagency air impacts analysis conducted in accordance with the provisions of the modeling Section III above). Emissions data will include specific oil and gas indicators, such as the number of wells drilled, number of producing wells, production data, compressor stations installed, centralized liquids gathering stations, and gas treatment facilities constructed. The actual emissions levels and new baseline air quality observations will be correlated against the modeled parameters to determine the reasonableness of the model for predicting impacts and its continued appropriateness as a reference for any subsequent project analysis.

If during the course of our annual analysis it is determined that the model has not demonstrated a reasonable correlation of predicted impacts (for modeled emissions inventory levels) compared against the actual emissions recorded for a planning area, the BLM will investigate the potential sources of the discrepancy to determine a potential cause, such as meteorological factors (ex: winter time ozone, which cannot be modeled at this time), or fee mineral development (i.e. non-BLM authorized actions). If a probable cause for the discrepancy cannot be established, then the BLM will initiate interagency coordination with our regulatory partners to determine if a new modeling analysis is potentially warranted.

### IV.D   Responding to Monitored Exceedances of the NAAQS

If during the course of a year a Federal Reference or Equivalent air monitor within any planning area records a validated exceedance of any NAAQS (excluding any non-attainment areas) the BLM will review the available data to determine if any BLM authorized activity caused or significantly contributed to the exceedance event. The review will encompass the following steps.

#### IV.D.1 – QA/QC

The BLM will ensure the validity of the monitored data by: (a) reviewing Quality Assurance/Quality Control (QA/QC) metadata to ensure against false high readings, and (b) reviewing meteorological data to determine if an exceptional atmospheric event such as stratospheric ozone intrusion occurred. The BLM may contact CDPHE for technical consultation and concurrence regarding possible exceptional events.

#### IV.D.2 – Screening Analysis

If the monitoring data are validated, the BLM will conduct a screening analysis to determine the likely cause, source, or origin of the exceedance and whether any BLM authorized source(s) within or adjacent to the planning area caused or contributed to the monitored exceedance. If the screening analysis indicates

*Appendix P. Air Resources*

BLM_0028808

Comprehensive Air Resources Protection Protocol

BLM-authorized sources did NOT cause or significantly contribute to the exceedance, then no further action will be taken by the BLM. The data, analysis, and conclusions will be included in the annual public report described under I.C above.

### IV.D.3 – Enforcement

Should the results of the screening analysis indicate that a BLM authorized source(s) caused or significantly contributed to the monitored exceedance, the BLM will review the COA from the authorization for the source(s) to determine if all the COA were implemented as required.   Where it is determined that operators did not comply with the conditions of approval for their authorized activities, and did not submit an appropriate sundry notice for approved deviations from such conditions, BLM may issue a notice of incident of noncompliance or take other appropriate enforcement action.

### IV.D.4 – Contingency Planning

If, after review the BLM determines that an authorized source(s) caused or significantly contributed to the monitored exceedance, the BLM will initiate consultation with CDPHE, EPA, and any other applicable local, state, federal, and tribal agencies with responsibility for managing air resources to address appropriate responses to the monitored exceedances.  Responses to monitored exceedances may include employing more stringent mitigation measures within the agencies' respective authority to reduce projected future emissions and performing additional modeling and analysis to determine the overall effectiveness of such mitigation measures.

Additionally, the BLM may implement reasonable temporary measures that have been included in a project specific authorization as conditions of approval, which could limit drilling operations, completions or well stimulations, blowdowns, or other non-essential operations during specified time periods (i.e. a timing limitation).  Other actions the Bureau may take would include limiting the number of annual APD approvals issued for the affected area until such time that updated regional modeling can be conducted to provide an appropriate assessment of the expected impacts from a reasonable level of development.

### IV.E    Evaluating Projected Future Development/Emissions

Periodically, but not less than every three years, the BLM will evaluate the available or reasonably foreseeable oil and gas development projections for each planning area for the following three to five year period, and compare these projected levels to the level of predicted future development analyzed in the CARMMS modeling study (or the most recent BLM or interagency air impacts analysis conducted under the provisions of the modeling section(s)  III.C.3 or III.C.5 above).   The BLM will use the projected development/emissions data to determine whether the modeling analysis remains appropriate as a reference for any subsequent project analyses.

*Appendix P. Air Resources*

BLM_0028809

Dominguez-Escalante National Conservation Area                                           403
APPROVED RESOURCE MANAGEMENT PLAN

---

Comprehensive Air Resources Protection Protocol

### Section V – Annual Summary Report

Annually, the BLM will prepare a comprehensive summary report (from actual project data and analysis). This report will be made available to the public. The BLM will use this annual review to evaluate whether current air resources protection strategies are meeting the goals and objectives established within the BLM Colorado RMPs. If the analysis shows that the strategies are not achieving our defined air resource protection goals, the BLM will collaborate with CDPHE and the EPA to develop or modify air resource protection strategies as necessary to effectively protect air resources within any deficient planning area. Should this result in changes to RMP goals and objectives, additional planning level analyses will be required.

### Section VI – Oil and Gas Development Emissions Reduction Strategies & BMPs

Table VI-1 displays some emission reduction measures, their potential environmental benefits and liabilities, and feasibility. The table is not meant to be exhaustive in terms of available or acceptable emissions reduction/control technologies or techniques, but provides a baseline or starting point from which to construct design features and mitigation options for project specific or regional analyses.

**Table VI-1 Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| **Control Strategies for Drilling and Compression** | | | |
| Multi-well pad directional or horizontal drilling. | When compared to single pad vertical drilling, reduces construction related emissions, decreases surface disturbance, reduces trip frequencies, and reduces habitat fragmentation. | Could result in higher air impacts in one area with longer sustained drilling times. | Depends on geological strata, topography, and other physical constraints. |
| Improved engine technology (Tier 2 or 4) for diesel drill rig engines. | Reduced NOx, PM, CO, and VOC emissions. | | Dependent on availability of technology from engine manufacturers and, potentially differentials in cost for small operators.. |

---

*Appendix P. Air Resources*

BLM_0028810

Dominguez-Escalante National Conservation Area                                                    404
APPROVED RESOURCE MANAGEMENT PLAN

Comprehensive Air Resources Protection Protocol

**Table VI-1 Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| Selective Catalytic Reduction (SCR) for drill rig engines and/or compressors. | NO$_x$ emissions reduction, potential decreased formation of visibility impairing compounds and ozone. NO$\times$ control efficiency of 95% achieved on drill rig engines. NO$\times$ emission rate of 0.1 g/hp-hr achieved for compressors. | Potential NH3 emissions and formation of visibility impairing ammonium nitrate. Regeneration/disposal of catalyst can produce hazardous waste. | Not applicable to 2-stroke engines. |
| Non-selective catalytic reduction (NSCR) for drill rig engines and/or compressors. | NO$\times$ emissions reduction, potential decreased formation of visibility impairing compounds, and ozone. NO$\times$ control efficiency of 80-90% achieved for drill rig engines. NO$\times$ emission rate of 0.7 g/hp-hr achieved for compressor engines greater than 100 hp. | Regeneration/disposal of catalysts can produce hazardous waste. | Not applicable to lean burn or 2-stroke engines. |
| Natural Gas fired drill rig engines. | NO$\times$ emissions reduction, potential decreased formation of visibility impairing compounds, and ozone. | May require construction of infrastructure (pipelines and/or gas treatment equipment). May require onsite gas storage. May require additional engines to supplement needed torque. | Requires onsite processing of field gas. |
| Electrification of drill rig engines and/or compressors | Decreased emissions at the source. Transfers emissions to more efficiently controlled source (EGU). | Displaces emissions to EGU. Temporary increase in emissions with construction of power lines. | Depends on availability of power and transmission lines. |
| Improved engine technology (Tier 2, 3 or 4) for all mobile and non-road diesel engines. | Reduced NO$\times$, PM, CO, and VOC emissions. | | Dependent on availability of technology from engine manufacturers. |

*Appendix P. Air Resources*

BLM_0028811

Dominguez-Escalante National Conservation Area                                                405
APPROVED RESOURCE MANAGEMENT PLAN

Comprehensive Air Resources Protection Protocol

**Table VI-1 Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| Reduced emission (a.k.a. "green") completions. | Reduction in VOC and CH4 emissions. Reduces or eliminate flaring and venting and associated emissions. Reduces or eliminates open pits and associated evaporative emissions. Increased recovery of gas to pipeline rather than atmosphere. | Temporary increase in truck traffic and associated emissions due to delivery of onsite equipment or due to construction of infrastructure. | Need adequate pressure and flow. Need onsite infrastructure (tanks/dehydrator). Availability of sales line. Green completion required where feasible per COGCC Rule 805(b)(3) and NSPS 40 CFR 63 OOOO. |
| Flaring of completion emissions | Reduces methane, VOC, and some HAP emissions. Converts CH4 to CO2. | | |
| Minimize/eliminate venting and/or use closed loop process where possible during "blow downs". | Reduces methane, VOC, and some HAP emissions | | |
| Eliminate evaporation pits for drilling fluids. | Reduces VOC and GHG emissions. Reduces potential for soil and water contamination. Reduces odors. | May increase truck traffic and associated emissions. May increase pad size. | Requires tank and/or pipeline infrastructure. |
| Electrification of wellhead compression/ pumping. | Reduces local emissions of fossil fuel combustion and transfers to more easily controlled source. | Displaces emissions to EGU. | Depends on availability of power and transmission lines. |
| Wind (or other renewable) generated power for compressors. | Low or no emissions. | May require construction of infrastructure. Visual impacts. Potential wildlife impacts. | Depends on availability of power and transmission lines. |
| Compressor seals – replace wet with dry or use mechanical seal. | Reduce gas venting (VOC and GHG emissions). | | May be costly or not mechanically feasible. |
| Compressor rod packing system – use monitoring and replacement system. | Reduce gas leaks (VOC and GHG emissions). | | Requires establishing a monitoring system and doing replacements. |

*Appendix P. Air Resources*

BLM_0028812

Dominguez-Escalante National Conservation Area                                             406
APPROVED RESOURCE MANAGEMENT PLAN

Comprehensive Air Resources Protection Protocol

**Table VI-1 Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| **Control Strategies Utilizing Centralized Systems** | | | |
| Centralization (or consolidation) of gas processing facilities (e.g., separation, dehydration, sweetening). | Reduces vehicle miles traveled (truck traffic) and associated emissions. Reduced VOC and GHG emissions from individual dehydration/ separator units. | Temporary increase in construction associated emissions. Higher potential for pipe leaks/groundwater impacts. | Requires pipeline infrastructure, infeasible for highly dispersed or exploratory wells. |
| Liquids Gathering systems (for condensate and produced water). | Reduces vehicle miles traveled and associated emissions. Reduced VOC and GHG emissions from tanks, truck loading/unloading, and multiple production facilities. | Temporary increase in construction associated emissions. Higher potential for pipe leaks/groundwater impacts. | Requires pipeline infrastructure . May be infeasible for highly dispersed or exploratory wells, difficult terrain, or patchy surface ownership. |
| Water and/or fracturing liquids delivery system. | Reduced long term truck traffic and associated emissions. | Temporary increase in construction associated emissions. Higher potential for pipe leaks/groundwater impacts. | Requires pipeline infrastructure. May be infeasible for highly dispersed or exploratory wells, difficult terrain, or patchy surface ownership. |
| **Control Strategies for Tanks, Separators, and Dehydrators** | | | |
| Eliminate use of open top tanks. | Reduced VOC and GHG emissions. | | |
| Capture and control of flashing emissions from all storage tanks and separation vessels with vapor recovery and/or thermal combustion units. | Reduces VOC and GHG emissions. | Pressure buildup on older tanks can lead to uncontrolled rupture. | |
| Capture and control of produced water, crude oil, and condensate tank emissions. | Reduces VOC and GHG emissions. | | 95% VOC control required by COGCC in some areas and by CDPHE statewide with applicability thresholds |

*Appendix P. Air Resources*

BLM_0028813

Dominguez-Escalante National Conservation Area                                                    407
APPROVED RESOURCE MANAGEMENT PLAN

Comprehensive Air Resources Protection Protocol

**Table VI-I Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| Capture and control of dehydration equipment emissions with condensers, vapor recovery, and/or thermal combustion. | Reduces VOC, HAP, and GHG emissions. | | 90% VOC control required by COGCC in some areas and by CDPHE statewide with applicability thresholds |
| Use zero emissions dehydrators or use desiccants dehydrators. | Reduces VOC, HAP, and GHG emissions. | Requires desiccants (salt tablets and forms a brine solution that must be disposed of. | Can be as effective as Triethylene glycol (TEG) dehydration. |
| **Control Strategies for Misc. Fugitive VOC Emissions** | | | |
| Install plunger lift systems to reduce well blow downs. | Reduces VOC and GHG emissions. | | Can be more efficient at fluids removal than other methods; must have adequate pressure. |
| Install and maintain low VOC emitting seals, valves, hatches on production equipment. | Reduces VOC and GHG emissions. | | |
| Initiate equipment leak detection and repair program (e.g., including use of FLIR infrared cameras, grab samples, organic vapor detection devices, and/or visual inspection). | Reduction in VOC and GHG emissions. | | |
| Install or convert gas operated pneumatic devices to electric, solar, or instrument (or compressed) air driven devices/controllers. | Reduces VOC and GHG emissions. | Electric or compressed air driven operations can displace or increase combustion emissions. | |
| Use "low" or "no bleed" gas operated pneumatic devices/controllers. | Reduces VOC and GHG emissions. | | Required by COGCC and by CDPHE in non-attainment areas. |
| Use closed loop system or thermal combustion for gas operated pneumatic pump emissions. | Reduces VOC and GHG emissions. | | |

*Appendix P. Air Resources*

BLM_0028814

Dominguez-Escalante National Conservation Area                                                408
APPROVED RESOURCE MANAGEMENT PLAN

Comprehensive Air Resources Protection Protocol

**Table VI-1 Best Management Practices and Air Emission Reduction Strategies for Oil and Gas Development**

| Emission Reduction Measure | Potential Environmental Benefits | Potential Environmental Liabilities | Feasibility |
|---|---|---|---|
| Install or convert gas operated pneumatic pumps to electric, solar, or instrument (or compressed) air driven pumps. | Reduces VOC and GHG emissions. | Electric or compressed air driven operations can displace or increase combustion emissions. | |
| Install vapor recovery on truck loading/unloading operations at tanks. | Reduces emissions of VOC and GHG emissions. | Pressure build up on older tanks can lead to uncontrolled rupture. | |
| **Control Strategies for Fugitive Dust and Vehicle Emissions** | | | |
| Unpaved surface treatments including watering, chemical suppressants, and gravel. | 20% - 80% control of fugitive dust (particulates) from vehicle traffic. | Potential impacts to water and vegetation from runoff of suppressants. | |
| Use remote telemetry and automation of wellhead equipment. | Reduces vehicle traffic and associated emissions. | | Not possible in some terrain. |
| Speed limit restrictions on unpaved roads. | Reduction of fugitive dust emissions. | | |
| Reduce commuter vehicle trips through car pools, commuter vans or buses, innovative work schedules, or work camps. | Reduced combustion emissions, reduced fugitive dust emissions, reduced ozone formation, reduced impacts to visibility. | | |
| **Miscellaneous Control Strategies** | | | |
| Use of ultra-low sulfur diesel (e.g., in engines, compressors, construction equipment). | Reduces emissions of particulates and sulfates. | | Fuel not readily available in some areas. |
| Reduce unnecessary vehicle idling. | Reduced combustion emissions, reduced ozone formation, reduced impacts to visibility, reduced fuel consumption. | | |
| Reduced pace of (phased) development. | Peak emissions of all pollutants reduced. | Emissions generated at a lower rate but for a longer period. LOP, duration of impacts is longer. | May not be economically viable or feasible if multiple mineral interests. |

July 2015                                                                                        20

*Appendix P. Air Resources*

BLM_0028815

Dominguez-Escalante National Conservation Area                                          409
APPROVED RESOURCE MANAGEMENT PLAN

Comprehensive Air Resources Protection Protocol

**Appendix A  Air Resources Oil and Gas NEPA Analysis Process / Methodology**

1)      Develop emissions scenarios. The Bureau of Land Management (BLM) field office (FO) staff should encourage proponents to use the BLM Colorado's Emissions Tool to develop the emissions scenarios for the Proposed Action and Alternatives (if applicable & proponent proposed). BLM FO staff or Air Resource Specialists (ARS) may have to develop Alternative emissions inventories for scenarios proposed by the government or public. Both proponents and BLM FO staff can contact Colorado State Office (COSO) ARS for help using the Emissions Tool.

The tool is based on Google's Apps Script technology (a web scripting framework) and therefore works best with the Chrome browser. Google's website indicates that the technology is also supported by the latest two browser editions for all of the other major modern browsers (e.g., Microsoft Internet Explorer 10 & 11). The BLM currently uses Internet Explorer 9, which will NOT render the tool.

2)      Evaluate the emissions inventories, including the underlying parameters, specifications, and any assumptions to ensure they are reasonable and comprehensive to fully account for the emissions generating activities and sources of the Proposed Action and Alternatives (if applicable). Example: If an oil & gas proposal called for fracking during completion and proposed pipeline construction in the Surface Use Plan of Operation (SUPO), but the emissions inventories lack estimates from these operations, the inventory would be deemed incomplete and not representative of the proposal/alternative.

3)      Compare the emissions inventories and project parameters against the cases below to determine the level of NEPA analysis required.

Case 1:  The estimated annual emissions of any single criteria pollutant ($PM_{10}$, $PM_{2.5}$, CO, $NO_X$, $SO_X$) are less than 2 tons per year.  This project is not likely to cause impacts to air quality. The 2 ton threshold is what the State of Colorado requires for Air Pollutant Emission Notice (APEN) submissions and thus anything less than 2 tons is something that air quality regulators have deemed to be negligible (AQCR 3.II.D.I). For all practical purposes the BLM Colorado shall consider these sources to be of a similar nature with respect to NEPA impacts.

NEPA analysis:  Dismiss air quality as an issue for further analysis due to the project not having a potential for significant impacts.  Incorporate the following language into the issues considered but eliminated from detailed analysis:

*"As required for all oil and gas projects seeking to develop federal minerals administered by the BLM CO, an emissions inventory was prepared for the proposed action (and alternatives, if applicable) which provided the basis for dismissing air quality as an issue to be carried forward for further analysis.  The resulting inventories indicate that the proposed action will result in not more than 2 tons per year of emissions (1 ton for non-attainment or maintenance area pollutants) for any criteria pollutant. The BLM has adopted the Colorado Department of Public Health and Environments Air Pollution Emissions Notice thresholds as the basis for which the BLM would not consider additional analysis when emissions are below the threshold. Sources or activities that emit less than a threshold level of pollutants per year are considered negligible for their potential to impact air quality."*

*Appendix P. Air Resources*

BLM_0028816

No further analysis or air quality discussion is required, i.e. no affected environment, environmental consequences, or cumulative impacts sections should be present in document.

<u>Case 2:</u>  The specific project parameters and associated emissions were previously analyzed (to current standards/thresholds) as part of a larger NEPA analysis (i.e., a parent document), such that the information can be tiered to and incorporated by reference. An example of a parent document might be a master development plan that provided for an analysis (total or portions thereof) that a site specific APD EA could reference.

<u>NEPA analysis:</u>    Identify which portions of the previous analysis (affected environment, environmental consequences, and cumulative impacts) are relevant to the current project and incorporate by reference in accordance with the NEPA handbook procedures (H-1790 NEPA Handbook pg. 27). Disclose the emissions inventory results and how they are covered by the previous analysis.

<u>Case 3:</u>    The project parameters and associated emissions match those from a previously completed and applicable analysis, such that the information can be incorporated by reference. Case three is different from case two in that the analysis that describes the impacts from your matching project may be from another field office or state (i.e., the analysis is not a direct descendant of an overall parent project document). COSO ARS will assist in collating this data into a repository with descriptions of the emissions, analysis, and results to aid FO staff in finding and applying these analyses as they become available (future tool development).

<u>NEPA analysis:</u>    Identify which portions of the previous analysis (affected environment, environmental consequences, and cumulative impacts) are relevant to the current project and incorporate by reference in accordance with the NEPA handbook procedures (H-1790 NEPA Handbook pg. 27). Disclose the emissions inventory results and how they are covered by the previous analysis. In many cases the ARS developed descriptions describing the referenced analysis will provide the basis for drafting the correlations for how the projects are similar and thus why the previous analysis would be applicable and appropriate for disclosing impacts for the current action being considered.

Case 4: The project parameters and associated emissions do not fit within the previous three cases, such that some level of "new" analysis is required.

<u>Tier 1 Analysis:</u> Run the ARS developed Dispersion Screening Tool to evaluate site specific receptor impacts (emissions inputs are derived from the Emission Tool results). This may be accomplished by FO personnel or with the assistance of COSO ARS staff. If the impacts at "sensitive receptor distances" are acceptable and the project parameters meet the requirements for using the Tier 1 method, then:

- Obtain the most recent version of the affected environment (derived from annual BLM CO CARPP report - Section V) for your FO from the internal ARS website and paste it into your NEPA document or incorporate the information by reference

*Appendix P. Air Resources*

BLM_0028817

Dominguez-Escalante National Conservation Area                                                                411
APPROVED RESOURCE MANAGEMENT PLAN

Comprehensive Air Resources Protection Protocol

(the same data will be available to the public on our external site). The section will contain the most recent annual analysis for air resources indicator values, trends, and issues relevant for the project area.

- Obtain the screening tool methodology and language for acceptable results (basis) from the internal ARS website, and paste it into the environmental consequences section of your NEPA document along with the emissions inventory and screening tool results.

- Obtain the most recent version of the cumulative impacts analysis (derived from the annual CARPP report) for your FO from the internal ARS website and paste it into your NEPA document or incorporate the information by reference (the same data will be available to the public on our external site). The section will contain the most recent annual analysis for cumulative FO development and its relationship to one of the three Colorado Air Resource Management Modeling Study (CARMMS) modeled scenarios (low, medium, high) for Colorado. The section will contain language for the impacts expected under the matching scenario and any required mitigation as a result of those impacts that can be incorporated directly into the FO's cumulative NEPA analysis.

Tier II Analysis: The Tier II method is essentially the same as the Tier I, except that the results at "sensitive receptor distances" are NOT acceptable (i.e., they are above a threshold of concern). Contact the COSO ARS to discuss options.

Tier III Analysis: The project is of significant size or duration (typically an EIS) such that the project parameters do not lend themselves to being adequately analyzed by the methods described in analysis Tier I. Contact COSO ARS staff to discuss site specific analysis or refined modeling options.

*Appendix P. Air Resources*

BLM_0028818

This page intentionally left blank

BLM_0028819

# Appendix Q. Omnibus Public Land Management Act of 2009 (Subtitle E—Dominguez-Escalante National Conservation Area)

This appendix contains the portions of the Omnibus Public Land Management Act of 2009 (Public Law 111–11) that created the Dominguez-Escalante National Conservation Area and Dominguez Canyon Wilderness.

## SEC. 2401.  DEFINITIONS.

In this subtitle:

(1) Conservation area.—The term "Conservation Area" means the Dominguez-Escalante National Conservation Area established by section 2402(a)(1).

(2) Council.—The term "Council" means the Dominguez-Escalante National Conservation Area Advisory Council established under section 2407.

(3) Management plan.—The term "management plan" means the management plan developed under section 2406.

(4) Map.—The term "Map" means the map entitled "Dominguez-Escalante National Conservation Area" and dated September 15, 2008.

(5) Secretary.—The term "Secretary" means the Secretary of the Interior.

(6) State.—The term "State" means the State of Colorado.

(7) Wilderness.—The term "Wilderness" means the Dominguez Canyon Wilderness Area designated by section 2403(a).

## SEC. 2402. DOMINGUEZ-ESCALANTE NATIONAL CONSERVATION AREA.

(a) Establishment.—

(1) In general.—There is established the Dominguez-Escalante National Conservation Area in the State.

(2) Area included.—The Conservation Area shall consist of approximately 209,610 acres of public land, as generally depicted on the Map.

(b) Purposes.—The purposes of the Conservation Area are to conserve and protect for the benefit and enjoyment of present and future generations—

BLM_0028820

(1) the unique and important resources and values of the land, including the geological, cultural, archaeological, paleontological, natural, scientific, recreational, wilderness, wildlife, riparian, historical, educational, and scenic resources of the public land; and

(2) the water resources of area streams, based on seasonally available flows, that are necessary to support aquatic, riparian, and terrestrial species and communities.

(c) Management.—

(1) In general.—The Secretary shall manage the Conservation Area—

(A) as a component of the National Landscape Conservation System;

(B) in a manner that conserves, protects, and enhances the resources and values of the Conservation Area described in subsection (b); and

(C) in accordance with—

(i) the Federal Land Policy and Management Act of 1976 (43 U.S.C. 1701 et seq.);

(ii) this subtitle; and

(iii) any other applicable laws.

(2) Uses.—

(A) In general.—The Secretary shall allow only such uses of the Conservation Area as the Secretary determines would further the purposes for which the Conservation Area is established.

(B) Use of motorized vehicles.—

(i) In general.—Except as provided in clauses (ii) and (iii), use of motorized vehicles in the Conservation Area shall be allowed—

(I) before the effective date of the management plan, only on roads and trails designated for use of motor vehicles in the management plan that applies on the date of the enactment of this Act to the public land in the Conservation Area; and

(II) after the effective date of the management plan, only on roads and trails designated in the management plan for the use of motor vehicles.

(ii) Administrative and emergency response use.—Clause (i) shall not limit the use of motor vehicles in the Conservation Area for administrative purposes or to respond to an emergency.

(iii) Limitation.—This subparagraph shall not apply to the Wilderness.

### SEC. 2403. DOMINGUEZ CANYON WILDERNESS AREA.

(a) In General.—In accordance with the Wilderness Act (16 U.S.C. 1131 et seq.), the approximately 66,280 acres of public land in Mesa, Montrose, and Delta Counties, Colorado,

*Appendix Q. Omnibus Public Land Management Act of 2009 (Subtitle E—Dominguez-Escalante National Conservation Area)*

as generally depicted on the Map, is designated as wilderness and as a component of the National Wilderness Preservation System, to be known as the "Dominguez Canyon Wilderness Area."

(b) Administration of Wilderness.—The Wilderness shall be managed by the Secretary in accordance with the Wilderness Act (16 U.S.C. 1131 et seq.) and this subtitle, except that—

(1) any reference in the Wilderness Act to the effective date of that Act shall be considered to be a reference to the date of enactment of this Act;  and

(2) any reference in the Wilderness Act to the Secretary of Agriculture shall be considered to be a reference to the Secretary of the Interior.

## SEC. 2404.  MAPS AND LEGAL DESCRIPTIONS.

(a) In General.—As soon as practicable after the date of enactment of this Act, the Secretary shall file a map and a legal description of the Conservation Area and the Wilderness with—

(1) the Committee on Energy and Natural Resources of the Senate;  and

(2) the Committee on Natural Resources of the House of Representatives.

(b) Force and Effect.—The Map and legal descriptions filed under subsection (a) shall have the same force and effect as if included in this subtitle, except that the Secretary may correct clerical and typographical errors in the Map and legal  descriptions.

(c) Public Availability.—The Map and legal descriptions filed under subsection (a) shall be available for public inspection in the appropriate offices of the Bureau of Land Management.

## SEC. 2405. MANAGEMENT OF CONSERVATION AREA AND WILDERNESS.

(a) Withdrawal.—Subject to valid existing rights, all Federal land within the Conservation Area and the Wilderness and all land and interests in land acquired by the United States within the Conservation Area or the Wilderness is withdrawn  from—

(1) all forms of entry, appropriation, or disposal under the public land laws;

(2) location, entry, and patent under the mining laws;  and

(3) operation of the mineral leasing, mineral materials, and geothermal leasing laws.

