BLM-administered land    ▬▬▬ BLM administrative boundaries



**Alaska:** The National Petroleum Reserve in Alaska is the northernmost parcel of public land managed by the BLM. Nearly the size of Indiana, it is also the largest single block of federally managed land.



**Arizona:** In 1984, Aravaipa Canyon was the first wilderness designated on public lands in Arizona. The BLM now manages almost 9 million acres of wilderness.

**California:** Imperial Sand Dunes is an internationally recognized world-class venue for off-highway vehicle enthusiasts. With more than 160,000 acres of vast sand dunes, the area also offers fabulous scenery, opportunities for solitude, and a home for rare plants and animals.



**Colorado:** The Canyons of the Ancients National Monument contains the highest known density of archaeological sites in the nation, with some areas containing more than 100 sites per square mile.



**Eastern States:** The BLM manages several small beachfront tracts in southern Alabama that provide one of the few nesting areas in the United States for the threatened loggerhead turtles.

**Idaho:** The Morley Nelson Snake River Birds of Prey National Conservation Area is home to the largest density of nesting raptors in North America. More than 800 pairs of hawks, owls, eagles, and falcons come here each spring to mate and raise their young.



**Montana/Dakotas:** Pompeys Pillar National Monument is home to a significant piece of history: Captain William Clark's signature, carved into a sandstone butte along the Yellowstone River. Clark's inscription, made in 1806, is the only remaining physical evidence along Lewis' and Clark's route.



**Nevada:** More than 1 million people visit the Red Rocks National Conservation Area each year, making it one of the busiest BLM-managed recreation sites.




**New Mexico:** Archeological sites in New Mexico's Peña Blanca Wilderness Study Area contain remains of the oldest cultivated corn in the United States.



**Oregon/Washington:** The mighty Doerner Fir in Oregon's Coast Range is the world's tallest Douglas fir. It is a towering 327 feet tall, which is even taller than the U.S. Capitol building; 11.5 feet in diameter; and more than 450 years old.



**Utah:** Scientists discovered a new large-bodied, horned dinosaur species named *Machairoceratops cronusi* in Grand Staircase-Escalante National Monument, adding to the nearly 300 species discovered mainly on BLM-managed lands in Utah.

**Wyoming:** There are nearly as many pronghorns in Wyoming as there are people. The estimated pronghorn population is 500,000 to 600,000, and the human population is less than 590,000.






http://blm.gov/fs9d
BLM/WO/GI-16/005+9500
July 2016

BLM_0029206



# The BLM: A Sound Investment for America 2017

## Economic Contributions from BLM-Managed Lands



Grazing 40,000
Timber 3,000
Recreation 48,000
Geothermal, Wind, and Solar Energy 7,000
Nonenergy Minerals 39,000
Coal 34,000
Oil and Gas 201,000

**372,000 jobs supported**



Recreation $7 billion
Grazing $2 billion
Timber $1 billion
Geothermal, Wind, and Solar Energy $1 billion
Nonenergy Minerals $11 billion
Coal $11 billion
Oil and Gas $42 billion

**$75 billion in economic output**

Fiscal Year 2016

The Bureau of Land Management (BLM) manages 1 in every 10 acres of land in the United States, working with partners to promote multiple uses of those lands through shared conservation stewardship. The BLM also manages a large portion of the nation's minerals, facilitating opportunities for energy development that create jobs, help support local communities, and increase America's energy independence. Every state has public land and minerals covering a variety of landscapes, including forests, mountains, rangelands, arctic tundra, and deserts. The BLM is committed to keeping public landscapes healthy and productive and to effectively managing border landscapes to keep America safe.

The public lands managed by the BLM generate significant and quantifiable benefits for the nation and serve American families by providing energy and mineral resources, grazing and timber resources, and access to recreational opportunities, including hunting and fishing. They provide valuable goods and materials that we rely on every day to heat our homes, build our roads, and feed our families. Through balanced management, the BLM develops these resources while maintaining healthy ecosystems and preserving cultural resources and iconic landscapes.

In fiscal year 2016, the diverse activities authorized on BLM-managed lands generated $75 billion in economic output throughout the country—more than any other agency within the Department of the Interior. This economic activity supported 372,000 jobs and also contributed substantial revenue to the U.S. Treasury and state governments, mostly through royalties on minerals.

BLM_0029207

# Benefits of Public Lands

The public lands not only provide economic contributions in terms of jobs and output supported by various activities, but they also provide other benefits that families and communities across the United States derive from having access to our nation's natural, scenic, recreational, and cultural resources.

## Economic Stability

Employment and output supported by the public lands can provide economic opportunity and stability in diverse ways.

**Reindeer grazing permits on Seward Peninsula, AK**



Alaska

**15 jobs**
**$200,000 in economic output**

**Visitors to Fort Ord National Monument, CA**



California

**86 miles of trails**

**412 jobs**
**$40 million in economic output**

## Royalties and Tax Revenue

Royalties, taxes, and other fees associated with extractive resources and visitor spending can generate significant revenues for state and local governments, which in turn can provide benefits related to public safety, education, and health.

**Coal leasing in Wyoming**



$800 million in revenue — 50% back to WY

schools — roads

## Nonmarket Benefits

Benefits related to recreation opportunities, cultural resources, visual beauty, strategically significant resources, environmental health, and supporting local communities are often more challenging to quantify in economic terms.



**Fee free recreation use on 99% of BLM-managed lands**

**5.0 million visitor days hunting**

**2.3 million visitor days fishing**

**Volunteer support**

**27,000 volunteers 1 million hours of work**

**Local partners help sponsor youth programs**

**Mustang Challenge**

**Earth Connection Camp**

**Project Archaeology**

# Economic Contributions of National Conservation Lands

The BLM manages the National Conservation Lands, a system of 876 federally recognized units comprising nearly 36 million acres. These units include 27 national monuments; 21 national conservation areas and similarly designated areas; and congressionally designated wilderness, trails, and rivers. A BLM study evaluated the economic contributions of 45 national monuments and national conservation areas for fiscal year 2016.



**8.6 million visits**

**$460 million trip-related purchases**



**7,100 nonfederal jobs**



**$630 million to local and state economies**

This economic activity supports the Department of the Interior's priorities to promote conservation through shared stewardship with local communities, to support job creation, and to serve the American family by offering world-class destinations and recreation opportunities.

BLM_0029208

# Economic Sectors



**Oil and gas:** The BLM leases more than 27.2 million acres of land, from the eastern United States to the National Petroleum Reserve in Alaska, for onshore oil and gas production. Sales of federal onshore oil production decreased to 168.5 million barrels during 2016, compared to 182.5 million barrels in 2015, due at least in part to continued low prices for oil.



**Coal:** The BLM administers coal leases encompassing approximately 467,000 acres in 12 states. Coal continues to be a large source of energy in the United States, but the continuing low cost of natural gas has spurred a shift away from coal for energy production. A decrease in U.S. coal production from 1,095.64 million short tons in 2011 to 728.24 million short tons in 2016 reflects this shift.



**Nonenergy minerals:** The BLM issues leases for minerals that are not used for energy production, such as potash, phosphate, sodium, and gilsonite, which are used in fertilizers, glass, and paper. Federal lands also contain saleable mineral materials, including sand, gravel, dirt, and rock, and locatable hard rock minerals, such as copper and gold. In 2016, nonenergy minerals produced from federal lands were valued at $11.4 billion.



**Geothermal, solar, wind:** The BLM has approved 126 renewable energy projects, including 36 solar projects, 40 wind projects, and 50 geothermal projects. Combined, they represent a total of 17,963 megawatts of capacity that could provide power to about 7 million homes.



**Recreation:** The public lands managed by the BLM offer more recreational opportunities than lands managed by any other federal agency, with more than 99 percent available for recreation with no fee. Lands used for recreational activities also contribute significantly to local economies. In 2016, BLM lands received more than 64.6 million recreation-related visits, an increase over the previous year.



**Grazing:** In 2016, the BLM permitted 12 million animal unit months (AUMs) for ranchers who graze their livestock, mostly cattle and sheep, on public lands. An AUM is the amount of forage needed to feed a cow and calf or the equivalent for 1 month. In 2016, the grazing fee was $2.11 per AUM. While the number of AUMs sold each year remains relatively steady, annual variations in use occur due to factors such as drought, wildfire, market conditions, and restoration projects.



**Timber:** One-fourth of the 245 million acres of lands managed by the BLM are forest ecosystems, spread across 13 western states, including Alaska. Through responsible management of these lands, the BLM ensures the health and resilience of the nation's public forest lands as well as the availability of traditional forest products, such as timber. In 2016, the BLM offered 233.2 million board feet of timber for sale. This number has remained relatively steady over the past decade.



# Total Economic Output and Jobs for Fiscal Year 2016

|  | Alaska | Arizona | California | Colorado | Eastern States |
|---|---|---|---|---|---|
| **National Totals*** | $0.3 billion | $0.5 billion | $2.9 billion | $4.4 billion | $1.2 billion |
| **Oil and Gas:** $42.0 billion | $227.6 million | – | $939.0 million | $2.9 billion | $221.9 million |
| **Coal:** $10.7 billion | – | – | – | $742.5 million | $5.0 million |
| **Nonenergy Minerals:** $11.4 billion | $1.7 million | $40.1 million | $472.4 million | $3.7 million | $984.6 million |
| **Geothermal, Wind, and Solar:** $1.0 billion | – | $1.8 million | $633.1 million | – | – |
| **Recreation:** $6.7 billion | $55.1 million | $377.8 million | $744.5 million | $590.8 million | $14.9 million |
| **Grazing:** $2.4 billion | $205,000 | $86.9 million | $93.3 million | $147.2 million | – |
| **Timber:** $0.7 billion | $145,000 | – | $4.7 million | $11.8 million | – |
| **Jobs:** 372,000 | 1,000 | 6,000 | 17,000 | 23,000 | 5,000 |

* National totals may differ from the sum of individual state numbers because they take into account activity across state borders and average industry productivity across states.

BLM_0029210



| Idaho | Montana (North Dakota and South Dakota) | Nevada | New Mexico (Kansas, Oklahoma, and Texas) | Oregon (Washington) | Utah | Wyoming (Nebraska) |
|---|---|---|---|---|---|---|
| $1.1 billion | $4.9 billion | $5.7 billion | $10.9 billion | $1.5 billion | $3.2 billion | $13.9 billion |
| $1.7 million | $3.8 billion | $31.0 million | $9.7 billion | – | $1.8 billion | $8.0 billion |
| – | $488.1 million | – | $361.2 million | $203,000 | $641.6 million | $4.5 billion |
| $270.0 million | $1.9 million | $4.5 billion | $351.3 million | $2.2 million | $56.4 million | $909.4 million |
| – | – | $344.7 million | $3.1 million | $97,000 | $23.2 million | $1.2 million |
| $410.4 million | $312.9 million | $507.9 million | $212.5 million | $629.6 million | $551.0 million | $189.1 million |
| $443.0 million | $319.2 million | $242.4 million | $334.0 million | $225.6 million | $167.5 million | $313.8 million |
| $14.3 million | $8.2 million | $4.9 million | $5.8 million | $603.0 million | $7.2 million | $3.7 million |
| 11,000 | 23,000 | 25,000 | 61,000 | 14,000 | 25,000 | 52,000 |

BLM_0029211

 BLM-administered land     —— BLM administrative boundaries

## Alaska
During the summer, the BLM and two other federal agencies operate the Arctic Interagency Visitor Center in Coldfoot, and BLM volunteers staff the Yukon Crossing Contact Station, two of the stops along the 415-mile-long Dalton Highway, which crosses BLM-managed public lands on its way to the top of the continent.



## Arizona
The Phoenix District manages one of the BLM's largest saleable minerals programs, permitting more than 1 million tons of sand, gravel, and crushed stone worth between $10 million and $20 million to the Arizona economy annually.



## California
Though it flows mostly underground, the Amargosa River has supported human populations for 8,000 years. The aboveground portion in the Amargosa Canyon is the only significant water source in the area, and the BLM manages 26 miles of it as a wild and scenic river.




## Colorado
The BLM-managed Browns Canyon National Monument, designated in 2015, protects one of the nation's most popular destinations for whitewater rafting.



## Eastern States
Located along south Florida's Atlantic coast, the 120-acre Jupiter Inlet Lighthouse Outstanding Natural Area managed by the BLM includes evidence of human occupation dating back to 3000 B.C.

## Idaho
The BLM's fire and aviation program at the National Interagency Fire Center in Boise works with seven other federal agencies to manage wildland fire on 245 million acres of BLM-administered public land, primarily in the western United States.



## Montana/Dakotas
The Powder River Basin in Montana's coal country reaches to the southeast corner of the state. The basin is home to one of the largest coal deposits in the world and produces more than 85 percent of all federal coal.



## Nevada
The BLM issues its largest and most complex special recreation permit for Burning Man, an annual arts and lifestyle festival that encompasses 14,153 acres of the Black Rock Desert playa, involves about 70,000 participants, and contributes more than $45 million to the Nevada economy each year.




## New Mexico
The BLM-managed Prehistoric Trackways National Monument contains one of the most scientifically significant Early Permian track sites in the world.



## Oregon/Washington
Salmon and steelheads leap the 6-foot waterfall on Cavitt Creek from September through April; the creek is open to trout fishing outside of these months.



## Utah
The BLM-managed Bonneville Salt Flats are a remnant of an ancient lake that covered more than one-third of Utah during the last Ice Age. The flats are ideal for land speed racing trials, and when you look across the landscape, it appears that you can see the curvature of the earth.



## Wyoming
The path of totality of the 2017 solar eclipse encompasses 2 million acres of public lands in central Wyoming, spanning more than 365 miles.

www.blm.gov/about/data
BLM/WO/GI-17/009+9500
August 2017



# United States Department of the Interior

# Bureau of Land Management

---

**Decision Record**
**DOI-BLM-CO-S000-2013-0001**

---

**February 2017**

## Tri-State Montrose-Nucla-Cahone
## Transmission Line Improvement Project

*Location:*          Montrose, CO to Cahone, CO

*Applicant/Address:*   Tri-State Generation and Transmission Association, Inc.
1100 W. 116th Ave., Westminster, CO 80234

---

BLM Colorado Southwest District
2465 S. Townsend Ave, Montrose, CO 81401
Phone: (970) 240-5300



**DECISION RECORD**
**Environmental Assessment**
**DOI-BLM-CO-S000-2013-0001**
**Tri-State Montrose-Nucla-Cahone Transmission Line Improvement Project**

**DECISION**

I have decided to select Alternative A, Tri-State Transmission and Generation Inc.'s (Tri-State) Proposed Action (Selected Alternative) for implementation as described in the September 2, 2016 Tri-State Montrose-Nucla-Cahone Transmission Line Improvement Project Environmental Assessment (DOI-BLM-CO-S000-2013-0001). Based on my review of the Environmental Assessment (EA) and the project record, I have concluded that the Selected Alternative was analyzed in sufficient detail to allow me to make an informed decision.

**BACKGROUND**

Tri-State has submitted applications to the Bureau of Land Management (BLM) and the United States Forest Service (USFS), for right-of-way (ROW) grant amendments to the existing BLM ROW grants for a 115-kilovolt (kV) transmission line (COC-66840) and a fiber optic cable for 911 and internet services (COC-63427), and for a new special use authorization (SUA) from the USFS. In the application, Tri-State proposed to improve the existing 115 kilovolt (kV) Montrose-Nucla-Cahone (MNC) Transmission Line to a 230-kV transmission line, and to operate and maintain the new 230-kV transmission line and existing fiber optic cable.

The existing 115-kV system extends approximately 80 miles from the Montrose substation west of Montrose, Colorado, to the Nucla substation at the Nucla Power Plant, to the Cahone substation near Dove Creek, Colorado. The existing line crosses 35.7 miles of BLM-managed land (19.1 miles on Uncompahgre Field Office managed lands and 16.6 miles on Tres Rios Field Office managed lands) and 22.1 miles of National Forest System (NFS) lands (14.5 miles on Grand Mesa, Uncompahgre, and Gunnison National Forests and 7.6 miles on San Juan National Forest), with the balance (22.6 miles) on state and private land. The Selected Alternative includes the following components:

- A 230-kV transmission line from the existing Montrose substation, to a new substation (named Maverick) on private land near the existing Nucla-230-kV substation.
- A 230-kV transmission line from the Maverick substation to the Cahone substation.
- Upgrades to the Montrose and Cahone substations, both located on Tri-State property.
- A short deviation from the route to avoid canyon walls near the Cahone substation.
- Removal of the existing 115-kV structures and line following construction of the 230-kV line.
- Installation of the fiber optic cable.
- Use of 251 miles of road (including existing authorized, maintained access roads and other roads such as county roads and about 2.6 miles of new access road) crossing public, NFS, state, county, and private lands. About 71 of these miles are down-line access roads located under the existing 115-kV line.

BLM_0029214

- Tri-State will use the existing 115-kV 100-foot ROW for the upgrade to the greatest extent possible. The new 230-kV transmission line will require an additional 50 feet of ROW for a total ROW corridor width of 150 feet.

The BLM is the lead federal agency and prepared an EA with the following cooperating agencies: USFS; Colorado Energy Office; and Montrose, San Miguel and Dolores Counties.

## AUTHORITIES

The BLM's purpose and need is to respond to Tri-State's applications in a timely manner, in accordance with the 1985 BLM San Juan/San Miguel Planning Area Resource Management Planning Area Resource Management Plan (RMP), the Uncompahgre Basin RMP completed in 1989, and the 2015 Tres Rios Field Office RMP and Record of Decision and to identify any permit conditions necessary for resource protection and public safety. The agency's purpose is in accordance with the following laws, Memorandum(s) of Understanding (MOU), and Executive Orders (EO):

- Title V of the Federal Land Policy and Management Act (FLPMA) of 1976, as amended (43 United States Code [U.S.C.] 1761), gives authority to both agencies to grant, amend, or renew authorizations for ROWs for electrical transmission lines.
- Westwide Energy Corridor MOU, dated October 2009 and created under authority of the Energy Policy Act of 2005 (Public Law 109-58), requires federal agencies including the Department of Energy, Department of Agriculture, and Department of Interior, among others, to coordinate efforts in the siting and permitting process of electric transmission facilities on federal land.
- Section Two of EO 13212 requires agencies to expedite their review of energy-related permits or take other actions as necessary to accelerate the completion of such projects, while maintaining safety, public health, and environmental protections. Agencies shall take such action to the extent permitted by law and regulation, and where appropriate.

## COMPLIANCE AND MONITORING

Compliance and monitoring measures have been integrated into BLM-specified Stipulations (Attachment A) and Tri-State's Environmental Protection Measures ([EPM], Attachment B).

## TERMS/CONDITIONS/STIPULATIONS

Agency specified Stipulations (Attachment A) and EPMs (Attachment B) list the practical measures to avoid, minimize, or offset project-related effects in order to conserve and protect resources in the interest of the public. Tri-State has provided the BLM with a Plan of Development, entitled *Plan of Development Montrose-Nucla-Cahone Transmission Line Improvement Project* (Appendix D of the EA), which details how the transmission line and associated facilities will be constructed in compliance with the Stipulations and EPMs. The effectiveness of the avoidance and minimization measures has been reviewed for each resource, and no residual effects requiring mitigation have been identified.

## PLAN CONFORMANCE AND CONSISTENCY

BLM_0029215

The Selected Alternative and alternatives have been reviewed and found to be in conformance with the following BLM Land Use Plans and the associated decision(s):

- BLM San Juan/San Miguel Planning Area Resource Management Plan and Uncompahgre Basin Resource Management Plan (1985 and 1989)
- Tres Rios Field Office Resource Management Plan (2015)

Section 1.6 of the EA provides the Selected Alternative is in conformance with the plans listed above. Section 1.6 and 1.7 of the EA explain in further detail the applicable statutes, regulations or other plans in which the Selected Alternative must be in conformance. A preliminary consistency review did not expose any conflicts or inconsistencies between implementation of the Selected Alternative and San Miguel, Montrose, or Dolores County's land use codes. Final determinations will be made by county governments at the time of Tri-State's permit or authorization request.

The BLM, USFS, the Colorado State Historic Preservation Office (SHPO), and Tri-State have entered into a Memorandum of Agreement regarding treatment of cultural resources within the project area in accordance with the National Historic Preservation Act. Per the terms of the MOA, implementation of measures included in the Historic Properties Treatment Plan must be documented prior to issuance of any applicable Notice to Proceed (NTP).

The BLM's Biological Assessment (BA) concluded the Selected Alternative may affect, is likely to adversely affect Gunnison Sage-grouse (GuSG), designated GuSG critical habitat, and through groundwater depletion two San Juan River Basin endangered fish and their critical habitat. Section 7 Endangered Species Act Consultation concluded with receipt of the U.S. Fish and Wildlife Service's December 20, 2016 Biological Opinion documenting concurrence with the BA determinations.

The BLM has one designated and four nominated Areas of Critical Environmental Concern (ACEC) within the project area. The nominated ACECs are: the Dry Creek Basin Nominated ACEC, the Gypsum Valley Nominated ACEC, the Spring Creek Nominated ACEC, and the Snaggletooth Nominated ACEC.  Effects to these nominated ACECs will be negligible; the relevance and importance criteria of the four nominated ACECs will not be impacted as a result of the Selected Alternative.

**ALTERNATIVES CONSIDERED**

In addition to the Selected Alternative, the EA analyzes two additional action alternatives. The first, the Dolores Canyon Routing Option, was developed to evaluate options for minimizing visual effects while accommodating safe access for construction and for routine and emergency maintenance activities at the Dolores River crossing. The second, the Dry Creek Basin Routing Option, was developed in response to habitat concerns for the GuSG.

Alternatives considered but eliminated from detailed analysis include the following: Love/Anderegg Route, Undergrounding the Proposed Transmission Line through Dry Creek Basin, and Avoidance of Occupied GuSG Habitat. Alternatives considered but dismissed are discussed in Section 2.4 of the EA. A No Action Alternative, where the BLM and the USFS

BLM_0029216

would not approve Tri-State's request for a ROW grant amendment and SUA for improving the line was also analyzed.

## RATIONALE FOR DECISION

The Selected Alternative meets the purpose described in the authorities above. I choose the Selected Alternative because it will allow Tri-State to address aging infrastructure and system deficiencies as discussed in Section 1.2 of the EA. Compared to the Selected Alternative, selection of the No Action Alternative would result in impacts to Tri-State's ability to meet its reliability requirements and load-serving capability in Southwestern Colorado, which may result in extended outages in the near future.

Compared to the Dry Creek Basin Routing Option, the Selected Alternative will result in four fewer structures in the Dry Creek Basin (22 fewer than baseline conditions), have less potential visual effects from State Highway 141 and will reduce the potential for conflict with the San Miguel County Land Use Code/ Master Plan. The Selected Alternative also includes funding for a 500 acre-lek preservation and habitat improvement projects (see the Biological Resources Protection Plan, Appendix B of the Plan of Development).

Compared to the Dolores Canyon Routing Option, the Selected Alternative access roads will, to a larger extent be located on stable soils. In particular, Tri-State will avoid a 0.9 mile-long stretch on slopes exceeding 30%. In addition, the Selected Alternative will have low to moderate long term visual effects compared to moderate long term visual effects.

## PUBLIC INVOLVEMENT

The BLM and USFS have engaged the public at multiple stages throughout the drafting of the EA. The agencies began scoping on the proposed action on May 5, 2014 and accepted comments through June 4, 2014. The USFS published a legal notice in the two newspapers of record (the *Grand Junction Daily Sentinel* and the *Durango Herald)* announcing scoping. The BLM issued a press release and both the BLM and USFS updated their project websites to include the notice of scoping and links to project information and a letter, dated May 5, 2014 was mailed to the appropriate agencies, specific interested parties, and to the general public. The letter was sent to approximately 900 addresses. A total of 17 scoping comments were received; 1 of which was received outside of the scoping comment period. A summary of scoping activities is available on the BLM project website[1] or through the USFS Schedule of Proposed Actions website. Scoping comments were considered during the development of the EA.

A 30-day public EA review period was held from November 3 through December 3, 2015. In addition to the notifications described above, the agencies also sent copies of the EA to 31 libraries and agency offices in the project area and a public meeting was held on November 23,

---

[1] Located here: http://www.blm.gov/dvld

BLM_0029217

2015 in Dolores, Colorado.  Sixty-five comment submissions were received. Responses to those comments are documented in Appendix F of the EA.

The BLM and USFS released the Final EA and the USFS published a draft Decision Notice and Finding of No Significant Impact (FONSI) on September 2, 2016. The USFS published a legal notice in the two newspapers of record (the *Grand Junction Daily Sentinel* on September 6 and the *Durango Herald* on September 7*)* announcing publication of the Final EA and publication of the draft Decision Notice and FONSI. The BLM notified individuals and entities who commented during scoping or on the Preliminary EA, cooperating agencies, and tribes of the publication via letter. The BLM's project website was updated and a press release was issued.

**FONSI**

Based upon review of the EA and the supporting documents, the USFS Responsible Official and I and have determined that the Alternative A – Proposed Action (Selected Alternative), with the Stipulations and Environmental Protection Measures (Appendix D and associated appendices of EA), is not a major federal action and will not significantly affect the quality of the human environment individually or cumulatively with other actions in the general area. No environmental effects meet the definition of significance in context or intensity as defined in 40 Code of Federal Regulations (CFR) 1508.27; nor do they exceed those effects described in the land management plans and associated Environmental Impact Statements (EIS) listed above. Therefore, an EIS is not needed. A FONSI further describing the rationale for this determination will be published with this decision.

**IMPLEMENTATION DATE**

Ground disturbing activities cannot occur until the BLM and USFS issue NTPs. The BLM and the USFS will not issue NTPs until the Plan of Development has been approved and all the terms and conditions of authorizations are met.

BLM_0029218

**PROTEST/APPEALS**

This Decision shall take effect immediately upon the date it is signed by the Authorized Officer, and shall remain in effect while any appeal is pending unless the Interior Board of Appeals (IBLA) issues a stay (43 CFR 2801.10(b)). Any appeal of this decision must follow the procedures set forth in 43 CFR Part 4 (see Attachment C). Within 30 days of the decision, a notice of the appeal must be filed in the office of the Authorized Officer at the Southwest District Office, 2465 S. Townsend Ave, Montrose, CO 81401. If a statement of reasons for the appeal is not included with the notice, it must be filed with the Interior Board of Land Appeals, Office of Hearings and Appeals, U.S. Department of the Interior, 801 North Quincy St., Suite 300, Arlington, VA 22203 within 30 days after the notice of appeal is filed with the Authorized Officer.


_____          February 21, 2017
                                          _____
Joseph Meyer                              Date
Southwest District Manager

Attachments (3)
    A- Stipulations
    B- Environmental Protection Measures
    C- Appeal Form 1842-1

BLM_0029219

**ATTACHMENT A**
**STIPULATIONS**
**Tri-State Montrose-Nucla-Cahone Transmission Line**
**COC-66840**

## GENERAL

1. The holder shall follow the Plan of Development (POD) which is a component of the right-of-way application in the construction, operation and maintenance of the right-of-way. Where the POD differs from the Stipulations, the Stipulations shall be the overriding and controlling document.

2. The holder shall protect all survey monuments found within the right-of-way. Survey monuments include, but are not limited to, General Land Office and Bureau of Land Management Cadastral Survey Corners, reference corners, witness points, U.S. Coastal and Geodetic benchmarks and triangulation stations, military control monuments, and recognizable civil (both public and private) survey monuments. In the event of obliteration or disturbance of any of the above, the holder shall immediately report the incident, in writing, to the authorized officer and the respective installing authority if known. Where General Land Office/ Bureau of Land Management right-of-way monuments or references are obliterated during operations, the holder shall secure the services of a registered land surveyor or a Bureau cadastral surveyor to restore the disturbed monuments and references using surveying procedures found in the Manual of Surveying Instructions for the Survey of the Public Lands in the United States, latest edition. The holder shall record such survey in the appropriate county and send a copy to the authorized officer. If the Bureau cadastral surveyors or other Federal surveyors are used to restore the disturbed survey monument, the holder shall be responsible for the survey cost.

3. The holder shall comply with applicable state standards for public health and safety, environmental protection and construction, operation and maintenance, if these State standards are more stringent than Federal standards for similar projects.

4. The holder shall survey and clearly mark the centerline and/or exterior limits of the right-of-way, as determined by the authorized officer.

5. The authorized officer may suspend or terminate in whole, or in part, any notice to proceed which has been issued when, in his judgment, unforeseen conditions arise which result in the approved terms and conditions being inadequate to protect the public health and safety or to protect the environment. Holder shall, within 120 days following completion of the transmission line, submit proof of construction. Said proof shall include "as built" GIS maps of the transmission line, roads, and any ancillary facilities.

6. The holder shall comply with all local, state, and Federal ordinances, regulations, statutes, and laws in the construction, operation and maintenance of the project. In addition, the holder shall comply with all requirements of other authorizing agencies for

---

BLM_0029220

the project including obtaining Federal, state and local permits, licenses and approvals, including, but not limited to, any required approvals pursuant to the Clean Water Act.

7. There is reserved to the authorized officer the right to grant to third parties additional rights-of-way for compatible uses on, over, under, or adjacent to the land involved in this grant. The holder will be notified and have an opportunity to comment on any applications for grants or authorizations to third parties to use the land covered by and adjacent to this grant.

8. The holder shall construct, operate, maintain, and terminate the transmission line and related facilities within this right-of-way in conformance with the approved POD, which shall incorporate the Tri-State Montrose-Nucla-Cahone Decision Record, Memorandum of Agreement for management of cultural resources, the United States Fish and Wildlife Service's Biological Opinion, and other documents and/or permits as determined by the authorized officer. Any relocation, additional construction, or use that is not in accord with the approved POD shall not be initiated with the prior written approval of the authorized officer.

## GRANT MANAGEMENT

1. In the event that the public land underlying the right-of-way encompassed in this grant, or a portion thereof, is conveyed out of Federal ownership and administration of the right-of-way or the land underlying the right-of-way is not being reserved to the United States in the patent/deed and/or the right-of-way is not within a right-of-way corridor being reserved to the United States in the patent/deed, the United States waives any right it has to administer the right-of-way, or portion thereof, within the conveyed land under Federal laws, statutes, and regulations, including the regulations at 43 CFR Part 2800, including any rights to have the holder apply to the Bureau of Land Management (BLM) for amendments, modifications, or assignments and for BLM to approve or recognize such amendments, modifications, or assignments. At the time of conveyance, the patentee/grantee, and their successors and assigns, shall succeed to the interests of the United States in all matters relating to the right-of-way, or portion thereof, within the conveyed land and shall be subject to applicable State and local government laws, statutes, and ordinances. After conveyance, any disputes concerning compliance with the use and the terms and conditions of the right-of-way shall be considered a civil matter between the patentee/grantee and the right-of-way holder.

2. The holder of this right-of-way grant or the holder's successor in interest shall comply with Title VI of the Civil Rights Act of 1964 (42 United States Code 2000d et seq.) and the regulations of the Secretary of the Interior issued pursuant thereto.

3. It shall be the holder's responsibility to ensure that the BLM has the most current information on the holder's status for the management of the BLM right-of-way case file. The holder shall notify the authorized officer of any change in utility ownership, contact representative, address, or phone number.

BLM_0029221

4. Ninety days prior to termination of the right-of-way, the holder shall contact the authorized officer to arrange a joint inspection of the right-of-way. This inspection will be held to agree to an acceptable termination (and rehabilitation) plan. This plan shall include, but is not limited to, removal of facilities, drainage structures, surface material, recontouring, topsoiling, or seeding. The authorized officer must approve the plan in writing prior to the holder's commencement of any termination activities.

## CONSTRUCTION

1. The holder shall not initiate any construction or other surface disturbing activities on the right-of-way without the prior written authorization of the authorized officer. Such authorization shall be a written Notice to Proceed ([NTP], Form 2800-15 or other written notice) issued by the authorized officer or representative. Any NTP shall authorize construction or use only as therein expressly stated and only for the particular location(s) or use(s) therein described. A NTP will not be issued if the authorized officer finds that the holder has failed to comply with any applicable local, state, and Federal ordinances, regulations, statutes, and laws, including compliance with the Clean Water Act's requirements governing discharges into navigable waters of the U.S., or that project emissions will exceed applicable General Conformity *de minimis* thresholds for activities associated with construction on BLM public lands.

2. A copy of the complete right-of-way grant, including all stipulations and approved plan(s) of development, approved revisions, and applicable NTP shall be made available during construction, operation, and termination to the authorized officer, or any employee of the Department of the Interior, that has been delegated to exercise their authority with respect to this grant, or any contractor designated by the BLM.

3. Noncompliance with any stipulations will be grounds for an immediate temporary suspension of activities if it constitutes a threat to public health and safety or the environment.

4. The holder shall designate a representative(s) who shall have the authority to act upon and to implement instructions from the authorized officer. The holder's representative shall be available for communication with the authorized officer within a reasonable time when construction or other surface disturbing activities are underway.

5. Construction holes left open overnight shall be covered. Covers shall be secured in place and shall be strong enough to prevent livestock or wildlife from falling through and into a hole.

6. The holder shall provide for the safety of the public that may enter the right-of-way during construction. This includes, but is not limited to, barricades for open construction holes, and flagmen/women with communications systems.

7. The POD, as well as revisions to the POD, must be approved in writing by the authorized officer before commencement of work.

BLM_0029222

## WILDLIFE AND TIMING

1. Construction and non-emergency road and transmission line maintenance will be avoided during key time periods as documented in Tri-State's Seasonal Constraints Atlas and Environmental Protection Measures. There is a variance process outlined in the Plan of Development/Environmental Protection Measures Table to allow for modification of these restrictions with agency approval.

## CULTURAL

1. Any cultural and/or paleontological resource (historic or prehistoric site or object) discovered by the holder or any person working on his behalf, on public or Federal land shall be immediately reported to the authorized officer. Holder shall suspend all operations in the immediate area of such discovery until written authorization to proceed is issued by the authorized officer. An evaluation of the discovery will be made by the authorized officer to determine appropriate actions to prevent the loss of significant cultural or scientific values. The holder will be responsible for the cost of evaluation and any decision as to proper mitigation measures will be made by the authorized officer after consulting with the holder.

## SOILS

1. Road cuts will be stabilized and reseeded as directed by the surface management agency.

## REHABILITIATION

1. Upon completion of construction, the holder shall post as directed by the authorized officer, the Bureau serial number assigned to this right-of-way grant at the following location(s): gates used for administrative access, if applicable.

## SEED MIX/MULCH

1. The holder shall mulch disturbed areas designated by the authorized officer. The type of mulch shall meet one of the following requirements:

    (a) Straw used for mulching shall be from oats, wheat, rye, or other approved grain crops, and free from noxious weeds (must be **certified** weed free) or other objectionable material as determined by the authorized officer. Straw mulch shall be suitable for placing with mulch blower equipment.

    (b) Hay shall be of approved herbaceous mowings, free from noxious weed or other objectionable material as determined by the authorized officer. Hay shall be suitable for placing with mulch blower equipment.

    (c) Wood cellulose fiber shall be natural or cooked wood cellulose fiber, shall disperse readily in water, and shall be nontoxic. The homogeneous slurry or mixture shall be capable of application with power spray equipment. A colored dye that is

BLM_0029223

noninjurious to plant growth may be used when specified. Wood cellulose fiber shall be packaged in new, labeled containers.

## NOXIOUS AND INVASIVE WEEDS

1. Use of pesticides shall comply with the applicable Federal and state laws. Pesticides shall be used only in accordance with their registered uses and within limitations imposed by the Secretary of the Interior. Prior to the use of pesticides, the holder shall obtain from the authorized officer written approval of a plan showing the type and quantity of material to be used, pest(s) to be controlled, method of application, location of storage and disposal of containers, and any other information deemed necessary by the authorized officer. Emergency use of pesticides shall be approved in writing by the authorized officer prior to such use.

## ACCESS RESTRICTION AND ROADS

1. The holder is responsible for road maintenance commensurate with its use. The holder may make road maintenance plans known to all other authorized users of the road for the purpose to try to share joint maintenance responsibilities. Upon request, the authorized officer shall be provided with copies of any maintenance agreement entered into.

## FIRE

1. The holder shall indemnify the United States for any and all injury, loss or damage to life or property, including fire suppression costs, the United States may suffer as a result of losses, claims, demands or judgments caused by holder's use or occupancy of public lands under this grant.

