The impacts related to livestock grazing on water resources in the planning area may include increased grazing pressure on areas that are sensitive to impacts (such as to riparian areas and wetlands ecosystems, and to wet meadows). Increased grazing pressure in these sensitive areas may degrade aquatic and riparian conditions through the direct, physical removal of vegetation and trampling; or through the indirect changes to vegetation species composition, decreased shading/increased water temperatures, and changes in water chemistry (USFS 2005a). The protection and improvement of riparian areas and wetland ecosystems would receive emphasis under in all of the alternatives; however, the degree of success would depend largely upon individual grazing permittees.

***DLMP/DEIS Alternatives***: Permitted livestock grazing, as well as the acres of land suitable for livestock grazing, would vary moderately by alternative. Alternative D may result in the highest potential impacts to watersheds and water resources because, out of all of the alternatives, it would propose the largest amount of suitable acreage for livestock grazing, as well as the largest amount of projected AUMs for both sheep and cattle. Alternative C would have the fewest acres of land suitable for livestock grazing and lowest potential AUMs; therefore, it may have the lowest potential watershed impacts. Alternative A and B would propose the same number of suitable livestock grazing acres; therefore, the potential impacts to watershed resources may be similar to alternative C (which proposes only slightly fewer acres). The direct, indirect, and cumulative impacts of domestic livestock grazing may increase under Alternative D.

### Impacts Related to Timber Harvesting and Fuels Treatment

Water-Yield Impacts - Timber harvesting and fuels treatments are vegetation management activities that have the potential to impact watersheds and stream health. Major reductions in forest canopy can increase water-yield in forested watersheds. These increases can be large in some regions (including in drier areas, such as lower-elevation forests); however, the reductions are typically represent such a small increment of total water-yield that they can rarely be measured in larger watersheds. Annual climate variations are much more important (Rocky Mountain Region Forest Service 2006). Flow increases occur mostly during spring run-off and during the summer; they are not significant until about 25% of the basal area of a forested watershed is cut (USFS 1980). Large openings can suffer snow scour that can reduce site moisture and water yield (Rocky Mountain Region Forest Service 2006).

Timber harvesting acres would be spread throughout many forested watersheds within the planning area; however, their exact amount and location would not be known until specific projects are proposed. It is not expected that watersheds would receive timber harvesting treatments that would exceed 25% basal area removal over the life of the final approved LMP; therefore, detectable changes in water-yield would, generally, not be a concern. On a site-specific basis, certain sensitive watersheds can have water-yield concerns. Some watersheds are prone to mass failure and may be especially sensitive to small changes in water-yield. Other watersheds have experienced large amounts of disturbance (including as a result of past management activities, severe climatic events, and/or large wildfires) and may have water yield-issues. Those watersheds would be analyzed on a project-by-project basis in order to evaluate if water-yield concerns exist. Then the appropriate guidelines and design criteria would be applied to such projects, as needed, in order to reduce water-yield concerns. The volume of timber harvesting is anticipated to be lower than predicted in the current LMP, and would be largely limited to existing roaded areas. The large-scale road construction that occurred over the past two decades is not anticipated to occur during the next planning period, because most of the infrastructure is already in place within the planning area.

BLM_0030291

**DLMP/DEIS Alternatives**: In terms of timber harvesting, the volume of timber harvesting under all of the alternatives is anticipated to be lower than predicted in the current LMP, and largely limited to existing roaded areas. The large-scale road construction that occurred over the past 2 decades is not anticipated to occur during the next planning period (because most of the infrastructure is already in place within the planning area). In terms of fuels treatments, there is no meaningful variation between the alternatives; therefore, the potential impacts to watersheds may be identical under all of the alternatives. In general, fuels treatments would not be expected to result in measurable impacts to water-yield because such treatments (including mechanical treatments and prescribed burns) primarily target the understory and small-diameter trees; therefore, they may not measurably alter basal area (except in dry, pinyon-juniper vegetation types). Wildland fire use (WFU), on the other hand, may have the potential to result in large changes in basal area and, consequently, may increase water-yield, depending upon the individual fire. The potential for increased water-yield is greatest if WFU occurs in spruce-fir and cool-moist mixed-conifer stands that exist in the wettest areas within the planning area. Water-Quality Impacts - Sediment is the primary pollutant associated with timber harvesting. With regard to all timber harvesting activities, implementation of Water Conservation Practices, BMPs, guidelines, and proper design criteria are typically effective in preventing or reducing sediment delivery to water bodies.

Road construction associated with timber harvesting has a higher potential to impact water quality. New road construction has the greatest potential for direct or indirect watershed impacts associated with timber harvesting (Megahan and Kidd 1972; Reid and Dunne 1984). Reconstruction on stabilized roads that are covered with vegetation can generate increased sediment (Swift 1984), just as new road construction is a large source of sediment to forested watershed streams.

Vegetation management activities within the planning area are expected to comply with the policies and management techniques developed over the last 5 years. The reduction of wildfire risk through fuels treatment would continue to be emphasized on public lands. In the long term, reducing the risk of uncharacteristic wildfires may be a benefit to watersheds, and may support the desired conditions for overall water quality (including stream channels, floodplains, groundwater, and watersheds).

**DLMP/DEIS Alternatives**: In terms of water-quality impacts, Alternatives A and D may have the highest level of objectives for timber harvesting and may, therefore, have the highest potential for sedimentation impacts (although the impacts from harvesting vegetation are expected to be small). In terms of timber production, the impacts resulting from the implementation of either Alternatives B or C may have fewer overall watershed impacts, when compared to Alternatives A and D. This is because the proposed volume of timber harvesting, as well as the magnitude of associated harvesting activities, under Alternatives B and C are lower than that proposed for Alternatives A and D. Most of the infrastructure necessary to support timber harvesting already exists. The amount of road reconstruction (on a per-decade basis) is: Alternatives D, 8.2 miles; Alternative B, 7.6 miles; and Alternative, 7.2 miles. No new road construction would be necessary for timber harvesting under Alternatives B and C; however, 3 miles of new road construction would be proposed under Alternatives A and D (annually, over the next decade). In terms of fuels treatments, there are no meaningful differences between alternatives, even though Alternative D would propose a slightly higher treatment acreage for 4 cover types.

## Impacts Related to Water-Development Projects

Depending upon the size and type of project, the development of water for uses within the planning area (as well for adjacent private properties), may result in a range of potential impacts to stream channels, aquatic habitat, and riparian vegetation. However, the direct, indirect, and cumulative impacts of water development are speculative at this point because the number of proponent-driven projects projected within the time frame of this DLMP/DEIS are unknown.

BLM_0030292

Most water uses within the planning area are primarily for livestock and wildlife watering, recreation (campgrounds), and administrative sites. There are also a small number of irrigation and fish pond (piscatorial) water uses. With the exception of irrigation and piscatorial uses, the amount of water for planning area uses tends to be small (usually less than 5 gallons per minute, or 0.01 cfs for a source of water). Each year, for the next 10 years, it is expected that there could be an average of 2 new livestock developments within the planning area. The total quantity of water used by livestock and wildlife would not change much over the next planning period. Most livestock and wildlife developments would be built in order to move the use from the actual source of water to a site that protects an area from trampling and contamination, or to facilitate better grazing distribution (which may benefit water quality and riparian habitat). Development of water may also occur if new campgrounds are built, or if/when existing campground water use shifts from surface sources to wells to protect public health. The number of new water developments for uses within the planning area is not expected to vary by alternative.

Diversions reduce or eliminate downstream flows, which may, in turn, affect channel size and limit habitat for aquatic and riparian species. Dams alter flow regimes by storing water during run-off (for later release). Dams and diversions can impose substantial barriers to migration of aquatic species, and can dewater streams during certain time periods, which can, in turn, fragment aquatic ecosystems (USFS 2005a). In some cases, altered flow regimes prolong periods of run-off and can enhance riparian vegetation communities. Water wells can reduce the amount of water in connected streams, springs, and seeps, which, in turn, can have similar impacts to structural water diversions.

Dams impact stream channels in different ways, depending upon their operation. Reservoirs store sediment and release sediment-free water below the dam. Water storage reduces peak flows, which, in turn, can reduce the frequency and magnitude of flushing flows. The result can be the reduction of channel capacity, alteration of aquatic habitat, as well as changes in temperature and other factors that can affect spawning and reproductive success of aquatic species.

It is estimated that new water-development projects would continue to be proposed for the planning area in order to meet private water-supply needs. The Statewide Water Supply Initiative Basin Roundtables may propose several new water-development projects for the planning area. On-going drought, as well as population growth, may also be factors that lead to increased water development applications for the planning area. The SJPLC has the responsibility to ensure that permits are consistent with the revised LMP, as well as with all other applicable laws and regulations. As permits are amended, renewed, or issued, the water projects would be analyzed for environmental impacts, as well as to determine what terms and conditions are necessary.

***DLMP/DEIS Alternatives***: Some projects may result in major impacts to water resources; however, these impacts are not expected to vary between the alternatives. This is because demand for water-use authorizations is driven by proponents, rather than by SJPLC programs or budgets.

### Impacts Related to Mining, Oil and Gas Development, and Mining Reclamation

Mining activities conducted within the planning area may include gravel operations, landscape rock, hard-rock mining, and uranium mining. New mining operations for locatable minerals are expected to be small, and limited in quantity. Increases in mining activity are not anticipated; however, to a certain extent, this cannot be predicted. Federal authority over mining activities allows for the setting of terms and conditions in operating plans in order to minimize impacts to public lands. Mining activities may impact  water quality and water quantity. Impacts to aquatic resource are assumed to be proportional to the amount of land available for locatable minerals.

BLM_0030293

The abandoned mines reclamation occurring within the planning area is an intensive program. This is due to the high number of abandoned historic mines in the San Juan Mountains. As work is completed, the number of sites reclaimed is expected to remain steady, or to slowly decrease over the next decade. Mine reclamation work is not expected to vary by alternative. The primary objectives of this program include improving water quality and watershed condition. This work is expected to have a net positive impact on water resources under all of the alternatives.

Fluid-minerals development (e.g., oil, methane gas, and CO2) may result in a broad spectrum of watershed impacts. Construction of new roads, well pads, pipelines, compressor stations, and other site disturbances would be necessary in order to develop fluid-minerals resources. Long-term ground disturbance increases the risk of erosion and sediment transport to surface water. (The impacts related to roads are discussed above in more detail.) The majority of fluid-mineral wells within the planning area produce water of variable, but usually poor, quality that must be disposed of. Dewatering target formations can lead to a connected dewatering of surface seeps, springs, and streams, which may, in turn, impact riparian, wetland, wildlife, and aquatic habitat, as well as human water supplies. Dense pipeline infrastructure increases the risk of spills from pipeline failure, and may contaminate surface and ground water. Well construction in watersheds containing erosive saline soils can produce saline run-off, which may, in turn, increase salt loads in the upper Colorado River.

The infrastructure necessary to support energy development would continue to increase the density of roads, pipelines, and other ground-disturbing activities within the San Juan Basin, Dry Creek Basin, and Disappointment Valley areas.

Large-scale energy development is an agent of change within the Fruitland Formation aquifer. Pumping-produced water would continue as existing wells, and a projected 11,000 new wells, are drilled within the San Juan Basin (including in New Mexico) over the next 10 years. At some point, the Fruitland Formation aquifer will be effectively dewatered. Some projections show that it would take several centuries to recharge this aquifer (Cox et al. 2001). Dewatering of this aquifer would likely cause some springs, seeps, streams, and wetlands located on the Fruitland Formation outcrop to run dry (BLM and USFS 2006).

**DLMP/DEIS Alternatives**: With the exception of the no lease alternative, there are only minor differences proposed under alternatives A, B and D. This is because these alternatives would propose slightly different amounts of ground-disturbing activities, would propose approximately the same availability as acreages for new fluid-minerals leasing, and approximately the same number of new road construction miles. Alternative C would propose the fewest acres available for leasing, and would project slightly fewer wells; therefore, it may result in slightly lower levels of potential watershed impacts. Within the 2,000,135 to 2,097,278 acres made available for leasing under alternatives A, B and D, as many as 167 new wells may be drilled on currently unleased lands; 70 miles of associated new road may be constructed; and additional disturbances (i.e., well pads) could result. NSO and CSU stipulations would avoid impacts on slopes greater than 40%, on landslide-prone areas, and on water-influence zones. Watershed BMPs would apply to all fluid-minerals development, and would reduce some potential impacts. Of all activities that could occur within the planning area over the next planning period, water-development projects, new large water development projects, and fluid-minerals development may have the highest potential to adversely impact water resources. The no lease alternative would essentially result in no change from existing conditions related to current oil and gas development activities, and would have the lowest level of potential watershed impacts.

BLM_0030294

## CUMULATIVE IMPACTS

Unless specified differently, the cumulative impacts analysis described herein is for the period of expected LMP implementation (which is 10 to 15 years), and is bounded by the 5th level hydrologic unit code boundaries (5th-level HUC). (An example of the size of a 5th-level HUC would be roughly the size of Hermosa Creek or the Piedra River watersheds.)

Looking past the boundaries of the planning area in order to consider how the direct and indirect impacts of management activities would cumulatively add to downstream water quality, the most important consideration is that the headwaters of streams and rivers are located on public lands. With the exception of some lands in the upper Animas River watershed and in the northwest portions of the planning area, there are no water courses that originate on private lands that flow into the planning area. The direct and indirect impacts analysis shows that SJPLC management activities may impact downstream water; however, overall water quality as it leaves the planning area is good in most places, as documented by the Colorado Division of Water Quality. However, there are several planned activities that may have major cumulative impacts on water quality.

It is likely that there would be cumulative impacts resulting from the 2,200 new wells proposed to be drilled on or adjacent to the planning area over the next planning period. In addition to an estimated 170 new wells that may be drilled on new leases (discussed under direct and indirect impacts), there could be as many as 450 new and in-fill wells drilled in the northern San Juan Basin; approximately 1,000 new wells drilled on the Southern Ute lands adjacent to the planning area; and 240 new wells on previously leased land in the Paradox Basin. Development of the RFD projected wells would require new roads, pipelines, and associated disturbance for well construction. Consequently, oil and gas development may have the greatest potential to have major cumulative impacts, when compared to all other activities that affect the planning area. The magnitude of new road/pipeline construction and other disturbances would not vary by alternative.

Areas where the greatest impacts may be expected are the Lower Piedra and Lower Pine watersheds (below the planning area), and the Dolores River below Disappointment Creek. Saline contributions to the upper Colorado River, and to its tributaries, may increase with the cumulative impacts of oil and gas activities from new leases in the Paradox Basin.

WFU and other fuel treatments would be implemented in order to reduce the long-term potential for large uncontrollable fires. The effect of any cumulative changes in water yield due to WFU may be considered small, in comparison to large wildfires that may burn with high intensity and high severity over entire watersheds.

BLM_0030295

## INTRODUCTION

There is a direct correlation between public needs and concerns for adequate supplies of clean water and subsequent impacts on fisheries and aquatic species. The waters of the planning area support a variety of ecosystems. In southwestern Colorado, these aquatic communities and ecosystems can be found at many different elevations and within many different habitats. In general, the most common aquatic biota within the planning area can be categorized as fishes, aquatic plants, aquatic insects, and the embryonic and larval stages of amphibians (e.g., frogs and toads) (see Wildlife section). Less obvious, and less well understood, biota include the phytoplankton and algal, zooplankton, and microbe species associated with aquatic environments (especially in lakes, reservoirs, and ponds). Undoubtedly, these organisms play important roles in ecosystem processes (including nutrient cycling and energy fluxes, as well as in the composition of aquatic food chains).
Within the planning area, most aquatic insects or macroinvertebrate communities are composed of bottom-dwelling insects that live among the boulders, cobble, and gravel in streams. They are dominated by taxonomic orders that require clean water. Macroinvertebrates such as true flies *(Diptera)*, mayflies *(Ephemeroptera)*, stoneflies *(Plecoptera)*, and caddisflies *(Tricoptera)* are abundant in many streams and rivers within the planning area. The richness, distribution, and abundance of macroinvertebrates are often indicators of the water quality conditions in their environments.

The planning area contains native and desired non-native fish species. Although non-native fish introductions have increased fish diversity, they have also resulted in negative impacts to native fish populations. Historic and current forest/rangeland management activities have impacted, and may continue to impact, the characteristics and functions of aquatic ecosystems. Accommodating increasing public needs for water while, at the same time, protecting these aquatic ecosystems will be one of the biggest challenges to public land management over the next few decades.

This chapter describes the existing conditions and trends for the native and desired non-native fish species within the planning area, as well as the anticipated environmental impacts related to implementing the alternatives (see Chapter 2).

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- ***The Organic Administrative Act of 1897, as amended***: This act recognizes watersheds as systems to be managed with care, in order to sustain their hydrologic function.

- ***The Fish and Wildlife Coordination Act of 1934***: Based on this act, fish and wildlife resources receive equal consideration with other resources in water resource development programs.

- ***The Multiple-Use, Sustained-Yield Act of 1960, as amended***: This act recognizes, and clarifies, USFS authority and responsibility regarding the management of fish and wildlife.

- ***The Federal Water Pollution Control Act of 1956, as amended***:  This act restores and maintains water quality, in order to meet national standards.

BLM_0030296

- ***The National Environmental Policy Act of 1970***: This act requires fish and aquatic concerns to be addressed in environmental assessments (EAs) and environmental impact statements (EISs) for all major Federal actions.

- ***The Endangered Species Act of 1973***: This act requires Federal agencies to conserve threatened and endangered species and their ecosystems.

- ***The National Forest Management Act of 1976***: This act prevents watershed conditions from being irreversibly damaged, and protects streams and wetlands from detrimental impacts. In addition, fish habitat must support a minimum number of reproductive individuals, and be well distributed, for interaction between populations on USFS lands.

- ***The Federal Land Policy and Management Act of 1976***: This act requires BLM-administered lands to be managed in a manner that protects and maintains fisheries and their habitat, along with other resources and values.

## EXECUTIVE ORDERS

- ***Executive Order 11990 of 1977***:  This EO requires agencies to minimize the destruction, loss, or degradation of wetlands, and to preserve and enhance the beneficial values of wetlands,

- ***Executive Order 11988 of 1977***:  This EO requires agencies to take actions in order to minimize flood loss, preserve and restore the natural and beneficial values served by floodplains, and analyze the potential impacts of actions on the functionality of floodplains.

## REGULATIONS AND POLICES

- ***FSM 2600 and FSH 2600***: These provide direction, regulation, and policy regarding fish and wildlife management.

- ***BLM Manual 1120***: These provide policy and direction regarding fish and wildlife management on BLM-administered lands.

- ***BLM Manual 6840***: These provide BLM policy and direction concerning Sensitive Species.

BLM_0030297

## DESIGN CRITERIA

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve aquatic resources. Guidelines and design criteria are presented in Part 3 of Volume 2 of the DLMP/DEIS.

## AFFECTED ENVIRONMENT

### EXISTING CONDITIONS AND TRENDS

#### Threatened and Endangered Fish Species

In relation to the planning area, four fish species, and their designated critical habitats, are federally listed (bonytail chub; humpback chub; Colorado pikeminnow; and razorback sucker) (see Table 3.4.1). The bonytail chub and Colorado pikeminnow are also listed as endangered. The humpback chub and razorback sucker are also listed as threatened by the State of Colorado.

**Table 3.4.1 – Federally Listed Fish Species for SJPL**

| SPECIES | STATUS | POTENTIAL FOR OCCURRENCE ON BLM LANDS | POTENTIAL FOR OCCURRENCE ON USFS LANDS |
|---|---|---|---|
| Bonytail chub (Gila elegans) | Endangered | Yes | Yes |
| Colorado pikeminnow (Ptychocheilus lucius) | Endangered | Yes | Yes |
| Humpback chub (Gila cypha) | Endangered | Yes | Yes |
| Razorback sucker (Xyrauchen texanus) | Endangered | Yes | Yes |

All four species are found downstream of the planning area, in the mainstems of the San Juan and Dolores Rivers. These species fall under the purview of Section 7 of the ESA [16 U.S.C. 1531 et seq.], which outlines the procedures for Federal interagency cooperation designed to conserve federally listed species and designated critical habitats. Section 7(a)(2) of the ESA states that any action authorized, funded, or carried out by a Federal agency would not likely jeopardize the continued existence of a listed species, or result in the destruction or adverse modification of designated critical habitat.

Within the planning area, management activities may impact these four endangered fish species, and/or their potential habitat. Activities that result in water depletions, influence stream-flow, or degrade water quality may impact these four endangered fish. Species management is guided by two USFWS Recovery Implementation Programs. One addresses the needs for the San Juan River populations the other addresses the needs for the upper Colorado River populations (including the Dolores River system). As a result, consultation with the USFWS is frequently required for many project level activities within the planning area under Section 7(c) of the ESA. A consultation is always required for projects and activities with proposed water depletions. BMPs and mitigation measures have been, and will continue to be, implemented in order to minimize impacts to the water quality of local streams and rivers, and, subsequently, to downstream endangered fish species.

BLM_0030298

**USFS and BLM Sensitive Fish Species**

In relation to the planning area, four native fish species are listed as both USFS and BLM Sensitive Species: roundtail chub, flannelmouth sucker, Colorado River cutthroat trout, and bluehead sucker (see Table 3.4.2). All four species are also identified as species of special concern by the State of Colorado.

Generally, the roundtail chub, flannelmouth sucker, and bluehead sucker are found in main-stem rivers at lower elevations within the planning area (including the Dolores, Mancos, La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers). The Colorado River cutthroat trout populations, on the other hand, are found mostly in headwater streams and lakes that are tributary to the Dolores and San Juan River systems (see Table 3.4.3). The Hermosa Creek watershed is especially important for the conservation and recovery of this species in southwestern Colorado.

