**Mountain Bluebird**

**Impacts Related to Influential Program Areas**
The mountain bluebird is considered well-distributed throughout the planning area, within various habitat types. They are a secondary cavity nester, nesting primarily in suitable cavities in ponderosa pine and aspen. The current information suggests that mountain bluebird populations have increased in Colorado (as well as throughout their entire range). Recent habitat modeling and density-estimate evaluations suggest that the current population of mountain bluebird on the San Juan National Forest has increased by approximately 2.4% over the past 20-year period, and can, therefore be considered stable or slightly increasing.

The identified risk factors for mountain bluebird would involve management activities within and influences to, aspen habitat. Activities that may influence mountain bluebird populations and habitat in aspen include timber management and livestock grazing. Other natural factors (including insects and disease) may also influence the suitability of foraging and nesting trees. Firewood cutting may also be an influence, where aspen is a desired firewood tree.

The Plan revision allows for, but generally does not authorize or implement specific actions. All of the alternatives would provide identical management direction for the mountain bluebird. This direction (including desired conditions, objectives, standards and guidelines and design criteria) would include direction incorporated by reference. This direction would be primarily related to the maintenance of suitable nesting trees (snags), and would be expected to help maintain suitable habitat conditions and well-distributed populations of mountain bluebird throughout the planning area.

**Impacts Related to Timber Management**
Annually, based on the experienced budget level, approximately 400 to 600 acres (depending up on the alternative) may be managed for timber in aspen habitat within the 10- to 15-year implementation-life of the LMP on National Forest lands. Primarily, these timber treatments would involve clear-cut silvicultural prescriptions. Clear-cut prescriptions are commonly used in aspen stands, and are generally beneficial to regenerating older diseased stands. However, clear-cut harvests may also influence cavity-nesting bird species. This is because of influences on the snag component. All of the alternatives would likely result in site-specific impacts on mountain bluebird nest trees. However, on National Forest System lands within the planning area, approximately 300,000 acres of aspen occurs, and the minimal amount of treated is expected to result in negligible influences on mountain bluebird populations or habitat.

**Impacts Related to Livestock Grazing**
Within the planning area, livestock grazing is a widespread program activity in suitable rangelands, with approximately 115,242 cattle and 11,437 sheep AUMs occurring on the USFS-administered lands. Most sheep grazing occurs in high-elevation alpine systems and does not overlap mountain bluebird habitat within aspen. However, cattle grazing may occur in aspen stands, and could, therefore, indirectly impact mountain bluebird habitat. Livestock grazing might result in indirect impacts to mountain bluebird if the activity influences the regenerative capabilities of the aspen stands, especially after treatment, when the young shoots are growing. Standards, guidelines, and monitoring programs would be in place in order to minimize these impacts, and to correct them if they represent a management problem.

BLM_0030432

## Summary

Some of the actions associated with all of the alternatives may have influences to the mountain bluebird and/or its habitat. However, the projected outputs under all of the alternatives would conform to the provisions described in the DLMP/DEIS. LMP components (including desired conditions, objectives, standards and guidelines, and design criteria) would including mitigation, stipulation, and conservation measures that would provide for viable populations of mountain bluebird. The management actions that may occur in aspen stands will most likely have short- to mid-term impacts on individual mountain bluebirds. However, long-term restoration benefits are expected from the regeneration of selected older stands. No change to the current stable population, foraging, and breeding habitat trends is expected across the Forest under any of the alternatives. Separate site- and project-specific NEPA analysis, including MIS analysis, would occur as projects are proposed for implementation.

## Cumulative Impacts Related to Influential Program Areas on Management Indicator Species (MIS)

Actions taken to implement any of the alternatives, along with historic, current, and foreseeable future activities undertaken by the SJNF or other entities, may result in combined or cumulative impacts to the MIS selected by the SJPLC. However, all alternatives would be limited by LMP components designed, in part to compensate for the potential impacts to lands under ownerships, and are intended to provide a high assurance of maintaining well-distributed sustaining populations of all native and desired non-native wildlife species. LMP components that address MIS and wildlife diversity are also founded in law, federal regulation, and policy that allows for periodic reviews and adjustments of the LMP, as needed, (and as new information becomes available).

Currently, the human population on and around the planning area is projected to grow exponentially. This trend in human growth, and the associated demands for goods and services across all land ownerships, may be one of the largest challenges to maintaining the integrity of wildlife habitats and populations in southwestern Colorado. For spruce-fir associated species, such as the American marten, cumulative impacts associated with other land ownerships may include increased habitat fragmentation (due to highway infrastructure improvements and increased traffic volume). Increased development around ski areas, as well as expanding recreational pursuits, may also influence MIS species. However, the majority of spruce-fir forest occurs on public lands, including within backcountry and Wilderness that is expected to provide large expanses of intact high-quality habitat for these species. Expanses of summer range for elk are also expected to remain available in the spruce-fir and mixed-conifer forests within the planning area.

For MIS associated with ponderosa pine (including Abert's squirrel), much of the existing suitable habitat occurs on public lands. This is due to past impacts on habitats under other land ownerships. Potential cumulative impacts to these species are expected to be minimized by an increased focus on restoration activities within ponderosa pine systems that should provide increased suitable habitat. Aspen-associated species (including the mountain bluebird) may also find improved habitat conditions in the future for these reasons. In relation to elk, human population pressures, and associated residential development, would place additional pressures on the public lands to supply high-quality undisturbed winter habitat. However, LMP components have been developed through consideration of these facts and influences, and it is anticipated that all cumulative impacts may be minimized by working collaboratively with the CDOW and other landowners. Therefore, no alternative is expected to result in cumulative impacts to any MIS that uses the planning area. Mechanisms are in place to monitor and use adaptive management principles in order to help alleviate any unanticipated impacts that need to be addressed singularly or cumulatively.

BLM_0030433

## INTRODUCTION

In the planning area, invasive species (i.e., noxious weeds) are currently managed using an invasive species action plan. The plan lists prevention practices, early detection and rapid response strategies, priority inventory and treatment areas, and covers a 3-year timeframe. All resource areas participate in invasive species management.

Invasive species move across jurisdictional boundaries and property lines; therefore DLMP/DEIS alternative implementation would involve close coordination and partnerships with local, State, Native American tribal, and other Federal agencies, as well as with interested organizations and individuals.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- *Granger-Thye Act of 1950 Section 12(4)*: This act authorizes the USFS to spend grazing fee receipts on noxious weed-control activities.

- *Federal Land Policy and Management Act of 1976*: This is the BLM's "Organic Act." The act formally established the multiple-use mission of the agency. Pertinent sections of the act relating to rangeland management can be found in Sections 102, 201, 202, 302-304, 307, 309, 310, and 401-403. Various sections of the act also pertain to USFS management.

- *Carson-Foley Act of 1968*: This act prescribes coordinated noxious-weed management activities on Federal lands between States and Federal agencies.

- *Federal Noxious Weed Act of 1974, Section 9*: This act authorizes the  USFS and the BLM to cooperate with States and other political entities in order to eradicate, suppress, control, or prevent or retard the spread of any noxious weed.

- *Public Rangelands Improvement Act of 1978*: This act directs the USFS and the BLM to manage, maintain, and improve the condition of public lands so that they become as productive as feasible.

- *Plant Protection Act of 2000*: This act provides the authority to the Secretary of Agriculture to regulate and control the spread of noxious-weed materials for interstate commerce.

- *Healthy Forests Restoration Act of 2003*: This act directs the USFS and the BLM to conduct hazardous fuels-reduction projects on USFS lands and BLM lands. The aim is to protect communities, watersheds, and certain other at-risk lands from catastrophic wildfire; to enhance efforts to protect watersheds and address threats to forest and rangeland health (including catastrophic wildfire) across the landscape; and for other purposes.

- *Wilderness Act of September 3, 1964, Section 2(c)*: This act describes Wilderness as a place that is protected in order to preserve its natural conditions.

- *Colorado Noxious Weed Act of 2003 (Title 35 Article 5.5)*:  The act provides direction on noxious-weed management on lands within the State of Colorado.

BLM_0030434

- *Federal Insecticide, Fungicide, and Rodenticide Act of 1972*: This is the authority for the registration, distribution, and sale of pesticides, and is administered by the Environmental Protection Agency (EPA) and State environmental agencies.

- *Cooperative Forestry Assistance Act of 1978, as amended*: This is the authority for assisting and advising States and private landowners in the use of pesticides.

- *Resource Conservation and Recovery Act of 1976*: This regulates the disposal of toxic wastes, including the disposal of unused herbicides.

- *Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended*: In brief, this law addresses the clean-up of hazardous wastes.

## EXECUTIVE ORDERS

- *Executive Order 13112*: This EO directs Federal agencies to prevent the introduction of invasive species and to provide for their control, as well as to minimize the economic, ecological, and human health impacts that invasive species cause.

## REGULATIONS AND POLICIES

- *Management and Control of Noxious Plants on the San Juan/Rio Grande National Forests, Decision Notice and FONSI 1996*:  Based on an environmental analysis, this directs the Forest Supervisor to select an integrated management approach in order to manage noxious weeds on the national forests.

- *Vegetation Treatment on BLM lands in the 13 Western States (FEIS 1991)*: This provides national direction for vegetation management on public lands. The document also analyzes pesticide uses and prescribes approved pesticides that can be used on public lands.

- *Weeds-Revised Integrated Weed Management in the San Juan Field Office (CO-038-99-05)*:  This environmental assessment (EA) recommends an integrated approach to noxious-weed management on BLM -administered lands.

- *FSM 2080*: This directs the USFS to integrate a management approach of managing noxious weeds.

- *BLM Manual 9015*: This  directs the BLM to integrate a management approach for managing noxious weeds.

- *State Noxious Weed List (8 CCR 1203-10)*: The Colorado noxious-weed list can be found at "Rules Pertaining to the Administration and Enforcement of the Colorado Noxious Weed Act."

BLM_0030435

## AFFECTED ENVIRONMENT

**Existing Conditions and Trends**

A species is considered invasive if it is non-native to the ecosystem under consideration, and its introduction causes, or is likely to cause, economic or environmental harm or harm to human health (EO 13112). Weeds are legally designated as noxious by the Secretaries of Interior or Agriculture or by States Department of Agriculture. These noxious species usually result in significant crop damage, threaten livestock or human heath, and/or are particularly aggressive and difficult to manage.

The Colorado Department of Agriculture has three noxious weed designations: Class A (which are those weeds targeted for eradication within the State); Class B (which are those weeds that are to be managed for containment); and Class C (which are those weeds where optional, more intensive management can be undertaken by local organizations, such as by counties). There are 18 Class A, 39 Class B, and 14 Class C noxious weed species, for a total of 71 noxious weed species.

The SJPLC has formal cooperative agreements with five of seven counties to treat, monitor, and inventory noxious weeds. In addition, SJPLC has partnerships with other local entities (including the Dolores River Tamarisk Action Group) to support tamarisk management.

Noxious weeds within the Weminuche, Lizard Head, and South San Juan Wilderness Areas are managed using an integrated approach. In 2004, the Regional Forester, Rocky Mountain Region, approved and extended a 2001 decision that included the limited use of herbicides in order to spot treat infestations of Canada thistle, yellow toadflax, musk thistle, and houndstongue. The related analysis also recommended continuing inventory and monitoring efforts in Wilderness Areas.

Table 3.11.1 displays noxious weed species and the State classification on SJPLC-administered lands.

BLM_0030436

**Table 3.11.1 – Noxious Weed Inventory on Lands Administered by SJPLC\***

| NOXIOUS WEED SPECIES | USFS | BLM | TOTAL (USFS-BLM) | CANYONS OF THE ANCIENTS (MONUMENT) | TOTAL (USFS-BLM-MONUMENT) |
|---|---|---|---|---|---|
| Canada thistle | 30,800 | 178 | 30,978 | 283 | 31,261 |
| Musk thistle | 11,531 | 859 | 12,390 | 268 | 12,658 |
| Russian knapweed | 983 | 1,866 | 2,849 | 709 | 3,558 |
| Houndstongue | 3,071 | <1 | 3,071 | 0 | 3,071 |
| Yellow toadflax | 1,152 | <1 | 1,152 | 0 | 1,152 |
| Downy brome | 0 | 462 | 462 | 0 | 462 |
| Oxeye daisy | 652 | 0 | 652 | 0 | 652 |
| Salt cedar | <1 | 87 | 87 | 545 | 632 |
| Leafy spurge | 237 | 0 | 237 | 0 | 237 |
| Hoary cress | 157 | 49 | 206 | 3 | 209 |
| Spotted knapweed | 184 | 3 | 187 | 0 | 187 |
| Dalmatian toadflax | 3 | 14 | 17 | 79 | 96 |
| Russian thistle | 0 | 0 | 0 | 91 | 91 |
| Mountain tarweed | 76 | 0 | 76 | 0 | 76 |
| Bull thistle | 80 | 4 | 84 | 0 | 84 |
| Chicory | 66 | 0 | 66 | 0 | 66 |
| Halogeton | 0 | 12 | 12 | 0 | 12 |
| Perennial pepperweed | 0 | 0 | 0 | 9 | 9 |
| Jointed goatgrass | 0 | 1 | 1 | 0 | 1 |
| Common mullein | 7 | 0 | 7 | 0 | 7 |
| Sulphur Cinquefoil | <1 | 0 | <1 | 0 | <1 |
| Diffuse knapweed | <1 | 0 | <1 | 0 | <1 |
| Scotch thistle | <1 | 0 | <1 | 0 | <1 |
| Corn/Scentless chamomile | <1 | 0 | <1 | 0 | <1 |
| Unknown | <1 | 49 | 49 | <1 | 49 |
| *TOTALS* | **48,999** | **3,584** | **52,583** | **1,987** | **54,570** |

\* Data from 2000-2007. Other locations may be on maps or aerial photos, but have not been ground verified to be included in this inventory.

BLM_0030437

Table 3.11.2 displays potential invaders that are on a "watch list." The intent is to eradicate these species, if found on public lands.

**Table 3.11.2 – Potential Noxious Weed Invaders on Lands Administered by SJPLC**

| SPECIES | COMMENTS |
|---|---|
| Dyers woad | Approximately 1 acre. Found along Highway 491, 1 mile west of Dove Creek. List A noxious weed species. |
| Camelthorn | Found in SE San Juan County, UT in the Montezuma Creek area. List A noxious weed species. |
| Yellow starthistle | Approximately 20 acres. Found in Mesa and Montrose Counties. List A noxious weed species. |
| African rue | Acreage greater than 50 acres. Found in the Farmington, NM area. List A noxious weed species. |
| Squarrose knapweed | List A species. Found in Utah. |
| Orange hawkweed | Found in NE Colorado. List A species. |
| Purple loosestrife | Found along San Miguel River. List A species. |
| Medusahead | Weed found in NV and UT. List A species. |
| Bouncing bet | List C species. Found on private lands in Archuleta County, C.R. 250 – East Animas Rd. and around utility boxes. |
| Giant salvinia | List A species.; aquatic weed. |
| Hydrilla | List A species; aquatic weed. |
| Eurasian watermilfoil | List B species; aquatic weed. |

As part of an Invasive Species Action Plan, the SJPLC has developed a treatment priority list covering the next 3 years. This plan would be updated and reviewed every 3 years. Table 3.11.3 displays these priority species.

BLM_0030438

**Table 3.11.3 – Priority Noxious Weed Species Scheduled for Treatment Through 2007**

| SPECIES | Management Objective | Colorado Noxious Weed List Status | Comments |
|---|---|---|---|
| Scentless chamomile | Eradication | List B - Containment | Less than 1 acre. Found on the Columbine office in the vicinity of the U.S. Highway 550/Elbert Creek intersection, within the Missionary Ridge Wildfire, and the Pine River Trailhead. Found on Four Mile Road, Echo Canyon Road, Blanco Basin, and Price Lakes in the Pagosa area. |
| Dames Rocket | Containment | | Less than 1 acre. Contained on private lands around Vallecito Lake. |
| Dalmatian toadflax | Eradication | List B - Containment | Approximately 240 acres. Good candidate for biological control. Eradication is reasonable as the pest has only been found in isolated areas near Dolores. |
| Houndstongue | Containment (Columbine, Pagosa) Eradication (Dolores) | List B - Containment | Approximately 3,132 acres. Found along the old railroad grade, and associated meadows, on the railroad and La Plata allotments west of the Dolores office. Contain the infestation east of Cherry Creek and eradicate it west of Cherry Creek on the Dolores unit. Contain the infestation within the Piedra area above the Piedra Road Bridge, and within the Piedra River drainage below the Piedra Road Bridge on the Pagosa unit. |
| Russian knapweed | Containment (Dolores) Eradication (Pagosa) | List B - Containment | Approximately 7,685 acres. Eradicate infestations located in the Lower Valle Seco, First Fork Trailhead, and Horse Creek on the Pagosa unit. Contain on BLM and the Monument. |
| Spotted knapweed | Eradication | List B - Containment | Approximately 167 acres. Refer to part 4.7.4 of the State Noxious Weed Act for specific spotted knapweed management requirements. This pest should be targeted for eradication outside of specific portions of La Plata County (see part 4.7.6 exhibit 8). Found in isolated locations within the Missionary Ridge Wildfire, Bear Creek (Columbine RD) McPhee campground, Dolores office site, House Creek CG, McPhee Park,, Gordon Creek Gravel Pit, Devil Mtn. Res., Newtjack Rd., and along the WAPA ROWs. |
| Leafy spurge | Eradication | List B - Containment | Approximately 281 acres. Eradication is a reasonable goal for the small infestations located on the Dolores office, and those infestations located in Martinez Canyon and Newtjack and Piedra roads on the Pagosa unit. |
| Oxeye daisy | Eradication | List B - Containment | Approximately 620 acres. Containment roadside ROWs, in order to reduce the chance of invasion into native systems. |
| Hoary cress | Containment | List B - Containment | Approximately 231 acres. Containment within roadside ROWs in order to reduce the chance of invasion into native systems. |
| Tamarisk | Containment (BLM, Monument) Eradication (USFS) | List B - Containment | Approximately 1,041 acres. Refer to part 4.7.5 of the State Noxious Weed Act for specific tamarisk management requirements. Yellow Jacket Canyon is a priority treatment area on the Monument. |
| Yellow toadflax | Containment | List B - Containment | Approximately 1,182 acres. Potential candidate for biological control. Species should be targeted for eradication in Scotch Creek, Cherry Creek, and Box Canyon Reservoir areas on the Dolores office. |
| Puncturevine | Eradication | List C - Optional Management | Approximately 5 acres. Eradicate in Deep Canyon and Kenny Flats Road on the Pagosa Road. |
| Diffuse knapweed | Eradication | List B - Containment | Approximately 1 acre. Found at McPhee boat ramp parking lot. Also found at the intersection of Highway 160 and Mesa Verde N.P. entrance, and in isolated spots along Highway 145 between Cortez and Dolores. |
| Scotch thistle | Eradication | List B - Containment | Approximately 1 acre. This weed is almost naturalized along the Animas River. |
| Musk thistle | Containment | List B - Containment | Annually treat priority areas. |
| Bull thistle | Containment | List B - Containment | Annually treat priority areas. |
| Canada thistle | Containment | List B - Containment | Annually treat priority areas. |
| Black henbane | Eradication | List B - Containment | Approximately 1 acre. Mud Springs, Haflin Creek allotment. Refer to part 4.7.6 of the State Noxious Weed Act for specific management requirements. |
| Downy brome or cheatgrass | Containment | List C - Optional Management | Treat high priority areas as needed. Benefiting function should help fund project. |
| Chinese Clematis | Eradication | List B - Containment | Approximately 10 acres. Found along Highway 550 about 10 miles north of Durango. |

BLM_0030439

The 1985 BLM San Juan/San Miguel RMP does not address the issue of invasive species. The current USFS land and resource management plan provides the following invasive species guidance as shown under general forest direction (P. III-34):

- Treat noxious weeds in the following priority:

- Leafy spurge, and Russian and spotted knapweed.

