- ***Paradox Basin (BLM)***:  Currently the scenic condition throughout this area is Visual Resource Inventory Class III – partial retention of existing landscape character, with some areas of VRM Class II and IV. This area has low visibility due to few viewers, and low screening potential due to the predominantly open landscape. The BLM portion of the Paradox Basin has approximately 150 operating wells that give an industrial character to the landscape. Native vegetation has been cleared and numerous access roads constructed. A total of 235 wells may be developed in the BLM portion of the Paradox Basin over the next decade. In addition, this area has experienced substantial vegetation management.

- ***Paradox Basin (USFS):*** The current scenic condition for this area is Moderate Scenic Integrity, which is a slightly altered landscape character. Due to the predominately open landscape, this area has low visibility with few viewers, and low screening potential. It has a well-developed road network and substantial evidence of active vegetation management; however, it does not have the same level of oil and gas development as that of the BLM portion of the Paradox Basin.

- ***Northern San Juan Basin***: The current scenic condition of this area is Moderate to Low Scenic Integrity, which is a slightly to moderately altered landscape character. Due to its mixed deciduous shrub and forest cover, this area has low to high visibility and medium screening potential. In the western portion of the area, approximately 300 wells have been developed on BLM, State, and private lands. An additional 750 wells may be developed on currently leased lands over the next decade. Also in the western BLM portion, five compressor stations are planned in an area where most of the current residential development also exists. There is currently substantial existing gas development visible from individual residences, county roads, and subdivisions, as well as from within the urban interface. There is visual impact from wells on USFS lands in the Saul's Creek area of the northern San Juan Basin.

- ***San Juan Sag Area***: The current scenic condition is Moderate Scenic Integrity, which is a slightly altered landscape character with some locations of High and some locations of Low scenic integrity. Due to varied terrain and forest cover, this area has moderate visibility and high screening potential. The San Juan Sag area has a well-developed road network; however, in other respects the area remains natural in appearance. There may be as many as 30 wells developed in the area at a rate of 2 wells per year.

**Visual Conditions Related to Oil and Gas Development**

A legacy of active forest vegetation management that has left behind, in some areas, an accumulation of visual impacts. This limits the ability to conduct future activities and to meet desired scenic objectives.

- Development of oil and gas is resulting in increased visual impacts (including  from access roads, communication towers, well-pad sites, pipeline corridors, and compressor facilities) and in the loss of night sky darkness.

- In some areas, recent industrial activity for oil and gas is resulting in cumulative impacts that limit options for future activities, if scenic objectives are to be met.

- Scenic resource guidelines and mitigation measures have often not been integrated during project implementation. On BLM-administered lands, visual resources have been partially addressed on a site-specific basis with little attention paid to cumulative impacts.

- Public demand for, and concern about, scenic quality is increasing.

- Increasing wildland/urban interface (WUI) development is leading to increased demand for access roads, utility corridors, and cell phone relay towers. These facilities are degrading the natural-appearing condition of some areas.

BLM_0030678

- Haze from regional coal-burning power plants is reducing the clarity of views.

- Large uninterrupted tracts of undeveloped lands are increasingly scarce and valued in the southwestern region, especially as residential development and populations grow.

- Planning, infrastructure, and marketing for popular scenic driving routes is lagging behind the increasing demand for recreation benefits associated with these routes. Essential safety, information, and sanitary services are missing.

Valued scenic and cultural landscapes associated with scenic byways remain in jeopardy of development and degradation from a variety of impacts.

Larger numbers of visitors are anticipated to take up driving for pleasure as the overall population increases, and as Baby-Boomers grow older and are less able to engage in more physically active forms of recreation. Heritage tourism is the fastest growing segment of the tourism industry. Cultural heritage sites along scenic routes (including early historic mining and Native American sites) offer increasing opportunities for interpretation while, at the same time, are educating visitors about public land stewardship.

## ENVIRONMENTAL CONSEQUENCES

Five key indicators are used to assess current scenic conditions and the potential impacts under the alternatives. Scenic Integrity Levels (SIL) on USFS lands: On USFS-administered lands, scenic integrity is used as a measure of existing scenic condition. These levels are also used to compare the impacts of alternatives. Scenic integrity is a measure of the lack of noticeable human-caused disturbance that detracts from the dominant, valued attributes of landscape character. The Scenic Integrity Levels are:

- ***Very High SIL*** – This refers to landscapes where the valued landscape character is intact with only minute, if any, deviations. The existing landscape character and sense of place is expressed at the highest possible level.

- ***High SIL*** – This refers to landscapes where the valued landscape character appears intact. Deviations may be present; however, they must repeat the form, line, color, texture, and pattern common to the landscape character so completely, and at such a scale, that they are not evident.

- ***Moderate SIL*** – This refers to landscapes where the valued landscape character appears slightly altered. Noticeable deviations must remain visually subordinate to the landscape character being viewed.

- ***Low SIL*** – This refers to landscape where the valued landscape character appears moderately altered. Deviations begin to dominate the valued landscape character being viewed; however, they borrow valued attributes (including size, shape, edge effect, and pattern of natural openings), vegetative type changes, and/or architectural styles outside the landscape being viewed. These should appear as valued landscape character outside the landscape being viewed, and should be compatible or complimentary to the character within.

- ***Very Low SIL*** – This refers to landscapes where the valued landscape character appears heavily altered. Deviations may strongly dominate the valued landscape character. They may not borrow from valued attributes (including size, shape, edge effect, and pattern of natural openings), vegetative type changes, or architectural styles within or outside of the landscape being viewed. However, deviations must be shaped and blended with the natural terrain (landforms) so that elements such as unnatural edges, roads, landings, and structures do not dominate the compositions.

BLM_0030679

- ***Visual Resource Management Classes (VRM) on BLM Lands***: Visual resource management classes define the degree of acceptable visual change within a characteristic landscape. A class is based on the physical and sociological characteristics of any given homogeneous area and serves as a management objective. Categories assigned to public lands based on scenic quality, sensitivity level, and distance zones. Each class has an objective, which prescribes the amount of change allowed in the characteristic landscape. The VRM Classes are:

  - ***Class I*** – Here, the objective is to preserve the existing character of the landscape, and to manage for natural ecological changes.

  - ***Class II*** – Here, the objective is to retain the existing character of the landscape.

  - ***Class III*** – Here, the objective is to partially retain the existing character of the landscape.

  - ***Class IV*** – Here, the objective is to provide for management activities that require major modification of the existing character of the landscape.

***Scenic Stability***: Scenic sustainability is a measure of the degree to which the ecosystem is able to restore, maintain, or continue to exhibit the positive scenic attributes of the landscape. The levels of scenic stability are: High - High scenic stability is a condition with the positive scenic attributes expected to be perpetuated. Low - Low scenic stability is a condition that puts scenic values in jeopardy of being lost from catastrophic fire, for example.

***Narrative Description of Scenic Character***: This indicator describes what the general forest would look like to the visitor in the short- and long-term. The narrative describes the dominant landscape character attributes and the impacts to scenery of management activities and the built environment.

Management Areas and ROS Classes: These two indicators are important because they determine a substantial part of the physical setting that is important to recreating visitors.

## DIRECT AND INDIRECT IMPACTS

The activities allowed under each MA may have a large influence on scenic condition. For example, MA 1 (where natural processes dominate) would have virtually no management activities. This may result in a natural appearing landscape. The intensity of activities (including oil and gas development, timber harvesting, fuels reduction, and mining) would vary by MA. Table 3.22.2 shows the scenic condition expected for each alternative. The table takes into account the impacts of existing, and projected, oil and gas leasing. For example, under Alternative C, there are MA 3s (natural landscapes with limited management) that are currently leased for oil and gas. These areas may have an objective to conserve the natural appearing landscape; however, leases would allow development that is inconsistent with the maintenance of a natural appearing environment. As these leases are developed, the natural appearing landscape may be changed into a landscape that is moderately or heavily altered.

BLM_0030680

**Figure 3.22.1 - Scenic Integrity Objectives and Visual Resource Management (VRM) Classes Alternative A**



**Figure 3.22.2 - Scenic Integrity Objectives and Visual Resource Management (VRM) Classes Alternative B**



**Figure 3.22.3 - Scenic Integrity Objectives and Visual Resource Management (VRM) Classes Alternative C**



BLM_0030683

**Figure 3.22.4 - Scenic Integrity Objectives and Visual Resource Management (VRM) Classes Alternative D**



**Table 3.22.2 – Scenic Condition by Alternative (Percentage of Total SJPL Acres)**

| SCENIC INTEGRITY* | Current Condition | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Landscape appears unaltered (MA 1, 2) Very High to High; VRM Class I | 16% | 56% | 54% | 60% | 55% |
| Landscape appears slightly altered (MA 3, 4) Moderate; VRM Class II and III | 80% | 23% | 38% | 39% | 26% |
| Landscape moderately to heavily altered (MA 5, 7, 8) Low to Very Low; VRM Class IV | 1% | 6% | 8% | <1% | 17% |

* Refer to definitions listed above.

**Natural Appearing Landscape**

The SILs Very High, High, and Moderate; and the VRM Classes I, II, and III would result in a relatively natural appearing landscape. Research shows that this is a condition most people prefer. Table 3.22.3 displays a comparison of the amount of natural appearing landscape expected under each alternative. Alternative C would provide for more acres of natural appearing landscape than would Alternatives A and D. This would be primarily due to the amount of oil and gas, timber harvesting, and fuels-reduction activities expected under each alternative, as well as to the associated mitigation measures required for oil and gas development (stipulations).

**Table 3.22.3 – Natural Appearing Landscape by Alternative (Percentage of Total SJPL Acres)**

| | Current Condition | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Percentage (%) Natural Appearing Landscape** | 96% | 79% | 90% | 99% | 81% |

BLM_0030685

**Impacts Related to Fire and Fuels Management**

All of the alternatives would include treatment for fuels reduction (including mechanical and prescribed burns). Fuels-reduction efforts may result in short-term negative scenic impacts, as well as in a lowered scenic integrity due to cut vegetation, slash, and disturbed soils. Planning for scenic elements and adherence to design criteria would minimize short-term impacts and reap long-term scenic benefits, meeting scenic integrity objectives. Fuels-reduction activities may result in a more stable forest condition, which may then better resist catastrophic wildfires. Without fuels-reduction treatments, catastrophic wildfires may be more likely, and indirect negative impacts may be more likely to result from the use of bulldozers in fire suppression or development of roads for post-fire timber salvage. Natural disturbance factors, such as low-intensity wildfire, have the potential to alter the appearance of the planning area. Periodic low-intensity wildfire is a natural disturbance factor that may change scenic conditions; however, it may have no direct impact on scenic integrity. Generally, low-intensity fire (wild or prescribed) may result in long-term beneficial impacts to scenery.

***DLMP/DEIS Alternatives***: Alternative D would propose to treat slightly more acres than would the other alternatives, therefore, it would result in the greatest impacts to scenery, in terms of short-term degradation and long-term benefits.

**Impacts Related to Vegetation Management**

Timber management activities typically reduce scenic quality in the short term due to the associated visible slash, stumps, landings, and roads. In the long-term, harvesting activities may maintain or enhance scenic qualities and scenic stability, and the ability to resist insects, disease, and catastrophic wildfire. Consequently, treated areas may appear moderately to highly altered for 5 and 20 years, depending upon treatment and recovery time.

Historic treatments within the planning area have mostly included selective harvesting of ponderosa pine and mixed-conifer, clear-cutting of aspen, and thinning of pinyon and juniper trees. Future treatments would use the same prescriptions. Selective tree cutting and partial cutting may enhance forest scenery in the long term. This is because this activity may result in more open park-like groves of trees, may enhance structural and species diversity, may create vistas, and may reduce susceptibility to wildfire. Aspen clear-cutting may result in large-scale openings that have short-term negative elements (including stumps, slash, crushed trees, landings, disturbed soil and ground vegetation, and roads). In the long term, these openings may regenerate with highly valued groves of scenic aspen.

***DLMP/DEIS Alternatives***: Under all of the alternatives, the short-term impacts related to timber management activities may be adverse. Long-term impacts may be positive to scenic values. Long-term and short-term impacts to scenery would be the greatest under Alternative D, which would treat more acres and reconstruct more road miles than would Alternatives A, B, or C.

**Impacts Related to Facilities**

The main variables that influence the number of new facilities, as well as the maintenance and restoration of old facilities, are budget, adherence to design guidelines, and partnerships. Since these variables are expected to be the same under all of the alternatives, the related impact to scenic integrity of managing existing facilities and developing new facilities is expected to be site-specific and similar under all of the alternatives.

**Impacts Related to Utility Corridors**

The potential impacts of utility corridors on scenery may be the same under all of the alternatives. Site-specific analysis would be undertaken for projects involving new or existing utilities. When this occurs, scenic issues would be identified and addressed.

BLM_0030686

**Impacts Related to Roads and Trails**

Impacts related to roads and trails may include higher road and trail densities within areas suitable for motorized recreation; increased soil and ground-cover disturbance associated with parking, dispersed camping, trail use, and motor vehicle travel; and increased number of signs and gates in the landscape. Alternative C would have fewer impacts related to roads and trails than would the other alternatives. This is due to the reduced area considered suitable for motorized recreation use under Alternative C, as well as the reduced road use for active management.

Travel routes may have a positive social benefit, in that they provide places for people to access and view scenery. From that standpoint, Alternative C would provide the least benefit. Alternative D may provide the most access to experience scenery; therefore, it may provide the greatest benefit.

**DLMP/DEIS Alternatives**: Alternatives D, A, B, and C, respectively, would have the greatest to least adverse impacts to visual resources, even though the travel routes may have a beneficial impact by providing access for people to view scenery.

**Impacts Related to Air, Fish, Wildlife, Water, Invasive Plants, and Livestock Management**

Potential impacts may be the same under all of the alternatives. Direct impacts may include site-specific construction of structures (including fencing, stock tank installation, water pipelines, and watershed protection structures). The impacts related to these elements would be local. Site-specific planning and design would be undertaken in order to limit adverse impacts to scenery while, at the same time, taking every opportunity to enhance scenery. As a result, these features may be installed so that they are noticeable to the casual observer, but do not dominate the view.

**Impacts Related to Fluid-Minerals Management**

The analysis of direct and indirect impacts involves approximately 435,000 Federal acres on which as many as 170 new wells could be constructed (if the RFD were completely realized). These wells and associated ancillary facilities may directly impact approximately 650 acres. Impacts from, and differences between, alternatives are herein described for the four areas where oil and gas development may occur: Paradox Basin (BLM), Paradox Basin (USFS), the northern San Juan Basin, and the San Juan Sag.

The potential visual impact of oil and gas development may include components such as tanks, pumps, pits, compressors, pipelines, fences, and signs.

Generally, the impacts to scenic resources will be the greatest in the sparsely vegetated, lower-elevation areas of the Paradox Basin and the San Juan Basin. The visual impact of oil and gas development would depend substantially upon terrain and vegetative cover (screening capacity). Furthermore, where varied terrain screens a development, the varied topography may result in extensive grading that could detract from scenic quality. To avoid this grading, oil and gas developments may be located on valley bottoms, which are places that may directly impact the views of traveling recreationists.

The effects of oil and gas development depend substantially on successful application of Best Management Practices (BMPs). The scenic effects disclosed within this EIS assume that appropriate BMPs are applied extensively to all oil and gas development, whether under existing leases or future leases and address both site specific impacts as well as cumulative impacts.

BLM_0030687

***Visual Impacts of Linear Features, Well Pads, and Associated Facilities*** - In the middleground and foreground distance zones, well pads and access roads would be the most obvious feature of oil and gas development. Development of linear facilities (including oil and gas pipelines and roads) may involve clearing dense vegetation and construction on steep slopes. Pipeline, road, and well-pad construction may present an obvious contrast in color with the surrounding vegetation. These cleared areas may be visually prominent at foreground and middleground distance zones for more than a decade.

Disturbed areas associated with well pads, roads, and pipelines would be the most obvious immediately after construction. Impacts would decrease as the disturbed surface began to blend in color, form, and texture, when interim reclamation occurs. In the harsh conditions of the Southwest, it may take 10 years or more to establish a cover of grasses and shrubs.

Short-term impacts may occur where construction-related equipment, activities, and dust would be visible to observers. During the 10- to 12-day construction period, the presence of heavy equipment and dust generated by construction and traffic may detract from the visual quality of the landscape at each well location. These actions may be visually and audibly intrusive to visitors and to residents. Visual impacts may be greater for well locations near residential areas, along roads, and in open areas that are not screened by topography or vegetation.

Long-term visual impacts at well sites may persist for as long as 50 years, depending upon production and reclamation. Long-term impacts may include vegetation removal, alteration of the landscape, and installation of equipment and facilities. These impacts may accumulate in some locations, which may, in turn, result in an industrial landscape character.

The most visible component of the proposed facilities would be the pumping units at each well site, as well as the clear-cuts associated with roads, pads, and flowlines. Gas-gathering and water pipelines would be buried adjacent to, or within, ROWs for existing and new roads. These impacts typically degrade scenery and change the road character from narrow and rugged to wider lanes, higher speeds, and greater development. This may have the effect of substantially changing the recreation setting, as well as degrading the natural appearance of the foreground.

When abandoned, the facilities would be removed and the wells plugged. The entire pad would be contoured and planted in order to blend with the existing topography and vegetation. Reclamation of the long-term visual disturbance from construction of well pads, roads, facilities, and pipelines would be a decades-long process, with a typically low success rate in the arid Southwest.

***Flaring and Compressor Lighting*** - Other elements that may degrade scenic quality include activities or components of the facility that result in lighting contrasts (including flaring and lighting from compressor stations). Flaring is a common practice that occurs only when the well is being developed. It is estimated that only 1 to 3 wells would be flaring at any one time in the RFD area. Flaring would result in a short-term impact that may last from 3 to 5 days

Night-time lighting of compressor stations may be a long-term impact that could substantially degrade scenic quality. However, the use of motion-activated lights in combination with shielded and focused fixtures may greatly reduce or eliminate this impact.

BLM_0030688

**DLMP/DEIS Alternatives**: The visual impacts of energy development may change depending on the location and the stipulations under each Alternative. Alternatives B, C, and D have potential for more well development and, consequently, for more impacts (even thought they have more restrictive stipulations aimed at the protection of scenic values, than does Alternative A).

**Table 3.22.4 – Direct Impacts Related to Well Development**

| Well Facility (CBM and Conventional) | Frequency of Occurrence[1] | Foreground (0–0.50 miles)[2] | Middle Ground (0.50–3 to 5 miles)[2] | Background (middle ground to infinity)[2] |
|---|---|---|---|---|
| Well head | Common | P | U | U |
| Separator | Common | P | U | U |
| Meter house | Common | P | U | U |
| Pump jack (CBM) | Moderate | P | U | U |
| Dehydrator | Sporadic | P | U | U |
| Condensate tank | Sporadic | P | S | U |
| On-site water storage tanks | Moderate | P | S | U |
| Uncovered pit for produced water | Sporadic | S | U | U |
| Covered pit for produced water | Sporadic | S | S | U |
| Cathodic protection well | Sporadic | S | U | U |
| *SUPPORT FACILITIES* | | | | |
| Water injection well facilities | Sporadic | P | P | S |
| Compressor station/gas plant | Sporadic | P | P | S |
| *LINEAR ELEMENTS* | | | | |
| Access roads | Common | P | P | S |
| Gathering pipeline | Common | P | P | S |
| Transmission pipeline | Common | P | P | S |
| Well pad | Common | P | S/P[3] | U/S[4] |

[1]  Sporadic occurrence = very few structures; Moderate occurrence = found with only one type of well, optional components of well; Common occurrence = widespread, common distribution of wells.

