**Figure 3.29.2 - ACECs Alternative B**

BLM_0030761



# San Juan Public Lands
## Areas of Critical Environmental Concern (ACEC)
## Alternative B

**Legend**
- Areas of Critical Environmental Concern
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Piedra Area
- USFS/BLM - Ranger Districts / Field Office Boundary
- Cities and Towns
- Major Lakes
- Major Rivers
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

Miles
0  5  10  20

JET
NAD 83, Polyconic Projection
October 29, 2007

**Figure 3.29.3 - ACECs Alternative C**



**DLMP/DEIS Alternatives**: Overall, Alternatives B and D may result in the greatest impacts to potential ACECs (due to oil and gas and/or other mineral development), followed by Alternative A. Alternative C may result in benefits to potential ACECs. Removing the ACEC designation from the Mud Springs/Remnant Anasazi ACEC area under Alternatives B and D may open the site to mineral development with standard stipulations. Alternatives A and C would continue designation of the Mud Springs/Remnant Anasazi ACEC, with design criteria applied to provide additional focus on the heritage and plant resources (and also with protective stipulations, as well as the requirement of a plan of development and associated NEPA analysis for all locatable mineral development). Under Alternatives A, B, and D, the Grassy Hills and Silveys Pocket PCAs would be open to normal mining operations and standard oil and gas lease stipulations (leading to the potential for fragmentation of the unique plant communities identified). Alternative C would require protective stipulations for oil and gas development, with restrictions on surface use and the requirement of a plan of operations and associated NEPA analysis for all locatable mineral development. A scenario of deferring oil and gas leasing during the life of the approved LMP may result in moderate impacts to relevant and important values, with less than a 25% change (because values can normally be protected by avoiding surface use of land).

## Impacts Related to Livestock Grazing

Under Alternatives B and C, the Big Gypsum ACEC would be designated in order to address critical plant species and soil crust communities requiring location of potential disturbances to avoid soil communities. Grazing would be addressed in an implementation plan in order to provide management actions that would prevent trampling by livestock.

Removal or retention of the ACEC designation for the Mud Springs/Remnant Anasazi ACEC area would not result in additional use by livestock.

Under Alternative C, the ACEC designation of Grassy Hills and Silveys Pocket PCAs may encourage the management of livestock in order to enhance the unique plant communities.

**DLMP/DEIS Alternatives**: Overall, Alternative C may result in the greatest benefit to ACECs (due to stricter controls for livestock management). Alternative B, with separated pockets for Gypsum Cateye plant communities, may reduce the ability to manage livestock in order to benefit the importance of the relevant values ACECs represent. Under Alternatives A and D, there would be no special management of livestock.

## Impacts Related to Recreation

Under Alternatives B and C, the Big Gypsum ACEC would be designated in order to address critical plant species and soil crust communities. This may provide focused attention on trampling and vehicle travel across areas with sensitive soils.

Under Alternatives A and C, the Mud Springs portion of the Anasazi ACEC would restrict recreational use in order to emphasize the relevant and important values of the original designation. Removal of the designation and management within the urban influence of Cortez may result in additional use by locals for recreational activities, which may, in turn impact the cultural resources and the ecological values identified by the CNHP. Under Alternative C, the Grassy Hills and Silveys Pocket potential ACECs would provide for restricted recreational use in order to protect plant communities identified.

BLM_0030763

*DLMP/DEIS Alternatives*: Overall, Alternative C may result in the greatest benefit to ACECs (due to the restrictions on recreational use and the closure of travel routes), Alternative B would drop the need for special management from the Mud Springs/Remnant Anasazi ACEC area, and would reduce the area of the Big Gypsum ACEC designation (which would not include all known populations of the Gypsum Cateye plant community). Under Alternatives A and D, there would be no special management of recreation in relation to sensitive plant communities. Under Alternative A, heritage resources would continue to be recognized for special management; however, they would not be recognized under Alternative D.

**Impacts Related to Invasive Species**
Under all of the alternatives, relevant and important resources in the potential ACECs may be impacted by invasive species displacement of soil crust and plant communities (due to activities that trample or displace plants and communities). Proximity to the county roads may provide a means for invasive species to move into communities in all of the relevant plant communities identified.

*DLMP/DEIS Alternatives*: The impacts of invasive species on potential ACECs may be similar under all of the alternatives, with moderate impacts resulting from disruption of recognized plant communities.

## CUMULATIVE IMPACTS

Impacts to the relevant and important resources identified in the existing and potential ACECs may result from activities and events both on, and off, the planning area. The scale for considering cumulative impacts would include the disturbances associated with uses on adjacent lands that result in soil movement, invasion of noxious weeds, and trampling of rare soils and soil crust communities. Sensitive resources are infrequently found within these areas; therefore, impacts would be limited to the local area of their occurrence.

BLM_0030764

## INTRODUCTION

Paleontological resources, plant and animals fossils, are the remains and traces of once-living organisms, now preserved in rocks of the Earth's crust. They convey the story of origins and endings of extraordinary varieties of ocean-dwelling, fresh-water, and terrestrial creatures that have lived on the Earth.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

Paleontological (fossil) resources are natural resources that occur on public lands; therefore, they are managed in accordance with the requirements of several Federal laws, primarily the Federal Land Policy Management Act (FLPMA) of 1976 and the National Environmental Policy Act of 1969 (see below). Additional requirements for the use, management, and protection of paleontological resources on public lands are addressed in a series of Federal Regulations and Secretarial Orders, as well as in specific BLM manual guidance. Other guidance has resulted from key court decisions and Solicitor's Opinions.

### LAWS

- *The Common Varieties of Mineral Materials Act of 1947*: This act allows the protection of petrified wood on public lands.

- *The National Environmental Policy Act of 1969*: This act covers the policy for documentation of effects (impacts) of Federal actions on natural resources on public lands.

- *The Federal Land Policy and Management Act of 1976*: This act substantially amends the Forest and Rangeland Renewable Resources Planning Act of 1974. This act strengthens the references pertaining to suitability and compatibility of land areas, stresses the maintenance of productivity, and seeks to avoid the permanent impairment of the productive capability of the land.

- *The Federal Cave Resources Protection Act of 1988*: This act serves to secure, protect, and preserve significant caves on Federal lands for the perpetual use, enjoyment, and benefit of all people; and to foster increased cooperation and exchange of information between governmental authorities and those who utilize caves located on Federal lands for scientific, education, or recreational purposes.

### REGULATIONS AND POLICIES

- *Title 43 CFR 3620, Subpart 3622*: This sets agency policy for recreational collecting of common invertebrates and petrified wood on public lands.

- *Title 43 CFR, Subpart 37*: This addresses the protection of significant caves and cave resources, including paleontological resources.

- *Title 43 CFR, Subpart 8365*: This addresses the collection of invertebrate fossils and, by administrative extension, fossil plants.

- *Title 43 CFR, Subpart 3622*: This addresses the free-use collection of petrified wood as a mineral material for non-commercial purposes.

BLM_0030765

- **Title 43 CFR, Subpart 3621**: This addresses the collection of petrified wood for specimens exceeding 250 pounds in weight.

- **Title 43 CFR, Subpart 3610**: This addresses the sale of petrified wood as a mineral material for commercial purposes.

- **Title 43 CFR, Subparts 3802 and 3809**: These address the protection of paleontological resources from operations authorized under the mining laws.

- **Title 43 CFR, Subpart 8200**: This addresses procedures and practices for the management of lands that have outstanding natural history values, including fossils, which are of scientific interest.

- **Title 43 CFR, Subpart 8365.1-5**: This addresses the willful disturbance, removal, and/or destruction of scientific resources or natural objects and Subpart 8360.0-7 identifies the penalties for such violations.

- **Secretarial of the Interior Order 3104**: This grants the BLM the authority to issue paleontological resource use permits for lands under its jurisdiction.

- **BLM Manual 8270**: This outlines policy for the management of paleontological resources.

USFS and BLM policy is intended to manage paleontological resources for scientific, educational, and recreational values, and to protect or mitigate these resources from adverse impacts. To accomplish this goal, paleontological resources must be professionally identified and evaluated, and paleontological data must be considered as early as possible in the decision-making process.

The USFS is developing manual direction for the management of paleontological resources on USFS-administered lands. Currently, the BLM direction is in use for USFS lands. Fossil collection on USFS-administered lands is regulated under 36 CFR 261.9(i), which prohibits "excavating, damaging, or removing any vertebrate fossil or removing any paleontological resource for commercial purposes without a special use authorization."

A classification system called the Probable Fossil Yield Classification (PFYC) was developed by the USFS Paleontology Center of Excellence and the Region 2 Paleo Initiative in 1996 in order to promote consistency throughout, and between, agencies (USFS 1996 ). The PFYC system provides baseline guidance for assessing the relative occurrence of important paleontological resources, and the need for mitigation. Geologic units are classified at the formation or member level, according to the probability of yielding paleontological resources of concern to land managers. Classifications range from Class 1 to Class 5, and are based on the relative abundance of vertebrate fossils, or uncommon invertebrate or plant fossils, and their sensitivity to adverse impacts. A higher classification number indicates a higher fossil yield potential and a greater sensitivity to adverse impacts. (See Appendix Y, Volume 3, for a description of the 5 PFYC classes and the suggested management direction indicated for each class.)

## DESIGN CRITERIA

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve paleontological resources. Guidelines and design criteria are presented in Part 3 of Volume II of the DLMP/DEIS.

BLM_0030766

## AFFECTED ENVIRONMENT

### Existing Conditions and Trends

Paleontological resources are integrally associated with the geologic rock units (e.g., formations) in which they are located. If extensive excavation on a certain formation in one geographic area leads to discovery of significant paleontological resources, there is a potential that excavations throughout the extent of the formation may also produce fossil material. Within the planning area, formations have differing potentials to contain significant fossils. Other areas may also contain fossils, but have not been examined and evaluated. The potential for paleontological resources is currently noted through the use of the PFYC System. No comprehensive study or evaluation of paleontological resources has been conducted in the planning area. (See Appendix Y, Volume 3, for a description of formations known to have potential for the occurrence of paleontological resources.)

In 1899, Walter Granger of the American Museum conducted the first paleontological work in the area. Since that time, scientific investigation has been sporadic, and no comprehensive paleontological investigation of the area has been conducted. A great deal of the area is remote; therefore, paleontologists have relied upon reports of fossil localities by ranchers, rock-hounds, and/or by the public. Unfortunately, by the time some localities are reported to the SJPLC, many have already been looted.

### Potential Paleontological Resources

Fossils found within the planning area are Jurassic and Cretaceous in age. They include various plants (mostly as petrified wood), invertebrates, and vertebrates (mostly dinosaurs). Within the planning area, formations are classified into categories that indicate the likelihood of significant fossil occurrence. The geological formations that are known to contain significant vertebrate, invertebrate, and plant fossils include, but are not limited to, the following in the planning area (BLM 1991):

- San Jose (vertebrate/dinosaurs);

- Mancos Shale (invertebrates, skate or ray teeth, ammonites, pelecypods, scaphites, oysters, gastropods, baculites, and stromatolites);

- Dolores (flowering plants);

- Morrison (vertebrates and invertebrates);

- Chinle (vertebrate/fish, and plants);

- Mesa Verde (invertebrates); and

- Navajo Sandstone (diverse ichnofauna (e.g., protomammal, dinosaur, pterosaur, crocodile, lizard, and invertebrate traces); petrified wood; remains of prosauropod and theropod dinosaurs; aetosaur; and therapsid vertebrate fossils).

BLM_0030767

The BLM identified the Morrison Formation as having the potential for fossil occurrences within the planning area (O'Neal 1989). The Morrison Formation is also the focus of the vanadium and uranium mining that has occurred historically on public lands and Department of Energy (DOE) leases. Vanadium and uranium mining is expected to increase during the planning horizon. Most of the planning area has not been surveyed for paleontological resources; therefore, the extent of occurrences of most paleontological resources is not known. The San Juan/San Miguel RMP (BLM 1985) provided for limited recognition of vertebrate paleontological resources in the identification of the Horse Range Mesa site (Morrison Formation), which was evaluated by Brigham Young University (BYU) (Stadtman and Miller 1989).

Visitors to public lands are welcome to collect reasonable amounts of many kinds of fossils without a permit. These materials, however, must be for personal collections and cannot be sold or traded. No permit is needed for plant fossils (including leaves, stems, and cones), or for common invertebrate fossils (including ammonites and trilobites). Petrified wood may be collected, up to 25 pounds each day (but no more than 250 pounds in any calendar year) for each individual. A permit is needed for the collection of vertebrate fossils, which are any remains or traces of animals with backbones (including dinosaur bones, fish, teeth of any kind, turtle shells, and trace fossils). Trace fossils include coprolites, which are fossilized waste (feces), tracks, and trackways. Generally, permits are only issued to professional paleontologists, who must agree to preserve their finds in a public museum, a college, or a university due to their relative rarity and scientific importance.

Within the planning area, the "demand" for paleontological resources is considered low to moderate. The principal legal use of the paleontological resource is for research, or for the viewing fossils in their natural surroundings. Collection in the name of scientific research is conducted under permits issued by the SJPLC. (Recreational use of fossils may include their viewing and noting their differences from other rocks while on outings.) No collection of vertebrate fossils is allowed without a Colorado BLM Paleontological Resource Use Permit or a USFS Special Use Permit. Illegal collection of fossils has occurred on both a commercial and casual basis.

Safeguards against incompatible land and resource uses may be imposed through withdrawals, stipulations on leases and permits, design requirements, and similar measures developed and recommended by an appropriately staffed interdisciplinary team.

The natural processes of weathering and erosion impact paleontological resources by continually exposing fossilized material. Lower rates of erosion expose fossils, but delay their destruction; higher rates expose fossils, but more quickly destroy them. This varying rate of erosion allows a window of time in which a fossil might be discovered, properly identified, and studied.

Due to recreational activity, minimal localized degradation of geologic features, with their inherent fossil deposits, is expected to continue. Exposed fragile fossils may be degraded by casual OHV and mountain bike use that occurs off of existing or established routes.

The condition of paleontological resources may improve through the availability of educational information to the public regarding the nature of paleontological resources. Allowing appropriate scientific collecting by permit may help build the knowledge base of the scientific aspects of fossils, formations, and geology.

BLM_0030768

## ENVIRONMENTAL CONSEQUENCES

### DIRECT AND INDIRECT IMPACTS

Federal undertakings and unauthorized uses have the potential to result in irreversible disturbance and damage to non-renewable paleontological resources. The SJPLC would continue to mitigate impacts to paleontological resources resulting from authorized uses through project abandonment, redesign, and specimen recovery. Geologic formations with exposures containing vertebrate and non-vertebrate fossils may continue to be impacted as the result of natural agents, unauthorized public use, mining, and vandalism.

The casual use and collection of non-vertebrate fossils by "rock-hounds" and fossil collectors is expected to increase. Scientific interest in vertebrate fossils by the academic community is expected to remain at current levels.

Proposed management of the following resources/resource uses/programs may have no anticipated impacts to paleontological resources: Air, Cultural Resources, Fisheries, Geology, Soils, Invasive Species, Vegetation, Riparian Areas, Visual Resources, Water, Wildlife Habitat, Renewable Energy, Environmental Justice, Health and Safety, Native American Trust Resources, and Social Considerations.

Management measures common to all alternatives may preserve and protect paleontological resources for present and future generations. Adverse impacts may be mitigated through specimen recovery and analysis by professional paleontologists.

Under all of the alternatives, the greatest risk of damage or destruction of paleontological resources may result from casual, unauthorized activities (including dispersed recreational activity, OHV-use, and vandalism), mining of vanadium/uranium, and natural processes (including natural decay, deterioration, or erosion). Under all of the alternatives, unquantifiable indirect impacts may occur. Wilderness Areas, WSAs, and other Special Designation Area management may reduce the access to potential paleontological resources, as would the management of rivers for the outstanding remarkable values (ORVs) identified for suitable Wild and Scenic River (WSR) designation.

Impacts to paleontological resources within the planning area may result from actions proposed under the following resource management programs that have the potential to disturb fossil bearing geologic formations: Minerals Development, Vegetation and Fire and Fuels, Recreation, Lands and Realty, Trails and Travel Management; and Special Designation Areas.

***DLMP/DEIS Alternatives***: Under Alternative D, fewer limits would be placed on mineral development activities (including for roads, oil and gas exploration, and vanadium and uranium mining), when compared to Alternatives B and C. This may increase the potential for impacts to paleontological resources. Management of the Dolores Canyon Special Management Area may continue to provide protection to paleontological resources under all of the alternatives. Direct and indirect impacts may be minor under all of the alternatives.

BLM_0030769

**Impacts Related to Minerals Development Management**

*Oil and Gas Development* - Oil and gas development may disturb the surface exposure of geologic formations bearing fossils. Formations with potential for paleontological resources also tend to be within areas with high potential for oil and gas discovery. This disturbance may result from direct impacts from a drill pad excavation or from the increased accessibility of a fossil locality by the construction of an access road. In some rare cases, the surface exposure of a formation is the last remnant of that formation. In these cases, it would be desirable to protect significant fossils within this remnant formation from disturbance. In other cases, the fossils may be distributed throughout a massive formation; however, the significance of the fossils would require protection of the entire formation. In most cases, preservation of individual outcrops is unimportant, either due to the lack of significance, wide distribution, or absence of fossils.

When fossils are identified, existing law would protect significant fossils from adverse impacts related to oil and gas development. Under all of the alternatives, prior to the approval of a permit to drill (APD), identified sites must be proven to have no significant fossils, or appropriate mitigation measures must be taken. For areas of 40 acres or less, mitigation would usually mean avoidance of the site. If a site could not be avoided, and if the disturbed area was significant, it would have to be excavated or the resource otherwise protected. This protection would be provided for in the standard terms and conditions of all oil and gas leases. Leases in areas designed for protection would also carry a NSO stipulation. This stipulation would be used on all formally designated areas of more than 40 acres.

The small percentage of unavoidable loss may be an irreversible and irretrievable commitment of the resource. The unavoidable loss would be insignificant, in relation to the widespread distribution of the resource. Currently, the only identified site within the planning area is the Horse Range Mesa Paleontological site (40 acres), where there is a NSO Stipulation in place for the protection of vertebrate fossils, and an exception criterion (including funding of accredited paleontological excavation in order to recover all vertebrate fossils to the point of scientific insignificance). Through avoidance or required collection, impacts in this area may be minimal and short-term.

A scenario of deferring oil and gas leasing during the life of the approved LMP may result in moderate impacts to potential fossil resources with less than 25% change. This is because values can normally be protected by avoiding surface use of land.

**Uranium/Vanadium Mining**
Surface-disturbing activities authorized by the mining programs (including mineral-exploration projects and extraction of mineral resources) may result in adverse direct and indirect impacts to paleontological resources. The impacts may be minor to moderate. Discretionary actions designed to limit mining are minimal, outside of a withdrawal of public lands from the mining laws.

*DLMP/DEIS Alternatives*:  Alternatives A and D would continue recognition for the Horse Range Mesa paleontological site with a NSO stipulation for oil and gas leasing. Potential formations would not require site-specific inventories for fossil resources under Alternatives A and D. Under Alternatives B and C, site-specific paleontological surveys would provide for site avoidance of potential fossil-yielding formations with regard to most disturbance activities (other than locatable mineral development on less than 5 acres, where a plan of development would not be required).

BLM_0030770

**Impacts Related to Vegetation and Fire and Fuels Management**

Under all of the alternatives, minimal vegetation treatment is proposed where the potential exists for paleontological resources. There may be few, if any, negligible impacts to paleontological resources from vegetation and fire and fuels management.

WFU and prescribed burns would continue, and may result in direct and indirect impacts to paleontological resources. Fire may result in the direct destruction of organic fossil remains (e.g., Quaternary packrat middens). The removal of vegetative cover by fire may accelerate erosion and aeolian processes, which may, in turn, result in short-term indirect impacts. However, these impacts may be negligible when compared with similar impacts that occur by natural processes. Fire suppression that involves the use of heavy equipment and the construction of firelines would create surface disturbances that may result in direct minor impacts to paleontological resources.

***DLMP/DEIS Alternatives***: Under all of the alternatives, the potential impacts related to fire and fuels management on paleontological resources may be similar. Under Alternatives B and C, site-specific paleontological surveys would provide for site avoidance of potential fossil-yielding formations related to most disturbance activities. Without the requirement for site surveys for fossil information outcrops, negligible impacts to potential fossil-bearing formations may occur under Alternatives A and D.

**Impacts Related to Recreation**

Under all of the alternatives, recreation would maintain an emphasis on opportunities associated with motorized vehicle use (including exploring backcountry roads, vehicle camping, sightseeing, and picnicking). Management of the Dolores Canyon Special  Management Area may would continue to provide protection to paleontological resources under all of the alternatives; therefore, direct and indirect impacts may be minor. Increased visitation under current management may increase surface disturbance and opportunities to directly and indirectly damage resources, to the extent that minor impacts may occur to the paleontological resources. DLMP/DEIS Alternatives: The potential impacts related to recreation on paleontological resources may be similar under all of the alternatives. Under Alternatives B and C, site-specific paleontological surveys would provide for site avoidance of potential fossil-yielding formations under developed recreation sites. Casual recreational collecting would continue under all of the alternatives.

**Impacts Related to Lands and Realty Management**

Lands and realty actions may acquire surface and subsurface estate, which would bring the estate under Federal protection, and, thereby, benefit paleontological resources.

Land disposals have the potential to remove paleontological resources from Federal jurisdiction. Withdrawals restrict certain activities (including access), which, in turn, decreases visitation. This may indirectly benefit paleontological resources (because fewer visitors may result in less surface disturbance, as well as in fewer opportunities to impact resources). The impacts would be minor.

Surface-disturbing activities authorized by the lands and realty programs (including ROWs and communication sites) may result in adverse direct and indirect impacts to paleontological resources. The impacts may be minor to moderate. Impacts from lands activities may be expected to be minor under all of the alternatives.

BLM_0030771

*DLMP/DEIS Alternatives*: The potential impacts related to lands actions on paleontological resources may be similar under all of the alternatives. Under Alternatives B and C, site-specific paleontological surveys would provide for site avoidance of potential fossil-yielding formations, thereby providing a means to identify and avoid disturbance to fossil sites. Without the requirement for site surveys for fossil formation outcrops, negligible impacts to potential fossil-bearing formations may occur under Alternatives A and D.

## Impacts Related to Trails and Travel Management

The most miles of roads would be open to motorized and mechanized travel under Alternative A. The Slick Rock mining district has no road or OHV restrictions under Alternative A. The greatest potential for impacts to paleontological resources associated with motorized and mechanized travel along roads may, therefore, occur under Alternative A. Overall impacts to paleontological resources may be long-term and minor.

Historically, mining, oil, and gas activity, as well as visitors, have all created roads. Their repeated use has made them permanent. These unapproved roads may be destructive to paleontological resources. Alternative A would propose little development of new permanent roads within the planning area, thereby protecting paleontological resources from further damage.

Under Alternative B, fewer miles of routes within the planning area would be open to motorized use (significantly less than the miles and area open to motorized use under current management). In addition, there would be no designation of open off-highway use.

Under Alternative C, significantly fewer miles of routes would remain open for motorized and mechanized use by the public than under current management. Alternative C may would be the most restrictive for motorized/ mechanized access and, consequently, may be the most successful alternative at reducing visitor-caused surface disturbances to paleontological resources from motorized use. Impacts may be similar to those discussed under Alternative B, but less intense.

Under Alternative D, nearly as many miles of routes would remain open to motorized and mechanized use as would remain open under Alternative A. Overall, Alternative D would be the least restrictive alternative, in terms of OHV-use, and may, therefore, result in more localized impacts from such use than that which may occur under the other alternatives. In addition, opportunities for motorized and mechanized vehicle impacts may be greater, when compared to Alternatives B and C.

Overall, direct and indirect impacts to paleontological resources may be negligible to minor and long-term.

*DLMP/DEIS Alternatives*: Alternative B and C may result in the greatest potential benefits to paleontological resources. This would be due to protective special area designations. Under Alternatives B and C, site-specific paleontological surveys would provide for site avoidance of potential fossil yielding formations, thereby providing a means to identify and avoid disturbance to fossil sites. Without the requirement for site surveys for fossil formation outcrops, negligible impacts to potential fossil-bearing formations may occur under Alternatives A and D.

BLM_0030772

**Impacts Related to Special Designation Area Management**

Current management of the Mud Springs/Remnant Anasazi ACEC, Weminuche Wilderness Area, and potential WSRs and WSAs provide a level of protection with regard to paleontological resources. The Horse Range paleontological site has provided for paleontology research and recovery of scientifically valuable specimens. Alternatives B and C would propose the designation of the Big Gypsum ACEC in order to protect critical resources, thereby providing protection to paleontological resources. These alternatives would require a plan of operations for mineral development and would not permit cross-country motorized travel. Impacts to paleontological resources may, therefore, be minor. Wilderness Area recommendations and WSR suitability management may also provide additional protection for paleontological resources.

Alternative D would propose no acreage for ACEC designation, thereby providing less protection to paleontological resources, when compared to the other alternatives. Impacts may be minor.  Mining activities for uranium and vanadium on less than 5 acres would not require a plan of development in any areas with potential for vertebrate fossils, thereby increasing the risk of disturbance to unidentified sites.

***DLMP/DEIS Alternatives***: Alternative C may result in the greatest potential benefits to paleontological resources (due to protective special area designations), followed by Alternatives B.  Alternative A would continue protection of the Horse Range paleontological area. Without the requirement for site surveys for fossil formation outcrops, negligible impacts to potential fossil-bearing formations may occur under Alternatives A and D.


## CUMULATIVE IMPACTS

There may continue to be impacts to paleontological resources associated with unauthorized activities within the planning area (including OHV-use, dispersed recreation, grazing, and vandalism). Unauthorized activities, dispersed activities, and natural processes may also result in unmitigated impacts to paleontological resources. Increased uranium and vanadium mining may increase the potential to disturb vertebrate fossils in the Morrison Formation.

