Welch, T.G. and J.O. Klemmendson. 1975. Influence of the Biotic Factor and Parent Material on Distribution of Nitrogen and Carbon in Ponderosa Pine Ecosystems. In: Bernier, B. and C.H. Wingget (editors). Forest Soils and Land Management. Proceedings of the Fourth North American Forestry Soils Conference. Laval Quebec, Canada.

West, N.E. 1990. Structure and Function of Microphytic Soil Crusts in Wildland Ecosystems of Arid to Semi-Arid Regions. Advances in Ecological Research 20:179-223.

West, N.E. and J.A. Young. 2000. Intermountain Valleys and Lower Mountain Slopes. In: Barbour, M.G. and W.D. Billings (editors). North American Terrestrial Vegetation. 2nd Edition. Cambridge University Press. Cambridge, England.

Wheeler, C.A. 1997. Current Distributions and Distributional Changes of Fish in Wyoming West of the Continental Divide. Thesis. University of Wyoming. Laramie, Wyoming.

White, A. S. 1984. Presettlement Regeneration Patterns in a Southwestern Ponderosa Pine Stand. Ecology 66:589-594.

Whiteman, S.L. 2000. 1999 Fish Studies on Animas and La Plata Rivers. Southern Ute Indian Tribe. Ignacio, Colorado.

Whitman, S.L. 2000. 1999 Fish Studies on Animas and La Plata Rivers. Southern Ute Indian Tribe. Ignacio, Colorado.

Wiggins, D. 2004. American Three-Toed Woodpecker (Picoides dorsalis): A Technical Conservation Assessment. U.S. Department of Agriculture, U.S. Forest Service. Rocky Mountain Region. Lakewood, Colorado.

Winthers, E., D. Fallon, J. Haglund, T. DeMeo, G. Nowacki, D. Tart, M. Ferwerda, G. Robertson, A. Gallegos, A. Rorick, D. Cleland, and W. Robbie. 2005. Terrestrial Ecological Unit Inventory Technical Guide. U.S. Department of Agriculture, U.S. Forest Service. Washington D.C.

Winward, A.H. 1991. A Renewed Commitment to Management of Sagebrush Grasslands. Special Report 880. Agricultural Experiment Station, Oregon State University. Corvallis, Oregon.

Winward, A.H. 2004. Sagebrush of Colorado: Taxonomy, Distribution, Ecology, and Management. Colorado Division of Wildlife. Denver, Colorado.

Wohl, E.E. 2001. Virtual Rivers: Lessons from the Mountain Rivers of the Colorado Front Range. Yale University Press. New Haven, Connecticut and London, England.

Western Regional Air Partnership (WRAP). 2002. 2002 WRAP Point and Area Source Inventory, Area Sources By County. Available on the Internet: www.wrapair.org.

Wright, H.A. and A.W. Bailey. 1982. Fire Ecology: United States and Southern Canada. John Wiley and Sons. New York, New York.

Wu, R. 1999. Fire History and Forest Structure in the Mixed Conifer Forests of Southwest Colorado. Thesis. Department of Forest Sciences. Colorado State University. Fort Collins, Colorado.

Wuerthner, G. 1992. Some Ecological Costs of Livestock.

Young, M.K. 1989. Effect of Substrate Composition on the Survival to Emergence of Colorado River Cutthroat Trout and Brown Trout. Dissertation. University of Wyoming. Laramie, Wyoming.

Young, M.K. (technical editor). 1995. Conservations Assessments for Inland Cutthroat Trout. USFS General Technical Report RM-256. U.S. Department of Agriculture, U.S. Forest Service. Fort Collins, Colorado.

Young, M.K., W.A. Hubert, and T.A. Wesche. 1991. Selection of Measures of Substrate Composition to Estimate Survival to Emergence of Salmonids and to Detect Changes in Stream Substrates. North American Journal of Fisheries Management 11:339-346.

Zwinger A.H. and E.W. Beatrice. 1972. Land Above the Trees: A Guide to American Alpine Tundra. Harper and Row. New York, New York.

BLM_0030839

## 5.2 GLOSSARY

This glossary defines terms used by the U.S. Forest Service and by the Bureau of Land Management to explain natural resource concepts and management activities specific to this Draft Land Management Plan/Draft Environmental Impact Statement.

**abandoned mine**: An abandoned hardrock mine on or affecting public lands administered by BLM, at which exploration, development, mining, reclamation, maintenance, and inspection of facilities and equipment, and other operations ceased as of January 1, 1981 (the effective date of BLM's Surface Management regulations codified at 43 CFR 3809) with no evidence demonstrating that the miner intends to resume mining.

**Abandoned Mine Lands (AML) Program**: A BLM program that focuses on reclaiming hardrock abandoned mine lands on or affecting public lands administered by the BLM.

**actual use**: The amount of animal unit months consumed by livestock based on the numbers of livestock and grazing dates submitted by the livestock operator and confirmed by periodic field checks.

**adaptive management**: The process of implementing management decisions incrementally, so that changes can be made if the desired results are not being achieved. Adaptive management acknowledges that our understanding of complex ecological systems is limited and we may make mistakes, but the seriousness of these mistakes can be reduced by placing forest management into a consciously experimental framework, by carefully observing the ecosystem's response to our well-intentioned efforts, and by modifying our actions appropriately as we learn more about the ecosystem.

**affected environment**: A physical, biological, social, and economic environment within which human activity is proposed. The natural, physical and human-related environment that is sensitive to changes from the alternatives.

**air pollutant**: Any substance in air that could, if in high enough concentration, harm humans, animals, vegetation, or material. Air pollutants may include almost any natural or artificial matter capable of being airborne, in the form of solid particles, liquid droplets, gases, or a combination of these.

**air pollution**: The contamination of the atmosphere by any toxic or radioactive gases and particulate matter as a result of human activity.

**air quality**: Refers to standards for various classes of land as designated by the Clean Air Act (PL 88-206: Jan. 1978.).

**allotment**: A designated area of land available for livestock grazing upon which a specified number and kind of livestock may graze for a certain period. Allotments generally consist of federally managed, State owned, and/or private lands. An allotment may include one or more separate pastures. Livestock numbers and periods of use are specified for each allotment.

Allotments are administered to standard when the responsible manager determines and documents that the permittee is in compliance and that applicable resource management standards are being met. Where the permittee is not in compliance, all necessary corrective actions are initiated and documented.

**Allotment Management Plan (AMP)**: A concisely written program of livestock grazing management, including supportive measures, if required, designed to attain specific management goals in a grazing allotment. An AMP is prepared in consultation with the permittee(s), lessee(s), and other affected interests. Livestock grazing is considered in relation to other uses of the range and to renewable resources, such as watershed, vegetation, and wildlife. An AMP establishes seasons of use, the number of livestock to be permitted, the range improvements needed, and the grazing system. A long-term operation plan that is the implementing document for the decision made through the NEPA process and promotes progress toward Desired Conditions.

**alternatives**: A choice of two or more things. For NEPA purposes, alternatives to the Proposed Action must be examined in the planning process. The discussion of alternatives must define the issues and provide a clear basis for choice by the decision maker and the public (40 CFR 1502.14).

**amenity**: Resource use, object, feature, quality, or experience that is pleasing to the mind or senses; typically refers to values for which monetary values are not or cannot be established, such as scenic or wilderness values.

**amenity migration**: The movement of people for pleasure rather than economic reasons.

BLM_0030840

**analysis area**: The geographic area defining the scope of analysis for the project. Sometimes for a particular resource, the analysis area may have to be larger when effects have potential to extend beyond the boundaries of the proposal. May also be referred to as the "planning area."

**Analysis of the Management Situation (AMS)**: Assessment of the current management direction. It includes a consolidation of existing data needed in order to analyze and resolve identified issues, a description of current BLM management guidance, and a discussion of existing problems and opportunities for solving them.

**Animal Unit Month (AUM)**: The amount of forage necessary for the sustenance of one cow, an "animal unit" or its equivalent for a period of 1 month. (43 CFR 4100). The animal unit in turn is defined as one mature 1,000-pound cow and her suckling calf.

**annual mortality**: The average annual volume of sound wood (free from decay) in growing-stock trees that died from natural causes during the period between inventories.

**Annual Operating Instructions (AOI)**: Annual instructions, developed with each livestock permittee, describing livestock management, livestock pasture rotations, season of use, utilization and/or residual levels, etc. These instructions implement project level NEPA decisions (AMP) or in the absence of project NEPA, the Forest plan.

**aquatic ecosystems**: Water dependent environments that serve as habitat for interrelated and interacting communities and populations of plants and animals. Includes the stream channel, lake or estuary bed, water, biotic communities, and the habitat features that occur therein.

**Areas of Critical Environmental Concern (ACEC)**: Areas within the public lands where special management attention is required (when such areas are developed or used, or where no development is required) in order to protect and prevent irreparable damage to important historic, cultural, and/or scenic values, fish and wildlife resources, or other natural systems or processes, or to protect life and safety from natural hazards (from BLM H-6310-1, Wilderness Inventory and Study Procedures).

**atmospheric deposition**: Air pollution produced when acid chemicals are incorporated into rain, snow, fog or mist and fall to the earth. Sometimes referred to as "acid rain," it comes from sulfur oxides and nitrogen oxides, products of burning coal and other fuels and from certain industrial processes. If the acid chemicals in the air are blown into areas where the weather is wet, the acids can fall to Earth in the rain, snow, fog or mist. In areas where the weather is dry, the acid chemicals may become incorporated into dusts or smokes.

**avoidance area**: Areas with sensitive resource values where rights-of-way and Section 302 permits, leases, and easements would be strongly discouraged. Authorizations made in avoidance areas would have to be compatible with the purpose for which the area was designated and not otherwise be feasible on lands outside the avoidance area.

**backcountry byways**: Vehicle routes that traverse scenic corridors utilizing secondary or backcountry road systems. National backcountry byways are designated by the type of road and vehicle needed to travel the byway.

**base property**: Land and improvements owned and used by the permittee for a farm or ranch operation and specifically designated by him to qualify for a term grazing permit.

**Beneficial outcomes** (Also referenced as "Recreation Benefits"): These include improved conditions, maintenance of desired conditions, prevention of worse conditions, and the realization of desired experiences.

**beneficial uses**: Attributes that are considered useful products of the resource.

**best available science**: Peer-reviewed and other quality-controlled literature, studies, or reports related to planning or project issues.

**best management practices (BMPs)**: Methods, measures or practices to prevent or reduce water pollution including, but not limited to, structural and non-structural controls, operation and maintenance procedures, other requirements, scheduling and distribution of activities. Usually, BMPs are selected on the basis of site-specific conditions that reflect natural background conditions and political, economic, and technical feasibility.

**big game**: Those species of large mammals normally managed as a sport hunting resource. Generally includes; elk, moose, white-tailed deer, mule deer, mountain goat, bighorn sheep, black bear & mountain lion.

**Biological Assessment (BA)**: An evaluation conduced for Federal projects requiring an environmental statement in accordance with legal requirements under Section 7 of the Endangered Species Act [16 USC 1536(c)]. The purpose of the assessment is to determine whether the Proposed Action is likely to affect any endangered or threatened species.

**biological diversity**: The full variety of life in an area including the ecosystems, plant and animal communities, species and genes, and the processes through which individual organisms interact with one another and with their environment (USDA Forest Service 1991). More simply it is defined as the variety of life and its processes (Keystone Report 1991).

BLM_0030841

**Biological Evaluation (BE)**: A documented Forest Service review of Forest Service programs or activities in sufficient detail to determine how an action or proposed action may affect any threatened, endangered, proposed, or sensitive species (FSM 2670.5). Objectives of the Biological Evaluation are to ensure that Forest Service actions do not contribute to loss of viability of any native or desired non-native plant or animal species (including threatened, endangered, proposed, or sensitive plant and animal species) or contribute to trends toward Federal listing of any species, and to comply with the requirements of the Endangered Species Act that actions of Federal agencies not jeopardize or adversely modify critical habitat of federally listed species (FSM - R2 Supplement 2672.41).

**biological soil crusts**: A complex mosaic of cyanobacteria, green algae, lichens, mosses, microfungi, and other bacteria (Belnap at al. 2001) that function as living mulch by retaining soil moisture and discouraging annual weed growth. They reduce wind and water erosion, fix atmospheric nitrogen, and contribute to soil organic matter (Eldridge and Greene 1994). Also known as cryptogamic, cryptobiotic, microbiotic, or microphytic soil crusts.

**BLM special-status species**: Species designated as federally endangered, threatened, proposed, or candidate under the ESA, those designated by the Colorado Division of Wildlife as state endangered or threatened, and BLM Sensitive Species which are species under status review by the USFWS, species with numbers declining so rapidly that Federal listing may become necessary, species with typically small and widely dispersed populations, or species inhabiting ecological refugia or other specialized or unique habitats.

**candidate species**: Species for which the USFWS has sufficient information on their status and threats to support proposing the species for listing as endangered or threatened under the Endangered Species Act, but for which issuance of a proposed rule is currently precluded by higher priority listing actions. Separate lists for plants, vertebrate animals, and invertebrate animals are published periodically in the Federal Register (from M6840, Special Status Species Manual) (from M6840, Special Status Species Manual).

**canopy**: The branches and leaves that form the crowns of trees, shrubs, or herbs. Canopy usually refers to the uppermost layer of vegetation, but can be used to describe lower layers in a multi-storied forest.

**canopy cover**: The percentage of the ground surface covered by the vertical downward projection of the outermost perimeter of the plant foliage in a given area.

**capability**: The potential of an area of land to produce resources, supply goods and services, and allow resource uses under an assumed set of management practices at a given level of management intensity.  Capability depends upon current conditions and site conditions such as climate, slope, landform, soils, and geology, as well as the application of management practices, such as protection from insects, and disease.

**carrying capacity**: The average number of livestock and/or wildlife that may be sustained on a management unit compatible with management objectives for the unit. In addition to the site characteristics, it is a function of management goals and management intensity. The maximum population or level of activity that can be supported without degradation of the habitat or the population.

**casual use**: Activities that involve practices that do not ordinarily cause any appreciable disturbance or damage to the public lands, resources or improvements and, therefore, doe, not require a right-of-way grant or temporary use permit (43 CFR 2800). Also means any short-term non-commercial activity which does not cause appreciable damage or disturbance to the public lands, their resources or improvements, and which is not prohibited by closure of the lands to such activities (43 CFR 2920). Casual use generally includes the collecting of geochemical, rock, soil, or mineral specimens using hand tools, hand panning, and non-motorized sluicing. It also generally includes use of metal detectors, gold spears, and other battery-operated devices for sensing the presence of minerals, and hand battery-operated dry washers. Casual use does not include use of mechanized earth-moving equipment, truck-mounted drilling equipment, suction dredges, motorized vehicles in areas designated as closed to off-road vehicles, chemicals, or explosives. It also does not include occupancy or operations where the cumulative effects of the activities result in more than negligible disturbance.

**cave**: Any naturally occurring void, cavity, recess, or system of interconnected passages beneath the surface of the earth or within a cliff or ledge and large enough to permit a person to enter, whether the entrance is excavated or naturally-formed. Such term shall include any natural pit, sinkhole, or other opening that is an extension of a cave entrance or that is an integral part of the cave (36 CFR 290).

**cavity**: The hollow excavated in a tree that is used by birds or mammals for roosting and/or reproduction.

BLM_0030842

**Class I Area**: The Clean Air Act defines Class I areas as National Parks over 6,000 acres, and national wilderness areas over 5,000 acres that were in existence before August of 1977. (The Weminuche Wilderness and Mesa Verde National Park are Class I Areas.)

**Class II Area**: In general, all areas not designated as a Class I Area are considered a Class I Area for air quality protection.

**Clean Air Act (CAA) of 1963 and Amendments**: Federal legislation governing air pollution control.

**Clean Water Act, as amended in 1977**: Legislation enacted by the U.S. Congress in 1977 to maintain and restore the chemical, physical, and biological integrity of the waters of the United States. This act was formerly known as the Federal Water Pollution Control Act (33 USC 1344).

**climate**: The composite or generally prevailing weather conditions of a region throughout the year, averaged over a series of years.

**closed**: Generally denotes that an area is not available for a particular use or uses; refer to specific definitions found in law, regulations, or policy guidance for application to individual programs. For example, 43 CFR 8340.0-5 sets forth the specific meaning of "closed" as it relates to off highway vehicle use, and 43 CFR 8364 defines "closed" as it relates to closure and restriction orders (from H-1601-1, BLM Land Use Planning Handbook).

**closed road**: A road or segment which is restricted from certain types of use during certain seasons of the year. The prohibited use and the time period of closure must be specified.

**Code of Federal Regulations (CFR)**: The official, legal tabulation or regulations directing Federal government activities.

**commercial forest products**: Sawlogs, small roundwood, biomass, and other forest products removed in the process of harvesting or cutting trees from USFS lands.

**community**: A group of one or more populations of plants and animals in a common spatial arrangement; an ecological term used in a broad sense to include groups of various sizes and degrees of integration.

**Community recreation-tourism market**: A community, or communities, dependent upon public lands recreation and/or related tourism use, growth, and/or development. Major investments in facilities and visitor assistance are authorized within SRMAs where the strategy is to target demonstrated community recreation-tourism market demand. Here, recreation management actions are geared toward meeting primary recreation-tourism market demand for specific activity, experience, and benefit opportunities. These opportunities are produced through maintenance of prescribed natural resource and/or community setting character and by structuring and implementing management, marketing, monitoring, and administrative actions accordingly.

**Condition Class (Fire Regimes)**: Fire Regime Condition Classes are a measure describing the degree of departure from historical fire regimes, possibly resulting in alterations of key ecosystem components such as species composition, structural stage, stand age, canopy closure, and fuel loadings. One or more of the following activities may have caused this departure: fire suppression, timber harvesting, livestock grazing, introduction and establishment of exotic plant species, introduced insects or disease, or other management activities.

**conditions of approval**: Conditions or provisions (requirements) under which an Application for a Permit to Drill (APD) or a Sundry Notice is approved.

**conifer**: Any of a group of needle- and cone-bearing evergreen trees.

**connectivity**: A condition in which the special arrangement of vegetation types allows organisms to move freely across the landscape.

**conservation strategy**: A management plan to conserve or sustain particular ecosystem elements such as rare species or habitats.

**consumptive water use**: Use that permanently removes water from a watershed or a confined aquifer from which it is withdrawn by activities that result in substantial evaporation and evapo-transpiration.

**Council on Environmental Quality (CEQ)**: An advisory council to the President of the United States established by the National Environmental Policy Act of 1969. It reviews Federal programs to analyze and interpret environmental trends and information.

**cover**: Vegetation used by wildlife for protection from predators, breeding and rearing of young (hiding cover), or to ameliorate conditions of weather (thermal cover).

**criteria**: Data and information that are used to examine or establish the relative degrees of desirability among alternatives or the degree to which a course of action meets an intended objective.

BLM_0030843

**critical habitat**: An area occupied by a threatened or endangered species "on which are found those physical and biological features: 1) essential to the conservation of the species, and 2) which may require special management considerations or protection."

**crucial winter range**: That part of the overall range where 90 percent of the individuals are located during the average five winters out of ten from the first heavy snowfall to spring green-up, or during a site-specific period of winter as defined for each Colorado Division of Wildlife Data analysis unit.

**cryptogamic soil or crust**: A thin crust made up of mosses, lichens, algae, and bacteria, known collectively as cryptogams. Cryptogams function as soil builders, forming a spongy layer that helps protect soil from erosion, absorbs moisture, and provides nitrogen and other nutrients for plant growth. Also referred to as cryptobiotic or microbiotic soils or crusts.

**cultural resource**: Any prehistoric site, as well as historic site, which is more than 50 years old. The physical remains of human activity (artifacts, ruins, burial mounds, petroglyphs, etc.) having scientific, prehistoric, or social values.

**cumulative impacts**: Combined impacts of the past, present and reasonably foreseeable future actions. For example, the impacts of a proposed timber sale and the development of a mine together result in cumulative impacts.

**deciding officer**: The Forest Service or Bureau of Land Management employee who has the authority to select and/or carry out a specific planning action.

**deferred rotation**: Rotation grazing with regard to deferring pastures beyond the growing season, if they were used early the prior year, or that have been identified as needing deferment for resource reasons.

**demographic**: Related to the vital statistics of human populations (size, density, growth, distribution, etc.) and the effect of these on social and economic conditions.

**denning habitat**: The environment lynx use when giving birth and rearing kittens until they are mobile. The most common component is large amounts of coarse woody debris to provide escape and thermal cover for kittens. Denning habitat must be within daily travel distance of winter snowshoe hare habitat – the typical maximum daily distance for females is about three to six miles. Denning habitat includes mature and old growth forests with plenty of coarse woody debris. It can also include young regenerating forests with piles of coarse woody debris, or areas where down trees are jack-strawed.

**designated roads and trails**: Specific roads and trails identified by the land management agency where motorized vehicle use is authorized. Road and trail designations include the types of vehicles authorized to operate on a specific route, and may also include a time of year (season) when motorized use is allowed.

**desired future condition**: A portrayal of the land or a resource condition that is expected to result if goals and objectives are fully achieved. (36 CRF part 219).

**Destination Recreation – Tourism Market**:  National or regional recreation-tourism visitors and other constituents who value public lands as recreation-tourism destinations. Major investments in facilities and visitor assistance are authorized within SRMAs where the strategy is to target demonstrated destination recreation-tourism market demand. Here, recreation management actions are geared toward meeting primary recreation-tourism market demand for specific activity, experience, and benefit opportunities. These opportunities are produced through maintenance of prescribed natural resource and/or community setting character and by structuring and implementing management, marketing, monitoring, and administrative actions accordingly.

**developed recreation**: Outdoor recreation requiring significant capital investment in facilities to handle a concentration of visitors on a relatively small area. Examples are ski areas, resorts, and campgrounds.

**direct impacts (direct effects)**: Impacts that are caused by the action and occur at the same time and place.

**dispersed recreation**: Outdoor recreation in which visitors are diffused over relatively large areas. Where facilities or developments are provided, they are more for access and protection of the environment than for the comfort or convenience of the people.

**disposal**: Transfer of public land out of Federal ownership to another party through sale, exchange, Recreation and Public Purposes Act, Desert Land Entry or other land law statutes.

**disturbance**: A discrete event, either natural or human-induced, that causes a change in the existing condition of an ecosystem.

**diversity**: An expression of community structure. The relative distribution and abundance of different plant and animal communities and species within an area. The relative distribution and abundance of different plant and animal communities and species within an area. It is "high" if there are many equally abundant species. It is "low" if there are only a few equally abundant species.

BLM_0030844

**dynamic equilibrium**: Stream systems normally function within natural ranges of flow, sediment movement, temperature, and other variables, in what is termed "dynamic equilibrium."

**easement**: A right afforded a person or agency to make limited use of another's real property for access or other purposes.

**ecological integrity**: The capability of an ecosystem to maintain its composition, structure, and function over time, thus maintaining the productivity of the land and a diversity of plants and animals.

**ecosystem**: Areas with living organisms interacting with each other and with their physical environment. They are dynamic entities shaped by natural processes and disturbances including succession, fire, floods, and wind. Ecosystems occur at various scales, with smaller ones found within larger ones.

**ecosystem diversity**: The variety of ecosystem types including their composition, structure, and processes.

**ecotone**: An ecological community of mixed vegetation formed by the overlapping of adjoining communities.

**edge**: The place where plant communities meet or where successional stages or vegetative conditions within plant communities come together (Thomas 1979).

**effects**: "Effect" and "impact" are synonymous as used in this document. Environmental consequences (the scientific and analytical basis for comparison of alternatives). Effects may be either direct, which are caused by the action and occur at the same time and place, or indirect, which are caused by the action and are later in time or farther removed in distance, but are still reasonably foreseeable, or cumulative.

**elk security areas**: Habitat that allows elk to remain in a defined area despite an increase in stress or disturbance associated with the hunting season or other human activities (Lyon and Christensen 1992).

**eligibility**: Qualification of a river for inclusion into the National Wild and Scenic Rivers System through the determination (professional judgment) that it is free-flowing and, with its adjacent land area, possesses at least one river-related value considered to be outstandingly remarkable (from M-8351, BLM WSR Policy and Program).