(b) Grazing.—

(1) Grazing in conservation area.—Except as provided in paragraph (2), the Secretary shall issue and administer any grazing leases or permits in the Conservation Area in accordance with the laws (including regulations) applicable to the issuance and administration of such leases and permits on other land under the jurisdiction of the Bureau of Land Management.

(2) Grazing in wilderness.—The grazing of livestock in the Wilderness, if established as of the date of enactment of this Act, shall be permitted to  continue—

BLM_0028822

(A) subject to any reasonable regulations, policies, and practices that the Secretary
determines to be necessary; and

(B) in accordance with—

(i) section 4(d)(4) of the Wilderness Act (16 U.S.C. 1133(d)(4)); and

(ii) the guidelines set forth in Appendix A of the report of the Committee on Interior and
Insular Affairs of the House of Representatives accompanying H.R. 2570 of the 101st
Congress (H. Rept. 101-405).

(c) No Buffer Zones.—

(1) In general.—Nothing in this subtitle creates a protective perimeter or buffer zone around
the Conservation Area.

(2) Activities outside conservation area.—The fact that an activity or use on land outside
the Conservation Area can be seen or heard within the Conservation Area shall not
preclude the activity or use outside the boundary of the Conservation Area.

(d) Acquisition of Land.—

(1) In general.—The Secretary may acquire non-Federal land within the boundaries of the
Conservation Area or the Wilderness only through exchange, donation, or purchase from a
willing seller.

(2) Management.—Land acquired under paragraph (1) shall—

(A) become part of the Conservation Area and, if applicable, the Wilderness; and

(B) be managed in accordance with this subtitle and any other applicable laws.

(e) Fire, Insects, and Diseases.—Subject to such terms and conditions as the Secretary
determines to be desirable and appropriate, the Secretary may undertake such measures as are
necessary to control fire, insects, and diseases—

(1) in the Wilderness, in accordance with section 4(d)(1) of the Wilderness Act (16
U.S.C. 1133(d)(1)); and

(2) except as provided in paragraph (1), in the Conservation Area in accordance with this
subtitle and any other applicable laws.

(f) Access.—The Secretary shall continue to provide private landowners adequate access
to inholdings in the Conservation Area.

(g) Invasive Species and Noxious Weeds.—In accordance with any applicable laws and
subject to such terms and conditions as the Secretary determines to be desirable and
appropriate, the
Secretary may prescribe measures to control non-native invasive plants and noxious weeds
within the Conservation Area.

(h) Water Rights.—

BLM_0028823

(1) Effect.—Nothing in this subtitle—

(A) affects the use or allocation, in existence on the date of enactment of this Act, of any water, water right, or interest in water;

(B) affects any vested absolute or decreed conditional water right in existence on the date of enactment of this Act, including any water right held by the United States;

(C) affects any interstate water compact in existence on the date of enactment of this Act;

(D) authorizes or imposes any new reserved Federal water rights; or

(E) shall be considered to be a relinquishment or reduction of any water rights reserved or appropriated by the United States in the State on or before the date of enactment of this Act.

(2) Wilderness water rights.—

(A) In general.—The Secretary shall ensure that any water rights within the Wilderness required to fulfill the purposes of the Wilderness are secured in accordance with subparagraphs (B) through (G).

(B) State law.—

(i) Procedural requirements.—Any water rights within the Wilderness for which the Secretary pursues adjudication shall be adjudicated, changed, and administered in accordance with the procedural requirements and priority system of State law.

(ii) Establishment of water rights.—

(I) In general.—Except as provided in subclause (II), the purposes and other substantive characteristics of the water rights pursued under this paragraph shall be established in accordance with State law.

(II) Exception.—Notwithstanding subclause (I) and in accordance with this subtitle, the Secretary may appropriate and seek adjudication of water rights to maintain surface water levels and stream flows on and across the Wilderness to fulfill the purposes of the Wilderness.

(C) Deadline.—The Secretary shall promptly, but not earlier than January 2009, appropriate the water rights required to fulfill the purposes of the Wilderness.

(D) Required determination.—The Secretary shall not pursue adjudication for any instream flow water rights unless the Secretary makes a determination pursuant to subparagraph (E)(ii) or (F).

(E) Cooperative enforcement.—

(i) In general.—The Secretary shall not pursue adjudication of any Federal instream flow water rights established under this paragraph if—

(I) the Secretary determines, upon adjudication of the water rights by the Colorado Water Conservation Board, that the Board holds water rights sufficient in priority, amount, and timing to fulfill the purposes of the Wilderness; and

BLM_0028824

(II) the Secretary has entered into a perpetual agreement with the Colorado Water Conservation Board to ensure the full exercise, protection, and enforcement of the State water rights within the Wilderness to reliably fulfill the purposes of the Wilderness.

(ii) Adjudication.—If the Secretary determines that the provisions of clause (i) have not been met, the Secretary shall adjudicate and exercise any Federal water rights required to fulfill the purposes of the Wilderness in accordance with this paragraph.

(F) Insufficient water rights.—If the Colorado Water Conservation Board modifies the instream flow water rights obtained under subparagraph (E) to such a degree that the Secretary determines that water rights held by the State are insufficient to fulfill the purposes of the Wilderness, the Secretary shall adjudicate and exercise Federal water rights required to fulfill the purposes of the Wilderness in accordance with subparagraph (B).

(G) Failure to comply.—The Secretary shall promptly act to exercise and enforce the water rights described in subparagraph (E) if the Secretary determines that—

(i) the State is not exercising its water rights consistent with subparagraph (E)(i)(I); or

(ii) the agreement described in subparagraph (E)(i)(II) is not fulfilled or complied with sufficiently to fulfill the purposes of the Wilderness.

(3) Water resource facility.—

(A) In general.—Notwithstanding any other provision of law and subject to subparagraph (B), beginning on the date of enactment of this Act, neither the President nor any other officer, employee, or agent of the United States shall fund, assist, authorize, or issue a license or permit for the development of any new irrigation and pumping facility, reservoir, water conservation work, aqueduct, canal, ditch, pipeline, well, hydropower project, transmission, other ancillary facility, or other water, diversion, storage, or carriage structure in the Wilderness.

(B) Exception.—Notwithstanding subparagraph (A), the Secretary may allow construction of new livestock watering facilities within the Wilderness in accordance with—

(i) section 4(d)(4) of the Wilderness Act (16 U.S.C. 1133(d)(4)); and

(ii) the guidelines set forth in Appendix A of the report of the Committee on Interior and Insular Affairs of the House of Representatives accompanying H.R. 2570 of the 101st Congress (H. Rept. 101-405).

(4) Conservation area water rights.—With respect to water within the Conservation Area, nothing in this subtitle—

(A) authorizes any Federal agency to appropriate or otherwise acquire any water right on the mainstem of the Gunnison River; or

(B) prevents the State from appropriating or acquiring, or requires the State to appropriate or acquire, an instream flow water right on the mainstem of the Gunnison River.

(5) Wilderness boundaries along Gunnison river.—

(A) In general.—In areas in which the Gunnison River is used as a reference for defining

BLM_0028825

the boundary of the Wilderness, the boundary shall—

(i) be located at the edge of the river; and

(ii) change according to the river level.

(B) Exclusion from wilderness.—Regardless of the level of the Gunnison River, no portion of
the Gunnison River is included in the Wilderness.

(i) Effect.—Nothing in this subtitle—

(1) diminishes the jurisdiction of the State with respect to fish and wildlife in the State; or

(2) imposes any Federal water quality standard upstream of the Conservation Area or
within the mainstem of the Gunnison River that is more restrictive than would be
applicable had the Conservation Area not been established.

(j) Valid Existing Rights.—The designation of the Conservation Area and Wilderness is subject
to valid rights in existence on the date of enactment of this Act.

## SEC. 2406. MANAGEMENT PLAN.

(a) In General.—Not later than 3 years after the date of enactment of this Act, the Secretary
shall develop a comprehensive management plan for the long-term protection and
management of the Conservation Area.

(b) Purposes.—The management plan shall—

(1) describe the appropriate uses and management of the Conservation Area;

(2) be developed with extensive public input;

(3) take into consideration any information developed in studies of the land within
the Conservation Area; and

(4) include a comprehensive travel management plan.

## SEC. 2407. ADVISORY COUNCIL.

(a) Establishment.—Not later than 180 days after the date of enactment of this Act, the
Secretary shall establish an advisory council, to be known as the "Dominguez-Escalante
National Conservation Area Advisory Council."

(b) Duties.—The Council shall advise the Secretary with respect to the preparation
and implementation of the management plan.

(c) Applicable Law.—The Council shall be subject to—

(1) the Federal Advisory Committee Act (5 U.S.C. App.); and

(2) the Federal Land Policy and Management Act of 1976 (43 U.S.C. 1701 et seq.).

(d) Members.—The Council shall include 10 members to be appointed by the Secretary,
of whom, to the extent practicable—

BLM_0028826

(1) 1 member shall be appointed after considering the recommendations of the Mesa County Commission;

(2) 1 member shall be appointed after considering the recommendations of the Montrose County Commission;

(3) 1 member shall be appointed after considering the recommendations of the Delta County Commission;

(4) 1 member shall be appointed after considering the recommendations of the permittees holding grazing allotments within the Conservation Area or the Wilderness; and

(5) 5 members shall reside in, or within reasonable proximity to, Mesa County, Delta County, or Montrose County, Colorado, with backgrounds that reflect—

(A) the purposes for which the Conservation Area or Wilderness was established; and

(B) the interests of the stakeholders that are affected by the planning and management of the Conservation Area and Wilderness.

(e) Representation.—The Secretary shall ensure that the membership of the Council is fairly balanced in terms of the points of view represented and the functions to be performed by the Council.

(f) Duration.—The Council shall terminate on the date that is 1 year from the date on which the management plan is adopted by the Secretary.

## SEC. 2408. AUTHORIZATION OF APPROPRIATIONS.

There are authorized to be appropriated such sums as are necessary to carry out this subtitle.

BLM_0028827

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

421

# Appendix R. Maps

This Appendix contains the maps cited in this document. In the CD or online version of this document, each map name in the lists below is also a link to its location in this Appendix.

## Planning Area Maps

1-1: Project Planning Area Overview

1-2: Planning Area and Land Status

2-1: No Surface Disturbing Activities

2-2: Application of SSR to Surface Disturbing Activities

2-3: Timing Limitations for Surface Disturbing Activities

2-4: Grazing Allocations

2-5: Areas of Critical Environmental Concern

2-6: Areas Where Wildfires May be Managed to Meet Resource Objectives

2-7: Areas Closed to Recreational Shooting

2-8: Recreation Management Areas

2-9: Heritage Areas

2-10: Wilderness Management Zones

2-11: Lands Managed for Wilderness Characteristics

2-12: Visual Resource Management

2-13: Travel Area Designations

2-14: ROW Exclusion and Avoidance Areas

2-15: Segments Suitable For WSR

2-16: Watchable Wildlife Areas

2-17: Old Spanish National Historic Trail Management Corridor

BLM_0028828

## Comprehensive Travel Management Map

N-1: Route Designations

## Other Maps

3-1: Surficial Geology

3-2: Potential Fossil Yield Categories

3-3: Vegetation Communities

3-4: Riparian and Wetland Areas

3-5: Seeps and Springs

3-6: Aquatic Habitats

3-7: Bighorn Sheep Range

3-8: Results of Bighorn/Domestic Sheep Probability of Interaction Model

3-8B: Results of Bighorn Sheep Risk of Contact Model

3-9: Special Status Plant Species

3-10: Sage Grouse Habitat, White-Tailed Prairie Dog Range, and Known Raptor Areas

3-11: Pronghorn Range

3-12: Mule Deer Range

3-13: Elk Range

3-14: Fragile and Saline Soils

3-15: Steep Slopes

*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                                                        423
APPROVED RESOURCE MANAGEMENT PLAN



*Appendix R. Maps*

BLM_0028830

Dominguez-Escalante National Conservation Area                                          424
APPROVED RESOURCE MANAGEMENT PLAN



*Appendix R. Maps*

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN
425



*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                          426
APPROVED RESOURCE MANAGEMENT PLAN



*Application of Site Specific Relocation (SSR) to Surface Disturbing Activities*

Map 2-2

*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                                        427
APPROVED RESOURCE MANAGEMENT PLAN



*Appendix R. Maps*

BLM_0028834

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

428



*Appendix R. Maps*

ACECs
Escalante Canyon
Gibbler Mountain
Gunnison Gravels
River Rims
Gunnison Gravels
Cactus Park
141
50
Gunnison River
The Hunting Ground
Dominguez Canyon Wilderness
Wagon Park
Uncompahgre National Forest
Sawmill Mesa
25 Mesa Road
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA
County Maintained Roads
D-E NCA Boundary
Bureau of Land Management
Private
State
US Forest Service
Areas of Critical Environmental Concern
0 2.5 5 7.5 10 Miles
N
Map 2-5

Wildfires
Wildfires Allowed to be Managed to Meet Resource Objectives
Wildfires Not Allowed to be Managed (Gunnison River riparian vegetation corridor)
50
141
Gunnison River
The Hunting Ground
Cactus Park
Dominguez Canyon Wilderness
Wagon Park
Uncompahgre National Forest
Sawmill Mesa
25 Mesa Road
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA.
County Maintained Roads
D-E NCA Boundary
Bureau of Land Management
Private
State
US Forest Service
Areas Where Wildfires May be Managed to Meet Resource Objectives
0 2.5 5 7.5 10 Miles
N
Map 2-6

Dominguez-Escalante National Conservation Area 431
APPROVED RESOURCE MANAGEMENT PLAN



*Appendix R. Maps*

Special Recreation Management Area (SRMA)
Extensive Recreation Management Area (ERMA)
Sawmill Mesa/Wagon Park ERMA Zone 1
Sawmill Mesa/Wagon Park ERMA Zone 2 - Escalante Triangle
Areas Not Manged as Recreation Management Zones
Note: The Wilderness Act includes specific guidance regarding the management of recreation in the Dominguez Canyon Wilderness
50
141
Ninemile Hill ERMA
Gunnison River SRMA
Hunting Ground ERMA
East Creek ERMA
Cactus Park SRMA
Dominguez Canyon Wilderness
Sawmill Mesa/ Wagon Park ERMA
Escalante Canyon SRMA
Uncompahgre National Forest
25 Mesa Road
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA.
County Maintained Roads
D-E NCA Boundary
Bureau of Land Management
Private
State
US Forest Service
Recreation Management Areas
0 2.5 5 7.5 10 Miles
N
Map 2-8

Heritage Areas
Rambo Heritage Area
Leonards Basin Heritage Area
High Park Heritage Area
Big Dominguez Heritage Area
50
141
Gunnison River
The Hunting Ground
Cactus Park
Wagon Park
Dominguez Canyon Wilderness
Uncompahgre National Forest
Sawmill Mesa
25 Mesa Road
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA
County Maintained Roads
D-E NCA Boundary
Bureau of Land Management
Private
State
US Forest Service
Heritage Areas
0 2.5 5 7.5 10 Miles
N
Map 2-9

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

434



Map 2-10

*Wilderness Management Zones*

*Appendix R. Maps*

BLM_0028841

Dominguez-Escalante National Conservation Area                    435
APPROVED RESOURCE MANAGEMENT PLAN



Map 2-11

*Appendix R. Maps*

BLM_0028842

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

436



BLM_0028843

Dominguez-Escalante National Conservation Area                                               437
APPROVED RESOURCE MANAGEMENT PLAN



*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                                          438
APPROVED RESOURCE MANAGEMENT PLAN



*Right-of-Way Exclusion and Avoidance Areas*
*(only applies to new rights-of-way)*

Map 2-14

*Appendix R. Maps*

BLM_0028845

Dominguez-Escalante National Conservation Area                                    439
APPROVED RESOURCE MANAGEMENT PLAN



*Segments Suitable for Inclusion as National Wild and Scenic Rivers*

Map 2-15

Appendix R. Maps

BLM_0028846

Dominguez-Escalante National Conservation Area                                              440
APPROVED RESOURCE MANAGEMENT PLAN



Watchable Wildlife Areas

Map 2-16

*Appendix R. Maps*

BLM_0028847

Dominguez-Escalante National Conservation Area                                      441
APPROVED RESOURCE MANAGEMENT PLAN



*Appendix R. Maps*

BLM_0028848

Route Designations
Administrative - Authorized use only
Horse
Dashed lines indicate non-maintained routes
Bicycle
Motorcycle
ATV (50 inches or less)
Open
Closed to Motorized and Mechanized
Private, State, Outside D-E NCA
County Maintained Roads
50
141
Gunnison River
Dominguez Canyon Wilderness
Uncompahgre National Forest
25 Mesa Road
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY, RELIABILITY, OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA
D-E NCA Boundary
BLM
Other Federal
Private
State Wildlife Areas
US Forest Service
Route Designations
0 2.5 5 7.5 10 Miles
Map N-1
N

Dominguez-Escalante National Conservation Area
APPROVED RESOURCE MANAGEMENT PLAN

443



Map 3-1

*Surficial Geology*

*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                                                           444
APPROVED RESOURCE MANAGEMENT PLAN



Potential Fossil Yield Categories (PFYC)

Map 3-2

BLM_0028851

Dominguez-Escalante National Conservation Area                    445
APPROVED RESOURCE MANAGEMENT PLAN



Vegetation Communities

Map 3-3

*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                                        446
APPROVED RESOURCE MANAGEMENT PLAN



*Riparian and Wetland Areas*

Map 3-4

*Appendix R. Maps*

BLM_0028853

Dominguez-Escalante National Conservation Area                                        447
APPROVED RESOURCE MANAGEMENT PLAN



*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                    448
APPROVED RESOURCE MANAGEMENT PLAN



Map 3-6

*Appendix R. Maps*

BLM_0028855

Dominguez-Escalante National Conservation Area                                449
APPROVED RESOURCE MANAGEMENT PLAN



Bighorn Sheep Range

Map 3-7

*Appendix R. Maps*

BLM_0028856

Dominguez-Escalante National Conservation Area                                          450
APPROVED RESOURCE MANAGEMENT PLAN



*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                                451
APPROVED RESOURCE MANAGEMENT PLAN



*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                                                452
APPROVED RESOURCE MANAGEMENT PLAN



Special Status Plant Species

Map 3-9

BLM_0028859

Sage Grouse Habitat
Priairie Dog Colonies
Prairie Dog Overall Range
Bald Eagle Winter Concentration Area
Perigrine Nesting Area
Bald Eagle Nesting Area
50
The Hunting Ground
Gunnison River
Cactus Park
141
Wagon Park
Dominguez Canyon Wilderness
Uncompahgre National Forest
Sawmill Mesa
25 Mesa Road
NO WARRANTY IS MADE BY THE BUREAU OF LAND MANAGEMENT AS TO THE ACCURACY RELIABILITY OR COMPLETENESS OF THESE DATA FOR INDIVIDUAL USE OR AGGREGATION USE WITH OTHER DATA
County Maintained Roads
D-E NCA Boundary
Bureau of Land Management
Private
State
US Forest Service
Sage Grouse Habitat, Known Raptor Areas, and White-Tailed Prairie Dog Range
0 2.5 5 7.5 10 Miles
N
Map 3-10

Dominguez-Escalante National Conservation Area                                          454
APPROVED RESOURCE MANAGEMENT PLAN



Map 3-11

*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                                             455
APPROVED RESOURCE MANAGEMENT PLAN



Dominguez-Escalante National Conservation Area                                                    456
APPROVED RESOURCE MANAGEMENT PLAN



*Elk Range*

Map 3-13

*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                                    457
APPROVED RESOURCE MANAGEMENT PLAN



*Appendix R. Maps*

Dominguez-Escalante National Conservation Area                                    458
APPROVED RESOURCE MANAGEMENT PLAN



Map 3-15

*Appendix R. Maps*

# Appendix S. Biological Opinion



RECEIVED
BUREAU OF LAND MGMT.

## United States Department of the Interior

2015 JUN 17 PM 1:38   FISH AND WILDLIFE SERVICE



Ecological Services
445 West Gunnison, Suite 240
Grand Junction, Colorado  81501-5711

IN REPLY REFER TO:
ES/GJ-6-CO-15-F-002
TAILS 06E24100-2015-F-0039

June 12, 2015

Memorandum

To:      National Conservation Manager, Bureau of Land Management, Grand Junction, Colorado

*Ann Timbeu*

From:    Western Colorado Supervisor, Western Colorado Ecological Services Office, Grand Junction, Colorado

Subject:  Biological Opinion (BO) for the Bureau of Land Management proposed Dominguez-Escalante National Conservation Area Resource Management Plan

We received your letter and biological assessment (BA) on November 10, 2014, and a corrected final version on December 19, regarding the Bureau of Land Management (BLM) proposed Dominguez-Escalante National Conservation Area (D-E NCA) Resource Management Plan (RMP).  You have requested initiation of section 7 consultation under the Endangered Species Act of 1973 (ESA), as amended (16 U.S.C. 1531 et seq.) on your new plan.

Since the BA was originally submitted in November, 2014, the U.S. Fish & Wildlife Service (Service) has listed the Gunnison sage-grouse (*Centrocercus minimus*) (GUSG), as a threatened species (79 FR 69192), and concurrently designated critical habitat for the GUSG (79 FR 69312).

You have determined that implementation of your plan may affect, is not likely to adversely affect:
Gunnison sage-grouse and its critical habitat
Mexican spotted owl (*Strix occidentalis lucida*) (MSO)
Western yellow-billed cuckoo (*Coccyzus americanus*), and its proposed critical habitat (WYBC)
Greenback cutthroat trout (*Oncorhynchus clarki stomias*) (GBCT)

Based on our review of the information provided in your BA, we concur with the determination that the proposed action may affect, but is not likely to adversely affect the following species.

Gunnison sage-grouse and its critical habitat
The 1,265- acre Gibbler Mountain areas of critical environmental concern (ACEC) contains 920

BLM_0028866

Dominguez-Escalante National Conservation Area 460
APPROVED RESOURCE MANAGEMENT PLAN

acres of Gunnison sage-grouse habitat; 602 acres of proposed critical habitat. This designation would provide additional protection to the species as a result of the management actions specific to ACECs. The area would be protected from new road construction and right-of-way (ROW) development. Surface disturbing activities are prohibited from December 15 to March 15 within occupied winter habitat for GUSG. If other seasonal habitats are determined to be occupied, conservation measures will be implemented consistent with the range-wide plan for the species. No leks are known to occur in the D-E NCA.

We concur with the not likely to adversely affect (NLAA) determination for both the species and the critical habitat. However, our concurrence applies to just the RMP. BLM may need to do site specific section 7 for any future projects implemented under the plan that may affect the grouse or their critical habitat.

### Mexican spotted owl
Because the BLM believes that this subspecies does not currently exist in the planning area, it is not likely to be impacted by any BLM actions in or next to the planning area. No designated critical habitat is in the planning area. In the event MSOs are discovered in the planning area, measures would be adopted consistent with the current recovery plan to protect the species and its habitat. Stipulations have been identified and will be implemented in the event MSOs are discovered in the D-E NCA boundary.

### Western yellow-billed cuckoo
Suitable WYBC habitat occurs along the Gunnison River in the D-E NCA; however, no observations have been recorded in the planning area. No Critical Habit Units are located within the planning area.

A determination of no effect was made for WYBC proposed critical habitat, because critical habitat has not been proposed within the D-E NCA (BA, p. 5-4). Therefore, consultation is not required.

### Greenback cutthroat trout
Currently, one population of green lineage cutthroat occurs in the planning area in Kelso Creek. Critical habitat has not been designated for the GBCT. Increased sediment and turbidity have the potential to impact green lineage cutthroat trout; however, stipulations, Best Management Practices (BMPs), and the expansion of the Escalante Canyon ACEC would limit surface disturbing activities near occupied habitat in Kelso Creek. Standard operating procedures, BMPs, SSR restrictions, and other measures intended to protect perennial waterways would also protect green lineage cutthroat trout habitat.

Although not anticipated, it is possible that a future project could involve effects to one of these species that would be considered adverse. If so, formal consultation for the affected species would need to be completed prior to authorization of the project.

The planning area is currently managed under the 1987 Grand Junction RMP, as amended (BLM 1987) and the 1989 Uncompahgre Basin RMP, as amended (BLM 1989). The Grand Junction Field Office (GJFO) and the Uncompahgre Field Office (UFO) are revising their respective

*Appendix S. Biological Opinion*

BLM_0028867

plans. This proposed RMP will ensure consistency across D-E NCA, which spans three counties (Mesa, Delta, & Montrose), two BLM Field Offices (GJFO and UFO, and two BLM District Offices (Northwest District & Southwest District).

You have determined that implementation of your plan may affect, is likely to adversely affect:
Colorado hookless cactus (*Sclerocactus glaucus*)
Big river fishes and their critical habitat: Colorado pikeminnow (*Ptychocheilus lucius*), razorback sucker (*Xyrauchen texanus*), bonytail (*Gila elegans*), and humpback chub (*Gila cypha*)

This BO is based on information provided in the November 10, 2014, BA, the corrected version of December 19, 2014, Colorado Natural Heritage Program database records (CNHP 2014), various discussions between our staffs, and other resources. A complete administrative record of this consultation is on file at this office.

CONSULTATION HISTORY

The Service issued two programmatic section 7 BOs in western Colorado analyzing water depletions resulting from the BLM's activities in the Colorado River basin. These consultations include the February 25, 2009 "Programmatic Biological Opinion (PBO) for Water Depletions associated with BLM's projects (excluding Fluid Mineral Development) within the Upper Colorado River Basin in Colorado" (ES/GJ-6-CO-08-F-0010) (Service 2009) and the December 19, 2008, PBO for Water Depletions Associated with BLM's Fluid Mineral Program within the Upper Colorado River Basin in Colorado (ES/GJ-6-CO-08-F-006) (FWS 2008). Both BOs address adverse effects to the Colorado pikeminnow, razorback sucker, humpback chub, and bonytail, and their respective critical habitats, associated with water depletions resulting from projects and activities planned within the D-E NCA and elsewhere in the upper Colorado River Basin. No effects to endangered fish are expected other than through water depletions. No future fluid mineral development will be authorized within the D-E NCA. Therefore, the section 7 consultation requirement for the Colorado River fishes has been fulfilled and is being implemented pursuant to the PBOs mentioned above. Any BLM-authorized water depletions within the D-E NCA not considered under the existing PBOs would need separate section 7 consultation. Actual water depletion amounts authorized for a given project will be calculated at the project level. Cumulative water depletion amounts are tracked by the BLM state office and reported to our Grand Junction Ecological Services Fish and Wildlife Office on an annual basis.

On July 27, 2010, the Service provided concurrence for a may affect, not likely to adversely affect the Colorado hookless cactus (Tails: 65413-2010-I-0138) determination for the Integrated Weed Management plan (IWMP) for the GJFO (FWS 2010b).

On November 4, 2010, the Service issued BO number ES/GJ-6-CO-11-F-003 (Tails: 65413-2011-F-0043) for the Bridgeport Access and Trailhead development, which adversely affected the Colorado hookless cactus (FWS 2010c).

3

BLM_0028868

On November 15, 2012, the Service issued BO number ES/GJ-6-CO-12-F-006 (Tails: 06E24100-2012-F-0020) addressing the effects of livestock grazing permitted within the GJFO, UFO and CRVFO on the Colorado hookless cactus (FWS 2012).

On February 15, 2013, the Service issued BO number ES/GJ-6-CO-13-F-001 (Tails: 06E24100-2013-F-0040) on the IWMP for the UFO, addressing adverse effects to the Colorado hookless cactus. We also concurred that the IWMP would not likely adversely affect any of the four listed big river fish species (Colorado pikeminnow, bonytail, humpback chub, or razorback sucker), GBCT, MSO, or GUSG.

This BO is based on the BA prepared for the proposed action, previous programmatic BAs and BOs pertaining to vegetation management and livestock grazing applicable to the GJFO and UFO for plant species, listing and critical habitat decision documents, information contained in scientific literature, and other sources of information.