2. Holder shall maintain the right-of-way in a safe, usable condition.

3. As provided in 43 CFR 2807.12(b)(1)-(5), the holder shall be strictly liable for any activity or facility associated with your right-of-way area which the BLM determines presents a foreseeable hazard or risk of damage or injury to the United States. BLM has determined that the permitted/authorized activity or facility, i.e., Tri-State's Montrose to Cahone 115/230kV electric transmission line, presents a foreseeable hazard or risk of damage and has also determined that the financial limitation of strict liability in this grant is $2,541,000.00 for any one incident. This strict liability amount shall be updated annually by BLM pursuant to 43 CFR 2807.12(b)(3) and 2886.13(b)(3).

4. When performing construction and maintenance (including emergency repairs) activities during the "closed" fire season (May 10 – October 20), as set by Colorado State Law, or during any other closed fire season prescribed by the BLM Colorado State Director, the holder, including any persons such as contractors, etc. working on their behalf, shall equip at least one on-site vehicle with firefighting equipment, including, but not limited to, fire suppression hand tools (i.e. shovels, rakes, Pulaski's, etc.), a 16-20 pound fire

BLM_0029224

extinguisher, and a sufficient supply of water for initial attack, with a mechanism to effectively spray the water (i.e. backpack pumps, water sprayer, etc.).

5. Within the bounds of the right-of-way, the holder shall provide and maintain a vegetation clearance of 75 feet around the base of wood poles or other facilities with the potential to catch and/or spread fire in accordance with NERC/FERC reliability standards FAC 003-4 for minimum clearance, as revised or superseded from time to time.

6. During conditions of extreme fire danger or when the State of Colorado and/or the BLM Colorado State Director issues a fire restriction order, operations shall be limited or suspended in specific areas, or additional mitigation measures may be required by the BLM authorized officer.

7. In accordance with 43 CFR 2805.12(d) (or subsequent revisions), the holder shall do everything reasonable to prevent fires on or in the immediate vicinity of the right-of-way. The holder will immediately report fires to the BLM authorized officer or local fire dispatch (970.240.1010) and take all necessary fire suppression actions, when safe to do so, with their personnel and equipment on any fires they cause to ignite

8. Holder shall maintain the condition of the origin area of the fire from further damage to enable the Fire Investigator to properly assess the origin area and cause of the fire.

9. The holder shall report to the Fire Investigator or BLM Incident Commander and shall not enter into the origin area on fires unless given permission to do so.

10. The holder will cooperate with the BLM in its efforts to investigate, suppress and respond to all future fires. The duty to "cooperate" includes, but is not limited to, the following duties regardless of whether BLM is on the scene:

    a) The duty to provide the BLM authorized officer or local fire dispatch (970.240.1010) with reasonable and timely notice concerning all fires involving the holder's facilities, or discovered during routine operations.

    b) The duty to share factual information with the BLM concerning fires, including but not limited to the names of holder's employees and/or contractors with knowledge of the incident; and to allow employees and/or contractors to be interviewed by BLM's investigators regarding factual information relating to a fire.

    c) The duty to preserve the point of ignition, fire scene and reasonably account to the BLM for holder's actions taken at the scene of a fire.

    d) The duty to minimize disturbance of potential evidence located at the scene; to not engage in any evidence collection or destructive testing without BLM and or its counsel's express written consent; to properly handle and preserve any evidence collected and to make all documents and evidence, including expert

BLM_0029225

reports, available to the BLM in a rapid and timely manner upon request of BLM and/or its counsel.

e)   The duty to not hamper the BLM investigation of origin and cause of the fire; and to reasonably assist BLM's investigation at the scene.

f)   The duty to provide information upon request of BLM and/or its counsel concerning the construction, monitoring, inspection, maintenance and/or repairs of any of holder's facilities located at or adjacent to a  fire.

g)   The duty to provide information upon request of BLM and/or its counsel concerning the monitoring, inspection, and or alteration by holder of any condition on public land, including but not limited to, public land adjacent to any of the holder's facilities.

h)   The duty, during BLM fire suppression efforts: to defer to and follow the instructions of the BLM's Incident Commander regarding activities within the boundaries of the fire and checking in and out of the fire; and to recognize BLM's primary authority over the scene.

BLM_0029226

# ATTACHMENT B
# ENVIRONMENTAL PROTECTION MEAURES
## Tri-State Montrose-Nucla-Cahone Transmission Line
## COC-66840

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| *General* | | |
| G-1 | Tri-State and its contractors will comply with all federal, state and local environmental laws, orders and regulations. Tri-State will comply with applicable San Miguel, Dolores, and Montrose County Land Use Code provisions, and Special Use Permit conditions of approval. Prior to construction, all construction personnel will be instructed on the protection of cultural and ecological resources. | C and O&M |
| G-2 | Tri-State will discuss with the Contractor/Maintenance staff areas of environmental sensitivity within the project area, and, in particular, those areas where a monitor must be present during construction and future heavy maintenance. | C and O&M |
| G-3 | Tri-State will contract an agency approved and qualified transmission construction environmental monitor who will be present at all times when working on federal and state lands as well as on private lands when work will occur in proximity to sensitive biological, paleontological or cultural resources. The environmental monitor will be responsible for keeping Tri-State and its contractors in compliance with the Final POD and associated permits/easements. The environmental monitor will report any compliance concerns to the agencies' authorized representative and Tri-State's chief environmental compliance officer concurrently within 24 hours or less of all reportable violations. The environmental monitor will be given full authority to halt construction if an activity will result in non-compliance with any terms of grants, permits, easements and associated committed environmental protection and mitigation measures approved for the project.  Tri-State would also employ a monitor for "heavy maintenance" activities in sensitive habitat including historic properties/eligible cultural resources. | C |
| G-4 | Tri-State and its contractors will adhere to the Final POD which includes keeping all construction and future maintenance activities within the permitted transmission and access road ROWs. Any deviation from the Final POD will require submittal and approval of a variance request to the BLM/USFS.<br><br>The Final POD will include environmental protection measures (EPMs) applicable to future routine and emergency maintenance activities including vegetation management. All construction plans will be approved by the agencies before the Notice to Proceed (NTP) is issued by BLM. | C and O&M |
| G-5 | The project will be planned, constructed, operated, and maintained in accordance with the Finding of No Significant Impact (FONSI), ROW grant (BLM), special use authorization (USFS), and requirements of other federal, state and local permitting agencies. | C and O&M |
| G-6 | Tri-State will notify the BLM, USFS, and appropriate landowners regarding the schedule and scope of work for construction of the transmission line as well as for future major maintenance activities. A pre-construction meeting will be held with Tri-State, its contractors, environmental monitors, and agency representatives to review environmental and land use compliance for the project. | C and O&M |

BLM_0029227

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| *Access Routes (also see Traffic section, T-1 and T-2)* | | |
| AR-1 | No construction or heavy maintenance activities will be performed during periods when the soil is too wet to adequately support equipment and vehicles. If equipment or vehicles create ruts in excess of 4 to 6 inches deep for a distance of 10 feet on native surface roads, the soil will be deemed too wet to adequately support construction equipment. If equipment or vehicles create ruts in excess of 2 inches deep on graveled roads, the roads will be deemed too wet to support construction equipment. | C and O&M |
| AR-2 | Only the minimum amount of soils and vegetation necessary for the construction and maintenance of the access routes and the safe and reliable operation of transmission line will be disturbed. If excavation is necessary, topsoil (if present) will be conserved and reused as cover on disturbed areas to facilitate re-growth of vegetation. Vegetation will be cleared from those areas necessary to obtain adequate working width and turning radius space for maintenance equipment and allow for the safe operation of the transmission line. | C and O&M |
| AR-3 | Tri-State's construction contractor and maintenance crews will be required to remain within authorized access ROWs. Access outside of permitted access ROWs will need to be approved by the affected land management agency/owner prior to use. Future maintenance work will also occur entirely within the transmission and access ROWs unless otherwise authorized by the affected agency/landowner. | C and O&M |
| AR-4 | Tri-State and its contractor(s) will work with the BLM and USFS regarding travel restrictions as well as the need, location and type of closure devices that will be utilized and installed to protect key areas along access roads and to clarify which roads are being used for administrative purposes only. Tri-State will provide funding for closure devices and informational signage. All rights-of-way will be maintained to allow BLM and USFS personnel access at any time, especially in the event of emergencies (e.g. fires). | C and O&M |
| AR-5 | Tri-State will design, construct and maintain access roads to BLM/USFS road standards through coordination with the authorized agencies road engineer and obtain design approval from the relevant agency road engineer prior to construction. In areas where more than 3 feet of grading is required (Tri-State improvement Level 3b), Tri-State will coordinate with the BLM and USFS engineers prior to the initial work on the ground to strategize on how the work can be accomplished with the minimum amount of surface disturbance.<br><br>Tri-State will use the USFS/USID's (United States Agency for International Development) Low-Volume Road Engineering: Best Management Practices Field Guide and the BLM Gold Book to minimize soil losses, erosion and unstable slope conditions. These measures include: maintenance of soil erosion features such as dips and cross drains, repair of ditches, clearing of culverts and avoiding maintenance during wet periods. | C and O&M |
| AR-6 | Tri-State will work with the USFS to maintain locked gates to restrict access south of the Big Water Springs Road and on both sides of Forest Road 509 in the San Juan National Forest (east of Dolores Canyon). | C and O&M |

BLM_0029228

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| AR-7 | *Emergency Maintenance Access:*<br>Emergency access will be allowed during any time of the year. In the event of an emergency, Tri-State and its contractor(s) will notify the BLM and/or USFS/landowner as soon as possible. Tri-State will meet with BLM and/or USFS/landowner onsite after an emergency to determine the required rehabilitation work and to establish a rehabilitation schedule.<br>If emergency access to the transmission line is required during wet weather, or if other maintenance activities result in the removal of vegetation, or substantial vehicle impacts to existing native vegetation, revegetation of disturbed areas will be completed as directed by the BLM/USFS or affected landowner. Reclamation and revegetation will be implemented, as required, as soon as practical after any emergency road access or maintenance work needed to repair the transmission line.<br>If emergency line maintenance is required during the winter or spring months, care will be taken to minimize erosion and sedimentation to the extent practicable and effects will be mitigated after the emergency has been resolved in coordination with the affect land management agency or landowner. | O&M |
| *Aesthetics/Visual Resources* | | |
| A-1 | Tri-State and its contractors will exercise care to preserve the natural landscape, and will conduct construction operations so as to prevent any unnecessary destruction, scarring or defacing of the natural surroundings in the vicinity of the work. Except where clearing is required for permanent work, approved temporary or permanent construction roads, staging areas or excavation operations, vegetation will be preserved and will be protected from damage by the contractor's construction operations and equipment. | C |
| A-2 | Tri-State and its contractor(s) will minimize scarring, defacing, damage, or destruction of the natural landscape resulting from construction operations; any unnecessary or unauthorized disturbance will be repaired by the contractor to the satisfaction of the agency authorized officer. | C |
| A-3 | All construction and future maintenance materials, waste, and debris will be removed from the project area in a timely manner. Burning or burying of waste materials on the ROW or construction sites will not be allowed. All materials resulting from the contractor's clearing operations will be removed from the ROW. | C and O&M |
| A-4 | Structures and access roads will be located and designed to conform to the terrain and to minimize visual effects whenever possible. Specifically, visibility from Key Observation Points (KOPs) will be considered at the Dolores River crossing. (See A-6.)<br>Leveling and benching of the structure sites will be done to the minimum extent necessary to allow for construction and future maintenance operations. Existing cleared or disturbed areas will be used to the extent practicable for staging areas and other temporary use areas. | C |
| A-5 | Tri-State and its contractor(s) will attempt to manage vegetation within the ROW in a manner that reduces the visual effect by only removing non-compatible vegetation that could pose a threat to the transmission line in the next 10 years and leaving compatible vegetation in the ROW. The first priority is to allow Tri-State to meet their federal reliability standards for vegetation management within and adjacent to the transmission ROW. | C and O&M |
| A-6 | In order to minimize visual effects from the transmission line from a design perspective, Tri-State has committed to utilizing non-specular conductor, applying acid-etched galvanized finish or weathering finish to all steel structures including steel fence, and using gray porcelain insulators. | C |

BLM_0029229

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| A-7 | EPM VG-2 through VG-9 will minimize visual effects from project construction and operation by reclaiming areas of temporary disturbance and minimizing vegetation removal to tall woody vegetation required for the safe construction, operation, and maintenance of the transmission line. | C and O&M |
| A-8 | The alignment of any new access roads will follow the designated area's landform contours where practical, provided that such alignment does not additionally affect resource values. This will minimize ground disturbance and reduce scarring (visual contrast). | C |
| *Air Quality* | | |
| AQ-1 | Tri-State and its contractor(s) will utilize practicable methods and devices as are reasonably available to control, prevent, and otherwise minimize atmospheric emissions or discharges of air contaminants. | C and O&M |
| AQ-2 | Possible construction related dust disturbance will be controlled by the periodic application of water to all disturbed areas along the ROW and access roads, thus preventing any visible dust plumes from project-related traffic or excavation activities. | C |
| AQ-3 | Vehicles and equipment showing excessive emission of exhaust gases due to poor engine adjustments or other inefficient operating conditions will not be operated until corrective adjustments or repairs are made. | C and O&M |
| AQ-4 | Post seeding mulch or other approved methods will be utilized during reclamation activities to help reduce wind erosion and blowing dust. Soil stabilization will be performed as soon as possible after completion of project activities to minimize potential fugitive dust generation as re-vegetation occurs. | C and O&M |
| AQ-5 | The contractor will turn off equipment when it is not in use. | C and O&M |
| AQ-6 | When wind speeds exceed 20 miles per hour (mph), Tri-State and contractors will minimize new disturbance to the extent possible and/or mobilize additional water trucks to minimize fugitive dust from exposed surfaces. Also see AQ-4. | C |
| *Biological Resources and Federally Listed Species* | | |
| BR-1 | Tri-State and its contractor(s) will also restrict construction activities and future major routine maintenance activities in elk production areas on lands administered by the USFS and BLM administered lands in lands in accordance with the respective Resource Management Plans and Land Management Plans. These timing restrictions on federal lands will be adhered to whenever feasible and a waiver will be required from the land management agency in coordination with Colorado Parks and Wildlife (CPW) if construction needs to occur in sensitive big game habitats during sensitive time periods. Prior to the Notice to Proceed, Tri-State will update the POD atlas to identify seasonal restrictions for big game per direct guidance from the USFS, BLM, and CPW. | C and O&M |

BLM_0029230

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| BR-2 | To ensure compliance with the Migratory Bird Treaty Act, Tri-State and its contractor(s) will incorporate BLM, USFS, CPW, and US Fish and Wildlife Service (USFWS) guidelines for raptor protection if construction occurs during the breeding season. Raptor nest surveys will be conducted prior to construction. If an active raptor nest is found within the project area, seasonal buffers and timing restrictions will be determined through coordination with the affected agency and will utilize guidance as outlined in CPW's Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors (CPW 2008) on BLM UFO, private, State, and USFS administered lands. Separate guidance will be followed on lands in the BLM Tres-Rios Field office (TRFO). Buffers will be determined according to species, existing disturbance in the area, and line of sight. If complete avoidance of a buffer is not feasible, a qualified biological monitor could be used to observe the nest during construction activities to ensure the activity does not disturb nesting activities. The biological monitor will have the authority to halt or modify construction if an activity is likely to result in nest abandonment. | C and O&M |
| BR-3 | No bald or golden eagle nests are known to occur within 0.5 mile of any portion of the project. Surveys will be conducted prior to construction to identify any active nest or roost location within 0.5 miles of the transmission ROW and associated access roads. If an active eagle nest is found prior to construction, no work will be permitted within 0.5 mile of the active nest from December 15 through July 15 unless otherwise authorized by the USFWS. Historically, bald eagle communal roosting site and winter concentration areas have been documented along the San Miguel and Dolores Rivers, Wrights Mesa, Dry Creek Basin, and Disappointment Valley. Activity will be restricted from November 15 through March 15 if an active communal roost is found within 0.5 miles the proposed project activities during pre-construction surveys unless otherwise authorized by the USFWS. If complete avoidance of a nest or roost buffer is not feasible, the USFWS will be contacted to approve a modified buffer or approve use of a qualified biological monitor to observe the nest during construction activities to ensure the activity does not disturb nesting activities. The biological monitor will have the authority to halt or modify construction if an activity is likely to result in nest abandonment. If USFWS determines take may occur, Tri-State will obtain an eagle take permit from the USFWS prior to construction. The same process will apply to future major maintenance activities. | C and O&M |
| BR-4 | Once pre-construction surveys have been completed, the Final Construction Constraints Atlas will be updated to reflect appropriate seasonal restrictions and buffers to ensure construction activities are in compliance with the Migratory Bird Treaty Act and the Bald and Golden Eagle Protection Act. Seasonal avian restrictions will also apply to heavy maintenance activities as defined in the POD. | C and O&M |
| BR-5 | On State owned lands, USFS, and private property, if a prairie dog colony is found within the project area prior to construction, and construction is scheduled to occur during the breeding season for burrowing owls (April 1 through September 1), surveys will be conducted using CPW's approved protocol. If prairie dog colonies occur on BLM lands, burrowing owl surveys will be conducted using protocol from the TRFO BLM. If an active nesting burrow is found, it will be avoided by a buffer of 0.25 miles from March 15 through August 15 or until the young have fledged and left the nest. | C and O&M |
| BR-6 | In order to preclude avian electrocutions and minimize collision risk, Tri-State has incorporated guidelines developed by the Avian Power Line Interaction Committee (APLIC) and USFWS (APLIC 2012) to protect birds on power lines. | C |

BLM_0029231

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| BR-7 | The construction contractor will be required to avoid active burrows whenever feasible within the ROW during project construction to minimize impacts to ground dwelling species. | C |
| BR-8 | Structure holes will be covered when work is completed each day to prevent entrapment of wildlife. | C |
| BR-9 | Impacts to wildlife and special status species habitats will be minimized through incorporation of EPMs included under Vegetation and Water Resources. | C and O&M |
| BR-10 | If vegetation removal occurs during the spring and summer months, Tri-State will conduct pre-construction surveys to ensure compliance with the Migratory Bird Treaty Act. Tri-State will map active nests and flag and avoid any active nests identified. | C and O&M |
| BR-11 | Tri-State and its contractors will site transmission structures and access roads to avoid BLM/USFS sensitive plant species to the greatest extent feasible. Where sensitive plants are located adjacent to the transmission structures or access roads, fencing/ropes/signs will be installed to prevent construction crews from impacting BLM/USFS sensitive plants. Management of fugitive construction dust as discussed under water resources and quality will also minimize indirect effects to sensitive plant species. | C |
| BR-12 | Emergency maintenance activities will be permitted any time of year to ensure electric reliability and to protect the public health and safety. Examples of emergency maintenance activities include wires on the ground, structure repairs required as a result of severe weather incidents and vandalism activities. The affected agencies will be notified as soon as possible, but within 48 hours of the activities occurring and any required reclamation will be completed as soon as possible. | O&M |
| *Gunnison Sage-Grouse* | | |
| GUSG-1 | Tri-State will utilize single-pole structures to reduce perching surfaces for GuSG avian predators through Dry Creek Basin. | C |
| GUSG-2 | Tri-State and its contractor(s) will install perch discouragers on the horizontal portions of the steel structure including the pole tops in Dry Creek Basin. | C |
| GUSG-3 | Tri-State will utilize self-supporting steel structures in GuSG occupied habitat to reduce GuSG and other avian and wildlife collisions with guy wires. | C |
| GUSG-4 | The project will comply with the 0.6-mile No Surface Occupancy Buffer for lek sites and there are no access roads proposed within 0.6-mile of an active lek. In addition, the project does not occur within 0.6 miles of riparian habitat or documented GuSG concentration areas. | C |
| GUSG-5 | Tri-State's transmission line and access road construction along the existing alignment will not occur within occupied habitat from March 1 through June 30th. | C |
| GUSG-6 | Planned heavy maintenance activities by Tri-State's and its contractor(s) including structure replacement, cross arm replacement, and replacement/re-pair of the conductor/fiber optic cable (OPGW) will not occur March 1 through June 30 in GuSG occupied habitat. Light maintenance activities such as annual inspections, hardware tightening, pole testing, and insulator replacement will be permitted year-round. However, during the lekking season, these activities will occur after 10:00 a.m. | O&M |

BLM_0029232

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| GUSG-7 | Emergency maintenance activities will be permitted any time of year to ensure electric reliability and to protect the public health and safety. Examples of emergency maintenance activities include wires on the ground and structure repairs required as a result of severe weather incidents and vandalism activities. The affected agencies will be notified within 48 hours of the activities occurring and any required reclamation will be completed as soon as possible. | O&M |
| GUSG-8 | Maintenance and construction crews will be required to drive 35 miles per hour (mph) or less on all roads associated with GuSG occupied habitat in Dry Creek Basin (with the exception of SH 141) to minimize vehicle collisions with GuSG. | C and O&M |
| GUSG-9 | An agency approved environmental monitor will be present at all times during construction in GuSG occupied habitat to ensure compliance with any and all environmental protection and mitigation measures identified in the Environmental Assessment (EA) and Biological Assessment (BA). The environmental monitor is given full authority to stop or modify construction activities that may be affecting GuSG and other sensitive resources. | C |
| GUSG-10 | Construction and maintenance crews will be required to go through formal environmental training prior to the initiation of construction and maintenance activities in GuSG habitat to ensure compliance with all approved EPMs and mitigation measures for the project. | C and O&M |
| GUSG-11 | Any areas disturbed during project construction and future maintenance activities will be reclaimed using an approved weed-free native seed mix beneficial to GuSG, as provided by the affected land management agency/landowner. | C and O&M |
| GUSG-12 | Tri-State and its contractor(s) will treat noxious weeds infestations per NW-1 through NW-8 to minimize habitat effects impacts to GuSG. | C and O&M |
| GUSG-13 | Tri-State will monitor and maintain the condition of the perch discouragers for the life of the transmission line. Tri-State in coordination with BLM and CPW will monitor the efficacy of the perch discouragers installed in occupied habitat for GuSG for two years. This will include one year of pre-construction monitoring to evaluate current perching activity on the existing 115-kV line. | O&M |
| GUSG-14 | A draft GuSG design minimization and conservation strategy has been prepared by Tri-State for the existing alignment through Dry Creek Basin. This draft minimization strategy can be found in the *Biological Resource Plan, Appendix B*. | C and O&M |
| GUSG-15 | Establish and implement a fire prevention and suppression plan for construction and future heavy maintenance activities. Adhere to seasonal fire restrictions and stipulations which may include:<br>• Educate crews how to enforce and practice appropriate fire prevention and suppression actions and behavior.<br>• Minimize idling during construction and routine maintenance activities.<br>• Park vehicles in designated parking or construction areas. Avoid parking over tall, dry vegetation.<br>• Implement use of spark arrestors. | C and O&M |
| GUSG-16 | Any areas disturbed during project construction and future maintenance activities will be reclaimed using an approved weed-free, native seed mix as provided by the affected land management agency/owner. | C and O&M |
| GUSG-17 | Tri-State will design access and pad sites for structures locations in a manner that minimizes effects to the greatest extent feasible while also allowing for the safe operation of construction of maintenance and construction equipment. | C |

BLM_0029233

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| *Cultural Resources* | | |
| CR-1 | Prior to construction and future heavy maintenance activities, all construction personnel will be instructed on the protection of cultural and paleontological resources with reference to relevant laws and penalties, and the need to cease work in the location if cultural resource items are discovered. | C and O&M |
| CR-2 | Should any previously unknown historic/prehistoric sites or artifacts be encountered during construction, all land altering activities at that location will be immediately suspended and the discovery left intact until such time that the appropriate land management agency is notified and appropriate measures taken to assure compliance with the National Historic Preservation Act and enabling legislation. | C and O&M |
| CR-3 | Cultural Resources—Inadvertent Discovery: Pursuant to 43 Code of Federal Regulations (CFR) 10.4 (g); Tri-State will notify the authorized officer, by telephone with written confirmation, immediately upon the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony or possible vertebrate fossils. Further, pursuant to 43 CFR 10.4 (c) and (d), Tri-State will stop activities in the vicinity of the discovery and protect it until notified to proceed by the authorized officer. | C and O&M |
| CR-4 | Sensitive cultural resource locations (historic properties) in proximity to the area of potential effect will be flagged prior to construction and major maintenance activities to ensure avoidance. A qualified and agency approved cultural resource monitor will be on site when construction activities are planned in proximity to cultural resources to ensure historic properties are not disturbed. | C and O&M |
| CR-5 | Cultural resource inventories will be completed for areas that were not previously surveyed and the existing treatment plan will be appended to include newly documented areas of unavoidable disturbance to historic resources. The Memorandum of Agreement (MOA) and agency approved appended treatment plan will be updated and implemented prior to the start of any construction activities. | C |
| CR-6 | Tri-State and its contractors will comply with the historic properties treatment plan approved by the BLM, USFS, and the State Historic Preservation Office (SHPO) to ensure unavoidable effects to historic properties are properly mitigated. | C and O&M |
| CR-7 | Construction activities within the boundaries of historic properties will be limited to permitted access roads or noncontributing areas of sites, or mitigated or monitored as specified in the Treatment Plan for any off-road travel necessary."See also AR-1 which addresses rutting in wet road conditions. | C |
| CR-8 | To the extent feasible, as allowed by transmission line design requirements, Section 106 implementing procedures (36 CFR 800) will be followed for the portions of the area of potential effect not yet surveyed. | C |
| *Fire Prevention/Control* | | |
| FP-1 | Construction vehicles will be equipped with government approved spark arrestors. | C and O&M |
| FP-2 | Tri-State and its contractor(s) will maintain in all construction and maintenance vehicles a current list of local emergency response providers and methods of contact/communication. | C and O&M |
| FP-3 | A fire plan is included in the Final POD and will be adhered to during transmission construction and maintenance activities. | C and O&M |

BLM_0029234

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| FP-4 | The following procedures will be followed by Tri-State and its contractors to reduce fire danger during project construction and future maintenance activities:<br>• The BLM, USFS, and CPW will be kept appraised of Tri-State work locations during times of high fire danger to provide for evacuation purposes and fire alert opportunities.<br>• The nearest federal agency as well as the local fire department will be notified in the event a construction or maintenance crew observes a lightning strike or other suspicious smoke.<br>• Tri-State's contractors and maintenance crews will avoid parking hot vehicles in contact with dry vegetation.<br>• Vegetation will be removed around the structure (roughly a 75-foot radius) to allow bucket truck access which will help minimize effects to the power line in the event of a wildfire.<br>• Vegetation management within and adjacent to the ROW will minimize risk to the transmission line and federal, state, and private lands. | C and O&M |
| *Hazardous Materials* | | |
| HM-1 | Tri-State and its contractors will comply with all applicable federal laws and regulations existing or hereafter enacted or promulgated regarding toxic substances or hazardous materials during both construction and future maintenance activities. In any event, Tri-State and its contractors will comply with the Toxic Substance Control Act of 1976, as amended (15 United States Code 2601, et seq.) with regard to any toxic substances that are used, generated by or stored on the ROW or on facilities authorized under this ROW grant (See 40 CFR, Part 702-799 and especially, provisions on polychlorinated biphenyls, 40 CFR 761.1-761.193.) Additionally, any release of toxic substances (leaks, spills, etc.) in excess of the reportable quantity established by 40 CFR, Part 117 will be reported as required by the Comprehensive Environmental Response, Compensation and Liability Act of 1980, section 102b. A copy of any report required or requested by any federal agency or state government as a result of a reportable release or spill of any toxic substance will be furnished to the authorized officer concurrent with the filing of the reports to the involved federal agency or state government. | C and O&M |
| HM-2 | No bulk fuel storage will occur within the public lands portion of the ROW project. All fuel and fluid spills within this area will be handled in accordance with appropriate state and federal spill reporting and response requirements. Tri-State's contractor will notify Tri-State of any spills so appropriate notifications can be made to the appropriate regulatory authorities/landowners and managers. | C and O&M |

BLM_0029235

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| HM-3 | The following hazardous materials management procedures will be used during maintenance and operation activities:<br>• Storage of hazardous materials, chemicals, fuels, and oils and fueling of construction equipment will not be performed within 100 feet of an ephemeral drainage.<br>• An effort will be made to store only enough products required to do the job.<br>• Materials will be stored in a neat, orderly manner, in appropriately closed containers, in secondary containment and, if possible, under a roof or other enclosure.<br>• Products will be kept in their original containers with the original manufacturer's label.<br>• Substances will not be mixed with one another unless recommended by the manufacturer.<br>• Whenever possible, all of the product will be used up before disposing of the container.<br>• Manufacturer's recommendations for proper use of a product will be followed.<br>• If surplus product must be disposed of, local and state recommended methods for proper disposal will be followed. | C and O&M |
| HM-4 | Any waste generated as a result of the project will be properly disposed in a permitted facility. Solid waste generated during construction and periodic maintenance periods will be minimal. All hazardous materials will be handled in accordance with applicable local, state, and federal hazardous material statutes and regulations. | C and O&M |
| *Land Use* | | |
| LU-1 | All activities associated with the construction, operation and maintenance of the transmission line will take place within the authorized limits of the transmission line ROW and access routes. Additional access routes or cross-country travel will not be allowed outside of the authorized routes prior to review and approval by the affected land management agency authorized officer/landowner. | C and O&M |
| LU-2 | Tri-State will notify private landowners that will be affected during project construction and provide compensation if new easement agreements are required prior to construction. | C |

BLM_0029236

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| LU-3 | Tri-State will coordinate throughout the planning and construction phases of the project with other ROW grant/Special use permit holders/other lessees within the project area to ensure there are no conflicts or effects to existing land uses. It is Tri-State's and industry standard practice to design and build infrastructure to avoid possible safety and operational concerns from existing land uses (oil and gas, water and gas pipelines, grazing, etc.). Tri-State will work with affected oil and gas and other operators in the project area during project design, construction, and operations on a case-by-case basis. In general Tri-State will: <br><br> • Contact all affected operators in the study area to explain the project and <br> • Work with operators to identify areas that may require special design considerations on a case-by-case basis. This could include conducting field visits with operators, identifying pipelines that may require cathodic protection (due to proximity to the transmission line), or specific design considerations if they are located under or near access roads; or identifying areas where subsidence may be a concern. As part of these discussions, best management practices and standard operating procedures will be identified on a case-by-case basis, as well as measures that will be implemented to minimize effects to operators during construction. Tri-State will continue to work with operators throughout construction and operation of the project. | C |
| LU-4 | The contractor will maintain all fences, brace panels, gates, and cattle guards during the construction period. Any fence, brace panel, or gate damaged during construction will be repaired immediately by the contractor to appropriate landowner or agency standards as determined by the authorized officer. Tri-State would maintain gates on Tri-State's administrative routes only. | C and O&M |
| LU-5 | The contractor will eliminate, at the earliest opportunity, all construction ruts that are detrimental to agricultural operations and/or hazardous to movement of vehicles and equipment. Such ruts will be leveled, filled and graded, or otherwise eliminated in an approved manner. Damage to ditches, tile drains, culverts, terraces, local roads, and other similar land use features will be corrected as necessary by the contractor. The land and facilities will be restored as nearly as practicable to their original condition. | C |
| LU-6 | Structure foundation holes will not be left open overnight and will be covered. Covers will be secured in place and will be strong enough to prevent livestock, wildlife, or the public from falling through and into a hole. | C |
| LU-7 | Tri-State will provide as-built drawings to federal agencies when construction is completed. | C and O&M |
| *Noise* | | |
| N-1 | Construction vehicles and equipment will be maintained in proper operating condition and will be equipped with manufacturers' standard noise control devices or better (e.g. mufflers, engine enclosures). Improperly functioning equipment will be removed from the construction site until the issue is corrected. | C and O&M |
| N-2 | Noise associated with project construction activities shall comply with C.R.S 25-12-103(5). Maximum permissible noise levels. Post construction noise levels for project operation shall comply with C.R.S. 25-12-103(12) | C and O&M |

BLM_0029237

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| *Noxious Weeds* | | |
| NW-1 | Noxious weed management is required throughout the life of the transmission line easements, special use permits, and ROW Grant. Tri-State shall be responsible for weed control within the limits of the right-of-way. Tri-State is responsible for consultation with the authorized officer and/or local authorities for acceptable weed control methods (within limits imposed in the grant stipulations) including pesticides/herbicides approved for use on BLM land.<br><br>A noxious weed MOU is already in place with the USFS for the transmission line. If noxious weed agreements are not in place by the initiation of ROW clearing in spring of 2017, Tri-State will supplement USFS weed treatment efforts as needed prior to construction. Tri-State will pre-treat noxious weeds on BLM and private lands (where permitted) in the spring of 2017. Noxious weed management will continue throughout the life of the transmission line via agreements with the USFS and BLM. | C and O&M |
| NW-2 | Tri-State will continue to participate and voluntarily fund noxious weed management activities on Tri-State ROWs under the existing Collection Agreement between Tri-State and the USFS for the Grand Mesa Uncompahgre Gunnison (GMUG) NF and San Juan National Forest (SJNF) (this agreement covers 18 miles of the existing transmission ROW). Additional detail will be provided in the Final POD (Appendix S, Noxious Weed Management Plan). The existing agreement with between Tri-State and the USFS is also in accordance with USFS direction for invasive species management (including Forest Service Manual 2900 invasive species management; Forest and/or regional invasive species strategy).<br><br>The same approach to noxious weed management is proposed on BLM administered lands and a draft agreement is currently being drafted. The POD will be updated with this finalized BLM Uncompahgre Field Office and Tres Rios agreement. Tri-State will participate and fund noxious weed management activities on Tri-State ROWs under a Collection Agreement between Tri-State and the BLM GMUG and Tres Rios. Additional detail will be provided in the Final POD (Appendix S, Noxious Weed Management Plan). An approved weed treatment plan shall be reviewed and approved by the BLM prior to the issuance of the Notice to Proceed. | C and O&M |
| NW-3 | The reclamation and noxious weed management plan will be approved by the appropriate agency prior to the issuance of a ROW grant. The noxious weed management plan for areas not covered under pending agreements with the BLM and existing agreements with the USFS will be developed in accordance with appropriate land management agencies' standards, consistent with applicable regulations and agency permitting stipulations for the control of noxious weeds and invasive species (Executive Order 3112). | C and O&M |
| NW-4 | On-site weed control for pre-construction activities that may occur prior to implementation of a noxious weed agreement with the BLM and on private lands will be conducted through herbicide use and a weed control plan and/or agreement approved by the BLM, CPW, and affected landowner (on private lands). The BLM requires a Pesticide Use Proposal package, and will approve proposed herbicides, treatments and time of treatment. Applicators are also legally required to supply the BLM with a written herbicide application record within 24 hours of applying herbicides on BLM-managed lands. The pesticide use proposal should be submitted to the agencies by March 1, annually. Application records will be submitted weekly and will include both spatial and tabular element (using forms provided by the agencies). | C |

BLM_0029238

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| NW-5 | All heavy equipment, including all-terrain vehicles (ATV) and lowboys, utilized during construction will be washed prior to departure from the equipment storage facility. This method promotes containment of weed seeds on the work site; all seed mixes and mulch used for reclamation activities will be certified weed-free. Tri-State will consider providing a portable/mobile vehicle wash station on-site where appropriate. Tri-State will require that all vehicles be washed prior to entering the project area; when travelling from an area infested with invasives to an area that has no known invasives; and when travelling from an area infested with spotted knapweed to any other parts of the project area. | C and O&M |
| NW-6 | Pre-construction treatment of weeds in staging or temporary use areas will be conducted. | C |
| NW-7 | Noxious weed treatments conducted outside of agreements with BLM and USFS will require avoidance and/or minimization measure to protect documented populations of rare plant species that are included in the project's constraints atlas (POD Appendix G). | C and O&M |
| NW-8 | Noxious weed treatment conducted outside of Federal lands shall comply with Land Use Code 5-1002-E.IX. | C and O&M |
| *Paleontological Resources* | | |
| PA-1 | In consultation with applicable agencies, a paleontological resource monitoring and mitigation plan will be prepared for locations (if any), where construction will disturb geologic units with high Potential Fossil Yield Classification (PFYC) of high (PFYC) 4) or very high (PFYC 5) resource potential. The plan will include specific monitoring locations, monitoring and fossil salvage and data collection procedures, notification procedures in the event of a scientifically significant discovery, and notification procedures in the event of a fossil discovery by construction personnel in areas that are not monitored. | C |
| *Recreation* | | |
| R-1 | Tri-State and its contractor(s) will be responsible for avoiding effects to the Power Line Trail and its associated facilities (signs, off-highway vehicle gates, fencing, cattle guards, etc.). If this trail and/or any other trail facilities on BLM and USFS administered lands are impacted during project construction and/or maintenance activities, Tri-State will rehabilitate/re-construct the trail and its corridor to USFS specifications and replace damaged trail facilities. Tri-State will also provide signs and coordinate any necessary trail closures with the BLM and/or USFS. If guy wires are required for specific structures in proximity to trails, the wires will be marked with reflective tape to reduce risk of collision. | C and O&M |
| R-2 | Tri-State has coordinated with CPW to obtain priorities for restrictions in specific areas to reduce impacts to hunters. CPW has indicated their priority is to restrict construction from Naturita Ridge to Disappointment Valley from: 11/2-11/13 in 2016, 11/1-11/12 in 2017, and 10/31-11/11 in 2018.<br>Tri-State will work with CPW, BLM, USFS, and private landowners on reducing effects to hunters and providing information/maps to CPW to provide to hunters within the affected game management units about construction schedules and activities. | C |
| *Soils and Geology* | | |
| S-1 | Tri-State and its contractor(s) will mitigate temporary effects to soils compacted by movement of construction vehicles and equipment, by:<br>• Loosened and leveled harrowing or disking to approximate pre-construction contours and<br>• Reseeding with certified weed-free grasses and mulched (except in cultivated fields). The specific agency approved seed mix(s) and rate(s) of application will be determined by the affected land management agencies or private landowners. | C |