**Table 3.4.2 – USFS and BLM Sensitive Fish Species**

| SPECIES | BLM SENSITIVE SPECIES | USFS SENSITIVE SPECIES | GLOBAL RANKING* | NATIONAL RANKING* |
|---|---|---|---|---|
| Roundtail Chub *(Gila robusta)* | Yes | Yes | G3 | N3 |
| Flannelmouth sucker *(Catostomus latipinnis)* | Yes | Yes | G3G4 | N3N4 |
| Colorado River cutthroat trout *(Onchorynchus clarki pleuriticus)* | Yes | Yes | G4T3 | N2N3 |
| Bluehead sucker *(Catostomus discobolus)* | Yes | Yes | G4 | N4 |

*Ranking and status categories through the NatureServe Global Conservation Status Rank Guidance (2006).  Rankings are as follows:  1 = critically imperiled, 2 = imperiled, 3 = vulnerable to extirpation, 4 = apparently secure, 5 = demonstrably widespread, abundant, and secure (Gerhardt, pers comm. 2006). For more detailed information concerning the historic range, habitat needs, and current distribution of these four species, consult the Biological Evaluation in the planning files for this DLMP/DEIS (see Appendix T).

**Table 3.4.3 – Streams in Southwestern Colorado with Colorado River Cutthroat Trout Conservation Populations**

| SAN JUAN RIVER SYSTEM | DOLORES RIVER SYSTEM |
|---|---|
| Augustora Creek | Deep Creek |
| Beaver Creek | Elk Creek |
| Big Bend Creek | Rio Lado Creek |
| Clear Creek | Little Taylor Creek |
| Headache Creek | |
| East Fork Hermosa Creek | |
| Himes Creek | |
| Upper Navajo Creek | |
| East Fork Piedra River | |
| Shaw Creek | |
| Terminal Reservoir | |
| West Virginia Gulch Creek | |

BLM_0030299

The USFS and BLM Sensitive Species are species for which some management actions and direction are necessary in order to prevent listing of these species under the ESA. Management direction is also necessary so that land management activities do not contribute to a loss of species viability. Although none of the above four native fish species is a candidate species under ESA, the decline of Colorado River cutthroat trout has been so severe that this subspecies of cutthroat has recently been petitioned for Federal listing. The USFWS, however, decided against listing because no evidence of major declines in the overall distribution or abundance over the last several decades was found. The Colorado River cutthroat trout is also listed as a USFS Management Indicator Species (MIS).

The populations of the roundtail chub, flannelmouth sucker, Colorado River cutthroat trout, and bluehead sucker are all in decline (Young 1995; Wheeler 1997; Bezzerides and Bestgen 2002; Weitzel 2002). The reasons for this decline are primarily due to the alteration of stream-flow regimes in main-stem rivers and tributary streams resulting from water developments, water diversions, on-going drought impacts, changes in water temperature regimes, interactions with non-native species, and degradation of habitat (see Environmental Consequences). Of the three downriver species, the flannelmouth sucker appears to be more at risk to impacts than are the roundtail chub or the bluehead sucker. This is due to current water developments, water diversions, and/or drought-related impacts (Gerhardt, pers comm. 2006).

**USFS Management Indicator Species/Common Cold-Water Fish**
In relation to the planning area, 4 common, cold-water trout species are widely distributed and abundant in most rivers and perennial streams, as well as in many of the larger and deeper reservoirs. They are considered as USFS Management Indicator Species (MIS) (see Table 3.4.4). These species are brook trout *(Salvelinus fontinalis)*, brown trout *(Salmo trutta)*, cutthroat trout *(Oncorhynchus clarki spp.)*, and rainbow trout *(Oncorhynchus mykiss)*. Only the Colorado River cutthroat trout subspecies is a native. The other trout species are non-native. MIS are monitored during the implementation of the selected alternative in order to assess the impacts of management activities on their habitat or population levels. Although the Colorado River cutthroat trout is a USFS and BLM Sensitive Species, it is also listed as a MIS. The brook, brown, cutthroat, and rainbow trout are listed as MIS due to their recreational and economic value.

**Table 3.4.4 – USFS Management Indicator Species (MIS)**

| MANAGEMENT INDICATOR SPECIES | PLAN ISSUES FOR SELECTION |
|---|---|
| **FISH** | |
| Trout species (Colorado River cutthroat, cutthroat sps., brook, brown, and rainbow)<br>*(Oncorhynchus clarki pleuriticus)*<br>*(Oncorhynchus clarki sp.)*<br>*(Salvelinus fontinalis)*<br>*(Salmo trutta)*<br>*(Oncorhynchus mykiss)* | Impacts to water quantity due to water depletions associated with reservoirs, diversions, and oil and gas development.<br><br>Impacts to water quality due to soil erosion and sedimentation associated with ground-disturbing activities (including fuels treatments, oil and gas development, timber harvesting, livestock grazing, road construction, and recreation). |

BLM_0030300

Generally, brook and brown trout have self-sustaining populations throughout the planning area. Population levels for cutthroat and rainbow trout are more likely influenced by current stocking efforts by the Colorado Division of Wildlife (CDOW). All 4 trout species are managed as game and sport fish, and may be harvested (subject to State fishing regulations).

Impacts to these 4 cold-water trout species related to land management activities have resulted primarily from water quantity and water quality influences. Lack of, or decreased, stream-flow has resulted in the greatest impacts to these species, coupled with stream temperature increases. Over the history of the planning area, hundreds of water diversions and ditches have been constructed, especially in the most downstream sections of rivers and streams near agricultural lands, towns, cities, and residential developments. Water storage projects, trans-basin diversions, and numerous water wells are also located on SJPLC-administered lands. With persistent drought conditions, and increased population growth in southwestern Colorado, new private water rights filings within the planning area will continue. Decreased stream-flows can impact aquatic habitat and trout populations by reducing, or eliminating, the quantity and quality of suitable habitat, altering water temperature regimes (e.g., increasing stream temperatures), and, subsequently, by reducing dissolved oxygen levels (Meehan et al. 1977; Marcus et al. 1990). These impacts could be more pronounced during periods of natural cyclic flow reductions (during fall and winter) or during summer months in a drought.

For some rivers or streams, minimum in-stream flow water rights have been acquired by the Colorado Water Conservation Board (CWCB) in order to protect these fisheries from being impacted by some existing, and all new, water users. However, most existing consumptive uses (e.g., irrigation) on these rivers and streams have priority over the non-consumptive CWCB in-stream flow rights. On fully appropriated rivers or streams, and during high-use periods, all surface flows may be diverted, leaving sections of stream dewatered. For some of these impacted areas, a small amount of aquatic habitat may be maintained by ground-water in-flow and return-flow from diversions. A loss in stream-flow will also reduce a stream's ability to convey sediment downstream and result in deposition, which may, in turn, impact the numbers and diversity of benthic macroinvertebrates, and, ultimately, aquatic habitat.

Water quality has had the next greatest influence (impact) on these 4 trout species. Throughout the planning area, sediment is the greatest concern. Beyond natural sources, human-caused sediment loading in streams may result from existing or recently constructed roads, gas well pads, timber harvesting, historic placer and hydraulic mining, grazing, off-road vehicle use, and other land disturbing actions. Locally, some rangelands in the western portions of the planning area have large areas of exposed marine shale. Marine shales are typically highly erosive and can increase salinity in streams. The BLM, the USFS, and the Colorado River Salinity Control Forum have spent substantial resources in order to minimize salt delivery to the Colorado River. However, where sediment production is extremely high, salt concentrations in streams and rivers can be at toxic levels for fish survival. Fine sediment deposition in streams and rivers can also reduce intergravel dissolved oxygen and increase stream temperatures, which can, in turn, impact fish habitat (Meehan 1991). In other areas (the Silverton area/upper Animas River basin; and the Rico, Mancos, and La Plata City areas), acid drainage and heavy metal loading from hard-rock mining activities, as well as form natural sources, into nearby rivers and streams limit fish and aquatic populations, and, depending upon the species, may be toxic (Simon et al. 2000). Atmospheric deposition of metals, oxides of sulfur, and nitrogen from coal-fired power plants in New Mexico and Arizona are known to impact the water quality of many fish-bearing waterbodies (see Air Quality).

BLM_0030301

Where fishery surveys and inventories have been conducted within the planning area, the current trends for the habitat and population levels for the brook, brown, cutthroat, and rainbow trout are all decreasing. Much of this monitoring information has been collected in drainages subject to water depletions (including streams with water developments or water diversions, and/or streams that area strongly influenced by drought-related impacts over the last 8 to 10 years). The combined stress of reduced stream-flows, higher water temperatures, poorer water quality, and resulting marginal habitat conditions, have decreased population levels of these species from historic levels. With the drought continuing in southwestern Colorado, fishery habitat is predicted to decrease into the future. However, trout populations may remain stable into the future, due to artificial stocking efforts for some species (including the rainbow and cutthroat trout). All 4 species will continue to be harvested in accordance with State fishing regulations.

In spite of the trends, land management activities within the planning area may result in small localized impacts to habitat quality or to population levels of these 4 trout species. Generally, the habitat and population of these 4 trout species would be maintained and protected (USFWS 2002; CDOW 2002; CNHP 2002; USFS 2005a). This would be due to their widespread distribution and abundance, to continued artificial stocking efforts by CDOW for some species, to State-regulated fishing pressure, to the utilization of BMPs designed to minimize impacts on water quality, and to the implementation of mitigation measures designed to reduce impacts on fish populations and habitat. However, any activities that result in water depletions, influence stream-flow, or increase water temperatures may result in greater impacts to these 4 cold-water trout species.

**Common Warm-Water Fish**
Southwestern Colorado contains several warm-water fish species that are found primarily in the larger reservoirs (including within the planning area). These warm-water species include northern pike, walleye, small mouth bass, large mouth bass, crappie, perch, bluegill, catfish, speckled dace, and molted sculpin. Except for the native speckled dace and molted sculpin, all other warm-water fishes are non-native. All of these fish are primarily found in McPhee, Narraguinnep, Groundhog Summit, Jackson Gulch, Lemon, Vallecito, Navajo, and Williams Creek Reservoirs. These warm-water species are fished for sport and recreation, and are subject to State fishing regulations.

Currently, the populations for these warm-water fish are stable. This is due to self-reproducing populations and/or to artificial stocking by the CDOW. Mercury contamination has occurred in fish from McPhee, Narraguinnep, Navajo, and Vallecito Reservoirs, especially in the larger, non-native predators (northern pike and walleye). The contamination seems to be more of a public health hazard, rather than a fish injury concern. All species will continue to be game fish and harvested in accordance with State fishing regulations.

Future management activities within the planning area will likely not impact or change these warm-water fish. The mercury-contaminated fish issue is speculated to be linked to air pollution from the Four Corners coal-fired power plants in New Mexico and Arizona; however, this has not yet been formally determined (see Air Quality).

BLM_0030302

## ENVIRONMENTAL CONSEQUENCES

### DIRECT AND INDIRECT IMPACTS

Almost all of the multiple-use activities conducted within the planning area, and described in this analysis, have the potential to impact aquatic ecosystems. Based on the assessment of current aquatic conditions, it appears that the greatest risks to fish and aquatic species are from management activities that directly impact to streams, riparian areas and wetlands ecosystems, and/or aquatic community composition. These activities include water-use and development projects, grazing, road construction and road management, oil and gas development, hard-rock mining, mining reclamation, timber harvesting, mechanical fuels reduction projects, rangeland treatments, wildfire, prescribed burns, wildland fire use, utility corridor projects, ski area modifications and expansion, and off-road vehicle use.

The uplands of watersheds appear to be more resilient; therefore, management activities that directly impact the uplands tend to pose a smaller risk to fisheries and aquatic species (except in erosive watersheds). Generally, resilient uplands are further away from stream channels and riparian areas, and/or have the ability for vegetation and ground debris to filter out erosion from reaching stream channels, and/or headwater streams to store sediment.

Environmental consequences related to multiple-use activities are generally expected to be proportional to the magnitude and extent of activities that occur in erosive or sensitive watersheds. Streams in other watersheds may be more resilient to anthropogenic influences due to their geology, soils, vegetation cover, or relative intactness of riparian areas and wetlands ecosystems. Potential impacts would be minimized through the application of design criteria and guidelines described in the DLMP/DEIS.

Surface water, ground water, floodplains, riparian areas and wetlands ecosystems, and habitat for fish and other aquatic species are all closely related. BLM and USFS manuals and handbooks, including the USFS Watershed Conservation Practices Handbook (USFS 2006) and the BLM's Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development -The Gold Book (USDA and USDI 2006), prescribe extensive measures designed to protect soil, riparian, and aquatic resources. When applicable, mitigation measures would be implemented and would be effective in reducing impacts. Adverse impacts to the aforementioned resources from management activities are expected to be minor. However, as the intensities, and the extent, of activities increase, there may be an increased risk that conservation practices would not be as cumulatively effective over time. Therefore, it is reasonable to presume that alternatives prescribing greater levels of multiple-use activities (Alternatives A and D) than the other Alternatives (B and C) may pose greater risks to fisheries and aquatic ecosystems and may require additional, appropriate project design and mitigation approaches.

For each of the management activities described below, the environmental consequences for fisheries and aquatic species are compared by alternative.

BLM_0030303

**Impacts Related to Water Use and Development Projects**

The impacts related to water use and development projects (including diversion ditches, storage reservoirs, pipelines, and wells) on water quantity, timing, water quality, fisheries, and aquatic species are described in the Water Resources section of this Chapter. The primary impact to fisheries and aquatic species would be from reduced or eliminated stream-flows, and reduced or eliminated fishery habitat that is unavailable for use. Additional impacts on fisheries and aquatic species may include increased stream temperatures and reduced dissolved oxygen levels. These impacts may be more pronounced during periods of natural cyclic flow reductions (during fall and winter) or during summer months in a drought. Winter base flows would also be reduced when ski area snowmaking operations drain water from streams and/or from water wells that are likely connected by ground water to streams. This may limit habitat, and populations, of fish and other aquatic species, which may, in turn, disrupt the life cycles of such species.

***Threatened or Endangered Species*** - Under all of the alternatives, the impacts related to water use and development projects would be moderately adverse to the bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker found in the San Juan and Dolores Rivers downstream of the planning area. The impacts would be mainly due to water depletion and reduced stream-flows (i.e., reduced or eliminated fishery habitat, increased stream temperatures, and reduced dissolved oxygen levels).

***Sensitive Species*** - Under all of the alternatives, water use and development projects would result in moderate adverse impacts to the roundtail chub, flannelmouth sucker, and bluehead sucker found immediately downstream in the Dolores, Mancos, La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers at the lower elevations of the planning area. The impacts of reduced or eliminated fishery habitat would result from water depletions and reduced stream-flows. Under all of the alternatives, depending upon the location of the water use and development project, the impacts on the Colorado River cutthroat trout could vary from no impact to a moderate adverse impact immediately downstream. The impacts would be mainly due to water depletions, reduced stream-flows, and to the subsequent impacts on fishery habitat available for use.

***MIS/Common Cold-Water Fish*** - Under all of the alternatives, the impacts from water use and development projects on brook, brown, cutthroat, and rainbow trout may be adverse immediately downstream from these projects. Due to the widespread distribution and abundance of these trout, their viability may not be threatened. The impacts resulting from some projects may be substantial to fisheries and aquatic ecosystems; however, the impacts are not expected to vary between the alternatives. This is because the demand for water use authorizations is driven by project proponents, rather than by SJPLC-administered programs or budgets.

***DLMP/DEIS Alternatives***: The impacts related to water use and development projects on fisheries are not expected to vary between the alternatives. This is because the demand for water use authorizations is driven by project proponents, rather than by SJPLC-administered programs or budgets. The impacts on threatened or endangered species, or warm-water Sensitive Species would be moderately adverse downstream of water use and development projects (due to water depletion and reduced stream-flows). The impacts to Colorado River cutthroat trout would vary from no impact to moderately adverse impacts, depending upon the location of the water use and development project. For common, coldwater trout, the impacts would be localized and adverse immediately downstream from these projects (due to reduced or eliminated stream-flows and/or fishery habitat).

BLM_0030304

**Impacts Related to Livestock Grazing and Big Game Use**
The impacts related to livestock grazing and big game use on water quantity, water quality, fisheries, and aquatic species are discussed in the Water Resources section of this Chapter. The primary impact to fisheries and aquatic species would be mainly due to degraded habitat resulting from erosion and sedimentation and increased stream temperatures.

***Threatened or Endangered Species*** - Under all of the alternatives, the impacts related to livestock grazing and big game use on the bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker would generally be minor. The impacts of sedimentation and increased stream temperatures from livestock grazing and big game use would minimally impact fish habitat for these off-SJPL species. This may even be true under Alternative D (which may result in the greatest impacts).

***Sensitive Species*** - Under all of the alternatives, the impacts related to livestock grazing and big game use may adversely affect specific individuals of the species. Overall, however, they would be minor for the populations of the roundtail chub, flannelmouth sucker, bluehead sucker, and Colorado River cutthroat trout. Due to the delay in influencing existing conditions, Alternative C (with its proposed reductions in suitable and available livestock grazing acres) may reduce grazing impacts on fisheries in the long term, but not, however, in the short term. Under Alternative D (with its proposed increases in suitable and available livestock grazing acres) grazing may increase impacts to these fisheries in the long-term, but not, however, in the short-term. There will be localized improvements in grazing management. In addition, rangeland health improvement projects would be implemented. However, the impacts of sediment and increased water temperatures on fishery habitat quality will continue.

***MIS/Common Cold-Water Fish*** - The potential impacts on brook, brown, cutthroat, and rainbow trout related to livestock grazing would be nearly equal under Alternatives A and B. Within the planning area, the overall impacts would vary from minor to moderate. The primary impact to fisheries related to grazing would be mainly due to degraded habitat (resulting from erosion, sedimentation, and increased stream temperatures). With reductions in suitable and available livestock grazing acres (e.g., closing some active sheep allotments), the impacts of livestock grazing on fisheries under Alternative C would be less in the long term, but would remain similar to Alternatives A and B in the short term. With increases in suitable and available livestock grazing acres (e.g., stocking vacant sheep allotments), Alternative D would increase adverse impacts to these trout species in the long term, but continue impacts similar to Alternatives A and B in the short term. Due to their widespread distribution and abundance, the viability of these fish populations would not be threatened under any of the alternatives. Protection and improvement of riparian areas and wetlands ecosystems would continue to receive emphasis under all of the alternatives.

***DLMP/DEIS Alternatives***: Overall, the long-term impacts related to livestock grazing and big game use on fisheries and aquatic habitat would be minor.  By alternative, the greatest impacts would be under Alternative D, followed by Alternatives A and B with similar impacts and then by Alternative C. These impacts vary by alternative. This would be due to the variations in amounts of suitable and available livestock grazing acreages proposed under each alternative, and to the corresponding impacts on fish habitat from sediment and increased stream temperatures).

BLM_0030305

**Impacts Related to Road Management and Construction**

The impacts related to roads and trails on stream-flow and sediment production are described in the Water Resources section in this Chapter. With regard to fisheries and aquatic species, heavy sediment loads can reduce pool depths, bury stream substrates and spawning gravels, adhere to aquatic insects and the gills of fish, alter channel form and function, and result in other forms of habitat degradation. Improperly placed, shaped, and sized culverts can act as fish barriers on key streams or exacerbate erosion and, in turn, result in head-cutting. For any given watershed, the overall risks of impacts to aquatic ecosystems due to roads tend to increase with new road construction or reconstruction. Conversely, risks of impacts to aquatic and riparian ecosystems tend to decrease with road obliterations. Road maintenance may result in short-term increases in soil erosion; however, routine road maintenance provides opportunities to stabilize road features and improve road drainage. The location of roads is also an important consideration when minimizing erosion and sedimentation of streams. Roads constructed adjacent to stream channels can potentially restrict channel meander or increase stream slope, causing the stream to downcut and erode. Roads adjacent to streams can directly increase sedimentation. The relative impacts of roads on aquatic resources are based on the net change between new construction/ reconstruction, and road obliteration proposed under each alternative.

*Threatened or Endangered Species* - Under all of the alternatives, the impacts related to roads on the bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker found in the San Juan River downstream of the planning area would generally be minor. Under all of the alternatives, due to concerns over new oil and gas leases, as well as over other activities that require road construction in areas with salinity issues, high road densities, or sensitivity to disturbance, projects in the Dolores River watershed may moderately adversely impact these 4 endangered species. However, the impacts related to roads from oil and gas development, timber sales, or other vegetation treatment are speculative. More precise impacts cannot be determined until the location, timing, size, and exact design of the projects are known.

*Sensitive Species* - Generally, the impacts related to roads may adversely impact specific individuals of the species. Overall, however, these impacts would be minor under all of the alternatives for the populations of the 3 warm-water species found in the La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers (roundtail chub, flannelmouth sucker, and bluehead sucker) at the lower elevations of the planning area. Specific projects with new road construction in the Dolores or Mancos River drainages may result in moderate adverse impacts to the roundtail chub and bluehead sucker. However, under all of the alternatives, the impacts related to road construction in the Dolores or Mancos River drainages on the flannelmouth sucker would likely be more adverse (due to its more tenuous situation) than for the roundtail chub or bluehead sucker. The exact details for these projects are presently unknown; therefore, the impacts are speculative. Under all of the alternatives, due to the locations of streams with conservation populations, roads may adversely impact individuals. These impacts, however, would be minor for the population of the Colorado River cutthroat trout.

*MIS/Common Cold-Water Fish* - Under all of the alternatives, the potential impacts on brook, brown, cutthroat, and rainbow trout related to from roads may be similar. The overall impacts would vary from minor to moderate. Alternatives A and D would propose slightly more miles of construction and reconstruction than would Alternatives B and C; therefore, they would result in slightly more potential impacts to fishery habitat quality (due to sediment production). Under all of the alternatives, due to their widespread distribution and abundance, the viability of these fish populations would not be threatened. The potential impacts to fisheries and aquatic species related to trails would be negligible, relative to the potential impacts related to roads.

BLM_0030306

***DLMP/DEIS Alternatives***: Overall, the impacts related to roads on fisheries would vary from minor to moderate, depending upon the location of the project. Alternatives A and D have the greatest potential for impacts to fisheries and aquatic species (due to the similarity in proposed miles of road construction and reconstruction). Alternatives B and C would have the least potential for impacts (because they would propose slightly fewer miles of road construction and reconstruction). With regard to threatened, endangered, or sensitive species, the impacts in the La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo River systems would be minor. The impacts in the Dolores or Mancos River systems may be more adverse. This would be due to the greater number of areas in the Dolores and Mancos River watersheds with salinity issues, as well as to high road densities and/or species sensitivity to disturbance). The impacts on fish related to roads would be mainly due to sediment degradation of fish habitat.