- Invasion of new plant species classified as noxious farm weeds.

- Infestations in new areas.

- Expansion of existing infestations of Canada and musk thistle, and other noxious farm weeds.

- Reduce acreage of current infestations.

This direction has generally been followed; however, it is important to note that at the time both plans were written, invasive species management (i.e., noxious weed management) was believed to be primarily a range management problem.

New trends and needs have emerged, including:

- **The Missionary Ridge Wildfire of 2002**: This fire burned approximately 70,000 acres. The resulting noxious-weed population doubled to approximately 6,200 acres. In spite of a 4-year contract to inventory and treat noxious weeds within the fire area, successful long-term management may continue to require large amounts of capital and labor.

- **Hazardous fuels program**:  In spite of increased awareness regarding limiting the spread of noxious weeds in the planning area, ground disturbance may continue to provide a seedbed for new noxious weed infestations.

- **Increased awareness**:  As the result of internal and external outreach and education, noxious-weed impacts have evolved from a range management problem to a community problem. This awareness has produced cooperation between the CDOW and Federal land management agencies, with the goal of restricting the use of uncertified hay on public lands within the State.

- **Integrated pest management**:  Integrated pest management (e.g., cultural, mechanical, chemical, and biological control), as opposed to strictly herbicide treatment, has evolved over time.

- **New noxious weeds**:  New noxious species are poised to invade public lands. These are described in Table 3.11.2 above. There was no analysis and direction regarding these species in the older land and resource management plans.

- **Increased legislative support to manage noxious weeds**: Several new laws, EOs, and initiatives have all resulted in raising awareness about  invasive species.

- **Improved development and implementation of standard noxious weed mitigation measures in contracts and other agreements**:  Noxious weed assessments are produced for every project and supporting NEPA analysis in order to outline the necessary mitigation measures for a proposed action on public lands.

- **Improved biological control methods**: There are approved biological control agents for leafy spurge, Canada thistle, musk thistle, Dalmatian, and yellow toadflax.

BLM_0030440

- **Improved herbicide formulations**: Over time, herbicide formulations have improved. This has resulted in less overall herbicides being used; however, control success rates have improved.

- **Drought**: The on-going drought has the potential to permanently change rangeland vegetation composition to favor invasive species (including cheatgrass). Cheatgrass is prevalent in lower-elevation rangelands; however, it has increased its density in those areas, and is now invading higher-elevation lands.

- **Cheatgrass invasion**: The invasion of cheatgrass has the potential to alter public land forage quality and seasonal availability. It also has the potential to increase fire frequency beyond the range of natural variation. This may, in turn, adversely impact wildlife habitat and water quality, among other resources.

## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

Noxious weeds, and other invasive plant species, establish as a result of ground disturbance. They also establish where a seed source is present. Weeds are introduced and spread in many ways (including by people, wildlife, vehicles, wind, water, and fire). Noxious weeds and other invasive species can impact water quality, wildlife habitat, fisheries, forage production, and soil productivity. Invasive species can also displace native species. An increasing local area population, as well as an increase in visitors, may result in an increase of recreational use of public lands. This increase in recreational use may be the greatest cause of potential impacts.

Invasive plant management on SJPLC-administered lands is coordinated through an Invasive Species Action Plan. The plan covers a 3-year period, and is updated and/or amended annually. Additionally, partnership agreements are in place for most local counties, and with Western Area Power Administration (WAPA). There is a need to form a coordinated weed management area that encompasses local political boundaries in order to more efficiently manage invasive species.

**DLMP/DEIS Alternatives**: Alternatives that allow for the most ground-disturbing activities may provide the most opportunities for invasive species to establish and spread. Alternative A would have the greatest potential to introduce and spread invasive species (as measured in relation to the number of acres proposed within MA 3s and 5). Alternative A would be followed by Alternatives D, B, and C. Mineral development ground-disturbing activities would continue even should no additional oil and gas leasing occur. BMPs, mitigation measures, and public education and awareness programs would continue to be used in order to limit the introduction and spread of invasive species. Impacts would continue to be long-term and moderate. Using early detection and rapid response strategies, most invasive species should be contained. Sites having a potential for cheatgrass invasion would be more difficult, in terms of management challenges. This is because cheatgrass appears to have the ability to develop local adaptive survival strategies that allow it to successfully out-compete native vegetation. In addition, there is always the risk that a new invasive species may invade, but go undetected for some time. Should this scenario occur, then eradication of the new invader would be difficult to achieve as a new population may have established in one or more areas.

BLM_0030441

## CUMULATIVE EFFECTS

Noxious weeds, and other invasive species, were brought into the area from actions such as homesteading, vehicles, mineral development, timber sales, watershed improvement projects, and purposeful introductions. With the introduction of invasive species, there were adverse impacts to wildlife habitat and native species, decreased rangeland productivity, and watershed health. Invasive forage species, such as crested wheatgrass and smooth brome, were introduced in order to retard soil erosion and to provide forage and hay for livestock. Legislative efforts to control the spread of noxious weeds began to control livestock losses from poisonous plant consumption. Budgets were limited and noxious weed control was usually funded out of the rangeland management program. Common weeds (including Canada and musk thistle, knapweeds, leafy spurge, toadflaxes, whitetop, cheatgrass, and tamarisk) were all introduced over the last 120 years or so.

In spite of increased acres being treated, noxious weed populations are continuing to increase. There are many causes (including increased wildfires, prolonged drought, increased vehicle use to access public lands, increased oil and gas activity, increased recreation activities, increased off-road vehicle use, and an increased number of visitors coming from different parts of the country) contributing to the spread of noxious weeds and other invasive species. Noxious weeds will continue to spread even if there no additional oil and gas leasing occurs. The current noxious weed inventory for the planning area shows approximately 52,583 acres of noxious weeds infesting SJPLC-administered lands (SJNF 2007).

Legislation has legally restricted the introduction and spread of noxious weeds and invasive species. Laws (including the Federal Land Policy and Management Act of 1976, the Federal Noxious Weed Act of 1974, and the Plant Protection Act of 2000) have all benefited invasive species management. In addition, local, State, and Federal partnerships have proven valuable to invasive species management. Educational outreach by local, State, and Federal entities (as well as associated budgets) have increased dramatically over time. Invasive wildlife species include the English sparrow, European starling, and the bullfrog, as well as desirable introduced species like the mountain goat, moose, and chuckar partridge. Numerous exotic fish species have been introduced into the waters of the San Juan River and the upper Colorado River Basin. Some of these introductions have significantly impacted native fishes.

The common noxious weeds and invasive wildlife and fish species described above are still impacting public lands. Other newer invasive species have been found on public lands within the last 5 years (including dyers woad, black henbane, sulfur cinquefoil, and dames rocket). Additional invasive species now found within the planning area include whirling disease and the Eurasian collared dove.

Noxious weeds will continue to spread. The biennial thistles, Russian knapweed, whitetop, houndstongue, and Canada thistle, may become naturalized. New invasive species may invade local public lands. Some of these species may include camelthorn, yellow starthistle, African rue, orange hawkweed, medusahead, purple loosestrife, and the painted turtle. Newly introduced invasive species would be the highest priority for treatment, followed by Colorado Class A and B noxious weeds, respectively.

Whirling disease will spread through expanded vehicle access across the planning area. Biological control practices should become more widely used as additional control agents are developed and tested on more target species.

Legislation may continue to be enacted in order to limit the introduction and spread of invasive species. Cooperative efforts between local, State, and Federal entities would continue to be strengthened. Public awareness regarding invasive species impacts will continue to improve.

BLM_0030442

Treatment costs would continue to increase; therefore, control and containment along more easily accessible areas (including roads, campgrounds, and facilities) should occur first.  However, the spread of noxious weeds along trails and other less-accessible areas would continue to be more expensive to control (as horses and foot traffic would be used to access more remote areas). Overall long-term costs, however, may be reduced if biological control methods become more widely used, and become more successful.

In view of increasing acres of WFU, as well as the anticipated implementation of new BLM polices (including the Programmatic Environmental Report: Vegetation Treatments on Bureau of Land Management Lands in 17 Western States and the  Programmatic EIS: Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States (BLM 2005)) it may be necessary to review, and perhaps revise, current BMPs and local project decisions addressing vegetation management. This may require the SJPLC to evaluate site-specific management practices on public lands that address all aspects of vegetation management.



BLM_0030443

## INTRODUCTION

Timber management and harvesting is an important tool for managing ecosystem diversity, forest insect and disease populations, tree growth and yields, recreation settings, wildlife habitat, and wildfire hazard mitigation. Timber harvesting provides forest products that help support local wood-processing industries and the communities associated with those industries. It helps meet the demands of the public for products such as lumber, fuelwood, transplants, Christmas trees, and posts and poles.

Multiple scales are considered in timber management on SJPLC-administered lands. The current conditions and future trends in relation to timber resources and harvesting activity on USFS lands were evaluated at the forest and geographic area scale. (A study of the relationship of wood-fiber production and demand in southwestern Colorado and specifically within Archuleta, La Plata, San Juan, Dolores, Montezuma, and Mineral Counties is presented in Appendix W, Volume 3, Timber Demand Study.)

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- *The Organic Administration Act of 1897*:  This act states that national forests are established "to improve and protect the forest within the boundaries, for the purpose of securing favorable conditions of water flows, and to furnish a continuous supply of timber for the use and necessities of citizens of the United States."

- *The Multiple-Use Sustained-Yield Act of 1960*: This act states that "It is the policy of Congress that the national forests are established and shall be administered for outdoor recreation, range, timber, watershed, and wildlife and fish purposes… The Secretary of Agriculture is authorized and directed to develop and administer the renewable surface resources of the national forests for multiple uses and sustained yield of several products and services obtained therefrom… the achievement and maintenance in perpetuity of a high level annual or regular periodic output of the various renewable resources of the national forests without impairment of the productivity of the land."

- *The National Forest Management Act of 1976*: This act sets forth the requirements for Land and Resource Management Plans for the USFS.

### DESIGN CRITERIA

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve resources related to timber management and wood products. Guidelines and design criteria are presented in Part 3 of Volume 2 of the DLMP/DEIS.

BLM_0030444

## AFFECTED ENVIRONMENT

### Existing Conditions and Trends

Final timber suitability determinations would be based on the chosen Management Area (MA) designations, as well as on other considerations (including stand size, distance from existing roads, and terrain factors like slope). A final decision on the Roadless Area Conservation Rule would also influence where timber resources could be managed as part of the suitable timber base.

The legacy of past timber harvesting and fire suppression activities have resulted in current vegetation conditions that must be considered in planning for the future. Areas that have been treated more recently would not be available for subsequent harvest activities during the planning period covered by the final approved LMP (which is approximately 15 years).

The majority of forest vegetation types are in the mature stage, with dense stand conditions (see the Vegetation section). This is especially the case for the spruce-fir, ponderosa pine and warm-dry mixed-conifer types. These stand conditions are vulnerable to future insect and/or disease attack. Timber management activities may be used to alter stand conditions in order to reduce on-going insect and disease activity, and to reduce the risk for future outbreaks.

Timber stand improvement (TSI) activities may also be used in order to reduce stand density and ladder-fuel accumulations. These types of treatments may be used prior to reintroducing fire, through prescribed fires or WFU (natural ignitions), into forest vegetation types that historically have had frequent fires.

Both timber demand and timber industry capacity have decreased. These conditions may limit future opportunities to obtain desired conditions in forested vegetation types through any type of vegetation treatments that harvest wood products.

Within the planning area, the timber management program is dependent upon the Colorado timber industry. Further reductions in the industry may eliminate timber management as a tool used to accomplish desired changes in vegetation conditions (reduction of insect and disease risk, and reduction of hazardous fuels), and meet public demands for building materials and other wood products. Costs to accomplish vegetation treatments without commercial harvests are much higher, and may prove to be prohibitive, under constrained budgets. Aspen has been managed throughout the planning area for more than six decades. Many of the stands treated in the 1940s and the 1950s are approaching maturity. It is important to determine whether or not the suitable acres are available to produce the level of aspen volume that is necessary to sustain the local aspen industry until the second-growth stands are ready for harvesting.

The Missionary Ridge Wildfire of 2002, as well as the high mortality from insects and disease, have resulted in substantive vegetative changes (including impacts to many acres of suitable timberlands). The resulting changes in age class and stocking may impact timber-yield calculations.

Long-term drought conditions have increased insect and disease related mortality, and have increased concern regarding declining forest health in all forested vegetation types.

Several determinations related to timber management must be made as part of forest planning, and these determinations are reviewed each time the LMP is revised, or when conditions change. Areas that are, and are not, suitable for timber production are identified (taking into account physical, biological, and economic factors). Where timber management is determined to be a suitable use, it must occur at sustainable levels.

BLM_0030445

The general goals for timber management on USFS lands include:

- provide for timber production[1],

- sustain healthy forest conditions, and

- create forest conditions that benefit, or are conducive to, management of other resource values (including wildlife habitat, recreation, aesthetics, water yield, and livestock grazing).

There are several components of timber management that the USFS considers in its planning process. They include determination of the:

- capability and suitability of USFS lands for timber production,

- type of silvicultural[2] systems  that can be used, and

- amount of timber that can be harvested in a sustainable manner.

**Capability to Produce Timber**
Within the planning area, determining which areas are capable of producing commercial timber is done by evaluating physical and biological characteristics, as well as any administrative limitations, of an area.
*(Capable Timber = 917,240)*

**Suitability to Product**
Suitability determinations are a further refinement of forested lands found to be capable of producing commercial timber. These determinations are based primarily upon social and economic considerations. This process was used to determine suitable timberland for the 1992 Amended Forest Plan. Table 3.12.1 lists the existing suitable timberland within the planning area.

**Table 3.12.1 – Existing Acres of Suitable Timberland in 1992 Amended Forest Plan**

| CATEGORY | Acres | Percentage (%) of SJPL |
|---|---|---|
| USFS Suitable Timber | 375,000 | 20% |
| Suitable Conifer Timber | 285,784 | 15% |
| Suitable Aspen Timber | 89,216 | 5% |
| BLM Suitable Conifer Timber | 10,960 | >1% |

---

[1] Timber production is the purposeful growing, tending, harvesting, and regeneration of regulated crops of trees to be cut into logs, bolts, or other round sections for industrial or consumer use (FSH 2409.13 .05.26).
[2] Silvicultural system – A combination of interrelated actions whereby forests are tended, harvested, and re-established in order to produce a distinctive form and character. Systems are classified as even-aged and uneven-aged (FSH 2409.26, R2 Amendment 2409.26-96-8).

BLM_0030446

## Allowable Sale Quantity

Under the 1982 forest planning rule[3], the USFS was required to determine the average annual allowable sale quantity (ASQ) in Forest Plans. This is the quantity (volume) of timber that may be sold from the suitable timberlands identified by the Forest Plan. This annual harvesting level must be sustainable over the long term. Table 3.12.2 shows the annual ASQ determined for the SJNF in both the 1983 Forest Plan and the 1992 Amended Forest Plan. The 1992 Amended Forest Plan estimated that 25%, or 6 MMBF (million board feet) of the ASQ, would be aspen.

**Table 3.12.2 – SJPL Annual Allowable Sale Quantity**

| PLAN | Total Volume MMBF |
|------|------------------|
| 1983 Forest Plan | 41 |
| 1992 Amended Forest Plan | 24 |
| BLM | .65 |

* Volume in million board feet (MMBF). 1 MMBF = 1000 MBF

## Timber Harvest Activity

Timber harvesting activities began in the San Juan Basin in the early 1880s, approximately 20 years before the San Juan National Forest (SJNF) was established (1905). The ponderosa pine forest type was most affected (impacted) by these early multiple-entry logging activities. Since that time, harvesting activities have occurred in all commercial forest types.

Between 1955 and 2004, approximately 230,117 acres were harvested, along with another 133,246 acres of TSI. This equals 19% of the total SJNF land area (12%, if TSI acres are excluded). Harvesting figures were not available for the BLM, but are assumed to be near zero.