[2]  P = prominent, dominates surrounding setting; S = subordinate, begins to attract attention, U= unnoticed, does not attract attention.

[3]  S if partially reclaimed, P if not partially reclaimed.

[4]  U if partially reclaimed, S if not partially reclaimed.

BLM_0030689

**Effects of No New Leasing**

The effects to scenery of no-new leasing would essentially be the same as what is described under the action alternatives. This is because there would still be extensive oil and gas development under current leases. The development under the existing leases is assumed to occur consistent with effective and up to date Best Management Practices for protection of scenic qualities throughout the SJPL.

## CUMULATIVE IMPACTS

Fuels reduction and oil and gas development activities may result in major cumulative impacts to scenery within portions of the planning area. Table 2.23 in Chapter 2 shows a comparison of alternatives.

**Fuels Reduction Activities**

Most fuels reduction activities would occur within MA 7 (which is an urban intermix). Fuels reduction activities are typically highly visible in the short term. When combined with the numerous other development activities, utilities, and infrastructure found within the intermix, these impacts may substantially reduce the overall scenic integrity in locations where people have high concern for changes that affect scenery. Cumulative impacts would occur under all of the alternatives, with impacts being the greatest under Alternative D, which treats more acres.

**Oil and Gas Activities**

The cumulative impacts related to oil and gas activity associated with new leases, combined with existing leases, may be major and extensive on portions of the planning area, and visually obvious to the casual observer. Approximately 170 new wells may be constructed on new leases under Alternatives B, C, and D. An estimated 1,000 wells may be permitted on existing leases over the next 15 years under all of the alternatives. The narrative below (and Table 3.22.5) describe what visitors and residents may expect to see.

Cumulatively, oil and gas development in the RFD area may impact approximately 3,000 acres, or 1% of the RFD area in addition to the 2,100 acres of current impact. As many as 1,200 wells, as well as an unknown number of compressors, could be developed in the RFD area. Approximately 60% of these facilities would be on Federal land.

BLM_0030690

**Table 3.22.5– Cumulative Impacts Related to Oil and Gas Development**

|  | Existing Condition | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Paradox Basin – BLM** | Change attracts attention but does not dominate views. Natural landscape character predominates. | Major modification of the natural landscape character. Management activities may dominate the view and are major focus. | Change attracts attention but does not dominate views. Natural landscape character predominates. | Change attracts attention but does not dominate views. Natural landscape character predominates. | Change attracts attention but does not dominate views. Natural landscape character predominates. |
| **Paradox Basin – USFS** | Natural Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. | Natural Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. | Natural Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. | Natural Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. | Natural Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. |
| **N. San Juan Basin** | Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. | Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. | Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. | Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. | Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. |
| **San Juan Sag** | Landscape character appears intact. Management activities are not visually evident. | Landscape character appears slightly altered. Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. | Landscape character appears slightly altered. Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. | Landscape character appears slightly altered. Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. | Landscape character appears slightly altered. Landscape character appears slightly altered. Management activities remain visually subordinate to the landscape being viewed. |

BLM_0030691

The cumulative effects analysis includes existing oil and gas leases within the 4 areas on which development of 1,100 more wells and associated facilities may occur.

- **Paradox Basin (BLM)**:  Under all alternatives, there could be an additional development of 235 wells on already leased land. This may result in a VRM Class III if effective BMPs are applied. The industrial features of the oil and gas development will be visually evident in the landscape of the Paradox Basin. However, the cumulative effect on the landscape is expected to be partial retention of natural character.

- **Paradox Basin (USFS)**: Under all alternatives, this area would achieve a Moderate Scenic Integrity (slightly altered).

- Northern San Juan Basin Under all alternatives, this area would achieve a Moderate Scenic Integrity (slightly altered).

- **San Juan Sag Area**: Visual impacts of oil and gas development in the San Juan Sag area would be minor. The area where development may take place has terrain and vegetation to screen most development. Exceptions may occur where companies propose exploratory wells within a specific location in order to test a potential oil or gas trap. In such cases, there may be less flexibility to site facilities away from road corridors or to fully utilize screening techniques. Most well development in the San Juan Sag area would be exploratory in nature, and facilities may be temporary. These disturbed locations would present a visible contrast to the observer for a period of several years. The duration of this impact would depend upon the application of BMPs and the success of reclamation.

**Other Contributing Factors**

Residential and commercial growth will continue along U.S. 160, as well as near many of the county roads north of U.S. 160. Tourism travel will expose more visitors to areas of the Paradox Basin. Oil and gas well operations and facilities will gain greater visibility. Even with the best mitigation and development techniques, site planning, and facility design in the Northern San Juan Basin and the Paradox Basin (BLM), the extensive amount of development would result in viewers (primarily residents on private land and visitors traveling through) experiencing a landscape that is moderately altered by industrial features.

BLM_0030692

## INTRODUCTION

This section addresses those aspects of SJPLC management relating to public land ownership and use. Special Use Permits, rights-of-way (ROW) grants, easements, and leases authorize the occupancy and use of public lands by government agencies, private individuals, or companies for a variety of activities (including roads, dams, and other private or commercial uses that cannot be accommodated on private land). Annually, the SJPLC administers approximately 980 non-recreational land use authorizations. (The use of public lands for utility corridors and communication sites is discussed in a separate section of this chapter.)

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- Revised Statute 2477 (Act of July 26, 1866: 43 U.S.C 932;R.S. 2477): Portion of 1866 mining law that was a Homestead-era federal law in place from 1866 until 1976. It states that "the right of way for the construction of highways over public lands, not reserved for public uses, is hereby granted." States and local governments throughout the western United States used R.S. 2477 to construct the roads that are the foundation of the transportation infrastructure in many States. The statute allowed local governments to acquire a property interest in roads and other public highways they constructed across unreserved federal land.  Statute was repealed by FLPMA in 1976.

- The General Mining Law of 1872: This act authorizes ROWs across public lands for ditches and roads.

- The Act to Repeal Timber-Culture Laws, 1891: This act authorizes ditch easements across public lands and forest reserves.

- The Organic Act of 1897: This act states that national forests are established "to improve and protect the forest within the boundaries, for the purpose of securing favorable conditions of water flows, and to furnish a continuous supply of timber for the use and necessities of citizens of the United States."

- The Transfer Act of 1905: This act transfers forest reserves to the Department of Agriculture.

- The General Exchange Act of 1922: This act authorizes land adjustments within USFS boundaries.

- The Federal Land Policy and Management Act of 1976: This act updates authority for management, provides general authority for use and occupancy, requires fair market value for use of public lands, and repeals sections of many previous acts.

- The Colorado Ditch Bill Act of 1986: This act provides for permanent easements for agricultural water systems in use before 1976 in relation to USFS lands.

- The Federal Land Exchange Facilitation Act of 1988: This act directs the Secretaries of Interior and Agriculture to identify and prioritize lands available for disposal and acquisition by the State.

- The Cabin User Fee Fairness Act of 2000: This act updates the application of fees and other management direction related to recreation residence permittees on USFS lands.

BLM_0030693

**DESIGN CRITERIA**

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve resources related to lands and special uses. Guidelines and design criteria are presented in Part 3 of Volume 2 of the DLMP/DEIS.

## AFFECTED ENVIRONMENT

### Existing Conditions and Trends

The SJPLC lands and realty management program is responsible for various aspects of ownership and management of the BLM- and USFS-administered lands. Within the planning area, the broad responsibilities of the program managing lands and special uses include:

- managing all aspects of land ownership (including surveying and monumenting land boundaries, acquiring and disposing of lands, protecting Federal lands from trespass, assuring that Federal resource programs do not trespass onto adjacent non-Federal lands, and recording and managing land ownership and title records);

- managing land use and access (including issuing and administering permits, ROWs, easements, and leases for various land uses, roads, trails, and facilities); and

  - administering withdrawals and administrative closures of Federal land in relation to specific uses.

### Land Ownership

Due to the many ways that land has been acquired historically, the San Juan Public Lands (SJPL) are a mixture of numerous ownerships: local, State, Native American tribal, Federal, and private. Tracts of non-Federal land occur throughout the SJPL; however, private tracts tend to concentrate in parks and along river valleys (where settlers homesteaded, and where towns were founded). Historic land adjustments sometimes concentrated areas of private land for agricultural or municipal purposes, which involved trading Federal land for other private holdings elsewhere, or selling Federal tracts where there was a public benefit to such action. Patenting of mining claims created complex patchworks of private lands in the Silverton, Dunton-Rico, La Plata Canyon and Dove Creek areas, leaving small isolated remnants of public lands between the private claims. Erroneous or improper surveying and monumenting of the many Federal-private land boundaries created abundant opportunities for accidental, as well as intentional, trespass occupancy and use.

Within the planning area, land exchanges (BLM and USFS), direct sale disposals (BLM), and Small Tracts Act sales (USFS) are used in order to improve land ownership patterns and to resolve trespass situations. Numerous parcels of BLM-administered land were identified for eventual disposal in the 1985 San Juan/San Miguel Resource Management Plan (RMP). The 1983 San Juan National Forest Land and Resource Management Plan contained a Land Ownership Adjustment Plan that identified several parcels of USFS lands for disposal or acquisition by land exchange.

Land acquisition may occur by purchase, exchange, or donation. Purchase is funded by the Land and Water Conservation Fund. Land exchanges require an equal exchange of values, in land or cash, and must result in a net public benefit. Donation must meet acceptable public land management purposes.

BLM_0030694

Public lands policy has trended away from the acquisition of land, except for specific project purposes. Policy has started to favor the disposal of public lands where isolation, adjacent use or development, or lack of public benefit makes the land unsuitable or unmanageable for public land purposes. In terms of land acquisitions, land exchange is the most likely process for both the USFS and the BLM.

Over the past 20 years, much of the private land within, and adjacent to, the SJPL has been subdivided for residential and commercial use. Faulty or poorly documented land surveys have left the location of many of these property boundaries in dispute (because these lands are surveyed by developers or owners, resulting in instances of trespass). Roads and trails constructed over the last 100 years may also deviate from their granted alignments, or they may lack proper easements where they cross private or Federal lands. As more boundary lines are resurveyed, more trespass situations may be discovered. Federal budget projections for the BLM and the USFS lands program may not be adequate to address the need.

### Land Use and Access Authorizations

The occupancy and use of public lands by local, State, Native American tribal, and other Federal agencies; as well as by private industry and individuals, would require an authorization from the land management agency involved.

In 2005, there were 311 land use authorizations for the BLM and 672 Special Use Permits for the USFS. Currently, the USFS has 220 pending Colorado Ditch Bill applications (60 of these include assertions of rights under the General Mining Law of 1872). In order to eliminate the backlog, within the first several fiscal years of plan approval approximately 50 Colorado Ditch Bill applications are expected to be processed, and approximately 30 General Mining Law assertions are expected to be addressed annually.

Applications for both traditional land uses and for new uses are increasing. More people are making use of public lands, and adjacent private land is being developed, which, in turn, is driving up the demand. In addition, many authorizations that were issued under less strenuous environmental review regulations are being renewed, requiring increased analysis and review. New cost recovery programs would increase the revenue held by local public lands units from applicants in order to help off-set the increasing cost of the programs and the lengthy delays in processing applications for use.

Currently, there are 24 recreation residence cabins located on USFS-administered lands. (The BLM does not permit recreation residences.) Permits for recreation residences are issued for 20 years. Under the Cabin User Fee Fairness Act of 2000, policy is not to issue new permits. The policy is to reissue the existing permits when the current permit tenure expires at the end of 2008. There are no plans to designate new summer home groups on USFS-administered lands.

Lack of access to SJPLC lands is a growing concern, as adjacent landowners block public access. In addition, some landowners enjoy exclusive use of the public lands adjacent to their property, and do not wish to lose that effective ownership by granting access or engaging in land adjustment processes. ROW requests, and land exchanges and disposals, are often opposed for these reasons.

As former ranching, mining, and homesteading tracts are subdivided and developed, the new owners often want, and expect, a higher level of road access and maintenance than the public lands road system was designed to provide. This demand often includes requests for new roads across public lands in order to access individual private parcels.

BLM_0030695

Rapid development in the Silverton and Pagosa Springs areas is increasing road use, and, thereby, increasing associated maintenance and improvement costs. Across the SJPL, county road agencies are becoming overtaxed and, as a result, are reducing their contribution to the maintenance of these roads. They are also often unwilling to assume jurisdiction over what has effectively changed from a public lands access road to a subdivision or commercial development road. The SJPLC is not able to expend public funds in order to provide this improved access. Land managers must balance the access rights granted to in-holding owners (under the Alaska National Interest Lands Conservation Act of 1978) with their obligation to regulate road use and protect public investments and resources.

The U.S. Department of the Interior (USDOI) has issued a draft policy directing the BLM to resolve issues relating to R.S. 2477 that authorized counties to assert a claim of jurisdiction on some public lands roads. Some USFS roads are also subject to this issue if they were in use prior to formation of the National Forest. The use of public lands roads for non-public lands purposes, along with issues related to jurisdictional status and maintenance costs, would require substantial cooperation between local, State, and Federal agencies, as well as with private and commercial road users and landowners.

### Withdrawals

Public lands may be closed to certain types of use through administrative action (closures) based on legal or resource concerns (including protecting T&E species and avoiding damage to important watersheds). In some cases, Federal law requires the closure of lands to specific uses, such as the withdrawal of designated Wilderness Areas from entry under the Mining Law of 1872 (which allows U.S. citizens to file mining claims). Other withdrawals protect certain resources, or reserve land use for Federal agencies or interests (including the withdrawal, under the Federal Energy Regulatory Agency, for rivers that could support hydroelectric facilities). The SJPLC lands and special uses program is responsible for administering these closures and withdrawals, and for periodically reviewing them for continued need or revocation.

## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

### General Impacts

The environmental impacts related to land use authorizations and activities would result, primarily, from their impacts to the resources and values of the lands where the authorized activities or uses take place. Some activities may be temporary and localized in their impacts (including such activities as reunions, weddings, picnics, and other group gatherings); other activities may be effectively permanent, and may impact larger areas (including road systems, utility corridors, ski areas, and communication sites).

Impacts discussed in this section are quantified based on the number of acres of land that are restricted (requiring higher costs) or that are not available for land use authorizations under each of the alternatives. Future lands activity cannot be predicted as to specific location, scale, and timing; therefore, the most reasonable way to estimate the impacts of proposed alternatives on this potential future activity is to consider the amount of land that is restricted or unavailable for possible use. Table 3.23.1 summarizes the impacts on the SJPLC lands and special uses program by alternative.

Under all of the alternatives, the issuance and administration of land use authorizations would continue to provide for a variety of recreation and non-recreation activities. In general, most land uses may be compatible with most other resource activities; and most impacts to the lands program may be minimized by the use of appropriate design guidelines.

BLM_0030696

The USFS has limited opportunity for direct disposal of USFS lands; therefore, most land adjustments involving USFS-administered lands would be by land exchange. This is not expected to vary by alternative. The BLM would continue its land adjustment program with land exchanges, as well as with the sale or exchange of lands specifically identified for disposal. Most opportunities for disposal of BLM-administered lands would be in MA 2s and 7s. The disposal of BLM-administered lands is not expected to vary between Alternative B, C, or D. The disposal of BLM-administered lands under Alternative A would comply with the disposal tract identification included in the 1985 BLM RMP. The amount of potential, and opportunity for, land exchanges is not expected to vary by alternative. Under all of the alternatives, through cooperation with other landowners, the emphasis would be for improved landownership and access patterns that benefit private landowners and the public. The opportunities for ROW acquisitions would not change by alternative. Under all of the alternatives, the acquisition of access to the public lands would be identified in order to serve administrative purposes and public access, with the goal of enhancing the management of the public land resources.

Land withdrawals would not be the direct result of the implementation of any of the alternatives. Recommendations for future land closures and withdrawals are included in the overall DLMP/DEIS planning direction. These recommendations may, or may not, be implemented after separate analysis and decision processes. Therefore, potential impacts are not likely to vary predictably by alternative. This is because the recommendations must be acted upon individually by other authorities and agencies. SJPLC review and recommendations for continuation or revocation of existing withdrawals would also not be the direct result of implementation of any of the alternatives. Therefore, potential impacts are also not likely to vary by alternative.

### Impacts Related to Wildlife and Fisheries Management

Impacts to the lands and special uses program related to wildlife and fisheries management may be higher costs for authorized uses and activities, and, in some situations, denial of discretionary land uses or land ownership adjustments. Wildlife management activities that trigger these impacts would be primarily related to management requirements under the ESA. No areas are proposed for withdrawal under any of the alternatives; however, protective measures applied to land uses may increase costs. The degree of the impacts would depend upon approved conservation strategies, critical habitat designations, and biological opinions that mandate specific management requirements for land uses. These requirements would not be known until specific project proposals are submitted and assessed.

With regard to wildlife and fisheries management, the measurable indicator of impacts would be the number of acres allocated to sage-grouse habitat, because this designation would impact an area of current solid mineral activity (the Slick Rock/Dove Creek uranium/vanadium area). However, its usefulness is as a comparative indicator of impacts, not as an absolute quantifier. For comparison purposes, alternatives that would allocate a greater number of acres to this designation may be considered to require a similar degree of restriction on land uses.

***DLMP/DEIS Alternatives***: Impacts to lands and special uses related to wildlife and fisheries management restrictions may be the greatest under Alternative C, followed by Alternatives D and B. Alternative A would propose no restrictions.

BLM_0030697

**Impacts Related to Heritage Management**

Requirements to protect heritage resources (including the protection of Native American rights of access and use) may preclude some uses and activities within the planning area, and, in some situations, may prevent discretionary land uses or land ownership adjustments. Required mitigation measures may increase the costs for authorized uses and activities.

With regard to heritage management, the measurable indicator of impacts would be the number of acres allocated to special areas, which may, in turn, limit or preclude non-complying land uses.

**Table 3.23.1 – Environmental Impacts to Lands by Alternative**

| | Alternative A (No-Action Alternative) | Alternative B (Preferred Alternative) | Alternative C | Alternative D |
|---|---|---|---|---|
| **Wildlife and Fisheries Sage Grouse Total Acres** | 0 | 9,528 | 29,234 | 9,528 |
| **Heritage Management Total Acres** | 4,597 | 19,582 | 19,582 | 4,597 |
| **Total All Acres** | 4,597 | 29,110 | 48,816 | 14,125 |

"Sage-Grouse" acres include lek sites and nesting habitat.