## INTRODUCTION

The planning area contains a majority of the 232-mile long San Juan Skyway, which was designated by the USFS as a National Scenic Byway in 1988. In 1989, it was also designated by the State of Colorado Scenic Byway Commission as a State Scenic and Historic Byway. Both of these were the first such designations for the State of Colorado. The byway was given further distinction when it was recognized as an All-American Road. In order to receive the distinction of an All-American Road designation, the San Juan Skyway had to be considered a "destination unto itself" – a primary destination for a trip that provides an exceptional travel experience for visitors.

The San Juan Skyway also passes through the Grand Mesa, Uncompahgre, and Gunnison National Forests, as well as through Mesa Verde National Park. The San Juan Skyway links the historic towns of Durango, Silverton, Ouray, Telluride, and Cortez. This byway traverses some of the most spectacular, rugged, and primitive landscapes in America. The area is rich in cultural resources from ancient Native American inhabitation (with Native Americans using and accessing the San Juan area for possibly up to 10,000 years), to the colorful mining era of the San Juan Mountains in the 1800s (including the development of the narrow-gauge railways through the area). In keeping with the primary goals of the National Scenic Byway program, the physical development of the highway, its associated facilities, and the management of surrounding landscapes is vital to the conservation of its unique and valued attributes.

The 65-mile Alpine Loop National Backcountry Byway also passes through the southern San Juan Mountains (often along routes that follow ancient paths Native Americans used as they returned to their traditional summer hunting camps). The route connects the towns of Lake City, Silverton, and Ouray. Unlike scenic byways, which are located on paved roads, backcountry byways focus on out-of-the-way routes that are typically graveled. Spectacular higher-elevation scenery and numerous historical markers explain the mining history of the area as the route travels through the towering San Juan Mountains.

The Trail of the Ancients Scenic Byway highlights the long and intriguing inhabitation of the Four Corners region by Native American peoples. It escorts visitors to remote archaeologically, culturally, and historically significant sites in Colorado, Utah, and Arizona. The section of the byway within the planning area travels mainly within the Canyon of the Ancients National Monument (BLM), Hovenweep National Monument (NPS), Ute Mountain Ute tribal Lands, and communities (including Cortez and Dolores). A total of 114 miles of this scenic byway are located within Colorado.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

Congress established the National Scenic Byways program under the Intermodal Surface Transportation Efficiency Act (ISTEA) of 1991 and strengthened it further with the passage of the Transportation Equity Act for the 21st Century (TEA-21) in 1998 and subsequently with the recent passage of the Safe, Accountable, Flexible, and Efficient Transportation Equity Act - A Legacy for Users (SAFETEA-LU), in 2005.
The National Scenic Byways Program (NSBP) is under the administration of the U.S. Department of Transportation (USDOT), Federal Highway Administration (FHWA). Based on one or more archaeological, cultural, historic, natural, recreational, and/or intrinsic scenic qualities, the U.S. Secretary of Transportation recognizes certain roads as America's Byways, All-American Roads, or National Scenic Byways.

BLM_0030774

The Colorado Scenic and Historic Byways program is a Statewide partnership intended to provide recreational, educational, and economic benefits to Coloradoans and to State visitors. This system of outstanding touring routes in Colorado affords the traveler interpretation and identification of key points of interest while, at the same time, providing for the protection of significant resources.

Scenic and Historic Byways are designated by the Colorado Scenic and Historic Byways Commission based on their exceptional scenic, historic, cultural, recreational, and natural features.

Backcountry Byways are vehicle routes that traverse scenic corridors utilizing secondary or backcountry road systems.

**DESIGN CRITERIA**

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve resources related to scenic byways. Guidelines and design criteria are presented in Part 3 of Volume 2 of the DLMP/DEIS.

## AFFECTED ENVIRONMENT

### Existing Conditions and Trends

Currently, driving for pleasure is one of the most popular forms of recreation occurring within the planning area – with scenic byways and backcountry byways serving as some of the most popular routes through the San Juan Mountains (experiencing moderate to high use on a regular basis).

Along these byways, many interpretive opportunities remain untapped and out of reach to the public. Valued scenic and cultural landscapes remain exposed to development and, consequently, degradation due to a variety of impacts. Basic safety information and sanitary facilities are still lacking in key areas.

As the population increases, and as Baby-Boomers grow older and become less able to engage in more physically active forms of recreation, larger numbers of visitors are anticipated to take up driving for pleasure. Heritage tourism, which is the fastest growing segment of the tourism industry, is often combined with a scenic drive. Cultural heritage sites along byways (including early historic mining and Native American sites), offer increasing opportunities for interpretation and education.

BLM_0030775

## ENVIRONMENTAL CONSEQUENCES

### DIRECT AND INDIRECT IMPACTS

Under all of the alternatives, the condition of the viewshed on SJPLC-administered lands would be conserved for valued scenic and cultural elements to the extent that partnerships, resources, and funding allow. Generally, all of the alternatives are similar with respect to desired future conditions, thematic direction, and design guidelines for land management of the routes (and adjacent lands) within the viewsheds. Differences exist between the alternatives regarding oil and gas stipulations. Alternative A would provides far less scenic protection with standard stipulations than would Alternatives B, C, or D (which would all propose more protective oil and gas stipulations).  If no new oil and gas leases were made available, the impacts to Scenic Byways would be similar to the impacts under all alternatives because most of the development will occur on existing leases.

### CUMULATIVE IMPACTS

The main cumulative impact for the future of these scenic routes is related to the development of non-public lands visible from, or adjacent to, these routes. These impacts are outside the scope of this DLMP/DEIS. Over the next decade, many private parcels will be developed for residential and commercial use. Some of this development may cumulatively impact these byways. Changes in the character of the visible viewshed from these routes may likely to occur, especially as lands become more industrial and urbanized.  Under a no leasing scenario none of the Scenic Byways would have any potential for oil and gas exploration.

BLM_0030776

## INTRODUCTION

*National Recreation Trails* - This is a designation given to existing trails in the United States that contribute to health, conservation, and recreation goals. Approximately 1,000 trails in all 50 states (which are available for public use), ranging from less than a mile to 485 miles in length, have been designated on local, State, Federal, and privately owned lands. Trails may be nominated for designation each year.

The USFS and the National Park Service (NPS) jointly administer the National Recreation Trails Program, with help from a number of other Federal (including the BLM) and non-profit partners.

*National Scenic Trails* - This is a designation designed to protect trails within areas of special natural beauty. National Scenic Trails are authorized under the National Trails Systems Act of 1968, along with National Historic Trails and National Recreation Trails. National Scenic Trails and National Historic Trails may only be designated by an act of Congress.

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- *The National Trails System Act of 1968*: This act authorized the creation of a national trail system composed of National Recreation Trails, National Scenic Trails, and National Historic Trails. Although National Scenic Trails and National Historic Trails may only be designated by an act of Congress, National Recreation Trails may be designated by the Secretary of the Interior or the Secretary of Agriculture, in order to recognize exemplary trails of local and regional significance (in response to an application from the trail's managing agency or organization). Through designation, these trails are recognized as part of America's national system of trails.

### DESIGN CRITERIA

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve resources related to national recreation and scenic trails. Guidelines and design criteria are presented in Part 3 of Volume 2 of the DLMP/DEIS.

## AFFECTED ENVIRONMENT

### Existing Conditions and Trends

The Calico National Recreation Trail and the Highline Loop National Recreation Trail cross the planning area, typically within areas that are managed for Semi-Primitive recreation (ROS) opportunities. Currently, neither of these trails is considered to be used at, or beyond, capacity.

BLM_0030777

The 22-mile Calico National Recreation Trail is a multi-use trail that stays above 8,500 feet in elevation; traveling along ridgelines and through forested areas. Mountain bikers and hikers share the trail with horseback riders and motorcycle riders. Consistent with its multi-use management, this trail has sufficient access from developed roads and trailheads.

The non-motorized Highline Loop National Recreation Trail crosses the planning area for approximately 17 miles, hitting a minimum elevation of 9,000 feet. Within the planning area, this trail is also includes a portion of the Colorado Trail, and follows a spectacular mountain ridgeline with long-distance views. Consistent with its primitive character, this trail has sufficient access from primitive four-wheel drive roads.

Acting upon a vision of a 3,100-mile primitive and challenging backcountry trail that would travel from Canada to Mexico along the backbone of America, the U.S. Congress designated the Continental Divide National Scenic Trail (CDNST) in 1978. The CDNST Comprehensive Plan was completed in 1985, outlining management priorities and guidelines.

A long section of the CDNST crosses the planning area, traversing the spectacular and remote high country of the San Juan Mountains within the Weminuche and South San Juan Wilderness Areas. From the Weminuche Wilderness Area, the CDNST travels north onto BLM-administered lands near Silverton, Colorado. Most of this section of the CDNST meanders between the San Juan and the Rio Grande National Forests, necessitating shared management responsibility for many miles of this significant trail.

A CDNST management plan has been completed, identifying specific goals and objectives for trail segments (including trailhead developments). Current trailhead access and development is consistent with CDNST Comprehensive Plan direction. Issues related to trail alignment are nearly all resolved for SJPLC-managed sections.

The Colorado Trail is Colorado's premier long-distance non-motorized trail. Stretching almost 500 miles from Denver to Durango, it travels through the spectacular Rocky Mountains (including 6 wilderness areas, and 8 mountain ranges), topping out at 13,334 feet. Within the planning area, some of the Colorado Trail follows the same route as the CDNST. Portions of the Colorado Trail within the planning area follows the Highline Loop National Recreation Trail.

Within the planning area, most of the Colorado Trail travels within remote backcountry, Wilderness Areas, and other lightly traveled areas. Issues resulting from conflicts with motor vehicle use are few. The final southern most section of the Colorado Trail (as it nears Durango and the Junction Creek Trailhead) is heavily used by the community for day-use hiking and biking.

In 2002, Congress formally designated the Old Spanish Trail as the nation's 15th National Historic Trail. The "Main Branch" trail route is now under Highway 184, directly in front of the Dolores Public Lands Office. Between 1829 and 1848, the Old Spanish Trail was used by immigrants and traders on yearly pack-train expeditions between Santa Fe and the Pueblo of Los Angeles (San Gabriel Mission.) The trail was used by trappers, travelers, and military expeditions. Some of the travelers on the Old Spanish Trail (in whole, or in part) include Gunnison, Wheeler, Kit Carson, Rowland, Workman, Antoine Rubidium, Howard Ruffed, Pablo Vigil, and Antonio Amigo, to name but a few. This trail offers outstanding cultural tourism and interpretive opportunities.

BLM_0030778

## ENVIRONMENTAL CONSEQUENCES

### DIRECT AND INDIRECT IMPACTS

In relation to the "action" alternatives, Alternative A would not propose the same viewshed protection for these trails that Alternatives B, C, and D would offer. Alternative A would impose a varying degree of protection, depending upon the Management Area (MA) emphasis of the lands within which the routes travel. Alternatives B, C, and D establish these trails as important viewer locations, and incorporate standards, guidelines and stipulations designed to protect the foreground viewshed along these routes. Other issues, including trail access, shared-use, way-finding, and maintenance, would not differ between the alternatives. If no new oil and gas leases were made available, the impacts to the National Recreation and Scenic Trails would be similar to the impacts under all alternatives because most of the development will occur on existing leases.

### CUMULATIVE IMPACTS

The main cumulative impact for the future of these routes would be related to the development of non-public lands visible from, or adjacent to, these routes. This impact would be outside the scope of this DLMP/DEIS. Over the next decade, private parcels will be developed for residential and commercial use. Some of this development may result in cumulative impacts to these scenic, historic, and recreational routes. Changes in the character of the visible viewshed from these routes is likely to occur, especially as lands become more industrial and urbanized. Under a no leasing scenario none of the National Recreation and Scenic Trails would have any potential for oil and gas exploration.

BLM_0030779

## INTRODUCTION

The Wild and Scenic Rivers Act of 1968 states:

> "It is hereby declared to be the policy of the United States that certain selected rivers of the Nation which, with their immediate environments, possess outstandingly remarkable scenic, recreational, geologic, fish and wildlife, historic, cultural or other similar values, shall be preserved in free-flowing condition, and that they and their immediate environments shall be protected for the benefit and enjoyment of present and future generations. The Congress declares that the established national policy of dams and other construction at appropriate sections of the rivers of the United States needs to be complemented by a policy that would preserve other selected rivers or sections thereof in their free-flowing condition to protect the water quality of such rivers and to fulfill other vital national conservation purposes."

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- **Wild and Scenic Rivers Act of October 1, 1968, as amended**: The act establishes a method for providing Federal protection for certain of the nation's remaining free-flowing rivers, preserving them and their immediate environments. Rivers are included in the system so that they may benefit from the protective management and control of development for which the act provides.

### REGULATIONS AND POLICIES

- **USDA/USDI Guidelines for Eligibility, Classification, and Management of River Areas, 1982**: Federal Register, Vol. 47, No. 173, 1982. Supplements the Wild and Scenic Rivers Act: These guidelines provide uniform direction for evaluation, classification, and management of rivers for congressionally mandated studies under section (5) of the Wild and Scenic Rivers Act and for other agency studies.

- **FSH 1909.12 Chapter 80**: This describes the process for identifying and evaluating potential additions to the Wild and Scenic Rivers System on USFS lands, and the interim management of identified rivers.

- **BLM Manual 8351**: This describes the process for identifying and evaluating potential additions to the Wild and Scenic Rivers System on BLM Lands.

### DESIGN CRITERIA

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve resources related to WSRs. Guidelines and design criteria are presented in Part 3 of Volume 2 of the DLMP/DEIS.

BLM_0030780

To manage the rivers for their potential inclusion into the National System, the SJPL Plan provides direction to use other existing authorities to protect the identified river's free-flowing character, water quality, ORVs, and recommended classification. Resource protection guidelines shall be continued until a decision is made on the future use of the river and adjacent lands. The Responsible Official may authorize site-specific projects and activities on NFS lands within river corridors that are eligible or suitable.

This direction is more fully articulated in FSM 1909.12 Chapter 80.

## AFFECTED ENVIRONMENT

### Existing Conditions and Trends

The Wild and Scenic Rivers Act (WSRA) was enacted by Congress in order to preserve select rivers in a free-flowing condition, and to protect other river-related values. As of 2005, 63 river segments and 11,337 miles were designated as a component of the National Wild and Scenic Rivers System (wild rivers (5,350 miles), scenic rivers (2,480 miles), and recreational rivers (3,500 miles)). These nationally recognized that rivers make up a valuable network of natural and cultural values.

For a river to be included in the national system, it must be determined eligible and suitable. To be eligible, a river must be free-flowing and must possess one or more outstandingly remarkable river values (ORVs). To be suitable, a decision is made that the identified values should be protected and, that adding the river to the national system is the best method for protecting identified values.

With the passage of the Wild and Scenic Rivers Act in 1968, Congress directed the U.S. Department of Agriculture and the U.S. Department of Interior to prepare studies of selected rivers on the national forests and public lands as potential additions to the Wild and Scenic Rivers System. Suitability studies were prepared for the Los Pinos, Piedra, and Dolores Rivers. WSR study reports and Environmental Impact Statements (EISs) were completed for these three rivers, and were submitted to Congress with recommendations for designation for most river segments. All of these studies were completed in partnership with the State of Colorado Department of Natural Resources.

- ***The Dolores River***: A total of 105 miles of river were recommended for WSR designation in 1977. Of the 105 miles, 33 miles were recommended as wild, 41 miles were recommended as scenic, and 31 miles were recommended as recreational (Colorado Department of Natural Resources et al. 1976). In 1989, the USFS re-evaluated the WSR eligibility and classification recommendations for the Dolores River. Changes to the management of public lands occurred between the 1976 and 1989 studies. Of the original 105 miles of recommended river, 94 miles of river on the San Juan National Forest (SJNF) were transferred to BLM management. The remaining 9 river miles on the SJNF were again recommended as eligible with a recreation river classification in 1989. The BLM has not prepared a re-evaluation of the Dolores River.

- ***The Piedra River***: A total of 50.9 miles of the river were recommended for designation. Of the 50.9 miles, 32.5 miles were recommended as wild, 12.9 miles were recommended as scenic, and 5.5 miles were recommended as recreational (USFS et al. 1979). The WSR eligibility and classification recommendations for the Piedra River were re-evaluated in 1989. No changes to the original 1979 study findings were recommended.

BLM_0030781

- **The Los Pinos River**: A total of 20 miles of the Los Pinos, as well as 34 miles of its tributary streams, were recommended for designation. All 54 miles of river segments were recommended as wild. The recommended tributaries were Lake Creek, Flint Creek, Rincon La Osa, Rincon La Vaca, Snowslide Canyon Creek, and Sierra Vandera. The WSR eligibility and classification recommendations for the Los Pinos River were re-evaluated in 1989. No changes to the original 1979 study findings were recommended.

In addition to the rivers Congress authorized for study, other rivers within the planning area were also suggested for study. The Heritage Conservation and Recreation Service conducted a nationwide inventory of study river candidates for the Wild and Scenic Rivers System. This list is now managed by the National Park Service. In addition to the three congressionally designated study rivers, the Animas River and the San Juan Rivers (including the East and West Forks) were included on the list.

- **The Animas River**: This river was determined to not be eligible for inclusion in the Wild and Scenic Rivers System (USFS 1983). Although free-flowing, the 1983 study determined that the Animas River was highly modified in places and did not meet State water quality standards in any study segment. Most water quality impacts were attributable to historic mining in headwaters areas.

- **The San Juan River**: The mainstem San Juan and the East Fork San Juan rivers were determined to not be free-flowing. Although no impoundments occur on these rivers, channel alterations on parts of the East Fork and mainstem San Juan River were considered a disqualification for the free-flowing characteristics required by the act (USFS 1983). No ORVs were found on the West Fork San Juan River.

**Wild and Scenic River Evaluation Process**

The WSR study process used in this analysis follows the guidance in the above documents. This guidance requires that determinations be made regarding all planning area rivers with regard to eligibility and classification, and recommends an analysis of suitability during land management planning. (The list of all rivers analyzed is found at the end of Appendix D, Volume III, Wild and Scenic Rivers.) Eligibility and classification represent an inventory of existing conditions. Eligibility is an evaluation of whether or not a river is free-flowing (without major dams, diversions, or channel modifications) and possesses one or more ORV. These values may include scenery, recreational, geological, fish, wildlife, prehistory, history, and/or other values. These values should be a unique or exceptional representation for the area studied and must be related to the river. The results of the eligibility analysis are below.

If found eligible, a river is analyzed as to its current level of development (water resources projects, shoreline development, and accessibility), and a recommendation is made that it be placed into one or more of three classes: wild, scenic, or recreational. (The results of this classification are found for each eligible river in Appendix D, Volume 3, Wild and Scenic Rivers.)

- **Wild rivers**:  Wild rivers are those rivers, or sections of rivers, that are free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and waters unpolluted.

- **Scenic rivers**: Scenic rivers are those rivers, or sections of rivers, that are free of impoundments, with shorelines or watersheds still largely primitive and shorelines largely undeveloped, but accessible in places by roads.

- **Recreational rivers**: Recreational rivers are those rivers, or sections of rivers, that are readily accessible by road or railroad, that may have some development along their shorelines, and that may have undergone some impoundment or diversion in the past.

BLM_0030782

The final step in this analysis process is to evaluate eligible rivers for suitability. This step includes a discussion of the consequences of designating or not designating the river as a component of the national system (in terms of social and economic values, impacts to other resources, and other uses of the area). A suitability analysis is designed to answer the following questions:

- Should the river's free-flowing character, water quality, and ORVs be protected, or are one or more other uses important enough to warrant doing otherwise?

- Will the river's free-flowing character, water quality, and ORVs be protected through designation?

- Is it the best method for protecting the river corridor?

- Is there a demonstrated commitment to protect the river by any non-Federal entities that may be partially responsible for implementing protective management?

In answering these questions, the benefits and impacts of WSR designation must be evaluated and alternative protection methods considered.

Rivers are added to the national system by an act of Congress, or by the Secretary of the Interior by designation. Secretarial designation requires that a river be a part of a State river protection system and that the State Governor submit an application to the Secretary. A recommendation by the USFS for any particular river, or river segment, does not guarantee that Congress will proceed with the recommendation and designate a river to be part of the national system.

Since the inception of the WSRA in 1968, only one river in Colorado has been designated a WSR. There is increasing interest locally in both the development and the protection of rivers.

## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

### General Impacts

In Chapter 2, the miles of river with preliminary findings of suitability by alternative are displayed. Alternative A (No-Action Alternative) has only the previously studied and recommended rivers found suitable. Alternative C shows all the eligible rivers found suitable. Alternative D shows none of the rivers found suitable. The impacts related to all other activities on WSR would be correlated to the number of miles of river found preliminarily suitable. Alternatives with more WSR may have a correspondingly greater potential for other management actions to impact WSR. (Interim management, as articulated in FSM 1909.12, Chapter 80, shows how the ORVs and classification would be protected on rivers found suitable.) An analysis of potential for conflict of WSR with other resource management is found in Appendix D, Volume III, Wild and Scenic Rivers. DLMP/DEIS Alternatives: Alternative C would result in the greatest benefits to WSRs, followed by Alternatives B and A, respectively. This is based on miles of river found suitable. Alternative D would result in no benefits.

BLM_0030783

**Table 3.33.1 – Stream Segments with Outstandingly Remarkable Values (ORVs)**

| Stream Name | Fish ORV | Wildlife ORV | Recreation ORV | Geology ORV | Scenery ORV | Ecological (plants) ORV*** | Archaeology ORV |
|---|---|---|---|---|---|---|---|
| Dolores above McPhee | | | Skyway | | | | |
| Dolores McPhee to Bedrock* | Roundtail Chub | | Rafting | Cliffs Linear Canyons | | NM privet, Monkey flower | Archy |
| Rio Lado | High-purity Cutthroat | | | | | | |
| West Dolores** | | Black Swift cluster | | | | | |
| Summit Canyon | | Canyon treefrog | | | | | |
| McIntyre Canyon | | | | | | Monkeyflower | |
| Bull Canyon | | | WSA, Hike to pools | | | | |
| Coyote Wash | | | WSA, Hike sandy wash | | | Kachina Daisy | |
| Animas River Bakers Bridge to Silverton | | | Train, Raft/Kayak | | Canyon, Train | | History |
| Cement Creek | | | | | | Iron Fens | |
| Cinnamon Creek | | | Alpine Loop | | | Altai cottongrass, Thickleaf whitlowgrass | |
| Maggie Gulch | | | | | | Showy, Colo Divide and Thickleaf Whitlowgrass | |
| Mineral Creek | | | Skyway | | Skyway wetland | Chattanooga Iron Fen, Sphagnum balticum | |
| South Fork Mineral Creek | | Black swift cluster | | | | Iron fen wetland | |
| West Fork Animas and California Gulch | | | | | | Altai cottongrass, clustered sedge | |
| Hermosa Creek and Tributaries | High-purity Cutthroat and reintroduction habitat | | Trails, remote motorized trails | | | | |
| Los Pinos above Vallecito* | | | Heavy-use trail | | | | |
| Los Pinos Tributaries previous recommendation* | | | | | | | |
| Vallecito Creek | | | Heavy-use trail, Kayaking | | Valley | | |
| Piedra River, Highway 160 to Forks* (extend to Chimney Rock) | | | Rafting, fishing | Headwaters complex | Box canyons | | Pre-history |
| East Fork Piedra River | High-purity Cutthroat | | | | Waterfalls | | |
| Middle Fork Piedra River* | | | | | | | |
| West Fork San Juan River | | | | San Juan volcanic field | | | |
| Wolf Creek and Fall Creek | | Black Swift cluster | | | Treasure Falls | | |
| East Fork San Juan River | | | | Textbook glaciation | | | Archy |

*Streams that were previously recommended for inclusion in the National Wild and Scenic Rivers system are marked with an asterisk (*).
**West Dolores was recommended by Colorado Division of Natural Resources, but not by the Federal agencies.
***Scientific names for the plants are as follows: Eastwood monkey-flower *(Mimulus eastwoodiae)*; New Mexico privet *(Forestiera pubescens)*; Kachina daisy *(Erigeron kachinensis)*; Colorado Divide whitlow-grass *(Draba streptobrachia)*; Altai cottongrass *(Eriophorum altaicum var. neogaem)*; Thickleaf Whitlowgrass *(Draba crassa)*; Showy Whitlowgrass *(Draba spectabilis var. oxyloba)* and Clustered sedge *(Carex praegraciilis)*.

BLM_0030784

**Impacts Related to Minerals Management**

Minerals development, consistent with the required guidelines, may result in localized, decreased vegetation in the riparian corridor, and small and/or temporary increases in sedimentation. These activities are not expected to impact the ORVs. The rivers most likely to be impacted are those with high mineral potential, which include:

- Dolores River, above McPhee (near Rico);

- Dolores River, McPhee to Bedrock;

- West Dolores (near Dunton);

- Summit Canyon;

- Animas River Bakers Bridge to Silverton (near Elk Park and Whitehead Gulch);

- Cement Creek;

- Cinnamon Creek;

- Maggie Gulch;

- Mineral Creek;

- South Fork Mineral Creek;

- West Fork Animas River in California Gulch;

- the very upper portions of South Fork Hermosa and Clear Creek;

- the very lowest portions of the mainstem of Hermosa Creek; and

- East Fork San Juan River.

*DLMP/DEIS Alternatives*: The impacts related to minerals management on WSR would be similar under all of the alternatives, although Alternatives B and C have more potential for conflict.

Suitable rivers classified as Wild in each alternative are administratively unavailable for oil and gas leasing, while rivers classified as Scenic or Recreational can be leased.  Under the "no new leasing scenario", leasing would also be prohibited on suitable rivers classified as Scenic or Recreational.  This would offer additional protection to some of the ORVs.

**Impacts Related to Livestock Grazing**

The continuation of livestock grazing may have little impact on WSRs. ORVs have been maintained under current grazing management, and no dramatic changes are expected if rivers are found eligible or suitable. Most WSR corridors have some acres of range allotments within them; however, standards and guidelines are in place in order to manage for desired conditions (as identified in allotment management plans). If new facilities are needed for livestock management, they would be designed to fit into the classification.

*DLMP/DEIS Alternatives*: The impacts related to livestock grazing on WSRs would be similar for all alternatives.