**emission**: A release into the outdoor atmosphere of air contaminants.

**endangered species**: Any species of animal or plant in danger of extinction throughout all or a significant portion of its range and so designated by the Secretary of Interior in accordance with the 1973 Endangered Species Act.

**Endangered Species Act (ESA)**: A law that sets a policy for conserving animal and plant species that are in danger of extinction.

**environment**: The physical conditions that exist within the area that will be affected by a proposed project, including land, water, minerals, flora, fauna, and objects of historical or aesthetic significance. The area involved is the area in which significant effects would occur either directly or indirectly as a result of the project. The "environment" includes both natural and human-made conditions.

**environmental analysis**: An analysis of alternative actions and their predictable environmental effects, including physical, biological, economic, and social consequences and their interactions; short- and long-term effects; direct, indirect, and cumulative effects.

**Environmental Impact Statement (EIS)**: A detailed written statement as required by section 12(2)(C) of the National Environmental Policy ACT (40 CFR 1508.11). An analytical document prepared under the National Environmental Policy Act (NEPA) that portrays potential impacts to the human environment of a Proposed Action and its possible alternatives. An EIS is developed for use by decision makers to weigh the environmental consequences of a potential decision.

**ephemeral streams**: Streams that flow only as a direct response to rainfall or snowmelt events. They have no baseflow.

**erosion**: Detachment or movement of soil or rock fragments by water, wind, ice, or gravity. Accelerated erosion is much more rapid than normal, natural, or geologic erosion, primarily as a result of the influence of activities of people, animals, or natural catastrophes.

**even-aged management**: Actions resulting in the creation of stands in which trees of essentially the same age grow together. The difference in age between trees forming the main canopy level of a stand usually does not exceed 20 percent of the age of the stand at harvest rotation age.

**even-aged regeneration harvest**: A timber cutting procedure that creates a new age class of trees by using methods including clearcutting, seed tree, shelterwood, and coppice.

BLM_0030845

**exclusion area**: Areas with sensitive resource values where rights-of-way and 302 permits, leases, and easements would not be authorized.

**explicit recreation management objective**: Specifically targeted recreation activity, experience, and/or benefit opportunities (i.e., recreation opportunity outputs) and their attainment (i.e., recreation outcomes).

**Extensive Recreation Management Area (ERMA)**: a public lands unit identified in land use plans containing all acreage not identified as a SRMA. Recreation management actions within an ERMA are limited to only those of a custodial nature.

**feasible**: Capable of being accomplished in a successful manner within a reasonable period of time, taking into account economic, environmental, legal, social, and technological factors.

**Federal Land Policy and Management Act of 1976 (FLPMA)**: Public Law 94-579, October 21, 1976, often referred to as the BLM's "Organic Act," which provides the majority of the BLM's legislated authority, direction policy and basic management guidance (from BLM National Management Strategy for OHV Use on Public Lands).

**Federal Register**: A daily publication which reports Presidential and Federal Agency documents.

**federally listed species**: Species that are listed by the Department of the Interior, U.S. Fish and Wildlife Service, or the National Oceanic and Atmospheric Administration, National Marine Fisheries Service as threatened or endangered.

**fens**: Groundwater-fed wetlands that support high biodiversity and unique plant   communities. Soil in a fen is saturated with water. Saturation creates low-oxygen conditions that slow down decomposition and promotes the accumulation of organic peat over time.

**final regeneration harvest**: Timber harvest designed to regenerate a forest stand or release a regenerated stand.  This includes clearcut, removal cut of a shelterwood or seed tree system, and selection cut.

**Fire Regime Condition Class 1**: Lands whose fire regimes are within the historical range of variation (HRV) and whose vegetation attributes (species composition, structure, and function) are intact.

**fire suppression**: All work activities connected with fire extinguishing operations, beginning with discovery of a fire and continuing until the fire is completely out.

**fish habitat**: The place where a population of fish species lives and its surroundings; includes the provision of life requirements such as food and cover.

**fishery**: The total population of fish in a stream or body of water and the physical, chemical, and biological factors affecting that population.

**floodplain**: The lowland and relatively flat areas adjoining inland and coastal waters, including, at a minimum, that area subject to a one percent or greater chance of flooding in any given year.

**flora**: The plant life characteristic of a region, period, or special environment.

**fluid minerals**: Oil, gas, coal bed natural gas, and geothermal resources.

**forage**: Plant material that is available for animal consumption.

**forage reserve**: A determination for an allotment, or a portion of an allotment, on which there is no current term permit obligation for some or all of the estimated livestock grazing capacity and where it has been determined to use the available forage for management flexibility when there is a loss of forage availability on other allotments because of factors such as drought, hail, or fire.

**forb**: An herbaceous plant without a woody stem other than those in the grass *(Poaceae)*, sedge *(Cyperaceae)*, or rush *(Juncaceae)* families.

**forest land**: Land that has at least 25 percent canopy cover of trees.

**forest cover type**: A descriptive classification of forest land based on the present vegetative species composition and/or locality (i.e., lodgepole pine, mixed conifer). Most stands are given a classification (stratum label), based on aerial photo interpretation, that includes the forest cover type, size class, density class, and stand development phase.

**Forest Plan**: A Forest Service document required by regulations for each national forest that provides general standards and guidelines for activities and that identifies area of management emphasis.

**forest regulation**: The control of stocking, harvests, growth, and yields on lands designated as suited for timber production to meet management objectives including sustained yield of timber products.

BLM_0030846

**forest road or trail**: A road or trail wholly or partly within or adjacent to and serving the National Forest System and which is necessary for the protection, administration and utilization of the National Forest System and the use and development of its resources.

**forest transportation atlas**: A display of the system of roads, trails, and airfields of an administrative unit.

**forest transportation system**: The system of roads, trails, and airfields on National Forest System lands.

**form**: The mass or shape of an object, which appears unified, often defined by edge, outline, and/or surrounding space.

**fragmentation**: Process by which habitats are increasingly subdivided into smaller units, resulting in their increased insularity as well as losses of total habitat area.

**functional at-risk**: 1) Condition in which vegetation and soil are susceptible to losing their ability to sustain naturally functioning biotic communities. Human activities, past or present, may increase the risks; 2) Uplands or riparian-wetland areas that are properly functioning, but a soil, water, or vegetation attribute makes them susceptible to degradation and lessens their ability to sustain natural biotic communities. Uplands are particularly at risk if their soils are susceptible to degradation. Human activities, past or present, may increase the risks.

**grade**: A slope states as so many feet per mile or as ft/ft (%).

**grassland**: Areas dominated by grasses and forbs. These areas include foothill and mountain grasslands and grasslands vegetation types.

**grazing preference**: The total number of AUMs on public land apportioned and attached to base property owned or controlled by a lessee.

**ground cover**: The percentage of biotic and abiotic material (other than bare soil) covering the ground surface including litter, mosses, lichens, vegetation basal area, and rock fragments. Ground cover plus bare soil equals 100%.

**growing stock**: A timber inventory classification of live commercial trees meeting specified standards of quality or vigor. Cull trees are excluded. Only includes trees 5.0 inches d.b.h. and larger.

**habitat**: An environment, which meets a specific set of physical, biological, temporal or spatial characteristics that satisfy the requirements of a plant or animal species or group of species for part or all of their life cycle. The sum total of environmental conditions of a specific place occupied by a wildlife species or a population of such species.

**habitat connectivity**: Habitat arrangements that allow organisms to move freely across the landscape.

**habitat structural stages**: Any of several developmental stages of tree stands described in terms of tree size and the extent of canopy closure they create (Wills 1987).

**habitat type**: An aggregation of all land areas potentially capable of producing similar plant communities at climax.

**hardwoods**: A conventional term for the wood of broadleaf trees. In the decision area these trees are generally confined to areas near water.

**herb**: A flowering plant whose above ground stem is not woody; graminoids and forbs.

**Herd Management Area (HMA)**: Public land under the jurisdiction of the BLM that has been designated for special management emphasizing the maintenance of an established wild horse or burro herd.

**hazardous substances**: CERCLA term identifying those substances designated pursuant to section 1321(b)(2)(A) of Title 33, or 42 USC 9602, or listed in 40 CFR 302 or 355.

**hazardous substance release**: Any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping, or disposing into the environment (including the abandonment or discarding of barrels, containers, and other closed receptacles containing any hazardous substance or pollutant or contaminant).

**hazardous waste**: Refers to a solid waste, or combination of solid wastes, which because of its quantity, concentration, or physical, chemical, or infectious characteristics may pose a substantial threat to human health and the environment.

**hiding cover**: Vegetation, primarily trees, capable of hiding 90 percent of a standing adult animal from the view of a human at a distance of 200 feet or less.

BLM_0030847

**Historic Range of Variation (HRV)**: The range of ecological conditions, including vegetation structure and natural disturbance regimes that occurred during the reference period; the period of indigenous settlement from about 1500 to the late 1800s.

**hydrophytic plant**: A plant that grows in water or in very moist ground, usually found in riparian areas and wetlands.

**impacts**: "Effect" and "impact" are synonymous as used in this report. See definition for effects.

**Impaired water body**: Streams and lakes that are not meeting their designated uses due to excess pollutants.

**indirect effects**: Secondary effects which occur in locations other than the initial action or significantly later in time.

**Integrated Pest Management (IPM)**: A process for evaluating and selecting techniques to reduce pest populations in an ecologically, economically, and socially acceptable manner. May include the use of pesticides, cultural or silvicultural treatments, biological control agents, host resistance, genetic control, mechanical destruction or trapping, and behavioral chemicals including attractants and repellants.

**integrated prescription**: A multiple-use management practice used to select and schedule applications on a specific area to attain Desired Conditions and objectives. This prescription identifies and quantifies outputs, effects, benefits, and costs of all resources to the extent practical.

**Interdisciplinary (ID) Team**: A group of resource professionals with different expertise that collaborate to develop and evaluate resource management decisions.

**intermittent stream**: A stream which flows only at certain times of the year when it receives water from springs or from some surface source such as melting snow. During the dry season and throughout minor drought periods, these streams will not exhibit flow. Geomorphological characteristics are not well defined and are often inconspicuous. In the absence of external limiting factors (pollution, thermal modifications, etc.), biology is scarce and adapted to the wet and dry conditions of the fluctuating water level.

**invasive species**: A non-native species whose introduction to an area causes economic or environmental harm or harm to human health.

**irretrievable impact**: Commitment of a resource would be considered "irretrievable" when the project would directly eliminate the resource, its productivity, and/or its utility for the life of the project.

**irreversible impact**: The commitment of a resource would be "irreversible" if the project started a "process" (chemical, biological, and/or physical) that could not be stopped. As a result, the resource or its productivity, and/or its utility would be consumed, committed, or lost forever.

**issue indicators**: A "yardstick" for measuring or comparing any changes associated with each issue or concern by alternative.

**jurisdictional wetland**: A wetland area delineated and identified by specific technical criteria, field indicators, or other information for purposes of public agency jurisdiction. The public agencies that administer jurisdictional wetlands are the Fish and Wildlife Service, the U.S. Army Corps of Engineers, the Environmental Protection Agency, and the Soil Conservation Service.

**K factor**: A soil erodibility factor used in the universal soil loss equation that is a measure of the susceptibility of soil particles to detachment and transport by rainfall and runoff. Estimation of the factor takes several soil parameters into account, including: soil texture, percent of sand greater than 0.10 mm, soil organic matter content, soil structure, soil permeability, clay mineralogy, and coarse fragments. K factor values range from .02 to .64, the greater values indicating the highest susceptibilities to erosion.

**key habitat**: Specific areas within the geographic area occupied by a species in which are found those physical and biological features 1) essential to the conservation of the species, and 2) which may require special management considerations or protection.

**key viewpoint**: The point(s) commonly in use or potentially in use where the view of a management activity is the most disclosing; the location that provides the means of studying the visual impact of alternatives to the landscape.

**land classification**: When, under criteria of 43 CFR 2400, a tract of land has potential for either retention for multiple use management or for some form of disposal, or for more than one form of disposal, the relative scarcity of the values involved and the availability of alternative means and sites for realization of those values will be considered. Long-term public benefits will be weighed against more immediate or local benefits. The tract will then be classified in a manner, which will best promote the public interest.

BLM_0030848

**land tenure adjustments**: Ownership or jurisdictional changes are referred as "Land Tenure Adjustments." To improve the manageability of the public lands and improve their usefulness to the public, the BLM has numerous authorities for "repositioning" lands into a more consolidated pattern, disposing of lands, and entering into cooperative management agreements. These land pattern improvements are completed primarily through the use of land exchanges, but also through land sales, jurisdictional transfers to other agencies, and through the use of cooperative management agreements and leases.

**land use allocation**: The identification in a land use plan of the activities and foreseeable development that are allowed, restricted, or excluded for all or part of the planning area, based on desired future conditions.

**land use plan**: A set of decisions that establish management direction for land within an administrative area, as prescribed under the planning provisions of FLPMA; an assimilation of land-use-plan level decisions developed through the planning process outlined in 43 CFR 1600, regardless of the scale at which the decisions were developed.

**lands generally suited for timber harvest**: Lands where timber production is compatible with the attainment of Desired Conditions and objectives established by the LMP, and other lands where salvage sales or other timber harvest is necessary for multi-purpose objectives other than timber production.

**landscape**: The aspect of the land that is characteristic of a particular region or area.

Landscape character is the combination of physical, biological and cultural attributes that gives an area its visual and cultural identity. Each attribute contributes to the uniqueness of the landscape and gives a particular place meaning and value and helps to define a "sense of place." Landscape character provides a frame of reference from which to determine scenic attractiveness and to measure scenic integrity and scenic sustainability.

Landscape visibility addresses the relative importance and sensitivity of what is seen and perceived in the landscape. It is a function of many important and interconnected considerations such as number and context of viewers, duration of views, degree of discernable detail (which depends in part on the position of the viewer, i.e. the landscape may be superior, level with or inferior) and seasonal variation. Landscape visibility inventory and analysis consists of three elements, including travel ways and use areas, concern levels and distance zones.

**late season**: Fall or late summer grazing.

**lease**: Section 302 of the Federal Land Policy and Management Act of 1976 (FLPMA) provides the BLM's authority to issue leases for the use, occupancy, and development of the public lands.  Leases are issued for purposes such as a commercial filming, advertising displays, commercial or noncommercial croplands, apiaries, livestock holding or feeding areas not related to grazing permits and leases, harvesting of native or introduced species, temporary or permanent facilities for commercial purposes (does not include mining claims), residential occupancy, ski resorts, construction equipment storage sites, assembly yards, oil rig stacking sites, mining claim occupancy if the residential structures are not incidental to the mining operation, and water pipelines and well pumps related to irrigation and non-irrigation facilities. The regulations establishing procedures for the processing of these leases and permits are found in 43 Code of Federal Regulations (CFR) 2920.

**lek**: A specific location where male grouse congregate and strut to attract and breed with female grouse.  Most male grouse return to the same lek every year.

**lifeways**: The manner and means by which a group of people lives; their way of life. Components include language(s), subsistence strategies, religion, economic structure, physical mannerisms, and shared attitudes.

**Limited (BLM)**: Designated areas and trails where the use of off-road vehicles is subject to restrictions, such as limiting the number or types or vehicles allowed, dates and times of use (seasonal restrictions), limiting use to existing roads and trails, or limiting use to designated roads and trails. Under the designated roads and trails designation, use would be allowed only on roads and trails that are signed for use. Combinations of restrictions are possible, such as limiting use to certain types of vehicles during certain times of the year.

**linkage area**: An area that provides connectivity between blocks of lynx habitat. Linkage areas occur both within and between geographic areas, where basins, valleys or agricultural lands separate blocks of lynx habitat, or where lynx habitat naturally narrows between blocks. (LCAS updated definition approved by the Steering Committee 10/23/01).

**litter**: The dead vegetation on the ground surface usually consisting of leaves, needles, twigs, and bark.

**live cull**: Live trees that are 5.0 inches d.b.h. and larger, that are 66% rotten or unable to produce a saw log.

**livestock**: Species of domestic animals including cattle, sheep, horses, burros, and goats.

BLM_0030849

**locatable minerals**: Minerals subject to exploration, development, and disposal by staking mining claims as authorized by the Mining Law of 1872, as amended. This includes deposits of gold, silver, and other uncommon minerals not subject to lease or sale.

**Long-term Sustained-yield Timber Capacity**: The highest wood yield that may be sustained under specified management intensities consistent with multiple-use objectives after stands have reached Desired Conditions.

**lower montane**:  A terrestrial community that generally is found in drier and warmer environments than the montane terrestrial community. The lower montane community supports a unique clustering of wildlife species.

**Lynx Analysis Units (LAUs)**: An area of at least the size used by an individual lynx, from about 25 to 50 mi2 (LCAS). An LAU is a unit for which the effects of a project would be analyzed; its boundaries should remain constant.

**lynx habitat**: Primarily coniferous forests that provide a prey base of snowshoe hare.

**maintenance level**: Maintenance levels define the level of service provided by, and maintenance required for, a specific road. There are five maintenance levels that are described as follows:

Level 1 - Assigned to intermittent service roads during the time they are closed to vehicular traffic. Closures must be for 1 or more years. Basic custodial maintenance is performed to keep damage to adjacent resources to an acceptable level and to perpetuate the road to facilitate future management activities.

Level 2 - Assigned to roads open for use by high clearance vehicles. Road in this maintenance level are low speed, single lane and native surface.

Level 3 - Assigned to roads open and maintained for travel by a prudent driver in a standard passenger car. User comfort and convenience are not considered priorities. Roads in this maintenance level are typically low speed, single lane with turnouts and spot surfacing. Some roads may be fully surfaced with either native or processed material.

Level 4 - Assigned to roads that provide a moderate degree of user comfort and convenience at moderate travel speeds. Most roads are double lane and aggregate surfaced. However, some roads may be single lane. Some roads may be paved and/or dust abated.

Level 5 - Assigned to roads that provide a high degree of user comfort and convenience. These roads are normally double lane, paved facilities. Some may be aggregate surfaced and dust abated.

**management area**: An area of land used in planning that consists of similar analysis area, has one prescription assigned, and may not be contiguous.

**management direction**: A statement of multiple use and other goals and objectives, along with the associated management prescriptions and standards and guidelines to direct resource management.

**management indicator species (MIS)**: A species of wildlife, fish, or plant whose health and vigor are believed to accurately reflect the health and vigor of other species having similar habitat and protection needs to those of the selected indicator species.

**mean annual increment and culmination of mean annual increment**: The total increment of increase of volume of a stand (standing crop plus thinning) up to a given age divided by that age.  Culmination of mean annual increment is the age in the growth cycle of an even-aged stand at which the average annual rate of increase of volume is at a maximum.  In land management plans, mean annual increment is expressed in cubic measure and is based on the expected growth of stands, according to intensities and utilization guidelines in the plan document or set of documents.

**metapopulation**: A set of partially isolated populations belonging to the same species. The populations are able to exchange individuals and re-colonize sites in which the species has recently become extinct.

**mineral**: Any naturally formed inorganic material, solid or fluid inorganic substance that can be extracted from the earth, any of various naturally occurring homogeneous substances (as stone, coal, salt, sulfur, sand, petroleum, water, or natural gas) obtained for man's use, usually from the ground. Under Federal laws, considered as locatable (subject to the general mining laws), leasable (subject to the Mineral Leasing Act of 1920), and salable (subject to the Materials Act of 1947).

**mineral entry**: The filing of a claim on public land to obtain the right to any locatable minerals it may contain.

**mineral estate**: The ownership of minerals, including rights necessary for access, exploration, development, mining, ore dressing, and transportation operations.

BLM_0030850

**mineral materials**: Materials such as sand and gravel and common varieties of stone, pumice, pumicite, and clay that are not obtainable under the mining or leasing laws, but that can be acquired under the Materials Act of 1947, as amended.

**mineral**: Any naturally formed inorganic material, solid or fluid inorganic substance that can be extracted from the earth, any of various naturally occurring homogeneous substances (as stone, coal, salt, sulfur, sand, petroleum, water, or natural gas) obtained for man's use, usually from the ground. Under Federal laws, considered as locatable (subject to the general mining laws), leasable (subject to the Mineral Leasing Act of 1920), and salable (subject to the Materials Act of 1947).

**mitigation measure**: Actions taken to reduce or eliminate effects (impacts) from management actions, including: 1) avoiding the impact altogether by not taking certain action or parts of an action; 2) minimizing impacts by limiting the degree or magnitude of the action and its implementation; 3) rectifying the impacts by repairing, rehabilitating or restoring the affected environment; 4) reducing or eliminating the impact over time by preservation and maintenance operations during the life of the action; and 5) compensating for the impact by replacing or providing substitute resources or environments (40 CFR 1508.20).

**modification**: A visual quality objective meaning activities by humans may dominate the characteristic landscape but must, at the same time, utilize naturally established form, line, color, and texture. It should appear as a natural occurrence when viewed in foreground or middleground.

**monitoring and evaluation**: The evaluation, on a sample basis, of management practices to determine how well objectives are being met, as well as the effects of those management practices on the land and environment.

**montane**: Inhabiting the cool, moist ecological zone located near the timberline and usually dominated by evergreen trees.

**motor vehicle**: Any vehicle which is self-propelled, other than a vehicle operated on rails and any wheelchair or mobility device, included on that is battery-powered, that is designed solely for use by a mobility-impaired person for locomotion, and that is suitable for use in an indoor pedestrian area.

**motor vehicle use map**: A map reflecting designated roads, trails, and areas on an administrative unit or a Ranger District of the National Forest System.

**motorized wheeled vehicle**: Includes all types of motorized wheeled vehicles capable of or designed for, travel on or immediately over land or other natural terrain (motorcycles, four-wheel drive vehicles, all-terrain vehicles, sport utility vehicles, pickup trucks, etc.) and includes those vehicles that have the driving wheels moving inside endless tracks, or capable of conversion to such method of travel.

**multiple use**: The management of the public lands and their various resource values so that they are utilized in the combination that will best meet the present and future needs of the American people; making the most judicious use of the land for some or all of these resources or related services over areas large enough to provide sufficient latitude for periodic adjustments in use to changing needs and conditions; the use of some land for less than all of the resources; a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources, including, but not limited to, recreation, range, timber, minerals, watershed, wildlife and fish, and natural scenic, scientific and historical values; and harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output.

**National Environmental Policy Act of 1969 (NEPA)**: An act which encourages productive and enjoyable harmony between man and his environment; promotes efforts to prevent or eliminate damage to the environment and biosphere and stimulate the health and welfare of people; enriches the understanding of the ecological systems and natural resources important to the Nation; and establishes a Council on Environmental Quality;  40 CFR 1500-1508 are the regulations for implementing the act.

**NEPA process**: All measures necessary to comply with the requirements of Section 2 and Title 1 of NEPA. An interdisciplinary process, mandated by the National Environmental Policy Act, which concentrates decision-making around issues, concerns, alternatives and the effects of alternatives on the environment.

**National Forest Management Act (NFMA)**: A law passed in 1976 as amendments to the Forest and Rangeland Renewable Resources Planning Act that requires the preparation of Regional and Forest plans and the preparation of regulations to guide that development.

**National Forest System**: All national forest lands reserved or withdrawn from the public domain of the United States, all national forest lands acquired through purchase, exchange, donation, or other means, the national grasslands and land utilization projects administered under Title 111.

BLM_0030851

**National Forest System road**: A forest road other than a road that has been authorized by a legally documented right-of-way held by a State, county, or other local public road authority.

**National Forest System trail**: A forest trail other than a trail which has been authorized by a legally documented ROW held by a State, county, or other local public road authority.

**National Wild and Scenic Rivers System**: A system of nationally designated rivers and their immediate environments that have outstanding scenic, recreational, geologic, fish and wildlife, historic, cultural, and other similar values and are preserved in a free-flowing condition. The system consists of three types of streams: 1) recreation—rivers or sections of rivers that are readily accessible by road or railroad and that may have some development along their shorelines and may have undergone some impoundments or diversion in the past; 2) scenic—rivers or sections of rivers free of impoundments with shorelines or watersheds still largely undeveloped but accessible in places by roads; and 3) wild—rivers or sections of rivers free of impoundments and generally inaccessible except by trails, with watersheds or shorelines essentially primitive and waters unpolluted.