A complete administrative record of this consultation is on file in the Western Colorado Office of the Service in Grand Junction, Colorado. The remainder of this memorandum—our BO — addresses only the Colorado hookless cactus.

# BIOLOGICAL OPINION

## PROPOSED ACTION

The Proposed RMP provides a framework for the future management direction and long-term conservation and protection of the "unique and important values" of the D-E NCA. These values were identified in the area's enabling legislation, the Omnibus Public Lands Management Act of 2009, Public Law 111-11 (referred to hereafter as the Omnibus Act). These values are the "geological, cultural, archaeological, paleontological, natural, scientific, recreational, wilderness, wildlife, riparian, historical, educational, and scenic resources of the public lands, as well as the water resources of area streams, based on seasonally available flows, that are necessary to support aquatic, riparian, and terrestrial species and communities." The Omnibus Act specified that these values be conserved and protected "for the benefit and enjoyment of present and future generations." The document contains both land use planning decisions and implementation-level decisions to guide the management of BLM lands under the administration of the D-E NCA. The Omnibus Act withdrew the D-E NCA from the following:
• All forms of entry, appropriation, or disposal under the public land laws
• Location, entry, and patent under the mining laws
• Operation of the mineral leasing, mineral materials, and geothermal leasing laws

This withdrawal was subject to valid and still existing rights that predate the Omnibus Act. There is one mining claim in the D-E NCA, located upstream of Rattlesnake Gulch along the Gunnison River. The holder of this claim has legal right to access, explore, and mine. All other claims that were in existence before the Omnibus Act have since expired.

4

## Action Area

The planning area for this RMP/Environmental Impact Statement (EIS) consists of 210,012 acres of BLM-administered public land surface, 6,437 acres of private land surface, and 1,965 acres of State of Colorado land surface in Mesa, Montrose, and Delta Counties, Colorado. BLM-administered public land surface includes 209,610 acres designated in the Omnibus Act, as well as 402 acres that were later acquired by the Federal government. The Escalante Canyon ACEC consists of approximately 1,895 acres designated for sensitive plant species, natural seeps, and several globally unique plant associations. The River Rims ACEC and Gibbler Mountain ACEC would be designated to protect the unique and sensitive rare plants and paleontological resources within these areas. The decision area for this planning project includes only the BLM-administered land in the D-E NCA boundary; it does not include any private inholdings.

STATUS OF THE SPECIES

## Colorado Hookless Cactus

Species Description and Life History

Colorado hookless cactus grows from a taproot and typically has a single stem that can grow to about 5 inches (12 cm) tall, with large individuals attaining heights of 11 inches (28 cm). Mature stem diameter may reach to 3.5 inches (9 cm) (Heil and Porter 2004), with large individuals growing to 4 or 5 inches (12-13 cm) (in Colorado River Valley Field Office, some individuals are 12-13 cm) in girth. Tubercles are arranged into prominent longitudinal ribs. On the apex of each tubercle is an areole from which clusters of spines radiate. The central spine in each cluster is typically hookless. The large, funnel-shaped, pink flowers bloom from late April to May, with the small barrel-shaped fruits maturing in May and June. Flowers are hermaphroditic. Based upon preliminary breeding system studies by Tepedino, this species is believed to be primarily outcrossing (Heil and Porter 1994). Outcrossing presumably requires an insect vector for pollen transfer. Seed longevity in the ground, germination cues, and seed dispersal mechanisms for this species remain unstudied.

In addition to reproducing sexually, Colorado hookless cactus can produce new stems vegetatively by budding. New stem buds appear from beneath the main stem base, and may number from one to many. Field observations indicate that mild to moderate tissue damage, including herbivory by rodents and rabbits and crushing by vehicles, can stimulate budding. Presumably if the caudex is sufficiently damaged, no new buds can sprout and an individual dies. Individual cactus stems also appear to be able to sustain physical damage. Partially uprooted cacti and those with apparent herbivore or crushing damage have been observed to heal over and survive (Conner 2011, pers. comm.).

Status and Distribution

The Uinta Basin hookless cactus was listed as a threatened species on October 11, 1979, (44 FR 58868). On September 15, 2009, the Service officially recognized the taxonomic split of

5

BLM_0028870

this species into three distinct species, one of which is the Colorado hookless cactus
(*Sclerocactus glaucus*) (74 FR 47112). Critical habitat has not been proposed for this species.
The recovery outline (FWS 2010) presents an updated and thorough review of the species'
status.

Current data indicate that this species is known from about 99 occurrences totaling
approximately 19,000 individuals (BIO-Logic 2008, 2009; FWS 2010a). These occurrences
cover approximately 1,700 square miles, with an estimated 618,000 acres of potential habitat
(FWS 2010a). For each occurrence in their database, the CNHP assesses the estimated viability
of a species or ecological integrity of its community. The 21 occurrences ranked A or B
represent at least 1,000 individuals (FWS 2010a).

Colorado hookless cactus is endemic to Delta, Montrose, Mesa, and Garfield Counties,
Colorado. There are two population centers of Colorado hookless cactus. The first is on alluvial
river terraces of the Gunnison River from near the City of Delta to southern Mesa County; the
second is on alluvial river terraces and mesa slopes of the Colorado River, Plateau Creek, and
Roan Creek drainages in the vicinity of DeBeque, Colorado (FWS 2010a). Recent research
indicates that the Gunnison River population is genetically distinct from the Colorado River
population (McGlaughlin and Ramp-Neale 2012).

Soils are commonly derived from Mancos shale often with a thin over layer of alluvium, and
range from fine silty clay to coarse gravel with volcanic cobbles and boulders scattered on the
surface. Exposures vary, but Colorado hookless cactus is more abundant on south-facing slopes
(CNHP) 2010). The dominant co-occurring plant species include shadscale (*Atriplex
confertifolia*) and black sagebrush (*Artemisia nova*). Populations also occur in big sagebrush
(*Artemisia tridentata*) and the transition zone with pinyon-juniper woodland. Within these
communities, Colorado hookless cactus is often found under small nurse shrubs, especially
shadscale. In many Colorado hookless cactus populations, exotics occur, especially cheatgrass
(*Bromus tectorum*) and/or halogeton (*Halogeton glomeratus*), and Russian knapweed (*Acroptilon
repens*) along drainages. Typical elevations for the species range from 4,593 to 6,562 feet (1,400
to 2,000 meters) above mean sea level (Heil and Porter 2004). BLM considers the Mancos shale
communities that the cactus occurs in to have little resilience to disturbance due to soil chemistry
and structure and the small amount of available moisture (BLM 2002).

Primary threats to Colorado hookless cactus identified in the recovery outline include
destruction, modification, fragmentation, or curtailment of habitat and range. Factors potentially
contributing to habitat destruction and modification within the D-E NCA include: off-road
vehicle (ORV) recreation, livestock grazing and trampling, predation (browsing by rabbits and
parasitism by cactus-borer beetle), invasive species (including cheatgrass (*Bromus tectorum*),
herbicide and pesticide treatments (including effects on pollinators) (FWS 2010), and illegal
collection of cactus plants.

In 1986, the BLM UFO collaborated with the Colorado Natural Areas Program (CNAP) to
establish seven square meter monitoring plots in the Escalante Canyon ACEC, with a total of 36
individuals across all plots. When the plots were revisited in 1993, an 11 percent reduction in
plant number and a shift towards the seedling and mature size classes was found (immature

6

BLM_0028871

plants decreased). In 2010, the UFO was unable to relocate these plots (BLM 2009). No recent information is available to indicate if any new plants are present in this area.

When the Escalante LHA unit was assessed in 1998 and 1999, 100 percent of the area met Standard 4, and the Colorado hookless population in the area "appear[ed] to be in good condition" (BLM 1999). Roughly 107,362 of the 120,000 acres in this unit are inside the action area for Colorado hookless cactus. When the unit was re-assessed in 2009 and 2010, 28 percent met, 37 percent "met assumed", 17 percent met with problems, 9 percent did not meet, and 9 percent were not evaluated for Standard 4. The report noted that trampling and occasional mortality to cacti have been attributed to livestock and that grazing activities are likely impacting this species. Historic and ongoing monitoring efforts and field visits identified a decline in Colorado hookless cactus abundance and narrowing of its distribution in the unit (BLM 2010).

Environmental Baseline

The environmental baseline includes the past and present impacts of all Federal, State, or private actions and other human activities in the action area, the anticipated impacts of all proposed Federal projects in an action area that have already undergone formal or early section 7 consultation, and the impact of State or private actions that are contemporaneous with the consultation in process (50 CFR §402.02). The implementing regulations for section 7(a)(2) define the "action area" as all areas to be affected directly or indirectly by the Federal action and not merely the immediate area involved in the action (50 CFR 402.02).

There are 93 known principal occurrences of *S. glaucus* in Colorado, 40 of which are in the D-E NCA. In 2014 survey efforts along the Gunnison River documented over 5,700 additional cacti within the NCA that have not been entered into the CNHP database.

In the most current CNHP survey of D-E NCA for hookless cactus, all A- ranked occurrences are in the UFO side of the D-E NCA, along the Escalante Road east of the Gunnison River, in Wells Gulch and on McCarty Bench, west of the Gunnison River. B-ranked occurrences inside the D-E NCA are in Leonard's Basin, Big Dominguez Creek, and Cactus Park (Lyon & Kuhn 2011).

Threats to the species in the D-E NCA include habitat degradation as a result of nonnative halogeton and cheatgrass encroachment, off-road vehicle use, unauthorized collection, and livestock trampling and grazing. Predation by rabbits and cactus-borer beetle (*Moneilema semipunctatum*) may also be a significant source of mortality (FWS 2010a).

On November 15, 2012, the Service issued BO number ES/GJ-6-CO-12-F-006. The opinion evaluated the effects of livestock grazing on the Colorado hookless cactus, DeBeque phacelia, and the clay-loving wild buckwheat on three BLM Field Offices including the GJFO. The 2012 BO found that grazing activities would cause adverse effects to the Colorado hookless cactus, but that these activities would not jeopardize the continued survival of the species.

7

BLM_0028872

Dominguez-Escalante National Conservation Area                                                                              466
APPROVED RESOURCE MANAGEMENT PLAN

Conservation Measures

Conservation measures are non-discretionary actions that the BLM agrees to implement to
further the conservation and recovery of listed species. The beneficial effects of conservation
measures are taken into consideration for determining both jeopardy and adverse modification
analyses. The conservation measures place limits on concentrated use by livestock within
occupied habitat, restrict use of motorized vehicles to designated routes during operation and
maintenance activities, regulate use of herbicides, and *do not* authorize rangeland infrastructure
maintenance and construction activities that would affect the species, without further
consultation.

The terms and conditions of grazing permits that include habitat occupied by Colorado hookless
cactus will include conservation measures designed to avoid, minimize, and/or remediate effects
to the species in mapped occupied habitat. Some measures are specific to individual allotments.
Conservation measures to be implemented include, but are not limited to, the following:

- Existing plant location records will be consulted and site inventories will be conducted to
  identify suitable habitat for the cactus. Surveys for occupied suitable habitat will be
  conducted prior to any ground disturbance. Surveys will take place when the plants can be
  positively identified, during the appropriate flowering periods. Surveys will be conducted by
  qualified field botanists/biologists who will provide documentation of their qualifications,
  experience and knowledge of the species prior to starting work.
- Grazing lessees will be notified that a lease parcel contains potential habitat for threatened
  (T), endangered (E), proposed (P), candidate (C) and BLM sensitive (S) plants, fish and
  wildlife.
- For Colorado hookless cactus and other T, E, P, and C plant species, surface-disturbing
  activities will be avoided within 200 meters of occupied plant habitat.
- Surface disturbance closer than 100 meters to a listed plant may be considered an adverse
  effect. Mitigating measures within this narrow buffer are very important and helpful to
  individual plants, but we do not expect that all adverse effects can be fully mitigated within
  this distance. Some adverse effects due to dust, dust suppression, and loss of pollinator
  habitat will likely remain. There are two possible exceptions to this rule of thumb: 1) The
  new disturbance is no closer to a listed plant than preexisting disturbance and no new or
  increased impacts to the listed plant are expected; or 2) the listed plant is screened from the
  proposed disturbance (e.g., tall, thick vegetation or a berm acts as a screen or effective barrier
  to fugitive dust and other potential impacts).
- Pollinator species for endangered or threatened plants will be protected by incorporating the
  standard operating procedures found in the Final Programmatic EIS for Vegetation
  Treatments Using Herbicides on BLM Lands in 17 Western States (BLM 2007).
- Maps will be provided to permittees that identify sensitive areas where restrictions may apply
  to particular grazing-related activities for the Colorado hookless cactus. As new information
  becomes available, and as necessary, maps will be updated by the BLM and provided to
  permittees. (Note: Maps provided to permittees will include sufficient buffers and
  randomized perimeters to avoid disclosing exact species locations.)

8

*Appendix S. Biological Opinion*

Dominguez-Escalante National Conservation Area                                        467
APPROVED RESOURCE MANAGEMENT PLAN

- Within 200 meters (656 feet) of listed plants, motorized access for livestock grazing operations will be limited to existing roads and routes. Any additional access proposed for grazing operations would require additional surveys and section 7 consultation.
- Permits for trailing through occupied habitat will only be issued for existing livestock active movement areas. Where this active movement occurs, minimization measures such as the following will be implemented to reduce impacts: BLM will encourage the avoidance of known individuals or populations during livestock herding and active movement activities on BLM administered lands. Maps will be provided to permittees to facilitate avoidance.
- In areas where active movement cannot be avoided (e.g., Escalante Canyon) monitoring of affected populations will be established. Where monitoring suggests population decline then the following will be considered by BLM to achieve appropriate protection:
  - Use additional herders/cowboys to direct livestock away from populations.
  - Trail smaller herds through at any given time to limit physical disturbance.
  - Use temporary fencing/barricades to inhibit livestock from trailing through populations during active movement activities.
  - Should all other attempts to reduce impacts from active movement not be successful, permanent drift fences may be considered.
  - Permittees will be required to notify the BLM office at least 24 hours in advance of the trailing activity.
  - Require that active movement activity be concentrated within existing road corridors as much as practicable, and done so in a timely and efficient manner. Overnighting of livestock within occupied habitat is prohibited unless the area has been cleared for TES species prior to overnight activity.
- Active movement will not be allowed during flowering periods.
     Any future identified active movement activities through occupied habitat will be managed according to the above stated conservation measures.
- No concentrations of livestock activities, including but not limited to herding, routine active movement, bedding, salt or supplement, portable watering, and new stock ponds will be allowed within 200 meters (656 feet) of individual plants or populations. Exceptions are detailed in the BA.

  The BLM rangeland Management Specialist will collaborate with the permittee to develop and employ appropriate grazing strategies for the allotment pastures and use areas to meet Colorado Public Land Health Standards, specifically standard 3 for upland plant communities and standard 4 for TES species. Where possible, grazing should be limited to 15 days or less in each pasture or use area during the flowering and fruiting period for the Colorado hookless cactus to ensure reproduction and recruitment success.
- Noxious weed spread will be reduced in occupied Colorado hookless cactus habitat by spot treating weeds and by intensively managing permitted activities in occupied habitat (grazing, recreation, and road and trail construction). Exclosures may be used if needed.
- Monitoring will be conducted (e.g., LHAs, utilization, trend, ecological site inventory) to evaluate rangeland health. If monitoring/LHAs conclude that an allotment with occupied habitat is not meeting the standards for special status plants, vegetation, or soils, and livestock grazing is identified as a significant causal factor to not meeting those standards, grazing permit modifications, mitigation, or other prescriptive measures will be required by BLM, as described in the BA.

9

BLM_0028874

Additional Management actions and conservation measures are included in the grazing BA amendment (BLM 2012, Table 2-1, and the D-ENCA proposed RMP BA (BLM 2014).

## EFFECTS OF THE ACTION

### Direct and Indirect Effects from the Proposed Action

Direct effects to Colorado hookless cactus plants from livestock activities will occur due to trampling, especially during concentrated use from salting, watering, trailing, and bedding. Although trampling and uprooting of Colorado hookless cactus by livestock has been observed, there are no data to indicate that it occurs commonly or has been responsible for detectable landscape-scale changes in abundance or distribution of the species. Not all trampled plants will die. Based on field observations, plants can survive some damage and partial uprooting, and non-lethal damage may be compensated for by budding. However, if damaged plants direct resources towards tissue repair and away from reproduction, and if damage makes them vulnerable to desiccation and/or disease, they may have reduced reproductive output for some length of time and increased mortality compared to undamaged plants (FWS 2012). The Escalante LHA report, completed in 2010, states that trampling and occasional mortality to cacti have been attributed to livestock and that grazing activities are likely impacting this species (BLM 2010a). Occupied Colorado hookless cactus habitat that is dominated by cheatgrass appears to inhibit seedling cactus germination, thereby threatening the long-term viability of this population.

There are 3.8 miles of designated routes open to motorized and mechanized use passing within a 20 meter buffer of known Colorado hookless cactus occurrences, and 21.2 miles of designated routes are within a 200-meter buffer of known occurrences. In addition, cross-country foot and horse travel would continue to place cactus at risk. Therefore, adverse effects associated with travel are anticipated to continue, and are the primary factors warranting the "may affect, likely to adversely affect" determination. Direct effects include mortality from crushing or trampling and disturbance of the seed bank in the soil. Indirect effects include those from dust, erosion and the spread of competitive nonnative plants along nearby travel routes. Dust accumulation on the plants increases tissue temperature and reduces photosynthesis, thus decreasing plant growth, vigor, and water use efficiency (Farmer 1993; Sharifi et al. 1997; Rai et al., 2009).

*Indirect effects*
Indirect effects to Colorado hookless cactus from grazing program-related changes in habitat may occur. Observations indicate that Mancos shale soils are vulnerable to surface disturbance, and once disturbed, the vegetation community is slow to recover and often becomes dominated by annual weeds (BLM 2002). The deposition of livestock feces and urine in Colorado hookless cactus habitat may result in additional indirect effects to the species from the BLM grazing program. This species is restricted to soils poor in nutrients, making it possible that the introduction of organic matter and nitrogen from livestock feces and urine, especially in concentrated use areas, could alter soil physical and chemical properties in ways that may negatively affect Colorado hookless cactus and its plant associates (FWS 2012).

10

BLM_0028875

*Cumulative effects*

Past, present, and reasonably foreseeable future impacts to the cactus, within the watershed for
the D-E NCA include road, ROW and infrastructure development, livestock grazing, recreation
including ORV use, weed invasion and mineral exploration and development. Resource use
activities have cumulatively caused vegetation removal, fragmentation, weed spread, soil
compaction, and erosion. Recreation has emerged as an ever-increasing pursuit in the planning
area and is expected to increase. Popular and common pursuits include rafting, boating, hunting,
fishing, hiking, camping, skiing, rock climbing, mountain biking, and four-wheeling. Levels of
impact are related to the duration, intensity, and expanse of recreation, and are expected to
increase with increased visitation. The additive effects from non-Federal actions to the Colorado
hookless cactus found on BLM land within the D-E NCA are not expected to add significantly to
those addressed in this BO.

## CONCLUSION

Based on a review of the current status of the Colorado Hookless cactus, the environmental
baseline for the action area, effects of the proposed action, cumulative effects, and proposed
conservation measures and management actions, it is our BO that implementation of the RMP, as
proposed, is not likely to jeopardize the continued existence of the Colorado hookless cactus.

Although implementation of the plan is likely to adversely affect the Colorado hookless cactus
and its habitat, the proposed action and conservation measures will avoid the likelihood of
jeopardy to the species. We have reached these conclusions because the BLM has committed to
a series of management actions and conservation measures designed to avoid or minimize
impacts on these species, such that effects will not be expected to reduce, directly or indirectly,
the survival or recovery of the species.

## INCIDENTAL TAKE STATEMENT

Section 9 of the ESA does not address the incidental take of listed plant species. Therefore,
Section 7(b)(4) and 7(0)(2) of the ESA do not apply to listed plant species. However, limited
protection of listed plants is provided to the extent that the ESA prohibits the removal and
reduction to possession of federally listed endangered plants or the malicious damage of such
plants on areas under Federal jurisdiction, or the destruction of listed plants on non-Federal areas
in violation of State law or regulation.

## CONSERVATION RECOMMENDATIONS

Section 7(a) (1) of the ESA directs Federal agencies to use their authorities to further the
purposes of the ESA by carrying out conservation programs for the benefit of endangered and
threatened species. Conservation recommendations are discretionary agency activities to
minimize or avoid adverse effects of a proposed action on listed species or critical habitat, to
help implement recovery plans, or to develop information. We are providing the following
conservation recommendations to the BLM for the management of D-ENCA, and we strongly
encourage implementation of these measures in furtherance of section 7(a) (1) of the ESA.

11

BLM_0028876

Dominguez-Escalante National Conservation Area                                                    470
APPROVED RESOURCE MANAGEMENT PLAN

- Management action: Close BLM routes to the public within 200 meters of Colorado
  hookless cactus (excluding county roads) except the minimum necessary to provide public
  access to the Gunnison River and administrative access. If occurrences are identified in the
  future that conflict with route designations, consider reroutes to avoid cactus.

## REINITIATION NOTICE

This concludes formal consultation for the potential effects of the implementation of the D-E
NCA RMP. As provided in 50 CFR 402.16, reinitiation of formal consultation is required where
discretionary Federal agency involvement or control over the action has been retained (or is
authorized by law) and if: (1) the amount or extent of incidental take is exceeded; (2) new
information reveals effects of the agency action that may affect listed species or critical habitat in
a manner or to an extent not considered in this opinion; (3) the action is subsequently modified in
a manner that causes an effect to the listed species or critical habitat not considered in this
opinion; or (4) a new species is listed or critical habitat designated that may be affected by the
action (50 CFR §402.16).

We appreciate your efforts to ensure the conservation of endangered and threatened species. If
you have questions regarding this letter, please contact Ellen Mayo of my office at the letterhead
address or phone (970) 628-7184.

## LITERATURE CITED

BIO-Logic, Inc. 2008. Tri-State Generation and Transmission Association. Delta County
    Transmission Improvement Project Colorado Hookless Cactus Conservation Plan.
    November 25, 2008. Montrose, CO.

BIO-Logic, Inc. 2009. Wells Gulch Evap, Inc. Wells Gulch Water Treatment and Impoundment
    System Project. Survey for the Federally Threatened Colorado Hookless Cactus.
    September 21, 2009. Montrose, CO.

Bureau of Land Management (BLM). 1987. Grand Junction Resource Management Plan and
    Record of Decision. Grand Junction, Colorado, Field Office.

Bureau of Land Management (BLM). 1989. Uncompahgre Basin Resource Management Plan
    and Record of Decision. Montrose, Colorado: Uncompahgre Field Office.

Bureau of Land Management (BLM)1997. Standards for Public Land Health and Guidelines for
    Livestock Grazing Management. Colorado State Office. Lakewood, Colorado. February
    3, 1997. 186 pp..

Bureau of Land Management (BLM) 1999. Escalante Area Land Health Assessment. 22, 1999.
    Montrose, CO. 28 pp.

Bureau of Land Management (BLM) Uncompahgre Field Office. 2002. North Delta Land Health
    Assessment. 2001-2002. Montrose, CO. 110 pp.

12

*Appendix S. Biological Opinion*

BLM_0028877

Bureau of Land Management (BLM) 2007. Final Vegetation Treatment Using Herbicides on
    Bureau of Land Management Lands in 17 Western States, Programmatic Environmental
    Impact Statement. BLM, Nevada State Office, Reno, NV. June 2007.

Bureau of Land Management (BLM) 2009. *Sclerocactus glaucus* Monitoring Projects and
    Trends in the BLM UFO, 1978-2009. (Unpublished report prepared by Charlie Sharp in
    support of the U.S. Fish and Wildlife Service Revision of the Species Recovery Plan,
    December 15, 2009.) Montrose, CO. 13 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2010a. Escalante Land Health
    Assessment. 2009-2010. Montrose, CO. 47 pp.

Bureau of Land Management, Grand Junction Field Office (BLM). 2010b. Land Health
    Assessment Report, Northern Portion of the Dominguez-Escalante NCA, Grand Junction,
    CO. 58 pp.

Bureau of Land Management (BLM) 2012a. Programmatic Biological Assessment Effects to
    Listed Plant Species from the Bureau of Land Management Livestock Grazing Program.

Bureau of Land Management (BLM) 2012b. Amendment to Programmatic Biological
    Assessment: Effects to Listed Plant Species from the Bureau of Land Management
    Livestock Grazing Program.

Bureau of Land Management Grand Junction Field Office (BLM) 2014. Biological Assessment
    for the BLM proposed Dominguez-Escalante National Conservation Area Resource
    Management Plan.

Bureau of Land Management Grand Junction Field Office (BLM) 2015. Email description of
    winter uses in the Cactus Park area of the D-E.NCA.

Colorado Natural Heritage Program. 2010. *Sclerocactus glaucus* Element Occurrence Reports,
    and summary spreadsheet (created by U.S. Fish and Wildlife Service). Fort Collins, CO.
    4 pp.

Colorado Natural Heritage Program. 2014. *Sclerocactus glaucus* Element Global Rank Report
    #44168. Fort Collins, Colorado.

Conner, S. 2011. Personal communication from Shawn Conner (BIO-Logic) to Alison Graff
    (BIO-Logic) regarding vegetative budding in Colorado hookless cactus and dramatic
    shifts in population sizes.

DePrenger-Levin, M., R.H. Kao. 2013. Demographic monitoring of *Sclerocactus glaucus*, an
    endemic species of western Colorado. Population Monitoring 2007-2013, Technical
    Report to Bureau of Land Management, U.S. Department of Interior, Colorado State
    Office.

13

BLM_0028878

Farmer, A.M. 1993. The Effects of Dust on Vegetation – A Review. Environmental Pollution 79:63-75.

Gunnison Sage-grouse Rangewide Steering Committee (GSRSC). 2005. Gunnison sage-grouse rangewide conservation plan. Colorado Division of Wildlife, Denver, Colorado, USA.

Heil, K.D. and J.M. Porter. 2004. *Sclerocactus* in Flora of North America. Online at: http://www.efloras.org/florataxon.aspx?flora_id=1&taxon_id=129764. Accessed Dec. 6, 2011.

Lyon, P. and B. Kuhn. 2011. Rare Plant Survey of Dominguez-Escalante National Conservation Area, 2010. Colorado Natural Heritage Program and Colorado State University. Fort Collins, Colorado.

McGlaughlin, M. and J. Ramp-Neale. 2012. A Genetic Investigation of *Sclerocactus glaucus* (Colorado Hookless Cactus) Genetic Diversity and Taxonomic Relations in Western Colorado. Unpublished preliminary data prepared for U.S. Fish and Wildlife, Grand Junction, Colorado. 7pp.

Neubaum, D. 2012. Pinyon Mesa Gunnison Sage-grouse Population. PowerPoint Presentation by Colorado Parks and Wildlife Conservation Biologist. February 15, 2012.

Piñon Mesa Gunnison Sage-grouse Working Group. 2000. Gunnison sage-grouse conservation plan Pinon Mesa, Colorado. 37 pp.

Rai, A., K. Kulshreshtha, P.K. Srivastiva, and C.S. Mohanty. 2009. Leaf Surface Structure Alterations due to Particulate Pollution in Some Common Plants. Environmentalist (published online June 3, 2009).

Schroeder et al. 1999 in 79 FR 69192.

Sharifi, M.R., A.C. Gibson, and P.W. Rundel. 1997. Surface Dust Impacts on Gas Exchange in Mojave Desert Shrubs. Journal of Applied Ecology 34:837-846.

U.S. Fish and Wildlife Service (FWS). 2008. Programmatic Biological Opinion for Water Depletions Associated with Bureau of Land Management's Fluid Mineral Program within the Upper Colorado River Basin in Colorado (ES/GJ-6-CO-08-F-0006).

U.S. Fish and Wildlife Service (FWS). 2009. Programmatic Biological Opinion for Water Depletions Associated with BLM projects (excluding Fluid Mineral Development within the Upper Colorado River Basin in Colorado) (ES/GJ-6-CO-08-F-0010).