BLM_0029239

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| S-2 | Movement of construction and maintenance vehicles and equipment will be limited to the ROW and approved access routes. | C and O&M |
| S-3 | Excavated material not used in the backfilling of structures will be spread around each pole, evenly spread on the access routes in the immediate vicinity of the pole structure or transported off-site to a Tri-State approved disposal location. Disturbed areas will then be regraded to approximate pre-construction contours and reseeded as specified in S-1 (above). | C |
| S-4 | Wherever salvage is feasible, particularly in sensitive areas (wetlands), topsoil will be removed, stockpiled, and re-spread at temporarily disturbed areas not needed for maintenance access. | C |
| S-5 | As part of pre-construction activities, Tri-State and/or Tri-State contractors will perform detailed geologic evaluation and investigations in certain locations to evaluate potential geological and geotechnical hazards, and design the project to avoid and minimize potential geotechnical risks such as slope failure, unstable soils, and landslide risks. In addition, soil will be sampled if potentially contaminated soils were observed during the pre-construction geotechnical investigation. | C |
| *Traffic* | | |
| T-1 | Tri-State and its contractor(s) will make all necessary provisions for conformance with federal, state, and local traffic safety standards and will conduct construction and maintenance operations so as to offer the least possible obstruction and inconvenience to public traffic. | C and O&M |
| T-2 | Prior to construction, Tri-State or its contractors will develop a construction traffic management plan in consultation with affected landowners. This includes working with San Miguel and Montrose counties as well as Colorado Department of Transportation (CDOT) to incorporate appropriate measures and obtain approval for construction of the transmission line across county roads and state highways as applicable. It also will include obtaining crossing permits as required by state, county, or local requirements and developing a plan for installation of warning signs where construction activities may cross a recreational trail. | C |
| *Vegetation* | | |
| VG-1 | In designated areas, structures and new access roads (if required) will be placed to avoid and/or minimize sensitive features, such as, but not limited to, threatened or sensitive plants, riparian areas, water courses, and cultural sites. | C |
| VG-2 | Vegetation will be preserved and protected from damage during transmission line construction and operation to the maximum extent practicable and within areas approved in the Final POD, with the exception of trees and other woody vegetation that poses a threat to the safe and reliable operation of the transmission line. Wherever possible, on access roads, vegetation will be trampled rather than cleared where vehicles can move safely across the vegetation. By federal mandate, Tri-State is required to manage vegetation that creates a threat to the electrical reliability of the transmission line or substations, or will impede access for safe operations. Danger tree/vegetation is defined as that vegetation that could grow, fall, or blow into the power line. Tri-State will also work with the authorizing agency to address any fuel loading concerns in the ROW that may pose a threat to the safe and reliable operation of the transmission line. Tri-State will manage ROWs to maintain compatible "low growing" vegetation only. | C and O&M |

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| VG-3 | Disturbed areas where vegetation has been temporarily removed by construction activities to the extent that the potential for soil erosion is increased to a detrimental level will be subject to seedbed preparation techniques, reseeded to an approved seed mixture, and mulched if necessary during a recognized planting season. Mulching will be applied only to those areas where potential erosion will prohibit vegetation establishment and growth. BLM and USFS will provide information on the recognized planting season. | C |
| VG-4 | *Vegetation Management on USFS Administered Lands:*<br>On lands administered by the USFS timber removal and slash management will be coordinated and approved by the USFS and outlined in the Plan of Development prior to construction and future maintenance activities. The Forest Service will conduct a timber cruise of the 150 foot ROW. Tri-State will mark danger trees adjacent to the ROW and incompatible vegetation within the ROW required for removal. These off ROW trees will be counted, measured at diameter breast height, recorded by species, and marked using a paint color and type approved by the Forest Service. A timber appraisal will be conducted for merchantable timber on and off ROW and this timber will be sold to Tri-State at the appraised rate. Tri-State will be responsible for removal/transfer/disposal of material on the ROW.<br>*Vegetation Management on BLM Administered Lands:*<br>Tree removal on BLM administered lands will be conducted in compliance with the TRFO and UFO Resource Management Plans. Tri-State will reduce visual impacts from vegetation management activities by minimizing the appearance of straight edges/visual uniformity whenever practicable while also meeting other federal reliability requirements. The BLM TRFO specifications that will be incorporated into the timber removal for project construction can be found in the Resource Management Plan on Page II-96, Sections 2.16.19, and 2.16.21 (a-f).<br>Trees and vegetation removed during clearing activities will be hauled offsite to an approved disposal facility or masticated on site to a depth approved by the BLM. Where appropriate, cleared trees and/or vegetation may be spread onsite to promote wildlife habitat or chipped/masticated in place and used as mulch for erosion control with approval from the landowner or land management agencies authorized representative. BLM requirements and stipulations for vegetation removal will be incorporated into the Final POD.<br>*Vegetation Management on Private and State Lands"*<br>Vegetation on State, Local, and Private lands will be in compliance with NERC standards and the individual easement agreements. | C |
| VG-5 | Tri-State and its contractor(s) will not cross any wetland, riparian area (of/ relating to, or located on, the banks of a river or stream), or ponds unless at designated locations authorized under the 404 permit. Any variance from the 404 permit will be reviewed and approved by the U.S. Army Corps of Engineers (USACE). | C and O&M |
| VG-6 | On completion of the work, all temporary use areas will be regraded, as required, so that all surfaces drain naturally, blend with the natural terrain, and are left in a condition that will facilitate natural revegetation, and provide for proper drainage and prevent erosion. | C |
| VG-7 | All temporary surface disturbances on State, BLM and USFS administered lands will be seeded with native seed mixtures that have been approved by the authorizing agency. Seed mixes on private land will be at the discretion of the landowner. Reclamation will be deemed complete once vegetation has been reclaimed to 70 percent of pre-construction conditions, or at the discretion of the agency authorized agent. | C |
| VG-8 | All construction materials and debris will be removed from the project area. | C |

BLM_0029241

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| VG-9 | The Final POD includes a reclamation and noxious weed management plan. | C |
| *Water Quality and Erosion* | | |
| WQ-1 | A Storm Water Management Plan (SWMP) will be developed and implemented to address all construction/ reconstruction activities. The plan will conform to Colorado Department of Public Health and Environment (CDPHE) requirements including regular inspections to ensure proper and effective functioning of Best Management Practices (BMPs). The Final POD will also be updated with specific water quality design measures once final engineering is complete. | C |
| WQ-2 | All Tri-State construction personnel, including contractors will be trained on stormwater management requirements for the project. The environmental monitor will be responsible for compliance with the stormwater management plan from construction and through post-construction/reclamation. | C |
| WQ-3 | BMPs will be installed for project construction and future access road maintenance to protect water quality and surface waters. BMPs implemented will encompass a wide range of practices, both structural and non-structural in nature, such as road design requirements and construction techniques (installing cross drains, dips, and/or water bars) to minimize sediment discharge to surface water, as well as standards for maintaining road stability to control erosion.<br>Site assessments will be conducted bi-weekly (as outlined in the SWMP) to assess the adequacy of BMPs at the site, and the necessity of changes to those BMPs to ensure continued effective performance. Where site assessment results in the determination that new or replacement BMPs are necessary, BMPs will be installed to ensure effective erosion control. Where BMPs have failed, resulting in noncompliance, they will be addressed as soon as possible, immediately in most cases, to minimize the discharge of pollutants. In addition, there will be areas that will no longer require BMPs. These BMPs will be identified and removed when appropriate. | C |
| WQ-4 | Construction activities will be performed using methods that prevent entrance or accidental spillage of solid matter, contaminants, debris, and other objectionable pollutants and wastes into flowing streams or dry water courses, lakes, and underground water sources. Such pollutants and wastes include, but are not restricted to, refuse, garbage, cement, concrete, sanitary waste, industrial waste, radioactive substances, oil and other petroleum products, aggregate processing tailings, mineral salts, and thermal pollution.<br>Excavated material or other construction materials will not be stockpiled or deposited near or within 100 feet of any surface water, wetlands, stream banks, lake shorelines, or other water course perimeters where they can be washed away by high water or storm runoff or can in any way encroach upon the actual water source itself. BMPs will be installed if it is likely materials could leave the site (silt fence, waddles, or other methods could be implemented). | C |
| WQ-5 | With the exception of areas where access roads cross surface waters, buffers will be used when constructing new access roads and structure locations occur in proximity to water resources including wetlands. Tri-State will buffer surface waters, wetlands, riparian areas, and ditches 100 feet regardless of slope class whenever feasible. When 100 feet is not feasible, the following standard will be used: 30 feet for gentle slopes, 60 feet for moderate slopes, and 100 feet or more for severe slopes. If these buffers are not feasible in a particular area because of another resource, land use, or engineering constraint, BMPs will be utilized to ensure that sediment from construction does not enter surface waters and drainages. | C |

BLM_0029242

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| WQ-6 | Tri-State does not expect dewatering to be required for the project. However, if future geological testing indicates dewatering at structure locations is required, dewatering work for structure foundations or earthwork operations adjacent to, or encroaching on, streams or water courses will not be performed without prior approval by CDPHE and affected land management agency. Water and eroded materials will be prevented from entering the streams or watercourses by constructing intercepting ditches, bypass channels, barriers, settling ponds, or other approved methods. All fuel and fluid spills within this area will be handled in accordance with appropriate state and federal spill reporting and response requirements. | C |
| WQ-7 | Wastewaters from concrete batching and other construction operations during project construction or future maintenance activity will not enter streams, watercourses, or other surface waters without the use of turbidity control methods such as settling ponds, gravel-filter entrapment dikes, and approved flocculating processes that are not harmful to fish, recirculating systems for washing of aggregates, or other approved methods. Any such wastewaters discharged into surface waters will be essentially free of settleable material. For the purpose of these specifications, settleable material is defined as that material which will settle from the water by gravity during a 1-hour quiescent detention period. | C |
| WQ-8 | Access roads will be designed/improved to properly drain in order to prevent future erosion. Final access road design/improvement requiring substantial cut and fill (Level 3) will be reviewed and approved by the affected authorized agency road engineer prior to construction. | C |
| WQ-9 | Erosion control measures including silt fences, straw bales, and other stormwater runoff and sediment controls will be implemented and regularly maintained on disturbed areas, including areas that must be used for maintenance operations (access ways and areas around structures). | C and O&M |
| WQ-10 | Prior to construction, a wetland and surface waters wetland delineations will be completed within the area of proposed disturbance and fill within or proximity to potential waters of the U.S., and appropriate permits will be obtained from the USACE if the project exceeds Nationwide Permitting (NWP) thresholds. Construction activities will be limited to that approved in the NWP obtained from the USACE for the project. Tri-State will strictly adhere to all applicable conditions of the 404 permit (s).  Tri-State will comply with San Miguel County regulations for wetland protection. | C |
| WQ-11 | Delineated wetland boundaries within the project area will be identified clearly with wetland pin flags, fluorescent wetland tape, and/or orange plastic construction fencing. The markers will be installed prior to the initiation of construction and will be maintained throughout the construction process. Wetland boundaries not authorized for disturbance under a Corps of Engineers permit will be buffered (from construction activities) by 100 horizontal feet. | C |
| WQ-12 | Disposal of excess water from dust control will be done on flat upland locations away from surface drainages to prevent runoff and to encourage infiltration into the soil. | C |
| WQ-13 | Vegetation removal will be limited to the area necessary for construction activities, and disturbed areas will be scarified and revegetated after construction, using native vegetation (see Appendix P). Noxious weed management will occur, per EPMs NW-1 to NW-8 (see Appendix S). | C |
| WQ-14 | Tri-State will hire an agency- approved environmental monitor to ensure the project complies with all conditions of Nationwide Permit 12 (Utility Line Activities) to prevent unplanned impacts to wetlands and other waters of the U.S. Prior to construction, all supervisory construction personnel will be trained in avoidance and minimization techniques to lessen impacts to wetlands and other waters of the U.S. | C |

BLM_0029243

| Topic - No. | Applicant Committed EPMs And Design Features For Construction (C), Operation, And Maintenance (O&M) | Applicable to C and/or O&M* |
|---|---|---|
| WQ-15 | In areas where construction may occur near surface waters and wetlands but no permanent or temporary impacts are planned and permitted under a USACE permit, 100 horizontal foot buffers will be created to protect these resources from sedimentation and erosion impacts. Fueling will occur only at staging areas and commercial stations to avoid potential contamination of surface waters, wetlands, and riparian communities. All reportable fuel and chemical spills will be reported to the State of Colorado, per applicable statutes and regulations, contained and cleaned up promptly. | C |
| WQ-16 | Culverts or armored low water crossings will be located as approved by the appropriate agencies and any changes to stream banks at crossings will be designed to sustain bank full dimensions of width, depth, and slope and keep streambeds and banks resilient to prevent effects to natural streamflow at stream crossings. New and existing culverts will be maintained in such a manner so as to allow continual flow of irrigation water, return water, waste water and on-and-off site run-off, and allow fish passage if fish were historically present. | C |
| WQ-17 | Low water crossings will be used instead of culverts to the extent possible, particularly in drainages with floodplains. Armored low water crossings will be designed to prevent scouring along the downstream edge, and maintain the channel pattern, profile and dimension. These will be designed and constructed per United States Department of Agriculture (USDA) USFS Tech Reference – Low-Water Crossings: geomorphic, biological, and engineering design considerations. See reference (http://www.USFS.fed.us/eng/pubs/pdf/LowWaterCrossings/LoWholeDoc.pdf). | C |
| WQ-18 | Intermittent or ephemeral streams will be crossed at right angles to the main channel. | C and O&M |
| WQ-19 | No construction equipment will be operated within the stream channel, unless for the purpose of installing armored crossing and culverts or moving construction equipment across the channel for use on either bank. | C |
| WQ-20 | Implementation of EPMs outlined above under Vegetation and Soils will also minimize impacts to water quality and surface waters. Reclamation will occur as soon as the season permits, including implementation of post-construction measures to stabilize areas of permanent and temporary disturbance. | C |
| WQ-21 | Excavated topsoil and/or hydric soils from temporarily or permanently impacted wetlands will be selectively stockpiled for appropriate use in the project area following disturbance. Stockpiled soil will be stabilized using mulch or covering the material, to minimize erosion and sediment delivery to streams and wetlands. Further information can be found in Appendix P. | C |

BLM_0029244

**Spreadsheet Placeholder(file available in native format)**

**File Name:**                    0_BLM2018b_UFO Billed AUMs.xlsx

**Angie Adams**

| | |
|---|---|
| **From:** | Matthew Loscalzo <mloscalzo@blm.gov> |
| **Sent:** | Monday, July 16, 2018 11:48 AM |
| **To:** | Angie Adams |
| **Subject:** | Re: UFO RMP FEIS Comment Matrix |
| **Attachments:** | 2018_RMP_ISF_TABLE (1).xls |

Angie,
Please see the attached excel table to replace the existing Table 3-17 per comment #57 on the matrix:

| I. | 3-53 | Table 3-17 | Roy Smith – Water Rights | For clarity purposes, I think a better title for the table would be: Stream Reaches Protected By Instream Flow Water Rights Held By The Colorado Water Conservation Board.  Also this table needs to be updated for instream flow water rights that have been decreed since 2010.   Protected streams that are not included on this list include: Dolores River, lower San Miguel River, Alkali Creek, Dry Creek, West Fork Dry Creek, Escalante Creek, Hubbard Creek, Terror Creek, West Fork Terror Creek, and Tabeguache Creek. | See attached excel file for updated table 3-17.  Please eliminate columns "HUC and Recommending Party in existing Table 3-17. | |

On Wed, Jul 11, 2018 at 5:17 PM Matthew Loscalzo <mloscalzo@blm.gov> wrote:
Hi Angie,
Please see attached. Please call if you have any questions.

On the Solicitor comments, please ignore the comments related to Appendix R. I will take care of those. Start with comment number 99 for the FEIS.

Thanks.


--
Matt Loscalzo
Planning & Environmental Coordinator
Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov



--
Matt Loscalzo
Planning & Environmental Coordinator

BLM_0029246

Uncompahgre Field Office
Bureau of Land Management
Office: 970-240-5305
mloscalzo@blm.gov

BLM_0029247

| Name | Case_Numbe | MILES |
|---|---|---|
| Alkali Creek | 15CW3079 | 5.1 |
| Anthracite Creek | 06CW230 | 8.2 |
| Beaver Creek | 93CW268 | 11.6 |
| Big Bear Creek | 84CW435 | 8.6 |
| Cottonwood Creek | 05CW149 | 3.2 |
| Dolores River | 75W1346 | 120.7 |
| Dolores River | 15CW3111 | 33.1 |
| Dry Creek | 05CW150 | 13.2 |
| East Fork Dry Creek | 05CW151 | 10.2 |
| East Fork Spring Creek | 06CW167 | 8.8 |
| Fall Creek | 84CW436 | 12.4 |
| Horsefly Creek | 05CW215 | 5.2 |
| Hubbard Creek | 15CW3089 | 1.9 |
| La Sal Creek | 02CW271 | 7.9 |
| Leopard Creek | 84CW438 | 13.5 |
| Little Spring Creek | 09CW072 | 0.4 |
| Little Spring Creek | 09CW073 | 0.2 |
| Mesa Creek | 06CW168 | 2.1 |
| Middle Fork Spring Creek | 06CW169 | 6.5 |
| Naturita Creek | 84CW442 | 11.0 |
| North Fork Gunnison River | 84CW400 | 6.4 |
| North Fork Mesa Creek | 02CW274 | 6.2 |
| North Fork Mesa Creek 2 | 06CW170 | 4.4 |
| Potter Creek | 04CW161 | 9.8 |
| Roc Creek | 02CW275 | 10.8 |
| Roubideau Creek | 04CW162 | 16.5 |
| Saltado Creek | 93CW267 | 8.4 |
| San Miguel R | 11CW129 | 17.2 |
| San Miguel River | 02CW277 | 24.7 |
| San Miguel River | 84CW429 | 8.6 |
| South Fork Mesa Creek | 02CW278 | 11.0 |
| South Fork Mesa Creek | 06CW171 | 1.7 |
| Specie Creek | 02CW279 | 3.2 |
| Spring Creek | 04CW163 | 6.1 |
| Tabeguache Creek | 11CW144 | 3.7 |
| Tabequache Creek Lower Section | 10CW186 | 9.7 |
| Tabequache Creek Upper Section | 10CW187 | 5.4 |
| Terror Creek (Lower) | 15CW3101 | 1.5 |
| Terror Creek (Upper) | 15CW3101 | 1.6 |
| Uncompahgre River | 98CW222 | 4.2 |
| West Fork Dry Creek | 05CW155 | 6.2 |
| West Fork Spring Creek | 06CW173 | 5.8 |

BLM_0029248

# UCRB

# Chapter 5

# Lists

## Contents

*Interior Columbia Basin Ecosystem Management Project Team* ........................................................................... *1*
    *Project Leadership Team* ................................................................................................................... *1*
    *ICBEMP EIS Team* ........................................................................................................................... *2*
    *Science Integration Team* ................................................................................................................. *5*
    *Other Contributors* .......................................................................................................................... *9*
*Distribution List* ................................................................................................................................................... *12*
*Glossary* ................................................................................................................................................................ *34*
*Literature Cited* ................................................................................................................................................... *53*



TABLE OF
CONTENTS

BLM_0029249

# *List of Preparers*

## *Interior Columbia Basin Ecosystem Management Project Leadership Team*

**Jeff Blackwood**
*Project Manager*
*Walla Walla, Washington*

B.S., Forest Management, Oregon State University.

Forest Service (26 years).

Experience includes positions as District Ranger and Umatilla National Forest Supervisor. Worked 3 years in strategic planning in the Regional Office to coordinate production of 19 forest plans.

**Linda Colville**
*Project Manager*
*Boise, Idaho*
*(Started June 1996)*

M.S., Public Administration, George Mason University; B.S., Technology Management, University of Maryland.

BLM (5 years); Department of Defense (18 years).

Experience includes positions as Associate State Director for Colorado, Project Manager for Automated Land and Mineral Record System, Associate Service Center Director, Professor of Systems Management, Policy Analyst, Program Analyst, and Personnel Specialist.

**James May**
*Acting Project Manager*
*Boise, Idaho*
*(Started February 1997)*

M.S., Water Resources Management, University of Wisconsin; A.B., Zoology, University of Indiana.

BLM (20 years); Army Corps of Engineers (6 years).

Experience includes positions as Vale District Manager, Idaho State Liaison Officer, Congressional Liaison Specialist, Area Manager, Acting District Manager for Resources, Outdoor Recreation Planner and Environmental Specialist.

**Stephen Mealey**
*Project Manager*
*Boise, Idaho*
*(left ICBEMP January 1997)*

M.S., Wildlife Management, Montana State University; B.S., Forestry, University of Idaho; B.A., Political Science, University of Oregon.

Forest Service (20 years).

Experience includes positions as Boise National Forest Supervisor, Assistant Chief for Strategic Planning in the Washington Office, Shoshone National Forest Supervisor, National Land Management Planning Staff Wildlife Biologist, and Land Management Planning Specialist.

**Pat Geehan**
*Deputy Project Manager/ BLM Coordinator*
*Walla Walla, Washington*
*(left December 1997)*

M.S., Mineral Economics, The Colorado School of Mines; B.A., Economics, The Colorado College.

BLM (22 years); Getty Oil Company (1 year).

Experience includes positions as Economic Analyst, Policy Analyst, Mineral Economist, and Deputy State Director for Mineral Resources for BLM.

BLM_0029250

# Interior Columbia Basin Ecosystem Management Project EIS Team- Document Preparers and Team Leaders

**Andy Brunelle**
*Intergovernmental Coordination Team Leader; Public Affairs Team Leader (beginning December 1995)*

M.S., Public Affairs, University of Oregon; B.S., Political Science, Boise State University.

Forest Service (3 years); Office of the Governor - Idaho (7 years); State of Idaho (1 year); City of Cottage Grove, Oregon (2 years); Idaho Secretary of State Office (8 years).

Experience includes positions in both city and State governmental affairs, as well as a member of the Northwest Power Planning Council.

**Mary Carr**
*Technical Writer-Editor*

M.S., Biology, University of New Hampshire; B.A., English, Worcester State College.

Forest Service (6 years); Private Non-Profit Organizations (12 years): Freelance Technical Editor (4 years).

Experience includes positions as Writer-Editor, Communications Director, Science Writer, and Technical Editor; published author of two books on ecology in the northern Rocky Mountains and numerous articles on natural history and resource topics.

**Patricia Carroll**
*Hydrologist and Soil Scientist*

B.S., Soil and Water Conservation, University of California at Berkeley.

Forest Service (17 years); U.S. Geological Survey (3 years).

Experience includes positions as Supervisory Hydrologist, Hydrologist, as well as positions in erosion control, groundwater studies, and hydropower projects.

**Cathy Humphrey**
*Deputy EIS Team Leader*

B.S., Geological Sciences, New Mexico State University.

BLM (16 years).

Experience includes positions as Planning Team Leader, Wild and Scenic River Team Leader, and Petroleum Geologist.

**Michael (Sherm) Karl**
*Rangeland Management Ecologist*

Ph.D., Rangeland Resources, Oregon State University; M.S., Zoology, Fort Hays State University; A.B., Biology, Ripon College.

Agricultural Research Service (3 years); Forest Service (3 years).

Experience includes positions as Rangeland Scientist and Rangeland Management Ecologist.

**Steven Kozel**
*Fish Ecologist*

M.S., Zoology and Physiology, University of Wyoming; B.S., Wildlife and Fisheries, South Dakota State University.

Forest Service (10 years).

Experience includes positions as Anadromous Fish Coordinator, Forest Fishery Biologist, Zone Fishery Biologist, and Fishery Biologist.

TABLE OF CONTENTS

BLM_0029251

**Deanna Mendiola**
*Administrative Team Leader*

Tanana Community College;
Boise Junior College.

Forest Service (12 years);
County government (3 years);
Private industry (14 years).

Experience includes positions as Staff assistant and Secretary to Forest Supervisors and Deputy Forest Supervisors with the Forest Service and to Deputy Auditor and Deputy Clerk in county government; Administrative Assistant to financial management consultants; Executive Secretary in private industry; and extensive experience in EIS document preparation at the land management plan level.

**Thomas Miles**
*Rangeland Management Specialist*

B.S., Wildlife Management/Range Management, Humboldt State University.

BLM (19 years)

Experience includes positions as Supervisory Range Conservationist, Range Conservationist, and Range Technician.

**Melanie Miller**
*Fire Ecologist*

M.S., Forestry/Forest Fire Science, University of Montana;
B.S., Physical Geography, University of Calgary.

BLM (18 years);
Forest Service (2 years)

Experience includes positions as Fire Ecologist for the BLM Division of Fire and Aviation Office, for the National Inter-agency Fire Center, and the BLM/Fairbanks (Alaska) District; Resource Management Planner for the Alberta Provincial Parks; and Forestry Technician for the Forest Service Northern Forest Fire Laboratory.

**Ralph Perkins**
*Tribal Liaison*

B.S. Forest Management, University of Massachusetts.

Forest Service (36 years).

Experience includes 35 years in Forest Management, 25 years in Incident Command, 16 years involving outside groups in agency planning, 10 years as a District Ranger working with Indian tribes and other outside groups.

**Nick Reyna**
*Economist*

M.S., Forest Planning Administration, Oregon State University;
B.S., Forest Management, Oregon State University.

Forest Service (19 years).

Experience includes positions as Economics Researcher, Policy Analyst, Forest Economist, Transportation Planner, Planning Forester, and Timber Forester.

**John Sloan**
*Forest Ecologist*

M.S., Forest Ecology, University of Minnesota;
B.A., Biology, Wartburg College.

Forest Service (13 years);
U.S. Peace Corps (2 years).

Experience includes positions as Research Forester, and Forestry/ Soil Conservation Officer.

**Joan Suther**
*Wildlife Biologist*

B.A., Biology, Humbolt State Univeristy.

Forest Service (8 years);
BLM (3 years);
U.S. Fish and Wildlife Service (1 year).

Experience includes positions as Resource officer, District Ranger, Supervisory Wildlife Biologist, Fisheries Technician, and Supervisory Quarantine Inspector.

TABLE OF CONTENTS

BLM_0029252

CHAPTER 5 - LISTS

**Jeffrey Walter**
*Forest Ecologist*
*EIS Team Leader*
(beginning August 1995)

B.S., Forest Management,
Colorado State University.

Forest Service (20 years).

Experience includes positions as
Project Leader for Watershed
Analysis, Resources Management
Assistant, GIS Coordinator,
Silviculturist, and Forester.

**Gary Wyke**
*UCRB EIS Team Co-leader*
(until August 1996)

M.S., Wildland Resource Science,
University of California at Berkeley;
B.S., Forestry, University of
California at Berkeley.

BLM (24 years).

Experience includes positions as
Planning Coordinator, Environmental
Coordinator, Branch Chief for
Resources and Planning, Range
Conservationist, as well as special
assignments as Technical Coordinator
and Team Leader for EIS documents.

# Former Upper Columbia River EIS Team Members

**Keith Bennett**
*Economic Geographer*
(left ICBEMP July 1995)

M.A., Planning,
University of Wyoming;
B.A., Sociology,
Idaho State Univeristy.

BLM (15 years).

Experience includes positions as
Regional Economist, Mineral
Economist, Chief of Planning and
Environmental Coordinator, as well
as contributor to the national rage
reform effort.

**Kathleen Cushman**
*Ecologist*
(left ICBEMP November 1995)

Ph.D., Ecology,
Texas A&M University.

BLM (3 years);
Colville Confederated Tribes (1 year);
State of Alaska (1 year).

Experience inlcudes positions as
BLM District Ecologist, Wildlifre
Biologist, and Ecologist at the State
level.

**Marty Dumpis**
*Natural Resource Specialist*
(left ICBEMP March 1996)

B.S., Forest Management,
University of Washington.

Forest Service (10 years).

Experience includes positions as
Natural Resource Specialist for
landscape ecology, minerals, special
uses, and fire; Fire/Recreation
Forester; and Timber/Forest
Technician.

**Carl Gidlund**
*Public Affairs Team Leader*
(left ICBEMP December 1995)

M.A., Journalism,
University of Montana;
B.A., Journalism,
University of Montana.

Forest Service (7 years);
BLM (5 years);
Freelance Writer-Editor (7 years);
Department of Health, Education, and
Welfare (4 years); Office of Emergency
Preparedness (6 years).

Expereince includes positions as
Chief of Public Affairs, Deputy Chief
of Public Affairs, Reporter, Editor,
Public Affairs Officer, and Forest
Service Smokejumper.

**Deborah Hennessy**
*GIS Coodinator*
(left ICBEMP January 1997)

M.P.A., Public Affairs,
Boise State University (in progress);
B.S. Geography, University of Idaho.

Forest Service (4 years);
Soil Conservation Service (3 years);
Oregon GIS Service Center (3 years);
Private industry (2 years).

Experience includes positions as
GIS Coordinator, GIS Client
Services Leader, GIS Cartographic
Technician, and Cartographic
Technician.

TABLE OF
CONTENTS

BLM_0029253

| | | |
|---|---|---|
| **Howard Hudak**<br>*Wildlife Ecologist* | B.S., Wildlife Ecology,<br>Pudue University.<br><br>Forest Service (26 years) | Experience includes positions as forest Wildlife Biologist, District Wildlife Biologist, Timber Forester, and Range and Timber Seasonal Crew Member. |
| **Gregory Peterson**<br>*Database Administrator*<br>*(left ICBEMP October 1996)* | B.B.A., International Business,<br>Boise State University.<br><br>BLM (1 year);<br>USDA, APHIS (2 years). | Experience includes positions as Accounting Technician (providing computer suport). |
| **Jim Szpara**<br>*GIS Analyst*<br>*(left ICBEMP October 1995)* | B.S., Geography,<br>University of Utah;<br>B.S. Resource Management,<br>Clemson University.<br><br>Forest Service (2 years);<br>BLM (2 years);<br>Private industry (1 year). | Experience includes positions as GIS Technician (providing GIS support to several EIS teams and fire suppression teams), Range/ Survey Technician, and Carto- graphic Technician. |
| **Cindy Deacon Williams**<br>*UCRB EIS Team Co-leader*<br>*(left ICBEMP August 1995)* | M.S., Biology<br>California State University;<br>B.S., Biology,<br>Oregon State University.<br><br>Forest Service (4 years);<br>National Wildlife Federation (1 year);<br>California Legislature (9 years). | Experience includes positions as Assistant National fisheries Program leader, Legislative Representative, Legislative Assistant, Natural Resources Consultant, and Chief of Staff. |

# Science Integration Team

**Thomas Quigley, Science Team Leader**
*Forest Service, Pacific Northwest Research Station, Interior Columbia Basin Ecosystem Management Project, Walla Walla, Washington*

**Sylvia Arbelbide, Deputy Science Team Leader**
*Forest Service, Deputy Forest Supervisor, Black Hills National Forest, Custer, South Dakota*

**Russell Graham, Deputy Science Team Leader**
*Forest Service, Intermountain Research Station, Forestry Sciences Laboratory, Moscow, Idaho*

## Economics

**Richard Haynes, Research Forester**
*Forest Service, Pacific Northwest Research Station, Forestry Sciences Laboratory, Portland, Oregon*

**Amy Horne, Research Forester**
*Forest Service, Pacific Northwest Research Station, Forestry Sciences Laboratory, Portland, Oregon*

**Nicholas Reyna, Forest Economist**
*Forest Service, Pacific Northwest Research Station, Interior Columbia Basin Ecosystem Management Project, Walla Walla, Washington*

BLM_0029254

## Social

**Stewart Allen, Research Social Scientist**
*Forest Service, Pacific Northwest Research Station, Forestry Sciences Laboratory, Juneau, Alaska*

**John Bumstead, Social Scientist**
*Forest Service, Pacific Northwest Research Station, Interior Columbia Basin Ecosystem Management Project, Walla Walla, Washignton*

**James Burchfield, Center Director**
*Bolle Center for People and Forests, School of Forestry, University of Montana, Missoula, Montana*

**Steve Galliano, Landscape Architect**
*Forest Service, Pacific Northwest Research Station, Interior Columbia Basin Ecosystem Management Project, Walla Walla, Washington*

**Gary Loeffler, Landscape Architect**
*Forest Service, Mt. Hood National Forest, Zig Zag, Oregon*

**Steven McCool, Professor**
*School of Forestry, University of Montana, Missoula, Montana*

**Dave Powell, Forest Silviculturist**
*Forest Service, Umatilla National Forest, Pendleton, Oregon*

## Landscape Ecology

**Ann Acheson, Air Resource Management Specialist**
*Forest Service, Northern Region, Missoula, Montana*

**Carl Almquist, Geologist**
*Bureau of Land Management, Portland, Oregon*

**Mike Borman, Range Ecologist**
*USDI National Biological Service, Forest and Rangeland Ecosystem Science Center, Corvallis, Oregon*

**Ken Brewer, Landscape Ecologist**
*Forest Service, Northern Region, Missoula, Montana*

**Sue Ferguson, Atmospheric Scientist**
*Forest Service, Pacific Northwest Research Station, Forestry Science Laboratory, Seattle, Washington*

**Thomas Frost, Research Geologist**
*U.S. Geological Survey, Western Mineral Resources Branch, Spokane, Washington*

**Iris Goodman, Research Hydrologist**
*U.S. Environmental Protection Agency, Office of Landscape Characterization Research and Development, Las Vegas, Nevada*

**Wendel Hann, Landscape Ecologist**
*Forest Service, Northern Region, Missoula, Montana*

**Paul Hessburg, Research Plant Pathologist/Entomologist**
*Forest Service, Pacific Northwest Research Station, Forestry Sciences Laboratory, Wenatchee, Washington*

**Mark Jensen, Landscape Ecologist**
*Forest Service, Northern Region, Missoula, Montana*

**Jeff Jones, Wildlife Biologist**
*Forest Service, Beaverhead National Forest, Dillon, Montana*


TABLE OF CONTENTS

BLM_0029255

**Michael (Sherm) Karl, Rangeland Management Specialist-Ecologist**
*Forest Service, Pacific Northwest Research Station, Interior Columbia Basin Ecosystem Management Project, Walla Walla, Washington*

**Robert Keane, Research Ecologist**
*Forest Service, Intermountain Research Station, Fire Sciences Laboratory, Missoula, Montana*

**Stephen Leonard, Range Specialist**
*Bureau of Land Management, Prineville, Oregon*

**Roger Ottmar, Research Forester**
*Forest Service, Pacific Northwest Research Station, Forestry Sciences Laboratory, Seattle, Washington*

**Brad Smith, Quantitative Community Ecologist**
*Forest Service, Deschutes National Forest, Silviculture Laboratory, Bend, Oregon*

## Spatial

**Becky Gravenmier, Natural Resource Specialist/GIS**
*Bureau of Land Management, OR/WA State Office, Portland, Oregon*

**John Steffenson, GIS Specialist**
*Forest Service, Pacific Northwest Region, Portland, Oregon*

**Andy Wilson, GIS Specialist**
*Forest Service, Pacific Northwest Region, Portland, Oregon*

## Aquatics

**Jim Clayton, Research Soil Scientist**
*Forest Service, Intermountain Research Station, Forestry Sciences Laboratory, Boise Idaho*