### Impacts Related to Oil and Gas Leasing and Development, Mining, and Mining Reclamation

The impacts related to oil and gas leasing and development, mining, and mining reclamation on water quantity and water quality are discussed in the Water Resources section in this Chapter. There is some indication that oil and gas resource potential may result in leasing and exploration east of Pagosa Springs (in the San Juan Sag area), and on the national forest portion of the Paradox Basin (in the Glade area). Exploration could include two wildcat wells per year in the San Juan Sag area, and up to nine wildcat wells per year in the national forest portion of the Paradox Basin (see 3.15 Fluid Minerals). Approximately 45 acres per year may be disturbed from well pads and roads for these areas, combined. If paying quantities of gas are discovered the San Juan Sag and the national forest portion of the Paradox Basin, as many as 140 production wells are projected. The impacts to fisheries and aquatic species from oil and gas leasing and development would be mainly related to reduced stream-flows over time (due to the dewatering of gas-producing rock formations). This would, subsequently, reduce fishery habitat available for use, increase sediment production, and result in degraded fishery habitat (as well as in the potential for contamination from petroleum products, drilling mud, and other contaminants).

Within the planning area, mining activities may include recreational gold panning and suction dredging, gravel mining operations, hard-rock mining, and uranium and vanadium mining. The impacts to fisheries and aquatic species related to mining or mining reclamation would be mainly due to erosion and sediment impacts (i.e., degraded fishery habitat), saline run-off, heavy metal loading of streams (i.e., toxic levels for aquatic species), and/or altered stream channels and associated fishery habitat.

***Threatened or Endangered Species*** - Generally, the impacts related to oil and gas leasing and development are similar under all of the alternatives, and may result in moderate adverse impacts to the bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker found in the San Juan and Dolores rivers downstream of the planning area. The impacts would be mainly due to water depletion and reduced stream-flows over time (from the dewatering of gas seams), and reduced fishery habitat available for use. There would be concerns related to new oil and gas development in the Dolores River watershed in relation to salinity issues, high road densities, or sensitivity to disturbance (i.e., degraded fishery habitat). However, the impacts related to oil and gas development are speculative. More precise impacts cannot be determined until the location, timing, size, and exact design of the projects are known. If new leases were not made available, there would be no impacts on these endangered fish species because no new impacts would occur from oil and gas development.

Generally, the impacts related to mining and mining reclamation would be similar under all of the alternatives; and would be minor on the bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker found in the San Juan River downstream of the planning area. Under all of the alternatives, due to concerns with salinity issues, high road densities, or sensitivity to disturbance, projects in the Dolores River watershed would have the potential to result in moderate adverse impacts to these four endangered species. However, the impacts related to mining are speculative. More precise impacts cannot be determined until the location, timing, size, and exact design of the projects are known.

BLM_0030307

***Sensitive Species*** - Generally, the impacts related to oil and gas leasing and development would be similar under all of the alternatives; and, could result in moderate adverse impacts to the roundtail chub, flannelmouth sucker, and bluehead sucker found in the Dolores, Mancos, La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers at the lower elevations of the planning area. The impacts would be mainly due to water depletion and reduced stream-flows (from the dewatering of gas seams), and the subsequent reduction in fishery habitat available for use. There would be concern regarding new oil and gas development in the Dolores and Mancos River watersheds in relation to salinity issues, high road densities, or sensitive to disturbance (i.e., degraded fishery habitat). The impacts related to oil and gas development are speculative. More precise impacts cannot be determined until the location, timing, size, and exact design of the projects are known. If new leases were not made available, there would be no impacts on these warm-water sensitive fish species because no new impacts would occur from oil and gas development.  Under all of the alternatives, given the locations of the conservation populations and the lease parcels, the impacts on Colorado River cutthroat trout may be negligible. However, if oil and gas development occurs in the vicinity of streams or potential habitat occupied by Colorado River cutthroat, then the impacts, over time, could be moderately adverse immediately downstream over time. The impacts would be mainly due to water depletions, as well as to the subsequent impacts resulting from reduced stream-flows. In addition to leasing stipulations for watershed, soil, steep slopes, riparian areas, wetland, and floodplain concerns, an oil and gas development stipulation would be applied in order to protect Colorado River cutthroat trout and minimize impacts. Like other sensitive species, if no new leases were made available, there would be no impacts on the Colorado River cutthroat trout because no new impacts would occur from oil and gas development.

Generally, the impacts related to mining and mining reclamation would be similar under all of the alternatives; and may adversely impact specific individuals of the species. They may, however, generally be minor for the populations of the roundtail chub, flannelmouth sucker, and bluehead sucker found in the La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers at the lower elevations of the planning area. Under all of the alternatives, specific mining projects in the Dolores or Mancos River drainages with salinity issues, high road densities, or sensitivity to disturbance would likely result in minor adverse impacts to the roundtail chub and bluehead sucker. However, the impacts related to mining in the Dolores or Mancos River drainages on the flannelmouth sucker may be moderately adverse (due to its more tenuous situation). The exact details for these projects are presently unknown; therefore, the impacts continue to be speculative. Depending upon the location of the action, the impacts related to mining or mining reclamation, which may be nearly identical under all of the alternatives, on Colorado River cutthroat trout may vary from no impact to adverse impacts to specific individuals. Overall, however, they would be minor for planning area populations.

***MIS/Common Cold-Water Fish*** - For both future lease areas (the San Juan Sag area and the USFS portion of Paradox Basin), Alternative A would result in the greatest risk of adverse impacts related to oil and gas exploration and development on brook, brown, cutthroat, and rainbow trout. This is because Alternative A would contain the most acreage under standard lease terms. However, adequate protection of fishery habitat quality would still be required. Generally, under all of the alternatives, the impacts related to oil and gas exploration and development could vary from minor to moderate. The impacts would be mainly due to water depletions, reduced stream-flows (i.e., reduced fishery habitat available for use), and sediment production (i.e., degraded fishery habitat). The greatest impacts to these coldwater trout would occur immediately downstream from these projects. Under all of the alternatives, due to their widespread distribution and abundance, the viability of these trout would not be threatened. If new leases were not made available, there would be no impacts on these common coldwater trout species because no new impacts would occur from oil and gas development.

BLM_0030308

The impacts related to mining or mining reclamation on brook, brown, cutthroat, and rainbow trout are assumed to be proportional to the amount of land available for locatable minerals. Under all of the alternatives, potential adverse impacts to these trout and associated aquatic species are expected to be minor and relatively localized. Under all of the alternatives, the potential for mineral exploration and development (for uranium in particular) would be similar; therefore, all of the alternatives could result in similar adverse impacts to aquatic ecosystems. Mining reclamation could benefit some trout habitat and populations (by reducing the amount of heavy metal loading into stream systems).

**DLMP/DEIS Alternatives**: The impacts related to oil and gas leasing and development on fisheries are not expected to vary between alternatives. This is because the number of gas wells and other infrastructure and acres of disturbance are nearly identical under all of the alternatives. The impacts on threatened and endangered species, or warm-water Sensitive Species may be moderately adverse downstream of development. This would be mainly due to water depletion, reduced stream-flows, and reduced fishery habitat. There would be concerns in the Dolores and Mancos River watersheds with salinity issues, high road densities, and sensitivity to disturbance. The impacts on Colorado River cutthroat trout would vary from negligible to moderately adverse, depending upon the location of the oil and gas development. With regard to common cold-water trout (MIS species), the impacts would be minor to moderate (due to water depletions, reduced stream-flows, and sediment impacts on habitat). The greatest impacts would occur immediately downstream from these projects. The no lease alternative would essentially result in no change from existing conditions related to current oil and gas development activities, and there would be no impacts on threatened, endangered, sensitive, or management indicator fish species because no new impacts would occur from oil and gas development.

The impacts related to mining and mine reclamation are not expected to vary between the alternatives. This is because the acres of disturbance would be the same under all of the alternatives. Overall, the impacts to fisheries would vary from no impact to moderately adverse impacts (depending upon the location of the mining or mine reclamation project). With regard to threatened, endangered, and Sensitive Species, the impacts in the La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo River drainages may be minor. The impacts in the Dolores or Mancos River systems may be more adverse (due to the greater number of areas with salinity issues, high road densities, and sensitivity to disturbance). With regard to the common cold-water trout, the impacts would be minor, with localized adverse impacts. The impacts related to mining and mine reclamation would be mainly due to sediment impacts on habitat, saline run-off or heavy metal loading of streams, or altered fishery habitat.

**Impacts Related to Vegetation Management**
As described in the Water Resources section in this Chapter, the greatest impacts related to timber sales on fisheries may be from road construction or reconstruction, as well as from the subsequent sedimentation and degraded fishery habitat. The impacts from mechanical fuels reductions, rangeland treatments, and wildfire and additional timber sales on the magnitude, timing, and duration of stream-flow, and on water quality, are described in the Water Resources section. Where mechanical fuels treatments use hydro-mowers and roller choppers, mulch would also be generated on the soil surface, which would reduce overland flow and erosion. Other vegetation management (including utility corridors and ski area modifications and expansions) may result in similar impacts as those presented in the Water Resources section.

BLM_0030309

Other vegetation treatments (including prescribed burns and wildland fire use) may result in considerably less severe impacts compared to wildfire. Under these treatments the location and severity of the fire are controlled to a greater extent; therefore, more ground cover would remain and the erosion potential would be reduced. Sediment trapping buffers would generally remain around stream channels in order to reduce the amount of sediment delivered to the stream. Rarely do entire watersheds burn as a result of prescribed burns or WFU. These treatments are beneficial because they can reduce the impacts of changes in water yield and peak flows due to conditions such as drought. Furthermore, the careful and judicious use of prescribed burns may help to reduce the risk of uncontrolled wildfires -- wildfires that would otherwise burn through, and severely damage, watersheds and riparian areas, increase erosion and sedimentation, and degrade large segments of fishery habitat.

Beyond the effects of sediment from vegetation management, fisheries and aquatic species can be impacted by a reduction of streamside vegetation. A reduction in streamside vegetation can increase average annual and average daily stream temperatures by reducing shade and decreasing the recruitment of large woody debris in streams. Overhanging vegetation provides cover for fish and helps cool stream temperatures. Large woody debris recruitment is important because it dissipates erosive stream energy, regulates sediment movement downstream, provides nutrients, and creates pools important to aquatic species.

***Threatened or Endangered Species*** - Generally, in terms of impacts related to vegetation management, impacts under all of the alternatives would be similar. This is because all of the alternatives would be similar (only 1,800 acres separate Alternative D, which would propose the greatest levels of vegetative treatment, and Alternative C, which would propose the least amount of harvesting). Vegetation management would result in minor adverse impacts to the bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker in the lower San Juan and Dolores Rivers. The impacts would be mainly due to upstream sediment and stream temperature impacts on downstream fishery habitat.

***Sensitive Species*** - Under all alternatives, the impacts related to vegetation management may adversely impact specific individuals of the species. However, they would be minor for the population of the roundtail chub, flannelmouth sucker, bluehead sucker, or Colorado River cutthroat trout. This is because all of the alternatives would be similar (only 1,800 acres separate Alternative D, which proposes the greatest levels of vegetative treatment, and Alternative C, which proposes the least amount of harvesting). The impacts are driven by sediment and stream temperature influences on fishery habitat quality.

***MIS/Common Cold-Water Fish*** -  Under all of the alternatives, aquatic ecosystems would be protected. However, the residual risk of adverse consequences to these trout species would increase with higher harvesting and treatment levels. The potential for impacts to brook, brown, cutthroat, and rainbow trout would be proportional to the harvesting or treatment acres per year. Alternative D proposes more treatment acres than would any of the other alternatives; therefore, it would result in the highest risk of potential adverse impacts to aquatic species related to vegetation management. Under all of the alternatives, the impacts related to vegetation management on these trout species would vary from minor to moderate. Risk and consequence would depend upon a variety of factors, including the type of harvesting or treatment, as well as on the location of such treatments relative to stream system. Due to their widespread distribution and abundance, the viability of these fish populations would not be threatened under any of the alternatives.

***DLMP/DEIS Alternatives***: Overall, the impacts related to vegetation management of fisheries would be minor, with some localized impacts. Alternative D would result in a greater potential for impacts to fisheries and aquatic habitat because it proposes the largest amount of vegetation treatment acres than would any of the other alternatives. The impacts to fisheries would be mainly due to sediment and stream temperature influences.

BLM_0030310

**Impacts Related to Fishery, Watershed, and Riparian Area Improvement Projects**

The impacts related to fishery, watershed, and riparian area improvement projects on watershed health, stream channel function, and water quality are summarized in the Water Resources section in this Chapter. These improvement projects can result in positive outcomes for both fisheries and recreational anglers. Over the last 20 years, a variety of fish habitat improvement projects (including stream-bank stabilizations, pool forming structure placements, spawning habitat enhancement, fish barriers, and culvert replacements) have been implemented throughout the planning area. In addition, the SJPLC has assisted the CDOW in conserving and reintroducing genetically pure, wild populations of Colorado River cutthroat trout in selected streams (especially in the Hermosa Creek watershed). On occasion, and after project-level analysis and public involvement, some desired non-native fish populations have been (and are being) removed in order to favor the establishment of native fish populations (including the Colorado River cutthroat trout). In these instances, the SJPLC and the CDOW would continue to work together in order to achieve all environmental objectives. Threatened or Endangered Species - Under all of the alternatives, improvement projects would result in no impacts to the 4 endangered trout species downstream of the planning area. This is because there would be no water depletion and no suitable habitat directly impacted.

*Sensitive Species* -  Similar to threatened or endangered species, and in relation to all of the alternatives, improvement projects would result in no impacts to the 3 warm-water species (roundtail chub, flannelmouth sucker, and bluehead sucker) found in the Dolores, Mancos, La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers. These species would have no directly affected suitable habitat, nor would there be any water depletions. Under all of the alternatives, due to the locations of specific streams with conservation populations, and to reintroduction efforts, these improvement projects would result in no impacts, or result in beneficial impacts, to Colorado River cutthroat trout.

*MIS/Common Coldwater Fish* - All of the alternatives would propose annual fishery, watershed, and riparian improvement projects (including fish habitat improvement, erosion control, stream restoration, riparian/lake/ fen treatments, or road decommissioning). Alternative C proposes the greatest number of total treatments per year; therefore, it would result in the greatest overall benefit to brook, brown, cutthroat, and rainbow trout. Occasionally, where a reintroduction project for a Sensitive Species occurs, these common coldwater trout species may be removed from certain drainages. Under all of the alternatives, due to their widespread distribution and abundance, the viability of these fish populations would not be threatened.

*DLMP/DEIS Alternatives*: Under all of the alternatives, with regard to threatened and endangered species, or to warm-water Sensitive Species, improvement projects would result in no impacts. This is because there would be no water depletion and no suitable habitat would be directly impacted. With regard to Colorado River cutthroat trout and MIS/common cold-water trout, Alternative C would result in the greatest benefits related to improvement projects, followed by Alternatives D, B, and A (due to the amount of stream miles or acres impacted or structures proposed).

BLM_0030311

## CUMULATIVE IMPACTS

Actions taken to implement any of the alternatives, along with past, present, and foreseeable future activities undertaken within the planning area (or other nearby jurisdictions, including local, State, Native American tribal, and other Federal; as well as private) could result cumulative impacts. The cumulative impacts analysis covers the implementation time-frame of the approved LMP (10 to 15 years) and includes lands (within or downstream of the planning area) contained in all 5th level, hydrologic unit code boundaries. (An example would be watersheds roughly the size of Hermosa Creek or Piedra River watersheds.) A synopsis of key cumulative impacts on water quantity, water quality, and water-dependent ecosystems is provided in the Water Resources section of this Chapter, and is not repeated here.

### Threatened or Endangered Species

As a result of past local and regional cumulative impacts, the bonytail chub, Colorado pikeminnow, humpback chub, and razorback sucker found in the San Juan and Dolores Rivers downstream of the planning area are federally listed as endangered species. Under all of the alternatives, the primary adverse cumulative impacts on these species would occur as the result of activities that lead to further water depletions and reduced stream-flows, as well as to subsequent reduced or eliminated fishery habitat, increased stream temperatures, and reduced dissolved oxygen levels. These activities would be mainly related to water use and development projects, or to oil and gas development from current and projected new leases on or off the planning area. Due to heightened concerns about sediment and salinity inputs and subsequent downstream impacts to fishery habitat quality, ground-disturbing activities (including new road construction and mining) in the Dolores River watershed may also adversely impact these endangered species. Since the exact details for these projects and activities are presently unknown, the impacts continue to be speculative. Consultation with the USFWS is frequently required for many project-level activities within the planning area, and would always be required for projects and activities with proposed water depletions.

### Sensitive Species

As the result of past local and regional cumulative impacts, the roundtail chub, flannelmouth sucker, and bluehead sucker are USFS and BLM Sensitive Species. Under all of the alternatives, the primary adverse cumulative impacts on the 3 warm-water species (roundtail chub, flannelmouth sucker, and bluehead sucker) found in the Dolores, Mancos, La Plata, Animas, Florida, Los Pinos, Piedra, San Juan, and Navajo Rivers may occur as the result of activities that lead to additional water depletions and reduced stream-flows (i.e., reduced or eliminated fishery habitat that is available for use). These activities would be mainly related to water use and development projects, or to oil and gas development from current and projected new leases on or off the planning area. Due to heightened concerns about sediment and salinity inputs and downstream impacts on fishery habitat quality, ground-disturbing activities (including new road construction and mining) in the Dolores or Mancos River watersheds may also adversely impact the flannelmouth sucker. The flannelmouth sucker appears to be more at risk than the roundtail chub or bluehead sucker under all of the alternatives; therefore, activities on or off the planning area could contribute to adverse impacts. However, since the exact details for these projects and activities in the Dolores or Mancos River watersheds are presently unknown, the impacts continue to be speculative.

BLM_0030312

As the result of past local and regional cumulative impacts, the Colorado River cutthroat trout is a USFS and BLM Sensitive Species. Like the other sensitive species, the primary adverse cumulative impacts, under all of the alternatives, would occur as a result of activities that lead to further water depletions and reduced stream-flows (i.e., reduced or eliminated fishery habitat for use). Depending upon the location of ground-disturbing activities, the cumulative impacts of sedimentation may range from minor to moderately adverse for certain stretches of stream habitat and individual fish. In order to help avoid Federal listing, the SJPLC will focus the majority of its fishery habitat improvement efforts toward the recovery of the Colorado River cutthroat trout.

**Management Indicator Species/Common Coldwater Fish**

The cumulative impacts related to land management activities resulting in water depletions, stream-flow reductions, fishery habitat elimination, water temperature increases, sedimentation additions, or fishery habitat degradation in relation to brook, brown, cutthroat, and rainbow trout would be confined to specific stretches of stream habitat and/or localized populations. Due to their widespread distribution and abundance, their viability would not be threatened under any of the alternatives. Therefore, no alternative is expected to result in substantial cumulative impacts to any common cold-water trout species.

BLM_0030313

## INTRODUCTION

Within the planning area, riparian areas and wetland ecosystems occur at all elevations. They occur on valley floors, and in other low-lying landscape positions, and are primarily associated with perennial streams. Although small in area, they represent a very important ecological component of the planning area. There are approximately 95,900 acres of riparian areas and wetlands ecosystems throughout the planning area (which is approximately 2.5% of the total acreage of SJPL).

Riparian areas and wetland ecosystems are defined together in this section, as the interface between the riverine aquatic ecosystem and the upland terrestrial ecosystem (where the water table is usually at, or near, the land surface (Gregory et al. 1991; Risser 1990; Knopf et al. 1988; Brinson et al. 1981; Cowardin et al. 1979). They are frequently flooded, or at least seasonally saturated by a fluctuating water table, and have plant species, soils, and topography that differ considerably from those of the adjacent uplands (Elmore and Beschta 1987; Jones 1990).

In relation to the historical range of variation (HRV), there is little information pertaining to the condition of riparian areas and wetland ecosystems within the planning area during the reference period. More than likely, most evergreen forests, perennial forbs, and perennial graminoids types looked much like they do today, especially since these types probably have been the least affected (impacted) by human impacts. The deciduous forest, mixed-evergreen deciduous forest, and deciduous shrubland types, which have probably been the most affected by human impacts, generally displayed more trees and shrubs during the reference period than they do today.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- ***The National Forest Management Act of 1976***: This act states that forest plans must "provide for the diversity of plant and animal communities."

- ***The National Environmental Policy Act of 1969***: This act promotes efforts designed to prevent or eliminate damage to the environment and biosphere, and enrich the understanding of the ecological systems and natural resources important to the nation.

### EXECUTIVE ORDERS

- ***Executive Order 11990***: This EO requires Federal agencies to provide leadership; to take action to minimize the destruction, loss, or degradation of wetlands; and to preserve and enhance the natural and beneficial values of wetlands.

BLM_0030314

## AFFECTED ENVIRONMENT

### EXISTING CONDITIONS AND TRENDS

The variability of riparian areas and wetland ecosystems within the planning area at the subclass level (which is based on the predominant leaf phenology of the life-form in the upper canopy layer) includes evergreen riparian forests, deciduous riparian forests, mixed-evergreen deciduous riparian forests, deciduous riparian shrublands, perennial forbs, and perennial graminoids (Redders 2003).

Human impacts to riparian areas and wetland ecosystems that have occurred within the planning area since the reference period include urbanization, agriculture, logging, livestock grazing, mining, and recreation; road, dam, and diversion construction; and the introduction of non-native species (Blair et al. 1996, Dick-Peddie 1993). These impacts have reduced native hydrophytic species (most notably cottonwood and willows), increased invasive species, changed dominant life-forms from trees and shrubs to herbs, reduced water flow, and lowered water tables. The deciduous forest and mixed-evergreen deciduous forest types have probably been the most affected by human impacts (because they occur in places that offer relatively easy access).