The even-aged silviculture system of shelterwood harvests have been the most common prescription within the planning area in the past (and primarily for spruce-fir and ponderosa pine vegetation types). Even-aged silviculture was common in the past, but is seldom used today (with the exception of application to aspen, which is nearly always clear-cut and regenerated by root suckering or "coppice"). Uneven-aged silviculture systems (including group selection and individual tree selection) are well suited to the spruce-fir and ponderosa pine forests found in the San Juan Basin, and are the most commonly used management methods today. Timber harvesting on BLM lands was primarily in the ponderosa pine type, or in the spruce-fir type in the Silverton area, and was seldom commercial in nature. Generally, trees were selected for harvesting on BLM lands based on their suitability for mining, construction, and/or for personal use for construction of homes and ranch buildings.

---

[3]  1982 Planning Rule (36 CFR §219.16).

BLM_0030447

**Figure 3.12.1 – Acres Harvested by Silviculture Method on the SJNF, 1955 through 2004**



TSI is an intermediate treatment designed to improve the composition, structure, condition, health, and growth of even- or uneven-aged stands. This treatment may include thinning, release, cleaning, weeding, and liberation. The use of this treatment in the planning area peaked in the 1980s, and continues today. TSI is primarily used for fuels reduction and restoration treatments in the dry mixed-conifer and ponderosa pine vegetation types. Sanitation and salvage cutting has occurred in ponderosa pine, mixed-conifer and spruce-fir types. In ponderosa pine forests, these methods have been used in order to treat dwarf mistletoe infestations and to recover dead trees for commercial use. Sanitation and salvage in spruce-fir forests was most prevalent in the late 1970s (to treat spruce beetle mortality). These treatments continue today, but generally on a smaller scale, with the goal of recovering pockets of sound mortality and reducing the spread of insects and disease.

During the 1960s and 19702, clear-cutting was used to harvest spruce-fir forests within the planning area. This harvesting method was discontinued for spruce-fir in the late 1970s. Clear-cutting is considered the optimum silviculture treatment in aspen forests (coppice). Most of this activity has occurred since the mid-1940s, when aspen harvesting for the Mancos match plant (currently Western Excelsior) began.

**Regeneration Success**
Within the planning area, timber regeneration needs have resulted from timber harvests, wildfire, and insect- or disease-caused mortality. Regeneration can occur through natural reseeding and/or suckering (as in aspen), or from artificial methods (such as hand-seeding and/or planting).

On suitable timber lands, areas must be adequately stocked (have a minimum number of live trees per acre) within 5 years following a final regeneration harvest. Final regeneration harvests include clear-cuts, shelterwood removal cut, seed tree removal cut, or a selection harvest. If natural regeneration is inadequate, it may be supplemented with hand-seeding and/or with planting. Regeneration/survival surveys are normally conducted 1, 3, and 5 years after treatment. Regeneration standards (the required number of live seedlings/saplings per acre) vary by species and by site productivity.

BLM_0030448

Past regeneration failures are most common in the higher-elevation spruce-fir harvests that occurred in the 1960s, which used the clear-cutting harvest method. Due to poor reforestation success, this method is no longer used on spruce-fir sites. Many of the initial planting efforts failed because there was no protection for planted seedlings on these sites. Table 3.12.3 summarizes the regeneration success for Englemann spruce, lodgepole pine, aspen, true fir, and ponderosa pine trees in the planning area, from 1983 to the present.

**Table 3.12.3 – Regeneration Success by Tree Species – 1983 to 2004**

| TREE SPECIES | NATURAL REGENERATION CERTIFIED AS STOCKED | PLANTING SUCCESS | SEEDING SUCCESS | REGEN SURVEYS IN PROGRESS |
|---|---|---|---|---|
| White Fir | 100% | -- | -- | 0% |
| Subalpine Fir | 82% | 18% | -- | 0% |
| Aspen | 98% | -- | -- | 2% |
| Lodgepole Pine | 8% | 92% | -- | 0% |
| Engelmann Spruce | 25% | 72% | -- | 3% |
| Ponderosa Pine | 24% | 73% | -- | 3% |
| Douglas-Fir | 9% | 91% | -- | 0% |
| Unknown | 28% | 12% | -- | 60% |

Natural regeneration has been very successful on aspen, and true-fir sites (approximately 90 to 100%), as well as on all vegetation types where selection harvesting methods have been used. Planting has been required on many spruce-fir and ponderosa pine sites where even-aged silviculture has been used and has been successful about 75% of the time.

**Fuelwood Harvest**
One of the goals of the current LMP is to provide a supply of fuelwood to local residents. Fuelwood harvesting is accomplished both through commercial and personal use permits. Mostly dead timber is harvested, along with limited amounts of green wood provided in specified areas.

Fuelwood areas vary by year, and affected (impacted) acres are not tracked. The volume of fuelwood harvested is monitored based on the number of permits sold. Figure 3.12.2 displays the trend in fuelwood harvesting over the past 20 years.

**Volumes Harvested**
A timber sale sold during one year may have volume harvested over several years. The USFS tracks harvested timber volumes by species and by type of product or component. (Saw timber is a log greater than 8 inches in diameter. Products other than logs [POL] include posts and poles with diameters less than 8 inches, as well as all aspen products.) Figure 3.12.2 displays the volume of timber sold and harvested from the planning area between 1984 and 2003.

BLM_0030449

**Figure 3.12.2 - Fuelwood Harvest**



**Summary of Existing Conditions and Trends**

Currently, approximately 49% of the USFS-administered lands within the planning area are capable of growing commercial timber. Under the 1992 Amended Forest Plan, 20% of USFS lands within the planning area are identified as suitable timberland.

Since 1955, approximately 19% of the planning area has had timber harvesting activities. This equals less than 30% of the forested cover within the planning area.

The most common harvesting methods have been shelterwood (mostly in spruce-fir and ponderosa pine), followed by clear-cut in spruce-fir (in the past) and in aspen (coppice), then by TSI, and sanitation/salvage. The most common treatment currently is selection and intermediate treatments for fuels or restoration purposes. Most fuelwood harvested in the planning area is through personal use permits.

The ASQ for the San Juan National Forest (SJNF) was never fully offered, and sold or harvested, during any year between 1984 and 2004.

Historic regeneration failures are attributed to higher-elevation spruce-fir harvests that occurred in the 1960s, where clear-cutting was the silvicultural method used.

Natural regeneration has been very successful on aspen and true-fir sites (approximately 90 to 100%), and all vegetation types where selection harvesting methods have been used. Planting has been required on many spruce-fir and ponderosa pine sites where even-aged silviculture has been used, and has been successful about 75% of the time.

BLM_0030450

**Figure 3.12.3 – Volume of Timber Sold and Harvested on the SJNF (1984-2003)**



The trend in total acres harvested shows a peak in the late 1980s, with a steady decline over the past 20 years. The trend in volume offered and sold over the past 20 years shows peaks in 1983, 1988, and 1997. The trend in total volume harvested over the past 20 years show a peak in 1984, 1991, and 1999. Annual harvesting activities show less fluctuation between years than do sale offerings.

Trends in fuelwood demand show a peak in 1985. Demand has leveled out at approximately 1,000 MBF over the last 10 years.

BLM_0030451

## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

### General Impacts

***Volume Harvested*** - Estimated volumes harvested (TSPQ) are displayed in Chapter 2 of this DLMP/DEIS. Road Construction/Reconstruction - Estimated miles of road construction and miles of reconstruction of existing roads varies by alternative, and can be found in Table 3.12.4.

Reforestation Success - Past reforestation success levels displayed above in the Current Conditions and Trends sections is expected to continue at similar, or slightly improved, levels in the future.

### Impacts Related to Suitability

Identification of lands suitable for timber production is one of the key elements of forest plans, and defines where timber production may occur on forest lands. Timber harvests may also occur on other lands. "Other lands" is a classification regarding lands where commercial timber production is not compatible with desired conditions and objectives, but that are physically capable and administratively available, for purposes other than the production of wood fiber (including hazardous fuels reduction, ecosystem restoration, visuals, scenic vistas habitat improvement, or other purposes).

Lands not suitable for timber harvest, due to various physical and administrative factors, (including slope, soil characteristics, productivity, and/or administrative withdrawals) are also identified within the DLMP/DEIS planning documents.

Lands identified as generally suitable for timber production (lands that area physically capable and administratively available) would vary by alternative. These lands include both lands where timber production is compatible with desired conditions and objectives, as well as lands where timber harvesting may occur (but where timber production is incompatible with desired conditions and objectives). The ratio of timber harvesting from these two categories of lands varies by alternative (see Alternatives Descriptions in Chapter 2).

Within the planning area, the majority of timber harvesting is used in order to meet desired vegetative conditions (including improvements in age-class distribution, reduction of hazardous fuels, and improvements in stand structures designed to return forest vegetation to desired conditions). Forests may be actively managed in order to reduce the intensity and extent of disturbances (including from wildfire or insect epidemics that may be undesired) and may result in damage to ecosystem processes and functions. Management activities may also be used to maintain forested vegetation at a desired point within the historical range of variability (HRV) in order to avoid broad swings in various elements that have occurred naturally over time, but that are undesired today. (An example would be a vegetation type that ranged from nearly all early seral stands over the planning area, to nearly all mature stands.) To avoid the catastrophic events that facilitated these swings (including from large-scale wildfire or insect epidemic), it may be more desirable to maintain a good mix of age classes near the center of the HRV.

***DLMP/DEIS Alternatives***: The alternatives vary in areas where timber management may occur in order to achieve the desired vegetative conditions (as described in the DLMP/DEIS). Alternative A would have the most acres available for management, with Alternatives D, B, and C following in descending order, respectively. Alternative A may result in the greatest opportunity to provide vegetative conditions that limit the intensity and extent of disturbances (including from wildfire and insect epidemic), whereas Alternative C may provide the least opportunity.

BLM_0030452

**Table 3.12.4 – Potential Timber Treatment Acres by Vegetation Type per Year, Decade 1**

| | ALTERNATIVE A (NO-ACTION ALTERNATIVE) | ALTERNATIVE B (PREFERRED ALTERNATIVE) | ALTERNATIVE C | ALTERNATIVE D |
|---|---|---|---|---|
| Ponderosa Pine | 1,000 acre restoration; 500 acre PC | 1,000 acre restoration; 500 acre PC | 900 acre restoration; 400 acre PC | 1,500 acre restoration; 500 acre PC |
| Warm-Dry Mixed-Conifer | 250 acre restoration; 250 acre PC | 250 acre restoration; 250 acre PC | 200 acre restoration; 225 acre PC | 500 acre restoration; 250 acre PC |
| Cool-Moist Mixed-Conifer | 200 acre PC | 125 acre PC | 20 acre PC | 287 acre PC |
| Aspen | 400 acre CC | 500 acre CC | 400 acre CC | 600 acre CC |
| Spruce Fir | 50 acre PC | 50 acre PC | 20 acre PC | 113 acre PC |
| Road Construction (miles) | 3 | 0 | 0 | 3 |
| Road Reconstruction (miles) | 7.2 | 7.6 | 5.6 | 8.2 |

Assumes current budget levels and industry capacity.
PC = Partial cut, individual tree and group selection, improvement cuts, shelterwood, and other partial cut harvesting methods, generally removing 30 percent or less of the existing overstory.
CC = Clear-cut.

**Impacts Related to Insect and Disease Management**

Insects and disease would impact the production of timber by killing and damaging trees. Alternative C would emphasize natural processes (and there is increased acceptance for insect and disease damage to the timber resource outside the suited lands). This could result in tree damage or mortality on a variety of scales, depending largely upon factors such as populations, stand conditions, and natural events (including wind and climate). Under Alternative C, there will be large areas where natural processes dominate, including insects and disease populations. At epidemic levels, insects and diseases do not respect administrative boundaries; therefore, there would be an increased risk of damage and mortality to adjacent lands actively managed (as opposed to areas where natural processes dominate). Although salvage operations are allowed in some of the natural processes areas, it would be done to meet the resource objectives of those MAs, and may not be considered a reliable source of additional wood fiber.

***DLMP/DEIS Alternatives***: In relation to insects and disease, Alternative C would result in the greatest potential impacts to timber, followed by Alternatives B, A, and D, respectively. These potential impacts could occur because less of the forested area would be actively managed.

BLM_0030453

**Impacts Related to Fuels Treatments**

Generally, fuels treatments treat understory vegetation with both prescribed burns and mechanical treatments (including mastication or thinning). These treatments have similar impacts related to thinning (as described below). Advanced regeneration may be lost, which may delay future harvests, especially where regeneration must be re-established prior to harvesting, or where stocking is insufficient to take advantage of growing conditions. Fuels treatments also improve individual tree growth and vigor due to the reduction of competition for moisture and nutrients related to the impacts of thinning. The long-term impacts of fuels treatments on timber outputs and forest health are generally positive, decreasing the potential of loss of growing stock due to crown fire and insect epidemics.

***DLMP/DEIS Alternatives***: Alternative D would result in the greatest benefits from fuels treatments. The benefits of the remaining alternatives would be similar to one another.

**Impacts Related to Wildland Fire Use (WFU)**

The impacts related to WFU within suitable timber lands are similar to the impacts  described above for fuel treatments, in general. There is the potential for loss of growing stock and large investments in regenerated stands over wide areas if WFU is not carefully applied, or if unexpected weather conditions develop. In general, the improvements in growing conditions and overall forest health outweigh the risk of loss, but would continue to be carefully considered in WFU planning and administration. Proposed levels of WFU would be similar under all of the alternatives; therefore, there would be similar impacts.

***DLMP/DEIS Alternatives***: Impacts would be similar under all of the alternatives.

BLM_0030454

**Figure 3.12.4 - Timber Suitability Alternative A**



BLM_0030455

**Figure 3.12.5 - Timber Suitability Alternative B**



**Figure 3.12.6 - Timber Suitability Alternative C**



BLM_0030457

**Figure 3.12.7 - Timber Suitability Alternative D**



**Impacts Related to Oil and Gas Development**
The roads, well pads, and ancillary facilities associated with oil and gas development take forested land out of production (reducing future outputs); however, the acreage involved would be minor in comparison to overall suitable timber lands. Small short-term increases in timber outputs may occur during field development as timber is harvested (due to road and well-pad construction). These outputs are accounted for in the category of "Other Lands" lands, where timber production is incompatible with desired conditions and objectives.

*DLMP/DEIS Alternatives*: Impacts would be similar under all of the alternatives, except for alternatives that do not allow any new leases, which would not take any more lands out of production.

**Impacts Related to Recreation**
Generally, impacts to the timber program related to recreation would be small. Small short-term outputs may occur from ski area development, and from recreation facility development. These outputs are accounted for in the "Other Lands" estimates. Commercial timber or fuelwood may also be harvested when removing hazard trees from recreation facilities. User conflicts between recreationists and timber purchasers are becoming more common, particularly concerning road use. These conflicts increase restrictions on timber purchaser operations, resulting in increased costs and reduced financial efficiency.

*DLMP/DEIS Alternatives*: The impacts on timber production from recreation would be similar under Alternatives A, B, and D; and slightly reduced under Alternative C.

## CUMULATIVE IMPACTS

The affected environment portion of this section describes historic, current, and foreseeable future activities considered with regard to cumulative impacts to the forest resource. The next 15 years are utilized as the time-frame for cumulative impacts analysis.

Given the overall size of the planning area, and the relatively small amounts of treatment proposed under all of the alternatives, timber harvesting from suited lands may result in a slight change in the age/size class distribution of the forested lands. The major agent of change to the forested lands would continue to be tree growth and senescence, with disturbance events (including wildfire, wind, insects, and disease) as the major source of deviation from that trend.

Timber harvesting also occurs on State, private, Native American tribal, and adjacent public lands. Table 3.12.5 estimates the annual average volume of these harvests. No records are kept for private lands harvests (which are generally small in volumes, but can, in some case, contribute considerably to the timber supply). Such contributors to commercial sales are, for example, private land aspen harvests and fire salvage following the Missionary Ridge Wildfire of 2002. In general, however, as harvesting from national forests has fallen, other ownership lands have seen an increase in harvesting volume, particularly in the aspen vegetation type. It is not known how long private lands can sustain the current levels of harvesting.

BLM_0030459

**Table 3.12.5 – Average Annual Harvest Volume**

| ENTITY | AVERAGE ANNUAL HARVEST VOL MMCF |
|---|---|
| State Lands | Small variable quantities |
| Private Lands | Small variable quantities |
| Southern Ute Lands | .36 |
| Ute Mountain Ute Lands | Small variable quantities |
| GMUG National Forest | 2.1 |
| Manti-La Salle National Forest | .89 |
| Rio Grande National Forest | .52 |

BLM_0030460

## INTRODUCTION

"Special forest products" are products that are removed from public lands (USFS or BLM, for the purposes of the DLMP/DEIS) other than saw logs, house logs, minerals, rocks, water, soil, animals, or animal parts for commercial, personal, Native American tribal, educational, and/or scientific purposes (FSH 2409.18_80-2002). Table 3.13.1 lists common special forest products for the planning area.

**Table 3.13.1 – Special Forest Products in the SJPL Resource Area**

| SPECIAL FOREST PRODUCT | MOST COMMON SPECIES | PERSONAL USE | COMMERCIAL USE | EDUCATIONAL USE |
|---|---|:---:|:---:|:---:|
| Firewood | Dead, Live Conifer, Gambel Oak, Aspen | X | X | |
| Christmas Trees | White Fir, Pinyon | X | X | |
| Transplants | White Fir, Aspen | X | X | |
| Tipi Poles | White Fir, Spruce, Douglas Fir | X | X | X |
| Corral Poles | Aspen, Ponderosa Pine | X | X | |
| Walking Sticks | Aspen | X | | |
| Medicinal Plants | Osha, Arnica, Oregon Grape Root | X | X | X |
| Herbarium Specimens | Common Vascular Plants | | | X |
| Native Seeds | Grasses, Wildflowers, Shrubs | X | X | X |
| Dry Cones | Ponderosa Pine | X | | |
| Boughs | Douglas Fir, White Fir | X | X | |
| Green Cones for Seed | White Fir, Blue Spruce | | X | |
| Mushrooms | Boletus, Chanterelles, Morels, Puffballs | X | | |
| Bark Chips | Pine, Juniper | X | | |
| Fence Posts | Utah And Rocky Mountain Juniper | X | X | |
| Burls And Decorative Wood | Aspen, Juniper | X | X | |
| Berries | Chokecherry, Serviceberry, Raspberry | X | | |
| Nuts | Pinyon | X | | |
| Fence Stays | Aspen, Gambel Oak | X | | |

BLM_0030461

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

Special forest products must be sold in a manner that maintains the products on a sustainable basis (FSH 2409.18-2002-7). All permits and contracts require the ethical harvesting of all such product in order to ensure sustainability. (Additional information regarding the ethical harvesting of special forest products within the planning area is available to the public.)