The impacts summarized in the table are not intended to be read as absolute numbers. They serve to indicate the relative restrictive nature of each alternative.

**Summary of Direct and Indirect Impacts by Alternative**

Based on the ability to mitigate most concerns related to heritage management and/or wildlife and fisheries management, impacts to lands and special uses may be moderate to minor under Alternative C, minor under Alternative B, and negligible under Alternatives A and D. This ranking is highly subject to site-specific project proposals and to their associated mitigation measures. It is valid only for general comparison purposes.

## CUMULATIVE IMPACTS

Cumulative impacts related to the implementation of any of the alternatives may result from a continuation of the same policy and budget constraints that existed under the previous Plans (USFS 1983; BLM 1985), greater demand for uses by the public and other agencies, and the imposition of newer environmental laws and regulations on such uses. Past impacts related to multiple land ownership, poor survey and boundary monumentation, increasing demand for residential and commercial use and access, and increasing costs of processing and administering land use authorizations may be increased by future impacts. This is because most land uses do not disappear, once established, and new land uses would only complicate the situation. Table 3.23.1 summarizes the direct and indirect impacts by alternative; expected cumulative impacts would follow the same pattern by alternative.

BLM_0030698

Over the next 15 years (which is the timeframe for "reasonably foreseeable future" cumulative impacts), the annual level of applications for land authorizations within the planning area would be directly tied to demographic changes experienced and projected in southwestern Colorado. This is expected to increase over this timeframe, with most authorizations occurring in MA 2s (Silverton, HD Mountains), 3s, 5s, and 7s, consistent with current patterns of development.

Acquisition of new access routes would be limited by SJPLC budgets. The USFS has identified 15 priority cases needed to provide additional access to the planning area. Changing public use patterns and needs would add additional cases. There are no other anticipated reasonably foreseeable future actions specific to a particular alternative that would differ between the alternatives for land adjustments and/or ROW acquisitions. Cumulative impacts to lands and special uses related to heritage management, and/or wildlife and fisheries management restrictions may be minor under Alternative C, minor to negligible under Alternative B, and negligible under Alternatives A and D.

**3.24**                                          **UTILITY CORRIDORS AND COMMUNICATIONS SITES**

## INTRODUCTION

The land use permit program authorizes the occupancy of public lands for pipelines, communication lines, power transmission lines, and communication sites. In order to minimize disturbance, agency policy is to co-locate such uses, where feasible. Utility corridors are formally designated in order to provide for such use. Within the planning area, corridor management must comply with the objectives of the Management Area (MA) covering the areas crossed by these corridors, unless a specific exception is identified. Where pipeline, electric distribution line, and/or communication system line use cannot be co-located, individual authorizations are issued.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

LAWS

- **The Energy Policy Act of 2005 Section 368**:  This act directs the Secretaries of Agriculture, Commerce, Defense, Energy, and the Interior to designate corridors, under their respective authorities, on Federal land in the 11 Western States (Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming) for oil, gas, and hydrogen pipelines and electricity transmission and distribution facilities (energy corridors). A programmatic environmental impact statement (PEIS) titled, "Designation of Energy Corridors on Federal Land in the 11 Western States" (DOE/EIS-0386) has been prepared, with the Department of Energy (DOE) and the BLM as co-lead agencies for this effort. The USFS is participating as a cooperating agency.

- **The Telecommunications Act of 1996**: This act directs Federal departments and agencies to make available (on a fair, reasonable, and non-discriminatory basis) property, rights-of-way (ROWs), and easements under their control for the placement of new telecommunications services.

- **The Federal Land Policy and Management Act of 1976, Title V**: This act provides the authority to "grant, issue or renew rights-of-way over, upon, under or through" lands managed by the BLM and the USFS. This act requires fair market value for uses on the public lands, and repealed sections of many previous acts.

- **The Ditch Bill of 1986**: This act amends the Federal Land Policy and Management ACT (FLMPA), and authorizes permanent easements for agricultural water systems.

### DESIGN CRITERIA

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve resources related to utility corridors and communications sites. Guidelines and design criteria are presented in Part 3 of Volume 2 of the DLMP/DEIS.

## AFFECTED ENVIRONMENT

**Existing Conditions and Trends**

**Utility Corridors, Major Rights-of-Way (ROWs), and Communications Sites**
Major electrical transmission lines are found throughout the planning area (see Figure 3.24.1). Lines are most common along the southern boundary, concentrated from Cortez to Pagosa Springs. Some electrical transmission lines occur in the smaller headwater areas around Durango; however, these do not comprise a major portion of the lines.

**Figure 3.24.1 – Major Oil and Gas and Electrical Transmission Lines**



BLM_0030701

Currently, there are two designated corridors within the planning area (see Figure 3.24.2). They are the Trans-Colorado Pipeline and the Tri-State Electric Corridors (both cross the Dolores District). The Trans-Colorado Pipeline corridor was designated as a corridor in the 1992 amendment to the San Juan National Forest (SJNF) LMP.

In the BLM San Juan/San Miguel RMP, no corridors were designated. The RMP encouraged location of new transmission facilities along previously disturbed routes, as well as the sharing of ROWs for compatible transmission uses.

The West-Wide Energy Corridor Programmatic EIS (PEIS) evaluated utility corridors for inclusion in the nationwide designations authorized by Section 368 of the Energy Policy Act of 2005. Corridors across the planning area were directed to follow the existing corridor of the Trans-Colorado Natural Gas Pipeline. Corridor upgrades were limited to existing facilities (with measures instituted in order to protect unstable slopes and the visual resources related to the San Juan National Scenic Byway as it crosses the Dolores River Canyon and Lost Canyon).

Areas designated as utility corridors would be designed to be compatible with the management goals of the areas through which they pass. Expansion, as well as other actions, would not be approved if they did meet these requirements. The width of the corridors would be specified in the individual facility Special Use Permit or ROW authorization. Corridors would only be designated for transmission lines over 69 kilovolts and for pipelines more than 10 inches in diameter. Pipelines greater than 24 inches in diameter would require concurrence (simultaneous consent) by Congress prior to development. Local distribution lines and smaller pipelines would not be identified as corridors, and would normally be operated in conjunction with the existing road system (or with other previously disturbed areas) in order to minimize environmental impacts.

BLM_0030702

**Figure 3.24.2 – Designated Utility Corridors, and Electronic and Communication Sites in Planning Area**



BLM_0030703

In 1983, the Western Utility Group (WUG) identified potential and existing utility corridors that may impact the planning area.

The design and construction of the existing crossing of the Dolores River by the Trans-Colorado Pipeline has resulted in localized slope instability. The DLMP/DEIS addresses this specific issue, as well as the potential impacts related to pipeline corridors. The Trans-Colorado Pipeline Corridor is the only nationwide corridor crossing the planning area that is considered in the nationwide corridor study authorized by Section 368 of the Energy Policy Act of 2005.

In relation to the proposed alternatives, the number of corridors would not change.

Table 3.24.2 summarizes the combined total number of existing pipeline and electrical transmission miles, per stream mile, from the Aquatic, Riparian and Wetland assessment of the SJNF (USFS 2003). Watersheds highlighted in green are wholly located within the San Juan National Forest  boundaries.

### Table 3.24.2 – Transmission Lines and Streams

| HUB6 | HUB6NAME | Ratio of Total Miles Pipeline and Electrical Transmission Line to Miles of Valley Bottom Stream | Total Miles Pipeline and Electrical Transmission Line | Stream Density |
|---|---|---|---|---|
| 140801020402 | Upper Stollsteimer Creek | 0.87 | 80.9 | 2.7 |
| 140801040604 | Animas River-Spring Creek | 0.80 | 16.2 | 2.1 |
| 140801070103 | Upper Mancos Valley | 0.77 | 31.0 | 2.6 |
| 140802020103 | Hartman Canyon | 0.69 | 73.2 | 3.1 |
| 140801070105 | East Fork of Mud Creek | 0.53 | 39.0 | 3.4 |
| 140801010307 | Echo Canyon Reservoir | 0.52 | 25.2 | 2.5 |
| 140802020106 | Lower Alkali Canyon-Narraguinnep Canyon | 0.48 | 49.9 | 3.3 |
| 140801010305 | McCabe Creek | 0.47 | 23.1 | 2.7 |
| 140801040901 | Lower Florida River-Ticalotte | 0.43 | 23.2 | 2.7 |
| 140801011503 | Los Pinos River-Bayfield | 0.37 | 29.7 | 2.2 |
| 140801050102 | Mayday Valley | 0.36 | 14.2 | 2 |
| 140801040502 | Elbert Creek | 0.36 | 12.3 | 1.9 |
| 140801011403 | Lower Vallecito Creek | 0.36 | 15.2 | 3.1 |
| 140801040504 | Upper Animas Valley-Trimble | 0.35 | 12.7 | 2.5 |
| 140801040603 | Lower Lightner Creek | 0.34 | 23.4 | 2.6 |
| 140801020401 | Martinez Creek-Dutton Creek | 0.33 | 23.9 | 2.9 |
| 140801011502 | Middle Beaver Creek | 0.32 | 17.3 | 3.3 |
| 140801020403 | Stollsteimer Creek-Dyke Valley | 0.31 | 13.7 | 2.7 |
| 140801010304 | Upper Pagosa Springs | 0.27 | 12.6 | 2.8 |
| 140802020201 | Upper Yellowjacket Canyon | 0.26 | 12.1 | 2.1 |
| 140801040406 | Lower Rio Blanco-San Juan River | 0.24 | 11.0 | 2.8 |
| 140801010306 | Mill Creek | 0.24 | 13.5 | 3.1 |
| 140801011703 | Ute Creek | 0.23 | 10.0 | 2.6 |

BLM_0030704

**Electronic Sites and Existing Communication Sites of Federal Lands**

Electronic sites are areas authorized for the location of facilities for communication by radio, television, microwave, and cell telephone systems. Generally, these sites are at the local topographic high points, depending upon maximum line-of-sight. Typically, sites are serviced by electric power lines and access roads. Some site users are individual users (due to space limitations, technical considerations, and/or security issues); other site users lease space in their structure and tower for multiple users. The existing electronic sites within the planning area are listed in Table 3.24.2. (Also, see Figure 3.24.1, Major Electric Transmission Lines, Pipelines and Communication Sites in Planning Area for a distribution of existing sites across the planning area.)

Any additional sites for commercial or agency use would require approval of a site plan. The site-plan specifications must comply with visual quality and other resource management objectives. The number of sites would not change by alternative.

**Table 3.24.2 – Electronic and Communication Sites in Planning Area**

| SITE NAME | Latitude | Longitude | Elevation (ft ASL) |
|---|---|---|---|
| USFS Benchmark | 37.76033 | -108.5598 | 9,264 |
| Menefee | 37.31616 | -108.2395 | 8,823 |
| USFS Missionary | 37.358166 | -107.76966 | 9,860 |
| USFS Kennebec | 37.451 | -108.03283 | 12,240 |
| Kendall | 37.78733 | -107.63566 | 13,400 |
| USFS Tuckerville | 37.4895 | -107.4585 | 11,640 |
| USFS Grassy | 37.3552 | -107.5522 | 9,480 |
| USFS Pargin | 37.1885 | -107.4577 | 8,910 |
| USFS Devil | 37.2807 | -107.2605 | 9,922 |
| USFS Oakbrush | 37.1855 | -107.0898 | 8,623 |
| USFS Wolfcreek | 37.4848 | -106.8266 | 11,680 |
| YellowJacket | 37.2521 | -107.4589 | 8,397 |
| Coal Bank | 37.6889 | -107.7665 | 10,660 |
| Spring Creek | 37.1885 | -107.4577 | 8,910 |
| Caviness Mt. | 37.3630 | -108.1508 | 10,050 |
| Dolores | 37.4825 | -108.5120 | 7,420 |
| Escalante | 37.4780 | -108.5460 | 7,080 |
| Expectation Mt. | 37.6941 | -108.0684 | 11,600 |
| Parrott Peak | 37.3750 | -108.1028 | 11,740 |
| Perins Peak | 37.2906 | -107.9170 | 8,287 |
| Storm Peak | 37.8672 | -107.6549 | 12,979 |

BLM_0030705

**Demand for Gas Gathering Lines and Electricity Distribution Lines**
Oil and gas development in the Piceance Basin, Paradox Basin, and San Juan Basin would require gathering lines in order to transport product to major transmission pipelines; however, no new major pipelines are anticipated. Urbanization of private lands adjacent to major communities may see an increase in electric distribution lines, and an upgrade in major transmission lines already in existence.

**Changes for Communication and Electronic Sites**
The DLMP/DEIS alternatives address site compatibility, capacity, and scenic vista issues by Management Area (MA). Future communication and electronic facilities would be encouraged to use existing sites, within capacity and compatibility limits. All facilities would comply with visual resource and scenic standards for the desired future conditions, as identified for the various management areas, and in relation to the different alternatives. The increasing demand for cellular telephone coverage is driving up demand for cell phone relay towers. Visual concerns over the spread of towers to more and more topographic high points may increase. Older antenna towers are being replaced by higher and/or stronger towers (in order to accommodate more shared use and heavier equipment). Better technology is reducing the problem of interference, allowing more co-location of facilities.

Existing and new electronic sites on USFS-administered lands would require the approval of a site plan. The site plan specifications must comply with the MA objectives for the area of the proposed site. Under current policy, the BLM does not require formal site designation or site plans.


## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

### General Impacts
The MA objectives may affect (impact) the accessibility of lands for the location of pipelines, transmission lines, and communication sites. Alternatives B and C would propose additional areas in MA 3s (that are currently under MA 5s), which would restrict the amount of area in which expansion (to accommodate new utilities or electronic sites) could occur. Changing the availability and restrictions on utility routing and communication site use would restrict expansion as well. Generally, utility routes and communication sites would be compatible with MA 7 designations. With MA 1s and 3s (which would be the most restrictive), prohibiting development of permanent facilities, or requiring limits or prohibitions on road access, may place future demand (due to demographic changes) on existing sites and/or on private land.

MA 2s would require specific management plans that may impose site-specific closures or restrictions on alternative energy development. MA 4s would require development to be compatible with MA requirements, and may impose unacceptable site-specific costs. Generally, MA 5s and 7s would be compatible with facility development.

Local utilities would be encouraged to use existing pathways, which, under all of the alternatives, would be in MA 5s and 7s. Upgrades to existing corridor locations that pass through MA 3s, and across the Dolores River Canyon MA 2 area, may be allowed. They may, however, not accommodate additional linear utility routing needs. Site plans for communication sites would be developed for all existing locations. These site plans would identify compatible uses, visual management criteria, and allowable number of users. Any additional sites for public use would require designation, after appropriate environmental analysis and approval.

BLM_0030706

D*LMP/DEIS Alternatives*: Given the minimal expected level of demand for major new utility transmission facilities and new communication site development during the life of the approved LMP, there may be no measurable differences between alternatives. A scenario of deferred oil and gas leasing over the next 10 to 15 years may reduce demand for new oil and gas pipelines by a negligible amount. This is because the demand for new gathering pipelines would continue to increase, along with development, in the San Juan and Paradox geologic basins.

## CUMULATIVE IMPACTS

For this analysis, the next 15 years constitute the time-frame for "reasonably foreseeable future" cumulative impacts in relation to utility corridors and communication sites. The demand for utility transmission facilities would be tied to energy development within the Paradox and San Juan Basins, with the resulting demand for the transmission of products and electrical power across the planning area. The designation of new communication sites within the planning area would be directly tied to demographic changes projected in southwestern Colorado (which is expected to increase over this 15-year period), with most requests for authorizations occurring in areas of higher-elevation terrain overlooking developing communities. There has been no specific need identified for new locations. This is because most suitable higher-elevation sites are already occupied, and may not be available for expansion.

There are no reasonably foreseeable future actions, specific to any particular alternative, that would impact utility corridors or communication sites.

BLM_0030707

**3.25** **ECONOMICS**

## INTRODUCTION

The economic consequences of managing the San Juan Public Lands stretch across Colorado, New Mexico, Arizona, and Utah. A 5-county area in Colorado – Archuleta, Dolores, La Plata, Montezuma, and San Juan Counties – is recognized as the most affected (impacted) by the management of public lands, and will serve as the focus of the economic analysis.

Comprehensive economic data are generally unavailable at the community-level. However, interpretations of larger-scale analyses can sometimes be made, and can offer insights into particular communities. These are presented, where possible.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- ***The National Environmental Policy Act (NEPA)***: This act requires that consequences to the human environment be analyzed and disclosed. The extent to which these environmental factors are analyzed and discussed is related to the nature of public comments received during the public involvement process, from scoping through preparation of the DEIS.

- ***The National Forest Management Act (NFMA)***: This act requires examination of local economic impacts as well as economic cost-efficiency considerations when preparing or revising land management plans.

## AFFECTED ENVIRONMENT

### Employment and Income

Current distribution of employment by industry, trends in employment, and average earnings per job are important measures of an area's economic health. Employment is reported by the U.S. Bureau of Economic Analysis and by the Colorado Department of Local Affairs on an "annual monthly average" basis. (This means that 12 monthly employment estimates are averaged for the given year, 2004, in this case.) For sectors that are highly seasonal (with high employment during several months and low employment during the remainder of the year), the estimates may seem low; they are, however, correct.

BLM_0030708

The following table shows that service industries are the leading employer in the San Juan area. Trade, accommodations, food service, and recreation-based firms provide over one-quarter of all jobs. Professional, administrative, and personal service firms provide just under one-quarter of total jobs. Construction, finance, insurance, and real estate account for another 17%. The smallest sectors are mining, transportation, and manufacturing.

**Table 3.25.1 - Employment by Major Industry, 2004**

| INDUSTRY | TOTAL JOBS |
|---:|:---:|
| Agriculture and Natural Resources | 1,971 |
| Mining | 687 |
| Construction and Utilities | 5,907 |
| Manufacturing | 1,376 |
| Transportation and Warehousing | 1,274 |
| Wholesale and Retail Trade | 6,622 |
| Finance, Insurance, and Real Estate | 3,128 |
| Professional and Administrative Services | 4,270 |
| Education, Health, and Social Services | 4,838 |
| Arts, Entertainment, and Recreation | 1,413 |
| Accommodations and Food Service | 5,201 |
| Information and Other Services | 3,668 |
| Government | 8,991 |
| Total | 49,345 |

Source: Colorado Dept of Local Affairs, State Demography Office

BLM_0030709

Table 3.25.2 shows labor income for the area. Labor income includes all wages and salaries, plus benefits, for employees as well as for the self-employed. This table follows the same pattern shown above for employment, with some notable exceptions.