BLM_0030785

## Impacts Related to Recreation

Current recreation management has not impacted ORVs of eligible rivers. Continued recreation at the same intensity may, therefore, have little or no impact on WSRs. As recreation increases, either due to a general increase related to population pressure, or due to the findings of "suitable" additional impacts (e.g., trash not disposed of properly and human-caused fires) may occur, but such instances are anticipated to be low.

*DLMP/DEIS Alternatives*: The protection of larger miles of rivers found suitable in Alternatives B and C would enhance some recreation experiences.

## Impacts related to Vegetation Management

Timber harvest should not impact eligible rivers, since no suitable timber lands are within WSR corridors in any alternative. Vegetation management for fuels reduction may impact some segments but since those projects are allowed in WSR corridors only if they protect, enhance or restore the river environment, impacts are expected to be low.

*DLMP/DEIS Alternatives*: The impacts related to vegetation management on WSRs would be similar under all of the alternatives.

## Impacts related to water resource projects

A finding of suitability does not create a water right. A water resource project proposed on a suitable river will be analyzed as to its effect on a river's free-flow, water quality, and outstandingly remarkable values, with adverse effects prevented to the extent of existing agency authorities (such as special-use authority) and subject to valid existing rights. Projects on a suitable river may be subject to more intense analysis and additional mitigation, compared to rivers not eligible or suitable. Many of the suitable segments will have numerous conflicts with water resources. Additional information existing water rights, conditional water rights and expected development on specific river segments is found in Appendix D – Wild and Scenic Rivers.

If any of the rivers found in this planning process to be suitable were to be designated a WSR by Congress or the Secretary of the Interior, a Federal Water right would be created. Typically, the quantification of the federal reserved right is left to the federal agency that manages the river. The agency conducts studies to determine the minimum flow rates needed to support the ORVs. Then the federal agency submits an application containing the proposed quantification to a state court for confirmation and integration into the state water rights system. This quantity would have an appropriation date as of the date of the legislation, and would be junior to all existing water rights. Future diversions for the Wild & Scenic segment, or from tributaries or upstream reaches, could be challenged by the federal agency holding the water right if the proposed diversion causes flows to go below the quantified amount of the federal right.

The federal reserved right, along with other valid and existing rights, could hamper water developments proposed after the WSR designation, and could complicate changes in points of diversion and use of rights that are senior to the congressional designation of a wild and scenic river.

In our ongoing analysis of suitability (between draft and final), SJPL will continue to seek input from groups such Government-to-Government Water Roundtable, Southwest Basins Roundtable of the IBCC, and River Work Groups to determine which potential water projects are critically important for future water supply, and which projects have a high probability of construction. These will be considered along with other river values. DLMP/DEIS Alternatives: The impacts related to water resources development on WSRs will correlate with the river miles found suitable as WSR. Alternatives B and C have more potential for conflict.

BLM_0030786

**Figure 3.33.1 - Wild and Scenic River (WSR) Segments under Alternative A**



**Figure 3.33.2 - Wild and Scenic River (WSR) Segments under Alternative B**

BLM_0030788



**Figure 3.33.3 - Wild and Scenic River (WSR) Segments under Alternative C**

BLM_0030789



## CUMULATIVE IMPACTS

The 1983 SJNF LMP incorporated the recommendations previously made for the Dolores, Los Pinos, and Piedra Rivers, as well as the State recommendation for the West Dolores River. These rivers have been managed as suitable WSR management corridors within the planning area since that time, with their unique qualities protected by specific standards and guidelines. The BLM manages the Dolores River below McPhee Reservoir in order to protect the ORVs, and has enacted a specific river management plan written specifically for the corridor. Findings of eligibility or suitability in this decision would not change the current situation; therefore, they would not add cumulative impacts to these streams.

Findings of eligibility or suitability for the other streams listed above as eligible could have three impacts:

1) Recreation pressure may increase for the streams that have been identified as having ORVs. This is not expected to be substantial.  There could be a larger increase in recreation if any of these streams are designated as Wild and Scenic Rivers in the national system. Increased recreation could affect eligible W&SRs (e.g., trash not disposed of properly and human-caused fires), but the effects are anticipated to be low.  In a few cases, additional regulation may have to be imposed and enforced to maintain the outstanding segments values.

2) Proposals to dam or divert these streams may be given a higher level of scrutiny, and the development of water resource projects on these streams may be slowed. If any of these streams are designated as Wild and Scenic Rivers by Congress or by the Secretary, new dams would be prohibited (as specified in the legislation). New diversions might be prohibited, due to new water rights. As a result, insufficient water may be available for projected agricultural, municipal, and industrial growth on private lands within, or downstream, from the planning area.

3) The cumulative impacts related to management policy and, if designated, statutory direction would be the protection of river resources and natural processes over time.

BLM_0030790

## INTRODUCTION

The planning area shares the management on portions of three Wilderness Areas (Weminuche, South San Juan, and Lizard Head) with two other forests (the Grand Mesa, Uncompahgre and Gunnison/GMUG and the Rio Grande National Forests). The SJPLC has management responsibility for four BLM Wilderness Study Areas (WSAs): the Dolores River Canyon, McKenna Peak, Menefee Mountain, and Weber Mountain, as well as for one congressionally designated area – the Piedra. All in all, the SJPLC manages approximately 420,522 acres of congressionally designated Wilderness Areas, approximately 55,428 acres of WSAs, and the Piedra Area (approximately 62,550 acres) (which is managed for its Wilderness character).

Under the Colorado Wilderness Act of 1993, the Piedra Area (which was, at the time, an Inventoried Roadless Area/IRA), was so designated by Congress in order to maintain the area's existing wilderness charter. It now has potential to be included in the National Wilderness Preservation System. However, under Section 9 (b) Management, (2)(a), the SJPLC is not obligated to study the area for official Wilderness designation. Based on this Congressional mandate, the DLMP/DEIS does not include the Piedra Area in its roadless analysis. However, areas adjacent to the Piedra were analyzed.

Wilderness is part of the multiple-use management mission of both the BLM and the USFS. Wilderness provides opportunities for solitude, as well as for primitive and unconfined recreational experiences. Wilderness is also important to the maintenance of species diversity, the protection of threatened and endangered species, and the protection of watersheds, scientific research, and various social values. (For additional information about Wilderness, WSAs, and/or other special areas, refer to Wilderness Management Direction, amending the LMP for the San Juan and Rio Grande National Forests, which was completed in August of 1998. The San Juan/San Miguel Wilderness EIS (BLM 1990), is incorporated herein by reference.)

The Wilderness Act of 1964 directs the USFS to analyze additional undeveloped and unroaded lands for proposed inclusion in the National Wilderness Preservation System. The USFS inventories potential Wilderness by identifying IRAs of approximately 5,000 acres or larger, and/or IRAs adjacent to existing Wilderness Areas. There are three tests applied to IRAs before they are considered for Wilderness Area recommendations: capability, availability, and need. (See Appendix C, Volume III, for an inventory of IRAs.)

On October 21, 1993, the BLM completed its formal Wilderness review of the planning area. As a result of the analysis, the areas currently managed as WSAs would remain WSAs, until Wilderness legislation is passed or until Congress releases the areas for multiple uses (IM-2003-275).

BLM_0030791

## LEGAL AND ADMINISTRATIVE FRAMEWORK

### LAWS

- ***The Wilderness Act of 1964***: This act established a National Wilderness Preservation System for the permanent good of the whole people, and for other purposes. The Act provides guidance for the designation and management of Wilderness Areas.

- ***Federal Land Policy and Management Act (FLPMA) of 1976***: Section 603 of FLPMA, instructed the agency to inventory all of their lands, identify which were definitely not of wilderness quality, and then begin an intensive inventory and analysis to determine which of the remaining lands would be recommended for inclusion into the National Wilderness Preservation System.

- ***The Colorado Wilderness Act of 1993***: This act adds acreages to the following wilderness area(s): Buffalo Peaks Wilderness, Byers Peak Wilderness, Fossil Ridge Wilderness, Greenhorn Mountain Wilderness, Hunter-Fryingpan Wilderness, La Garita Wilderness, Lost Creek Wilderness, Mount Zirkel Wilderness, Never Summer Wilderness, Ptarmigan Peak Wilderness, Raggeds Wilderness, Sangre de Cristo Wilderness, Sarvis Creek Wilderness, South San Juan Wilderness, Uncompahgre Wilderness, Vasquez Peak Wilderness, Weminuche Wilderness.

### REGULATIONS AND POLICIES

- ***BLM Policy H-8550-1***: This provides direction for the roles of the States and BLM in the management of resident fish and wildlife in the WSAs; policy for construction of new permanent installations and for surface-disturbing activities in the WSAs; policies related to stocking, augmentation and re-establishment of wildlife species in the WSAs; policies for introduction or transplant of wildlife species into the WSAs; wildlife damage management in the WSAs; and modifications to Chapter 1, Section B, on implementing specific policy guidance related to management of the WSAs.

- ***FSM 2300***: This provides direction for management and planning in relation to recreation, Wilderness, and related resources.

BLM_0030792

**Figure 3.34.1 – Recommended Wilderness Alternative B**



**Figure 3.34.2 – Recommended Wilderness Alternative C**



**DESIGN CRITERIA**

Management guidelines and design criteria describe the environmental protection measures that would be applied to all of the alternatives at the project level in order to protect, enhance, and, where appropriate, improve resources related to wilderness and roadless area. Guidelines and design criteria are presented in Part 3 of Volume 2 of the DLMP/DEIS.

## AFFECTED ENVIRONMENT

### Existing Conditions and Trends

### Roadless Inventory

Using criteria from USFS directives, the San Juan National Forest (SJNF) conducted an inventory for this planning process. As a result, they identified 19 areas (totaling approximately 558,282 acres) as having "roadless character." (See Appendix C for illustrations of the 19 IRAs, and for details on the proposed management for each IRAs.)

IRAs included for analysis in this DLMP/DEIS meet the following criteria from the Wilderness Act and from Forest Service Handbook 1909.12:

- areas contain 5,000 acres, or more;

- areas contain less than 5,000 acres, but are contiguous to existing Wilderness Areas, or to areas recommended for Wilderness under other Federal ownerships; and

- areas do not contain classified roads.

Classified road are roads that are wholly, or partially, within or adjacent to USFS lands determined to be needed for long-term motor vehicle access. This includes private, local, State, and other Federal roads ( USFS [36 CFR 212.1].)

IRAs may contain motorized and non-motorized trails and user-created roads. They may also contain improvements (including motorized trails, unauthorized user-created roads, fences, Outfitter/Guide camps, and evidence of historical logging activities).

Recent timber harvesting areas, utility corridors, ski areas, and large reservoirs were excluded from the inventory. Table 3.34.1 shows the 19 areas included in the IRA inventory. The 558,282 inventoried roadless acres are approximately 4% of the total SJNF area.

BLM_0030795

**Table 3.34.1 - Roadless Areas Inventoried**

|   | AREA NUMBER | INVENTORIED ROADLESS AREA | ACRES | LANDSCAPE |
|---|---|---|---|---|
| 1 | SJ240 | San Miguel | 64,162 | Columbine and Dolores |
| 2 | SJ284 | South San Juan Adjacent | 35,077 | Pagosa |
| 3 | SJ285 | Treasure Mountain | 22,512 | Pagosa |
| 4 | SJ286 | Turkey Creek | 25,326 | Pagosa |
| 5 | SJ291 | Graham Park | 17,808 | Columbine |
| 6 | SJ292 | Piedra Area Adjacent | 44,789 | Columbine and Pagosa |
| 7 | SJ293 | Runlett Park | 5,618 | Columbine |
| 8 | SJ294 | Florida River | 5,726 | Columbine |
| 9 | SJ295 | HD Mountains | 25,140 | Columbine |
| 10 | SJ302 | East Animas | 16,864 | Columbine |
| 11 | SJ303 | West Needles | 7,049 | Columbine |
| 12 | SJ304 | Blackhawk Mountain | 17,533 | Dolores |
| 13 | SJ305 | Storm Peak | 57,623 | Dolores |
| 14 | SJ306 | Hermosa | 148,139 | Columbine and Dolores |
| 15 | SJ315 | Ryman | 8,665 | Dolores |
| 16 | SJ310 | Fish Creek | 13,537 | Dolores |
| 17 | SJ320 | Weminuche Adjacent | 22,683 | Columbine and Pagosa |
| 18 | SJ235 | Lizard Head Adjacent | 5,558 | Dolores |
| 19 | SJ309 | Baldy | 20,032 | Dolores |
|   |   | *TOTAL* | 558,282 |   |

Source: GIS Inventory

**Wilderness Potential Evaluation**

Lands evaluated under the roadless inventory, were further evaluated for their potential as Wilderness Areas. This evaluation is based on Wilderness capability, availability, and need.

Capability - The capability of a potential Wilderness Area is the degree to which that area contains the basic characteristics that make it suitable for Wilderness. The characteristics considered in this analysis are shown in Table 3.34.2.

BLM_0030796

**Table 3.34.2 – Wilderness Characteristics**

|  | WILDERNESS CHARACTERISTICS |
|---|---|
| Environment | The degree to which an area appears to be free from disturbance, so that the normal biological processes continue; and the degree to which the area provides visitor opportunity for solitude and sense of remoteness. |
| Challenge | The degree to which the area offers visitors an opportunity to experience adventure and self-reliance, often measured by the physical character of the land (terrain and vegetation) and proximity to sights and sounds of developments and travel systems. |
| Manageability of Boundaries | Consideration of the ability to manage the area as Wilderness; factors considered are size, shape, and juxtaposition to external influences. |
| Special Features | The capability of an area to provide other features such as geologic, scenic, or cultural values. |

*Availability* - The availability of a potential Wilderness Area is conditioned by the value of the Wilderness resource, when compared to the value of, and need for, other resources. Examples of values that may conflict with Wilderness values include oil and gas potential and exploration, timber harvesting, motorized/mechanized travel (summer or winter), fuels reduction needs, wildlife habitat treatments, and/or water storage needs. All lands identified as capable are further evaluated for availability. Table 3.34.3 lists lands that have been identified as capable and available for Wilderness within the planning area

BLM_0030797

**Table 3.34.3 – Roadless Areas Capable of and Available for Wilderness Recommendation**

| | Map # | ROADLESS AREA NAME | ACRES | ADJACENT WILDERNESS | AVAILABILITY |
|---|---|---|---|---|---|
| 1 | SJ310 | Fish Creek | 13,537 | Lizard Head | Available |
| 2 | SJ305 (RARE 2305) | Storm Peak | 57,623 | Lizard Head | Available |
| 3 | SJ315 (RARE 2315) | Ryman | 8,665 | Lizard Head | Available |
| 4 | SJ235 (RARE II 2235) | Lizard Head Adjacent | 5,482 | Lizard Head | Available |
| 5 | SJ304 (RARE II 2304) | Blackhawk Mountain | 17,533 | Lizard Head | Available |
| 6 | SJ306 (RARE II 2306) | Hermosa | 148,739 | Lizard Head, Weminuche | Available |
| 7 | SJ240 (RARE II 2240) | San Miguel | 64,162 | Lizard Head, Weminuche | Available |
| 8 | SJ303 (RARE II 2303) | West Needle | 7,049 | Weminuche | Available |
| 9 | SJ302 (RARE II 2302) | East Animas | 16,864 | Weminuche | Available |
| 10 | SJ309 (RARE II 2309) | Baldy | 20,032 | Weminuche | Available |
| 11 | SJ294 (RARE II 2294) | Florida River | 5,726 | Weminuche | Available |
| 12 | SJ293 (RARE II 2293) | Runlett Park | 5,618 | Weminuche | Available |
| 14 | SJ292 (RARE II 2292) | Piedra Area Adjacent | 44,789 | Piedra | Available |
| 15 | SJ291 (RARE II 2291) | Graham Park | 17,808 | Weminuche | Available |
| 16 | SJ320 (RARE II; 2294, 2290, 2288, 2293, 2289, 2287) | Weminuche Adjacent | 22,683 | Weminuche | Available |
| 17 | SJ286 (RARE II 2286) | Turkey Creek | 25,314 | Weminuche | Available |
| 18 | SJ285 (RARE II 2285) | Treasure Mountain | 22,512 | South San Juan | Available |
| 19 | SJ284 (RARE II 2284) | South San Juan Adjacent | 34,793 | South San Juan | Available |

Source: GIS Inventory
* Note: La Plata was combined with Hermosa in Appendix C

***Need*** - In terms of Wilderness potential, need addresses the degree to which an area would contribute to the overall National Wilderness Preservation System. Need is evaluated on a regional basis, and takes into consideration such factors as geographic distribution and representations of landforms and ecosystems. Table 3.34.4 summarizes the need evaluation for potential areas within the planning area.

**Table 3.34.4 – Need Evaluation**

| | MAP # | ROADLESS AREA NAME | ACRES NEEDED | NEED |
|---|---|---|---|---|
| 1 | SJ310 | Fish Creek | 0 | The area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect Wilderness characteristics while, at the same time, allowing for additional management tools not allowed under Wilderness protection. Recreation use (including mechanized travel) would be allowed while, at the same time, maintaining the SPNM character of the area. |
| 2 | SJ305 | Storm Peak | 0 | Same as Number 1. |
| 3 | SJ315 | Ryman | 0 | Same as Number 1. |
| 4 | SJ235 | Lizard Head Adjacent | 2,632 | The area would enhance Wilderness management of the existing Lizard Head Wilderness Area by improving the boundary. |
| 5 | SJ304 | Blackhawk Mountain | 0 | |
| 6 | SJ306 | Hermosa | 50,895 | The area would enhance the National Wilderness Preservation System by incorporating the west side of the Hermosa drainage, from the lower-elevation ponderosa pine to the top of Hesperus Mountain. |
| 7 | SJ240 | San Miguel | 0 | The area would not add significantly to the National Wilderness Preservation System. Proposed management under all of the alternatives would protect Wilderness characteristics while, at the same time, allowing for additional management tools not allowed under Wilderness protection. Recreation use (including mechanized travel) would be allowed while, at the same time, maintaining the character of the area. |
| 8 | SJ303 | West Needle | 0 | Same as Number 7. |
| 9 | SJ302 | East Animas | 0 | Same as Number 7. |
| 10 | SJ309 | Baldy | 0 | Same as Number 7. |
| 11 | SJ294 | Florida River | 0 | Same as Number 7. |
| 12 | SJ293 | Runlett Park | 0 | Same as Number 7. |
| 14 | SJ292 | Piedra Area Adjacent | 0 | Same as Number 7. |
| 15 | SJ291 | Graham Park | 0 | Same as Number 7. |
| 16 | SJ320 | Weminuche Adjacent | 1,428 | The area would enhance Wilderness management of the existing Weminuche Wilderness Area by improving the boundary. |
| 17 | SJ286 | Turkey Creek | 578 | The area would enhance Wilderness management of the existing Weminuche Wilderness Area by improving the boundary. |
| 18 | SJ285 | Treasure Mountain | 0 | The area would not add significantly to the National Wilderness Preservation System. Proposed management under all of the alternatives would protect Wilderness characteristics while, at the same time, allowing for additional management tools not allowed under Wilderness protection. Recreation use (including mechanized travel) would be allowed while, at the same time, maintaining the character of the area. |
| 19 | SJ284 | South San Juan Adjacent | 0 | Same as Number 18. |

BLM_0030799

## ENVIRONMENTAL CONSEQUENCES

## DIRECT AND INDIRECT IMPACTS

### General Impacts

Areas Recommended for Wilderness - Under Alternative B, approximately 55,533 roadless acres would be recommended for Wilderness. Under Alternative C, approximately 526,344 roadless acres would be recommended for Wilderness. Alternatives A and D would not propose any areas for Wilderness. A "Recommended Wilderness" determination, however, would not create a Wilderness Area. Congress must pass legislation designating areas as Wilderness. All of the areas recommended for Wilderness would be under a MA 1 allocation, which would protect the characteristics that make the area suitable for Wilderness designation. The areas recommended for Wilderness were identified using indications of public support, as well as information and data regarding the area's representation of special features (including large areas or topography that provides opportunities for solitude and primitive recreation; underrepresented geology and landforms, especially sedimentary geology and canyons; boundaries contiguous with existing Wilderness Areas; or areas recommended for Wilderness under other Federal ownership). The presence of wildlife species (including Canada lynx, Colorado cutthroat trout, water vole, sage-grouse, and/or pine marten), as well as records of bighorn sheep sightings, were considered. Sensitive plants, rare taxa, and their representative vegetation communities were also considered. The presence of cover types underrepresented in existing Wilderness Areas were identified as special features (including grasses, sagebrush, aspen, cottonwood/willow, Douglas-fir, limber pine, ponderosa pine, and pinyon-juniper). (See Appendix C, Volume 3, Roadless Areas Inventory, for additional documentation of the special features of each area.).

The areas recommended for Wilderness are typically somewhat smaller than the inventory areas. However, under Alternative C, all of the IRAs (except for the HD Mountains) would be recommended for designation as a Wilderness Area, or as a Wild and Scenic River (WSR), or as a Research Natural Area (RNA). The HD Mountains IRA would not be available for Wilderness. This is because 88% of the area is leased for oil and gas development.

### Impacts Related to Management Area Allocations

Table 3.34.5 shows the distribution of roadless acres inventoried for the DLMP/DEIS, cross the range of MA, by alternative.

BLM_0030800

**Table 3.34.5 – Roadless Acres in Management Areas by Alternative**

| MANAGEMENT AREA | ALTERNATIVE A (NO-ACTION ALTERNATIVE) | ALTERNATIVE B (PREFERRED ALTERNATIVE) | ALTERNATIVE C | ALTERNATIVE D |
|---|---|---|---|---|
| 1 | 1,803 | 113,286 | 528,173 | 16,321 |
| 2 | 522 | 41,601 | 29,417 | 28,879 |
| 3 | 384,379 | 371,014 | 1 | 418,754 |
| 4 | 45,381 | 25,312 | 183 | 27,109 |
| 5 | 119,107 | 464 | 508 | 55,657 |
| 7 | 0 | 4,181 | 0 | 4,196 |
| 8 | 7,090 | 2,423 | 0 | 7,366 |

The MA allocations are assigned to three broad groups (see Table 3.34.6). Assignments are based on the desired condition, design criteria, and the overall theme for the MA. The first group includes MAs with that would have the potential to retain Wilderness qualities based on the roadless inventory criteria. The second group includes any of the remaining MAs that would have the potential to retain roadless characteristics based on FSM 1920. The third group, generally, would not have roadless characteristics.

**Table 3.34.6 – Implications for Wilderness and Roadless by Management Area Group**

| IMPLICATIONS | MANAGEMENT AREA | MANAGEMENT AREA GROUP # |
|---|---|---|
| Allocations that generally retain the potential to be capable of, and available for, Wilderness designation | 1, 3 | 1 |
| Allocations that generally retain roadless characteristics | 1, 2, 3 | 2 |
| Allocations that are generally inconsistent with the roadless characteristics defined by the Roadless Area Conservation Rule | 4, 5, 7, 8 | 3 |

Generally, the areas under Group 1 would be undeveloped. These areas would have no classified roads, and very limited developed facilities (e.g., trails or signs). Generally, the areas under Group 2 would not be available for new roads or road reconstruction (although motorized use of existing roads and trails may continue). These areas would generally not allow for the cutting, sale, or removal of timber; however, certain exceptions are included in the Roadless Area Conservation Rule (RACR). The areas under Group 3 would allow activities that area inconsistent with the RACR, provided such activities were approved after separate, site-specific environmental analysis was conducted.

Table 3.34.7 shows the roadless acres and percentages that generally retain Wilderness potential, or RACR characteristics (Roadless characteristics would allow for motorized use on existing roads and motorized trails).

BLM_0030801

**Table 3.34.7 – Distribution of Roadless Acres by Management Area Groups by Alternative**

| MANAGEMENT AREA | ALTERNATIVE A (NO-ACTION ALTERNATIVE) | ALTERNATIVE B (PREFERRED ALTERNATIVE) | ALTERNATIVE C | ALTERNATIVE D |
|---|---|---|---|---|
| **Management Area Group 1**: Allocations that generally retain the potential to be capable of and available for Wilderness designation based on management area direction. | | | | |
| *Acres in Group* <br> *Percent of Roadless Acres in Group* | 386,182 <br> 69% | 484,301 <br> 87% | 528,174 <br> 95% | 1435,075 <br> 78% |
| **Management Area Group 2**: Allocations that generally retain roadless characteristics defined by the RACR, not including those in Group 1. | | | | |
| *Acres in Group* <br> *Percent of Roadless Acres in Group* | 552 <br> <1% | 41,601 <br> 7% | 29,417 <br> 5% | 28,879 <br> 5% |
| **Management Area Group 3**: Allocations that is generally inconsistent with the RACR. | | | | |
| *Acres in Group* <br> *Percent of Roadless Acres in Group* | 171,579 <br> 30% | 32,380 <br> 6% | 691 <br> <1% | 94,328 <br> 17% |

*DLMP/DEIS Alternatives*:  The highest percentage of Wilderness potential in Management Area Group 1 would be proposed under Alternative C (approximately 95%). Alternatives B (approximately 87%) and Alternative D (approximately 78%) would propose lesser amounts. The least Wilderness potential would be proposed under Alternative A (greater than 69%).

The highest percentage of roadless potential would be proposed under Alternative C (approximately 99%). Alternatives B (approximately 94%) and Alternative D (approximately 83%) would propose lesser amounts. The least roadless potential would be proposed under Alternative A (approximately 70%). These numbers are based on the sum of MA Groups 1 and 2. From most consistent with the RACR to least consistent with the RACR, the alternatives would rank as: C, B,  D, A.

**Impacts Related to Livestock Grazing**
The Wilderness Act (Section 4(d)(4)) allows livestock grazing "where established prior to the effective date of this Act... subject to such reasonable regulations as are deemed necessary." Permitted grazing would continue in IRAs, and there would be a minor increase in grazing.

*DLMP/DEIS Alternative*: The impacts related to livestock grazing on Wilderness and IRAs may be similar under all of the alternatives.

**Impacts Related to Recreation Management**
Areas recommended for Wilderness would be managed in the same manner as lands currently designated as Wilderness. Opportunities for primitive and non-motorized recreation would be featured in IRAs recommended for Wilderness designation. This is because these areas would provide the best opportunities for solitude, as well as exhibit the absence of motorized or mechanized vehicles and the absence of human developments. Alternative B and C would provide areas managed and recommended for Wilderness; Alternative A and D would not. Recommendation of an area for Wilderness designation may, in turn, lead to a moderate increase in recreation use and in the subsequent development of related facilities (including trailheads and site administration).