**native fish**: Fish species that are indigenous to a region's waters, as opposed to introduced or exotic fish.

**native species**: Species that normally live and thrive in a particular ecosystem.

**naturalness**: Refers to an area that "generally appears to have been affected primarily by the forces of nature, with, the imprint of man's work substantially unnoticeable" (Set 2[c] of the Wilderness Act of 1964).

**NatureServe**: A non-profit conservation organization that provides the scientific information and tools needed to help guide effective conservation action. It represents an international network of biological inventories – known as natural heritage programs or conservation data centers – operating in all 50 U.S. states, Canada, Latin America, and the Caribbean.

**net annual growth**: The average net annual increase in the volume of trees during the period between inventories. Components include the increment in net volume of trees at the beginning of the specific year surviving to its end, plus the net volume of trees reaching the minimum size class during the year, minus the volume of trees that died during the year, and minus the net volume of trees that became cull trees during the year.

**No-Action Alternative**: The No-Action Alternative is required by regulations implementing the National Environmental Policy Act (NEPA) (40 CFR 1502.14). The No-Action Alternative provides a baseline for estimating the effects of other alternatives. Where a project activity is being evaluated, the No-Action Alternative is defined as one where no action or activity would take place.

**non-functional**: Riparian areas that lack the soil, water, or vegetation attributes to function properly and that are highly susceptible to degradation.

**non-functioning condition**: 1) Condition in which vegetation and ground cover are not maintaining soil conditions that can sustain natural biotic communities; 2) Riparian-wetland areas are considered to be in non-functioning condition when they do not provide adequate vegetation, landform, or large woody debris to dissipate stream energy associated with high flows and thus are not reducing erosion, improving water quality, or other normal characteristics of riparian areas. The absence of a floodplain may be an indicator of nonfunctioning condition.

**non-game species**: Those species of animals that are not managed as a sport hunting resource.

**non-point source pollution**: Pollution whose source is not specific in location; the sources of the pollutant discharge are dispersed, not well defined or constant. Examples include sediments from logging activities and runoff from agricultural chemicals.

**not suitable for timber production**: Forest land for which timber production is not a management objective (36 CFR 219.12 and FSM 1921.12). These are lands where: a.) statute, Executive order, or regulation prohibits timber production on the land; or the Secretary of Agriculture or the Chief of the Forest Service have withdrawn the land from timber production; b.) the land is not forest land; c.) timber production would not be compatible with the achievement of Desired Conditions and objectives established by the LMP for those lands; or d.) timber is generally not suitable for harvest.

**noxious weeds**: Plants designated as noxious by the Secretary of Agriculture or by the responsible state official. They are usually an invasive species. They generally possess one or more of the following characteristics: aggressive and difficult to manage, poisonous, toxic, parasitic, a carrier or host of serious insects or disease, non-native, new, or not common to the United States. According to the Federal Noxious Weed Act (PL 93-639), a noxious weed is one that causes disease or has other adverse effects on people or their environment and therefore is detrimental to the agriculture and commerce of the United States and to the public health.

BLM_0030852

**off-highway vehicle (OHV)**: Any motorized vehicle designed for or capable of cross-country travel on or immediately over land, water, sand, snow, ice, marsh, swampland, or other natural terrain. Travel on or immediately over land, water, or other natural terrain, excluding: ) any non-amphibious registered motorboat; 2) any military, fire, emergency, or law enforcement vehicle while being used for emergency purposes; 3) any vehicle whose use is expressly authorized by the authorized officer, or otherwise officially approved; 4) vehicles in official use; and 5) any combat or combat support vehicle when used for national defense.

**off-road**: Any motorized travel that is not on the designated road and trail system.

**old growth**: Forest lands that meet the old-growth descriptions for the Rocky Mountain Region as outlined in Mehl, 1992. Old-growth forests represent the late stages of forest development and are primarily distinguished by old trees, large trees, snags, and large wood on the forest floor.

**Open (BLM)**: Designated areas and trails where off-road vehicles may be operated, subject to operating regulations and vehicle standards set forth by land management agencies; or an area where all types of vehicle use is permitted at all times, subject to the standards set forth by land management agencies.

**Outstanding Waters**: An Outstanding Waters designation offers the highest level of water-quality protection available under the Clean Water Act and under Colorado regulations. This designation is designed to prevent any degradation from existing conditions.

**outstandingly remarkable values (ORVs)**: Values among those listed in Section 1(b) of the Wild and Scenic Rivers Act: "scenic, recreational, geological, fish and wildlife, historical, cultural, or other similar values…" Other similar values, which may be considered, include ecological, biological or botanical, paleontological, hydrological, scientific or research values (from M-8351, BLM WSR Policy and Program).

**ozone**: A faint blue gas produced in the atmosphere from chemical reactions of such sources as burning coal, gasoline and other fuels, and chemicals found in products including solvents, paints, hairsprays, etc.

**perennial stream**: Perennial streams carry flowing water continuously throughout the year, regardless of weather conditions. It exhibits well-defined geomorphological characteristics and in the absence of pollution, thermal modifications, or other man-made disturbances has the ability to support aquatic life. During hydrological drought conditions, the flow may be impaired.

**permit long**: Grazing for the duration of the permitted time with care taken not to overuse the resource.

**permitted livestock**: Livestock presently being grazed under a permit or those that were grazed under a permit during the preceding season, including their offspring retained for herd replacement.

**permitted use**: The forage allocated by, or under the guidance of, an applicable land use plan for livestock grazing in an allotment under a permit or lease, and is expressed in Animal Unit Months (AUMs) (43 CFR Section 4100.0-5) (from H-4180-1, BLM Rangeland Health Standards Manual).

**plan amendment**: The system that provides a step-by-step process for considering multiple resource values, resolving conflicts, and making resource management decisions.

**planning criteria**: The factors used to guide development of the resource management plan, or revision, to ensure that it is tailored to the issue previously identified and to ensure that unnecessary data collection and analysis are avoided. Planning criteria are developed to guide the collection and use of inventory data and information, analysis of the management situation, design and formulation of alternatives, estimation of the effects of alternatives, evaluation of alternatives, and selection of the preferred alternative.

**planning horizon**: The overall time period that spans all activities covered in the LMP and all future conditions and effects of proposed actions that would influence the planning decisions. This is typically considered 50 years.

**population**: Organisms of the same species that occur in a particular place at a given time. In statistics, the aggregate of all units forming the subject of study; otherwise, a community of individuals that share a common gene pool.

**potential natural vegetation (PNV)**: The stable vegetation community which could occupy a site under current climatic conditions without further influence by humans. Often used interchangeably with "Potential Natural Community".

**preferred alternative**: The agency's preferred alternative, one or more, that is identified in the impact statement (40 CFR 1502.14).

**prescribed burning**: The intentional application of fire to wildland fuels in either their natural or modified state under such conditions as to allow the fire to be confined to a predetermined area and at the same time to produce the intensity of heat and rate of spread required to further certain planned objectives (i.e., silviculture, wildlife management, reduction of fuel hazard, etc.).

BLM_0030853

**prescribed fire**: A fire purposely ignited to meet specific objectives (See prescribed burn).

**prevention of significant deterioration (PSD)**: An air pollution-permitting program intended to ensure that air quality does not diminish in attainment areas.

**primary succession**: The establishment and subsequent changes in a community from newly formed habitats without plants (e.g. sand dunes, lava flows, or newly exposed rock). Involves much modification of the environment by early colonists = pioneer species (such as lichens and mosses, beach grasses) which in terrestrial environments stabilize and enrich or even generate soil.

**primitive and unconfined recreation**: Non-motorized, non-mechanized (except as provided by law), and undeveloped types of recreational activities. Bicycles are considered mechanical transport.

**productivity**: The capacity of USFS lands and their ecological systems to provide the various renewable resources in certain amounts in perpetuity (36 CFR 219.16).

**programmatic EIS**: An environmental impact statement that establishes a broad management direction for an area by establishing a goal, objective, standard, management prescription and monitoring and evaluation requirement for different types of activities that are permitted. It also can establish what activities are not permitted within the specific area(s). This document does not mandate or authorize the permitted activities to proceed.

**project**: The whole of an action, which has the potential for resulting in a physical change in the environment.

**project area**: The geographic area defining the scope of this document and the alternatives proposed by it.

**project file**: An assemblage of documents that contains all the information developed or used during an environmental analysis. This information may be summarized in an Environmental Assessment or an Environmental Impact Statement. The project file becomes part of the administrative record for judicial review in case of legal action.

**proper functioning condition (PFC)**: 1) An element of the Fundamental of Rangeland Health for watersheds, and therefore a required element of State or regional standard and guidelines under 43 CFR Section 4180.2(b); 2) Condition in which vegetation and ground cover maintain soil conditions that can sustain natural biotic communities; 3) Riparian-wetland areas are functioning properly when adequate vegetation, landform, or large woody debris is present to dissipate stream energy associated with high water flows, thereby reducing erosion and improving water quality; filter sediment, capture bedload, and aid floodplain development; improve floodwater retention and groundwater recharge; develop root masses that stabilize stream banks against cutting action; develop diverse ponding and channel characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterfowl breeding, and other uses; and support greater biodiversity. The functioning condition of riparian-wetland areas is influenced by geomorphic features, soil, water, and vegetation; 4) Uplands function properly when the existing vegetation and ground cover maintain soil conditions capable of sustaining natural biotic communities. The functioning condition of uplands is influenced by geomorphic features, soil, water, and vegetation.

**proposed action**: A description of the project as proposed by the project proponent in the Special Use Permit application.

**public lands or BLM lands**: Any land or interest in land owned by the United States and administered by the Secretary of the Interior through the Bureau of Land Management.

**public scoping**: Giving the public the opportunity for free, unhampered, speaking or writing concerning the intentions, activity, or influence of a project on the community and environment.

**range analysis**: Systematic acquisition and evaluation of rangeland resource data needed for allotment management planning and overall land management.

**range improvement**: An authorized physical modification or treatment which is designed to improve production of forage; change vegetation composition; control patterns of use; provide water; stabilize soil and water conditions; and restore, protect and improve the condition of rangeland ecosystems to benefit livestock, wild horses and burros, and fish and wildlife. The term includes, but is not limited to, structures, treatment projects, and use of mechanical devices or modifications achieved through mechanical means (43 CFR 4100).

**rangelands**: Lands that produce or are capable of producing forage for grazing and browsing animals. It includes grasslands, forblands, shrublands, and forested lands.

**rangeland condition**: The present state of a rangeland relative to the potential of that rangeland, usually associated with the composition, abundance, and distribution of plant species relative to the potential natural community for that rangeland.

BLM_0030854

**Ranger District**: An administrative subdivision of the national forest system, supervised by a district ranger who reports to the forest supervisor.

**reasonable foreseeable development (RFD) scenario**: The prediction of the type and amount of oil and gas activity that would occur in a given area. The prediction is based on geologic factors, past history of drilling, projected demand for oil and gas, and industry interest.

**reclamation**: Returning disturbed land to a form and productivity that will be ecologically balanced and in conformity with a predetermined land management plan.

**Record of Decision (ROD)**: A concise public document disclosing the decision made following preparation of an EIS and the rationale used to reach that decision.

**Recreation and Public Purposes (R&PP) Act of 1926**: Recreation and Public Purposes Act provided for the lease and sale of public lands determined valuable for public purposes. The objective of the R&PP Act is to meet the needs of State and local government agencies and non-profit organizations by leasing or conveying public land required for recreation and public purpose uses. Examples of uses made of R&PP lands are parks and greenbelts, sanitary landfills, schools, religious facilities, and camps for youth groups. The act provides substantial cost-benefits for land acquisition and provides for recreation facilities or historical monuments at no cost.

**recreation experiences**: Psychological outcomes realized either by recreation-tourism participants as a direct result of their onsite leisure engagements and recreation-tourism activity participation or by non-participating community residents as a result of their interaction with visitors and guests within their community and/or interaction with public land (BLM/USFS)and other public and private recreation-tourism providers and their actions.

**recreation management zones (RMZ)**: Sub-units within a SRMA managed for distinctly different recreation products. Recreation products are comprised of recreation opportunities, the natural resource and community settings within which they occur, and the administrative and service environment created by all affecting recreation-tourism providers, within which recreation participation occurs.

**recreation niche**: The place or position within the strategically targeted recreation-tourism market for each SRMA that is most suitable (i.e., capable of producing certain specific kinds of recreation opportunities) and appropriate (i.e., most responsive to identified visitor or resident customers), given available supply and current demand, for the production of specific recreation opportunities and the sustainable maintenance of accompanying natural resource and/or community setting character.

**recreation opportunities**: Favorable circumstances enabling visitors' engagement in a leisure activity to realize immediate psychological experiences and attain more lasting, value-added beneficial outcomes.

**Recreation Opportunity Spectrum (ROS)**: The ROS offers a framework to establish the desired setting conditions of access, remoteness, naturalness, built environment, social encounters, visitor impacts, and management for all areas of the SJPL. These conditions are shown on the Established ROS Settings Map.

Projects and activities shall be consistent with the established ROS settings. Because this map shows broad desired setting conditions for the entire SJPL, site specific analysis is generally necessary to further refine desired setting conditions that may apply to site specific projects.

Pristine areas provide outstanding opportunity for solitude, natural quiet, and isolation; sights and sounds of development do not intrude on the experience. Lands are managed to protect and perpetuate their pristine conditions. Encounters with others are rare. All travel is cross-country. There is no lasting evidence of camping activity, social trails, or other human impacts. Indirect methods of accomplishing management objectives predominate.

Primitive areas are an essentially unmodified natural environment. These areas offer a moderate degree of solitude and natural quiet, and are managed to allow natural ecological change to occur uninterrupted. Human influence on vegetation is minimal. There may be evidence of campsites. Campsites are dispersed; usually one will not hear or see visitors at adjacent campsites. Maintained trails exist and user-established trails are evident. Evidence of management is minor.

Semi-primitive areas are managed to protect the natural environment and provide access to primitive or pristine areas. Encounters with other users may be frequent in some concentrated use areas. Constructed and maintained trails support access to popular destinations. Use is often heavily concentrated day-use, however, over-night camping occurs. Management emphasizes sustaining and protecting natural conditions. Management actions to mitigate visitor use impacts may be noticeable. Human use and activities within the area may be evident.

BLM_0030855

**SPNM – Semi-Primitive Non-Motorized** non-wilderness backcountry areas are characterized by a quiet, predominantly natural-appearing environment. Resource modification and utilization practices are not evident. Recreation opportunities are primarily those which provide opportunities for self-reliance and challenge. Concentrations of users are low. Common recreation activities include hiking, mountain biking, hunting, fishing, backpacking, and camping.

**SPM – Semi-Primitive Motorized** landscapes are similar in naturalness to SPNM landscapes with motorized travel. Travel is over designated trails or high-clearance, four-wheel drive roads. Roads are designed primarily for low speeds and with native surfacing. Road and trail density provide for a sense of remoteness and solitude. Common recreation activities include motorized trail riding, four-wheel driving, visiting cultural sites, hunting, fishing, and dispersed camping.

**RN – Roaded Natural** lands are generally high use travel corridors with a high level of visitor services and associated development. Concentrations of users can be moderate to high. The areas often take on a mosaic of development and resource evidence from highly modified areas to pockets of unmodified lands. Conventional motorized use is provided for in construction standards such as road widths and surface hardening. Road development levels are native surfaced high-clearance to levels that will accommodate passenger vehicles. OHV travel is common on forest roads and trails. Road and trail densities are moderate to high and interaction with the other users is to be expected. Developed campgrounds, picnic areas, trailhead, and interpretive sites may be present within this setting. Constructed recreation facilities provide for resource protection, visitor information and comfort. Hunting, fishing, biking, hiking, and viewing scenery are common activities.

**R – Rural** areas are substantially modified although they may have natural appearing elements. Facilities are almost always designed for a large number of people and roads are generally paved. Rural areas are characterized by substantially modified natural environment. The landscape is often dominated by human-caused geometric patterns; there is also a dominant sense of open, green-space. Development of facihties is for user comfort such as pavement on roads and trails, and convenience amenities within campgrounds. Common facilities within this setting would be visitor centers, developed campgrounds that provide electricity and showers, areas with multiple facility developments such as lodges, campgrounds, and recreation residences. Driving for pleasure, viewing scenery and cultural features, camping, and picnicking are common activities.

**recreation setting character conditions**: The distinguishing recreational qualities of any landscape, objectively defined along a continuum ranging from primitive to urban landscapes, expressed in terms of the nature of the component parts of its physical, social and administrative attributes. These recreational qualities can be both classified and mapped. This classification and mapping process should be based on variation that either exists (i.e., setting descriptions) or is desired (i.e., setting prescriptions) among component parts of the various physical, social, and administrative attributes of any landscape. The recreation opportunity spectrum is one of the existing tools for doing this.

**recreation settings**: The collective, distinguishing attributes of landscapes that influence, and sometimes actually determine, what kinds of recreation opportunities are produced.

**recreation-tourism market**: Recreation-tourism visitors, affected community residents, affecting local governments and private sector businesses, or other constituents and the communities or other places where these customers originate (local, regional, national, or identify primary recreation-tourism markets for each SRMA).

**recreation visitor days (RVDs)**: One 12-hour period of recreation. It can be one person for 12 hours, 2 people for 6 hours, 12 people for 1 hour, etc.

**reference period**: The period of indigenous settlement from about 1500 to the late 1800s. It is a time when broad-scale climatic conditions were similar to those of today, but Euro-American settlers had not yet introduced the sweeping ecological changes (including timber harvest, livestock grazing, fire suppression, water diversions, dams, and roads) that have greatly altered many Rocky Mountain landscapes.

**recreational river**: Those rivers or sections of rivers that are readily accessible by road or railroad, that may have some development along their shorelines, and that may have undergone some impoundment or diversion in the past.

**remnant plant species**: A remnant or fragment of the vegetation of an area that remains from a former period when the vegetation was more widely distributed.

**resilient**: The capability to withstand or recover from disturbance or change.

**Resource Management Plan (RMP)**: A BLM planning document, prepared in accordance with Section 202 of the Federal Land Policy and Management Act that establishes, for a given area of land, land-use allocations, coordination guidelines for multiple-use, objectives, and actions to be achieved. It presents systematic guidelines for making resource management decisions for a planning area. An RMP is based on an analysis of an area's resources, existing management, and capability for alternative uses. RMPs are issue oriented and developed by an interdisciplinary team with public participation.

BLM_0030856

**restoration**: The process of assisting the recovery of an ecosystem that has been degraded, damaged, or destroyed. It is an intentional activity that initiates or accelerates the recovery of an ecosystem with respect to its health, integrity, and sustainability.

**rest rotation**: Grazing rotation that rests pastures that have been grazed early the prior year or that have been identified as needing rest for resource reasons.

**restricted road**: A National Forest road or segment which is restricted from a certain type of use or all uses during certain seasons of the year or yearlong. The use being restricted and the time period must be specified. The closure is legal when the Forest Supervisor has issued an Order and posted that Order in accordance with 36 CFR 261.

**revegetation**: The reestablishment and development of a plant cover. This may take place naturally through the reproductive processes of the existing flora, or artificially through the direct action of reforestation or reseeding.

**Right-of-Way (ROW)**: The public lands authorized to be used or occupied for specific purposes pursuant to a right-of-way grant, which are in the public interest and which require rights-of-way over, upon, under, or through such lands.

**riparian**: A type of ecological community that occurs adjacent to streams and rivers.  It is characterized by certain types of vegetation, soils, hydrology and fauna and requires free or unbound water or conditions more moist than that normally found in the area.

**riparian area**: A form of wetland transition between permanently saturated wetlands and upland areas. Riparian areas exhibit vegetation or physical characteristics that reflect the influence of permanent surface or subsurface water. Typical riparian areas include lands along, adjacent to, or contiguous with perennially and intermittently flowing rivers and streams, glacial potholes, and the shores of lakes and reservoirs with stable water levels. Excluded are ephemeral streams or washes that lack vegetation and depend on free water in the soil.

**road**: A motor vehicle route over 50 inches wide, unless identified and managed as a trail that has been improved and maintained by mechanical means to ensure relatively regular and continuous use. (A way maintained strictly by the passage of vehicles does not constitute a road.)

**roadless**: Refers to the absence of roads that have been constructed and maintained by mechanical means to ensure regular and continuous use.

**roadless area**: A national forest area which: 1) is larger than 5,000 acres, or if smaller than 5,000 acres, contiguous to a designated wilderness or primitive area; 2) contains no roads; and 3) has been inventoried for possible inclusion in the wilderness preservation system.

**Roadless Area Review and Evaluation (RARE II)**: Roadless areas inventoried in the second roadless area review and evaluation (36 CFR 219.17).

**rock art**: Petroglyphs (carvings) or pictographs (painting) used by native persons to depict their history and culture.

**rotation**: The number of years (including the regeneration period) required to establish and grow timber crops to a specified condition or maturity under even-aged management. Selected integrated prescriptions in the land management plan provide the basis for the rotation age.  This is used to calculate the contribution to long-term sustained-yield capacity for the LMP area from lands suitable for timber production.

**rotation age**: The period of years between when a forest stand (i.e., primarily even-aged) is established (i.e., regeneration) and when it receives its final harvest. This time period is an administrative decision based on economics, site condition, growth rates, and other factors.

**routes**: A combination of roads, trails, or ways that are used by motorized vehicles (including jeeps, all terrain vehicles, motorized dirt bikes, etc.), mechanized uses (mountain bikes, wheelbarrows, game carts), pedestrians (hikers), and/or equestrians (horseback riders).

**satisfactory rangeland conditions**: Rangelands are considered to have satisfactory rangeland conditions if current conditions are meeting or moving toward the Desired Conditions identified in an Allotment Management Plan (AMP) or in a Land Health Determination (LHD). Desired conditions in an AMP or LHD are developed using the BLM Colorado Public Land Health Standards (USDOI BLM 1997) and the Rangeland Analysis and Management Training Guide (USDA FS Rocky Mountain Region 1996).

BLM_0030857

**scenic byways**: Highway routes, which have roadsides or corridors of special aesthetic, cultural, or historic value. An essential part of the highway is its scenic corridor. The corridor may contain outstanding scenic vistas, unusual geologic features, or other natural elements.

Scenic attractiveness is a measure of the landscape's scenic importance based on common human perceptions of the intrinsic scenic beauty of landforms, rock forms, water forms, vegetation patterns, and cultural features. There are three levels of inherent scenic attractiveness that classify the scenic quality of natural landscapes. (Reference SMS)

**Class A - Distinctive**: areas where features of landform, vegetative patterns, water forms and rock formation are of unusual or outstanding scenic quality.

**Class B - Common**: areas where features contain variety in form, line, color and texture or combinations thereof but which tend to be common throughout the landscape province and are not outstanding scenic quality.

**Class C - Undistinguished**: areas whose features have little change in form, line, color, or texture. Includes all areas not found under Classes A and B.

Scenic sustainability is a measure of the degree to which the ecosystem is likely able to restore, maintain, or continue to exhibit the positive dominant attributes of the landscape character. It is a continuum that ranges from high to low. High scenic sustainability is a prediction that all positive dominant attributes of the landscape character are perpetuated (during the planning period), moderate is a prediction that there is some loss of attributes, and low is the loss of most or all attributes.

Scenic integrity is a measure of the lack of noticeable human-caused disturbance in the area that detracts from the dominant, valued attributes of landscape character. The baseline from which to measure scenic integrity is dependent upon a complete and accurate description of the important and dominant positive landscape character attributes that are viewed at the time of measurement. It can be used to describe scenery in the past, as it presently exists, and as predicted in the future. Scenic integrity is a continuum that ranges from very high to low. Landscapes with a high degree of scenic integrity have virtually no discordant elements and contain only positive human alterations. They are intact, unimpaired and appear to be in good visual condition. On the opposite end of the continuum, landscapes with low scenic integrity usually have negative human alterations and are in poor visual condition. They often contain discordant and contrasting features such as geometric shapes resulting from vegetative treatment, structures that do not blend with their surroundings, or roads that create large cut and fill slopes across steep hillsides.