U.S. Fish and Wildlife Service (FWS). 2010a. Recovery Outline for the Colorado hookless cactus (*Sclerocactus glaucus*). Colorado Ecological Services Field Office (April 2010), Grand Junction, CO. 17 pp.

14

BLM_0028879

Dominguez-Escalante National Conservation Area                                                                473
APPROVED RESOURCE MANAGEMENT PLAN

U.S. Fish and Wildlife Service (FWS). 2010b. Integrated Weed Management plan for the GJFO (Tails: 65413-2010-I-0138.

U.S. Fish and Wildlife Service (FWS). 2010c. Programmatic Biological Opinion for the Bridgeport Access and Trailhead development (ES/GJ-6-CO-11-F-003. Tails: 65413-2011-F-0043).

U.S. Fish and Wildlife Service (FWS). 2012. Programmatic Biological Opinion for Effects to Listed Plant Species from the Bureau of Land Management Livestock Grazing Program: Colorado hookless cactus (*Sclerocactus glaucus*), Clay-loving wild buckwheat (*Eriogonum pelinophilum*), Debeque phacelia (*Phacelia submutica*).

U.S. Fish and Wildlife Service (FWS). 2013a. Endangered and Threatened Wildlife and Plants; Endangered Status for Gunnison Sage-Grouse; Proposed Rule. *Federal Register* Vol. 78, No. 8. January 11, 2013.

U.S. Fish and Wildlife Service (FWS). 2013b. Programmatic Biological Opinion for Effects to Listed Plant Species from the Bureau of Land Management UFO Weed Management Program.

### *Federal Register Documents*

79 FR 69162. Endangered and Threatened Wildlife and plants; Threatened Status for Gunnison sage-grouse; Final Rule.

79 FR 69312. Endangered and Threatened and Plants; Designation of Critical Habitat for Gunnison sage-grouse; Final Rule.

79 FR 71373 Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Western Distinct Population Segment of the Yellow-Billed Cuckoo (*Coccyzus americanus*); Proposed Rule.

EMayo BLMDENCARMPBO15F002.docx 061215 KLM

15

*Appendix S. Biological Opinion*

BLM_0028880

BLM

## United States Department of the Interior
## Bureau of Land Management

---

# PROGRAMMATIC BIOLOGICAL ASSESSMENT

**Management of the Federal Fluid Minerals Program in Western Colorado Water Depletion Effects on the Four Endangered Big River Fishes: Bonytail (*Gila elegans*), Colorado Pikeminnow (*Ptychocheilus lucius*), Humpback Chub (*Gila cypha*), and Razorback Sucker (*Xyrauchen texanus*) in the Upper Colorado River Basin**

---






---

Northwest District Office

2300 River Frontage Road

Silt, Colorado 81652

May 26, 2017



# TABLE OF CONTENTS

Section                                                                    Page

I. Introduction/Background ...........................................................................................5

II. Consultation History ................................................................................................6

III. Species Considered and Evaluated ......................................................................8

IV. Project Description (Proposed Action) ..................................................................9

V. Conservation Measures ..........................................................................................25

VI. Description of the Species and their Habitat ......................................................27

   VI.1 Bonytail ..........................................................................................................27

   VI.2 Colorado Pikeminnow ...................................................................................28

   VI.3 Humpback Chub ............................................................................................30

   VI.4 Razorback Sucker ..........................................................................................31

VII. Environmental Baseline (Status of the Species in the Upper CO River Basin) ............................................................................................................................33

VIII. Effects of Proposed Action ................................................................................34

   VIII.I Direct Effects and Indirect Effects ..............................................................35

   VIII.II Cumulative Effects .....................................................................................43

IX. Determination of Effects ......................................................................................44

X. Conclusion .............................................................................................................44

2

BLM_0028882

## LIST OF ACRONYMS

| Acronym or Abbreviation | Full Phrase |
| --- | --- |
| AF | Acre Feet |
| APD | Application for Permit to Drill (oil and gas) |
| BA | Biological Assessment |
| BO | Biological Opinion |
| Bbls | Barrels of water |
| BLM | Bureau of Land Management |
| BTC | Bonytail |
| CFR | Code of Federal Regulations |
| cfs | Cubic Feet/Second (water flow) |
| COA | Condition of Approval |
| COGCC | Colorado Oil and Gas Conservation Commission |
| CPM | Colorado Pikeminnow |
| CRVFO | Colorado River Valley Field Office |
| DCH | Designated Critical Habitat |
| DOI | Department of the Interior |
| EPA | United States Environmental Protection Agency |
| ESA | Endangered Species Act of 1973 |
| Gal | Gallons |
| GJFO | Grand Junction Field Office |
| HBC | Humpback Chub |
| HF | Hydraulic Fracturing |
| KFO | Kremmling Field Office |
| LSFO | Little Snake Field Office |
| MeHg | Methyl Mercury |
| NEPA | National Environmental Policy Act of 1969 |
| NMFS | National Marine Fisheries Service |
| PBA | Programmatic Biological Assessment |
| PBO | Programmatic Biological Opinion |
| PVA | Population Viability Assessment |
| RBS | Razorback Sucker |
| RFD | reasonable foreseeable development |
| SSA | Species Status Assessment |
| SJNF | San Juan National Forest |
| TRFO | Tres Rios Field Office |
| UFO | Uncompahgre Field Office |
| USDI | United States Department of the Interior |

3

| | |
|---|---|
| USFS | United States Department of Agriculture, Forest Service |
| USFWS | United States Fish and Wildlife Service |
| USGS | United States Geological Survey |
| | |
| WRFO | White River Field Office |
| WRNF | White River National Forest |

4

BLM_0028884

# I. Introduction/Background

Management of the federal fluid mineral estate is conducted by the Department of the Interior's Bureau of Land Management (BLM), regardless of surface ownership. A necessary component to the retrieval of federal fluid minerals is the need for and use of freshwater. Water is used for various components including: pre-development seismic exploration, well drilling, completion activities including hydraulic fracturing (HF), access road dust abatement, and hydrostatic pipeline testing.

Hydraulic fracturing is the process by which a mix of materials including water is injected underground under high pressure to fracture subsurface geologic strata to release fluid minerals so that they may be mobilized for extraction.

The BLM must account for freshwater used for any of the components associated with the retrieval of federal fluid minerals that has not been previously consulted on with U. S. Fish and Wildlife Service (USFWS) with regard to its loss to the upper Colorado River Basin, and effects of that water loss on the four endangered big river fishes: Bonytail (*Gila elegans*), Colorado Pikeminnow (*Ptychocheilus lucius*), Humpback Chub (*Gila cypha*), and Razorback Sucker (*Xyrauchen texanus*). The USFWS has previously determined that any water depletions occurring within the Colorado River Basin may adversely affect these four endangered fishes and their designated critical habitat.

The BLM Colorado has been accounting for freshwater depletions associated with the retrieval of federal fluid minerals within the Upper Colorado River basin in western Colorado and effects of those depletions on the four endangered fish, via the completion of formal Section 7 consultation with the USFWS in 2008. The BLM completed a Programmatic Biological Assessment (PBA) titled: "*Programmatic Biological Assessment for BLM's Fluid Minerals Program in Western Colorado re: Water Depletions and effects on the Four Endangered Big River Fishes: Colorado Pikeminnow (Ptychocheilus lucius), Humpback Chub (Gila cypha), Bonytail (Gila elegans), and Razorback Sucker (Xyrauchen texanus)*". The USFWS responded to the BLM's PBA with a Programmatic Biological Opinion (PBO) in December 2008 (Biological Opinion number ES/GJ-6-CO-08-F-0006) affirming the BLM's approach to accounting for freshwater use and the effects of those water depletions on the four endangered fish and their critical habitat.

In the years since the completion of the 2008 consultation, conditions in the action area have changed. New technologies including broader use of HF, multi-stage HF, the use of horizontal drilling, and increased use of recycled water have come into widespread use. In addition, new data sources providing after-the-fact reported amounts of freshwater use are now available.

This Programmatic Biological Assessment will serve as the updated means by which the BLM complies with the Endangered Species Act (ESA), and addresses the effects of water depletions associated with management of the federal fluid mineral estate in western Colorado within the Colorado River Basin excluding the San Juan River basin, on four federally endangered fish: Bonytail, Colorado Pikeminnow, Humpback Chub, and Razorback Sucker. Table 1 summarizes where critical habitat exists within each of the 10 Field Offices located in western Colorado.

5

**Table 1.  Designated Critical Habitat by River in the Action Area**

| RIVER | SPECIES | LOCATION OF DESIGNATED CRITICAL HABITAT (DCH) |
|-------|---------|-----------------------------------------------|
| Colorado River | BTC, CPM, HBC, RBS | In the river and its 100-year floodplain from the Colorado River Bridge at exit 90 north off Interstate 70 in Rifle, Colorado downstream to Lake Powell. |
| Dolores River | N/A | No portions of the Dolores River in Colorado are identified as Designated Critical Habitat (DCH) for any of the 4 endangered fishes. However, the Dolores River does feed the Colorado River near Dewey Bridge, UT which is DCH. |
| Gunnison River | CPM, RBS | In the river and its 100-year floodplain from the Uncompahgre River confluence in Delta, Colorado downstream to the confluence of the Colorado River. |
| Green River | BTC, CPM, HBC, RBS | The Green River downstream from its confluence with the Yampa River and its 100-year floodplain. |
| Yampa River | BTC, CPM, HBC, RBS | In the river and its 100-year floodplain from the Colorado Highway 394 bridge downstream to its confluence with the Green River. |
| White River | CPM | In the river and its 100-year floodplain from the dam on Rio Blanco Reservoir downstream to the confluence with the Green River in Utah. |

**BTC = Bonytail**
**CPM = Colorado Pikeminnow**
**HBC = Humpback Chub**
**RBS = Razorback Sucker**

In accordance with Section 7(c) of the ESA, Federal land management agencies must consult with the USFWS on any action, which may affect listed species or designated critical habitat.  A biological assessment must be completed if a listed species and/or critical habitat may be present in the action area as outlined in the ESA Consultation Handbook (USFWS and NMFS 1998).  One of the purposes of the biological assessment is to help make the determination of whether the proposed action is "likely to adversely affect" listed species and critical habitat (USFWS and NMFS 1998).

## II. Consultation History

To date, the four endangered big river fishes have undergone the following consultations regarding water depleting activities from BLM's authorization of fluid mineral development in the upper

6

Colorado River Basin in western Colorado (does not include the San Juan River Basin):

- Prior to completion of the 1994 PBA, BLM completed several individual consultations on projects that depleted small amounts of water. The time and effort involved for both BLM and USFWS in completing these individual consultations led to the preparation and completion of the PBA in May 1994.

- In May 1994, the BLM Colorado prepared a PBA that addressed water-depleting activities in the Colorado River Basin. In response to the PBA, the USFWS issued a Biological Opinion (BO) on June 13, 1994 (Biological Opinion number ES/GJ-6-CO-94-F017), which determined that water depletions from the Colorado River Basin would jeopardize the continued existence of the Colorado Pikeminnow, Humpback Chub, Bonytail, and Razorback Sucker and result in the destruction or adverse modification of their critical habitat. The BO included reasonable and prudent alternatives developed by USFWS to allow the BLM to authorize projects with resultant water depletions of less than 125 acre feet (AF) per year. Projects or actions resulting in depletions of greater than 125 AF per year fall outside the PBA and require individual consultation with USFWS.

  The PBA and BO were written to remain in effect until a total depletion threshold of 1,417 AF of new depletions was reached. The threshold for historic depletions was 1,588 AF. This BO was amended March 2, 2000 and September 27, 2005.

- In January 2007, the Glenwood Springs Field Office prepared a Biological Assessment (BA) for the Resource Management Plan (RMP) for the Roan Plateau Planning Area that among other things, addressed water-depleting activities within the planning area including those associated with fluid mineral development. In response to the BA, the USFWS issued a memo dated February 7, 2007, which concurred with the BLM's determination that, among other things, water depletions from the Colorado River Basin would adversely affect the Colorado Pikeminnow, Humpback Chub, Bonytail, and Razorback Sucker and their critical habitat. Because the average annual depletion was less than 125 AF (83.6 AF/year), these depletions were addressed by the 1994 BO (amended March 2, 2000 and September 27, 2005) for small water depletions authorized by BLM in Colorado (Biological Opinion number ES/GJ-6-CO-94-F017).

- In November 2008, the BLM prepared and submitted a PBA addressing the effects of water depletions associated with the management of the federal fluid minerals program in the upper Colorado River basin in western Colorado excluding the San Juan River basin, on the four endangered big river fish. The USFWS responded in December 2008 with a Programmatic Biological Opinion (PBO) (Biological Opinion number ES/GJ-6-CO-08-F-0006) affirming the BLM's approach to accounting for freshwater use and the effects of water depletions on the four endangered fish.

- The BLM Colorado has completed RMP revisions and amendments for the Colorado River Valley Field Office (2015), Grand Junction Field Office (2015), Kremmling Field Office (2015), Little Snake Field Office (2011), Tres Rios Field Office (2015), and White River Field Office (2015). Each of these planning efforts underwent Section 7 Consultation and

7

each one addressed water depletions and the effects of those depletions on the four endangered fish from various activities. These documents tiered analysis of water depletion effects from fluid mineral development to the 2008 PBA/PBO effort but will be subject to this new consultation upon its completion.

- *This Programmatic Consultation covers the four endangered big river fishes, and addresses the federal Fluid Mineral Program in western Colorado as administered by the BLM Colorado. This effort is limited to analysis of effects of actions associated with the Fluid Mineral Program that result in the depletion of freshwater. This document does not attempt to address all potential impacts from fluid mineral development on the four endangered big river fishes, nor does it address program effects to other federally listed or proposed species. This consultation will be valid until factors trigger the need for a reassessment. These factors include, but are not limited to, any new and relevant information regarding any of the four listed fishes and/or their habitats; substantial impacts not previously considered; and major changes in the Fluid Mineral Program and/or its implementation in relation to water depleting activities.*

## III. Species Considered and Evaluated

This PBA only addresses the four endangered big river fishes and specifically water depletions associated with the fluid mineral program as administered by the BLM in western Colorado.

**Table 2.  Species Considered**

| Common Name | Scientific Name | Federal Status |
|---|---|---|
| Bonytail | *Gila elegans* | Endangered – Critical Habitat |
| Colorado Pikeminnow | *Ptychocheilus lucius* | Endangered – Critical Habitat |
| Humpback Chub | *Gila cypha* | Endangered – Critical Habitat |
| Razorback Sucker | *Xyrauchen texanus* | Endangered – Critical Habitat |

The Humpback Chub and Colorado Pikeminnow were listed as Endangered on March 11, 1967 (32 FR 4001 [USFWS 1967]). The Bonytail was added to the list of endangered species on April 23, 1980 (45 FR 27710 [USFWS 1980]), and the Razorback Sucker was listed on October 23, 1991 (56 FR 54957 [USFWS 1991]). Critical habitat for all four species was designated simultaneously on March 21, 1994 (59 FR 13374-13400 [USFWS 1994a]). The USFWS has designated critical habitat for all of these species in Colorado (Table 1).

Several other federally listed taxon occur within western Colorado. However, these other listed species will not be addressed in the PBA and may be addressed in separate consultations in the event of any "May Effect" determination associated with fluid mineral development.

8

BLM_0028888

## IV. Project Description (Proposed Action)

This PBA addresses projected freshwater use amounts and actual reported water depletion amounts associated with exploration and production of federal fluid minerals from within the Upper Colorado River Basin excluding the San Juan River basin in western Colorado (Action Area).

Within the Action Area, the BLM manages 5,178,984 acres of federal fluid mineral estate. This includes surface management by the BLM and other government agencies including the U.S. Forest Service (USFS), U.S. National Park Service, U.S. Fish and Wildlife Service, U.S. Bureau of Reclamation, Colorado Parks and Wildlife, and Colorado State Land Board. Remaining lands are held in private ownership (See Map 1).

9

BLM_0028889

**Map 1 Action Area – Upper Colorado River Basin Excluding the San Juan River**



10

BLM_0028890

The proposed action consists of ongoing and projected exploration and production of federal fluid minerals as administered by the BLM in Colorado. Projected water use amounts were first estimated during the 2008 consultation effort and were based on regional per well average estimates and the Reasonable Foreseeable Development (RFD) scenarios identified in BLM and USFS planning documents of fluid mineral activity across western Colorado for a 15 year period. The 2008 PBO calculated an overall annual threshold amount of 4,046 AF of water. Based on annual water use tracking, that threshold has yet to be exceeded. For the purposes of analysis in this PBA, we will re-estimate freshwater use amounts from all sub-basins within the Action Area.

It is very difficult to project fluid mineral development activity beyond a few years. Several highly unpredictable factors determine the amount of development that can or may occur during any given timeframe. The primary driving factor is economic conditions and specifically market prices of fluid minerals. Commodity prices are based on local, regional, and global supply and demand. Other factors that influence local activity rates include regional and national areas of development interest, current and predicted energy needs, operator plans, and availability of drill rigs, among others.

Professional judgement from the BLM petroleum engineers and private industry professionals working in the Action Area provides the best insight and information on local development trends and projected activity. The presumed life span of federal planning documents is 20 years for the BLM RMP's and USFS Forest Plans. Both agencies' planning documents rely on an RFD regarding potential development activity during the life of the plan. However, RFD's are based on potential development with no constraints or encumbrances and therefore may not project activity during a specific time period. In lieu of using RFD well number projections, the analysis in this PBA relies on recent data, industry trends, and best professional opinion to estimate anticipated activity over the next 10 year period. This information represents the best available scientific information and other information available. Table 3 below shows projected annual well drilling estimates by federal land management jurisdiction.

**Table 3. Ten Year Projected Well Development by River Sub-Basin**

| River | Number of Federal Wells |
|---|---|
| Colorado River | 2580 |
| Gunnison River | 350 |
| Dolores River | 50 |
| Yampa River | 140 |
| White River | 744 |
| Green River | 7 |
| **TOTAL** | **3,871** |

11

BLM_0028891

Instead of relying on regional multipliers to estimate freshwater use per well as was done for the 2008 consultation, the BLM obtained actual reported freshwater use data on all wells (federal mineral estate as well as private mineral estate) within the Action Area from the Colorado Oil and Gas Conservation Commission (COGCC) for the years 2014-2016 (n = 859 wells).  The COGCC data tracks freshwater and recycled water use associated with well completion activity (which includes water used for HF).  Water use for drilling is a much smaller amount than what is used for completions and is not included in the COGCC report.  Based on the best available information, the BLM will add a standard amount per well to account for freshwater used for drilling.  For projection purposes, it is conservatively assumed that all water used for drilling is freshwater (i.e., no recycled water use).  To confirm freshwater use estimates for drilling, the BLM is requiring operators to report all water use associated with drilling via a Condition of Approval (COA) on all Applications for Permit to Drill (APDs) backdated to January 1, 2017 for all wells BLM approves.

The BLM has taken the freshwater used per well for non-horizontal (vertical and directional) wells from the COGCC data set to obtain an average freshwater use amount for non-horizontal wells for completions.  The water used for completions will be added to the well drilling amount and the dust abatement amount to calculate total projected water use for non-horizontal wells by river sub-basin based on anticipated activity levels.  For horizontal wells, the BLM has taken data for all federal horizontal wells from 2012 – 2016 for drilling and completion activities to obtain an average per well estimate that will be added to the dust abatement amount to provide a total projected water use for horizontal wells by river sub-basin.

Management of federal fluid minerals includes all federal natural gas wells, oil wells, and coalbed methane natural gas wells including split estate.  Water use for drilling and completions is a one-time depletion that does not accumulate from year to year (as compared to water withdrawals for agricultural or municipal water uses which deplete water annually).  Water depletions for the purpose of this analysis have been defined to include:

- freshwater only
- freshwater used for access road dust abatement (calculated for the lifespan of an average well – 30 years)
- freshwater used to drill and complete wells (includes water for HF)
- freshwater associated with connected federal actions
- freshwater use associated with pre-development seismic exploration activities

**Well Drilling**
The amount of freshwater used for drilling of wells varies greatly depending on several factors including local geology, type of well (vertical, directional, horizontal) depth of well, length of well, time of year, and ability to use recycled water instead of freshwater.  Based on discussions with operators, BLM petroleum engineers, water use data, and a supporting article http://gazette.com/the-key-ingredient-in-oil-drilling-water/article/137682 , the average freshwater amount used for drilling of non-horizontal wells is 5-7% of the total water used for completion of

12

wells.  Projections in this PBA will use the higher 7% amount and conservatively assume that all water used for drilling of non-horizontal wells is freshwater (no recycled water use).  Water use data from 2012 – 2016 on horizontal wells includes water use associated with both drilling and completion work as previously noted.

**Well Completion (Including HF)**
Freshwater use associated with well completions, which includes water used for HF and multi-stage HF, is the largest use of freshwater.  Water use can vary greatly depending on several factors including local geology, type of well (vertical, directional, horizontal) depth/length of wells, time of year, and ability to use recycled water vs. freshwater.  The COGCC requires operators to submit actual water use data broken out by freshwater and recycled water for all well completion work in Colorado.  As a means of more accurately projecting freshwater use, the BLM obtained reported freshwater use amounts for completion of all wells from within the Action Area from 2014-2016 (n = 859).  The COGCC data is not differentiated by well type (horizontal vs. other), so where unknown, wells for this analysis were assumed non-horizontal and the data was then broken down by river basin to obtain freshwater use estimates for each river basin based on anticipated development by well type.  This assumption errs on the side of overestimating water use for non-horizontal wells as horizontal wells generally use more water.  Three river basins within the Action Area had limited non-horizontal well drilling activity from 2014-2016, the Green River basin (n = 3), Gunnison River basin (n = 3), and Dolores River basin (n = 3).  Instead of using these small sample sizes the Action Area average of 2.3 AF/well is used to project water use for these three river sub-basins.

For horizontal wells, BLM used water use data obtained from operators from across the state from 2012 – 2016 for drilling and completion of federal horizontal wells (n=33) plus two non-federal wells.  Total freshwater use for all 35 wells was 880 AF for an average water depletion amount of 25.1 AF/well.

To avoid skewing the average depletion estimate for horizontal wells in the Action Area, two distinct areas where horizontal drilling is occurring or planned to occur were separated out from the Action Area wide freshwater use estimates since water use in these two areas has been and is anticipated to continue to be higher than elsewhere in the Action Area.  Indian Valley in the WRFO and the White River basin located between Meeker, CO and Rangely, CO are projected to use an average of 51.6 AF/horizontal well.  In the GJFO north of Debeque, CO in the South Shale Ridge area, average freshwater use estimates are 75.5 AF/horizontal well.

*Dust Abatement*
Freshwater may also be used for dust suppression of roadways used for oil and gas field access.  Dust suppression is a small component of freshwater use associated with the implementation of the federal fluid mineral program.  Dust abatement would be required only on roadways actively used for oil and gas access, and only during certain times of the year.  The exact number of miles or acres of roads that would require dust suppression in any given year is not known.  Other variables affecting the amount of water needed for dust abatement include the type of road surface and local climate conditions.  Information obtained by the BLM from local operators estimates on the high end that up to 5,000 barrels of freshwater or 0.64 AF, would be used per well for dust

13

BLM_0028893

abatement. This amount is based on water needed to complete periodic dust abatement on well access roads during the estimated lifespan of an individual well (30 years). While the analysis period for this PBA is 10 years, we will account for all water use associated with dust abatement during the typical 30 year lifespan of a typical well. This additional amount of water will be added to the per well freshwater use estimate for all federal wells drilled within the Action Area.

Methods to reduce water depletions related to dust abatement include surface treatments such as magnesium chloride, lignin sulfate, and use of gravel. Chemical surface treatments would not be allowed in areas where they could adversely affect surface water quality or other sensitive resources.

### *Hydrostatic Pipeline Testing*

Hydrostatic pipeline testing is a very small component of freshwater use associated with implementation of the federal fluid mineral program. Typically, newly constructed pipelines are filled with water or an inert gas such as nitrogen under pressure as a means of checking for leaks. Hydrostatic testing of pipelines is conducted sequentially in shorter segments controlled by valves. Each of the segments is about 10 percent of the total length being tested. When testing of one segment is completed, the same water is directed into the next segment for testing. Based on discussions with operators, water use associated with this activity is inconsequential other than for larger transmission pipelines. The USFWS has determined that water use of less than 0.1 AF is considered insignificant and not considered a depletion. For this PBA, the BLM will not track or add on a depletion amount per well for water use associated with hydrostatic pipeline testing. Larger transmission pipelines will be required to report freshwater use after the fact during authorizations under the BLM's Rights-of-Way program and this water will be tracked annually and reported against the overall PBA/PBO threshold amount.

### Tracking and Reporting

To accurately track and report freshwater use associated with drilling and completion activities within the Action Area, the BLM will obtain and use the COGCC reported freshwater use data for completions for all federal wells annually. The BLM is also requiring operators to annually report freshwater used for drilling of all federal wells via a COA on all APDs. These two after the fact reported freshwater use amounts along with the additional 0.64 AF per well for dust abatement will then be tallied and compared to the annual threshold estimate and reported by river sub-basin to the USFWS annually at the end of the calendar year.

Natural gas development generally requires more freshwater than coalbed methane (CBM) development. While using less water for retrieval, CBM development typically results in more produced water. In Colorado, CBM produced water, like water produced from any other type of oil or gas well, is handled as waste by COGCC Rule 907, and it remains under the jurisdiction of the COGCC. However, if CBM produced water is put to a beneficial use beyond the uses allowed under Rule 907, it is subject to Colorado Department of Water Resources regulation through a permitting process and water users are subject to various controls to avoid injury to vested water rights. In general, most CBM produced water is disposed of in evaporation ponds or into Class II UIC injection wells due to the poor quality of the produced water. Where water is of sufficient quality, surface discharge for beneficial use may occur, but this would be rare within the Action

14

Area due to the high treatment costs and rarity of CBM wells.

### Federally Connected Actions

Water use associated with connected federal actions (e.g., water use associated with the development of fee wells as actions connected to the authorization of a right-of-way to construct a natural gas pipeline, or utility or access road across federal lands) is expected to be a very small part of the overall water depleted within the Action Area.

There is uncertainty as to how many road, utility, or pipeline rights-of-way will qualify as federal connected actions, or how many would be requested or authorized each year or how many connected fee wells will be completed in association with these authorizations. Because BLM expects that the amount of water depletions associated with connected federal actions will be minimal it is not used in the derivation of water use estimates below. However, the BLM will address water use associated with connected federal actions as they arise and report that water use annually. When a future water depletion for fluid mineral development is considered to be connected to a BLM authorization, the depletion will be separately quantified, tracked, and reported in the annual report pursuant to this consultation, or will undergo separate section 7 consultation.

### Seismic Activity

Seismic exploration activity is a very small component of freshwater use associated with implementation of the federal fluid mineral program. Water use associated with seismic activities is primarily associated with access road dust abatement. Seismic work generally occurs as a precursor to field development to locate desired minerals. It is impossible to foresee how much seismic activity will be authorized each year or how much water will be used in conjunction with this activity. The majority of the high potential areas have already been leased in Colorado. The BLM will tally the amount of water used for seismic activity during the NEPA process for individual proposals and add this depletion amount to the federal log at the end of the year.

### ESTIMATED AVERAGE ANNUAL WATER DEPLETION BY AFFECTED RIVER SUB-BASIN

All water depletions analyzed in this PBA will occur within the Action Area. Within the Action Area, individual sub-basins will be affected to varying degrees. Federal planning documents guide fluid mineral development projection estimates for each administrative unit during the projected life of the plan – generally a 15-20 year time frame. Given the uncertainties associated with trying to project development that far out, BLM is conservatively using a shorter 10-year timeframe for well and freshwater use projection numbers and analysis. These projections are primarily in areas where established fluid mineral development is occurring or in areas identified as high potential for fluid mineral development, and areas identified in planning documents as open to leasing and development. While this approach narrows down the areas where activity is likely to occur, these projections in no way dictate exact locations where activity within each administrative unit will occur. Individual planning documents contain various constraints to drilling including No Surface Occupancy stipulations, Controlled Surface Use, and Conditions of Approval that help guide where fluid mineral development will occur within river sub-basins. The actual amount of water that will be depleted within each river sub-basin will vary from year to year and will deviate somewhat from the estimates below. The BLM does not expect, however, that the total water

15

depletion amounts tallied and reported will exceed the total estimated for all river basins combined.