**Lynn Decker, Regional Fisheries Program Leader**
*Forest Service, Intermountain Region, Ogden, Utah*

**Kristine Lee, Fisheries/Aquatic Ecology Program Leader**
*Forest Service, Intermountain Region, Ogden, Utah*

**Danny Lee, Research Biologist**
*Forest Service, Intermountain Research Station, Forestry Sciences Laboratory, Boise, Idaho*

**Shaun McKinney, Aquatic Analyst**
*Forest Service, Siuslaw National Forest, Corvallis, Oregon*

**Kerry Overton, Fisheries Biologist**
*Forest Service, Intermountain Research Station, Forestry Sciences Laboratory, Boise, Idaho*

**Bruce Rieman, Research Fisheries Biologist**
*Forest Service, Intermountain Research Station, Forestry Sciences Laboratory, Boise, Idaho*

**James Sedell, Principal Research Ecologist**
*Forest Service, Pacific Northwest Research Station, Forestry Sciences Laboratory, Corvallis, Oregon*

**Russell Thurow, Fisheries Research Scientist**
*Forest Service, Intermountain Research Station, Forestry Sciences Laboratory, Boise, Idaho*

**Jack Williams, Science Advisor**
*Bureau of Land Management, Columbia Northwest Technical Assistance Network, Boise, Idaho*



TABLE OF CONTENTS

BLM_0029256

## Terrestrial

**Lisa Croft, Plant Ecologist**
*Forest Service, Ochoco National Forest, Prineville, Oregon*

**Randy Hickenbottom, Threatened and Endangered Speicies Program Assistant**
*Forest Service, Pacific Northwest Region, Portland, Oregon*

**Richard Holthausen, Wildlife Ecologist**
*Forest Service, Rocky Mountain Research Station, Southwest Forest Science Complex, Flagstaff, Arizona*

**John Lehmkuhl, Wildlife Ecologist**
*Forest Service, Pacific Northwest Research Station, Forestry Sciences Laboratory, Wenatchee, Washington*

**Bruce Marcot, Wildlife Ecologist**
*Forest Service, Pacific Northwest Research Station, Forestry Sciences Laboratory, Portland, Oregon*

**Robert Naney, Wildlife Biologist**
*Forest Service, Okanogan National Forest, Okanogan, Washington*

**Kurt Nelson, District Ranger**
*Forest Service, Sawtooth National Forest, Ketchum, Idaho*

**Christine Niwa, Research Entomologist**
*Forest Service, Pacific Northwest Research Station, Portland, Oregon*

**Martin Raphael, Chief Research Wildlife Ecologist**
*Forest Service, Pacific Northwest Research Station, Portland, Oregon*

**Victoria Saab, Research Wildlife Biologist**
*Forest Service, Intermountain Research Station, Forestry Sciences Lab, Boise, Idaho*

**Roger Sandquist, Entomologist**
*Forest Service, Pacific Northwest Region, Portland, Oregon*

**Stephen Shelly, Regional Botanist**
*Forest Service, Northern Region, Missoula, Montana*

**Barbara Wales, Wildlife Biologist**
*Forest Service, Pacific Northwest Region, Portland, Oregon*

**Michael Wisdom, Regional Wildlife Ecologist**
*Forest Service, Pacific Northwest Region, La Grande, Oregon*

**Elaine Zieroth, Wildlife Biologist/District Ranger**
*Forest Service, Idaho Panhandle National Forest, Bonners Ferry, Idaho*



TABLE OF
CONTENTS

BLM_0029257

# *Other Contributors*   (* = Member of Eastside EIS Team)

## *Resource Specialists, Public Affairs, and Administration*

**Stewart Allen**, *Sociologist, Forest Service\**
**Heidi Bigler Cole,** *Public Affairs Specialist, Forest Service*
**Susan Bond**, *Visual Information Specialist, BLM*
**James Burchfield**, *Sociologist, Forest Service\**
**Kim Buxton**, *Writer-Editor, BLM*
**Janet Cheney**, *Administrative Assistant, Forest Service*
**Gary Ford**, *Soil Scientist, Forest Service*
**Leslie Frewing-Runyon**, *Economist, BLM\**
**Venetia Gempler**, *Public Affairs Specialist, Forest Service*
**Ralph Heft**, *Field Management Representative, BLM\**
**Les Holsapple**, *Fire Ecologist, Forest Service\**
**Cathy Humphrey**, *Deputy Eastside EIS Team Leader, BLM\**
**Becky Jenison,** *Office Assistant, Forest Service*
**Lyle Jensen**, *National Forest Planner, Forest Service\**
**Lynn Kaney**, *Silvilculturist, Forest Service\**
**Mary Keith,** *Tribal Liaison, Forest Service\**
**Louise Kingsbury**, *Writer-Editor, Forest Service*
**Don Lyon**, *National Forest Planner, Forest Service\**
**Kenneth MacDonald**, *Fisheries Biologist, Forest Service\**
**Greg Macheak**, *Writer-Editor, Forest Service\**
**Cliff McClelland,** *Printing Specialist, BLM*
**Ed McHugh**, *Geologist, U.S. Bureau of Mines\**
**Traci McMerritt**, *Graphics Coordinator, Forest Service*
**Wally Murphy**, *Wildlife Biologist, Forest Service\**
**Jim O'Connor**, *Hydrologist, U.S. Geological Survey\**
**William Peterson**, *Operations Research Analyst, Forest Service\**
**George Pozzuto**, *Eastside EIS Team Leader, Forest Service\**
**Dan Robison**, *Environmental Protection Agency (EPA) Liaison\**
**Scott Russell**, *Fisheries Biologist, Forest Service*
**Heidi Sandeno**, *Writer-Editor, Forest Service\**
**Kay Schiepan**, *Outdoor Recreation Planner, BLM*
**Leslie Sekavec**, *Silviculturist, Forest Service\**
**Ayn Shlisky**, *Ecologist, Forest Service\**
**Betty Stager**, *Office Assistant, Forest Service*
**Sue Tholen**, *Public Affairs Specialist, BLM*
**Karen (Kaz) Thea**, *U.S. Fish & Wildlife Service Liaison (Wildlife Biologist)\**
**Allan Thomas**, *Fish and Wildlife Biologist, BLM*
**Cyd Weiland,** *Land Management Planner, Forest Service*
**Shari Whitwell,** *Computer Specialist, BLM\**
**Elaine Zieroth**, *Wildlife Biologist, Forest Service\**



TABLE OF CONTENTS

BLM_0029258

## Representatives of Regulatory Agencies

**Stephen B. Bauer** - *Environmental Protection Agency (EPA) Representative (Aquatic Ecologist)*
**Randy G. Tweten** - *NOAA/NMFS Representative (Fishery Biologist)*
**Patricia Zenone** - *U.S. Fish & Wildlife Service Representative (Wildlife Biologist)*

## Geographic Information System Mapping Support

**James Blatt,** *Pacer Infotec, Inc. on contract to BLM, GIS Support*
**Mike Dana,** *Pacer Infotec, Inc. on contract to BLM, GIS Support*
**Dora DeCoursey,** *Forest Service, Data Administrator*
**David Gilde,** *Pacer Infotec, Inc. on contract to BLM, GIS Support*
**Robin Gorze,** *Forest Service, GIS Technician*
**Becky Gravenmier,** *BLM, GIS/Spatial Team Leader*
**Kevin Gutierrez,** *Forest Service, GIS/Database Analyst*
**Paul Howard,** *Forest Service (resigned), Geographer*
**Thang Lam,** *Pacer Infotec, Inc. on contract to BLM, GIS Support*
**Terry Locke,** *Pacer Infotec, Inc. on contract to BLM, Database Support*
**Cary Lorimor,** *Pacific Meridian Resources on contract to USFS, GIS Analyst*
**Carolyn McCarthy,** *Pacer Infotec, Inc. on contract to BLM, GIS Support*
**Janet McCormick,** *Pacer Infotec, Inc. on contract to USFS, GIS Analyst*
**Arthur Miller,** *Pacer Infotec, Inc. on contract to BLM, GIS Support*
**Dennis Patterson,** *Forest Service, Cartographic Technician/System Support*
**David Plume,** *BLM, GIS Analyst*
**Laurie Riley,** *Pacer Infotec, Inc. on contract to BLM, Data Administration*
**Gini Stoddard,** *Forest Service, GIS Analyst*
**Ann Marie Walker,** *Pacer Infotec, Inc. on contract to BLM, GIS Support*
**Andy Wilson,** *Forest Service, GIS/Spatial Technical Lead*

## Tribal Liaison Group

**Ismael Caballero,** *USFS*
**Richard Hanes, Phd.,** *BLM*
**Mary Keith,** *USFS*
**Dan Meza,** *Modoc National Forest*
**Ralph H. Perkins,** *Tribal Liaison*
**Dennis Sedanm,** *USFS*
**Cliff Walker,** *USFS, Region 1*


**TABLE OF CONTENTS**

BLM_0029259

# Special Review Groups

## Interior Columbia Basin Ecosystem Management Project Legal Team

***Bill Ferry***, *Field Solicitor's Office, Boise ID*
***Charles Lennahan***, *USDA, Office of the General Counsel, Lakewood, CO*
***Ron Mulach***, *USDA, Office of the General Counsel, Washington, DC*
***Roger Nesbit***, *USDI, Office of Regional Solicitor, Portland, OR*
***Owen Schmidt***, *Office of the General Counsel, Portland, OR*

## Upper Columbia River Basin Field Advisory Team

***Jay Carlson,*** *BLM, Area Manager, Owyhee Resource Area*
***Ted Graf***, *BLM, Planning and Environmental Coordinator, Upper Columbia-Salmon Clearwater Districts*
***Mark Johnson***,*BLM, Area Manager, Challis Resource Area*
***Ron Kay***, *BLM,Area Manager, Malad Resource Area*
***Doug Gouchnour***, *USDA, Forest Service, Ecosystem Planning Staff Officer, Clearwater NF*
***Darcy Pederson***, *USDA, Forest Service, District Ranger, Clearwater RD, Nez Perce NF*
***Jerry Reese***, *USDA, Forest Service, Forest Supervisor, Targhee NF*
***Dave Stack***, *USDA, Forest Service, District Ranger, Missoula RD, Lolo NF*
***Jerry Greer***, *USDA, Forest Service, Land Use Planner, Payette NF*
***Tom Wagner***, *USDA, Forest Service, District Ranger, Darby RD, Bitterroot NF*

## Senior Level Team

***Bill Bradley,*** *BLM, Oregon/Washington State Office*
***Jack Blackwell,*** *USDA, Forest Service, Intermountain Region*
***Nancy Graybeal,*** *USDA, Forest Service, Pacific Northwest Region*
***Ken Feigner,*** *Environmental Protection Agency, Seattle*
***Ted Meyers,*** *National Marine Fisheries Service, Boise*
***Jim Owings,*** *BLM, Montana State Office*
***Dave Powers,*** *Environmental Protection Agency, Portland*
***Fritz Rennebaum,*** *BLM, Idaho State Office*
***Bill Shake,*** *U.S. Fish and Wildlife Service, Portland*
***Dave Wright,*** *USDA, Forest Service, Idaho Panhandle National Forest*

## Forest Service Regional Office and BLM State Office Representatives

***Bob Davis, USDA,*** *Forest Service Region 4, Ogden, UT*
***Lisa Freedman,*** *USDA, Forest Service Region 6, Portland , Oregon*
***Doug Glevanic***, *USDA, Forest Service Region 1, Missoula, MT*
***Jon Haber***, *USDA, Forest Service Region 1, Missoula, MT*
***Dave Harmon***, *BLM State Office (Oregon/Washington), Portland, OR*
***Larry Larson***, *USDA, Forest Service Region 4, Ogden, UT*
***Gretchen Lloyd***, *BLM State Office (Oregon/Washington), Portland, OR*
***Don Murphy***, *USDA, Forest Service Region 4, Ogden, UT*
***Tom Nygren***, *USDA, Forest Service Region 6, Portland, OR*
***Butch Peugh***, *BLM State Office (Idaho), Boise, ID*
***Rick Roberts***, *USDA, Forest Service Region 6, Portland, OR*
***Rick Tholen***, *USDI, BLM Idaho State Office, Boise, ID*

# Distribution List

## Organizations and Individuals Receiving UCRB Draft EIS Executive Summary

Adams County Commissioners
Advisory Council on Historic Preservation
Alliance for the Wild Rockies
American Wildlands
American Public Land Exchange Company
Association of Oregon Counties
Bitterroot Backcountry Horseman
Blueribbon Coalition
Bonner County Commissioners, Idaho
Boulder-White Clouds Council
Brackett Livestock, Inc.
Brand S Lumber
Bridger Mountain Log Homes, Inc.
Campfire Boys and Girls - Ponderosa Council
Cliff Lake Lodge
Curt's Guide Service
Custer County Commissioners
Darby Library
Deer Lodge Snowmobile Club
Eastside Forestry Practices
Elko Co. Conservation Assn.
U.S. Fish and Wildlife Service - Great Basin Complex
Forestry Library
Friends of the Bitterroot
Friends of the Clearwater
Gallatin Backcountry Horseman
Gallatin Wildlife Association
Gilbert Law Office
Grangeville Library
High Country News
Holtz, Inc.
Idaho Department of Fish and Game
Idaho Department of Water Resources
Idaho Association of Counties
Idaho County Commissioners
Idaho Division of Environment
Idaho Falls District
Intermountain Research Station
Idaho State Attorney General
Jefferson County Week Board
JWM Natural Resource Consultants
Madison Gallatin Alliance
Mansfield Library
Meridian Oil, Inc.
Missoula White Pine Sash

Montana Association of Counties
Montana Audubon Council
Montana Power
Montana Historical Society
Montana State Library
Montana Stockgrowers Association
MSU Libraries
NAS Whidbey Island
Native Ecosystems Council
Nature Conservancy - Helena
Nevada Cattlemen's Association
Office of Governor Batt
Pickett Ranch Company
Powell County Commissioners
R.O. Jones & Sons
Sawtooth City Association
Shores, Cheney, Sternberg
Sierra Club
Sierra Legal Defense Fund
Soil Conservation Service
Stanley Post Office
Stanley/Sawtooth Chamber of Commerce
Stevensville Library
The Arbiter
Three Creek Ranch Company
U.S. EPA
U.S. Fish and Wildlife Service
Willima K. Kohra Library
Wisdom Ranger District
Jon Marvel - Northern Rockies Preservation Project
Rob Ament/Darcy Tichner - American Wildlands
Doug Abelin
Gail Abercrombie - Montana Petroleum Association
Leon Abrams
Carol Adams
John Adams
Todd Adams - Challis Messenger
Mary Aegerter
Jim Albano - BLM, Montana State Office
David Alexander - Payette National Forest
Richard P. Alexander
Jerry Allan - Ravalli County Courthouse
Chairman Lee Allen, Box Elder County, Utah
Edwina Allen - Sierra Club
Colleen Allison
Hal Amidan - Bridge Grazing Association
Vic Andersen
Ann C. Anderson
Brent Anderson - People of the West
C. Ross Anderson
Steve Anderson
Ted Anderson
Mary Anne Davis
Billy Appemay - Shoshone-Bannock Tribe
Kent Apple
Chairman Arave - Bannock County Commissioner
Ron Ard

TABLE OF CONTENTS

BLM_0029206

John F. Arnold
Rod Ash
Irene Atamanczyk - Nature Conservancy of Idaho
Mary Austin-Crofts - Blaine County Recreation District
Keith Axline
Margery Alden
Gil Alexander - Canyon Ferry Liminological Inst.
Anthony Morrell/Alexandra Smith - BPA
Phyllis and Phillip Allen
Tony Alonzi - People for the West
John Andrews
Gerald Aobuis
Michele Archie
Scott Arnson
Bill Babcock
Kris Backes
Loren Bahls - NDHES Water Quality Bureau
Dennis Baird
Ed Bake
Bill Bakeberg
Susan Baker
Daryl Baldwin
Susan & Floyd Balentine
David T. Barenberg - Northwest Timber Workers
Paul Barker
Rocky Barker - Idaho Falls Post Register
Thomas J. Barnard - Montana Dept of Transportation
Anita Barnes - Environmental Resource Center
Chairman Barney - Madison County Commissioner
Chuck/Paul Barnhart - Seda-Pine Veneer
Phillip Barnhart
Quinten Barr
Roy Barrett
John Barringer
U.S. Senator Max Baucus
Terry Beaver
Ted Beck
William Beck
Bruce Bedke
Carl/Pat Bedke - Bedke K-Savy Ranch, Inc.
Eric Bedke
Ray/Scott Bedke - Wildrose Ranch
Molly Beer
Pauline Beitia
Brett Bennett
George Bennett - Idaho Hunters Association
K. Lynn Bennett
Ray Bennett
U.S. Senator Robert F. Bennett
Lanie Benson
Leo & Rosemarie Benson
Dan Benyus
Dick Berg - Montana Bureau of Mines & Geology
Dave Bergey
Leon Berggren
Terry Berntsen
Shawn Berrel - University of Montana

Renee Beymer
Dennis Bieroth
Jay Biladeau - Idaho Department of Lands
Frank Billue
Richard Bishop
Vern Bisterfeldt - Ada County Commissioner
Ros Black - Congressman Mike Crapo's Office
Jean Blackburn - Twin Falls High School Library
Tom Blanchard - Blaine County Commissioner
Bryan Blanthorn - Blanthorn Ranch
Kenny Bleck
Dr. William Bleha
David Blew - Idaho SCS
Carl Blickenstaff
Jim Bloom - Black Pine Ranch
Richard Bloom
Dave Bodner
Ryan Boehme
Denise Boggs
Robin Boies
Kristina Booth
Tim Border
Julia Bosma-Douglas - Independence Mining Co.
David P. Boswell - Selkirk-Priest Basin Assn, Inc.
George Boucher - Elko County Manager
Chet Bowers - TWS
Jim Bowman
Mr. Boyd - Three Rivers Ranger District
Ray Boyd
Stan Boyd - Idaho Woolgrowers Association
George Brabb - Kootenai Environmental Alliance
Chet Brackett
Doug Bradetich
Stewart Brandborg - Friends of the Bitterroot
Rod Brevig
Randal Brewer - Devil Creek Ranch
Julie Howard/Brian Whitlock - Senator Dirk
  Kempthorne's Office
Pat Bricker
Bob Bristol
Dawn Britt
Earl Britt
William Brock
Jim Brookhart - The Informed Sportsman
Susan Brooks - Office of Senator Burns
Heguy Brothers
Paul Brouha - American Fisheries Society
Sharron Browder, C/O Fish and Wildlife Service
Dave & Grace Brown
Deborah Brown - Whitehall Ledger
Ellsworth Brown
Perry J. Brown - The University of Montana
Rick Brown - National Wildlife Federation
Walter Brown
Larry Bruce
Larry & Marty Bruce
Louise Bruce - Montana Wilderness Association

BLM_0029262

Dave Brunner - BLM, Idaho State Office
Ken Bruya - Washington Department of Fisheries
Don Bryson
Craig Buchanan
Chairman Buell
Ronald Buentemeier
Thomas L. Buhl - Buhl Cattle Ranch
Tonya Bumbarger
John Burns - USFS, Salmon/Challis National Forest
U.S. Senator Conrad Burns
Sue Burnworth - USDA Soil Conservation Service
Ron Burrington
Chairman Bush - Oneida County Commissioner
Les Butters
Ron Butts
Pat Byroth - American Fisheries Society
Kris Bader
Ed Baile
Cathy Barnt
Steve Barrett
John E. Barry - Sierra Club
Colden Barter
Lynn Barthel
Dorothy Barthelomew - People for the West
Jim Bauman
Al Beaver - Northern Affairs Program
Senator Tom Beck
Bud Bedke
Mike Belchik
Misti Benjamin
Frank R. Bennett
Dave & Pat Bergey
Terry Bicknell
Martin Bield
Thomas Bilboa
Tom Biltonem
Richard Bloom
Renn Bodecker
Mark Bonner
Charles Bothwell
Judy Boule
Coy F. Bowen
Debra Bowen
Sue Bradford
Pat Breechen
Barbara Breechlove
Jason Brooks - KXLY TV
Christine E. Brown
Bob Bugni
Candice Burrs
Bruce Buttinghausen
B. Byquist
Kerrie Byrne
Art Callan
Bill Callhoune
Leslie Cameron
Connie Cammack

John Campbell
Larry Campbell
Chris Carlson
Jeff Carlson
John Carpenter
Marianne Casagranda
Ken Casler
B.W. Castello
Jim Caswell - Clearwater National Forest
Jay Cates - Seda-Pine Veneer
Charles and Ruth Centers
Ed Chaney
Kevin Chapin - Buck Creek Ranch
Sam Charles
Doug Christensen - ICL
Fred Christensen
Neal Christensen - University of Montana
Paul Christensen
Dennis Christenson - U.S. Bureau of Reclamation
Neal Christianson
Dena Clark
Leland E. Clark
Stan Clark
Lila Cleminshaw
Ron Cleveland
Mike & Tonya Clifford
Thomas Clifford - USFS, Helena National Forest
Carl & Jan Clizer
Ed Coates
Chairman Cochran
Jack Cochrane - J.R. Simplot Company
Dillon Cole
Jack Cole
Kelly Cole
Barry Coles
Guy Coles - Ketchum City Hall
Doug Colley
Don Collins - Montana State University
Pam Collins
Jim Collord
Anthony C. Colter - Louisiana Pacific Corporation
Habitat Committee - Ravalli County
Vick Conrad
Ms. Conradsen
State Conservationist - Soil Conservation Service
Barton Cooper - B L Cooper Incorporation
Jim Cornwell - Nat. Res. Conservation Service
Don & Betty Corrigan
Ellie Corrigan
Kevin Courtney
Gary & Rhonda Covington
Bruce Cox - Montana Mining Association
Dallas Cox
Roger E. Cox
Taylor Cox
Gay Craig
Sherril Crain - People for the West

TABLE OF CONTENTS

BLM_0029263

Tom Cramer - Mccullough Ranch, Inc.
Derrick Crandall - American Recreation Coalition
Dwight Crawford
Matthew Crawford
Robert Crawford
Jack Creechly
Glenn Cronick
Mr. & Mrs. Crooks
Ron Crouse
Fern Crumm
James & Dollie Cruthirds
Rico Cruz
Tom Cuddy
Jake Cummins - Montana Farm Bureau
Mr. Richard Currin
James Curtis
Helen Cutler
Mike Callahan
Anna & Andi Callistini
Byron Cameron
John Camp
Allan Campbell
Bill Campbell
Stephen Cape
Gerald Carlson
Lynn B. Cary
David and Kate Chance
Larry Chapman
Kerrie Cheney
Tom & Arlene Chivers
Mark Claborne
Charles R. Clark
Ed Clark
Bud Clinch - Montana Department of Lands
Thad Clock
Bob Closser
Brette Clubbe
Raymond Cockrell
Steven Cohen
Eron Coiney
Bob Colburn
Rodger Colgan
Jim and Leta Collard
Jack Cook
Sydney Cook
Jerry Criner
Ray Crowmore
John Crum
Richard Curtis
Cheryl Cutler
John Dahlberg - Darby Lumber, Inc.
Pat Dailey - Idaho Wheat Commission
Ted Dale
Dan Dallas
David Dalling
Debra Kronenberg / Dan Casali
Alfred Daniel

L. Daniels
Michael Dardis
Hume Davenport - Project Lighthawk
Bill Davidson
Jennifer Davis
Steve Davis - North Rockies Preservation Project
Jim Dayton
Peter & Melissa De Lisser
Dawn Dearmond
Charley Decker
James H. Delano
Dominick Dellasala - National Wildlife Federation
Don Delong
David Delsordo
Steve Demasters
Richard Densley
Barry Dexter
Patrick Dingman
Dorothy Dire
John Dits - Elko Rocky Mtn. Elk Foundation
Larry Dolezal - Lincoln County Courthouse
Pat Donivan
Douglas E. Dove - P.R.R.C.
Marc Dowing
Susan Doyle
Chairman Drake
Billy Drewery - U.S. Army Corps of Engineers
Tom Drewien
William Drummond - West Mountainn G & T
Roger Duba
David Dudley
Dale Dunn
Virgil Dupuis - Conf. Salish & Kootenai Tribes
Jim & Carol Duval
Linda Dworick
Richard J. Dwyer
Carl Dahlberg
Joan Dauninger
Stanley B. Davis
Jack Depperschmidt
John & Jun Dindi
Rich Dinges
Merle Dinning County
Jan Donely
Jim Dubuisa
Bob Durand
Dean Eaton
Bart Eben
Hank Ebert
Russell Edelen - Deer Lodge Ranger District
Darlene Edge - Montana Department of Fish, Wildlife
    and Parks
Fred L. Edmiston
Dr. Stan Eilers
Lewis Eilers - Office of Senator Larry Craig
Howard & Kate Elliott
Mark Elliott

BLM_0029264

Janet Ellis - Montana Audubon Society
Ellen Ellsworth
Pete & Lisa Ellsworth
Ray Ellsworth, Sr.
Smoke Elser
James Endahl
Celeste G. Engel
William Engle - Federal Building
Jeff Erickson - Montana Department of Fish, Wildlife
  and Parks
Kirby Erickson
Brock Evans - NAS
Gordon Eato
Dale Edwards
Eugene Edwards
Scott Engstrom
Susan Fagan
Doug Fagerness
Michael W. Fairchild
Ed & Patti Farr
Doug Farris
Wayne Faude - ID Soil & Water Conservation Comm.
William G. Faust, Jr.
Matthew R. Fein
Gary Fenwick - Shoshone-Bannock Tribes
Yvonne Ferrell - ID Department of Parks and Rec.
John Ferris
Eric Fisher - Boise Payette Backcountry Coalition
Gary Fisher
Kent Fisher
Egon Flato
Steve Flynn
Clint Foldin
Pat Ford - White Clouds Council
Vince Forsman
Lew Fort
Lynn Foster
Steve Foster - Army Corps of Engineers
Chairman, Fraley County
Michael Frances - The Wilderness Society
Tom Franklin - The Wildlife Society
Doug Frary
Joe Fraser
Maria Fraser
Wade Fredenberg - Creston Fish and Wildlife Center
Rick Freeman
Larry French
Adam Frese
Robert Fries
Dean & Betty Frost
Larry Fry
Robert Fugate
Margaret Fuller
Dan Funsch - Alliance for the Wild Rockies
Bradley/Rocky Funston
Tom Fabin
Shelda Farr

Kathryan Feist
Laura Ferguson
Rollie Fischer - Lincoln Comm. Council
Katie Fite
Chuck Fitzlugh
Mayre Flowers
Lynn Fosted
Frank Frutchey
Bruce & Fran Fuller
Dianne Gabel - Save Americas Forest
David Gaillard
Dick Gardner - Idaho Rural Development Council
Gary Garrison
Gregory Gault - Dames & Moore
Mary Gaylord - BLM, Burley District Office
Tom Geary - Idaho Farm Bureau
Shirley Gerback
A. Grant Gerber
Kay Gervais
Dean Gettinger
Allen Getty
Loren Getty
Gary and Cindy Giem - Clear Creek Grazing Co.
Brian Gilbert - Plum Creek Timber
Clyde & Lee Ann Gilbert
Virginia Gillerman - Idaho Geological Survey
Gynnii Gilliam - Chamber of Commerce
Catherine Gilliha Ioga
Joe & Connie Gilmer
Con Gilmore - Idaho Steelhead and Salmon Unlimited
Rob Gipson
Ellen Glaccum - ICL
John Glover - J&SG Investment Company
Keith Glover
Larry & Elias Goicoechea
Bill Good
John Gordon
Jonathan Gorman
John Graham
Natalie Borcher Graham
Pat Graham - Montana Department of Fish,
  Wildlife, and Parks
Dan Gralian
Renee Grandi - Predator Project
Joseph R. Gray
Bill Gregg
Sylvia Gregory
Jon Griggs
Gary Grimm
Phil Grimm
Marla Griswold
Alan Grossberger
Roy Grossen
Michael A. Guerry Guerry, Inc.
Missy Guisto - Senator Larry Craig's Office
Steve Gunderson - Idaho Trail Machine Association
Art Gussa

TABLE OF CONTENTS

BLM_0029265

Norman Guth - Idaho Outfitters and Guides
John Gutkoski - Montana Wildlife Federation
Mark Gutow
Jim Gallahan
Dave M. Garland
Rob Gibson - Wyoming Dept. of Game and Fish
Jon Gilbert - Idaho Outdoor Experience
Clyde & Jean Gillespie
Brian Goller
Bill Goodnight
Stan Grace - NWPPC
David A. Graham
Loren D. Granger
John Grasham
Pat & David Green
Hank Grely
Don Griswald
Ray Gross
Bill Hackett
Harvey Hackett
S. Hackney
Margaret Hagenbarth
Bill Hager
Andy Hahler Heartwood
Tom Haislip - CH2 M Hill
Shireene Hale - Panhandle Health District 1
Ed Hall
Roger E. Hall
Steve Hall - Jones & Stoakes
Fred & Cheryl Haller
Dick Hamacher
Errol Hammond - USFS, Deer Lodge Ranger District
Jody Hammond
Bruce and Kathleen Hands
Mike Hanna
Cliff Hansen
Craig Hansen
Geraldine Hansen
James V. Hansen, Member, U.S. House of Reps.
Bob Hansing - Magic Valley Resource Council
Garrett Hanson
Jim Harberd
Thomas R. Harmon
Fritz Harrigfeld
Ron Harrington
Chuck Harris - Univeristy of Idaho
James Harris
Ron Harting
Janine Hartley
Jan Hartman
Rick Hartz - Beaverhead County
Yoshie Haruyama
Sam Harvey - Gallatin Valley Snowmobile Assn.
Jeff Hash
Bill Haskins - The Ecology Center
Charles R. Hatch - College of Forestry, W&R
John Hatch - Congressman Mike Crapo

U.S. Senator Orrin G. Hatch
Richard Hatton
Alan Hausrath - Idaho Environmental Council
Jim Hawkins - Idaho Department of Commerce
Reverend John G. Hay
Charles Pete Hayes - Nez Perce Tribe
Dr. Ed Heath - Texas A & M Univeristy
John Hecht
Jeff Hedge - Roots
Laurel B. Hegstad, Mayor of Hamilton
Joe Heguy
Diane Helgath
Chairman Helmer, Kootenai County
Jade Henderson
Susan Henley - American Hiking Society
Joe Herrick
John Hiler
Fred Hill
John Hill
Doug Hillam
Tim Hinderman
Colonel John Hines - Army Corps of Engineers
Don Hobbs - Idaho Department of Lands
Brian Hockett - American Fisheries Society
Glenn Hockett
Ben & Faye Holland
Chad D. Holland
Todd & Marcie Holland - Holland Ranch Company
Jim & Joyce Hollopeter
George Holman
Mark Holston
Gregg Holtoff
John & Camille Holzheimer
Scott Hoover
John Hossack
Lynn House
Bill Howard
Chairman Howard, Payette County
Kent Howard
Larry Howery
Steve S. Howze
Marv Hoyt
Russ Hudson
M. Keene Hueftle
Phil Hughes
Stuart Hughes
David Hunt
Chris Hunter
Linda Hyce
Royce Hackworth
Susan Hall - Mt. Revelstoke Glacier National Park
Sheri Hambleton
Doug Hansford
Richard Harold
Charlie & Verle Harvie
Brad Hash
Bob Hassoldt

TABLE OF CONTENTS

BLM_0029266

Dick Hauf
Jerry Hawkins
Denny Hawley - Lemhi Co. Commissioner
Derek Hawn
Ron Hefner
Cary Hegreberg - Montana Wood Products Assn.
Dave Helmrick
Ray Henderson
James Hess - The O.T. Mining Corporation
Charlie Hill
Doug Hillam
Joe Hinson - Intermtn. Forest Ind. Assn.
Dave Holland
Joseph Horvath
Lynn House
Terry Howe
G.A. Howlett
Greg & Peggy Hurless
Eugene Hussey
Tony Incashola - Flathead Culture Committee
Larry Isenberg
Ray Infanger
Jackie Ingram
Bob Jackson
John Jackson
Laura Jackson
Peter Jackson
Ward Jackson
Peter V. Jackson, III
Karin E. James
Joe Jany - Anaconda Job Corps
Phillip E. Jaquith - Montana Audobon Society
Jack Jay
Jerry Jayne - Idaho Environmental Council
John Jefimoff
Lisa A. Jenne
David Jennings - Black Hills Audubon Society
Don Jensen - Association Logging Contractors
Jim Jensen - Dames & Moore
Jim Jensen - Montana Environmental
Bob Jenson - Seda-Pine Veneer
Monica Jerome
Cal Goen/Jerry Conley - Idaho Department of Fish and Game
Wayne R. Faude/Jerry Nicolesc - Soil Conservation Service
Edwin Jewell
Tony Jewett - Montana Wildlife Federation
Bruce R. Johnson - U.S. Geological Survey
Daniel Johnson
Dean Johnson
Gary Johnson
Guy & Angie Johnson
Marc Johnson
Paul Johnson
Rick Johnson - Sierra Club, Northwest Office
Ron Johnson

Nick Johnston
Gail Jones - Gold West Country of Montana
Jack D. Jones
William Jones
William D. Jones & Sons
Jeff Joquilt
Lorna Jorgensen - Idaho Association of Counties
Ed Jovorka - Coeur D' Alene Tribe
Will & Barbara Judge
Jeffery Jung
Dick Jurgens
Doug James
Bert W. Jeffries
Dan Johnson
Duard Johnson
Jack Johnson
James Johnson
June Johnson
Melanie Judge
Steve Kaiser
Dan Karren
Wayne Kasworm
Anne Katsaris
Chairman Katsilometes, Bannock County
K. R. Katsma
Jeff Fereday/Kay Hummel - TWS
Paul Kecera - Nez Perce Tribe
Drake Keiwit - Ravalli Republic
Warren Keller
Stephen Kelly - Bitterroot National Forest
Greg Nelson/Kelly Olson - Idaho Department of Agriculture
Tim & Erica Kemery
Richard J. Kendall
Ken Kershner
Sandra Key - Bridger - Teton National Forest
Ray & Sandy Kieft
Al Kiler - District 3
Carol Kimber - Earnest E. Kimber Estate
Delroy T. Kimber
Grant Kimber
Jeff Kimber - Edwin Kimber Estate
Lyman Kimber
Raida Kimber
Jason Kindall
John J. King
Mike King - Nez Perce National Forest
Al Kington
Ken & Edie Kinucan
Jack Kirkley
Trish Klahr - ICL
Paul & Gretel Kleint
Jerry Klemm - P.P.R.C.
Jeanne Klobnack- Jackson Alliance for Responsible Planning
Steve Kluver - Seda-Pine Veneer
Dave Knight

TABLE OF CONTENTS

BLM_0029267

DISTRIBUTION LIST

Ellen Knight - Rock Creek Advisory Council
Tom Knudson
Bill Koehnke
Ken Kohli
Rem Kohrt
Kris Kolar
Paul J. Kraynak
Dan Krmpotich
Matt Krsul
Gail Kuntz - CKC Bonneville Power Administration
Chairman Kunz, Teton County
John Kwader
Bill Kaiser
Curtis Kanall
Thelma Keel
Gordon Keetet
Nancy Kehre
Lloyd Keifler
Stacy Keith
Charles Keller
Joe and Sheila Keller
Madelyn Kempf
Tim and Lisa Kennedy
Christian Klein
Bert Kraft
Loren Kreck
Jake Kreilizk
Dave Krosting - BlM, Upper Columbia-Salmon
    Clearwater
Richard Kuhl
John Kwader
Greg Lakes Missoulian
Bob Lamberson - Circle Kbl Outfitters
Tom Lane - Diamond Cattle Company
Jay & Deb Langer
Brian Langston
Ray Latham
Donnie Laughlin - Friends of the Bitterroot
Bill Lavere - Sawtooth National Forest
Suzanne Laverty - Idaho Wolf Recovery Fund
Tom Lay
James & Judy Lea
Mark Leach
Cliff Lee
Kelly Lee - People for the West
Richard Lee
Pat Lefthand - Kootenai Cultural Committee
Stanley Lehmann
Charles Leidigh
E. G. Leipheimer, Jr.
Chairman Leitch, Lewis County
Leo Leitinger
Robert Leonard
Scott Leonard
Jerry Levandowski - Montana Trail Vehicle Riders
    Association.
Mark Lewing - Hamilton Unit