During the last 25 years, there have been fewer adverse impacts to riparian areas and wetland ecosystems within the planning area. This is because most management activities have avoided these areas. Improved livestock grazing management has resulted in the improvement in the ecological condition of some riparian areas and wetland ecosystems that were adversely impacted as the result of historic livestock grazing (as evidenced by the increase of willows along many streams). The impacts related to cattle grazing may continue to be a concern in relation to riparian areas and wetland ecosystems within the planning area. This is because cattle have ready (easy) access, and tend to spend a disproportionate amount of their time in this vegetation type. Some fens found within the planning area have been adversely impacted by management activities, especially road construction, road maintenance, and off-road vehicles.

The exotic shrub tamarisk has invaded much of the Dolores River Canyon and its lower tributaries, as well as other areas within the planning area. Tamarisk out-competes native cottonwoods and willows, limiting the regeneration success of those native species (Finch et al. 1995).

Proper Function Condition (PFC) analysis (BLM TR1737-15, 1998) of riparian areas and wetland ecosystems within the planning area have determined that 61% of the BLM-administered lands are in proper function condition; 31% of the BLM-administered lands are in a functional-at-risk (FAR) condition; and 8% of the BLM-administered lands are in a non-functional (NF) condition.

BLM_0030315

## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

The impacts described below may occur in the future if, and when, specific projects are identified and implemented. In relation to expected impacts, it is assumed that the direction and design criteria described in the overall DLMP/DEIS, as well as the stipulations for oil and gas activity, would be followed and implemented. Under all of the alternatives, design criteria would be applied at the project level in order to protect resources. Management activities with the greatest potential to impact riparian areas and wetland ecosystems within the planning area may include oil and gas development, livestock grazing, timber harvesting, and recreation development. Potential impacts to riparian areas and wetland ecosystem (as described below), are expected to be minor and mostly short-term. This is due to the fact that riparian areas and wetland ecosystems would be avoided in most cases, and because the design criteria described in the DLMP/DEIS would be implemented.

### Impacts Related to Timber Harvesting

#### *Effects from Timber Harvest*
Timber harvest activities have the potential to effect riparian areas and wetlands on the SJPL through habitat modification, by mortality of individual plants, and by soil disturbance. Since project design and design criteria that avoid or minimize effects to riparian areas and wetlands within a timber sale project area will be implemented, there will be no effects or negligible effects on riparian areas and wetlands.

The impacts related to timber harvesting may be negligible. This is due to the fact that these areas, as well as the upland areas adjacent to them, would be avoided during project design and implementation.

***DLMP/DEIS Alternatives***: Impacts described above could occur to all the alternatives. Alternative A proposes the most acres for timber harvest and therefore has the highest potential to adversely affect riparian areas and wetlands, as described above, compared to the other alternatives. Alternative D has the next highest potential to adversely affect riparian areas and wetlands, followed by alternative B. Alternative C has the least potential to have adverse impacts to riparian areas and wetlands from timber harvest activities, as described above, since it proposes the least acres for timber harvest.

**Impacts Related to Livestock Grazing**

Compared to adjacent upland areas, cattle, given the opportunity, will spend a disproportionate amount of time in riparian areas and wetland ecosystems. (Clary and Webster 1989). Potential impacts related to livestock grazing may include grazing, overgrazing, and trampling of soils and plants. The significance of these impacts would depend upon the timing, duration, and intensity of grazing. Livestock will graze (consume the leaves and shoots of plants), and sometimes overgraze (continued heavy grazing that exceeds the recovery capacity of the community), forage plants. This can decrease the photosynthetic abilities of the plants by decreasing the leaf areas necessary for performing this function (Heitschmidt and Stuth 1993, Caldwell et al. 1981). A reduction in photosynthesis decreases the vigor and root reserves of these plants, and decreases their chances for survival by decreasing their ability to reproduce, compete, and withstand drought, disease, fire, insect impacts, and grazing. A decrease in the abundance, distribution, and vigor of plant species resulting from livestock grazing may, in turn, decrease the amount of ground-cover (vegetation and litter) and soil organic matter, and increase the amount of bare soil. This, in turn, may lead to soil compaction, run-off, and erosion. Ground disturbance may also result in conditions conducive to the establishment of invasive plant species that can compete with native species, and may lead to a reduction in the abundance and distribution of native species. The reduction or elimination of woody riparian species (cottonwoods and willows) by livestock is particularly detrimental. This is due to the fact that such species stabilize banks and hold systems together (Glinski 1977, Carothers 1977, Kauffman et al. 1983, Kauffman and Krueger 1984), as well as the fact that the reduction of such species creates opportunities for invasive species (Russian olive and tamarisk) to become established and to out-compete native cottonwoods and willows (Finch et al. 1995).

Impacts to riparian areas and wetland ecosystems related to livestock grazing may also include channel degradation and widening, bank sloughing (leading to erosion and stream sedimentation), high coliform bacteria counts, and higher stream temperatures (Platts and Raleigh 1984).

Within the planning area, livestock grazing practices would continue to be designed in order to protect the ecological integrity of the ecosystems that are impacted by these practices. Adverse impacts are more likely to result if the timing, intensity, and duration of livestock grazing are not appropriate or sustainable. Impacts to riparian areas and wetland ecosystems related to livestock grazing are expected to be minor, if the direction and design criteria (as described in the DLMP/DEIS and in the allotment management plans) are adhered to.

***DLMP/DEIS Alternatives***: The impacts related to livestock grazing may occur under all of the alternatives. Since Alternative D would propose the most suitable acres for livestock grazing; therefore, it may have the greatest potential to result in impacts to riparian areas and wetlands ecosystems (as described above), when compared to the other alternatives. Alternative A may have the next highest potential to impact riparian areas and wetland ecosystems, in relation to livestock grazing, because it would propose the second largest amount of suitable acres (followed by Alternative B). Alternative C may have the least potential to impact riparian areas and wetland ecosystems, in relation to livestock grazing, because it would propose the least amount of suitable acres.

BLM_0030317

**Impacts Related to Oil and Gas Development**

Oil and gas development activities are expected to impact riparian areas and wetland ecosystems within the planning area (due to resulting habitat modification, mortality of individual plants, and soil disturbances). Project design, design criteria, and stipulations for protecting these resources that avoid or minimize impacts to riparian areas and wetland ecosystems within oil and gas development project areas would be implemented; therefore, there may be no impacts, or negligible impacts, to these areas. The no lease alternative would essentially result in no change from existing conditions related to current oil and gas development activities, and would have the lowest level of potential impacts to riparian areas and wetland ecosystems.

*DLMP/DEIS Alternatives*: The impacts described above may occur under all of the alternatives. Alternative A would propose the greatest amount of "standard lease" acres and the least NSO acres; therefore, this alternative may result in the greatest amount of impacts to riparian areas and wetland ecosystems, when compared to the other alternatives. Alternative D may result in the next greatest amount of impacts to riparian areas and wetland ecosystems. Alternatives B and C may result in the least amount of impacts to riparian areas and wetland ecosystems, in relation to oil and gas development, because they would propose the least amount of "standard lease" acres. The No Leasing Scenario would have no ground-disturbing impacts, so it would have no adverse direct or indirect impacts to riparian area and wetland ecosystems.

**Impacts Related to Fire**

The vegetation of riparian areas and wetland ecosystems is generally high in moisture content; therefore, it is relatively resistant to burning. However, high intensity fire, especially during relatively dry environmental conditions, can consume hydrophytic woody and herbaceous plants. Many of these species, including cottonwood and willows, would re-sprout following fire.

*DLMP/DEIS Alternatives*: The impacts described above may occur under all of the alternatives. The impacts may be similar for all of the alternatives because the number of acres proposed for treatment would be similar under all of the alternatives.

**Impacts Related to Recreation**

Recreational uses that are impacting riparian area and wetland ecosystems may include off-road motor vehicles, camping, hiking, mountain biking, and horseback riding. These uses would disturb the ground surface, and may result in the mortality of native plants and destroy their habitat. This may not, however, impact their associated vegetation type. These impacts may be minor because these recreation activities occur on only a small percentage of the planning area.

*DLMP/DEIS Alternatives*: The impacts described may occur under all of the alternatives. This is because the number of acres that would be proposed for treatment would be similar under all of the alternatives.

BLM_0030318

## CUMULATIVE IMPACTS

Riparian areas and wetland ecosystems within the planning area were settled on, and developed for, townsites, agriculture uses, and road construction. This resulted in vast acres of riparian areas and wetland ecosystems being cleared of vegetation and modified beyond recognition (Blair et al. 1996).

Within the planning area, the construction of dams, reservoirs, and diversions (including Vallecito, Lemon, Williams, and Electra) not only cleared the vegetation and modified the topography, but also decreased and regulated water flow, blocked movements of aquatic organisms, and changed the natural geomorphic stream processes of channel formation and erosion/deposition. The associated drop in water tables, as well as the lack of flooding, has resulted in significant changes to the abundance, distribution, and reproductive mechanisms (germination and seedling survival) of native riparian area plant species, especially willows and cottonwoods (Rood and Mahoney 1993, Glinski 1977, Brady et al. 1985).

The impacts related to livestock grazing on riparian areas and wetland ecosystems are well documented in the literature (Gifford 1981, Knopf and Cannon 1982, Kauffman and Krueger 1984, Platts and Raleigh 1984, Skovlin 1984, Clary and Webster 1989, Clary and Medin 1990, Schulz and Leininger 1990, Kovalchik and Elmore 1992). Platts summarized this body of information as follows, "It is clear from the literature that improper livestock grazing can affect the riparian-stream habitat by eliminating riparian vegetation, widening stream channels, causing channel aggradation through increased sediment transport, changing stream bank morphology, and lowering surrounding water tables." The reduction or elimination of woody riparian species by livestock is especially detrimental to riparian areas and wetland ecosystems that are dependant upon those species to stabilize banks and hold those systems together. Extensive cattle and sheep livestock grazing, as well as the associated adverse impacts, began within the planning area in the 1870s, when Euro-American settlers arrived in increasing numbers (Savage 1991). Heavy grazing continued into the Twentieth Century, with much of this unregulated grazing occurring in forests and meadows in the national forests (DuBois 1903).

Historic timber harvesting has impacted riparian areas and wetland ecosystems throughout the planning area. These impacts are primarily the result of new roads being built and maintained for logging activities. Roads are the dominant cause of soil erosion and stream sediment in forest environments (Swank and Crossley 1988, Reid 1981). Logging, and the associated road building, have taken place extensively throughout the planning areas, as well as on adjacent private lands.

The reduction or elimination of native riparian areas and wetland ecosystem plant species within the planning area resulting from the human impacts described above, has allowed exotic species (including Russian olive and salt cedar/tamarisk) to become established and highly competitive in these ecosystems. Salt cedar and Russian olive can out-compete native cottonwoods and willows, which, in turn, can limit the regeneration success of these native woody plants (Finch et al. 1995).

BLM_0030319

Foreseeable future impacts to riparian areas and wetland ecosystems resulting from management activities conducted within the planning area are expected to be minor. This is due to the fact that riparian areas and wetland ecosystems would be avoided in most cases, as well as to the fact that project design and design criteria would be implemented. Foreseeable future timber harvesting would occur over the next 20 years; however, their impacts to riparian areas and wetland ecosystems may be minor. This is because riparian areas and wetland ecosystems would be avoided, and because new road construction related to timber harvesting would be minimal. Livestock grazing would continue into the foreseeable future throughout the planning area; therefore, additional adverse impacts to riparian areas and wetland ecosystems may occur.

The attainment of desired conditions, as well as the implementation of design criteria (as described in the DLMP/DEIS) may help to minimize impacts related to management activities conducted within the planning area.

BLM_0030320

## INTRODUCTION

Ecosystems are defined as areas with living organisms interacting with each other and with their physical environment. They are dynamic entities shaped by natural processes and disturbance agents (including succession, fire, insects, and floods). Ecosystems occur at various scales, with smaller systems nested within larger ones. Ecosystem diversity is defined as the variety of ecosystem types, which includes their composition, structure, and processes).

Ecosystem sustainability is defined as saving all of the ecological pieces, managing them within the physical and biological capabilities of the land, and not irreversibly affecting (impacting) an ecosystem's resilience, resistance to change, or ability to meet the needs of future generations. In order to accomplish this goal, ecosystem diversity in the form of terrestrial ecosystems, aquatic ecosystems, and riparian areas and wetland ecosystems is used in the planning process as the primary method of emphasizing the ecological conditions necessary in order to support sustainable ecosystems of native plant and animal species.

Most of the analysis in this DLMP/DEIS occurs at the subregion scale, using the planning area (the SJPL) as the associated analysis unit. Major vegetation types are the primary landscape-scale ecosystems used to analyze historical, current, and foreseeable future ecological conditions within the planning area. (Additional information about the SJPL, relative to the ecoregion scale, can be found in the Ecological Units section; the landscape-scale (land-type association ecological units) can be found in the Analysis of the Management Situation (AMS) document.)

The historic range of variability (HRV) is used as an important concept for management throughout the planning area.  HRV describes the range of ecological conditions (including vegetation structure and natural disturbance regimes) that occurred within the planning area during the reference period. The reference period includes the period of indigenous settlement from approximately A.D. 500 to the late 1800s, when broad-scale climatic conditions were similar to those of today, but when Euro-American settlers had not yet introduced the sweeping ecological changes (including timber harvesting, livestock grazing, fire suppression, water diversions, dams, and roads) that have greatly altered many Rocky Mountain landscapes. HRV information allows a comparison of whether or not current ecological conditions within the planning area are similar, or dissimilar, to the HRV conditions that occurred within the planning area in the past. The intent is not to manage the planning area according to HRV conditions. The intent is to use HRV conditions as a context in order to help formulate attainable and sustainable desired conditions that meet a variety of management needs.

Within the context of ecosystem management, plant species are evaluated, and provided for. By protecting the composition, structure, and function of the major vegetation types within the planning area, the assumption is that a variety of species representing a majority of the native flora and fauna found within those ecosystems would be sustained. A species-approach, focused on the specific needs of individual species, would be implemented for those plant species that are rare or endemic, at risk of decline, or are not adequately covered by the ecosystem management approach. These species include federally listed species, Candidate species, R2 Regional Forester's Sensitive Species, BLM Sensitive Species, BLM Special-Status Species, and SJPLC Highlight Species.

BLM_0030321

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- **The National Forest Management Act of 1976**: This act states that forest plans must "provide for the diversity of plant and animal communities."

- **The National Environmental Policy Act of 1969**: This act promotes efforts that would prevent or eliminate damage to the environment and biosphere, and enrich the understanding of the ecological systems and natural resources important to the nation.

- **The Endangered Species Act (ESA) of 1973**: This act authorizes the determination and listing of species as endangered and threatened. Section 7 of the ESA requires Federal agencies to ensure that any action authorized, funded, or carried out by them is not likely to jeopardize the continued existence of listed species or modify their critical habitat.

### REGULATIONS AND POLICIES

- **FSM Manual 2670.22**: This manual directs the USFS to develop and implement management practices to ensure that sensitive species do not become threatened or endangered due to USFS actions.

- **BLM Manual 6840**: This manual directs the BLM to seek opportunities to conserve and improve special-status species and habitats for native animals and wildlife in the development of land use plans.

## AFFECTED ENVIRONMENT

### EXISTING CONDITIONS AND TRENDS

Terrestrial Ecosystems are defined as ecosystems that occur in relatively dry, upland landscape positions. Major vegetation types are used to describe the terrestrial ecosystem diversity within the planning area (described below), and include information on their current condition, trends, and HRV (See Figure 3.6.1).

Development stages of the major vegetation types are used to further describe ecosystem diversity within the planning area. They are extensions of the Wildlife Structural Stages (WSS) found in the SJPL R2VEG database. In addition to tree size and crown cover, development stages include other structural and compositional components important to ecosystems and native biota. The young development stage generally correlates with WSS 2 (Seedling-Sapling); the mid-development stage generally correlates with WSS 3 (Sapling-Pole); and the mature development stage generally correlates with WSS 4 (Mature). The old-growth development stage was developed from attributes identified by Mehl (1992).

HRV information associated with fire, insects and disease, and vegetation seral stages comes from the RMLANDS report "Historic Range of Variability in Landscape Structure, and Wildlife Habitat of the SJNF" (McGarigal and Romme 2005), and from the Landscape Condition Analysis for the South Central Highlands Section, southwestern Colorado and northwestern New Mexico (Romme et al. 2006). RMLANDS (the landscape model that simulates changes in vegetation over time under the historic reference period disturbance regimes) attempts to gain a quantitative understanding of HRV within the planning area. It compliments the Landscape Condition Analysis (Romme et al. 2006). RMLANDS results and conclusions are based on a simulation model. This model, like any model, is an abstract and simplified representation of reality.

## TERRESTRIAL ECOSYSTEM DESCRIPTIONS

### Spruce-Fir Forest Type

The spruce-fir forest type is dominated by Engelmann spruce and subalpine fir trees. This forest type occurs throughout SJPL on mountain and mesa landscapes in the subalpine climatic zone at elevations ranging from about 9,000 to 11,800 feet. There are about 519,000 acres of this type within SJPL, which is about 14 percent of the total acreage.

Some spruce-fir forests succeeded from aspen-dominated forests that were established following stand-replacing fires. Others formed through the establishment of Engelmann spruce and subalpine-fir trees that initially colonized sites following disturbance events. Some may have succeeded from cool-moist mixed-conifer forests.

***Spruce-Fir HRV***: During the reference period, the fire-return interval for stand-replacement fire in the spruce-fir forest type in the planning area was longer than 200 years (Romme et al. 2006). The frequency of RMLANDS-simulated wildfires in the spruce-fir forest type during the reference period displayed a mean return interval range of 266 to 329 years. Late-lying snowpacks and frequent summer rains kept fuels too wet to burn throughout most of the growing season. During the long intervals between fires, the disturbance regime of individual spruce-fir stands was dominated by chronic fine-scale processes involving insects, fungi, and wind that killed individual trees or small groups of trees (Veblen et al. 1989; Lertzman and Krebs 1991; Veblen et al. 1991b; Roovers and Rebertus 1993). In the rare dry years when weather and fuel conditions were suitable for extensive burning, large portions of spruce-fir forests were burned during severe stand-replacing events. Given the long fire-return intervals that naturally characterize these forests, the current fire-disturbance regime of the spruce-fir forest type is within the HRV for fire-return intervals.

BLM_0030323

**Figure 3.6.1 – Major Vegetation Types**



Currently, most of the spruce-fir forest type within the planning area is in the mature and old-growth development stages. This correlates well with the RMLANDS simulations that suggest that the planning area contains fewer early-seral spruce-fir forests than that which existed under the simulated HRV. RMLANDS simulations suggest that the HRV seral stage distribution for the spruce-fir forest type fluctuated markedly over time, and may be characterized as a shifting mosaic of successional stages.

**Table 3.6.1 - Current Acreage of the Spruce-Fir Forest Type by Development Stage**

| DEVELOPMENT STAGE | ACRES | PERCENTAGE (%) OF TOTAL |
|---|---|---|
| Young | 8,230 | 1.5 |
| Mid | 32,848 | 6.5 |
| Mature | 360,804 | 70 |
| Old-Growth | 117,343 | 22 |

Within the next 50 years, natural succession will convert some lands currently classified as the aspen-conifer forest type to the spruce-fir forest type. This process, however, would be gradual and may not substantially change the number of acres of these forest types within that time. Barring large-scale disturbance, succession within the next 50 years may also impact the development stages of the spruce-fir forest type, moving more lands into the mature and old-growth stages. Wildland fire may reduce the acreage of the spruce-fir forest type, if large fires burn across the higher-elevation landscapes within the planning area (with the result that many of these lands would then convert to aspen forests following stand-replacement fire).

**Aspen-Conifer Forest Type**
The aspen-conifer forest type is dominated by aspen trees. Conifer trees are common, displaying greater than or equal to 20% canopy cover. This type occurs throughout the planning area on mountain and mesa landscapes at elevations ranging from approximately 8,000 to 11,200 feet. They are associated with the subalpine and montane climate zones. There are approximately 236,700 acres of this type within the planning area (which is approximately 6.3% of the total acreage).

***Aspen-Conifer HRV***: Fire was the most important agent of disturbance in the aspen-conifer and aspen forest types (hereafter referred to as aspen forests) during the reference period (Romme et al. 2006). The fire-return interval for all fires in planning area aspen forests during the reference period was approximately 140 years (Romme et al. 2006). The frequency of RMLANDS-simulated wildfires in the aspen forests during the reference period displayed a mean return interval of 110 years. The aspen forests within the planning area have relatively long fire-return intervals; therefore, the current fire-disturbance regime of planning area aspen forests is within the HRV for fire-return intervals.

Currently, most of the aspen forests within the planning area are in the mature development stage. RMLANDS indicated that, currently, the planning area contains more late-seral aspen forests and fewer early-seral aspen forests than that which existed under the simulated HRV. The HRV seral stage distribution for the aspen forests has fluctuated markedly over time, and could be characterized as a shifting mosaic of successional stages.

BLM_0030325

**Table 3.6.2 – Current Acreage of Aspen Forests by Development Stage**

| DEVELOPMENT STAGE | ACRES | PERCENTAGE (%) OF TOTAL |
|---|---|---|
| Young | 1,780 | 1 |
| Mid | 102,233 | 31 |
| Mature | 224,170 | 68 |

The broad-scale geographic and elevational distributions, as well as the floristic composition of aspen forests during the reference period were probably similar to what is seen today (Romme et al. 2006). There undoubtedly has been a decrease in aspen abundance within the planning area during the latter half of the Twentieth Century as the result of fire exclusion and succession. This has allowed some aspen forests to succeed to conifer forests, however, the decrease has been minimal and has occurred gradually. Compared to the reference period, the proportion of older aspen stands has increased and the proportion of younger aspen stands has decreased due to the low fire frequency and to the relatively low levels of logging. Currently, the young aspen forests occurring as the result of timber harvesting lack the abundant snags and fallen logs that were common in the young aspen stands of the reference period following fire.

Within the next 50 years, natural succession will convert some lands currently classified as the aspen-conifer forest type to the spruce-fir and cool-moist mixed-conifer forest types. This process, however, would occur gradually. Thus, the aspen forests may not disappear from the landscapes in which they occur, at least not during this planning period, or for many future decades. Barring large-scale disturbance, succession within the next 50 years may also impact the development stages of the aspen forests, moving more lands into the mature stage. Future clear-cut harvests and wildfire in aspen forests may maintain some aspen forests, change some older aspen forests to younger aspen forests, and change some of the aspen-conifer forest type to the aspen type.