### DESIGN CRITERIA

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve resources related to special forest products. Guidelines and design criteria are presented in Part 3 of Volume 2 of the DLMP/DEIS.

## AFFECTED ENVIRONMENT

### Existing Conditions and Trends

Special forest products removed from the planning area are categorized into two types:

- **Convertible Products**: Convertible special forest products are products from timber that can be measured in cubic feet.

- **Non-Convertible Products**: Non-convertible special forest products are botanical products that cannot be measured in cubic feet of wood.

### Convertible Products

Currently, all commercial uses of special forest products are regulated by permit or contract. Personal use of convertible products requires a "free-use" or "personal-use" permit (requiring a minimum $20.00 fee), except for firewood and Christmas trees. There is a one-cord minimum (which requires a $10.00/cord fee) for firewood permits. Christmas trees are sold for $8.00 a tree. Non-convertible products for personal use that require a free-use or a personal-use permit (also requiring a minimum $20.00 fee) include transplants, seeds, and boughs. Some non-convertible products collected for personal use in small quantities do not require a permit. Products collected for educational purposes require an administrative or free-use permit.

Within the planning area, as administered by the SJPLC, all convertible products are, and would continue to be, monitored and inventoried through the timber and fuels programs (with stand exam and cruise information developed in order to monitor tree density and product size).

**Non-Convertible Products**

Non-convertible (botanical) products are usually not collected for large commercial purposes; therefore, little impact may be expected from the minor amounts of harvesting or collecting that occurs.

Harvesting of the fruiting bodies of mushrooms would not impact the mycelium (the vegetative part of a fungus) that occurs underground, unless compaction or ground disturbance occurs as part of the harvesting process. This harvesting has not been an issue within the planning area.

Collection of seed heads, cones, berries, leaves, or boughs would not limit the populations of the plants or trees, unless ethical harvesting guidelines are not followed. Currently, all permits and contracts require that portions of all populations or seed caches remain undisturbed in order to ensure sustainability. Harvesting practices that remove whole plants (including roots) may result in the greatest potential for adverse impacts.

Osha (*Ligusticum porteri*) is a higher-elevation plant collected for medicinal purposes. The entire plant is dug up, and the roots are then used in the preparation of medicines. This plant is traditionally used by Native Americans, as well as and by local Hispanics. Some pharmaceutical companies (local, as well as foreign), and local herbal remedy businesses, sell Osha. Osha is extremely difficult to cultivate and is almost always harvested in the wild.

United Plant Savers has listed Osha as a species of concern. It has become locally extinct in some of its former range. Due to the lack of information regarding the biology of this plant, and the concerns over what is a sustainable harvest, the Denver Botanical Gardens and the Medicinal Plant Working Group have begun monitoring Osha on some plots within the Rio Grande National Forest. In conjunction with this project, the SJPLC has developed a few plots within the planning area in order to verify the results from the Rio Grande study, and to develop guidelines for the sustainable harvesting of Osha.


## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

**Impacts Related to Convertible Products**

The impacts related to of the personal use convertible products are negligible, and are dispersed over a wide area. Generally, The collection of convertible products will benefit the public. It may also help to reduce, incrementally, stand density and hazardous fuels within the planning area. Most of the collection of convertible forest products would continue to occur near the road system that is open to the public. Alternatives that include no new oil and gas leases would further reduce the effects since new road construction and the access to special forest products would be the most limited.

Within the planning area, all convertible products would be monitored and inventoried through the timber and fuels programs (with stand exam and cruise Information developed in order to monitor tree density and product size).

***DLMP/DEIS Alternatives***: The environmental impacts are similar under all of the alternatives. Alternative D will result in the greatest impact. Alternative C will result in the least impact. Even between these two alternatives, however, the differences are negligible, with the primary difference being the potential amount of open roads.

BLM_0030463

**Non-Convertible Products**

Within the planning area, non-convertible products are usually not collected for large commercial purposes; therefore, little impact is expected from the minor amounts of harvesting or collecting that occurs. Harvesting of the fruiting bodies of mushrooms would not impact the mycelium that occurs underground, unless compaction or ground disturbance occurs as part of the harvesting process. This has not been an issue within the planning area.

Collection of seed heads, cones, berries, leaves, or boughs would not limit the populations of the plants or trees, unless ethical harvesting guidelines are not followed. All permits and contracts would continue to require that portions of all populations or seed caches remain undisturbed in order to ensure sustainability. Harvesting practices that remove whole plants (including roots) will result in the greatest potential for impacts. Alternatives that include no new oil and gas leases would further reduce the effects since new road construction and the access to special forest products would be the most limited.

The collection of non-convertible forest products may continue to be very limited in distribution and in quantity. Currently, there is no threat to any of the species collected at this level of collection; however, as human population increases and demand climbs, threats to local populations may become more evident. Additional information would be needed in order to determine the factors that need to be considered in monitoring use.

***DLMP/DEIS Alternatives***: The environmental impacts may be similar under all of the alternatives. Alternative D may result in the greatest potential impacts. Alternative C may result in the least potential impacts. Currently (as under Alternative A), the sustainable harvesting of Osha is occurring within the planning area. However, future demands may exceed supply outside of Wilderness Areas and Inventoried Roadless Areas (IRAs). There will be no difference between the alternatives concerning Osha harvesting; sustainable levels may be maintained under all of the alternatives.


# CUMULATIVE IMPACTS

In relation to special forest products, no significant cumulative impacts were identified under any of the alternatives.

BLM_0030464

## INTRODUCTION

Domestic livestock grazing has occurred on public lands (USFS- and BLM-administered lands) since the late 1870s (BLM 1980). The livestock industry has been an integral part of community development, as well as overall lifestyle, in southwestern Colorado. Public lands supply winter, spring, and summer grazing for dependent livestock producers, and represent a significant portion of their total operations. Generally, term grazing permits are issued for 10 years to qualified producers, allowing grazing on designated areas (or allotments). Permit holders or grazing permittees pay an annual fee for the privilege of using public land forage. They are also required to abide by the terms and conditions of the grazing permit. These terms and conditions address livestock and land ownership, range improvement construction and maintenance, and required livestock management practices. Most permitted livestock spend approximately 4 months of the year on public lands (although grazing permittees who have grazing permits for both USFS and BLM public lands may use public lands for a longer period of time.) Day-to-day public land grazing administration is delegated to local District Rangers/Field Office Managers. Implementation of required management practices, and the long-term impacts related to grazing, are monitored. As necessary, adjustments are made in order to ensure compliance with the terms and conditions of grazing permits, as well as to maintain or improve long-term public land health.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### Laws

- **Taylor Grazing Act of 1934, as amended**: This act provides for the regulation of grazing on public lands (excluding Alaska) in order to improve rangeland conditions and to stabilize the western livestock industry.

- **Federal Land Policy and Management Act of 1976**: This is the BLM's "Organic Act." It formally established the multiple-use mission of the agency. Pertinent sections of FLPMA relating to rangeland management can be found in Sections 102, 201, 202, 302-304, 307, 309, 310, and 401-403. Various sections of the Act also pertain to USFS management.

- **Public Rangelands Improvement Act of 1978**: This act established the present grazing-fee formula, re-affirmed grazing boards, and authorized expenditure of funds for range improvements. In addition, the law required both the Secretary of the Interior and the Secretary of Agriculture to undertake, and maintain, an inventory of range conditions and trends on public rangelands.

- **Multiple-Use Sustained-Yield Act of June 12, 1960**: This act formally established the policy of managing national forests for multiple uses, including for grazing.

- **Wilderness Act of September 3, 1964, Section 4(4)**: This act established the National Wilderness Preservation System; it also recognized livestock grazing as a legitimate use in Wilderness Areas where livestock grazing had been an established use prior to Wilderness designation.

- **Rescissions Act of 1995, Section 504**: This act directed the USFS to complete site-specific National Environmental Policy Act (NEPA) analysis and management decisions for allotments on a 15-year schedule.

BLM_0030465

- ***Public Lands and National Parks Act of 1983, Section 12***: This act allowed for the transfer of USFS lands outside the boundaries of the San Juan National Forest (SJNF) to the BLM, and vice versa.

**REGULATIONS AND POLICIES**

- ***Consolidated Appropriations Resolutions 1999-2003***: These resolutions directed the BLM to complete site-specific NEPA analysis and implement management decisions on allotments expiring in the fiscal year of the resolution. Subsequent Federal appropriation acts allowed the re-issuance of expired BLM and USFS grazing permits (until analysis was complete) in order to avoid disruption of dependent livestock operations.
- ***BLM IM 2003-71***: This IM directed the BLM to process all grazing permits by the end of FY 2009.
- Livestock grazing regulations for the administration of public rangelands for the BLM and the USFS can be found at 43 CFR 4100 and 36 CFR 222 Subpart A, respectively.

## AFFECTED ENVIRONMENT

### Existing Conditions and Trends
Public grazing lands support 117 USFS and 81 BLM grazing permittees. Of these grazing permittees, 20 have grazing privileges on lands administered by both agencies.

The grazing season on BLM-administered lands is usually fall, winter, or early spring (with the exception of 7 sheep allotments in the Silverton area that are only grazed during the summer). Generally, National Forest System lands are grazed during the summer.

Due to the creation of the Canyons of the Ancients National Monument (the Monument) in 2001, the number of BLM grazing allotments considered in this analysis has changed.  A total of 28 BLM grazing allotments are being analyzed in the separate planning process specific to the Monument. Table 3.14.1 lists the status of grazing allotments in the planning area.

Over the last several decades, forage demand on public lands has remained constant.  Market factors, predator-control issues, and Federal government policies eliminating wool subsidies, have resulted in a significant reduction in sheep numbers.

During the planning process for this DLMP/DEIS, suitable grazing lands were re-evaluated. Suitability is a combination of lands with physical attributes (including slope, cover, and vegetation type) that would support grazing. Suitability is also a determination of the appropriateness of livestock grazing on a landscape. In general, although both the USFS and the BLM have acquired, and disposed of, land, suitability determinations have not changed.

The following paragraphs discuss on-going, and possible future, trends in livestock grazing and rangeland management across the planning area.

BLM_0030466

**Rangeland Management**

Management directed at improving and maintaining rangeland health (as opposed to increasing livestock numbers) would occur. Overall livestock numbers may remain stable; however, adjustments may occur in order to solve resource problems at the project level.

**On-Going Drought**

Should the on-going drought continue, rangeland productivity would continue to decline, which, in turn, would require management adjustments. Over time, if the drought does not abate, these adjustments (including reduced livestock numbers and modified grazing seasons) may become permanent. In addition, permanent unfavorable changes to rangeland vegetation, such as cheatgrass invasion into healthy rangelands, could also occur which could also require permanent livestock management changes.

**Decline in Investments for Range Improvements**

Earlier resource management plans called for substantial investments in range improvements (including fences, reservoirs, and vegetative manipulations). A declining Federal budget , as well as potential resource conflicts, combined with other market factors (including high land prices and continuing loss of rural lands to development), may make investment in range improvements increasingly unattractive. There may be some temporary gains made through indirect benefits provided by on-going fuels reduction projects; however, resource problems are not going to be resolved by constructing more range improvements.

In addition to considering changes in livestock numbers, and/or grazing seasons, managers may consider combining grazing allotments in order to increase and improve management flexibility to reduce grazing conflicts.

**Forage Competition between Domestic Livestock and Big Game**

Forage competition between domestic livestock and big game will continue to increase. As more private land is developed, and consequently more habitat is impacted on private lands, there will be less available forage overall. Reducing forage conflicts may require changes to livestock numbers and grazing seasons.

**Loss of Open Space**

As the rate of private land development, both regionally and locally, increases, there will be a net loss of agricultural lands. This means management options designed to address resource conflicts would decrease over time. This trend would require public land management agencies to revisit the current base property requirements necessary to hold a Federal grazing permit. Over the last 5 years, there has been an increasing use of conservation easements designed to limit development on private lands in order to preserve open space. Should this trend continue, the rate of loss of agricultural lands may be slowed.

**Demand for Federal Grazing Privileges**

Due to the reasons previously discussed, demand for Federal grazing permits may increase as a result of the loss of private agricultural lands capable of supporting livestock.

**Demand for Red Meat**

Due to population increases, overall beef consumption is expected to continue to increase. Improved animal production and marketing, as well as product selection, may help meet the demand without substantially increasing permitted livestock numbers.

BLM_0030467

**Demand for Wool and Sheep**

The demand for these products has been declining over the years. However, based on the use of sheep for weed-control work, an improved wool market, and an improved competitive stand with the rest of the world's wool-producing countries, demand may increase.


## ENVIRONMENTAL CONSEQUENCES

### DIRECT AND INDIRECT IMPACTS

Under Alternatives A and B, impacts related to livestock grazing management would generally be minor. Alternative A would propose to continue current permitted livestock levels . Alternative B would propose to reduce permitted AUMs slightly by eliminating permitted AUMs on public land parcels slated for disposal, and eliminating permitted AUMs on several Category C allotments within the Pagosa Geographic Area where the allotments are surrounded by developing private land subdivisions. Alternative C would be the most restrictive alternative. This is because several vacant sheep allotments would be permanently closed to livestock grazing, and livestock grazing would be managed in order to enhance wildlife, cultural, and soils values. Alternative D would propose to increase grazing by offering vacant allotments to qualified operators, and would increase AUMs in those areas where restoration activities are planned.

Lands suitable for livestock grazing would also change by alternative (see Table 3.14.5).  Generally, lands suitable for grazing would be similar under Alternatives A and B. Alternative C, however, would propose major changes in lands suitable for sheep grazing, as well as minor changes in lands suitable for cattle grazing by reducing the amount of overall suitable grazing lands. Alternative D would propose a major increase in lands suitable for sheep grazing. At the same time, Alternative D would propose minor increases in lands available for cattle grazing. Alternative D, when compared to the other alternatives, would provide the most suitable grazing lands; Alternative C would provide the least suitable grazing lands.

BLM_0030468

**Figure 3.14.1 - Comparative Stocking Rates - Alternative A**



**Figure 3.14.2 - Comparative Stocking Rates - Alternative B**



**Figure 3.14.3 – Comparative Stocking Rates – Alternative C**



BLM_0030471

Figure 3.14.4 - Comparative Stocking Rates - Alternative

BLM_0030472



**Table 3.14.1 – Grazing Allotment Status on Lands Administered by SJPLC**

| ALLOTMENT STATUS | AGENCY | | TOTAL |
|---|---|---|---|
| | USFS | BLM | |
| Active | 117 | 100 | 217 |
| Vacant | 48 | 23 | 71 |
| Other | 1 | 0 | 1 |
| *Total* | *166* | *123* | *289* |

**Table 3.14.2 – Current Active AUMs on Lands Administered by the SJPLC\***

| LIVESTOCK CLASS | AGENCY | | TOTAL |
|---|---|---|---|
| | USFS | BLM | |
| Cattle | 115,312 | 22,100 | 137,412 |
| Sheep | 8,754 | 2,204 | 10,958 |
| *Total* | *124,066* | *24,304* | *148,370* |

\*From FY2005. Active AUMs are those permitted as shown on the term grazing permit.
\*\*Ewe/lamb animal-unit factor of 0.3 used to calculate forage demand.

Table 3.14.3 displays grazing suitability by class of livestock for public lands administered by the SJPLC.

**Table 3.14.3 – Suitable Acres of Public Lands Administered by the SJPLC**

| LIVESTOCK CLASS | AGENCY | | ACRES | |
|---|---|---|---|---|
| | USFS | BLM | USFS | BLM |
| Cattle | 1,168,620 (63%) | 399,112 (79%) | 1,864,839 | 504,398 |
| Sheep | 695,612 (37%) | 31,862 (6%) | 1,864,839 | 504,398 |

BLM_0030473

**Table 3.14.4 – Estimated AUMs by Alternative**

| LIVESTOCK CLASS | ALTERNATIVE A (NO-ACTION ALTERNATIVE) | ALTERNATIVE B (PREFERRED ALTERNATIVE) | ALTERNATIVE C | ALTERNATIVE D |
|---|---|---|---|---|
| Cattle | 137,413 | 137,412 | 129,084 | 140,081 |
| Sheep | 10,958 | 10,958 | 6,456 | 24,024 |
| Total | 148,371 | 148,370 | 135,540 | 164,105 |

**Table 3.14.5 – Suitable Grazing Acres by Alternative**

| LIVESTOCK CLASS | ALTERNATIVE A (NO-ACTION ALTERNATIVE) | ALTERNATIVE B (PREFERRED ALTERNATIVE) | ALTERNATIVE C | ALTERNATIVE D |
|---|---|---|---|---|
| Cattle | 137,413 | 137,412 | 129,084 | 140,081 |
| Sheep | 10,958 | 10,958 | 6,456 | 24,024 |
| Total | 148,371 | 148,370 | 135,540 | 164,105 |

Differences in suitable grazing lands may also be used to estimate potential livestock grazing impacts to other resources (including riparian areas and wildlife habitat). Alternative D (followed by Alternatives A, B, and C) would provide the most suitable acres of grazing lands (assuming that the potential for livestock grazing conflicts may be the most significant under Alternative D, and least significant under Alternative C). It would be reasonable to assume that livestock management, including grazing permittee management involvement, would need to be more intensive. This may require more investments in range improvements (including fencing, vegetation manipulation, and water developments) in order to avoid or mitigate potential impacts to other resources should Alternative D be implemented. Alternative C would provide the most opportunity to remedy livestock grazing conflicts with other resources. This is because livestock grazing would occur on less acres of public land under Alternative C than it would under any other alternative. Specific changes to allotment management practices, regardless of the alternative chosen, would be made at the project level.