**Table 3.25.2 - Labor Earnings by Major Industry, 2004**

| INDUSTRY | $1,000,000 | $ per job |
|---|---|---|
| Agriculture and Natural Resources | 21.0 | 10,662 |
| Mining | 60.1 | 87,471 |
| Construction and Utilities | 261.5 | 44,273 |
| Manufacturing | 45.1 | 32,803 |
| Transportation and Warehousing | 54.0 | 42,408 |
| Wholesale and Retail Trade | 166.2 | 25,104 |
| Finance, Insurance, and Real Estate | 131.1 | 41,922 |
| Professional and Administrative Services | 154.0 | 36,061 |
| Education, Health, and Social Services | 180.7 | 37,359 |
| Arts, Entertainment, and Recreation | 29.5 | 20,879 |
| Accommodations and Food Service | 79.8 | 15,338 |
| Information and Other Services | 90.4 | 24,647 |
| Government | 439.9 | 48,924 |
| Total | 1,713.4 | 34,723 |

Source: IMPLAN, as benchmarked with Colorado DOLA, SDO data.

BLM_0030710

Another important aspect of a county's economy is the sources of personal income for workers and residents. Personal income, as shown in Figures 3.25.1 and 3.25.2, is composed of three parts: 1) labor earnings that represent wages, salaries, and proprietor (i.e. self-employed) income; 2) investment income that represents property income from dividends, interest, and rent; and 3) transfer payments, which are primarily government payments to individuals (including Social Security, Medicare, and Medicaid).

Labor earnings are considered to be "earned income" Transfer payments and investment income are considered to be "non-earned income." As an established destination for retirees and those in their mid- or late-career stage, non-earned income is becoming increasingly important in southwestern Colorado. The San Juan area exceeds the State, as well as the national, share of non-earned income. Counties with a high percentage of non-earned sources of income would be less vulnerable to local economic shocks, but may be more vulnerable to national economic shocks. Those counties with a higher percentage of dividends, interest, and rental income would have more exposure to fluctuations in the national economy. Conversely, because transfer payments largely consist of Social Security payments, counties with a high proportion of transfer payments would experience less variation (since transfer payments are more stable).

**Figure 3.25.1 - Personal Income by Source by Region, 2005 (percent)**



Source: US Department of Commerce, Bureau of Economic Analysis,
Regional Economic Information System, 2005

BLM_0030711

**Figure 3.25.2 - Personal Income Forecast by Source for San Juan Area, 2000-2035 (dollars)**



Source:  Colorado Department of Local Affairs, State Demography Office, 2007

**Figure 3.25.3 - Personal Income Forecast by Source for San Juan Area, 2000-2035 (percent)**



Source:  Colorado Department of Local Affairs, State Demography Office, 2007

BLM_0030712

As a population ages, dividends, interest, and rent and transfer payments may be expected to increase as a percentage of total personal income. A relatively high level of investment income in southwestern Colorado is an indicator of an aging population. It also indicates a substantial retirement component within the economy.

## MAJOR COMMUNITIES IN THE PLANNING AREA

### Archuleta County

Pagosa Springs is the only incorporated town on the east side of the area, and is a service center for the surrounding area. Ample sources of developed water, as well as large areas of developable and desirable private land, have made the Pagosa Springs area a favorite spot for residential development. The tourism market is active throughout the year, with a range of recreation opportunities in the summertime, and with downhill skiing (at Wolf Creek Ski Area) and other snow-related activities in the winter.

### La Plata County

Durango, located at the junction of U.S. 160 and U.S. 550, is the seat of La Plata County, and is the hub of the San Juan area. Long established as the professional services and retail center, and the tourism hotspot, of southwestern Colorado, Durango has a strong and diverse economy. With a ski resort and a long list of summertime, wintertime, and shoulder-season recreational opportunities, tourism remains the largest employer (and source of income). However, education (including Fort Lewis College) and government also play important roles. Amenity-driven migration and retirement bring non-labor income into residents' mailboxes, creating additional economic activity. As in most of the San Juan region, real estate development, sales, and financing are important sectors. In terms of employment opportunities, the oil and gas industry is relatively small; however the jobs that they do provide pay very well and are an important economic asset that often spurs local business investment (for example, a new carwash in Ignacio catering to gas-field vehicles).

The other towns in La Plata County (Bayfield and Ignacio) are, for the most part, economically tied to Durango. They are, however, increasingly developing their own economic momentum.  Native American tribal investments have increasingly spurred economic activity.

### Montezuma County

Cortez serves as a service-and-supply center for the Montezuma Valley and the west end of the SJPL. Continued efforts by community leaders to promote Mesa Verde National Park, as well as other attractions, and business investments in lodging, restaurants, and entertainment, make Cortez a major player in the regional tourist market. Native American tribal investments have also spurred economic activity. Although the real estate development is different in character and occurs at a slower pace, Montezuma County is experiencing a significant amount of activity in the real estate market.

Growth in the Town of Mancos, and in the Mancos Valley, is driven, in part, by its commuting proximity to both Durango and Cortez. The productive agricultural lands south of Highway 160 (adjacent to BLM, NPS, and Native American tribal lands) have remained primarily in agricultural use. Ownership, however, is beginning to move from traditional ranching families to affluent buyers who pursue ranching or horse-breeding/training as an amenity lifestyle. A major attraction in the northern part of the Mancos Valley is the area's proximity to the boundary of the San Juan National Forest.

BLM_0030713

Dolores Valley/Dolores: The narrowness of the Dolores River Valley (upriver and to the east of Dolores), its scenic appeal, and its location (along the Highway 145 corridor connecting Dolores to Telluride) has resulted in the escalation of land values in the Valley. The construction of McPhee Reservoir has limited the expansion of the Town of Dolores down-river and to the west.

**Dolores County**

The western, or Dove Creek, side of Dolores County was settled around dry-land farming (which has been supplemented by the availability of irrigation water from the Dolores Project). Historically, farmers and rural residents outside of Dove Creek had to haul water in for domestic use. Beginning in the 1990s, rural domestic water supplied by Montezuma Water Company was extended into rural Dolores County. This prompted increasing non-agricultural settlement, much of it in the form of 35-acre parcels. A primary appeal of western Dolores County is its wide-open vistas.

The eastern, or Rico/West Fork, side of Dolores County is characterized by a forested, mountainous landscape (which is the watershed into the west fork and main stem of the Dolores River). For the most part, limited private land is confined to the river valley floor (with the upland watershed predominately under USFS-administration). Property in the West Fork has become high value, with both seasonal and year-round homes being developed. Once mining phased out, Rico began to regain population largely as a home to commuters working in Telluride. In recent years, Rico has an increasing seasonal and retiree population.

**San Juan County**

The intensity of high-altitude winters, coupled with the seasonal nature of tourism generated by the Durango to Silverton Narrow-Gauge Railroad and people driving the "Million Dollar Highway" has resulted in a significant number of seasonal residents. In recent years, Silverton has been discovered by people interested in seasonal homes (so they can more easily enjoy the pleasant summer weather and recreational opportunities). Property values have been rising steadily, based on these trends.

San Juan County now contains the newly developed Silverton Mountain Ski Area. There have been concerted attempts to make Silverton more of a winter destination, and smooth out some of the seasonal economic fluctuations. The ski area is the most significant move towards accomplishing this.

BLM_0030714

**Cost of Living**

The cost of living in the Rocky Mountain West can be somewhat higher than it is in parts of the country, especially the Midwest and the South. A recent study by Colorado State University indicates that the cost of living across Colorado, and in the San Juan area, varies greatly.

**Figure 3.25.4  Cost of living index for Colorado Counties, 2001**



Source: Cost of Living Differentials in Colorado: 2002. 2003. Garner,
Elizabeth and Jerry Eckert.  CSU Extension Service Paper XCM-211

Figure 3.25.4 shows where the San Juan counties place, with respect to other parts of the State. La Plata, Archuleta, and San Juan Counties are in the mid-range of Colorado counties, while Montezuma and Dolores Counties are among the most affordable.  Housing costs are highly influential in the overall cost of living; therefore, the index is also a good indicator of real estate values.

**Economic Dependency**

Every economy has one or more "engines" that ultimately provide residents with jobs and income. In a real sense, area jobs and income depend upon the size and vitality of these engines.

The economic dependency of the planning area can be discerned by breaking down employment into three components: basic industries, indirect basic industries, and local resident service (sometimes called induced) industries. Basic industries are those that bring money in from outside of the area. This is done by exporting goods and services, or by selling them to non-residents. Tourism is an example of an export industry in the planning area. Other export industries include livestock and manufacturing. Indirect basic industries are those that support the basic industries. These commonly include local suppliers of goods and services to basic industries. Wholesale trade and trucking would be examples of indirect basic industries. The third component is local resident services. These industries provide local residents with services, including grocery stores and medical care.

BLM_0030715

A model of the 5-county area was constructed in order to examine these inter-industry relationships. The model was benchmarked to local 2004 employment data provided by the Colorado Department of Local Affairs, State Demography Section.

By incorporating the concept of economic multipliers to basic industries, a picture of economic dependence emerges. The picture starts with employment that is generated by sales to four categories of customers: residents, non-residents, government, and construction investments. Earlier in this section, employment was displayed by industry.  Here employment is displayed according to the customers that generate it. Each slice includes all of the secondary employment created by sales to that customer. A similar portrayal of labor income follows describing that for employment.

Sales to exports (non-residents) and to governments (local, State, and Federal) were mentioned above. Sales for the purpose of construction investments include homes, buildings, roads, and other infrastructure. These are separated out because they become a production factor in future economic activity. Second-home construction is a also a part of this category. The actual sale of second homes by real estate agents, and the purchase of goods and services by second-home owners once they occupy the property, are not part of construction. They are, however, captured within the non-resident slice. Employment generated by sales to residents is the remainder of total employment not otherwise captured in the three other categories.

Figures 3.25.6 and 3.25.7 portray the basic engines of the San Juan regional economy. Jobs generated by income earned in the area are fully captured by the original spending source, displayed in Figure 3.25.6. Exports (sales to non-residents) generate the largest share of jobs in each economy. Approximately 42% of all jobs are generated, in some way, by exports from the area. Although exports do not support all area jobs, non-residents are, by far, the most important customers. Sales to governments (at all levels) are the second largest customer of the area, generating approximately 25% of all jobs. Construction investments of all kinds generate approximately 17% of the total jobs in the area, indicating that the area is economically healthy and growing. Finally, sales to residents account for the final one-sixth of area jobs.

**Figure 3.25.6 -  Jobs Generated By Spending Source in the San Juan Area Economy, 2004**



Source:  Colorado State Demographers Office and USDA Forest Service

BLM_0030716

Figure 3.25.7 shows the regional economy using labor income, rather than employment. Labor income includes wages and salaries received by both employees and business owners. It does not include investment income of any kind, nor does it include government payments (such as Social Security). The pie chart is very similar to employment. However, a few small differences should be noted. Purchases by residents and non-residents generate somewhat smaller shares of area income than of area employment. Tourism is a significant export of the San Juan area. Tourism-related industries are characterized by lower incomes per job (which is reflected as smaller slices in the income pie chart). Resident purchases using non-labor income (whether it is Social Security or investment income) also favor sectors with lower incomes per job. Residents with a high level of investment income (including those often called "amenity migrants") often spend money on new homes. This expense is captured in the capital investment slice.

Income generated from sales to governments is somewhat larger than the comparable slice for employment (see Figure 3.25.7). Higher-than-average incomes for firms and governments doing business with various government agencies generally account for the larger share.

**Figure 3.25.7 - Labor Income Generated by Spending Source in the San Juan Area Economy, 2004 ($million)**



Source: Colorado State Demographers Office and USDA Forest Service

Figures 3.25.8 and 3.25.9 identify contributions of the SJPL to local area employment. Uses of the planning area (including tourism, livestock grazing, mineral extraction, and timber) are generally regarded as sales to non-residents. USFS/BLM offices are also government consumers, and bring new money into the area through local purchases and Federal employee salaries. The final piece of SJPL contributions is attributed to payments made by the Federal government to local governments (based upon Federal lands in the county). The payments are spent by local governments, increasing the magnitude of government purchases. These slices, individually and combined, indicate how dependent the local economy is on the management of the San Juan Public Lands.

BLM_0030717

Figure 3.25.8 shows that approximately 7% of all jobs in the area are supported by the use and management of the San Juan Public Lands. Tourism generated by the SJPL-related activities is the largest slice, providing over 1,500 jobs. Energy mineral extraction, including oil, natural gas, and CO2, provides the next largest portion of SJPL-related employment.  Over 900 jobs are generated by energy industry activities.

**Figure 3.25.8  Jobs Generated by Spending Source with SJPL
Operations in the San Juan Area Economy, 2004**



Source: Colorado State Demographers Office and USDA Forest Service

Commodity production of renewable resources is a smaller, but important piece of SJPL contributions. The wood products industry is often associated with national forests, and this area is an important center of the Colorado industry. Approximately 200 jobs can be credited to the San Juan Public Lands. Approximately one-quarter of this employment is associated with aspen processing at Western Excelsior and Wall Wood. Historically, agriculture is a significant part of this economy. The SJPL provides just fewer than 100 jobs through livestock grazing

Management operations and payments provide a greater economic boost to the area than do livestock grazing and timber harvesting combined. Over 700 jobs are generated through Federal employee spending, operation purchases, and local government spending of SJPL-based Federal payments.

Figure 3.25.9 provides a labor income perspective of SJPL contributions to the area.  Total labor income attributable to public lands is approximately 7% of the area total, which is virtually identical to the employment share. Mineral extraction (which has higher paying jobs) is now the largest share, with tourism falling to second.

BLM_0030718

**Figure 3.25.9  Labor Income Generated by Spending Source with SJPL Operations in the San Juan Area Economy, 2004 ($million)**

Source:  Colorado State Demographers Office and USDA Forest Service

Figures 3.25.10 and 3.25.11 offer a more detailed perspective on where SJPL-based jobs can be found within the economy. These charts show the number of jobs in each major industry supported by exports (including sales to non-residents). Jobs supported by public lands operations and payments are not part of exports; therefore, they are not included in the figures below.

The region's economy is fundamentally tourism- and amenity-based. Industries most affected (impacted) by SJPL-related tourism are Lodging and Food Services, Trade (wholesale and retail), and Services.

Jobs generated by energy minerals are found in every major sector of the area, with large pieces in Mining and in Professional, Administrative, Health, and Social Services. Livestock grazing jobs are primarily located in the Agriculture sector, while wood products jobs are located in the Agriculture and Natural Resources, plus Manufacturing sectors. When combined, uses of the San Juan Public Lands provide nearly 13% of all export-based jobs.

BLM_0030719

**Figure 3.25.10  Jobs by Industry Supported by SJPL Operations and Other Export-Based Activities in the San Juan Area Economy, 2004**



Source: Colorado State Demographers Office and USDA Forest Service

The labor income picture of SJPL contributions to exports is provided in Figure 3.25.11. The San Juan mining industry includes sand and gravel companies, a coal mine, and a variety of oil and gas firms. Oil and gas extraction generally has very low staffing requirements, but very high income generation. Other mining activities have much higher staffing requirements coupled with lower income. The dominant mining activity within the planning area is natural gas extraction. That is why SJPL-based mining income in Figure 2.11 is a much larger share of all exports than SJPL-based mining employment in Figure 2.10.

BLM_0030720

**Figure 3.25.11 - Labor Income by Industry Supported by SJPL Operations and Other Export-Based Activities in the San Juan Area Economy, 2004 ($million)**



Source:  Colorado State Demographers Office and USDA Forest Service

## ENVIRONMENTAL CONSEQUENCES

### DIRECT AND INDIRECT IMPACTS

Direct and indirect impacts on planning area jobs and income are generated by changes in recreational uses of the public lands, mineral extraction, the use of timber and forage resources, and agency expenditures (including salaries, equipment, contracts). A change in recreation, mineral, and/or in timber production may mean a change in jobs and income to local communities. In addition, if production is decreased in one resource and increased in another, there is a shifting of jobs from one industry to another. To estimate changes in income and employment for each alternative, a computer model of the area economy was developed. The model was calibrated to employment estimates established by the Colorado State Demography Office. (See Appendix B for a more detailed discussion of the models and analysis methodology.)

Throughout the planning area, employment and labor income attributable to the planning area are estimated for the year 2015. The year 2015 was selected because it is an approximate mid-point of the next decade, and a year for which the Colorado State Demography Office provides detailed forecasts. In addition, 2015 would allow time for changes in program levels to materialize. The base year for all comparisons is 2004 (the latest year for which complete economic data is available). Jobs are defined as annual average jobs, thus, some may be part-time. Labor income includes all wages and salaries, plus benefits, paid by business proprietors to employees and to themselves.

BLM_0030721

Output estimates for the planning area include those for 2004, and projections for 2015. As shown above, there are 5 programs administered by the SJPLC that may impact local economies: recreation (including hunting, fishing, and other wildlife-based activities), grazing, timber, minerals (especially natural gas), and administrative expenses. Changes by alternative for each of these programs are described below.

**Impacts Related to Recreation**
The visitor expenditure profiles used in the analysis were obtained from two sources. Expenditures for non-local, non-skiing recreation were obtained from the National Visitor Use Monitoring (NVUM) system (which is a national survey of recreation visitors to national forests). Each national forest is classified as a high-, average-, or low-spending area (by comparing local spending with national averages). Spending on the San Juan National Forest best matched national averages. Downhill skiing expenditures were based on survey data from multiple studies obtained during development of the White River National LMP revision. The spending totals were compared with non-local ski spending from the NVUM system (which provides a national average across all ski areas on USFS lands). The Colorado-based skier spending totals were higher than the NVUM national averages, and resulted in a relatively high share of total tourism spending in the planning area. (In order to better match local spending, the Colorado-based spending totals were moderated somewhat in order to provide a better fit for the planning area.) All expenditures were adjusted to 2004 dollars in order to be compatible with the economic models.

*DLMP/DEIS Alternatives*: As discussed in the Recreation section, the total number of visitors to the planning area is projected to increase under all of the alternatives, with only a slight variation among alternatives based on program funding levels. National economic and demographic conditions (under all of the alternatives) may result in greater impacts to the overall number of non-local tourists coming to the planning area than would potential visitor displacement anticipated under any of the alternatives. As an example, a change in travel management designation might shift motorized and non-motorized users to different spots within the planning area, while dramatically higher national fuel prices might discourage visitors from driving to Colorado in order to recreate on the planning area.

**Impacts Related to Livestock Grazing**

*DLMP/DEIS Alternatives*: Compared with the current management alternative (Alternative A), livestock grazing production would be generally maintained under Alternative B, would drop by approximately 9% under Alternative C, and would increase by approximately 18% under Alternative D. Some permittees may maintain, or potentially even increase, the number of AUMs, with more intensive management. Some permittees may choose to reduce AUMs (due to market and personal factors that are outside the scope of this analysis).

**Impacts Related to Timber Management**
Over the last decade, timber industry reliance upon the San Juan Public Lands has undergone major changes. Due to the volatility in lumber markets, and to a recent history of reduced supplies from public lands, firms have: 1) adjusted their source of timber supplies, 2) updated their mills to improve efficiency, 3) changed their product mix, and/or 4) closed.  This analysis assumes that the remaining mills have successfully made adjustments, and would continue to operate.