BLM_0030802

IRAs that are assigned to other MAs would be managed for the recreation opportunities available under those MAs. Generally, the existing settings are remote and Semi-Primitive (ROS) in character, although motorized trails occur in some areas. Snowmobiles traveling over snow (on trails or cross-country) would occur in some IRAs. The alternatives, ranked from proposing the largest to least amount of acres with remote, Semi-Primitive (ROS) settings are: Alternatives C, B, A, and D. IRAs managed in order to preserve their roadless qualities may be at risk from the recreational use of all-terrain vehicles (ATVs). User-created motorized routes have encroached upon some IRAs. This long-term impact related to motorized use may result in a moderate loss of roadless values. This impact would be mitigated in accordance with the 2005 Travel Management Rule, which requires motorized over-ground use to be on designated routes. As a result, short-term impacts may result from off-road over-ground motorized use in IRAs; however, over the long term, impacts may improve the roadless qualities under all of the alternatives.

***DLMP/DEIS Alternatives***: Alternative C may result in greatest beneficial impacts to Wilderness Areas and to IRAs, followed by Alternatives B, A, and D. This would be mainly due to MA designations that would retain and protect remote, Semi-Primitive (ROS) non-motorized settings.

### Impacts Related to Timber Management

IRAs that allocated to Management Area 1 (recommended Wilderness) would not be available for timber harvesting. IRAs are allocated to MAs other than recommended Wilderness may be available for vegetation treatments, including timber harvesting, consistent with the standards and guidelines found in the approved LMP.

***DLMP/DEIS Alternatives***: Alternatives D and A may result in impacts to portions of some IRAs, as a result of timber harvesting. Those impacts may be minor, and may primarily occur along the fringes of the IRAs. Alternatives B and C may result in the least impacts to IRAs. This is because road construction associated with timber harvesting would generally not be allowed.

### Impacts Related to Travel Management

Depending upon travel suitability and MA allocations, IRAs may provide a variety of travel opportunities. IRAs recommended for Wilderness (MA 1) would permit foot and horse travel, and would prohibit motorized and mechanized travel. Other MA designations would allow for some motorized and mechanized recreation. The impacts to IRAs related to travel management may be the same as the impacts related to recreation management.

MAs that would not allow additional road construction may result in the least impacts to IRAs. Alternatives B and C may have the least impacts, therefore, on IRAs. Alternatives A and D would propose the most IRAs under prescriptions allowing road construction. The impacts from travel management requiring the use of existing trails, may help mitigate overall IRA qualities, as long as the trails were well designed. Newly constructed roads (even if closed to recreational motorized use) may result in adverse impacts to IRA qualities.

***DLMP/DEIS Alternatives***:  Overall, travel management designations under Alternative C may result in the greatest beneficial impacts to Wilderness Areas and to IRA, followed by Alternatives B, A, and D. This is because they would retain and protect remote, Semi-Primitive (ROS) non-motorized settings.

BLM_0030803

**Impacts Related to Special Area Designations**

Under all of the alternatives, RNA proposals (MA 2) and WSR recommendations would overlap portions of the Wilderness Areas and IRAs, and, therefore, may result in no impacts to the capability or need for Wilderness recommendation. This is because their management would be compatible with the management of Wilderness Areas, WSAs, and proposed Wilderness Areas. RNA and WRS designations would protect Wilderness values, even if the areas were managed for other purposes.

***DLMP/DEIS Alternatives***: The impacts related to special area designations would be the same under all of the alternatives.

**Impacts Related to Fire and Fuels Management**

Under MA 1s, bulldozers would not be used in order to manage wildfire. Wildland Fire Use (WFU) (i.e., a fire started by lightning, but allowed to burn under prescribed conditions) may occur under MA 1s, 2s, and 3s, if site-specific fire management planning is completed. Fuels treatment would be allowed under MA 1s, 2s, and 3s, when it is compatible with Wilderness values. Impacts from fire and fuels management may be mitigated by policy and process, and may result in impacts to IRA qualities.

***DLMP/DEIS Alternatives***: The impacts related to fire and fuels management may be the same under all of the alternatives.

**Impacts Related to Oil, Gas, and Minerals Development**

IRAs under MA 1s would be administratively unavailable for oil, gas, and mineral development; therefore, they would be largely unaffected by development. All other IRAs may be potentially impacted by the development of minerals under the mining law, posing some conflict with Wilderness values.

IRAs under MAs where no surface occupancy (under a NSO stipulation) is allowed for oil and gas development, may generally, be less impacted by development than would IRAs allocated to MAs with controlled surface use (under a CSU stipulation). Areas with standard lease terms may have the least protection from impacts related to oil and gas development. It is likely that oil and gas wells would be drilled on existing leases in the HD Mountains IRA. The other IRAs in the planning area may have low to moderate potential for development.

***DLMP/DEIS Alternatives***:  In terms of area more likely to be impacted by oil, gas, and minerals development, to acres less likely to be impacted, the Alternatives would rank as A, D, B, and C. If no new leases were made available, the impacts to the Roadless characteristics would be similar to the impacts under all alternatives because most of the development will occur on existing leases.

BLM_0030804

## CUMULATIVE IMPACTS

IRA characteristics are changed as the result of many types of development (including roads, timber management, recreation facilities, and reservoirs). Although the total acres developed in the past planning period was relatively small, the decrease in acres with roadless characteristics is a long-term and continuing trend (although perhaps not noticeable within the implementation-life of the final approved LMP). Historically, the development of roads and the management of timber stands has impacted the most acres. This trend, however, has slowed dramatically, and is likely to continue to decline in the future.

Development of private in-holdings, as well as oil and gas development (especially in the HD Mountains IRA) has been the primary reason for the loss of roadless characteristics. The impact of development extends from the past into the future, and would apply to the general planning area (outside of Wilderness Areas). The impacts may be least under Alternative B and C (where areas are recommended for Wilderness designation), and the greatest under Alternatives A and D. Under a no leasing scenario all of the roadless areas except for the HD's and 974 acres of the South San Juan Adjacent would not have any potential for oil and gas exploration.

Off-highway vehicle (OHV) use (including jeeps, SUVs, ATVs, mountain bikes, motorcycles, and other vehicles) has increased within the planning area. A motorized or mechanized rider can travel across larger areas in a shorter amount of time than most other recreation users; therefore, the demand for access to more terrain is likely to increase. Advocates for OHV/mountain bike users are expected to request increased access to IRAs. Unauthorized motorized routes, both roads and trails, have been created and/or extended within the planning area. The lack of adequate well-maintained signs contributes to this problem. Use of unauthorized routes has occurred in both roaded and unroaded parts of the planning area. If this use continues, it may diminish IRA values. As local and national populations continue to age, the demand for easier access, primarily vehicle access, to destinations with IRAs is expected to increase. The current impacts related to user-created routes is widespread within the planning area. User-created routes, however, are expected to decline in the future (as a result of the elimination of areas open to cross-country use under all of the alternatives and as a result of the restoration of existing user-created routes). The impacts related to user-created routes are expected to decline in the future under Alternative C (as a result of prohibiting motorized use in areas recommended for Wilderness Area designation). Currently, instances of unauthorized use are managed through peer pressure and through law enforcement. The implementation of the 2005 Travel Management Rule and EMS may move the trend away from unauthorized use.

IRAs may be impacted by development activities and motorized recreation. Impacts to IRA qualities can be generally ranked in terms of most impacts to least impacts: Alternatives A, D, B, and C, respectively.

BLM_0030805

## POTENTIAL CONFLICTS WITH GOALS/OBJECTIVES OF OTHER AGENCIES

The USFS and BLM have coordinated with various Federal, State, and local agencies in the formulation of alternatives; development of goals, objectives, standards, and guidelines; and other important aspects of the revision process. Consultations included American Indian tribes; U. S. Fish and Wildlife Service; Colorado Department of Natural Resources, Colorado Division of Wildlife; Colorado Water Conservation District; county governments; and other local, State, and Federal agencies. County Land Use Plans were also reviewed. For more discussion of coordination, please see Volume 3, Appendix A. The administrative record, located at the San Juan Public Lands Center in Durango, Colorado, contains proceedings of the coordination efforts.

Alternatives, associated effects, SJPL-wide standards and guidelines, and management area prescriptions are generally compatible and compliment the goals and objectives of land management agencies adjacent to or near the San Juan Public Lands.

## RESOURCE COMMITMENTS

### Energy Requirements for Implementing the Alternatives

- Energy is consumed in the administration and use of natural resources from the San Juan Public lands. For purpose of the Revised LMP, energy sources are gasoline, diesel fuel, liquefied petroleum, natural gas, electricity, and wood. Although many activities consume energy, the following are considered important in the implementation of any alternative:

- Energy consumption related to recreation is the amount required for visitors to get to and around the SJPL, and for administrative purposes. The amount used is based on the number of dispersed and developed recreation visitor days, estimated trip lengths, and facility construction.

- Energy consumed in timber harvesting is the amount required for felling, bucking, skidding, loading, hauling, for performing road maintenance, and for the industrial traffic associated with harvest activities.

- Energy consumed in utilizing range vegetation is the amount required for hauling stock to and from the range and for permittee range improvement activities (watering, salting, and herding).

- Energy consumed in road construction and reconstruction activities is that used by contractors or USFS and BLM crews in completing road development.

- Energy consumed by USFS and BLM administrative activities includes vehicle use; lighting and heating of buildings; and fuel used in such equipment as small engines and burners.

BLM_0030806

## UNAVOIDABLE ADVERSE EFFECTS

The application of SJPL-wide standards and guidelines and other resource protection measures would limit the extent and duration of any adverse environmental effects. Nevertheless, some adverse effects are unavoidable. Adverse effects for one source may be a beneficial effect for another. For example, timber harvest may adversely affect the habitat for places that need mature, large trees while at the same time increasing the amount of habitat for species that need early successional habitat. For a detailed discussion of all effects, including unavoidable adverse effects, see the Environmental Consequences discussions for each resource area: air, biological diversity, recreation, minerals, etc.

## RELATIONSHIP BETWEEN SHORT-TERM USES OF THE ENVIRONMENT AND LONG-TERM PRODUCTIVITY

Short-term uses are those expected to occur on the San Juan Public Lands over the next ten years. These uses include, but are not limited to, recreation, grazing, mineral development, timber harvest, and prescribed burning. Long-term productivity refers to the capability of the land to provide resource outputs for a period of time beyond the next ten years.

The minimum management requirement established by regulation 36 CFR 219.27 provides for the maintenance of long-term productivity of the land. Minimum management requirements prescribed by the SJPL-wide standards and guidelines will be met under all alternatives. Minimum requirements assure that long-term productivity of the land will not be impaired by short-term uses.

Monitoring, described in Volume 2, Part 2, applies to all alternatives. One purpose of monitoring is to assure that the long-term productivity of the land is maintained or improved. If monitoring and subsequent evaluation indicates that SJPL-wide standards and guidelines are insufficient to protect long-term productivity, the LMP will be amended accordingly.

Although all the alternatives were designed to maintain long-term productivity, there are differences between alternatives in the long-term availability or condition of resources. There may also be differences between alternatives in the expenditures necessary to maintain desired conditions.

BLM_0030807

## IRREVERSIBLE AND IRRETRIEVABLE COMMITMENT OF RESOURCES

The irreversible commitment of resources means that nonrenewable resources are consumed or destroyed. Examples include mineral extraction, which consumes nonrenewable minerals and potential destruction of such things as heritage resources by other management activities. These consumptions or destructions are only renewable over extremely long periods of time.

The irretrievable commitment of resources means that opportunities are foregone. They represent trade-offs in the use and management of forest and rangeland resources. Irretrievable commitment of resources can include the expenditure of funds, loss of production, or restrictions on resource use.

Decisions made during the plan revision process do not represent actual irreversible or irretrievable commitments of resources. They merely determine the kinds and levels of activities that are appropriate on the San Juan Public Lands. Additionally, a land management plan does not make site specific or project decisions. A decision to irreversibly or irretrievably commit resources occurs:

- When the USFS or BLM makes a project- or site-specific decision.
- At the time Congress acts on a recommendation to establish a new wilderness or to include a river in the Wild and Scenic River System.

Examples of irretrievable resource commitments associated with Revised Plan decisions are as follows:

- Commodity outputs and uses (such as motorized recreation) are curtailed or eliminated in areas recommended for, and subsequently designated as, wilderness, Wild and Scenic Rivers, Research Natural Areas, and some Special Areas (such as botanical and archeological).
- Opportunities for nonmotorized recreation, solitude, and primitive or wilderness experiences are foregone if portions of the SJPL are not allocated or recommended for these purposes.
- Timber volume outputs would be foregone on lands determined not suitable for harvest.
- Commodity outputs are reduced or foregone on areas allocated to specific uses or purposes, such as developed recreation sites, old growth habitat, or botanical areas.
- Non-commodity values such as scenic resources may be reduced or foregone in areas allocated to commodity uses.
- To the degree that an alternative preserves or encourages the development of mature and old-growth habitat, opportunities to develop early successional habitat are reduced.
- The Record of Decision that accompanies the Final Land Management Plan and the USFS Oil and the Gas Leasing Analysis will authorize the Bureau of Land Management to lease certain portions of National Forest System lands based on the leasing analysis in the final EIS and subject to the leasing stipulations in Volume 3, Appendix H. Although surface disturbance cannot occur on leased land without further NEPA analysis and decision-making, issuance of a lease confers certain rights on the lessee and represents a commitment of resources. The effects of the exploratory and developmental wells on lands with low oil and gas development potential were analyzed and disclosed in all alternatives.

BLM_0030808

**SAN JUAN PUBLIC LANDS**
*Draft Land Management Plan / Draft Environmental Impact Statement*

VOLUME 1 ■ **Draft Environmental Impact Statement**

# Chapter 4
# PREPARERS

## DAVID BAKER

*Recreation/Special Use/Wilderness Program Leader, San Juan Public Lands Center*

**Education** — Bachelor of Science, Recreation Resource Management University of Montana, 1980.

**Experience** — Twenty-four years of experience with the Bureau of Land Management and the U.S. Forest Service. Outdoor Recreation Planner for the Bureau of Land Management in Cody, Wyoming and Worland, Wyoming. Since 2002, work experience on the San Juan National Forest includes fire restoration, planning, recreation and lands special uses, developed and dispersed recreation, and wilderness.

## MARK BALL

*Wildlife Biologist Program Leader, San Juan Public Lands Center*

**Education** — Bachelor of Science, Wildlife Ecology, 1976; Master of Science, Range Ecosystem Management, University of Florida, 1979.

**Experience** — Twenty-seven years of experience with the U.S. Forest Service on 4 national forests and national grasslands in 2 regions as a Range Technician, Range Conservationist, and a Wildlife Biologist. Current Assignment: providing technical assistance and practical knowledge for the wildlife sections of the DLMP/DEIS.

## MARY J. BLANCHARD

*Civil Engineer, San Juan Public Lands Center*

**Education** — Bachelor of Science, Environmental Engineering, University of Florida, 1991.

**Experience** — Fourteen years of experience, including 4 years with the U.S. Forest Service on the San Juan National Forest, Colorado; and the Tongass National Forest, Alaska; and 10 years in engineering and environmental consulting. Experience includes transportation and travel management planning, civil design, facility management, construction management, permitting, regulatory compliance, and soil and water remediation.

## JENNIFER M. BURNS

*Landscape Architect, San Juan Public Lands Center*

**Education** — Bachelor of Science, Renewable Natural Resources, University of Arizona, 1980; Masters in Landscape Architecture, University of Arizona, 1987.

**Experience** — Twenty-five years of experience in public land management. Experience includes work as a Landscape Architect in Regions 2, 3, and 6 on the Mt. Hood and Deschutes National Forests, Oregon; and the Prescott and Coconino National Forests, Arizona; and work as a Resource Management Specialist for the National Park Service at Grand Canyon National Park and Chiricahua National Monument, Arizona; and Lassen National Park, California.

BLM_0030809

## JULIE COLEMAN

### Heritage Team Leader, San Juan Public Lands Center

| | |
|---|---|
| ***Education*** | Bachelor of Art, Geology (emphasis in Archaeology), Western State College, 1990; Master of Arts, History (emphasis in Historic Preservation), Colorado State University, 1992. |
| ***Experience*** | Sixteen years of experience with the Bureau of Land Management and the U.S. Forest Service. Field Office Archaeologist for the Bureau of Land Management in Worland, Wyoming; Gunnison, Colorado; and Montrose, Colorado.  Since 2006, work includes Heritage Team Lead for the San Juan Public Lands Center. |

## DAVID DALLISON

### Timber Program Leader, San Juan Public Lands Center

| | |
|---|---|
| ***Education*** | Bachelor of Science, Forest Management Science, Colorado State University, 1975. |
| ***Experience*** | Twenty-nine years of experience with the U.S. Forest Service in timber management and fire management, and as a Certified Silviculturist and Fire Behavior Analyst. |

## LINDA FARNSWORTH

### Archaeologist, Canyons of the Ancients National Monument

| | |
|---|---|
| ***Education*** | Bachelor of Arts, Anthropology, Northern Arizona University, 1977. |
| ***Experience*** | Twenty-eight years of experience with the U.S. Forest Service and the Bureau of Land Management in the field of archaeology as a District Archaeologist in northern Arizona; the Heritage Program Lead for the San Juan Public Lands Center in southwestern Colorado; and, currently, as the Canyons of the Ancients National Monument Archaeologist in southwestern Colorado. Responsibilities include managing all facets of the Monument's archaeology, paleontology, and history programs. This includes developing and maintaining numerous partnerships with academic institutions, tribes, other Federal agencies, and volunteers. |

## RANDY GHORMLEY

### Wildlife Biologist, Rio Grande National Forest

| | |
|---|---|
| ***Education*** | Associate of Science, Forestry, Feather River College, 1984; Associate of Science, Wildlife Management, Feather River College, 1984; Bachelor of Science, Wildlife Management, Humboldt State University, 1989. |
| ***Experience*** | Twenty-two years of experience with the U.S. Forest Service on 6 national forests in 3 regions as a Forestry Technician, Wildlife Technician, and Wildlife Biologist. Current Assignment: providing technical assistance and practical knowledge for the wildlife sections of the DLMP/DEIS. |

BLM_0030810

## CHARLIE HIGBY

*Realty Specialist, San Juan Public Lands*

**Education**  Bachelor of Arts, Humanities, Fort Lewis College, 1989

**Experience**  Eleven years of experience with the BLM as a Realty Specialist, San Juan Resource Area; 5 years of experience as a BLM Realty Specialist, San Juan Public Lands Center.

## CLYDE JOHNSON

*Realty Specialist, San Juan Public Lands Center*

**Education**  Bachelor of Science, Agriculture/Range Science, Hardin-Simmons University, 1974.

**Experience**  Thirty-three years of experience with the Bureau of Land Management in southwestern Colorado as a Range Conservationist, Natural Resource Specialist, Surface Reclamation Specialist, Environmental Protection Specialist, and Lead Rangeland Management Specialist.

## MICHAEL G. JOHNSON

*Renewable Resource Staff Officer/Assistant Center Manager, San Juan Public Lands Center*

**Education**  Bachelor of Science, Resource Conservation, University of Montana, 1975; Master of Science, Forest Hydrology, Oregon State University, 1978.

**Experience**  Twenty-nine years of experience with the U.S. Forest Service in Arizona, Idaho, Montana, and Colorado on 3 national forests and in 1 Regional Office. Work experience includes Forest Hydrologist, Regional Hydrologist, District Ranger/Field Office Manager, and Staff Officer/Assistant Center Manager.

## RANDY LEWIS

*Hazardous Fuels Specialist, San Juan Public Lands Center*

**Education**  Associates Degree, Civil Engineering Technology, Idaho State University, 1974.

**Experience**  Thirty-three years of experience with the Bureau of Land Management in Idaho and Colorado as a Civil and Petroleum Engineering Technician, Environmental Protection Specialist, and as a Hazardous Fuels Specialist. Thirty-five years of training and experience with wildfires and the use of wildland fire as a management tool.

## SHANNON MANFREDI

*Plan Revision Team Leader, San Juan Public Lands Center*

**Education**  Bachelor of Arts, Humanities, Fort Lewis College 1993; Master of Arts, Political Science (emphasis in Public Policy and Administration), University of Colorado at Denver, 2007.

**Experience**  Seven years of experience in public lands planning. Work experience includes community development and planning, public administration with local governments, and non-profit administration.

BLM_0030811

## STEPHANIE O'DELL

*Abandoned Mine Lands Project Manager/Hazardous Materials Coordinator, San Juan Public Lands Center*

**Education**   Bachelor of Arts, Biology (Minors in Chemistry and Geology), University of Northern Colorado, 1980.

**Experience**   Eight years of experience with the City of Loveland as a Chemist, Industrial Pretreatment Coordinator and Environmental Protection Specialist/Hazardous Materials (HazMat) Coordinator; 2 years with the Southern Ute Indian Tribe as a Water Quality Specialist/HazMat Coordinator; 7 years with the Bureau of Land Management as a Superfund Site Remedial Project Manager and HazMat Coordinator in Farmington, New Mexico; and 10 years with the Bureau of Land Management and the U.S. Forest Service as the Upper Animas Abandoned Mine Lands Pilot Project Manager/HazMat Coordinator in Durango, Colorado.

## KELLY PALMER

*Hydrology/Air Program Leader, San Juan Public Lands Center*

**Education**   Bachelor of Science, Geology, Fort Lewis College 1985; Master of Science, Watershed Science, Colorado State University, 1991.

**Experience**   Eighteen years of experience with the U.S. Forest Service as a Hydrologist on the Idaho Panhandle National Forest, Idaho; as a District Hydrologist on the Ochoco National Forest, Oregon; and as a Forest Hydrologist/Air Manager on the Dixie National Forest, Utah and the San Juan National Forest, Colorado. Work experience includes surface and groundwater hydrology, water chemistry, water rights, fluvial geomorphology, geology, soils, and air management, including air quality and visibility protection.

## JIM POWERS

*Minerals/Lands Staff, San Juan Public Lands Center*

**Education**   Bachelor of Science, Forest Products, Business Management, University of Idaho, 1977; Master of Science, Forest Resource Management, University of Idaho, 1988.

**Experience**   Twenty-eight years of experience in public lands management, including assignments as a Forestry Technician, Recreation Technician, Recreation (and non-recreation) Lands Staff, Operations Research Analyst, Forest Planner, National Environmental Policy Act Coordinator, and Minerals and Lands Program Coordinator.

## ANDREW G. RABY

*Physical Scientist/Geologist, San Juan Public Lands Center*

**Education**   Bachelor of Science, Geology, University of New Orleans, 1978; Master of Science, Geology, New Mexico Institute of Mining and Technology, 1982.

**Experience**   Twenty-seven years of experience with the U.S. Forest Service and the Bureau of Land Management on 1 national forest and 2 Regional Offices as a Geologist in the minerals, CERCLA, lands and heritage programs; manager of the Chimney Rock Archaeological Area; summer intern with the United States Geological Survey, CUSMAP project; and uranium geology exploration intern with Plateau Resources LTD.

BLM_0030812

## JEFF REDDERS

*Ecology and Soils Program Leader, San Juan Public Lands Center*

*Education*   Bachelor of Science, Natural Resources, University of Wisconsin, Madison, 1978.

*Experience*   Seventeen years of experience with the U.S. Forest Service as an Ecologist/Soil Scientist on the San Juan National Forest, Colorado; 3 years as an Ecologist/Soil Scientist in the Southwestern Regional Office, New Mexico; 4 years as an Ecologist/Soil Scientist on the Carson National Forest, New Mexico; 3 years as an Ecologist/Soil Scientist on the Apache/Sitgreaves National Forest, Arizona; and 1 year as a Soil Scientist on the Hiawatha National Forest, Michigan.

## MIKE RETZLAFF

*Regional Economist and Social Science Coordinator, USFS Rocky Mountain Region*

*Education*   Bachelor of Science, Watershed Science, Colorado State University, 1973; Master of Science, Economics, Colorado State University, 1976.

*Experience*   Twenty-five years experience with the U.S. Forest Service as an Economist in 2 Regional Offices and with the Washington Office; 6 years as a Forest Planner (Planning Staff Officer) on the Routt National Forest and Medicine Bow National Forests, Colorado and Wyoming; and 1 year as a Hydrologist in the Rocky Mountain Regional Office, Colorado.

## LAURA STRANSKY

*Planning Assistant, San Juan Public Lands Center*

*Education*   Bachelor of Arts, Biological Science, Concordia College, Minnesota, 1975.

*Experience*   Twenty-eight years of experience with the U.S. Forest Service working in timber inventories, public information, and as an Old-Growth Inventory Coordinator and Planning Assistant.

## JESSEY TASE

*Geographer/GIS Specialist, San Juan Public Lands Center*

*Education*   Bachelor of Science, Geology and Environmental Studies, St. Lawrence University, 1999; Master of Arts, Geography, University of Montana, 2004.

*Experience*   Three years of experience with the U.S. Forest Service making maps and analyzing spatial information for the San Juan National Forest, Colorado. Prior experience includes soils testing in the private sector and environmental education for non-profit organizations.

BLM_0030813

## GARY THRASH

*Planning and Environmental Analyst, San Juan Public Lands Center*

*Education*  Bachelor of Science, Biological Science, Colorado State University, 1971.

*Experience*  Twenty-nine years of experience with the Bureau of Land Management in 3 offices in 2 states as a Range Technician, Realty/Recreation Specialist, Environmental Analyst, Ecologist, Resources Staff Supervisor, RMP Team Leader, and as a Planning/Environmental Analyst. Work experience includes 8 years as a Seasonal Technician with the National Park Service and the U.S. Forest Service in Colorado and Washington. Current Assignment: providing technical assistance and practical knowledge for the paleontology, utility corridors, electronic sites, Areas of Critical Environmental Concern, and monitoring sections of the DLMP/DEIS.

## MARK TUCKER

*Rangeland Management Program Leader, San Juan Public Lands Center*

*Education*  Bachelor of Science, Range Management, Humboldt State University, 1979.