**Scenic Integrity Levels**:

**Very High** – refers to landscapes where the valued landscape character "is" intact with only minute if any deviations. The existing landscape character and sense of place is expressed at the highest possible level.

**High** – refers to landscapes where the valued landscape character "appears" intact. Deviations may be present but must repeat the form, line, color, texture, and pattern common to the landscape character so completely and at such scale that they are not evident.

**Moderate** – refers to landscapes where the valued landscape character "appears slightly altered." Noticeable deviations must remain visually subordinate to the landscape character being viewed.

**Low** – refers to landscape where the valued landscape character "appears moderately altered." Deviations begin to dominate the valued landscape character being viewed but they borrow valued attributes such as size, shape, edge effect and pattern of natural openings, vegetative type changes or architectural styles outside the landscape being viewed. They should not only appear as valued character outside the landscape being viewed but compatible or complimentary to the character within.

**Very Low** – refers to landscapes where the valued landscape character "appears heavily altered." Deviations may strongly dominate the valued landscape character. They may not borrow from valued attributes such as size, shape, edge effect and pattern of natural openings, vegetative type changes or architectural styles within or outside the landscape being viewed. However deviations must be shaped and blended with the natural terrain (landforms) so that elements such as unnatural edges, roads, landings, and structures do not dominate the compositions.

**scenic river**: A river or section of a river that is free of impoundments and whose shorelines are largely undeveloped but accessible in places by roads.

**scoping**: The procedures by which the Forest Service and the BLM determine the extent of analysis necessary for a proposed action, i.e., the range of actions, alternatives, and impacts to be addressed, identification of significant issues related to a proposed action, and establishing the depth of environmental analysis, data, and task assignments needed.

BLM_0030858

**scrubland**: Areas dominated by woody shrubs. These areas include sagebrush, salt desert shrub, and mountain shrub vegetation types.

**season of use**: The time during which livestock grazing is permitted on a given range area, as specified in the grazing lease.

**seasonal closure**: A temporary closure of an area or road for a part of the year.

**Section 404 Permit**:  A permit issued by the U.S. Army Corps of Engineers, as dictated in Section 404 of the Clean Water Act, that specifies that anyone wishing to place dredged or fill materials into the waters of the United States and adjacent jurisdictional wetlands shall apply to the U.S. Army Corps of Engineers for approval.

**secondary succession**: Results from changes in an area that previously had a vegetation community where disturbance (i.e., surface disturbance, insect pest or disease) reset the stage of the community to an earlier point in the succession process but did not reset it to the primary succession stage.

**sediment**: Material suspended in liquid or air. Any material carried in suspension by water, which will ultimately settle to the bottom. Sediment has two main sources: from the channel area itself and from disturbed sites.

**self-sustaining population**: A population of organisms that has appropriate characteristics, including the abundance and distribution of individuals of the population, to provide for its long-term persistence.

**semi-arid**: Moderately dry; region or climate where moisture is normally greater than under arid conditions but still definitely limits the production of vegetation.

**sensitive species**: A plant or animal listed by a State of Federal agency as being of environmental concern that includes, but is not limited to, threatened and endangered species.

**sensitivity level**: A particular degree or measure of viewer interest in the scenic qualities of the landscape.

**seral**: The stage of succession of a plant community that is transitional. If left alone, the seral stage will give way to another plant community that represents a further stage of succession.

**severe winter range**: Areas within the winter range where 90% of the individuals are located when annual snow pack is at its maximum and/or temperatures are at a minimum in the two worst winters out of ten.

**shrub**: A plant with persistent woody stems and relatively low growth form; usually produces several basal shoots as opposed to a single bole; differs from a tree by its low stature and non-arborescent form.

**significant**: As used in NEPA, requires consideration of both context and intensity. Context means that the significance of an action must be analyzed in several contexts, such as society as a whole and the affected region, interests, and locality. Intensity refers to the severity of impacts (40 CFR 1508.27).

**significant effect**: A substantial, or potentially substantial, adverse change in any of the physical conditions within the area affected by the project, including land, water, minerals, flora, fauna, and objects of historic or aesthetic significance.

**silvicultural system**: A planned series of treatments for tending, harvesting, and re-establishing a stand. The system name is based on the number of age classes (coppice, even-aged, two-aged, uneven-aged) or the regeneration method (clearcutting, seed tree, shelterwood, selection, coppice) used.

**snag**: A standing dead tree.

**soil productivity**: The inherent capacity of a soil to support the growth of specified plants or plant communities.

**Special Recreation Management Area (SRMA)**: A public lands unit identified in land use plans to direct recreation funding and personnel to fulfill commitments made to provide specific, structured recreation opportunities (i.e., activity, experience, and benefit opportunities). The BLM recognizes three distinct types of SRMAs: community-based; intensive; and undeveloped big open (H-1601-1, BLM Land Use Planning Handbook).

**special-status species**: Refers to federally listed threatened or endangered species, Federal candidate species, species recognized as requiring special protection by State agencies, and species managed as sensitive species by the USFS and/or by the BLM.

**special use permit**: A permit issued under established laws and regulations to an individual, organization, or company for occupancy or use of National Forest System lands for some special purpose.

**species**: Any member of the currently accepted and scientifically defined plant or animal kingdoms of organisms" (USDA Forest Service 2005). A unit of classification of plants and animals consisting of the largest and most inclusive array of sexually reproducing and cross-fertilizing individuals which share a common gene pool.

BLM_0030859

**species of concern**: Species for which the Responsible Official determines that management actions may be necessary to prevent listing under the Endangered Species Act.

**species of interest**: Species for which the Responsible Official determines that management actions may be necessary or desirable to achieve ecological or other multiple-use objectives.

**split season**: Removing livestock from the allotment and returning them later in the year within the permitted time.

**stand**: A vegetation community sufficiently uniform in composition, age, spatial arrangement, or condition to be distinguishable from an adjacent vegetation community.

**standard**: A particular action, level of performance, or threshold specified by the Forest Plan for resource protection or accomplishment of management objectives. Unlike "guidelines" which are optional, standards specified in the Forest Plan are mandatory.

**State Implementation Plan (SIP)**: A detailed description of the programs a State will use to carry out its responsibilities under the Clean Air Act. State implementation plans are collections of the regulations used by a state to reduce air pollution.

**stocking**: The degree to which trees occupy the land, measured by basal area or the number of trees per given area.

**structure**: The horizontal and vertical distribution of components in a vegetation community including the height, diameter, crown layers, and stems of the plants, and the amount and arrangement of snags and down woody material.

**Structure Recreation Management Area (SRMA)**: In this plan the term has the same meaning as Bureau of Land Management planning term Special Recreation Management Area. This plan already uses the term special area to denote small areas that possess one or more special features or characteristics that make them and their management unique for other areas. This includes RNAs, ACECs, Archeological areas.

**subalpine**: A terrestrial community that generally is found in harsher environments than the montane terrestrial community. Subalpine communities are generally colder than montane and support a unique clustering of wildlife species.

**succession**: The progressive replacement of plant communities on a site which leads to the potential natural community.

**suitability**: The appropriateness of a particular area of land for applying certain resource management practices, as determined by an analysis of the existing resource condition of that land. A unit of land may be suitable for a variety of management practices.

**suitable habitat**: Habitat that currently has the attributes needed for a given species.

**sustainability**: Obtaining yields and services from ecosystems without irreversibly affecting their resilience, natural resistance to change, or ability to meet the needs of future generations.

**summer range**: A range, usually at higher elevation, used by deer and elk during the summer; a summer range is usually much more extensive than a winter range.

**sustained yield**: sustained yield of wood fiber that properly harvested and mitigated, would sustain the underlying ecosystem processes.

**take**: To harass, harm, pursue, hunt, shoot, kill, trap, capture, or collect a species listed under the Endangered Species Act, or to attempt to engage in any such conduct.

**temporary road or trail**: A road or trail necessary for emergency operations or authorized by contract, permit, lease, or other written authorization that is not a forest road or trail and that is not included in a forest transportation atlas.

**terrestrial ecosystem**: Ecosystems that occur in relatively dry, upland landscape positions.

**thermal cover**: Vegetation used by animals to modify the adverse effects of weather. A forest stand that is at least 40 feet in height with tree canopy cover of at least 70 percent provides thermal cover. These stand conditions are achieved in closed sapling-pole stands and by all older stands unless the canopy cover is reduced below 70 percent. deciduous stands may serve as thermal cover in summer, but not in winter.

**threatened species**: Any species likely to become endangered within the foreseeable future throughout all or a significant portion of its range and that has been designated in the Federal Register by the Secretary of Interior as such (FSM 2670.5.

**tiering**: The use of a previously written environmental document with a broad scope to cover discussion of issues common to both.

**timber harvest**: The removal of trees for wood fiber use and other multiple-use purposes.

BLM_0030860

**timber production**: The purposeful growing, tending, harvesting, and regeneration of regulated crops of trees to be cut into logs, bolts, or other round sections for industrial or consumer use (36 CFR 219.16).

**timber sale program quantity (TSPQ)**: The estimated output of timber from the LMP area.  The estimate is displayed as an average annual cubic foot output for a decade. It includes projected outputs from lands generally suitable for timber harvest. The projected timber outputs reflect past and projected budget levels and organizational capacity to achieve the Desired Conditions and objectives in the plan (36 CFR 219.12 and FSM 1921.12).

**total maximum daily load (TMDL)**: An estimate of the total quantity of pollutants (from all sources: point, non-point, and natural) that may be allowed into waters without exceeding applicable water quality criteria.

**traditional cultural property**: A property that derives significance from traditional values associated with it by a social and/or cultural group such as an Indian tribe or local community. A traditional cultural property may qualify for the National Register if it meets the criteria and criteria exceptions at 36 CFR 60.4. See National Register Bulletin 38.

**trail**: A route 50 inches or less in width or a route over 50 inches wide that is identified and managed as a trail.

**tribe**: Term used to designate a Federally recognized group of American Indians and their governing body. Tribes may be comprised of more than one band.

**unauthorized road or trail**: A road or trail that is not a forest road or trail or a temporary road or trail and that is not included in a forest transportation atlas.

**understory**: Vegetation (trees or shrubs) growing under the canopy formed by taller trees.

**undertaking**: A term with legal definition and application i.e., "actions carried out by or on behalf of the agency; those carried out with Federal financial assistance; those requiring a Federal permit, license, or approval; and those subject to State or local regulation administered pursuant to a delegation or approval by a federal agency." (See National Historic Preservation Act, Section 106 and Section 301(7), Appendix 5; 36 CFR Part 800).

**Undeveloped Recreation - Tourism Market**: National, regional, and/or local recreation tourism visitors, communities, or other constituents who value public lands for the distinctive kinds of dispersed recreation produced by the vast size and largely open, undeveloped character of their recreation settings. Major investments and facilities are excluded within SRMAs where the strategy is to target demonstrated undeveloped recreation-tourism market demand. Here, recreation management actions are geared toward meeting primary recreation-tourism market demand to sustain distinctive recreation setting characteristics; however, major investments in visitor services are authorized both to sustain those distinctive setting characteristics and to maintain visitor freedom to choose where to go and what to do - all in response to demonstrated demand for undeveloped recreation.

**upland**: The portion of the landscape above the valley floor or stream.

**uneven-aged management**: Actions resulting in the creation of stands in which trees of different ages grow together. Cutting is usually regulated by specifying the number or proportion of trees of particular size to retain within each cut area, thereby maintaining a planned distribution of size classes.

**ungulate**: A hoofed mammal such as a deer, elk, horse, sheep, or cow.

**valid existing rights**: Any lease established (and valid) prior to a new authorization, change in land designation, or in regulation.

**viable populations**: A wildlife population of sufficient size to maintain its existence over time in spite of normal fluctuations in population levels.

**visibility (air quality)**: A measurement of the ability to see and identify objects at different distances.

**visitor day**: Twelve visitor hours, which may be aggregated by one or more persons in single or multiple visits.

**visitor use**: Visitor use of a resource for inspiration, stimulation, solitude, relaxation, education, pleasure, or satisfaction.

BLM_0030861

**Visual Quality Objective (VQO)**: A system of indicating the potential expectations of the visual resource by considering the frequency an area is viewed and the type of landscape. Maximum Modification: A Visual Quality Objective meaning man's activity may dominate the characteristic landscape but should appear as a natural occurrence when viewed as background. Modification: A Visual Quality Objective meaning man's activity may dominate the characteristic landscape but must, at the same time, utilize naturally established form, line, color, and texture. It should appear as a natural occurrence when viewed in foreground or middleground. Partial Retention: A Visual Quality Objective which, in general, means man's activities may be evident but must remain subordinate to the characteristic landscape. Preservation: A Visual Quality Objective that provides for ecological change only. Retention: A Visual Quality Objective which, in general, means man's activities are not evident to the casual forest visitor.

**visual resource**: The visible physical features of a landscape (topography, water, vegetation, animals, structures, and other features) that constitute the scenery of an area.

**Visual Resource Inventory Classes** – For BLM lands, scenic conditions and anticipated effects are measured using the Visual Resource Inventory Class (VRI).

Visual resource inventory classes are assigned through the inventory process. These are generally assigned based on a combination of scenic quality, sensitivity level, and distance zones. Inventory classes are informational in nature and provide the basis for considering visual values in the RMP process. They do not establish management direction and should not be used as a basis for constraining or limiting surface disturbing activities.

**Visual Resource Management (VRM)**: The system by which BLM classifies and manages scenic values and visual quality of public lands. The system is based on research that has produced ways of assessing aesthetic qualities of the landscape in objective terms. After inventory and evaluation, lands are given relative visual ratings (see definition for Visual Resource Management Classes), which determine the amount of modification allowed for the basic elements of the landscape.

**Visual Resource Management (VRM) Classes**: Visual resource management classes define the degree of acceptable visual change within a characteristic landscape. A class is based on the physical and sociological characteristics of any given homogeneous area and serves as a management objective. Categories assigned to public lands based on scenic quality, sensitivity level, and distance zones. Each class has an objective, which prescribes the amount of change allowed in the characteristic landscape.

**VRM Class I Objective**: To preserve the existing character of the landscape. The level of change to the characteristic landscape should be very low and must not attract attention.

**VRM Class II Objective**: To retain the existing character of the landscape. The level of change to the characteristic landscape should be low.

**VRM Class III Objective**: To partially retain the existing character of the landscape. The level of change to the characteristic landscape should be moderate.

**VRM Class IV Objective**: To provide for management activities that requires major modification of the existing character of the landscape. The level of change to the characteristic landscape can be high.

**volatile organic compounds (VOCs)**: Volatile organic chemicals that produce vapors readily; at room temperature and normal atmospheric pressure. Volatile organic chemicals include gasoline, industrial chemicals such as benzene, solvents such as toluene and xylene, and tetrachloroethylene (perchloroethylene, the principal dry cleaning solvent).

**water quality**: The biological, physical, and chemical properties of water that make it suitable for specific uses.

**watershed**: The entire land area that contributes water to a particular drainage system or stream.

**wetlands**: those areas that are inundated or saturated by surface or groundwater at a frequency and duration sufficient to support, and that under normal circumstances, do support a prevalence of vegetation typically adapted for life in saturated soil conditions. Wetlands generally include swamps, marshes, bogs, etc.

**Wild and Scenic Study River**: Rivers identified in Section 5 of the Wild and Scenic Rivers Act for study as potential additions to the National Wild and Scenic Rivers System.

**wild river**: Those rivers or sections of rivers that are free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and waters unpolluted. These represent vestiges of primitive America.

BLM_0030862

**Wild, Scenic, and/or Recreational (WSR)**: The term used in this Manual Section for what is traditionally shortened to "Wild and Scenic" rivers. Designated river segments are classified, i.e., wild, scenic, and/or recreational, but cannot overlap (from M-8351, BLM WSR Policy and Program).

**wilderness**: A congressionally designated area of undeveloped federal land retaining its primeval character and influence, without permanent improvements or human habitation, that is protected and managed to preserve its natural conditions and that: 1) generally appears to have been affected mainly by the forces of nature, with human imprints substantially unnoticeable; 2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; 3) has at least 5,000 acres or is large enough to make practical its preservation and use in an unimpaired condition; and 4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historic value. The definition contained in Section 2(c) of the Wilderness Act of 1964 (78 Stat. 891).

**wilderness characteristics**: Wilderness characteristics include size, the appearance of naturalness, outstanding opportunities for solitude or a primitive and unconfined type of recreation. They may also include ecological, geological, or other features of scientific, educational, scenic, or historical value. However Section 2(c) of the Wilderness Act of 1964 has been updated by IM-2003-195, dated June 20, 2003. Indicators of an area's naturalness include the extent of landscape modifications; the presence of native vegetation communities; and the connectivity of habitats. Outstanding opportunities for solitude or primitive and unconfined types of recreation may be experienced when the sights, sounds, and evidence of other people are rare or infrequent, in locations where visitors can be isolated, alone or secluded from others, where the use of the area is through non-motorized, non-mechanical means, and where no or minimal developed recreation facilities are encountered.

**Wilderness Study Area (WSA)**: A designation made through the land use planning process of a roadless area found to have wilderness characteristics as described in Section 2(c) of the Wilderness Act of 1964.

**wildfire**: Unplanned human or naturally caused fires in wildlands.

**wildland fire**: Any fire, regardless of ignition source, that is burning outside of a prescribed fire and any fire burning on public lands or threatening public land resources, where no fire prescription standards have been prepared.

**Wildland-urban Interface (WUI)**: The area adjacent to an at-risk community that is identified in the community wildfire protection plan, or if there is no community wildfire protection plan in place, the area 1/2 mile from the boundary.

**winter range**: A range, usually at lower elevation, used by migratory deer and elk during the winter months; usually better defined and smaller than summer ranges.

BLM_0030863

# SAN JUAN PUBLIC LANDS
*Draft Land Management Plan • Draft Environmental Impact Statement*

## VOLUME 2 ■ Draft Land Management Plan














**U.S. DEPARTMENT OF INTERIOR**

Bureau of Land Management
Dolores, Columbine, and Pagosa Field Offices

**U.S. DEPARTMENT OF AGRICULTURE**

U.S. Forest Service – Region 2
San Juan National Forest

BLM_0030864



BLM_0030865

PROPOSED ACTION LOCATION....... San Juan Public Lands
U.S. Department of Agriculture (USDA),
United States Forest Service (USFS)
U.S. Department of the Interior (USDI),
Bureau of Land Management (BLM)

Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral,
Montezuma, Montrose, Rio Grande, San Juan, San Miguel Counties,
Colorado.

LEAD AGENCIES.................................. USFS/BLM
San Juan Public Lands Center
15 Burnett Court
Durango, CO 81301

COOPERATING AGENCIES................. Montezuma County
Town of Rico

BLM RESPONSIBLE OFFICIAL............. Sally Wisely, State Director
BLM Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215

USFS RESPONSIBLE OFFICIAL........... Rick Cables, Regional Forester
USDA Forest Service, Rocky Mountain Region
740 Simms Street
Golden, Colorado 80401

FOR INFORMATION, CONTACT.......... Shannon Manfredi, Team Leader (970-385-1229)
Thurman Wilson, Assistant Center Manager (970-385-1246)

SEND COMMENTS TO........................ San Juan Plan Revision
P.O. Box 162909
Sacramento, CA 95816-2909
FAX: 916-456-6724
Online: http://ocs.fortlewis.edu/forestPlan

Important:

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and, where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.)

Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact the USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

## TABLE OF CONTENTS

INTRODUCTION.........................................................................................................................1
  U.S. FOREST SERVICE AND BLM PLANNING                                                1
  BLM AND USFS PLANNING UNDER SERVICE FIRST                                          1
  PURPOSE OF THE PLAN                                                                2
  RELATIONSHIP OF PLAN TO OTHER PLANNING DOCUMENTS AND GUIDANCE                      3
  PLANNING PROCESS SUMMARY                                                           3
      Forest Service                                                                 4
      Bureau of Land Management                                                      4
  NATIONAL ENVIRONMENTAL POLICY ACT (NEPA) COMPLIANCE                                5
  LAND MANAGEMENT PLAN ORGANIZATION                                                  5
      Plan Structure                                                                 5
  PLAN SECTIONS                                                                      6
      Vision - Desired Conditions                                                    7
      Strategy - Objectives                                                          8
      Strategy - Suitability                                                         8
      Strategy - Special Areas and Unique Landscapes                                 9
      Strategy - Monitoring                                                          9
      Design Criteria - Standards and Guidelines                                     9
  CONSISTENCY OF PROJECTS WITH THE PLAN                                             10

PART 1 ■ VISION.....................................................................................................................11
  VISION STATEMENT                                                                  11
  THE SETTING                                                                       11
  THE SAN JUAN PUBLIC LANDS "NICHE"                                                 13
  THE STRATEGIC VISION                                                              13
  DISTINCTIVE NATURE OF THE SAN JUAN PUBLIC LANDS                                   14
  MANAGEMENT CHALLENGES                                                             16

DESIRED CONDITIONS                                                                  20
  INTRODUCTION                                                                      20

PHYSICAL AND ECOLOGICAL RESOURCES                                                   20
  AIR QUALITY                                                                       20
  SOILS                                                                             21
  WATER                                                                             22

BLM_0030867

AQUATIC ECOSYSTEMS                                                                24

RIPARIAN AREA AND WETLAND AND ECOSYSTEMS                                           25

TERRESTRIAL ECOSYSTEMS                                                             27

    General Terrestrial Ecosystems                                31

    Disturbance Processes                                         32

    By Major Vegetation Type                                      32

TERRESTRIAL WILDLIFE                                                              35

SPECIAL STATUS SPECIES                                                            39

    Special Status Species - General                              40

    Plant Species                                                 41

    Wildlife Species                                              42

    Aquatic Species                                               45

MANAGEMENT INDICATOR SPECIES                                                      47

INVASIVE SPECIES                                                                  50


PEOPLE AND COMMUNITIES                                                            51

ACCESS AND TRAVEL MANAGEMENT                                                      51

RECREATION                                                                        54

HERITAGE AND CULTURAL RESOURCES                                                   62

SCENERY, VISUAL RESOURCES, AND THE BUILT ENVIRONMENT                              63

INTERPRETATION AND CONSERVATION EDUCATION                                         65

TIMBER AND OTHER FOREST PRODUCTS                                                  66

LIVESTOCK AND RANGELAND MANAGMENT                                                 67

MINERALS AND ENERGY                                                               68

DESIGNATED ENERGY CORRIDORS AND LINEAR ENERGY TRANSMISSION AUTHORIZATIONS         69

ABANDONED MINES AND HAZARDOUS MATERIALS                                           70

LANDS AND SPECIAL USES                                                            71

GEOLOGY                                                                           72

PALEONTOLOGICAL RESOURCES                                                         73

PARTNERSHIPS                                                                      74


GEOGRAPHIC AREA AND MANAGEMENT AREA DESIRED CONDITIONS                            75

INTRODUCTION                                                                      75

MANAGEMENT AREAS (MAs)                                                            75

DOLORES GEOGRAPHIC AREA                                                           78

COLUMBINE GEOGRAPHIC AREA                                                         87

PAGOSA GEOGRAPHIC AREA                                                            95

BLM_0030868

**PART 2 ▪ STRATEGY**..................................................................................................**101**