The BLM will use the following assumptions regarding where fluid mineral development is anticipated to occur:

- Activity will continue to occur where it currently is (in developed and maturing gas fields)

- Activity will occur in areas open to leasing and identified as high potential

- New activity will generally be concentrated near existing development with the greatest well densities occurring in areas that already have wells

The data in Table 4 were derived from analysis conducted on water use data obtained from the COGCC from 2014-2016 by Colorado county within the Action Area.  The COGCC data were then overlaid with river sub-basin boundaries to determine well drilling and water use amounts by river sub-basin within the Action Area.  Water is reported/provided by COGCC in barrels where one barrel = 42 gallons of water and 325,851 gallons = 1 acre foot of water.

**Table 4.  COGCC Well Completion Water Use Data 2014-2016 (all jurisdictions)**

| River Sub-Basin | Sum of Freshwater (barrels) | Sum of Recycled Water (barrels) | Number of wells |
|---|---|---|---|
| Colorado River | 5,429,160 | 40,633,228 | 614 |
| Green River | 6,433 | 0 | 3 |
| Gunnison River | 149,344 | 40,934 | 3 |
| Dolores River | 2,900 | 0 | 3 |
| White River | 750,304 | 15,389,943 | 220 |
| Yampa River | 415,590 | 0 | 16 |
| **Total** | **6,753,731** | **56,064,105** | **859** |

For non-horizontal wells, the data in Table 4 were used to conduct analysis by river sub-basin to determine water use estimates.

For horizontal wells, we used BLM data obtained from operators on reported freshwater used for 33 federal horizontal wells and 2 fee wells for drilling and completions from 2012 – 2016.  Based

16

on this data, operators used 880 AF of freshwater to drill and complete the 35 wells resulting in an average depletion amount of 25.1 AF/horizontal well.

***Colorado River***

*Non-Horizontal Wells*

Completion Estimate: This is only using the freshwater amount data for the 614 wells. 5,429,160 bbls x 42 gal/barrel = 228,024,720 gal ÷ 325,851 gal/AF = 699.8 AF 699.8 AF ÷ 614 wells = 1.14 AF/well

Drilling Estimate: All water used for completions (fresh and recycled) x 7% with the assumption that the entire 7% amount for drilling is freshwater. 5,429,160 bbls + 40,633,228 bbls = 46,062,388 bbls x 42 gal/bbls = 1,934,620,296 gal ÷ 325,851 gal/AF = 5,937 AF x 7% = 416 AF ÷ 614 wells = 0.68 AF/well

Dust Abatement Estimate: 0.64 AF/well
**Total = 1.14 + 0.68 + 0.64 = 2.5 AF/well**

**The following water use estimates cover the following jurisdictions: Colorado River Valley Field Office, White River Field Office, White River National Forest, and other Federal Mineral Estate within those offices administrative boundaries**
Based on the professional opinion of BLM's petroleum engineer and based on recent and projected trends, 1,780 federal wells are likely to be drilled over the next 10 year period on all jurisdictions within the Colorado River sub-basin.

*Horizontal Wells*

Of the projected 1,780 federal wells, 80 are in the WRFO but within the Colorado River sub-basin. Of these 80 wells up to 10% are anticipated to be horizontal (n = 8).

Of the remaining 1,700 federal wells up to 18% could be horizontal wells (n = 306). Horizontal wells are anticipated to use the Action Area wide average amount of freshwater (25.1 AF/well).

White River Field Office wells
Drilling and Completion Estimate: 8 wells x 25.1 AF/well = 201 AF
Dust Abatement Estimate: 0.64 AF/well x 8 = 5.1 AF
Total = 206.1 AF ÷ 10 years **= 21 AF/Year**

Remaining wells
Drilling and Completion Estimate: 306 wells x 25.1 AF/well = 7,681 AF

17

Dust Abatement Estimate:  0.64 AF/well x 306 = 196 AF
Total = 7,877 AF ÷ 10 years = **788 AF/Year**

*Non-Horizontal Wells*
Of the remaining 1,700 federal wells, approximately 82% are anticipated to be non-horizontal wells (n = 1,394)

Drilling and Completion Estimate:  1,394 wells x 2.5 AF/well = 3,485 AF
Total = 3,485 AF ÷ 10 years = **349 AF/Year**

White River Field Office wells
Of the 80 WRFO wells located in the Colorado River basin, 90% or 72 are anticipated to be non-horizontal wells

Drilling and Completion Estimate:  72 wells x 2.5 AF/well = 180 AF
Total = 180 AF ÷ 10 years = **18 AF/Year**

**The following water use estimates cover the following jurisdictions: Grand Junction Field Office, Grand Mesa, Uncompahgre, and Gunnison National Forest, and other Federal Mineral Estate within those offices administrative boundaries**
Based on the professional opinion of BLM's petroleum engineer and based on recent and projected trends, 800 federal wells are likely to be drilled over the next 10 year period on all jurisdictions.

*Horizontal Wells*
Of the projected 800 federal wells, 40% are anticipated to be horizontal wells (n= 320)
Of these 320 horizontal wells, 68 are anticipated to be in the South Shale Ridge area north of DeBeque, CO where freshwater use is expected to be higher due to local geology and very limited recovery of water for reuse as has been documented.

Drilling and Completion Estimate:  252 wells x 25.1 AF/well = 6,325 AF
Dust Abatement Estimate:  0.64 AF/well x 252 = 161 AF
Total = 6,486 AF ÷ 10 years = **649 AF/Year**

South Shale Ridge Drilling and Completion Estimate: 68 wells x 75.5 AF/well = 5,134 AF
Dust Abatement Estimate:  0.64 AF/well x 68 = 43.5 AF
Total = 5,177.5 AF ÷ 10 years = **518 AF/Year**

18

BLM_0028898

*Non-Horizontal Wells*

Of the projected 800 federal wells, 60% are anticipated to be non-horizontal wells (n = 480)

> Drilling and Completion Estimate:  480 wells x 2.5 AF/well = 1,200 AF
> Total = 1,200 AF ÷ 10 years = **120 AF/Year**

**Kremmling Field Office**

Based on the professional opinion of BLM's petroleum engineer and based on recent and projected trends, no federal wells are likely to be drilled over the next 10 year period within the Colorado River basin.  All activity is anticipated to occur in the North Platte River basin.

**FEDERAL TOTAL FOR THE COLORADO RIVER SUB-BASIN**
**21 + 788 + 349 + 18 + 649 + 518 + 120 = 2,463 AF/YR**

*Green River*

In the Green River basin, the number of wells drilled from 2014-2016 was three.  Instead of using this small sample size, the per well estimate for non-horizontal wells is based on the average of all of the 859 wells across the Action Area in Table 4 as follows:

*Non-Horizontal Wells*

Completion Estimate: Only freshwater used to complete the 859 wells = 6,753,731 bbls x 42 gal/barrel = 283,656,702 gal ÷ 325,851 gal/AF = 871 AF ÷ 859 wells = 1.0 AF/well

Drilling Estimate:  All water used for completions (fresh and recycled) x 7% with the assumption that the entire 7% amount for drilling is freshwater.  6,753,731 bbls + 56,064,105 = 62,817,836 bbls x 42 gal/bbls = 2,638,349,112 gal ÷ 325,851 gal/AF = 8,097 AF x 7% = 567 AF ÷ 859 wells = 0.66 AF/well

Dust Abatement Estimate:  0.64 AF/well
**Total = 1.0 + 0.66 + 0.64 = 2.3 AF/well**

**Little Snake Field Office and other Federal Mineral Estate within the administrative boundary of this field office**

Based on the professional opinion of BLM's petroleum engineer and based on recent and projected trends, 7 federal wells could be drilled over the next 10 year period on all jurisdictions within the Green River basin.

19

BLM_0028899

*Horizontal Wells*
Of the projected 7 federal wells, one could be a horizontal well (n= 1)

> Drilling and Completion Estimate:  1 well x 25.1 AF/well = 25.1 AF
> Dust Abatement Estimate:  0.64 AF/well x 1 = 0.64 AF
> Total = 25.8 AF ÷ 10 years = **2.6 AF/Year**

*Non-Horizontal Wells*
Of the projected 7 federal wells, 6 are anticipated to be non-horizontal wells (n = 6)

Drilling and Completion Estimate: 6 wells x 2.3 AF/well = 13.8 AF
Total = 14 AF ÷ 10 years = **1.4 AF/Year**

**FEDERAL TOTAL FOR THE GREEN RIVER SUB-BASIN**
**2.6 + 1.4 = 4 AF/Year**

*Gunnison River*
In the Gunnison River basin, the number of wells drilled from 2014-2016 was three. Instead of using this small sample size, the per well estimate for non-horizontal wells is based on the average of all of the 859 wells across the Action Area in Table 4 as follows:

*Non-Horizontal Wells*
Completion Estimate: Only freshwater used to complete the 859 wells = 6,753,731 bbls x 42 gal/barrel = 283,656,702 gal ÷ 325,851 gal/AF = 871 AF ÷ 859 wells = 1.0 AF/well

Drilling Estimate:  All water used for completions (fresh and recycled) x 7% with the assumption that the entire 7% amount for drilling is freshwater.  6,753,731 bbls + 56,064,105 = 62,817,836 bbls x 42 gal/bbls = 2,638,349,112 gal ÷ 325,851 gal/AF = 8,097 AF x 7% = 567 AF ÷ 859 wells = 0.66 AF/well

Dust Abatement Estimate:  0.64 AF/well
**Total = 1.0 + 0.66 + 0.64 = 2.3 AF/well**

**Uncompahgre Field Office, Grand Mesa, Uncompahgre, Gunnison National Forest, and other Federal Mineral Estate within these offices administrative boundaries**
Based on the professional opinion of BLM's petroleum engineer and based on recent and projected trends, 250 federal wells are likely to be drilled over the next 10 year period on all jurisdictions.

20

*Horizontal Wells*
Of the 250 federal wells, 50% are anticipated to be horizontal wells (n= 125)

    Drilling and Completion Estimate:  125 wells x 25.1 AF/well = 3,138 AF
    Dust Abatement Estimate:  0.64 AF/well x 125 = 80 AF
    Total = 3,218 AF ÷ 10 years = **321 AF/Year**

*Non-Horizontal Wells*
Of the 250 federal wells, 50% are anticipated to be non-horizontal wells = 125 wells x 2.3 AF/Well = 288 AF ÷ 10 years = **29 AF/Year**

**Grand Junction Field Office, Grand Mesa, Uncompahgre, Gunnison National Forest, and other Federal Mineral Estate within these offices administrative boundaries**
Based on the professional opinion of BLM's petroleum engineer and based on recent and projected trends, 100 federal wells are likely to be drilled over the next 10 year period on all jurisdictions.

Of the 100 federal wells, 100% are projected to be horizontal wells (n = 100)

    Drilling and Completion Estimate:  100 wells x 25.1 AF/well = 2,510 AF
    Dust Abatement Estimate:  0.64 AF/well x 100 = 64 AF
    Total = 2,574 AF ÷ 10 years = **257 AF/Year**

**FEDERAL TOTAL FOR THE GUNNISON RIVER SUB-BASIN**
**321 + 29 + 257 = 607 AF/Year**

*Dolores River*
    In the Dolores River basin, the number of wells drilled from 2014-2016 was three. Instead of using this small sample size, the per well estimate for non-horizontal wells is based on the average of all of the 859 wells across the Action Area in Table 4 as follows:

Completion Estimate: Only freshwater used to complete the 859 wells = 6,753,731 bbls x 42 gal/barrel = 283,656,702 gal ÷ 325,851 gal/AF = 871 AF ÷ 859 wells = 1.0 AF/well

Drilling Estimate:  All water used for completions (fresh and recycled) x 7% with the assumption that the entire 7% amount for drilling is freshwater.  6,753,731 bbls + 56,064,105 = 62,817,836 bbls x 42 gal/bbls = 2,638,349,112 gal ÷ 325,851 gal/AF = 8,097 AF x 7% = 567 AF ÷ 859 wells = 0.66 AF/well

21

Dust Abatement Estimate:  0.64 AF/well
**Total = 1.0 + 0.66 + 0.64 = 2.3 AF/well**

**Tres Rios Field Office, San Juan National Forest, and other Federal Mineral Estate within these offices administrative boundaries**
Based on the professional opinion of BLM's petroleum engineer and based on recent and projected trends, 20 federal wells are likely to be drilled over the next 10 year period within the Dolores River basin on all jurisdictions.

*Horizontal Wells*
Of the 20 federal wells, 50% are anticipated to be horizontal wells (n = 10)

Drilling and Completion Estimate:  10 wells x 25.1 AF/well = 251 AF
Dust Abatement Estimate:  0.64 AF/well x 10 = 6.4 AF
Total = 257.4 AF ÷ 10 years = **26 AF/Year**

*Non-Horizontal Wells*
Of the 20 federal wells, 50% are anticipated to be non-horizontal wells = 10 wells x 2.3 AF/well = 23 AF ÷ 10 years = **2 AF/year**

**Uncompahgre Field Office, Grand Mesa, Uncompahgre, Gunnison National Forest, and other Federal Mineral Estate within these offices administrative boundaries**
Based on the professional opinion of BLM's petroleum engineer and based on recent and projected trends, 30 federal wells are likely to be drilled over the next 10 year period on all jurisdictions.

*Horizontal Wells*
Of the 30 federal wells, none are anticipated to be horizontal wells.

*Non-Horizontal Wells*
Of the 30 federal wells, 100% are anticipated to be non-horizontal wells = 30 x 2.3 AF/well = 69 AF ÷ 10 years = **7 AF/Year**

**FEDERAL TOTAL FOR THE DOLORES RIVER SUB-BASIN**
**26 + 2 + 7 = 35 AF/Year**

*White River*
*Non-Horizontal Wells*

22

Completion Estimate: This is only using the freshwater amount data for the 220 wells = 750,304 bbls x 42 gal/barrel = 31,512,768 gal ÷ 325,851 gal/AF = 97 AF ÷ 220 wells = 0.44 AF/well

Drilling Estimate:  All water used for completions (fresh and recycled) x 7% with the assumption that the entire 7% amount for drilling is freshwater = 750,304 bbls + 15,389943 bbls = 16,140,247 bbls x 42 gal/bbls = 677,890,374 gal ÷ 325,851 gal/AF = 2,080.3 AF x 7% = 146 AF ÷ 220 wells = 0.66 AF/well

Dust Abatement Estimate:  0.64 AF/well
**Total = 0.44 + 0.66 + 0.64 = 1.74 AF/well**

### White River Field Office and other Federal Mineral Estate within the administrative boundary of this field office

Based on the professional opinion of BLM's petroleum engineer and based on recent and projected trends, 720 federal wells are likely to be drilled over the next 10 year period on all jurisdictions within the White River basin.

*Horizontal Wells*
Of the 720 federal wells, 80 could be horizontal wells.  These 80 wells are in an area where freshwater use is anticipated to be higher due to local geology and very limited water recovery for water reuse.  As such, the Action Area wide horizontal well estimate (25.1 AF/well) is not used and instead 51.6 AF/well is used as follows:

> Drilling and Completion Estimate:  80 wells x 51.6 AF/well = 4,128 AF
> Dust Abatement Estimate:  0.64 AF/well x 80 = 51.2 AF
> Total = 4,179.2 AF ÷ 10 years = **418 AF/Year**

*Non-Horizontal Wells*
Of the 720 federal wells, 640 are anticipated to be non-horizontal wells

> Drilling and Completion Estimate:  640 wells x 1.74 AF/well = 1,113.6 AF
> Total = 1,114 AF ÷ 10 years = **111 AF/Year**

### White River National Forest
Based on the White River National Forests RFD of 487 wells 5% are projected to be located in the White River basin (n = 24) and of the 24 wells 10% would be horizontal wells (n = 2)

23

*Horizontal wells*

    Drilling and Completion Estimate:  2 wells x 25.1 AF/well = 50.2 AF

    Dust Abatement Estimate:  0.64 AF/well x 2 = 1.3 AF

    Total = 51.5 AF ÷ 10 years = **5 AF/Year**

*Non-Horizontal Wells* = 22 wells x 1.74 AF/well = 38.3 AF ÷ 10 years = **4 AF/Year**

## FEDERAL TOTAL FOR THE WHITE RIVER SUB-BASIN
**418 + 111 + 5 + 4 = 538 AF/Year**

*Yampa River*

*Non-Horizontal Wells*

Completion Estimate: This is only using the freshwater amount data for the 16 wells = 415,590 bbls x 42 gal/barrel = 17,454,780 gal ÷ 325,851 gal/AF = 54 AF ÷ 16 wells = 3.4 AF/well

Drilling Estimate:  All water used for completions (fresh and recycled) x 7% with the assumption that the entire 7% amount for drilling is freshwater = 415,590 bbls x 42 gal/bbls = 17,454,780 gal ÷ 325,851 gal/AF = 54 AF x 7% = 3.8 AF ÷ 16 wells = 0.24 AF/well

Dust Abatement Estimate:  0.64 AF/well
**Total = 3.4 + 0.24 + 0.64 = 4.28 AF/well**

**Little Snake Field Office and other Federal Mineral Estate within the administrative boundary of this field office**
Based on the professional opinion of BLM's petroleum engineer and based on recent and projected trends, 140 federal wells could be drilled over the next 10 year period on all jurisdictions within the Yampa River basin.

*Horizontal Wells*
Of the 140 federal wells, 85% are projected to be horizontal wells (n = 119)

    Drilling and Completion Estimate:  119 wells x 25.1 AF/well = 2,987 AF

    Dust Abatement Estimate:  0.64 AF/well x 119 = 76 AF

    Total = 3,063 AF ÷ 10 years = **306 AF/Year**

*Non-Horizontal Wells*

24

Of the 140 federal wells, 15% are projected to be non-horizontal = 21 wells x 4.28 AF/well = 90 AF ÷ 10 years = **9 AF/Year**

**FEDERAL TOTAL FOR THE YAMPA RIVER SUB-BASIN**
**306 + 9 = 315 AF/Year**

## Total Annual Freshwater Depletion Threshold From Within the Action Area
**2,463 + 4 + 607 + 35 + 538 + 315 = 3,962 AF/Year**

**Table 5.  Annual Projected Water Use Amounts by Sub-Basin Based on 10-Year Outlook**

| River | Estimated Water Depletion (AF/Year) |
|---|---|
| Colorado River | 2,463 |
| Gunnison River | 607 |
| Dolores River | 35 |
| Yampa River | 315 |
| White River | 538 |
| Green River | 4 |
| **TOTAL** | **3,962** |

While water use estimates are provided for each river sub-basin within the action area, the overall threshold amount (3,962 AF) is the amount being consulted on.  All water use will be tracked and reported at the sub-basin level.  Exceeding the estimated depletion amount in a given river sub-basin in a given year will not trigger re-initiation of consultation, but will require BLM to conference with USFWS to determine if effects, beyond those disclosed in this PBA, are affecting the endangered fish in that sub-basin.

## V. Conservation Measures

As a means of minimizing negative effects associated with freshwater depletions, the following conservation measures are proposed as part of the proposed action:

- Water may be extracted directly out of the Colorado, Gunnison, White, Yampa, or Green River, which all have occupied and critical habitat for the four endangered big river fish. The following are measures to minimize direct impacts to federally listed species from pumping water directly out of these rivers:

  1. The best method to avoid entrainment is to pump from off-channel locations (e.g.,

25

BLM_0028905

ponds, lakes, and diversion ditches), not directly connected to the main-stem rivers even during high spring flows.

2. If the pump head must be located in the river channel where larval fish are known to occur (generally within Designated Critical Habitat), the following measures would apply:
   a. Do not situate the pump in a low-flow or no-flow area since these habitats tend to concentrate larval fishes. Instead place the pump into fast moving/riffle habitat.
   b. Limit the amount of pumping, to the greatest extent possible, during that period of the year when larval fish may be present (June 1 to August 15).
   c. Avoid pumping, to the greatest extent possible, during the pre-dawn hours (two hours prior to sunrise) as larval fish drift studies indicate that this is a period of greatest daily activity.

3. Screen all pump intakes with ¼ inch or finer mesh material.

4. Report any fish impinged on any intake screens to the Fish and Wildlife Service (970.243.2778) or Colorado Parks and Wildlife:

   **Northwest Region**
   711 Independent Ave.
   Grand Junction, Colorado 81505
   Phone: (970) 255-6100

   **Southwest Region**
   415 Turner Dr.
   Durango, CO 81303
   Phone: (970) 375-6700

This conservation measure will be implemented via the BLM working directly with the individual companies, their sub-contractors, and industry representative groups, to inform and educate on-the-ground personnel of the need to implement this conservation measure. In addition, the above conservation measure will be added to all Applications for Permit to Drill (APDs) as a condition of approval (COA) prior to commencement of development activity.

▪ Water depletion in the Colorado and Yampa River sub-basins has been addressed in programmatic biological opinions. These opinions require water users to sign Recovery Agreements that state the water users will not interfere with the implementation of recovery actions. The BLM will ensure Recovery Agreements are initiated by individual operators, or on the behalf of individual operators via industry representative groups, with the USFWS as appropriate.

▪ As a means of offsetting the impacts associated with the depletion of freshwater from the BLM's management of the federal fluid minerals program within the Action Area, the

26

BLM obtained a one-time monetary contribution from the industry representative group Independent Petroleum Association of Mountain States (now known as Western Energy Alliance) when the 2008 PBO was issued. The 2008 PBA/PBO analyzed water use over a 15-year timeframe; a payment of $71,978.34 was made to the National Fish and Wildlife Foundation on behalf of the Endangered Fish Recovery Program based on the 4,046 AF threshold identified in the 2008 consultation effort. Since the 2008 threshold was never exceeded, and the revised threshold in this re-consultation is below that amount, no new payment is required at his time. In December 2023 (the end of the 15-year timeframe addressed in the 2008 PBO), BLM will calculate a revised payment amount for 2024-2027, or another appropriate future timeframe, based on water use from 2017-2023 and other pertinent information.

# VI. Description of the Species and their Habitat

## VI.1 Bonytail

The Bonytail *(Gila elegans)* is a cyprinid fish endemic to the Colorado River Basin (Valdez and Clemmer 1982). Adult Bonytail are gray or olive colored on the back with silvery sides and a white belly. The adult Bonytail has an elongated body with a long, thin caudal peduncle. The head is small and compressed compared to the rest of the body. The mouth is slightly overhung by the snout and there is a smooth low hump behind the head that is not as pronounced as the hump on a Humpback Chub. Adults attain a maximum size of about 550 mm total length (TL) (Bozek et al. 1984) and 1.1 kg in weight (Vanicek 1967). The Bonytail is listed as "endangered" under the Endangered Species Act of 1973, as amended (ESA; 16 U.S.C. 1531 *et. seq.*), under a final rule published on April 23, 1980 (45 FR 27710). A recovery plan was approved on September 4, 1990 (U.S. Fish and Wildlife Service 1990). The final rule for determination of critical habitat was published on March 21, 1994 (59 FR 13374), and the final designation became effective on April 20, 1994.

Bonytail is one of four mainstem, big-river fishes currently listed as endangered under the ESA. The native fish assemblage of the Colorado River is jeopardized by large mainstem dams, water diversions – reduced flows, habitat modification, and nonnative fish species, and degraded water quality (Miller 1961; Minckley and Deacon 1968). An unknown, but small number of wild adults exist in Lake Mohave on the mainstem Colorado River of the Lower Colorado River Basin (i.e., downstream of Glen Canyon Dam, Arizona), and there are small numbers of wild individuals in the Green River and upper Colorado River sub-basins of the Upper Colorado River Basin. Stocking of individuals has occurred in the Colorado River in DeBeque Canyon, and in Salt Creek west of Mack, Colorado.

Little is known about the specific habitat requirements of Bonytail because the species was extirpated from most of its historic range prior to extensive fishery surveys. The Bonytail is adapted to larger river systems where it has been observed in pools and eddies. Similar to other closely related *Gila* spp., Bonytail in rivers probably spawn in spring over rocky substrates; spawning in reservoirs has been observed over rocky shoals and shorelines. It is hypothesized, based on available distribution data that flooded bottomland habitats are important growth and conditioning areas for Bonytail, particularly as nursery habitats for young. Flow recommendations

27

have been developed that specifically consider flow-habitat relationships within historic habitat of Bonytail in the upper basin, and were designed to enhance habitat complexity and to restore and maintain ecological processes. The following is a description of observed habitat uses in various parts of the Colorado River Basin.

It has been suggested that the large fins and streamlined body of the Bonytail is an adaptation to torrential flows (Miller 1946; Beckman 1963). Of five specimens captured recently in the upper basin, four were captured in deep, swift, rocky canyon regions (i.e., Yampa Canyon, Black Rocks, Cataract Canyon, and Coal Creek Rapid), but the fifth was taken in a reservoir (Lake Powell). Also, all fish taken from the lower basin since 1974 were caught in reservoirs. Specimens encountered in reservoirs are believed to inhabit their former habitats now inundated by these impoundments. Vanicek (1967) who handled numerous Bonytail detected no difference in habitat selection from roundtail chub. These fish were generally found in pools and eddies in the absence of, although occasionally adjacent to, strong current and at varying depths generally over silt and silt-boulder substrates. No quantitative data are available for the habitat of this species. Adult Bonytail captured in Cataract Canyon and Desolation/Gray Canyons were sympatric with Humpback Chub in shoreline eddies among emergent boulders and cobble, and adjacent to swift current (Valdez 1990).

<u>Threats to the Species</u>
The primary threats to Bonytail are streamflow regulation and habitat modification; competition with and predation by nonnative fishes; hybridization with other native *Gila* species; and pesticides and pollutants (USFWS 2002d). The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. The threats to Bonytail in relation to flow regulation and habitat modification, predation by nonnative fishes, and pesticides and pollutants are essentially the same threats identified for Colorado Pikeminnow. Threats to Bonytail in relation to hybridization are essentially the same threats identified for Humpback Chub discussed below.

**VI.2 Colorado Pikeminnow**
The Colorado Pikeminnow (*Ptychocheilus lucius*) is the largest cyprinid fish endemic to the Colorado River Basin (Tyus 1991). The common name for this species was changed from Colorado squawfish by the American Fisheries Society (Nelson et al. 1998). Adults attain a maximum size of about 1.8 m total length (TL) and 36 kg in weight (Miller 1961). Wild, reproducing populations occur in the Green River and upper Colorado River sub-basins of the Upper Colorado River Basin (i.e., upstream of Glen Canyon Dam, Arizona), and there are small numbers of wild individuals (with limited reproduction) in the San Juan River sub-basin. The species was extirpated from the Lower Colorado River Basin in the 1970's but has been reintroduced into the Gila River sub-basin, where it exists in small numbers in the Verde River. The Colorado Pikeminnow is currently listed as "endangered" under the Endangered Species Act of 1973, as amended (ESA; 16 U.S.C. 1531 *et. seq.*). It was first included in the List of Endangered Species issued by the Office of Endangered Species on March 11, 1967 (32 FR 4001) and was considered endangered under provisions of the Endangered Species Conservation Act of 1969 (16 U.S.C. 668aa). The Colorado squawfish (Pikeminnow) was included in the United States List of Endangered Native Fish and Wildlife issued on June 4, 1973 (38 FR No. 106), and it received

28

BLM_0028908

protection as endangered under Section 4(c)(3) of the original ESA of 1973. The latest revised Colorado squawfish (Pikeminnow) recovery plan was approved on August 6, 1991 (U.S. Fish and Wildlife Service 1991). The final rule for determination of critical habitat was published on March 21, 1994 (59 FR 13374), and the final designation became effective on April 20, 1994.