John Lewinski - Tws
Scott Lewis - Independence Mining Company
Yale Lewis
Jon and Margie Lieneman
Burt & Dolly Lillis
Dwain Lind
Virgil L. Lindsey
Chairman, Golden Linford Resources and
    Conservation Comm.
Jim Little
Mike Little
Richard Llewellyn
Merle Lloyd - Grassroots for Multiple Use
Stan Lloyd
Lisa Lombardi - Clearwater Forest Watch Coalition
Chairman Long, Bonneville County
Jim Long
Mack Long
Lisa Longfield
Sue Lowry -Wyoming State Engineering Office
Dan Lucas
Laird Lucas - Land and Water Fund
Andy Lukes - Stimson Lumber Company
Roger Lund
Jack Lyman - Idaho Mining Association
Dill LaRue
Joe Lambson
Larry Larson - USDA, Forest Service Region 4
Jamie Lennox
Jon & Margie Lieneman
John D. Lilnn
Paul Lindholdt
W.J. Lindsey
Larry Loudell
Tim Lovlyn
Wendy Lowe
Gilliam Lyons
Samantha Mace
James Mackley - Idaho Department of Lands
Marcia Macnaughton - Forest Service
Todd L. Maddock
Steve Mader - CH2 M Hill
Chairman Magnuson, Latah County
Wendy Magoon
Tom Makowski - Nat. Resource Conservation Service
Herb Malany
Jim Mallory
Helen Malone
Joe Maloney
Lori Mann
Lori Mann, C/O Bannock County Commissioner
Glenn Marangello
Chris Marchion - Anaconda Sportsmen's Club
Dave Marsh - University of Montana
Bill Martin
Don Martin - EPA
Earl Martin

TABLE OF
CONTENTS

BLM_0029268

Robert Martin
Glenn Marx - Office of the Governor of Montana
Marty Marzinelli
Neil Massart
Tad Masterson
George Matejko - Salmon/Challis National Forest
George Matousek
George Matteson - Hoot Owl Farm
Jackie McAvoy
John McBride
Jon McBride
E. J. McClellan
Jackie McClure
Steve McCool
Bill McCrum
Floyd McCubbins
Jodie McCullaugh
Janel A. McCurdy - Coeur D'Alene Tribe
Dick McEwan
Dave McFarland
Tharon McGarry
Kathy McGinnis
N.W. McGrew
Lynn McKee - EPA
Tim & Tia McKinney
Larry McLaud
Bernard Henry McManamon
Rosemary McQueen
Alan McQuillan
Robin S. McRae
David Mead
Chris Mebane
Ron Meeks
Kay Meier - Inholder
Ken Meierotto
William Melcher
Larry Melhoff - Sierra Club
Margret Melly - Vastar Resource, Inc.
Chi Melville
Ray Mendive
Liz Merrill
Clifton R. Merritt - American Wildlands
Craig Messerman
Donna Metcalf
Neil Meyer
Richard Meyer
Sarah Michael - ICL
Chuck Middleton
Allen Mikkelsen
Daniel Miles
Cheryl Mills
Robert Millspow - City of Richland
Doris Milner - Trout Unlimited
Roy Mink
Walt Minnick
Mike Miraglio
Richard Mishaga - CH2 M Hill

Carl Mitchell - U.S. Fish and Wildlife Service
Ron Mitchell - Idaho Sporting Congress
Jim Molek
Rick Molen
Clayton Molinero
Neil Molsey - University of Montana
Ron Moody
Patrick Moore
Stephen Moore - Vigilante Electric Cooperative
Larue Moorhouse
Steve Morehouse - Bureau of Reclamation
John Morgan - Ochoco Lumber Company
Marie Morgenson
Pete Mori
Sam Morigeau - Conf. Salish & Kootenai Tribes
Paul Moroz - Idaho Wildlife Society
Bill Morris
Chairman Morrow, Goodin County
Claire Moseley - R.M.O.G.A.
Gary Moser
Pat Moser
Harvey Moses, Jr. - Colville Confederated Tribes
Ronald Mueller
Bob Mullenix
Barbara Mullin - Montana Department of Agriculture
Russell & Sonya Munday
Betty Munis - Idaho Forest Products Commission
Lewis A. Munson - ID Department of Parks and Rec.
Chris Murphy
Roy Muth - International Snowmobile Ind. Assn.
Gary Macfarlane
Herb Malany
Mel Manning
Bryan Marotz - Montana Fish, Wildlife, and Parks
Charles A. Martell
Orville Mayer
Joni McCorey
Bill McLaughlin - University Of Idaho
Kemper Mcmaster - U.S. Fish and Wildlife Service
Anne Merkley - Sierra Club
Marlene & Richard Midstokke
Roy Mink
Glen Moffat
Jerry Morphy
Bob Morton
Don Murphy - USDA, Forest Service Region 4
Wanda Murphy
Jewell Naffviger
Joe Nagel - Division of Environmental Quality
Chairman Nance, Minidoka County
Tony Nash
Stephen Neal
William G. Neibaur
Lyn Neilson - Montana Department of Fish,
   Wildlife, and Parks
Don L. Nelson
Dusty Nelson

TABLE OF CONTENTS

BLM_0029269

Keith S. Nelson
Lloyd Nelson
Matt Nelson
Meg Nelson - Clark Fork Coalition
George & Dortha Neuberg
Wayne Newcomb - Bonner County Courthouse
Steve Newman - Tabacco Valley News
Charles Newton
Wayne Nicholas - Bear Creek Log Homes
Dennis Nicholls
Dorian Nicholson
Clayton Nielson - Magic Valley Bowhunters Assn.
Doug Nilson - Sierra Club
Phil Nisbet - Grassroots for Multiple Use
Terry Nobles
Laird Noh - Resources and Environment Comm.
Paul R. Nordwall - Caribou National Forest
Janet L. Nordwick
Judy Noritake - Pacific Rivers Council
Diane Norman
Steve Normington
Linda Norris - Office of Congressman Crapo
Nancey R. Norsen
Lindsay Nothern - Idaho Farm Bureau
Mike Nugent - Idaho Legislative Council
Don & Carolyn Nuxoll
Don Nystrom
Dave Nelson
Kent Nelson
Patricia & Robert Nelson
Larry New
Fred Noland
Donna Nyrehn
Janet O'Crowley - Connecting Point for Public Lands
Robert T. O'Leary - Montana Power Company
Ted O'Neal
Hugh O'Riordan - Givens, Pursley & Huntley
Steve Oates - Dept. Of Canadian Heritage
Charles Odegaard - National Park Service
Harvey Olberding
Terry Oliver - Seda-Pine Veneer
Rick Ollinger
Brett Olsen - Montana State University
Jim Olsen
Chairman Olson, Valley County
Darrell Olson
Earl Olson
Keith Olson - Montana Logging Association
Robert Olson
Robert Olson, M.D. - Valley Medical Center
Nolan Oman
Chairman Opp, Canyon County
Marcie Jo Oppenheimer
Florence Ore - Concerned Citizens of Pony
Bradford Orme
Rich Orme
Mike Orr

Bill Orton - Member, U.S. House of Reps.
Dr. John Osborn - Inland Empire Public Lands Council
Harold & Sandra Osborne
Bobby Owen - Flathead Transboundary Council
Tom Owen - Resources Limited
David Own - Montana Chamber of Commerce
Tom Olson
Wes Olson
Harry Owens
Charles Pace
David & Bernice Paige - Idaho Trails Council
Charley Parke
Fred Parker
Jean Parker
John Parker
Ron & Sharon Parker
David Parrish
Neal Parsell
Greg Parsons
Marietta Pascual
Rolland Patrick - Devil Creek Ranch
Liz Paul - Idaho Rivers United
Steve Paulson
Ethel Peck
John Peevey
Lloyd Peiffer
Don, Ned & Arleen Pence - Assoc. Logging/
    ID Women in Timber
Sam Penney - Nez Perce Tribal
Wayne Persons
John Peters
Steve Petersen
Robert & Mona Peterson
Valerie Peterson
William/Georgia Peterson
James Phelps - Montana Audubon Society
Rick Philips - Soil Cons. District
Tom & Cindy Picciano
Earl Picket
Don Pickett
Andrew Pilskains
Tom Platt - Alliance for the Wild Rockies
Kim Pluid
Ray Poe
Denny Pomerleau
C.W. Pomeroy
Jeff Pool - Dames & Moore
Ron Porter - Bitterroot Conservation District
Ronald Porter - Porterbilt Post & Pole Company
Alan Posey
Ken Postma
Margaret Powell
Naomi Powell
Steve Powell
Robert F. Powers
Rich Prang - Stanley-Sawtooth Chamber of Comm.
Donna Prickett



TABLE OF
CONTENTS

BLM_0029270

Richard Prodgers
Lowell Prunty - Murphy's Hot Springs
David A. Pugh - National Park Service
James Purcell - Georgetown Lake
Maurice Pare
Mike Pendergrass
Larry Pennington
Deborah Perkins
Mona Peterson
Thomas Pettit
Carl Pfaff
Adrian Pfisterer
Del Piece
Gene Pierson
Robert A. Pirg
Roger Poirier
Geoff Poole
Ken Postma
Mike & Kathy Poulton
Randy Powell
John Pretty - Top Crow Tribal Cultural Committee
Johathan Procter
Frank Prunty
Mel Quale - Magic Valley Trail Machine Association
Mike Quigley
Gary Qualmann
George Quick - Northwest Timber Resource Council
Governor Marc Racicot - Office of the Governor
Mark Rafaneill
Lynn Rainbolt
Erval Rainey
Vern Ravenscroft
Kelly Rayson
Whitfield Reaves
Bruce Reay
Tye Reay
Erin Reed
Jason Reichel
Shirley Reimann
Dave Reinke
Chairman Renfrow, Camas County
Fritz Rennebaum - BLM, Salmon/Clearwater Districts
Paul Resnick - Shepp Ranch
Alan Reynolds
Duane Reynolds
Gima Rice - Wood River Chapter, ICL
Tammy Rice
Jack Rich
Gary Richardson - T.W.S.
David Richerson
Rick Richins - RTR Resource Management, Inc.
Kristy Richmond
Ryan Rickerts
Ilene Riddell
Commissioner Riddle, Elmore County
Chairman Ridley, Jerome County
Tom Rieger - Salmon Intermountain, Inc.

Chairman Rigby, Bear Lake County
Jim Riley - Intermountain Forest Industry Association
Richard Rister
Barbara Ristow
Dave Rittenhouse - Boise National Forest
Dan Ritter - Moose Creek Ranger District
Don Rizzi
Chuck Roady
John Roberts
Edward Robertson - Idaho Wildlife Federation
Rosholt Robertson
Shaun Robertson - Shoshone-Bannock Tribes
Brad Robinson
Mr. & Mrs. Robinson
Steve Robinson
Michael Robison - Lewis County Weed Control
Jim Rochure - Weyerhauser Company
Sue Rodriguez-Pastor - Biodiversity Legal Foundation
Bob Rohrer - Idaho Transportation Department
Charles Roland
Allen Rollins
Tim Rosco
Allen Rose
Jack A. Rose
Wesley Rose - Idaho Fish & Game Commission
Barry Rosenburg - Inland Empire Pub. Lands Council
Noel Rosetta
Jim Rosholt - Seda-Pine Veneer
Tom Rostock
Deanie Roush
Mearl & Christina Row
Melvyn D. Rowling
Jennifer Roy
Tom Ruffatto
Jeff Ruprecht - Audubon Society
Dick Rush - Agricultural Stabilization
Keith Rush
Del Rust
Mel Reingold
Dean Rhoads
Bob Rich
Shannon and Jack Rich
Paul Ries
Clyde O. & Lois Rigby
Richard D. Riley
Guy Roberts
Cheryl A. Robinson
Lidia D. Robinson
Dan Robison
Willard Rood
Joe Roope
Barry Rose
Randy Ross
John Rudaman
Greg Rupert
Bob Russell
Butch Ruykendall

TABLE OF
CONTENTS

BLM_0029271

DISTRIBUTION LIST

John Saemann
Jean L. Salmon
Neil Sampson
Roger Samson
Don Samuelson
B.C. Sanders
Gordon Sanders
Forrest Sanderson - Lake County Courthouse
Duane Sandin
Dean Sangrey - Idaho Outfitter & Guide
Ronald Santi - Equitable Resources Energy Company
Howard Santley
Arthur Sappington - Fox Creek Watershed Project
Grant Sasek
Tom Sather
Deloyd Satterthwaite
John A. Satterwhite, D.D.S.
David Sawyer
Allen Schallenberger
Karen Scheidler
George Schemm
Mr. W. Joe Schmid
John Schmidt
Cheryl Schoenenian
Tony & Margret Schoonen
Joseph C. Schott
Robert Schrenk - Kootenai National Forest
Randy Schroeder - Greystone
Scott Schroeder - Stimson Lumber
Lizzie Schueler - ICL
Wallace Schwass
Bob Scott
Bruce Scott
Mike Scott - White Cloud Outfitters
Mary Scurlock - Pacific Rivers Council
Gary Secrist - Lazy Three S Ranch, Inc.
Jesse Sedler
Liz Sedler
Jack See - Redfish Lake Lodge
Chairman Seibold, Minidoka County
Jeff Selle
Ernest D. Sells
Jeff Sells - Bonner City Daily Bee
Pauline E. Semmens
Gene Sentz
Scott Settle
Bill Seybert - Golden Sunlight Mines
Robert Shackelford
William M. Shepard - Minerals Exploration Coalition
Paul & Dawn Shepherd
Roy Shepherd
Frank Sherman - ID Department of Water Resources
Lillie Sherwood
Mike Shirley - Bogus Basin
Terry Shook
Mark Shumar
David Siebanthaler - TWS

Gary Sieren
Dan Silver, M.D.
Ben Siminoe - Humbolt National Forest
William & Gail Simmons
Orriette Sinclair
Dan Skinner - BSU Arbiter
Jim Skinner - Lemhi Co. Cattle & Horse Growers
Cyril Slansky - Idaho Trails Council
David Sliman
Calvin Smith - Willow Creek Stock Association
Chairman Smith, Boundary County
Clarence Smith
Commissioner Smith
Delma K. Smith - Winfred Kimber Estate
Elmer Smith
Harold Smith
Jeffery J. Smith
Minie Smith
Rod Smith
Stan Smith - Small Loggers Council
Nolan Smith & Family
Colleen Snyder - C.G.N.W.
Gerry Snyder
Mike Snyder - USDI/National Park Service
Bud Solmonsson - Outfitter & Guides Association
Jerry Sorensen
Joshua L. Sorensen
Amy Sosa - Cornerstone Environmental Resources
Carol Soth
Dacia Soulliere
Joe Sowerby
Stanley Speaks - Bureau of Indian Affairs
Hazel Spencer
Stanley Spencer - Spencer Land & Livestock
Vina Spencer
Chuck Spieth
Andy Stahl - A.F.S.E.E.E
Amanda Stanley
Debbie Stanton - IGR, Clearinghouse Manager
Mark Stark - Stanley Basin Cattle Association
Norm Steadman
Richard Stearns
Bob Steed - Division of Environmental Quality
John Steinmetz - Montana Bureau of Mines &
   Geology
William Stender - Stender Ranch, Inc.
Ernest Stensgar - Coeur D'alene Tribal Headquarters
Beth Stephens
Chairman Stephens, Weiser County
Roxie L. Stephens
Stanley M. Stephens
John & Amy Stevens - ICL
Elizabeth Stevenson
Ed Stockley
Don Stockton - Idaho Department of Lands
Mike Stockton
John & Pam Stokes



TABLE OF
CONTENTS

BLM_0029272

Chris Story
Sharon L. Stratton
Leslie Streeter
Ted Strickler
Clive J. Strong - Office of the Attorney General
E.D. Stroops
Carl Sturdy
Dean Sturz
Terry Sverdsen
Rhonda Swaney - Conf. Salish & Kootenai Tribes
Deborah Swatski
Dale L. Swensen
Brett Swift - Northwest Water, Land & Policy Project
Ralph Swift
Hal Salwasser - USDA, Forest Service Region 1
Bill Savage
Bill Schenk
David Schilke, Jr.
Larry Schulz
Jack Shaffet
Lyn Shanaghy - Senator Simpson's Office
Bob Shervin - Teton County Commissioner
Bill Shurtleff
Jeff Siddoway
David Simmonds
Mark Simonich - Department of Natural Resources
Roberta Skelton
Mary Sloan
Elwin J. Smith - People for the West
Julian Smith
Larry Smith
Rep. Liz Smith
Phyllis Snow
John Snyder
Roger Solars
Truax Soli
Paul Sommerfield
Clyde Sproul
Dori Stechley - People for the West
Jerry Stern
Paul Stokes
Ron Stoleson - USDA, Forest Service
David J. Stran
Jim Szparza - Regional Ecosystem Office
M. Tae
Richard Tag
Rich Talbott
Richard Tamblyn
Herbet Tanner - Tanner & Tanner Enterprises
Jay M. Tanner - Della Ranches
Terry Tanner - Flathead Cultural Committee
Allen R. Tanner - Family Harvey Tanner
Chairman Taylor, Custer County
Rob Taylor - Seattle Post Intelligencer
Gregg Teasdale - ID Department of Health and
   Welfare
Gerald Tews

Paul Thiers - NCAP
Ralph Thistad
John Thomas
Loren Thomas - Idaho Transportation Department
Norm Thomas
Tim Thomas
Dick Thompson - Sec, Inc.
James Thompson
Mike Thompson - Montana Department of Fish,
   Wildlife, and Parks
Todd & Denise Thompson
Bill Thurston - Alpine Log Homes
Trent Thurston
R. Dean Tice - National Recreation & Parks Assn.
Colby & Linda Tigert
Doug Tims - Idaho Outfitters & Guides Association
Keith Tinno - Shoshone-Bannock Tribes
Paul Calverly/Tom Christensen
Robert Tomich
David Tower - Grosue Creek Ward
Nevoy & Bryce Tracy
Tracey Trent - ID Department of Fish and Game
Susan Treu
Spence Trogdon - Montana Outfitter & Guide
Sal Tromba
Jeanne Tuergeon
Ed Tulloch
Russ Turner
Donna Turnipseed
Merritt Tuttle - N.M.F.S.
Michael Tyacke - Hide Creek Ranch
Kate Taylor
Malcom Thompson
Jim Tilmant
Corky Torrey
Jewell Tracy
Peggy Trenk - Western Environmental Trade Assn.
Betty Tuggle
Frances Tupper
Scott Turner
Tom Ulich - Grant-Kohrs Ranch
Cutler Umbach
Thomas Uphill
Ivan Urnovitz - Northwest Mining Association
Chairman Vadnais, Clark County
Delmar Vail
Bill Van Norman - Van Norman Ranches
Robin & Ben Van Norman - Van Norman Ranches
Dave Vandegraaff
Dick Vandenakker
John Vanderwalker
Salvatore Vasapolli
Tony Veazey
Diane Verna
Joel Vignera
Bob Vince

TABLE OF CONTENTS

BLM_0029273

Dan Vincent - Regional Supervisor, MT Dept. of
 Fish, Wildlife, and Parks - Region 1
Dan Vogt
Steve Vogt
Mike Volesky - Montana Association of Conservation
 Districts
Derek Volkart
Mike Vashro
Larry Waddell
Loyle V. Wahsm
Mr. & Mrs. Wakeland
Enid Gren Waldholtz - Member, U.S. House of Reps.
Carla Waldron
Chairman Walker, Madison County Commissioner
John Walker - Challis City Hall
Rick Walsh - Montana Power Company
Steve Wandrus
Tom Wardlaw
Smut Warren - Bunky Ranch
William A. Warren
Norm Wasson - Nez Perce Tribe - Fisheries
Harold Watkins
Ruth Watkins - Tri-State Council
Greg Watson
Mark Weadick - Idaho Department of Lands
Kristy Webb - Wildlife Society
David, Bud & Greta Webber
Regan Weeks
Bill & Judy Weir
J. Kirwin Werner, Ph.d.
Irene Werns
Gordon West
Steve West
Dave Wester - Montana State Office
Sioux Westervelt - ICL
John Weston
Howard James Whitaker
Jim White - Idaho Fish and Game
William White
Dr. Kenneth Wiesinger
Laurie Wildey
Blair Wilding
George Willhelm
Congressman Pat Williams
John Williams
Roger Williams
Roger Williams - Idaho Trails Council
Thomas & Mildred Williams
Stan Wilmoth - State Historic Preservation Society
Chairman Wilson County
Felicite Wilson
Jay Wilson
Larry Wilson
Luther S. Wilson
W.D. Wilson
Wendy Wilson - Idaho Rivers United
Judy Wing - Pao Blue Mountain

Wendi Winward
J. R. Wolf - Continental Divide Trail Society
Andy Wones - Jones & Stokes Associates
Dave Wood
Marilyn Wood
Dick Woodard - Ada County Fish & Game League
Lyle Woodbury
Scott D. Woodbury
Clarence Woodcock - Flathead Culture Committee
Wesley & Jo Ann Woodgerd
Tom Worden
Lewis M. Work - People for the West
Larry Wright
Ken Wynn
Lenore Waldel
Bethame Walder
Robert Walker - Bonneville Power Administration
Francis Wallace
Robert Webber - Advanced Concepts International
Jerry Welatt
Larry White
Randolph Wickers - USAF
Rober Wiederrick
Earl Wilcox
Alberta Wilderrick
George Wilhelm - People for the West
Ed Williams
John Williams - Bonneville Power Administration
Linda Williamson
Ralph Wilson
Ron Wise
Jerry Wolcott - Plum Creek Timber
Lyle Woodbury
Philip Wyncoep
Patrick Yasenak
Gray Young
Tom L. Yalomella
Bernie Zaleha - TWS
Pete Zamljak
Bill Ziegert
Bob Zimmerman
Don Zuck
Johnson Tuning Fork Ranch
Missoula Public Library
Gil Alexander - Canyon Ferry Limnological Institute
John Beardsley
Lars Bergstrom
John W. Best - Deerlodge Snowmobile Club
Bill Blount
Kevin Boling
Deborah Boots - Cabinet Resource Group
Cassandra Botts - Boise Cascade Corp.
Ken Briggeman
Ellis & Kathy Bryngelson
Barb Buentemeier - Montana Women in Timber
Bob Bushnell - Montana Snowmobile Association
Vern Bromgard



TABLE OF
CONTENTS

BLM_0029274

Jason Campbell - Montana Stockgrower Association
Curtis Cannell
Tom Caples
Frances Cassier
Bill Chandler - Stone Forest Products
Sid Clark - Silvi-line
Patrick Connell
Richard Connor Jr. - Pine River Lumber Co., Ltd.
Fred Crisp
John Crouter
Terry Cundy - Potlatch
Neal Christiansen, Freemont County Commissioner
Judy Clayton Cornell
Elna Darrow
Mr. & Mrs. James L. Denison
Marilyn L. Dinger
V. Dipalma
Calli Daly
Clarence & Jean Elle
Paula Easley, C/O Municipality of Anchorage
Earl J. Ferguson - Nez Perce County Commissioner
Dean Finch
Chris Gertschen - Sawtooth Science Institute
Doug Goodall
Alva D. Greene - Greene Valley Retreat
Gary Gadwa
Mathew Gouent
Richard J. Hallisy
David Hawk Jr. - Simplot Co.
Wayne A. Hedman
Steve Hilliard - Skagit County Weed Control
Bill Hutchinson
Twila Hornbeck
Mrs. William Immonen
Will & Vangie Ingram
Alex & Julia Irby
Heather Irby - Congressman Helen Chenoweth
Tim Jackson - Idaho State Journal
Kevin Johnson - Highland Rose Contracting
Shawn Keough - Sandpoint Chamber of Commerce
Patricia Klahr
Mary Ann Knight - Sawtooth Backcountry Horseman
Ferne & Bob Krumn
Norman Lefever
Ernie Lombard - N.O.H.C.C.
Mrs. Stanley Lukens
Ted Macey - Salmon River Electric Co-op, Inc.
Forrest G. Mccarthy
Bill Middleton
Bob Mitchell - BLM - Idaho State Office
Kelley Mitchell
William Morris
Don Morrow
Bill Mulligan - Three Rivers
Dolores Mazurik
Carl Nellis
Christians Neal

Merlyn Nelson
Bill O'Brien - Montana Dept. Of Natural Resources
Fred Omodt
John E. Pierotti
Marti Peck
Kelley Pezeshki - Clearwater Biodiversity Project
Adam Ruben
Rick & Jody Sandru - Ruby Valley Stock Association
James G. Senecal - Senecal Fencing
Donald Serba-Pulp & Paperworkers Resource Council
Perry Silver
Victor Simpson
Wayne Stanford
Wendell Stark
Steve Stefano
David Streufert - Powell County Extension
Steve Stuebner
George H. Swan - Swan Land & Livestock
Christopher Shelton
Bert Silcock
Paul Torrence
Gary Ullman - Louisiana Pacific Corporation
James & Sandra Unger
Bruce Vincent - Communities for Greater NW
Bethanie Walder - Road Removal Implementation Project
Eugene & Lois Walsh
Al Wells
Paul Werner - ICL
Lena Whitson
Peter Wilson
Lawrence & Jane Yazzie

## Organizations and Individuals Receiving full UCRB Draft EIS

American Wildlands
BLM - Bennet Hills Resource Area
BLM - Elko District Office
BLM - Monument Resource Area
BLM - Salt Lake District Office
BLM - Shoshone District Office
Elko County Commissioners
Eureka Co. Public Land Advisory
Eureka Chamber of Commerce
Eureka County Commissioners
Eureka County Director of Public Works
Eureka County District Attorney
Eureka County Public
Forest Service - Lowman Ranger District
Kootenai Environmental Alliance
National Marine Fisheries Service
Newmont Exploration Limited

TABLE OF CONTENTS

BLM_0029275

John Aaron
David Adair
Chairman, Adams Cassia County Commisioner
John R. Adams
Diane Prorak/Al Poplawsky
Jay Anderson - Idaho State University
Jim Andrae - Agri-Beef
James Andreason County Commissioner
Jeff Ankney
Mike Antrobus - Elko Daily Free Press
Vic Armacost
Debbie Austin - Beaverhead-Deerlodge Ntl Forests
Michael D. Axline - Western Environ. Law Center
Billy Alder - Custer County A.O.G
Robert Amidon
Brian Amme - BLM State Office - Nevada
Rick Applegate - Trout Unlimited
Rod Ariwite - NW Band of Shoshoni Nation/Tribe
Cindy Bachman
Don Bachman
William Back - Shoshone-Paiute Tribe
Cathy Baer - Sawtooth Wildlife Council
G. Bain - U.S. EPA Office
Robert Bancroft - Fdtc Inc.
William J. Barmore, Jr.
Richard Barnes
Alan Barta
Paul Bartlett - Roots
Doug Barto
Chairman, Bass Owhyee County Commissioner
Rick Bass
Al Beauchene
Jared Bedke
George T. Bennett
Scott Benson
Richard Beyers
Bill Bladt - Sapphire Realty
Tom Blanchard
Steve Bliss
Terrie & Dan Blomquist
Dr. W.A. Bloo - Glacier Institute
Dr. Marshall Bloom - Trout Unlimited
Dale Bob - AFSEE
Dale Bosworth - Forest Service, Region 4
Jeanne Bottinger
Mrs. E.T. Bovee
Judy Boyle
Judy Boyle - Washington Co. Oversight Comm.
Ernest Bratley
Craig Brengle - U.S. Corp of Eng. Albini Falls Project
Alan Bright - Washington State University
Fred & Judy Brossy
Greg Brown
Howard Buettgenbach
Dale Burk - Stoney Dale Press
Fred and Pat Burnell
David Byrnes

William Bachman - Croman, Inc.
Marvin Bagley - BLM, Medicine Lodge Resource Area
Guy Baier - People for the West
Hale Bailey
Dick & Betty Baker
Doug & Cheryl Baker
Jeanne Baker - Blackfeet Tribe
John Balliette
Mary Barraco
Steve Bauer - EPA, Idaho Operation Office
Mike Baughman
Jim Baumann
Keith Bennett
Kenneth Benson
John E. Bentley
Pattie Berger
Douglas H. Boggan
Doug Bohn - Mt. Fed. Land Coalition
Kevin Boston
Don Bowman
Michael Bowman
Bert Brackett
James M. Brady
Agnes Brailsfor
Robert Brammer
Ric Branch
Richard Brandau
Dan Brown
Laura Brown - USDI, Office of the Solicitor
Linda Brown
Philip R. Brown
Randy Buck
Charles H. Burley - NW Forestry Association
Denver P. Burns - USDA, Rocky Mt/Int Mt Res. Center
Paul Callahan
Charles V. Campbell
Lennet Cantwell
D.C. "Jasper" Carlton - Biodiversity Legal Foundation
Forrest Carpenter - USFS.
Barry Carter - Blue Mt Native Forest Alliance
Michael Carter
Craig Chase - Technology & Eng. Management
Richard S. Christenson - Morris and Wolff P.A.
Stew Churchwell - Friends of the West
Darrell Clarimont
Michael Clark - Greater Yellowstone Coalition
Nova Clarke
Bob Coats Guy - Bennett Lumber Co.
Patrick Coffin - U.S. Fish and Wildlife
Audrey Cole - ID Division Environmental Quality
Pete Cole
Mark Collinge - USDA AHIS/ADC
Clark Collins - Blue Ribbon Coalition
Adena Cook - Blue Ribbon Coalition
Jeff Cook - ID Department of Parks & Recreation
Ron Cooper - Pacific Rivers Council
Duane Cross - Croman Inc.

TABLE OF CONTENTS

BLM_0029276

Dean Culwell
Michael A. & Donna L. Campbell
Linda Cannell
Jay Carlson - BLM, Owyhee Resource Area
Lee Carlson - Yakama Indian Nation/Tribe
Earl Carnagey - BLM, Idaho State Office
Christine Champe
Jim Champie
Rocky Chase
Murray Christman - Mt. Revelstoke/Glacier
    National Parks
Bill Clark
Faye Coiner
Ken Conley
Leroy Cook - BLM, Big Butte Resource Area
Philip S. Cook - ID Forest, W, & R Policy Analysis
    Group
Wilson Crutcher - Paiute/Shoshone Tribe
Jill Davies
Stan Davis
James C. Dawson - Plattsburgh State University Of
New York.
Cindy Deacon Williams - Pacific Rivers Council
Bob Decker - Montana Wilderness Association
Rich Del Carlo - Boundary Co. Weed Control
Lori Deluca - S.A.I.C.
Mr. Seth Diamond - Intermtn Forest Industry Assn.
Douglas and Jan Donley, Boise County
Bert Doughty - Thompson Creek Mining
Bill Dryden
Stuart Duffield
Marianne Dugan - Western Environmental Law Cntr
Alexis Duxbury - ND Department of Game and Fish
Carol Daly - Flathead Economic Policy Center
Leo G. Damele
Kim Davitt - American Wildlands
Alan Dibb - Kootenai National Park
Bob Dinwiddie
Michael J. Donahoo - U.S. Fish and Wildlife Service
Jiri Doskocil
Larry A. Drew
Marty Dumpis - Malheur National Forest
Barry Dutton - Land & Water Consulting
Tom Dyer - BLM, Snake Resource Area
Fred  Ebel - Ebel and Associates, Inc.
James Eblin
David & Janice Eby
E. Eggleston
Bob Einhause
Mark Eliot
Linda Ellison - Mt. Vehicle Trail Riders Association
Chairman, Enneking County Commissioner
Ken Evans - Kle Enterprises, Inc.
Mark Eames - National Marine Fisheries Service
R.L. Eddy
Mardell Edwards
Leroy Etchegaray

Henry Etcheverry
Rod Evans
Murray D. Feldman
Craig Fellin
Jennifer Ferenstein - Alliance for Wild Rockies
Denzel Ferguson - Society Advocating National
    Ecosystems
Michael L. Fish - Weyerhaeuser
Sam & Denise Fodge
Roy France/Day - National Wildlife Federation
A.L. Freese - Libertarian Party
Stephen Freiburger - Jub Engineers Inc.
Earl Frizzell
Larry Fryberg - Idaho Department of Lands
Jay E. Fuller - Jay E. Fuller Construction Company
Richard Furman - Idaho Department of Lands
William Felts - Thompson Creek Mining Company
Mark S. Fetzer - Ecology & Environment
Chuck Finan - Coeur D' Alene Tribal Headquarters
Allan Fitzsimmons
Joan Frey County
Chuck Galloway
Craig Gehrke - The Wilderness Society
Walt Gentis - Malheur Lumber Company
Jim Gerber
Doug Glevanic - USDA, Forest Service Region 1
Greg Gollberg - Idaho Conservation League
Tom Goodall - Boise Cascade Corporation
Steve Gorton - The Montanian Newspaper
Bill Graham - ID Department of Water Resources
Win Green
Dr. Carol Griffin - The Henry's Fork Foundation, Inc.
John Grove - Friends of the Bitteroot
Jim Gallagher
Denise Gardner
Chad Gibson
Terry Gibson
Wayne Gillespie
Steve Gniadek - Glacier National Park
Doug Gochnour - Clearwater National Forest
Pete Goicoechea
Ralph Goode - Salish and Kootenai Tribes
Larry Gorell
Ted Graf - BLM, Coeur D' Alene District
Fred Kelly Grant
Daniel Green
David Groth
Douglas Haas
Dr. James Habeck - University of Montana
John Haber - USDA, Forest Service Region 1
Margy Hall
Stan Hamilton - Idaho Department of Lands
Keith Hammer
Martin Hansen - Eureka Co. Public Land Commission
Dr. Dennis Harper
Chairman Hawley, County Commissioner
Marjorie G. Hayes - Idaho Consumer Affairs Inc.