### Aspen Forest Type
The aspen forest type within the planning area is dominated by aspen trees. Conifer trees are absent or are displayed as very minor components. This forest type occurs throughout the planning area on mountain and mesa landscapes at elevations ranging from about 8,000 to 11,200 feet. They are associated with the subalpine and montane climate zones. There are approximately 1,500 acres of this type within the planning area (which is approximately 2.4% of the total acreage).

*Aspen HRV*: Current conditions and trends associated with aspen forests are discussed above, under the aspen-conifer forest type.

### Cool-Moist Mixed-Conifer Forest Type
Within the planning area, the cool-moist mixed-conifer forest type is dominated by white-fir and Douglas-fir trees. This forest type occurs on mountain and mesa landscapes at elevations ranging from approximately 8,500 to 10,000 feet. They are associated with the montane and subalpine climate zones. There are approximately 215,500 acres of this type within the planning area (which is approximately 5.7% of the total acreage).

Some cool-moist mixed-conifer forests succeeded from aspen-dominated forests that were established following stand-replacing fires. Others formed when white-fir and Douglas-fir trees initially colonized a site following a disturbance event. Some may have succeeded from the warm-dry mixed-conifer type, where the less shade-tolerant ponderosa pine component decreased as the more shade-tolerant Douglas-fir and white-fir components increased in abundance. The selective harvesting of ponderosa pine trees from warm-dry mixed-conifer stands resulted in some cool-moist mixed-conifer forests.

BLM_0030326

**Cool-Moist Mixed Conifer HRV**: Stand-replacement fire was the most important type of disturbance in cool-moist mixed-conifer forests during the reference period (Baker and Veblen 1990; Veblen et al. 1994; Romme et al. 2006). The frequency of RMLANDS-simulated wildfires in the cool-moist, mixed-conifer forest type during the reference period displayed a mean return interval range of 144 years. Late-lying snowpacks and frequent summer rains kept fuels moist throughout most of the fire season in most years; therefore, cool-moist mixed-conifer stands persisted for many decades, or even centuries, without fire. When fires finally did occur during prolonged dry periods, a high-intensity, stand-replacing event occurred. Given the long fire-return intervals that naturally characterize these forests, the current fire disturbance regime of the cool-moist mixed-conifer forest type is within the HRV for fire-return intervals.

Cool-moist mixed-conifer forests are subject to three different insect disturbance processes: the Douglas-fir beetle, the spruce beetle, and the spruce budworm. The frequency of RMLANDS-simulated epidemics in these forests during the reference period displayed a mean return interval of 381 years for spruce beetle, 90 years for spruce budworm, and greater than 800 years for Douglas-fir beetle.

Currently, most of the cool-moist mixed-conifer forest type is in the mature and old-growth development stages. This correlates well with the RMLANDS determination that the planning area contains more late-seral cool-moist mixed-conifer forests and fewer early-seral cool-moist mixed-conifer forests than that which existed under the simulated HRV. RMLANDS simulations suggest that the HRV seral stage distribution for this forest type fluctuated markedly over time and may be characterized as a shifting mosaic of successional stages.

**Table 3.6.3 – Current Acreage of the Cool-Moist Mixed-Conifer Forest Type by Development Stage**

| DEVELOPMENT STAGE | ACRES | PERCENTAGE (%) OF TOTAL |
|---|---|---|
| Young | 151 | 0.5 |
| Mid | 21,172 | 10 |
| Mature | 170,092 | 79 |
| Old-Growth | 24,122 | 11 |

Within the next 50 years, natural succession will convert some lands currently classified as the aspen-conifer forest type to the cool-moist mixed-conifer forest type. This process, however, would be gradual and may not substantially change the acreage of those types within the 50 years. Barring large-scale disturbance, succession within the next 50 years may also impact the structural stages of the cool-moist mixed-conifer forest type, moving more lands into the mature and old-growth stages. Wildland fire may reduce the acreage of the cool-moist mixed-conifer forest type, if large fires burn across he higher-elevation landscapes within the planning area (as many of these lands would then convert to aspen forests following stand-replacement fire).

### Warm-Dry Mixed-Conifer Forest Type
Within the planning area, the warm-dry mixed-conifer forest type is dominated by ponderosa pine, white-fir, and Douglas-fir trees. This forest type occurs on mountain and mesa landscapes in the montane climate zone at elevations ranging from approximately 7,500 to 9,000 feet. They occur on warmer and drier sites, usually at lower elevations, when compared with the cool-moist mixed-conifer type. There are approximately 93,600 acres of this type within the planning area (which is approximately 2.5% of the total acreage).

BLM_0030327

Some warm-dry mixed-conifer forests succeeded from the Gambel oak-dominated shrublands that were established following stand-replacing fires. Some formed when white-fir, Douglas-fir, or ponderosa pine trees initially colonized a site following a disturbance event. Others may have succeeded from the ponderosa pine type due to succession and fire suppression, which, in turn, may have increased the abundance of white-fir and Douglas-fir.

**Warm-Dry Mixed-Conifer HRV**: Fire and insect outbreaks were the two most important kinds of disturbances in warm-dry mixed-conifer forests during the reference period (Romme et al. 2006). When all fires are considered, the median fire interval for the warm-dry mixed-conifer forest type during the reference period ranged from 18 to 28 years (Grissino-Mayer et al. 2004). The frequency of RMLANDS-simulated wildfires in warm-dry mixed-conifer forests during the reference period displayed a mean return interval of 57 years.

During the reference period, most of the warm-dry mixed-conifer forests within the planning area appear to have been composed of relatively open stands dominated by large ponderosa pine, Douglas-fir, and white-fir trees. This kind of stand structure occurred, in part, as the result of recurrent fires of relatively low to moderate intensity. These fires apparently killed few of the mature trees (thanks to their thick bark), but probably killed most of the small understory trees and some shrubs. Occasionally, under conditions of severe and prolonged dry weather, the warm-dry mixed-conifer stands were subjected to intense crown fires that killed even the mature trees (Fule et al. 2003; Romme et al. 2006).

Warm-dry mixed-conifer forests were subject to three different insect disturbance processes during the reference period: the pine beetle, the Douglas-fir beetle, and the spruce budworm. The frequency of RMLANDS-simulated epidemics in warm-dry mixed-conifer forests during the reference period displayed a mean return interval of 133 years for spruce budworm, 695 years for Douglas-fir beetle, and 410 years for pine beetle. Currently, most of the warm-dry mixed-conifer forest type within the planning area is in the mature development stage. RMLANDS simulations suggest that the planning area contains more late-seral warm-dry mixed-conifer forests and less old-growth warm-dry mixed-conifer forests than that which were observed under the simulated HRV. The RMLANDS simulations also indicated that the HRV seral stage distribution for the warm-dry mixed-conifer forest type fluctuated markedly over time and may be characterized as a shifting mosaic of successional stages.

**Table 3.6.4 – Current Acreage of the Warm-Dry Mixed-Conifer Forest Type by Development Stage**

| DEVELOPMENT STAGE | ACRES | PERCENTAGE (%) OF TOTAL |
|---|---|---|
| Young | 100 | 0.5 |
| Mid | 7,807 | 8.5 |
| Mature Open | 59,326 | 4.5 |
| Mature Closed | 17,077 | 77 |
| Old-Growth | 9,319 | 10.0 |

BLM_0030328

Within the planning area, many of the warm-dry mixed-conifer forests have been dramatically altered during the last century. This is the result of logging, livestock grazing, and fire exclusion introduced by Euro-American settlers in the late 1800s (Romme et al. 2006). Logging eliminated the large, old ponderosa pine, Douglas-fir, and white-fir trees. Livestock grazing changed the herbaceous species composition and decreased the abundance of the bunchgrasses that had previously carried surface fire through these forests. Fire suppression eliminated the frequent, low-intensity fires of the previous centuries. Many warm-dry mixed-conifer forests within the planning area that formerly burned every 18 to 28 years have not experience a fire for more than 100 years, which puts those forests outside their HRV for fire intervals (Romme et al. 2006; Grissino-Mayer et al. 2004). The combination of fire exclusion, livestock grazing, and selective logging that removed the large trees has created an unusual stand structure in many warm-dry mixed-conifer forests within the planning area (Romme et al. 2006). Old-growth warm-dry mixed-conifer forest stands that were common during the reference period are now uncommon. The large, old ponderosa pine, Douglas-fir, and white-fir trees are mostly gone, and the current stands are now dominated by relatively small, young trees. White-fir, in particular, has increased in abundance during the long fire-free period of the Twentieth Century. During the same time, the establishment of new ponderosa pine and Douglas-fir trees has tapered off, or stopped, in many stands due to the dense stand conditions (Wu 1999).

Within the next 50 years, natural succession will convert some lands currently classified as the mountain shrubland type to the warm-dry mixed-conifer forest type. This process, however, would be gradual and may not substantially change the acreage of those types within the 50 years. Succession within the next 50 years may also move more warm-dry mixed-conifer forests into the mature and old-growth development stages. Wildland fire use (WFU) may reduce the acreage of the warm-dry mixed-conifer forest type, if large fires burn across the landscapes of the planning area, and many warm-dry mixed-conifer forests may convert to mountain shrublands following stand replacement fire.

**Ponderosa Pine Forest Type**
Within the planning area, the ponderosa pine forest type is dominated by ponderosa pine trees. This forest type occurs on mountains, hills, and mesas in the lower montane climate zone at elevations ranging from approximately 7,000 to 8,500 feet. Gambel oak is a major component of these forests, occurring in most stands. Arizona fescue and mountain muhly are important bunchgrasses that occur in these forests. There are approximately 411,500 acres of this type within the planning area (which is approximately 10.9% of the total acreage).

Some ponderosa pine forests succeeded from Gambel oak-dominated shrublands that were established following stand-replacing fires. Others formed when ponderosa pine trees initially colonized a site following a disturbance event.

***Ponderosa Pine HRV***: Fire and mountain pine beetle outbreaks were the two most important kinds of disturbance in ponderosa pine forests during the reference period (Romme et al. 2006). The median fire interval for the ponderosa pine forest type during the reference period ranged from 12 to 30 years (Grissino-Mayer et al. 2004). The frequency of RMLANDS-simulated wildfires in ponderosa pine forests during the reference period displayed a mean return interval of 30 years for low-mortality ground fire. Some ponderosa pine stands did not burn frequently and, in fact, did not burn for centuries.

BLM_0030329

During the reference period, most of the ponderosa pine forests within the planning area appear to have been characterized by frequent low-intensity fires. The fires played a key role in maintaining open stand structures with large clumped trees, as well as abundant herbaceous growth in the open areas between clumps (Grissino-Mayer et al. 2004; Romme et al. 2006; Brown and Wu 2005). These fires probably consumed grass, dead leaves, and dead woody material. They also probably resulted in the mortality of small pines and the aboveground portions of shrubs and herbs, but rarely killed large trees or belowground parts of shrubs and herbs. However, not all ponderosa pine stands had this kind of structure (Grissino-Mayer et al. 2004), as it appears that there was considerable variability in the density and structure of ponderosa pine forests (Romme et al. 2006). In at least some places, there were dense stands of relatively small trees, similar to the condition of many ponderosa pine stands today (Shinneman and Baker 1997; Brown et al. 1999; Veblen 2000; Ehle and Baker 2003). RMLANDS simulations determined that the mean return interval between pine beetle epidemics in a ponderosa pine forest during the reference period was 251 years. Between outbreaks, the beetles persisted at low endemic levels, killing an occasional tree, but having little impact on the forest as a whole. The intensity and extent of recent mountain pine beetle outbreaks has likely been influenced by Twentieth Century conditions (including fire exclusion and unusually high tree densities); however, it is likely that relatively comparable beetle outbreaks also occurred in ponderosa pine forests during the reference period (Baker and Veblen 1990).

Currently, most of the ponderosa pine forest type within the planning area are in the mature development stage. RMLANDS simulations suggest that the planning area currently contains more late-seral ponderosa pine forests and less old-growth ponderosa pine forests than that which were observed under the simulated HRV. The simulation also indicated that the HRV seral-stage distribution for the ponderosa pine forest type fluctuated markedly over time and may be characterized as a shifting mosaic of successional stages.

**Table 3.6.5 – Current Acreage of the Ponderosa Pine Forest Type by Development Stage**

| DEVELOPMENT STAGE | ACRES | PERCENTAGE (%) OF TOTAL |
|---|---|---|
| Young | 636 | 0.1 |
| Mid-Open | 29,118 | 7 |
| Mid-Closed | 837 | 0.2 |
| Mature-Open | 344,596 | 83 |
| Mature-Closed | 25,172 | 6 |
| Old-Growth | 11,087 | 2.7 |

Within the planning area, many of the ponderosa pine forests have been dramatically altered during the last century due to logging, livestock grazing, and fire exclusion introduced by EuroAmerican settlers in the late 1800s (Romme et al. 2006). Logging eliminated the large, old ponderosa pine trees. Livestock grazing altered herbaceous plant species composition, which decreased the highly palatable bunchgrasses (including Arizona fescue and mountain muhly), and helped to eliminate fire as a dominant ecological process in ponderosa pine forests (especially as livestock grazed the grasses and forbs that formerly carried light fires through these forests). Through most of the Twentieth Century, fire suppression eliminated the frequent low-intensity fires of the previous centuries. Many ponderosa pine stands within the planning area that formerly burned every 12 to 30 years have not experience a fire for more than 100 years. This puts these stands outside their HRV for fire intervals (Romme et al. 2006; Grissino-Mayer et al. 2004). In addition,  white-fir, a shade-tolerant species, has increased in some stands due to dense stem conditions and fire exclusion.

BLM_0030330

The impacts described above have created an unnatural stand structure in many ponderosa pine forests within the planning area. The large, old ponderosa pine trees from the reference period have mostly been harvested. Many stands now have a relatively uniform stand structure, which is dominated by medium-sized trees that are 70 to 100 years old. Due to livestock grazing (and because they cannot tolerate the shade and deep organic litter on the forest floor provided by the dense ponderosa pine stands), many herbaceous plant species have been greatly reduced in numbers or have even been locally extirpated (Romme et al. 2006). The strong clumping pattern and the old-growth forests of the reference period have been largely lost in many of today's dense stands (Romme et al. 2006).

The consequences of the current stand structure in many of the existing ponderosa pine forests within the planning area include increased risk of destructive wildfires (fires that burn much hotter and are more destructive than they were during the reference period). This is due to the abnormal fuel conditions that have accumulated during more than 100 years without fire (Covington and Moore 1994). These fires are increasingly difficult to control (Moir et al. 1997). The high stem density and small tree size make these forests vulnerable to outbreaks of insects and disease, with the most serious threat being the mountain pine beetle (Schmid and Mata 1996). Other consequences related to the current stand structure include a lack of ponderosa pine regeneration and reduced biological diversity.

Within the next 50 years, natural succession will convert some lands currently classified as the mountain shrubland type to the ponderosa pine forest type. This process, however, would be gradual and may not substantially change the acreage of those types within the 50 years. Succession within the next 50 years may also move more ponderosa pine forests into the mature and old-growth development stages. Wildland fire may reduce the acreage of the ponderosa pine forest type, if large fires burn across the landscapes of the planning area, and many ponderosa pine forests may convert to mountain shrublands following stand-replacement fire. Pinyon-Juniper Woodland Type - Within the planning area, the pinyon-juniper woodland type is dominated by pinyon-pine/Utah juniper and Rocky mountain juniper trees. This forest type occurs on mountains, hills, and mesas in the semi-arid climate zone at elevations ranging from approximately 5,500 to 7,500 feet. There are approximately 442,800 acres of this type within the planning area (which is approximately 11.8% of the total acreage).

***Pinyon-Juniper HRV***:  During the reference period, proportions and patch sizes of pinyon-juniper woodlands probably fluctuated over time. More, and larger, patches of early successional stages probably occurred during dry periods, while more, and larger, patches of late successional stages probably occurred during wet periods. Although proportions varied with climatic fluctuation, at a broad scale, every stage was probably represented somewhere in the landscape (McGarigal and Romme 2005). If pinyon-juniper woodlands escaped fire for many centuries, they developed old-growth characteristics (including a dense, multi-storied canopy with ancient living and dead trees) (Floyd et al. 2004). When fire did occur in old and mature pinyon-juniper stands during the reference period, it tended to be severe and stand-replacing (Erdman 1970; Floyd et al. 2000).

The major agents of natural disturbance in pinyon-juniper woodlands during the reference period included fire, insects, and fungal diseases. Bark beetles and the black stain root fungus often interacted in a manner that produced a phenomenon of "pinyon decline." The impacts of fire, beetles, and fungus were manifest at multiple scales, ranging from large burns or regional insect outbreaks to small fires or localized outbreaks that created canopy gaps within otherwise continuous woodland (McGarigal and Romme 2005).

Currently, most of the pinyon-juniper woodland type within the planning area is in the mid-development stage.

BLM_0030331

**Table 3.6.6 – Current Acreage of the Pinyon-Juniper Woodland Type by Development Stage**

| DEVELOPMENT STAGE | ACRES | PERCENTAGE (%) OF TOTAL |
|---|---|---|
| Young | 987 | 0.5 |
| Mid | 412,440 | 93.1 |
| Mature | 29,336 | 6.5 |

Within the planning area, the pinyon-juniper woodland type has been greatly altered in some places during the last 120 years due to livestock grazing and mechanical tree removal (Romme et al. 2006). Legacies of the heavy grazing include changes in species composition (including some palatable species that likely have been locally extirpated). Mechanical tree reduction (chaining) during the 1950s and 1960s converted many pinyon-juniper woodlands to shrubland or grassland types and, in the process, fragmented many of the woodlands (Knight et al. 2000).

Within the next 50 years, natural succession will convert some lands currently classified as the mountain shrubland type to the pinyon-juniper woodland type. This process, however, would be gradual and may not substantially change the acres of pinyon-juniper woodlands within the 50 years. Succession within the next 50 years may also impact the development stages of the pinyon-juniper woodland type, moving more lands into the mature and old-growth stages. WFU may reduce the acreage of the pinyon-juniper woodland type, if large fires burn across the landscapes of the planning area, and pinyon-juniper woodlands may convert to mountain shrublands following stand-replacement fire.

**Mountain Shrubland Type**
Within the planning area, the mountain shrubland type is a diverse, shrub-dominated type that occurs on mountains, hills, and canyon slopes at elevations ranging from approximately 6,000 to 9,000 feet. This type occurs as relatively pure stands of Gambel oak, or as a mix of Gambel oak and other deciduous shrubs (including mountain mahogany, serviceberry, and chokecherry). It occurs on upland sites with well-drained soils, and is often found on steep slopes with southerly aspects. It is found in association with pinyon-juniper, ponderosa pine, and warm-dry mixed-conifer vegetation types, in the lower montane and montane climate zones. There are approximately 443,300 acres of this type within the planning area (which is approximately 11.8% of the total acreage).

***Mountain Shrubland HRV***: Fire was the major disturbance agent for mountain shrublands, and many of the fires originated in adjacent pinyon-juniper woodlands (Floyd et al. 2004). Large fires occur under conditions of high wind and prolonged drought. The median interval between successive fires for the mountain shrubland type in Mesa Verde National Park is about 100 years (Floyd et al. 2004). The frequency of RMLANDS-simulated wildfires in mountain shrublands during the reference period displayed a mean return interval of 73 years. Currently, the mountain shrubland type displays a variety of conditions, with much of it being in a later-seral stage dominated by large old shrubs. Stands recently treated for fuels reductions are in an early-seral stage dominated by young shrubs.

Within the next 50 years, natural succession will convert some lands currently classified as the mountain shrubland type to the ponderosa pine forest, warm-dry mixed-conifer forest, or to the pinyon-juniper woodland types. This process, however, would be gradual and may not substantially change the acreage of those types within the 50 years. WFU, management-ignited fire, and fuels-reduction projects in mountain shrublands may perpetuate the mountain shrubland type.

BLM_0030332

### Sagebrush Shrubland Type

Within the planning area, the sagebrush shrubland type is a sagebrush-dominated type that occurs on hills, mesas, and valley floors at elevations ranging from approximately 5,000 to 9,000 feet. This type occurs on moderately well to well-drained soils in the semi-arid and lower montane climate zones. There are approximately 202,200 acres of this type within the planning area (which is approximately 5.4% of the total acreage).

***Sagebrush Shrubland HRV***: There is little information pertaining to the condition of sagebrush shrublands within the planning area during the reference period. Most fires in sagebrush shrublands are high-severity and stand-replacing. The frequency of RMLANDS-simulated wildfires in sagebrush shrublands during the reference period displayed a mean return interval of 55 years.

RMLANDS simulations for the sagebrush shrubland type suggested that, in general, the current planning area contains fewer sagebrush shrublands than under the simulated HRV. Sagebrush shrublands that have a high cover of cheatgrass, a low cover of native grasses, and an increased fire frequency are likely outside their HRV for fire frequency and species composition (Korb 2004).

Much of the sagebrush system in western Colorado is in poor condition (Winward 2004). Major impacts to the sagebrush type include a loss of understory grass and forb production and diversity; a reduction of surface litter (and the resulting loss of organic matter being incorporated into the upper soil horizons); an increase in bare ground and soil erosion; and out-of-balance sagebrush densities, canopy cover values, and age class ratios (Winward 2004). Livestock grazing in the sagebrush shrubland type occurring within the planning area since the reference period has decreased native grasses, and increased non-native annuals (including cheatgrass). Cheatgrass often increases following fire, which may lead to increased fire frequency, which may, in turn, further increase cheatgrass.

### Semi-desert Shrubland Type

Within the planning area, the semi-desert shrubland type occurs on hills, mesas, alluvial flats, and valley floors at elevations ranging from approximately 4,500 to 7,600 feet. This type occurs in the semi-arid climate zone in association with semi-desert grassland and sagebrush shrubland vegetation types. Soils are mostly well drained, but some sites near drainages have a higher water table and flood intermittently. There are approximately 93,800 acres of this type within the planning area (which is approximately 2.5% of the total acreage).