**General Impacts**
Under all of the alternatives, program desired conditions, objectives, and guidelines would be the same. Changes from the current USFS LMP and the BLM RMP would be mainly due to changes in laws and regulations. At the forest and field office level, changes resulting from any of the alternatives would be generally small and difficult to quantify.

BLM_0030474

**Figure 3.14.5- Lands Suitable and Available for Cattle Grazing - Alternative A**



**Figure 3.14.6 – Lands Suitable and Available for Sheep Grazing – Alternative A**



**Figure 3.14.7 - Lands Suitable and Available for Cattle Grazing - Alternative B**



**Figure 3.14.8 - Lands Suitable and Available for Sheep Grazing - Alternative B**

BLM_0030478



**Figure 3.14.9 - Lands Suitable and Available for Cattle Grazing - Alternative C**



BLM_0030479

**Figure 3.14.10 - Lands Suitable and Available for Sheep Grazing - Alternative C**



San Juan Public Lands
Lands Suitable and Available for Sheep Grazing
Alternative C

Legend

- Lands Suitable and Available for Sheep Grazing
- Lands Unsuitable for Sheep Grazing
- USFS/BLM - Ranger Districts / Field Office Boundary
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Cities and Towns
- Major Lakes
- Major Rivers
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
NAD 83, Polyconic Projection
October 29, 2007

Miles
0    10    20    40

**Figure 3.14.11 - Lands Suitable and Available for Cattle Grazing - Alternative D**



BLM_0030481

**Figure 3.14.12 - Lands Suitable and Available for Sheep Grazing - Alternative D**



Since the early 1920s, permitted livestock grazing on public lands has decreased. Since the 1980s, however, livestock numbers appear to have stabilized. Increasing demands for other public land uses, as well as changes in the market and in the use of surrounding private lands, may account for the long-term decrease. In addition, a persistent drought has reduced the ability of public lands to supply forage sufficient to meet current demand. Overall, demand for public land grazing privileges remains strong, especially for cattle allotments.

Grazing permittee involvement and commitment to meeting public land goals and objectives will be critical in maintaining current stocking levels. Some grazing permittees may be able to maintain, or even increase, permitted AUMs. However, there would be some who would not be able to at least maintain these numbers. These grazing permittees would face changes in stocking levels and in livestock management operations.

Monitoring indicates that there are areas where management area direction and goals are not being moved toward desired conditions, and areas that meet desired conditions. Therefore, it is possible that as project-specific NEPA and grazing decisions are implemented, downward changes in permitted use could occur in order to reach sustainable stocking levels.

Permitted livestock grazing, along with the combination of vegetative treatments designed to improve rangeland health (including aspen management, seeding native species, and prescribed and natural fires) would all contribute to moving rangeland vegetation toward desired conditions. In contrast, current trends in motorized recreation, the current lack of fire in fire-adapted ecosystems, current increases in noxious weed populations, and current livestock management occurring outside of prescribed guidelines, may move rangeland vegetation away from desired conditions.

**Effects of Fire and Fuels**
It is expected that an average of 13,000 acres will be treated annually using a combination of mechanical fuels treatment and prescribed fire. In addition, approximately 3,000 acres projected using wildland fire use fires. These methods and objectives are consistent across alternatives.

Generally earlier seral conditions favorable to production of grasses and forbs will be maintained or even increased in some areas. Managed fire and fuels projects could result in increased availability of forage in the long-term. The potential for forage allocation increases (AUMs) are considered in Alternative D. Fire and fuels projects planned in unsuitable rangelands would generally have little beneficial effects.

Project proposals prescribing mechanical treatments used to date that result in a woody structural vegetation change such as brush and tree removal often result in a temporary increase in grasses and forbs. Generally the critical pre and post-project planning that occurs when managed fire is prescribed, is not as important in mechanical treatments as the impacts and disturbance are far less.

Wildfires have the potential to disrupt normal grazing management as well as adversely affect the forage base for some time.

BLM_0030483

While wildfire can be beneficial due to changes made to vegetation structure through removal of trees and brush, nutrient recycling, and a subsequent increase in forage production, wildfires can also destroy natural boundaries, fences and other range improvements, and cause additional environmental impacts such as burned soils that necessitate removal of livestock for some time in order to ensure recovery takes place. These effects can increase costs to grazing permittees as they are forced to find other forage sources, and the effects can increase costs to both the government and grazing permittee due to range improvement replacement costs. Generally, effects to vegetation result in at least a short-term forage production improvement. Provided that projects are re-treated to maintain desired vegetation conditions, managed fire and fuels projects could result in increased availability of forage in the long-term. Secondary beneficial effects would be improved livestock distribution, improved riparian condition, suitable acres for livestock at least maintained, and overall management flexibility improved.

**Effects of Minerals Management**

It is expected that uranium development in the Dove Creek/Slickrock area will be the major solid minerals activity in the coming years and will disturb 540 acres in the first decade of the plan. This activity is expected to increase over the long-term. Other minor development will take place across the SJPLC with fewer disturbances. This level of development would occur under all alternatives. The effects to livestock grazing would depend on where disturbance occurs, and when the activity would be re-claimed. If the disturbance occurs on suitable grazing lands on active grazing allotments, there could be a short-term loss of AUMs although the amount would be negligible under current stocking rates. As all ground-disturbing activities are required to be reclaimed, long-term AUM loss should not occur. Other short-term impacts such as the need for gates or cattle guards due to increased traffic would be mitigated through leasing and operating stipulations. Adverse impacts from minerals management activities would occur only when vegetative reclamation activities are unsuccessful. This would provide a risk for invasive species establishment, unacceptable soil loss, and reduced forage production potential. When reclamation is successful, then opportunities for invasive species establishment and soil loss are lessened, while forage production should increase. As the amount and rate of minerals development is the same across alternatives, there would be little net change between alternatives. Within a 15 year timeframe  approximately 670 acres of disturbance related to oil and gas activities (on currently unleased lands) may  occur across all alternatives. If all disturbance is in active cattle allotments this level of development would represent a short-term loss of approximately 69 AUMs. This temporary loss would be minor. Other impacts associated with mineral development such as increased traffic could be mitigated. The types of  impacts would be the same regardless whether additional oil and gas leasing occurred or not.

**Effects of New Research Natural Area (RNA) Designations**

Existing and proposed RNAs are located on National Forest System lands. The major direct effect to livestock grazing due to new RNA designations would depend on whether livestock grazing could occur within the RNA. The decision to graze or not graze is made when RNA management plans are completed and approved by the appropriate Forest Officer. Should grazing not be allowed for proposed RNAs there could be a potential loss of AUMs. Any AUM loss would be tempered by current vegetation conditions, grazing system, and stocking rate. Rangeland suitability may be impacted by RNA establishment. Should natural disturbances such as fire and insects outbreaks not be allowed to occur, then natural succession would move towards later seral stages resulting in long term decreased forage production. These effects could be mitigated if individual RNA management plans allow for disturbance activities such as fires to maintain herbaceous cover and production.

Table 2.11 displays suitable acres within RNAs by alternative and the potential AUM loss considering current class of livestock use on FS grazing allotments[6].

---

[6]  AUM loss calculated for RNAs using an average figure of 14.1 acres/AUM and 8.9 acres/AUM for sheep and cattle, respectively as these are average stocking rates on NFS lands within the SJNF. In addition, AUM loss is only calculated for those RNAs where livestock grazing could still be permitted at this point in time. For instance, the Narraguinnep Natural Area is closed to grazing; therefore, there would be no loss of potential AUMs.

BLM_0030484

**Table 3.14.6 – Potential AUM Loss Due to New RNA Designations**

| ALTERNATIVES | SUITABLE SHEEP ACRES | SHEEP AUMS | SUITABLE CATTLE ACRES | CATTLE AUMS |
|---|---|---|---|---|
| A | 0 | 0 | 0 | 0 |
| B | 2,135 | 151 | 906 | 102 |
| C | 13,409 | 951 | 906 | 102 |
| D | 18 | 1 | 0 | 0 |

Alternative C followed by Alternative B has the greatest potential to affect livestock grazing.

**Effects of Wilderness Management**

Wilderness areas are to be managed to protect wilderness characteristics. Direction contained in Congressional Grazing Guidelines dictates that livestock grazing in wilderness areas would be permitted to continue in wilderness areas when such grazing was established prior to an area being classified as wilderness (W.O. Amendment 2300-90-2, FSM 2323.2). In addition, the same guidelines provide that wilderness designation not preclude range improvement construction and maintenance that are consistent with allotment management plans and/or needed to protect rangelands.

Livestock management in wilderness areas can be more difficult and costly than on other public lands as motorized access and equipment are restricted, and there may other restrictions on new range improvement designs which can be more costly.

Some indirect effects include:

- increased expectation of no livestock presence within wilderness areas by visitors,

- the need to manage around a recreational "wilderness" experience expected by visitors – especially those areas currently not designated wilderness, but may be in the future,

- the need to manage for wilderness character and plant communities, and

- the difficulty of administering grazing permits due off-road travel restrictions.

Management Area 1 designations are also managed like wilderness areas; however, resource management is more flexible. For the purposes of comparison only, Management Area 1 areas have been included with acres of wilderness to compare effects across alternatives.

Alternative C has objectives for the most suitable grazing acres in Management Area 1 and wilderness areas, followed by Alternative B. However, Alternative C allows the least amount of grazing, including grazing use within wilderness areas. Alternatives A and D are virtually identical. Effects to rangeland vegetation within Management Area 1, proposed wilderness, and wilderness areas would be dependent on whether natural disturbance processes such as wildfires, would be allowed to take place. If these disturbance processes are not allowed to occur then it would be expected that vegetation seral stages would advance and many areas presently considered suitable, such as meadows, would ultimately convert to timber stands over the long term and thus not be available for livestock.

BLM_0030485

**Effects of Timber Management**

Timber harvest would open the canopy so that an increase of forage occurs in the understory. This forage increase is considered temporary and the term "transitory range" is used to describe this result. Over time forested stands once again close-in or young trees become dense enough that the increased rangeland vegetation no longer is available on site. The use of transitory range can be beneficial in improving livestock distribution in the short run.

Timber harvest may also result in the removal of natural livestock barriers. Fence construction would be required to maintain these barriers. In addition, there may be a need to construct new gates and/or cattleguards to accommodate harvest activities.

An indirect effect of aspen harvest is that once stands close-in they become virtual barriers to livestock movement. This affects livestock distribution and management until aspen are naturally thinned over time. Alternative D has objectives to harvest the most aspen followed by Alternative B. Alternatives A and C has objectives to harvest the least amount and acreages are identical.

Permitted livestock are not expected to increase due to the temporary increase in transitory range. The greatest amount of transitory range would be created in Alternative D, followed by A, B, and C.

**Effects of Wildlife and Fisheries Management**

Wildlife management activities that may result in effects to livestock grazing are:

- ***Effects from big game management***: Forage demands from big game can exceed the capability of the land and cause detrimental impacts to soil and vegetation. Conflicts over allocation of forage between livestock and big game are ongoing and will increase as big game populations continue to increase. In some cases this could result in limitations on permitted livestock use through changes in grazing seasons and/or livestock numbers.

- ***Sage grouse management***: Allowable livestock forage use and grazing season could be affected on those grazing allotments where sage grouse is present and where grouse habitat needs are not being met. These effects would be greatest on those grazing allotments managed without some form of pasture rotation.

- ***Management for big horn sheep***: The need to avoid contact between domestic and big horn sheep could result in removal of domestic sheep and grazing allotment closures to domestic sheep use.

- ***Wildlife and fisheries***: Management may also involve adjusting grazing time, intensity, and timing of livestock use, livestock exclusion, fencing, range improvements, etc. where livestock use adversely impacts upland and riparian vegetation.

- ***Threatened/Endangered/Sensitive Species Management***: Habitat for T, E & S species will be protected, maintained or increased. These actions may require changes in livestock management through changes in grazing strategies, grazing use, and range improvement use and design. Conservation strategies, critical habitat designations, and biological opinions address specific management requirements.

BLM_0030486

Livestock, big game animals and other wildlife that graze and browse herbs, grasses, and shrubs are disturbance agents. These animals also create disturbance through hoof action, which affects vegetation and soils in riparian and upland sites. Effects depend on a number of factors including grazing and browsing intensity, timing, and frequency, herbivore type, soil moisture, and existing vegetative conditions. Heavy browsing and grazing intensities, repeated grazing and browsing use during periods of rapid vegetative growth, and frequent use of individual or preferred plants without allowing for recovery from grazing tend to move vegetation towards earlier successional stages. Moderate or light grazing intensities, less frequent use, and shorter grazing periods tend to maintain or improve desired vegetative conditions. While livestock numbers are expected to remain stable and grazing management continues to improve, big game numbers are expected to increase. This will place more demand on rangeland vegetation to support increased grazing and browsing pressure. Livestock grazing intensity, timing and frequency will need to be addressed in order to meet demand. This will be a long-term impact and the magnitude will need to be addressed at the project level as these impacts will be site-specific. In addition, more active management of big game populations by CDOW may need to occur. Management actions such as depredation hunts or increased take could be employed by the agency to address big game numbers as required to meet rangeland vegetation needs.

An indirect effect is the potential to create additional, available livestock forage through wildlife habitat improvement projects such as wildland fire use.

Effects from wildlife and fisheries management are consistent across alternatives. Potential changes to livestock management are site-specific and are addressed at the project level.

### Effects of Travel Management and Recreation

Public lands roads and trails are used by grazing permittees to manage grazing activities within grazing allotments. These same roads and trails are used by public lands visitors and other permit holders for a variety of uses other than livestock management activities resulting in the potential for conflict.

Generally management costs are reduced for grazing permittees having access to grazing allotments along open public lands roads. While management efficiency may be improved, increased access by visitors can create additional management problems such as gates being left open, livestock disturbance, and vandalizing of cow camps and range improvements. There are also potential benefits as different public lands users become acquainted with differing valid uses of public lands.

Recreation use in and of itself would generally have little impacts to rangeland vegetation, except in those areas that receive repeated and continued uses such as camping areas, hiking trails, and off-road vehicle use. These activities, if conducted in a manner that promotes soil loss and compaction, could adversely affect rangeland vegetation by moving vegetation conditions to an earlier seral stage and away from desired conditions. Overall, livestock management should benefit with implementation of the 2005 travel management rule which allows continued motorized access to grazing allotments using existing routes. Alternative C restricts summer motorized travel the most, while the other alternatives are relatively similar. Winter travel restrictions should not impact livestock management activities..

BLM_0030487

## CUMULATIVE EFFECTS

### Past Effects

Effects from historic livestock use on public lands within SJPLC continue to be evident and influence livestock management today. Historic livestock numbers, both sheep and cattle, were higher in the past than at present. Higher stocking densities without today's investments in range improvements, such as fences and water developments, resulted in soil and vegetation degradation in those areas easily accessible to livestock such as riparian areas. Generally, unrestricted or longer grazing seasons adversely impacted native upland vegetation by not allowing adequate grazing recovery periods. This resulted in the replacement or decrease of some native bunchgrasses, such as Parry oatgrass and Arizona fescue, with less desirable species such as Kentucky bluegrass. Overall potential productivity decreased with unrestricted grazing practices. These conditions have gradually been improved using improved livestock management practices along with shorter grazing seasons and reduced permitted livestock on public lands.

Past fire suppression activities has resulted in conifer encroachment into formally suitable grazing lands which limits forage productivity and availability. This has also affected livestock use and distribution patterns. Past timber harvest, especially in higher elevation spruce/fir, increased available transition range.

### Current Effects

Permitted livestock numbers should remain stable and the demand for grazing privileges is expected to remain high for cattle allotments. The sheep market is expected to continue its decline; however, the number of sheep permittees is expected to remain stable. Ongoing livestock management practices to mitigate drought impacts are continuing.

Improved management such as fencing and water developments has helped arrest soil and vegetation degradation. In addition, knowledge of the appropriate time, timing and grazing intensity have improved livestock management on public lands. Drought impacts to rangeland vegetation are continuing. There are still livestock stocking issues and management concerns on some grazing allotments; however, these issues are addressed administratively at the project level. None of the alternatives would affect overall livestock management.

Ongoing timber harvest and fuels management are creating increased transitory range. This is an overall benefit to livestock management as these activities should benefit management flexibility and livestock distribution as long as they continue. There will continue to be impacts to rangeland vegetation from fire suppression, noxious weed management, livestock and big game grazing, recreation use, and other vegetative management activities. Some activities will result in positive effects, while other activities such as fires suppression and unmanaged recreation could result in unfavorable effects. In general, those activities that move or keep rangeland vegetation in a range between early and mid-seral conditions will be beneficial.

Conflicts between grazing permittees and other public lands users are expected to continue. These conflicts are seen in the form of open gates, shared trails, and range improvement vandalism to name a few. Forage competition between big game and livestock will continue as big game numbers continue to increase. Solid minerals management is expected to remain stable. Fluid minerals management is not expected to adversely impact livestock grazing management.

BLM_0030488

Agricultural land prices are increasing and may be out of reach for those buyers intending to continue agricultural uses on purchased lands. This could adversely impact grazing permittees needing to acquire additional lands to manage around the requirements of public lands grazing, and also make it more difficult those wanting to enter the livestock business. The use of conservation easements to maintain open space should increase which should reduce the rate of agricultural lands to other uses.

**Foreseeable Effects**

Livestock grazing, under improving management systems, should continue on public lands; however, the demand for grazing privileges will depend on the ability of current and future grazing permittees to absorb increasing operating costs.