*DLMP/DEIS Alternatives*: Timber sale program quantity would continue at current levels under Alternatives A and B, decrease by 9% under Alternative C, and increase by 27% under Alternative D. This would result in approximately 48 fewer jobs than currently associated with the wood products industry in Alternative C and approximately 76 more jobs under Alternative D. The mix of species harvested varies slightly between alternatives, with more aspen potentially harvested under Alternatives B and D than currently (Alternative A). When considered in full, the range of timber offered by the planning area under each of the alternatives may continue support of area mills.

BLM_0030722

**Impacts Related to Oil and Gas Exploration and Development**

*DLMP/DEIS Alternatives*: Nine fewer wells would be expected under Alternative B, 19 fewer under Alternative C, and 23 fewer under Alternative D, than under Alternative A.  This would result in 49 less oil- and gas-related jobs under Alternative B, 103 less under Alternative C, and 11 less under Alternative D, than under Alternative A. The No Leasing Alternative would result in 727 fewer oil- and gas-related jobs.

**Impacts Related to Administrative Expenditures**

The total operating budget for managing the San Juan Public Lands would not vary by alternative. The budget has declined in recent years, but is expected to remain relatively stable, after adjustments for inflation, for the next decade. How the budget is spent may vary by alternative; the differences, however, were not considered large enough to be meaningful in this analysis. Consequently, there may be no economic impacts attributable to administrative expenditures under any of the alternatives.

**Summary**

Under all of the alternatives, impacts related to employment and income are illustrated in the following four tables. The first two tables provide a look at employment impacts related to SJPLC resource management (first by program and then by industry). Changes are estimated for 2015; the base year, however, is 2004.

**Table 3.25.3  Projected Changes in Employment Associated with SJPL by Program by Alternative in 2015 (jobs)**

| PROGRAM | 2004<br>Base Year | 2015<br>Alternative A<br>(No-Action Alternative) | CHANGE FROM ALTERNATIVE A IN 2015 | | |
|---|---|---|---|---|---|
| | | | Alternative B | Alternative C | Alternative D |
| Recreation | 1,522 | 1,522 | 20 | -13 | 39 |
| Grazing | 98 | 98 | 0 | -10 | 21 |
| Wood products | 209 | 303 | 0 | -48 | 76 |
| Minerals | 905 | 1,439 | -49 | 103 | -11 |
| Payments to State/Counties | 246 | 246 | 0 | 0 | 0 |
| SJPL Operations | 467 | 431 | 0 | 0 | 0 |
| *TOTAL* | 3,447 | 4,039 | -29 | -174 | 125 |
| Percentage (%) Change in Total Jobs from Base Year | --- | 17% | 16% | 12% | 21% |

*DLMP/DEIS Alternatives*: From 2004 through 2015, all employment increases; however, the magnitude of increase may vary by alternative. Alternative D may result in the largest growth, followed by Alternative A, Alternative B, and finally by Alternative C.  Difference by alternative is mainly due to changes in the minerals and timber programs.  Most job growth and most of the variation would be attributable to planning area-based natural gas development. Although the impacts related to timber may be experienced primarily in Montezuma County, some of the secondary, and all of the tourism-based, impacts may be felt in all communities.

BLM_0030723

**Table 3.25.4 - Projected Changes in Employment Associated with SJPL by Major Industry by Alternative in 2015 (jobs)**

| INDUSTRY | 2004<br>Base Year | 2015<br>Alternative A<br>(No-Action Alternative) | CHANGE FROM ALTERNATIVE A IN 2015 | | |
|---|---|---|---|---|---|
| | | | Alternative B | Alternative C | Alternative D |
| Agriculture and Natural Resources | 221 | 260 | -1 | -30 | 54 |
| Mining | 454 | 727 | -39 | -83 | -9 |
| Construction and Utilities | 71 | 71 | 0 | 0 | 0 |
| Manufacturing | 94 | 132 | 0 | -14 | 24 |
| Transportation and Warehousing | 59 | 70 | 0 | -1 | 2 |
| Wholesale and Retail Trade | 266 | 308 | 0 | -3 | 2 |
| Finance, Insurance, and Real Estate | 118 | 147 | 0 | -2 | 3 |
| Professional and Administrative Services | 300 | 348 | 1 | 28 | 20 |
| Education, Health, and Social Services | 457 | 501 | 10 | -7 | 21 |
| Arts, Entertainment and Recreation | 106 | 123 | 0 | -1 | 1 |
| Accommodations and Food Service | 741 | 773 | -6 | 1 | -8 |
| Personal and other Services | 212 | 243 | 7 | -6 | 16 |
| Government | 348 | 336 | -1 | 0 | -1 |
| **TOTAL** | 3,447 | 4,039 | 29 | 174 | 125 |
| Percentage (%) change in Total Jobs from Base Year | --- | 17% | 16% | 12% | 21% |

Industries most impacted by employment changes (from 2004 to 2015) may be Mining, Agriculture and Natural Resources, and Manufacturing. These sectors may be primarily impacted by changes in natural gas development and timber harvesting. Although growth in the service sectors attributable to San Juan Public Land management may be modest, they may exhibit some change by alternative (due to spending by employees in other sectors). Between 2004 and 2015, overall growth in jobs, related to the SJPL, may vary from a low of approximately 12% (under Alternative C), to a high of approximately 21% (under Alternative D).

The next two tables provide a look at impacts related to labor income (first by program and then by industry). As noted earlier, labor income includes all wages and salaries, plus benefits, for employees and for the self-employed.

BLM_0030724

**Table 3.25.5 - Projected Changes in Labor income Associated with SJPL by Program by Alternative in 2015 ($ thousand)**

| PROGRAM | 2004 Base Year | 2015 Alternative A (No-Action Alternative) | CHANGE FROM ALTERNATIVE A IN 2015 | | |
|---|---|---|---|---|---|
| | | | Alternative B | Alternative C | Alternative D |
| Recreation | $40.1 | $40.1 | $0.8 | -$0.4 | $1.4 |
| Grazing | $0.9 | $0.90 | $0.0 | -$0.1 | $0.2 |
| Wood products | $4.9 | $7.31 | $0.0 | -$1.1 | $1.8 |
| Minerals | $58.8 | $91.12 | -$4.9 | -$10.4 | -$1.1 |
| Payments to State/Counties | $3.1 | $3.07 | $0.0 | $0.0 | $0.0 |
| SJPL Operations | $15.0 | $13.83 | $0.0 | $0.0 | $0.0 |
| TOTAL | $122.8 | $156.3 | -$4.1 | -$12.0 | $2.1 |
| Percentage (%) Change in Total Jobs from Base Year | --- | 27% | 24% | 18% | 29% |

BLM_0030725

**Table 3.25.6 - Projected Changes in Labor Income Associated with SJPLC by Major Industry by Alternative in 2015 ($ thousand)**

| INDUSTRY | 2004 Base Year | 2015 Alternative A (No-Action Alternative) | CHANGE FROM ALTERNATIVE A IN 2015 | | |
|---|---|---|---|---|---|
| | | | Alternative B | Alternative C | Alternative D |
| Agriculture and Natural Resources | $2.7 | $3.4 | $0.0 | -$0.4 | $0.7 |
| Mining | $44.6 | $68.5 | -$3.7 | -$7.8 | -$0.8 |
| Construction and Utilities | $3.5 | $3.6 | $0.0 | $0.0 | $0.0 |
| Manufacturing | $2.9 | $4.1 | $0.0 | $0.4 | $0.7 |
| Transportation and Warehousing | $2.2 | $2.7 | $0.0 | $0.0 | $0.1 |
| Wholesale and Retail Trade | $7.2 | $8.3 | $0.0 | $0.0 | $0.0 |
| Finance, Insurance, and Real Estate | $5.0 | $6.1 | $0.0 | -$0.1 | $0.1 |
| Professional and Administrative Services | $10.8 | $12.7 | $1.6 | -$2.9 | $0.4 |
| Education, Health, and Social Services | $10.6 | $12.4 | $0.3 | -$0.2 | $0.6 |
| Arts, Entertainment and Recreation | $2.3 | $2.5 | $0.0 | $0.0 | $0.0 |
| Accommodations and Food Service | $12.0 | $12.5 | -$0.1 | $0.0 | -$0.1 |
| Personal and other Services | $5.7 | $6.4 | $0.2 | -$0.2 | $0.5 |
| Government | $13.2 | $13.1 | $0.0 | $0.0 | $0.0 |
| *TOTAL* | $122.8 | $156.3 | -$4.1 | -$12.0 | $2.3 |
| Percentage (%) change in Total Jobs from Base Year | --- | 27% | 24% | 18% | 29% |

BLM_0030726

From 2004 to 2015, labor income changes may be larger than job changes. This would be mainly due to a large increase in natural gas development (where average incomes generally exceed other sectors). Incomes related to the timber program may also increase by nearly 50%. By alternative, absolute changes may be the largest in relation to recreation and timber.

## CUMULATIVE IMPACTS

Social and economic changes in the planning area result when individuals, businesses, governments, and other organizations initiate actions. Many decisions will be made by thousands of players over the next decade, and all may impact such things as employment, housing, and transportation. Some of these decisions are specifically identified in other parts of this document. For economic and social impact purposes, it is impossible to account for all such decisions separately. Therefore, projections of employment and income to 2015 are used to account for all of these changes. They provide a comprehensive context for considering the impacts of SJPL management. Projections used in the DLMP/DEIS were based upon estimates generated by the Colorado Department of Local Affairs, State Demographers Office.

**Table 3.25.7 - Estimated Cumulative Impacts Related to Employment and Labor Income by Alternative for SJPL**

| EMPLOYMENT | 2004 | | FORECAST IN 2015 | | | | |
|---|---|---|---|---|---|---|---|
| | | | | SAN JUAN PUBLIC LANDS SHARE | | | |
| | Area Totals | SJPL Share | Area Totals | Alternative A | Alternative B | Alternative C | Alternative D |
| Total (jobs) | 49,345 | 3,447 | 65,962 | 4,039 | 4,010 | 3,865 | 4,164 |
| Economic Indicator | 100% | 7.0% | 100% | 6.1% | 6.1% | 5.9% | 6.3% |
| Percentage (%) Change from No-Action Alternative | --- | --- | --- | --- | -0.7% | -4.3% | 3.1% |
| LABOR INCOME | | | | | | | |
| Total ($ million) | $1,713.4 | $122.8 | $3,595.7 | $156.3 | $152.2 | $144.3 | $158.6 |
| Percentage (%) of Area Total | 100% | 7.1% | 100% | 4.3% | 4.2% | 4.0% | 4.4% |
| Percentage (%) Change from No-Action Alternative | --- | --- | --- | --- | -2.6% | -7.7% | 1.5% |

Forecast based on data from Colorado Department of Local Affairs, State Demography Office, May 2007

BLM_0030727

If projections made by the State of Colorado bear out, the region would experience healthy growth. The public lands contribution to the area may also increase in both jobs and income, but may not grow as fast. Consequently, the share that use and management of the San Juan Public Lands would contribute to the area economy is expected to decrease slightly by 2015.

Whatever change may be felt by communities in the 5-county area, the Durango area is the most likely to experience the greatest changes. These impacts may center in and around Durango due to its size, as well as to its role of regional center. All 5 counties have a tourism economic component, and all may experience a gradual increase in economic activity as tourism continues to grow in the area.

A reasonably foreseeable future activity that may result in a significant change in the employment and income of the San Juan area (and is included in State growth projections) is coalbed methane development. Immigration of retirees and late-career households may continue and accelerate, creating additional service and trade jobs of all types.

### Financial/Economic Efficiency

Both financial and economic efficiency are analyzed in this section. Financial efficiency examines revenue and cost implications from the perspective of the government agency. (It could also be said that this is the perspective of the taxpayer.) Only those revenues and costs that are recorded in financial records are included in this analysis.

Economic efficiency examines a broader definition of benefits by including values for public land uses that are not captured in the marketplace. Willingness-to-pay values for recreation use are the primary additions over a financial analysis. Estimated market value for meat gained by grazing livestock on public land is also included. Water values have been excluded from this analysis. This is because historic and future activities on public lands have not approached intensities needed to increase water yield. (This is documented in the water yield analysis of Appendix B.  Appendix B also includes a complete description of values used in the financial and economic analyses.)

Many non-market, non-use values are excluded from this economic efficiency analysis. Some outcomes or impacts (including those related to biological diversity, visual amenities, bequest values, existence values, and some social impacts) have no monetary values or costs that have been established by the USFS or by the BLM. Some research studies have explored the development of such values; however, it is reasonable to handle these items in a non-monetary fashion. This is done in other sections of this DLMP/DEIS. The agency cost of achieving these non-monetary outputs is included in both the economic and financial analyses.

Net public benefit is an important concept for carrying out a LMP revision. Net public benefit is defined as the overall value to the nation of all outputs and positive impacts (benefits), minus all the associated inputs and adverse impacts (costs) for producing those primary benefits, whether they can be quantitatively valued or not. Thus, conceptually, net public benefits are the sum of this economic analysis, plus the net value of non-priced outputs and costs. It is not the result of an economic analysis alone. This concept is the basis upon which the decision-maker selects an alternative for implementation.

The main criterion used in assessing financial or economic efficiency is present net value (PNV). PNV is defined as the value of discounted revenues or benefits, respectively, minus discounted costs. An economic efficiency analysis includes all outputs (including timber, grazing, and recreation) for which monetary values are assigned. As noted above, the monetary values include both market and non-market values received by the public.

BLM_0030728

In addition, a financial efficiency analysis was completed in order to determine the net financial returns of each alternative. A financial efficiency analysis is the PNV of agency revenues and costs. The following table displays the economic and financial PNV for each alternative. All monetary values are expressed in constant dollars (with no allowance for inflation). A 4% discount rate was used over a 50-year period (2008 to 2057). Revenues are not reduced for payments made to States and/or to counties. The reduction of PNV under any alternative, as compared to the most financially or economically efficient solution, is the economic trade-off (or opportunity cost) of achieving that alternative.

**Table 3.25.8 - Economic and Financial Efficiency by Alternative**

| INDICATOR | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| **Financial net revenues** | 0 | 9,528 | 29,234 | 9,528 |
| **Economic net benefits** | 4,597 | 19,582 | 19,582 | 4,597 |
| **Difference from highest economic net benefit** | 4,597 | 29,110 | 48,816 | 14,125 |

(present net value over 50 years in millions of 2004 dollars)

As shown in the table above, financial net revenues (public lands revenues minus public lands costs) may vary from a low of $409.47 million under Alternative C, to a high of $416.24 million under Alternative D.  In all cases, public lands revenues would exceed costs.  High natural gas extraction levels would make Alternative D have the highest financial net revenues. Alternatives with a preservation emphases, such as Alternative C, may show the lowest net revenue to the taxpayer. This is because there are lower agency revenues associated with these emphases in order to off-set similar levels of expense.

The economic net benefits (society benefits minus all costs) may range from a low of $4.07 billion under Alternative D, to a high of $4.13 billion under Alternative C. The net economic benefits may be an order of magnitude larger than the financial gross revenues (primarily because market price of natural gas would more than off-set the cost of natural gas drilling and extraction). Natural gas extraction wouldn't vary greatly between alternatives. Recreation benefits (dollar expressions of non-market values) may be the next largest source of beneficial impacts. Recreation benefits would range from $206 to $279 million (about one-half of the total mineral net benefits). This suggests that even with the limited monetary values available for this analysis, society would benefit greatly from the implementation of any of the alternatives fully considered in this document. Much of the benefits may be attributable to the value of oil and gas extraction.

There would be small relative changes in economic net benefits between the alternatives. In absolute terms, however, there would be a $64 million decrease from Alternative C to Alternative D.  A drop in recreation benefits of $73 million, and a drop in grazing net benefits of $1 million would not be off-set by an increase in timber harvesting benefits of $10 million. The No Lease Alternative would result in the lowest PNV.

BLM_0030729

## INTRODUCTION

The primary question underlying this demographic analysis is: Will activity levels resulting from the alternatives affect (impact) demographic trends in an identifiable manner?

In order to answer this question the analysis begins by presenting a demographic snapshot, and displaying and describing trends leading to the current demographic picture in the counties most substantially containing San Juan Public Lands.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- **The National Environmental Policy Act (NEPA)**: This act requires that consequences to the human environment be analyzed and disclosed. The extent to which these environmental factors are analyzed and discussed is related to the nature of public comments received during the public involvement process, from scoping through preparation of the DEIS.

### EXECUTIVE ORDERS

- **Executive Order 12898**: This EO requires that planning alternatives be assessed to determine whether they would disproportionately affect minority and low-income populations. The concept is called "environmental justice."

## AFFECTED ENVIRONMENT

### Existing Conditions and Trends

The West has been in a measurable growth cycle since before the U.S. Census Bureau began keeping tabs on demographics. Figure 3.26.1 shows the West's share of the country's population, which has been expanding for more than 150 years now.

BLM_0030730

**Figure 3.26.1 - U.S. Regions Share of Total Population**



Source: U.S. Census Bureau

In just 15 years, between 1990 and 2005, the counties comprising most of the SJPL have experienced a 52% increase in full-time resident population. The Colorado State Demographer's Office projects a near doubling of the 2005 population by 2035, an 88% projected increase.

**Figure 3.26.2 - Aggregate Population in the SJPL Area**



Source: Colorado Demography Section

The differences in the age structure and the population during the height of the recent accelerated growth, and the age structure of the nation as a whole, reveal a slightly "top-heavy" population in which youth are under-represented and Baby-Boomers are slightly over-represented. The decennial census contains detail about the population's age structure; therefore, the data for the year 2000 is the most recent.

In relation to age structure, the lower proportion of youth in the area demonstrates that the population growth is dominated by a migration of older people into the area, and not due to the birth rate.

BLM_0030731

The age structure of the population also supports the common observation that significant portions of the population moving into the area are of the Baby-Boomer age, or even older. This is also supported by the increase in income from non-labor sources (including retirement income and investment dividends) as retirees or near-retirement aged people move into the area and bring accumulated wealth with them into the community via their mailboxes and bank accounts. (See Economics in this chapter for details on the income structure within the planning area.)

Many of the same attributes that attract people to visit the mountains, mesas, canyons and communities of the area also prompt some to take up residence,  or to buy a second home in one of the communities.
Net migration (migration in, minus migration out) into the local counties totaled over 26,000 people between 1990 and 2005, with the peak migration occurring in the mid-1990s (reaching almost 3,000 people in 1995). Since 2000, net migration has slowed, but still represents a significant influx of new residents.

**Figure 3.26.3 - Age Structure SJPL Area and U.S.**



Source: U.S. Census

**Figure 3.26.4 - Net Migration 1985-2005**



BLM_0030732

In order to gauge the rate of migration, as well as the origin of migrants, the U.S. Census Bureau asks residents where they lived over the previous 5-year period. In both 1990 and 2000, nearly 1 out of 3 residents in the SJPL area had reported moving into their county within the previous 5 years, (with about 1 in 5 moving in from out-of-State). This finding further illuminates the migration trend underway into the area, and verifies that many people are moving into the region from other parts of the country.