*Experience*  Twenty-eight years of experience with the U.S. Forest Service in rangeland and noxious weed management in Colorado and Wyoming.  Work experience includes assignments in minerals management, recreation, wildlife, watershed, and special uses.

## THURMAN WILSON

*Planning and Public Services Assistant Center Manager, San Juan Public Lands Center*

*Education*  Bachelor of Science, Forest Resource Management, Ohio State University, 1977.

*Experience*  Twenty-eight years of experience with the U.S. Forest Service on 4 national forests (in the Rocky Mountain and Pacific Northwest Regions, the Regional Office for the Rocky Mountain Region, and the Washington Office) as a Forester, Economist, Operations Research Analyst, District Ranger, Staff Officer, and Assistant Center Manger (6 years with shared BLM/USFS duties).

## CATHLEEN A. ZILLICH

*Hydrologist, San Juan Public Lands Center*

*Education*  Bachelor of Science, Watershed Management, Colorado State University, 1978.

*Experience*  Twenty-nine years of experience with the U.S. Forest Service on 3 national forests in 2 Regions, and at District and Supervisor Offices. Work experience includes Forest Hydrologist; water rights, minerals and lands administration; GIS stream inventory; fire restoration; and abandoned mine reclamation. Current Assignment: providing technical assistance and practical knowledge for the Wild and Scenic Rivers section of the DLMP/DEIS.

BLM_0030814

## LEADERSHIP TEAM

| | |
|---|---|
| Forest Supervisor / Center Manager | **MARK STILES** |
| Associate Forest Supervisor / Center Manager | **HOWARD SARGENT**\*\* |
| Assistant Center Managers | **MIKE JOHNSON** |
| | **THURMAN WILSON** |
| | **BRIAN DAVIS**\*\* |
| | **MATT JANOWIAK** |
| | **RON DUVALL** |
| | **BOB SIEGER** |
| | |
| District Rangers / Field Office Managers | **PAULINE ELLIS** |
| | **JO BRIDGES**\*\* |
| | **KEVIN KHUNG** |
| | **STEVE BEVERLIN** |
| | **JAMIE SELLAR-BAKER** |

\*\* No longer assigned to the San Juan Public Lands.

## ADDITIONAL CONTRIBUTORS AND PREPARERS

## CONSULTANTS

**SANDRA HILTON** – Graphic Artist/Editor, Hilton Publishing:  Editing/Formatting

**BILL MANGLE** – Natural Resource Planner, ERO Resources Corporation:  Formatting, Chapter 3

**GABE PRESTON** – Graphic Artist/Editor, RPI Consulting:  Editing/Formatting

**KRISTINA WOODALL** – Writer/Editor, Irving Burton Associates (IBA):  Writing/Editing

BLM_0030815

**SAN JUAN PUBLIC LANDS**
*Draft Land Management Plan / Draft Environmental Impact Statement*

VOLUME 1 ■ **Draft Environmental Impact Statement**

# Chapter 5
# REFERENCES
# AND GLOSSARY

## 5.1   REFERENCES

Adams, D. K., and A. C. Comrie. 1997. The North American Monsoon. Bulletin of the American Meteorological Society 78: 2197-2214.

Agee, J.K. 1998. Landscape Fire Regimes and their Implications for Wildlife. In: Fire

and Wildlife in the Pacific Northwest: Research, Policy, and Management. Symposium of the Northwest Section of The Wildlife Society, April 6-8, 1998. Spokane, Washington.

Aldon, E. F. and T.J. Loring. 1977. Ecology, Uses, and Management of Pinyon-Juniper Woodlands. Proceedings of the workshop in Albuquerque, New Mexico, March 24-25, 1977. USFS General Technical Report RM-39. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Allen, C. D. 2002. Lots of Lightning and Plenty of People: An Ecological History of Fire in the Upland Southwest. Chapter 5. In: Fire, Native Peoples, and the Natural Landscape. Vale, T.R. (editor). Island Press. Washington, D.C.

Allen, C. D., M. Savage, D. A. Falk, K. F. Suckling, T. W. Swetnam, T. Schulke, P. B. Stacey, P. Morgan, M. Hoffman, and J. T. Klingel. 2002. Ecological Restoration of Southwestern Ponderosa Pine Ecosystems: A Broad Perspective. Ecological Applications 12:1418-1433.

Alpine Vegetation in the Sangre de Cristo Mountains, Wheeler Peak and Latir Peak Areas. Author Unknown.

American Sportfishing Association. 2006. State and National Economic Impacts of Fishing, Hunting, and Wildlife-Related Recreation on U.S. Forest Service-Managed Lands. Prepared for U.S. Forest Service. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Andreasen, J.K and J.R. Barnes. 1975. Reproductive Life History of *Catostomus ardens* and *C. discobolus* in the Weber River, Utah. Copeia 1975(4):645-648.

Andrews, T. 1983. Subalpine Meadow and Alpine Vegetation of the Upper Pecos River. Unpublished Report. Thesis. Prepared for the U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Bailey, R.G. 1995. Description of the Ecoregions of the United States. 2nd edition, revised and expanded (1st ed. 1980). Miscellaneous Publication No. 1391 (revised). U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Baisan, C. H. and T. W. Swetnam. 1990. Fire History on a Desert Mountain Range. Canadian Journal of Forest Research 20:1559-1569.

Baker, W. L. 1989. Landscape Ecology and Nature Reserve Design in the Boundary Waters Canoe Area, Minnesota. Ecology 70:23-35.

Baker, W. L. 1992a. Effects of Settlement and Fire Suppression on Landscape Structure. Ecology 73:1879-1887.

Baker, W. L. 1992b. The Landscape Ecology of Large Disturbances in the Design and Management of Nature Reserves. Landscape Ecology 7:181-194.

Baker, W. L. 2006. Fire and Restoration of Sagebrush Ecosystems. Wildlife Society Bulletin 34(1): 177-185.

Baker, W. L. and D.J. Shinneman. 2004. Fire and Restoration of Pinon-Juniper Woodlands in the Western U.S.: A Review. Forest Ecology and Management 189:1-21.

Baker, W. L. and T. T. Veblen. 1990. Spruce Beetles and Fires in the Nineteenth-Century Subalpine Forests of Western Colorado, U.S.A. Arctic and Alpine Research 22:65-80.

BLM_0030816

Baker, W. L. 1983. Alpine Vegetation of Wheeler Peak, New Mexico, USA: Gradient Analysis, Classification, and Biogeography. Arctic and Alpine Research. Volume 15, Number 2: 223-240.

Balda, R.P. 1986. Avian Impacts on Pinyon-Juniper Woodlands. In: Proceedings-Pinyon-Juniper Conference in Reno, Nevada, January 13-16, 1986. USFS General Technical Report INT-215. U.S. Department of Agriculture, U.S. Forest Service. Intermountain Research Station. Ogden, Utah.

Baron, J.S., D.M. Theobald, and D.B. Fagre. 2000. Management of Land Use Conflicts in the U.S. Rocky Mountains. Mountain Research and Development 20(1): 24-27.

Beetle, A.A. and K.L. Johnson. 1982. Sagebrush in Wyoming. Bulletin 779. Agricultural Experiment Station, University of Wyoming. Laramie, Wyoming.

Behnke, R.J. 1979. Monograph of the Native Trouts of the Genus Salmo of Western North America. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Region. Denver, Colorado.

Behnke, R.J. 1992. Native Trout of Western North America. American Fisheries Society Monograph 6.

Behnke, R.J. and D.E. Benson. 1980. Endangered and Threatened Fishes of the Upper Colorado River Basin. Bulletin 503A. Cooperative Extension Service. Colorado State University. Fort Collins, Colorado.

Behnke, R.J. and M. Zarn. 1976. Biology and Management of Threatened and Endangered Western Trouts. USFS General Technical Report RM-28. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

Beidleman, C.A. (facilitator). 2000. Colorado Partners in Flight Land Bird Conservation Plan. Colorado Partners-In-Flight. Estes Park, Colorado.

Belnap, J., J.H. Kaltenecker, R. Rosentreter, J. Williams, S. Leonard, and D. Eldridge. 2001. Biological Soil Crusts: Ecology and Management. BLM Technical Reference Report BLM/ID/ST-01/001+1730. U.S. Department of the Interior, Bureau of Land Management. Denver, Colorado.

Belsky, A.J. and D.M. Blumenthal. 1997. Effects of Livestock Grazing on Stand Dynamics and Soils in Upland Forests of the Interior West. Conservation Biology 11:315.

Bestgen, K.R. and L.W. Crist. 2000. Response of the Green River Fish Community to Construction and Re-Regulation of Flaming Gorge Dam, 1962-1996. Colorado River Recovery Implementation Program Project Number 40. Fort Collins, Colorado.

Beus, S.S (editor). 1977. Centennial Field Guide — Volume 2, Rocky Mountain Section of the Geological Society. Geological Society of America. Boulder, Colorado.

Beyers, D.W., C. Sodergren, J.M. Bundy, and K.R. Bestgen. 2001. Habitat Use and Movement of Bluehead Sucker, Flannelmouth Sucker, and Roundtail Chub in the Colorado River. Department of Fishery and Wildlife Biology. Colorado State University. Fort Collins, Colorado.

Bezzerides, N. and K. Bestgen. 2002. Status Review of Roundtail Chub *Gila robusta*, Flannelmouth Sucker *Catostomus latipinnis*, and Bluehead Sucker *Castostomus discobolus* in the Colorado River Basin. Colorado State University Larval Fish Laboratory. Fort Collins, Colorado.

Binns, N.A. 1977. Present Status of Indigenuous Populations of Cutthroat Trout *(Salmo clarki)* in Southwest Wyoming. Fisheries Technical Bulletin 2. Wyoming Game and Fish Department. Cheyenne, Wyoming.

Blair, R., T.A. Casey, W.H. Romme, and R.N. Ellis. 1996. The Western San Juan Mountains, their Geology, Ecology, and Human History. University Press of Colorado. Fort Lewis College Foundation. Durango, Colorado.

Blaisdell, J. P. and R. C. Holmgren. 1984. Managing Intermountain Rangelands: Salt-Desert Shrub Ranges. USFS General Technical Report INT-163. U.S. Department of Agriculture, U.S. Forest Service. Intermountain Forest and Range Experiment Station. Ogden, Utah.

Bockheim, J.G., S.W. Lee, and J.E. Leide. 1983. Distribution and Cycling of Elements in a *Pinus Resinosa* Plantation Ecosystem in Wisconsin. Canadian Journal of Forest Research 13: 609-619.

Bozek, M.A. and F.J. Rahel. 1991. Assessing Habitat Requirements of Young Colorado River Cutthroat Trout by Use of Macrohabitat and Microhabitat Analyses. Transactions of the American Fisheries Society 120:571-581.

BLM_0030817

Brady, W., D.R. Patton, and J. Paxton. 1985. The Development of Southwestern Riparian Gallery Forests. In: Johnson, R.R., C.D. Ziebell, D.R. Patton, P.F. Ffolliott, R.H. Hamre (technical coordinators). Riparian Ecosystems and their Management: Reconciling Conflicting Uses. GTR-RM-120. First North American Riparian Conference. Tucson, Arizona.

Brinson, M., B. Swift, R. Plantico, and J. Barclay. 1981. Riparian Ecosystems: Their Ecology and Status. FWS/OBS-81/17. U.S. Department of the Interior, U.S. Fish and Wildlife Service. Washington, D.C.

Brooks, J.E., M.J. Buntjer, and J.R. Smith. 2000. Nonnative Species Interactions: Management Implications to Aid in Recovery of the Colorado Pikeminnow *(Ptychocheilus lucius)* and Razorback Sucker *(Xyrauchen texanus)* in the San Juan River, CO-NM-UT. Final Report. U.S. Department of the Interior, U.S. Fish and Wildlife Service. Albuquerque, New Mexico.

Brown, D.E. 1982. Biotic Communities of the American Southwest-U.S. and Mexico. Desert Plants. Volume 4. University of Arizona. Tucson, Arizona.

Brown, D.E. and C.H. Lowe. 1974a. A Digitized Computer-Compatible Classification for Natural and Potential Vegetation in the Southwest with Particular Reference to Arizona. Journal of the Arizona Academy of Science 9: 3-11.

Brown, D.E., C.H. Lowe, and C.P. Pase. 1977. A Digitized Systematic Classification for Ecosystems with an Illustrated Summary of the Natural Vegetation of North America. In: Symposium on Classification, Inventory, and Analysis of Fish and Wildlife Habitat. January 24-27, 1977. Phoenix, Arizona.

Brown, H.E. 1958. Gambel Oak in West-Central Colorado. Ecology 39:317-327.

Brown, P. M., and R. Wu. 2005. Climate and Disturbance Forcing of Episodic Tree Recruitment in a Southwestern Ponderosa Pine Landscape. Ecology 86:3030-3038.

Brown, P. M., and W. D. Shepperd. 2003. Preliminary Fire History in Ponderosa Pine Forests of the Uncompahgre Plateau. Final Report. Rocky Mountain Tree-Ring Research. Fort Collins, Colorado. Available on the Internet: www.rmtrr.org.

Brown, P. M., M. R. Kaufmann, and W. D. Shepperd. 1999. Long-term Landscape Patterns of Past Fire Events in a Montane Ponderosa Pine Forest of Central Colorado. Landscape Ecology 14:513-532.

Brown, P.M. and R. Wu. 2005. Climate and Disturbance Forcing of Episodic Tree Recruitment in a Southwestern Ponderosa Pine Landscape. Ecology, 86(11):3030-3038.

Brown, R.W. and R.S. Johnston. 1979. Revegetation of Disturbed Alpine Rangelands. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Buechner, H. K. 1960. The Bighorn Sheep in the United States: Its Past, Present and Future. Wildlife Monographs 4:174.

Bunnell, F.L. 1995. Forest-Dwelling Vertebrate Faunas and Natural Fire Regimes in British Columbia: Patterns and Implications for Conservation. Conservation Biology 9:636-644.

Bureau of Land Management (BLM). 1985. San Juan/San Miguel Resource Management Plan. U.S. Department of the Interior, Bureau of Land Management. San Juan Field Office. Durango, Colorado.

BLM. 1986. BLM Manual 8410-1 -- Visual Resource Inventory. U.S. Department of the Interior, Bureau of Land Management. Washington, D.C.

BLM. 1988a. BLM Manual 1613 -- Areas of Critical Environmental Concern. Rel. 1-1541. U.S. Department of the Interior, Bureau of Land Management. Washington, D.C.

BLM. 1988b. BLM Handbook H-1790-1 -- National Environmental Policy Act Handbook. Rel. 1-1547. U.S. Department of the Interior, Bureau of Land Management. Washington, D.C.

BLM. 1991. Colorado Oil and Gas Leasing and Development Final Environmental Impact Statement and Amendment to the San Juan/San Miguel Resource Management Plan. U.S. Department of the Interior, Bureau of Land Management. Montrose District. Durango, Colorado.

BLM. 1991a. Record of Decision: Oil and Gas Plan Amendment to the San Juan/San Miguel Resource Management Plan. U.S. Department of the Interior, Bureau of Land Management. Montrose Field Office. Montrose, Colorado.

BLM. 1991b. Riparian-Wetland Initiative for the 1990s. BLM/WO/GI-91/001+4340. U.S. Department of the Interior, Bureau of Land Management. Washington, D.C.

BLM. 1991c. Final EIS: Vegetation Treatment on BLM Lands in Thirteen Western States. U.S. Department of the Interior, Bureau of Land Management. Washington, D.C. Available on the Internet: www.blm.gov/weeds/VegEIS/.

BLM_0030818

BLM.  1996.  Rangeland Standards and Guidelines for Livestock Grazing.  U.S. Department of the Interior, Bureau of Land Management.  Washington, D.C.  Available on the Internet:  www.co.blm.gov/standguide.htm.

BLM.  1997.  Colorado Public Land Health Standards and Guidelines for Livestock Grazing Management.  U.S. Department of the Interior, Bureau of Land Management.  Denver, Colorado.

BLM.  1998a.  State Protocol Agreement between the Colorado State Director of the BLM and the Colorado State Historic Preservation Officer (SHPO), regarding the manner in which the BLM will meet its responsibilities under the National Historic Preservation Act (NHPA) and the National Programmatic Agreement (NPA), among the BLM, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers (NCSHPO).

BLM.  1998b.  Programmatic Agreement between the BLM, the State of Colorado, the national forests in the State of Colorado, the USDA Forest Service, the SHPO, and the Advisory Council on Historic Preservation, regarding the management of wildland fire for resource benefits.  Agreement No. 1102-002-98-038.

BLM.  1998c.  BLM Handbook H-9214-1 -- Prescribed Fire.  U.S. Department of the Interior, Bureau of Land Management.  Washington, D.C.

BLM.  1999.  BLM North San Juan Basin White Paper.  Coalbed Methane Development in the Northern San Juan Basin of Colorado: A Brief History and Environmental Observations.  Working document compiled by San Juan Public Lands Center.  U.S. Department of the Interior, Bureau of Land Management.  Durango, Colorado.  Available on the Internet: http://oil-gas.state.co.us/Library/sanjuanbasin/blm_sjb.htm.  Accessed on June 4, 2007.

BLM.  1999a.  Programmatic Agreement between the BLM, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers (NCSHPO), regarding the manner in which the BLM will meet its responsibilities under the National Historic Preservation Act (NHPA).

BLM.  2000.  Information Bulletin No. CO-2000-014.  BLM State Director's Sensitive Species List.  U.S. Department of the Interior, Bureau of Land Management.  Denver, Colorado.

BLM.  2000a.  Instruction Memorandum No. CO-2001-001.  Recreation Guidelines to Meet Public Land Health Standards.  U.S. Department of the Interior, Bureau of Land Management.  Washington, D.C.

BLM.  2001a  BLM Manual 6840 -- Special Status Species Management.  U.S. Department of the Interior, Bureau of Land Management.  Washington, D.C.

BLM.  2001b.  BLM Manual 4180 -- Rangeland Health Standards.  U.S. Department of the Interior, Bureau of Land Management.  Washington, D.C.

BLM.  2001c.  BLM Handbook H-1601-1 -- Land Use Planning Handbook.  Rel. 1-1693.  U.S. Department of the Interior, Bureau of Land Management.  Washington, D.C.

BLM.  2001d.  National Management Strategy for Motorized Off-Highway Vehicle Use on Public Lands.  U.S. Department of the Interior, Bureau of Land Management.  Washington, D.C.

BLM.  2001e.  Interim Management Guidance for Oil and Gas Leasing and Development.  U.S. Department of the Interior, Bureau of Land Management.  Washington, D.C.

BLM.  2001f.  Oil and Gas Development on the Southern Ute Indian Reservation Draft Environmental Impact Statement. U.S. Department of the Interior, Bureau of Land Management. San Juan Public Lands Center.  Durango, Colorado.

BLM.  2002a.  Prescribed Fire Policy Direction and Clarification, Attachment 1.  Office of Fire and Aviation.  June.  BLM.  1998c.  Instructional Memorandum 2002-027.  Office of Fire and Aviation.  U.S. Department of the Interior, Bureau of Land Management.  Washington, D.C.

BLM.  2002b.  Water Resources Inventory.  U.S. Department of the Interior, Bureau of Land Management.  On file.  San Juan Resource Area.  Dolores, Colorado.

BLM.  2003a.  Instruction Memorandum No. 2003-152.  Application for Permit to Drill (APD) – Process Improvement #1 – Comprehensive Strategies.  Department of the Interior, Bureau of Land Management.  Washington, D.C.

BLM.  2003b.  Instructional Memorandum 2003-38.  Interim Guidance for Completion of Fire Management Plan Revisions Using the Interagency Template.  Office of Fire and Aviation. U.S. Department of the Interior, Bureau of Land Management.  Washington, D.C.

BLM_0030819

BLM. 2003c. San Juan Fire Management Plan. U.S. Department of the Interior, Bureau of Land Management. San Juan Public Lands Center. Durango, Colorado.

BLM. 2003d. Water Resources Inventory. U.S. Department of the Interior, Bureau of Land Management. On file. San Juan Resource Area. Dolores, Colorado.

BLM. 2005. BLM Handbook H-1601-1 -- Land Use Planning Handbook. Department of the Interior, Bureau of Land Management. Washington, D.C.

BLM. 2006. 2006 Oil and Gas Surface Operating Standards and Guidelines. U.S. Department of the Interior, Bureau of Land Management. Washington, D.C.

Burned Area Emergency Rehabilitation Plan for the Bircher Fire. August 2000. U.S. Department of the Interior. Cortez, Colorado.

Busc, L. J. and A. H. Perera (compilers). 2002. Emulating Natural Forest Landscape Disturbances: Concepts and Applications. Popular Summaries. Forest Research Information Paper Number 149:100. Ontario Forest Research Institute. Ontario, Canada.

Buskirk, S.W., L.F. Ruggiero, K.B. Aubry, D.E. Pearson, J.R. Squires, and K.S. McKelvey. 2000. Comparative Ecology of Lynx in North America. In: L.F. Ruggiero, K.B. Aubry, S.W. Buskirk, S.W., G.M. Koehler, C.J. Krebs, K.S. McKelvey, and J.R. Squires (editors). Ecology and Conservation of Lynx in the United States. University Press of Colorado. Boulder, Colorado.

Byrne, G. and J. Copeland. 1997. An Aerial Survey for Wolverine in Colorado. Unpublished Report. Colorado Division of Wildlife. Denver, Colorado.

Callicott, J.B. 1992. Can a Theory of Moral Sentiments Support a Genuinely Normative Environmental Ethic? Inquiry 35:183-198.

Carlson, C.A., C.G. Prewitt, D.E. Snyder, E.J. Wick, E.L. Ames, and W.D. Fronk. 1979. Fishes and Macroinvertebrates of the White and Yampa Rivers, Colorado. Final Report. U.S. Department of the Interior, Bureau of Land Management. Colorado State University. Fort Collins, Colorado.

Carothers, S.W. 1977. Importance, Preservation, and Management of Riparian Habitats: An overview. In: Johnson, R. R., Jones, D.A. (technical coordinators). Importance, Preservation, and Management of Riparian Habitats: A symposium, July 9, 1977. Tucson, Arizona. USFS General Technical Report RM-43. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Carroll, C. J., M. L. Gillam, J. C. Ruf, T. D. Loseke, and R. M. Kirkham. 1999. Geologic Map of the Durango West Quadrangle, La Plata County, Colorado. Colorado Geological Survey. Denver, Colorado.

Carter, J.G., V.A. Lamarra, and R.J. Ryel. 1986. Drift of Larval Fishes in the Upper Colorado River. Journal of Freshwater Ecology 3:567-577.

Carter, M.F. and S.W. Gillihan. 2000. Influence of Stand Shape, Size, and Structural Stage on Forest Bird Communities in Colorado. In: R.L. Knight, F.W. Smith, S.W. Buskirk, W.H. Romme, and W.L. Baker (editors). Forest Fragmentation in the Southern Rocky Mountains. University Press of Colorado. Boulder, Colorado.

Castetter, E.F. 1956. The Vegetation of New Mexico. New Mexico Quarterly 26:257-288.

Chart, T.E. and E.P. Bergersen. 1992. Impact of Mainstream Impoundment on the Distribution and Movements of the Resident Flannelmouth Sucker (Catostomidae: Catostomus latipinnis) Population in the White River, Colorado. Southwestern Naturalist 37(1):9-15.

Christensen, N.L., A.M. Bartuska, J.H. Brown, S. Carpenter, C. D'Antonio, R. Francis, J.R. Franklin, J.A. MacMahon, R.F. Noss, D.J. Parsons, C.H. Peterson, M.G. Turner, and R.G. Woodmansee. 1996. The Report of the Ecological Society of America Committee on the Scientific Basis for Ecosystem Management. Ecological Applications 6:665-691.

Clary, W.P. 1975. Range Management and its Ecological Basis in the Ponderosa Pine Type of Arizona: The Status of Our Knowledge. USFS Research Paper RM-158. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Clary, W.P. and B.F. Webster. 1989. Managing Grazing of Riparian Areas in the Intermountain Region. USFS General Technical Report INT-263. U.S. Department of Agriculture, U.S. Forest Service. Intermountain Research Station. Ogden, Utah.

Clary, W.P. and D.E. Medin. 1990. Differences in Vegetation Biomass and Structure Due to Cattle Grazing in a Northern Nevada Riparian Ecosystem. USFS Research Paper INT-427. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

BLM_0030820

Collins S.K., W.J. Grimm, and A. Wise. 2006. Class I Cultural Resources Overview of Bureau of Land Management Lands in the San Juan Field Office, Southwestern Colorado. Prepared by Sandstone Archaeology, LLC. Mancos, Colorado.

Colorado Department of Natural Resources (CDNR). 2004. Statewide Water Supply Initiative Report Overview. Colorado Department of Natural Resources. Denver, Colorado.

CDNR. 2005. Statewide Water Supply Initiative Report. CDNR. Colorado Water Conservation Board. Denver, Colorado.

Colorado Department of Public Health and Environment (CDPHE). 2003. Total Maximum Daily Load (TMDL) for Mercury in McPhee and Narraguinnep Reservoirs, Colorado Phase 1. CDPHE. 2002. Status of Water Quality in Colorado. CDPHE. Water Quality Control Division. Denver, Colorado.

CDPHE. 2005. Colorado Air Pollution Control Division. 2005. Scenic and Important Views in Colorado. Colorado Air Pollution Control Division. Available on the Internet: http://apcd.state.co.us/permits/SCENICVW2005.pdf.

CDPHE. 2006a. 2006 303(d) "For Sure" List. CDPHE. Water Quality Control Division. Denver, Colorado. Available on the Internet: http://www.cdphe.state.co.us/regulations/wqccregs/100293wqlimitedsegtmdls.pdf.

CDPHE. 2006b. Mercury Concentrations in Fish from Vallecito Reservoir. Water Quality Control Division. Denver, Colorado.

Colorado Division of Wildlife (CDOW). 2002. Threatened and Endangered Species. Colorado Division of Wildlife. Denver, Colorado. Available on Internet: http://wildlife.state.co.us/WildlifeSpecies/SpeciesOfConcern/ThreatenedEndangeredList/ListOfThreatenedAndEndangeredSpecies.htm. Accessed in January 2002.