   **GENERAL MANAGEMENT PRINCIPLES**     **101**


**OBJECTIVES**     **104**

   **AIR QUALITY**     **104**

   **SOILS**     **105**

   **WATER**     **105**

   **AQUATIC ECOSYSTEMS AND AQUATIC SPECIES**     **108**

   **RIPARIAN AREAS AND WETLAND ECOSYSTEMS**     **109**

   **TERRESTRIAL ECOSYSTEMS AND PLANT SPECIES**     **109**

   **FIRE AND FUELS MANAGEMENT**     **111**

   **WILDLIFE**     **112**

   **MANAGEMENT INDICATOR SPECIES**     **114**

   **INVASIVE SPECIES**     **115**

   **ACCESS AND TRAVEL MANAGEMENT**     **116**

   **RECREATION**     **117**

   **HERITAGE AND CULTURAL RESOURCES**     **119**

   **SCENERY, VISUAL RESOURCES, AND THE BUILT ENVIRONMENT**     **120**

   **INTERPRETATION AND CONSERVATION EDUCATION**     **121**

   **TIMBER AND OTHER FOREST PRODUCTS**     **122**

   **LIVESTOCK AND RANGELAND MANAGEMENT**     **124**

   **MINERALS AND ENERGY**     **125**

   **DESIGNATED ENERGY CORRIDORS AND LINEAR ENERGY TRANSMISSION AUTHORIZATIONS**     **127**

   **ABANDONED MINE LANDS AND HAZARDOUS MATERIALS**     **128**

   **LANDS AND SPECIAL USES**     **129**


**SUITABILITY**     **130**

   **SUITABILITY BY MANAGEMENT AREA**     **134 - 139**

      **Management Area 1 (MA 1) - Natural Process Dominate**     **134**

      **Management Area 2 (MA 2) - Special Areas and Unique Landscapes**     **135**

      **Management Area 3 (MA 3) - Natural Landscapes, with Limited Management**     **135**

      **Management Area 4 (MA 4) - High-Use Recreation Emphasis**     **136**

      **Management Area 5 (MA 5) - Active Management
(commodity production in order to meet multiple-use goals)**     **137**

      **Management Area 7 (MA 7) - Public and Private Lands Intermix**     **138**

      **Management Area 8 (MA 8) - Highly Developed Areas**     **139**

BLM_0030869

**SUITABILITY BY PROGRAM**                                                                          **140**

    **Motorized Travel Suitability**                                                               **140**

    **Timber Suitability**                                                                         **143**

    **Livestock Grazing Suitability**                                                              **145**

    **Water Development Suitability**                                                              **148**

    **Minerals and Energy Suitability**                                                            **148**

    **Designated Energy Corridors and Linear Energy Transmission Authorizations**                  **156**

    **Communication Sites**                                                                        **159**

    **Lands**                                                                                      **160**


**SPECIAL AREAS AND UNIQUE LANDSCAPES**                                                              **162**

    **WILDERNESS AND WILDERNESS STUDY AREAS**                                                      **164**

    **INVENTORIED ROADLESS AREAS (IRAs)**                                                          **167**

    **RECOMMENDED WILDERNESS AREAS**                                                               **170**

    **WILD AND SCENIC RIVERS (WSRs)**                                                              **165**

    **SCENIC, HISTORIC, AND BACKCOUNTRY BYWAYS**                                                   **173**

    **NATIONAL RECREATION AND SCENIC TRAILS AND NATIONAL HISTORIC TRAILS**                         **175**

    **RESEARCH NATURAL AREAS (RNAs)**                                                              **177**

    **AREAS OF CRITICAL ENVIRONMENTAL CONCERN - BIG GYPSUM VALLEY**                                **175**

    **FALLS CREEK ARCHEOLOGICAL AREA**                                                             **185**

    **CHIMNEY ROCK ARCHEOLOGICAL AREA**                                                            **189**

    **WILD HORSE HERD MANAGEMENT AREA**                                                            **191**

    **PERINS PEAK WILDLIFE HABITAT AREA (MA 2)**                                                   **194**

    **WILLOW CREEK HABITAT AREA (MA 2)**                                                           **197**

    **O'NEAL HILL SPECIAL BOTANICAL AREA**                                                         **201**

    **CHATTANOOGA FEN BOTANICAL AREA**                                                             **203**

    **BURRO BRIDGE IRON FEN BOTANICAL AREA**                                                       **203**

    **DOLORES RIVER CANYON (MA 2)**                                                                **205**

    **MESA VERDE ESCARPMENT (MA 2)**                                                               **209**

    **HD MOUNTAINS (MA 2)**                                                                        **211**

    **RICO (MA 2)**                                                                                **217**

    **SILVERTON (MA 2)**                                                                           **221**

    **MCPHEE (MA 2)**                                                                              **226**


**MONITORING**                                                                                      **229**

**PART 3 ■ DESIGN CRITERIA** ........................................................................................................**249**

| | | |
|---|---|---|
| I. | AIR QUALITY | 250 |
| II. | SOILS | 250 |
| III. | WATER | 251 |
| IV. | AQUATIC ECOSYSTEMS AND AQUATIC SPECIES | 252 |
| V. | RIPARIAN AREA AND WETLANDS | 254 |
| VI. | TERRESTRIAL ECOSYSTEMS | 254 |
| VII. | PLANT SPECIES | 256 |
| VIII. | FIRE MANAGEMENT | 257 |
| IX. | TERRESTRIAL WILDLIFE SPECIES | 258 |
| X. | THREATENED AND ENDANGERED TERRESTRIAL WIDLIFE SPECIES | 259 |
| XI. | USFS MANAGEMENT INDICATOR SPECIES (MIS) | 269 |
| XII. | INVASIVE SPECIES | 272 |
| XIII. | ACCESS AND TRAVEL MANAGEMENT | 273 |
| XIV. | RECREATION AND TOURISM | 276 |
| XV. | HERITAGE RESOURCES | 277 |
| XVI. | SCENERY, VISUAL RESOURCES, AND THE BUILT ENVIRONMENT | 280 |
| XVII. | TIMBER AND OTHER FOREST PRODUCTS | 284 |
| XVIII. | LIVESTOCK AND RANGELAND MANAGEMENT | 287 |
| XIX. | MINERALS AND ENERGY | 290 |
| XX. | ABANDONED MINE LANDS AND HAZARDOUS MATERIALS | 291 |
| XXI. | LANDS PROGRAM | 291 |
| XXII. | COMMUNICATION SITES | 292 |
| XXIII. | PALEONTOLOGICAL RESOURCES | 293 |

BLM_0030871

## LIST OF TABLES

**INTRODUCTION**

Table 1    Plan Components and Forest Service and BLM Decision Types    6


**PART 1 • VISION**

Table 2    Major Vegetation Types and Acres (SJPLC-Wide and by Geographic Area)    30

Table 3    Desired Conditions for Development Stages of the Forest Vegetation Types    34

Table 3.1    Management Indicator Species on SJPL    48

Table 4    Dolores Geographic Area Management Areas Distribution    85

Table 5    Columbine Geographic Area Management Areas Distribution    93

Table 6    Pagosa Geographic Area Management Areas Distribution    99


**PART 2 • STRATEGY**

Table 7    Tribes and Pueblos that Claim Cultural Affiliation with the SJPL    103

Table 8    Estimated Volume Produced by Timber Sale Program Quantity (TSPQ)
(Annual Average in the First Decade)    123

Table 9    Estimated Annual Long-Term-Sustained-Yield Capacity (Ltsyc) (Annual Average)    123

Table 10    Management Area 1 Suitability    134

Table 11    Management Area 3 Suitability    135

Table 12    Management Area 4 Suitability    136

Table 13    Management Area 5 Suitability    137

Table 14    Management Area 7 Suitability    138

Table 15    Management Area 8 Suitability    139

Table 16    Timber Suitability Classification    143

Table 17    Aums Available on BLM Lands Administered by the SJPLC    145

Table 18    Acres Available for Leasing and Lease Stipulations    156

Table 19    Designated Energy Corridors and Energy Transmission Facilities in the SJPL    158

Table 20    Communication Sites, Locations, and Suitable Uses    160

Table 21    Wilderness Areas and Wilderness Study Areas    166

Table 22    Inventoried Roadless Areas (IRAs)    168

Table 23    River Segments Suitable for Wild and Scenic River (WSR) Status by Class    172

Table 24    RNA Suitability    181

Table 25    Big Gypsum ACEC Suitability    184

Table 26    Falls Creek Archeological Area Suitability    189

Table 27    Chimney Rock Archeological Area Suitability    191

Table 28    Spring Creek Wildhorse Herd Management Area Suitability    194

BLM_0030872

| Table 29 | Perins Peak Habitat Management Area Suitability | 197 |
| Table 30 | Willow Creek Habitat Management Area Suitability | 199 |
| Table 31 | O'Neal Hill Special Botanical Area Suitability | 202 |
| Table 32 | Chattanooga and Burro Bridge Iron Fens Suitability | 204 |
| Table 33 | Management Emphasis for Dolores River Canyon Segments | 206 |
| Table 34 | Dolores River Suitability | 207 |
| Table 35 | Mesa Verde Escarpment Suitability | 210 |
| Table 36 | HD Mountains Suitability | 216 |
| Table 37 | Rico Area Suitability | 220 |
| Table 38 | Silverton Special Area Suitability | 225 |
| Table 39 | McPhee Unique Landscape Suitability | 228 |
| Table 40 | Monitoring Strategy | 237-248 |

## PART 3 · DESIGN CRITERIA

| Table 41 | Snag and Large Wood Quantities | 255 |
| Table 42 | Fire Management Direction for the San Juan Public Lands | 257 |
| Table 43 | Raptor Timing Restrictions and Buffer Zone Distances | 264 |
| Table 44 | Appropriate Silvicultural Systems by Forest Cover Type | 284 |
| Table 45 | Guidelines for Allowable Stand Improvements and Regeneration Methods by Forest Cover Type | 285 |
| Table 46 | Minimum Number of Seedlings for Adequately Restocking Regeneration Site | 286 |
| Table 47 | Allowable Use Guidelines by Livestock Grazing Management System | 288 |
| Table 48 | Post-Grazing Vegetation Heights Under Different Seasons of Use in Riparian Areas and Wetlands | 289 |

BLM_0030873

## LIST OF FIGURES

**INTRODUCTION**

| | | |
|---|---|---|
| Figure 1 | San Juan Public Lands, Geographic Areas, and Management Areas | 7 |

**VISION**

| | | |
|---|---|---|
| Figure 2 | San Juan Public Lands (SJPL) | 12 |
| Figure 3 | Major Vegetation Types | 29 |
| Figure 4 | Bighorn Sheep Winter Range | 37 |
| Figure 5 | Elk and Deer Winter Range | 38 |
| Figure 6 | Ecological Units | 80 |
| Figure 7 | Dolores Geographic Area | 86 |
| Figure 8 | Columbine Geographic Area | 94 |
| Figure 9 | Pagosa Geographic Area | 100 |

**STRATEGY**

| | | |
|---|---|---|
| Figure 10 | Management Areas (MAs) | 133 |
| Figure 11 | Proposed Over-Ground Travel Suitability | 141 |
| Figure 12 | Proposed Over-Snow Travel Suitability | 142 |
| Figure 13 | Tentatively Suitable Timber | 144 |
| Figure 14 | Cattle Grazing Suitability | 146 |
| Figure 15 | Sheep Grazing Suitability | 147 |
| Figure 16 | Favorable Oil and Gas Resource Potential and Potential High Development Areas | 152 |
| Figure 17 | Oil and Gas Leasing Stipulations | 153 |
| Figure 18 | SJPL Existing and Proposed Utility Corridors and Communication Sites | 159 |
| Figure 19 | Lands Available for Disposal | 162 |
| Figure 20 | Special Areas and Unique Landscapes | 164 |
| Figure 21 | Wilderness Areas, Piedra Area, WSAs, and Recommended Wilderness Areas | 167 |
| Figure 22 | 2006 Roadless Inventory | 17 |
| Figure 23 | Suitable Wild and Scenic Rivers in Relation to Management Areas | 173 |
| Figure 24 | Research Natural Areas (RNAs) | 180 |
| Figure 25 | Areas of Critical Environmental Concern (ACECs) | 183 |
| Figure 26 | Archeological Areas | 187 |
| Figure 27 | Wild Horse Herd Management Area | 193 |
| Figure 28 | Wildlife Habitat Management Areas | 196 |
| Figure 29 | Special Botanical Areas | 200 |

BLM_0030874

**DESIGN CRITERIA**

**Figure 30**     **Summer Recreation Opportunity Spectrum (Ros)**     **278**

**Figure 31**     **Winter Recreation Opportunity Spectrum (Ros)**     **279**

**Figure 32**     **Scenic Integrity Objectives and Visual Resource Management (VRM) Classes**     **281**

BLM_0030875

**SAN JUAN PUBLIC LANDS**
*Draft Land Management Plan / Draft Environmental Impact Statement*

VOLUME 2 ■ Draft Land Management Plan

# INTRODUCTION

---

## U.S. FOREST SERVICE AND BLM PLANNING

U.S. Forest Service and Bureau of Land Management (BLM) land and resource management planning is an adaptive process that includes social, economic, and ecological evaluation. The process entails plan development, monitoring, and adjustment, as appropriate. The overall aim of planning is to ensure responsible land management based on useful and current information that guides land stewardship to best meet the needs of the American people.

Planning generally occurs at three levels within both agencies. For the USFS, at the national level, the Chief is responsible for the Forest Service Strategic Plan, as required by the Government Performance and Results Act (GPRA) of 1993. The Strategic Plan establishes goals, objectives, performance measures, and strategies for management of the National Forest System. The San Juan National Forest is one administrative unit of this system. At the next level, the Regional Forester is the Responsible Official for approval of land management plans. The third level is for site-specific projects and activities which are actions usually under the authority of the Forest Supervisor or District Ranger.

For the BLM, at the national level, the Director is responsible for the Annual Operating Plan, which falls under the Department of Interior's Strategic Plan as required by the GPRA. The Strategic Plan and the Operating Plan establish goals, objectives, performance measures, and strategies for management of lands administered by the BLM. The Columbine, Dolores, and Pagosa Field Offices, administered by the San Juan Public Lands Center, are administrative units of this system. At the next level, the State Director is the Responsible Official for development and approval of resource management plans. The third level is for site-specific projects and activities which are actions usually under the authority of the Center Manager or Field Office Manager. These are also sometimes done at a programmatic level, termed an activity plan.

## BLM AND USFS PLANNING UNDER SERVICE FIRST

The BLM and the USFS share similar missions, partners, issues and constituents. In order to improve public service, the two land management agencies are developing ways to work together under a concept known as "Service First." The BLM and Forest Service Offices in southwestern Colorado are pioneering this Service First partnership strategy, which is designed to provide better stewardship of land and resources, to enhance customer service, and to provide more cost-effective delivery of services to users of the San Juan public lands (SJPL).

Under the Service First Interagency Agreement (June 5, 2005), employees of the San Juan Public Lands Center (SJPLC) and its Ranger District/Field Offices are working together as a single team in order to provide leadership in all aspects of land management. The improved efficiency and effectiveness of their combined workforces, the quality of their integrated resource management decisions, and the cooperative delivery of their products and services, in relation to the San Juan public lands, is enhancing the ability of both agencies to better serve the public. Many permit holders, recreation users, and other interested parties have become accustomed to Service First, and both agencies are committed to continuing this cooperative partnership in order to better serve the needs of the land and of the public.

BLM_0030876

This Draft Land Management Plan applies to the lands managed by the San Juan Public Lands Center (the Columbine, Dolores, and Pagosa Ranger District/Field Offices), except for the lands included in the Canyon of the Ancients National Monument (the Monument). The Monument has a separate Resource Management Plan, as directed by the Presidential Proclamation (Number 7317) that established the Monument. Because this Plan applies to two different agencies, its format and some of its terminology vary from typical land management plans for either agency.

This Draft Land Management Plan was prepared pursuant to the requirements of the National Forest Management Act of 1976 (NFMA), the 1982 regulations (36 CFR 219) as allowed by the transition provision of the 2000 regulations, the Federal Land Policy Act of 1976 (FLPMA) and 43 CFR 1600. The Plan is intended to provide consistent direction across both BLM and National Forest System lands. Both agencies have similar missions and, for the most part, similar direction. These Plans attempt to use the same terminology to the extent possible but some exceptions exist where needed to match legal or policy direction that differs by agency.

## PURPOSE OF THE PLAN

The purpose of this Plan is to provide broad guidance and information for project and activity decision-making needed to manage the San Juan Public Lands. This Plan will guide relevant resource management programs, practices, uses, and protection measures.

The key decisions made in this integrated plan for long-term management of the SJPL are:

- The establishment of desired outcomes, including multiple-use goals and objectives (36 CFR 219.11(b), 43 CFR 1601.0-5(k) (3)). (These are primarily expressed as desired conditions in Part 1, and as objectives in Part 2 of Alternative B, the Preferred Alternative, which is described in detail in Volume 2.)

- The establishment of management requirements, including measures or criteria that would be applied in order to guide day-to-day activities (36 CFR 219.13 to 219.27, 43 CFR 1601.0-5(k) (2) and (4). (These are primarily expressed as standards and guidelines and other design criteria in Part 3 of Alternative B, the Preferred Alternative.)

- The establishment of management area direction, including identifying allowable uses, and/or allocations, restrictions, and prohibitions (36 CFR 219.11(c) and 43 CFR 1601.0-5(k) (1), (2), and (3)). All lands within the planning area are allocated to one of seven management areas (MAs), or zones, that reflect different levels of development and suitable uses or activities. (Management areas are discussed under geographic areas in Part 1, and under suitability in Part 2 of Alternative B, the Preferred Alternative.)

- The designations of Research Natural Areas (RNAs) and Areas of Critical Environmental Concern (ACECs) (36 CFR 219.25, 43 CFR 1601.0-5(k) (1) and 43 CFR 1601.7-2). (Areas with these designations are identified in the special areas section of Part 2 of Alternative B, the Preferred Alternative.)

- The recommendations of lands for inclusion in the National Wilderness Preservation System (36 CFR 219.17). (These areas are identified in the special areas section of Part 2 of Alternative B, the Preferred Alternative.)

- The identification of river segments that are suitable for inclusion in the National Wild and Scenic Rivers System (PL 90-542 and 36 CFR 219.2(a)). (These are identified in the special areas section of Part 2 of Alternative B, the Preferred Alternative.)

BLM_0030877

- The designation of suitable timber land (16 USC 1604(k) and 36 CFR 219.14) and the establishment of allowable sale quantity (36 CFR 219.16). (These are described in the suitability and objectives sections of Part 2 of Alternative B, the Preferred Alternative.)

- The establishment of monitoring and evaluation requirements (36 CFR 219.11(d), 43 CFR 1601.0-5(k)(8) and 43 CFR 1610.4-9). (These are described in the monitoring section of Part 2 of Alternative B, the Preferred Alternative.)

- Allocation of livestock forage (AUMs) and areas available for livestock grazing on BLM-administered public lands (43 CFR 4100.0-8, BLM handbook 1601-1 Land Use Planning Appendix C II. B). (These are described in the suitability section of Part 2 of Alternative B, the Preferred Alternative, and in Appendix L of the DEIS.)

A separate decision, apart from the Land Management Plan, that has been incorporated into this document is determining the National Forest System lands that will be administratively available for oil and gas leasing, as well as the associated stipulations. (A similar decision for BLM-administered lands is made as part of the RMP decision. The Forest Service considers leasing availability decisions to be separate from planning decisions, but closely linked to planning decisions, with both planning level and project level components.)

## RELATIONSHIP OF PLAN TO OTHER PLANNING DOCUMENTS AND GUIDANCE

This Draft Land Management Plan is one key document in a set of documents that integrates and displays information relevant to management of the San Juan Public Lands. Other documents that will form the administrative record for the Plan include the Environmental Impact Statement (EIS), the Record of Decision (ROD), social, economic, and ecological assessments, Analysis of the Management Situation (AMS) report, public participation documentation, objections and disposition record, and administrative corrections. Together these documents demonstrate comprehensive analyses, public involvement, and decision-making processes, and they form the foundation for adaptive management.

## PLANNING PROCESS SUMMARY

This Draft Land Management Plan is based on the results of two comprehensive and complementary planning efforts, one being resource-data-driven, and one being public-value-driven. The first effort provided technical analyses of conditions and trends for social, economic, and ecological elements related to the San Juan Public Lands. These analyses included consideration of new relevant information, and legal and policy changes that have occurred since the current plans were developed. This work is documented in several assessments and summarized in the AMS report.

The second major effort in Plan development (which is still ongoing) is to gather and utilize knowledge of people that are familiar with the planning area regarding their values, objectives, and uses of the San Juan Public Lands. Thus far, this extensive public participation effort has primarily focused on input related to vision, contributions, management challenges, land allocations, desired conditions, objectives, and suitable uses of the San Juan Public Lands. Results from the technical analyses were used in the public participation process to inform, focus, and enhance participant dialogue. A summary of the public participation activities, which incorporated the analysis information and greatly contributed to the development of this Plan, is given in Volume 3, Appendix A.

BLM_0030878

The assessments and knowledge gained through public involvement were used to shape the Draft Land Management Plan (Alternative B, the Preferred Alternative), as described in this volume as well as alternatives to it that are documented in the Draft Environmental Impact Statement (Volume 1). Both the earlier documents and the DEIS include information on how the draft Plan would contribute to sustaining social, economic, and ecological systems. These documents do not address every potential topic that may arise in management of the San Juan Public Lands. Rather, they address the parameters and issues that the Responsible Officials (Regional Forester and BLM State Director) have determined to be pertinent to this planning process.

## Forest Service

The current Land Management Plan was approved in 1983. It has been amended 21 times, including a significant amendment in 1992 that superseded the earlier version. This Draft Land Management Plan was developed using the provisions of the 1982 regulations (36 CFR 219), as specified by the 2000 planning rule and clarified by the 2004 Interpretative Rule.

National Forest management is authorized and guided by many laws, regulations, and policies (see AMS: Legal and Other Requirements). This body of governing legal direction is dynamic, with some pieces more subject to change than others. In addition, the Forest Service has a directives system that consists of the Forest Service Manual (FSM) and the Forest Service Handbook (FSH). These contain the agency's policies, practices, and procedures and serve as the primary basis for the internal management, control of programs, and administrative direction. The directives are available via the internet at http://www.fs.fed.us/im/directives/. The direction contained within these sources will continue to evolve and apply as appropriate. Unless needed to provide context, clarity, or emphasis, direction from these sources will not be reiterated in this Plan.

## Bureau of Land Management

The current Resource Management Plan was approved in 1985 and has been amended four times. Wilderness Study Areas (WSAs) are being managed under interim guidance provided by the Interim Management Policy and Guidance for Lands under Wilderness Review until such time that Congress makes a final wilderness decision. This draft Plan discusses how those lands would be managed if Congress released them from wilderness study.

This Draft Land Management Plan has been developed to meet the requirements of the BLM planning regulations (43 CFR 1600). Those regulations require that plans be revised as necessary, without setting a specific lifespan. The 1985 RMP covered both the San Juan and San Miguel Resource Areas, as they were called at that time. This Draft Land Management Plan only applies to the lands that comprised the old San Juan Resource Area; now known as the Columbine, Dolores, and Pagosa Field Offices. The Uncompahgre Field Office will revise the Plan for the San Miguel area at a later date. A separate Plan is being developed for the portion of the San Juan Public Lands that comprises the Canyons of the Ancients National Monument.

BLM management is authorized and guided by many laws, regulations, and policies. This body of governing legal direction is dynamic, with some pieces more subject to change than others. In addition, the BLM has a directives system with manuals and handbooks, similar to the Forest Service. These contain the agency's policies, practices, and procedures and serve as the primary basis for internal management, control of programs, and administrative direction. BLM planning direction is available via the internet at http://www.blm.gov/planning/library.html. The direction contained within these sources will continue to evolve and apply as appropriate. Unless needed to provide context, clarity, or emphasis, direction from these sources will not be reiterated in this Plan; rather it is incorporated by reference.

BLM_0030879

Within the flexible and adaptive framework of both agencies planning regulations and directives, the guidance set forth by this Plan should continue to provide a meaningful framework and vision for management into the foreseeable future.

## NATIONAL ENVIRONMENTAL POLICY ACT (NEPA) COMPLIANCE

This Draft Land Management Plan (DLMP) is accompanied by a Draft Environmental Impact Statement (DEIS) as required by the regulations used in its development (43 CFR 1601.0-6 and 36 CFR 219.10).

## LAND MANAGEMENT PLAN ORGANIZATION

The management guidance which is presented applies San Juan Public Lands-wide, or where appropriate, to smaller geographic scales. Guidance applies to both BLM and National Forest System lands unless otherwise noted. The Plan makes no decisions applicable to other ownerships.

The format of this Plan is different from that of those issued in the first round of planning that occurred beginning in the early 1980s for both agencies after the passage of the National Forest Management Act and the Federal Lands Policy and Management Act. It is designed to better communicate the concepts of strategic guidance and adaptive management.