The Colorado Pikeminnow is a member of a unique assemblage of fishes native to the Colorado River Basin, consisting of 35 species with 74% level of endemism (Miller 1959). It is one of four mainstem, big-river fishes currently listed as endangered under the ESA; others are the Humpback Chub, Bonytail, and Razorback Sucker. The native fish assemblage of the Colorado River Basin is jeopardized by large mainstem dams, water diversions, habitat modification, nonnative fish species, and degraded water quality (Miller 1961; Minckley and Deacon 1991).

The Colorado Pikeminnow is a long-distance migrator; moving hundreds of kilometers to and from spawning areas. Adults require pools, deep runs, and eddy habitats maintained by high spring flows. These high spring flows maintain channel and habitat diversity, flush sediments from spawning areas, rejuvenate food production, form gravel and cobble deposits used for spawning, and rejuvenate backwater nursery habitats. Spawning occurs after spring runoff at water temperatures typically between 18 and 23°C. After hatching and emerging from spawning substrate, larvae drift downstream to nursery backwaters that are restructured by high spring flows and maintained by relatively stable base flows.

Threats to the Species

The primary threats to Colorado Pikeminnow are competition with and predation by nonnative fishes; streamflow regulation and habitat modification; and pesticides and pollutants (USFWS 2002a). The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. These impairments are described in further detail below.

Stream flow regulation includes mainstem dams that cause the following adverse effects to Colorado Pikeminnow and its habitat:

1. Block migration corridors.
2. Changes in flow patterns reduced peak flows and increased base flows.
3. Release cold water, making temperature regimes less than optimal.
4. Change river habitat into reservoir habitat.
5. In some cases, retaining sediment that is important for forming and maintaining backwater habitats.
6. In other cases, allowing sediment to build up due to lack in periodicity and magnitude of suitable flushing flows.

In the Upper Basin, 435 miles of Colorado Pikeminnow habitat has been lost to reservoir inundation from Flaming Gorge Reservoir on the Green River, Lake Powell on the Colorado River, and Navajo Reservoir on the San Juan River. Cold water releases from these dams have eliminated suitable habitat for native fishes, including Colorado Pikeminnow, from river reaches downstream for approximately 50 miles below Flaming Gorge Dam and Navajo Dam. In addition to mainstem dams, many dams and water diversion structures occur in and upstream from critical habitat that

29

BLM_0028909

reduce flows and alter flow patterns, which adversely affect critical habitat. Diversion structures in critical habitat divert fish into canals and pipes where the fish are permanently lost to the river system. It is unknown how many endangered fish are lost in irrigation systems, but in some years, in some river reaches, majority of the river flow is diverted into unscreened canals. The high spring flows which maintain habitat diversity, flush sediments from spawning habitat, increase invertebrate food production, form gravel and cobble deposits important for spawning, and maintain backwater nursery habitats have been reduced by flow regulation of dams and by water diversions (McAda 2003; Muth et al. 2000).

Predation and competition from nonnative fishes have been clearly implicated in the population reductions or elimination of native fishes in the Colorado River Basin (Dill 1944; Osmundson and Kaeding 1989; Behnke 1980; Joseph et al. 1977; Lanigan and Berry 1979; Minckley and Deacon 1968; Meffe 1985; Propst and Bestgen 1991; Rinne 1991). Data collected by Osmundson and Kaeding (1991) indicated that during low water years, nonnative minnows capable of preying on or competing with larval endangered fishes greatly increased in numbers.

More than 50 nonnative fish species were intentionally introduced in the Colorado River Basin prior to 1980 for sportfishing, forage fish, biological control and ornamental purposes (Minckley 1982; Tyus et al. 1982; Carlson and Muth 1989). Nonnative fishes compete with native fishes in several ways. The capacity of a particular area to support aquatic life is limited by physical habitat conditions. Increasing the number of species in an area usually results in a smaller population of most species. The size of each species population is controlled by the ability of each life stage to compete for space and food resources and to avoid predation. Some life stages of nonnative fishes appear to have a greater ability to compete for space and food and to avoid predation in the existing altered habitat than do some life stages of native fishes. Tyus and Saunders (1996) cite numerous examples of both indirect and direct evidence of predation on Razorback Sucker eggs and larvae by nonnative species.

Threats from pesticides and pollutants include accidental spills of petroleum products and hazardous materials; discharge of pollutants from uranium mill tailings; and high selenium concentration in the water and food chain (USFWS 2002a). Accidental spills of hazardous material into critical habitat can cause immediate mortality when lethal toxicity levels are exceeded. Pollutants from uranium mill tailings cause high levels of ammonia that exceed water quality standards. High selenium levels may adversely affect reproduction and recruitment (Hamilton and Wiedmeyer 1990; Stephens et al. 1992; Hamilton and Waddell 1994; Hamilton et al. 1996; Stephens and Waddell 1998; Osmundson et al. 2000).

## VI.3 Humpback Chub

The Humpback Chub (*Gila cypha*) is a large cyprinid fish endemic to the Colorado River Basin (Miller 1946). Adults attain a maximum size of about 480 mm total length (TL) and 1.2 kg in weight (Valdez and Ryel 1997). The Humpback Chub is currently listed as "endangered" under the Endangered Species Act of 1973, as amended (ESA; 16 U.S.C. 1531 *et. seq.*). It was first included in the List of Endangered Species issued by the Office of Endangered Species on March 11, 1967 (32 FR 4001) and was considered endangered under provisions of the Endangered Species Conservation Act of 1969 (16 U.S.C. 668aa). The Humpback Chub was included in the

30

United States List of Endangered Native Fish and Wildlife issued on June 4, 1973 (38 FR No. 106), and it received protection as endangered under Section 4(c)(3) of the original ESA of 1973. Six extant wild populations are known: (1) Black Rocks, Colorado River, Colorado; (2) Westwater Canyon, Colorado River, Utah; (3) Yampa Canyon, Yampa River, Colorado; (4) Desolation/Gray Canyons, Green River, Utah; (5) Cataract Canyon, Colorado River, Utah; and (6) the mainstem Colorado River in Marble and Grand Canyons and the Little Colorado River, Arizona. The first five populations are in the Upper Colorado River Basin (i.e., upstream of Glen Canyon Dam, Arizona), and the sixth population is in the Lower Colorado River Basin.

The latest revised Humpback Chub recovery plan was approved on September 19, 1990 (U.S. Fish and Wildlife Service 1990). The final rule for determination of critical habitat was published on March 21, 1994 (59 FR 13374), and the final designation became effective on April 20, 1994.

The Humpback Chub is a member of a unique assemblage of fishes native to the Colorado River Basin, consisting of 35 species with 74% level of endemism (Miller 1959). It is one of four mainstem, big-river fishes currently listed as endangered under the ESA; others are the Bonytail, Colorado Pikeminnow; formerly Colorado squawfish; (Nelson et al. 1998), and Razorback Sucker. The native fish assemblage of the Colorado River Basin is jeopardized by large mainstem dams, water diversions, habitat modification, nonnative fish species, and degraded water quality (Miller 1961; Minckley and Deacon 1991).

The Humpback Chub evolved in seasonally warm and turbid water and is highly adapted to the unpredictable hydrologic conditions that occurred in the pristine Colorado River system. Populations of humpback chub are restricted to deep, swift, canyon-bound regions of the mainstem and large tributaries of the Colorado River Basin. Adults require eddies and sheltered shoreline habitats maintained by high spring flows. These high spring flows maintain channel and habitat diversity, flush sediments from spawning areas, rejuvenate food production, and form gravel and cobble deposits used for spawning. Spawning occurs on the descending limb of the spring hydrograph at water temperatures typically between 16 and 22°C. Young require low-velocity shoreline habitats, including eddies and backwaters, that are more prevalent under base-flow conditions.

<u>Threats to the Species</u>
The primary threats to Humpback Chub are stream flow regulation and habitat modification; competition with and predation by nonnative fishes; parasitism; hybridization with other native *Gila* species; and pollutants (USFWS 2002c). The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering.

**VI.4 Razorback Sucker**
The Razorback Sucker (*Xyrauchen texanus*) is a large catostomid fish endemic to the Colorado River Basin (Minckley et al. 1991). Adults attain a maximum size of about 1 m total length (TL) and 5–6 kg in weight (Minckley 1973). The Razorback Sucker is currently listed as "endangered" under the Endangered Species Act of 1973, as amended (ESA; 16 U.S.C. 1531 *et. seq.*), under a final rule published on October 23, 1991 (56 FR 54957). A recovery plan was approved on December 23, 1998 (U.S. Fish and Wildlife Service 1998). The final rule for determination of

31

BLM_0028911

critical habitat was published on March 21, 1994 (59 FR 13374), and the final designation became effective on April 20, 1994. Remaining wild populations are in serious jeopardy. Razorback Sucker are currently found in small numbers in the Green River, upper Colorado River, and San Juan River sub-basins; lower Colorado River between Lake Havasu and Davis Dam; reservoirs of Lakes Mead and Mohave; in small tributaries of the Gila River sub-basin (Verde River, Salt River, and Fossil Creek); and in local areas under intensive management such as Cibola High Levee Pond, Achii Hanyo Native Fish Facility, and Parker Strip.

The Razorback Sucker evolved in warmwater reaches of larger rivers of the Colorado River Basin from Mexico to Wyoming. Habitats required by adults in rivers include deep runs, eddies, backwaters, and flooded off-channel environments in spring; runs and pools often in shallow water associated with submerged sandbars in summer; and low-velocity runs, pools, and eddies in winter. Spring migrations of adult Razorback Sucker were associated with spawning in historic accounts and a variety of local and long distance movements and habitat use patterns have been documented. Spawning in rivers occurs over bars of cobble, gravel, and sand substrates during spring runoff at widely ranging flows and water temperatures (typically greater than 14°C). Spawning also occurs in reservoirs over rocky shoals and shorelines. Young require nursery environments with quiet, warm, shallow water such as tributary mouths, backwaters, or inundated floodplain habitats in rivers, and coves or shorelines in reservoirs. Flow recommendations have been developed that specifically consider flow-habitat relationships in habitats occupied by Razorback Sucker in the upper basin, and were designed to enhance habitat complexity and to restore and maintain ecological processes. The following is a description of observed uses in various parts of the Colorado River Basin.

Adult Razorback Sucker tend to occupy different habitats seasonally (Osmundson et al. 1995; Table A-1), and can do well in both lotic and lentic environments (Minckley et al. 1991). In rivers, they usually are captured in lower velocity currents, more rarely in turbulent canyon reaches (Tyus 1987; Lanigan and Tyus 1989; Tyus and Karp 1990; Bestgen 1990; Minckley et al. 1991). An exception may be in the San Juan River, where hatchery-reared, radio-tagged adults preferred swifter mid-channel currents during summer–autumn base-flow periods (Ryden 2000). In the upper basin, bottomlands, low-lying wetlands, and oxbow channels flooded and ephemerally connected to the main channel by high spring flows appear to be important habitats for all life stages of Razorback Sucker (Modde et al. 1996; Muth et al. 2000). These areas provide warmwater temperatures, low-velocity flows, and increased food availability (Tyus and Karp 1990; Modde and Wick 1997; Wydoski and Wick 1998). For example, in Old Charlie Wash, a managed wetland on the middle Green River, spring–summer water temperatures were 2–8°C higher than in the adjacent river (Modde 1996; Modde and Wick 1997), density of benthos was 41 times greater than in other sampled habitats, and densities of zooplankton were 29 times greater than in backwaters and 157 times greater than in the main channel (Mabey and Shiozawa 1993).

32

BLM_0028912

Threats to the Species

The primary threats to Razorback Sucker are stream flow regulation and habitat modification; competition with and predation by nonnative fishes; and pesticides and pollutants (USFWS 2002b). The existing habitat, altered by these threats, has been modified to the extent that it impairs essential behavior patterns, such as breeding, feeding, and sheltering. The threats to Razorback Sucker are essentially the same threats identified for Colorado Pikeminnow discussed above.

## VII. Environmental Baseline (Status of the Species in the Upper CO River Basin)

Regulations implementing the Act (50 CFR 402.02) define the environmental baseline as the past and present impacts of all Federal, State, or private actions and other human activities in the Action Area, the anticipated impacts of all proposed State or Federal projects in the Action Area that have already undergone formal or early section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation process. The Action Area is defined at 50 CFR 402 to mean "all areas to be affected directly or indirectly by the Federal action and not merely the immediate area involved in the action". For the purposes of this consultation, the Action Area has been defined to include federal, state, tribal, and private lands overlaying federal subsurface fluid mineral estate administered by the BLM within the Colorado River Basin, excluding the San Juan River basin. The action area includes occupied habitats located downstream that may be affected by water depletions associated with the proposed action.

A number of federal, state, and private actions and activities contributed historically to the decline of these four endangered fish species, including changes in flow regimes associated with construction of dams, trans-basin water diversions, municipal water use, and agricultural irrigation diversions. Altered water quality, including in some cases reduced sediment loads and lower temperatures associated with impoundments, while in other cases excessive sediment loading due to reduced conveyance/flushing flows, chemical pollutants (most notably mercury and selenium). Loss of habitat complexity due to impoundments, reduced flows, in some cases reduced sediments and in others excessive sediment loading and channel constriction. Nonnative fish introductions which result in competition for limited resources including preferred microhabitats (backwaters, side channels, spawning areas, flooded bottomlands, tributaries), and food, direct mortality resulting from predation on eggs, larvae, juvenile, and adult fish by predatory game and nongame fish species such as Northern Pike, Smallmouth Bass, and Walleye, hybridization with similar species (e.g. White Sucker and Razorback Sucker hybrids).

In 2002, the USFWS developed Recovery Goals (USFWS 2002 a-d) for each species to supplement the individual endangered species recovery plans. The Recovery Goals contain specific demographic criteria to maintain self-sustaining populations and recovery factor criteria that would indicate when threats to the species would be ameliorated. A minimum viable population is identified for each species as a gauge for recovery. In addition, key requirements of the population criteria include no net loss of fish over established monitoring periods, and recruitment of young fish into the adult population must occur at a rate to maintain the population. Significant changes in the status of the four species generally are not detected on a year-to-year basis due to species' life history (i.e., recapture rates over long lifespan) as well as variable confidence intervals around population estimates and the potential influence of sampling on

33

capture probability. Since the Recovery Goals were completed in 2002, the Recovery Programs, the Glen Canyon Dam Adaptive Management Program, and the Lower Colorado River Multi-Species Conservation Program have gathered new information and a greater understanding about the endangered fishes ecological needs, population dynamics, and how to manage threats. The Recovery Program is currently working with the USFWS to update recovery plans (including the 2002 Recovery Goal) for the Colorado Pikeminnow and Humpback Chub, and possibly for the Razorback Sucker (see discussion of pending 5-year Status Reviews below).

Hatchery-produced, stocked fish form the foundation for the reestablishment of naturally self-sustaining populations of Razorback Sucker and Bonytail in the upper Colorado and Green River systems (Figure 1). The Recovery Program has been implementing an integrated stocking plan (Nesler et al. 2003) with the goal of establishing self-sustaining populations of Razorback Sucker and Bonytail in the upper Colorado River basin. The Recovery Program has been largely successful in meeting the plan's annual stocking targets. Stocked Razorback Sucker are reproducing and wild juvenile Razorback Suckers are starting to be captured. Recaptures of stocked Bonytail are rarer. However, increasing numbers of Bonytail have been detected by stationary PIT-tag reading antennas and traditional sampling methods throughout the upper Colorado River basin. A more rigorous assessment of Bonytail recapture information should be one of the first queries of the Recovery Program's new STReaMS database. Survival of stocked Bonytail may be improving or the relatively new stationary antennas may be a better method of detecting stocked fish than other, ongoing active sampling methods. The stocking plan was recently revised to stock fewer and larger razorback sucker and more and larger Bonytail (Integrated Stocking Plan Revision Committee 2015).

In 2015, species status assessments (SSAs) were initiated for Humpback Chub and Razorback Sucker. In addition, a population viability analysis (PVA) was initiated for Colorado Pikeminnow, which will contribute to an SSA for that species. All three SSAs are scheduled for completion in FY17. The SSA is an analytical tool used by the Service to summarize biological and ecological information that can help inform a variety of decisions and activities under the Endangered Species Act, including recovery planning, species status reviews, inter-agency consultations, and species reclassifications. The framework of an SSA considers species needs, species current condition, and species viability. The SSA is not a decision document. However, the SSAs will streamline and serve as the basis for the next 5-year Status Reviews to be completed in 2017. The 5-year Status Reviews will include the Service's decision on the need for revision of species' recovery plans and whether the agency will explore a re-classification.

The recently completed *Final 2015-2016 Assessment of Sufficient Progress Report* (USFWS 2017) provides the most up-to-date and in depth summary of the environmental baseline for each species within the Action Area. See the following link for specifics: http://www.coloradoriverrecovery.org/documents-publications/foundational-documents/recovery-action-plan.html

## VIII. Effects of Proposed Action

The Proposed Action accounts for projected federal fluid mineral activity and freshwater use in the Action Area, and the accounting and reporting of actual freshwater used annually for drilling,

34

and completion of all federal wells and related activities. Based on the number of federal wells anticipated, it is estimated that BLM's administration of the fluid mineral program will result in an average annual depletion of 3,962 AF within the Action Area. While this estimate is slightly lower than the estimate derived in the 2008 PBA, based on BLM's tracking and reporting, the 2008 estimate appears to have been an overestimate. Between 2009 and 2016, water use never exceeded 971 AF/year.

## VIII.I Direct Effects and Indirect Effects

Adequate water flow at different life-stages is essential to these endangered fishes. Reduction in water quantity reduces the ability of the river to create and maintain the primary constituent elements that define critical habitats. Food supply, predation, and competition are important elements of the biological environment. Food supply is a function of nutrient supply and productivity, which could be limited by reduction of flows brought about by water depletions. Sufficient water flows at varying times of year are critical to these fish in order to meet all of their life history requirements. The USFWS has determined minimum streamflow requirements for these fish species within select portions of their DCH. These flows have been determined to be the minimums needed to provide these fish the primary constituent elements required to successfully spawn, reproduce, and recruit into the adult population. The sub-basin river reaches noted in Table 1 provide DCH for these fish. Of particular importance is the 15-Mile Reach located in the Colorado River basin from its confluence with the Gunnison River in Grand Junction, Colorado upstream 15 river miles to Palisade, Colorado. This reach is known as a spring congregation/spawning area for adult Colorado Pikeminnow and Razorback Sucker.

### Water Withdrawals Directly from Occupied Habitats

The potential exists for water intake structures placed on any of the occupied river reaches including the Colorado, Green, Gunnison, White, and Yampa Rivers to result in direct mortality to eggs, larvae, young-of-the-year, and juvenile life stages. Endangered larval fish are very small (<0.5 inches total length) and incapable of directed swimming from the time of hatching through the first 2-4 weeks of their life. Depending on the water year, larval fish may be present in occupied habitats from as early as April 1 to as late as August 31 (earlier in dry years; later in wet years). To offset these potential impacts, the BLM will continue to work with operators to implement the Conservation Measure identified in Section V.

### Peak (Spring) Flows

All of these fish are spring spawning species and sufficient spring flows (March – July) are needed to inundate preferred and identified spawning sites and river substrates (primarily cobbles), periodically flush sediments from spawning substrates, and maintain and create important microhabitats including backwaters, flooded bottomlands, side channels, oxbows, eddies, and in some cases isolated off channel pools and impoundments. Both spring and summer flows are critical in influencing quality and quantity of spawning habitat for Colorado Pikeminnow and Razorback Sucker (Osmundson and Kaeding 1991). In addition, periodic flows that inundate floodplains and stimulate riparian vegetation recruitment and regeneration are important to provide river bank stability, cover, shading, organic inputs, and increased habitat diversity and complexity.

Spring peak flows are important for channel maintenance and efficient conveyance of sediments.

35

Coupled with a reduced flow regime, sediment input rates are likely to exceed transport rates and sediment depositional problems (aggradation) are likely to occur with time (Reiser et al. 1989). Reductions in springtime flows allow fine sediments to build up which reduces habitat complexity and diversity as river channels narrow, and backwater habitats are cut off from the main channel, and side channels are reduced in abundance and quality. Excessive sediment can impact recruitment of young fish as important low and zero velocity micro-habitats, primarily backwaters, oxbows, and flooded bottomlands are reduced in quantity or quality. Accumulation of fine sediments can also reduce spawning substrate quality and usability which can impact successful reproduction and recruitment. A number of trans-basin diversions have impacted the Colorado River for over 100 years; diverting about 475,000 AF of water from the Colorado River basin to the East Slope each year (Denver Water). From 1975 to 2015, exports (trans-basin diversions), agricultural uses, municipal uses, evaporative losses, livestock, and mineral uses have collectively depleted a running average of 1,500,000 AF annually from above the 15-Mile Reach in the Colorado River (CWCB Unpublished Data 2017). Research suggests that rain on snow events could result in earlier and increased magnitudes of peak flows (over current peaks, not necessarily historic peaks) but for a much shorter duration then the natural hydrograph (Barnett et al. 2005). Agricultural water diversions take large volumes of water from all of the Action Area river basins and account for 89% of all consumptive water use in the state (CO Water Plan 2015).

**Base (Fall – Winter) Flows**
Sufficient base flows (August – February) are important for these fish in order to maintain backwater habitats and depths of these habitats sufficient to provide for winter refugia for small fish to successfully overwinter, as well as provide for periodic connectivity to microhabitats created during spring peak flow events (isolated pools, oxbows, and flooded bottomlands).

Reduced base flows can impact these fish by reducing the depth of low and zero velocity microhabitats important for adult and young fish, especially those going into their first winter. Reduced depths of backwaters results in less available habitat, crowding, and competition for limited food and space, as well as potential for freezing of water to the point where habitat is substantially reduced, or is unusable.

At the time flow recommendations within the 15-Mile Reach were initially made, base flows were not of concern for these fish in the Colorado River basin (Osmundson and Kaeding 1991). Given this, Osmundson and Kaeding (1991) in their flow recommendation report suggested that mean monthly winter flows through the 15-Mile Reach remain at or above historic levels - averaging approximately 1,470 cubic feet/second (cfs). Average of all base flows from August to February (2006 to 2016) was 1,558 cfs at the USGS Grand Valley Diversion Gauging Station near Palisade, CO. Individual monthly mean flows at this station varied with some monthly means below the recommended 1,470 cfs in the fall months of August, September, and October. Flows in winter were all above the recommended flow. (USGS Surface-Water Monthly Statistics at http://nwis.waterdata.usgs.gov/co/nwis).

Based on monthly flow data, freshwater depletions occurring during the spring and summer months (March - September) are likely to be more impactful to these fish than water depletions occurring during the winter months (November through February). Opportunities to withdraw water during the winter months could help reduce effects.

36

BLM_0028916

**Selenium and Mercury**

These two elements are suspected to negatively affect all four of these long lived endangered fishes (Hamilton 1999, Hamilton et al. 2000, Osmundson and Lusk 2016). Sources of selenium are primarily associated with natural geology as it is concentrated in marine shales - primarily Mancos, Green River, and Lewis shales (USGS 2017). Selenium is an essential element and there is a fine line between amounts needed for survival and amounts that can cause harm. Generally amounts above 8 mg/g dry weight for muscle tissue and 4 mg/g for whole body are of concern (Lemly 1996). The new EPA criterion for selenium is 8.5 mg/kg dry weight for whole body fish, 11.3 mg/kg dry weight for fish muscle, and 15.1 mg/kg dry weight for fish eggs/ovaries (EPA 2016). It has the potential to become problematic to fish due to extensive conversion of arid land to irrigated land which has exacerbated transport of selenium to waterways. Within the Action Area, the Gunnison sub-basin contains the highest amounts of selenium based shale soils and irrigated agriculture, and is the focus of work being conducted by the Gunnison Basin and Grand Valley Selenium Task Forces. A study analyzing selenium concentrations from fish tissue collected from the Gunnison River within DCH for Colorado Pikeminnow and Razorback Sucker, noted elevated levels of selenium (Osmundson 2017). Selenium is mainly bioacummulated by fish through the food chain (Lemly 1996). Selenium is known to cause effects to fish including malaise, reduced feeding, lethargy, organ damage, developmental abnormalities, and reduced fecundity and reproductive success (Hamilton 2004, Janz et al. 2010). Selenium is readily reduced in concentration by improved dilution, and higher flows may reduce selenium concentrations in fish (Osmundson et al. 2000).

Mercury is a naturally occurring but non-essential toxic metallic element. It can be found in soils and the atmosphere, as well as water bodies. Mercury is emitted by both natural and anthropogenic sources. Natural sources include volcanoes, geothermal sources, and exposed naturally mercury-enriched geological formations. These sources may also include re-emission of historically deposited mercury as a result of escape from the surface back into the atmosphere, fires, meteorological conditions, as well as changes in land use and biomass burning. Anthropogenic sources of mercury include burning of fossil fuels, incinerators, mining activities, metal refining, and chemical production facilities. Anthropogenic mercury emissions now far surpass those derived from natural processes (Fitzgerald et al., 2005; Pacnya et al. 2010; UNEP 2013; Driscoll et al. 2013). The global emissions inventory for 2010 estimated that 1,960 metric tons 4,319,840 lbs) of mercury was emitted into the atmosphere as a direct result of human activity (UNEP 2013), with approximately 61 metric tons supplied by North America. East and Southeast Asia were by far the highest contributors, with 777 metric tons of mercury released (UNEP 2013).

Atmospheric transport and deposition is an important mechanism for the global deposition of mercury (EPRI 2014), as it can be transported large distances across continents from its source regions. It is considered a global pollutant. Atmospheric mercury is primarily inorganic and although inorganic mercury is widespread across the landscape, it is not biologically available to fish until it's converted into methyl mercury (MeHg). It is converted into MeHg through a process known as methylation when microbial organisms in sediment, algal mats, or periphyton biofilms methylate inorganic mercury species into organic species (Marvin-DiPasquale et al. 2009; Tsui et al. 2009, 2010). Several variables can affect MeHg production including land use/cover, local

37

geology, soil properties, discharge, and redox conditions (Shanley et al. 2005). Water bodies such as reservoirs and wetlands that experience year to year variation in water levels and intermittent plant growth and decay are especially susceptible to the conversion of inorganic mercury to biologically available MeHg (Shanley et al. 2005; Willacker et al. 2016).

Reducing the ability of ambient amounts of inorganic mercury to convert to biologically available MeHg is the best method by which to reduce harmful effects to aquatic species. As compared to selenium, increased flows (dilution) has limited influence on MeHg once it is in solution as fish accumulate MeHg mostly from their diet, though some waterborne MeHg can be passed over the gills and accumulated (Sandheinrich and Wiener 2011; Wiener and Spry 1996). Mercury ingested in food bioaccumulates over time into fish tissues and concentrations generally increase with increasing age of fish or body size. Biomagnification (increased tissue concentrations as the chemical is passed up through two or more trophic levels) is exacerbated by a very slow release time of mercury from the body. Because mercury biomagnifies up food webs, fish at higher trophic levels usually contain greater concentrations than coexisting species at lower trophic levels (Beckvar et al. 2005; Peterson et al. 2007; Sandheinrich and Wiener 2011).

Because Colorado Pikeminnow are long lived top predators, they are especially susceptible to bioaccumulation via biomagnification of MeHg (USFWS 1994). MeHg concentrations in fish muscle tissues above 0.2 mg/g are associated with potential impairment of fish (Beckvar et al. 2005). Lusk (2010) describes the potential effects of MeHg to fish as:

1. Potent neurotoxin:
    a. Affects the central nervous systems (reacts with brain enzymes, then lesions)
    b. Affects the hypothalamus and pituitary, affects gonadotropin-secreting cells
    c. Altered behaviors: Reduced predator avoidance, reproduction timing failure
    d. Reduced ability to feed (emaciation and growth effects)
2. Endocrine disruptor
    a. Suppressed reproduction hormones in male and female fish
    b. Reduced gonad size and function, reduced gamete production
    c. Altered ovarian morphology, delayed oocyte development
    d. Reduced reproductive success
    e. Transfer of dietary Hg of the maternal adult during oogenesis and into the developing embryo
3. Inability to grow new brain cells or significantly reduce mercury levels from brain tissues.