TABLE OF CONTENTS

*Nansu Haynes - Bitterroot Public Library*
*Patrick Heffernan - Montana Logging Association*
*Dan Heilig - Wyoming Outdoor Council*
*Leland Heinrich - Valley County Clerk*
*Joe Helle - Montana Woolgrowers Association*
*Robert Hemming - Usmx, Inc.*
*Jon Higby*
*Arlan Hiner - BLM, Rock Springs District*
*Jerry Hoagland*
*John Hoehne - Congressman Crapo's Office*
*Steve Holmer - Western Ancient Forests Campaign*
*A. Holthuijzen - Idaho Power Company*
*Joel Holtrop - Flathead National Forest*
*David A. Hoppens - David A. Hoppens Engineering*
*Caroline Hubble - Thompson Creek Mine*
*David Hull - ID Division of Environmental Quality*
*Neil Hunsaker - Resource Planning Associates*
*Michael Hurley - M & M Environmental Enterprises*
*Jim Huspek*
*Chad Hyslop - The Owyhee Avalanche*
*Martha Hahn - BLM, Idaho State Office*
*David Hall*
*William V. Hall - Hall & Associates*
*Jerry Hamilton*
*Larry Hamilton - BLM, Montana State Office*
*Helen Hankins - BLM, Elko District Office*
*Steve Hansen*
*Martin Hanson*
*Dave Harmon - BLM, OR/WA State Office*
*John Haxby*
*Brace Hayden - Glacier National Park*
*Ralph Heft - BLM, Vale District*
*Bob Heidemann - BLM, Upper Columbia-Salmon Clearwater*
*Kathleen Hellman*
*Jeanne Herman*
*Jack Hockberger - Field Solicitor's Office*
*Lisa Hoehne*
*Guy Hopkins - Kootenai Tribe of Idaho*
*Chuck Horsbourgh - BLM, Medicine Lodge Resource Area*
*Allen Horsefall Jr., Ravalli County Commissioner*
*Dennis Hoyem - BLM, Idaho Falls District Office*
*Arleigh Isley*
*James Ithurralde*
*Lee Jacobson*
*Scott Johnson*
*Lahsha Johnston - Wilderness Society*
*Chuck Jones - Simplot Land & Livestock*
*Loring Jones - Idaho Native Plant Society*
*Jim Jordan*
*Jeff Juel - The Ecology Center*
*Peter Janss*
*John Johnson - BLM, Wyoming State Office*
*Mark Johnson - BLM, Upper Columbia-Salmon Clearwater*
*Kent Just*
*Robert B. Keiter - The University of Utah*
*Rod Kelly - Valley Network*
*Steve Kelly - Montana Ecosystems Defense Council*
*Donald Kern*
*Lynn Kincannon*
*Chairman Jack King - Shoshone County Commissioner*
*Elaine Kleckner - Idaho Power Company*
*Kirk Koepsel - Sierra Club*
*Michael C. Kossow - Meadow Brook Consv. Assn.*
*Becky Kramer - Union-Bulletin*
*Ron Kay - BLM, Deep Creek Resource Area*
*John Kelley - Warm Springs Tribes*
*Mike Kennedy, Missoula County Commissioner*
*Bryan Kenworthy - Hagerman National Fish Hatchery*
*Donald Kern - Mt. River Action Network (MRAN)*
*Jerry Kidd - BLM, Lower Snake River District*
*Gene Kinch - BLM, Rock Springs District Office*
*Elaine Labonte*
*Dan Lacrosse*
*Harry Lafriniere - Missoula Electric Co-op*
*Richard Lasko - USDA, Forest Service Region 1*
*Nathaniel Lawrence - Natural Resources Defense Council*
*John Lawson - FMC Gold/Beartrack Mine*
*Brad Little*
*Donald W. Lojek - Cascade Reservoir Association*
*M.J. Lott - Lott Brothers, Inc.*
*Dan Lucas - MSU/Granite County Extension*
*Eric Lundquist - American Motorcyclist Association*
*Dan Labarry*
*Jim Lancaster*
*Philip H. Laumeyer - U.S. Fish and Wildlife Service*
*Travis Laws*
*Jay Lee - Western Ancient Forest Campaign*
*Paul L. Leimbach*
*Charles Lennahan - USDA / OGC*
*Tim Linehan*
*Gretchen Lloyd - BLM, OR/WA State Office*
*Tom Loder - Hydrometrics Inc.*
*Bob Loucks - University Of Idaho C.E.S.*
*John Lowe*
*Bob MacDonald - Kootenai County Commissioners*
*Walter Maendl - Greene Valley Retreat*
*John Magnus - Independent Montana Miners*
*David Maki*
*Phil Mamer*
*Area Manager - BLM, Great Falls Resource Area*
*Area Manager - BLM, Dillon Resource Area*
*Darrell Sall - BLM, Garnett Resource Area*
*District Manager - BLM, Salt Lake District*
*Marilynne Manguba*
*Johnathan Marvel*
*Ralph Maughan - Idaho State University*
*John McCarthy - Idaho Conservation League*
*Linda McClure - Koocan USA International Coalition*

Dale McGreer - Western Watershed Analysts
Mike Medberry
David W. Meyers - Environ. Affairs/Idaho Power
Robert Michna
Mike Mihelich - National Audubon Society
Mat Millenbach - BLM, Utah State Office
Mike Miller
Arlene Montgomery - Friends of the Wild Swan
Jacquie Moore
Tom Moore
Kathaleen S. Morse
Charles Morton - So. Carmen Grazing Allotment
Dewitt Moss - Northside Canal Co.
Rich Moy
Falma Moye
Carol Mueller - People for the West
Phil Murdock
Michael Murray - Ecocentric Wildlands Mgt. Institute
Ed Madej
Mark Malkoski
Kathleen Marquardt - Putting People First
Mark Maxon
Tom McKern
Kerry McMenus - Bitteroot National Forest
Don Mcnab
Steve Meloche - Lincoln County Economic
    Development Council
Ihor Mereszczak - Clearwater National Forest
Christopher H. Meyer
Zane Miles
William H. Miller - Idaho Fishery Resource Office
Tom J. Mills - USDA, PNW Research Station
Gary Milner
Mike Misner
Anne Morgan - BLM, Nevada State Office
Jeff Mosley - Montana State University
Ron Mulach - USDA / OGC
Bruce Mulkey
Mark Nechodom - UC Davis/University Extension
Ray Neiwert
Tom Nesvacil
Leon Newman, Adams County Commissioner
Norman Nass
Roger Nesbit - USDI, Office of Regional Solicitor
Clayton Nicholes
Sandra M. Noble - U.S. Fish and Wildlife Service
Tom Nygren - USDA, Forest Service Region 6
Doug Oien
R. K. Osterheld
James Owings - BLM, Butte District
Gerald Olander
Dennis Palmer - Grassroots for Multiple Use
Jerry Pavia
Margaret Payne
Randall D. Payne
Brian Peck - Endangered Species Coordinator
Ken Penrod - High Country Trail Riders Assoc. Inc.

Ronald R. Perrin - USDA-NRCS
Gene Persha - Research Educational Project
Frank Phillips, Jr.
Alex Philp - University of Montana
Steve Place
Daniel H. Pletscher, Ph.d. - School of Forestry
Ina Pluid - Idaho Women in Timber
Alan Ponton
Stephen Potts - EPA, Montana Operations Office
Gary Power - Idaho Department f Fish and Game
Thomas M. Power - University of Montana
Harold A. Powers
Ed Paige - Oregon State University
George Parman
Eric Patorino
Darcy Pederson - Clearwater National Forest
James M. Peek
Mike Pellant - BLM, Idaho State Office
Russell D. Peterson - U.S. Fish and Wildlife Service
Al Pierson - BLM, Wyoming State Office
Allen Pinkham - Nez Perce Tribe
William Platts
Ivan Posey - Shoshone Business Council
Dave Powers
Roy Prescott
Ann Puffer - USFS, Region 1
Ray Rasker - Wilderness Society
James Rathbun
George Rauch
Robert Rebholtz Jr. - Agri Beef Company
Jerry Reese - Targhee National Forest
Mark Rentz - American Forests & Paper Association
Tim Rhode - USDA, Forest Service Region 1
Jeff Richardson
David & Kathy Richmon
Russ Rintala
Dave A. Robbins
James A. Rochelle - Weyerhauser Company
Brian Rumburg
Eric Ryberg
Fred Rabe
Robert F. Recht
Leroy Reed
Mark Reller - Northwest Power Planning Council
Kathe Rhodes - BLM, Salmon District Office
Virginia Ricketts
Gil Riddell - Association of Oregon Counties
Tom Rieger
Chuck P. Rightmire - Western Livestock Reporter
Bruce Riley - Flathead Highschool
Daniel A. Rix
Rick Roberts - USDA, Forest Service Region 6
Hank Robison
Ken Rodgers
Roger Rosentreter - BLM, Idaho State Office
Anthony Rowley
Darrell Sal - BLM, Garnet Resource Area

TABLE OF
CONTENTS

BLM_0029279

Eileen R. Salenik - Bureau of Reclamation
Greg Sauer
Fred Schmidt - Colorado State University
Stephen M. Schoen
William Schwager
Richard A. Schwarz
Don Schwennesen
Michael Scott - The Wilderness Society
Michael Scuderi
Arthur L. Seamans - Hells Canyon Alliance
Bob Sears - Idaho Cattle Association
Norm Semanko
Donna Servatius
Gregg Serveheen - Idaho Department Of Fish and Game
Jon C. Sesso - Butte-Silver Bow Planning Dept.
Bill Shalter - Unimin Corporation
Brent A. Shutlz
Mark Simmons - Northwest Timber Workers
Grant Simonds - Idaho Outfitters & Guides Assn.
Roger Singer - Middle Snake Group Sierra Club
Tom Skinner
Julian C. Smith - Tabor Creek Cattle
Rob St. Clair - Montana 4x4 Association
Harold Statham
Jeff Steele - BLM, Pocatello Resource Area
Tony J. Steenkolk - Boise Cascade Corporation
Colleen Stephens
Lynne K. Stone - Boulder-White Clouds Council
Glen Stonebrink - Congressman Helen Chenoweth
Deward Strong - Jefferson-Madison Grazing Assn.
Chris Suger
Kit Sutherland - Bitterroot RC & D
John R. Swanson
Bernie A. Swift - G.M.U.
Ray Salisbury
Briana Sayler
Willam Schaeffer
Michael Schiewe - National Marine Fisheries Service
John E. Schmidt - SMF Resources, Inc.
Owen Schmidt - Office of the General Counsel
Kenneth B. Schuster
George Schwin
Loma Schwin
Lola A. Sept - Bureau of Reclamation
William F. Shake - U.S. Fish and Wildlife Service
Jon Shannon - Shannon Environmental Services
Steve Shelly
Ruth Sigeuza - EPA, Wd - 126
Carl Slagowski
Joy Snowden
Dave Stack - USDA, Missoula Ranger District
Jack Standford - Flathead Lake Biological Station
R.B. Stephenson
Robert Stephenson
C.B. Stinnett
Robert & Shannon Stockton
Kim Sullivan - Umatilla Tribe

Dan Svengin
George Swallow
Randy Swick - Payette National Forest
Merlin B. Tanner
Steve Tanner
Steve Thompson - Montana Wilderness Association
Mr. & Mrs. William I. Tindall
Ross Titus - Montana Wilderness Assn.
Cliff Todd - Timberland Recovery
Joel Tompkins
Ed. Thiele, Okanogan County Commissioner
Rick Tholen - BLM, Idaho State Office
Press Thomas
Jerry Todd
Dr. Dale Toweill - Idaho Fish and Game
Bill Towey - Kalispel Tribe
Prof. Michael Treleaven - Gonzaga University
Connie Tucker
Richard Tyacke - Hide Creek Ranch
Terry T. Uhling, J.R. - Simplot Corporation
John Urguidi
Tomas Vachuda
Dave Van De Graaff - Boise Cascade Corporation
Charles Van Epps
Bill Vogler - WA State Association of Counties
Rob Vankirk
Rick Vander Voet - BLM, Shoshone District Office
Pete Vanwyhe - BLM, Burley District Office
Theodore Vernes
James Ward - James F. Ward & Assn.
Mike Ware
Radley Z. Watkins
Jim Weber - Columbia River Inter-Tribal Fish Comm.
Rick Weholt
John C. Weidman
Lori A. Weller - Idaho Women in Timber
Gordon White
Carol Whittaker
Paula & James Whittaker
Dan Wicklum
Chuck Wildes - Lolo National Forest
Richard Willhite
Earl Williams
Sharlon L. Willows - Canyon Coalition
Bob Wilson - Eureka Cooperative Extension Service
Harry E. Wilson
V. James Wilson - Clearwater County
Patrick Withen
Connie Woo - Communities for a Great NW
Floyd Wood
David Wright - Idaho Panhandle National Forest
Rick Wadleigh - USDA - APHIS - ADC
Peg Wagner - Montanans for Multiple Use
Tom Wagner - USDA, Darby Ranger District
John Walker - USDA-ARS
Steve Wandrus - Cove/Mallard Coalition
Vicki Watson - University of Montana

TABLE OF CONTENTS

BLM_0029280

*Don Weilmunster*
*Frank J. Wellar*
*Ron Wenker - BLM, Winnemucca District Office*
*Dale White County*
*Jerry White*
*Jon Wiler*
*Louisa Willcox*
*Stephen A. Wille*
*Noel Williams County*
*Ray Williams Jr.*
*Rob Willis*
*Mike Worden*
*Dr. Rosalind Yanishevsky*
*Delbert Yardley*
*Robert Yohe Ii*
*Diane Yupe*
*Scott R. Ziegler*
*Elaine Zielinski - BLM, OR/WA State Office*
*Michael L. Zientek - U.S. Geological Survey*
*R.L. Zwiener*
*Deane H. Zeller - BLM, Salt Lake District Office*
*Ken Kirkman - Bonneville Power Administration*
*Pam Marcum - Committee for Idaho High Desert*

## *Federal Agencies Receiving Full UCRB Draft EIS*

*Environmental Protection Agency - Office of Federal Activities, Nepa Compliancy Division, Washington, DC*

*Department of Interior - Office of Environmental Policy and Compliance, Washington, DC*

*Department of the Interior - Office of Public Affairs, Washington, DC*

*Department of the Interior - Natural Resources Library, Washington, DC*

*Department of the Interior - BLM Director, Washington, DC*

*Department of the Interior - Bureau of Mines, Branch of Mineral Assessment, Washington, DC*
*Bureau of Mines, MS-5090 - Intermountain Field Oper. Center, Denver, Colorado*

*Bureau of Reclamation - Denver Federal Center (D-150), Denver, Colorado*

*Department of the Interior - Fish and Wildlife Service, Washington, DC*

*Department of the Interior - Offshore Environmental Assessment Division, Washington, DC*

*National Park Service (MIB 1210) - Environmental Quality Division - 774, Washington, DC*

*Department of the Interior, U.S. Geological Survey - Environmental Affairs Program, Reston, Virginia*

*Department of Agriculture - Office of Environmental Coord., (Chief, 1950), Washington, DC*

*Office of Deputy A/S of the USAF - Environment, Safety, Occupational Health, Washington, DC*

*HQ-USAF/LEEV - Environmental Division, Washington, DC*

*Army Corps of Engineers - North Pacific Division, Portland, OR*

*Department of Energy - Office of Environmental Compliance, (EH-23), Washington, DC*

*Environmental Review Coordinator - EPA Region VIII, Denver, CO*

*Environmental Review Coordinator - EPA Region IX, San Francisco, CA*

*Environmental Review Coordinator - EPA Region X, Seattle, WA*

*USDA - National Agriculture Library - Head, Acquisitions and Serials Branch, Beltsville, MD*

*Rural Development Administration - Region VIII - Western, Klamath Falls, OR*

*U.S. Department of Agriculture - Environmental Coordinator of Ecological Sciences Division, Washington , DC*

*NOAA Ecology and Conservation Office - Washington, DC*

*Deputy Assistant Secretary of Defense (E) - Arlington , VA*

*Equal Employment Opportunity Commission - Personnel Management Services, Washington, DC*

*Federal Energy Regulatory Commission - Environmental Compliance Branch, Washington, DC*

*General Services Administration - Office of Planning and Analysis, Washington, DC*

*Interstate Commerce Commission ICC, Washington, DC*

*Northwest Power Planning Council - Portland, OR*

*National Marine Fisheries Service - Head Quarters Office of the Administrator, Washington, DC*

*National Marine Fisheries Service - Juneau, AK*

*National Marine Fisheries Service - Seattle, WA*

*National Marine Fisheries Service - Seattle, WA*

*National Marine Fisheries Service - Silver Spring, MD*

*National Marine Fisheries Service - Boise , ID*

*National Marine Fisheries Service - Northwest Region, Habitat Conservationists Division, Portland, OR*

TABLE OF CONTENTS

BLM_0029282

# *Glossary*

This glossary provides definitions for selected terms and concepts as they are used in this EIS.  For more precise technical definitions, consult the Science Integration Team documents.

**Abiotic ~** Non-living (refers to air, rocks, soil particles, etc.).

**Adaptive management ~** A type of natural resource management in which decisions are made as part of an on-going process. Adaptive management involves testing, monitoring, evaluation, and incorporating new knowledge into management approaches based on scientific findings and the needs of society. Results are used to modify management policy.

**Air pollutant ~** Any substance in air that could, if in high enough concentration, harm humans, animals, vegetation, or material. Air pollutants may include almost any natural or artificial matter capable of being airborne, in the form of solid particles, liquid droplets, gases, or a combination of these.

**Air quality ~** The composition of air with respect to quantities of pollution therein; used most frequently in connection with "standards" of maximum acceptable pollutant concentrations.

**Allotment (grazing) ~** Area designated for the use of a certain number and kind of livestock for a prescribed period of time.

**Allowable Sale Quantity (ASQ) ~** On a National Forest, the quantity of timber that may be sold from a designated area covered by the forest plan for a specified time period.

**Alluvium ~** General term for clay, silt, sand, or gravel deposited in the bed of a stream during relatively recent geologic time, as a result of stream action.

**Alternative ~** In an EIS, one of a number of possible options for responding to the purpose and need for action.

**Ambient air ~** Any unconfined portion of the atmosphere: open air and surrounding air. Often used interchangeably with "outdoor air".

**Amenity ~** Resource use, object, feature, quality, or experience that is pleasing to the mind or senses; typically refers to values for which monetary values are not or cannot be established, such as scenic or wilderness values.

**Anadromous fish ~** Fish that hatch in fresh water, migrate to the ocean, mature there, and return to fresh water to reproduce; for example, salmon and steelhead.

**Animal Unit (AU) ~** Considered to be one mature cow of approximately 1,000 pounds, either dry or with calf up to 6 months of age, or their equivalent.  This concept is based on a standardized amount of forage consumed.

**Animal Unit Month (AUM) ~** The amount of feed or forage required by one animal unit grazing on a pasture for one month. An animal unit is one mature cow plus calf, or one horse, or five domestic sheep.

**Annual** (plant) **~** A plant whose life cycle is completed in one year or season.

**Aquatic ~** Pertaining to water.

**Aquatic ecosystem ~** A natural system based on a body of water (such as a stream, lake, or estuary) with its aquatic organisms and non-living components.

**Aquifer ~** Rock or rock formations (often sand, gravel, sandstone, or limestone) that contain or carry groundwater and act as water reservoirs.

**Areal ~** Pertaining to area.

**Arid ~** Dry; regions or climates that lack sufficient moisture for crop production without irrigation.

TABLE OF CONTENTS

BLM_0029283

**Aspect ~** The direction the slope of a hillside or landform faces (for example, a slope with a southern aspect faces the south).

**Assessment ~** The collection, integration, examination, and evaluation of information and values.

**Assssment of Ecosystem Components (AEC)** - See *Scientific Assessment*.

**Attainment area ~** A geographic area that is in compliance with the National Ambient Air Quality Standards. An area considered to have air quality as good as or better than the national ambient air quality standards as defined in the Clean Air Act. An area may be an attainment area for one pollutant and a nonattainment area for others.

**Band ~** A band is a group of people who share a culture, territory, and sense of mutual recognition. Bands are primarily those pre-treaty-making-period American Indian groups.

**Bankfull width ~** The width of a stream channel measured between the tops of the most prominent banks on either side of the stream. Also refers to the width of the stream at the normal flood flow.

**Basal area ~** (1) In forests, the cross-sectional area of a tree trunk measured at breast height (4.5 feet), usually expressed in square feet per acre. (2) On rangeland, the cross-sectional area of the stem or stems of a plant or of all plants in a stand. Herbaceous and small woody plants are measured at or near the ground level; larger woody plants are measured at breast or other designated height.

**Basalt ~** a finely grained, dark, dense volcanic rock.

**Basin (river) ~** In general, the area of land that drains water, sediment, and dissolved materials to a common point along a stream channel. River basins are composed of large river systems. In this EIS, the term refers to the equivalent of a third field hydrologic unit code, an area of about nine million acres, such as the Salmon River basin. It also is used to refer in general to the interior Columbia River Basin.

**Batholith ~** A large intrusive mass of igneous rock, usually granite.

**Bedload ~** Sediment moving on or near a streambed.

**Beneficial uses ~** Any of the various uses which may be made of water including, but not limited to, domestic water supplies, industrial water supplies, agricultural water supplies, navigation, recreation in and on the water, wildlife habitat, and aesthetics. The beneficial use is dependent upon actual use, the ability of the water to support a non-existing use either now or in the future, and its likelihood of being used in a given manner. The use of water for the purpose of wastewater dilution or as a receiving water for a waste treatment facility effluent is not a beneficial use.

**Beneficiary ~** The recipient of payment or entitlement based upon an agreement, contract, or treaty. Indian tribes in the project area signed treaties and agreements with the United States in exchange for promises by the U.S. to secure or guarantee rights the Indians reserved in these treaties and agreements.

**Best Management Practices (BMPs) ~** Practices designed to prevent or reduce water pollution.

**Biogeochemical cycle ~** Natural processes (biological, geological, and chemical) that recycle nutrients in various chemical forms from the environment, to organisms, then back to the environment. Examples are the carbon, nitrogen, and hydrologic cycles.

**Biological diversity (biodiversity) ~** The variety and variability among living organisms and the ecological complexes in which they occur.

**Biophysical ~** The combination of biological and physical components in an ecosystem.

**Biophysical template ~** The successional and disturbance processes, landform, soil, water, and climate conditions that formed the native system with which species of plants and animals evolved.

**Biotic ~** Living.

**Biomass ~** Dry weight of organic matter in plants and animals in an ecosystem, both above and below ground.

**Board foot (bf) ~** A unit of wood 12" x 12" x 1".

**Braided stream ~** A stream that flows in an interconnected network of channels.

**Broadcast burning ~** Burning forest fuels as they are, with no piling or windrowing.

BLM_0029284

**Browse ~** Twigs, leaves, and young shoots of trees and shrubs that animals eat.

**Bunch Grass ~** A grass having the characteristic growth habit of forming a bunch; lacking stolons or rhizomes.

**Candidate species ~** Plant and animal species that may be proposed for listing as endangered or threatened in the future, in the opinion of the U.S. Fish & Wildlife Service (FWS) or the National Marine Fisheries Service (NMFS). The FWS recently revised its list of candidate species (February 28, 1996 *Federal Register*). Under their new system, only those species for which they have enough information to support a listing proposal will be called candidates.

**Canopy ~** In a forest, the branches from the uppermost layer of trees; on rangeland, the vertical projection downward of the aerial portion of vegetation.

**Canopy closure ~** The amount of ground surface shaded by tree canopies as seen from above. Used to describe how open or dense a stand of trees is, often expressed in 10 percent increments.

**Carbon cycle ~** The ecological cycle in which carbon moves from carbon dioxide in the air into organic materials in plants and animals, and returned to carbon dioxide through respiration, death and decay of tissues, or fire.

**Carbon dioxide ~** A colorless, odorless gas that occurs naturally in the earth's atmosphere and is emitted into the air by fossil fuel combustion.

**Carbon monoxide ~** A colorless, odorless, poisonous gas produced by incomplete fossil fuel combustion; primarily emitted by motor vehicles and other mobile sources. Carbon monoxide is a criteria air pollutant that interferes with the blood's ability to carry oxygen to the body's tissues and results in numerous adverse health effects.

**Carnivore ~** An organism that eats only meat. The gray wolf is an example of a carnivore.

**Carrying capacity ~** The number of animals or plants that can be maintained over a specific period of time on a specified amount of land without damage to either the organisms or the habitat.

**Ceded lands ~** Lands that tribes ceded to the United States by treaty in exchange for reservation of specific land and resource rights, annuities, and other promises in the treaties.

**Channel (stream) ~** The deepest part of a stream or riverbed through which the main current of water flows.

**Channelization ~** Human-caused alterations to a stream channel that cause the channel to be fixed in place, such as levees, dikes, trenching, and rip-rap.

**Class I area ~** Under the 1977 Clean Air Act amendments, all international parks, National Parks greater than 6,000 acres, and national Wilderness Areas greater than 5,000 acres which existed on August 7, 1977. This class provides the most protection to pristine lands by severely limiting the amount of additional air pollution that can be added to these areas.

**Clearcutting ~** A regeneration harvest method that removes all merchantable trees in a single cutting except for wildlife trees or snags. A "clearcut" is an area from which all merchantable trees have been cut.

**Climate ~** The composite or generally prevailing weather conditions of a region throughout the year, averaged over a series of years.

**Cluster ~** In this EIS, refers to a group of subbasins denoting forest and range ecosystems where the condition of the vegetation and ecological functions and processes are similar, and where management opportunities and risks are similar.

**Coarse Woody Debris (CWD) ~** Pieces of woody material having a diameter of at least three inches and a length greater than three feet (also referred to as large woody debris, or LWD).

**Collaborative ~** Working together.

**Community ~** A group of species of plants and/ or animals living and interacting at a particular time and place; a group of people residing in the same place and under the same government.

**Community of interest ~** People who share a common concern but may not be located in the same place.

TABLE OF CONTENTS

BLM_0029285

**Compaction ~** Making soil hard and dense, decreasing its ability to support vegetation because the soil can hold less water and air and because roots have trouble penetrating the soil.

**Competition ~** An interaction that occurs when two or more individuals make demands of the same resources that are in short supply.

**Component ~** A part of a system.

**Composition** (species) ~ The mix of different species that make up a plant or animal community, and their relative abundance.

**Connectivity ~** The arrangement of habitats that allows organisms and ecological processes to move across the landscape; patches of similar habitats are either close together or linked by corridors of appropriate vegetation. The opposite of fragmentation.

**Conserve ~** As used in Chapter 3 of this document, refers specifically to a management emphasis on protection and maintenance of forest, rangeland, and aquatic conditions, health, and integrity, recognizing that natural processes dominate the landscape and gradual change will occur. See Chapter 3 for more details.

**Conservation strategy/conservation agreement ~** Plans to remove or reduce threats to candidate and sensitive species of plants and animals so that a listing as threatened or endangered is unnecessary.

**Consultation ~** (1) An active, affirmative process that (a) identifies issues and seeks input from appropriate American Indian governments, community groups, and individuals; and (b) considers their interests as a necessary and integral part of the BLM's and Forest Service's decision-making process. (2) The Federal Government has a legal obligation to consult with American Indian Tribes. This legal obligation is based in such laws as NAGPRA, AIRFA, and numerous other Executive Orders and statutes. This legal responsibility is, through consultation, to consider Indian interests and account for those interests in the decision. (3) The term also refers to a requirement under Section 7 of the Endangered Species Act for Federal agencies to consult with the U.S. Fish and Wildlife Service and/or National Marine Fisheries Service with regard to Federal actions that may affect listed threatened and endangered species or critical habitat.

**Corridor (landscape) ~** Landscape elements that connect similar patches of habitat through an area with different characteristics. For example, streamside vegetation may create a corridor of willows and hardwoods between meadows or through a forest.

**Cover ~** (1) Trees, shrubs, rocks, or other landscape features that allow an animal to partly or fully conceal itself. (2) The area of ground covered by plants of one or more species.

**Cover type ~** The present vegetation of an area.

**Criteria pollutants ~** Air pollutants designated by the Environmental Protection Agency (EPA) as potentially harmful and for which ambient air standards have been set to protect the public health and welfare. The criteria pollutants are carbon monoxide, sulfur dioxide, particulate matter, nitrogen dioxide, ozone, hydrocarbons, and lead.

**Crown ~** The part of a tree containing live foliage; treetops.

**Crown fire ~** A forest fire that burns in the crowns of trees.

**Cultural resources ~** Remains of sites, structures, or objects used by people in the past.

**Cumulative effects ~** Impacts on the environment that result from the incremental impact of an action when added to other past, present, and reasonably foreseeable future actions. Cumulative effects can result from individually minor but collectively significant actions taking place over a period of time.

**Data ~** Facts used in an analysis.

**Debris (organic) ~** Logs, trees, limbs, branches, leaves, bark, etc., that accumulate, often in streams or riparian areas.

**Decay (decomposition) ~** The breakdown of living tissues into inorganic component parts, usually caused by fungi or bacteria.

**Degradation ~** (1) General lowering of the earth's surface by erosion or moving of materials from one place to another. (2) Reduction in value or quality.

**Demographic ~** Related to the vital statistics of human populations (size, density, growth, distribution, etc.) and the effect of these on social and economic conditions.

TABLE OF CONTENTS

BLM_0029286

**Density (stand)** ~ The number of trees growing in a given area, usually expressed in terms of trees per acre.

**Desired Range of Future Conditions (DRFC)** ~ A portrayal of the land, resource, or social and economic conditions that are expected to result in 50–100 years if objectives are achieved; in this document, portrayed as a range of conditions. A vision of the long-term condition of the land.

**Developed recreation** ~ Recreation that requires facilities that in turn result in concentrated use of an area; for example, a campground.

**Direct effects** ~ Impacts on the environment that are caused by the action and occur at the same time and place.

**Dispersed recreation** ~ Recreation that does not occur in a developed recreation site; for example, hunting or backpacking.

**Disturbance** ~ Refers to events that alter the structure, composition, or function of terrestrial or aquatic habitats. Natural disturbances include, among others, drought, floods, wind, fires, wildlife grazing, and insects and pathogens. Human-caused disturbances include actions such as timber harvest, livestock grazing, roads, and the introduction of exotic species.

**Disturbance-recovery regime** ~ Natural pattern of periodic disturbances, such as fire or flood, followed by a period of recovery from the disturbance (such as regrowth of a forest after fire).

**Diversity** ~ See biological diversity.

**Dominant** ~ A group of plants that by their collective size, mass, or number exert a primary influence on other ecosystem components.

**Downed wood** ~ A tree or part of a tree that is dead and laying on the ground.

**Duff** ~ The partially decomposed organic material of the forest floor that lies beneath freshly fallen leaves, needles, twigs, stems, bark, and fruit.

**Drought** ~ In reference to rangeland, a period without precipitation during which the soil water content is reduced to such an extent that plants suffer from lack of water.  A drought year, in this EIS, refers to less than or equal to 75 percent of normally received precipitation in a year.

**Dynamic equilibrium** ~ A system that is maintained in a harmonious and integrated condition while continuous change, activity, or progress occurs.

**Ecological integrity** ~ In general, ecological integrity refers to the degree to which the elements of biodiversity and the functions that link them together and sustain the entire system are complete and capable of performing desired functions; the quality of being complete; a sense of wholeness.  Absolute measures of integrity do not exist.  Proxies provide useful measures to estimate the integrity of major ecosystem components (forestland, rangeland, aquatic, and hydrologic).  Estimating these integrity components in a relative sense across the project area helps to explain current conditions and to prioritize future management.  Thus, areas of high integrity would respresent areas where ecological functions and processes are better represented and functioning than areas rated as low integrity.

**Ecological processes** ~ The flow and cycling of energy, materials, and organisms in an ecosystem.

**Ecological Reporting Unit (ERU)** ~ In this EIS, a geographic mapping unit developed by the Science Integration Team to report information on the description of biophysical environments, the characterization of ecological processes, the discussion of past management activities and their effects, and the identificaiton of landscape management opportunities.

**Ecology** ~ the science of the interrelationships between organisms and their environment; from the Greek *Oikos* meaning "house" or "place to live."

**Economic efficiency** ~ Producing goods and services in areas best suited for that production based on natural biophysical advantage or an area's ability to best serve regional demands of people.

**Economic region** ~ A group of communities and their surrounding rural areas that are linked together through trade.

**Economy** ~ System of production, distribution, and consumption of economic goods.

**Ecosystem** ~ A complete, interacting system of living organisms and the land and water that make up their environment; the home places of all living things, including humans.

TABLE OF CONTENTS

BLM_0029287

**Ecosystem health ~** A condition where the parts and functions of an ecosystem are sustained over time and where the system's capacity for self-repair is maintained, such that goals for uses, values, and services of the ecosystem are met.

**Ecosystem-based management ~** Scientifically based land and resource management that integrates ecological capabilities with social values and economic relationships, to produce, restore, or sustain ecosystem integrity and desired conditions, uses, products, values, and services over the long term.

**Edge (habitat) ~** The margin where two or more vegetation patches meet, such as the boundary of a forest next to a meadow or the boundary of a clearcut next to a mature forest stand.

**Emission ~** A release into the outdoor atmosphere of air contaminants.

**Endangered species ~** A plant or animal species listed under the Endangered Species Act that is in danger of extinction throughout all or a significant portion of its range.

**Endemic species ~** Plants or animals that occur naturally in a certain region and whose distribution is relatively limited to a particular locality. "Endemism" is the occurrence of endemic species in an area.

**Environment ~** The combination of external physical, biological, social, and cultural conditions affecting the growth and development of organisms and the nature of an individual or community.

**Environmental Impact Statement (EIS) ~** A statement of environmental effects of a proposed action and alternatives to it. A Draft EIS is released to the public and other agencies for review and comment. A Final EIS is issued after consideration of public comments. A Record of Decision (ROD) is based on the information and analysis in the Final EIS.

**Epidemic (outbreak) ~** The rapid spread, growth, and development of pathogen or insect populations that affect large numbers of a host population throughout an area at the same time.

**Erosion ~** The wearing away of the land surface by running water, wind, ice, gravity, or other geological activities; can be accelerated or intensified by human activities that reduce the stability of slopes or soils.

**Ethno-habitats ~** Habitats that are socially and/or traditionally important to American Indian cultures.

**Eutrophication ~** Changes that occur in a lake or other body of water due to excessive supplies of nutrients such as nitrates and phosphates, usually from runoff from the surrounding land.

***Evaluation of Alternatives ~*** Document (Quigley, Lee, and Arbelbide 1997) produced by the ICBEMP Science Integration Team, which analyzes the effects and practicality of implementing each alternative management strategy described in the ICBEMP Draft EISs.

**Evapotranspiration ~** The actual total loss of water by evaporation from soil, water bodies, and transpiration from vegetation, over a given area with time.

**Even-aged management ~** Method of forest management in which trees, usually of a single species, are maintained at about the same age and size and are harvested all at once so a new stand may grow.

**Even-aged stands ~** Stands of trees of approximately the same age. Silvicultural methods that generate even-aged stands include clearcutting, shelterwood, and seed tree.

**Exotic ~** A plant or animal species introduced from a distant place; not native to the area.

**Extinction ~** Complete disappearance of a species from the earth.

**Extirpation ~** Localized disappearance of a species from an area.

**Fauna ~** The vertebrate and invertebrate animals of an area or region.

**Federal Land Policy and Management Act (1976) (FLPMA) ~** The act that establishes public land policy primarily for the Bureau of Land Management; establishes guidelines for its administration; and provides for the management, protection, development, and enhancement of the public lands, among other provisions.

**Fines (sediment) ~** Sediment particles smaller than 0.2 inch. Excessive fines can trap newly hatched fish and decrease the amount of water percolating through spawning gravels. High fine sediment loads slow plant growth and reduce available food, oxygen, and light.

**Fire-dependent systems ~** Forests, grasslands, and other ecosystems historically composed of species of plants that evolved with and are maintained by fire regimes.

**Fire cycle, fire frequency ~** See fire return interval.

**Fire-independent system ~** Forests, grasslands, and other ecosystems whose primary natural disturbances historically were decomposition, windthrow, flooding, or other disturbances other than fire.

**Fire-intolerant ~** Species of plants that do not grow well or die from the effects of too much fire. Generally these are shade-tolerant species.

**Fire regime ~** The characteristics of fire in a given ecosystem, such as the frequency, predictability, intensity, and seasonality of fire.

**Fire return interval ~** The average time between fires in a given area.

**Fire-tolerant ~** Species of plants that can withstand certain frequency and intensity of fire. Generally these are shade-intolerant species.

**First-order stream ~** Stream channel with no tributaries.

**Floodplain ~** The portion of a river valley or level lowland next to streams which is covered with water when the river or stream overflows its banks at flood stage.

**Forage ~** Vegetation (both woody and non-woody) eaten by animals, especially grazing and browsing animals.

**Forbs ~** Broad-leafed plants; includes plants that commonly are called weeds or wildflowers.

**Forest health ~** The condition in which forest ecosystems sustain their complexity, diversity, resiliency, and productivity while providing for human needs and values. It is a useful way to communicate about the current condition of the forest, especially with regard to resiliency, a part of forest health that describes the ability of the ecosystem to respond to disturbances. Forest health and resiliency can be described, in part, by species composition, density, and structure.

**Forest plan (Forest Land and Resource Management Plan) ~** A document that guides natural resource management and establishes standards and guidelines for a National Forest; required by the National Forest Management Act.

**Fragmentation (habitat) ~** The break-up of a large land area (such as a forest) into smaller patches isolated by areas converted to a different land type. The opposite of connectivity.

***Framework for Ecosystem Management ~*** Document (Haynes et al. 1996) produced by the ICBEMP Science Integration Team, which provides broad concepts and processes recommended for ecosystem analysis, planning, management, and monitoring at various scales.

**Fry ~** A recently hatched fish, after the yolk sac has been absorbed.

**Fuel (fire) ~** Dry, dead parts of trees, shrubs, and other vegetation that can burn readily.

**Fuel ladder ~** Vegetative structures or conditions such as low-growing tree branches, shrubs, or smaller trees that allow fire to move vertically from a surface fire to a crown fire.

**Fuel load ~** The dry weight of combustible materials per unit area; usually expressed as tons per acre.

**Game species ~** Wild animals that people hunt or fish for food or recreation according to prescribed seasons and limits.

**Gene pool ~** All the genetic (hereditary) information contained in a reproducing population of a particular species.

**Genetic adaptation ~** Changes in the genetic makeup of organisms of a species that allow the species to reproduce and gain a competitive advantage under changed environmental conditions.

**Geoclimatic setting ~** The geology, climate (precipitation and temperature), vegetation, and geologic processes (such as landslides or debris flows) that are characteristic of a place; places with similar characteristics are said to have the same geoclimatic setting.

**Geographic Information System (GIS) ~** An information processing technology to input, store, manipulate, analyze, and display data; a system of computer maps with corresponding site-specific information that can be combined electronically to provide reports and maps.

TABLE OF CONTENTS

BLM_0029289

**Geologic/geomorphic processes ~** The actions or events that shape and control the distribution of materials, their states, and their morphology, within the interior and on the surface of the earth. Examples of geologic processes include: volcanism, glaciation, streamflow, metamorphism (partial melting of rocks), and landsliding.