These shrublands are dominated by shadscale saltbush, winterfat, fourwing saltbush, rubber rabbitbrush, spiny hopsage, greasewood, and basin big sagebrush. Herbaceous cover and bare soil occupy the space between shrubs. Biological soil crusts are often major components in semi-desert shrublands, forming crusts on the ground surface that contribute to soil stability, nutrient supply (organic matter and nitrogen), and biological diversity (Ladyman and Muldavin 1996).

***Semi-desert Shrubland HRV***: There is little information pertaining to the condition of semi-desert shrublands within the planning area during the reference period. Historically, fires were rare in semi-desert shrublands due to the lack of vegetation cover (West and Young 2000). Semi-desert shrublands that have a high cover of cheatgrass, a low cover of native grasses, and increased fire frequency are likely outside their HRV for fire frequency and species composition.

BLM_0030333

Livestock grazing in the semi-desert shrubland type since the reference period has decreased native grasses and increased non-native annuals (including cheatgrass). Cheatgrass, a non-native annual, often increases following fire, which may lead to increased fire frequency, which, in turn, may further increase cheatgrass. In addition to livestock grazing, other disturbances (including those associated with transportation corridors, mining, seismic exploration and drilling for oil and gas, and recreation) have resulted in the deterioration of much of this vegetation type (Blaisdell and Holmgren 1984; Kram et al. 2005).

**Mountain Grassland Type**
Within the planning area, the mountain grassland type occurs as openings in forest-dominated landscapes. It occurs on upland sites with well-drained soils in mountain and mesa landscapes. This type is associated with the lower montane, montane, and subalpine climate zones at elevations ranging from approximately 7,500 to 11,600 feet. There are approximately 298,700 acres of this type within the planning area (which is approximately 7.9% of the total acreage).

***Mountain Grassland HRV***: There is little information pertaining to the mountain grasslands within the planning area during the reference period. The following description is based on the best reference sites available within the planning area, as well as throughout the South Central Highlands section. During the reference period, many of the mountain grasslands within the planning area displayed high diversity and cover of herbaceous species (especially native bunchgrasses like Arizona fescue and Thurber fescue). Forest litter amounts were high, due to the abundance of plant material associated with the robust bunchgrasses. Soils had thick, organic matter-rich surface horizons. Structural conditions displayed a relatively closed canopy, reflecting the high density and well-distributed arrangement of the bunchgrasses. The bunchgrasses provided the fine fuels necessary for fires that ignited in the adjacent forests to burn through the grasslands (Touchan et al. 1993). Since ponderosa pine and warm-dry mixed-conifer forests were characterized by frequent low-intensity fires throughout the reference period (Romme et al. 1998; Touchan et al. 1996), it can be assumed that frequent fires also played a major role in maintaining the composition, structure, and function of the adjacent Arizona fescue mountain grassland type during the reference period.

Since the reference period, livestock grazing has had profound impacts on the composition, structure, and function of grassland ecosystems in the western United States (Fleischner 1994; Wuerthner 1992; Belsky and Blumenthal 1997), including those of the planning area. Many grasslands of the Thurber fescue type, and a few grasslands of the Arizona fescue type, have experienced limited livestock grazing and display characteristics similar to those of the reference period.

Within the planning area, some grasslands of the Thurber fescue type, and most of the grasslands of the Arizona fescue type, have experienced intensive livestock grazing since the reference period, and, as a result, have changed substantially. The dominant bunchgrasses have been extirpated in many areas, and the abundance and distribution of remaining bunchgrasses have been reduced in others. Invasive species, and native-increaser species, have taken the place of the bunchgrasses. This change in species composition has altered the structure of these grasslands from tall, bunchgrass-dominated community types to short, sod-dominated or forb-dominated types. Additional livestock-related changes to some mountain grasslands within the planning area include the reduction of forest litter, an increase in bare soil, an increase in soil erosion and compaction, a decrease in the amount of organic matter available for nutrient cycling, changed successional pathways, and the less likelihood of low-intensity fires carrying through these grasslands.

Livestock grazing may continue to be a threat to mountain grasslands within the planning area. This is because cattle tend to spend a disproportionate amount of their time in this vegetation type. The attainment of desired conditions, and the implementation of design criteria (described in allotment management plans and in the DLMP/DEIS), should help minimize adverse impacts to these ecosystems.

BLM_0030334

Some of the substantially altered mountain grasslands within the planning area are unlikely to improve much on their own, even if livestock are removed. This is because the native bunchgrasses needed for natural reproduction and recruitment of new individuals appear to be gone. Major ecological restoration is needed, which likely includes eliminating exotics and undesirable natives, and incorporating mechanical manipulation (including ripping or plowing), fertilization, seeding with native species, and mulching.

**Semi-desert Grassland Type**
Within the planning area, the semi-desert grassland type occurs on hills, mesas, alluvial flats, and valley floors, at elevations ranging from approximately 4,500 to 7,600 feet. Common native grass species of these grasslands include needle-and-thread, Indian ricegrass, galleta, bottlebrush squirreltail, blue grama, purple threeawn, sand dropseed, and alkali sacaton. This type occurs in association with semi-desert shrubland and sagebrush shrubland vegetation types. It occurs mostly on well-drained soils in the semi-arid climate zone. There are approximately 303,100 acres of this type within the planning area (which is approximately 8.0% of the total acreage).

***Semi-desert Grassland HRV***: There is little information pertaining to the condition of semi-desert grasslands within the planning area during the reference period. Southwestern grasslands today (including semi-desert grasslands) share general differences from their pre-Euro-American settlement conditions. Historically, they were more diverse in plant and animal species composition, more productive, more resilient, and better able to absorb the impact of disturbances (Fletcher and Robbie 2004). Fire most often occurred in semi-desert grasslands when adjacent shrublands burned. Since historically fires were rare in semi-desert shrublands due to the lack of vegetation cover (West and Young 2000), it can be assumed that fires in the adjacent semi-desert grasslands were also rare. When fires did occur, they were of low intensity. They were, however, adequate to keep shrubs from expanding into them (Fletcher and Robbie 2004). Semi-desert grasslands that have a high cover of cheatgrass, a low cover of native shrubs and grasses, and increased fire frequency are likely outside of their HRV for fire frequency and species composition.

Livestock grazing in the semi-desert grassland type since the reference period has decreased native grasses, and increased non-native annuals (including cheatgrass). Cheatgrass, a non-native annual, often increases following fire, which can lead to increased fire frequency, which, in turn, can further increase cheatgrass.

**Alpine Type**
Within the planning area, alpine ecosystems occur on mountain landscapes at elevations above approximately 11,500 feet. The alpine climate zone is characterized by short cool growing seasons, long cold winters, snow, high wind, and intense light. Rock outcrop and talus slopes are common. Climate, geomorphologic processes, and on-going disturbances (including nivation, solifluction, and frost action) are major factors influencing the distribution of biota in alpine ecosystems. Diverse geology and topography (including glacial features) add to the complexity and diversity of the alpine type. There are approximately 186,400 acres of this type within the planning area (which is approximately 5.0% of the total acres).

Alpine HRV: There is little information pertaining to the condition of the alpine type within the planning area during the reference period, or about the historic condition and processes of alpine tundra in general (Baker 1983). During the reference period, most alpine ecosystems within the planning area most likely looked much like they do today, except where known impacts have occurred.

BLM_0030335

Domestic sheep and cattle have grazed many areas of alpine tundra in the Rocky Mountains since Euro-American settlement. Where sheep have congregated, they have caused trampling, trail-cutting, and erosion. The impacts associated with past livestock grazing are still present in some places. Mining, roads, and recreation impacts are also present in places. Recreation impacts (including those related to backpacking, alpine skiing, climbing, and sightseeing) may cause adverse impacts primarily from trampling vegetation and erosion. Recreation impacts are likely to increase due to the increased use of these lands. Global warming may reduce the extent of alpine tundra through the encroachment of spruce-fir forests.

## Special Status Plant Species

Within the planning area, plant species that are rare or endemic, at risk of decline, or not adequately covered by the ecosystem management approach include federally listed species, Candidate species, R2 Regional Forester's Sensitive Species, BLM Special Status Species including Sensitive Species, and SJPL Highlight Species. Federally listed species are those species listed by the USDOI, the USFWS, or the National Oceanic and Atmospheric Administration National Marine Fisheries Service as threatened or endangered under the ESA. R2 Regional Forester's Sensitive Species are those plant and animal species identified by a Regional Forester for which population viability is a concern, as evidenced by significant current or predicted downward trends in population numbers or density, and significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution (FSM 2670.5).

BLM Special-Status Species are those species designated as federally endangered, threatened, proposed, or candidate under the ESA; those designated by the CDOW as State endangered or threatened; and BLM Sensitive Species (which are species under status review by the USFWS, species with numbers declining so rapidly that Federal listing may become necessary, species with typically small and widely dispersed populations, or species inhabiting ecological refugia or other specialized or unique habitats).

SJPL Highlight Species are those for which the responsible official determines management actions may be necessary in order to prevent listing under the ESA, or for which management actions may be necessary or desirable in order to achieve ecological or other multiple-use objectives.

Lists of USFS and BLM sensitive plant species were developed from guidance and criteria provided by the USFS Manual and by the BLM's Special-Status Species Management Manual (6840). (See Appendix M-O, Volume III, for tables containing USFS and BLM Sensitive Plant Species, and SJPLC Highlight Species.) Currently, the USFS and the BLM Sensitive Plant Species, and the SJPLC Highlight Species that occur within the planning area appear to have stable populations and trends.

BLM_0030336

## ENVIRONMENTAL CONSEQUENCES

### DIRECT AND INDIRECT IMPACTS

The impacts described below may occur in the future, when specific projects are identified and implemented. Impacts assume that direction and design criteria in the LMP, as well as stipulations listed in the DLMP/DEIS for oil and gas activity, would be followed and implemented. Design criteria, presented in Part 3 of Volume II, are environmental protection measures that would be applied to all alternatives at the project level in order to protect resources.

Management activities that alter major vegetation types and plant species within the planning area are those that would involve ground disturbance or vegetation removal. These may include oil and gas development, livestock grazing, timber harvesting, mechanical fuels treatments, fire management, recreation development, utility corridors, and solid minerals development. Most lands, and their associated vegetation types, and plant species may be unaffected by active management. This is because it would not occur in those areas. Lands impacted by active management may experience only minor impacts. These impacts may not result in a major change in their overall composition, structure, or function (except when aspen clear-cuts or WFU occur). Minor changes in structure may occur, and a short-term change in the abundance and distribution of plant species within a vegetation type may occur. However, the overall function of the vegetation types may remain mostly unaffected. The attainment of desired conditions and the implementation of design criteria described in the DLMP/DEBE may also help minimize impacts.

#### Impacts Related to Timber Harvesting

Clear-cut harvesting that occurs in the aspen forest type would involve cutting all trees within cut units. This would change the forest structure by removing the overstory and eliminating the canopy cover. Clear-cutting may stimulate aspen suckering, which is anticipated to be rapid and profuse, resulting in an abundance of aspen sprouts. A relatively even-aged, one-storied aspen stand would result, at least in the short term. This may change the cut units to an earlier seral stage. This may help meet the desired condition for the planning area to increase the amount of young aspen stands that currently are deficient. This may perpetuate aspen dominance in these cut units and perpetuate the existence of aspen patches within the planning area. Clear-cuts in the aspen type may not change the current plant species composition of the cut units, unless conifers are present in those areas (in which case, the conifer component would be eliminated, at least for the short term).

Aspen clear-cuts may occur within uncut aspen forests, or within previously harvested aspen project areas. The 10- to 40-acre clear-cuts would resemble patches created by small disturbance events like blow-down. These patches would be small, relative to patches that would be created as the result of large-scale fire events. Some clear-cuts may occur between, or adjacent to, old aspen clear-cuts in order to create a larger patch of relatively young aspen forest (through the consolidation of aspen clear-cuts). This would more closely mimic the larger aspen patches that were historically created by fire (Romme et al. 2006), and may help meet the desired condition for the planning area to increase the amount of large patches of young aspen forests.

BLM_0030337

Individual tree selection, irregular shelterwood, and other partial-cut harvesting methods may occur in spruce-fir, cool-moist mixed-conifer, warm-dry mixed-conifer, and ponderosa pine forest types. These methods would remove individual trees in order to open up the forest canopy cover, and to create openings that allow more sunlight to reach the forest floor (thereby facilitating the regeneration of shade-intolerant trees and herbaceous plants). The removal of trees would reduce the competition for water and soil nutrients, which may, in turn, benefit the growth of all remaining trees and herbs. These methods may result in negligible changes to the composition of the vegetation. This is because all tree species present before the treatments would remain after the treatments. The removal of white-fir trees from warm-dry mixed-conifer stands would decrease the abundance of white-fir; however, it may not eliminate it from the treated stands. Changes to the forest structure may be minor in most cases, because multiple tree size classes and canopy layers would remain.

Restoration harvesting methods in ponderosa pine and warm-dry mixed-conifer forest types would be similar to the partial-cut methods described above. This is because the forest canopy would be opened up, facilitating the regeneration of ponderosa pine and Douglas-fir trees. The openings may be larger than those associated with the partial cuts, with a maximum size of approximately 1 acre. Restoration harvests would be designed to mimic the open park-like conditions that were present on many sites during the reference period (Romme 2006). Generally, larger diameter trees would remain following treatments.

Group selection harvests may occur in spruce-fir, cool-moist mixed-conifer, warm-dry mixed-conifer, and ponderosa pine forest types. They would be designed to remove trees and to encourage regeneration of new trees. This method would be similar to the clear-cut method described above, in that all trees within cut units would be cut. This would completely remove the overstory and canopy cover. The difference would be in the size of the cut units (group selection harvests are 2 acres or less, whereas aspen clear-cuts range between approximately 5 and 40 acres). Group selection harvests may not change the overall composition of the larger stands that they are part of, unless they are designed to regenerate aspen from cut units dominated by conifers. These harvests may change development stages, which may create more stands with open canopies.

The more open canopy covers created by the partial-cut, restoration, improvement, and group selection harvesting methods in ponderosa pine and warm-dry mixed-conifer forests may help meet the desired conditions for the planning area to increase the amount of ponderosa pine and warm-dry mixed-comfer forests that have open canopies and display a Fire Regime Condition Class (FRCC) of 1. They may also lower the potential for high-intensity stand-replacing wildfires and lower the risk of epidemic insect and disease outbreaks within those stands and the landscapes in which they occur (both of which are desired conditions for the planning area). The newly created openings associated with these harvest methods in ponderosa pine and warm-dry mixed-conifer stands may increase the abundance and distribution of Gambel oak (which is a major competitor, quick to colonize openings created by timber harvesting). The additional establishment of these shrubs may reduce the regeneration potential of ponderosa pine trees, Douglas-fir trees, and herbaceous plants.

The timber harvesting methods described above may result in minor changes to the current understory composition of the vegetation types in which treatments occur. This is because the species currently present would remain. Sun-loving species may increase in abundance initially following clear-cutting, but shade-loving species may increase as the aspen canopy increases (Johnston and Hendzel 1985). The desire is that harvests in the ponderosa pine forest type would increase the amount of native bunchgrasses, particularly Arizona fescue, in those forests.

BLM_0030338

Timber harvesting activities (including cutting, skidding, decking, and loading trees, and piling logging slash) may impact plant species. This would include impacting Sensitive Species and SJPLC Highlight Species through habitat modification, direct mortality of individual plants, and through the establishment of invasive plant species that can compete with these species for habitat resources. Since most of these species do not occur on lands where timber harvesting would occur, they may not be impacted. Species that occur on these lands may not be impacted. This is because the project design would avoid, or minimize, impacts to known species, and to their habitat, within a project area.

***DLMP/DEIS Alternatives***: The impacts described above may occur, to varying degrees, under all of the alternatives. Alternative A would propose the most acres for timber harvesting, therefore, it may impact vegetation types and Sensitive Species and Highlight Species to a larger extent, when compared to the other alternatives. Alternative D may result in the next greatest impact on vegetation, followed by Alternative B. Alternative C may result in the least impacts to vegetation types, and to Sensitive Species and Highlight Species, due to timber harvesting activities. This is because it would propose the least number of acres for timber harvesting.

Alternative A may also have the greatest potential to result in positive impacts to vegetation types (through timber harvesting activities that open up canopy covers). This is because it would propose the largest number of acres for timber harvesting. Alternative D would propose the next highest amount of timber harvesting; therefore, it may have the next highest potential to create positive impacts to vegetation types, followed by Alternative B. Alternative C may have the least potential to create positive impacts on vegetation types (through timber harvesting activities that open up canopy covers). This is because it would propose the least amount of acres for timber harvesting.

**Impacts Related to Livestock Grazing**
Within the planning area, livestock grazing may occur in all vegetation types. Potential impacts to plant species and vegetation types from livestock grazing may include overgrazing and trampling of soils and plants. The significance of these impacts would depend upon timing, duration, and intensity of grazing. Livestock will graze (consume the leaves and shoots of plants) and sometimes overgraze (continued heavy grazing that exceeds the recovery capacity of the community) forage plants. This may decrease the photosynthetic abilities of the plants by decreasing the leaf areas necessary for performing this function (Heitschmidt and Stuth 1993, Caldwell et al. 1981). A reduction in photosynthesis would decrease the vigor and root reserves of these plants, and would decrease their chances for survival (by decreasing their ability to reproduce, compete, and withstand drought, disease, fire, insect impacts and grazing).

A decrease in the abundance, distribution and vigor of plant species related to livestock grazing may decrease the amount of ground cover (vegetation and litter) and soil organic matter, and increase the amount of bare soil (which would lead to soil compaction, run-off, and erosion). Ground disturbance may also result in conditions conducive to the establishment of invasive plant species that can compete with native species, which may lead to a reduction in the abundance and distribution of native species.

Livestock grazing in mountain grassland and semi-desert grassland types may result in a significant impact to the composition and structure of those communities (as cattle graze and potentially overgraze the highly palatable native bunchgrasses that occur in those types).

Within the planning area, livestock grazing in the alpine is primarily associated with sheep. Alpine areas have low primary productivity, short growing seasons, slow plant growth, and are difficult to revegetate; therefore, they are very sensitive to disturbances, such as livestock grazing, that can alter vegetation cover.

BLM_0030339

Livestock grazing may impact Sensitive Species and Highlight Species within the planning area. This may occur as the result of habitat modification, mortality of individual plants from grazing or trampling, and the introduction of invasive plant species that can compete with these species for habitat resources.

Livestock grazing practices within the planning area are designed to protect the ecological integrity of the ecosystems that are impacted by those practices. Adverse impacts are more likely to result if the timing, intensity, and duration of livestock grazing is not appropriate or sustainable. Impacts to vegetation types and plant species (including USFS and BLM Sensitive Species and SJPLC Highlight Species) related to livestock grazing are expected to be minor, if direction and design criteria described in the DLMP/DEIS and the allotment management plans are adhered to.

***DLMP/DEIS Alternatives***: The impacts related to livestock grazing may occur under all of the alternatives. Alternative D would propose the most suitable acres for livestock grazing; therefore, it may have the greatest potential to impact vegetation types and plant species (including Sensitive Species and Highlight Species), as described above, when compared to the other alternatives. Alternative A may have the next highest potential to impact vegetation types and plant species in relation to livestock grazing. This is because it would propose the next greatest amount of suitable acres, followed by Alternative B. Alternative C may have the least potential to impact vegetation types and plant species (including Sensitive Species and Highlight Species) due to livestock grazing, as described above. This is because it would propose the fewest suitable acres for livestock grazing.

## Impacts Related to Oil and Gas Development

Oil and gas development activities (including the construction of well pads, compressor stations, pipelines, and roads) would occur primarily in the lower-elevation vegetation types (including sagebrush shrublands, semi-desert grasslands, semi-desert shrublands, mountain grasslands, pinyon-juniper woodlands, and ponderosa pine forests).

Oil and gas development activities may completely clear vegetation from well sites, resulting in clearing of native plant species and the loss of their habitat. This would change the composition and structure of the cleared sites for the 25- to 30-year life of the wells. In addition, oil and gas development may adversely impact old-growth ponderosa pine forests (which are rare in the planning area), especially if well pads and roads are located within them. Old-growth sites, however, would be avoided where practicable. Oil and gas development activities that result in ground-surface disturbances (including roads) may also provide sites for the invasion and establishment of invasive plant species.

When oil and gas extraction is complete, all roads and pads constructed specifically for oil and gas development would be restored. This would include contouring, plowing, mulching, fertilizing, and seeding. Ultimately, the objective would be to restore the vegetation composition and structure of developed sites. However, that would not occur on sites where vegetation took decades, or even centuries, to develop.

Oil and gas development activities may impact Sensitive Species and Highlight Species within the planning area due to habitat modification, mortality of individual plants, and the introduction of invasive plant species that can compete with rare species for habitat resources. Project design and design criteria that avoid, or minimize, impacts to known species, or to their habitat, within an oil and gas development project area would be implemented; therefore, there may be no impacts (or negligible impacts) to Sensitive Species, Highlight Species, and/or to their habitat.

BLM_0030340

**DLMP/DEIS Alternatives**: The impacts described above may occur, to varying degrees, under all of the alternatives. Alternative A would propose the largest number of "standard-lease" acres and the fewest number of "no surface occupancy" acres; therefore, it may have the greatest impacts to vegetation types, as well as to Sensitive Species and Highlight Species, when compared to the other alternatives. Alternative D may have the next greatest impacts. Alternatives B and C may result in the fewest impacts to vegetation types, as well as to Sensitive Species and Highlight Species, related to oil and gas development. This is because they would propose the least amount of "standard-lease" acres. The No Leasing Scenario would have no ground-disturbing effects, so it would have no adverse direct or indirect effects to vegetation types and sensitive and highlight plant species.

## Impacts Related to Fire

Impacts related to fire on plant species and vegetation types within the planning area may vary, depending upon such factors as fire intensity and severity, fuel loads, weather conditions, moisture content of fuels and soils, and topographic features (including slope and aspect).

High-intensity WFU and wildfire could occur in all vegetation types. Fires are unpredictable in terms of frequency and location. This is because they depend upon natural fire starts. As a result, it is hard to predict the positive or adverse impacts that fire may have on vegetation types, plant species, and/or the landscapes in which they occur. High-intensity WFU and wildfire usually result in stand replacement, and in at least short-term loss of all the above-ground vegetation. Stand replacement would change vegetation to an earlier seral stage; change the vegetation type, in some cases (including coniferous forests changing to aspen forests or coniferous forests and woodlands changing to mountain shrublands), or change the development stage of the vegetation type. All of these factors would alter the vegetation pattern of the landscapes in which they occur. Native shrubs and herbs may survive these fires, except where severe soil burning occurs. Invasive plant species may increase, since they are often competitors for space following fire.