As land values continue to increase, some grazing permittees will likely choose to sell their land for conversion to other uses. No grazing could have adverse effects such as the loss of privately owned open land, and the change in local customs and culture. The use of conservation easements to maintain open space should continue. Loss of grazing would also result in the loss of a vegetation management "tool". However, in those areas where vegetative condition is not meeting desired conditions, no grazing could result in an improvement in these conditions.

Fuels and fire management should continue to increase the amount of transitory range which would remain a benefit.

Solid minerals management activities will continue to remain stable. Fluid minerals activity is expected to increase by a factor of almost two. These activities should be mitigated. Even should no additional oil and gas leasing occur the types of impacts would be the same overall, but again, these impacts should be mitigated. Where mitigation cannot be accomplished, it would be likely that adjustments to livestock operations in the form of changes to permitted numbers and grazing seasons would be considered. Any changes would be on an allotment-by-allotment basis.

Conflicts between grazing permittees and other public lands users are expected to continue and possibly increase as the amount of recreation, especially motorized uses, continues to increase.

Impacts to rangeland vegetation will continue to increase as recreation demand, especially motorized use, increases as local community populations' increase through retirement and re-location of baby boomers and others who prefer motorized recreation experiences on public lands. Associated activities such as hiking and biking could also impact rangeland vegetation if not managed. In addition, there could continue to be adverse impacts due to an ongoing drought which would further restrict forage availability and land health. It is expected that cheatgrass would continue to expand on public lands administered by SJPLC due to the ongoing drought.

Forage competition between big game and livestock will continue as big game numbers continue to increase. As this trend continues changes in livestock management through reductions in permitted livestock numbers or seasons could be expected should soil and vegetation changes trend away from desired conditions. This trend would also be exacerbated should the pattern of changing land uses on private lands continue.

In summary, livestock management would be expected to continue and that the trends described above would be the same regardless of alternative.

BLM_0030489

## INTRODUCTION

Oil and gas (natural gas and carbon dioxide) are defined as leasable minerals under federal law and regulation. The Bureau of Land Management (BLM) has jurisdiction over management of federal oil and gas resources underlying both BLM and National Forest System (NFS) lands, as well as those underlying non-federal surface (split estate) lands within the San Juan Public Lands (SJPL). The BLM and Forest Service are joint agencies in this analysis under the 2006 Memorandum of Understanding Concerning Oil and gas Leasing and Operations. For BLM lands and federal leasable minerals under non-federal surface lands, BLM administers all oil and gas leasing and development activity. BLM analyzes and makes decisions on leasing and discloses those decisions in its Resource Management Plan. Under the Federal Onshore Oil and Gas Leasing Reform Act of 1987 and implementing regulations at Title 36, Code of Federal Regulations Part 228 E, the Forest Service must analyze and make decisions on mineral leasing for federal leasable minerals underlying NFS lands. Once those decisions are made, BLM may offer the selected NFS lands for lease consistent with those decisions.

BLM published its San Juan/San Miguel Planning Unit Resource Management Plan in 1985 and amended it in 1991. The Forest Service published its San Juan National Forest Plan in 1983 and amended it in 1992. Under the Service First initiative adopted by the San Juan Resource Area (BLM) and the San Juan National Forest (Forest Service), this plan revision includes analysis and decision on oil and gas leasing on BLM lands, and is accompanied by a leasing availability decision for NFS lands.

The leasing decisions are tied to the land management plan. The following analysis applies to a total of 2.09 million acres of federal minerals within a three million-acre analysis area, of which 1.67 million acres of federal leasable mineral estate (outside of wilderness and administratively withdrawn areas) have the potential for the occurrence of oil and gas resources, as disclosed in the analysis contained in Table 3.15.1. The remaining 0.94 million acres within the planning area are not included in this oil and gas leasing analysis because the federal government has no authority over privately held minerals regardless of surface ownership.

Oil and Gas Affected Environment, Figure 3.15.1, illustrates the estimated potential for the occurrence of oil and gas resources in the SJPL.

BLM_0030490

**Table 3.15.1 - Potential for Occurrence of Oil and Gas Resources by Mineral Estate**

| STATUS | NO KNOWN | LOW | MODERATE | MODERATE-HIGH | HIGH | TOTAL ACRES |
|---|---|---|---|---|---|---|
| Federal Surface | 380,395 | 500,462 | 465,993 | 219,983 | 266,363 | 1.833,197 |
| State Surface, Federal Minerals | 11 | 491 | 23,872 | 0 | 2,272 | 26,645 |
| Private Surface, Federal Minerals | 63,714 | 17,496 | 124,971 | 20,969 | 28,823 | 255,973 |
| Total | 444,120 | 518,449 | 614,836 | 240,952 | 297,458 | 2,115,815 |

BLM_0030491

**Figure 3.15.1 - Favorable Oil and Gas Resource Potential Summary and Potential High Development Areas**

BLM_0030492



Currently 528,000 acres of public land (439,000, BLM and 89,500, NF) are leased for oil and gas development. The San Juan National Forest is operating under leasing decisions made in 1983 in conjunction with development of the unit's land and resource management plan (LRMP). The BLM San Juan Field Office leasing decisions where made in 1985 as part of the unit's development and approval of a resource management plan (RMP). The BLM amended its leasing decisions in 1991 as part of a Colorado statewide mineral-leasing reanalysis. The current leasing decisions for the two units that make up the San Juan Public Lands are thus 15 to 23 years old, respectively.

As an integral part of the plans' revisions, leasing decisions made in the prior plan are also to be revised. There is an option within the applicable Forest Service regulations to conduct this process separate of the LRMP/ RMP revisions; however, we believe the approach of lease revision made in concert with LRPM/RMP revision presents the best opportunity to achieve an integrated approach to resource management planning.

## LAWS, POLICY, DIRECTION

Oil and gas resources on NFS and BLM lands are managed under a large body of laws and regulations. A few, however, are specific to the mineral resource itself and provide direction on the disposition of federally owned oil and gas resources, as well as administration of surface activities associated with development of these resources.

*Mineral Leasing Act of 1920* – This act authorizes the Secretary of Interior to issue leases for the disposal of certain minerals (currently applies to coal, phosphate, sodium, potassium, oil, oil shale, gilsonite, and gas). The act applies to National Forest lands reserved from the public domain, including lands received in exchange for timber or other public domain lands and lands with minerals reserved under special authority.

*Mineral Leasing Act for Acquired Lands of 1947* - This act states that all deposits of coal, phosphate, oil, oil shale, gas, sodium, potassium, and sulfur that are owned or may be acquired by the United States and that are within lands acquired by the United States may be leased by the Secretary of Interior under the same conditions as contained in the leasing provisions of the mineral leasing laws. No mineral deposits shall be leased without the consent of the head of the executive department having jurisdiction over the lands containing the deposit and subject to such conditions as that official may prescribe.

*The Domestic Minerals Program Extension Act of 1953* – This act states that each department and agency of the federal government charged with responsibilities concerning the discovery, development, production, and acquisition of strategic or critical minerals and metals shall undertake to decrease further, and to eliminate where possible, the dependency of the United States on overseas sources of supply of each such material. Mining and Minerals Policy Act of 1970 - This act states that the continuing policy of the federal government is to foster and encourage private enterprise in the development of economically sound and stable domestic mining and minerals industries and the orderly and economic development of domestic mineral resources. The Federal Land Policy and Management Act of 1976 – This reiterates that the 1970 Mining and Minerals Policy Act shall be implemented and directs that public lands be managed in a manner which recognizes the nation's need for domestic sources of minerals and other resources.

*Energy Security Act of 1980* - This act directs the Secretary of Agriculture to process applications for leases and permits to explore, drill, and develop resources on NFS lands, notwithstanding the current status of any management plan being prepared.

BLM_0030493

***The National Materials and Minerals Policy, Research and Development Act of 1980*** - This requires the Secretary of Interior to improve the quality of minerals data in federal land use decision-making.

***The Federal Onshore Oil and Gas Leasing Reform Act of 1987*** - This act expands the authority of the Secretary of Agriculture in the management of oil and gas resources on NFS lands. Without Forest Service approval, BLM cannot issue leases for oil and gas on NFS lands over the objection of the Forest Service.  The Forest Service also has the authority to regulate all surface disturbing activities on NFS lands.

***The Energy Policy Act of 2005*** – This act encourages energy efficiency and conservation; promotes alternative and renewable energy sources; reduces dependence on foreign sources of energy, increases domestic production, modernizes the electrical grid, and encourages the expansion of nuclear energy. The BLM and Forest Service are responsible for making public lands available for orderly and efficient development of these resources under principles of multiple-use management.

## PROCESS FOR MINERAL LEASING AND OIL AND GAS EXPLORATION AND DEVELOPMENT

This section provides additional information on: (1) the decisions made in the LRMP/RMP revisions related to leasing of federal minerals, and (2) the overall process for leasing, exploration, and development of oil and gas resources. An overview of this process is important because it illustrates the sequence of decisions and planning that lead from leasing to ultimate development of the oil and gas resource.

The Records of Decision for the LRMP/RMP revisions and the Forest Service leasing availability analysis will make the following decisions related to mineral leasing:

- ***For BLM lands***: lands open for leasing [BLM Handbook H1601-1], including conditions (stipulations) under which lands will be open for leasing. A plan-level decision to open the lands to leasing represents BLM's determination, based on the information available at the time, that it is appropriate to allow development of the parcel consistent with the terms of the lease, laws, regulations, and orders, and subject to reasonable conditions of approval. (selected alternative will be approval in the LRMP/RMP Record of Decision)

- ***For NFS lands***: lands administratively available for leasing [36 CFR 228.102(d)], including conditions (stipulations) under which lands will be available. (selected alternative will be approved in a Forest Service leasing availability Record of Decision)

The Forest Service availability decision and BLM leasing decision constitute Stage 1 of a three-stage decision-making process for oil and gas leasing, exploration, and development (Table 3.15.2). Neither leasing decision authorizes ground-disturbing activity. Ground-disturbing activity will be authorized through an Application for Permit to Drill (APD) for an exploration well (Stage 2), and, in the event of a discovery, through a development plan (Stage 3).  Environmental analysis and decision-making (NEPA analysis) specific to such proposals (APDs and development plans) will be conducted when and if industry submits such proposals. All areas of the National Forest and BLM public lands exclusive of areas currently withdrawn from leasing and those currently administratively unavailable for leasing are analyzed. These lands include:

- The portions of the San Juan National Forest currently available for leasing – 1,384,896 acres

- The entire BLM San Juan Field Office public lands including split-estate lands - 704,274  acres

BLM_0030494

Thus the net acreage analyzed for leasing on both federal jurisdictions totals 2,115,815 acres. The Reasonably Foreseeable Development projections for future oil and gas development activity forecast activities within a broad area of 928,000 acres of lands classified as having high, moderate and low potential for oil and gas. Within that area there would be approximately 1,800 acres of land disturbance as a result of oil and gas exploration and development. These lands generally coincide with lands that are already leased and undergoing some level of development, are leased and currently undeveloped, or where industry has nominated areas for lease.

**Table 3.15.2 – Three Stages of Forest Service and BLM Decision-Making Process or Leasing, Exploration, and Development**

| |
|---|
| **Stage 1 – Leasing**<br>*Determination of lands available for leasing (USFS) and Lands Open to Leasing (BLM); offering, sale, and issuance of leases*<br>NEPA analysis and decision on which lands will be available for leasing (USFS) or open to leasing (BLM), including determination of lands available or open to development with standard lease terms, lands available or open to development but subject to special constraints (stipulations), and lands closed to leasing, with distinction between areas closed by law or regulation and areas closed through exercise of management direction by the Forest Service and/or BLM (discretionary no lease). Implementation of leasing decisions consists of the following:<br>• Industry submission of an Expression of Interest for a lease or leases to BLM;<br>• BLM and FS verification and validation that leasing has been adequately addressed in a NEPA document and is consistent with the applicable management plan; assurance that conditions of surface occupancy identified in the leasing availability decision are properly included as stipulations; and determination that operations and development could be allowed somewhere on each proposed lease, except where stipulations prohibit all surface occupancy.<br>• Offering of lease on a regularly scheduled competitive sale.<br>• Issuance of lease to high bidder, or lease available over the counter after sale if no bid received. |
| **Stage 2 – Exploration – Application for Permit to Drill (APD)**<br>Proposal to drill exploratory well on valid federal lease in previously unexplored or undeveloped area. Proposal is for ground-disturbing activity and is subject to NEPA analysis and decision specific to proposal. Implementation consists of lessee/operator drilling the authorized well, followed by completion or plugging and abandonment depending on the well's production capabilities. |
| **Stage 3 – Development – Development Plan**<br>Proposal to drill one or more wells to develop a field. Proposal is for ground-disturbing activity and is subject to NEPA analysis and decision specific to proposal.  Implementation consists of lessee/operator drilling and completing authorized wells. |

## CONDUCTING THE LEASING ANALYSIS

The leasing analysis provides the basis for making the leasing decision. Following direction in 36 CFR 228 102 (c) (I) and BLM Handbook H1601-1, the analysis identifies:

- Lands open to development with standard lease terms (described in Section 6 of every lease).

- Lands open to development, but subject to constraints that require the use of supplementary lease stipulations when the standard lease terms are not sufficient to protect surface and subsurface resources.

    Lands closed to leasing, distinguishing between those areas closed through exercise of management direction by the Forest Service or BLM and those closed by law or regulation. Such lands are identified in the oil and gas leasing maps for the alternatives.

- Mitigation measures in the form of lease stipulations related to the different emphases of the alternatives for oil and gas management.

BLM_0030495

Based on their goals and resulting management emphasis, LRMP/RMP Alternatives A and D emphasize more access for leasing and development with less restrictions. Alternatives B and C use more restrictions. No-leasing Alternative provides for no leasing of federal oil and gas on currently unleased ands and on leased lands when the current lease expires. After analyzing the effects of development on surface resources, including consideration of environmentally sound drilling technology, reclamation, and effects of prohibiting surface occupancy, the Forest Service or BLM may determine that the impacts are unacceptable for some areas. These areas may be closed to leasing at the discretion of the Forest Service or BLM.

The analysis also:

- Identifies land management alternatives which result in a range of possible leasing decisions [36 CFR 228.102 (c) (2) and BLM Handbook H1624-1].

- Includes a projection of the type and amount of post-leasing activity that is reasonably foreseeable as a consequence of conducting a leasing program consistent with that described in the proposal and for each alternative [36 CFR 228.102 (c) (3), and BLM Handbook H1624-1]

- Analyzes the reasonable foreseeable impact of post-leasing activity projected for the proposal and for each alternative [36 CFR 228.102 (c) (3) and BLM Handbook H1624-1)]

- These three requirements are addressed below.

## EXISTING CONDITIONS AND TRENDS

The existing condition is a result of the discovery and development of oil and gas resources. In addition to these known and developed resources, the existing condition includes estimates of the potential for the occurrence of undiscovered oil and gas resources, and the likelihood of their development during the 15 -year planning period. This Oil and Gas Leasing Analysis is divided into the following major topics:

- Oil and Gas Occurrence Potential in SJPL

- Major Oil and Gas Plays

- Scenario for Future Oil and Gas Exploration and Development Activity

- Trends in Recent Development and Exploration Activity

- Reasonable Foreseeable Development in SJPL

Each topic section provides a summary of the relevant data.

## OIL AND GAS OCCURRENCE POTENTIAL IN SJPL

The Reasonable Foreseeable Development (RFD) analysis projects oil and gas development for the SJPL. It is based on an assessment of the potential for the occurrence of oil and gas, and an estimate of the level and type of development activity that might occur, should the affected lands be leased. This section of the analysis describes regions of different potential for accumulations of oil and gas in the SJPL. The estimate of development activity is described in a following section.

A region of defined oil and gas resource potential may include adjacent non-SJPL lands where the geology and exploration and development activity are important to describing potential for oil and gas resources in the SJPL. The potential for occurrence of oil and gas in the SJPL is based on the geology and major plays in the SJPL. Table 3.15.1, above, summarizes the potential for the occurrence of oil and gas in the SJPL.

The criteria used for designation of potential are from BLM Handbook H-1624-1, revised Dec. 19, 1994:

- **High potential**: The play demonstrates existence of source rock, thermal maturation, reservoir strata possessing permeability and porosity, and traps. Demonstrated existence is defined by physical evidence or documentation in the literature.

- **Medium potential**: The play has geophysical or geological indications that the following may be present: source rock, thermal maturation, reservoir strata possessing permeability and porosity, and traps. Geologic indication is defined by geological inference based on indirect evidence.

- **Low potential**: The play has specific geophysical or geological indications that one or more of the following may not be present: source rock, thermal maturation, reservoir strata possessing permeability and porosity, and (or) traps.

- **No potential**: The play has no currently recognizable potential. The play has demonstrated absence of source rock, thermal maturation, reservoir rack, and traps. Demonstrated absence is defined by physical evidence or documentation in the literature.

The following discussion provides information from which the oil and gas occurrence potential summary is derived, broken down by specific oil and gas province and play. Within each play, there may be several different estimates of potential for individual rock formations.

### SAN JUAN BASIN PROVINCE

#### High potential
Lands with high potential in Cretaceous rocks are present in the SJPL in the extreme northern part of the San Juan Basin Province. Productive oil and gas fields such as the Ignacio-Blanco and Fruitland–Picture Cliffs, and production from the Dakota, "tight" Dakota, and Mesa Verde plays are in and/or immediately adjacent to the SJPL. The oil and gas potential of fractured Mancos is considered to be high, particularly in the sandier and more dolomitic El Vado member of the Mancos Shale. The potential for future oil and gas discoveries and development is high where the Dakota and younger rocks are present.

#### Medium potential
Within the Northern San Juan Basin area, the lands that overlie the Entrada Sandstone are prospective. This is particularly true in the vicinity of the southwestern flank of the Archuleta Anticlinorium on the northeastern flank of the San Juan Basin Province. Medium potential is also assigned to the Pennsylvanian rocks in the San Juan Basin Province part of the SJPL.

BLM_0030497

### Low potential
Tertiary, Mississippian and Devonian rocks in the SJPL are of low potential at present, although escalating oil prices may drive exploration interest higher with time.