**Figure 3.26.5 - Migration Rate of Change in the SJPL Area**



Source: U.S. Census

In 2000, largely due to the continued efforts of the Colorado State Demography Office, the U.S. Census Bureau began counting seasonal and second homes. As of April 2000, about 1 in 6 homes in the SJPL area were classified as "seasonal" or "recreational" residences.

**Figure  3.26.6 - Occupancy Status in SJPL Area**

BLM_0030733

**Environmental justice**

A specific consideration of equity and fairness in resource decision-making is encompassed in the concept of environmental justice and civil rights. As required by Executive Order 12898, all federal actions must consider potentially disproportionate effects on minority or low-income communities. Principles for considering environmental justice are outlined in Environmental Justice Guidance under the National Environmental Policy Act (Council on Environmental Quality 1997). Those principles are recognized and have been considered in this analysis.

The following tables provide demographic statistics for identifying potential communities of concern.

**Table 3.26.1 – Percent of Population by Minority Status for Colorado and San Juan-area Counties, 2000**

| State/County | White | American Indian | Black | Asian–Pacific Islander | Multi-race |
|---|---|---|---|---|---|
| Colorado | 82.8% | 1.0% | 3.5 | 2.32% | 10.1% |
| Archuleta | 88.3% | 1.4% | <1% | <1% | 9.6% |
| Dolores | 95.3% | 2.0% | <1% | <1% | 2.3% |
| La Plata | 87.3% | 5.8% | <1% | <1% | 6.2% |
| Montezuma | 81.7% | 11.2% | <1% | <1% | 6.7% |
| San Juan | 97.1% | 0.7% | <1% | <1% | 1.6% |

Source: US Census Bureau

**Table 3.26.2 – Percent of Population by Ethnic Status for Colorado and San Juan-area Counties, 2000**

| State/County | Non-Hispanic | Hispanic |
|---|---|---|
| Colorado | 82.9% | 17.1% |
| Archuleta | 83.2% | 16.8% |
| Dolores | 96.1% | 3.9% |
| La Plata | 89.6% | 10.4% |
| Montezuma | 90.5% | 9.5% |
| San Juan | 92.6% | 7.4% |

Source: US Census Bureau

BLM_0030734

American Indians have a relationship with the land that started long before the San Juan Public Lands were established. Because of this relationship and their standing as sovereign nations, the 25 Native American tribes and pueblos that claim cultural affiliation with San Juan Public Lands (see Table 3.26.3) were informed about the Plan revision efforts and were offered a visit from SJPL managers to gather input and provide further information about the Plan revision.

**Table 3.26.3. Affiliated Tribes**

| AFFILIATED TRIBES | | |
|---|---|---|
| The Navajo Nation | Pueblo of Santo Domingo | Pueblo of Nambe |
| The Zuni Tribe | Pueblo of Isleta | The Hopi Tribe |
| The Southern Ute Indian Tribe | Pueblo of Taos | Pueblo of Zia |
| Pueblo of Acoma | Pueblo of Picuris | Pueblo of Jemez |
| Pueblo of Laguna | Pueblo of Sandia | Pueblo of San Felipe |
| Pueblo of San Juan | Pueblo of Cochiti | Pueblo of Pojoaque |
| Pueblo of San Ildefonso | Pueblo of Santa Ana | The Jicarilla Apache Nation |
| Pueblo of Santa Clara | Pueblo of Tesuque | The Uintah and Ouray Ute Tribe |
| Ute Mountain Ute Tribe | | |

As of publication of this DLMP/DEIS, SJPL managers have met with representatives of the Jicarilla Tribe, Ute Mountain Ute Tribe, the Hopi Tribe, the Pueblo of Jemez, the Pueblo of Laguna, the Pueblo of Nambe, the Pueblo of Santa Ana, the Pueblo of Santa Clara, and the Navajo Nation. The two tribes with adjacency to San Juan Public Lands, the Southern Ute Tribe and the Ute Mountain Ute Tribe have also participated in the Governmental Water Roundtable dealing with revision of the LMP. All 25 tribes and pueblos are on the LMP revision mailing list and will continue to receive meeting and draft document notifications, as well as government-to-government consultation meetings with SJPL managers as requested.

The Ute Mountain Ute and the Southern Ute Tribes are both major contributors to the area economy, and are among the largest employers in Montezuma and La Plata Counties, respectively.  Both Tribes have diversified economies including gaming, oil and gas development, and natural resource development on tribal lands.  The Southern Ute Tribe also plays a major role in land and housing development in La Plata County.

Table 3.26.4 shows how the percentage of families below the poverty level.  The influx of new residents, with new wealth, into the communities in the SJPL area is reflected in the significant reduction in the percentage of people living below the poverty line in the 10 years between 1990 and 2000.

BLM_0030735

**Table 3.26.4 Percentage of Families below the Poverty Level**

| COUNTY | POVERTY LEVEL RATE | | |
| --- | --- | --- | --- |
| | **1990** | **2000** | **% Change** |
| Archuleta County | 13.5% | 9.0% | -33% |
| Dolores County | 11.5% | 0.2% | -11.3% |
| La Plata County | 10.3% | 6.7% | -35.0% |
| Montezuma County | 16.1% | 13.1% | -18.6% |
| San Juan County | 9.1% | 13.5% | 48.4% |
| San Miguel County | 9.7% | 6.6% | -32.0% |

Source: U.S. Census Bureau

## Existing Conditions and Trends Summary

It is clear that population growth has been occurring, and is likely to continue to occur, in the SJPL area. With a net migration of over 26,000 new residents between 1990 and 2005, and a total population growth of approximately 32,000 people during those years, migration is the primary agent of population growth. Given the age structure, this migration appears to be dominated by Baby-Boomers and by older generations of people. Second homes owners do not get counted as full-time population by the U.S. Census Bureau; however, the Bureau estimates that about 1 in 6 homes in the area are vacation or seasonal residences. Second homeowners also have a significant presence, and are certainly part of the overall demographic change in the area.

As a result of the influx of new residents bringing new wealth, households appear to be more prosperous, with fewer households living below the poverty line than in 1990.

## Reasons for Migration: Push-Pull Factors

Demographers analyze causes of migration in terms of push factors (a force that acts to drive people away from a specific place) and/or pull factors (what draws people to a new location).

A multitude of factors influence an individual or household's decision to relocate their primary residence. Wealth, mobility, and communication technology make for an increasingly foot-loose population willing, and able, to move to new places. Adverse conditions in certain regions (including smog, traffic, and school violence) may prompt people to move. For some who choose southwestern Colorado as a new place of residence, the idea of fishing everyday may be the main reason for their choice. For other people, it may be a job opportunity or a desire to be near family who already live in the area. The migration into the area is the result of many different decisions by many people, and conditions in places that are thousands of miles away.

## Availability of Jobs

Often, the most substantial pull factors are job opportunities. Demographers have long established that where jobs are created, people will follow. In fact, the Colorado Demography Section population projections are derived in part from job forecasts. In virtually every Colorado region that has experienced population growth approaching that witnessed in southwest Colorado, there has also been a similar increase in jobs.

BLM_0030736

**Amenities– Perceived Quality of Life**
The availability of jobs, however, is not the only pull factor at work in southwestern Colorado. Natural amenities and perceived quality of life attract prospective workers, entrepreneurs, and traditional and early retirees.

There is not a local data source that reveals motivations for moving in the region; however, the Northwest Colorado Council of Governments (NWCOG) conducted a 2003 survey of second-home owners in the NWCOG area (Pitkin, Eagle, Summit, and Grand Counties). Although the NWCOG area is a highly developed resort corridor, the values are most likely similar to those driving the move to southwestern Colorado. When full-time residents were asked why they live where they live, and second-home owners were asked why they purchased their homes, scenery and recreational amenities represented two of the top motivations for owning or purchasing homes.

**Figure 3.26.7 - NWCOG  Resident Homeowner Survey: "Why do  you live here?"**



Source: Northwest Council of Governments, 2003

To the extent that the SJPL are a setting for recreational experiences, and that their scenery forms the backdrop for recreation and enjoyment of daily life, the SJPL holds an anchor position in the pull factors affecting (impacting) migration.

**Figure 3.26.8 - NWCOG  Second Home Owner Survey: "Why did you purchase your home?"**



BLM_0030737

## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

The affected environment description identified two migration pull factors: 1) the availability of jobs, and 2) amenities (perceived quality of life). These facts are important to the migration currently underway. The purpose of the remainder of this analysis is to determine whether demographic trends would be impacted by the alternatives.

### Impacts Related to the Availability of Jobs
The Colorado Demography Section commonly points out that population trends often follow economic trends. People in search of jobs move into an area as jobs are created. A slight variation on this would be when a household wanted to relocate for other reasons (including amenities or family), and the employment opportunity would make such a move possible. Projections described under the Economics section of this chapter suggest that there are no known events that would cause an abrupt change in the current trajectory of area population trends. The small change that SJPLC management activities are projected to have suggests that these programs may not be a major player in impacting population trends, regardless of the alternative.

*DLMP/DEIS Alternatives*: Variation between alternatives is projected to result in the modest creation, or in the modest decline, of jobs, in relation to SJPLC programs (ranging from -71 jobs under Alternative C, to +136 jobs under Alternative D). The no leasing alternative would result in even fewer jobs.

### Impacts Related to Amenities and Perceived Quality of Life – Recreation and Travel Management
Of central importance, in relation to recreation, are two planning tools: Special Recreation Management Areas (SRMAs) and recreation prescriptions in the form of the Recreation Opportunity Spectrum (ROS). SRMAs have specific management guidance because these areas demand attention (due to their identified recreation markets, location, special resources, and high public demand). SRMAs are areas that, due to high demand or to the vulnerability of sensitive resources, need focused dedication of management resources and capital investment. ROS prescriptions offer a framework in which to establish diverse settings for recreation, with an eye towards diverse access, remoteness, naturalness, proximity to built structures, and other setting characteristics.

In essence, these recreation planning tools were introduced into the planning process in order to continue to diversify recreational opportunities and to meet future demand for recreation in a prioritized manner, as necessitated by tangible fiscal limits (current funding allows only about $1 per visitor, per year, for recreation). The general policies and desired conditions all aim to provide existing, and future, recreational opportunities and demand. In this respect, the SJPL may continue to play a role in area migration as a major pull factor.

*DLMP/DEIS Alternatives*: Alternatives would allocate different acreages to the various ROS prescriptions. The availability of land under ROS prescriptions varies between alternatives (for example, Alterative C would propose far more "Primitive" acres than would the other alternatives). However, while the presence of recreational opportunities seems to influence migration, it is nearly impossible to determine how allocation of acreages for one setting or another may impact migration. All of the alternatives offer diverse recreation settings, and this may result in a wide appeal for continued migration into the region. However, it would overstate the scope of the descriptive methodology used in this analysis to attempt to determine how, and to what degree, the alternatives may impact pull factors.

BLM_0030738

**Impacts Related to Amenities and Perceived Quality of Life – Scenery**
All of the alternatives would involve the assignment of public lands to various BLM Visual Resource Management (VRM) Classes and USFS Scenic Integrity Levels (SILs). The alternatives would all aim to preserve scenery and to enhance access to opportunities to enjoy it. In this respect, the potential impacts of any of the alternatives may contribute to maintaining scenery as an important pull-factor for migration into the SJPL area.

**DLMP/DEIS Alternatives**: Alternative C would be expected to provide the highest quality scenery, followed by Alternatives, B, D, and A, respectively.  Differences in migration pull factors due differing acreages designated under SILs or VRM classes under the various alternatives are likely to be small.

**Impacts Related to Environmental Justice**
Minorities, including American Indians and Hispanics, and those with incomes below the poverty level should not see a disproportionate impact as a result of LMP decisions.  Impacts to the general population and communities as a whole are expected to be negligible.  There is no reason to anticipate that whatever impacts do occur generally will have a disproportionate impact to those specifically considered within the scope of environmental justice.

**Environmental Consequences Summary**
The only direct impact on demographics associated with the alternatives may be the possible migration associated with jobs related to SJPLC programs. However, the quantity of change in jobs (-71 to +136) isn't expected to be large enough to result in a noticeable or identifiable change in demographic trends.

## CUMULATIVE IMPACTS

The recreational opportunities and scenery offered by the public lands within the planning area constitute an important component of the overall package of pull factors enticing new residents into the area. However, migration is also a result of many other decisions, some of which involve push factors in places thousands of miles away (including smog, crime, and traffic). There are also other attractions in the area, such as Mesa Verde National Park, that pull people to the area. The DLMP Guidance for recreation and scenery are aimed at continuing to provide these amenities as the region grows and more demands are put upon the SJPL. The alternatives would offer various policies and approaches designed to help land managers prepare for the continued population growth and to maintain the attractiveness of the area. No alternative, however, would, by itself, result in migration. Selection of any particular alternative may not, therefore, have an identifiable direct impact on area demographic trends.

BLM_0030739

## INTRODUCTION

An important aspect of a county's economy is the financial capacity of local governments. The financial viability of an area's local government helps determine the ability of the county to provide local services to their community members, and to maintain public infrastructure. SJPL managers place a strong emphasis on working in cooperation with all of the local governments within the region. The following discussion includes the local governments within the counties of Archuleta, Dolores, La Plata, Montezuma, and San Juan.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- ***The Payment in Lieu of Taxes Act of 1976***: This act determined the formula regarding compensation to local governments for the presence of tax-exempt Federal lands within their jurisdictions. PILT is a Federal revenue-sharing program administered by the BLM.

- ***The Act of May 23, 1908, as amended***: This act requires payments equal to a 25% share of annual revenues coming from the sale of forest products, user fees, and Special Use Permits (including from grazing) on each national forest.

- ***The Secure Rural Schools and Community Self-Determination Act of 2000***: This act offers counties an option for compensation payments that do not fluctuate with national forest revenues.

## AFFECTED ENVIRONMENT

### EXISTING CONDITIONS AND TRENDS

#### County Revenues

This discussion considers two aspects of local county government revenues that may  be directly and/or indirectly related to activities occurring within the planning area: 1) Federal land payments, and 2) receipts from assessed property and sales taxes.

The counties that contain lands located within the planning area receive payments from the Federal government. Generally, these payments seek to compensate these counties for two costs. The first cost compensates for the loss of property tax revenues (through "payment in lieu of taxes" (PILT) payments). These payments may, or may not, fully compensate counties for property taxes lost due to public lands being under Federal ownership. The second cost compensates for the economic burden borne by local governments for serving visitors to the public lands (through the "25% Fund"). A general relationship between land location and visitor use is implied in the enabling legislation for public lands; however, the level of actual visitor use is not a factor in the formula that helps determine compensation.

BLM_0030740

**Payment in Lieu of Taxes (PiLT)**

The Payment in Lieu of Taxes Act of 1976 determined the formula regarding compensation to local governments for the presence of tax-exempt Federal lands within their jurisdictions. PILT is a Federal revenue-sharing program administered by the BLM. The formula takes into account such factors as other forms of revenue sharing, acreage, and population. These payments are made directly to counties. and monies may be used for any purpose. PILT payments can be, and recently have been, limited by Congress through the appropriations process. Since 1994, Congress has not appropriated sufficient funds in order to fully compensate counties. Federal land payments for the most recent year available are shown in Table 3.27.1.

**Table 3.27.1 - Federal Payment in Lieu of Taxes (PLT) 2006**

| County | PILT for Forest Lands | PILT for BLM Lands | Total PILT |
|---|---|---|---|
| Archuleta County | $532,847 | $10,165 | $543,012 |
| Dolores County | $67,708 | $17,714 | $85,422 |
| La Plata County | $528,684 | $27,455 | $556,139 |
| Montezuma County | $126,049 | $77,966 | $204,015 |
| San Juan County | $35,337 | $8,062 | $43,399 |

Source: U.S. Department of Interior

**Payments to Counties**

The Act of May 23, 1908, as amended, requires payments equal to a 25% share of annual revenues coming from the sale of forest products, user fees, and Special Use Permits (including from grazing) on each national forest. These payments are made to States, then are distributed to the counties, with the restriction that monies may only be expended for education and/or roads. In most cases, the remaining 75% is not retained by the USFS; rather, it is deposited in the U.S. Treasury. These 25% Fund payments are not limited by annual Congressional appropriations.

The Secure Rural Schools and Community Self-Determination Act of 2000 provided counties with an additional payment option. The new law offered counties an option for payments that do not fluctuate with national forest revenues. Fixed amounts, based on recent history, unlink compensation payments from changing uses and revenues of a national forest. Under this option, counties receive the average of the three highest 25% Fund payments during the period of fiscal years 1986 through 1999. This option provided stability of payments; however, it removed the opportunity for larger payments. In addition, the fixed amounts have additional requirements for their use. Counties had until September 30, 2001 to decide whether or not they would continue with the annually varying 25% Fund payments or choose fixed amounts for compensation.  Archuleta, Dolores, La Plata, Montezuma, and San Juan Counties all choose fixed payments.

BLM_0030741

**Table 3.27.2 - Payments to Counties 2006**

| County | Payment |
|---|---|
| Archuleta County | $110,131 |
| Dolores County | $90,167 |
| La Plata County | $108,693 |
| Montezuma County | $69,285 |
| San Juan County | $40,503 |

Source:  U.S. Forest Service

A portion of federal receipts are also returned to states and local governments from minerals royalties and livestock grazing receipts.  The USDOI collects a royalty, or fee, from oil and gas companies based on their resource production on Federal lands. One-half of the royalty is returned to states to use to fund local school districts, local governments, and the Colorado Water Conservation Board.  Table 3.27.3 shows the amount dispersed to the State of Colorado related to oil and gas production in SJPL Counties.

**Table 3.27.3 – Payments from Energy Development Revenues in 2006**

| County where Production Occurred | Payment |
|---|---|
| Archuleta County | $110,131 |
| Dolores County | $90,167 |
| La Plata County | $108,693 |
| Montezuma County | $69,285 |
| San Juan County | $40,503 |

Source:  U.S. Department of Interior

Under Section 3 of the Taylor Grazing Act, 12½ percent of receipts from grazing on BLM-administered lands are returned to states.  The amount returned from SJPL grazing fees in 2006 was $4,596.

**Sales Tax Revenues**
Sales tax rates vary between 1 and 4% for counties and municipalities associated with the planning area. Due to Colorado's fiscal structure, most communities rely on sales tax to a large degree. Currently, sales tax collections are on the rise, and will continue to rise in the region as more people move to the area and tourist-related sales increase.

**County-Assessed Valuation**
The following tables show each county's assessed valuation (the basis for tax revenue a county can generate). State law allows a county to tax, up to a certain specified rate, assessed property values. The total amount of receipts a county is able to generate is directly proportional to its assessed valuation. County tax receipts help fund basic services (including roads, infrastructure, and law enforcement).