CDOW. 2004. The Economic Impacts of Hunting, Fishing, and Wildlife Watching in Colorado. Colorado Division of Wildlife. Denver, Colorado. Report prepared by BBC Research & Consulting. Denver, Colorado.

CDOW. 2006. San Juan National Forest Roadless Areas from a Wildlife Perspective. Field recommendations for Southwest Region Area 15 for San Juan IRAs. Unpublished Report. Colorado Division of Wildlife. Denver, Colorado.

Colorado Natural Heritage Program (CNHP). 2002. Status and Ranking. Colorado Natural Heritage Program. Colorado State University. Fort Collins, Colorado. Available on Internet: http://www.cnhp.colostate.edu/list.html. Accessed in January 2002.

CNHP. 2003. Survey of Critical Wetlands and Riparian Areas in La Plata County. Prepared for the Colorado Department of Natural Resources. Denver, Colorado. Available on the Internet: http://www.cnhp.colostate.edu/documents/2004/La_Plata_County_Wetlandsf.pdf. Accessed on June 4, 2007.

CNHP. 2005. Survey of Rare Plants. San Juan Public Lands in Dolores and Montezuma Counties, Colorado. Prepared for the San Juan National Forest. U.S. Department of Agriculture, U.S. Forest Service. Colorado Natural Heritage Program. Colorado State University. Fort Collins, Colorado. Available on the Internet: http://www.cnhp.colostate.edu/documents/2005/Rare_plant_survey_Dolores_and_Montezuma.pdf. Accessed on June, 4, 2007.

CNHP. 2006. Element Occurrence Records for San Juan National Forest: GIS Files and Database Reports. Colorado Natural Heritage Program. Colorado State University. Fort Collins, Colorado.

Colorado River Cutthroat Trout Task Force. 2001. Conservation Agreement and Strategy for Colorado River Cutthroat Trout *(Oncorhychus clarki pleuriticus)* in the States of Colorado, Utah, and Wyoming. Colorado Division of Wildlife,. Fort Collins, Colorado.

Comer, P., D. Faber-Langendoen, R. Evans, S. Gawler, C. Josse, G. Kittel, S. Menard, M. Pyne, M. Reid, K. Schulz, K. Snow, and J. Teague. 2003. Ecological Systems of the United States: A Working Classification of U.S. Terrestrial Systems. NatureServe. Arlington, Virginia.

Cooper, C. F. 1960. Changes in Vegetation, Structure, and Growth of Southwestern Pine Forests Since White Settlement. Ecological Monographs 30:129-164.

Cooper, D.J. 1996. Water and Soil Chemistry, Floristics, and Phytosociology of the Extreme Rich High Creek Fen in South Park, Colorado. Canadian Journal of Botany 74: 1801 – 1811.

Cooper, D.J. and R. Andrus. 1994. Patterns of Vegetation and Water Chemistry in Peatlands of the West-Central Wind River Range, Wyoming. Canadian Journal of Botany 72: 1586 – 1597.

Copeland, 1998. Integrated Report of Aerosol and Scene Monitoring, Weminuche Wilderness. Interagency Monitoring of Protected Visual Environments, 21 pp.

BLM_0030821

Cordell, H. Ken et al. 1999. Outdoor Recreation in American Life. Urbana-Champaign, Illinois, Sagamore Publishing, 449 pages.

Costello, D.F. and H.E. Schwan. 1946. Conditions and Trends on Ponderosa Pine Ranges in Colorado. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Covington, W. W. and M. M. Moore. 1994. Southwestern Ponderosa Forest Structure: Changes Since Euro-American Settlement. Journal of Forestry 92:39-47.

Cowardin, L.M., V. Carter, F.C. Golet, and E.T. LaRoe. 1979. Classification of Wetlands and Deepwater Habitats of the United States. FWS/OBS-79/31. U.S. Department of the Interior, US Fish and Wildlife Service. Washington, D.C.

Craig, Jerry 2002. Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors Colorado Division of Wildlife publication.

Crane, M.F. 1982. Fire Ecology of Rocky Mountain Region Forest Habitat Types. Final Report. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Region. Lakewood, Colorado.

Currie, P.O. 1975. Grazing Management of Ponderosa Pine-Bunchgrass Ranges of the Central Rocky Mountains: The Status of Our Knowledge. USFS Research Paper RM-159. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Dadkhah, M. and G.F. Gifford. 1980. Influence of Vegetation, Rock Cover and Trampling on Infiltration Rates and Sediment Production. Water Resources Bulletin 16:979-986.

Dahms, W.C. and B.W. Geils. 1997. An Assessment of Forest Ecosystem Health in the Southwest. USFS General Technical Report RM-GTR-295. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

Daubenmire, R. 1966. Vegetation: Identification of Typal Communities: Stratification of Samples and Attention to Population Structure Reveal the Existence of Discontinuities. Science 151(3708):291-298.

Daubenmire, R.F. 1968. Plant Communities: A Textbook of Plant Synecology. Harper and Row. New York, New York.

Deacon, J.R. and S.V. Mize. 1997. Effects of Water Quality and Habitat on Composition of Fish Communities in the Upper Colorado River Basin. Technical Report. Prepared by the Upper Colorado River Basin NAWQA. US Geological Survey. Denver, Colorado.

Debyle, N.V., and R.P. Winokur. 1985. Aspen: Ecology and Management in the Western United States. USFS General Technical Report RM-119. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

Debyle, N.V., 1995. Wildlife. In: DeByle N.V., Winokur R.P. (Eds.), Aspen: Ecology and Management in the Western United States. USDA Forest Service RM-119, pp. 29–33.

DeStaso J. and F.J. Rahel. 1994. Influence of Water Temperature on Interactions between Juvenile Colorado River Cutthroat Trout and Brook Trout in a Laboratory Stream. Transactions of the American Fisheries Society 123:289-297.

DeVelice, R.L., J.A. Ludwig, W.H. Moir, and F. Ronco, Jr. 1986. A Classification of Forest Habitat Types of New Mexico and Southern Colorado. USFS General Technical Report RM-131. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Dick-Peddie, W.A. 1993. New Mexico Vegetation: Past, Present, and Future. University of New Mexico Press. Albuquerque, New Mexico.

Dieterich, J. H. and T. W. Swetnam. 1984. Dendrochronology of a Fire-Scarred Ponderosa Pine. Forest Science 30:238-247.

Dixon, H. 1935. Ecological Studies on the High Plateaus of Utah. Botany Gazette 97:272-320.

Dobson, A.K., Ralls, M. Foster, M.E. Soule, D. Simberloff, D. Doak, J.A. Eates, L.S. Mills, D. Mattson, R. Dirzo, H. Arita, S. Ryan, E.A. Norse, R.F. Noss, and D. Johns. 1999. Corridors: Reconnecting Fragmented Landscapes. In: M.E. Soule and J. Terborgh (editors). Continental Conservation: Science Foundations of Regional Reserve Networks. Island Press. Washington, D.C.

Duke, P. 1998. Management Summary of an Overview of the Archaeological Resources in the San Juan-Rio Grande National Forest: Mancos-Dolores, Columbine and Pagosa Districts. Center for Southwest Studies. Fort Lewis College,. Durango, Colorado.

Durango Herald. 2007. Feds reject putting cutthroat on endangered species list. June 15, 2007. Durango, Colorado

BLM_0030822

ECOMAP. 1993. National Hierarchical Framework of Ecological Units. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Ecosphere Environmental Services. 2003. Presence/Absence Surveys for Southwestern Willow Flycatcher on Southern Ute Indian Tribal Lands in the San Juan Recovery Unit, Colorado. Colorado Division of Wildlife. Denver, Colorado. Prepared by Ecosphere Environmental Services. Durango, Colorado.

Ecosphere Environmental Services. 2005a. Presence/Absence Surveys for Southwestern Willow Flycatcher at Durango Mountain Resort: La Plata and San Juan Counties, Colorado. Durango Mountain Resort. Durango, Colorado. Prepared by Ecosphere Environmental Services. Durango, Colorado.

Ecosphere Environmental Services. 2005b. 2005 Southwestern Willow Flycatcher (*Empidonax trailii extimus*). Surveys on the San Juan River Below Navaho Dam. U.S. Department of the Interior, Bureau of Reclamation. Prepared by Ecosphere Environmental Services. Durango, Colorado.

Ecosphere Environmental Services. 2005c. Results of Southwestern Willow Flycatcher (*Empidonax trailii extimus*) Surveys in the La Plata River Mitigation Area, 2005. Formal letter to the U.S. Department of the Interior, Bureau of Reclamation. Prepared by Ecosphere Environmental Services. Durango, Colorado.

Ecosphere Environmental Services. 2005d. Results of 2005 Southwestern Willow Flycatcher (*Empidonax trailii extimus*). Surveys at the Nenahnezad Wetland Restoration Area . U.S. Department of the Interior, Bureau of Reclamation. Prepared by Ecosphere Environmental Services. Durango, Colorado.

Ehle, D. S. and W. L. Baker. 2003. Disturbance and Stand Dynamics in Ponderosa Pine Forests in Rocky Mountain National Park, USA. Ecological Monographs 73:543-566.

Eldridge, D.J. and R.S.B. Greene. 1994. Microbiotic Soil Crusts: A Review of their Roles in Soil and Ecological Processes in the Rangelands of Australia. Australian Journal of Soil Research 32:389-415.

Ellingson, A.R. 2003. Uncompahgre Fritillary Butterfly Monitoring and Inventory: 2002 field report and recommendations. Unpublished Report. Prepared for the U.S. Fish and Wildlife Service, the U.S. Forest Service, and the U.S. Bureau of Land Management. Fort Collins, Colorado.

Elmore W. and R.L. Beschta. 1987. Riparian Areas: Perceptions in Management. Rangelands Volume 9, Number 6.

Engle, D.M., C.D. Bonham, and L.E. Bartel. 1983. Ecological Characteristics and Control of Gambel Oak. Journal of Range Management 36(3).

Erdman, J. A. 1970. Piñon Juniper Succession after Natural Fires on Residual Soils of Mesa Verde, Colorado. Brigham Young University Biological Series Vol. XI (2).

Evans, R.A. 1988. Management of Pinyon-Juniper Woodlands. USFS General Technical Report INT-249. U.S. Department of the Interior, U.S. Forest Service. Intermountain Research Station. Ogden, Utah.

Everett, R.L. 1987. Proceedings-Pinyon-Juniper Conference in Reno, Nevada, January 13-16, 1986. USFS General Technical Report INT-215. U.S. Department of Agriculture, U.S. Forest Service. Intermountain Research Station. Ogden, Utah.

Eyre, F.H. 1980. Forest Cover Types of the U.S. and Canada. Society of American Foresters. Bethesda, Maryland.

Fausch, K.D. 1989. Do Gradients and Temperature Affect Distributions of, and Interactions between, Brook Charr (*Salvelinus fontinalis*) and other Resident Salmonids in Streams? Physiology and Ecology Japan, Special Volume 1:303-322.

Federal Land Managers Air Quality Related Value Workgroup Guideline (FLAG). 2000. Phase I Report of the Federal Lands Manager's Air Quality Related Values Workgroup. U.S. Department of the Interior, National Park Service. Washington, D.C. Available on Internet: http://www2.nature.nps.gov/air/permits/flag/flaginfo/.

Ferland, C. 2005. Northern Goshawk (*Accipiter gentillis atricapillus*) Breeding Status in the San Juan and Rio Grande National Forests, Southwestern Colorado. Unpublished Report. Prepared for the San Juan and Rio Grande National Forests. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Finch D.M. and J.A.Tainter. 1995. Ecology, Diversity, and Sustainability of the Middle Rio Grande Basin. USFS General Technical Report RM-GTR-268. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

BLM_0030823

Finch D.M., G.L. Wolters, and W. Yong. 1995. Plants, Arthropods, and Birds of the Rio Grande (Chapter 7). In: Finch D.M. and J.A.Tainter. 1995. Ecology, Diversity, and Sustainability of the Middle Rio Grande Basin. USFS General Technical Report RM-GTR-268. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

Finch, Deborah M.; Ruggiero, Leonard F. 1993. Wildlife habitats and biological diversity in the Rocky Mountains and Northern Great Plains. Natural Areas Journal. 13:191-203.

Fitzgerald, J.P., C.A. Meaney and D.M. Armstrong. 1994. Mammals of Colorado. Denver Museum of Natural History and University of Colorado Press. Niwot, Colorado.

Fleischner, T.L. 1994. Ecological Costs of Livestock Grazing in Western North America. Conservation Biology. 8(3): 629-644.

Fletcher, R. and W. Robbie. 2004. Historic and Current Conditions of SW Grasslands. In: USFS RMRS-GTR-135-volume 1. U.S. Department of Agriculture, U.S. Forest Service. Washington. D.C.

Floyd, L.M. (editor). 2004. Ancient Piñon-Juniper Woodlands: A Natural History of the Mesa Verde Country. University Press of Colorado. Niwot, Colorado.

Floyd, L.M., W.H. Romme, and D.D. Hanna. 2000. Fire History and Vegetation Pattern in Mesa Verde National Park, Colorado, USA. Ecological Applications 10(6) 2000.

Floyd, L.M., W.H, Romme, and D.D. Hanna. 2004. Historical and Recent Fire Regimes in Pinon-Juniper Woodlands on Mesa Verde Colorado, USA. Forest Ecology and Management 198: 269-289.

Floyd, M.E. 1982. Interaction of Pinon Pine and *Quercus Gambelii* in Succession near Dolores, Colorado. Southwestern Naturalist. 27:143-147.

Floyd, M.E. 1986. Inter- and intra-specific Variations in Pinon Pine Reproduction. Botanical Gazette 147:180-188.

Floyd, M.E. 2003. Ancient Pinon-Juniper Woodlands: A Natural History of Mesa Verde Country. University Press of Colorado. Niwot, Colorado.

Floyd-Hanna, L.M., A. Spencer, and W.H. Romme. 1996. Biotic Communities of the Semiarid Foothills and Valleys. In: Blair, R., T.A. Casey, W,H, Romme, and R.N. Ellis. 1996. The Western San Juan Mountains: Their Geology, Ecology, and Human History. University Press of Colorado. Niwot, Colorado. Fort Lewis College Foundation. Durango, Colorado.

Forest Service. 2007. Invasive Species Action Plan 2007-2009. Durango, CO. USDA Forest Service San Juan National Forest. 16 pp.

Four Corners Air Quality Task Force. 2006. Oil and Gas Matrix. State of New Mexico. State of Colorado. Available on the Internet: http://www.nmenv.state.nm.us/aqb/4C/index.html.

Fox, D.G. et al. 1989. A Screening Procedure to Evaluate Air Pollution Effects on Class I Wilderness Areas. USDA General Technical Report RM-168. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

Frischknecht, N.C. 1975. Native Faunal Relationships within Pinyon-Juniper Ecosystems. In: Gifford, G.F., and F. E. Busby (editors). The Pinyon-Juniper Ecosystem: A Symposium. Utah State University. Utah Agricultural Experiment Station. Logan, Utah.

Fule, P. Z., J. E. Crouse, T. A. Heinlein, M. W. Moore, W. W. Covington, and G. Verkamp. 2003. Mixed-Severity Fire Regime in a High-elevation Forest of Grand Canyon, USA. Landscape Ecology 18:465-486.

Fule, P. Z., W. W. Covington, and M. M. Moore. 1997. Determining Reference Conditions for Ecosystem Management of Southwestern Ponderosa Pine Forests. Ecological Applications 7:895-908.

Fule, P. Z., W. W. Covington, M. M. Moore, T. A. Heinlein, and A. E. M. Waltz. 2002. Natural Variability in Forests of Grand Canyon, USA. Journal of Biogeography 29:31-47.

Garrison, G.A., A.J. Bjugstad, D.A. Duncan, M.E. Lewis, and D.R. Smith. 1977. Vegetation and Enviromental Features of Forest and Range Ecosystems. USFS Agricultural Handbook 475. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Gault Group 2006: Oil & Gas Potential & Reasonable Foreseeable Development (RFD) Scenarios in the San Juan National Forest & BLM Public Lands, Colorado, 117 pp. December 2006. Gault Group Inc., Cortez, CO.

BLM_0030824

Geist, V. 1971. Mountain Sheep: A Study in Behavior and Evolution. University of Chicago Press. Chicago, Illinois and London, England.

Glinski, R.L. 1977. Regeneration and Distribution of Sycamore and Cottonwood Trees along Sonoita Creek, Santa Cruz County, Arizona. In: Johnson, R. R., and D.A. Jones (technical coordinators). Importance, Preservation and Management of Riparian Habitats: A symposium. GTR-RM-43. Tucson, Arizona.

Goddard Institute for Space Studies. 2007. Annual Mean Temperature Change for Three Latitude Bands. Datasets and Images. GISS Surface Temperature Analysis, Analysis Graphs and Plots. New York, New York. Available on the Internet: http://data.giss.nasa.gov/gistemp/graphs/Fig.B.lrg.gif.

Golley, F.B. 1960. Energy Dynamics of a Food Chain of an Old-Field Community. Ecological. Monographs 30:187-206.

Goodwin, G.A. 1975. Seasonal Food Habits of Mule Deer in Southeastern Wyoming. USFS Research Note RM-287. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Gray et. al. 2005. Historical Deposition and Fluxes of Mercury in Narriguinnep Reservoir, Southwestern Colorado, USA. Applied Geochemistry 20: 207-220.

Gregory, S.V., F.J. Swanson, W.A McKee, and K.W. Cummins. 1991. An Ecosystem Perspective of Riparian Zones. Bioscience 41(8): 540-551.

Grissino-Mayer, H. D. 1995. Tree-Ring Reconstructions of Climate and Fire History at El Malpais National Monument, New Mexico. Dissertation. University of Arizona. Tucson, Arizona.

Grissino-Mayer, H. D., W. H. Romme, M. L. Floyd, and D. D. Hanna. 2004. Climatic and Human Influences on Fire Regimes of the Southern San Juan Mountains, Colorado, USA. Ecology 85:1708-1724.

Grossman, D.H., D. Faber-Langendoen, A.S. Weakley, M. Anderson, P. Bourgeron, R. Crawford, K. Goodin, S. Landaal, K. Metzler, K. Patterson, M. Pyne, M. Reid, and L. Sneddon. 1998. Terrestrial Vegetation of the United States. Volume 1. The National Vegetation Classification System. The Nature Conservancy. Arlington, Virginia.

Gunnison Sage-Grouse Rangewide Steering Committee. 2005. Gunnison Sage-Grouse Rangewide Conservation Plan. Colorado Division of Wildlife. Denver, Colorado.

Hammerson, G.A. 1999. Amphibians and Reptiles in Colorado. 2nd Edition. Colorado Division of Wildlife. Denver, Colorado. University Press of Colorado. Niwot, Colorado.

Hann, W., D. Havlina, A. Shlisky, et al. 2003. Interagency and The Nature Conservancy Fire Regime Condition Class Website (frcc.gov). U.S. Department of Agriculture, U.S. Forest Service; U.S. Department of the Interior; The Nature Conservancy, and Systems for Environmental Management.

Harper, K.T. and J.R. Marble. 1988. A Role for Nonvascular Plants in Management of Arid and Semiarid Rangelands. In: Tueller, P.T. (editor). Vegetation Science Applications for Rangeland Analysis and Management. Kluwer Academic Publishers. Dordrecht, Netherlands.

Harrington, H.D. 1964. Manual of the Plants of Colorado. Sage Books. Southampton, Massachusetts.

Harrington, M. G. 1985. The Effects of Spring, Summer, and Fall Burning on Gambel Oak in a Southwestern Ponderosa Pine Stand. Forest Science 31:156-163.

Harrington, M. G. 1987. Phytotoxic Potential of Gambel Oak on Ponderosa Pine Seed Germination and Initial Growth. USFS Research Paper RM-277. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Harris, L.D. and P.B. Gallagher. 1989. New Initiatives for Wildlife Conservation: The Need for Movement Corridors. In: Mackintosh, G. (editor). Preserving Communities and Corridors. Defenders of Wildlife. Washington, D.C.

Hartman, E.L. and M.L. Rottman. 1985. The Alpine Vascular Flora of Three Cirque Basins in the San Juan Mountains, Colorado. Madrono 32(4): 253-272.

Hayward, G.D. and J. Verner. 1994. Flammulated, boreal, and great gray owls in the United States: a technical conservation assessment. USDA Forest Service General Technical Report RM-253. Fort Collins, Colorado.. 214 pp.

Heinselman1981

Heitschmidt, R.K. and J.W. Stuth. 1993. Grazing Management - An Ecological Perspective. Timber Press. Portland, Oregon.

BLM_0030825

Herger, L.G. 1993. Assessment of the Basin-Wide Habitat Inventory Technique to Colorado River Cutthroat Trout. Master's Thesis. University of Wyoming. Laramie, Wyoming.

Hess, K. and C.H. Wasser. 1982. Grassland, Shrubland, and Forestland Habitat Types of the White River-Arapaho National Forest. Final Report. Cooperative Agreement No. 53-82FT-1-19. U.S. Department of Agriculture, U.S. Forest Service,. Washington, D.C.

Hess, K. and R. Alexander. 1986. Forest Vegetation of the Arapaho and Roosevelt National Forests in Central Colorado: A Habitat Type Classification. USFS Research Paper RM-266. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

Hessburg, P.F., B.G. Smith, and R.B. Salter. 1999. Detecting Change in Forest Spatial Patterns from Reference Conditions. Ecological Applications 9:1232-1252.

Holden, P.B. 1973. Distribution, Abundance, and Life History of the Fishes of the Upper Colorado River Basin. Ph.D. Dissertation. Utah State University. Logan, Utah.

Holden, P.B. (editor). 1999. Flow Recommendations for the San Juan River. San Juan River Basin Recovery Implementation Program,. U.S. Department of the Interior, U.S. Fish and Wildlife Service. Albuquerque, New Mexico.

Holden, P.B. and C.B. Stalnaker. 1975. Distribution and Abundance of Mainstream Fishes of the Middle and Upper Colorado River Basins, 1967-1973. Transactions of the American Fisheries Society 104:217-231.

Hoover, R. L. and D. Wills. 1984. Managing Forested Lands for Wildlife. Colorado Division of Wildlife, Denver, Colorado.

Hubbs, C.L. and L.C. Hubbs. 1947. Natural Hybrids between Two Species of Catostomid Fishes. Papers of the Michigan Academy of Science, Arts, and Letters 31:147-167.

Hubbs, C.L. and R.R. Miller. 1953. Hybridization in Nature between the Fish Genera *Catostomus* and *Xyrauchen*. Papers of the Michigan Academy of Science, Arts, and Letters 38:207-233.

Humphrey, R.R. 1958. The Desert Grassland: A History of Vegetational Change and an Analysis of Cause. Botanical Review 24: 193-252.

Intergovernmental Panel on Climate Change (IPCC). 2001. Third Assessment Report: Climate Change 2001. Cambridge University Press. Cambridge, England and New York, New York. Available on the Internet: http://www.ipcc.ch/ipccreports/tar/vol4/english/index.htm.

IPCC. 2007. Climate Change 2007: The Physical Basis (Summary for Policymakers). Cambridge University Press. Cambridge, England and New York, New York. Available on the Internet: http://www.ipcc.ch/pdf/assessment-report/ar4/wg1/ar4-wg1-spm.pdf.

Jameson, D.A. 1966. Juniper Control by Individual Tree Burning. USFS Research Note RM-71. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Jespersen, D.M. 1981. A Study of the Effects of Water Diversion on the Colorado River Cutthroat Trout (*Salmo clarki pleuriticus*) in the Drainage of the North Fork of the Little Snake River in Wyoming. Master's Thesis. University of Wyoming. Laramie, Wyoming.

Jessup, D.A. 1980. Pneumonia, Bighorn, and Domestic Sheep. September 1. Newsletter Number 4. American Association of Wildlife Veterinarians. Gainesville, Florida.

Jiggins, J. and N. Roling. 2002. Adaptive Management: Potential and Limitations for Ecological Governance of Forests in a Context of Normative Pluriformity. In: Ogletohorpe, J.A.E. (editor). 2002. Adaptive Management: From Theory to Practice. IUCN. Gland, Switzerland and Cambridge, England.

Johnson, E. A. 1992. Fire and Vegetation Dynamics in the North American Boreal Forest. Cambridge University Press. Cambridge, England.

Johnston, B.C. 1993. Alpine Ecosystems and their Management in the Southern and Central Rocky Mountains. Preliminary Draft. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Johnston, B.C. 1987. Plant Associations of Region Two. Edition 4. USFS Technical Report R2-ECOL-87-2. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Johnston, B.C. and L. Hendzel. 1985. Examples of Aspen Treatment, Succession and Management in Western Colorado. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Region. Lakewood, Colorado.

BLM_0030826

Johnston, B.C. and L. Huckaby. 2001. Ecological Types of the Upper Gunnison Basin. USFS Technical Report R2-RR-2001-01. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Jones, G. 1990. Workplan for a Uniform Statewide Riparian Classification. Wyoming Natural Diversity Database. Laramie, Wyoming.

Jones, J. R. 1974. Silviculture of Southwestern Mixed Conifers and Aspen: The Status of our Knowledge. USFS Research Paper RM-122. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Joseph, T.W., J.A. Sinning, R.J. Behnke, and P.B. Holden. 1977. An Evaluation of the Status, Life History, and Habitat Requirements of Endangered and Threatened Fishes of the Upper Colorado River System. FWS/OBS-77-62. U.S. Department of the Interior, U.S. Fish and Wildlife Service. Fort Collins, Colorado.

Joslin, G. and H. Youmans. 1999. Effects of Recreation on Rocky Mountain Wildlife: A Review for Montana. Committee on Effects of Recreation on Wildlife, Montana Chapter of the Wildlife Society. Missoula, Montana.

Kauffman, J.B. and W. C. Krueger. 1984. Livestock Impacts on Riparian Ecosystem and Streamside Management Implications – A Review. Journal of Range Management 37(5): 430-438.

Kauffman, J.B., W. C. Krueger, and M. Vavra. 1982. Impacts of a Late Season Grazing Scheme on Nongame Wildlife in Wallowa Mountain Riparian Ecosystems. In: Wildlife-Livestock Relationships Symposium: Proceedings 10. University of Idaho Forest, Wildlife, and Range Experiment Station. Moscow, Idaho.