### Plan Structure

This Draft Land Management Plan is formatted into three interrelated parts. Part 1 is the "Vision" for the San Juan Public Lands. It sets the context for the Plan and describes the San Juan's uniqueness on a regional and national level. It also describes the roles and contributions of the San Juan Public Lands and presents the desired conditions at several geographic scales. The vision is long-term and reflects ecological timeframes as well as social desires. In BLM planning terms, the vision includes desired outcomes and goals. In USFS planning terms, it includes goals and management area direction.

Part 2 is the "Strategy" which articulates how the BLM and Forest Service intend to move the San Juan Public Lands toward the desired conditions described in Part 1. The strategy is organized into four sections: objectives, suitable uses, special areas, and monitoring. In BLM planning terms, the strategy includes objectives; uses or allocations that are allowable, restricted or prohibited; some management actions (administrative designations and actions to achieve desired outcomes); and monitoring. In USFS planning terms, it includes objectives, suitability and capability, management area prescriptions, recommendations for the Secretary of Agriculture to take to Congress, and monitoring.

Part 3 is "Design Criteria" which identify sideboards for the strategy as well as subsequent projects designed to implement the strategy. In addition to specific standards and guidelines, this section includes references to other applicable guidance that the BLM and Forest Service use during project planning and implementation. The other guidance includes applicable Federal laws and regulations, Executive Orders (EOs), directives (manuals and handbooks), and State and local laws and regulations. In BLM planning terms the design criteria include some management actions (proactive measures and measures or criteria applied to guide day-to-day activities occurring on public land). In USFS planning terms, the design criteria include standards and guidelines.

BLM_0030880

**PLAN SECTIONS**

Table 1 shows how the key decisions, in the terminology of each agency, fit with the different sections of this Draft Land Management Plan.  The key elements of BLM and USFS plans overlap in spite of different planning regulations and handbook direction.

**Table 1 - Plan Components and Forest Service and BLM Decision Types**

| Plan Sections | USFS Plan Decisions | BLM Plan Decisions |
|---|---|---|
| **PLAN PART I – Vision** | | |
| Desired Conditions | Goals<br>Management Area Prescriptions | Desired Outcomes – Goals |
| **PLAN PART II – Strategy** | | |
| Objectives | Objectives | Desired Outcomes:  Objectives<br>Management Actions:  Actions anticipated to achieve desired conditions, including actions to maintain, restore, or improve land health |
| Suitability | Suitability and Capability | Allowable Uses:  Uses, or allocations, that are allowable, restricted, or prohibited |
| Special Areas | Management Area Prescriptions, Congressional Recommendations | Management Actions:<br>Administrative Designations |
| Monitoring | Monitoring Requirements | Monitoring Requirements |
| **PLAN PART III – Design Criteria** | | |
| Standards and Guidelines | Standards and Guidelines<br>(forestwide and management area-specific) | Management Actions: Measures or criteria that will be applied to guide day-to-day activities |

BLM_0030881

**Vision - Desired Conditions**

Desired conditions encompass the overarching goals of land and resource management. They are statements of the social, economic, and ecological attributes and values toward which management strives to achieve. These statements or descriptions characterize or exemplify the desired outcomes of land management. They describe how the area is expected to look and function in the future.

Some desired conditions are general, while others are quite specific. Desired conditions are presented at three levels of spatial detail (see Figure 1):

1. all San Juan Public Lands;

2. three Geographic Areas (Dolores, Columbine, and Pagosa Ranger District/Field Offices); and

3. seven Management Areas (smaller areas that reflect differing levels of management intensity, naturalness, and development).

**Figure 1 - San Juan Public Lands, Geographic Areas, and Management Areas**



BLM_0030882

Desired conditions are aspirations; they may only be achievable over the long term. Collectively, specific projects implemented subsequent to this Land Management Plan should contribute to maintaining and/or achieving desired conditions, but no single project should be expected to contribute to meeting all desired conditions. Identifying and establishing desired conditions is the central focus of this Draft Land Management Plan.

**Strategy - Objectives**

Objectives are concise projections of measurable, time-specific intended outcomes. Objectives are a means of progressing toward maintaining and/or achieving desired conditions. As with desired conditions, they are aspirations, not commitments or final project decisions. Objectives are presented at three levels of spatial detail:

1. all San Juan Public Lands;
2. three Geographic Areas (Dolores, Columbine, and Pagosa Ranger District/Field Offices); and
3. certain Management Areas (MA 2, Special Areas and Unique Landscapes).

**Strategy - Suitability**

The capability and suitability of areas for various uses and activities has been identified based on the following:

- inherent biophysical capability to provide the use or activity in a sustainable manner;
- public input; and
- balancing desired conditions for multiple resources.

Suitability is presented at two levels of spatial detail:

1. all San Juan Public Lands; and
2. Management Areas.

Uses or activities that are allowed, restricted, or prohibited are described for each Management Area in Part 2. Each Management Area has a different mix of uses and activities that are compatible with its management emphasis and desired conditions. If a specific use or activity is not discussed, it does not mean that the San Juan has no areas where it is appropriate. Suitability is also described at a broader level for some topics, including timber harvest and livestock management.

BLM_0030883

**Strategy - Special Areas and Unique Landscapes**

Special areas are portions of the San Juan Public Lands that are designated because of their unique or special characteristics.  Special areas are designated administratively through Plan approval (e.g., botanical areas) or the Plan can recommend designation through statute, subsequent to Plan approval (e.g., wilderness recommendations).   Most special areas on the San Juan Public Lands are included in Management Areas 1 or 2.  Some special areas, including National Recreation and Scenic Trails, and Wild and Scenic Rivers, are relatively narrow, linear features that cross a mixture of Management Areas.

Some other areas without Congressional or administrative designations are highlighted, under Management Area 2, as unique landscapes.  Desired conditions, objectives, and suitability are described in detail for these areas.

**Strategy - Monitoring**

Monitoring and evaluation of plan implementation is used to evaluate progress toward achieving desired conditions and objectives, and to determine how well management requirements such as standards and guidelines are being applied.  Programmatic direction on monitoring and evaluation is described in the Land Management Plan in order to provide a framework for subsequent periodic monitoring.

**Design Criteria - Standards and Guidelines**

Standards and guidelines are criteria used in project design and implementation that protect resources and help ensure that Plan outcomes are achieved.  They are project-level operational controls that help ensure that projects are consistently implemented in ways that reduce environmental impacts.  They provide technical information and guidance for project and activity decisionmaking to help achieve desired conditions and objectives.

Standards and guidelines are presented at two levels of spatial detail:

1.  all San Juan Public Lands; and

2.  Management Areas.

The development of projects is also guided by other sources such as Best Management Practices (BMPs), State laws and/or policies, and terms and conditions from USDI Fish and Wildlife Service conservation strategies or biological opinions.  Additional examples include leasing stipulations, conditions of approval, and conditions for protecting resources that apply to coal and natural gas development projects.  These and other applicable guidance from laws, regulations, policies, and agency directives are generally not detailed in this Land Management Plan unless necessary in order to emphasize or highlight information.

The USFS and BLM will conduct environmental analysis, pursuant to NEPA, as well as public involvement activities when projects are proposed.  During project planning, applicable and appropriate Land Management Plan guidance will be incorporated as required design features and/or mitigation measures when the project decision is made.

BLM_0030884

## CONSISTENCY OF PROJECTS WITH THE PLAN

All projects and activities authorized by the BLM and the USFS must be consistent with the Land Management Plan (16 USC 1604 (i), 43 CFR 1601.5-3).  A project or activity is considered consistent with the Land Management Plan if it is consistent with the plan decisions described earlier in the Introduction.

If a project or activity as proposed would not be consistent with the Land Management Plan, the Responsible Official has the following options:

- modify the proposal so that the project or activity will be consistent;

- reject the proposal; or

- amend the plan contemporaneously with the approval of the project or activity so that the project or activity is consistent with the Land Management Plan, as amended.  The amendment may be limited to apply only to the project or activity.

BLM_0030885

**SAN JUAN PUBLIC LANDS**
*Draft Land Management Plan / Draft Environmental Impact Statement*

VOLUME 2 ■ Draft Land Management Plan

# PART 1 ■ VISION

**VISION STATEMENT**

The San Juan Public Lands provide multiple benefits for people in a manner that is sustainable over time. The ecosystems from which these benefits are derived are also sustainable.

The San Juan Public Lands continue to function as "working lands," meaning that historic uses such as livestock grazing and timber production continue at sustainable levels. At the same time, some areas remain in a wild or relatively pristine condition in order to provide for scenery, historic and cultural resources, clean water, biological diversity, and wildlife and fisheries habitat. The San Juan Public Lands continue to provide a variety of recreation settings and opportunities important to the people who live in southwestern Colorado, people who visit the area, and businesses that support those activities.

**THE SETTING**

The San Juan Public Lands (see Figure 2) lie amidst the mesas and mountains of Southwest Colorado at the junction of the Southern Rockies and the Colorado Plateau. Elevations within the area range from about 4,900 feet to over 14,000 feet above sea level. The San Juan consists of diverse landscapes, including large expanses of relatively pristine lands and other areas that are more developed, with roads and a wider variety of human activities evident. They provide opportunities for a broad range of human activities and uses, as well as natural processes, to occur.

The San Juan is known for beautiful scenery, outstanding prehistoric and historic features, relatively unconfined recreation opportunities of high quality, and clean water and air. A large portion of the water in southwestern Colorado originates in mountainous, headwaters areas of the San Juan Public Lands.

The San Juan Public Lands contain some of the nearest high-elevation lands that offer a cooler-temperature refuge for visitors from states to the south and west. The area is ringed by numerous National Parks and Monuments (including Great San Dunes, Chaco, Mesa Verde, Grand Canyon, Canyonlands, and Arches National Parks; and Hovenweep and Canyons of the Ancients National Monuments). These factors, plus scenic attractions such as the San Juan Skyway and the Alpine Loop scenic byways, make Southwest Colorado a national destination for visitors.

The area has a rich heritage, ranging from pre-Puebloan culture to early Hispanic settlements, hard-rock mining, ranching, and contemporary recreation and retirement communities. There are many Native American communities within a few hundred miles that have connections to the area, including 21 Pueblo communities in New Mexico, and the Southern and Ute Mountain Ute, Jicarilla Apache, and Navajo Tribes, the Hopi Pueblos in Arizona, and the Uintah and Northern Utes Tribes of Northeast Utah.

BLM_0030886

Figure 2 - San Juan Public Lands (SJPL)

# San Juan Public Lands

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
NAD 83, Polyconic Projection
October 29, 2007

BLM_0030887



## THE SAN JUAN PUBLIC LANDS "NICHE"

The San Juan Public Lands (SJPL) consist of diverse landscapes, including large expanses of relatively pristine lands, as well as other areas that are more developed, with roads and a wider variety of human activities evident. The SJPL provide opportunities for a broad range of human activities and uses, as well as for natural processes, to occur.

The San Juan Public Lands are known for beautiful scenery, outstanding prehistoric and historic features, relatively unconfined recreation opportunities of high quality, and clean water and clean air. A large portion of the water in southwestern Colorado originates in the mountainous headwaters areas of the SJPL.

The people of southwest Colorado, as well as visitors to the area, have a strong tie to public lands and participate in their management. Many existing relationships and partnerships with a variety of interests and organizations serve as tangible evidence of important attachments to these public lands, and offer many opportunities for use, enjoyment, and cooperative stewardship.

## THE STRATEGIC VISION

The U.S. Forest Service and the Bureau of Land Management have similar missions:

- **USFS**: to sustain the health, diversity, and productivity of the nation's forests and grasslands in order to meet the needs of present and future generations.
- **BLM**: to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations.

The mission of both agencies is based upon the relationship between the American people and their natural resource heritage. This relationship is founded on the principles of sustaining the nation's natural resources for future generations, producing personal and community well-being, and providing economic wealth for the people, communities, and businesses of the nation. Both agencies have Strategic Plans (as required by GPRA, 5 USC 306, 31 USC 1115-1119, and 31 USC 9703-9704) aimed at increasing the accountability of Federal agencies by measuring their progress toward achieving agency goals and objectives. The Strategic Plans were used during the development of this Draft Land Management Plan as guidance for developing desired conditions and outcomes.

BLM_0030888

## DISTINCTIVE NATURE OF THE SAN JUAN PUBLIC LANDS

The San Juan Public Lands in southwestern Colorado have distinct characteristics that set them apart from other places. Some key characteristics are described below.

### Diverse Geography

The San Juan Public Lands, which lie within the Colorado Plateau and Southern Rocky Mountains ecoregions, display tremendous geographic diversity. They range from about 4,900 feet in the canyon country (near the Utah border) to over 14,000 feet in the high peaks of the San Juan Mountains. The tremendous geologic, topographic, climatic, and vegetative diversity associated with these lands supports an unusually broad variety of biodiversity, as well as a wide range of habitats for flora and fauna. The variety of ecosystems found throughout the planning area, including semi-desert grasslands, pinyon-juniper woodlands, ponderosa pine forests, spruce-fir forests, alpine tundra, riparian areas and wetlands, offer exceptional diversity in scenery and recreational opportunities.

### Scenery and Tourism

The diverse geography of the San Juan Public Lands provides for remarkable scenery and attracts many visitors to the area. The proximity to numerous national parks and national monuments in the Four Corners (including Mesa Verde, Grand Canyon, Canyonlands, and Arches National Parks; and Hovenweep and Canyons of the Ancients National Monuments), as well as scenic attractions (including the San Juan Skyway and the Alpine Loop Scenic Byway, and the Durango-Silverton Narrow Gauge Railroad) make southwestern Colorado a national destination for visitors.

### Recreation

The size and the diversity of the San Juan Public Lands make a vast array of recreational opportunities activities (including scenic driving, ATV-use, mountain biking, hiking, horseback riding, camping, fishing, hunting, boating, and guided trips) possible. Past mining, logging, and grazing activities have created an impressive transportation network that provides people access to public lands in order to engage in the recreational experiences they seek).

### Unroaded Lands

Within the planning area, there are large unroaded and undeveloped lands where natural ecological processes proceed with minimal human interference. These lands provide habitat for wide-ranging species, as well as linkages that facilitate species movements and gene flow. They act as reserves that protect the ecosystems and the full range of biological diversity within them. The planning area includes over 420,000 acres designated as Wilderness, including the Weminuche (which is the largest Wilderness Area in Colorado). An additional 600,000 acres within the planning area are currently roadless.

BLM_0030889

**Heritage Resources**

The lands within the planning area have a long and rich prehistoric and historic record that goes back approximately 10,000 years. Within the area, many important discoveries and a great depth of archeological research has taken place. The archeological record of the area contains evidence of the earliest agricultural societies in the region. The historic record of the area includes artifacts of Spanish and Euro-American explorers, trappers, miners, and settlers. This long record of human occupation has left one of the highest densities of prehistoric and historic cultural resources found anywhere in the United States.

**Natural Gas**

The lands within the planning area contribute significantly to the nation's ability to produce natural gas. Approximately 90 billion cubic feet (which is enough energy to heat a million homes) are produced annually.

**Service First**

Under a unique, cooperative venture called Service First, the USFS and BLM have combined resources and are working together in order to improve land management on the 2.5 million acres of public lands in southwestern Colorado. This is the first undertaking of its kind in the nation.

BLM_0030890

## MANAGEMENT CHALLENGES

Some of the management challenges within the planning area include meeting the recreation demand, balancing multiple uses, performing ecological preservation, combating invasive plant species, protecting/enhancing biological diversity, and managing complex water-related issues. These management challenges are described below.

### Meeting Recreation Demand

The local population surrounding the San Juan Public Lands is projected to increase by approximately 50,000 residents by 2025 (according to Colorado Demography Section forecasts). Demand for recreational opportunities is expected to increase, along with the increase in the population. Meeting this increasing demand without compromising the integrity of SJPL ecosystems requires careful planning and management.

### Balancing Multiple Uses

Land management conflicts are common within the planning area, especially as people engaging in different uses increasingly compete for the same piece of land. Public lands that are adjacent to private lands (referred to as the wildland-urban interface or WUI) can also create a number of management challenges, including fire management, fuels reduction, recreation conflicts, and wildlife habitat preservation/protection. Complex land ownership patterns also create management challenges, including issues and conflicts in relation to boundaries, easements, public access, and roads.

### Performing Ecological Restoration

Some ecosystems within the planning area are in need of restoration. This is due, in part, to past management activities that have changed their composition, structure, and/or function. Some ponderosa pine forests, for example, are in need of restoration in order to change their dense structure to one that is more similar to the open structure which was historically more common. Management challenges associated with restoration include finding cost-effective methods to restore ecosystems, developing a viable market for products produced from restoration activities, and prioritizing when and/or where restoration should occur.

### Combating Invasive Plant Species

One of the most significant problems facing the San Juan Public Lands is the introduction and spread of invasive plant species. Invasive plant species, including noxious weeds, are a severe threat to native plants as well as to the overall biological diversity in the area.

### Protecting/Enhancing Biological Diversity

Another significant management challenge for the San Juan Public Lands is the protection of rare and/or federally listed species. The demands from land management activities (including diversions and the consumptive use of water) will likely remain stable or increase. Without proactive habitat improvement projects, additional plant, terrestrial wildlife, and/or aquatic species could be listed as threatened or endangered, both on and off the San Juan Public Lands. Any additional listings would tend to add complexity to public land management, and would likely alter existing or future multiple-use opportunities.

BLM_0030891

## Climate Change

Climate change can have many varied effects on ecosystems found on the San Juan Public Lands. Recorded changes in temperature and precipitation, concurrent with an increase in atmospheric $CO_2$ concentration, can result in increases of the growing season, enhanced tree growth, changes in density of tree cover, changes in tree populations, and changes in the location of treeline.

Rising temperatures brought on by global warming add stress to trees, making them more susceptible to insects and disease, and stimulating the growth of underbrush and other fuels. Changing forests mean changing habitat for the wildlife species that depend on them.

It is very possible that the number of acres burned by wildfire could increase many-fold by the end of the century as a result of climate change. At the same time, there is great concern that scarce water supplies in the west could become even more scarce. It is also possible that the timing and nature of runoff from mountain watersheds could change, adding more stress and demand to available water supplies and further stressing aquatic ecosystems.

Because there is much uncertainty about the timing and specific effects of climate change on the San Juan Public Lands, it is anticipated that in the near future, we will need to develop new management practices and policies adapted to projected drifts in the geographic distribution of ecosystems. There will also be a need to understand and adapt to social and economic effects that climate change may bring.

## Managing Water-Related Issues

Managing water-related issues will continue to be a complex and significant challenge throughout the planning area. Managers of the San Juan Public Lands will continue to be called upon to maintain clean water, protect water-dependent ecosystems, protect rare or threatened and endangered aquatic species, and perform watershed restoration while, at the same time, continuing to supply water for a variety of existing and future consumptive needs and multiple uses.

The population surge in the West continues to increase the diversion and the consumptive use of water and, at the same time, increases the demand for water-based recreation. Changes in the status quo of water appropriation and the complexity of Federal water management policy are a deep concern of State governments and senior water rights holders. The on-going regional drought has accelerated State initiatives designed to develop new water storage and diversion projects of various sizes. Regional climate shifts and global climate change could further exacerbate the complexity of these issues.

## Historical Range of Variation (HRV)

The Historical Range of Variation (HRV) is used as an important concept for protecting species diversity and viability, sustaining ecosystems, and for developing Plan components relative to SJPL. HRV describes the range of ecological conditions (including vegetation structure and natural disturbance regimes) that existed within the planning area during the reference period (the period of indigenous settlement, lasting from approximately A.D. 1500 to the late 1800s. During this period broad-scale climatic conditions were similar to those of today, but European-American settlers had not yet introduced the sweeping ecological changes (including timber harvest, livestock grazing, fire suppression, water diversions, dams, and roads) that have greatly altered many Rocky Mountain landscapes. HRV information allows land managers to compare whether or not current ecological conditions within the planning area are similar, or dissimilar, to the HRV conditions that occurred within the same area in the past. The intent is not to manage the planning area according to HRV conditions. The intent is to use HRV conditions as reference points from which to help formulate attainable and sustainable desired conditions that meet a variety of land and resource management objectives. The key assumption here is that native species evolved under HRV conditions, and thus maintaining a full range of similar conditions offers the best assurance against losses of biodiversity (Seymore and Hunter 1999).

BLM_0030892

**Sustainability**

People are an integral part of ecosystems, and are fully dependent upon them for their short- and long-term well-being. Balancing the need for short-term goods and services with the long-term need for ecosystem persistence is a management challenge. In order to meet this challenge, ecosystems need to be managed for long-term sustainability. This means engaging in management activities and strategies that are in line with the physical and biological capabilities of the land; preserving all of the ecological pieces; preventing irreversible impacts to ecosystem resilience and ecosystem resistance to change; and ensuring the ability of ecosystems to meet the needs of future generations.

Land Management Plans must guide the sustainable management of Federal lands, as required by the Multiple-Use Sustained-Yield Act. This Act requires that Federal lands be managed in order to provide a continuous flow of goods and services to the nation. In order to meet this requirement, LMPs must provide a sustainable framework of social, economic, and ecological conditions that sustain native ecosystems and support diversity of native plant and animal species within the planning area. The requirements of the National Forest Management Act (NFMA) are accomplished in the planning process through a hierarchical and iterative approach that analyzes and provides guidance for ecosystem diversity and species diversity ("iterative" in that each step of the process is developed in small sections so that it can be thoroughly reviewed and analyzed, with the resulting new insight or knowledge used to help develop the next step in the process -- keeping track of what has been tried, approved, and/or discarded -- until a "blueprint" is developed that can serve as the final product).

The DLMP provides for ecological sustainability by recognizing and planning for the ecosystem diversity associated with the terrestrial, aquatic, and riparian areas and wetland ecosystems found within the planning area. It also accomplishes ecological sustainability by recognizing, and planning for, the species diversity associated with federally listed species, Management Indicator Species (MIS), Highlight Species, and BLM Special-Status Species found within the planning area. These ecosystems and species are the focus of management strategies and actions, and are accomplished through the development of DLMP components (including desired conditions, objectives, and guidelines).

BLM_0030893

## Diversity and Viability

Management of ecological resources on San Juan Public Lands (SJPL) includes providing for a diversity of plant and animal communities and maintaining viable populations of all native and desired non-native wildlife, fish, and plant species. This is accomplished in this LMP in a multiple use framework through a combination of ecosystem management (that includes the management of reserves and human activities) and species-specific management.

The management of ecosystems is a cornerstone of this planning approach. It focuses on the principle that managing for natural diversity in the composition, structure, and function of the terrestrial ecosystems, riparian and wetland ecosystems, and aquatic ecosystems on SJPL will provide for sustainability. Another point of focus is the idea that sustaining these components of ecosystems will provide for the viability of the majority of species associated with them, including species with viability concerns and species we know little about. Our approach to managing ecosystems includes the protection of abiotic features and ecosystem processes including disturbance, succession, and hydrologic processes, all of which play an important role in providing ecosystem and species diversity and viability on SJPL.

Diversity and viability is also addressed by maintaining and protecting the many large unroaded lands on SJPL, and the intact ecosystems and linkages associated with them. These lands including wilderness areas, research natural areas, botanical areas, and roadless areas are relatively unaltered from human impacts and act as reserves to protect the ecosystems and the full range of biological diversity within them (Norton 1999).

In addition to the more conservation-focused strategy above, the SJPL ecosystem approach includes proactive management actions that promote ecosystem and species diversity, viability, and sustainability including wildland fire use, management-ignited fire, timber harvest, fuels reduction, and invasive species management. Wildland fire use and management-ignited fire will be used to introduce fire to ponderosa pine and warm-dry mixed conifer forests where it was a frequent disturbance agent during the reference period (HRV conditions), but has been absent from these ecosystems in many places for a long time. Timber harvest and fuels reduction projects will be used to reduce the density of trees and open up the forest canopy in ponderosa pine and warm-dry mixed conifer forests in order to create structural conditions more similar to those of the reference period (HRV conditions). Invasive species management will be used to prevent the introduction and spread of invasive species that compete with native species. These proactive management actions provide for the diversity and viability of ecosystems and species by creating sustainable ecosystem conditions.