Osmundson and Lusk (2016) recently reported elevated mean mercury concentrations in Colorado Pikeminnow muscle tissue from all sampled specimens and locations within the Upper Colorado River Basin at 0.54 mg/g wet weight; the highest concentrations were from the largest adults collected from the Green River and Colorado River sub-basins. A recent meta-analysis of all the historic mercury data from the Upper Colorado River Basin by USGS found that Colorado Pikeminnow and Roundtail Chub had the highest mean mercury concentrations of all fish sampled (0.40 mg/g wet weight and 0.35 mg/g wet weight, respectively). They also found that Colorado Pikeminnow, and an important native forage species Speckled Dace, had the highest mean selenium concentrations (3.71 mg/g and 3.27 mg/g wet weight, respectively) (USGS 2017 unpublished data).

38

BLM_0028918

Mercury is a global pollutant and remediation is largely beyond the scope of the Recovery Program (USFWS 2014). However, any targeted actions within sub-basin watersheds that would reduce conversion of inorganic mercury to biologically available MeHg would be helpful (vegetation removal in reservoirs after spring/summer releases, keeping wetlands flooded vs. annual or periodic drying and rewetting, etc.).

Both selenium and mercury are found within the sub-basin watersheds within the Action Area and are impacting the endangered fish to varying degrees. As related to management of the federal fluid mineral program, the depletion of freshwater does not result in increased inputs of either chemical. Reduced flows associated with freshwater depletions from development of federal fluid minerals within the Action Area could exacerbate the effects of selenium and mercury on these fish as reduced flows could lessen beneficial dilution effects on concentrations of each chemical in a given river. For instance, if the freshwater source that is depleted contains no or very low background amounts of selenium or mercury, this could reduce the dilution benefits to the larger river; or if water is depleted from a source higher upstream in the watershed that contains a lesser concentration of either or both chemicals as compared to downstream, this could also lessen dilution benefits associated with increased flow of water with lower concentrations of either selenium or mercury or both.

**Nonnative Fishes**
Reduced water flows can create habitat conditions preferred by introduced nonnative fishes. Many introduced fishes prefer warmer, shallower water conditions which result from decreased flows which could negatively affect the four endangered fishes via increased competition, predation, and in the case of the Razorback Sucker, hybridization (with nonnative White Suckers). Reduced flows create habitats in which nonnative fish can thrive and out-compete the endangered fishes for limited resources including food and space. More than 50 nonnative fish species were intentionally introduced in the Colorado River Basin prior to 1980 for sport fishing, forage fish, biological control, and ornamental purposes (Minckley 1982; Tyus et al. 1982). The capacity of any water to support aquatic life is limited by physical habitat conditions. Increasing the number of species in an area usually results in smaller populations of most species. The size of each species population is controlled by the ability of each life stage to compete for space and food resources and to avoid predation. Osmundson and Kaeding (1991) indicated that during low flow water years (1986-1989), nonnative minnows (Red Shiners, Fathead Minnow, and Sand Shiners) capable of preying on or competing with larval endangered fishes greatly increased in numbers. Nonnative fishes responded positively (population increases) to sustained low summer flows (Propst and Gido 2004). Additional research by Propst et al. (2008) suggests that chronic presence of nonnative fish, coupled with naturally low flows reduced abundance of individual species and compromised persistence of native fish assemblages. Propst et al (2008) also found that native fish density was greatest during wet periods and declined during dry periods.

While reduced flows in relation to nonnative fish abundance is a concern, it is primarily the presence of numerous species of nonnative fishes that is impacting the four endangered fish. Top predators such as the Northern Pike, Smallmouth Bass, and Walleye are of particular concern due to their potential to prey upon the endangered fish. Northern Pike and Colorado Pikeminnow have very similar habitat and niche preferences and thus compete directly for food and habitat. White

39

Sucker have the potential to hybridize with Razorback Sucker which can reduce genetic purity. The USFWS (2016) states that the main cause for the recent declines in Colorado Pikeminnow populations throughout the Green River basin, which includes the White and Yampa river basins, is persistent competition and predation from nonnative predatory species (Northern Pike, Smallmouth Bass, and Walleye), and similarly, nonnative predation and competition is currently considered the greatest threat to the Colorado Pikeminnow population in the Colorado River basin which includes the 15-Mile Reach.

**Climate Change**
Climate change is a global phenomenon caused primarily by the release of greenhouse gases into the earth's atmosphere. Water depletions associated with development of federal fluid minerals would not result in increased greenhouse gas emissions. The majority of research on climate change involves the use of predictive modeling efforts to inform the expected level of change into the future. The most widely accepted climate models predict that climate change could reduce Colorado River Basin average annual flow from 5 to 20 percent by 2050 (Ray et al. 2009). Other predicted impacts include increased drought frequency and severity which could result in reduced streamflow (Barnett et al. 2008; Woodhouse et al. 2016). Research suggests that rising temperatures due to climate change are already reducing stream flows in the Colorado River basin (Woodhouse et al. 2016). General effects of a warmer climate include reduced snowpack, reduced discharges, and changes in timing, intensity, and duration of spring peak flows. Since the late 1970's, the onset of snowmelt in the Upper Colorado River Basin has shifted 2 to 3 weeks earlier coincident with increasing spring temperatures and declining snowfall (Clow 2010). Climate projections indicate that snowmelt timing will continue to advance in response to additional warming (Rauscher et al. 2008). The observed trends in snowmelt timing have resulted in a similar shift in streamflow timing. Increased air temperatures alone are a major factor in reducing surface-water flows in this region (USGS 2011). Other potential effects include greater evaporation losses in the larger reservoir systems that feed occupied river reaches which could reduce current flexibility of operations (flow releases to benefit these endangered fishes). A drier climate could also cause irrigators to call on existing water rights more frequently resulting in reduced flows (USFWS 2011). Reduced flows within the Action Area are likely to make it more difficult to meet the minimum flow requirements for the endangered fish. Reduced flows from water depletions associated with the proposed action would exacerbate these effects to a small degree.

Additional research and information as to potential effects of climate change on these four endangered fish species is extremely limited. The vast majority of climate change research has focused on effects to coldwater dependent fish species versus warmer water species. In addition to the overall effects of reduced flows, changes in timing of flows and associated changes in timing of seasonal water temperatures could have some limited but potentially beneficial effects for the endangered fish. The endangered fish initiate spawning in the spring based primarily on water temperature cues. As snowpack melts earlier in the spring water temperatures will warm up earlier in the spring as well. This could benefit these species, as spawning is likely to be initiated earlier in the spring which would provide a longer growing season for age-0 fish to grow and accumulate fat reserves heading into their first winter. This could improve overwinter survival of age-0 fish that go into winter at larger sizes with more caloric reserves (Thompson et al. 1991). In addition, fish would be larger and better equipped to compete for limited habitat and food resources and less

40

vulnerable to predation.

In addition, water depletions in association with climate change could expand the ranges of these fish. The current upstream distributional extent for these fish are limited primarily because of summer seasonal temperatures that are too cold for most warm season (April – October) life history requirements. As upstream river reaches gradually warm it is possible that these reaches will be able to provide for the full suite of life history requirements for these fish and use of these river segments by these endangered fishes could increase. However, these potential geographic expansions in range could also be taken advantage of by select nonnative fishes that may be somewhat temperature limited which would limit potential benefits.

**Accidental Spills of Contaminants**
Another threat to these fish is the potential for accidental spills or leaks of contaminants either directly or indirectly (via tributary streams) into occupied habitats. The depletion of water associated with federal fluid mineral development would be unlikely to result in any potential contaminant releases. However, water depletions and reduced flows associated with federal fluid mineral development could exacerbate the effects of potential contaminant spills. In general, dilution is the means by which the harmful effects to the four endangered fishes from any potential contaminant would be reduced. Reduced flows would lessen dilution effectiveness and could result in contaminant concentrations at levels capable of causing greater intensity of impacts or impacts for a greater duration and distance downstream than if dilution amounts were greater. Impacts from spills are impossible to predict and depend on several factors including the chemical released, distance to live water, time of travel once in water, chemical amounts, time of year, flows, and stream and air temperatures, among others. Effects can range from sub-lethal (malaise, reduced feeding, lethargy, habitat avoidance, displacement, etc.) to lethal (direct mortality). Generally, the effects of spills are localized and temporary. Given the small reductions in water volume in rivers within the Action Area associated with water depletions addressed in this document, substantial changes in contaminant concentration would be small as well.

**Flow Augmentation (as a means of offsetting identified impacts)**
Impacts from water depleting activities within the Action Area are being offset to a degree via flow augmentation efforts. The Upper Colorado River Endangered Fish Recovery Program, among other activities, purchases water rights and works with water rights holders and water managers, the Bureau of Reclamation, and local water authorities throughout the Action Area to establish and coordinate flow releases out of reservoirs (Granby, Windy Gap, Willow Creek, Williams Fork, Reudi, Green Mountain, Wolford, Elkhead, Flaming Gorge) specifically to benefit the endangered fish during critical times (USFWS 2016). While recommended water flows for these fish are generally met, at times (most recently: 2012, 2013, August and October in 2015) they were not met even with flow augmentation. It is possible that recommended flows may be more difficult to attain into the future with occurring and projected climate change impacts coupled with projected increased municipal and industrial water demands (Woodhouse et al. 2016). Recent periods of non-attainment of recommended flows are primarily during spring and summer months. The most critical time period for these fish is spring as sufficient flow is needed to provide for migration to spawning congregation areas, inundation of spawning substrates, and periodic flushing of sediments from spawning substrates. However, in select circumstances, reduced base

41

flows may also be of concern. Based on the water year, the Recovery Program would work with partners to augment flows and minimize effects from reduced flows at identified times of year.

**Summary and Context of Effects**

In summary, all water depletions within the Action Area are considered to have adverse effects to the four endangered fishes and their critical habitats. The effects associated with depletions from the development of federal fluid minerals are discussed and disclosed above and are likely to occur over the 10 year analysis timeframe. However, no degree of magnitude or intensity of those effects specific to the Proposed Action has been assigned. The magnitude and intensity of those impacts in context with other consumptive water uses within the Action Area that are affecting rivers and these endangered fish is discussed below.

A number of trans-basin diversions have impacted the Colorado River for over 100 years; diverting about 475,000 AF of water from the Colorado River basin to the East Slope each year (Denver Water). From 1975 to 2015, exports (trans-basin diversions), agricultural uses, municipal uses, evaporative losses, livestock, and mineral uses have collectively depleted a running average of 1,500,000 AF annually from above the 15-Mile Reach in the Colorado River (CWCB Unpublished Data 2017). Based on our projected annual freshwater use estimates over the next 10-year period of 2,463 AF within the Colorado River sub-basin, BLM's fluid minerals program would account for just 0.16% of the 1.5 million AF of total annual consumptive use.

At a broader statewide scale, in the Colorado Water Plan (2015), water depletions associated with the development of federal fluid minerals is lumped into the category of Industrial Use (specifically Large Industry) regarding consumptive water use within the state. Within this category, federal fluid mineral water depletions are a subset of the energy and mining extraction industry. Other large industries include beer brewing, snowmaking, power generation, food processing, and a multitude of others. Collectively, the Large Industry category currently requires approximately 200,000 AF of water annually. Broader state-wide projections indicate that future large industry needs could increase by an additional 50,000 to 130,000 AF per year by 2050 (CO Water Plan 2015). BLM's water use projections for its fluid minerals program in western Colorado (3,962 AF annually), represents 2% of the current Large Industry portion of water depletions. Large Industry currently accounts for 4% of all consumptive use occurring across the state. When compared to the total amount of annual consumptive use from all uses including Agricultural (89%), Municipal (7%), and Industrial (4%) across the state (5.3 million AF) the amount of freshwater use associated with the development of federal fluid minerals annually is 0.07% of the total consumptive use in the state.

Water depletions associated with development of federal fluid minerals over the next 10-year period is a small percentage of all consumptive water use occurring and projected to occur within the Action Area. As compared to other consumptive uses of freshwater, including agricultural and municipal water depletions from within or affecting the Action Area, impacts to the four endangered fish associated with water depletions from development of federal fluid minerals are extremely limited in their magnitude and intensity and would be difficult to measure or quantify. Regardless, the additive effects of these water depletions are addressed above and would be likely to occur within occupied habitat for these four endangered fishes over the analysis period of 10

42

years.

### VIII.II Cumulative Effects

Cumulative effects, under the ESA, include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological assessment. Future Federal actions that are unrelated to the proposed action are not considered in cumulative analysis because they will be subject to separate consultation pursuant to Section 7 of the ESA.

The scope of analysis for cumulative impacts for the four endangered big river fishes takes in the entire Action Area and the Colorado River downstream to the Lake Powell inlet. This includes, private and state lands to account primarily for cumulative effects on Colorado Pikeminnow, Razorback Sucker, Bonytail, and Humpback Chub associated with water depletions and the effects associated with those depletions.

Water diversions to manage water for human uses, including irrigation for crops, livestock, and domestic uses has been occurring for decades. As population centers within the planning area and beyond, such as Denver, continued to grow and expand, water demand increased. Western Colorado is considered "water rich" as 80% of the state's annual water falls as snow precipitation west of the Continental Divide. Conversely, Colorado's Front Range including Denver and its suburbs, Colorado Springs, Fort Collins, and Pueblo contains greater than 80% of the state's human population. Several dams and reservoirs and large trans-basin water diversions were constructed to take water from headwater streams within the Colorado River Basin and move it through the Continental Divide to Front Range municipalities. Many of these water diversions and water rights are still in place today and have resulted in impacts on stream and river flows, within the Upper Colorado River basin. These activities have impacted all four of the endangered fish and their habitats by altering timing and magnitude of peak flows, reducing overall flows, increasing sediment aggradation, accelerating habitat alteration, and reducing habitat complexity and diversity.

It is reasonable to expect that these activities and the associated impacts are likely to occur and intensify in the foreseeable future on private, state, and other non-federal lands within the state. Colorado's human population is predicted to nearly double by 2050 which will require increased municipal water use. Data in the Colorado Water Plan (2015), suggests the Green, Yampa, and White river basins' municipal and industrial water demands will increase by between 34,000 and 95,000 AF by 2050, depending on the rate of population growth. By 2050, municipal and industrial water demand in the Gunnison River basin is projected to increase between 16,000 and 23,000 AF with passive conservation included. The Colorado River basins' municipal and industrial water demands are anticipated to increase by 65,000 – 110,000 AF by 2050 depending on population growth. The Southwest basins, which include the Dolores River basin, are expected to have municipal and industrial water needs of an additional 20,000 – 31,000 AF by 2050.

Agricultural water uses are expected to be maintained or slightly reduced as water uses are shifted from agriculture to other consumptive uses. Activities on private and State lands that are likely to affect river flows within the Action Area include private fluid mineral development, continued

43

BLM_0028923

agricultural irrigation, human population increases and increased urban development resulting in increased municipal water needs and uses, various recreational activities, livestock grazing, and other large industrial uses. All of these activities will result in increases in consumptive use of freshwater and result in reduced river flows and associated impacts to the four endangered fishes within and downstream of the Action Area.

## IX. Determination of Effects

Upon consideration of the current status of the endangered big river fishes; the environmental baseline for the Action Area for each species; and the direct, indirect, and cumulative impacts, as well as the conservation measures identified to reduce potential effects, it is BLM's biological assessment that freshwater depleted by activities associated with administration of the federal fluid mineral program within the Action Area in western Colorado: "**MAY AFFECT, LIKELY TO ADVERSELY AFFECT**" the Endangered Colorado Pikeminnow, Razorback Sucker, Bonytail, and Humpback Chub. Furthermore, the depletions of freshwater associated with the federal fluid minerals program "**MAY AFFECT, LIKELY TO ADVERSELY AFFECT**" Designated Critical Habitat for these four endangered fish.

**Rationale:**

All water depletions from within the Upper Colorado River basin have been determined to result in a "May Affect" determination.

## X. Conclusion

Colorado BLM is consulting with USFWS on an annual depletion amount of 3,962 AF for the entire Colorado River basin excluding the San Juan River basin, which was determined based on an average annual depletion amount anticipated to occur during the next 10 years within the Action Area associated with federal fluid mineral activity. BLM will track and report depletions against the 3,962 AF amount on a yearly basis. Given the variability and uncertainty in projecting well drilling and freshwater use amounts, this consultation will remain valid unless the identified freshwater use threshold is exceeded by greater than 10% in a given year or exceeds the threshold by any amount up to 10% over two consecutive years. In the event the annual depletion amount is exceeded under either scenario, BLM will revisit this consultation via conferencing with the USFWS. Exceeding the estimated depletion amount in a given river sub-basin in a given year will not require reinitiation of consultation, but BLM will conference with USFWS.

Colorado BLM will obtain data on reported freshwater used for all completion work on all federal wells from within the Action Area from the COGCC annually and will tally all reported freshwater use associated with drilling of all federal wells within the Action Area via the Condition of Approval that will be applied to all APDs starting January 1, 2017. These water use amounts will be summarized and the Dust Abatement amount added to all wells to calculate a total annual water depletion amount that will be submitted at the end of each calendar year to USFWS and tracked against the overall projected threshold freshwater use amount of 3,962 AF.

With respect to conservation measure bullet number 3 (see Section V), as a means of offsetting the impacts associated with the depletion of freshwater from the BLM's management of the

44

federal fluid minerals program within the Action Area, the BLM obtained a one-time monetary contribution from the industry representative group Independent Petroleum Association of Mountain States (now known as Western Energy Alliance) when the 2008 PBO was issued. The 2008 PBA/PBO analyzed water use over a 15-year timeframe; a payment of $71,978.34 was made to the National Fish and Wildlife Foundation on behalf of the Endangered Fish Recovery Program based on the 4,046 AF threshold identified in the 2008 consultation effort. Since the 2008 threshold was never exceeded, and the revised threshold in this re-consultation is below that amount, no new payment is required at his time. In December 2023 (the end of the 15-year timeframe addressed in the 2008 PBO), BLM will calculate a revised payment amount for 2024-2027 (or another appropriate future timeframe), based on water use from 2017-2023 and other available information.

45

## LITERATURE CITED

Barnett, T. P., Adam, J. C., & Lettenmaier, D. P. (2005). Potential impacts of a warming climate on water availability in snow-dominated regions. *Nature, 438*(7066), 303-309.

Barnett, T. P., Pierce, D. W., Hidalgo, H. G., Bonfils, C., Santer, B. D., Das, T., ... & Cayan, D. R. (2008). Human-induced changes in the hydrology of the western United States. S*cience, 319*(5866), 1080-1083.

Beckman, W.C. (1963). Guide to the fishes of Colorado. *Colorado State Museum Leaflet 11*:1–110.

Beckvar, N., Dillon, T. M., & Read, L. B. (2005). Approaches for linking whole-body fish tissue residues of mercury or DDT to biological effects thresholds. *Environmental Toxicology and Chemistry, 24*(8), 2094-2105.

Behnke, R. J. (1980). The impacts of habitat alterations on the endangered and threatened fishes of the Upper Colorado River Basin: A discussion. *Energy Development in the Southwest: Problems of water, fish, and wildlife in the Upper Colorado River Basin, 2,* 182-192.

Bestgen, K. R. (1990). Status review of the razorback sucker, *Xyrauchen texanus. Larval Fish Laboratory #44. Colorado State University, Fort Collins.*

Bozek, M. A., Paulson L. J. & Deacon, J. E. (1984). Factors affecting reproductive success of bonytail chubs and razorback suckers in Lake Mohave. *Lake Mead Limnological Rec. Cent., Dept. Biol. Sci., Univ. Nevada, Las Vegas. Tech. Rept. No. 12.*

Carlson, C. A., & Muth, R. T. (1989). The Colorado River: lifeline of the American southwest. *Canadian Special Publication of Fisheries and Aquatic Sciences, 106,* 220-239.

Clow, D. W. (2010). Changes in the timing of snowmelt and streamflow in Colorado: a response to recent warming. *Journal of Climate, 23*(9), 2293-2306.

CO Water Plan. (2015). *Colorado Department of Natural Resources, Colorado Water Conservation Board. Denver, CO.*

Colorado Water Conservation Board (CWCB). (2017). *Unpublished data on consumptive water use above the 15-mile reach in the Colorado River basin.*

Denver Water Supply & Planning. *http://www.denverwater.org/SupplyPlanning/WaterRights/ Accessed February 15, 2017.*

Dill, W.A. (1944). The fishery of the lower Colorado River. *California Fish and Game 30,* 109-211.

BLM_0028926

Driscoll, C. T., Mason, R. P., Chan, H. M., Jacob, D. J., & Pirrone, N. (2013). Mercury as a global pollutant: sources, pathways, and effects. *Environmental Science & Technology, 47*(10), 4967-4983.

Electrical Power Research Institute (EPRI). (2014). A case study assessment of trace metal atmospheric emissions and their aquatic impacts in the San Juan River basin. *Palo Alto, CA.*

Fitzgerald, W. F., Engstrom, D. R., Lamborg, C. H., Tseng, C. M., Balcom, P. H., & Hammerschmidt, C. R. (2005). Modern and historic atmospheric mercury fluxes in northern Alaska: Global sources and Arctic depletion. *Environmental Science & Technology, 39*(2), 557-568.

Hamilton, S. J. (1999). Hypothesis of historical effects from selenium on endangered fish in the Colorado River basin. *Human and Ecological Risk Assessment: An International Journal, 5*(6), 1153-1180.

Hamilton, S. J. (2004). Review of selenium toxicity in the aquatic food chain. *Science of the Total Environment, 326*(1), 1-31.

Hamilton, S. J., & Waddell, B. (1994). Selenium in eggs and milt of razorback sucker (Xyrauchen texanus) in the middle Green River, Utah. *Archives of Environmental Contamination and Toxicology, 27*(2), 195-201.

Hamilton, S. J., & Wiedmeyer, R. H. (1990). Concentrations of boron, molybdenum, and selenium in chinook salmon. *Transactions of the American Fisheries Society, 119*(3), 500-510.

Hamilton, S. J., Buhl, K. J., Bullard, F. A., & McDonald, S. F. (1996). Evaluation of toxicity to larval razorback sucker of selenium-laden food organisms from Ouray NWR on the Green River, Utah. *National Biological Survey, Yankton, SD. Final report to Recovery Implementation Program for the Endangered Fishes of the Upper Colorado River Basin, Denver, CO.*

Hamilton, S. J., Muth, R. T., Waddell, B., & May, T. W. (2000). Hazard assessment of selenium and other trace elements in wild larval razorback sucker from the Green River, Utah. *Ecotoxicology and Environmental Safety, 45*(2), 132-147.

Janz, D. M., DeForest, D. K., Brooks, M. L., Chapman, P. M., Gilron, G., Hoff, D., ... & Skorupa, J. P. (2010). Selenium toxicity to aquatic organisms. *Ecological Assessment of Selenium in the Aquatic Environment*, 141-231.

Joseph, T. W., Sinning, J. A., Behnke, R. J., & Holden, P. B. (1977). An evaluation of the status, life history, and habitat requirements of endangered and threatened fishes of the upper Colorado River system. *Fish and Wildlife Service, US Department of the Interior.*

47

BLM_0028927

Lemly, A. D. (1996). Selenium in aquatic organisms. *Environmental Contaminants in Wildlife: Interpreting Tissue Concentrations. Lewis, Boca Raton, FL, USA*, 427-445.

Lanigan, S.H., & Berry, C. R. (1979). Distribution and abundance of endemic fishes in the White River in Utah, final report. *Contract #14-16-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. U.S. Bureau of Land Management, Salt Lake City, Utah.* 84 pp.

Lanigan, S. H., & Tyus, H. M. (1989). Population size and status of the razorback sucker in the Green River basin, Utah and Colorado. *North American Journal of Fisheries Management, 9*(1), 68-73.

Linard, J.I., McMahon, P.B., Arnold, L.R., and Thomas, J.C., 2017, Response of selenium concentrations in ground-water to seasonal canal leakage, lower Gunnison River Basin, Colorado, 2013 (ver. 1.1, January 2017): U.S. Geological Survey Scientific Investigations Report 2016–5047, 30 p.

Lusk, J. (2010). Mercury (Hg) and selenium (Se) in Colorado pikeminnow and in razorback sucker from the San Juan River. *USFWS, New Mexico Ecological Services presentation to SJRRIP, Biology Committee Meeting.*

Mabey, L.W. & Shiozawa, D.K. (1993). Planktonic and benthic microcrustaceans from floodplain and river habitats of the Ouray Refuge on the Green River, Utah. *Department of Zoology, Brigham Young University, Provo, UT. 31 pp.*

Marvin-DiPasquale, M., Lutz, M. A., Brigham, M. E., Krabbenhoft, D. P., Aiken, G. R., Orem, W. H., & Hall, B. D. (2009). Mercury cycling in stream ecosystems. 2. Benthic methylmercury production and bed sediment− pore water partitioning. *Environmental Science & Technology, 43*(8), 2726-2732.

McAda, C.W. (2003). Flow Recommendations to benefit endangered fishes in the Colorado and Gunnison Rivers. *U.S. Fish and Wildlife Service, Grand Junction, Colorado to the Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.*

Meffe, G. K. (1985). Predation and species replacement in American southwestern fishes: a case study. *The Southwestern Naturalist*, 173-187.

Miller, R. R. (1946). Gila cypha, a remarkable new species of cyprinid fish from the Colorado River in Grand Canyon, Arizona. *Journal of the Washington Academy of Sciences, 36*(12), 409-415.

Miller, R. R. (1959). Origin and affinities of the freshwater fish fauna of western North America. *Zoogeography. American Society for the Advancement of Science, Washington, DC*, 187-222.

Miller, R.R. (1961). Man and the changing fish fauna of the American Southwest. *Papers of the*

48

BLM_0028928

*Michigan Academy of Science, Arts, and Letters 46*:365-404.

Minckley, W.L. (1973).  Fishes of Arizona.  *Arizona Game and Fish Department, Phoenix.*  293 pp.

Minckley, W. L. (1982). Trophic interrelations among introduced fishes in the lower Colorado River, southwestern United States. *California Fish and Game, 68*(2), 78-89.

Minckley, W. L., & Deacon, J. E. (1968). Southwestern fishes and the enigma of" endangered species.". *Science, 159*(3822), 1424-1432.

Minckley, W. L., & Deacon J. E. (1991). Battle against extinction: native fish management in the American West. *The University of Arizona Press, Tucson.*

Minckley, W. L., Marsh, P. C., Brooks, J. E., Johnson, J. E., & Jensen, B. L. (1991). Management toward recovery of the razorback sucker. *Battle against extinction: native fish management in the American West. University of Arizona Press, Tucson*, 303-357.

Modde, T. (1996). Juvenile razorback sucker (Xyrauchen texanus) in a managed wetland adjacent to the Green River. *Great Basin Naturalist, 56*(4), 12.

Modde, T., & Wick, E. J. (1997). Investigations of razorback sucker distribution movements and habitats used during spring in the Green River, Utah. *Final Report of US Fish and Wildlife Service, Vernal, Utah, to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.*

Muth, R. T., Crist, L. W., LaGory, K. E., Hayse, J. W., Bestgen, K. R., Ryan, T. P., ... & Valdez, R. A. (2000). Flow and temperature recommendations for endangered fishes in the Green River downstream of Flaming Gorge Dam. *Final Report to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.*

Nelson, J. S., Crossman, E. J., Espinosa-Perez, H., Gilbert, C. R., Lea, R. N., & Williams, J. D. (1998). Recommended changes in common fish names: pikeminnow to replace squawfish (Ptychocheilus spp.). *Fisheries, 23*(9), 37.