**Geomorphology ~** The geologic study of the shape and evolution of the earth's landforms.

**Glacial till ~** Mixed rock of clay, sand, gravel, and boulders transported and deposited by glaciers.

**Glaciation ~** Alteration of the earth's solid surface through erosion and deposition by glacier ice.

**Goals (management) ~** In this EIS, refers to descriptions of what an agency wants to accomplish.

**Gradient ~** A rate of vertical elevation change per unit of horizontal distance; also called slope.

**Grazing pressure ~** The ratio of forage demand to forage available, for any specified forage, at any point in time. (Thus, as forage demand increases relative to forage available, grazing pressure increases, and vice-versa.)

**Greenstripping ~** The practice of planting strips of fire-resistant vegetation at strategic locations on the landscape to slow or stop wildfires.

**Ground fire ~** A fire that burns the organic material in the soil layer and the decayed material or peat below the ground surface.

**Groundwater ~** Water that sinks into the soil and is stored in slowly flowing and slowly renewed underground reservoirs called aquifers.

**Guidelines (management) ~** In this EIS, refers to suggested techniques, priorities, processes, or prescriptions that are useful in meeting objectives; not required.

**Habitat ~** A place that provides seasonal or year-round food, water, shelter, and other environmental conditions for an organism, community, or population of plants or animals.

**Habitat type ~** The land area capable of supporting a single plant association. Provides a way to classify land area.

**Harvest ~** (1) Felling and removal of trees from the forest; (2) removal of game animals or fish from a population, typically by hunting or fishing.

**Harvestable ~** In this EIS, with regard to American Indian tribes, refers to a population of plants or animals that is self-sustaining and capable of producing a dependable harvest annually to meet spiritual, cultural, subsistance, and commercial needs.

**Headwaters ~** Beginning of a watershed; unbranched tributaries of a stream.

**Healthy landscape systems ~** Those landscapes whose processes are in balance. The balance is dynamic; humans have the opportunity to work with changing landscape conditions to receive a predictable and reliable flow of both commodities and amenities. Healthy landscape systems show resiliency and have predictable responses to disturbance, while providing human values. Key ecological systems that interact in dynamic balance include: human, hydrologic-land, carbon-nutrient, food web, and evolutionary systems.

**Herbaceous ~** Green and leaflike in appearance or texture; includes grasses, grass-like plants, and forbs, with little or no woody component.

**Herbivore ~** An animal that eats plants, either primarily or entirely.

**Hierarchy ~** A sequence of sets composed of smaller subsets.

**High quality waters ~** Waters whose quality is necessary to support threatened, endangered, candidate, and sensitive species restoration, conservation, or recover; waters/watersheds used as sources of public drinking water; waters/watersheds where groundwater recharge to Sole Source Aquifers is designated under the Safe Drinking Water Act; and waters whose quality is necessary to support all designated beneficial uses.

**Historical Range of Variability (HRV) ~** The natural fluctuation of components of healthy ecosystems over time. In this EIS, refers to the range of conditions and processes that are likely to have occurred prior to settlement of the project area by people of European descent (approximately the mid-1800s), which would have varied within certain limits over time. Historical conditions and processes portrayed in this EIS include such variables as: forest and range vegetation types, compositions, and structures; fish and wildlife habitats and populations; and fire regimes. For purposes of comparison to current conditions, historical conditions in this

BLM_0029290

EIS represent an estimated mid-point within the historical range of variability. HRV is discussed in this document only as a reference point, to establish a baseline set of conditions for which sufficient scientific or historical information is available to enable comparison to current conditions.

**Home range** - The area around an animal's established home which is visited during the animal's normal activities.

**Homogeneous ~** Regular, similar, uniform throughout.

**Hot spots ~** In this EIS, places where three or more areas of endemism or biodiversity intersect.

**Hybridization ~** The cross-breeding of unlike individuals to produce hybrids.

**Hydrologic ~** Refers to the properties, distribution, and effects of water. "Hydrology" refers to the broad science of the waters of the earth ~ their occurrence, circulation, distribution, chemical and physical properties, and their reaction with the environment.

**Hydrologic cycle (water cycle) ~** The ecological cycle that moves water from the air by precipitation to the earth and returns it to the atmosphere; a variety of processes are involved, including evaporation, run-off, infiltration, percolation, storage, and transpiration.

**Hydrologic Unit Code (HUC) ~** A coding system developed by the U.S. Geological Service to map geographic boundaries of watersheds of various sizes.

**Hydrophobic (soil) ~** A condition in which soil becomes water-repellant, the capacity of soil to hold water is reduced, and chances for erosion are increased.

**Hydrophytic plants ~** Plants that grow wholly or partly immersed in water.

**Igneous rocks ~** Rocks formed by molten lava becoming solid.

**Impermeable ~** Cannot be penetrated.

**Implement ~** To carry out.

**Improper livestock grazing ~** Livestock grazing which results in improper use, which can be defined as a degree of utilization of current year's growth which, if continued, will not achieve management objectives and will not maintain or improve the long-term productivity of a site.

**Indicator species ~** A species that is presumed to be sensitive to habitat changes; population changes of indicator species are believed to best indicate the effects of land management activities.

**Indirect effects ~** Impacts on the environment that are caused by the action and are later in time or farther removed in distance, but are still reasonably foreseeable.

**Infiltration ~** The movement of water through soil pores and spaces.

**INFISH ~** Interim Inland Native Fish Strategy for the Intermountain, Northern, and Pacific Northwest Regions (Forest Service).

**Infrastructure ~** The basic facilities, equipment, and installations needed for the functioning of a system; commonly refers to such items as roads, bridges, power facilities, and the like.

**In-migration ~** The movement of new residents into an area.

**Instream flow ~** Flow of water in its natural setting (as opposed to waters diverted for 'offstream' uses such as industry or agriculture). Instream flow levels provided for environmental reasons enhance or maintain the habitat for riparian and aquatic life, with timing and quantities of flow characteristic of the natural setting.

**Integration ~** Bringing the values and systems of different disciplines together to address policy questions with a common framework using consistent techniques and measurement units.

**Interagency ~** Involving Forest Service, BLM, and other Federal agencies.

**Interdisciplinary Team (IDT) ~** A team of individuals with skills from different disciplines working together in an integrated way on the same task or project.

**Intergovernmental~** Involving Federal, State, tribal, county, or other government entities.

**Intermittent stream ~** A stream that flows only at certain times of the year when it receives water from other streams or from surface sources such as melting snow.

**Integrity ~** See ecological integrity.

**Invasion (plant) ~** The movement of a plant species into a new area outside its former range.

TABLE OF CONTENTS

BLM_0029291

**Invertebrate ~** Small animals that lack a backbone or spinal column. Spiders, insects, and worms are examples of invertebrates.

**Irretrievable ~** A category of impacts that applies to losses of production or commitment of renewable natural resources. For example, while an area is used as a ski area, some or all of the timber production there is "irretrievably" lost. If the ski area closes, timber production could resume; therefore, the loss of timber production during the time the area is devoted to skiing is irretrievable but not irreversible, because it is possible for timber production to resume if the area is no longer used as a ski area.

**Irreversible ~** A category of impacts that applies to non-renewable resources, such as minerals and archaeological sites. Losses of these resources cannot be reversed. Irreversible effects can also refer to effects of actions on resources that can be renewed only after a very long period of time, such as the loss of soil productivity.

**Issue ~** A matter of controversy, dispute, or general concern over resource management activities or land uses. To be considered a "significant' EIS issue, it must be well defined, relevant to the proposed action, and within the ability of the agency to address through alternative management strategies.

**Key ecological functions ~** A wide range of roles that species play in the ecosystem, such as predation, herbivory, nutrient cycling, and biomass contributions.

**Key environmental correlates ~** Environmental factors that are either associated with or required by a given species, such as forest canopies, downed wood, snags, or piles of bark.

**Keystone species ~** Species that play roles affecting many other organisms in an ecosystem; often are grouped according to their perceived importance to humans, such as "upland birds" or "waterfowl".

**Landscape ~** All the natural features such as grasslands, hills, forest, and water, which distinguish one part of the earth's surface from another part; usually that portion of land which the eye can comprehend in a single view, including all its natural characteristics.

**Landscape composition ~** The types of stands or patches present across a given area of land.

**Landscape ecology ~** The study of the ecological effects of spatial patterns in ecosystems.

**Landscape structure ~** The mix and distribution of stand or patch sizes across a given area of land. Patch sizes, shapes, and distributions are a reflection of the major disturbance regimes operating on the landscape.

**Lethal (stand-replacing) fires ~** In forests, fires in which less than 20 percent of the basal area or less than 10 percent of the canopy cover remains; in rangelands, fires in which most of the shrub overstory or encroaching trees are killed.

**Lichens ~** Organisms made up of specific algae and fungi, forming identifiable crusts on soil, rocks, tree bark, and other surfaces. Lichens are primary producers in ecosystems; they contribute living material and nutrients, enrich the soil and increase soil moisture-holding capacity, and serve as food sources for certain animals. Lichens are slow-growing and sensitive to chemical and physical disturbances.

**Lifeways ~** the manner and means by which a group of people lives; their way of life. Components include language(s), subsistence strategies, religion, economic structure, physical mannerisms, and share attitudes.

**Litter ~** The uppermost layer of organic debris on the soil surface, which is essentially the freshly fallen or slightly decomposed vegetation material such as stems, leaves, twigs, and fruits.

**Long term ~** In this EIS, refers to a period on the order of 50 to 100 years or longer.

**Lower montane ~** A terrestrial community that generally is found in drier and warmer environments than the montane terrestrial community. The lower montane community supports a unique clustering of wildlife species.

**Mainstem ~** The main channel of the river in a river basin, as opposed to the streams and smaller rivers that feed into it.

**Maintain ~** (1) To continue.  (2) For this document, the term is intended to convey the idea of keeping ecosystem functions, processes, and/or components (such as soil, air, water, vegetation) in such a condition that the ecosystem's ability to accomplish current and future management objectives is not weakened.

BLM_0029292

Management activities may be compatible with ecosystem maintenance if actions are designed to maintain or improve current ecosystem condition.

**Management direction ~** A statement of goals and objectives, management prescriptions, and associated standards and guidelines for attaining them.

**Mass movement, mass wasting (erosion) ~** Large land slump, where a mass of rock or soil slips in one large unit down from a cliff or slope.

**Merchantable timber ~** Timber that can be bought or sold.

**Microbes ~** Microscopic organisms such as fungi, bacteria, or algae.

**Microbiotic crust ~** Thin crust of living organisms on or just below the soil, composed of lichens, mosses, algae, fungi, cyanobacteria, and bacteria.

**Microclimate ~** The climatic conditions within a small habitat such as: a tree stump, under a boulder, in the space between grasses, or on the side of a slope.

**Migration corridor ~** The habitat pathway an animal uses to move from one place to another.

**Mitigation ~** Measures designed to counteract environmental impacts or to make impacts less severe.

**Mixed stand ~** A stand consisting of two or more tree species.

**Mixing height ~** Measured from the surface upward. The height to which relatively vigorous mixing of air due to convection occurs.

**Monitoring ~** A process of collecting information to evaluate whether or not objectives of a project and its mitigation plan are being realized.

**Monoculture ~** A plant community (forest, range) consisting of only one species; uniform throughout.

**Montane ~** A terrestrial community that generally is found in moderate environments between the lower montane (ponderosa pine) and subalpine terrestrial communities. Montane communities are generally moister than lower montane and warmer than subalpine, and support a unique clustering of wildlife species.

**Morphology ~** Form and structure.

**Mosaic ~** A pattern of vegetation in which two or more kinds of communities are interspersed in patches, such as clumps of shrubs with grassland between.

**Multiple-use management ~** The management of public lands and their various resource values so they are used in the combination that best meets the present and future needs of the American people.

**Mycorrhizae ~** The symbiotic relationship between certain fungi and the roots of certain plants, especially trees; important for plants to take nutrients from soil.

**National Ambient Air Quality Standards (NAAQSs) ~** Standards set by the Federal Environmental Protection Agency for the maximum levels of air pollutants that can exist in the outdoor air without unacceptable effects on human health or the public welfare.

**National Environmental Policy Act (NEPA) ~** An act of Congress passed in 1969 declaring a national policy to encourage productive and enjoyable harmony between people and the environment, to promote efforts that will prevent or eliminate damage to the environment and the biosphere and stimulate the health and welfare of people, and to enrich the understanding of the ecological systems and natural resources important to the nation, among other purposes.

**National Forest Management Act (NFMA) ~** A law passed in 1976 requiring the preparation of Forest Service regional guides and forest plans and the preparation of regulations to guide that development.

**Native species ~** Species that normally live and thrive in a particular ecosystem.

**Natural areas ~** Areas managed by various landowners that are mainly in a natural state and being managed to maintain or restore a degree of naturalness for research, monitoring, inventory, habitat protection, education, or social needs.

**Natural resources ~** Water, soil, wild plants and animals, air, minerals, nutrients, and other resources produced by the earth's natural processes.

**Natural scenic condition ~** Naturally appearing or only slightly altered, determined by using scenery management system methods described in the USDA Agriculture Handbook 701.

TABLE OF CONTENTS

BLM_0029293

**New action~** Those actions that have not been implemented, or for which contracts have not been awarded, or for which permits have not been issued. (See ongoing action.)

**Niche ~** The smallest unit of a habitat occupied by an organism, and/or the role of an organism in the environment.

**Nitrogen cycle ~** Cyclic movement of nitrogen in different chemical forms from the environment, to organisms, and then back to the environment.

**Nitrogen-fixing ~** Ability to remove nitrogen from the atmosphere and convert it to forms that can be used by plants, animals, and microbes. Very few specialized organisms have this ability, making them critical to the nitrogen cycle.

**No-action alternative ~** The most likely condition expected to exist in the future if current management direction were to continue unchanged.

**Nongame ~** Term for wild animals not commonly harvested for recreation, fur, or subsistence.

**Nonlethal fire ~** In forests, fires in which more than 70 percent of the basal area or more than 90 percent of the canopy cover survives; in rangelands, fires in which more than 90 percent of the vegetative cover survives (implies that fire is occurring in an herbaceous-dominated community).

**Non-point source pollution ~** Pollution whose source is not specific in location; the sources of the pollutant discharge are dispersed, not well defined or constant. Examples include sediments from logging activities and runoff from agricultural chemicals.

**Non-vascular plants ~** Plants that do not have vessels or ducts to conduct water and food and therefore require a moist environment for survival; mosses and liverworts are examples of non-vascular plants.

**Noxious weed ~** A plant species designated by Federal or State law as generally possessing one or more of the following characteristics: aggressive and difficult to manage; parasitic; a carrier or host of serious insects or disease; or non-native, new, or not common to the United States.  According to the Federal Noxious Weed Act (PL 93-639), a noxious weed is one that causes disease or has other adverse effects on man or his environment and therefore is detrimental to the agriculture and commerce of the United States and to the public health.

**Nutrient cycles ~** Ecological processes in which nutrients and elements such as carbon, phosphorous, nitrogen, calcium, and others, circulate among animals, plants, soils, and air.

**Objectives (management) ~** In this EIS, refers to indicators used to measure progress toward attainment of goals. They address short- and long-term actions taken to meet goals and the desired ranges of future conditions.

**Old forest ~** (a) *Old single story forest* refers to mature forest characterized by a single canopy layer consisting of large or old trees. Understory trees are often absent, or present in randomly spaced patches. It generally consists of widely spaced, shade-intolerant species, such as ponderosa pine and western larch, adapted to a nonlethal, high frequency fire regime.
(b) *Old multi-story forest* refers to mature forest characterized by two or more canopy layers with generally large or old trees in the upper canopy. Understory trees are also usually present, as a result of a lack of frequent disturbance to the understory. It can include both shade-tolerant and shade-intolerant species, and is generally adapted to a mixed fire regime of both lethal and nonlethal fires.

**Omnivore ~** An animal that eats a combination of meat and vegetation. Grizzly bears and humans are examples of omnivores.

**Ongoing actions~** Those actions that have been implemented, or have contracts awarded or permits issued.  (See new actions.)

**Out-migration ~** The movement of former residents away from an area.

**Overfishing ~** Harvesting of so many fish of a species, especially immature ones, that there is not enough breeding stock left to replenish the species.

**Overgrazing ~** Consumption of rangeland grass by grazing animals to the point that it cannot be renewed, or can be only slowly renewed, because of damage to the root system.

**Overstory ~** The upper canopy layer.

**Ozone ~** A strong smelling, pale blue, reactive toxic chemical gas consisting of three oxygen atoms. A pollutant formed in the atmosphere which can seriously affect the human respiratory system.

BLM_0029294

**PACFISH ~** Interim strategies for managing Pacific anadromous fish-producing watersheds in eastern Oregon and Washington, Idaho, and portions of California.

**Park-like stands ~** Stand having scattered large overstory trees, few or no understory trees, and open growing conditions usually maintained by frequent ground fires.

**Particulates ~** Solid particles or liquid droplets suspended or carried in the air.

**Patch ~** An area of uniform vegetation that differs from what surrounds it in structure and composition. Examples might include a patch of forest surrounded by a cut-over area or a patch of dense young forest surrounded by a patch of open old forest.

**Pathogen ~** An agent such as a fungus, virus, or bacterium that causes disease.

**Pattern ~** The spatial arrangement of landscape elements (patches, corridors, matrix) that determines the function of a landscape as an ecological system.

**Percolation ~** The oozing or draining of water through fine, porous soil surfaces.

**Perennial ~** A plant that lives for three or more years.

**Physiography ~** Pertains to the study of the formation and evolution of landforms.

**PILT (Payments in Lieu of Taxes)~** Payments made to counties by the Forest Service to mitigate losses to counties because public lands cannot be taxed.  Payments to counties are based on a percentage of timber receipts.

**Planning area ~** In this EIS, refers to either the UCRB EIS area or the Eastside EIS area.

**PM$_{10}$ ~** Particulate matter that measures 10 micrometers in diameter or less, a size considered small enough to invade the alveolar regions of the lung. PM$_{10}$ is one of the six pollutants for which there is a national ambient air quality standard.

**Point source pollution ~** Pollution that comes from a single identifiable source such as a smokestack, a sewer, or a pipe.

**Pool ~** Portion of a stream where the current is slow, often with deeper water than surrounding areas and with a smooth surface texture. Often occur above and below riffles and generally are formed around stream bends or obstructions such as logs, root wads, or boulders. Pools provide important feeding and resting areas for fish.

**Pool attributes ~** Characteristics of a pool such as its depth, width, and surface texture.

**Potential vegetation ~** Vegetation that would likely develop if all successional sequences were completed without human interference under present site conditions.

**Potential Vegetation Group (PVG) ~** In this EIS, made up of potential vegetation types, grouped on the basis of similar general moisture or temperature environment.

**Potential Vegetation Type (PVT) -** In this EIS, all the species that might grow on a specific site in the absence of disturbance; can also refer to vegetation that would grow on a site in the presence of frequent disturbance that is an integral part of the ecosystem and its evolution.

**Predator ~** Organism that captures and feeds on parts or all of an organism of another species.

**Preferred alternative ~** The alternative identified in a Draft Environmental Impact Statement which has been initially selected by the agency as the most acceptable resolution to the problems identified in the purpose and need.

**Prescribed fire ~** Intentional use of fire under specified conditions to achieve specific management objectives.

**Prescribed natural fire ~** A fire ignited by lightning but allowed to burn within specified conditions of fuels, weather, and topography, to achieve specific objectives.

**Prescription ~** A management pathway to achieve a desired objective(s).

**Produce ~** As used in Chapter 3 of this document, refers specifically to management emphasis directed at providing, growing, or making goods and services available for human needs and/or desires, while sustaining productivity and maintaining associated values. Under a "Produce" strategy, consumption-based activities dominate the landscape; this strategy is applied to areas available and suitable for resource production. See Chapter 3 for more details.

TABLE OF CONTENTS

BLM_0029295

**Productivity ~** (1) *Soil productivity*: the capacity of a soil to produce plant growth, due to the soil's chemical, physical, and biological properties (such as depth, temperature, water-holding capacity, and mineral, nutrient, and organic matter content). (2) *Vegetative productivity*: the rate of production of vegetation within a given period. (3) *General*: the innate capacity of an environment to support plant and animal life over time.

**Programmatic EIS ~** An area-wide EIS that provides an overview when a large-scale plan is being prepared for the management of federally administered lands on a regional or multi-regional basis. A programmatic EIS is a necessary analysis of the affected environment and the potential cumulative effects of the reasonably foreseeable actions under that program or within that geographical area. Analyses of lesser scope or more site-specificity may be tiered to the analysis in a programmatic EIS.

**Proper Functioning Condition (PFC) ~** Riparian-wetland areas achieve Proper Functioning Condition when adequate vegetation, landform, or large woody debris is present to dissipate stream energy associated with high water flows. This thereby reduces erosion and improves water quality; filters sediment, captures bedload, and aids floodplain development; improves floodwater retention and groundwater recharge; develops root masses that stabilize streambanks against cutting action; develops diverse ponding and channel characteristics to provide habitat and water depth, duration, and temperature necessary for fish production, waterfowl breeding, and other uses; and supports greater biodiversity. The functioning condition of riparian-wetland areas is a result of the interaction among geology, soil, water, and vegetation.

**Project area ~** In this EIS, refers to the entire Interior Columbia Basin Ecosystem Management Project (ICBEMP) area, encompassing both EIS areas.

**Proposed action ~** A proposal by a Federal agency to authorize, recommend, or implement an action.

**Qualitative ~** Traits or characteristics that relate to quality and can't be measured with numbers.

**Quantitative ~** Traits or characteristics that can be measured with numbers.

**Rainshadow ~** An area where little or no rain falls because it is located to the leeward side of a mountain or range whose opposite side is exposed to moisture-laden winds.

**Rangeland ~** Land on which the native vegetation is predominantly grasses, grass-like plants, forbs, or shrubs; not forest.

**Rangeland health ~** The degree to which the integrity of the soil and the ecological processes of rangeland ecosystems are sustained.

**Record of Decision (ROD) ~** An official document in which a deciding official states the alternative that will be implemented from a prepared Final EIS.

**Recovery ~** (1) Return of an ecosystem to a specified condition after a disturbance; (2) return of a previously threatened or endangered species to a condition of population viability.

**Recovery plan ~** Identifies, justifies, and schedules the research and management actions necessary to reverse the decline of a species and ensure its long-term survival.

**Recreation Opportunity Spectrum (ROS) ~** A framework for stratifying and defining classes of outdoor recreation environment, activities, and experience opportunities. The settings, activities, and opportunities for obtaining experiences have been arranged along a continuum or spectrum divided into seven classes: Primitive, Semiprimitive, Nonmotorized, Semiprimitive Motorized, Roaded Modified, Roaded Natural, Rural, Urban.

**Redd ~** Spawning nest made by salmon or steelhead in the gravel bed of a river.

**Refugia ~** Areas that have not been exposed to great environmental changes and disturbances undergone by the region as a whole; refugia provide conditions suitable for survival of species that may be declining elsewhere.

**Regeneration ~** The process of establishing a new crop of trees on previously harvested land; also refers to the new crop of trees that have become established.

**Regional ~** In this EIS, generally refers to either the planning area (EIS area) or the project area (entire ICBEMP). In watershed discussions, also refers to first field hydrologic unit codes.

**Rehabilitate ~** To repair and protect certain aspects of a system so that essential structures and functions are recovered, even though the overall sysem may not be exactly as it was before.

**Resident fish ~** Fish that spend their entire life in freshwater; examples in the UCRB include bull trout and westslope cutthroat trout.

BLM_0029296

**Resilient, resiliency** ~ (1) The ability of a system to respond to disturbances. Resiliency is one of the properties that enable the system to persist in many different states or successional stages. (2) In human communities, refers to the ability of a community to respond to externally induced changes such as larger economic or social forces.

**Resolution** ~ (1) Degree of detail (finer resolution provides greater detail); (2) a solution.

**Resource Management Plan (RMP)** ~ A document that provides land and resource allocations, allowable uses, and resource goals, objectives, management actions, and monitoring for the Bureau of Land Management; required under the Federal Land Policy and Management Act.

**Restoration** ~ Holistic actions taken to modify an ecosystem to achieve desired, healthy, and functioning conditions and processes. Generally refers to the process of enabling the system to resume its resiliency to disturbances.

**Restore** ~ As used in Chapter 3 of this document, refers specifically to management emphasis designed to move ecosystems to desired conditions and processes, and/or to healthy forestlands, rangelands, and aquatic systems; a variety of management-induced activities dominate the landscape. Generally, "Restore" strategies are applied to areas of moderate to low ecological integrity.

**Revegetation** ~ Establishing or re-establishing desirable plants on areas where desirable plants are absent or of inadequate density, by management alone (natural revegetation) or by seeding or transplanting (artificial revegetation).

**Riffle** ~ Relatively shallow section of a stream or river with rapid current and a surface broken by gravel, rubble, or boulders.

**Riparian area** ~ Area with distinctive soil and vegetation between a stream or other body of water and the adjacent upland; includes wetlands and those portions of floodplains and valley bottoms that support riparian vegetation.

**Riparian conservation area (RCA)** ~ Portions of watersheds where riparian-dependent resources receive primary emphasis, and management activities are subject to specific standards and guidelines. RCAs include traditional riparian corridors, wetlands, intermittent headwater streams, and other areas where proper ecological functioning is crucial to maintenance of the stream's water, sediment, woody debris and nutrient delivery systems.

**Riparian ecosystem** ~ An ecosystem that is a transition between terrestrial and aquatic ecosystems; includes streams, lakes, wet areas, and adjacent vegetation communities and their associated soils which have free water at or near the surface; an ecosystem whose components are directly or indirectly attributed to the influence of water.

**Risk assessment** ~ Process of gathering data and making assumptions to estimate short- and long-term harmful effects on human health or the environment from particular products or activities.

**Road** ~ *BLM:* A route open normally to highway vehicles (such as trucks and automobiles); route may be improved, is maintained by mechanical means, and receives regular and continuous use; route must have purpose and intent to be maintained when necessary. *Forest Service:* *Arterial roads* ~ roads usually developed and operated for long-term land and resource management purposes and constant service; *Collector roads* ~ roads that collect traffic from Forest local roads, usually connecting to a Forest arterial road or public highway, operated for either constant or intermittent service depending on land use and resource management objectives; *Local roads* ~ roads that are constructed and maintained for a given resource use but also used for other purposes, with locations and standards usually determined by the requirements of a specific resource activity ather than by travel efficiency.

**Rotation** ~ Refers to each generation of a managed forest; the number of years between the time that a forest stand is regenerated and its final harvest.

**Rubble** ~ Loose, angular rock fragments.

**Runoff (surface)** ~ Fresh water from precipitation and melting ice that flows on the earth's surface into nearby streams, lakes, wetlands, and reservoirs.

**Salmonids** ~ Fishes of the family Salmonidae, including salmon, trout, chars, whitefish, ciscoes, and grayling.

**Salvage** ~ Harvest of trees that are dead, dying, or deteriorating due to fire, wind, insect or other damage, or disease.

**Scale** ~ (1) The level of resolution under consideration (for example, broad scale or fine scale); (2) the ratio of length on a map to true length.

TABLE OF
CONTENTS

BLM_0029297

**Scientific Assessment ~** Refers to two documents produced by the ICBEMP Science Integration Team: *An Integrated Scientific Assessment for Ecosystem Management in the Interior Columbia Basin and Portions of the Klamath and Great Basins* (Quigley, Graham, and Haynes 1996), which examines historical and current biophysical, social, and economic systems in the project area, and the associated Staff Area Reports (STARs) published as *An Assessment of Ecosystem Components [AEC] in the Interior Columbia Basin and Portions of the Klamath and Great Basins* (Quigley and Arbelbide 1996).

**Scoping ~** The early stages of preparation of an environmental impact statement, used to solicit public opinion, receive comments and suggestions, and determine the issues to be considered in the development and analysis of a range of alternatives. Scoping may involve public meetings, telephone conversations, mailings, letters, or other contacts.

**Sediment ~** Solid materials, both mineral and organic, in suspension or transported by water, gravity, ice, or air; may be moved and deposited away from their original position and eventually will settle to the bottom.

**Seed trees ~** Mature trees left standing after timber harvest to provide seeds to regenerate the new stand; a harvest prescription.

**Selective cutting ~** Cutting of intermediate-aged, mature, or diseased trees in an uneven-aged forest stand, either singly or in small groups. This encourages growth of younger trees and maintains an uneven-aged stand.

**Semi-arid ~** Moderately dry; region or climate where moisture is normally greater than under arid conditions but still definitely limits the production of vegetation.

**Sensitive species ~** Species identified by a Forest Service regional forester or BLM state director for which population viability is a concern either (a) because of significant current or predicted downward trends in population numbers or density, or (b) because of significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution.

**Seral ~** Refers to the sequence of transitional plant communities during succession. Early-seral refers to plants that are present soon after a disturbance or at the beginning of a new successional process (such as seedling or sapling growth stages in a forest); mid-seral in a forest would refer to pole or medium sawtimber growth stages; late- or old-seral refers to plants present during a later stage of plant community succession (such as mature and old forest stages).

**Seral stage ~** The developmental phase of a forest stand or rangeland with characteristic structure and plant species composition.

**Shade-intolerant ~** Species of plants that do not grow well or die from the effects of too much shade. Generally these are fire-tolerant species.

**Shade-tolerant ~** Species of plants that can develop and grow in the shade of other plants. Generally these are fire-intolerant species.

**Short-term ~** In this EIS, refers to a period of less than 25 years.

**Shrink-swell potential ~** The susceptibility of soil to change in volume due to a loss or gain in moisture content. A shrink-swell potential is typically associated with soils that have a high percentage of clay.

**Silviculture ~** The practice of manipulating the establishment, composition, structure, growth, and rate of succession of forests to accomplish specific objectives.

**Site ~** A specific location of an activity or project, such as a campground, a lake, or a stand of trees to be harvested.

**Site potential ~** A measure of resource availability based on interactions among soils, climate, hydrology, and vegetation.

**Site potential tree height (SPTH) ~** The average maximum height of the tallest trees (200 years or older) for a given site class.

**Smolt ~** Young salmon or trout migrating to the ocean and undergoing biological changes to enable them to move from freshwater streams to saltwater.

**Snag ~** A standing dead tree, usually greater than five feet tall and six inches in diameter at breast height. Snags are important as habitat for a variety of wildlife species and their prey.

**Soils ~** The earth material that has been so modified and acted upon by physical, chemical, and biological agents that it will support rooted plants.



TABLE OF CONTENTS

**Soil productivity ~** See productivity.

**Soil structure ~** Refers to the physical structure of soils that enables air and water to move or be stored.

**Soil texture ~** Relative amounts of sand, silt, and clay in a soil. Coarse-textured soils are generally sandy and often contain gravel of various sizes; fine-textured soils are very fine, sandy, silty, or clayey.

**Spatial ~** Related to or having the nature of space.

**Spawning habitat ~** Areas used by adult fish for laying and fertilizing eggs.

**Special status species ~** Refers to federally listed threatened or endangered species, Federal candidate species, species recognized as requiring special protection by State agencies, and species managed as sensitive species by the Forest Service and/or BLM.

**Species ~** A population or series of populations of organisms that can interbreed freely with each other but not with members of other species.

**Species richness ~** A measure of biological diversity, referring to the number of species in an area.

**Stability ~** Ability of a living system to withstand or recover from externally imposed changes or stresses.

**Stand ~** A group of trees in a specific area that are sufficiently alike in composition, age, arrangement, and condition so as to be distinguishable from the forest in adjoining areas.

**Standards (management) ~** In this EIS, refers to required management actions specifying how to achieve objectives. Standards can include requirements to refrain from taking action in certain situations.

**Stand composition ~** The vegetative species that make up the stand.

**Stand density ~** Refers to the number of trees growing in a given area, usually expressed in trees per acre.

**Stand-replacing fire ~** See lethal fire.

**Stand structure ~** The mix and distribution of tree sizes, layers, and ages in a forest. some stands are all one size (single-story), some are two-story, and some are a mix of trees of different ages and sizes (multi-story).

**State Implementation Plan (SIP) ~** A document prepared by each State describing existing air quality conditions and measures that will be taken to attain and maintain national ambient air quality standards.

**Stewardship ~** Responsibility of Federal agencies to manage natural resources on public land.

**Stream morphology ~** The study of the form and structure of streams.

**Strongholds (fish) ~** Watersheds that have the following characteristics: (1) presence of all major life-history forms (for example, resident, fluvial, and adfluvial) that historically occurred within the watershed; (2) numbers are stable or increasing, and the local population is likely to be at half or more of its histoircal size or density; (3) the population or metapopulation within the watershed, or within a larger region of which the watershed is a part, probably contains at leat 5,000 individuals or 500 adults.

**Structure ~** The size and arrangement, both vertically and horizontally, of vegetation.

**Subalpine ~** A terrestrial community that generally is found in harsher environments than the montane terrestrial community. Subalpine communities are generally colder than montane and support a unique clustering of wildlife species.

**Subbasin ~** A drainage area of approximately 800,000 to 1,000,000 acres, equivalent to a 4th-field Hydrologic Unit Code (HUC).

**Sub-regional ~** In this EIS, generally refers to areas geographically smaller than "regional" but larger than a National Forest or BLM District. In watershed discussions in this EIS, the term also refers to the equivalent of a second field hydrologic unit code, an area of about 22 million acres.

**Subsistence ~** Customary and traditional uses of wild renewable resources (plants and animals) for food, shelter, fuel, clothing, tools, etc.

**Subspecies ~** A distinct, geographically separated group of organisms of a species.

**Substrate ~** The soil or underlying rock on which an organism is growing or to which it is attached.

**Subwatershed ~** A drainage area of approximately 20,000 acres, equivalent to a 6th-field Hydrologic Unit Code (HUC).  Hierarchically, subwatersheds

TABLE OF CONTENTS

BLM_0029299

(6th-field HUC) are contained within a watershed (5th-field HUC), which in turn is contained within a subbasin (4th-field HUC). This concept is shown graphically in Figure 2-2 in Chapter 2.

**Succession ~** A predictable process of changes in structure and composition of plant and animal communities over time. Conditions of the prior plant community or successional stage create conditions that are favorable for the establishment of the next stage. The different stages in succession are often referred to as "seral stages." (See, Seral.)

**Surface fire ~** A fire that burns surface litter, dead woody fuels, other loose debris on the forest floor, and some small vegetation, without significant movement into the overstory, usually with a flame less than a few feet high.

**Sustainability ~** (1) Meeting the needs of the present without compromising the abilities of future generations to meet their needs; emphasizing and maintaining the underlying ecological processes that ensure long-term productivity of goods, services, and values without impairing productivity of the land. (2) In commodity production, refers to the yield of a natural resource that can be produced continually at a given intensity of management.

**Taxa (taxon) ~** Group of organisms that share common characteristics that differ from other groups and form the basis for categories of classification such as species, genus, family.

**Tectonic ~** Relating to, causing, or resulting from structural deformation of the earth's crust.

**Temporal ~** Related to time.

**Terrestrial ~** Pertaining to the land.

**Terrestrial communities ~** Groups of cover types with similar moisture and temperature regimes, elevational gradients, structures, and use by vertebrate wildlife species.

**Thermal cover ~** Cover used by animals to protect them against weather.

**Thinning ~** The practice of removing some of the trees in a stand to enable remaining trees to grow faster or to change the characteristics of the stand for wildlife or other purposes.

**Threatened species ~** Species listed under the Endangered Species Act that are likely to become endangered within the foreseeable future throughout all or a significant portion of their range.

**Tier ~** In an EIS, refers to incorporating by reference the analyses in an EIS of a broader scope. For example, a Forest Service project-level EIS could tier to the analysis in a Forest Plan EIS; a Forest Plan EIS could tier to a Regional Guide EIS.

**Topography ~** Physical features of the ground surface such as hills, plains, mountains, steepness of slope, and other features.

**Transpiration ~** Water loss from plants during the course of photosynthesis.

**Tribe ~** Term used to designate a Federally recognized group of American Indians and their governing body. Tribes may be comprised of more than one band.

**True firs ~** Coniferous trees of the genus *Abies*. Grand fir (*Abies grandis*) and Subalpine fir (*A. lasiocarpa*) are examples of true firs found in the UCRB. Douglas-fir (*Pseudotsuga menziesii*) is in a different genus and is more closely related to hemlocks than to true firs.

**Trustee/Trust responsibilities (tribal) ~** A trustee is one who holds legal title to property to administer it for the benefit of another. The Federal Government's trust responsibility arises from promises made in treaties, executive orders, and agreements. Certain lands and resources of Indians are entrusted to the United States Government through those treaties and agreements.