High-intensity WFU and wildfire in the spruce- fir and cool-moist mixed-conifer forest types would result in the creation of young conifer forests or aspen forests. High-intensity WFU and wildfire in aspen forests would result in young aspen forests. High-intensity WFU and wildfire in warm-dry mixed-conifer and ponderosa pine forests, pinyon-juniper woodlands, and mountain shrublands would usually result in young Gambel oak-dominated mountain shrublands. Low-intensity management-ignited fire, low-intensity WFU, and low-intensity wildfire could occur in all vegetation types. However, they are more likely to occur in warm-dry mixed-conifer and ponderosa pine forest types. Low-intensity fires, which burn close to the ground and not in tree crowns, may burn shrubs, herbs, small trees, and the litter layer. Low-intensity fire would usually not change the species composition, or the development stage, of the vegetation types in which they occur.

In the warm-dry mixed-conifer and ponderosa pine forest types, low-intensity management-ignited fire, WFU, and wildfire may help seeds reach mineral soil. This would increase their chances for germination, as well as for the regeneration of ponderosa pine, Douglas-fir trees, and herbs. These fires would temporarily reduce competition from Gambel oak and other abundant shrubs. Gambel oak and other sprouting shrubs, however, may return and may even increase. Since many warm-dry mixed-conifer and ponderosa pine forest stands within the planning area have not experienced fire for many decades, the reintroduction of low-intensity fire may have a beneficial impact on these vegetation communities, as well as on the native species within them (including the native bunchgrasses Arizona fescue and mountain muhly).

BLM_0030341

WFU, management-ignited fire, and wildfire in the grassland and shrubland vegetation types may include high or low-intensity fires. High-intensity fire would change the vegetation to an earlier seral stage. It would not, however, change the species composition in most of these vegetation types (with the exception of most sagebrush shrublands whose sagebrush species do not resprout following fire). Low-intensity fire may not change the vegetation to an earlier seral stage or change the species composition in most of those vegetation types. Fire, which can spread into the mountain grassland type from adjacent, high fire-frequency ponderosa pine and mixed-conifer forests (Romme et al. 1998), may reduce litter, recycle nutrients to the soil, stimulate new herbaceous growth, and restrict woody plant establishment (McPherson 1995).

Additional impacts to vegetation types, as well as to Sensitive Species and Highlight Species, related to fire may include those associated with fire-suppression efforts (including the creation of firelines, trails, roads, and camps that remove vegetation and expose mineral soils). Such activities may result in localized soil erosion and compaction, and may increase invasive plant species. Stabilization and rehabilitation efforts designed to protect and sustain plants and ecosystems, and restore them to pre-burn conditions, may include seeding, ripping, water-barring, and the installation of erosion-control devices. These efforts may result in short-term impacts to soils and plants. Design criteria described in the DLMP/DEIS would be implemented in order to minimize these impacts. Fire suppression resulting in fire exclusion has resulted in, and could continue to result in, changes to natural fire frequencies. This may especially be the case in the ponderosa pine and warm-dry mixed-conifer types (whose fire frequencies are relatively short). Impacts associated with fire exclusion may alter an ecosystem's structure and species diversity (as described in the Affected Environment section for the ponderosa pine and warm-dry mixed-conifer forest types).

Relative to their surroundings, and to the associated vegetation types, many native plants have evolved under specific fire regimes. Therefore, fire may be important in sustaining some of these species. Fire may help meet vegetative desired conditions and objectives.

***DLMP/DEIS Alternatives***: The impacts described above may occur under all of the alternatives. The impacts to vegetation types and plant species from fire may be similar under all of the alternatives. This is because the number of acres proposed for treatment would be similar under all of the alternatives.

### Impacts Related to Mechanical Fuels Treatments

Mechanical fuels treatments would primarily occur in the warm-dry mixed-conifer and ponderosa pine forest types, the pinyon-juniper woodland type, and the mountain shrubland types. The impacts resulting from mastication and thinning methods may include cutting trees and shrubs, which, in turn, may change the forest structure of the treated vegetation by creating openings in the forest canopy. Species composition changes may be minor. Small trees with a dbh of 9 inches or less would be targeted for removal. In order to achieve fuels reduction objectives, the post treatment structure of some stands may be outside the HRV for the vegetation type associated with those stands.

Equipment used for mechanical fuels treatments may disturb the ground surface (this is because they can crush, uproot, and cause mortality to herbs). However, these treatments are not expected to change the current understory composition of the vegetation types in which the treatments occur. Gambel oak would quickly sprout in the newly created openings in all of the vegetation types previously mentioned, if it is present before the cutting. Not all shrubs would be cut, allowing for diversity in shrub size and age. Mastication treatments that crush and grind up trees and shrubs into small chips and spread it out on site would create a deep wood chip layer on the ground surface that may adversely impact herbaceous growth.

BLM_0030342

Mechanical fuels treatments in ponderosa pine and warm-dry mixed-conifer forests would open up the canopy cover of those forests. This may help meet desired conditions for more of these forests to display open canopies. Mechanical fuels treatments may impact Sensitive Species and Highlight Species within the planning area due to habitat modification and to the direct mortality of individual plants (from the equipment used for mastication and thinning of trees and shrubs). Mastication treatments that crush and grind up trees and shrubs into small chips and spread it over a site would create a deep wood chip layer on the ground surface that may impact herbaceous growth (including the growth of Sensitive Species and Highlight Species, if present). Project design would avoid, or minimize, impacts to known species and their habitat; therefore, there may be negligible impacts to Sensitive Species, Highlight Species, and/or to their habitat.

***DLMP/DEIS Alternatives***: The impacts described above may occur under all of the alternatives. Impacts to vegetation types and plant species from mechanical fuels treatments, as described above, may be similar under all of the alternatives. This is because the numbers of acres proposed for treatment would be similar under all of the alternatives.

### Impacts Related to Recreation

Recreational uses that impact vegetation types may include off-road motor vehicles, camping, hiking, mountain biking, horseback riding, as well as those associated with ski areas. These uses may disturb the ground surface, which, in turn, may crush, uproot, and cause mortality to native plants and destroy their habitat. Generally, however, they may result in minor impacts to the vegetation type that they are associated with because these activities occur on only a small percentage of the planning area.

Recreational uses may impact Sensitive Species and Highlight Species within the planning area due to direct mortality or habitat modification (because of trampling or related to the construction of trails, campgrounds, and/or facilities). Project design and design criteria that would avoid, or minimize, impacts to known species or their habitat within a new recreation project area would be implemented; therefore, there may be negligible impacts to Sensitive Species and Highlight Species and/or to their habitat.

***DLMP/DEIS Alternatives***: The impacts described above may occur under all of the alternatives. Impacts to vegetation types and plant species from recreation may be similar under all of the alternatives. This is because the number of acres proposed for treatment would be similar under all of the alternatives.

### Impacts Related to Solid Minerals Development and Utility Corridors

Solid minerals development activities, and the creation of utility corridors, may disturb the ground surface. This would be due to the equipment operation involved in these activities, which may, in turn, crush, uproot, and cause mortality to native plants and destroy their habitat. These impacts may be minor, because these activities would occur on only a small percentage of the planning area.

Solid minerals development, and utility corridor activities, may result in the mortality of Sensitive Species and Highlight Species (and destroy their habitat). Project design would avoid, or minimize, impacts to known species and/or to their habitat; therefore,  there may be few, if any, negligible impacts to these species and/or to their habitat.

***DLMP/DEIS Alternatives***: The impacts described above may occur under all of the alternatives. The impacts to vegetation types and plant species from solid minerals development and utility corridors may be similar under all of the alternatives. This is because the number of acres proposed for treatment would be similar under all of the alternatives.

BLM_0030343

## CUMULATIVE IMPACTS

Over the next 20 years, natural ecological processes (including fire, insects, and succession) may have the greatest influence on the ecosystems and general ecology within the planning area. Wildfire, such as the Missionary Ridge Wildfire of 2002, can quickly change the composition, structure, and function of ecosystems on thousands of acres. Insect epidemics, such as the ips beetle that recently killed many of the pinyon-pine trees within the planning area, may likewise result in major impacts. The relatively slow, but steady, changes of natural succession are less dramatic, but vast acres of the aspen forest type within the planning area are slowly succeeding to coniferous forests.

Historic timber harvesting activities have affected ((impacted) the composition and structure of a relatively small percentage of the forest vegetation types within the planning area. In some landscapes where extensive harvesting has occurred, the composition and structure of the vegetation types, and the resulting landscape patterns, have changed, especially where clear-cuts have occurred. Harvesting in the ponderosa pine and warm-dry mixed-conifer forests have eliminated many of the large old ponderosa pine and Douglas-fir trees, which, in turn, has resulted in a current lack of old-growth stands in those forest types. Clear-cuts in higher-elevation spruce-fir forests resulted in a lack of regeneration on some sites for decades. However, most of those sites are now restocked with trees. Foreseeable future timber harvests may occur. However, their extent over the next 20 years may be minor, relative to the almost 2.5 million acres within the planning area. The impacts related to harvesting may result in minor impacts to the composition, structure, and function of the vegetation types treated, as well as to the overall ecosystem diversity within the planning area.

Historic impacts related to mechanical fuels treatments have primarily occurred in the ponderosa pine forest and in the pinyon-juniper woodland types (where trees and shrubs were thinned and canopy covers were opened up). Treatments on some pinyon-juniper sites did not mimic the natural ecological processes that occurred in these woodlands during the reference period, and moved them outside the HRV for stand structure. Foreseeable future mechanical fuels treatments may occur, and may impact the composition, structure, and function of pinyon-juniper woodlands (including old-growth sites, as these ecosystems would be targeted for treatments).

Historic impacts related to oil and gas development primarily occurred in sagebrush shrublands, semi-desert grasslands, semi-desert shrublands, pinyon-juniper woodlands, and ponderosa pine forests. These adverse impacts included the complete removal of vegetation from well pads and roads, which, in turn, resulted in the mortality of native plant species and the loss of their habitat. This completely changed the composition and structure of the cleared sites, which will remain devoid of vegetation for the 25- to 30-year life of the wells. Foreseeable future oil and gas development may occur, and may adversely impact the vegetation types (as described above). This development may adversely impact old-growth ponderosa pine forests (which are rare in the planning area).

Historic impacts related to fire management primarily occurred in ponderosa pine forests, and were mostly associated with low-intensity management-ignited fires that burned on the ground surface (and, thus, had little impact on the composition and structure of those forests). Within the planning area, high-intensity WFU has only occurred to a limited extent, and has not had a major impact on vegetation types. Foreseeable future fire management activities may occur, and may continue to be focused on low-intensity management-ignited fire m ponderosa pine forests, which may, in turn, result in minor impacts to those forests and to the landscapes in which they occur. WFU may also occur in the future. However, it would occur only to a limited extent. Therefore, it may result in minor impacts to the vegetation types within the planning area.

BLM_0030344

Adverse impacts related to livestock grazing began around the turn of the century, as livestock grazed, and overgrazed, rangelands. This resulted in changes to plants and soils on many lands. The greatest impacts occurred to the mountain grassland, semi-desert grassland, sagebrush shrubland, semi-desert shrubland, ponderosa pine forest, pinyon-juniper woodland, and riparian area and wetland ecosystem vegetation types. Historic impacts related to livestock grazing included a decrease in the abundance and distribution of native bunchgrasses (including Arizona fescue and Thurber fescue) and willows within the planning area. These impacts, described above, are still present in many places. Livestock grazing may continue into the foreseeable future within the planning area; therefore, additional adverse impacts to vegetation types, as well as to their associated plants and soils, may occur.

Historic impacts related to recreation, solid minerals development, and utility corridors were localized and relatively small in extent. However, many of these impacts are still present . Foreseeable future impacts to vegetation types resulting from those activities are expected. However, they are expected to be minor in extent, and may result in minor impacts to the vegetation types within the planning area.

Past management activities have resulted in negligible impacts to Sensitive Species and Highlight Species. Foreseeable future management activities within the planning area are likely to continue to have negligible impacts on Sensitive Species and Highlight Species. This is because these species, and their habitats, would be avoided, whenever possible. There may be no adverse cumulative impacts to Sensitive Species and Highlight Species within the planning area.

The attainment of desired conditions, and the implementation of design criteria described in the DLMP/DEIS, may help minimize the impacts associated with all of the activities addressed above.

BLM_0030345

SPECIAL BIOLOGICAL DIVERSITY FEATURES

## INTRODUCTION

Biological diversity is defined as the full variety of life in an area including the ecosystems, plant and animal communities, species and genes, and the processes through which individual organisms interact with one another and with their environment (USDA Forest Service 1991). More simply it is defined as the variety of life and its processes (Keystone Report 1991). Special biological diversity features on SJPL include old growth forests, fens, Arizona fescue mountain grasslands, hanging gardens, critically imperiled species and communities, and unroaded lands.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- ***The National Forest Management Act of 1976***: This act states that forest plans must "provide for the diversity of plant and animal communities."

- ***The National Environmental Policy Act of 1969***: This act promotes efforts designed to prevent or eliminate damage to the environment and biosphere, and enrich the understanding of the ecological systems and natural resources important to the nation.

- ***The Endangered Species Act of 1973***: This act authorizes the determination and listing of species as endangered and threatened. Section 7 of the Endangered Species Act requires Federal agencies to ensure that any action authorized, funded, or carried out by them is not likely to jeopardize the continued existence of listed species, or to modify their critical habitat.

### REGULATIONS AND POLICIES

- ***BLM Manual 6840***: This manual states that the "BLM should seek opportunities to conserve and improve special-status species and habitats for native animals and wildlife in the development of land use plans."

BLM_0030346

## AFFECTED ENVIRONMENT

### EXISTING CONDITIONS AND TRENDS

#### Old-Growth Forests

Old-growth forests are unique ecosystems that are important components of biological diversity (Kaufmann et al. 1992; Mehl 1992). Biological values of old-growth forests include habitat for a variety of animal and plant species, pools of genetic resources, and long-term biological records of climate (Kaufmann et al. 1992). The formation of old-growth forests is slow; therefore, these ecosystems are essentially irreplaceable in this lifetime. Due to their rarity, old-growth ponderosa pine forests have particular biological diversity significance within the planning area (these forests have been extensively harvested in the past). Old individual trees that are not identified as part of an old-growth stand also have special biological diversity values associated with their genetics, their seed-producing capabilities, and their future as snags. (Old-growth forests within the planning area are described predominantly by Mehl (1992). See Appendix R, Volume III, for old-growth attributes). Currently, old-growth ponderosa pine, warm-dry mixed-conifer, and cool-moist mixed-conifer forests within the planning area are underrepresented when compared to the historic range of variability (HRV) conditions. This is especially the case for ponderosa pine forests, which account for only 2.7% of the total ponderosa pine type. Barring major disturbance events, all forest types will naturally succeed into older development stages, including the old-growth stage.

#### Fens

Fens, uncommon in the lower latitudes of the continental U.S., are relict (surviving remnants) wetlands from the last glaciation that have unique characteristics found nowhere else within the landscape. Fens occupy only a small percentage of land in the southern Rocky Mountains; however, they are an important element of biological diversity. They often support globally rare plants, bryophytes, lichens, invertebrates, and unique species assemblages (Cooper 1994; Cooper 1996). Within the planning area, fens have special biological diversity characteristics due to their rarity, unique hydrology, rare plant species, and organic soils (histosols). The formation of fens is slow; therefore, these ecosystems are essentially irreplaceable. Noteworthy fens within the planning area include the Chattanooga Iron Fen, the Cement Creek Iron Fen, the Burro Bridge Iron Fen, the South Mineral Creek Fen, the Harris Lake Fen, and the Grindstone Fen.

Currently, most fens located within the planning area display relatively unaltered conditions; however, some have been affected (impacted) by management activities, especially in relation to the construction and maintenance of roads. Future impacts to fens from management activities are projected to be minor.

#### Arizona Fescue Mountain Grasslands

Mountain grasslands are described as sensitive plant communities in the Rocky Mountain Region of the USFS. This is due to their limited extent, and to the fact that they have been heavily impacted by livestock grazing and land development (Mullen 1992). Since the time of the reference period, livestock grazing has significantly altered the composition, structure, and function of some mountain grasslands within the planning area. This is especially the case for the Arizona fescue type, which has been converted to a Kentucky bluegrass type in many places as a result of the extirpation of Arizona fescue (Romme et al. 2006). Arizona fescue mountain grasslands, where the ecological integrity in still intact, have special biological diversity significance within the planning area due to their rarity (as well as to the fact that cattle tend to spend a disproportionate amount of their time in this vegetation type foraging on the highly palatable Arizona fescue bunchgrass). The attainment of desired conditions, as well as the implementation of design criteria described in the DLMP/DEIS and in allotment management plans may help to minimize adverse impacts to these ecosystems.

BLM_0030347

**Hanging Gardens**

Within the planning area, hanging gardens are small communities found in the sandstone outcrops on the sideslopes of the Dolores River Canyon. These highly localized environments have perennial water sources (seeps) that form pocketed wetlands, which, in turn, allow for the draping of vegetation across wet cliff faces. Most hanging gardens are dominated by herbaceous plants; some are endemic to this region (including Adiantum capillus-veneris, Mimulus eastwoodiae, and Erigeron kachinensis). Within the planning area, hanging gardens have special biological diversity significance due to their rarity, associated rare plant species, and unique hydrology.

Currently, with regard to their physical environment and to their associated populations of rare plants, the hanging gardens located within the planning area appear to be stable. Future impacts related to management activities are projected to be minor.

**Critically Impaired Species and Communities**

Wild privet shrublands and Boxelder/River Birch woodlands are G1 plant communities that occur in riparian areas and wetlands ecosystems within the planning area. Gypsum Valley cat-eye, double bladderpod, Pagosa skyrocket, Colorado stickseed, and gypsum rim-lichen (Lecanora gypsicola) are G1 species that also occur within the planning area. These species and communities have special biological diversity significance because they are critically imperiled throughout their range and are extremely rare (often known as five or fewer extant occurrences or very few remaining individuals).

Currently, the critically imperiled species and communities located within the planning area appear to have stable populations. Future impacts from management activities are projected to be minor.

**Unroaded Lands**

Within the planning area, unroaded lands are places with special biological diversity significance. This is because they contain large acres of relatively unaltered ecosystems where natural disturbance processes are allowed to proceed with minimal human interference. In addition, they provide habitat for wide-ranging species and linkages that facilitate species movements and gene flow (Dobson et al. 1999). Unroaded lands act as reserves that protect the ecosystems, as well as the full range of biological diversity found within them. They may also provide suitable habitat for restoring missing predator species (including the wolverine and wolf). Unroaded lands within the planning area include Wilderness Areas, WSAs, RNAs, IRAs, and Semi-Primitive Non-Motorized (ROS) recreation areas.

BLM_0030348

## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

The impacts described below may occur in the future if, and when, specific projects are identified and implemented. In relation to expected impacts, it is assumed that the direction and design criteria described in the DLMP/DEIS, as well as the stipulations for oil and gas activity, would be followed and implemented. Under all of the alternatives, design criteria (environmental protection measures) would be applied at the project level in order to protect resources.

### Impacts Related to Old-Growth Forests

Within the planning area, adverse impacts to old-growth forests from management activities may include the removal of old-growth attributes (including old trees, snags, and large wood on the forest floor), and may include fragmenting old-growth stands (due to the construction and maintenance of roads, well pads, campgrounds, utility corridors, or fire lines through them). The attainment of desired conditions, and the implementation of design criteria may help to minimize impacts.

*DLMP/DEIS Alternatives*: The impacts described above may result from the implementation of any of the alternatives. The impacts to old-growth forests, as described above, may be similar under all of the alternatives. The No Leasing Scenario would have no ground-disturbing impacts, so it would have no adverse direct or indirect impacts to old-growth forests.

### Impacts Related to Fens

Project design and design criteria that avoid or minimize impacts to fens would be implemented when projects associated with fens occur; therefore, adverse impacts to fens may not occur, may be minor, or may not affect the composition, structure, or function of these ecosystems.

*DLMP/DEIS Alternatives*: The impacts described above may result from the implementation of any of the alternatives. The impacts to fens may be similar under all of the alternatives. The No Leasing Scenario would have no ground-disturbing impacts, so it would have no adverse direct or indirect impacts to fens.

### Impacts Related to Arizona Fescue Mountain Grasslands

Within the planning area, livestock grazing may be the management activity with the greatest potential to adversely impact Arizona fescue mountain grasslands. Potential impacts may include a decrease in the abundance, distribution, and vigor of Arizona fescue and other native plant species, and the trampling of soils and plants. This may decrease the amount of ground cover (vegetation and litter) and increase the amount of bare soil, which, in turn, could lead to soil compaction, run-off, and erosion. Ground disturbance may also result in conditions conducive to the establishment of invasive plant species that can compete with native species, and lead to a reduction in the abundance and distribution of native species. The attainment of desired conditions and the implementation of design criteria (as described in the DLMP/DEIS and in allotment management plans) may help to minimize adverse impacts to these ecosystems.

*DLMP/DEIS Alternatives*: The impacts described above may result from the implementation of any of the alternatives. The impacts to Arizona fescue mountain grasslands may be similar under all of the alternatives. The No Leasing Scenario would have no ground-disturbing impacts, so it would have no adverse direct or indirect impacts to Arizona fescue mountain grasslands.

BLM_0030349

**Impacts Related to Hanging Gardens**
Project design and design criteria that avoid or minimize impacts to hanging gardens would be implemented when projects associated with hanging gardens occur; therefore, adverse impacts may not occur, may be negligible, or may not affect the composition, structure, or function of these ecosystems.

***DLMP/DEIS Alternatives***: The impacts described above may result from the implementation of any of the alternatives. The impacts to hanging gardens may be similar under all of the alternatives. The No Leasing Scenario would have no ground-disturbing impacts, so it would have no adverse direct or indirect impacts to hanging gardens.