### No currently recognizable potential
The rocks below the Mississippian, if present, do not have any currently recognizable potential, although escalating oil prices may drive exploration interest higher with time.

## SAN JUAN SAG AREA

### High potential
Cretaceous rocks in the southern and southwestern part of the San Juan Sag generally dip northeasterly away from the Archuleta Anticlinorium that separates the San Juan Sag from the San Juan Basin. The primary reservoirs are the Dakota and possible fractured shale of the Mancos. The Mesa Verde is also a potential objective in the northeastern part of the SJPL in the San Juan Sag area. The Dakota and fractured Mancos Shale potential is considered to be high in this part of the SJPL where Cretaceous outcrops and subcrops are not covered by thick volcanic flows.

### Medium potential
The Entrada Sandstone has medium potential in the San Juan Sag part of the SJPL. This is particularly true along the northeastern flank of the Archuleta Anticlinorium.

### Low potential
Very little is known about the Pennsylvanian section in the San Juan Sag area. However it has been mentioned by several operators as a possible objective, if present, beneath the Mesozoic rocks in the sag. It is therefore given a low potential.

### No current recognizable potential
Mississippian and/or Devonian and older Paleozoic rocks are virtually unexplored and no recognizable potential is given to this stratigraphic package.

## PARADOX BASIN PROVINCE

### High potential
Actively producing fields in the Andy's Mesa, Cache, Cocklebur Draw, Flodine Park, Hamilton Creek, Hamm Canyon, Island Butte, McClean, Papoose Canyon, Roadrunner, Sleeping Ute, and Towaoc fields have high potential for continued expansion of production of gas and some oil in the Paleozoic section of the Paradox Basin Province of the SJPL. The Carbonate Buildup Play and Structural and Fractured Shale Play both have high potential for oil and associated gas development in the area.

### Medium potential
Only the northwestern part of the SJPL is expected to have potential for oil and hydrocarbon gas. Although the Mississippian is still lightly explored, the carbonates in the northwestern part of the SJPL are prospective, will probably be structurally controlled, and may have a high percentage of CO2 and are assigned medium resource potential.

BLM_0030498

**Low potential**
Generally, this includes the remaining lands within the area outside the medium-potential area that are underlain by a sedimentary section at least 1,000 feet thick. The Marginal Clastics (Silverton Delta) Play remains speculative, but there is some potential for small accumulations of conventional gas.

**No currently recognizable potential**
Generally, this area includes both lands located outside the Paradox Basin Province boundary and those that are not underlain by at least 1,000 feet of sedimentary rocks. Some sedimentary exposures are found outside the basin, but presumably consist of a thinner section. The plutonic rocks within the Paradox Basin Province have no currently recognizable potential.

## MAJOR OIL AND GAS PLAYS

**Introduction**
The SJPL contains a number of important and productive oil and gas plays, many of which have been extensively explored since the last assessment of the region in the early 1990s. According to the Colorado Oil and Gas Conservation Commission database, 1,339 wells have been drilled in the SJPL planning area, with 40 percent (533) drilled after 1984. At the end of 2004, there were 502 producing wells, 339 (68 percent) of which were located in the Ignacio-Blanco coal-bed methane (CBM) field of Archuleta and La Plata counties. Of the remainder, 156 wells (31 percent) produced conventional oil and gas in Dolores, Montezuma, and San Miguel counties.

Since 1999, an average of 34 new wells have been added annually, equally split between CBM production and conventional oil and gas. In 2004, 331,000 barrels of oil and 89 billion cubic feet (BCF) of gas were produced in the SJPL planning area, excluding carbon dioxide (CO2) production. CO2 production from three wells in Montezuma County added another 321 BCF to the total gas produced in the area.

New potential plays in the SJPL that have been upgraded in their resource potential in this analysis include the Entrada Play of the Northern San Juan Basin Province, and the Structural and Fractured Shale Play and Mississippian Play in the southeastern Paradox Basin Province.

As defined here, a play is a set of oil or gas accumulations that are geologically, geographically, and temporally related and that exist by virtue of identical or similar geological conditions. The oil or gas accumulations may be known to exist or be completely hypothetical and may be discovered or undiscovered. Geological characteristics as reservoir lithology, timing and migration, trapping mechanisms and source rock, as well as maturation, are taken into consideration in the definition and evaluation of each play. Estimates of undiscovered oil and gas resources in the SJPL are derived from the 1995 and 2000 USGS National Assessment of undiscovered oil and gas resources.

The San Juan Public Lands include parts of two major oil and gas provinces, the San Juan Basin Province (Province 022 of the USGS National Assessment) in the east and the Paradox Basin Province (021) in the west. The SJPL also include the southwestern part of the lightly explored, but oil-productive, San Juan Sag. The San Juan Basin is the second-largest natural-gas field in the United States. Coal-bed methane development in the San Juan Basin Province accelerated during the late 1980s and is currently the primary focus of natural-gas development in the region. The Paradox Basin Province (Table 3.15.3) is an important oil and gas producer, and gas production, in particular, has accelerated in the last decade in the SJPL.

BLM_0030499

**Table 3.15.3 – Major Oil and Gas Fields in the San Juan Basin Province in the SJPL**

| NAME | TYPE | PRODUCING RESERVOIRS |
|------|------|----------------------|
| Ignacio-Blanco | CBM/Gas | Mesa Verde Group (Point Lookout), Dakota, Fruitland Coal |
| Chromo | Oil | Fractured Mancos (limited production) |
| Menefee Mtn. | Oil | Dakota; tests in Desert Creek, Ismay (limited production) |
| Gramps | Oil | Dakota and fractured Mancos (currently abandoned) |
| Navajo | Oil | Mesa Verde Group, Mancos, Gallup |

Because the National Assessment does not provide specific data for the plays in the SJPL, the resource quantities given below are for the entire San Juan Basin and Paradox Basin provinces rather than for those portions within the SJPL. An attempt to proportionate or delineate the specific resources of the SJPL is presented where appropriate and possible.

BLM_0030500

**Table 3.15.4 - Major Oil and Gas Fields in the Paradox Basin Province**

| NAME | TYPE | PRODUCING RESERVOIRS |
|---|---|---|
| Andy's Mesa | Gas/Oil | Cutler, Cutler Arkose, Honaker Trail, Ismay |
| Cache | Oil | Ismay |
| Cahone | Oil/Gas | Honaker Trail |
| Cocklebur Draw | Gas | Hermosa, Paradox |
| Double Eagle | Gas | Honaker Trail, Cutler |
| Flodine Park | Oil/Gas | Ismay |
| Hamilton Creek | Gas/Oil | Hermosa, Cutler, Honaker Trail |
| Hamm Canyon | Gas | Hermosa |
| Island Butte | Oil | Desert Creek |
| Lisbon Southeast | Gas/Oil | Leadville |
| McClean | Oil/Gas | Desert Creek |
| Papoose Canyon | Oil/Gas | Desert Creek, Ismay |
| Roadrunner | Oil/Gas | Ismay |
| SE Andy's Mesa | Gas/Oil | Cutler, Cutler Arkose, Honaker Trail, Ismay |
| Sleeping Ute | Oil/Gas | Ismay |
| Stone Pony | Gas/Oil | Ismay |
| Towaoc | Oil/Gas | Ismay |

According to the 2000 USGS National Assessment, the most likely estimates of undiscovered oil and gas resources in the San Juan Basin Province are 19 million barrels of oil (MMBO) and 50 trillion cubic feet (TCF) of gas. Much of the favorable area will be gas-prone because of burial depths, source rock type, proximity to intrusive rock heat sources, or various combinations of these. Undiscovered oil resources in the Paradox Basin are larger, estimated at 500 MMBO; gas is estimated at 1.5 billion cubic feet (BCF). Most of these resources in the Paradox Basin are likely to be distributed in small- to moderate-size accumulations rather than concentrated in a few large ones.

The coal-bed methane area on the eastern side of the SJPL, in the San Juan Basin Province, likely contains the vast majority of the undiscovered gas resource. Porous carbonate plays on the western side of the SJPL, in the Paradox Basin Province, will likely account for additional undiscovered oil. New gas also will come from Paleozoic plays in the eastern Paradox Basin Province; Mississippian and Devonian rocks on the western side of the SJPL both probably have some potential, but the magnitude is uncertain due to the presence and percentage of $CO_2$ in the natural gas and the likelihood of increased $CO_2$ percentages in the vicinity of the Laramide-age and younger intrusives. The potential for undiscovered $CO_2$ as opposed to natural gas in this area is uncertain.

BLM_0030501

**San Juan Basin Oil and Gas Plays**

Conventional oil and gas exploration and development in the San Juan Basin part of the SJPL is largely found in the Ignacio-Blanco field, which produces from the Dakota Sandstone, Fruitland Formation, Pictured Cliffs Sandstone, and the Mesa Verde Group. The field was discovered in 1950. The Dakota Sandstone, Mesa Verde Group, and Pictured Cliffs Sandstone are the principal producing horizons and typically yield dry gas with small quantities of produced water and associated hydrocarbon liquids. By 1995, the Dakota Sandstone had produced 279 BCF of gas. Production from the Dakota Sandstone reached its peak in 1996, but this formation may still have potential for limited development. The Mesa Verde Group produced 678 BCF of gas and 40,000 barrels of condensate from 1952 to 1995. Wells completed in the Pictured Cliffs Sandstone, which includes the Pictured Cliffs Sandstone and Fruitland sand, produced 88 BCF through 1995. Current production is limited to small amounts of oil. As of December 2001, 13 active conventional gas wells existed in this part of the SJPL in the Ignacio-Blanco field.

The majority of the gas produced from the SJPL, excluding $CO_2$ production from McElmo Dome in Montezuma County, comes from the Ignacio-Blanco CBM field. In 2004, 339 wells produced 65 BCF of gas from the Fruitland coal.

**Paradox Basin Province**

Most of the production in the province has been from porous carbonate buildups, mainly algal mounds (porous-carbonate buildup play, USGS code 2102), around the southwestern shelf margin of the Paradox evaporite basin. The giant Aneth field, with more than 1 billion barrels of oil in place, accounts for about two-thirds of the proven resources in the province, and other fields such as the Ismay in this primarily stratigraphic play account for much of the rest. Most of the other plays have a strong structural component, particularly the Buried Fault Blocks, Older Paleozoic (2101), Fractured Interbed (2103), and Salt Anticline Flank (2105) plays. The Permian-Pennsylvanian Marginal Clastics Play (2104) is a combination of both structure and stratigraphy. The Fractured Interbed Play (2103) is an unconventional, continuous play.

The westernmost part of the SJPL lies within the southeastern part of the Paradox Basin Province. The Paradox Basin was formed in Middle Pennsylvanian time as a result of faulting along the pre-existing, northwest-trending Uncompahgre lineament, with uplift to the northeast and corresponding basin down-warping across the faults to the southwest. Salt anticlines developed in the deeper part of the basin, which has the thickest section of evaporates, as salt moved upward in response to sediment-loading from the north. The basin contains the thickest sediments along the northeastern margin, where it is bounded by the Uncompahgre uplift.

***Summary of plays in Paradox Basin Province in the SJPL***

The primary oil- and gas-producing formation is the Middle Pennsylvanian Paradox Formation, which consists of cyclic carbonates, clastics, and evaporates deposited in a marine environment (Scott 2003). The oldest formation with oil and gas production is the upper Mississippian Leadville Limestone. Overlying Pennsylvanian rocks include the Molas Formation and the Hermosa Group, which includes the Paradox and Honaker Trail formations. The Paradox Formation includes most of the evaporites, and the majority of the production is from the interbedded carbonates. The overlying Honaker Trail consists of marine carbonates, shales, siltstones, and sandstones. The Permian Cutler Formation consists of fluvial sandstones and shales. The Cutler Formation is the youngest interval of potential gas production within the SJPL.

BLM_0030502

The USGS 1995 National Oil and Gas Assessment project (Huffman 1995b) identified five major plays in the Paradox Basin Province that overlap with parts of the SJPL:

- Buried fault blocks, older Paleozoic (2101) – northwestern corner of SJPL;

- Salt anticline flanks (2105) – follows same boundary as Buried Fault Blocks Play;

- Fractured interbeds (2103) - follows same boundary as Buried Fault Blocks Play;

- Porous carbonate buildup (2102) - west of Lizard Head Wilderness;

- Permian-Pennsylvanian Marginal Clastics (2104) – northwest part of the SJPL adjacent to and east of the Paradox Basin boundary.

## SCENARIO FOR FUTURE OIL AND GAS EXPLORATION AND DEVELOPMENT ACTIVITY

Projecting expected oil and gas activity is necessary to assess potential effects of leasing SJPL lands for oil and gas exploration and development. This part of the analysis presents the type and level of potential – activity principally based on geology and past and present activity. Economics and technology, access to an area of interest, and the availability of processing facilities and transportation also play a role in exploration and development activity levels. Some of these factors, such as economics and technology, are difficult to predict due to their complexity, interactive nature, and variability in time. This analysis is based on what is currently known about geology and activity and does not attempt projections of future fluctuations in oil and gas markets and political factors or rapid and unpredictable changes in technology or discoveries that may trigger new plays in the area.

Projected oil and gas activity may not always equate with geologic potential for the existence of hydrocarbons. In some areas where all the geologic factors indicate a high potential for oil and gas resources, other factors, such as inaccessibility, risk, high exploration costs, and low oil and gas prices, may limit the potential for exploration and development activity. Consequently, an area of high potential for hydrocarbon occurrence may have a low potential for exploration and development activities. Conversely, such factors as rapidly escalating product prices or advances in technology could lead to drilling activity in areas considered to have a low potential for oil and gas occurrence. In any case, current projections of activity are based on currently known conditions and reasonable expected changes in technology and price factors.

Based on the analysis of the geology and plays in the SJPL, and their resource potential, the parts of the SJPL that have high and moderate potential for oil and gas occurrence and development are:

- The clastic terrane in the San Juan Basin Province, largely from source and reservoir rocks in the Cretaceous section;

- The Cretaceous and Jurassic section in the San Juan Sag; and

- The carbonate terrane in the Paradox Basin Province, largely from source and reservoir rocks in the Pennsylvanian, with lesser contributions from the Permian and Mississippian section.

BLM_0030503

Currently 528,000 acres of public land (20 percent of USFS and BLM land in the SJPL) are leased for oil and gas development.

Production from developed wells has also increased steadily, and the number of producing wells shows a constant annual increase of about 10 percent over the last six years. Based on current trends, drilling activity in the SJPL is likely to continue at a minimum of 35 new wells per year. Given the oil and gas price trends discussed above, it is possible that this drilling activity may increase to more than 140 wells per year during the first five years of the plan and approximately 60 wells per year during the subsequent 10 years of the plan on federal lands.

The recent Environmental Impact Statement for the Northern San Juan Basin Coal Bed Methane Project in La Plata and Archuleta Counties (2006) analyzed a proposal by six companies to drill approximately 300 new coal-bed methane (CBM) wells in the Northern San Juan Basin in the next five years. One hundred and thirty-eight wells are approved for drilling on federal lands and the rest of the development would occur on private and state lands. The overall life of this CBM project, including construction, production, and reclamation, would be approximately 40 years.

**Figure 3.15.2 -  Annual Oil Production in RFD Area**



**Infrastructure**

With respect to the SJPL, a critical issue is how gas moves into the San Juan Basin pipeline system through the Blanco Hub. Consideration is primarily given to trunk pipelines, larger capacity lines used to transport gas or oil to market. Credible data is not available to address local gathering infrastructure. Currently the Paradox, Piceance, and Uinta basins all flow south to the Blanco Hub. There is insufficient capacity in these pipelines to accommodate the future development projected in the RFD scenario through 2020. For example, the Trans-Colorado pipeline (Table 3.15.5), a major conduit for gas from the Paradox Basin part of the SJPL, is at or near capacity. As more gathering capacity is built to feed the Blanco system, capacity constraints are likely for transmission out of the Blanco Hub. Currently, transmission capacity is very tight at the Blanco Hub, and if additional Paradox, Piceance and Uinta gas flows into the system, transmission capacity constraints could emerge.

It is projected that within the next 5-10 years that a parallel pipeline to the existing Trans-Colorado gas pipeline will be required, and that a new 50-ft right of way will be required to construct the pipeline. In the interim, Trans-Colorado Pipeline compression may be increased. Power and road capacity are sufficient to handle future development in the RFD area. Sufficient 10-inch line capacity currently exists and is projected to provide sufficient capacity to transport gas out of the Paradox Basin to the limiting Trans-Colorado Pipeline.

**Figure 3.15.3 - Non CO2 Gas Production in RFD**



BLM_0030505

In the HD Mountains area, a critical part of the future development of CBM, the only pipeline that is available to take gas is the Public Service of Colorado line, which is a high-pressure (900 psi) consumer line. CBM from the HD Mountains area may contribute considerably more production than is currently estimated, particularly with the potential for 80-acre down spacing. Elm Ridge Resources, a CBM producer in the HD Mountains area, is attempting to run another line south to flow gas to the Blanco Hub.

**Figure 3.15.4 - Annual CO2 Production in RFD Area**



**Table 3.15.5 - Major Pipelines in SJPL**

| NAME | OWNER | USE | SIZE (INCHES) |
|------|-------|-----|---------------|
| Basin | * | Gas | * |
| Mid-America | Enterprises Production | Gas | * |
| Public Service of Colorado | * | Gas | * |
| Rocky Mountain | * | Gas | 4, 10 |
| Trans-Colorado | * | Gas | 22 |
| Trans-Texas | Kinder-Morgan | CO2 | * |
| Williams | Williams Field Services | Gas | * |

BLM_0030506

In summary, although the pipeline infrastructure in the SJPL is basically in place, capacity for future gas development may be limited, particularly in the Paradox Basin Province part of the SJPL. In addition, moving gas out of the San Juan Basin may limit future development in the SJPL if new pipelines are not built to transport gas from the San Juan Basin to eastern markets. A parallel 22-inch pipeline to the existing 22-inch Trans-Colorado pipeline is projected to address Paradox Basin constraints.