BLM_0030742

**Table 3.27.4 - County Property Tax Revenues for 2005**

|  | Counties | Municipalities | Total |
|---|---|---|---|
| Archuleta County | $4,271,965 | $67,129 | $4,339,094 |
| Dolores County | $944,759 | $227,509 | $1,172,268 |
| La Plata County | $21,106,224 | $1,123,499 | $22,229,723 |
| Montezuma County | $4,333,489 | $249,094 | $4,582,583 |
| San Juan County | $716,833 | $261,125 | $977,958 |
| San Miguel County | $7,528,485 | $2,397,214 | $9,925,699 |

Source: Colorado Division of Property Taxation

Property taxes are based directly on assessed valuation (mill levy x assessed value = property tax due). Therefore, the portion of assessed value attributed to oil and gas development is directly proportionate to the revenues received related to oil and gas. La Plata County has the majority of oil and gas assessed valuation (totaling over 1.5 billion in 2005, and generating nearly two-thirds of all property tax revenues). For the planning area as a whole, oil and gas property and productions account for 44% of property tax revenues.

**Table 3.27.4 - Oil and Gas Assessed Valuation vs. Total Assessed Valuation for 2005**

|  | Oil and Gas Assessed Value | Total Assessed Value | Percentage (%) Property Tax Base from Oil and Gas |
|---|---|---|---|
| Archuleta County | $5,310,727 | $235,870,463 | 2% |
| Dolores County | $6,385,834 | $34,277,493 | 19% |
| La Plata County | $1,510,431,260 | $2,487,443,790 | 61% |
| Montezuma County | $92,338,450 | $300,694,400 | 31% |
| San Juan County | $0 | $40,625,490 | 0% |
| San Miguel County | $68,068,140 | $753,521,940 | 9% |
| *TOTAL* | $1,682,534,411 | $3,852,433,576 | 44% |

Source: Colorado Division of Property Taxation 2005 Annual Report

BLM_0030743

**Figure 3.27.5 - Oil and Gas as Share of 2005 Total Property Tax Base – SJPL Area**

Oil and Gas
Assessed Value
44%

All Other
Assessed Value
56%

**Local Government Costs**

As population increases occur, private development often increases near USFS and BLM boundaries. Typically, homes situated adjacent to planning area boundaries offer more privacy, better views, greater opportunities for recreation and wildlife viewing, and more pleasant immediate surroundings than those situated further away from public lands. These amenities are highly valued by homeowners. Along with these developments, however, come higher costs of services provided by local governments. Irregular boundaries, less-developed roads, and longer distances from community centers make for expensive law enforcement, public school systems, and emergency services.

The costs borne by local governments for serving visitors to the planning area include law enforcement and judicial services and rescue and other emergency services, as well as the costs associated with increased wear on local public infrastructure.

**Road Maintenance and Improvement**

The State highway system, county road networks, municipal streets, and USFS/BLM roads form the transportation network in southwestern Colorado. Public lands are often accessible only via county roads or municipal streets. Some costs are associated with providing maintenance for roads leading into public lands. Activities associated with oil and gas development often involve the use of heavy trucks, which can result in increased impacts to roads when compared to passenger vehicles. La Plata County has developed a fee on oil and gas wells in order to help pay for county road expenses.

BLM_0030744

## ENVIRONMENTAL CONSEQUENCES

### DIRECT AND INDIRECT IMPACTS

#### Revenues to Counties

***DLMP/DEIS Alternatives***: Because most of the counties affected by San Juan Public Lands management have elected to receive the full payment amount, revenues to counties and PILT payments are independent of outputs, so don't vary among alternatives. Payments associated with oil and gas royalties would vary by alternative, with Alternative A expected to be highest, Alternative D slightly less, followed by Alternatives B and C.

#### Sales Tax

***DLMP/DEIS Alternatives***: Tax revenues are expected to increase over the next planning period. This is due to increased tourism occurring as the result of national demographic changes and national economy growth. Section 3.25, Economics, estimates a slight fluctuation in jobs in the sales taxable sectors in relation to the different alternatives: -3 to +2 jobs for retail/wholesale and -8 to +1 jobs in accommodations and eating/drinking. Sales in these sectors generally shadow the number of jobs; therefore, these results indicate a very modest change in sales -- not substantial enough to consider as a significant impact. Changes in sales tax revenues may be imperceptible between the alternatives.

#### Property Taxes

***DLMP/DEIS Alternatives***: County revenues may be impacted by the levels of oil and gas development and production; therefore, property taxes would be sensitive to these trends in the industry. So long as production remains at current levels, or increases, it may result in significant revenues for local governments. Alternative C, followed by Alternatives B, D and A, would have the most potential to result in increased property taxes.

#### County Costs

There has always been interplay between public and private land management decisions in communities and jurisdictions in the rural West. Federal land management decisions may impact local landowners, business owners, and local governments. Conversely, these same parties may impact the use and management of Federal lands.

Based on national trends, the numbers of people engaging in recreation and tourism activities, some of which is centered on public lands, is expected to increase. This would result in additional demands on county services and infrastructure. Some of these increased costs may be off-set by sales and lodging tax revenues.

BLM_0030745

Activities associated with oil and gas development often involve the use of heavy trucks, which may result in increased impacts to roads when compared with passenger vehicles. However, oil and gas activity generates significant property tax revenues for counties and municipalities in the area, making up 44% of the property tax base. La Plata County, the hub of energy development within the planning area, has adopted fees on oil and gas wells in order to help pay for county road capital investments. The well sites and facilities also require law enforcement and other emergency management services. Insufficient information exists to determine whether or not costs related to oil and gas activities exceed revenues.

**DLMP/DEIS Alternatives**: Differences in oil and gas activity related to the alternatives are expected to be relatively small compared to the level of development that is independent of the LMP decisions. Only small differences in road impacts and county costs would be expected to result.

## CUMULATIVE IMPACTS

Cumulative impacts analysis considers the consequences of the alternatives in concert with the consequences of other actions. In relation to local governments, revenues should continue to rise as the population and visitation to the planning area increase. Local government revenues are also impacted by the fiscal structure (the taxes and fee structures) that fund the government. Future outcomes for these two variables, economic growth and the fiscal structure of local governments, would far overshadow the modest differences expected between the proposed alternatives.

In large part, county costs are driven by the numbers of residents and area visitors. Oil and gas development does result in truck traffic (an especially expensive type of traffic to serve on the roads system). However, State tax and finance policy, local government development review authority, and local tax and fee structures may all influence whether or not oil and gas development is a fiscal winner or loser in a specific location -- and much more profoundly, than would the differences between the alternatives.

BLM_0030746

## INTRODUCTION

Research Natural Areas (RNAs) are areas designated, in perpetuity, for non-manipulative research and educational purposes, as well as to help maintain ecological diversity on USFS lands. They also serve to assist in the implementation of certain provisions of special legislative acts, such as the Endangered Species Act (ESA) of 1973 and the National Forest Management Act (NFMA) of 1976.

The objectives of establishing RNAs are:

- to maintain a wide spectrum of high-quality areas that represent the major forms of ecological diversity on USFS-administered lands for research and education, and for the maintenance of biological diversity;

- to preserve and maintain genetic diversity (including in relation to threatened, endangered, and sensitive species);

- to protect against human-caused environmental disruptions;

- to serve as reference areas for the study of natural ecological processes (including in relation to disturbance);

- to provide on-site and extension educational activities;

- to serve as baseline areas for measuring long-term ecological changes;

- to serve as control areas for comparing results related to manipulative research; and

- to monitor the impacts of resource management techniques and practices (FSM 4063.02).

RNAs can play a key role in adaptive management of public lands. Managers must make decisions based on the best available information, and they must adjust, as necessary, when new information becomes available and as monitoring results reveal whether or not the desired effects of management actions are being achieved. RNAs represent relatively natural, unaltered ecosystems that serve as reference areas that allow managers to better assess the consequences of management actions on other similar lands.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### REGULATIONS AND POLICIES

- ***The Code of Federal Regulations (CFR)***: This states that forest planning shall provide for the establishment of RNAs. Planning shall make provision for the identification of examples of important forest, shrubland, grassland, alpine, aquatic, and/or geologic types that have special or unique characteristics of scientific interest and importance, and that are needed to complete the national RNA network.

- ***FSM 4063.03***: This states that the selection and establishment of RNAs is primarily to emerge from continuing land and resource management planning and associated environmental analyses (FSM 1920 and FSM 1950).

BLM_0030747

## AFFECTED ENVIRONMENT

### EXISTING CONDITIONS AND TRENDS

#### Existing and Potential RNAs

Currently, the planning area has 2 RNAs: Narraguinnep and Williams Creek. The process to identify and establish additional RNAs within the planning area would focus on selecting lands that would provide good representation of ecosystem types within public lands in the Rocky Mountain Region, specifically within the planning area. It would also focus on lands with few human impacts, and with few conflicts related to existing land uses (including livestock grazing, timber harvesting, motorized travel, oil and gas leases, and patented mining claims).

During the planning process for this DLMP/DEIS, 21 potential RNAs were initially identified within the planning area for consideration. Primarily, these were selected from inventoried roadless areas (IRAs), and vacant and closed grazing allotments. An attempt was made to include complete watersheds in potential RNAs, as well as to represent as much ecological diversity as possible (including vegetative, topographic, geologic, and climatic diversity).

### Table 3.28.1 – Potential and Existing RNAs

| Existing and Potential RNA | Acres | Elevation (feet) | KEY FEATURES |
|---|---|---|---|
| Narraguinnep* | 1,900 | 6,690 to 8,000 | old-growth ponderosa pine forests, pinyon-juniper woodlands, mountain shrublands, canyon topography |
| Williams Creek* | 550 | 8,350 to 9,650 | white fir-dominated cool-moist mixed-conifer forests, spruce-fir forests |
| Electra | 2,200 | 7,400 to 8841 | glacial topography, kettle ponds, old-growth ponderosa pine forests, mixed-conifer forests |
| Grizzly Peak | 5,000 | 10,140 to 13,752 | periglacial topography, alpine, fens, old-growth spruce-fir forests, willow carrs, wetlands, Thurber fescue grasslands |
| Hermosa | 20,000 | 6,800 to 13,000 | ponderosa pine forests, mixed-conifer forests, aspen forests, spruce-fir forests, wetlands, Thurber fescue grasslands |
| Hidden Mesas | 4,400 | 6,600 to 8,320 | old-growth ponderosa pine forests, pinyon-juniper woodlands, mountain shrublands, no historic livestock grazing |
| Martinez Creek | 1,800 | 9,400 to 11,460 | old-growth spruce-fir forests |
| Navajo River | 7,000 | 9,200 to 12,727 | alpine, Thurber fescue grasslands, volcanic geology, Colorado cutthroat trout, riparian areas, wetlands |
| Needle Mountains | 10,000 | 8,400 to 14,000 | alpine, riparian, wetlands, mixed-conifer forests, spruce-fir forests, aspen forests, granite and quartzite geology, high diversity |
| Piedra | 6,900 | 7,560 to 10,471 | old-growth warm-dry mixed-conifer and cool-moist mixed-conifer forests, spruce-fir forests, riparian areas |
| Porphyry Gulch | 12,000 | 8,560 to 12,593 | alpine, spruce-fir forests, wetlands, canyons |

*Existing RNA

BLM_0030748

After further analysis, 9 potential RNAs were selected and incorporated into this DLMP/DEIS for analysis under the alternatives. (They are listed in Table 3.28.1, along with the 2 existing RNAs). These RNAs were selected because they:

- represent most of the major vegetation types within the planning area;
- represent many of the vegetation types within the Rocky Mountain Region targeted for inclusion in the Regional RNA system;
- provide excellent research possibilities;
- preserve and maintain multiple biological diversity components, and
- include excellent reference areas for monitoring strategies and adaptive management.

## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

RNAs are managed in order to maintain their relatively natural ecological conditions by allowing ecological processes to prevail with minimal human intervention. Proposed RNAs, which occur on lands that are relatively unaltered and have been managed for natural ecological processes, would continue to be managed in this manner. The existing vegetation types and associated ecosystems of the RNAs would proceed along their natural successional pathways. This may bring about changes in the composition and structure of vegetation communities, and changes in the abundance and distribution of individual plant species. Natural processes (including fire, disease, insect outbreaks) and weather events would continue to occur, and would continue to imprint their mark on the RNAs.

**General Impacts**
Within the planning area, most management activities (including timber harvesting, wood gathering, mechanical fuels treatments, recreation and facilities development, road construction, solid mineral development, oil and gas development with surface occupancy, and summer motorized use) would be prohibited in the proposed RNAs. These management activities would not occur in any of the RNAs under any of the alternatives; therefore, there may be no impacts to the RNAs as a result of management activities.

Under some circumstances, deliberate manipulation may be used in order to maintain the unique features for which the RNA was established. In such cases, there may be no major adverse impacts to the composition, structure, and/or function of the RNA ecosystems. Impacts described in this section may occur under all of the alternatives.

***DLMP/DEIS Alternatives***: Alternative C would propose the largest number of new RNAs; therefore, it may would contribute the most new sites and new vegetation types to the regional and national RNA systems. It would also provide the largest amount of total lands for research, education, reference sites, and maintenance of biological diversity. Alternative A would propose the least number of new RNAs; therefore, it would contribute the least number of new sites and new vegetation types to the regional and national RNA systems. It would provide the least amount of total lands for research, education, reference sites, and maintenance of biological diversity. Alternative B would propose the second largest number of new RNAs, followed by Alternative D. The No Leasing Scenario would have no ground-disturbing impacts, so it would have no adverse direct or indirect impacts to RNAs.

BLM_0030749

**Impacts Related to Recreation**
The current levels of horseback riding, hiking, hunting, fishing, camping, Outfitter/Guide activities, and other low-impact uses of lands and resources would continue, unless the use(s) posed a threat to the values for which the RNA was established. Impacts associated with these activities may be minor, and may impact a very small percentage of the acreage within the RNAs. Existing trails would be maintained. This may include some minor vegetation clearing along trail corridors. However, the construction of new trails would be prohibited, unless they were considered necessary in order to correct resource damage or to provide access for research. No changes to the existing trail systems are anticipated within any of the proposed RNAs.

If new trails are built, impacts that occur with the associated vegetation removal and soil disturbance may be minor, and may impact a very small percentage of the acreage within the RNA.

***DLMP/DEIS Alternatives***: The impacts of related to recreation on RNAs may be similar under all of the alternatives.

**Impacts Related to Livestock Grazing**
Livestock grazing would not occur in RNAs, unless the RNA's individual management plan allowed it. In such a case, grazing would be allowed to occur for short durations only during severe drought conditions, and would be closely monitored so that adverse ecological impacts resulting from livestock grazing would not occur. DLMP/DEIS Alternatives: The impacts related to livestock grazing on RNAs may be similar under all of the alternatives.

**Impacts Related to Invasive Plant Species Control**
Within the planning area, invasive plant species would be controlled, where feasible, in order to protect the unique features for which the RNA was established. The impacts of these treatments may not adversely impact native species and/or plant communities. Currently, there are no major infestations of invasive plant species that need treatment in any of the proposed RNAs.

***DLMP/DEIS Alternatives***: The impacts related to invasive species control on RNA may be similar under all of the alternatives.

**Impacts Related to Fire Management**
Fire is a natural ecological process; therefore, wildland fire use (WFU) and prescribed burns would be used in order to maintain ecological conditions, and to accomplish the objectives of the proposed RNAs (including restoring a natural fire regime or reducing high fuel loads). As a management practice, WFU would occur – except where there is a substantial threat to human life or property adjacent to the RNA, or where fire threatens values for which the RNA was designated.

Impacts related to fire management on the vegetation within the RNAs may vary, depending upon such factors as fire intensity and severity, vegetation type, fuel loads, weather conditions, moisture content of fuels and soils, and topographic features (including slope and aspect). High-intensity fire usually results in stand replacement and loss of all the above-ground vegetation. This may change the species composition of the vegetation types within the burned area, change the vegetation to an earlier seral stage, and change the development stage of the vegetation type. All of these factors may change the vegetation pattern of the RNA. Native shrubs and herbs (including species of concern and species of interest, if present) are likely to survive these fires, except where severe soil burning occurs. Prescribed burns, which are usually low-intensity ground fires, would burn shrubs, herbs, small trees, and the forest litter layer. It usually does not change the species composition, seral stage, or development stage of the vegetation types in which it occurs.

BLM_0030750

Other possible impacts to RNAs related to fire management (WFU and prescribed burns) may include those associated with fire-suppression efforts (including creating firelines, trails, roads, and camps). These activities remove vegetation and expose soils, which may, in turn, result in soil erosion and compaction, and may increase invasive plant species. Stabilization and rehabilitation efforts designed to protect and sustain soils, plants, and ecosystems within RNAs may also be needed. These may result in short-term impacts to soils and plants.

***DLMP/DEIS Alternatives***: The impacts related to fire management on RNAs may be similar under all of the alternatives.

## CUMULATIVE IMPACTS

The planning area currently has 2 RNAs. Alternatives B, C, and D would increase the number of RNAs. Additional RNAs may be established within the planning area in the future. There are no adverse ecological impacts related to the establishment of RNAs; therefore, there would be no adverse cumulative impacts associated with establishing RNAs within the planning area.

BLM_0030751

## INTRODUCTION

Areas of Critical Environmental Concern (ACECs) are defined in the Federal Land Policy and Management Act (FLPMA) (43 USC 1702(a), and 43 CFR 1601.0-5(a)) as:

> "areas within the public lands where special management attention is required to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources or other natural systems or processes, or to protect life and safety from natural hazards."

The ACEC designation is an administrative designation that is accomplished through the land use planning process. It is unique to the BLM, in that no other agency uses this form of designation. ACECs may be nominated by BLM staff, other agencies, or members of the public at any time.

The intent of Congress in mandating the designation of ACECs was to give priority to the designation and protection of areas containing unique and significant resource values.

### Requirements for Designation

In order for an area to be designated as an ACEC, it must meet the relevance and importance criteria listed in BLM Manual 1613 Manual (listed below), and must require special management.

### Relevance Criteria

In relation to relevance criteria, land managers must answer the question of whether or not the area contains one, or more, of the following values:

- a significant historic, cultural, or scenic value;
- a fish or wildlife resource;
- a natural process or system; and/or
- a natural hazard.

### Importance Criteria

If land managers can answer "yes" to any of the relevance criteria, then they must address the question of whether or not that value, resource, system, and/or hazard has a substantial significance or value. In addition, land managers must also ask whether or not it meets one, or more, of the following importance criteria:

- Does it have more than locally significant qualities that give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially when compared to any similar resource?
- Does it have qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change?

BLM_0030752

- Has it been recognized as needing protection in order to satisfy national priority concerns or to carry out the mandates of FLPMA?

- Does it have qualities that warrant highlighting it in order to satisfy public or management concerns about safety and public welfare?

- Does it pose a significant threat to human life and safety or property?

Designation of ACECs require that an operating plan (specifically a 3809 Plan of Operation) be filed for all mineral-related activities greater than casual use. Performance standards are also required in order to protect the relevant and important values of the ACEC. Mineral exploration would require site-specific NEPA analysis.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- ***The Federal Land Policy and Management Act of October 21, 1976***: This act declares that "…the public lands be managed in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values." It also states that "Terms and conditions must minimize damage to scenic and aesthetic values and fish and wildlife habitat and otherwise protect the environment."