Kauffman, J.B., W. C. Krueger, and M. Vavra. 1983. Impact of Cattle on Streambanks in Northeastern Oregon. Journal of Range Management 36: 683-685.

Kauffman, J.B. 1998. The Relationships Between Fire and Human Land Use: Influences on Wildlife Habitats and Implications for Ecological Restoration. In: Fire and Wildlife in the Pacific Northwest: Research, Policy, and Management. Symposium of the Northwest Section of The Wildlife Society, April 6-8, 1998. Spokane, Washington.

Kaufmann, M. R. et al. 1994. An Ecological Basis for Ecosystem Management. USFS General Technical Report RM-246. U.S. Department of the Interior, U.S. Fish and Wildlife Service. Fort Collins, Colorado.

Kaufmann, M.R., W.H. Moir, and W.W. Covington. 1992. Old Growth Forest: What Do We Know About their Ecology and Management in the SW and Rocky Mountain Region? In: USFS General Technical Report RM-213. U.S. Department of the Interior, U.S. Fish and Wildlife Service. Fort Collins, Colorado.

Keith, J.O. 1965. The Abert squirrel and its dependence on ponderosa pine. Ecology 46:150–163.

Keystone Center. 1991. Keystone Policy. Biological Diversity on Federal Lands. Report of a Keystone Policy Dialogue. Keystone Center. Keystone, Colorado.

Kilgore 1981

Kingery, H.E. (editor). 1998. Colorado Breeding Bird Atlas. Colorado Bird Atlas Partnership and Colorado Division of Wildlife. Denver, Colorado. 636 p.

Kittel, G., E. VanWie, M. Damm, R. Rondeau, S. Kettler, A. McMullen, and J. Sanderson. 1999c. A Classification of Riparian Wetland Plant Associations of Colorado: A User Guide to the Classification Project. Colorado Natural Heritage Program. Colorado State University. Fort Collins, Colorado.

Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker. 2000. Forest Fragmentation in the Southern Rocky Mountains. University Press of Colorado. Boulder, Colorado.

Knight, R.L. and D.N. Cole. 1995. Wildlife Responses to Recreationists. In: Knight and Gutzwiller (editors). Wildlife and Recreationists: Coexistence through Management and Research. Island Press. Washington, D.C.

Knopf, F.L., R.R. Johnson, T. Rich, F.B. Samson, and R. Szaro. 1988. Conservation of Riparian Ecosystems in the United States. Wilson Bulletin. 100 (2): 272-284.

Komarek, S. 1994. Flora of the San Juans. A Field Guide to the Mountain Plants of Southwestern Colorado. Kivaki Press. Durango, Colorado.

Komarkova, V. 1986. Habitat Types on Selected Parts of the Gunnison and Uncompahgre National Forests. Final Report. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

BLM_0030827

Korb, J.  2004. In Terrestrial Current Landscape Condition Assessment for the San Juan National Forest.  U.S. Department of the Interior, U.S. Fish and Wildlife Service.  Fort Collins, Colorado.

Kram, M., K. Decker, M. Dimmitt, D. Gann, P. Lyon, B. Neely, C. Pague, R. Rondeau, K. Sochi, and C. Supples.  2005.  San Juan Planning for Biodiversity Model Project: Phase 1.  Report to the U.S. Department of the Interior, Bureau of Land Management. Prepared by The Nature Conservancy of Colorado, with extensive support from the Colorado Natural Heritage Program and guidance form the Bureau of Land Management.  The Nature Conservancy of Colorado.  Boulder, Colorado.

Kram, M.E. et al. 2006.  San Juan Planning for Biodiversity Model Project.  Phase 1. Report to the U.S. Department of the Interior, Bureau of Land Management.  Developed by The Nature Conservancy of Colorado and the Colorado Natural Heritage Program, with funding from the BLM (San Juan Public Lands Center and Washington Office).  The Nature Conservancy of Colorado.  Boulder, Colorado.  Available on the Internet:  http://conserveonline.org/workspaces/CO%20-%20San%20Juan%20Project/SanJuanPhase1Report.  Accessed on June 4, 2007.

Kuchler, A.W.  1964.  Potential Natural Vegetation of the Conterminous U.S. American Geographic Society Special Publication 36.  American Geographical Society.  New York, New York.

Kues, B. S. and S. G. Lucas. 1987.  Upper Cretaceous-Paleocene Sequence.  Centennial Field Guide, Rocky Mountain Section.  Geological Society of America.  Boulder, Colorado.

Ladyman, J.A.R. and E. Muldavin. 1996. Terrestrial Cryptograms of Pinyon-Juniper Woodlands in the Southwest U.S.:  A Review.  USFS General Technical Report RM-GTR-280.  U.S. Department of Agriculture, U.S. Forest Service.  Rocky Mountain Forest and Range Experiment Station.  Fort Collins, Colorado.

Landres, P.B., P. Morgan, and F.J. Swanson. 1999.  Overview of the Natural Variability Concepts in Managing Ecological Systems.  Ecological Applications 9:1179-1188.

Langenheim, J. 1962.  Vegetation and Environmental Patterns in the Crested Butte Area, Gunnison County, Colorado. Ecological Monographs 32: 249-285.

Layser, E.F. and G.H. Schubert. 1979.  Preliminary Classification for the Coniferous Forest and Woodland Series of Arizona and New Mexico.  USFS Research Paper RM-208.  U.S. Department of Agriculture, U.S. Forest Service.  Rocky Mountain Forest and Range Experiment Station.  Fort Collins, Colorado.

Lentsch, L.D., C.A. Toline, T.A. Crowl, and Y. Converse.  1998.  Endangered Fish Interim Management Objectives for the Upper Colorado River Basin Recovery and Implementation Program.  Utah Division of Wildlife Resources.  Salt Lake City, Utah.

Lertzman, K.P. and C.J. Krebs.  1991.  Gap Phase Structure of a Subalpine Old Growth Forest.  Canadian Journal of Forest Research 21:1730 1741.

Lipe, W. D., M.D. Varien, and R.H. Wilsshusen. 1999.  Colorado Prehistory:  A Context for the Southern Colorado River Basin.  Prehistory of Colorado: A Publication Series.  Colorado Council of Professional Archaeologists.  Denver, Colorado.

Lull, H.W.  1959.  Soil Compaction on Forest and Range Lands. USFS Miscellaneous Publication No. 769.  U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

Lyon P., D. Culver, M. March, and L. Hall. 2003.  San Juan County Biological Assessment.  Colorado Natural Heritage Program.  Colorado State University.  Fort Collins, Colorado.  Available on the Internet:  http://www.cnhp.colostate.edu/documents/2003/San_Juan_County_Biological_Assessment.pdf.  Accessed on June 4, 2007.

Lyon, L.J., J.K. Brown, M.H. Huff, and J.K. Smith. 2000a.  In: Smith, J.K. (editor).  Wildland Fire in Ecosystems: Effects of Fire on Fauna.  USFS General Technical Report RMRS-GTR-42. Volume1.  U.S. Department of Agriculture, U.S. Forest Service.  Rocky Mountain Research Station.  Ogden, Utah.

Lyon, P.,and J. Hanson.  2003.  Survey of Rare Plants San Juan Public Lands in Dolores and Montezuma Counties, Colorado.  Colorado Natural Heritage Program.  Colorado State University.  Fort Collins, Colorado.

Lyon, P., J. Huggins, J. Lucht, D. Culver, M. March, and J. Hanson.  2004. Assessment of Critical Biological Resources, La Plata County, Colorado.  Colorado Natural Heritage Program.  Colorado State University.  Fort Collins, Colorado.  Available on the Internet: http://www.cnhp.colostate.edu/documents/2004/LaPlata_County_Biological_Assessment.pdf.  Accessed on June 4, 2007.

Lyon, P. and J. Stovell.  2000.  A Natural Heritage Assessment: San Miguel and Western Montrose Counties, Colorado.  Colorado Natural Heritage Program.  Colorado State University.  Fort Collins, Colorado.

BLM_0030828

Madany, M. H. and N. E. West. 1983. Livestock Grazing: Fire Regime Interactions within Montane Forests of Zion National Park, Utah. Ecology 64:661-667.

Maddux, H.R. and W.G. Kepner. 1988. Spawning of Bluehead Sucker in Kanab Creek, Arizona *(Pisces: Catostomidae)*. The Southwestern Naturalist 33(3): 364-365.

Madgwick, H.A.I., B.W. Jackson, and P.J. Knight. 1977. Above-Ground Dry Matter, Energy, and Nutrient Content of Trees in an Age Series of *Pinus Radiata* Plantations. New Zealand Journal of Forestry Science 7:445-468.

Malm et al. 2000. Spatial and Seasonal Patterns and Temporal Variability of Haze and its Constituents in the United States: Report III. Interagency Monitoring of Protected Visual Environments Measurement Program. Cooperative Institute for Research in the Atmosphere. Colorado State University. Fort Collins, Colorado.

March, M., D. Culver, P. Lyon, J. Hanson, and S. Eastin. 2003. Survey of Critical Wetlands and Riparian Areas in Dolores County. Colorado Natural Heritage Program. Colorado State University. Fort Collins, Colorado. Available on the Internet: http://www.cnhp.colostate.edu/documents/2005/Survey_of_Critical_Wetlands_in_Dolores_County.pdf. Accessed on June 4, 2007.

Marcus, M.D., M.K. Young, L.E. Noel, and B.A. Mullan. 1990. Salmonid Habitat Relationships in the Western United States: A Review and Indexed Bibliography. USFS General Technical Report, RM-188. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Marshall, R.M. and S.H. Stoleson. 2000. Threats in Status, Ecology, and Conservation of the Southwestern Willow Flycatcher (D.M. Finch and S.H. Stoleson, eds.). U.S. Forest Service General Technical Report RMRS-GTR-60. 131 pp.

Martin, K.D., T.J. Schommer and V.L. Coggins. 1996. Literature Review Regarding the Compatibility between Bighorns and Domestic Sheep. Northern Wild Sheep and Goat Council Proceedings 10:72-77.

Martin, S.C. 1975. Ecology and Management of Southwest Semidesert Grassland Ranges: The Status of our Knowledge. USFS Research Paper RM-156. U.S. Department of Agriculture, U.S. Forest Service. Washington. D.C.

Martin, W. and C. Hutchins. 1980. A Flora of New Mexico. Contr. U.S. Natl. Herb. 19:1-794.

Mast, J. N. and J. J. Wolf. 2004. Ecotonal Changes and Altered Tree Spatial Patterns in Lower Mixed-Conifer Forests, Grand Canyon National Park, Arizona, U.S.A. Landscape Ecology 19:167-180.

McAda, C.W. 1977. Aspects of the Life History of Three Catostomids Native to the Upper Colorado River Basin. Thesis. Utah State University. Logan, Utah.

McAda, C.W., C.R. Berry, Jr., and C.E. Phillips. 1980. Distribution of Fishes in the San Rafael River System of the Upper Colorado River Basin. The Southwestern Naturalist 25:41-50.

McAda, C.W. and R.S. Wydoski. 1980. The Razorback Sucker, *Xyrauchen texanus*, in the Upper Colorado River Basin. U.S. Fish and Wildlife Service Technical Paper 99:1-15. U.S. Department of the Interior, U.S. Fish and Wildlife Service. Washington, D.C.

McGarigal, K. and W. Romme. 2005. Historic Range of Variability in Landscape Structure and Wildlife Habitat. U.S. Department of Agriculture, U.S. Forest Service. San Juan National Forest. Durango, Colorado.

McGarigal, K., W.H. Romme, M. Crist, and E. Roworth. 2001. Cumulative Effects of Roads and Logging on Landscape Structure in the San Juan Mountains, Colorado, USA. Landscape Ecology 16: 321-349.

McNab W. H. and P.E. Avers. 1994. Ecological Subregions of the U.S.: Section Descriptions. Ecosystem Management Report WO-SWA-5. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

McNab, W.H., D.T. Cleland, J.A. Freeouf, J.E. Keys, Jr., G.J. Nowacki, G.J., and C.A. Carpenter. 2005. Description of Ecological Subregions: Sections of the Conterminous United States. [CD-ROM]. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

McPherson, G.R. 1995. The Role of Fire in Desert Grasslands. In: Mclaran, M.P., and T.R. Van Devender (editors) The Desert Grassland. University of Arizona Press. Tucson, Arizona.

Meehan, W.R., F.J. Swanson, and J.R. Sedell. 1977. Influences of Riparian Vegetation on Aquatic Ecosystems with Particular Reference to Salmonid Fishes and their Food Supply. In: Proceedings. Symposium on the Importance, Preservation, and Management of the Riparian Habitat, July 9, 1977. Tucson, Arizona.

BLM_0030829

Mehl, M.S. 1992.  Old Growth Descriptions for the Major Cover Types in the Rocky Mountain Region.  In:  USFS General Technical Report RM-213.  U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

Miller, J.R., L.A. Joyce, R.L. Knight, and R.M. King.  1996.  Forest Roads and Landscape Structure in the Southern Rocky Mountains.  Landscape Ecology 11(2): 115-127.

Miller, W.J. and D.E. Rees.  2000.  Ichthyofaunal Surveys of Tributaries of the San Juan River, New Mexico.  Miller Ecological Consultants, Inc.  Fort Collins, Colorado.

Miller, W.J., J. Hogle, and D.E. Rees.  1995.  Final Report.  Animas-LaPlata Project Native Fish Studies.  Miller Ecological Consultants, Inc.  Fort Collins, Colorado.

Minckley, W.L.  1973.  Fishes of Arizona.  Arizona Game and Fish Department.  Phoenix, Arizona.

Moir, W. H., B. Geils, M. A. Benoit, and D. Scurlock. 1997.  Ecology of Southwestern Ponderosa Pine Forests.  In:  Block, W.M. and D.M. Finch.  1997.  Songbird Ecology in Southwestern Ponderosa Pine Forests:  A Literature Review.  USFS General Technical Report RM-GTR-92.  U.S. Department of Agriculture, U.S. Forest Service.  Rocky Mountain Forest and Range Experiment Station.  Fort Collins, Colorado.

Moir, W.H. 1967. The Subalpine Tall Grass, *Festuca Thurberi*, Community of Sierra Blanca, New Mexico. The Southwestern Naturalist 12(3): 321-328.

Moir, W.H. 1983.  A Series Vegetation Classification for Region 3. Proceedings of the workshop on southwestern habitat types. April 6-8, 1983.  Albuquerque, New Mexico. U.S. Department of Agriculture, U.S. Forest Service.

Moir, W.H. and J.H. Dieterich. 1988. Old-Growth Ponderosa Pine from Succession in Pine-Bunchgrass Forests in Arizona and New Mexico. Natural Areas Journal, Volume 8 (1), 1988.

Moir, W.H. and J.O. Carleton.  1986.  Classification of Pinyon-Juniper Sites on National Forests in the Southwest.  In:  Proceedings-Pinyon-Juniper Conference in Reno, Nevada, January 13-16, 1986. USFS General Technical Report INT-215.  U.S. Department of Agriculture, U.S. Forest Service. Intermountain Research Station.  Ogden, Utah.

Muldavin, E., P. Durkin, M. Bradley, M. Stuever, and P. Mehlhop.  2000.  Handbook of Wetland Vegetation Communities of New Mexico. Volume 1: Classification and Community Descriptions.  University of New Mexico.  Albuquerque, New Mexico.

Mule Deer Working Group.  2003.  Mule Deer: Changing Landscapes, Changing Perspectives.  Mule Deer Working Group.  Western Association of Fish and Wildlife Agencies.  Cheyenne, Wyoming.

Mullen, L.D. 1992.  Biological Diversity Assessment:  A Technical Report Used in Amending the Rocky Mountain Regional Guide.  U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

Musselman, R.C. and W.L. Slaussen.  2004.   Water Chemistry of High Elevation Colorado Wilderness Lakes.  Biogeochemistry 71:387-414.

Mutel, C.F. and J.C. Emerick.  1984.  From Grassland to Glacier:  The Natural History of Colorado.  Johnson Books.  Boulder, Colorado.

Naiman, R.J., C.A. Johnson, and J.C. Kelley.  1988.  Alteration of North American Streams by Beaver.  BioScience 38(11): 753-762.

National Academy of Sciences. 2006.  Understanding and Responding to Climate Change:  Highlights of National Academies Reports.  Division on Earth and Life Studies.  National Academy of Sciences.  Washington, D.C.  Available on the Internet: http://dels.nas.edu/basc/Climate-HIGH.pdf.

National Atmospheric Deposition Program.  2005.  NADP/NTN National Trends Network, Site Molas Pass (CO96).  National Atmospheric Deposition Program.  University of Illinois at Urbana-Champaign.  Champaign, Illinois.  Available on the Internet:  http://nadp.sws.uiuc.edu/sites/siteinfo.asp?id=CO96&net=NTN.

National Park Service.  2005.  Air Quality Conditions and Trends in Parks – Annual Report 2004.  Air Resources Division.  U.S. Department of the Interior, National Park Service.  Washington, D.C.

Natural Resources Conservation Service (NRCS).  2001.  National Soil Survey Handbook.  Natural Resources Conservation Service.  U.S. Department of Agriculture.  Washington, D.C.

The Nature Conservancy.  1982.  Natural Heritage Program Operations Manual. The Nature Conservancy.  Arlington, Virginia.

BLM_0030830

NRCS. 2003. Keys to Soil Taxonomy. 9th Edition. Natural Resources Conservation Service. U.S. Department of Agriculture. Washington, D.C.

Neely, B., P. Comer, C. Moritz, M. Lammert, R. Rondeau, C. Pague, G. Bell, H. Copeland, J. Humke, S. Spackman, T. Schulz, D. Theobald, and L. Valutis. 2001. Southern Rocky Mountains: An Ecoregional Assessment and Conservation Blueprint. Prepared by The Nature Conservancy, with support from the U.S. Forest Service, Rocky Mountain Region; the Colorado Division of Wildlife; and the Bureau of Land Management. The Nature Conservancy of Colorado. Boulder, Colorado.

Neubert, J.T., compiler, 1992, Mineral Appraisal of San Juan National Forest, Colorado: U.S. Bureau of Mines Report MLA 1-92, 311 pp.

New Mexico Environment Department. 2004. Air Quality Bureau, 8-Hour Ozone Measurements in San Juan County. Santa Fe, New Mexico. Available on the Internet: http://www.nmenv.state.nm.us/aqb/projects/Ozone.html.

Norton, B.G. 1999. Forest Reserves. In: Maintaining Biodiversity in Forest Ecosystems. Cambridge University Press. Cambridge, England.

Noss, R.F. 1987. From Plant Communities to Landscapes to Conservation Inventories: A Look at The Nature Conservancy, USA. Biological Conservation 41:11-37.

Noss, R.F. and A.Y. Cooperrider. 1994. Saving Nature's Legacy - Protecting and Restoring Biodiversity. Island Press. Washington, D.C.

Noss, R.F. and R.L. Peters. 1995. Endangered Ecosystems: A Status Report on America's Vanishing Habitat and Wildlife. Defenders of Wildlife. Washington, D.C.

Noss, R.F. and L.D. Harris. 1989. Habitat Connectivity and the Conservation of Biological Diversity: Florida as a Case History. In: Proceedings of the 1989 Society of American Foresters. Spokane, Washington.

Natural Resource Conservation Service (NRCS). 1998. Keys to Soil Taxonomy, Eighth Edition. Natural Resources Conservation Service. Washington, D.C.

O'Neill, F.M. 1989. A Preliminary Survey of the Horse Range Mesa Fossil Area for the San Juan Resource Area. Unpublished Report. U.S. Department of the Interior, Bureau of Land Management. San Juan Public Lands Center. Durango, Colorado.

Odum, E.P. 1971. Fundamentals of Ecology. 3rd edition. W.B. Saunders. Philadelphia, Pennsylvania.

Olson, R. and W.A. Hubert. 1994. Beaver: Water Resources and Riparian Habitat Manager. University of Wyoming. Laramie, Wyoming.

O'Rourke, Paul M. 1980. Frontier in Transition. Number 10. Chapter IX. Denver, CO: USDI Bureau of Land Management, Colorado State Office. 14 pp.

Orr, H.K. 1975. Recovery from Soil Compaction on Bluegrass Range in the Black Hills. Transactions of the ASAE: 1076-1081.

Otis, E.O. 1994. Distribution, Abundance, and Composition of Fishes in Bright Angel and Kanab Creeks, Grand Canyon National Park, Arizona. Thesis. University of Arizona. Tucson, Arizona.

Patton, D. R. 1975. Abert squirrel cover requirements in southwestern ponderosa pine. Research Paper RM-145, United States Forest Service, Rocky Mountain Forest and Range Experiment Station, Fort Collins, Colorado.

Paulsen, H.A. Jr. 1960. Plant Cover and Forage Use of Alpine Sheep Ranges in the Central Rocky Mountains. Iowa State Journal of Science 34:731-748.

Paulsen, H.A. Jr. 1975. Range Management in the Central and Southern Rocky Mountains: A summary of the Status of our Knowledge by Range Ecosystems. USFS Research Paper RM-154. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Pearson, G. A. 1950. Management of Ponderosa Pine in the Southwest. Developed by research and experimental practice. USFS Monograph Number 6. U. S. Government Printing Office. Washington, D.C.

Pearson, M., D. Foreman, B. Miller, J. Smith, T. Hogan, and M. Soule. 2003. Section 9: A Conservation Vision for the Southern Rockies. In: DeMarco, M (Executive Director). Southern Rockies Wildlands Vision: A Science-Based Approach to Re-wilding the Southern Rockies. The Colorado Mountain Club Press. Golden, Colorado.

Peterson, E. B. and Peterson, N. M. 1992. Ecology, Management, and Use of Aspen and Balsam Poplar in the Prairie Provinces, Canada. Special Report 1. Forestry Canada. Northwest Region. Northern Forestry Centre. Edmonton, Alberta, Canada.

BLM_0030831

Platania, S.P. and D.A. Young. 1989. A Survey of the Ichthyofauna of the San Juan and Animas Rivers from Archuleta and Cedar Hill (respectively) to their Confluence at Farmington, New Mexico. Department of Biology. University of New Mexico, Albuquerque, New Mexico.

Platania, S.P. 1990. Biological Summary of the 1987-1989 New Mexico-Utah Ichthyofaunal Study of the San Juan River. U.S. Department of the Interior, U.S. Bureau of Reclamation. Salt Lake City, Utah.

Platts, W.S. and R.F. Raleigh. 1984. Impacts of Grazing on Wetlands and Riparian Habitat. In: Developing Strategies for Rangeland Management. National Research Council/National Academy of Sciences. Westview Press. Boulder, Colorado.

Propst, D.L. and A.L. Hobbes. 1999. Seasonal Abundance, Distribution, and Population Size-Structure of Fishes in San Juan River Secondary Channels: 1991-1997. New Mexico Department of Game and Fish. Santa Fe, New Mexico.

Ptacek, J.A., D.E. Rees, and W.J. Miller. 2005. Bluehead Sucker (Catostomus discobolus): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/blueheadsucker.pdf.

Quinlan, R.E. 1980. A Study of the Biology of the Colorado River Cutthroat Trout (Salmo clarki pleuriticus) Population in the North Fork of the Little Snake River Drainage in Wyoming. Thesis. University of Wyoming. Laramie, Wyoming.

Redders, J.S. 2003. A Classification of Riparian Area and Wetland Vegetation of the San Juan National Forest. U.S. Department of Agriculture, U.S. Forest Service. San Juan National Forest. Durango, Colorado.

Redders, J.S. 2001. Vegetation of the San Juan National Forest, Working White Paper (updated 6/1/06). U.S. Department of Agriculture, U.S. Forest Service, San Juan National Forest. Durango, Colorado.

Redders, J.S. 2006. Affected Environment Reports and field notes for NEPA documents on the San Juan Public Lands. U.S. Department of Agriculture, U.S. Forest Service and U.S. Department of the Interior, Bureau of Land Management. San Juan Public Lands Center. Durango, Colorado.

Reed, A.D. and M.D. Metcalf. 1999. Colorado Prehistory: A Context for the Northern Colorado River Basin. Prehistory of Colorado: A Publication Series. Colorado Council of Professional Archaeologists. Denver, Colorado.

Reed, R.A., J. Johnson-Barnard, and W.L. Baker. 1996a. Fragmentation of a Forested Rocky Mountain Landscape, 1950-1993. Biological Conservation 75:267-277.

Rees, D.E., J.A. Ptacek, and W.J. Miller. 2005. Roundtail Chub (Gila robusta robusta): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/roundtailchub.pdf.

Rees, D.E., J.A. Ptacek, R.J. Carr, and W.J. Miller. 2005. Flannelmouth Sucker (Catostomus latipinnis): a technical conservation assessment. [Online]. USDA Forest Service, Rocky Mountain Region. Available: http://www.fs.fed.us/r2/projects/scp/assessments/flannelmouthsucker.pdf.

Reid, L.M. 1981. Sediment Production from Gravel-Surfaced Forest Roads, Clearwater Basin, Washington. Final Report No. FRI-8108. Washington State Department of Natural Resources. Olympia, Washington.

Report to Congress: Corridors and Rights-of-Way on Federal Lands; November 7, 2005. U.S. Department of the Interior. U.S. Department of Agriculture. U.S. Department of Energy. Council on Environmental Quality. Washington, D.C.

Rico Master Plan. 2003, p. 2 – 4.

Riebsame, W.E., J. Robb, Gosnell, H., D. Theobald, P. Breding, C. Hanson, and K. Rokoske. 1997. Atlas of the New West: Portrait of a Changing Region. Center of the American West. W.W. Norton and Company. New York, New York.

Risser, P. 1990. The Ecological Importance of Land-Water Ecotones. In: Naimann, R.J. and H. Decamps (editors). The Ecology and Management of Aquatic-Terrestrial Ecotones. UNESCO. Paris, France.

Robinson, A.T., R.W. Clarkson, and R.E. Forrest. 1998. Dispersal of Larval Fishes in a Regulated River Tributary. Transactions of the American Fisheries Society 127:772-786.

Robinson, R.R. and R.B. Alderfer. 1952. Runoff from Permanent Pastures in Pennsylvania. Journal of Agronomy 44:459-462.

Romme, W. H. 1982. Fire and Landscape Diversity in Sub-Alpine Forests of Yellowstone National Park. Ecological Monographs 52(2):199-221.