The management of species is also fundamental to the SJPL planning approach since threats to some species and the factors limiting populations of other species are not always linked strongly to broader ecosystem conditions. The species approach is associated with maintaining the biological diversity and viability of all species, and focused on the needs of individual species that are rare or endemic, are at risk of decline, are economically important, or are not adequately protected by the ecosystem management approach. These special status species include federally listed species, candidate species, R2 Regional Forester's sensitive species, BLM special status species, and SJPL highlight species.  See Appendix Q for additional information relative to diversity and viability on SJPL.

BLM_0030894

## INTRODUCTION

Desired conditions are the overarching goals of land and resource management. In this DLMP, they are expressed as "goal" statements regarding the social, economic, and ecological attributes of public lands and resources toward which management strives and aspires to achieve. These statements, or descriptions, characterize or exemplify the desired outcomes of land management – and describe how the area should look and function in the future. Identifying and establishing desired conditions is the central focus of this DLMP.

Some desired conditions are general, while others are quite specific. Some desired conditions statements apply to the entire planning area, while others apply only to certain areas within the planning area. In this DLMP, desired conditions are first presented by topic for the entire planning area. Then they are presented by geographic area. Additionally, some desired conditions are associated with the Management Areas in which they are to be applied. Not every desired condition statement has a corresponding or follow-up DLMP component (i.e., objective or guideline). Follow-up components are provided only where necessary in order to address management needs.

## PHYSICAL AND ECOLOGICAL RESOURCES

### AIR QUALITY

#### Background

Air quality within the planning area has long been recognized as among the most pristine in the country (Malm et. al 2000; Copeland 1998). Visitors to the SJPL generally expect clear, clean air to be part of their overall experience. Air quality is an integral part of the natural environment and, in turn, affects water quality, soil chemistry, aquatic ecosystems, and vegetation. The Weminuche Wilderness Class I Area has been recognized by Congress as being an "outstanding special area" – deserving the highest air-quality protection in the nation.

Over the last 5 years, air-quality issues have emerged as a major resource concern in relation to energy development, prescribed burns, and human development. Air quality degradation in the Weminuche Wilderness Class I Area is predicted as a result of cumulative regional pollution (including from oil and gas field development, coal-fired power plants, and population increases) in the Four Corners area.

Atmospheric nitrogen deposition from anthropogenic sources of air pollution is increasing and has the potential to affect water quality and high-elevation aquatic and terrestrial ecosystems. Water bodies throughout the planning area are showing increasing levels of mercury pollution. Recently, McPhee Reservoir was officially designated as a water body impaired by mercury contamination and Vallecito Reservoir has new advisories for mercury contamination of fish. Coal-fired power plants are large sources of atmospheric mercury that can pollute water.

BLM_0030895

**Desired Conditions – Air Quality**

1.1   Air quality in the Weminuche Wilderness Class I Area is in pristine condition.  Indicators of pristine conditions include air quality related values of visibility, lake chemistry, precipitation/atmospheric chemistry, soils chemistry, and aquatic/terrestrial biota.

1.2   Air quality for the Class II Areas within the planning area is maintained or improved with respect to pollutant concentrations so that the integrity of associated aquatic and terrestrial ecosystem components are protected.

1.3   Activities conducted on the SJPL maintain pristine air quality conditions at nearby Class I Areas outside of the planning area (such as at Mesa Verde National Park).

1.4   Visibility at designated scenic vistas in Class II Areas is maintained or improved within the planning area (see desired conditions for Scenery).

1.5   Visibility in the Weminuche Wilderness continues to improve, so that natural background conditions are obtained.

## SOILS

### Background

Providing for the sustainability of ecosystems is the overall desired condition throughout the planning area. Sustaining ecosystems includes protecting the physical, chemical, and biological properties of soils; and maintaining or enhancing soil productivity by preventing or minimizing soil compaction, displacement, erosion, puddling, and severe burning.  Management activities on the SJPL that have the potential to adversely impact soil productivity include timber harvesting, livestock grazing, fuels treatments, natural fire, prescribed burns, oil and gas development, road construction, recreation development, and the construction of utility corridors.

### Desired Conditions – Soils

2.1   Soil productivity is intact throughout most of the planning area.

2.2   Long-term levels of soil organic matter, soil nutrients, and litter are maintained throughout most of the planning area.

2.3   Ground cover (vegetation and litter) is maintained throughout most of the planning area.

2.4   Management-induced soil erosion, soil compaction, soil displacement, puddling, and/or severely burned soils are rare within the planning area.

2.5   Upland soils exhibit infiltration and permeability rates that minimize surface run-off and allow for the accumulation of the soil moisture necessary for plant growth and ecosystem function.

2.6   Wetland- and riparian-area soils have the soil moisture necessary for the growth of native hydrophytic plants and healthy ecosystem function.

2.7   The unique soils associated with the fens and hanging gardens found in the planning area are intact and have the water necessary to protect the rare plants and native biological diversity associated with them.

2.8   Soil productivity is improved in the mountain grasslands that are currently dominated by non-native plant species and displaying detrimental soil erosion and/or compaction.

2.9   Biological soil crusts found in the planning area are maintained or increased in the vegetation types in which they occur.

BLM_0030896

## WATER

### Background

The San Juan Public Lands are unique in that they encompass the headwaters of several large river systems (including the San Juan, the Piedra, the Los Pinos, the Animas, and the Dolores River systems). These river systems are vital resources to the States in the Four Corners area.  Large mountain ranges running along the Continental Divide delineate much of the northern boundary of the planning area. The upper-elevation mountainous areas receive abundant precipitation. In addition, perennial streams, lakes and other water features are common on the landscape. Lower-elevation lands receive much less precipitation and they generally tend to have fewer (although larger) perennial rivers and more intermittent or ephemeral water bodies.

Water quality within the planning area is typically good. In the few water bodies exhibiting water quality problems, it is mercury, heavy-metals, salinity, and sediment that are the common pollutants. In some places, mine-related heavy metals pollution is being cleaned up. This is a result of the aggressive abandoned mine reclamation program underway in the planning area (see Abandoned Mine Lands section). Depletion and development of groundwater resources are emerging issues in the planning area, and are often associated with oil and gas development and private land development. High road densities, as well as poor road placement, design, and maintenance, have caused water-quality, floodplain, and channel morphology changes in some watersheds.

Drought has also impacted the planning area over the past decade. In fact, drought is a large contributing factor to the decrease in local water tables and to the reduced flow in streams, springs, and seeps. Dry upland conditions have increased grazing pressure on riparian areas and wetland ecosystems. The drought-related increase in large wildfires has impacted many watersheds by increasing flooding, erosion, and sedimentation (which has resulted in damage to private property near, and adjacent to, planning area boundaries).

Existing water-development projects continue to impact aquatic resources within the planning area. These projects range in size from small ponds and irrigation ditches, to large-scale diversion and storage projects (such as the Dolores Project/McPhee Reservoir). Due to increasing public demand, proposals for new (large and small) water-development projects also continue to increase. Addressing these increasing demands while, at the same time, maintaining the integrity of aquatic ecosystems, may be one of the biggest challenges to public lands management over the next few decades.

### Desired Conditions - Water Quality

3.1 State water-quality standards are met and Colorado Water Quality Control Commission-classified water uses are supported for all water bodies.

3.2 Water quality for impaired water bodies on the State's 303(d) list moves toward fully supporting State-classified uses.

3.3 State "Outstanding Waters" within the planning area maintain the high levels of water quality necessary for this status.

3.4 Watersheds within the planning area containing saline soils exhibit stable upland, riparian, and channel conditions that produce water quality as close to reference conditions as possible; they produce the lowest possible saline contributions to the upper Colorado River (see Appendix K for saline watersheds).

3.5 Management activities throughout the planning area serve to protect and enhance the quality of municipal water supplies.

BLM_0030897

**Desired Conditions - Stream Channels and Floodplains**

3.6   Stream channel types that naturally construct floodplains are connected to their floodplains and carry overbank flows (which occur on the average every 1.5 years and are capable of transporting moderate or high flow events).

3.7   Physical channel characteristics are in dynamic equilibrium and commensurate with the natural ranges of discharge and load provided to a stream. Streams are also adjusted to the expected riparian vegetation composition and valley landforms that they occupy; they function correctly without management intervention.

3.8   Historically disturbed and degraded stream channels recover through floodplain development, increased riparian vegetation, and improved channel geomorphic characteristics.

**Desired Conditions - Groundwater Resources**

3.9   Aquifers maintain natural patterns of recharge and discharge, especially where they are important to surface features dependent upon groundwater for their existence (including caves, karst, springs, seeps, lakes, riparian areas and wetland ecosystems, fens, and intermittent and perennial streamflow).

3.10   Aquifers possessing groundwater of quality and/or quantity that provide multiple-use benefits, maintain water quality at natural conditions.

**Desired Conditions - Watershed Conditions, Watershed Scale, and Water Uses**

3.11   Upland areas function properly and do not contribute to stream-channel degradation.

3.12   Favorable conditions of flow exist that sustain supplies of high-quality water and that support multiple-use management.

3.13   The majority of unregulated or free-flowing streams within the planning area are retained in their current undeveloped condition; they provide potential reference conditions and offer unique opportunities for recreation, species conservation, and pleasing aesthetics.

3.14   The overall function and integrity of streams and stream reaches impacted by water developments are adequately protected for their baseline ecological and recreational values. This is accomplished by providing for adequate in-stream flows (as part of new water-development planning) as well as for existing water-development operations. This includes sustaining the ecological processes dependent upon flow patterns and stream volumes for the impacted watersheds.

3.15   The natural range of hydrologic flow patterns is sustained in streams so that functioning aquatic ecological systems can be maintained when water is transferred from one catchment to another. Water lost (i.e., there is no return flow) from watersheds as a result of water transfer does not adversely alter or impact the aquatic ecology of the watershed.

3.16   All water developments for Federal purposes have State water rights, if applicable. The use of water continues over the implementation-life of the Land Management Plan, when the water is available.

3.17   All water developments that involve the use of the San Juan Public Lands are authorized pursuant to applicable Federal authorities.

BLM_0030898

## AQUATIC ECOSYSTEMS

### Background

Water-dependent environments are essential for the interrelated and interacting communities and populations of plants and animals. These aquatic ecosystems include stream channels, lakes, and/or other water-dependent features, as well as the biotic communities and habitat features that occur therein. The aquatic biota includes native and desired non-native fish species, aquatic plants, aquatic insects, amphibians, macroinvertebrates, and periphyton communities. A variety of land management activities occurring throughout the planning area over the last 100 years have impacted aquatic ecosystems. Where they once occurred, or where they continue to occur, recreation, commercial, and management activities (including hard-rock mining, livestock grazing, timber harvesting, road construction, and a variety of water-development projects) have, in general, reduced the quantity and/or quality of aquatic habitats. As a result, the ability to support self-sustaining and functioning populations of fish and other aquatic biota has been reduced in a number of streams and rivers within the planning area. This is most evident in areas impacted by consumptive uses of water. The cumulative impacts of hundreds of existing water developments have resulted in adverse and on-going impacts to the composition, structure, and functioning of aquatic habitats. Where fish-population monitoring has been conducted downstream of water developments, significant decreases in population densities have been observed.

The introduction of non-native fish species, as well as the occurrence of potentially lethal pathogens, has resulted in the decline of some species. The stocking of non-native trout species over many years has come at a significant cost to the native Colorado River cutthroat trout. Native sucker species have also declined due to the loss of aquatic habitat, and as a result of hybridization with the introduced white sucker. The parasite *Myxobolus cerebralis* (which causes whirling disease in trout) is becoming more widespread throughout the planning area and is known to have increased mortality rates for infected populations.

More recently, fish population levels have been reduced by prolonged drought. This has reduced natural streamflow and resulted in increased demands for water for human consumptive uses. These increased demands have, in turn, resulted in numerous additional water-development proposals. With continued drought and the increasing demand for consumptive water uses, aquatic habitats and fish populations are likely to experience additional declines without aggressive, proactive management efforts.

Where possible, land management activities that incorporate the objectives for aquatic habitats and fisheries, implement Best Management Practices (BMPs), maintain streamflows, and/or implement site-specific mitigation measures will reduce the risks to aquatic resources and limit further declines in aquatic biota.

### Desired Conditions - Aquatic Ecosystems

4.1    Range of flows is adequate to maintain physical aquatic habitats.

4.2    Long-term aquatic ecosystem sustainability is maintained.

4.3    Waterflow conditions in streams, lakes, springs, seeps, wetlands, fens, and aquifers support functioning habitats for a variety of aquatic and semi-aquatic species (including all native and/or desired non-native fish species, amphibians, aquatic plants and insects, macroinvertebrates, and periphyton communities).

4.4    Water bodies, riparian vegetation, and adjacent uplands provide habitats that maintain the viability of native and/or desired non-native aquatic communities (including fish, amphibians, invertebrates, plants and other associated aquatic species).

BLM_0030899

4.5    With regard to channel characteristics, water quality, and flow regimens, aquatic habitat within the planning area are diverse; they appropriately reflect the climate, geology, and natural vegetation of the area.

4.6    Aquatic habitat quantity and quality are maintained or enhanced in order to provide for the long-term sustainability and viability of all native and/or desired non-native vertebrate species.

4.7    Macroinvertebrate diversity and abundance reflect high water quality.

4.8    Connectivity between water bodies provides for all life history functions of aquatic species. Except where barriers are beneficial and necessary in order to achieve conservation goals for certain aquatic species, aquatic systems are connected in a manner that avoids fragmentation of aquatic habitats; they provide for the movement of aquatic species sufficient to ensure that fish populations are not isolated.

4.9    Physical characteristics (including bank stability, width-to-depth ratio, pool/riffle ratio, pool depth, slope, sinuosity, cover, and substrate composition) are commensurate with the natural ranges of discharge and loads provided to a stream; they sustain all life stages of native and/or desired non-native aquatic species.

4.10    All native and/or desired non-native fisheries thrive in the vast majority of systems historically capable of supporting such fisheries.

4.11    Populations of aquatic species throughout the planning area are viable, adequately mobile, genetically diverse, and functionally diverse.

## RIPARIAN AREAS AND WETLAND ECOSYSTEMS

### Background

In this Plan, riparian areas and wetland ecosystems are defined together as lands that occur in the interface between the aquatic ecosystem and the upland terrestrial ecosystem (where the water table is usually at, or near, the land surface) (Gregory et al. 1991; Risser 1990; Knofp et al. 1988; Brinson et al. 1981; Cowardin et al. 1979). They are frequently flooded, or at least seasonally saturated, due to a fluctuating water table; they have plant species, soils, and topography that differ considerably from those of the adjacent uplands (Elmore and Beschta 1987; Jones 1990).

The variability of riparian areas and wetland ecosystems within the planning area at the subclass level (which is based on the predominant leaf phenology of the life form in the upper canopy layer) includes evergreen riparian forests, deciduous riparian forests, mixed-evergreen-deciduous riparian forests, deciduous riparian shrublands, perennial forbs, and perennial graminoids.

Due to human impacts, riparian areas and wetland ecosystems have changed dramatically during the last century-and-a-half in the southwestern United States (Blair et al. 1996; Dick-Peddie 1993). Human impacts to riparian areas and wetland ecosystems include urbanization, agriculture, logging, livestock grazing, mining, recreation, roads, dams, diversions, and the introduction of non-native species. These impacts have reduced native hydrophytic (plants that have adapted to living in, or on, aquatic environments) species (most notably cottonwood and willows), increased invasive species, changed dominant life forms (from trees or shrubs to herbs), reduced water flow, and lowered water tables. The deciduous riparian forests, mixed-evergreen-deciduous riparian forests, and deciduous riparian shrublands types have probably been the most affected by human impacts. This is due to their easy access and characteristics which have made them desirable areas for settlement. Deciduous forest riparian areas and wetland ecosystems in good condition are scarce on the BLM lands within the planning area (Kram et al. 2005).

BLM_0030900

Some fens within the planning area have been adversely impacted by management activities, including by roads that are in or adjacent to them, by roads that may be impacting their hydrology, and by damage caused by off-road vehicles. The non-native shrub tamarisk, which competes with native cottonwoods and willows, has invaded much of the Dolores River Canyon and its lower tributaries.

**Desired Conditions – Riparian and Wetland Ecosystems**

5.1   Riparian areas and wetland ecosystems have vegetation that is vigorous and self-perpetuating; they exhibit a diverse composition of desirable native plant species that display multiple-size and multiple-age classes. Invasive plant species are absent or rare.

5.2   Riparian areas and wetland ecosystems have vegetation cover sufficient to catch sediment, dissipate energy, prevent erosion, stabilize stream banks, enhance aquatic habitat, and promote floodplain development.

5.3   Forest and shrubland riparian areas and wetland ecosystem types display hydrophytic trees and shrubs in a variety of size classes; they provide terrestrial and aquatic habitats, stream shading, woody channel debris, aesthetic values, and other ecosystem functions.

5.4   Woody debris in a variety of sizes is present in forest and shrubland riparian areas and wetland ecosystem types.

5.5   Riparian areas and wetland ecosystems are resilient and resistant to change from disturbances (including from floods, fire, and drought).

5.6   Riparian areas and wetland ecosystems have flow regimes and flooding processes that contribute to stream-channel and floodplain development, maintenance, and function; they facilitate the regeneration of hydrophytic plant species (including narrowleaf cottonwood and Rio Grande cottonwood) that depend on flooding for regeneration.

5.7   The composition, structure, and function of fens are intact (including their native plant species, organic soils, and hydrology).

5.8   The aquatic and terrestrial ecosystems that are interconnected with, and occur adjacent to, riparian areas and wetland ecosystems function properly; they display the ecological components necessary in order for the adjacent riparian areas and wetland ecosystems to function properly.

5.9   Upland areas, and the activities associated with them, do not adversely impact stream channels, and/or riparian areas and wetland ecosystems.

5.10  The critically imperiled wild privet shrublands and boxelder/river birch woodlands are protected; they have habitat to expand into; and they have the water quantity and hydrologic systems necessary in order to support and sustain these communities.

BLM_0030901

## TERRESTRIAL ECOSYSTEMS

### Background

In this DLMP, terrestrial ecosystems are defined as ecosystems that occur in relatively dry, upland landscape positions. Major vegetation types are used as the primary terrestrial ecosystems to describe ecosystem diversity and to analyze past, present, and future ecological conditions within the planning area (see Figure 3 - Major Vegetation Types). Development stages of the major vegetation types (used throughout the DLMP in order to further describe ecosystem diversity) are extensions of the Wildlife Structural Stages (WSS) found in the SJPL Region 2 Vegetation Database. In addition to tree size and crown cover, development stages include other structural and compositional components important to ecosystems and native biota. The young development stage generally correlates with WSS 2 (seedling-sapling). The mid-development stage generally correlates with WSS 3 (sapling-pole). The mature development stage generally correlates with WSS 4 (mature). The old-growth development stage was developed from attributes identified by Mehl 1992.

Desired conditions for the development stages of the major vegetation types were developed for this DLMP/ DEIS by the Interdisciplinary (ID) Team. This was accomplished by comparing current conditions to HRV conditions, by identifying restoration needs, and by considering the short- and long-term ecosystem diversity needed in order to sustain the major vegetation types, as well as the native biota within them. Other desired conditions were developed in response to social considerations (including the need to protect the Wildland-urban Interface (WUI) from catastrophic fire events).

The overall goal for terrestrial ecosystems within the planning area is that they provide for a diversity of sustainable ecosystems that support a diversity of native plant and animal species. This would involve maintaining ecosystem structure, natural ecological processes, native biota, and the physical environment (soils and water). Ecosystem sustainability is about obtaining yields and services from ecosystems without irreversibly impacting their resilience, natural resistance to change, and/or their ability to meet the needs of future generations. The HRV, as described previously, is used as an important concept for sustaining ecosystems, as well as for developing desired conditions and other DLMP components relative to the terrestrial ecosystems within the planning area.

Disturbance processes (including wildland fire, insects, disease, and wind) play an important role in providing ecosystem diversity and sustainability within the planning area. Disturbance and recovery are important mechanisms for maintaining genetic, species, and ecosystem diversity. The flora and fauna, as well as the overall vegetation patterns within the planning area, reflect the temporal and spatial distribution of disturbance processes.

The current conditions found throughout the planning area differ from conditions that occurred during the reference period (HRV conditions). In many ponderosa pine forests, for example, the combination of unmanaged livestock grazing, timber harvesting, and fire exclusion during the last century have lengthened fire frequencies and have created unnatural forest structures (Romme et al. 2006). The current forest structures that display high stem densities of medium-sized trees and closed canopy covers are unlike the open-canopied, multi-sized structures of the ponderosa pine forests that dominated the reference period. Many of these forests have lost the large, old trees, as well as some of the native bunchgrasses that were once common in the area. Consequences of the current structure in ponderosa pine forests include epidemic insect and disease outbreaks, increased risk of destructive wildfires (fires that are much hotter than they were during the reference period; fires that are increasingly difficult to control), a reduction in ponderosa pine regeneration, an increase in the abundance of white fir, and a reduction in biological diversity (Moir et al. 1997, Wu 1999).

BLM_0030902

Similar to ponderosa pine forests, many warm-dry mixed-conifer forests currently display forest structures that differ from HRV conditions. This is due to the combination of fire exclusion and selective timber harvesting. Structures that display high stem densities and closed canopy cover are unlike the less dense, open-canopied structures of the warm-dry mixed-conifer forests that dominated the reference period. The large, old ponderosa pine and Douglas-fir trees that once dominated many of these forests are gone. They have been replaced by smaller, younger trees, including by white fir (which has significantly increased during the long fire-free period of the Twentieth Century). Consequences of the current structure of these forests are similar to those described above for ponderosa pine forests. The establishment of new ponderosa pine and Douglas-fir trees has tapered off, or stopped altogether, in many warm-dry mixed-conifer forests due to the dense stand conditions (Wu 1999).

BLM_0030903

Figure 3 - Major Vegetation Types

San Juan Public Lands
Major Vegetation Types

Legend
- Alpine Vegetation
- Semi-Desert Grassland
- Semi-Desert Shrubland
- Mountain Grassland
- Mountain Shrubland
- Rock - Bare Soil
- Riparian Area and Wetland
- Sagebrush Shrubland
- Aspen Forest
- Aspen - Conifer Forest
- Cool-Moist Mixed Conifer Forest
- Warm-Dry Mixed Conifer Forest
- Pinyon-Juniper Woodland
- Ponderosa Pine Forest
- Spruce-Fir Forest
- Water

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
NAD 83, Polyconic Projection
October 29, 2007

Miles
0  4.5  9        18

Many of the mountain grasslands found within the planning area have been significantly impacted by the unmanaged livestock grazing that occurred within the planning area from the late 1800s through to the mid-1900s (Romme et al. 2006). These grasslands currently display a composition and structure that is very different from the HRV conditions. Many native bunchgrasses (including Arizona fescue) are absent or rare within the planning area. They have been replaced by non-native species and/or by undesirable native species. Bare soil, compaction, and/or erosion have increased; forest litter has decreased. Structural conditions typically display an open canopy and reflect the short, sparse foliage of Kentucky bluegrass (which provides limited litter and organic matter for nutrient cycling and soil development, as well as limited protection to the soil surface from raindrop impacts, runoff, compaction, and erosion). This is unlike the HRV conditions, where there was typically a high density, relatively closed-canopy, and well-distributed arrangement of tall bunchgrasses (which provided an abundance of litter and organic matter for energy flow, nutrient cycling, and soil development, and protected the soil surface from raindrop impacts, runoff, compaction, and erosion).

Many of the semi-desert shrublands, semi-desert grasslands, sagebrush shrublands, and pinyon-juniper woodlands have also been significantly impacted by the unmanaged livestock grazing that occurred within the planning area from the late 1800s through to the mid-1900s. These areas currently display an herbaceous species composition that is very different from the HRV conditions. Native cool- and warm-season bunchgrasses are absent or rare on many sites (having been replaced by non-native species and/or by undesirable native species, including cheatgrass). Relative to HRV conditions, biological soil crusts in these vegetation types have also decreased.