Nesler, T. P., Christopherson, K., Hudson, J. M., McAda, C. W., Pfeifer, F., & Czapla, T. E. (2003). An integrated stocking plan for razorback sucker, bonytail, and Colorado pikeminnow for the Upper Colorado River endangered fish recovery program. *Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.*

Osmundson, B. (2017).  Determination of selenium in fish from designated critical habitat in the Gunnison River, which is listed as impaired for aquatic life.  *Final Report U. S. Fish & Wildlife Service.  Ecological Services, Grand Junction, CO.*  55 pp.

Osmundson, B. C., May, T. W., & Osmundson, D. B. (2000). Selenium concentrations in the

49

Colorado pikeminnow (Ptychocheilus lucius): relationship with flows in the upper Colorado River. *Archives of Environmental Contamination and Toxicology, 38*(4), 479-485.

Osmundson, B. & Lusk, J. (2016). Field assessment of Colorado pikeminnow exposure to mercury within its critical habitat in Colorado, New Mexico, and Utah. *U. S. Fish & Wildlife Service, Western Colorado Field Office.* 53 pp.

Osmundson, D. B., & Kaeding, L. R. (1989). Studies of Colorado Squawfish and Razorback Sucker Use of the'15-mile Reach'of the Upper Colorado River as Part of Conservation Measures for the Green Mountain and Ruedi Reservoir Water Sales. *Final Report. US Fish and Wildlife Service, Colorado River Fishery Project.*

Osmundson, D. B., & Kaeding, L. R. (1991). Recommendations for flows in the 15-mile reach during October-June for maintenance and enhancement of endangered fish populations in the upper Colorado River: final report. *US Fish and Wildlife Service, Colorado River Fishery Project.*

Osmundson, D. B., Nelson, P., Fenton, K., & Ryden, D. W. (1995). Relationships between flow and rare fish habitat in the 15-mile reach of the Upper Colorado River. *Final Report. US Fish and Wildlife Service, Grand Junction, Colorado.*

Pacyna, E. G., Pacyna, J. M., Sundseth, K., Munthe, J., Kindbom, K., Wilson, S., ... & Maxson, P. (2010). Global emission of mercury to the atmosphere from anthropogenic sources in 2005 and projections to 2020. *Atmospheric Environment, 44*(20), 2487-2499.

Peterson, S. A., Van Sickle, J., Herlihy, A. T., & Hughes, R. M. (2007). Mercury concentration in fish from streams and rivers throughout the western United States. *Environmental Science & Technology, 41*(1), 58-65.

Propst, D. L., & Bestgen, K. R. (1991). Habitat and biology of the loach minnow, Tiaroga cobitis, in New Mexico. *Copeia,* 29-38.

Propst, D. L., & Gido, K. B. (2004). Responses of native and nonnative fishes to natural flow regime mimicry in the San Juan River. *Transactions of the American Fisheries Society, 133*(4), 922-931.

Propst, D. L., Gido, K. B., & Stefferud, J. A. (2008). Natural flow regimes, nonnative fishes, and native fish persistence in arid-land river systems. *Ecological Applications, 18*(5), 1236-1252.

Rauscher, S. A., Pal, J. S., Diffenbaugh, N. S., & Benedetti, M. M. (2008). Future changes in snowmelt-driven runoff timing over the western US. *Geophysical Research Letters, 35*(16).

50

Ray, A.J., Barsugli, J.J., Averyt, K.B., Wolter, K., Hoerling, M., Doesken, N., Udall, B., & Webb, R.S. (2009). Climate change in Colorado—A synthesis to support water resources management and adaptation. *Colorado Water Conservation Board, State of Colorado, at* *http://cwcb.state.co.us/*

Reiser, D. W., Ramey, M. P., & Wesche, T. A. (1989). Flushing flows. *Chapter 4 Pages 91-135 in J. A. Gore and G. E. Petts, editors. Alternatives in Regulated River Management. CRC Press, Inc., Bacon Raton, Florida.*

Rinne, J. N. (1991). Habitat use by spikedace, Meda fulgida (Pisces: Cyprinidae) in southwestern streams with reference to probable habitat competition by red shiner, Notropis lutrensis (Pisces: Cyprinidae). *The Southwestern Naturalist*, 7-13.

Ryden, D. W. (2000). Adult fish community monitoring on the San Juan River, 1991-1997. *Final Report. US Fish and Wildlife Service, Grand Junction, CO.*

Sandheinrich, M. B., & Wiener, J. G. (2011). Methylmercury in freshwater fish. In *Environmental Contaminants in Biota: Interpreting Tissue Concentrations, Second Edition* (pp. 169-190). CRC Press.

Shanley, J. B., Kamman, N. C., Clair, T. A., & Chalmers, A. (2005). Physical controls on total and methylmercury concentrations in streams and lakes of the northeastern USA. *Ecotoxicology*, *14*(1), 125-134.

Stephens, D. W., Waddell, B., Peltz, L. A., & Miller, J. B. (1992). Detailed study of selenium and selected elements in water, bottom sediment, and biota associated with irrigation drainage in the middle Green River basin, Utah, 1988–90. *Water-Resources Investigations Report*, *924084.*

Stephens, D. W., & Waddell, B. (1998). Field screening of water quality, bottom sediment, and biota associated with irrigation on the Uintah and Ouray Indian reservation, eastern Utah, 1995 (Vol. 98, No. 4161). *US Dept. of the Interior, US Geological Survey.*

Thompson, J. M., Bergersen, E. P., Carlson, C. A., & Kaeding, L. R. (1991). Role of size, condition, and lipid content in the overwinter survival of age−0 Colorado squawfish. *Transactions of the American Fisheries Society*, *120*(3), 346-353.

Tsui, M. T. K., Finlay, J. C., & Nater, E. A. (2009). Mercury bioaccumulation in a stream network. *Environmental Science & Technology*, *43*(18), 7016-7022.

Tsui, M. T. K., Finlay, J. C., Balogh, S. J., & Nollet, Y. H. (2010). In situ production of methylmercury within a stream channel in northern California. *Environmental Science & Technology*, *44*(18), 6998-7004.

Tyus, H. M. (1987). Distribution, reproduction, and habitat use of the razorback sucker in the

51

BLM_0028931

Green River, Utah, 1979–1986. *Transactions of the American Fisheries Society, 116*(1), 111-116.

Tyus, H. M. (1991). Movements and habitat use of young Colorado squawfish in the Green River, Utah. *Journal of Freshwater Ecology, 6*(1), 43-51.

Tyus, H. M., & Karp, C. A. (1990). Spawning and movements of razorback sucker, Xyrauchen texanus, in the Green River basin of Colorado and Utah. *The Southwestern Naturalist*, 427-433.

Tyus, H. M., & Saunders, J. F. (1996). Nonnative fishes in the upper Colorado River basin and a strategic plan for their control. *Final Report of University of Colorado Center for Limnology to Upper Colorado River Endangered Fish Recovery Program, Denver, Colorado.*

Tyus, H. M., Burdick, B. D., Valdez, R. A., Haynes, C. M., Lytle, T. A., & Berry, C. R. (1982). Fishes of the upper Colorado River basin: distribution, abundance, and status. *Fishes of the Upper Colorado River System: Present and Future. American Fisheries Society, Bethesda, Maryland*, 12-70.

UNEP (United National Environmental Programme). (2013). Global mercury assessment 2013 – Sources, emissions, releases and environmental transport. *UNEP Chemicals Branch, Geneva, Switzerland.*

U. S. Environmental Protection Agency (2016). Aquatic life ambient water quality criterion for selenium in freshwater 2016 – fact sheet. *Office of Water. EPA 822-F-16-005.*

U.S. Fish & Wildlife Service. (1990). Humpback chub recovery plan, 2nd revision. *Report of Colorado River Fishes Recovery Team to U.S. Fish and Wildlife Service, Region 6, Denver, Colorado.*

U.S. Fish & Wildlife Service. (1991). Colorado pikeminnow (squawfish) recovery plan, 2nd revision. *Report of Colorado River Fishes Recovery Team to U.S. Fish and Wildlife Service, Region 6, Denver, Colorado.*

U.S. Fish & Wildlife Service. (1994). Endangered and threatened wildlife and plants; determination of critical habitat for the Colorado River endangered fishes: razorback sucker, Colorado squawfish, humpback chub, and bonytail chub. *Federal Register 59:13374-13399.*

U.S. Fish & Wildlife Service. (1998). Razorback sucker recovery plan. *U.S. Fish and Wildlife Service, Region 6, Denver, Colorado.*

U.S. Fish & Wildlife Service and National Marine Fisheries Service. (1998). Endangered Species Consultation Handbook: *Procedures for Conducting Consultation and Conference*

BLM_0028932

*Activities Under Section 7 of the Endangered Species Act.*

U.S. Fish & Wildlife Service. (2002a). Colorado pikeminnow (*Ptychocheilus lucius*) recovery goals: amendment and supplement to the Colorado squawfish recovery plan. *U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.*

U.S. Fish & Wildlife Service. (2002b). Razorback sucker (*Xyrauchen texanus*) recovery goals: amendment and supplement to the razorback sucker recovery plan. *U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.*

U.S. Fish & Wildlife Service. (2002c). Humpback chub (*Gila cypha*) recovery goals: amendment and supplement to the humpback chub recovery plan. *U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.*

U.S. Fish & Wildlife Service. (2002d). Bonytail (*Gila elegans*) recovery goals: amendment and supplement to the bonytail chub recovery plan. *U.S. Fish and Wildlife Service, Mountain-Prairie Region (6), Denver, Colorado.*

U.S. Fish & Wildlife Service. (2011). Colorado pikeminnow (*Ptychocheilus lucius*) 5-year review: summary and evaluation. *Upper Colorado River Endangered Fish Recovery Program, Denver, CO.*

U.S. Fish & Wildlife Service. (2014). 2013-2014 assessment of sufficient progress under the Upper Colorado River endangered fish recovery program in the Upper Colorado River basin, and of implementation of action items in the January 10, 2005, final programmatic biological opinion on the management plan for endangered fishes in the Yampa River basin. *Memo from Noreen Walsh, Regional Director, Region 6. September 10, 2014.*

U.S. Fish & Wildlife Service. (2016). Final 2015-2016 Assessment of sufficient progress under the upper Colorado River endangered fish recovery program in the upper Colorado River basin, and implementation of action items in the January 10,2005, final programmatic biological opinion on the management plan for endangered fishes in the Yampa River basin. *Denver CO.*

U.S. Geological Survey. (2011). Effects of climate change and land use on water resources in the upper Colorado River basin. *Fact Sheet 2010-3123.*

U.S. Geological Survey. (2017). Contaminants and native fish conservation in the upper Colorado Basin: The forgotten stressors, mercury and selenium. *Unpublished data.*

Valdez, R. A. (1990). The endangered fish of Cataract Canyon. *Final Report of Bio/West, Inc., Logan, Utah, to US Bureau of Reclamation, Salt Lake City, Utah.*

Valdez, R. A., & Clemmer, G. H. (1982). Life history and prospects for recovery of the humpback and bonytail chub. In *Proceedings of a Symposium on Fishes of the Upper*

53

BLM_0028933

*Colorado River System: Present and Future. American Fisheries Society, Bethesda, Maryland* (pp. 109-119).

Valdez, R.A., & Ryel, R.J. (1997).  Life history and ecology of the humpback chub in the Colorado River in Grand Canyon, Arizona.  *Pages 3-31 in C. van Riper, III & E.T. Deshler (eds.).  Proceedings of the Third Biennial Conference of Research on the Colorado Plateau.  National Park Service Transactions and Proceedings Series* 97/12.

Vanicek, C.D. (1967).  Ecological studies of native Green River fishes below Flaming Gorge Dam, 1964-1966.  *Doctoral Dissertation, Utah State University.*  124 pp.

Wiener, J. G., & Spry, D. J. (1996). Toxicological significance of mercury in freshwater fish.  *Environmental Contaminants in Wildlife: Interpreting Tissue Concentrations*, 297-339.

Willacker, J. J., Eagles-Smith, C. A., Lutz, M. A., Tate, M. T., Lepak, J. M., & Ackerman, J. T. (2016). Reservoirs and water management influence fish mercury concentrations in the western United States and Canada. *Science of the Total Environment, 568*, 739-748. Woodhouse, C. A., Pederson, G. T., Morino, K., McAfee, S. A., & McCabe, G. J. (2016). Increasing influence of air temperature on upper Colorado River streamflow. *Geophysical Research Letters, 43*(5), 2174-2181.

Woodhouse, C. A., G. T. Pederson, K. Morino, S. A. McAfee, and G. J. McCabe (2016), increasing influence of air temperature on upper Colorado River streamflow, Geophys. Res. Lett., 43, doi:10.1002/2015GL067613

Wydoski, R. S., & Wick, E. J. (1998). Ecological value of floodplain habitats to razorback suckers in the upper Colorado River basin. *Upper Colorado River Basin Recovery Program, Denver, CO.*

BLM_0028934

**Visitor Days and Participants**
**by Office, Activity Group and Activity**

**Fiscal Year Range**

Oct 01, 2013  -  Sep 30, 2014

Bureau of Land Management
Recreation Management Information System

9 January 2018

## Colorado

### LLCOS05000 - Uncompahgre Field Office

| Visitor Use Activity Groupings | Number of Participants | Visitor Days |
|---|---|---|
| **Boating/Motorized** | | |
| Boat Launching | 2,649 | 221 |
| Power Boating | 226 | 38 |
| **Boating/MotorizedTotals:** | 2,875 | 259 |
| **Boating/Non-Motorized** | | |
| Canoe/Kayaking | 10,635 | 3,821 |
| Row/Float/Raft | 41,160 | 16,842 |
| **Boating/Non-MotorizedTotals:** | 51,795 | 20,663 |
| **Camping & Picnicking** | | |
| Camping | 66,557 | 66,422 |
| Picnicking | 16,818 | 921 |
| **Camping & PicnickingTotals:** | 83,375 | 67,343 |
| **Driving For Pleasure** | | |
| Driving For Pleasure | 124,332 | 26,627 |
| **Driving For PleasureTotals:** | 124,332 | 26,627 |
| **Fishing** | | |
| Fishing - Freshwater | 23,523 | 8,805 |
| **FishingTotals:** | 23,523 | 8,805 |
| **Hunting** | | |

BLM_0028935

**Visitor Days and Participants**
**by Office, Activity Group and Activity**

**Fiscal Year Range**

Oct 01, 2013  -  Sep 30, 2014

Bureau of Land Management
Recreation Management Information System

9 January 2018

## Colorado

### LLCOS05000 - Uncompahgre Field Office

| Visitor Use Activity Groupings | Number of Participants | Visitor Days |
|---|---:|---:|
| Hunting - Big Game | 108,335 | 70,870 |
| Hunting - Small Game | 30,877 | 7,439 |
| Hunting - Upland Bird | 164 | 55 |
| **HuntingTotals:** | 139,376 | 78,364 |
| **Interpretation, Education & Nature Study** | | |
| Environmental Education | 8,594 | 392 |
| Nature Study | 1,231 | 161 |
| Viewing - Cultural Sites | 1,733 | 135 |
| Viewing - Other | 3,432 | 200 |
| Viewing - Scenery/Landscapes | 68 | 6 |
| Viewing - Wildlife | 3,511 | 317 |
| Viewing -Interpretive Exhibit | 46,620 | 1,624 |
| **Interpretation, Education & Nature StudyTotals:** | 65,189 | 2,835 |
| **Non-Motorized Travel** | | |
| Backpacking | 2,328 | 2,328 |
| Bicycling - Mountain | 58,316 | 25,050 |
| Hiking/Walking/Running | 16,880 | 2,468 |
| Horseback Riding | 23,994 | 8,659 |
| **Non-Motorized TravelTotals:** | 101,518 | 38,505 |
| **Off-Highway Vehicle Travel** | | |
| OHV - ATV | 115,779 | 54,259 |

Prepared by: LLCOS05000
FY Date Range: Oct 1,2013- Sept 30, 2014
State: CO
Office: LLCOS05000

BLM_0028936

Report # 19

**Visitor Days and Participants
by Office, Activity Group and Activity**

**Fiscal Year Range**

Oct 01, 2013  -  Sep 30, 2014

Bureau of Land Management
Recreation Management Information System

9 January 2018

## Colorado

### LLCOS05000 - Uncompahgre Field Office

| Visitor Use Activity Groupings | Number of Participants | Visitor Days |
|---|---|---|
| OHV - Cars/Trucks/SUVs | 152,910 | 50,812 |
| OHV - Motorcycle | 58,373 | 19,576 |
| **Off-Highway Vehicle TravelTotals:** | 327,062 | 124,647 |
| **Snowmobile & Other Motorized Travel** | | |
| Snowmobiling | 14,265 | 7,047 |
| **Snowmobile & Other Motorized TravelTotals:** | 14,265 | 7,047 |
| **Specialized Motor Sports, Events & Activities** | | |
| Rock Crawling-4WD | 13,755 | 9,170 |
| **Specialized Motor Sports, Events & ActivitiesTotals:** | 13,755 | 9,170 |
| **Specialized Non-Motor Sports, Events & Activities** | | |
| Archery | 8,256 | 4,054 |
| Climbing - Mountain/Rock | 7,549 | 3,849 |
| Hang-Gliding/Parasailing | 248 | 103 |
| Photography | 36,333 | 2,696 |
| Racing - Foot | 21 | 14 |
| Rockhounding/Mineral Collection | 289 | 96 |
| Social Gathering/Festival/Concert | 14,010 | 4,649 |
| Staging/Comfort Stop | 350 | 15 |
| Target Practice | 31,129 | 5,070 |
| **Specialized Non-Motor Sports, Events & ActivitiesTotals:** | 98,185 | 20,546 |

Prepared by: LLCOS05000
FY Date Range: Oct 1,2013- Sept 30, 2014
State: CO
Office: LLCOS05000

Report # 19                                                     Page 4 of 4

**Visitor Days and Participants
by Office, Activity Group and Activity**

**Fiscal Year Range**

Oct 01, 2013  -  Sep 30, 2014

Bureau of Land Management
Recreation Management Information System

9 January 2018

## Colorado

### LLCOS05000 - Uncompahgre Field Office

| Visitor Use Activity Groupings | Number of Participants | Visitor Days |
|---|---|---|
| **Winter/Non-Motorized Activities** | | |
| Skiing - Cross Country | 13,857 | 4,602 |
| **Winter/Non-Motorized ActivitiesTotals:** | 13,857 | 4,602 |
| **Uncompahgre Field OfficeTotals:** | | 409,413 |
| **Total Matched In Colorado** | | 409,413 |
| **Total:** | | 409,413 |

Report # 19

**Visitor Days and Participants**
**by Office, Activity Group and Activity**

**Fiscal Year Range**

Oct 01, 2014  -  Sep 30, 2015

Bureau of Land Management
Recreation Management Information System

9 January 2018

## Colorado

### LLCOS05000 - Uncompahgre Field Office

| Visitor Use Activity Groupings | Number of Participants | Visitor Days |
|---|---|---|
| **Boating/Motorized** | | |
| Boat Launching | 14,160 | 1,180 |
| Power Boating | 226 | 38 |
| **Boating/MotorizedTotals:** | 14,386 | 1,218 |
| **Boating/Non-Motorized** | | |
| Canoe/Kayaking | 11,799 | 4,242 |
| Row/Float/Raft | 51,758 | 22,636 |
| **Boating/Non-MotorizedTotals:** | 63,557 | 26,878 |
| **Camping & Picnicking** | | |
| Camping | 73,127 | 73,056 |
| Picnicking | 18,347 | 1,103 |
| **Camping & PicnickingTotals:** | 91,474 | 74,159 |
| **Driving For Pleasure** | | |
| Driving For Pleasure | 132,934 | 29,124 |
| **Driving For PleasureTotals:** | 132,934 | 29,124 |
| **Fishing** | | |
| Fishing - Freshwater | 25,715 | 9,697 |
| **FishingTotals:** | 25,715 | 9,697 |
| **Hunting** | | |

Prepared by: LLCOS05000
FY Date Range: Oct 1,2014- Sept 30, 2015
State: CO
Office: LLCOS05000

BLM_0028939

Report # 19

**Visitor Days and Participants
by Office, Activity Group and Activity**

**Fiscal Year Range**

Oct 01, 2014  -  Sep 30, 2015

Bureau of Land Management
Recreation Management Information System

9 January 2018

## Colorado

**LLCOS05000 - Uncompahgre Field Office**

| Visitor Use Activity Groupings | Number of Participants | Visitor Days |
|---|---|---|
| Hunting - Big Game | 118,038 | 77,466 |
| Hunting - Small Game | 33,903 | 8,178 |
| Hunting - Upland Bird | 154 | 52 |
| **Hunting Totals:** | 152,095 | 85,696 |
| **Interpretation, Education & Nature Study** | | |
| Environmental Education | 8,668 | 402 |
| Nature Study | 1,297 | 169 |
| Viewing - Cultural Sites | 1,867 | 147 |
| Viewing - Other | 3,639 | 210 |
| Viewing - Scenery/Landscapes | 69 | 6 |
| Viewing - Wildlife | 3,820 | 342 |
| Viewing -Interpretive Exhibit | 47,187 | 1,648 |
| **Interpretation, Education & Nature Study Totals:** | 66,547 | 2,924 |
| **Non-Motorized Travel** | | |
| Backpacking | 2,328 | 2,328 |
| Bicycling - Mountain | 63,708 | 27,428 |
| Hiking/Walking/Running | 17,663 | 2,543 |
| Horseback Riding | 25,435 | 8,988 |
| **Non-Motorized Travel Totals:** | 109,134 | 41,287 |
| **Off-Highway Vehicle Travel** | | |
| OHV - ATV | 126,625 | 59,540 |

Prepared by: LLCOS05000
FY Date Range: Oct 1,2014- Sept 30, 2015
State: CO
Office: LLCOS05000

BLM_0028940

Report # 19

## Visitor Days and Participants
## by Office, Activity Group and Activity

### Fiscal Year Range

Oct 01, 2014  -  Sep 30, 2015

Bureau of Land Management
Recreation Management Information System

9 January 2018

## Colorado

| LLCOS05000 - Uncompahgre Field Office | | |
| --- | --- | --- |
| **Visitor Use Activity Groupings** | **Number of Participants** | **Visitor Days** |
| OHV - Cars/Trucks/SUVs | 167,673 | 55,682 |
| OHV - Motorcycle | 63,347 | 21,191 |
| **Off-Highway Vehicle TravelTotals:** | 357,645 | 136,413 |
| **Snowmobile & Other Motorized Travel** | | |
| Snowmobiling | 15,673 | 7,752 |
| **Snowmobile & Other Motorized TravelTotals:** | 15,673 | 7,752 |
| **Specialized Motor Sports, Events & Activities** | | |
| Rock Crawling-4WD | 15,163 | 10,109 |
| **Specialized Motor Sports, Events & ActivitiesTotals:** | 15,163 | 10,109 |
| **Specialized Non-Motor Sports, Events & Activities** | | |
| Archery | 9,046 | 4,444 |
| Climbing - Mountain/Rock | 7,985 | 4,084 |
| Hang-Gliding/Parasailing | 257 | 107 |
| Photography | 38,044 | 2,914 |
| Racing - Foot | 1 | 1 |
| Rockhounding/Mineral Collection | 303 | 101 |
| Social Gathering/Festival/Concert | 15,418 | 5,118 |
| Staging/Comfort Stop | 405 | 17 |
| Target Practice | 34,023 | 5,546 |
| **Specialized Non-Motor Sports, Events & ActivitiesTotals:** | 105,482 | 22,332 |

Prepared by: LLCOS05000
FY Date Range: Oct 1,2014- Sept 30, 2015
State: CO
Office: LLCOS05000

Report # 19

**Visitor Days and Participants**
**by Office, Activity Group and Activity**

**Fiscal Year Range**

Oct 01, 2014  -  Sep 30, 2015

Bureau of Land Management
Recreation Management Information System

9 January 2018

## Colorado

**LLCOS05000 - Uncompahgre Field Office**

| Visitor Use Activity Groupings | Number of Participants | Visitor Days |
|---|---|---|
| **Winter/Non-Motorized Activities** | | |
| Skiing - Cross Country | 15,265 | 5,071 |
| **Winter/Non-Motorized ActivitiesTotals:** | 15,265 | 5,071 |
| **Uncompahgre Field OfficeTotals:** | | 452,660 |
| **Total Matched In Colorado** | | 452,660 |
| **Total:** | | 452,660 |

Prepared by: LLCOS05000
FY Date Range: Oct 1,2014- Sept 30, 2015
State: CO
Office: LLCOS05000

Report # 19

**Visitor Days and Participants**
**by Office, Activity Group and Activity**

**Fiscal Year Range**

Oct 01, 2015  -  Sep 30, 2016

Bureau of Land Management
Recreation Management Information System

9 January 2018

## Colorado

### LLCOS05000 - Uncompahgre Field Office

| Visitor Use Activity Groupings | Number of Participants | Visitor Days |
|---|---:|---:|
| **Boating/Motorized** | | |
| Boat Launching | 18,495 | 1,541 |
| Power Boating | 226 | 38 |
| **Boating/MotorizedTotals:** | 18,721 | 1,579 |
| **Boating/Non-Motorized** | | |
| Canoe/Kayaking | 11,511 | 4,133 |
| Row/Float/Raft | 50,747 | 22,496 |
| **Boating/Non-MotorizedTotals:** | 62,258 | 26,629 |
| **Camping & Picnicking** | | |
| Camping | 76,687 | 76,559 |
| Picnicking | 14,514 | 1,033 |
| **Camping & PicnickingTotals:** | 91,201 | 77,592 |
| **Driving For Pleasure** | | |
| Driving For Pleasure | 120,947 | 28,842 |
| **Driving For PleasureTotals:** | 120,947 | 28,842 |
| **Fishing** | | |
| Fishing - Freshwater | 26,198 | 9,875 |
| **FishingTotals:** | 26,198 | 9,875 |
| **Hunting** | | |

Prepared by: LLCOS05000
FY Date Range: Oct 1,2015- Sept 30, 2016
State: CO
Office: LLCOS05000

BLM_0028943

Report # 19                                                             Page 2 of 4

## Visitor Days and Participants
## by Office, Activity Group and Activity

### Fiscal Year Range

Oct 01, 2015  -  Sep 30, 2016

Bureau of Land Management
Recreation Management Information System

9 January 2018

## Colorado

### LLCOS05000 - Uncompahgre Field Office

| Visitor Use Activity Groupings | Number of Participants | Visitor Days |
|---|---|---|
| Hunting - Big Game | 121,321 | 80,193 |
| Hunting - Other | 178 | 118 |
| Hunting - Predator | 97 | 65 |
| Hunting - Small Game | 35,708 | 8,600 |
| Hunting - Upland Bird | 46 | 8 |
| **HuntingTotals:** | 157,350 | 88,984 |
| **Interpretation, Education & Nature Study** | | |
| Environmental Education | 1,457 | 209 |
| Nature Study | 1,260 | 160 |
| Viewing - Cultural Sites | 1,833 | 145 |
| Viewing - Other | 3,512 | 205 |
| Viewing - Scenery/Landscapes | 69 | 6 |
| Viewing - Wildlife | 3,760 | 337 |
| Viewing -Interpretive Exhibit | 33,818 | 1,338 |
| **Interpretation, Education & Nature StudyTotals:** | 45,709 | 2,400 |
| **Non-Motorized Travel** | | |
| Backpacking | 2,007 | 2,007 |
| Bicycling - Mountain | 66,698 | 28,686 |
| Hiking/Walking/Running | 10,784 | 1,641 |
| Horseback Riding | 26,443 | 9,069 |
| **Non-Motorized TravelTotals:** | 105,932 | 41,403 |

Prepared by: LLCOS05000
FY Date Range: Oct 1,2015- Sept 30, 2016
State: CO
Office: LLCOS05000

BLM_0028944