**Turbidity ~** The condition of a body of water that contains suspended material such as clay or silt particles, dead organisms, or small living plants and animals.

**Umbrella species ~** A large-bodied wildlife species that has a large home range and broad requirements for habitats and resources; managing for an umbrella species is assumed to provide habitats and resources for other species.

**Underburn ~** A burn by a surface fire that can consume ground vegetation and ladder fuels.

**Understory ~** Plants that grow beneath the canopy of other plants. Usually refers to grasses, forbs, and low shrubs under a tree or shrub canopy.

**Uneven-aged management ~** Method of forest management in which trees of different species in a given stand are maintained at many ages and sizes to permit continuous natural regeneration. Selective cutting is one example of an uneven-aged management method.

BLM_0029300

**Uneven-aged stand ~** Stand of trees in which there are considerable differences in the ages of individual trees.

**Ungulates ~** Hoofed, plant-eating mammals such as elk, deer, and cattle.

**Upland ~** The portion of the landscape above the valley floor or stream.

**Vascular plants ~** Plants that have vessels and ducts to conduct water and sugars; flowering plants, ferns, and their allies are vascular plants.

**Vegetative composition ~** The plant species present in a plant community.

**Vertebrate ~** An animal with a backbone; mammals, fishes, birds, reptiles, and amphibians are vertebrates.

**Viable population ~** A population that is regarded as having the estimated numbers and distribution of reproductive individuals to ensure that its continued existence is well distributed in the project area.

**Visual resources ~** The visible physical features of a landscape.

**Water Quality Limited ~** A Clean Water Act classification for waters where application of best management practices or technology-based controls are not sufficient to achieve designated water quality standards.

**Watershed ~** (1) The region draining into a river, river system, or body of water. (2) In this EIS, a watershed also refers specifically to a drainage area of approximately 50,000 to 100,000 acres, which is equivalent to a 5th-field Hydrologic Unit Code (HUC).

**Weed ~** A plant considered undesirable, unattractive, or troublesome, usually introduced and growing without intentional cultivation.

**Wetland ~** In general, an area soaked by surface or groundwater frequently enough to support vegetation that requires saturated soil conditions for growth and reproduction; generally includes swamps, marshes, springs, seeps, bogs, wet meadows, mudflats, natural ponds, and other similar areas. Legally, Federal agencies define wetlands as possessing three essential characteristics: (1) hydrophytic vegetation, (2) hydric soils, and (3) wetland hydrology. The three technical characteristics specified are mandatory and must all be met for an area to be identified as a wetland. *Hydrophytic vegetation* is defined as plant life growing in water, soil, or on a substrate that is at least periodically deficient in oxygen as a result of excessive water content. *Hydric soils* are defined as soils that are saturated, flooded, or ponded long enough during the growing season to develop anaerobic (without oxygen) conditions in the upper part of the soil profile. Generally, to be considered a hydric soil, there must be saturation at temperatures above freezing for at least seven days. *Wetland hydrology* is defined as permanent or periodic inundation, or soil saturation to the surface, at least seasonally.

**Wilderness ~** Area where the earth and its community of life have not been seriously disturbed by humans and where humans are only temporary visitors. In this document, when the term is capitalized, "Wilderness" refers to specific lands designated by Congress as Wilderness Areas and protected and managed to preserve their natural condition; when the term is not capitalized, "wilderness" refers to other areas that have pristine and natural characteristics.

**Wildfire ~** A human or naturally caused fire that does not meet land management objectives.

**Windthrow ~** Trees blown over by the wind.

**Woody ~** Composed of wood or woody fibers.

**Xeric ~** Very dry region or climate; tolerating or adapted to dry conditions.

TABLE OF CONTENTS

# Literature Cited

Abernathy, J. 1996. Personal communication. USDA Forest Service, Pacific Northwest Region, Portland, Oregon.

Agee, J. K. 1993. *Fire and weather disturbances in terrestrial ecosystems of the eastern Cascades.* USDA Forest Service Gen. Tech. Rep. PNW-GTR-320. Pacif. Northw. Res. Sta. Portland, OR. 52 p.

Allen, S. 1988. *Montana bioeconomics study: results of the angler preference study.* Helena, MT: Montana Department of Fish, Wildlife and Parks.

Alm, L.R., Witt S.L. 1995. *"Environmental Policy in the Intermountain West: the rural-urban linkage",* State and Local Government Review 27: (Fall, 1995).

Alward, G. IMPLAN folder/Economic Diversity Index. USDA Forest Service. Fort Collins, CO.

Amaranthus and Trappe 1993. Effects of erosion on ecto- and VA-mycorrhizal inoculum potential of soil following forest fire in southwest Oregon. Plant and Soil 150:41-49.

Aquatic Staff Area Report (STAR). See Quigley and Arbelbide 1996.

Association of Forest Service Employees for Environmental Ethics (AFSEEE). 1995. The AFSEEE-sponsored ecosystem management alternative for the Interior Columbia River Basin. Eugene, OR. 68 pp.

Aston, P.G.; Pickens, J.B. 1995. *Rural community stability: An evaluation of natural resource based economic activities and management on national forests.* Society of Natural Resources Journal.

Barry, R.G.; Chorley, R.J. 1982. *Atmosphere, weather and climate (4th ed.).* Methuen, London.

Beckham, S.D. 1995. *An interior empire: Historical overview of the Columbia Basin.* Paper prepared for the Interior Columbia Basin Ecosystem Management Project.

Beckley, T.M. 1994. *Community stability and the relationship between economic and social well-being in forest-dependent communities.* Society and Natural Resources. [vol # ??] (8): 261-266.

Berch, P.; Burton, D.; Goldman, G. [and others]. 1992. Nemetz, P.N. ed. *Instability in forestry and forestry communities. Emerging Issues in Forest Policy.* UBC Press. Vancouver, BC: 315-338.

Beschta, R.L.; Platts, W.S.; Kauffman, B. 1987. *Stream temperature and aquatic habitat: Fisheries and forestry interactions.* In: Salo, E.O.; Cundy, T.W. eds. Streamside management: forestry and fishery interactions. University of Washington Institute Forest Resources Contribution 57. 191-232.

Birch, D. 1987. *Job Creation in America: How the Smallest Companies Put the Most People to Work.* New York, NY. Free Press.

Bjornn, T.C.; Reiser. D.W. 1991. *Habitat requirements of salmonids in streams: Influences of forest and rangeland management on salmonid fishes and their habitats.* American Fisheries Society Special Publication 19: 83-138.

Boyd, R.G.; Hyde, W.F. 1989. *Forestry Sector Intervention: The impacts of public regulation on social welfare.* Iowa State University Press. Ames, IA. 295 p.

Brown, J.K.; Bradshaw, L.S. 1994. *Comparisons of particulate emissions and smoke impacts from presettlement, full suppression, and prescribed natural fire periods in the Selway-Bitterroot Wilderness.* International Journal of Wildland Fire 4(3): 143-155.

Brunelle, A. 1990. *The Changing Structure of the Forest Industry in the Pacific Northwest.* In: Lee, R.G.; Field, D.R.; Burch, W.R. Jr., eds. Community and Forestry: Continuities in the Sociology of Natural Resources. Boulder, Colorado: Westview Press.

Bull, E.L. 1977. *Specialized habitat requirements of birds: Snag management, old growth, and riparian habitat.* Proceedings of a workshop on nongame management in forests of the western United States. February 7-9. Portland, OR. 8 p.

BLM_0029302

Cannon, M.E.; and Nielsen, G.A. 1984. Estimating production of range vegetation from easily measured soil characteristics. Soil Sci. Soc. Am. J. 48:1393–1397.

Chamberlin, T.W.; Harr, R.D.; Everest, F.H. 1991. *Timber harvesting, silviculture, and watershed processes.* American Fisheries Society Special Publication 19:181–205.

Clawson, M. 1962. *"Problems of Protection and Management of Public Domain". The Public Lands: Studies in the History of the Public Domain.* Vernon Carstensen, Editor. Madison, WI: University of Wisconsin Press.

Collopy, M.W.; Smith, J.P. eds. 1995. *National status and trends report: The Pacific Northwest [draft].* Corvallis, OR: U.S. Department of Interior, National Biological Service, Forest and Rangeland Ecosystem Science Center. 98 p.

Columbia River Inter-Tribal Fish Commission (CRITFC). 1995 Review Draft. Wy-Kan-Ush-Mi Wa-Kish-Wit; Spirit of the salmon. Portland, OR.

Committee on Protection and Management of Pacific Northwest Anadromous Salmonids, Board on Environmental Studies and Toxicology, Commission on Life Sciences. 1996. *Upstream Salmon and Society in the Pacific Northwest.* National Academy Press. Washington, D.C. 452 pp.

Dana, S.T.; Fairfax, S.K. 1980. *Forest and range policy: Its development in the United States.* McGraw-Hill Book Company. New York. 457 p.

Debano, L.F. 1981. Water repellent soils: A state-of-the-art. USDA Forest Service, Gen. Tech. Report PSW-46.

Debano, L.F. 1990. *The effects of fire on soil properties.* In: Harvey, A.E.; Neuenschwander, L.F., compilers. Proceedings of symposium–management and productivity of western montane forest soils. Boise, Idaho. April 1990. USDA Forest Service Intermountain Research Station, Ogden, Utah. Gen. Tech. Rep. INT-280.

Debano, L.F.; Savage, S.M.; and Hamilton, D.A. 1976. The transfer of heat and hydrophobic substances during burning. USDA Forest Service.

DeVilbiss, J.M. 1986. *Timber stumpage supply and economic dependency.* Ph.D dissertation. Michigan State University. Ann Arbor, MI. 164 p.

Dewey, S.A.; Price, K.P.; Ramsey, D. 1991. *Satellite remote sensing to predict potential distribution of Dyers Woad (Isatis tinctoria).* Weed Technology 5:479–484.

Doescher, P. ; and Karl, M. 1990. *Forest grazing in southwest Oregon: Principles of livestock management and results of research.* In: Integrated management of southwestern Oregon's rangeland resources, Oregon State University Range Field Day. D. E. Johnson (ed). June 26, 1990. Medford, OR. Sponsored by Dept. Of Rangeland Resources, Eastern Oregon Agric. Res. Center, USDA Agric. Res. Service, and Jackson Co. Extension.

Economics Staff Area Report (STAR). See Haynes and Horne 1996.

Elmore, W.; Beschta, R. L. 1987. *Riparian areas: Perceptions in management.* Rangelands 9(6):260–265.

English, D.B.; [and others]. 1993. *Effective Recreation Opportunity Set (EROS) Index: A computable measure of recreation supply.* Research Paper SE-286. Asheville, NC: U.S. Department of Agriculture, Forest Service, Southeastern Forest Experiment Station. 10 p.

EPA 1992. See U.S. Environmental Protection Agency.

EPA 1994. See U.S. Environmental Protection Agency.

Everett, R.; Hessburg, P.; Jensen, M.; Bormann, B. 1994. *Eastside Forest Ecosystem Health Assessment,* Vols. 1–4. USDA Forest Service, Pacific Northwest Research Station.

Fischer, W.C. 1981. *Photo Guides for Appraising Downed Woody Fuels in Montana Forests.* 3 Volumes. Gen. Tech. Reports INT-96, -97, -98. Ogden, Utah: USDA Forest Service, Intermountain Forest and Range Experiment Station.

Force, J.E.; Machlis, G.E.; Zhang, L.; [and others]. 1993. *The relationship between timber production, local historical events, and community social change: A quantitative case study.* Forest Science 39 (4): 722–742.

TABLE OF CONTENTS

BLM_0029303

Forest Ecosystem Management Assessment Team (FEMAT). 1993. *Forest ecosystem management: An ecological, economic, and social assessment.* USDA Forest Service, National Marine Fisheries Service, Bureau of Land Management, Fish and Wildlife Service, National Park Service, and Environmental Protection Agency. Portland, OR and Washington, D.C.

Fortmann, L.; Kusel, J. 1989. *New Voices, Old Beliefs: Forest Environmentalism among New and Long-standing Rural Residents.* Rural Sociology, 55, 214-232.

Frewing-Runyon, 1995L. *Importance and Dependancy of the Livestock Industry on Federal Lands in the Columbia River Basin, 1995*

Furniss, M.J.; Roelofs, T.D.; Yee, C.S. 1991. *Road construction and maintenance.* American Fisheries Society Special Publication 19:297-324.

Galliano, S.J.; Loeffler, G.M. 1995. *Scenery in the interior Columbia River Basin.* Walla Walla, WA: Interior Columbia Basin Ecosystem Management Project.

Getches, D.H.; Wilkinson, C.F.; Williams, Jr. R.A. 1993. *Cases and materials on Federal Indian law.* 3rd ed. St. Paul, MN: West Publishing Co. 1,055 p.

Graham, R.W.; Grimm, E.D. 1990. *Effects of global climate change on the patterns of terrestrial biological communities.* Trends in Ecology and Evolution 5(9):289–292.

Graham, R.W.; Harvey, A.E.; Page-Dumroese, D.S.; Tonn, J.R.; Jain, T.B.; Geier-Hayes, K. 1991. *Sustaining soil productivity of forest soils in the inland northwest.*

Graham, R.T.; Harvey, A.E.; Jurgensen, M.F.; Jain, T.B.; Tonn, J.R.; Page-Dumroese, D.S. 1994. *Managing coarse woody debris in forests of the Rocky Mountains.* Res. Pap. INT-RP-477. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 12 p.

Grant, G.E.; Swanson, F.J. 1995. *Morphology and processes of valley floors in mountain streams, western Cascades, Oregon.* In: Costa, J.E. et al. eds., Natural and anthropogenic influences in fluvial geomorphology. Geophysical Monograph. Washington D.C.: American Geophysical Union. 83–101.

Gravenmier, R.A.; Wilson, A.E.; Steffenson, J.R. 1996. *Broadscale Landscape Dynamics of the Basin.* In: Quigley, T.M.; Arbelbide, S.J., tech. eds. An Assessment of Ecosystem Components in the Interior Columbia Basin and Portions of the Klamath and Great Basins. Gen. Tech. Rpt. PNW-GTR-xxx. Portland, OR: USDA Forest Service, Pacific Northwest Research Station. 2. vols. (Quigley, T.M. tech. ed. The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment).

Gregory, S.V.; Swanson, F.J.; McKee, W.A.; Cummins, K.W. 1991. *An ecosystem perspective of riparian zones.* BioScience 41(8):540-551.

Hansen, P.L.; Pfister, R.D.; Boggs, K. [and others]. 1995. Miscellaneous Publications No. 54. Missoula, Montana: Montana Forest and Conservation Experiment Station. School of Forestry, University of Montana. 646 p.

Hanson, M.L. 1987. *Riparian zones in eastern Oregon.* Oregon Environmental Council. Portland, Oregon. 74 p.

Hardy, C.C.; Ferguson, S.A.; Speers-Hayes, P.; Doughty, C.B.; Teesdale, D.R. 1993. *Assessment of PUFF: A dispersion model for smoke management.* Final report to USDA Forest Service, Pacific Northwest Region, Portland, Oregon. Fire and Environmental Research Applications, Pacific Northwest Station, Seattle, Washington.

Harr, R.D.; Rothacher, J.; Fredriksen, R.L. 1979. *Changes in streamflow following timber harvest in southwestern Oregon.* USDA Forest Service Research Paper PNW-249. Pacific Northwest Forest and Range Experiment Station, Portland, Oregon.

Harr, R.D. 1983. *Potential for augmenting water yield through forest practices in western Washington and western Oregon.* Water Resource Bulletin 19(3):383–393.

Harr, R.D. 1986. *Effects of clearcutting on rain-on-snow runoff in western Oregon: A new look at old studies.* Water Resources Research. Vol. 22. 1095–1100.

Harris and Associates. 1995. *An assessment of the social and economic characteristics of communities in the interior Columbia Basin.* Walla Walla, WA: Interior Columbia Basin Ecosystem Management Project.

BLM_0029304

Harvey, A.E. 1994. *Integrated roles for insects, diseases and decomposers in fire dominated forests of the inland western United States: Past, present and future forest health.* In, Sampson, R.N. and Adams, D.L., eds. Assessing forest ecosystem health in the inland West. Proceedings of the American Forests Scientific Workshop, November 15–19, 1993, Sun Valley, Idaho.

Harvey, A.E.; Hessburg, P.F.; Byler, J.W.; McDonald, G.I.; Weatherby, J.C.; Wickman, B.E.. 1994. *Health declines in western interior forests: Symptoms and solutions.* In: Symposium on Ecosystem Management in Western Interior Forests, May 3–5 1994. Spokane, Washington.

Haynes, R.W.; Graham, R.T.; Quigley, T.M., tech. eds. 1996. A Framework for Ecosystem Management in the Interior Columbia Basin Including Portions of the Klamath and Great Basins. Gen. Tech. Report. Portland, Oregon: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. (Quigley, T.M., tech. ed. The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment.)

Haynes, R. W.; and Horne, A. L. 1996. *Economic Assessment of the Interior Columbia Basin.* In: Quigley, T.M.; Arbelbide, S. J. tech. eds. An Assessment of Ecosystem Components in the Interior Columbia Basin including Portions of the Klamath and Great Basins. USDA Forest Service, Pacific Northwest Research Station, Portland, Oregon; 2. (Quigley, T.M. tech. ed. The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment).

Heinemeyer, K.S.; Jones, J.L. 1994. *Fisher biology and management: A literature review and adaptive management strategy.* Missoula, Montana: USDA Forest Service Northern Region. 108 p.

Hemaker, T. 1995. *Upland game study 2. Job 1. Progress Report [draft].* Idaho Department of Fish and Game.

Henjum, M.G.; Karr, J.R.; Bottom, D.L.; Perry, J.C.; Bednarz, S.G.; Wright, S.A.; Beckwitt, S.A.; Beckwitt, E. 1994. *Interim protection for late-successional forests fisheries and watersheds for national forests east of the Cascade Crest in Oregon and Washington.*

Eastside Forests Scientific Society Panel report to the Congress and President of the U.S. Bethesda, Maryland: The Wildlife Society. 245 p.

Hessburg, P.F.; Mitchell, R.G.; Filip, G.M. 1994. *Historical and current roles of insects and pathogens in eastern Oregon and Washington forested landscapes.* In: Hessburg, P.F. tech ed. Eastside forest ecosystem health assessment. Vol. III: Assessment.. Gen. Tech. Rep. PNW-GTR-327. Portland, Oregon: USDA Forest Service, Pacific Northwest Research Station. 72 p.

Hicks, B.J.; Hall, P.A.; Bisson, P.A.; Sedell, J.R. 1991. *Responses of salmonids to habitat changes.* In: Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publication 19:483-518.

Hole, F.D.; and Nielsen, G.A. 1968. *Some processes of soil genesis under prairie.* In., P. Schramm, ed., Proc. Symp. on Prairie and Prairie Restoration. Spec. Pub. 3. Knox College Field Station, Galesburg, Ill., pp. 28–34.

Hughes, J.M.; Bosworth, D.N. 1995. Letter to S. Mealey and D. Wright on the subject of exclusion of the Greater Yellowstone forests from the Upper Columbia River Basin EIS and Inland Native Fish Strategy. May 30, 1995. USDA Forest Service, Intermountain Region, Ogden, UT. File Code 1920.

INFISH. See USDA Forest Service 1995.

Jensen, Mark; [and others]. 1996. *Biophysical Environments of the Basin.* In: Quigley, Thomas M.; Arbelbide, S. J., tech. eds. An Assessment of Ecosystem Components in the Interior Columbia Basin and portions of the Klamath and Great Basins. Gen. Tech. Rpt. PNW-GTR-xxx. Portland, Oregon: U. S. Department of Agriculture, Forest Service, Pacific Northwest Research Station; 1: 2 vol. (Quigley, Thomas M., tech. ed. The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment).

Johnson, C.G. Jr.; Clausnitzer, R.R.; Mehringer, P.J.; Oliver, C.D. 1994. *Biotic and abiotic processes of eastside ecosystems: The effects of management on plant and community ecology, and on stand and landscape*

TABLE OF CONTENTS

BLM_0029305

*vegetation dynamics.* Gen. Tech. Rep. PNW-GTR-322. In: Hessburg, P.F. tech ed. Eastside forest ecosystem health assessment. Vol. III: Assessment. Portland, Oregon: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 66 p.

Johnson, K.M.; Beale, C.L. 1994. *The recent revival of widespread population growth in nonmetropolitan areas of the United States.* Rural Sociology. 59(4):655-667.

Johnson, N.K.; Crim, K.; Barber, M. [and others]. 1993. *Sustainable harvest levels and short-term sales for options considered.* In: Report of the Forest Ecosystem Management Assessment Team: Methods, Results and Interpretations.

Jones, J.A.; Grant, G.E. [In review]. *Cumulative effects of forest harvest on peak streamflow in six large basins in the western Cascades of Oregon.*

Karl, M.G.; Leonard, S.G. 1995. *Western juniper (Juniperus occidentalis ssp. occidentalis) in the Interior Columbia Basin and portions of the Klamath and Great Basin.* Unpublished report on file with the Interior Columbia Basin Ecosystem Management Project. Walla Walla, Washington.

Karl, M.G.; Leonard, S.G.; Rice, P.M.; Rider, J. 1995. *Noxious weeds in the interior Columbia Basin and portions of the Klamath and Great Basin: Science assessment of selected species.* Unpublished report on file with the Interior Columbia Basin Ecosystem Management Project. Walla Walla, Washington.

Keegan, C.E.; Swanson, L.D.; Wichman, D.P.; VanHooser, D.D. 1990. *Montana's Forest Products Industry: A Descriptive Analysis 1969-1988.* University of Montana, Bureau of Business and Economic Research. Missoula, MT.

Keegan, C.E.; Wichman, D.P.; VanHooser, D.D.; Gorman, T.M.; McClintick, M.W.; Polzin, P. 1992. *Idaho's Forest Products Industry: A Descriptive Analysis 1990.* University of Montana, Bureau of Business and Economic Research. Missoula, MT.

Keppeler, E.T.; Ziemer, R.R. 1990. *Logging effects on streamflow: water yield and summer low flows at Caspar Creek in northwestern California.* Water Resources Research 26(7): 1669–1679.

King, J.C. 1994. *Streamflow and sediment yield responses to forest practices in north Idaho.* In: Proceedings of Interior Cedar-Hemlock-White Pine Forests: Ecology and management, March 2–4, 1993, Washington State University, Pullman, Washington. 213–220.

Kormondy, E.J. 1969. *Concepts of ecology.* Prentice-Hall, Inc., Englewood Cliffs, New Jersey.

Koslow, B. 1995. [personal communication]. U.S.D.A., Forest Service, Pacific Northwest Region, Portland, Oregon.

Kovalchik, B.L; Elmore, W. 1992. In: Clary, W.P.; McArthur, E.D.; Bedunah, D.; Wambolt, C.L. eds. *Proceedings–Symposium on ecology and management of riparian shrub communities.* USDA Forest Service, Intermountain Research and Experiment Station, Ogden Utah. Gen. Tech. Rep. INT-289.

Krannich, R.S.; Carroll, M.S.; Daniels, S.E.; Walker, G.B. [unpubl.]. *Incorporating social assessment and public involvement processes into ecosystem-based resource management: Applications to the Eastside Ecosystem Management Project.* Utah State University.

Landscape Ecology Staff Area Report (STAR). See Quigley and Arbelbide 1996.

Lee, D.; Sedell, J.; Rieman, B.; [and others]. 1996. *Broadscale Assessment of Aquatic Species and Habitats.* In: Quigley, T. M.; Arbelbide, S. J., tech. eds. An Assessment of Ecosystem Components in the Interior Columbia Basin and Portions of the Klamath and Great Basins. Gen. Tech. Rpt. PNW-GTR-xxx. Portland, OR: U. S. Department of Agriculture, Forest Service, Pacific Northwest Research Station; 2. (Quigley, Thomas M., tech. ed. The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment).

Lee, D.C., and B.E. Rieman. In preparation. Federal Land Management and Anadromous Fishes, USDA Forest Service, Intermountain Research Station, Boise, ID.

Lehmkuhl, J.F.; Hessburg, P.F.; Everett, R.L. [and others]. 1994. *Historical and current forest*

TABLE OF CONTENTS

BLM_0029306

landscapes of eastern Oregon and Washington. Part I: Vegetation pattern and insect and disease hazards. Gen. Tech. Rep. PNW-GTR-328. In: Hessburg, P. F. tech ed. Eastside forest ecosystem health assessment. Vol. III: Assessment. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 88 p.

Leonard, S.G.; Karl, M.G. 1995a. Herbivory in the interior Columbia River Basin: Implications of developmental history for present and future management. Unpublished report on file with the Interior Columbia Basin Ecosystem Management Project. Walla Walla, Washington.

Leonard, S.G.; Karl, M.G. 1995b. Susceptibility to rangeland health disturbance stresses. Unpublished report on file with the Interior Columbia Basin Ecosystem Management Project. Walla Walla, Washington.

Leonard, S.G.; Rosentrater, R.; Karl, M.G. 1995. Microbiotic crusts: Ecological roles and implications for rangeland management. Unpublished report on file with the Interior Columbia Basin Ecosystem Management Project. Walla Walla, Washington.

Leopold, L.B.; Wolman, M.G.; Miller, J.P. 1964. Fluvial processes in geomorphology. W.H. Freeman and Co., San Francisco. 522 p.

Lewis, H.T. 1985. Why Indians burned: Specific versus general reasons. In: Lotan, J.E.; Kilgore, W.C.; Fisher, W.C.; Mutch, R.W. Symposium and workshop on wilderness fire. U.S. Department of Agriculture Gen. Tech. Rep. INT-182.

Lyon, L.J.; Harrington, P.; christensen, A. 1995. Ungulate assessment in the Columbia River Basin. Unpublished report on file with the Interior columbia Basin Ecosystem Management Project, Walla Walla, Washington.

MacDonald, L.; Smart, A.; Wissmar, R. 1991. Monitoring guidelines to evaluate effects of forestry activities on streams in the Pacific Northwest and Alaska. U.S. Environmental Protection Agency, Seattle, Washington. USEPA/910/9-91-001, Region 10.

McBeth, M.K. 1995. "Environmental and economic development attitudes: an empirical analysis", Economic Development Quarterly 9(1): 39-49.

McBeth, M.K.; Foster, R.H. 1994. Rural Environmental Attitudes. Environmental Management, 18(3), 401-411.

McCool, Stephen F.; Burchfield, J. A.; Allen, S. 1996. Social Assessment of the Basin. In: Quigley, Thomas M.; Arbelbide, S. J., tech. eds. An Assessment of Ecosystem Components in the Interior Columbia Basin including Portions of the Klamath and Great Basins. Gen. Tech. Rpt. PNW-GTR-XXXX. Portland, OR: U. S. Department of Agriculture, Forest Service, Pacific Northwest Research Station; 2: (Quigley, Thomas M., tech. ed. The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment).

McGinness, J.; Christensen H.H. [In press]. The interior Columbia Basin: Patterns of population, employment and income change. Portland, Oregon: U.S. Department of Agriculture, Forest Service, Northwest Forest and Range Experiment Station.

McGinnis, W.; Horne, A. In press. Growth and Change in Economies of the Interior Columbia Basin: An Examination of County Typologies. Proceedings of the 26th Annual Pacific Northwest Regional Economic Conference, May 4-6, 1995. Missoula, MT.

McIntosh, B.A.; Sedell, J.R.; Smith, J.E.; Wissmar, R.C.; Clarke, S.E.; Reeves, G.H.; Brown, L.A. 1991. Management history of eastside ecosystems: Changes in fish habitat over 50 years, 1935–1992. USDA Forest Service Gen. Tech. Rep. PNW-GTR-321. 55 p.

Machlis, G.E.; Force, J.E.; Dalton, S.E. 1995. Monitoring social indicators for ecosystem management. Technical report submitted to the Interior Columbia Basin Ecosystem Management Project.

Machlis, G. et al. 1995. An Atlas of Social Indicators for the Upper Columbia River Basin. Moscow: University of Idaho.

Mahaffey, L.; Miller, M. 1994. Air quality. In: Fire effects guide. USDA/USDI/National Association of State Foresters, National Wildfire Coordinating Group. PMS 481/NFES 2394. 13 p.

TABLE OF CONTENTS

BLM_0029307

Malm, W.; Gebhart, K.; Molenar, J.; Cahill, T.; Eldred, R.; Huffman, D. 1994. *Examining the relationship between atmospheric aerosols and light extinction at Mount Rainer and North Cascades National Parks.* Atmospheric Environment 28:347–360.

Marcot, B.; Castellano, M.; Christy, J.; [and others]. 1996. *Terrestrial Ecology of the Basin.* In: Quigley, Thomas M.; Arbelbide, S. J., tech. eds. An Assessment of Ecosystem Components in the Interior Columbia Basin and Portions of the Klamath and Great Basins. Gen. Tech. Rpt. PNW-GTR-XXX. Portland, OR: U. S. Department of Agriculture, Forest Service, Pacific Northwest Research Station; 1: (Quigley, Thomas M., tech. ed. The Interior Columbia Basin Ecosystem Management Project: Scientific Assessment).

Martin, S.K.; Witmer, G.; Sayler, R.D. 1995. *Carnivore conservation in the interior Columbia River Basin: Issues and environmental correlates.* Unpublished report on file with the Interior Columbia Basin Ecosystem Management Project. Walla Walla, Washington.

Maxwell, W.G.; Ward, F.R. 1980. *Photo series for quantifying natural forest residues in common vegetation types of the Pacific Northwest.* Gen. Tech. Rep. PNW-105. Portland, Oregon: USDA Forest Service, Pacific Northwest Forest and Range Experiment Station. 230 pp.

Megahan, W.F.; Potyondy, J.P.; Seyedbagheri, K.A. 1992. *Best management practices and cumulative effects from sedimentation in the South Fork Salmon River: An Idaho case study.* In: Naiman, R.J. ed. Watershed management: Balancing sustainability and environmental change. New York: Springer-Verlag. 401–414.

Mehringer, P.J. 1995. *Columbia River basin ecosystems: Late Quaternary environments.* Contract report to the Interior Columbia Basin Ecosystem Management Project. Walla Walla, Washington.

Miles, T.G.; Karl, M.G. 1995a. *Introduced forage grasses in the interior Columbia Basin: Science assessment.* Unpublished report on file with the Interior Columbia Basin Ecosystem Management Project. Walla Walla, Washington.

Miles, T.B.; Karl, M.G. 1995b. *Livestock-big game interactions in the Interior Columbia Basin and portions of the Klamath and Great Basin.* Unpublished report on file with the Interior Columbia Basin Ecosystem Management Project. Walla Walla, Washington.

Molina, R.; and Amaranthus, M. 1981. Rhizosphere biology: Ecological linkages between soil processes, plant growth, and community dynamics. In Proceedings--- Management and productivity of western-montane forest soils. USDA Forest Service, Intermountain Research Station, Gen. Tech. Report INT-280.

Molitor, A.; Bolon, N. 1995. *An assessment of natural resource-based recreation in the interior Columbia River Basin.* Walla Walla, Washington: Report prepared for the Interior Columbia Basin Ecosystem Management Project.

Montgomery, D.R.; Buffington, J.M. 1993. *Channel Classification, prediction of channel response, and assessment of channel conditions.* Report TFW-SH10-93-002, Washington State Timber/Fish/Wildlife, Olympia, Washington. 84 p.

Morgan, P.; Aplet, G.H.; Haufler, J.B. [and others]. 1994. *Historical range of variability: a useful tool for evaluating ecosystem change.* In: Sampson, N.; Adams, D.L. eds. Assessing forest ecosystem health in the inland west. New York, NY: Haworth Press, Inc. 87-111.

Morgan, P.; Bunting, S.C.; Black, A.E. [and others]. 1996. *Fire regimes in the interior Columbia River basin: past and present.* Contract report. On file with: U.S. Department of Agriculture, Forest Service; U.S. Department of Interior, Bureau of Land Management; Interior Columbia Basin Ecosystem Management Project. Walla Walla, Washington.

Munn, L.C.; Nielsen, G.A.; and Mueggler, W.F. 1978. *Relationsips of soils to mountain and foothill range habitat types and production in western Montana.* Soil Sci. Soc. Am. J. 42:135–139.

BLM_0029308

National Academy of Sciences. Committee on Rangeland Classification, Board on Agriculture, National Research Council. 1994. *Rangeland health: New methods to classify, inventory, and monitor rangelands.* Washington, D.C.: National Academy Press.

National Marine Fisheries Service. 1992. Endangered and threatened species: threatened status for Snake River spring/summer chinook salmon, threatened status for Snake River fall chinook salmon. FR Vol. 57, No. 78/Wed., Apr. 22, 1992, 14653-14663.

Nehlsen, W.; Williams, J.E.; Lichatowich, J.A. 1991. *Pacific salmon at the crossroads: Stocks at risk from California, Oregon, Idaho, and Washington.* Fisheries 16(2):4–21.

Neitzel, D.A.;Scott, M.J.; Shankle, S.A.; Chatters, J.C. 1991. *The effect of climate change on stream environments: The salmonid resource of the Columbia River basin.* Northwest Environmental Journal 7:271-293.

Niemi, E., Whitelaw, E. 1995. *The Economic Consequences of Protecting Salmon Habitat in Idaho (Preliminary Report).* ECO Northwest, Eugene, OR.

Northwest Forest Resources Council. 1995. National Forest riparian and aquatic habitat management strategy (Fish 2000); an alternative for the protection and restoration of anadromous fish habitat in eastern Oregon and Washington. 32 pp.

Northwest Power Planning Council (NPPC). 1986. Compilation of information on salmon and steelhead losses in the Columbia River basin. Portland, OR: Columbia River Basin Fish and Wildlife Program.

Ottmar, R.D.; Alvarado, E.; Tang, S.M.; Hardy, C.C. 1995. *Mid-scale fire hazard and smoke assessment for the Interior Columbia River Basin [draft].* Report to the Interior Columbia Basin Ecosystem Management Project, Walla Walla, Washington.

Ottmar, R.D.; Burns, M.F.; Hall, J.H.; Hanson, A.D. 1993. *CONSUME user's guide.* Gen. Tech. Rep. PNW-GTR-304. USDA Forest Service, Pacific Northwest Research Station, Portland, Oregon. 118 p.

Ottmar, R.D.; Stender, R.H.; Burns, M.F. 1996. *A prescribed fire emissions inventory: An objective approach using SMSINFO.* USDA Forest Service, Pacific Northwest Research Station, Seattle, Washington.

Oregon Employment Department. 1995. *Workforce Analysis: Eastern Oregon Labor Trends.* State of Oregon, Salem, Oregon.

PACFISH (*Environmental Assessment for Interim strategies for managing anadromous fish-producing watersheds on federal lands in eastern Oregon and Washington, Idaho, and portions of California*). 1994. USDA Forest Service and USDI Bureau of Land Management.

Page-Dumroese, D.S. 1991. Letter to T. Carroll regarding levels of coarse woody material, dated March 15, 1991.

Pellant, M. 1995. *Cheatgrass: The invader that won the West.* Unpublished report on file with the Interior Columbia Basin Ecosystem Management Project. Walla Walla, Washington.

Pellant, M.; Hall, C. 1994. *Distribution of two exotic grasses on intermountain rangelands: Status in 1992.* In: Monsen; Kitchen. eds. Proceedings–ecology and management of annual rangelands. USDA Forest Service, Intermountain Research Station, Ogden, Utah. Gen. Tech. Rep. INT-GTR-3134.

Penny, J.R., Marion C. 1962. *"Administration of Grazing Districts". The Public Lands: Studies in the History of the Public Domain.* Vernon Carstensen, Editor. Madison, WI: University of Wisconsin Press

Peterson, K. 1995. *River of Life Channel of Death: Fish and Dams on the Lower Snake.* Lewiston, ID: Confluence Press, Inc.

Peterson, N.P.; Hendry, A; and Quinn, T.P. 1992. Assessment of cumulative effects on salmonid habitat: Some suggested parameters and target conditions. TFW-F3-92-001. Center for Streamside Studies, University of Washington, Seattle, WA.

Peterson, J.; Ward, D. 1992. *An inventory of particulate matter and air toxic emissions from prescribed fires in the United States for 1989.* Final report to U.S. Environmental Protection Agency. IAG#DW12934736-01-0-1989. Submitted by USDA Forest Service, Seattle, Washington. 72 p.

TABLE OF CONTENTS

BLM_0029309