**Impacts Related to Critically Imperiled Species and Communities**
Project design and design criteria that avoid or minimize impacts to critically imperiled species and communities would be implemented when projects associated with critically imperiled species and communities occur; therefore, adverse impacts may not occur, or may be negligible.

***DLMP/DEIS Alternatives***: The impacts described above may result from the implementation of any of the alternatives. The impacts to critically imperiled species and communities may be similar under all of the alternatives. The No Leasing Scenario would have no ground-disturbing impacts, so it would have no adverse direct or indirect impacts to critically imperiled species and communities.

**Impacts Related to Unroaded Lands**
If unroaded lands are used for management activities (including oil and gas development, timber harvesting, mechanical fuels treatments, fire management, recreation development, utility corridors, and solid minerals development) then they would be subject to the impacts described in the Terrestrial Ecosystems and Plant Species section. These impacts may include those related to the construction of new roads (which would fragment these lands and provide an avenue for the invasion and establishment of invasive plant species). These impacts may also compromise the ability of unroaded lands to act as reserves, unaltered wildlife habitat, linkages that facilitate species movements and gene flow, and harbors of biological diversity.

***DLMP/DEIS Alternatives***: The impacts described above may result from the implementation of any of the alternatives. Alternative C would propose the most unroaded lands; therefore, it may provide the most acres of unaltered ecosystems and the most ecological benefits. Alternative B would propose the next highest amount of unroaded lands, followed by Alternative D. Alternative A would propose the least amount of unroaded lands; therefore, it may provide the least acreage of unaltered ecosystems and the least ecological benefits (as described above). The No Leasing Scenario would have no ground-disturbing impacts, so it would have no adverse direct or indirect impacts to unro The No Leasing Scenario would have no ground-disturbing impacts, so it would have no adverse direct or indirect impacts to added lands.

## INTRODUCTION

Over the past 5 years, the national emphasis on fire and fuels management has increased as a result of large fires, droughts, increasing forest health concerns, and impacts on communities. New policies and laws incorporated in the DLMP/DEIS alternatives would provide direction to manage wildfires more effectively, reduce hazardous fuels (especially in wildland urban interface areas), restore and maintain fire-dependent ecosystems, and promote collaboration with local communities in order to address wildfire-related issues. (The complete text of this analysis is presented in the Analysis of the Management Situation (AMS), which is on file at the SJPLC.)

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- ***The Healthy Forest Initiative and Healthy Forest Restoration Act, August 2002***:  This act directs agencies to improve the condition of public lands, increase firefighter safety, and conserve landscape attributes valued by society.

### REGULATIONS AND POLICIES

- ***Federal Wildland Fire Policy, December 12, 1995***: This provides common policies for wildland fire by the U.S. Departments of Agriculture (USDA) and the U.S. Department of the Interior (USDOI).
- ***The National Fire Plan, August 2000***: This was designed to address five topics: firefighting, rehabilitation, hazardous fuels reduction, community assistance, and accountability.

### DESIGN CRITERIA

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve resources fire and fuels management. Guidelines and design criteria are presented in Part 3 of Volume II of the DLMP/DEIS.

BLM_0030351

## AFFECTED ENVIRONMENT

### EXISTING CONDITIONS AND TRENDS

There is a growing recognition that past land-use practices, combined with the impacts of fire exclusion, can result in heavy accumulations of dead vegetation and altered fuel arrangements, as well as in changes in vegetative structure and composition. When dead fallen material (including tree boles, tree and shrub branches, leaves, and decaying organic matter) accumulates on the ground, it increases fuel quantity and creates a continuous supply of fuel. When this occurs, surface fires may ignite more quickly, burn with greater intensity, and spread more rapidly and extensively than in the past. On the other hand, uses such as grazing can sometimes reduce fine fuels, precluding periodic surface fires that would typically burn in these areas. Without fire, encroachment of woody species may occur in some savannah and grassland ecosystems.

In contrast, rather than eliminating fire, exclusion efforts (combined with other land use practices) have, in many places, dramatically altered fire regimes (circumstances of fires including frequency, intensity, and spatial extent) so that today's fires tend to be larger and more severe. No longer a matter of slow accumulation of fuels, today's conditions present the likelihood of more rapid, extensive ecological changes beyond any experienced in the past. Addressing these changes, and the challenges they present, requires understanding and acceptance of the role of wildland fire, and the adoption of land management practices that integrate fire as an essential ecosystem process.

While other management techniques (including mechanical removal) may be used in order to reduce heavy fuels, they cannot always replace the ecological role that fire plays. Fire not only reduces the build-up of dead and downed fuel, it performs many other critical ecosystem functions. Fire can recycle nutrients that might otherwise be trapped for long periods of time in the dead organic matter that exists in many environments with slow rates of decay. It can also stimulate the production of nutrients and provide the specific conditions (including seed release, soil, light, and nutrients) that are critical for the reproduction of fire-dependent species.

The planning process for the SJPL considers the historic role of fire as an ecological disturbance agent. This knowledge is used to determine the appropriate use of fire and fire surrogate treatments in order achieve desired conditions on the landscape. Numerous studies, locally as well as across the region, have shown that ponderosa pine forests have missed many fire cycles and are now characterized by dense conditions across the landscape. Reducing fire hazard means thinning the forests and bringing fire back into ponderosa pine forests. In this situation, fuels reduction objectives are in line with restoration objectives. Therefore, in terms of the amount and pattern of thinning and application of fire, prescriptions for fuels reduction projects in ponderosa pine forests would strive to meet restoration objectives.

The opposite situation exists in the pinyon-juniper woodlands, where recent research suggests current dense conditions are typical for pinyon-juniper woodlands, Floyd et al. 2000). Fuels projects designed to mitigate fire hazard in the pinyon-juniper woodlands are driven solely by public safety concerns. Ecological information about pinyon-juniper woodlands favors development of an overall fuels strategy that minimizes adverse impacts to the overall pinyon-juniper landscape while, at the same time, providing protection in the urban interface. The SJPLC fire and fuels management program would use ecological, social, and economic concerns in order to develop future fire and fuels management strategies.

BLM_0030352

**Fire Regimes**

Fire regimes describe the historical ecological role of fire in creating, and maintaining, vegetation communities for a period before Euro-American settlement activities, and before active fire suppression began. Fire regimes, or more generally, disturbance regimes, are a key component of historical range of variability (HRV) characterizations for forest and vegetation types. HRV reference conditions are useful in developing desired future conditions, which, in turn, can be used as guidelines in developing program strategies and designing fuels restoration projects.

This discussion focuses on fire; however, the role of other disturbance agents is also acknowledged. Fire Regime Condition Class (FRCC) is a standardized interagency tool that utilizes the concept of HRV in order to assess a current landscape's departure from historical (natural) conditions (Hann et al. 2003). The fire regime description includes HRV characterizations of the local forest or vegetation type, and their assigned biophysical group (bps), as defined by FRCC protocol. Fire regimes are typically described by fire frequency, intensity, size, and vegetation type (Heinselman 1981; Kilgore 1981; Sando 1978).



BLM_0030353

**Figure 3.8.1 – Fire Regimes**



# San Juan Public Lands
## Assigned Fire Regime*

**Legend**

**fp2_FIRE REGIME**

**FIRE_REGIME**

- <Null>
- I
- II
- III
- IV
- V

*Fire Regime assignments are based on local vegetation type classification.

Vegetation types by fire regime are listed in Table 3.8.,1 based on FRCC definitions (Hann et al. 2003). Existing vegetation types are found in the Vegetation Diversity section of this chapter, which describes current vegetation and the potential natural vegetation community that would develop in the absence of disturbance. However, each existing vegetation type has experienced a characteristic pattern of succession and natural disturbances (including fires and insect outbreaks) that occurred at varying intervals and characteristic intensities. These natural disturbances were key to maintaining a diversity of seral communities and, therefore, a variety of plant and wildlife habitat across the landscape.

**Table 3.8.1 – Historic Fire Regimes for the SJPL Geographic Area**

| FIRE REGIME CLASS | FREQUENCY (FIRE RETURN INTERVAL) | SEVERITY | EXISTING VEGETATION TYPES | ACRES OF SJPL | PERCENTAGE (%) OF SJPL LAND |
|---|---|---|---|---|---|
| I | 0 – 35+ years, frequent | Predominantly low | Ponderosa Pine<br>Warm-Dry Mixed-Conifer | 411,790<br>95,392 | 11<br>3 |
| II | 0 – 35+ years, frequent | Replacement | Mountain Grasslands<br>Semi-desert Shrubland<br>Sagebrush Shrublands | 304,314<br>95,380<br>210,030 | 8<br>3<br>6 |
| III | 35 – 100+ years, less infrequent | Mixed and low | Cool-Moist Mixed-Conifer | 199,412 | 6<br>10 |
| IV | 35 – 100+ years, less infrequent | Replacement | Aspen<br>Mountain Shrubland<br>Sagebrush<br>Pinyon-Juniper Shrubland<br>Semidesert Grassland<br>Semidesert Shrubland<br>Riparian and Wetland | 346,384<br>450,190<br>**<br>**<br>301,538<br>95,380<br>77,964 | 12<br><br><br>8 |
| V | 200+ years | Replacement and other fires occurring within this frequency range | Spruce-fir<br>Pinyon-Juniper Woodland<br>Alpine | 510,220<br>444,147<br>186,494 | 14<br>12<br>5 |

**Condition Class**

The first step of FRCC[1] characterizes HRV conditions for vegetation types. These are the reference conditions used to assess whether or not a landscape (forest type) is outside its HRV. The second step of FRCC is a condition class (CC) assessment of a landscape's degree of departure from its HRV conditions. For the SJPL Geographic Area, the reference period for this analysis spans the Seventeenth Century to the late Nineteenth Century. This period is based on the most reliable span in fire history data. The reference period is the time period when ecosystems, along with their natural disturbance regimes, were still intact and functioning in sustainable landscapes (before Euro-American settlement activities). Tree-ring fire chronologies show the last widespread fire occurred in the 1880s. The year 1890 is a good date to designate the beginnings of fire exclusion (Brown and Wu 2005; Grissino-Mayer et al. 2004; Wu 1999). Current condition departure assessments are based on missed (or increased) fire occurrences, uncharacteristic fire behavior, current species composition, structural stage, age and canopy closure, and fuel accumulations compared to conditions under the historic disturbance regimes.

---

[1]  Fire Regime Condition Class (FRCC) is a standardized interagency tool for assessing a current landscape's departure from historical (natural) conditions (Hann et al. 2003). Historical or reference period is defined as the time period when ecosystems, along with their natural disturbance regimes, were still intact and functioning in sustainable landscapes (before Euro-American settlement activities). Current condition departure assessments are based on fire frequency and intensity, current species composition, structural stage, age and canopy closure, and fuel accumulations compared to conditions under the historic disturbance regimes.

BLM_0030355

Table 3.8.2 defines the three FRCC condition classes. Low departure (CC1) is considered to be within HRV. Moderate departure (CC2) indicates that components of the fire regime (including fire frequency) have been altered, resulting in changes in vegetation and landscape patterns. These areas may require varying levels of management actions before fire can be restored and allowed to play its historical natural role.

**Table 3.8.2 – Fire Regime Condition Class Descriptions**

| CONDITION CLASS | DESCRIPTIONS |
| --- | --- |
| CC1<br>LOW DEPARTURE | Fire regimes are within the historical range and the risk of losing key ecosystem components is low. Vegetation attributes (including species composition and structure) are intact and functioning within their historical range. |
| CC2<br>MODERATE DEPARTURE | Fire regimes have been moderately altered from their historical range. The risk of losing key ecosystem components is moderate. Fire frequencies have departed from the historical frequencies by one or more return intervals (either increased or decreased). This may result in moderate changes to one or more of the following: fire size, intensity and severity, and landscape patterns. Vegetation attributes have been moderately altered from their historical range. |
| CC3<br>HIGH DEPARTURE | Fire regimes have been significantly altered from their historical range. The risk of losing key ecosystem components is high. Fire frequencies have departed from historical frequencies by multiple return intervals. This may result in dramatic changes to one or more of the following: fire size, intensity and severity, and landscape patterns. Vegetation attributes have been significantly altered from their historical range. |



BLM_0030356

**Figure 3.8.2 – Fire Conditions Class**



MAP NOTE: Official FRCC maps are currently in draft form and are not available at this time. FRCC maps will be available after regional biophysical site descriptions are finalized. Therefore, the FRCC maps shown in this DLMP/DEIS were not developed with the nationally standardized FRCC mapping protocols (Hann et al. 2003).

BLM_0030357

High departure (CC3) means that fire regimes and vegetation are significantly altered from historical conditions. Uncharacteristic fire behavior and fire impacts will occur under certain conditions. This would result in vegetation composition and assemblages not known to exist during reference conditions. (Condition class is a calculated number and the protocols are outlined in the FRCC Guidebook, Volume 1.2 (Hann et al. 2003).) However, the SJPL's condition class assigns CC values based on a vegetation polygon's type and fire regime, and would be updated with the new FRCC map.)

Table 3.8.3 shows each major vegetation type by its assigned CC. In general, ecosystems with the longest return fire intervals (including spruce-fir and pinyon-juniper) have not missed fire intervals and, therefore, on a stand level, their structure and species composition is well within estimated HRV conditions. From an ecological perspective, fires can be allowed to burn in these forests under any conditions and will burn with characteristic intensity and with characteristic impacts. Some concerns about landscape structure and mosaic exist and need to be assessed. However, due to the long fire intervals, the landscape is probably still within HRV. Spruce-fir is in CC1 and pinyon-juniper is in CC2. Even though its fire regime and macro woody structure is intact, pinyon-juniper is only considered CC2 because of grazing, chainings, and degraded herbaceous composition. Over time, the current cheatgrass invasion may push pinyon-juniper to CC3. Cheatgrass cover will introduce frequent surface fire to this low frequency-high intensity fire regime, and alter post-fire successional pathways.

Aspen is currently assigned to CC1, but is trending toward CC2. The current distribution and age structure across the landscape is an assemblage within HRV; however, it appears to be on the longer extreme of its HRV. Many stands succeeding to conifer would benefit from burning in order to regenerate the stands. An important question to aspen persistence on the landscape is how long a clone can remain viable after its last stand replacement fire.

Cool-moist mixed-conifer is assigned to CC2 because, although it has missed some fire intervals, its vegetation composition and landscape mosaics are still within HRV (with fires still behaving characteristically and producing characteristic impacts). This is true for the other vegetation types listed in CC2; however, the semi-desert vegetation types and sagebrush types are threatened by cheatgrass and other noxious weeds, and have the same situation described for pinyon-juniper.

**Table 3.8.3 – Fire Regime Condition Class by Existing Vegetation Type**

| CONDITION CLASS (ASSIGNED) | EXISTING VEGETATION TYPE | ACRES OF PUBLIC LANDS | PERCENTAGE (%) OF PUBLIC LANDS |
|:---:|---|:---:|:---:|
| 1 | Spruce-fir<br>Alpine<br>Aspen | 510,220<br>186,494<br>346,384 | 14<br>5<br>10 |
| 2 | Cool-Moist Mixed-Conifer<br>Mountain Grasslands<br>Mountain Shrublands<br>Pinyon-Juniper Woodlands<br>Pinyon-Juniper Shrublands<br>Semidesert Grasslands<br>Semidesert Shrublands<br>Sage Shrublands<br>Ponderosa Pine | 199,412<br>304,314<br>450,190<br>444,147<br>**<br>301,538<br>95,380<br>210,030<br>411,790 | 6<br>8<br>12<br>12<br><br>8<br>3<br>6<br>11 |
| 3 | Warm-Dry Mixed-Conifer | 95,392 | 3 |
| 0 | Riparian and Wetland | 77,964 | 2 |

BLM_0030358

Ponderosa pine and warm-dry mixed-conifer are both frequent surface fire regimes, and have been the most affected by fire suppression, logging, and grazing since Euro-American settlement; therefore, they are assigned to CC3. They have missed numerous fires relative to historic patterns, and as a result their stand structures are overly dense, their understory herbaceous life is degraded, and white-fir is overtaking ponderosa pine in the warm-dry mixed-conifer types. Forest fire regimes have shifted from high frequency-low intensity surface fire to low frequency-high intensity stand replacement fire.

**Fire Hazard**

Fire hazard is directly related to vegetation or fuel conditions (including type of vegetation, age, structure, density, and amount of live and dead material), topography (including slope, aspect, and elevation), and weather conditions (including wind speed and direction, and fuel moisture). These elements all impact fire behavior, as well as the intensity and rate of spread of fires. Fire hazard changes with changing conditions.

Fire hazard for the planning area was modeled for current vegetation conditions (topography is considered to be constant) under the 97th percentile weather conditions. This is based on weather data taken from the Remote Automated Weather Station (RAWS) located throughout the planning area. Data was summarized from 1990 to 2004. Modeled weather conditions included wind gusts of 23 mph, coming from the west and southwest.

**Historic Fire Activity**

Historic fire activity records, from 1980 through 2004, were evaluated for the planning area. Table 3.8.4 summarizes the number of fires, the causes, and the number of acres burned for each year. Figure 3.8.3 displays fire start locations and causes for this same period. Only fires that burned within the planning area are included.

BLM_0030359

**Table 3.8.4 – Fire Activity 1980-2004, SJPL Geographic Area**

| YEAR | LIGHTNING CAUSED | | HUMAN CAUSED | | TOTAL FIRES | |
|------|---------------------|------------------|---------------------|------------------|---------------------|------------------|
| | NUMBER OF FIRES | ACRES BURNED | NUMBER OF FIRES | ACRES BURNED | NUMBER OF FIRES | ACRES BURNED |
| 1980 | 55 | 143 | 13 | 20 | 68 | 163 |
| 1981 | 60 | 41 | 6 | 3 | 66 | 45 |
| 1982 | 31 | 44 | 4 | 0 | 35 | 45 |
| 1983 | 22 | 5 | 10 | 6 | 32 | 11 |
| 1984 | 30 | 13 | 3 | 0 | 33 | 13 |
| 1985 | 47 | 177 | 3 | 1 | 50 | 178 |
| 1986 | 23 | 11 | 4 | 16 | 27 | 27 |
| 1987 | 32 | 831 | 17 | 339 | 49 | 1,169 |
| 1988 | 54 | 87 | 7 | 18 | 61 | 104 |
| 1989 | 127 | 679 | 31 | 165 | 158 | 844 |
| 1990 | 72 | 1,358 | 8 | 8 | 80 | 1,365 |
| 1991 | 49 | 100 | 14 | 99 | 63 | 199 |
| 1992 | 39 | 27 | 13 | 12 | 52 | 40 |
| 1993 | 32 | 13 | 12 | 3 | 44 | 16 |
| 1994 | 163 | 2,079 | 11 | 280 | 174 | 2,359 |
| 1995 | 52 | 376 | 12 | 12 | 64 | 388 |
| 1996 | 159 | 4,662 | 14 | 700 | 173 | 5,362 |
| 1997 | 43 | 73 | 8 | 6 | 51 | 79 |
| 1998 | 64 | 1,776 | 13 | 52 | 77 | 1,829 |
| 1999 | 24 | 9 | 13 | 6 | 37 | 15 |
| 2000 | 181 | 4,854 | 19 | 122 | 200 | 4,975 |
| 2001 | 65 | 780 | 13 | 107 | 78 | 888 |
| 2002 | 119 | 80 | 23 | 74,121 | 142 | 74,202 |
| 2003 | 225 | 4,615 | 6 | 7 | 231 | 4,622 |
| 2004 | 124 | 673 | 14 | 62 | 138 | 734 |
| *GRAND TOTAL* | *1,892* | *23,505* | *291* | *76,167* | *2,183* | *99,672* |
| *% OF TOTAL* | *87%* | *24%* | *13%* | *76%* | *100%* | *100%* |

BLM_0030360

**Figure 3.8.3 – Fire Activity 1980-2004, SJPL Geographic Area**

BLM_0030361



**Prescribed Burns and Fuels Reduction Treatments**

The planning area uses prescribed burns and mechanical treatments in order to achieve multiple objectives, including hazardous and natural fuels reduction, wildlife habitat improvement, ecosystem restoration, and range betterment. Smoke management has always been a challenge for SJPLC managers, especially in the fall when many days of poor smoke dispersion are forecasted by the National Weather Service (NWS). Fire managers work closely with the NWS and the Colorado Department of Public Health and Environment (CDPHE) and use a multitude of methods in order to reduce the amount of smoke in the various airsheds.

On USFS-administered lands, approximately 8,500 to 10,500 acres of hazardous fuels are treated annually, primarily through prescribed burning. Mechanical treatments have occurred only in the last several years, and constitute approximately 30% of the overall fuels program. Since 1974, the USFS has treated approximately 141,000 acres of hazardous fuels, excluding wildfires and WFU.

Since 1999, the BLM has treated approximately 2,000 to 3,000 acres of hazardous fuels annually, primarily by mechanical means (including hydro-mowing and hand-thinning) with small amounts of prescribed burning. Most fuels reduction has occurred within the wildland urban interface (WUI) and CC3 vegetation. Since 1990, the BLM has treated roughly 20,000 acres of hazardous fuels, excluding wildfires and WFU.

**Fire in the Wildland Urban Interface**
For the SJPLC, much of the focus on reducing fire risk is on the WUI areas, where structures and other human development meet or intermingle with undeveloped wildland or vegetative fuels. The identified WUI within the planning area is displayed in Figure 3.8.4. This includes communities-at-risk (as identified in the Federal Register, Volume 66, Number 3, Pages 751-754, January 4, 2001), as well as other private lands where housing density is greater than one structure per 40 acres, buffered by 1.5 miles. The relative risk to all of these WUI areas varies depending upon location, slope, aspect, surrounding vegetation (fuel conditions), and type and density of the development. These risk factors must be considered in developing treatment strategies and priorities for these areas, in cooperation with other local partners (including counties, communities, the Colorado State Forest Service, the NPS, the BIA, and landowners).

Within the planning area, use patterns on private lands in and around the public lands have been changing from what was historically livestock ranching (with little structural development) to subdivided residential areas. This presents a management challenge that is occurring throughout the area encompassed by the public lands. These changes have increased the risk factors associated with fire management in and around these WUI areas.

BLM_0030362