### Pending leases
Existing lease nominations in the eastern Paradox Basin Province and the San Juan Sag of the SJPL total approximately 230 parcels on 150,000 acres. Within these unleased lands, a total of 170 new wells are projected if the lands are leased and gas discovery in paying quantities matches potential. A proposal to drill 138 new wells over the next five years in the HD Mountain Analysis Area (federal, private, and state jurisdiction) has been approved federal jurisdiction as documented in the final Environmental Impact Statement for the Northern San Juan Basin Coal Bed Methane Project in La Plata and Archuleta Counties (2007).

### Impacts of future technology
A number of conventional and experimental development technologies are being used or evaluated in and adjacent to the SJPL. These include stimulation technology, directional and horizontal drilling, multiple zone completion and other techniques. Some of the more important are discussed below.

Conventional well drilling is still common in the SJPL, where vertical wellbores are the preferred drilling and completion method for oil and gas wells. There is lower cost and risk by drilling vertically. Reserves often can be captured adequately with vertical wellbores. When pumping is required to produce the oil, maintenance costs are lower in vertical wellbores. However, directional drilling and stimulation technology are being applied more frequently in the area, particularly in the Paradox Basin Province, and these techniques are likely to continue to be used at an increasing rate. Some of the future development of new or mature plays in the Paradox Basin also may require application of some of the technologies discussed below.

### Directional and horizontal drilling
Directional (purposely deviated) drilling allows producers to drill more than one well from a well location and to disturb less surface area. It also makes drilling more feasible in areas with significant environmental concerns. The cost of drilling a directional well is commonly considerably more expensive and presents additional technical and financial risks. Therefore this technology has only recently been suitable and economically viable in the SJPL.

The objectives of directional and horizontal drilling are typically related either to avoiding surface occupation or to increasing production efficiency, both of which are relevant to the SJPL, particularly in the Paradox Basin Province. These two objectives are not always compatible. Avoidance of surface occupancy is typically due to environmental concerns. In terms of economic efficiency, such wells may be less efficient due to increased cost (approximately 20 percent) and higher operating expenses with no change in producible reserves.

Single-lateral directional well drilling has been an experimental technique in the San Juan Basin in the past but has recently gained momentum as improvements are developed. Past efforts generally failed to achieve favorable economics when costs versus results were evaluated.

BLM_0030507

Horizontal drilling is possible but is not currently applied (other than experimentally) in the San Juan Basin Province due to poor cost-to-benefit ratio. If horizontal drilling should prove economically and technically feasible in the future, the next advancement in horizontal-well technology could be drilling multi-laterals or hydraulic fracturing horizontal wells. Multilaterals could be one, two or branched laterals in a single formation or single laterals in different formations. Hydraulic fracturing could be a single fracture axial with the horizontal well or multiple fractures perpendicular to the horizontal well. These techniques are currently complex and costly.

In the Paradox Basin Province, success with horizontal drilling in mature fields may increase drilling or redrilling activity because of the extra reserves captured with this new technology. In some cases this technology could utilize existing vertical wellbores (recompletions), because the operators have a clearer picture of localized geology in the producing fields. By redrilling wells with a horizontal leg, the operator can accelerate and capture more reserves than a vertical well. In the case of new development, such as the Fractured Shale Play, fewer wells would be required with horizontal wellbores. As a horizontal wellbore intersects a thousand or more feet of the producing formation versus vertical penetration, more oil or gas can be accessed and produced.

The success of horizontal drilling is dependent on the geology of the reservoir.  It has not been tested in the existing oil and gas reservoirs in the Paradox Basin Province in the SJPL.  Horizontal wellbores are not as conducive for pumping. Operators will have to weigh these risks prior to opting for expensive horizontal completions versus traditional vertical completions.

**Multiple-zone completions/commingling**
Recent advances in technology have enabled multiple-zone completions in single well bores. Multi-zone completions include: 1) individual zone treatments with significant time lag between stimulation of each zone, 2) staged, limited-interval fracture treatments accomplished in a short period of time, and 3) limited entry where one large treatment is applied to multiple zones. Multiple-zone completions are likely to be employed in the SJPL as development proceeds.

Although multi-zone completions reduce the number of well bores, problems have been identified with each type. For example, individual-zone treatments require multiple trips to a well, increasing well cost; they also cause loss of production due to extended shut-in periods. Staged-fracture treatments have a significant residence time of fluid in the formations and thus can cause formation damage. Also, a limitation exists on the number of stages that can be pumped. Limited-entry fracturing fails when formations of different reservoir characteristics are treated as a single zone. Future advances in fracture technology will focus on overcoming these limitations and should provide significant opportunities for commingling more zones in fewer well bores.

BLM_0030508

## REASONABLE FORESEEABLE DEVELOPMENT IN THE SJPL

Historical development and price trends, USGS and EPCA resource estimates, current drilling and development activity, existing leases, pending wells, pending leases, and pipeline and power infrastructure were considered in formulating this analysis. The projection of drilling activity, both wildcat and development, is based primarily on the escalation of oil and gas prices that corresponds closely to the historical drilling activity and will mostly be confined to the high and moderate potential areas (Figure 3.15.1). The low potential areas may have little or no activity, and the no potential areas are forecast for no activity. Proposed wells, such as those in the HD Mountain area, were also considered.

Approximately 1,185 new wells may be drilled on all jurisdictions in the planning area and ultimately produce at least 19 MMBO and 3.25 TCF of gas, which is well below the total discovered and undiscovered resource projected by the USGS, assuming that about 10 percent of the resources for the San Juan Basin and Paradox Basin Provinces can be allocated to the SJPL.  Most of this drilling would take place in the Northern San Juan Basin during the period 2009 to 2013.

It is important to note that the estimates of disturbance contain rough estimates of timing (when the disturbance will occur within the 15-year planning period), and specific locations of estimated disturbance within the provinces (without site-specific proposals for well site locations, it is not possible to identify exactly where the estimated disturbance will occur). It is reasonable to assume that most disturbance would occur at intervals throughout the planning period rather than all at once, and/or that the majority of the estimated disturbance would be within or adjacent to existing fields and mostly along existing primary road and pipeline corridors. Estimates of exploratory wells that are dry holes (occupied for 1-2 years) verses production wells (which may be occupied for 20-40 years) are provided.

Finally, it is important to note that these projections do not consider the various environmental and land-management constraints (such as special lease stipulations and Management Area direction) that may be imposed by the Preferred (Plan) Alternative and other alternatives analyzed in this EIS. The majority of projected development will be within existing leases, and hence not subject to the decisions in the Plan. Reasonably foreseeable development projections.

Based on the Resource Occurrence Potential discussed in the previous section, industry interviews and leasing trends, and the price and development trends identified above, the following RFD projections are made. These are totals within the planning area including projected development on currently leased and unleased lands.

- Coal-bed methane development in the San Juan Basin Province of the RFD area will grow at an average of 60 wells per year for a period of approximately five years at current spacing (all jurisdictions). This total of 300 CBM wells is taken from the Industry Proposed Action analyzed in the Northern Basin Environmental Impact Statement (SJPL 2007). In addition, the Fruitland Formation CBM wells could grow at an additional rate of 90 wells per year over a five-year period or a total of 450 wells north of the Ute Line if 80-acre spacing is applied (all jurisdictions). All wells drilled are projected to be production wells. This would result in an average annual production increase of 16 BCF of coal-bed methane and a total increase in annual production to 240 BCF by 2023. The projected total production of CBM over the next 15 years in the San Juan Basin Province of the RFD area is 4.58 TCF.

BLM_0030509

- Additional exploration for conventional oil and gas in the San Juan Basin Province in the RFD area will result in an average of two exploratory wells per year over the next 15 years (all jurisdictions). No specific production is projected for these wells, but exploration will occur in the Fractured Mancos, Dakota and Mesa Verde plays. Each wells lifespan from drilling to reclamation is projected to be one to two years.

- The San Juan Sag will see exploration and development activity at an average of two wells per year on National Forest lands, ultimately yielding total production of 10 MMBO and 9 BCF of gas by 2020. It is projected that one-half of these wells will be production wells with a life of 30-40 years.

- The Paradox Basin Province plays in the RFD area will grow at an average of 25 wells per year for a period of 15 years (all jurisdiction). This total includes an assumed average development of 10 wells per year (150 wells total) in the Dolores lease nomination area (National Forest), resulting in an annual production increase of 25,000 barrels of oil and 2.5 BCF of conventional gas. This development will result in a total annual production of 730,000 barrels of oil and 65 BCF by 2020. The total production during the next 15 years in the Paradox Basin Province of the RFD Area is projected to be 8.7 MMBO and 740 BCF of conventional gas. There is an approximate 80-percent success rate for wells drilled in the BLM portion of the Paradox Basin.  For the purpose of projecting development on national forest lands the same 80-percent success rate is assumed. The impact associated with production wells drilled in the National Forest portion of the Paradox Basin is assumed to be 30-40 years.

In summary, this RFD scenario projects approximately 170 wells per year throughout the RFD area on all jurisdictions for the first five years and approximately 27 wells per year for the subsequent 10 years (a total of 1,185 new wells) that could ultimately produce at least 19 MMBO and 5.3 TCF of gas, which is well below the total discovered and undiscovered resource projected by the USGS (2005), assuming that about 10 percent of the resources for the San Juan Basin and Paradox Basin provinces can be allocated to the RFD area.

**Well disturbance**
Each LRMP/RMP alternative represents a discrete set of leasing availability decisions. The leasing decisions, in turn, affect how and to what extent oil and gas development may take place on the public lands. A reasonably foreseeable development scenario that projects future oil and gas development within the planning area is presented below. The RFD scenario represents a level of development that would be projected if unconstrained by the management alternatives in Chapter 2 and the lease stipulations presented in the Plan, Appendix H. Implementation of the RFD scenario is the basis for estimating the environmental consequences of oil and gas development over the next 10-15 years.  Similarly the effects of the land management alternatives described in Chapter 2 on the RFD scenario is analyzed.

BLM_0030510

**Table 3.15.6 - Reasonably Foreseeable Development Scenario for Planning Area - number of wells on all jurisdictions**

| LAND OWNERSHIP | PARADOX BASIN | NORTHERN SAN JUAN BASIN (REMAINDER OF 160-ACRE SPACING UNITS) | NORTHERN SAN JUAN BASIN (80-ACRE SPACING UNITS) | SAN JUAN SAG |
|---|---|---|---|---|
| BLM Public Lands | 185 | 27 | 90 | 0 |
| National Forest | 140 | 158 | 110 | 30 |
| State Lands | 0 | 7 | 20 | 0 |
| Private Lands | 50 | 138 | 230 | 0 |
| TOTAL | 375 | 330 | 450 | 30 |

Tables 3.15.7 through 3.15.10 present the above RFD scenario statistics on USFS, BLM, and federal subsurface within the discrete RFD scenario area. Also presented is the rate of development on the public lands for the first five year and subsequent ten-year development projection. Development will be greatest in the Northern San Juan Basin, followed by the Paradox Basin. Oil and gas activity in portions of the Paradox Basin and the San Juan Sag will be exploratory.

BLM_0030511

**Table 3.15.7 - Unconstrained (Baseline) Projection of Wells, Well Access Road Miles, and Corresponding Acres Disturbed on USFS Lands in Northern San Juan Basin - 2009-2024**

| | Existing producing wells | Existing wellsites projected to be reclaimed | Projected wells on EXISTING leases | | Projected wells on FUTURE leases | |
|---|---|---|---|---|---|---|
| | | | Exploration (short-term) | Production (long-term) | Exploration (short-term) | Production (long-term) |
| Northern San Juan Basin – CBM | 32 | 0 | 0 | 268 | 0 | 0 |
| Northern San Juan Basin – Conventional | 0 | 0 | 30 | 0 | 0 | 0 |
| San Juan Sag | 0 | 0 | 5 | 0 | 10 | 15 |
| Paradox Basin | 0 | 0 | 0 | 0 | 15 | 125 |
| **TOTAL** | **32** | **0** | **35** | **268** | **25** | **140** |

| | Existing road miles | Existing road miles projected to be reclaimed | Projected road miles for projected wells on EXISTING leases | | Projected road miles for projected wells on FUTURE leases | |
|---|---|---|---|---|---|---|
| | | | Exploration (short-term) | Production (long-term) | Exploration (short-term) | Production (long-term) |
| Northern San Juan Basin – CBM | 16 | 0 | 0 | 80 | 0 | 0 |
| Northern San Juan Basin – Conventional | 0 | 0 | 0 | 0 | 0 | 0 |
| San Juan Sag | 0 | 0 | 2 | 0 | 5 | 7 |
| Paradox Basin | 0 | 0 | 0 | 0 | 5 | 40 |
| **TOTAL** | **16** | **0** | **2** | **80** | **10** | **47** |

| | Existing wells and roads | | Projected disturbance – EXISTING leases | | Projected disturbance – FUTURE leases | |
|---|---|---|---|---|---|---|
| | Total acres disturbed (1.5 Ac/well + 2.4 Ac./well road) | Total acres projected to be reclaimed | Total acres disturbed – exploration wells and roads | Total acres disturbed – production wells and roads | Total acres disturbed – exploration wells and roads | Total acres disturbed – production wells and roads |
| Northern San Juan Basin – CBM | 110 | 0 | 0 | 575 | 0 | |
| Northern San Juan Basin – Conventional | 0 | 0 | 10 | 0 | 0 | |
| San Juan Sag | 0 | 0 | 20 | 0 | 40 | 50 |
| Paradox Basin | 0 | 0 | 0 | 0 | 50 | 425 |
| **TOTAL** | **110** | **0** | **30** | **575** | **90** | **475** |

BLM_0030512

**Table 3.15.8 - Unconstrained (Baseline) Projection of Yearly Averages of Wells and Well Access Road Miles, and Corresponding Acres Disturbed on USFS Lands in Northern San Juan Basin - 2009-2024**

| | Average number of wells, road miles,* and corresponding disturbance acres projected to be drilled per year on NFS lands 2009-2014 | Average number of wells, road miles,* and corresponding disturbance acres projected to be drilled per year on NFS lands 2014-2024 |
|---|---|---|
| Northern San Juan Basin – CBM | 54 wells • 16 miles • 115 acres disturbed | 0 wells • 0 miles • 0 acres disturbed |
| Northern San Juan Basin – Conventional | 2 wells • 0 miles • 1 acres disturbed | 2 wells • 0 miles • 1 acres disturbed |
| San Juan Sag | 2 wells • 1 miles • 8 acres disturbed | 2 wells • 1 miles • 8 acres disturbed |
| Paradox Basin | 10 wells • 4 miles • 40 acres disturbed | 10 wells • 4 miles • 40 acres disturbed |
| **TOTAL** | 68 wells • 21 miles • 183 acres disturbed | 14 wells • 5 miles • 43 acres disturbed |

\* Only roads for administrative use (closed to public) are included.  Pipelines are projected to be in road right-of-ways, so road disturbance acres include pipeline disturbance.

Assumptions for surface (land and water) disturbance:

Average pad disturbance per unsuccessful exploration well = 1.5
Average road disturbance per unsuccessful exploration well = 2.4
Average pad disturbance per producing well = 1.0 Ac.
(Average accounts for post-drilling interim reclamation and accommodates all on-lease facilities.)
Average road disturbance per producing well = 2.4 Ac.

TOTAL SURFACE DISTURBANCE PER WELL = 3.9 Ac. (unsuccessful well, otherwise 3.4 acres per producing well after partial reclamation.

Assumptions for air disturbance:
See air quality section of this chapter.

**Table 3.15.9 - Unconstrained (Baseline) Projection of Wells , Well Access Road Miles, and Corresponding Acres Disturbed on BLM Lands in Northern San Juan Basin - 2009-2024**

| | Existing producing wells | Existing wellsites projected to be reclaimed | Projected wells on EXISTING leases | | Projected wells on FUTURE leases | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Exploration (short-term) | Production (long-term) | Exploration (short-term) | Production (long-term) |
| Northern San Juan Basin – CBM | 35 | 0 | 0 | 117 | 0 | 0 |
| Northern San Juan Basin – Conventional | 0 | 0 | 10 | 0 | 0 | 0 |
| San Juan Sag | 0 | 0 | 0 | 0 | 0 | 0 |
| Paradox Basin | 64 | 0 | 20 | 165 | 0 | 0 |
| **TOTAL** | **99** | **0** | **30** | **283** | **0** | **0** |

| | Existing road miles | Existing road miles projected to be reclaimed | Projected road miles for projected wells on EXISTING leases | | Projected road miles for projected wells on FUTURE leases | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Exploration (short-term) | Production (long-term) | Exploration (short-term) | Production (long-term) |
| Northern San Juan Basin – CBM | 20 | 0 | 0 | 15 | 0 | 0 |
| Northern San Juan Basin – Conventional | 0 | 0 | 0 | 0 | 0 | 0 |
| San Juan Sag | 0 | 0 | 0 | 0 | 0 | 0 |
| Paradox Basin | 235 | 0 | 80 | 80 | 0 | 0 |
| **TOTAL** | **255** | **0** | **80** | **95** | **0** | **0** |

| | Existing wells and roads | | Projected disturbance – EXISTING leases | | Projected disturbance – FUTURE leases | |
| --- | --- | --- | --- | --- | --- | --- |
| | Total acres disturbed (1.5 Ac/well + 2.4 Ac./well road) | Total acres projected to be reclaimed | Total acres disturbed – exploration wells and roads | Total acres disturbed – production wells and roads | Total acres disturbed – exploration wells and roads | Total acres disturbed – production wells and roads |
| Northern San Juan Basin – CBM | 120 | 0 | 0 | 125 | 0 | 0 |
| Northern San Juan Basin – Conventional | 0 | 0 | 3 | 0 | 0 | 0 |
| San Juan Sag | 0 | 0 | 0 | 0 | 0 | 0 |
| Paradox Basin | 220 | 0 | 0 | 560 | 0 | 0 |
| **TOTAL** | **340** | **0** | **20** | **685** | **0** | **0** |

BLM_0030514