### REGULATIONS AND POLICIES

- ***BLM Manual 1613***: This identifies the process of identifying and evaluating potential ACECs. The process included three primary steps: 1) compiling a list of areas recommended for ACEC designation, 2) obtaining information on relevance and importance, and 3) evaluating each resource or hazard to determine if it meets both the relevance and importance criteria.

### DESIGN CRITERIA

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve resources related to ACECs. Guidelines and design criteria are presented in Part 3 of Volume 2 of the DLMP/DEIS.

BLM_0030753

## AFFECTED ENVIRONMENT

### Proposed ACECs and PCAs

In the early stages of the planning process for this DLMP/DEIS, The Nature Conservancy (TNC) and Colorado Natural Heritage Program (CNHP) staff reviewed information from BLM inventories, CNHP records, TNC Ecoregional Assessments, and CDOW lists regarding species of concern in order to ensure that all potentially relevant and important values within the planning area were considered.[12] The analysis area for the identified values encompassed all Federal lands (which includes both Federal surface and mineral estate).

The BLM does not manage, and is not proposing to include, private surface or private mineral estate values as part of the ACEC. However, the BLM does manage Federal mineral estate, which is overlain by private surface. When making land use allocations and decisions relating to Federal minerals as part of the planning process, the BLM would consider resource values on these "split-estate" lands. Under various DLMP/DEIS alternatives, special management prescriptions may be applied to the development of Federal mineral estate in order to protect these values outside of ACEC designation.

Since the mid-1990s, the SJPLC, in partnership with the CNHP, has developed biological assessments for San Miguel County (2000)[13], San Juan County (2003)[14], La Plata County (2004)[15,16], Dolores County (2005)[17], and Montezuma County (2005) in order to identify significant ecological resources. The CNHP identified Potential Conservation Areas (PCAs) for targeted species, which were then evaluated by TNC. A total of 35 potential conservation areas (with biodiversity ranks of B1, outstanding; B2, Very High; and B3, High) were evaluated by The Nature Conservancy.

The BLM San Juan/San Miguel Resource Management Plan (1985) designated the Anasazi ACEC. This area was designated as an ACEC based on the relevancy and importance of the cultural resources occurring within the area, as well as on management concerns related to the development of oil and gas resources. The Anasazi ACEC covered approximately 160,000 acres of public land. In 2000, President Clinton issued a proclamation designating most of this ACEC as Canyons of the Ancients National Monument (the Monument). The Monument is currently in the process of developing a Resource Management Plan (RMP). Approximately 1,120 acres of the ACEC were not included in the boundaries of the Monument. Currently, this area is being managed as an ACEC. This remnant is identified in this planning process as the Mud Springs/remnant Anasazi ACEC, and is being evaluated for continuation of the ACEC designation.

The Dolores Field Office staff have identified a potential ACEC, based on the relevancy and importance of Gunnison sage-grouse and its habitat, northwest of Dove Creek, Colorado. This proposed ACEC would contain approximately 875 acres of BLM-administered lands, and approximately 3,500 acres of private lands. Conservation easements (21% BLM) would be held by the Colorado Division of Wildlife (CDOW).

The San Juan Citizens Alliance has identified the Snaggletooth section of the Dolores River Canyon as having high scenic, recreation, and wildlife qualities. This area is now identified for potential ACEC designation.

---

[12] San Juan Planning for Biodiversity Model Project
[13] Unpublished report Peggy Lyon and John Stovell A Natural Heritage Assessment San Miguel and Western Montrose Counties, Colorado, March 2000. CNHP
[14] San_Juan_County_Biological_Assessment
[15] La_Plata_County_Wetlands
[16] LaPlata_County_Biological_Assessment
[17] Survey_of_Critical_Wetlands_in_Dolores_County

BLM_0030754

**Management Challenges**
Exotic species, mineral development, livestock grazing, recreation, and general habitat loss may influence the
viability of the species and ecological systems identified as significant features within the planning area. Several
of the potential identified ACECs are in locations that are identified for special management (including the
Dolores River Special Management Area, and the Silverton Special Management Area/Alpine Loop SRMA).
This is primarily due to the existence of other resources within these areas. (High-priority mineral development
may impact the Grassy Hills, Big Gypsum/Little Gypsum, Silveys Pocket, and Spring Creek locations that are
outside of the Dolores River Special Management Area.)

**Relevance and Importance Criteria Analysis**
Potential ACECs that meet the relevance and importance criteria are presented in the alternatives for this
special designation. Where resource values can be recognized through other special management designations,
the special management area plans would identify the specifics as to the management of those relevant and
important resources. Twelve areas have been identified as having relevant and important values, and are under
consideration for ACEC designation. Of these 12 areas, 4 are within the proposed Dolores River Special
Management Area (Dolores River Canyon - Slick Rock to Bed Rock and the Snaggletooth portion; McIntyre
Canyon, and Slick Rock Hil). Two are within the Dolores River Wilderness Study Area (MA 1, Muleshoe
Bench and Coyote Wash). The Spring Creek PCA is within the MA 2 guidance for the Spring Creek Wild Horse
Management Area. Relevant and important values identified for these locations would be adequately managed
under MA 1 and MA 2 guidance (which would limit development); therefore, they would not be proposed
for special designation. One (Little Gypsum PCA) is included in the Big Gypsum Potential ACEC under
Alternatives B and C. The remaining 3 areas (Mud Canyon/Remnant Anasazi ACEC, Grassy Hills, and Silveys
Pocket) are included for potential ACEC under at least one of the alternatives. (See Appendix U, Volume III,
which includes a detailed evaluation of all locations considered.)

Table 3.29.1 lists the locations, and relevant and important values, and identifies sites that meet both the
relevance and importance criteria necessary to be carried forward in the planning process for designation.

**Table 3.29.1 – Potential Areas of Critical Environmental Concern**

| Nominator* Source | Values of Concern-Comments-Relevance | Biodiversity Significance and Importance | Acres of Public Land | Relevance and Importance Evaluation |
|---|---|---|---|---|
| CNHP/TNC | Plant: two excellent (A-ranked) and two good (B-ranked) occurrences of Gypsum Valley cat-eye, a plant that is critically imperiled (G1, S1) State-wide and globally; Gypsum rim-lichen (*Lecanora gypsicola*) and Nodule cracked lichen (*Acarospora nodulosa var. nodulosa*), both critically imperiled (G1S1) State-wide and globally; Changing earthscale (*Gypsoplaca macrophylla*), a globally vulnerable plant (G3, G4); Weak-stemmed mariposa lily (*Calochortus flexuosus*), an apparently secure plant globally(G4), but imperiled (S2) in Colorado; and Nealley's needlegrass, a demonstrably secure (G5) plant globally and a critically imperiled (S1) plant in Colorado. | B1-Outstanding | 17,165 | Relevant and important resources are present; portions included in Big Gypsum Valley Potential ACEC. |
| CNHP/TNC | Plant Community – (*Picea engelmannii*)/*Betula glandulosa*/ *Carex aquatilis* – *Sphagnum angustifolium* (Iron Fen). | B2 – Very high | 455 | No - Low percentage of public land. |
| CNHP/TNC | Plant – *Draba crassa* (Thick-leaf Whitlow-grass) Plant – *Eriophorum altaicum var. neogaeum* (Altai Cottongrass) Plant Community – *Carex vernacular* (Alpine Wetland). | B3 – High | 562 | No - importance of resources of local significance. |
| CNHP/TNC | Colorado's largest population of the Kachina daisy is located here. Identified as a Colorado Natural Area. Recommended as an RNA. | B2 – Very high | 329 | Relevant and important resources are present; included as part of Dolores River Canyon Special Management Area and Dolores Wilderness Study Area. |
| CNHP/TNC | A good (B-ranked) and fair (C-ranked ) occurrence of the Gypsum Valley cat-eye, a globally imperiled (G1) plant. There is also an excellent (A-ranked) occurrence of Naturita milkvetch, globally imperiled to vulnerable (G2, G3). | B1-Outstanding | 2719 | No - low percentage of public land. |
| CNHP/TNC | Plant Community – *Forestiera Pubescens* Shrubland (Foothills Riparian Shrubland). Plant Community – *Salix Exigua*/Mesic Graminoid (Coyote Willow/Mesic Graminoid). | B2 – Very high | 15,384 | Relevant and important resources are present; included as part of Dolores River Canyon Special Management Area and portion north of Big Gypsum valley is in Dolores WSA. |
| CNHP/TNC | Plant Community – *Stipa comata* – West (Western Slope Grasslands). | B2 – Very high | 420 | Relevant and important resources are present; need for special management not in evidence. |
| BYU Study | Camarasaurus, Carnosaur, Sauropod, Stegosaurus dinosaur fossils. | High | 200 | Inconclusive report on significance in project file. |
| CNHP/TNC | Plant – *Draba graminea* (San Juan Whitlow-grass) Plant – *Draba crassa* (Thick-leaf Whitlow-grass) Plant – *Draba streptobrachia* (Colorado Divide Whitlow-grass) | B2 – Very high | 100 | No - Low percentage of public land. |
| CNHP/TNC | Plant – *Astragalus naturitensis* (Naturita Milkvetch) Plant – *Ochlodes yuma* (Yuma Skipper) Plant – *Penstemon breviculus* (Little Penstemon) Bird – *Vireo vicinior* (Gray Vireo) | B2 – Very high | 1,766 | Relevant and important resources are present; portion is included in Big Gypsum Valley Potential ACEC. |

BLM_0030756

**Table 3.29.1 – Potential Areas of Critical Environmental Concern, continued**

| Nominator* Source | Values of Concern-Comments-Relevance | Biodiversity Significance and Importance | Acres of Public Land | Relevance and Importance Evaluation |
|---|---|---|---|---|
| CNHP/TNC | Plant – *Townsendia glabella* (Gray's Townsend-daisy) Plant – *Penstemon breviculus* (Little Penstemon) Plant – *Gila haydenii* (San Juan Gilia) | B2 – Very high | 1,268 | No - Low percentage of public land. |
| CNHP/TNC | Plant – *Astragalus naturitensis* (Naturita Milkvetch) Plant Community – *Pinus edulis/Cercocarpus montanus* (Mesic Western Slope Pinyon-Juniper Woodlands) Plant Community – *Aquilegia micrantha – Mimulus eastwoodiae* (Hanging Gardens) Plant community – *Pinus edulis/Stipa comata* (Xeric Western Slope Pinyon-Juniper Woodlands) Plant – *Mimulus eastwoodiae* (Eastern Monkey-flower) | B2 – Very high | 2,980 | Relevant and important resources are present; included as part of Dolores River Canyon Special Management Area. |
| CNHP/TNC, BLM | Existing ACEC- ancestral puebloan cultural resources Plant – *Astragalus deterior* (Cliff-palace Milkvetch) Plant – *Astragalus naturitensis* (Naturita Milkvetch) Plant – *Penstemon breviculus* (Little Penstemon) | B3- High | 6,369 | Considered in alernatives as existing ACEC, due to existing designation in 1985 RMP. |
| CNHP/TNC | Plant Community – *Stipa comata* – West (Western Slope Grasslands) | B2 – Very high | 663 | Relevant and important resources are present; included as part of Dolores River Canyon Special Management Area. |
| BLM | Gunnison Sage Grouse Restoration area in cooperation with CDOW. Less than 20 percent BLM Surface Management. | N/A | 960 | No - Low percentage of public land. |
| CNHP/TNC | Plant – *Draba crassa* (Thick-leaf Whitlow-grass) Plant – *Draba crassa* (Thick-leaf Whitlow-grass) | B3 – High | 23 | No - importance of resources is of local significance. |
| CNHP/TNC | Animal – *Centrocercus minimus* (Gunnison Sage Grouse) | B2 – Very high | 34,941 | No - Low percentage of public land. |
| CNHP/TNC | Plant – *Astragalus naturitensis* (Naturita Milkvetch) Plant – *Pediomelum aromaticum* (Paradox Breadroot) Plant Community – *Stipa comata* – West (Western Slope Grasslands) | B3 – High | 707 | Relevant and important values identified are of more than local significance. |
| CNHP/TNC | Plant – *Astragalus naturitensis* (Naturita Milkvetch) Lizard – *Aspidoscelis velox* (Plateau Striped Whiptail) | B2 – Very high | 976 | No – Low percentage of public land. |
| CNHP/TNC | Plant – *Astragalus naturitensis* (Naturita Milkvetch) Plant Community – *Stipa comata* – West (Western Slope Grasslands) Animal – *Hyla arenicolor* (Canyon Treefrog) Plant – *Penstemon breviculus* (Little Penstemon) Plant Community- *Pinus edulis/Cercocarpus montanus* (Mesic Western Slope Pinyon-Juniper Woodlands) | B2 – Very high | 2,381 | Relevant and important resources are present; need for special management not in evidence. |
| San Juan Citizen's Alliance | Scenery, Roundtail chub, Flannelmouth sucker, bluenose sucker, speckled dace | High | 19,427 | Relevant and important resources are present; included as part of Dolores River Canyon Special Management Area. |
| CNHP/TNC | Gypsum Valley cat-eye *(Cryptantha gypsophila)*, a critically imperiled plant in Colorado (S1) and globally (G1) Pygmy sagebrush *(Artemisia pygmaea)*, a critically imperiled plant in Colorado (S1) | B2 – Very high | 5,659 | Relevant and important resources are present- Within Spring Creek Wild Horse Herd Management Area. |
| | | | ***TOTAL Acres Considered*** | *115,454* |
| | | ***TOTAL Acres Meeting Relevance and Importance Criteria of a Potential ACEC*** | | *72,543* |

BLM_0030757

**Big Gypsum ACEC**

Alternatives B and C would propose the creation of the Big Gypsum ACEC. The Big Gypsum ACEC is located north of Disappointment Valley and east of the Dolores River. It would extends from the Dolores River Canyon (on the west) to the headwaters of Big Gypsum Creek (east of Highway 141). The valley is one of several parallel northwest-southeast trending valleys that were formed by the collapse of ancient salt domes. It runs parallel to Dry Creek Basin (on the north) and Disappointment Valley (on the south).

Among other important characteristics, Big Gypsum holds values that are relevant for ACECs. These includie outstanding (B1) biodiversity significance rank (based on two excellent (A-ranked) and two good (B-ranked) occurrences of Gypsum Valley cat-eye, which is a plant that is critically imperiled (S1, G1) State-wide and globally). Other rare plants in the ACEC include *Lecanora gypsicola*, nodule cracked lichen (which are both critically imperiled (S1, G1) State-wide and globally); Timdal (a globally vulnerable plant (G3, G4)); weak-stemmed mariposa lily (an apparently secure plant globally (G4) but imperiled (S2) in Colorado); and Nealley's needlegrass (a demonstrably secure (G5) plant globally, and a critically imperiled (S1) plant in Colorado). The proposed designation would include the Little Gypsum Valley PCA, which was identified by the CNHP as having relevance and important values. Alternative C would propose the designation of approximately 17, 112 acres (the area identified by the CNHP). Alternative B would propose the designation of approximately 6,062 acres (as identified by agency staff).

**Mud Springs/Remnant Anasazi ACEC**

Alternatives A and C would propose the creation of the Mud Springs/Remnant Anasazi ACEC. Approximately 1,160 acres of the Anasazi ACEC were not included in the boundaries of the Canyons of the Ancients National Monument, and are currently managed as an ACEC. The CNHP has also identified this area as a PCA, based on sensitive plants. Sensitive plant species identified are: Cliff-palace milkvetch *(Astragalus deterior);* Naturita milkvetch *(Astragalus naturitensis),* and Little penstemon *(Penstemon breviculus).* This area is located in Montezuma County, north and south of McElmo Creek (approximately 1 mile west of Cortez).

**Grassy Hills PCA**

Alternative C would propose the creation of the Grassy Hills PCA. Grassy Hills PCA was identified by the CNHP, and would consist of approximately 420 acres located on a bench southwest of the confluence of Gypsum Creek and the Dolores River in San Miguel County. The site is on the Navajo geologic formation with sandstone soils on 0 to 5 degree slopes. Relevant and important values considered in relation to this potential designation include an "A" ranked occurrence of a G2 natural community. The plant community identified is Great Basin Herbaceous Vegetation/Western Slope Grasslands *(Hesperostipa comata).*

**Silveys Pocket PCA**

Alternative C would propose the creation of the Silveys Pocket PCA. Silveys Pocket PCA was identified by the CNHP, and would consist of approximately 707 acres located on mesa tops and a broad bench south of Coyote Wash in San Miguel County. The area has numerous old uranium mines and is entirely within BLM-administered lands. Most of the PCA is in the Morrison and Dakota geologic formations. A rough four-wheel drive road leads to the site from Little Gypsum Valley. Relevant and important values considered in relation to this proposed designation include plants: Naturita milkvetch *(Astragalus naturitensis)* and Paradox breadroot *(Pediomelum aromaticum),* and plant communities: Western Slope grasslands *(Stipa comata).*

BLM_0030758

## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

Alternatives B and C would propose to designate the Big Gypsum ACEC in order to protect critical plant species and soil crust communities (which would require locating potential disturbances in order to avoid soil communities, and restricting motorized travel). Alternative C would propose to increase the area for designation of this ACEC. Under Alternatives B and D, ACEC designation would be removed from the Mud Springs/Remnant Anasazi ACEC. Alternatives A and C would continue the designation of the Mud Springs/Remnant Anasazi ACEC. Alternative C would designate the Grassy Hills and Silveys Pocket PCAs as ACECs, based on unique plant communities.

Impacts to the relevant and important values identified in the potential ACECs would mainly result from projects or actions proposed within their boundaries. Management strategies would be applied in order to protect relevant and important values when projects or activities are proposed (which may, in turn, result in additional restrictions or design requirements for certain uses or activities, and, in some cases, denial or abandonment of projects). This case-by-case management would be applied to a maximum estimated acreage of 18,285 surface acres in the planning area, which may impact approximately 2.6% of the BLM jurisdiction within the planning area under Alternative C; approximately 1% percent of the BLM jurisdiction under Alternative B; less than 1% under Alternative A; and no acres under Alternative D.

Relevant and important values may be impacted by oil and gas development, locatable and saleable mineral development, unmanaged recreation use, unmanaged livestock grazing, and by invasive species. Designation of ACECs would focus a need for special management on resolution of the impacts related to these activities (in relation to the values identified). Impacts to these resource values may be greatest under Alternatives A and D. Alternative C would provide for the greatest focus on management of these values. Alternative B would provide for the focus on identified values with the most potential to be impacted.

### Impacts Related to Oil and Gas Development and other Mineral Development
Under Alternatives B and C, the Big Gypsum ACEC would be designated in order to address critical plant species and soil crust communities requiring location of potential disturbances to avoid soil communities. With or without the designation, oil and gas development may proceed, with CSU or NSO stipulations. Designation would require a plan of development for all locatable mineral activity regardless of size, thereby providing an additional level of protection to the relevant and important resources identified.  Portions of the Mud Springs/Remnant Anasazi ACEC have private mineral resources, with an active gravel-mining operation. The private minerals may be developed under all of the alternatives.

BLM_0030759

**Figure 3.29.1 - ACECs Alternative A**