Romme, W. H. and D. G. Despain. 1989. Historical Perspective on the Yellowstone Fires of 1988. BioScience 39:695-699.

BLM_0030832

Romme, W.H. and D.H. Knight. 1981. Fire Frequency and Subalpine Forest Succession along a Topographic Gradient in Wyoming. Ecology 62:319-326.

Romme, W.H., D.W. Jamieson, J.S. Redders, G. Bigsby, J. P. Lindsey, D. Kendall, R. Cowen, T. Kreykes, A.W. Spencer, and J.C. Ortega. 1992. Old-Growth Forests of the San Juan National Forest in Southwestern Colorado. USFS General Technical Report RM-213. U.S. Department of Agriculture, U.S. Forest; Service. Washington, D.C.

Romme, W.H., M.L. Floyd, and D.D. Hanna. 2006. Final Report. Landscape Condition Analysis for the South Central Highlands Section, Southwestern Colorado and Northwestern New Mexico. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Romme, W. H., M. L. Floyd, D. D. Hanna, and J. S. Redders. 2000. Using Natural Disturbance Regimes as a Basis for Mitigating Impacts of Anthropogenic Fragmentation. Chapter 18. In: Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker (editors). 2000. Forest Fragmentation in the Southern Rocky Mountains. University Press of Colorado. Niwot, Colorado.

Romme, W.H., M.L. Floyd, D.D. Hanna, H.D, Grissino-Mayer, D. Green, and J.S. Redders. 1998. Ponderosa Pine Forests of Southwestern Colorado: Ecology and History. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Romme, W.H., M.L. Floyd, D.D. Hanna, H.D. Grissino-Mayer, D. Green, E.J. Bartlett, J.S. Redders, K. McGarigal, J. P. Lindsey, and M. Crist. 2003. Landscape Condition Analysis for the South Central Highlands Section, Southwestern Colorado and Northern New Mexico. Draft Final Report for the San Juan National Forest, March 31, 2003. U.S. Department of Agriculture, U.S. Forest Service. San Juan National Forest. Durango, Colorado.

Roovers, L.M. and A.J. Rebertus. 1993. Stand Dynamics and Conservation of an Old-Growth Engelmann Spruce/Subalpine Fir Forest in Colorado. Natural Areas Journal 13:256-267.

Rosenburg, D.K., B.R. Noon, and E. C. Meslow. 1997. Biological Corridors: Form, Function, and Efficiency. BioScience 47(10): 677-687.

Ruediger, B. 2005. Management Considerations for Designing Carnivore Highway Crossings. U.S. Department of Agriculture, U.S. Forest Service. Prepared by Wildlife Consulting Resources. Missoula, Montana.

Ruggiero, L.F., K.B. Aubry, S.W. Buskirk, G.M. Koehler, C.J. Krebs, K.S. McKelvey, and J.R. Squires. 2000. The Scientific Basis for Lynx Conservation: Qualified Insights. In: Ruggiero, L.F., K.B. Aubry, S.W. Buskirk, G.M. Koehler, C.J. Krebs, K.S. McKelvey, and J.R. Squires (editors). Ecology and Conservation of Lynx in the United States. University Press of Colorado. Boulder, Colorado.

Ruppert, J.B., R.T. Muth, and T.P. Nesler. 1993. Predation on Fish Larvae by Adult Red Shiner, Yampa and Green Rivers, Colorado. The Southwestern Naturalist 38:397-399.

Ryan, M.G., L.A. Joyce, T. Andrews, and K. Jones. 1994. Research Natural Areas in Colorado, Nebraska, South Dakota, and Parts of Wyoming. USFS General Technical Report RM-251. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

Sampson, A.W. and B.S. Jespersen. 1963. California Range Brushlands and Browse Plants. Publication 4010. University of California. Division of Agriculture and Natural Resources. Berkeley, California.

San Juan Citizens Alliance. 2005. Citizens Plan for the Wild San Juans. 2005. Updated Report. San Juan Citizens Alliance. Durango, Colorado.

San Juan Interviews. 2004. http://ocs.fortlewis.edu/forestPlan/reports.asp

San Juan Public Lands Center (SJPLC). 1990. In: Arrington, K, D.Lujan, and J.Clarke (editors). Alpine Triangle Cultural Resources Management Plan and Environmental Analysis. U.S. Department of Interior, Bureau of Land Management. U.S. Department of Agriculture, U.S. Forest Service. San Juan Public Lands Center. Durango, Colorado.

Sando, R.W. 1978. Natural Fire Regimes and Fire Management: Foundations for Direction. Western Wildlands 4(4): 34-44.

Savage, M. 1991. Structural Dynamics of a Southwestern Pine Forest under Chronic Human Influence. Annals of the Association of American Geographers 81:271-289.

Savage, M. and T. W. Swetnam. 1990. Early 19th-Century Fire Decline following Sheep Pasturing in a Navajo Ponderosa Pine Forest. Ecology 71:2374-2378.

BLM_0030833

Schmid, J. M. and S. A. Mata. 1996. Natural Variability of Specific Forest Insect Populations and their Associated Effects in Colorado. USFS General Technical Report RM-GTR-275. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Schmidt, K.M., P.James, C.C. Hardy, W.J. Hann, and D.L. Bunnell. 2002. Development of Coarse-Scale Spatial Data for Wildland Fire and Fuel Management. USFS General Technical Report RMRS-GTR-87. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Research Station. Fort Collins, Colorado.

Schommer, T. and M. Woolever. 2001. A Process for Finding Solutions to the Incompatability between Domestic and Bighorn Sheep. USFS Internal Document. U.S. Department of the Interior, U.S. Forest Service. Washington, D.C.

Schwan, H.E. and D.F. Costello. 1951. The Rocky Mountain Alpine Type: Range Conditions, Trends, and Land Use. A Preliminary Report. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Scott, J.M., F. Davis, B. Csuti, R. Noss, B. Butterfield, C. Groves, J. Anderson, S. Caicco, F. D'Erchia, T.C. Edwards, J. Ulliman, and R.G. Wright. 1993. Gap Analysis: A Geographical Approach to Protection of Biological Diversity. Wildlife Monograms 123:1-41.

Scott, R.W. 1995. The Alpine Flora of the Rocky Mountains. Volume 1 - The Middle Rockies. The University of Utah Press. Salt Lake City, Utah.

Sedgwick, J.A. 2001. Geographic variation in the song of Willow Flycatchers: differentiation between *Empidonax traillii adastus* and *E.t. extimus*. Auk 118:366-379.

Seymore , R. and M. Hunter. 1999. Principles of Ecological Forestry. In: Maintaining Biodiversity in Forest Ecosystems. Cambridge University Press. Cambridge, England.

Shinneman, D. J. and W. L. Baker. 1997. Nonequilibrium Dynamics between Catastrophic Disturbances and Old-Growth Forests in Ponderosa Pine Landscapes of the Black Hills. Conservation Biology 11:1-13.

Shinneman, D. and B. Miller. 2003. Section 2: Natural Landscapes of the Southern Rockies Ecoregion. In: DeMarco, M (Executive Director). Southern Rockies Wildlands Vision: A Science-Based Approach to Re-Wilding the Southern Rockies. The Colorado Mountain Club Press. Golden, Colorado.

Shinneman, D. and H. Gosnell. 2003. Section 3: The Human Landscape. In: DeMarco, M. (Executive Director). Southern Rockies Wildlands Vision: A Science-Based Approach to Re-wilding the Southern Rockies. The Colorado Mountain Club Press, Golden, Colorado.

Shinneman, D.R., R. McClellan, and R. Smith. 2000. The State of the Southern Rockies Ecoregion: Southern Rockies Ecosystem Project. Nederland, Colorado.

Sigler, W.F. and R.R. Miller. 1963. Fishes of Utah, Utah Department of Game and Fish, Salt Lake City, Utah.

Sigler, W.F. and J.W. Sigler. 1996. Fishes of Utah: A Natural History. University of Utah Press. Salt Lake City, Utah.

Simon, J.R. 1935. A Survey of the Waters of the Wyoming National Forest. U.S. Department of Commerce, Bureau of Fisheries. Washington, D.C.

Simon, W., B. Horn, and D. Wegner. 2000. Appendix 6A. Fisheries Report, Current and Historical Review of Animas Watershed Fisheries. Prepared for Animas River Stakeholders Group. In: Use Attainability Analysis for the Animas River Watershed. 2001. U.S. Department of the Interior, Bureau of Reclamation. Durango, Colorado.

Sims, Phillip L. 1988. Grasslands. In: Barbour, M.G. and W.D. Billings (editors). North American Terrestrial Vegetation. Cambridge University Press. Cambridge, England.

Sisler, J., D. Huffamn, and D. Latimer. 1993. Spatial and Temporal Patterns and the Chemical Composition of the Haze in the United States: An Analysis of Data from the IMPROVE Network, 1988-1991. Cooperative Institute for Research in the Atmosphere. Colorado State University. Fort Collins, Colorado. Available on the Internet: http://vista.cira.colostate.edu/Improve/Publications/Reports/1993/1993.htm.

Smith, D.W. 1967. Effects of Cattle Grazing on a Pondcrosa Pine-Bunchgrass Range in Colorado. USFS Technical Bulletin 1371. U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

Smith, G.R. 1966. Distribution and Evolution of the North American Catostomid Fishes of Subgenus *Pantosteus*, Genus, *Catostomus*. Miscellaneous Publications of the Museum of Zoology, No. 129. University of Michigan. Ann Arbor, Michigan.

BLM_0030834

Snyder, D.E. and R.T. Martin.  1990.  Descriptions and Identification of Razorback , Flannelmouth, White, Utah, Bluehead, and Mountain Sucker Larvae and Early Juveniles.  Colorado Division of Wildlife.  Fort Collins, Colorado.

Society for Ecological Restoration, (SER 2002).

Soule, M.E. 1985.  What is Conservation Biology? BioScience 35:727-734.

Southern Rockies Ecosystem Project.  2004.  The State of the Southern Rockies Ecoregion.  A Report by the Southern Rockies Ecosystem Project. Colorado Mountain Club Press.  Golden, Colorado.

Southern Rockies Wildlands Network Vision.  A Science-Based Approach to Rewilding the Southern Rockies. 2003.  Colorado Mountain Club Press.  Golden, Colorado.

Spence, J.R., W.H. Romme, W.H., L. Floyd-Hanna, and P.G. Rowlands. 1995.  A Preliminary Vegetation Classification for the Colorado Plateau.  U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

Spies, T. 1997.  Forest Stand Structure, Composition and Function.  In: Kohm, K.A. and J. F. Franklin (editors).  The Science of Ecosystem Management: Creating a Forestry for the 21st Century.  Island Press.  Washington, D.C.

Springfield, H.W.  1976.  Characteristics and Management of Southwestern Pinyon-Juniper Ranges: The Status of Our Knowledge. USFS Research Paper RM-160.  U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Forest and Range Experiment Station.  Fort Collins, CO.

Stadtman, K.L. and W.E. Miller.  1989.  A Report on the collection of a paleontological specimen by Brigham Young University personnel at the Horse Range Mesa Paleontological Site.  San Miguel County.  Brigham Young University.  Unpublished Report.  U.S. Department of Interior, Bureau of Land Management.  Durango, Colorado.

Stuever, M. and J. Hayden.  1997.  Plant Associations of Arizona and New Mexico. Volume 1: Forests and Volume 2: Woodlands. U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

Sublette, J.E., M.D. Hatch, and M. Sublette.  1990.  The Fishes of New Mexico.  University of New Mexico Press.  Albuquerque, New Mexico.

Swank, W.T. and D.A. Crossley Jr. 1988.  Forest Hydrology and Ecology at Coweeta. Ecological Studies (66):313-324.

Swetnam T.W. and J.L. Betancourt. 1998.  Mesoscale Disturbance and Ecological Response to Decadal Climatic Variability in the American Southwest.  Journal of Climate 11:3128-3147.

Swetnam, T. W. and A. M. Lynch. 1994.  Multicentury, Regional-Scale Patterns of Western Spruce Budworm Outbreaks. Ecological Monographs 63:399-424.

Swetnam, T. W. and C. H. Baisan. 1996.  Historical Fire Regime Patterns in the Southwestern United States Since AD 1700.  In: Allen, D.C. (editor).  1996.  Fire Effects in Southwestern Forests: Proceedings of the Second La Mesa Fire Symposium.  USFS General Technical Report RM-GRT-286.  U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

Thilenius, J.F. 1975.  Alpine Range Management In the Western United States – Principles, Practices, and Problems: The Status of Our Knowledge. USFS Research Paper RM-157.  U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

Tibbitts, T.J., M.K. Sogge, and S.J. Sferra. 1994. A survey protocol for the southwestern willow flycatcher (*Empidonax traillii extimus*). U.S. Department of the Interior, National Park Service. Technical Report NPS/NAUCPRS/NRTR-94/04. Colorado Plateau Research Station, Northern Arizona University, Flagstaff, AZ. 24 pp.

Touchan, R., C. D. Allen, and T. W. Swetnam.  1996.  Fire History and Climatic Patterns in Ponderosa Pine and Mixed-Conifer Forests of the Jemez Mountains, Northern New Mexico.  In:  Allen, C.D. and L. Eskew (technical coordinators).  USFS General Technical Report.  U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

Touchan, R.C., Swetnam, T.W., and Grissino-Mayer, H.D.  1993.  Effects of Livestock Grazing on Pre-Settlement Fire Regimes in New Mexico.  In:  Proceedings of the Symposium on Fire in Wilderness and Park Management: Past Lessons and Future Opportunities.  Missoula, Montana.

Trombulak, S.C. and C.A. Frissell.  2000.  Review of Ecological Effects of Roads on Terrestrial and Aquatic Communities. Conservation Biology 14(1): 18-30.

Tuhy, J.S., P. Comer, D. Dorfman, M. Lammert, J. Humke, B. Cholvin, G. Bell, B. Neely, S. Silbert, L. Whitham, and B. Baker.  2002. A Conservation Assessment of the Colorado Plateau Ecoregion.  The Nature Conservancy.  Moab Project Office.  Moab, Utah.

BLM_0030835

Turner, G.T. and Paulsen, H.A. 1976.  Management of Mountain Grasslands in the Central Rockies: The Status of Our Knowledge.  USFS Research Paper RM-161.  U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

Turner, M. G., W. H. Romme, R. H. Gardner, and W. W. Hargrove. 1997.  Effects of Fire Size and Pattern on Early Succession in Yellowstone National Park. Ecological Monographs 67:411–433.

Tyus, H.M. and C.A Karp.  1990.  Spawning and Movements of Razorback Sucker, *Xyrauchen texanus*, in the Green River Basin of Colorado and Utah.  Southwestern Naturalist 35:427-433.

U.S. Census 2000. Web site created January 25, 2002, U.S. Census Bureau, Systems Support Division. http://www.census.gov/main/www/cen2000.html

U.S. Corps of Engineers.  1987. Wetlands Delineation Manual 1987. ADA-176-734. Technical Report Y-87-1.  U.S. Corps of Engineers.  Washington, D.C.

U.S. Department of Agriculture and U.S. Department of Interior (USDA and USDI).  2006.  Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development.  BLM/WO/ST-06/021+3071.  Bureau of Land Management, Denver, Colorado.  34 pp.

U.S. Department of Agriculture, U.S. Forest Service.  San Juan Public Lands Center. Durango, Colorado. SJPLC.  2007.  Northern San Juan Basin Coal Bed Methane Project.  Final Environmental Impact Statement.  U.S. Department of Interior, Bureau of Land Management.

U.S. Department of Energy (USDOE).  2007.  West-Wide Energy Corridor PEIS. Designation of Energy Corridors on Federal Land in the 11 Western States.  DOE/EIS-0386.  In Progress.  Available on the Internet: http://corridoreis.anl.gov/.  Accessed on June 4, 2007.

U.S. Environmental Protection Agency (USEPA).  2005.  Control of Mercury from Coal Fired Electric Utility Boilers:  An Update.  Air Pollution and Control Division, National Risk Management Research Laboratory.  U.S. Environmental Protection Agency.  Washington, D.C.

U.S. Fish and Wildlife Service (USFWS). 1994a.  Uncompahgre Fritillary Butterfly Recovery Plan.  U.S. Department of the Interior.  Denver, Colorado.

USDA Forest Service.  1996.  Rangeland Analysis & Management Training Guide.  Rocky Mountain Region, Denver, Colorado.

USDA Forest Service, FS 710, The Built Environment Image Guide, Dec. 2001.

USFS 2006:  Winters, D.S., D.M. Staley, J. Fryxell, and J. Krezelok.  2006.  Aquatic, Riparian, and Wetland Ecosystem Assessment for the San Juan National Forest.  Introduction and Ecological Driver Analysis; Anthropogenic Influences Report; and Cumulative Influences: Synthesis and Discussion.  Denver, CO; US Department of Agriculture, Forest Service, Rocky Mountain Region.

USFWS.  1994b.  Endangered and Threatened Wildlife and Plants:  Determination of Critical Habitat for Four Colorado River Endangered Fishes:  Razorback Sucker, Colorado Squawfish, Humpback Chub, and Bonytail Chub.  Final Rule.  Federal Register.  March 21, 1994.

USFWS.  1995.  San Juan Basin Recovery Implementation Program.  U.S. Fish and Wildlife Service.  Albuquerque, New Mexico.

USFWS.  2002a.  Endangered and Threatened Wildlife and Plants:  Review of Plant and Animal Taxa that are Candidate Proposed for Listing as Endangered or Threatened.  Annual notice of findings on recycled petitions.  Annual description of progress on listing actions.  Federal Register 67(114): 40657-40679.

USFWS.  2002b.  San Juan River Basin Recovery Implementation Program.  Program Highlights.  Available on the Internet:  http://www.fws.gov/southwest/sjrip/PH.cfm.  Accessed on July 3, 2003.

USFWS.  2002c.  Birds of Conservation Concern 2002.  Division of Migratory Bird Management.  Arlington, Virginia.

USFWS.  2003a.  Birding in the United States: A Demographic and Economic Analysis.  Addendum to the 2001 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation.  Report 2000-1.

USFWS.  2003a.  San Juan River Basin Recovery Implementation Program.  Program Highlights 2002-2003 [Web Page].  Available on the Internet:  http://www.fws.gov/southwest/sjrip/pdf/20022003highlights.pdf.  Accessed on  July 3, 2003.

BLM_0030836

USFWS.  2004.  Proposed Designation of Critical Habitat for the Southwestern Willow Flycatcher *(Empidonax traillii extimus)*: Proposed Rule.  Federal Register Volume 69, No. 196, 60706.

USFWS.  2006.  Final Listing Determination for the Unison Sage-Grouse as Threatened or Endangered.  Federal Register Vol. 71, No. 74, 19954-19982.

USFWS.  2006.  U.S. Fish and Wildlife Service Unit Species List of Federally Threatened, Endangered, and Candidate Species for the San Juan National Forest and the BLM San Juan Field Office.  U.S. Department of Agriculture, U.S. Forest Service.  U.S. Department of the Interior, Bureau of Land Management.  San Juan Public Lands Center.  Durango, Colorado.

United State Forest Service (USFS).  1987.  Terrestrial Ecosystem Survey of the Carson National Forest. U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

USFS.  1988.  Range Plant Handbook.  Dover Edition.  U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

USFS.  1991.  Weminuche Wilderness Monitoring Plan for Air Quality Related Values, San Juan National Forest.  U.S. Department of Agriculture, U.S. Forest Service.  Rocky Mountain Region.  Lakewood, Colorado.

USFS.  1992a.  Ecology and Management of Oak and Associated Woodlands: Perspectives in the Southwestern U.S. and Northern Mexico. USFS General Technical Report RM-218.  U.S. Department of Agriculture, U.S. Forest Service. Washington, D.C.

USFS.  1992b.  Land and Resource Management Plan for the San Juan National Forest.  U.S. Department of the Interior, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  1993.  Research Natural Area Guide for the Rocky Mountain Region.  Review Draft.  U.S. Department of Agriculture, U.S. Forest Service.  Rocky Mountain Region. Lakewood, Colorado.

USFS.  1996a.  Soil Resource and Ecological Inventory of the Rio Grande National Forest-West Part, Colorado.  U.S. Department of Agriculture, U.S. Forest Service.  Durango, Colorado.

USFS.  1996b.  Forest Service Classification for Paleontological Resources:  Probable Fossil Yield Classification - (PFYC) Developed by the Paleontology Center of Excellence and the R-2 Paleo Initiative.  Available on the Internet:  http://fsweb.wo.fs.fed. us/mgm/fspaleoclassification.htm.  Accessed on January 1, 2007.

USFS.  2000.  U.S. Forest Service Manual (FSM) 7700. Travel Management.  U.S. Department of Agriculture, U.S. Forest Service.  Washington, D.C.

USFS.  2001.  Special Areas:  Roadless Area Conservation.  Final Rule.   Federal Register Volume 66, No. 9, 3244-3273.

USFS.  2002a.  Mountain Grassland Habitat Assessment: San Juan National Forest.  Unpublished internal document.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2002b.  Piñon-Juniper Habitat Assessment: San Juan National Forest.  Unpublished internal document.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2002c.  Riparian and Wetland Habitat Assessment: San Juan National Forest.  Unpublished internal document.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2003a.  Aspen Habitat Assessment: San Juan National Forest.  Unpublished internal document.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2003b.  Mixed-Conifer Habitat Assessment: San Juan National Forest.  Unpublished internal document.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2004a.  Mountain Shrubland Habitat Assessment: San Juan National Forest.  Unpublished internal document.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2004b.  Ponderosa Pine Habitat Assessment: San Juan National Forest.  Unpublished internal document.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2004c.  Developing a Lynx Habitat Conservation Model:  Assumptions, Criteria, and Components.  Unpublished internal document.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2005a.  R2 Regional Forester's Sensitive Species List.  Rocky Mountain Region. FSM Supplement No. 2600-2005-1.  U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Region.  Lakewood, Colorado.

USFS.  2005b.  Special Areas:  State Petitions for Inventoried Roadless Area Management.  Roadless Area Conservation National Advisory Committee.  Final Rule and Notice.  Federal Register Volume 70, No. 92, 25653-25662.

BLM_0030837

USFS.  2005c.  I-Web Database.  INFRA Roads Module, Conditions Surveys.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2006a.  American Elk Species Assessment: San Juan National Forest.  Unpublished internal document.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2006b.  San Juan National Forest Forest-Scale Roads Analysis.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2006c.  I-Web Database.  INFRA Roads Module.  Deferred Maintenance.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2007a.  Integrated Resource Inventory – Common Land Unit (IRI-CLU).  Database.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

USFS.  2007b.  Integrated Resource Inventory – Common Vegetation Unit (IRI-CVU).   Database.  U.S. Department of Agriculture, U.S. Forest Service.  San Juan National Forest.  Durango, Colorado.

Urness, P.J.  Undated.  Wildlife Habitat Manipulation in Sagebrush Ecosystems.  Department of Range Science.  Utah State University.  Logan, Utah.

Vanicek, C.D.  1967.  Ecological Studies of Native Green River Fishes Below Flaming Gorge Dam, 1964-1966.  Thesis.  Utah State University.  Logan, Utah.

Vanicek, C.D. and R.H. Kramer.  1969.  Life History of the Colorado Squawfish, *Ptychocheilus lucius*, and Colorado Chub, *Gila robusta*, in the Green River in Dinosaur National Monument, 1964-1966.  Translations of the American Fisheries Society 98:193-208.

Vanicek, C.D., R.H. Kramer, and D.R. Franklin.  1970.  Distribution of Green River Fishes in Utah and Colorado following Closure of Flaming Gorge Dam.  Southwestern Naturalist 14:297-315.

Van Loenen R.E. and Gibbons, A.B., editors, 1994, Mineral Resource Potential and Geology of the San Juan National Forest, Colorado: U.S.D.A. Forest Service Administrative Report June 1994, 159 pp.

Veblen, T. T.  2000.  Disturbance Patterns in Southern Rocky Mountain Forests.  In:  Knight, R. L., F. W. Smith, S. W. Buskirk, W. H. Romme, and W. L. Baker (editors). Forest Fragmentation in the Southern Rocky Mountains.  University Press of Colorado.  Boulder, Colorado.

Veblen, T. T., K. S. Hadley, and M. S. Reid. 1991.  Disturbance and Stand Development of a Colorado Subalpine Forest. Journal of Biogeography 18:707-716.

Veblen, T. T., K. S. Hadley, E. M. Nel, T. Kitzberger, M. Reid, and R. Villalba. 1994. Disturbance Regime and Disturbance Interactions in a Rocky Mountain Subalpine Forest. Journal of Ecology 82:125-135.

Veblen, T. T., K. S. Hadley, M. S. Reid, and A. J. Rebertus. 1989.  Blowdown and Stand Development in a Colorado Subalpine Forest.  Canadian Journal of Forest Research 19:1218-1225.

Vegetation Database.  San Juan Public Lands Region 2 vegetation database.

Wadleigh, L. and M. J. Jenkins. 1996.  Fire Frequency and the Vegetative Mosaic of a Spruce-Fir Forest in Northern Utah. Great Basin Naturalist 56:28-37.

Weaver, H. 1951.  Observed Effects of Prescribed Burning on Perennial Grasses in the Ponderosa Pine Forests. Journal of Forestry 49:267-271.

Webber, B. and Madgwick, H.A.I.  1983.  Biomass and Nutrient Content of a 29-year-old *Pinus Radiata* Stand.  New Zealand Journal of Forestry Science 13, 222-228.

Weber, W.A. and  R.C. Wittmann.  2001.  Colorado Flora Western Slope.  3rd Edition. University Press of Colorado.  Boulder, Colorado.

Weiss, S.J.  1993.  Spawning, Movement, and Population Structure of Flannelmouth Sucker in the Paria River.  Thesis.  University of Arizona.  Tucson, Arizona.

Weitzel, D.L.  2002.  Conservation and Status Assessments for the Bluehead Sucker *(Catostomus discobolus)*, Flannelmouth Sucker *(Catostomus latipinnis)*, Roundtail Chub *(Gila robusta)*, and Leatherside Chub *(Gila copei)*: Rare Fishes West of the Continental Divide, Wyoming.  Wyoming Fish and Game Department.  Cheyenne, Wyoming.