Other current vegetation conditions within the planning area that differ from HRV conditions include a decrease in old-growth ponderosa pine and warm-dry mixed-conifer forests, a decrease in young- and mid-stages of spruce-fir and cool-moist mixed-conifer forests, a decrease in young aspen forests, a decrease in native bunchgrasses in many mountain grasslands, and an adverse increase in white fir in many mixed-conifer forests east of the Animas River.

**Table 2 - Major Vegetation Types and Acres (SJPL-wide and by Geographic Area)**

| Major Vegetation Type | Total Acres | Columbine Acres | Dolores Acres | Pagosa Acres |
|---|---|---|---|---|
| Spruce-Fir Forest | 519,200 | 224,500 | 131,000 | 148,700 |
| Cool-Moist Mixed Conifer Forest | 215,500 | 71,100 | 19,400 | 105,000 |
| Aspen-Conifer Forest | 236,700 | 87,200 | 83,400 | 51,100 |
| Aspen Forest | 91,500 | 11,500 | 41,800 | 3,800 |
| Warm-Dry Mixed Conifer Forest | 93,600 | 31,300 | 9,200 | 37,200 |
| Ponderosa Pine Forest | 411,500 | 58,500 | 121,200 | 72,000 |
| Pinyon-Juniper Woodland | 442,800 | 13,200 | 197,400 | 3,900 |
| Mountain Shrubland | 443,300 | 50,200 | 133,700 | 71,800 |
| Sagebrush Shrubland | 202,200 | 2,900 | 85,700 | 1,500 |
| Semi-Desert Shrubland | 93,800 | 0 | 60,000 | 0 |
| Mountain Grassland | 298,700 | 37,100 | 53,000 | 41,400 |
| Semi-Desert Grassland | 303,100 | 1,800 | 11,900 | 1,800 |
| Alpine | 186,400 | 121,500 | 14,600 | 37,300 |

BLM_0030905

**Desired Conditions - General Terrestrial Ecosystems**

6.1    The planning area sustains a full complement of native biological diversity at the ecosystem level while, at the same time, allowing for natural evolutionary and biogeographical processes (biogeography is the study of the geographic distribution of organisms).

6.2    Natural ecological processes (including succession, fire, insects, disease, wind events, and flooding) contribute to the maintenance of sustainable ecosystems; they shape the composition and structure of the vegetation communities and the landscape pattern found throughout most of the planning area.

6.3    The major vegetation types found within the planning area are sustainable, resistant to change, resilient, and dominated by desirable native plant species.

6.4    All development stages of all of the major vegetation types within the planning area are represented and distributed across the SJPL.

6.5    Old-growth ponderosa pine and warm-dry mixed-conifer forests are more abundant, larger, and better distributed than they are currently within the planning area.

6.6    Aspen and aspen-conifer forests display larger patches of the young-development stage.

6.7    Snags, large and small wood on the forest floor, and litter are present in all forest vegetation types; they serve to maintain soil productivity, protect the soil surface, and provide wildlife habitat.

6.8    Ecosystems that provide goods and services remain productive and able to provide these goods and services over the long-term.

6.9    The many, large unroaded lands that represent much of the ecological diversity found within the planning area (including Wilderness Areas, WSAs, Research Natural Areas (RNAs), and some Inventoried Roadless Areas (IRAs) remain unroaded, contain relatively intact ecosystems where natural processes dominate, provide habitat and corridors for native biota, and constitute part of a reserve system that helps to preserve the native biological diversity on the SJPL.

6.10    Landscape linkage areas provide habitat for, and facilitate the movement of, wide-ranging species, including forest carnivores.

6.11    Special biological diversity features within the planning area (old-growth forests, fens, Arizona fescue mountain grasslands, hanging gardens, unroaded lands, critically imperiled plant species and communities, etc.) are sustained.

6.12    The riparian areas and wetland ecosystems, fens, springs, and potentially rare flora and fauna associated with the 6th level glaciated watersheds of the landscape-scale clusters 7w and 9w (as identified in Aquatic Riparian Wetland Assessment, or ARWA) are protected and sustainable.

6.13    Lands in the WUI display stand structures and fuel conditions that reduce the rate of wildfire spread and make wildfire intensity less severe. This may result in ecological conditions unlike those that occurred during the reference period (HRV conditions).

6.14    Where practical, lands in the WUI display stand structures and ecological conditions similar to those that occurred during the reference period (HRV conditions).

6.15    The major vegetative types display a Fire Regime Condition Class of 1 (see Glossary, Volume 1, Chapter 5).

6.16    All rangelands display satisfactory rangeland conditions (see Glossary, Volume 3).

BLM_0030906

**Desired Conditions - Disturbance Processes**

6.17    Wildfire behavior in the WUI (in and around developed areas and communities) is relatively easy to control with conventional suppression methods and does not result in major destruction.

6.18    Fire frequencies and severities associated with the natural fire regimes of the major vegetative types found within the planning area are maintained or restored (except for some lands in the WUI).

6.19    Insect and disease processes and cycles are similar to those that occurred during HRV conditions. Epidemic outbreaks are rare.

6.20    Human-initiated disturbances (including tree harvesting, fuels treatments, prescribed burns, recreation, restoration sites, etc.) mimic natural disturbances on most of the SJPL.

**Desired Conditions - By Major Vegetation Type**

6.21    ***Ponderosa Pine Forests***: Ponderosa pine forests display variable stand structures. Most have open canopies with widely spaced trees and multiple canopy layers. Some are dense with closed canopies; others have a clumped structure where trees occur in groups surrounded by shrub and/or herb-dominated openings. Ponderosa pine seedlings and saplings are present, and large old, yellow-barked ponderosa pine trees are present. The abundance and distribution of Gambel oak and other native shrubs in the understory of these forests is variable and includes small and large patches of all size classes. Native herbs (including bunchgrasses, Arizona fescue, muttongrass and mountain muhly) are present and well-distributed in most ponderosa pine forests. Forest litter is common and well-distributed. Invasive plant species are absent or rare. Snags and large wood (on the ground) are common in late successional stages, as well as in young stands, following disturbance. Low-intensity, surface fires occur in most ponderosa pine forests (with frequencies ranging from about 12 to 30 years). All development stages of these forests are well-represented, including the old-growth stage that is currently under-represented.

6.22    ***Warm-Dry Mixed Conifer Forests***: Warm-dry mixed-conifer forests display variable stand structures and species composition. Most have open canopies with widely spaced trees and multiple canopy layers. Some are dense with closed canopies; others have a clumped structure where trees occur in groups surrounded by shrub and/or herb-dominated openings. Tree species composition includes an abundance of ponderosa pine and Douglas-fir trees (ranging from young to old). White fir trees are present, but are not dominant. The abundance and distribution of Gambel oak and other native shrubs in the understory of these forests is variable, and includes small and large patches of all size classes. Native herbs (including tall bunchgrasses) are common and well-distributed in most warm-dry mixed-conifer forests. Forest litter is common and well-distributed. Invasive plant species are absent or rare. Snags and large wood (on the ground) are common in late successional stages, as well as in young stands, following disturbance. Low-intensity, surface fires occur in most warm-dry mixed-conifer forests (with frequencies ranging from about 18 to 28 years). All development stages of these forests are well-represented, including the old-growth stage that is currently under-represented.

6.23    ***Cool-Moist Mixed Conifer Forests***: Cool-moist mixed conifer forests display variable stand structures and species composition. Most are dense with closed canopies and multiple canopy layers. Tree species composition includes an abundance of Douglas-fir trees (ranging from young to old). Patches of cool-moist mixed-conifer forest, ranging from small to large, are distributed across the landscape. The canopy cover of shrubs in the understory of these forests is highly variable. Native herbs are

BLM_0030907

common and well-distributed in most cool-moist mixed-conifer forests. Forest litter is common and well-distributed. Invasive plant species are absent or rare. Snags and large wood (on the ground) are abundant in late successional stages. High-intensity, stand-replacement fires occur in most cool-moist mixed-conifer forests (with frequencies of about 144 years). All development stages of these forests are well-represented, including the young- and mid-stages that are currently under-represented.

6.24   ***Spruce-Fir Forests***: Spruce-fir forests display variable stand structures and species composition. Most are dense with closed canopies and multiple canopy layers. Patches of spruce-fir forest, ranging from small to large, are distributed across the landscape. The canopy cover of shrubs in the understory of these forests is highly variable. Native herbs are common and well-distributed in most spruce-fir forests. Forest litter is common and well-distributed. Invasive plant species are absent or rare. Snags and large wood (on the ground) are abundant in late successional stages. High-intensity, stand-replacement fires occur in most spruce-fir forests (with frequencies longer than 200 years). All development stages of these forests are well-represented, including the young- and mid-stages that are currently under-represented.

6.25   ***Aspen and Aspen-Conifer Forests***: Aspen and aspen-conifer forests display variable stand structures, with most having high stem densities and high canopy cover. Some stands are even-aged with one or two canopy layers; others are uneven-aged with multiple canopy layers. Patches of aspen and aspen-conifer forests, ranging from small to large, are distributed across the landscape. The canopy cover of shrubs in the understory of these forests is highly variable. Native herbs are abundant and well-distributed in most aspen and aspen-conifer forests. Forest litter is common and well-distributed. Invasive plant species are absent or rare. Snags and large wood (on the ground) are abundant in late successional stages. Fires occur in most aspen and aspen-conifer forests (with frequencies of about 140 years). All development stages of these forests are well-represented, including the young-stage that is currently under-represented.

6.26   ***Pinyon-Juniper Woodlands***: Pinyon-juniper woodlands display variable stand structures. Some have open structures with widely spaced trees; others are dense with high canopy covers. Most stands are uneven-aged with multiple canopy layers. Tree species composition includes an abundance of pinyon-pine and juniper trees, ranging from young to old. The canopy cover and size of Gambel oak and other shrubs in the understory of these forests is variable. Native herbs are present and well-distributed. Biological soil crusts and forest litter are common and well-distributed on most sites. Invasive plant species are absent or rare. High-intensity, stand-replacement fires occur in most pinyon-juniper woodlands (with frequencies of 100-123 years).

6.27   ***Mountain Shrublands***: Mountain shrublands display variable stand structures. Most are dense with multiple canopy layers; others are open with widely spaced shrubs. Gambel oak and other deciduous native shrubs (including mountain mahogany, serviceberry, chokecherry, fendlerbush, and squawapple) are abundant and well-distributed. Native herbs are abundant and well-distributed. Invasive plant species are absent or rare. Forest litter is common and well-distributed.

6.28   ***Sagebrush Shrublands***: Sagebrush shrublands display variable stand structures. Some are open with widely spaced shrubs; others are dense. Some large patches are present. Sagebrush and other native shrubs are abundant and well-distributed. Native perennial bunchgrasses (including Indian ricegrass, galleta, Western wheatgrass, and needle-and-thread – which are currently lacking on many sites) are abundant and well-distributed. Encroachment of pinyon and juniper trees is absent or rare. Invasive plant species are absent or rare. Biological soil crusts are common and well-distributed on many sites.

BLM_0030908

6.29 **Semi-Desert Shrublands**: Semi-desert shrublands are dominated by native shrubs that could include shadscale saltbush, winterfat, fourwing saltbush, plains pricklypear, spiny hopsage, greasewood, and/or basin big sagebrush. Stand structures display open or moderately dense shrubs with native perennial herbs in the openings between them. Native grasses (including Indian ricegrass, galleta, Western wheatgrass, and needle-and-thread -- which are currently lacking on many sites) are abundant and well-distributed. Invasive plant species and/or undesirable native plant species that are currently abundant on most sites are absent or rare. Biological soil crusts and forest litter are common on most sites.

6.30 **Semi-Desert Grasslands**: Semi-desert grasslands are dominated by native perennial bunchgrasses (including Indian ricegrass, galleta, and needle-and-thread – which are currently lacking on many sites). Invasive plant species and/or undesirable native plant species that are currently abundant on most sites are absent or rare. Biological soil crusts and forest litter are common on most sites.

6.31 **Mountain Grasslands**: Mountain grasslands display moderate to high canopy cover of desirable native herbs (including Arizona fescue at mid-elevations and Thurber fescue at higher elevations). Invasive plant species and undesirable native plant species that are currently abundant on many sites are absent or rare. Forest litter is common and well-distributed.

6.32 **Alpine**: Alpine ecosystems sustain their ecosystem diversity. They maintain the ecological attributes and processes that allow them to provide watershed values, habitat for native biota, panoramic vistas, and/or for solitude. They display a diverse composition of desirable native plant species and vegetation communities (including fellfield, turf, wetland, and dwarf willow types). Invasive plant species are absent or rare.

**Table 3 - Desired Conditions for Development Stages of the Forest Vegetation Types**

| Vegetation Type* | Development Stage* | Current Condition** (% of vegetation type) | Historic Range of Variation*** (% of vegetation type) | Desired Condition**** (% of vegetation type) |
|---|---|---|---|---|
| Spruce-Fir | young | 1.5 | 0-45 | 10-20 |
| | mid | 6.5 | 5-47 | 20-30 |
| | mature | 70 | # | 30-40 |
| | old growth | 22 | # | 25-35 |
| Cool-Moist Mixed-Conifer | young | 0.5 | 1-36 | 10-20 |
| | mid | 10 | 8-49 | 20-30 |
| | mature | 79 | # | 30-40 |
| | old growth | 11 | # | 20-30 |
| Aspen | young | 1 | 1-55 | 15-25 |
| | mid | 31 | 4-55 | 25-35 |
| | mature | 68 | 35-86 | 50-60 |
| Warm-Dry Mixed-Conifer | young | 0.5 | 1-10 | 10-15 |
| | mid | 8.5 | 5-14 | 10-15 |
| | mature-open | 4.5 | # | 35-45 |
| | mature-closed | 77 | # | 15-25 |
| | old growth | 10 | # | 20-30 |
| Ponderosa Pine | young | 0.5 | 1-14 | 5-10 |
| | mid-open | 3.5 | 4-14 | 5-10 |
| | mid-closed | 4 | 4-14 | 5-10 |
| | mature-open | 35 | # | 40-60 |
| | mature-closed | 55 | # | 15-25 |
| | old growth | 2.5 | # | 10-15 |

*Draft Environmental Impact Statement   ** SJPL R2VEG   *** RMLANDS   **** Interdisciplinary Team   # not available

BLM_0030909

## TERRESTRIAL WILDLIFE

### Background

Habitat assessments of landscape condition and trends on the SJPL have identified several major factors that have influenced change in forested and non-forested habitat conditions since the reference period. Factors include fire exclusion, timber harvesting, road and urban development, livestock grazing, and recreational uses associated with a rapidly growing human population. These conditions and trends have implications for wildlife species that include:

- changes in forest structure and composition that may contribute to uncharacteristic wildfire behavior in lower-elevation forest types;
- disturbance from people on roads with road densities varying from a high of about 6.0 miles per square mile to a low of about 0.29 miles per square mile;
- competition from invasive plant species that compromise plant diversity, habitat quality, and connectivity (which may impact habitat connectivity and effectiveness for terrestrial wildlife and impact habitat quality for plant species);
- reduction or degradation of habitats for some wildlife and plant species where human impacts have occurred and/or where natural disturbance regimes have been altered;
- urban development and infringement into some traditionally important wildlife habitats (including big game winter range at lower to moderate elevations); and
- rapidly increasing human populations that place uses and demands upon the landscape that, in turn, alter habitat security and contribute disturbance impacts to wildlife species.

There are 12 recognized major vegetation types within the planning area that provide habitat conditions for a wide variety of terrestrial wildlife species. Past timber harvesting has influenced many vegetation types throughout the planning area (including older clear-cuts, and their associated roads, within the spruce-fir forests that have influenced habitat conditions over time). However, in general, alterations to these vegetation types have been the most severe in the lower elevations, and the least severe in the higher elevations. Approximately 44% of the planning area is in Inventoried Roadless Areas or in designated Wilderness Areas that often overlap the spruce-fir and alpine tundra habitat types. Roadless and/or Wilderness qualities offer large areas of habitat that are relatively undisturbed by humans and that are particularly valuable for many wildlife species. Large, intact, wild areas are a valuable characteristic trait of the planning area, and will increase in value as a wildlife resource as the population of southwestern Colorado continues to grow (resulting in an increase in the conversion of private lands to other uses).

Population growth (and the associated activities), land use conversions, and lack of fire frequency in fire-dependent systems have led to changes in big game winter range quality and availability for elk, deer, and bighorn sheep (see Figures 4 and 5). Winter range includes much of the lower-elevation ecosystems found within the planning area, as well as in adjacent lands under other ownership. The availability of effective winter range is considered to be a limiting factor to big game populations within southwestern Colorado.

BLM_0030910

**Desired Conditions - Terrestrial Wildlife**

7.1   Wildlife populations across the planning area are viable and self-sustaining with healthy habitat conditions that are adequately connected and genetically diverse.

7.2   Winter big game range is capable of supporting populations that meet State population objectives; it provides sustainable forage and habitat in areas with low levels of human disturbance (which wintering wildlife need).

7.3   Invasive exotic wildlife species and diseases, as recognized by the State of Colorado, do not become established within the planning area. Existing invasive exotic wildlife species and diseases do not spread.

7.4   Habitat features, (including seeps, willow patches, snags, caves, and lek sites) occur in conditions suitable to support associated flora and fauna (with abundance and distribution commensurate with the capability of the land).

7.5   Large predator species play a natural role in ecological diversity and functioning.

7.6   Projects and activities occurring near State and Federal highways, as well as near USFS and BLM roads within the planning area, provide for connectivity of habitats across highways to facilitate effective wildlife movement.

7.7   Snag and downed wood features occur in quantities that support self-sustaining populations of associated species that need these components and help maintain natural ecological processes.

7.8   Effectively secure raptor nesting habitat occurs throughout the planning area with abundance and distribution commensurate with the capability of the land to sustain populations.

7.9   Terrestrial wildlife species sensitive to human disturbance find the habitat conditions they need during critical life cycle functions in order to maintain sustainable populations.

7.10  Vegetation openings created through management actions are guided by HRV in order to preserve the natural patchiness inherent in Southern Rockies ecosystems (providing effective habitat for area dependent species).

BLM_0030911



Figure 4 - Bighorn Sheep Winter Range

**San Juan Public Lands**
**Bighorn Overall and Winter Range**

Legend
Bighorn Overall and Winter Range
Bureau of Land Management
Bureau of Reclamation
Colorado Division of Wildlife
National Forest
Indian Reservation
National Park Service
Patented Lands
State Lands
Wilderness
Piedra Area
USFS/BLM - Ranger Districts / Field Office Boundary
San Juan National Forest Boundary
Cities and Towns
Major Lakes
Major Rivers
State & Federal Highways

The USFS and BLM attempt to use the
most current and complete geospatial
data available. Geospatial data accuracy
varies by theme on the map. Using this
map for other than their intended purpose
may yield inaccurate or misleading results.
The USFS and BLM reserve the right to
correct, update or modify geospatial
inputs without notification.



**Figure 5- Elk and Deer Winter Range**

## San Juan Public Lands
### Elk and Deer Winter Range

Legend

- 2005 Elk and Deer Winter Range
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Piedra Area
- USFS/BLM- Ranger Districts / Field Office Boundar
- San Juan National Forest Boundary
- Cities and Towns
- Major Lakes
- Major Rivers
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available.  Geospatial data accuracy varies by theme on the map.  Using this map for other than their intended purpose may yield inaccurate or misleading results.  The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

BLM_0030913

## SPECIAL STATUS SPECIES

### Background

This section addresses desired conditions for wildlife, fish and plant species. Ecological conditions that provide for ecosystem sustainability are the context for the evaluation and management of species. It is assumed that protecting the composition, structure, and function of the terrestrial, riparian and wetland, and aquatic ecosystems on SJPL will sustain those ecosystems, and sustain the diversity and viability of the vast majority of species within them, including species with a viability concern and species we know little about. A species approach is needed however for individual species that are not adequately protected by the ecosystem management approach, are rare or endemic, or are at risk of decline. These special status species include federally listed species, candidate species, R2 Regional Forester's Sensitive Species, BLM Special Status Species, and SJPL Highlight Species. See lists of these species groups in appendices M - P.

- ***Federally listed Species***: Federally listed species are those that are listed by the U.S. Department of the Interior (USDOI), the U.S. Fish and Wildlife Service (USFWS), and/or the National Oceanic and Atmospheric Administration National Marine Fisheries Service as threatened or endangered under the Endangered Species Act (ESA) of 1973.

- ***USFS Region 2 (R2) Forester's Sensitive Species***: R2 Regional Forester's Sensitive Species are those plant, animal, and fish species identified by a Regional Forester for which population viability is a concern, as evidenced by significant current or predicted downward trends in population numbers or density and significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution (FSM 2670.5).

- ***BLM Special-Status Species***: BLM Special-Status Species are those designated as federally endangered, threatened, proposed, or candidate under the ESA; those designated by the Colorado Division of Wildlife (CDOW) as State endangered or threatened; and BLM Sensitive Species (which are species under status review by the USFWS; species with numbers declining so rapidly that Federal listing may become necessary; species with typically small, and widely dispersed, populations; and/or species inhabiting ecological refugia or other specialized or unique habitats).

- ***San Juan Public Lands Highlight Species***: SJPL Highlight Species are those for which the Responsible Official determines management actions may be necessary in order to prevent listing under the ESA, or those for which management actions may be necessary or desirable in order to achieve ecological or other multiple-use objectives.

  SJPL Highlight Species were selected from the following categories:

  - NatureServe – Queried by G1-3, T1-3, N1&2, S1&2 species, queried for each county in the planning area.
  - USFS Region 2 Sensitive Species List, list for entire Region 2.
  - BLM State Sensitive Species list, queried for San Juan Public Lands.
  - Colorado Division of Wildlife listing of Endangered, Threatened and Species of Special Concern, queried by State.
  - US Fish and Wildlife Service Birds of Conservation Concern (BCC), queried by Bird Conservation Region (BCR) 16.
  - Federal Proposed and Candidate Species, queried by State of Colorado.

BLM_0030914

- San Juan BLM Species of Concern – 1985 Resource Management Plan.
- Forest Service Management Indicator Species (MIS) for SJPL.
- Hunted, Fished, Public Interest.
- Recently Federal de-listed species, for Colorado (American peregrine falcon, Bald eagle).
- Petitioned for Federal listing (currently, no outstanding petitions for SJPL species).
- Other Species of Public Interest.
- Additional species w/local or regional conservation concern.

**Desired Conditions - Special Status Species - General**

8.1   Federally listed species, R2 Regional Forester's Sensitive Species, BLM Special-Status Species, and SJPL Highlight Species have self-sustaining populations and additional habitat into which they can expand.

8.2   The ecosystems and habitats on which federally listed species, R2 Regional Forester's Sensitive Species, BLM Special-Status Species, and SJPL Highlight Species depend are sustained.

8.3   The abundance, distribution, and habitat of Federally listed species improve to the point where the provisions of the ESA are no longer necessary.

8.4   R2 Regional Forester's Sensitive Species and those BLM Special-Status Species not currently listed as endangered or threatened are not trending toward Federal listing under the ESA. The abundance, distribution, and habitat of these species throughout the planning area improve to the point where their recognition as R2 Regional Forester's Sensitive Species, BLM Special-Status Species, and SJPL Highlight Species is no longer warranted.

8.5   Native and/or desired non-native species, including special status species, are able to disperse freely across the planning area and into adjacent lands (which will allow for the interchange between populations and the maintenance of genetic diversity).

## PLANT SPECIES

**Background**

*Pediocactus knowltonii,* an endangered species, is the only federally listed plant species associated with SJPL. It is not known to occur on SJPL, but there is potential habitat for it on SJPL. Seventeen USFS Region 2 Regional Forester's Sensitive plant species and eight BLM Sensitive plant species are known to occur on SJPL. Six other R2 Regional Forester's sensitive plant species and one other BLM sensitive plant species could occur on SJPL because potential habitat for them exists there. Fifty SJPL Highlight plant species occur on SJPL. All R2 Regional Forester's Sensitive Plant Species and BLM Sensitive Plant Species known to occur within the planning area are also identified as SJPL Highlight Species. Species lists for SJPL are found in Plan Appendices.

BLM_0030915