SJPL Highlight plant species include those with NatureServe ranks of G1, G2, G3, T1, T2, or T3 that are known to occur within the planning area. G1 and T1 species are critically imperiled, and are at a very high risk of extinction due to their extreme rarity (known from 5 or fewer occurrences). G2 and T2 species are imperiled, and are at a high risk of extinction due to very restricted ranges and to their extremely low populations (known from 20 or fewer occurrences). G3 and T3 species are vulnerable and are at moderate risk of extinction due to a restricted range and to their relatively low populations (known from 80 or fewer occurrences).

SJPL Highlight plant species also include those species that are known to occur within the planning area with NatureServe ranks of S1 or S2, as well as one species (Arizona fescue) of local conservation concern (due to populations that have declined significantly compared to HRV conditions). S1 species are critically imperiled in Colorado due to their extreme rarity (known from 5 or fewer occurrences), which makes them especially vulnerable to extirpation (local extinction) from the State. S2 species are imperiled in Colorado due to very restricted ranges and very low populations (known from 20 or fewer occurrences), which makes them very vulnerable to extirpation from the State.

Currently, the SJPL Special Status Plant Species that occur within the planning area appear to have stable populations and trends.

### Desired Conditions - Special Status Plant Species

9.1   The planning area sustains and provides habitat for its full complement of native plant diversity at the genetic and species levels while, at the same time, allowing for natural evolutionary and biogeographical processes.

9.2   Native plant species are abundant and well-distributed throughout the planning area. Their photosynthetic and reproductive abilities are intact throughout the growing season.

9.3   Physical conditions associated with R2 Regional Forester's Sensitive Plant Species, BLM Sensitive Plant Species, and SJPL plant Highlight Species (including climate, landform, soils, and nutrient availability) provide the habitat conditions necessary for self-sustaining populations of these species.

9.4   Large, old ponderosa pine and Douglas-fir trees, which have been extensively harvested in the past, are abundant and well-distributed across the ponderosa pine and mixed-conifer forests within the planning area.

9.5   Rangeland bunchgrasses are abundant and well-distributed throughout the planning area. Their photosynthetic and reproductive abilities are intact throughout the growing season.

9.6   The fens that provide the habitat for *Eriophorum altaicum var. neogaeum, Carex diandra, Carex viridula,* and *Drosera anglica* have the water sources and hydrologic systems necessary in order to support and sustain these rare plant species.

9.7   The hanging gardens that provide the habitat for *Erigeron kachinensis, Mimulus eastwoodia,* and *Adiantum capillus-veneris* have the water sources and hydrologic systems necessary in order to support and sustain these rare plant species.

9.8   The riparian areas and wetland ecosystems that provide the habitat for *Epipactis gigantea, Utricularia minor, Hackelia gracilenta, Aralia racemosa, Cryptogramma stelleri, Cystopteris Montana,* and *Draba smithii* have the water sources and hydrologic systems necessary in order to support and sustain these rare plant species.

BLM_0030916

9.9 The highly erosive and easily compacted shale soils found within the planning area that provide the habitat for *Lesquerella pruinosa, Ipomopsis polyantha, Astragalus missouriensis var. humistratus, Physaria pulvinata,* and *Townsendia glabella* maintain the soil productivity necessary in order to support and sustain these rare plant species.

9.10 The gypsum soils found within the planning area that provide the habitat for *Cryptantha gypsophila, Lecanora gypsicola, Acarospora nodulosa var. nodulosa, Gypsoplaca macrophylla, Sporobolus nealleyi* maintain the soil productivity necessary in order to support and sustain these rare plant species.

9.11 The fragile alpine ecosystems that provide the habitat for *Machaeranthera coloradoensis, Townsendia rothrockii, Draba borealis, Draba porsildii,* and *Parnassia kotzebuei* are resilient to the current and potential impacts of global warming; they are able to support and sustain these rare plant species.

9.12 The ponderosa pine forests that provide the habitat for *Astragalus missouriensis var. humistratus, Townsendia glabella, Castilleja lineate, Astragalus proximus, Cypripedium parviflorum,* and *Triteleia grandiflora,* and that currently have forest structures and fire frequencies unlike those that occurred during the reference period (HRV conditions) have, or attain, the ecological conditions necessary in order to support and sustain these rare plant species.

9.13 The mountain grasslands that provide the habitat for *Carex oreocharis, Lesquerella pruinosa,* and *Festuca arizonica* and that currently have a species composition and structure unlike those that occurred during the reference period (HRV conditions) have, or attain, the ecological conditions necessary to support and sustain these plant species.

9.14 *Festuca arizonica* is abundant and well-distributed in the mid-elevation mountain grassland and ponderosa pine forest types.


## WILDLIFE SPECIES

### Background

Under the species approach to planning, terrestrial wildlife species were screened and identified as threatened and endangered species (T & E) and BLM and USFS Sensitive Species (SS). Specific guidance has been developed and utilized in determining the species identified for each of the above categories. In addition to the above categories, other Highlight Species of public interest and/or of conservation concern within the planning area were identified in order to assist in the development of planning direction and DLMP components. The following desired conditions provide species-specific guidance (going beyond the ecosystem habitat guidance) that is needed for species recovery and for the sustainability of these categories of species. (Species lists for the SJPL are found in the T & E, BLM and USFS Sensitive Species, and SJPL Highlight Species Appendices. Guidance for amphibians is included in the Aquatic Species section. See Appendices M-P.)

Management activities and permitted uses within the planning area have the potential to affect a variety of species, as well as their habitats. These activities should be evaluated, with the intention being to minimize possible adverse impacts and to contribute to species recovery and sustainability. Continued monitoring and proactive management that identifies and addresses species limiting factors should be considered and implemented as part of terrestrial wildlife program management.

BLM_0030917

The following abbreviations are used in this section:

- E - Federally Endangered Species;
- T - Federally Threatened Species;
- H - Highlight Species;
- C - Federal Candidate Species;
- BLM SS - BLM Sensitive Species; and
- USFS SS - USFS Sensitive Species.

**Desired Conditions - Special Status Wildlife Species**

**Threatened and Endangered Species**

10.1   ***Uncompahgre fritillary butterfly (E)***: Suitable habitat maintains viable populations (including snow willow populations and their associated hydrologic function). Occupied and unoccupied habitats for butterfly colonies remain suitable for occupation.

10.2   ***Southwestern willow flycatcher (T)***: Suitable willow habitat across the planning area supports breeding within occupied habitat. Capable habitat recovers to suitable conditions in order to support breeding.

10.3   ***Mexican spotted owl (T)***: Suitable habitat, including mature conifer and deciduous woodlands in narrow canyon bottoms with associated rock outcroppings, occurs within the planning area in order to support successful reproduction within occupied habitat.

10.4   ***Canada lynx (T)***: Canada lynx populations become self-sustaining and viable, finding suitable habitat condition across the planning area that support successful foraging. reproduction, and dispersal to other habitats within southern Colorado and northern New Mexico.

**BLM and USFS Sensitive Species and Highlight Species**

10.5   ***Bald eagle (H, BLM SS, USFS SS)***: Bald eagle breeding populations continue to expand and use suitable breeding habitat throughout the planning area. Wintering populations find conditions and resources (including suitable conditions for roosting and foraging along streams, rivers, and terrestrial habitats) in order to sustain them through the winter season.

10.6   ***Nokomis fritillary butterfly (H, FS SS)***: *Viola nephrophylla,* and the associated plant community, in conjunction with the supporting hydrologic conditions, occur at all springs and seeps capable of supporting Viola nephrophylla and the associated Nokomis fritillary.

10.7   ***American peregrine falcon (H, BLM SS, USFS SS)***: American peregrine falcons find the habitat conditions and activity disturbance levels that support critical life cycle functions in order to maintain sustaining stable or increasing populations on the SJPL.

10.8   ***Columbian sharp-tailed grouse (H)***: Shrub communities within the Dolores geographic area provide high quality habitat for sharp-tailed grouse. Mountain shrubland and associated grassland/forb communities provide conditions that support the life stages for a sustaining population.

10.9   ***Gunnison Sage-grouse (H, BLM SS)***: See the Desired Conditions for the Dolores geographic area.

BLM_0030918

10.10 ***Yellow-billed cuckoo (H, BLM SS, USFS SS)***: Cottonwood forests with dense willow understory occur on all sites capable of supporting these structures.

10.11 ***Botta's pocket gopher (H)***: Botta's pocket gophers find adequate areas of undisturbed soils and suitable habitat in a connected network.

10.12 ***Yuma skipper (H)***: Sites capable of supporting populations of Yuma skipper provide the necessary hydrologic function, foraging, and reproduction conditions.

10.13 ***Golden eagle (H)***: Golden eagles find effective reproductive and foraging habitat (including abundant hare/rabbit and ground squirrel populations on capable sites within the planning area). Human-related disturbances do not affect breeding success and recruitment.

10.14 ***Black swift (H, USFS SS)***: The hydrologic integrity of flows over waterfall breeding habitat provides effective habitat for established breeding colonies.

10.15 ***Northern goshawk (H, BLM SS, USFS SS)***: Northern goshawk finds the amount and mix of habitat conditions (including mature aspen and conifer stands for nesting, a mix of forest stand types and composition for foraging as described in the Region 2 goshawk assessment), and human disturbance levels that support foraging, breeding, and recruitment into a sustaining population.

10.16 ***White-tailed ptarmigan (H, USFS SS)***: Adequate wintering willow habitat near timberline is available for ptarmigan. This habitat is free of limiting contaminants (including cadmium) and has limited human disturbance.

10.17 ***Mule deer (H)***: Resource management and human disturbance levels (especially in fall and winter ranges, and on calving/fawning grounds) provide for effective habitat, as defined by State agency partners. These support critical life cycle functions and seasonal needs for sustaining herds capable of meeting State population objectives.

10.18 ***Bighorn sheep (H, USFS SS)***: Bighorn sheep populations are viable. They are not limited by disease transmission from domestic sheep and goats occurring within the planning area.

10.19 ***Gunnison's prairie dog (H, USFS SS)***: Gunnison's prairie dog populations find the vegetation, soil, and hydrologic complex with a diversity of grass and forb understory that supports viable populations where sites are capable of providing effective habitat.

10.20 ***River otter (H, USFS SS)***: Aquatic, wetland, and riparian systems provide effective habitat characteristics (including stream flows and productive prey populations of game and non-game fishes) that support foraging and reproductive conditions for viable populations.

10.21 ***Sagebrush shrublands and semi-desert shrublands wildlife group (desert spiny lizard (H, BLM SS); longnose leopard lizard (H, BLM SS), Brewer's sparrow (H, USFS SS), sage sparrow (H, USFS SS), and loggerhead shrike (H, USFS SS))***: The vegetation, soil, and hydrologic complex (including sagebrush patches of differing size class and sites supporting a diversity of grass and forb understory) supports self-sustaining, viable populations of species in this group where sites are capable of providing effective habitat.

BLM_0030919

10.22 **Cavity-nesting wildlife group (American three-toed woodpecker (H, USFS SS), boreal owl (H, USFS SS), flammulated owl (H, USFS SS), Lewis' woodpecker (H, USFS SS), purple martin (H, USFS SS), mountain bluebird (H, USFS MIS), and red-naped sapsucker (H))**: Snags occur in numbers, size, and quality in timber types within the planning area (including managed and unmanaged areas) providing reproductive and forage resources that sustain viable populations.

10.23 **Pinyon/juniper wildlife group (gray vireo (H), pinyon jay (H))**: Large blocks of intact pinyon-juniper provide conditions that support reproduction and recruitment into self-sustaining populations. Lack of human disturbance during critical times allows reproductive success of colonial nesting.

10.24 **Alpine/spruce-fir wildlife group (American marten (North American wolverine (H, USFS SS))**: Habitat provides connectivity at broad spatial scales, forest stands with a diverse array of structural stages (including mature and old-growth forest), and a mix of habitat types, with levels of human disturbance capable of supporting foraging, breeding, and dispersal conditions for sustainable, viable populations.

10.25 **Bat wildlife group (Allen's big-eared bat (H, BLM SS), big free-tailed bat (H, BLM SS), fringed myotis (H, BLM SS, USFS SS), spotted bat (H, BLM SS, USFS SS), Townsend's big-eared bat (H, BLM SS, USFS SS), yuma myotis (H, BLM SS)**: Populations find a mix of habitat conditions (including riparian areas and wetland ecosystems with diverse overstory and understory conditions) supporting a range of conditions for insect populations that support foraging, breeding, roosting, and hibernacula within the planning area, where the land is capable of doing so. Human activity does not limit habitat or populations.

## AQUATIC SPECIES

### Background

Management activities within the planning area have the potential to impact four endangered fish species and their designated critical habitats. These species are the bonytail chub, humpback chub, Colorado pikeminnow, and razorback sucker. They reside downstream of the SJPL in the San Juan River and Dolores River systems. Activities occurring within the planning area that result in water depletions, changes in the timing of stream flows, and/or in changes in water quality to the occupied rivers, have the potential to adversely impact these endangered species. As a result, consultation with the USFWS is required for project-level activities affecting stream flow. Species management is guided by two USFWS Recovery Implementation Programs. One addresses the needs for San Juan River populations, and one addresses the needs for the upper Colorado River populations (including the Dolores River system).

To varying degrees, management activities within the planning area have affected all aquatic species. Of great concern are impacts to native fish species (USFS and BLM Sensitive Species), including the flannelmouth sucker, the bluehead sucker, the roundtail chub, and the Colorado River cutthroat trout (which has been petitioned for listing under the ESA). Region 2 of the USFS has developed Conservation Assessments for the chub and two sucker species (Ptacek et al., 2005; Rees et al, 2005a; Rees et al. 2005b). These assessments identify a range of risk factors to be avoided and assist managers in identifying management options.

BLM_0030920

The status and management of the Colorado River cutthroat trout is addressed in the Conservation Agreement and Strategy for Colorado River Cutthroat Trout in the States of Colorado, Utah, and Wyoming (commonly referred to as the Tri-State Agreement) (CRCT Task Force 2001). This agreement represents a multi-agency approach among the three States designed to proactively manage the species. Emphasis is placed on protecting existing populations, on expanding the range of occupied habitats, and on establishing interconnected populations (metapopulations) within specified geographic management units.

Management activities having the potential to affect the riparian and aquatic ecosystems occupied by these species should be carefully evaluated in order to minimize possible impacts. In addition, continued monitoring and proactive management that identifies and addresses the limiting factors for these populations should be emphasized.

**Desired Conditions Statements - Special Status Aquatic Species**

11.1   ***Threatened, Endangered, or Sensitive Species***: Aquatic habitats support the genetic integrity and life history strategies of native fish populations.

11.2   ***Threatened, Endangered, or Sensitive Species***: Populations of threatened, endangered, or USFS and BLM aquatic Sensitive Species are viable, adequately mobile, genetically diverse, and functionally diverse.

11.3   Aquatic habitat quantity and quality are maintained or enhanced in order to provide for the long-term sustainability and viability of all native and/or desired non-native aquatic species.

11.4   ***Threatened, Endangered, or Sensitive Species***: All native aquatic species thrive in the ecosystems historically capable of supporting these species.

11.5   Composition, structure, and function of aquatic ecosystems are maintained similar to the HRV conditions, and are commensurate to the channel characteristics, water quality, and flow regimes reflective of the climate, geology, and natural vegetation of the area.

11.6   The composition, structure, and functional elements that perpetuate ecosystem and species diversity are maintained and restored, where necessary.

11.7   The quantity and quality of aquatic habitats are sufficient to support existing populations of aquatic Special-Status Species within the planning area.

11.8   Stream flows are adequate to support viable populations of desired aquatic species and are maintained in cooperation with the CDOW, the Colorado Water Conservation Board, the USFWS, and the Army Corps of Engineers.

11.9    Habitat improvements enhance recreational fishing opportunities.

11.10   ***Amphibian Species Group (canyon treefrog (H); northern leopard frog (H); boreal toad (H, USFS SS)***: Riparian, wetland, and aquatic ecosystems provide the hydrologic integrity, water quality, cover, and forage in order to ensure reproduction and recruitment into self-sustaining populations. Human activities do not contribute to the movement of disease organisms into recognized breeding sites.


**MANAGEMENT INDICATOR SPECIES**

**Background**

Management Indicator Species (MIS) serve several related functions in Forest Plan development and implementation.  These species are identified during Forest Plan development to focus attention on particular management issues and the environmental features related to those issues.  As such MIS motivate particular plan strategies and design criteria.  MIS also aid in analysis of plan effects and help illuminate differences in plan alternatives that relate to species management.  Finally, MIS aid in evaluation of plan implementation. Therefore these species are monitored at the Forest Plan scale to assess the effects of management activities on their populations and on the habitats with which they are associated. Changes in MIS populations or their habitats could indicate that current management is adversely affecting the composition structure, or function of those habitats, resulting in Plan direction not being met and the need for changes in management direction.

MIS are selected from the 5 categories listed below:

1) Endangered and threatened plant and animal species identified on State and Federal lists;

2) Species commonly hunted, fished, or trapped;

3) Non-game species of special interest;

4) Species with special habitat needs that may be influenced significantly by planned management programs.

5) Additional plant or animal species selected because their population changes are believed to indicate the effects of management activities on other species of selected major biological communities or on water quality.

The MIS chosen for the San Juan National Forest were considered the best species to evaluate the effects of management activities and management issues as shown in Table 3.1. MIS on SJPL were not selected for species viability issues although sensitive species and Federally listed Threatened and Endangered species were carefully considered as MIS.. Management Indicator Species apply to National Forest System Lands (as required by 36 CFR 219); they do not apply to BLM lands.

**Table 3.1 – Management Indicator Species on SJPL**

| Management Indicator Species | Plan Issues For Selection |
|---|---|
| FISH | FISH |
| Trout species<br>*(Oncorhynchus clarki pleuriticus)*<br>*(Oncorhynchus sp.)*<br>*(Salvelinus fontinalis)*<br>*(Salmo trutta)*<br>*(Oncorhynchus mykiss)* | Effects to water quantity due to water depletions associated with reservoirs, diversions, and oil and gas development.<br><br>Effects to water quality due to soil erosion and sedimentation associated with ground-disturbing activities (fuels treatments, oil and gas development, timber harvest, livestock grazing, road construction, and recreation). |
| WILDLIFE | WILDLIFE |
| Abert's squirrel<br>*(Sciurus aberti)* | Effects to native species and their habitat associated with changing the structure and function of ponderosa pine forests due to timber harvest activities and fuels treatments that remove ponderosa pine trees and Gambel oak. |
| American marten<br>*(Martes americana)* | Effects to native species and their habitat in spruce-fir and cool-moist mixed conifer forests due to recreation and timber harvest activities. |
| Mountain bluebird<br>*(Sialia currucoides)* | Effects to native species and their habitat associated with changing the composition, structure, and function of aspen forests due to clearcut timber harvest activities. |
| Elk<br>*(Cervus elaphus)* | Effects to native species and wildlife winter range (pinyon-juniper woodlands, sagebrush shrublands, mountain shrublands, and ponderosa pine forests) due to recreation activities, fuels treatments, oil and gas development, and timber harvest activities. |

BLM_0030923

**Desired Conditions - Management Indicator Species**

12.1    MIS maintain self-sustaining populations and have unoccupied habitat to expand into.

12.2    MIS are able to disperse freely across the planning area allowing for the interchange between populations and the maintenance of genetic diversity.

12.3    ***Abert's squirrel***: Ponderosa pine habitats provide the interconnected structure in mature conifer stands that produce abundant cone crops and associated conditions (including production of above-and-below-ground fungi) and provide for quality reproductive habitat that support sustainable populations within the planning area.

12.4    ***Elk***: Resource management and human disturbance levels (especially in fall on winter ranges and on calving/fawning grounds) provide for effective habitat, as defined by State agency partners. These support critical life cycle functions and seasonal needs for sustaining herds capable of meeting State population objectives.

12.5    ***Mountain bluebird***: Snags occur in numbers, size, and quality in aspen and low- to mid-elevation timber habitat types adjacent to open foraging habitat within the planning area (including managed and unmanaged areas) providing reproductive and forage resources that support  populations.

12.6    ***American marten***: Spruce-fir forest habitat provides connectivity at broad spatial scales, forest stands with a diverse array of structural stages (including mature and old-growth forest), and a mix of habitat types, with levels of human disturbance capable of supporting foraging, breeding, and dispersal conditions that maintain self-sustaining, populations.

12.7    ***Trout***: Aquatic habitats support the genetic integrity and life history strategies of native trout populations.

12.8    ***Trout***: Aquatic habitat quantity and quality are maintained or enhanced in order to provide for the long-term sustainability and viability of all native and/or desired non-native trout species.

12.9    ***Trout***: All native trout species thrive in the ecosystems historically capable of supporting these species.

12.10   ***Trout***: Composition, structure, and function of aquatic ecosystems are maintained similar to the HRV conditions, and are commensurate to the channel characteristics, water quality, and flow regimes reflective of the climate, geology, and natural vegetation of the area.

12.11   ***Trout***: Stream flows are adequate to support populations of trout species and are maintained in cooperation with the CDOW, the Colorado Water Conservation Board, the USFWS, and the Army Corps of Engineers.

BLM_0030924

## INVASIVE SPECIES

### Background

Within the planning area, invasive plants are currently managed in accordance with an invasive species action plan. This species action plan, which covers a 3-year timeframe, lists prevention practices, early detection and rapid response strategies, and priority inventory and treatment areas. All resource areas participate in invasive species management within the planning area.

Invasive terrestrial wildlife species have the potential to out-compete native species using similar niches within the ecosystem. These changes may result from influences to the biotic (relating to, produced by, or caused by living organisms, such as plant or animal) and abiotic (non-living chemical and physical factors in the environment, such as soils, hydrology, etc.) components of the ecosystem. The resulting changes may allow invasive species to directly or indirectly impact the native species and their related ecosystems.

Invasive species move across jurisdictional boundaries and property lines; therefore implementation of the DLMP will involve close coordination and partnerships with local, State, Native American tribal, and other Federal agencies; public and private organizations; and the general public.

### Desired Conditions Statements - Invasive Species

13.1   Invasive plant species (including noxious weeds) are absent or rare within the planning area.

13.2   Invasive species (including those that cause whirling disease, and insects) are absent or rare within the planning area.

13.3   Noxious weed management is successfully coordinated with adjacent land owners.

13.4   The planning area has a transportation system comprised of specific roads and trails that do not contribute to the spread of non-native species along travel corridors.

13.5   Invasive species, both terrestrial and aquatic, are absent or rare within the planning area, and are not influencing native populations or ecosystem function.

13.6   Non-native plants are not introduced or spread within Wilderness Areas or WSAs.

BLM_0030925

## PEOPLE AND COMMUNITIES

### Background

Southwestern Colorado is a mosaic of natural features, settlement patterns, economic activities, recreational activities, social activities, formal institutional relationships, and informal communication networks, all of which are tightly interrelated. An attachment to the land, both public and private, is inherent to life within the planning area, both historically and in the contemporary context. The San Juan Public Lands provide natural resources, as well as a diverse array of settings for physical, emotional, mental, and even spiritual experiences.

Although the timber and livestock industries do not carry the relative economic importance that they once did, they still remain active in the area and contribute valuable outcomes [including the persistence of intact privately owned cattle ranches (and their contribution to open space) and forest restoration]. Gas and oil development helps boost regional income and spurs local business investment while, at the same time, producing significant local and State government tax revenue.  Renewed interest in other mineral resources may occur if feasible markets develop.

The opportunity and desire to experience public lands are increasingly central to contemporary lifestyles, and as local population and visitor numbers increase, so will the dependence upon these public lands. The diverse settings for a wide variety of experiences within the planning area (ranging from athletic recreation, to scenic driving, to the pursuit of scientific knowledge) play an irreplaceable role in the quality of life in the region. Public lands are vital to the people and communities of southwestern Colorado; therefore, this DLMP includes elements specifically related to outcomes for people and for the communities near the planning area.

### Desired Conditions - People and Communities in General

14.1   Use and enjoyment of lands and resources within the planning area occurs within the capabilities of the land, extending the benefits of public lands to future generations by keeping elements of the ecosystem upon which these benefits rest healthy and resilient.

## ACCESS AND TRAVEL MANAGEMENT

### Background

The transportation system within the planning area consists of roads and trails that provide people with access to public lands and to private in-holdings. Virtually every activity that takes place within the planning area uses the transportation system (including outdoor recreation, wildfire management, livestock and wildlife management, natural resource development, private in-holdings access, and electronic communication site and utility corridor maintenance, as well as the management and monitoring of public lands).

BLM_0030926

Within the planning area, there are over 3,000 miles of system roads and more than 1,300 miles of system trails. These roads and trails were originally constructed in order to support management activities (including for fire suppression, timber harvesting, mining, livestock grazing, and recreation). The transportation system consists of various types of routes. Public use of some roads may be allowed seasonally, or it may be permitted all year (if there is a demonstrated need to provide residential, recreational, commercial, and/or other types of access). Some roads are reserved for administrative use (by the USFS or BLM for management purposes, or by permittees to access special use permit areas). Trails generally fall into one of two general classes: non-motorized or motorized. Non-motorized trails may be further classified as non-mechanized (foot traffic, pack and saddle, etc.) and mechanized (mountain bikes). Motorized trails are generally intended for vehicles that are less than a certain specified width (usually around 50 inches), which excludes most highway-legal vehicles, except motorcycles.

In the last few decades, funding has not been sufficient to maintain all public lands roads and trails to required standards. Generally, the limited funding received has been focused on maintenance of higher standard roads that serve multiple-access needs. Limited funding for trails has resulted in fewer miles of trails being maintained. It has also resulted in a focus on roads and trails that are deemed unsafe, those that receive the highest use, or those that present the greatest threat to ecological integrity.

Road management activities have included the decommissioning of roads, the construction of new roads, and the closure of roads. Decommissioning roads that are not needed for access (currently, or in the foreseeable future) is generally performed in order to reduce resource impacts. Generally, new construction may occur when access to a particular resource or private in-holding is needed. These roads may be permanent, if intended for long-term use, or they may be temporary (such as many timber sale and energy development roads). Closing roads or limiting motorized use to administrative purposes are management strategies that may be employed for a variety of reasons (including wildlife protection, resource protection, and/or public safety). Population growth and the increased development of private in-holdings have increased the demand for uses of roads within the planning area as primary access routes to residential developments. This has created a demand to upgrade roads in order to accommodate all-weather, year-round traffic, and a need to evaluate the jurisdictional status of roads that are used predominantly for residential access.

Roadless areas are large land tracts (of 5,000 acres or more) or lands that are contiguous with other inventoried roadless areas (IRAs) or Wilderness Areas. These areas do not contain authorized roads, significant alterations to the landscape, or other permanent improvements. The transportation system is generally managed in order to maintain the character of these inventoried roadless areas.

The demand for recreational motorized and non-motorized access has increased dramatically in recent years. Advances in the performance and the technology of OHVs/ATVs, UTVs (utility vehicles), motorcycles, snowmobiles, mountain bikes, and wheelchairs have increased the demand for additional motorized and non-motorized recreational access and routes. New technology and more motorized use within the planning area has resulted in some users creating new routes (also known as user-created routes or social routes). Resource problems related to these user-created routes are developing across the planning area, especially in areas that are open to cross-country motorized travel.

BLM_0030927

The USFS Travel Management Rule (November 9, 2005) requires that each national forest designate a system of roads, trails, and areas for motor vehicle use by vehicle class and, if appropriate, by time of year. The rule addresses any future proliferation of user-created routes by prohibiting cross-country motorized travel (except in small designated areas). The rule is consistent with the BLM requirements for motorized off-road use (43 CFR Subpart 8340). Since the planning area is a Service First unit, the framework provided by the rule will be used in order to implement travel management planning across both USFS- and BLM-administered lands.

Within the planning area, the travel management planning process will result in a system of designated roads, trails, and areas for motorized use. The planning process is a public process; therefore, input from both motorized and non-motorized users is of value in determining access needs and strategies for reducing user conflicts. Travel analysis is used to inform decisionmakers of opportunities that would improve the transportation system and increase its ability to support multiple uses and accommodate desired and needed public access while, at the same time maintaining desired conditions for all other resources (such as wildlife and soils). Travel management proposals developed through travel analysis are also evaluated through the NEPA process. Travel management decisions on route designations are illustrated on a Motor Vehicle Use Map (MVUM) that is free to the public. The MVUM will be updated annually in order to reflect any new travel management decisions.

### Desired Conditions - Access and Travel Management

14.2    The transportation system within the planning area consists of roads, trails, and bridges that are fiscally sustainable and safe; they allow for the use of, and enjoyment by, the public, and they meet resource management objectives.

14.3    The transportation system provides reasonable and legal access for resource management and recreation; it is dynamic and adaptable to resource and user needs.

14.4    Destination and loop trails exist for motorized and non-motorized recreation users. New trail development focuses on the creation of loop opportunities and on the utilization of existing routes, when feasible.

14.5    Existing public access to the planning are across private lands and/or across other jurisdictions is retained or improved.

14.6    The road and trail system has adequate signage for visitors traveling through the planning area.

14.7    The public has access to information about the transportation system (including specific travel route designations, available recreational opportunities, environmental stewardship guidelines, and safe travel information.)

14.8    Motorized use occurs only on designated roads and trails, as well as in small designated areas (except as exempted by 36 CFR Part 212.51). No new unauthorized or user-created routes develop within the planning area.

14.9    Unneeded roads and trails are decommissioned and reestablished with native vegetation cover.

14.10   Roads are managed by the appropriate public road authority when any one of the following conditions exists:

- the road serves predominantly non-SJPL traffic;

- the road is necessary for mail, school, and/or other local governmental purposes;

- the road provides year-long residential access to private property within, or adjacent to, the planning area.

BLM_0030928

14.11    Travel management planning is a continuous process designed to improve the transportation system.

14.12    Motorized and non-motorized users, as well as local, State, Native American tribal, and other Federal agencies, are actively engaged in travel management planning, route designation and implementation, and route monitoring.

14.13.   Transportation system components do not encroach onto streams and/or onto riparian areas and wetland ecosystems in ways that impact channel fluctuation or channel geometry (the relationships between channel discharge and channel cross-sectional factors, such as area, width, and depth). Sediment delivery from the transportation system does not measurably impact pool frequency, pool habitat, and/or spawning habitats.

14.14    The character of roadless areas is maintained in order to preserve large expanses of undeveloped lands that can be managed for wildlife habitat, scenic quality, and recreation.


# RECREATION

## Background

The San Juan Public Lands offer visitors and local area residents extraordinary opportunities to experience the benefits of their public lands. Local and regional economies depend upon the recreation market (which is heavily influenced by the opportunities afforded by the public lands). Visitors value the unique and outstanding recreational assets offered by the SJPL. The "backyard" or rural recreation setting provided by many of these lands is an amenity to the active lifestyles and quality of life for local residents.

Visitors seeking the outdoors have an impressive range of options within the planning area. Mining, logging, and grazing have created an extensive transportation network across the planning area. In contrast, the large extent of rugged mountains and canyons with limited roads and access offer vast undeveloped areas offering their own unique recreation opportunities. The planning area offers primitive settings that provide opportunities for solitude and personal challenge. Less primitive, more modified settings provide opportunities for social interaction and greater comfort. Local communities, partners, volunteers, and permit holders are involved in (and benefit from) providing recreation opportunities. Recreation benefits contribute to the sustainability of the culture and the economy of local communities.

The San Juan Public Lands have remarkable values related to cultural traditions, history, scenery, and environmental resources and ecosystems. These values help to define a sense of place, and provide a unique recreation market and identity for SJPL. Public lands within the planning area offer people resource-dependent recreation opportunities and settings with which to meaningfully experience nature, history, and culture.

BLM_0030929

**Desired Conditions - Recreation**

15.1   Recreation users have opportunities to benefit from the diversity of varied terrain, scenery, and nature in the canyons, mountains, and mesas, as well as  on the rivers of the San Juan Public Lands.

15.2   Established road and trail travel corridors offer high quality scenery. Developed recreation facilities (including trailheads) provide relatively easy access to visitors, enabling them to enjoy a wide range of recreation experiences (from summer driving tours to winter alpine adventures).

15.3   The recreation market emphasizes resource-dependent recreation settings, services, and conditions that offer the benefit of interaction between people and their natural and cultural public land heritage. With the exception of ski areas, highly developed facilities (including guest lodges, waterslides, golf courses, etc.) are not located within the planning area.

15.4   Recreation management is guided by recreation "setting" prescriptions established on Recreation Opportunity Spectrum (ROS) maps by geographic area, as well as by other resource goals and objectives. Although recreation opportunities are extensive throughout the planning area, there may be some areas where no recreation is appropriate.

15.5   Recreation tourism provides economic and social benefits to local communities and to the region; this is consistent with sustainable land practices, the protection of sense of place, and the market demand for SJPL-related values. The USFS and BLM collaborate with local communities, educational institutions, businesses, non-profit organizations, volunteers, and others interested in the planning area in order to market recreation opportunities effectively and appropriately, consistent with USFS and BLM goals.

15.6   Public lands near communities provide a day-to-day lifestyle connection with the foothills, canyons, and mountains. Neighborhood trailheads and convenient access points provide quick entry to a natural setting. These lands are a community asset and help contribute to a healthy lifestyles for people of all ages.

15.7   The SJPL offer motorized and non-motorized recreation experiences in large, predominantly naturally appearing landscapes, where active management may occur. Primitive dispersed camping sites, developed campgrounds, and trailheads are present in order to support dispersed recreation use.

15.8   Over-ground and over-snow motorized travel suitability maps serve as guidelines for determining recreation travel within the planning area.

15.9   A wide variety of information, education, and interpretive venues about recreational opportunities are available through various media and resources.  Interpretive and volunteer efforts are focused on attaining agency goals and objectives.

15.10   Adequate maintenance and services at some sites are sustained through the collection of fees and donations, as well as through the work of concessionaires, volunteers, and partnerships.

15.11   Trailheads only provide the minimal level of amenities, as appropriate for the setting and sufficient to protect the resources.

15.12   Trails within the MA 7s (Public and Private Lands Intermix) are constructed and maintained primarily through community partnerships.

BLM_0030930

*Recreation Opportunity Spectrum (ROS)*

The ROS offers a framework that establishes settings (including access, remoteness, naturalness, built environment, social encounters, visitor impacts, and management) for the planning area. (These conditions are shown on the Established ROS Settings Maps for summer and winter. See ROS maps in Part 3 of the DLMP. Additional management direction related to recreation setting prescriptions is found in the Guidelines section of the DLMP. This map shows broad desired setting conditions for the entire planning area; therefore, site-specific analysis is generally necessary in order to further refine desired setting conditions that may apply to site-specific projects. See the Glossary for ROS term definitions).

*Primitive ROS Settings*

Primitive ROS settings include Congressionally designated Wilderness Areas, BLM WSAs, and areas recommended to Congress for designation as Wilderness. In general, these lands are 5,000 acres or larger, and are affected primarily by the forces of nature. They offer opportunities for solitude, natural quiet and unconfined recreation for non-motorized and non-mechanized travel year-round. Decisions made under the 1998 Wilderness Management Direction amendment to the 1983 Land and Resource Management Plan continue to be valid, and are incorporated into this DLMP by reference. Wilderness lands are categorized into three settings that describe the relative naturalness and level of remoteness of the area: 1) unspoiled pristine lands; 2) unmodified primitive lands; and 3) concentrated use, semi-primitive lands. WSAs would be managed by the BLM Interim Management Guidelines until Congress acts to create wilderness, or releases those lands from consideration.

*Semi-Primitive ROS Settings*

Semi-primitive ROS settings are non-Wilderness lands characterized by a predominantly naturally appearing landscape and by opportunities for natural quiet. Concentrations of users are low. Opportunities are provided that allow visitors to have a high degree of interaction with the natural environment, as well as a sense of remoteness, quiet, and solitude. Trail systems are designed in order to provide challenge and opportunities for self-reliance. Remote areas can be motorized, mechanized, or non-motorized.  Administrative actions and commercial uses (including recreation) occur; however, they are not common.

## Desired Conditions Statements - ROS

15.13   Projects and activities are consistent with the established ROS settings.

15.14   Much of the planning area is characterized by a landscape with a recreation setting of Semi-Primitive ROS and Roaded Natural ROS. A network of well-maintained passenger car roads provides Roaded Natural ROS travel corridors that access extensive areas characterized by a more Semi-Primitive ROS recreation setting. Beyond these well-traveled road corridors, contact frequency between visitors is less, secondary roads are more rugged and challenging with numerous 4x4 routes, visitor facilities are rare, and the sights and sounds of nature predominate.

15.15   Primitive ROS settings are retained at their current level of naturalness or restored, as needed.

15.16   Primitive ROS and Semi-Primitive ROS areas provide a variety of recreational opportunities, including:

- High-quality resource-dependent recreation accessible from major travel corridors;
- Single and multi-day challenging recreation activities and adventures;
- Non-motorized and motorized scenic backcountry experiences; and
- Self-discovery and challenge in areas with pristine natural conditions and solitude.

BLM_0030931

15.17   New trail construction in Primitive ROS and Semi-Primitive ROS settings protect resources, enhance recreation experience/challenge, mitigate user conflicts, and/or provide loops and/or links to other trail networks.

**Desired Conditions - Dispersed Recreation**

15.18   Dispersed recreation is an important opportunity offered throughout the planning area, and occurs extensively. Facilities for dispersed recreation are minimal, and are provided in order to protect resources and to enhance recreation experiences (and are compatible with established ROS settings, opportunities, and benefits). Access and parking, regulations, orientation, and safety information are effectively provided.

15.19   Activities are regulated primarily in order to protect the quality of the recreation settings and benefits, as well as to protect natural and cultural resources. Managers monitor conditions and implement management strategies in order to maintain desired setting characteristics.

15.20   Commercial Outfitting/Guiding is often provided within dispersed recreation areas in order to provide the expertise and equipment necessary for visitor safety, resource protection, and quality recreation experiences.

15.21   Dispersed camping opportunities are available for a wide variety of users. Motorized access to dispersed camping opportunities is addressed through travel management planning. Dispersed campsites are located outside of riparian zones and other sensitive resource areas. Campsites may be closed, repaired, rehabilitated, and/or hardened when unacceptable environmental or social impacts occur. Dispersed recreation resulting in resource impacts or user conflicts is effectively addressed.

15.22   Dispersed camping does not interfere or compete with the operation of developed campgrounds, private residences, or subdivisions.

15.23   Effective parking and directional/information signing is in place in order to support sustainable dispersed recreation use.

15.24   Traditional wildlife and fishery resources are available for Native American tribal use under established treaties and agreements.

15.25   Habitats support sustainable wildlife populations for consumptive and non-consumptive uses (including hunting, wildlife viewing, and eco-tourism) that contribute to local, State, Native American, and national economies.

**Desired Conditions - Developed Recreation**

15.26   Developed recreation sites meet accessibility standards, and are consistent with the established recreation niche of the area. The scale of development and amenities at facilities and at sites is consistent with established ROS and identified markets. The ROS setting for most developed facilities is Roaded Natural or Rural. Trailhead settings range from Semi-Primitive Motorized ROS to Rural ROS.

15.27   Developed recreation facilities are maintained to required standards. Facilities that do not meet standards, or that have a disproportionately high operating cost, are reconstructed, closed, or decommissioned.

BLM_0030932

15.28   The USFS and BLM provide visitor information, education, and interpretation consistent with their interpretive and conservation education strategy.

15.29   Vegetation and fuels management actions within, and adjacent to, developed recreation sites maintain or enhance scenery and meet specific-site plan objectives (including privacy screening, fall color enhancement, and disease resistance). Revegetation in developed sites uses native plant material and is designed in a manner that maintains a natural appearance.

15.30   Recreation sites and facilities are designed with an architectural theme intended to blend facilities with the natural environment while, at the same time, portraying an image consistent with the vernacular architecture (methods of construction that use locally available resources) that utilizes Low-Energy Environmental Design (LEED) guidelines.

15.31   Developed recreation sites are withdrawn from locatable mineral entry.

## Desired Conditions - Winter Recreation

Winter recreation opportunities within the planning area provide important benefits to local residents and to visitors. A variety of local and State partners (including both for-profit and not-for-profit) assist the USFS and BLM in managing both motorized and non-motorized winter recreation areas. Commercial Outfitters/Guides also offer an important service related to safe winter recreation.

15.32   Winter recreation access is on plowed roads managed as Roaded Natural  ROS. Trailhead parking areas are developed at key concentration points in order to accommodate the loading and unloading of equipment and people.  These locations offer important safety, regulatory, and orientation information.

15.33   Away from road access points, the winter ROS includes Semi-Primitive Non-Motorized ROS or Semi-Primitive Motorized ROS. In some locations, there may be seasonal restrictions and/or changes in routes or access points in order to facilitate other resource activities for motorized use during one part of the season, and to facilitate non-motorized use during another part of the season.

15.34   Winter non-motorized areas provide a variety of non-motorized recreation opportunities in a quiet, natural setting (including groomed and un-groomed snow). Noise from motorized use is an exception in areas away from the main road corridors.

15.35   Winter motorized areas are managed in order to provide a variety of motorized recreation opportunities with a variety of challenge. In addition to areas open to cross-county, over-snow motorized use, these areas may contain groomed trails, marked trails that are not groomed, and/or unmarked/unmaintained open trails. There may be timing restrictions in wildlife habitat areas or timing restrictions due to ground conditions.

BLM_0030933

**Desired Conditions - Ski Areas**

15.36   In cooperation with the USFS and BLM, all areas are developed, maintained, and operated by the private sector in order to provide opportunities for intensively managed outdoor recreation activities during all seasons.

15.37   Ski areas are characterized by a vegetation mosaic that includes natural and human-made grassy openings intermixed with forested and/or partially forested areas and rocky outcroppings. Forested areas provide sustainable cover with a variety of species and age classes in patterns typical of the area's natural landscape character. These areas are not part of the scheduled timber production base. Vegetation management (which may include herbicides, commercial harvesting, and/or grazing) is used in order to achieve and maintain desired conditions for the ski area in a sustainable manner. Vegetation conditions reduce the potential hazards and risks of undesirable changes from windthrow, insects, disease, and/or fire.

15.38   Recreation is intensively managed at ski areas. Facilities directly support skiing activities and management. Winter terrain parks within ski areas are concentrated in specific locations, rather than dispersed throughout the mountain. Facilities are used throughout the year in order to satisfy a variety of seasonal recreation demands. New trail developments are generally for non-motorized recreation uses.

15.39   Although development on associated private land may be of a rural or urban nature, the ROS setting on national forest lands is generally Roaded Natural. Motorized ROS travel, both winter and summer, is generally limited to administrative or emergency purposes. Summer uses in ski areas within the planning area favor non-motorized, low-impact activities (including sight-seeing, hiking, wildlife viewing, and mountain biking) that require few permanent structures.

15.40   Scenery provides a range of scenic integrity objectives from low to moderate. Protection of scenic values is emphasized through basic landscape design principles. The visual impacts of structures, ski lifts, roads, utilities, buildings, signs, and other built facilities are minimized. Facilities, as seen from key viewpoints, are architecturally designed to blend and harmonize with the surrounding land setting. Guidelines are developed for each ski area in order to guide decisions related to the built environment (including architectural style, scale, colors, materials, and landscaping). Facilities that no longer serve a useful purpose are removed. Visitors are aware, through signs and interpretive venues, that the ski area is public land.

15.41   Where feasible and desirable, backcountry skiing, snowshoeing, and/or snowboarding activities may be facilitated or enhanced by visitor services at established ski areas.

BLM_0030934

**Desired Conditions - Recreation Special Uses**

Special use permits are issued in order to provide a variety of safe high-quality recreation opportunities to visitors. Local Outfitters/Guides, and other recreation professionals, provide services to visitors who want additional knowledge, guidance, equipment, and/or other support for a successful recreational experience within the planning area. Outfitting/Guiding is generally limited to services directly related to safety or improved conservation education.

15.42   Allowable uses and capacity for specific activities within certain geographic areas are consistent with a capacity and needs analysis. Permitted activities are compatible with the desired ROS setting and MA designations.

15.43   Recreation special use facilities are rare and temporary; they are consistent with established ROS guidelines.

15.44   The recreation residence program is managed within existing authorized tracts.

**Desired Conditions - Structured Recreation Management Areas (SRMAs)**

There are 4 Structured Recreation Management Areas (SRMAs) within the planning area: the Silverton, the Dolores River Canyon, the Cortez, and the Durango SRMAs. SRMAs have been identified by the public as important places for various types of recreation within distinct landscape settings.  SRMAs have distinct recreation markets (community, destination, remote) and identified recreation niches (who and where). Users of the areas, and specific recreation benefits, have been identified for each of the SRMAs. In addition, the important recreation setting components for each SRMA are identified in this DLMP and on the ROS map. Recreation occurs across the public lands, as well as within all management areas. The purpose of identifying SRMAs is to focus and prioritize recreation management efforts in order to meet MA objectives, to guide visitors to opportunities that provide specific benefits within suitable areas, and to better integrate recreation activities with the other recreation uses in the areas (see Suitability in Part 2 for more information about MAs).

Consistent with MA direction, recreation management in SRMAs must co-exist with a wide variety of resource management activities while, at the same time, marketing to recreation niches and resolving recreation user conflicts. Generally, SRMAs occur within MA 4s (High-Use Recreation Emphasis), MA 5s (Active Management), and MA 7s (Public and Private Lands Intermix). This requires integrating recreation management with:

- the multiple-use resource management occurring within MA 5s, and its effect on the desired recreation settings;
- the intense backyard social demands and community use aspects of MA 7s;
- the high recreation facility development level occurring within the MA 4 corridors.

The concept of SRMAs originated from the BLM (for the BLM, SRMAs stand for Special Recreation Management Areas). SRMAs that occur on BLM lands have additional planning criteria (see Appendix E, Volume 3).

BLM_0030935

On BLM lands, areas not identified as SRMAs are generally managed as Extensive Recreation Management Areas (ERMAs), another concept developed by the BLM. Within the planning area, there is one ERMA that, in general, includes all BLM lands not within a SRMA.

15.45   SRMAs are appropriately marketed and have local, directional and site signs, and agency visitor information.

15.46   BLM lands not identified as SRMAs are managed as ERMAs.

**Desired Conditions - SRMAs**

15.47   ***Cortez SRMA***: This community recreation-tourism market provides local residents a day-use recreation setting for both motorized and non-motorized recreation. Mountain biking, hiking, and trail running take place in Phil's World. Mud Springs provides a location for OHV-use to take place. The purpose of this SRMA is to maintain a predominantly Semi-Primitive ROS day-use recreation settings for both motorized and non-motorized recreation. Both areas would allow use to take place on a trail network designed in order to minimize conflicts and to keep user encounters at a low level (see Appendix E, Volume 3, for a more extensive description of the Cortez SRMA).

15.48   ***Dolores River SRMA***: This destination recreation-tourism market provides rafting experiences within 5 Recreation Management Zones (RMZs), targeting participants from southwestern Colorado and the southwestern United States. Although the RMZs are predominantly in a Semi-Primitive ROS setting, they also include some Frontcountry and Rural ROS settings. There are opportunities for camping (in designated campgrounds and in dispersed areas), and for day-use recreation (including picnicking, mountain biking, hiking, and motorized recreation). Administration of this area provides direction designed to limit impacts from recreation activities associated with rafting, as set forth in the 1990 Dolores River Corridor Plan.

15.49   ***Durango SRMA***: This community recreation-tourism market provides local residents a day-use recreation setting for non-motorized recreation. Mountain biking, hiking, and trail running takes place at Animas Mountain, Grand View, Log Chutes, and Skyline. East Animas and Turtle Rock provide locations for rock climbing. The focus of this SRMA is to maintain a predominantly Backyard ROS day-use recreation settings for non-motorized recreation. These areas would allow use to take place on a trail network designed to minimize conflicts and to keep user encounters at a low level (see Appendix E).

15.50   ***Silverton SRMA***: This is a destination recreation-tourism market for Colorado, the southwestern United States, and several local communities (including Silverton, Ouray, Ridgway, Durango, and Montrose). The SRMA offers spectacular scenic vistas, visitor interpretation, and a year-round rest stop for travelers on the Alpine Loop and the San Juan Skyway. During winter months, the high mountain passes support recreation demand for adventure skiing, snowcatting, heli-skiing, backcountry skiing and boarding, and snowmobiling. Summer OHV-use on designated routes, as well as heritage tourism of the mining history are the primary uses. In the winter, management focuses on access and parking along Frontcountry ROS recreation corridors (which are in high demand). Access is facilitated by developed trailheads and Colorado Department of Transportation (CDOT) snowplowing. Essential visitor information and sanitation are provided throughout the year. A management issue for winter use includes whether or not to segregate motorized and non-motorized uses in some locations in order to ensure opportunities for backcountry quiet. In summer, this SRMA offers scenic corridors and trailheads to the much more remote high alpine backcountry. This SRMA has many scenic viewpoints where people stop to appreciate spectacular views; therefore, the USFS and BLM take advantage of the opportunity for public interpretation and conservation education (see Appendix E).

BLM_0030936

## HERITAGE AND CULTURAL RESOURCES

### Background

The San Juan Public Lands have a long and rich prehistoric and historic record, with human settlement of the area spanning back approximately 10,000 years. The archeological record related to the planning area contains some of the earliest agricultural societies in the region. The historic period brought Spanish and Euro-American explorers, trappers, miners, and settlers into the area. This long record of human occupation has left one of the highest densities of prehistoric and historic heritage and cultural resources found in the United States. These sites have national, international, and Native American tribal significance.

Heritage and cultural resources are non-renewable resources that include historic and prehistoric artifacts, structures, sites, districts, and archival materials important for their scientific, educational, economic, traditional, and social values. Visitation to heritage and cultural resource sites within the planning area is an important contributor in the region's economy, and draws great interest from people from all over the world.

The USFS and the BLM are responsible for identifying, evaluating, and protecting heritage and cultural resources on the public lands they manage. Significant heritage and cultural resources within the planning area include resources that are eligible for listing, or are already listed, on the National Register of Historic Places (NRHP), Priority Heritage Assets, and on the Strategic Sites List.

The heritage and cultural resources found within the planning area face numerous impacts from natural and human disturbances. Population and visitation growth and development impact non-renewable heritage and cultural resources both directly and indirectly. Direct impacts include disturbance from construction, vandalism, and excessive or inappropriate visitor use. Indirect impacts include accelerated erosion and visual impacts to cultural landscapes.

### Desired Conditions - Heritage and Cultural Resources

16.1   Significant heritage and cultural resources are maintained in good to excellent physical condition. Significant cultural values are protected or preserved.  Heritage and cultural sites are preserved and stabilized, and may be available for interpretation and research; they may have site-specific management plans. Sites are protected from physical damage and excessive wear-and-tear resulting from visitor use.

16.2   The visual and aesthetic setting and physical associations of the sites are protected so that the visitor experience of the historical/cultural landscape and setting is maintained.

16.3   USFS/BLM activities are compatible with site objectives or are temporary in their impact to the landscape, as well as to the overall visitor experience.

16.4   A management presence at key heritage and cultural resource sites is provided in the form of signage, brochures, site stewards, volunteer projects, and/or in other ways that aid in protecting heavily visited resources. Appropriate access to sites of interest is provided.

BLM_0030937

16.5    Interpretive displays, visitor contacts, and/or brochures are available in order to help visitors and employees understand, and appreciate, the heritage and cultural resources associated with the planning area. A wide range of heritage activities, experiences, and products (both on-site and off-site) are available for visitor enjoyment and education. Off-site activities include museum displays, brochures, audio programs, classroom presentations, and field trips. Interpretive efforts are compatible with the physical, cultural, and recreational settings and values of the resources.

16.6    Select historic cabins are restored and adaptively reused for appropriate recreation and/or interpretive use.

16.7    Site-stewardship programs are encouraged and expanded in order to provide monitoring, protection, public education, and interpretation.

16.8    Looting of sites is reduced through increased public awareness and education related to cultural resources. Vandalism at sites is promptly remedied to prevent recurrence.

## SCENERY, VISUAL RESOURCES, AND THE BUILT ENVIRONMENT

### Background

The San Jan Public Lands possess outstanding and diverse scenery, capable of enhancing a wide variety of experiences. Many people choose to live in southwestern Colorado, in large part, so that they can benefit from the high-quality scenery (with such views even serving as an important selling point for commercial and residential real estate). Scenery is the backdrop for all forms of recreation occurring on both public and private lands. High-quality scenery is also a primary reason people from outside of the area visit the San Juans – with scenic byways and backcountry byways alone attracting hundreds of thousands of people annually.

Planning for scenic resources within the planning area involves management strategies that protect scenic resources, as well as those that increase opportunities for viewing those scenic resources. The desired conditions below specify outcomes that would maintain, protect, and enhance the scenery within the planning area.

### Desired Conditions - Scenery, Visual Resources, and the Built Environment

17.1    Public demand is met for high-quality scenery that benefits regional tourism, the local and regional economy, the local and regional community image, and overall recreation opportunities. Existing natural appearing scenic landscapes are maintained.

17.2    Valued viewsheds, vistas, and cultural and natural landscape elements are protected, restored, and enhanced. Activities that protect, restore, enhance, and/or perpetuate long-term valued scenic elements may be visible to visitors in the short-term. These activities may include, but are not limited to, fuel reduction, vista creation, wildland fire uses, and insect and disease prevention and suppression.

17.3    Views from developed sites, roads, trails, and viewpoints of concern are predominantly within natural-appearing landscapes. Views within developed recreation sites may appear heavily altered (due to recreation support facilities, recreation developments, hazard tree management, etc.).The natural appearance of forested ridgetops viewed from nearby communities is protected.

BLM_0030938

17.4   Visitors have many convenient and safe opportunities to view world-class scenery. Visitors have opportunities to experience important scenic elements (including landscape vistas, park-like groves of old-growth ponderosa pine, large aspens, spectacular fall color displays, scenic riparian corridors, historic architecture, etc.).

17.5   Scenic pullouts, vista points, waysides, and access points are developed, as appropriate, in order to support scenic viewing as a primary visitor activity.

17.6   Vegetation composition and structure valued for scenic character (including landscapes with a predominance of aspen and ponderosa pine) are showcased along scenic routes, at recreation sites, and at key viewsheds.

17.7   Conservation of significant cultural and natural viewsheds is established through strong partnerships between the USFS and BLM; State and local agencies: tribal governments; land trusts, and other interested individuals and organizations.

17.8   The built environment (including recreation facilities, utilities, resource management structures – including those constructed and/or maintained by permittees) reflects and complements the architectural character of the Rocky Mountain Province or the Southwest Province (USDA FS BIEG FS-710), as appropriate, and reflects local vernacular architecture and natural landscape context. The quality of the built environment benefits from sound site planning and environmental design principles utilizing efficient energy sources.

17.9   Vegetation valued for its scenic character is sustainable and consistent with the inherent landscape character.

17.10  Public lands are in a condition that meets the minimum established scenic objectives for the SJPL (generally, this is high or moderate scenic integrity objective or a VRM Class III).

BLM_0030939

## INTERPRETATION AND CONSERVATION EDUCATION

### Background

The San Juan Public Lands have the remarkable opportunity to connect with millions of people who visit, or are interested in visiting, their public lands. An important goal of the USFS and BLM is to help people understand, appreciate, and use their public lands. Due to the remote location, varied geography, and multiple-use patterns, the planning area requires a vibrant and focused interpretive program in order to support this goal. In order to protect invaluable cultural and natural resources, interpretive services and conservation education must be an integral part of implementing and maintaining the identity of the area, and implementing an effective resource management strategy that educates and informs visitors.

Currently on the SJPL, there are many facilities and services in place that deliver interpretive and conservation education services to the public. The USFS and BLM will sharpen their focus in order to more meaningfully deliver what the public wants to know, and needs to know, about the land management agencies, their mission and programs, and stakeholder responsibilities.

### Desired Conditions - Interpretation and Education

18.1    The public benefits from a public lands interpretive and education strategy that reflects USFS and BLM priorities and key public information needs. The public understands the mission of the SJPL and its diverse cultural and natural resource management priorities and exhibits effective stewardship behavior on the SJPL.

18.2.   Messages are consistent and effectively delivered to the public, reaching a wide variety of age, gender, class, ethnic, and cultural groups.

18.3    Resource management messages are articulated in all education and interpretive products, programs, and public contacts.

18.4.   A wide variety of information, education, and interpretive venues are available through various media so that people can easily access information about recreational opportunities and resources.

18.5    All visitor information services, public affairs, interpretation and conservation education functions of the USFS and BLM have a unified and clear communication strategy.

18.6    All SJPL personnel play a role in public communications, in terms of offering conservation education, interpretation, public affairs, and visitor information services.

18.7.   The SJPL fosters research, education, and interpretation of the area's rich natural and cultural heritage.

18.8    Effective interpretation and conservation education, as well as proactive land stewardship, are accomplished with a wide range of partners (including commercial Outfitters/Guides; permittees; volunteer groups; local, State, and Native American tribal, and other Federal agencies; interested individuals and organizations, etc.).

18.9    Public education opportunities, through interpretation and conservation education programs, promote ethical and non-limiting use of wildlife resources within the planning area.

BLM_0030940

## TIMBER AND OTHER FOREST PRODUCTS

### Background

The timber management program on the San Juan National Forest has followed the trend of many other national forests with regard to high harvesting levels (especially early in the Twentieth Century in support of mining and settlement, with another spike in harvesting following World War II). Peak harvesting levels were near 75 million board feet annually. Since that time, harvesting levels have continued to decline, and many larger local mills have closed (see Appendix W, Timber Demand Study, Volume 3). The planning area has a high quality aspen resource, and has been actively involved in aspen management since the 1940s. There is currently not an active commercial timber program on the BLM lands within the planning area; however, non-commercial products (including post and poles, Christmas trees, and other non-forest products) are available.

The forest products industry continues to be very important to Montezuma and Montrose Counties, where wood processing facilities are located. Although the level of timber harvesting has declined in the past decade, ecological desired conditions in forested areas are, in large part, dependent upon the timber program and on the capacity of the timber industry to change vegetation conditions. Without the timber industry, the ability to manage vegetation would be significantly reduced. Commercial timber harvesting is an important tool for managing vegetation on the SJPL.

### Desired Conditions - Timber and other Forest Products

19.1   Commercial timber and forest products are available in order to support, at least, the current level of economic activity in the local timber industry while, at the same time, allowing the SJPL to achieve other desired conditions.

19.2   Lands classified as "suitable" for timber production have a regularly scheduled timber harvesting program that provides benefits to people while, at the same time, achieving ecosystem function and sustainability.

19.3   Lands classified as "not suitable" for regularly scheduled timber production (but where timber harvesting could occur for other multiple-use purposes) have an irregular, unscheduled timber harvesting program that achieves ecosystem function and sustainability while, at the same time, providing benefits to people.

19.4   Small-diameter, woody material resulting from hazardous fuel reduction activities are transformed into marketable products, thereby utilizing forest products and reducing implementation costs.

19.5.   Within the capacity of the land, current and future demands are met for special forest products for personal, commercial, and Native American tribal use.

BLM_0030941

## LIVESTOCK AND RANGELAND MANAGEMENT

### Background

Livestock grazing was initially undertaken in the 1880s to support local mining operations and to take advantage of the natural grasslands. As the rate of homesteading increased, and other laws designed to increase the rate of western settlement were passed, livestock numbers on public lands increased. With the creation of the San Juan National Forest in 1906, Federal livestock management was directed toward allocating forage to local dependent users. With the passage of the Taylor Grazing Act in 1934, the same approach was continued on unreserved public lands (and the days of the open range came to an end).

Generally, rangeland management activities from the 1940s through to the 1980s were directed toward improving watershed conditions in the West (through the use of large amounts of capital and new technology). Rangeland management practices designed to accomplish these goals included increased water development, fencing, brush control practices, reseeding, and the use of intensive grazing systems. It was generally believed that this prescriptive approach would meet management objectives.

From the late 1980s to the present, rangeland management activities have been directed toward improving rangelands through adaptive management. Factors including the increase in big game numbers, the listing of threatened and endangered species, the implementation of hazardous fuels reduction projects, the on-going drought, and persistent water-quality issues have all added to management challenges.

Cattle numbers peaked in the 1920s; sheep numbers peaked in the 1930s. Currently, livestock numbers are at 50% and 5%, respectively, of their historic highs. Authorized livestock numbers on the SJPL are about 90% of permitted numbers. Market factors, administrative actions, and the drought have all contributed to the USFS and the BLM not meeting sustained grazing level goals in the past few decades.

### Desired Conditions - Livestock and Rangeland Management

20.1   Rangeland provides forage for qualified local livestock operations and helps ranches remain sustainable and intact.

20.2   Rangelands and permitted livestock grazing use, contribute to the maintenance of large open spaces on private lands through the maintenance of sustainable ranching operations.

20.3   Permitted livestock grazing fee collections contribute to the local county fund base for roads, schools, and range improvements.

20.4   Rangelands sustain healthy and sustainable habitat for wildlife populations that, in turn, support recreational hunting, fishing, and/or viewing (thereby contributing to the local and regional economy).

## MINERALS AND ENERGY

### Background

Prospecting and mining within the planning area date back more than 120 years. The first recorded discovery of gold in the region was in 1848, in the Silverton area. This was followed by discoveries in the Durango and Rico areas in the 1860s. Today, there are few active metal mining operations in the area, but increases in the price of gold, silver, and copper are likely to spur renewed interest in historic mining areas (including Silverton). Recent interest in nuclear power generation and other demands will likely continue the current mining of uranium, as well as the expanded exploration for this resource.

Deposits of mineral materials occur within the planning area. Bulk stone is sold for building material, aggregate, bulk fill, rip-rap, road surfacing, decoration, and landscaping. Current sites with small- to medium-scale development are canyon walls, stream channels, talus slopes, landslides, ancient river terraces, glacial moraines, floodplains, road cuts, quarries, and pits. Large boulders are a relatively recent target for purchase (used for river renovation work). These large boulders occur throughout the planning area in stream deposits, glacial drift and till, landslides, and floodplains. Most are found at higher elevations, although those closest to existing roads are primary targets for purchase.

Coal deposits occur within the late Cretaceous and Tertiary Period rocks found near Durango and Chimney Rock. Active underground mining operations are also occurring on private lands near Durango. Geothermal resources within the planning area are of low or medium temperature. Geothermal fluid resources that occur within the planning area (as well as in the surrounding areas) include warm water emanating from geysers, springs, and wells. Most warm springs are located near faults that serve as conduits for upward flow of groundwater that is heated by deep circulation from mainly volcanic sources. Except for the town of Pagosa Springs (where hot water from hot springs is currently used in order to heat buildings and public sidewalks), the thermal springs are at present either undeveloped or developed for recreational and therapeutic uses in private and public pools. Only three springs are on public lands: Geyser, Piedra, and Rainbow.

Oil and gas (natural gas and carbon dioxide) deposits occur in sedimentary basins throughout the planning area. Only the central area of the SJPL (from the north rim of the San Juan Basin north to Silverton) has no known potential. Areas of significant potential or known reserves and production are the Paradox Basin area (roughly the lands west of the Dolores River), the northern San Juan Basin (approximately the area south of U.S. Highway 160, between Durango and Chimney Rock), and the San Juan Sag (the area east of Pagosa Springs). Development of these deposits began early in the Twentieth Century with discoveries in the Paradox Basin. A major natural gas deposit is currently in development in the northern San Juan Basin. Exploration and development are underway in the Paradox Basin northwest of Cortez, and limited exploration is occurring intermittently in the San Juan Sag (which is southeast of Pagosa Springs). There are currently approximately 100,000 acres of lease nominations being processed for the Paradox Basin area, and about 5,000 acres of lease nominations being processed for the San Juan Sag. (A separate EIS for the proposed development of coal-bed methane gas in the northern San Juan Basin is currently being developed.) As oil and gas prices increase, and political decisions emphasize development of domestic resources, it is likely that all areas of the SJPL will see increasing interest in exploration and development.

BLM_0030943

Exploration for, and development of, mineral resources on public lands is required by law to meet all applicable environmental protection measures. For all proposed activities that have the potential for disturbance to lands and/or resources, a Plan of Operations is required. This Plan of Operations is subject to full public environmental analysis and review before the operation can be approved. Consistent with all required environmental protection measures, Plans of Operation include provisions for access, design, construction, maintenance, and rehabilitation.

**Desired Conditions - Minerals and Energy**

21.1   The planning area complies with the direction of the Energy Policy Act of 2005, and contributes to the nation's supply of mineral and energy resources.

21.2   Mineral materials (including gravel and decorative stone) are available to support resource management needs, personal and hobby use, and commercial pursuits.

## DESIGNATED ENERGY CORRIDORS AND LINEAR ENERGY TRANSMISSION AUTHORIZATIONS

**Background**

Section 368 of the Energy Policy Act of 2005 directs the Secretaries of Agriculture, Commerce, Defense, Energy, and the Interior to designate energy transmission corridors on Federal land in 11 Western states (Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming) for oil, gas, and hydrogen pipelines, and for electricity transmission and distribution facilities. Energy corridors differ from energy transmission Rights-of-Way (ROWs)/special use authorizations due to the fact that corridors are intended to support different types of compatible energy-transport systems; whereas a ROW/special use authorization is a project-specific assignment of a relatively narrow strip of land permitted and limited to a single energy-transmission project.

**Desired Conditions - Energy Corridors**

22.1   In accordance with the Energy Policy Act of 2005, energy corridors throughout the planning area improve the delivery of electricity, oil, and gas in the West while, at the same time, enhancing the western electric transmission grid by improving reliability, reducing congestion, and contributing to the national electrical grid.

22.2   Future linear transmission uses are encouraged to occur adjacent to existing authorized routes for transmission lines over 69 kilovolts, and for pipelines more than 10 inches in diameter. Local distribution lines and smaller pipelines are located in conjunction with the existing road system or other previously disturbed areas.

BLM_0030944

## ABANDONED MINES AND HAZARDOUS MATERIALS

### Background

Within the planning area, work on the abandoned mine program began in 1994 with an inventory of abandoned mines on public lands. At the same time, the Colorado Water Quality Control Division proposed a watershed risk-based approach to abandoned mine remediation. This consists of four major stages:

1. Statewide analysis and watershed prioritization;
2. watershed characterization and mine prioritization;
3. mine-site characterization and remediation; and
4. post-remediation monitoring.

This approach was used by the State agencies and by Federal land management agencies to identify the upper Animas River watershed as ranking at the top of the high-priority watersheds. Funding for alternative minimum level (AML) water-quality projects began in 1997 with two pilot projects: the upper Animas River watershed in Colorado, and the Boulder Creek watershed in Montana.

The Animas River Stakeholders Group (ARSG) was formed in 1996 in order to take the lead in area watershed characterization and remediation. The group's members come from the public and private sectors. Their mission is to improve water quality and habitat along the Animas River (which is in the Columbine Geographic Area, for the purpose of this DLMP). Over the last decade, ARSG has received grants and professional support from State and Federal agencies, as well as from private interests for the characterization and remediation of the watershed. The characterization work culminated in the Use-Attainability Analysis of the Upper Animas Watershed. This report includes watershed characterization, mine clean-up prioritization, and remediation plans. Watershed characterization provided baseline scientific information and enabled the reduction of necessary mine clean-ups from 1,500 to 100 (or less). Water-quality objectives were also developed.

Another area with a high concentration of mining is the area around Rico, which is in the Dolores River watershed (which is in the Dolores Geographic Area, for the purposes of this DLMP). The State of Colorado and the U.S. Environmental Protection Agency (EPA) have overseen voluntary clean-ups (VCUP) of some mine areas on private land, as well as on mixed-ownership sites. Mine sites exist in many other locations throughout the planning area that may cause pollution or may pose a safety hazard.

Most of the hazardous materials incidents within the planning area are the result of transportation accidents on State and/or Federal highways. Trucking accidents can result in spills of fuel (or of any hazardous products that the truck was carrying). These incidents are the responsibility of the transportation company to clean up. Clean-ups within the highway ROWs are under the jurisdiction of the Colorado State Patrol (CSP) for State and Federal highways, and under the jurisdiction of the local Sheriff's Departments for county roads. Illegal dumping on the SJPL is also a potential hazardous materials issue. In addition, hazardous materials can also be related to operations conducted or authorized by the USFS and BLM (including the use of pesticides, fuels, and/or lubricants).

BLM_0030945

**Desired Conditions - Abandoned Mines and Hazardous Materials**

23.1   Abandoned mine reclamation within the planning area contributes to water quality improvement and to historic resource protection.

23.2   Abandoned mines do not endanger the environment, wildlife, the public, or SJPL employees.

23.3   USFS- and BLM-authorized actions occur without causing hazardous material spills or waste contamination.

## LANDS AND SPECIAL USES

### Background

The planning area contains both BLM- and USFS-administered lands. Although the laws and regulations that guide the two agencies differ in some details, the general vision for land management across the planning area is the same. The following discussion applies to both BLM and USFS lands, unless a specific distinction is identified.

Special Use Permits, ROW grants, easements, and leases authorize the occupancy and use of public lands by private individuals and/or by companies for a variety of activities (including roads, utility lines, communication sites, dams, and other private or commercial uses that cannot be accommodated on private land). The USFS and BLM administer approximately 980 non-recreation Special Use Permits on the SJPL.

### Land Ownership

Public lands are generally retained in Federal ownership in order to provide long-term values. The vision for the planning area is to retain in public ownership all lands currently under its administration that meet the long-term needs of maintaining the integrity of contiguous natural ecosystems, river frontage, riparian areas and wetland ecosystems, recreation and open space, scenery, clean air and water, and refuge from development for plant and animal populations. Under the direction of the DLMP, on a case-by-case basis and through the methods available to each agency, the USFS and the BLM would acquire lands and/or mineral estates that enhance this vision. They would dispose of lands and/or mineral estates that do not meet these needs. In all such cases, the primary guiding principle would be the greater public benefit.

### Land Use and Access Authorizations

The USFS and BLM provide authorizations for occupancy and use for a variety of private and commercial entities; as well as for local, State, Native American tribal, and other Federal agencies. This is accomplished through easements, ROWs, Special Use Permits, leases, and other instruments. Trespasses and encroachment issues are resolved through removal, remediation, or authorization. The SJPLC maintains and enhances public access to the lands identified for retention (BLM), as well as to other public lands where improved access meets resource and/or management needs. The SJPLC engages in cooperative management of private and commercial access needs (with private individuals; developers; State and local agencies, and tribal governments) and encourages the formation of "road-user associations" where multiple users require access.

All authorized uses on public lands are required, by law, to meet all applicable environmental protection measures. For all proposed activities that have the potential for disturbance to lands and resources, a project design is required and is subject to full public environmental analysis, review, and monitoring.

BLM_0030946

**Land Withdrawals**

Formal withdrawal of land from specific land uses and/or types of management is a tool designed to ensure the reservation of the land or resource for a dominant use (including for municipal watersheds, hydropower facilities, or for fossil fuel supplies). Other withdrawals remove lands from the operation of mining and mineral leasing laws in order to protect higher values or uses (including for threatened or endangered wildlife, designated Wilderness, or for high-value facilities and improvements). Withdrawals require a full public environmental analysis and decision process. The vision for the planning area is to pursue formal withdrawal of lands where this process has identified lands with high values and resources needing protection that cannot be provided by routine management, or where withdrawal is required by law.

**Desired Conditions - Lands and Special Uses**

24.1 Public land ownership boundaries are clearly marked on the ground, and land ownership information is easily accessible to the public.

24.2 Surface and mineral ownerships within the planning area are consolidated in order to meet resource and community needs, and to facilitate efficient land management.

24.3 The SJPL retains and/or acquires river frontage, riparian areas and  wetland ecosystems, and other lands that would enhance or protect recreation, open space, scenery, clean air and water, and key habitat for species.

24.4 The SJPL acquires adequate access to isolated lands for resource or management needs.

24.5 Road access to private land is granted only where no other reasonable alternative exists, and where it meets the appropriate road design and maintenance standards necessary for resource protection and public safety.

24.6 Road use authorizations for roads that serve predominantly non-SJPL purposes are provided to local road jurisdictions (reserving public access, where appropriate).

**GEOLOGY**

**Background**

The planning area showcases examples of almost every type of igneous terrain, from nearly 2 billion-year-old metamorphic and igneous basement rock to still-forming hot-springs mineral deposits. Its active geological processes pose dangers and challenges related to the effective management of the planning area. The area's potential for research and resource development recognizes its variety of landscapes: from 14,000-foot mountains to the semi-arid deserts; from fresh glacial cirques and valleys to narrow canyons and wide river channels; its river-cut cross-sections of geologic time stretching halfway back to the birth of the planet; its mineral wealth that fueled the settlement of Colorado (and still provides raw materials to the local communities and to the world); and its geologic record of some of the most fundamental events in earth history (including great mass extinctions, the rise of plant and animal life on land, and the age of the mammals).

BLM_0030947

**Desired Conditions - Geology**

25.1    The planning area contributes to the nation's scientific growth by fostering research, education, and interpretation of the area's rich geological heritage.

25.2    Planning area facilities are located and constructed so that the public is not endangered by geologic hazards.

## PALEONTOLOGICAL RESOURCES

### Background

Paleontologic resources (fossils) constitute a fragile and non-renewable scientific record of the history of life on earth. Management requirements related to ground-disturbing activities are applied in order to protect paleontologic resources and the scientific values they contain. Avoidance of significant sites is the preferred mitigation for adverse impacts to paleontologic resources.

In 1996, a classification system called the "Probable Fossil Yield Classification" (PFYC) was developed by the USFS's Paleontology Center of Excellence and the Region 2 Paleo Initiative in order to promote consistency throughout and between agencies (USFS 1996b). The PFYC system provides baseline guidance for assessing the relative occurrence of important paleontological resources, as well as assessing the need for mitigation. Geologic units are classified at the formation, or member, level according to the probability of yielding paleontological resources of concern to land managers. Classifications range from Class 1 to Class 5, and are based on the relative abundance of vertebrate fossils, uncommon invertebrate, or plant fossils, as well as on their sensitivity to adverse impacts. A higher classification number indicates a higher fossil yield potential and greater sensitivity to adverse impacts (see Appendix Y, Volume 3 for a description of the 5 PFYC classes and the suggested management direction indicated for each class. Geological formations that are known to contain significant vertebrate, invertebrate, and plant fossils include but are not limited to those listed in Appendix Y.) Within the planning area, the BLM identified the Morrison Formation as having the potential for fossil occurrences. The Morrison Formation is also the focus of the vanadium and uranium mining that has occurred historically on public lands, and within Department of Energy (DOE) leases. Vanadium and uranium mining is expected to increase during the planning horizon. Most of the planning area has not been surveyed for paleontological resources, and the extent of occurrences of most paleontological resources is not known.

### Desired Conditions - Paleontological Resources

26.1    Significant fossil resources are available for appropriate scientific, educational, and, where appropriate, recreational uses by present and future generations.

26.2    Vertebrate fossil resources of the PFYC Class 5 formations are available for interpretation and research in a relatively undisturbed condition.

26.3    The Horse Range Mesa vertebrate fossil site is managed for the relevance and importance of Camarasaurus and Stegosaurus dinosaur fossils.

BLM_0030948

## PARTNERSHIPS

### Background

Research and stewardship activities within the planning area are accomplished through an extensive network of potential partners. This includes, but is not limited to, not-for-profit organizations; local, State, Native American, and other Federal agencies; a variety of universities and colleges; public land user groups; entities operating under use permits; and scientific researchers. Although most stewardship activities, and the partnerships that make them possible, are focused on specific tasks (for example, clearing the Colorado Trail of avalanche debris), the outcomes tend to extend far beyond accomplishing the task at hand.

The end result of a partnership effort is usually a deeper understanding of the economic, ecological, and social dynamics of managing public lands (and sometimes private lands), as well as a broader sense of responsibility for caring for resources, and an increased respect for other perspectives (and other user groups). Community-based stewardship  attempts to incorporate local land stewardship ethics in a context of open citizen participation, and to include all interested individuals and groups. A well-documented example within southwestern Colorado is the Ponderosa Pine Forest Partnership, in which local environmentalists and the timber industry (in total gridlock in the early 1990s) cooperated in science-based efforts in order to restore ecological health to local ponderosa pine forests while, at the same time, sustaining small, local wood products businesses. To date, ecological restoration has been accomplished, or is in the process of being accomplished, on approximately 8,000 acres. Many more examples of successfully engaging partners in caring for public lands exist, and more are developing as needs arise.

Research constitutes a specific form of partnership and involves a variety of interests that continue to bring forth new theories, observations, and findings relevant to resource management within the planning area. Partnerships with researchers and local communities are encouraged in order to increase knowledge and education. An emphasis on non-destructive research is preferred, and site-specific research activities are administered under appropriate authorizations.

### Desired Conditions - Partnerships

27.1   The SJPL retain their national reputation as a place where people are willing to actively engage in caring for the land and resources. A variety of organizations and individuals volunteer to work in stewardship roles, serving as an integral part of the management of SJPL.

27.2   Individuals engaged in commercial pursuits within the planning area actively engage in caring for the land and resources.

27.3   Research addresses current management issues and long-term ecological change, and involves interdisciplinary evaluation of a common site.

BLM_0030949

## INTRODUCTION

The preceding section describes SJPL-wide desired conditions, expressing and describing a broad range of conditions throughout the San Juan Public Lands. The geographic area desired conditions, found in this section, focus on desired conditions within each of the three Ranger District/Field Offices: the Dolores, the Columbine, and the Pagosa. For the purposes of the DLMP, these are referred to as geographic areas. Each geographic area description below includes a brief history of the area, as well as a discussion of trends within the surrounding communities in relation to the planning area.

The following factors were considered in shaping the geographic area desired conditions:

- unique ecological and cultural attributes;
- resource conditions, assessments, and trends;
- economic and social contributions of the public lands to neighboring communities and to the region;
- past and current management practices and investments; and
- public demand, uses, and trends.

Combined, these factors shape desired conditions for each geographic area, and also give shape to the general management emphasis of smaller areas, termed management areas, within each geographic area.

## MANAGEMENT AREAS (MAs)

The desired level of management, and the specific use of resources, varies from location to location throughout the planning area. In conjunction with resource desired conditions and objectives, the management emphasis for a particular area is described by Management Areas (MAs). Based on public scoping and agency knowledge of the land, MAs have been applied to all lands within the planning area. There are seven Management Areas (further described in Part 2 of the Plan) that range from areas where natural processes dominate and shape the landscape to areas that are intensely managed. Management Areas also describe the overall appearance desired within the area, as well as uses and activities that may occur or that are generally suitable.

The composition of Management Areas within each geographic area provides a spatial understanding of where management activities and uses may occur, as well as where particular desired conditions will be emphasized. Below, each MA is briefly described (see Suitability in Part 2 of the DLMP for a complete description of MAs). For each geographic area, the MA composition is described and mapped.

### Management Area 1 (MA 1): Natural Processes Dominate

These relatively pristine lands are places where natural ecological processes operate free from human influences. Succession, fire, insects, disease, floods, and other natural processes and disturbance events shape the composition, structure, and landscape patterns of the vegetation. These areas contribute significantly to ecosystem and species diversity and sustainability; serve as habitat for fauna and flora; and offer wildlife corridors, reference areas, primitive recreation opportunities, and places for people seeking natural scenery and solitude. Roads and human structures are absent and management activities are limited on MA 1 lands. Motorized travel, and in most cases, motorized equipment are prohibited. MA 1s include designated Wilderness Areas, the Piedra Area, Wilderness Study Areas (WSAs), and other lands where a primary desired condition is to maintain the undeveloped natural character of the landscape.

BLM_0030950

### Management Area 2 (MA 2): Special Areas and Unique Landscapes

These areas possess one or more special feature or characteristic that makes them, and their management, unique from other areas within the planning area. MA 2s include Research Natural Areas (RNAs), Areas of Critical Environmental Concern (ACECs), Wild Horse Herd Management Areas (HMAs), Archeological Areas, Habitat Areas, Botanical Areas, and other unique areas that have a mix of special features and uses. In general, MA 2s are managed in order to protect or enhance their unique characteristics; therefore, management intensity and suitability varies by each area (see Special Areas in Part 2 of the DLMP for a description of each MA 2, including any additional specific desired conditions, objectives, suitability, or design criteria for each area).

### Management Area 3 (MA 3): Natural Landscapes, with Limited Management

These relatively unaltered lands are places where natural ecological processes operate primarily free from human influences. Succession, fire, insects, disease, floods, and other natural processes and disturbance events predominantly shape the composition, structure, and landscape patterns of the vegetation (although management activities may also have an influence). These areas contribute to ecosystem and species diversity and sustainability; serve as habitat for fauna and flora; and offer wildlife corridors, reference areas, primitive and semi-primitive recreation opportunities, and places for people seeking natural scenery and solitude. Roads and human structures are present, although uncommon.

Management activities are allowed, but limited, on MA 3s. They occur mostly for restoration purposes needed because of natural disturbance events or past management actions. Management activities may include restoration of ecological conditions or habitat components; prescribed burns; wildland fire use; salvage logging following fire, insect epidemics, and/or wind events; hazardous fuels reduction; and invasive species reduction. Temporary road construction and motorized equipment may be used in order to achieve desired conditions; however, most roads would be closed upon project completion. Most MA 3s emphasize non-motorized recreation opportunities, but motorized travel occurs in some areas on existing roads and some trails.  Livestock grazing occurs on many of these lands.

### Management Area 4 (MA 4): High-Use Recreation Emphasis

These areas are places with relatively high levels of recreation use that is managed in order to provide a wide variety of opportunities and experiences to a broad spectrum of visitors. They are associated with, and often provide, access to popular destinations, transportation corridors, scenic byways, scenic vistas, lakes, and streams. Developed recreation facilities that provide user comfort and resource protection are present. These areas tend to be altered by human activities, but also include some more undeveloped places (including backcountry travel corridors). Visitors can expect to see a wide range of human activities and development (including roads, trails, interpretive sites, campgrounds, trailheads, fences, and day-use facilities). Both motorized and non-motorized activity is common. Natural ecological processes and disturbance agents (including succession and fire) are often influenced by humans on most of these lands. Resource uses (including livestock grazing, timber management, and wildlife management) may occur in conjunction with surrounding recreation and scenic objectives.

BLM_0030951

### Management Area 5 (MA 5): Active Management (commodity production to meet multiple-use goals)

These multiple-use areas are places where active management occurs in order to meet a variety of social, economic, and ecological objectives. They are easily accessible, occurring mostly on roaded landscapes and relatively gentle terrain. These are lands where timber harvesting, oil and gas activities, and intensive livestock grazing occur and influence the composition, structure, and landscape patterns of the vegetation. Natural ecological processes and disturbance agents (including succession and fire) are often influenced by humans on many of these lands. A mosaic of vegetation conditions is often present, some showing the effects (impacts) of past management activities; others appearing predominantly natural. These areas contribute to ecosystem and species diversity, and serve as habitat for fauna and flora.

In MA 5s, visitors can expect to see a wide range of human activities, development, and management investments (including roads, trails, fences, corrals, stock ponds, timber harvesting equipment, oil and gas wells, and livestock). Maintenance of past and current investments is anticipated to be continued for future management opportunities. Motorized and non-motorized recreation opportunities are easily accessed by the relatively dense network of roads found on these lands. Hiking trails provide access for visitors (who can expect contact with others).  Developed recreation facilities that provide user comfort and resource protection are present.

### Management Area 7  (MA 7): Public and Private Lands Intermix

These areas are places where the public lands within the planning area are in close proximity to private lands; therefore, coordination with communities and local governments is essential in order to balance the needs of both parties. MA 7s are often associated with towns and cities, as well as with the houses, structures, people, and values associated with them. Visitors can expect to see a wide range of human activities and development (including roads, trails, fences, signs). In some MA 7 areas, oil and gas development is evident.

The close proximity of these areas to private lands makes them a priority for fuels and vegetation treatments in order to reduce wildfire hazards. The backyard or rural recreation setting provided by many of these lands is an amenity to the active lifestyles and quality of life for local residents. Hiking, biking, and dog-walking are common activities. These areas contribute to ecosystem and species diversity, and serve as habitat for fauna and flora. Winter range for deer and elk is a common component of MA 7s, as are seasonal closures in order to reduce animal disturbance. Natural ecological processes and disturbance agents (including succession and fire) are influenced by humans on most of these lands.

Land exchanges, acquisitions, and disposals can be undertaken in order to improve the intermingled land ownership patterns that are common in MA 7s.  Cooperation with adjacent landowners and local governments is common in order to improve access and to convey roads to county jurisdictions, where appropriate. Cooperation is also be important in order to improve transportation network, protect resources, and allow authorized legitimate access to public lands. Utility and communication distribution lines tend to be more common in these areas.

### Management Area 8 (MA 8): Highly Developed Areas

These lands are places that have been altered with long-term development (including downhill ski areas and large dams).  In these areas, human activities have created lasting changes in the composition, structure, and function (ecological processes and disturbance agents) of the associated ecosystems. These areas, which often provide large socioeconomic benefits, include Durango Mountain Resort, Silverton Mountain Resort and the McPhee Dam.

BLM_0030952

## DOLORES GEOGRAPHIC AREA

### General Location and Description

Dolores is the westernmost geographic area within the planning area (bordering Utah in places). It lies predominantly in Montezuma, Dolores, and San Miguel Counties, with some lands in Montrose County. The Dolores Ranger District/Field Office consists of approximately 1,033,630 acres of USFS and BLM lands. Dolores has the greatest amount of BLM lands on the SJPL – approximately 436,834 acres.

Some of the BLM lands in the southern portion are adjacent to Mesa Verde National Park, and to the Ute Mountain Ute Reservation and Southern Ute Reservation. Some of the BLM lands in the northwest portion border the Uncompahgre (Colorado), Moab (Utah), and Monticello (Utah) Field Offices of the BLM. USFS lands share a northern border with the Uncompahgre National Forest.

The social center of this geographic area is the Town of Cortez (with a population of approximately 8,500 people). Cortez is the Montezuma County seat, as well as the commercial center for the smaller communities of Mancos, Dolores, Rico, and Dove Creek (which is the Dolores County seat), all with populations of 1,200 or less. Public lands in the northwestern portion of this geographic area tie more to towns in Montrose and San Miguel Counties (including Norwood and Montrose) in Colorado, and to Monticello, Utah.

Although most of the towns are close to public lands, they lie in broad valleys with a good deal of private land on their borders. The Town of Rico, which is surrounded by USFS lands, is an exception (see Special Areas in Part 2 of the DLMP for a discussion of the Rico area).

The main river systems are the Mancos River (which has headwaters in the La Plata Mountains) and the Dolores River (which has headwaters in the Lizard Head Wilderness). Both rivers provide irrigation for pastures, hay meadows, and other crops on private lands in the area. McPhee Reservoir, on the Dolores River, is the second largest body of water in Colorado. It is an important recreation area, as well as a source of domestic and irrigation water. Use of water from these rivers has greatly affected both historical settlement patterns and current land uses.

Significant portions of the San Juan Skyway traverse the Dolores geographic area (including Highway 145, from Lizard Head Pass down through Rico to Dolores and Cortez, and from there Highway 160 to the Montezuma-La Plata County line, which is the boundary with the Columbine geographic area). Other major segments of the Skyway are to the east, in the Columbine geographic area, and on the Uncompahgre National Forest to the north (going through Ouray, Ridgway, and Telluride). Since its designation as a Scenic Byway, the San Juan Skyway has been one of the most popular recreation attractions in southwestern Colorado. It is one of only 26 All-American Roads in the United States. The Skyway's diverse natural and cultural resources, combined with its unique and spectacular scenery, give it a claim as one of the crown jewels of scenic byways in the entire nation. Portions of the Trail of the Ancients Scenic Byway are also located within the Dolores geographic area (see Special Areas for more information on the Byways).

BLM_0030953

Other outstanding scenic attractions in this geographic area include the West Dolores Road and the Dolores River Canyon. The area includes high densities of significant Puebloan archeological sites (including the Anasazi Archeological District around McPhee Reservoir, and the Mesa Verde Escarpment), as well as more modern mining, railroad, logging, and grazing historical sites.

The Dolores geographic area falls into three distinct ecological units (see Figure 6 - Ecological Units), also referred to as sections. The San Juan Mountains, which are part of the southern Rocky Mountains, in the eastern portion of the geographic area fall into the South-Central Highlands Section. The San Juan Mountains are unusual within the north-south orientation of the Rocky Mountains, in that they are a large mountain range with an east-west orientation. This part of the geographic area includes the Lizard Head Wilderness and several IRAs (including Storm Peak, Ryman, Black Hawk Mountain, and portions of San Miguel and Hermosa). This area has much less human development than the rest of the Dolores Geographic Area, with most of the development occurring on private land in the Dolores River Valley (including the Town of Rico). The area also contains some roads associated with historic, and current, timber harvesting and historic mining (especially near Rico). Big game hunting is popular in the fall. Aspen trees are an important component of the vegetation here, both for their scenic quality and to support the wood product plants in the area.

The northwestern end of the Dolores geographic area, including Dry Creek Basin and Big Gypsum Valley, is in the North Canyonlands Section. This lower elevation country has been extensively roaded for oil and gas development, as well as for uranium exploration and mining. Continued oil and gas development is expected in the Paradox Basin. There is also a high probability of more uranium and vanadium development as a result of a proposed processing facility near Naturita, Colorado. The area is also used for cattle grazing. Two undeveloped portions of this area are the Dolores and McKenna Peak WSAs. Geology in portions of the area consists of sedimentary shale and sandstone formations, and is largely responsible for the area's water quality. Surface water quality is considered poor. It is high in salinity and sediment from surface run-off over highly erosive soils with high salinity content. The area includes the Spring Creek Wild Horse Herd Management Area, and important Gunnison Sage-grouse habitat.

Most of this geographic area is in the Grand Canyon Section. The higher elevations are dominated by ponderosa pine on rolling topography that is more accessible than most of the SJPL. An area of approximately 180,000 acres known as "The Pine Zone" was heavily logged in the early 1900s. This area is still being logged; however, the emphasis is now on restoring more natural conditions. Cattle grazing occurs over most of the area. The area is also popular for big game hunting. The Dolores River Canyon through this area has spectacular scenery, important archeological resources, Wilderness characteristics, unique plant communities and, on years when adequate water is available below McPhee Reservoir, outstanding white-water rafting. The flatter, higher ground within this section is almost all in MA 5s, with a wide range of multiple-use activities occurring. Development and management intensity is much more limited in the canyons.

BLM_0030954

Figure 6- SJPL Ecological Units



BLM_0030955

## Desired Conditions - Dolores Geographic Area

28.1   Public lands continue to function as "working lands." Collaborative forest health and rangeland management practices reduce wildfire hazards, contribute to the viability of private ranch lands, and sustain ecosystem services (including watershed health and wildlife habitat). The local economy benefits from, and contributes to, sustainable resource management, as well as to the preservation of open space.

28.2   The Dolores River system remains a primary water source in order to meet domestic and agricultural needs while, at the same time, contributing a wide array of recreational, ecological, and aesthetic services. Collaborative efforts support watershed health, in-stream water quality, scenic assets, healthy native and sport fish populations, rafting and flat water boating opportunities, and flow and spill management below McPhee Dam in support of ecological, recreational, reservoir management, and water-rights imperatives.

28.3   A variety of looped single-track and two-track opportunities for motorized and mechanized recreation exist at a range of elevations, offering different levels of difficulty. Motorized and mechanized opportunities are balanced with opportunities for foot and horseback access to areas of relative quiet and solitude at a variety of elevations. Much of the primary access to these areas is shared, based on mutual courtesy and on a strong stewardship ethic that is primarily self-enforced and maintained by individuals and user groups.

28.4   Cultural and historic resources are protected, interpreted, and promoted through an integrated network involving the Anasazi Heritage Center, Canyons of the Ancients National Monument, the Ute Mountain Tribal Park, Mesa Verde National Park, and community visitor centers (including the Cortez Cultural Center, the Galloping Goose Museum, and the Mancos Visitor Center). Residents and visitors are educated and oriented in a manner that enhances and encourages their participation in the enjoyment and stewardship of cultural resources (which are significant contributors to the local economy).

28.5   Scenic vistas, especially along the San Juan Skyway and the West Dolores Road, are protected and enhanced through collaborative efforts with partners (including the Colorado Byways Commission, Colorado State Parks and Recreation, Montezuma Land Conservancy, Office of Community Services, CDOT, Montezuma and Dolores Counties, and the Town of Rico).

28.6   The McPhee Reservoir area is one of the Four Corners' "recreation gems." A viable marina facility is re-established that offers, at a minimum, basic services for those enjoying water sports and fishing. A strong connection exists between the reservoir and the Town of Dolores.

28.7   Abundance and viability of Gunnison Sage-grouse, and their habitat, are achieved through a range-wide perspective on their management that provides a healthy sagebrush steppe ecosystem so that they, and other sagebrush obligate species in the system, benefit. An atmosphere exists of cooperation, participation, and commitment among wildlife managers, landowners, private and public land managers, other stakeholders, and the interested public in the development and implementation of conservation actions that recognize the importance of sustainable local economies as being essential to successful conservation. Gunnison Sage-grouse protection and restoration is enhanced through these cooperative efforts while, at the same time, oil and gas development, mining, recreation, and grazing continue.

BLM_0030956

28.8   Salinity and sediment contributions of the Dolores River tributaries (including Disappointment Creek, Big Gypsum, Little Gypsum, and Dry Creek) are reduced through an integrated activity approach that achieves reduced erosion and improves land health.

28.9   The unique soils of the gypsum lands in the Dolores geographic area (including Big Gypsum Valley, Little Gypsum Valley, and the Spring Creek area) are intact and have the soil productivity necessary in order to protect the rare biota associated with them.

28.10   The hanging gardens of the Dolores geographic area that provide the habitat for *Erigeron kachinensis, Mimulus eastwoodia,* and *Adiantum capillus-veneris* have the water sources and hydrologic systems necessary in order to support and sustain these rare plant species.

28.11   Ponderosa pine forests on the mesa tops of the Dolores geographic area display more structural diversity than currently exists (including more old-growth stands, more stands with a clumped structure, more stands with large old trees, more snags, and more large dead-and-down wood on the forest floor).

28.12   Large patches of sagebrush shrublands in the Dolores geographic area provide suitable habitat for the Gunnison Sage-grouse, and display a variety of structural conditions (including sagebrush patches with low and high cover and sagebrush patches with short and tall stems).They also display native herbs that are abundant and well-distributed.

28.13   Narrowleaf cottonwood riparian areas and wetland ecosystem communities throughout the low and middle elevations of the Dolores geographic area display moderate to high canopy cover (greater than 20%) of narrowleaf cottonwood trees, including young-, middle-, and old-age classes.

28.14   Willow riparian areas and wetland ecosystem communities throughout the low- and mid-elevations of the Dolores geographic area display moderate to high canopy cover (greater than 20%) of willows, including young-, middle-, and old-age classes.

28.15   Aspen management maintains age and class diversity and promotes healthy stand conditions while, at the same time, continuing to supply a sustainable supply of aspen products to the local and regional industries.

28.16   Timber and fire management is utilized in order to restore stands to an uneven age condition where natural fire regimes and natural processes can occur, and where a multi-aged and multi-cohort forest structure resilient to disturbance is established. Timber management in the ponderosa pine incorporates restoration forestry into commercial timber sales at an appropriate scale that provide support, stabilization, and diversification of the local industry.

BLM_0030957

The following areas have been identified for their recreation market, niche, and setting.  While other resource activities occur within these areas, the desired condition for the recreation experience is specifically described for the following areas:

28.17   **Boggy Draw area**: A community recreation-tourism market provides local residents a day-use recreation setting for both motorized and non-motorized recreation. Hiking, mountain biking, and OHV-recreation take place on a trail and road network designed to minimize conflicts and to keep user encounters at a low level. Some trails and trailheads may be designed and designated for different types of uses. Access to the area is on main road corridors that provide a gateway to a Semi-Primitive ROS setting. Winter recreation is similar to summer recreation, in that it offers a mix of motorized and non-motorized recreation from developed trailheads. The physical setting appears natural, but active management related primarily to grazing and vegetation management is prevalent. Administration actions in this area emphasize extensive active management while, at the same time, providing for cultural interpretation and conservation education messages. Travel management and additional essential visitor information and services are visible.

28.18   **Sage Hen area**: A community recreation-tourism market provides local residents a day-use recreation setting with an "informal" ambiance within a setting that is designed to protect cultural resources and provide public services. Administration and development are designed to facilitate a high level of use, as well as easy access to picnicking, short loop hikes, and water. Management of this area emphasizes cultural interpretation and conservation education messages. Motorized access is provided in a way that minimizes effects to the overall pedestrian theme of the area. The setting is predominantly Frontcountry ROS.

28.19   **Haycamp Mesa area**: A community recreation-tourism market provides local residents a day-use recreation setting for motorized recreation. OHV-use takes place on a trail and road network designed to minimize conflicts and to keep user encounters at a low level. OHV-use, picnicking, dispersed and developed camping, mountain biking, and hiking are the primary recreation activities. A trail and road network exists in order to support this type of recreation, to minimize conflicts, and to keep user encounters at a low level. Access to the area is on main road corridors that provide a developed gateway to Semi-Primitive ROS settings. Winter recreation is similar to summer recreation, in that it offers a mix of motorized and non-motorized recreation from developed trailheads. Management actions are visible within this "working forest landscape" and are primarily the result of forest restoration activities, grazing, travel management actions, and/or essential visitor information and services.

28.20   **Aspen Loop area**: A community recreation-tourism market provides local residents a recreation setting for motorized recreation. OHV-use takes place on a trail and road network designed to minimize conflicts and keep user encounters at a low level. OHV-use, scenic viewing (especially of fall colors), picnicking, dispersed and developed camping, mountain biking, and hiking are the primary recreation activities. A trail and road network exists in order to support this type of recreation, to minimize conflicts, and to keep user encounters at a low level. Access to the area is on main road corridors that provide a developed gateway to Semi-Primitive recreation settings in the aspen-covered mesas and in the La Plata Mountains. In addition, the Aspen Loop Trail continues to provide a high quality motorized recreation travel corridor. Winter recreation is similar

BLM_0030958

to summer recreation, in that it offers a mix of motorized and non-motorized recreation from developed trailheads. Management actions in the dispersed areas are visible, but subtle, within this "working forest landscape" and are primarily the result of forest restoration activities, grazing, travel management actions, and essential visitor information and services. The more developed settings of Jersey Jim Lookout and Transfer Campground have additional amenities and resource protection, as appropriate.

28.21   ***Chicken Creek area***: A community recreation-tourism market provides local residents a day-use setting for primarily non-motorized winter recreation close to town, and is part of the Aspen Loop/ Hay Camp Mesa.

28.22   ***Lizard Head Pass area***: A is a strong destination market for several local communities (including Ridgway, Montrose, Telluride, Rico, Dolores, Mancos, and Cortez). This area offers spectacular scenic vistas, visitor interpretation, and a year-round rest stop for travelers on the San Juan Skyway. During winter months, this high pass supports recreation demand (including for backcountry skiers and snowmobiles). Winter parking and access along this Roaded Natural ROS corridor is scarce and in high demand. Winter parking is facilitated by developed trailheads and by Colorado Department of Transportation (CDOT) snowplowing. Essential visitor information and sanitation are provided. Segregation between motorized and non-motorized uses in some locations ensures opportunities for quiet recreation in the backcountry. In summer, this pass serves as a scenic corridor and as a "jump-off" point to the much more remote high alpine backcountry. This pass has scenic viewpoints where people stop to appreciate spectacular views, providing a good opportunity for public interpretation and conservation education.

## Dolores Geographic Area Integrated Strategy Plan Components

As detailed in Strategy in Part 2 of the DLMP, the Dolores Geographic Area includes the following special areas and unique landscapes (see Part 2 "Special Areas" for details):

- Wilderness (Lizard Head Wilderness Area)

- BLM Wilderness Study Areas (McKenna Peak, Dolores River, Weber, and Menefee)

- Forest Service Recommended Wilderness Areas (Portions of the Lizard Head and Hermosa IRAs)

- Recommended Wild and Scenic River Segments (the Dolores River from McPhee to Bedrock; Summit Canyon; and Coyote Wash)

- Research Natural Areas (Narraguinnep and Grizzly Peak)

- Areas of Critical Environmental Concern (Big Gypsum)

- Wild Horse Herd Management Areas (Spring Creek)

- Scenic, Historic, and Backcountry Byways (portions of the San Juan Skyway and the Trail of the Ancients Scenic Byway)

- National Recreation and Scenic Trails (Calico and Highline trails)

- Habitat Management Areas (Willow Creek for Sage-Grouse)

- Unique Landscapes (Rico, Dolores River Canyon, Mesa Verde Escarpment, McPhee)

- Structured Recreation Management Areas (Dolores River and Cortez)

BLM_0030959

**Management Area Composition**

Table 4 shows the distribution of MAs within the Dolores geographic area (see Suitability in Part 2 of the DLMP).

**Table 4 - Dolores Geographic Area Management Areas Distribution**

| Management Area | Proposed Plan (Preferred Alternative) (acres) | Percentage of Geographic Area (USFS and BLM Lands) |
|---|---|---|
| MA 1   Natural Processes Dominate | 83,231 | 8% |
| MA 2   Special Areas and Unique Landscapes | 93,755 | 9% |
| MA 3   Natural Landscapes, with Limited Management | 445,777 | 43% |
| MA 4   High-Use Recreation Emphasis | 28,302 | 3% |
| MA 5   Active Management (commodity production in order to meet multiple-use goals) | 364,997 | 35% |
| MA 7   Public and Private Lands Intermix | 17,743 | 2% |
| MA 8   Highly Developed Areas | 602 | >1% |
| *Total* | *1,034,406* | *100%* |

BLM_0030960

**Figure 7 - Dolores Geographic Area**

BLM_0030961



# San Juan Public Lands
## Dolores Geographic Area

**Legend**

- 1 W - Natural Processes Dominate: Designated Wilderness, Wilderness Study Areas and Piedra Area
- 1 - Natural Processes Dominate: Other Areas
- 2 - Special Areas and Unique Landscapes
- 3 - Natural Landscape with Limited Management
- 4 - High Use Recreation Emphasis
- 5 - Active Management
- 7 - Public and Private Lands Intermix
- 8 - Highly Developed Areas
- San Juan Public Lands
- County Boundary
- Cities and Towns
- Major Lakes
- Major Rivers
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
NAD 83, Polyconic Projection
August 13, 2007

## COLUMBINE GEOGRAPHIC AREA

### Background

The Columbine geographic area forms the central part of the planning area. It is situated primarily in La Plata and San Juan Counties, with some lands in Hinsdale and Archuleta Counties. The Columbine Ranger District/ Field Office consists of approximately 744,860 acres of USFS and BLM lands. The public lands are primarily USFS (92%), except for a significant concentration of BLM lands near Silverton, as well as scattered parcels at lower elevations.

The Columbine Geographic Area shares a northern border with the Uncompahgre and Rio Grande National Forests, and with the BLM Uncompahgre and Gunnison Field Offices. Some BLM land is immediately adjacent to the City of Durango, and additional BLM lands are interspersed with private property near Durango and Bayfield (between the national forest border and the Southern Ute Reservation).

The social center of this geographic area is the City of Durango (with a population of approximately 16,000 people). It is the County Seat for La Plata County (with a population of approximately 47,000 people). It is also the commercial center for the smaller communities of Bayfield (approximately 1,800 people), Ignacio (approximately 775 people), and Silverton (approximately 600 people; which is the San Juan County Seat). Farmington, Aztec, and Bloomfield (New Mexico) have ties to the area as trade centers, support for the oil and gas industry, and as recreation users (especially of La Plata Canyon).

The historic mining town of Silverton is surrounded by BLM public lands. Silverton is situated high in the San Juan Mountains, at an elevation of 9,305 feet. It is one of the main portals to the Alpine Loop Backcountry Byway (others being Ouray and Lake City). Silverton is also the destination for tourists riding the narrow-gauge railroad from Durango. Silverton Mountain, which is on a mix of private and BLM lands, is one of the newest ski areas in the country, and offers some of the most challenging terrain (see the Silverton Special Area in Part 2).

Durango Mountain Resort (DMR) lies between Silverton and Durango, off of Highway 550. DMR has a base area on private land, with some additional base facilities and ski runs permitted on the San Juan National Forest. La Plata and San Juan Counties have approved a Planned Unit Development (PUD) for the private lands adjacent to the DMR, with the potential for over 2,000 resort housing and lodging units supported by substantial commercial development. The likely increase in population adjacent to public lands will result in a need for close coordination on issues (including trail development, fuels reduction, and wildlife habitat).

Significant portions of San Juan Skyway traverse the Columbine geographic area (including as Highway 550 from Durango north to Silverton, and over Red Mountain Pass, which is the boundary with the Uncompahgre National Forest). A lower elevation portion of the Skyway follows Highway 160 from Mancos Hill to Durango. The other towns in the Columbine geographic area are situated at lower elevations (and have milder climates). Durango is situated at the intersection of Highway 550 (which connects with Silverton to the north, and Aztec and Farmington, New Mexico to the south) and Highway 160 (which connects with Cortez to the west, and Pagosa Springs to the east). It is a hub for the area. Durango is one of the more mature tourism towns in Colorado, with a historic downtown. It is supported by tourism related to the Durango-Silverton Narrow Gauge Railroad, the Animas River, DMR, Mesa Verde National Park, and the Weminuche Wilderness Area. Durango is one of a handful of towns that can make a good claim to the title "mountain bike capital of the world." Durango is also home to Fort Lewis College. It is the governmental, commercial, and entertainment center for southwestern Colorado. Residents of Durango have easy access to USFS and BLM lands within the planning area.

BLM_0030962

The Grandview Area, which is near Durango, is being annexed to the City of Durango (with substantial real estate and commercial development expected for this area during the life of this LMP). Durango is interested in acquiring BLM lands in this area in order to provide better access to the new hospital and adjacent developments. Acquisition of some of the adjacent BLM lands under the Recreation and Public Purposes Act is under consideration. BLM-administered lands in the Grandview Area are currently managed under a Coordinated Resource Management Plan (2000), offering a co-emphasis on recreation (non-motorized trails), wildlife winter habitat, and sand and gravel production. A review and possible modification of the Grandview Coordinated Resource Management Plan is expected in the near future (which would address new management challenges anticipated from on-going development adjacent to the BLM lands). BLM-administered lands in the Grandview Area currently provide an extensive trail network that is immediately adjacent to Durango (popular for hiking, horseback riding, and mountain biking). Substantial partnership-based wildlife-habitat improvement projects have been carried out on the property. Recreation and mineral development are to be designed in a manner that maintains winter wildlife habitat effectiveness (including closure to public and recreation access during some winters). The land also contains a very significant pre-historic cultural landscape and is the last representative of Pueblo I occupation on public lands in the Durango area.

Bayfield has been a bedroom community to Durango, but is developing a significant business infrastructure of its own which is expected to grow in the coming years.

The main river systems in the Columbine geographic area are the Animas (with headwaters above Silverton) and the Los Pinos, or Pine (with headwaters in the Weminuche Wilderness). Both rivers drain into the San Juan River in northern New Mexico, which then joins the Colorado River. Water diversion for agriculture and municipal use is important on both rivers. Both river systems also contain relatively pristine stretches that are valued for their scenery and recreational opportunities.

Vallecito Reservoir is in this geographic area; it is the most developed lakeshore resort and recreation area in southwestern Colorado. Above Vallecito Reservoir, and nearby Lemon Reservoir, are access points to the Weminuche Wilderness. The Pine River flows south from Bayfield through the Town of Ignacio, which is a tri-ethnic community that serves as the headquarters of the Southern Ute Tribe. The Southern Ute Tribe has combined decades of revenues from energy production with excellent management in order to become one of the wealthiest tribes in the country.

The Columbine geographic area falls primarily in the South-Central Highlands Section, with only the southernmost low elevation lands in the Navajo Canyonlands Section. The higher country, part of the San Juan Mountains, is characterized by steep, rugged terrain with predominantly spruce-fir, aspen, and mixed-conifer forests. Much of the area to the east of Highway 550 and the Animas River is in either the Weminuche Wilderness or in the Piedra Area (designated in the 1993 Colorado Wilderness Act to be managed so as to preserve its Wilderness character). Inventoried Roadless Areas include Baldy, Florida River, Runlett Park, and smaller areas adjacent to the Weminuche Wilderness Area and the Piedra Area.

The Missionary Ridge Fire in 2002 burned approximately 73,000 acres in the area north of Durango (east of Highway 550), over to the western edge of the Piedra Area (east of Vallecito Reservoir). Early rehabilitation efforts have gone well; however, restoration would continue to be a concern during the life of the LMP. Continued cooperation with local communities (including Vallecito) that were greatly affected by the fire and its aftermath will continue to be a management goal.

BLM_0030963

Much of the high country west of Highway 550 is unroaded, including the Hermosa area (which is the largest roadless area outside of designated Wilderness in Colorado, consisting of approximately 148,139 acres). The Hermosa Trail, which parallels the main stem of Hermosa Creek, is considered one of the top mountain bike rides in the country. The portion of the Hermosa Creek west of the trail is managed as a MA 1, with much it recommended for inclusion in the National Wilderness Preservation System. The eastern portion, including the trail, is managed as MA 3. Although this portion includes several popular motorcycle routes, non-motorized recreation is emphasized for most of the Hermosa area. The San Miguel is another large roadless area (a significant portion of which is to be managed as a MA 1, including Engineer Mountain).

The lower elevation USFS and BLM lands in the southern end of the Columbine geographic area are part of the Navajo Canyonlands Section. This area is characterized by low- to mid-elevation mountains, mesas, hills, and valleys with mild to moderate winters and predominantly mixed-confer, ponderosa pine, pinyon-juniper, and mountain grassland vegetation.

The Navajo Canyonlands hold substantial coal and gas resources. Coal-bed methane reserves exist in large quantities in the northern San Juan Basin area (including USFS and BLM lands south of Highway 160 on both sides of the La Plata County and Archuleta County border). Most of this area was leased for oil and gas development prior to the development of this DLMP, with additional development authorized by the Northern San Juan Basin Coalbed Methane EIS ROD in 2007. (Direction for the area, consistent with that ROD, is found in the HD Mountains Special Management Area discussion in Part 2 of the DLMP.)

The vast amount of undeveloped land that provides a setting for backcountry recreation is a primary reason people visit this area. Additionally, the area contains some unique access into high-elevation remote areas (including the Durango-Silverton Narrow Gauge Railroad's access to Weminuche Wilderness trailheads, and historic mining roads into the high-elevation mountains around Silverton and in La Plata Canyon). Compared to the other geographic areas, the Columbine Geographic Area has the most trailheads providing access into the backcountry. Given local population, visitors, tourism amenities, access to the backcountry, and the proximity of other regional destinations, the Columbine Geographic Area experiences the greatest amount of recreation users and resulting recreation management challenges.

The economies of the communities in the Columbine geographic area have evolved towards an increasing emphasis on amenity migration (the movement of people for pleasure rather than for economic reasons), recreation tourism, and resort development; but still have ties to multiple-use management. The historic connections of La Plata County to ranching, hunting, and public land grazing are of continuing importance as the area struggles to protect the scenic, wildlife, and cultural aspects that ranching and Outfitting/Guiding play in the overall appeal of the area. Although the historic ties to sawmilling have substantially diminished, the Missionary Ridge Fire was a reminder of the continued need for forest management, and the economies that help support forest management on public and private lands. The fact that La Plata County is one of the top energy producing counties in Colorado also presents multiple-use management challenges.

BLM_0030964

**Desired Conditions - Columbine Geographic Area**

29.1    The full spectrum of outdoor recreational opportunities, ranging from wilderness settings to in-town access, is provided. This is the result of a collaborative process for the allocation and sharing of uses and stewardship responsibilities designed to protect the quality of the human experience and health of the natural environment.

29.2    Extensive heritage resources remain central to the area's economy, culture, and recreational experience. Heritage resources (including the Silverton Historic Mining District), as well as the natural settings that make these resources so unique, are protected and sustainable.

29.3    Destination and resort development, especially along the river corridors, is planned, developed, and managed in order to minimize their impact on the health of surrounding landscapes, natural resources, and communities. This is the result of sustained cooperation from the land management agencies, interested citizens; State and local agencies; and developers.

29.4    Oil and gas development is planned, conducted, and reclaimed to a standard commensurate with the ecological, aesthetic, and human values attached to the land where the extraction is occurring.

29.5    Opportunities for research, particularly applied research, are fully developed with local partners (including Fort Lewis College, the Mountain Studies Institute, and the Center for Snow and Avalanche Research, as well as other interested groups and institutions)

29.6    Winter sports conflicts are reduced through cooperative efforts between motorized and non-motorized advocates. Some areas may emphasize one use over another, but many potential problems are resolved through agreements on locations of parking areas, grooming, and route locations.  High-quality opportunities are available for both snowmobiling and backcountry skiing.

29.7    The wetlands and fens associated with the upper Pine River and Flint Creek watersheds in the Columbine geographic area (where a high density of fens occur), are protected and have the water sources and hydrologic systems necessary in order to support and sustain these ecosystems.

29.8    The wetlands and fens associated with the Lime Creek watershed and the Mountain View Crest and Molas Lake areas in the Columbine geographic area (where high concentrations of wetlands and potential fens occur) have the water sources and hydrologic systems necessary in order to support and sustain these ecosystems.

29.9    The Missionary Ridge wildfire area in the Columbine geographic area displays less bare soil and erosion, and a higher abundance and distribution of native herbaceous plant species.

29.10   The landscapes associated with the intensive gas development in the Columbine geographic area display minimal fragmentation. The major vegetation types associated with those lands, particularly the ponderosa pine forests, pinyon-juniper woodlands, and mountain shrublands, display compositions and structures similar to those that occurred before the development.

BLM_0030965

The following areas have been identified for their recreation market, niche, and setting.  While other resource activities occur within these areas, the desired condition for the recreation experience is specifically described for the following areas:

29.11   ***Engineer Mountain area***: This area offers quick access to an undeveloped recreation-tourism market close to the San Juan Skyway. This area has a Primitive ROS setting in a scenic high alpine environment, offering access to Engineer Mountain (12,968), and links to the Colorado Trail and to the Coal Bank and Molas Pass areas. Developed trailheads connect to remote roadless areas where solitude and a natural environment can be experienced. Hiking, mountain biking, and equestrian uses are popular activities for visitors who appreciate the rugged narrow trails winding through the high, open country. Day-use predominates, although some backpacking occurs. Guided hunting parties, supported by packhorses, camp during hunting season. Essential services are provided at entry points on the San Juan Skyway (including sanitation, parking, and visitor information).

29.12   ***East Missionary Ridge area***: This community recreation-tourism market provides local residents a day-use recreation setting for non-motorized recreation. This area supports Semi-Primitive ROS settings for people in Durango, as well as for people from nearby subdivisions who enjoy easy access to non-motorized recreation (including hiking, scenic viewing, horseback riding, wildlife watching, as well as a quick escape from the urban environment for exercise and fresh air). Facility development is limited to essential sanitary and informational services, as well as to parking and travel management. The environment is natural-appearing, except for developed communication sites.

29.13   ***Saul's Creek area***: This community recreation-tourism market serves as part of Bayfield's "backyard." The recreation settings within these areas support day-use primarily for nearby community residents who enjoy easily accessed motorized and non-motorized Semi-Primitive ROS recreation on designated routes (including car camping, firewood gathering, hunting, hiking, mountain biking, cross-country skiing, and wildlife watching). Facility development is limited to essential sanitary and informational services, as well as to parking and travel management. Numerous old roads serve as access and travel ways for visitors. Although the sites and sounds of nature predominate, visitors may also experience a "working forest" atmosphere (including evidence and aspects of vegetation management, oil and gas development, grazing, and fuelwood gathering).

29.14   ***La Plata Canyon area***: This destination recreation-tourism market primarily serves people from the Durango, Mancos, Hesperus, Cortez, and Farmington areas who frequent the area to enjoy the predominantly natural environment. The setting for this area is a Roaded Natural ROS that supports day use and overnight use. Developed campgrounds and designated dispersed campsites are rustic and low-key within a dramatic canyon environment (offering frequent visible evidence of the old mining district). Evidence of management (including signs and structures) is frequent in order to address private property, sanitation, and resource protection concerns. Motorized use is primarily for scenic viewing, accessing pedestrian activities (including fishing, hiking, and biking), or for just "passing through" in order to get to the high country. Road design and maintenance is at a level that keeps speeds low and safe for pedestrians.

BLM_0030966

29.15 **Beaver Meadows area**: This community recreation-tourism market provides local residents a day-use recreation setting for both motorized and non-motorized recreation. The recreation setting within this area is Frontcountry ROS, primarily for local community visitors who enjoy easily accessed motorized and non-motorized recreation on designated routes. Activities may include car camping, ATV- and OHV-use, fire wood gathering, hunting, mountain biking, and wildlife watching. Facility development is limited to essential sanitary and informational services, as well as to parking and travel management. Numerous old roads serve as access and travelways for visitors. Designated trails provide miles of motorized opportunities. Winter recreation includes snowmobiling, snowshoeing, and skiing on groomed trails. Although the sites and sounds of nature predominate, visitors may also experience a "working forest" atmosphere (including evidence and aspects of vegetation management, grazing, and wood gathering).

29.16 **Hermosa area**: The desired condition for this large, and primarily roadless, Semi-Primitive ROS area is to maintain a recreation setting that offers ample non-motorized recreation and limited motorized recreation for nearby communities, and a destination recreation-tourism market, within a natural appearing environment, for visitors. Hiking, mountain biking, fishing, hunting, horseback riding, and OHV-use take place on a trail network designed to minimize conflicts and to keep user encounters at a low level. Some trails and trailheads may be segregated for different types of uses. Access to the area is on developed road corridors that provide a gateway to more primitive recreation settings. Natural quiet, solitude, and a sense of remoteness are still found within the Hermosa backcountry. Management actions are visible, but subtle, and are primarily the result of forest restoration, travel management, and essential visitor information services. Winter recreation is limited, due to restricted access.

**Columbine Geographic Area Integrated Strategy Plan Components**

As detailed in "Strategy" in Part 2 of the DLMP, the Columbine geographic area includes the following special areas and unique landscapes (see Part 2 "Special Areas" for a full description):

- Wilderness (Weminuche Wilderness)

- BLM Wilderness Study Areas (Whitehead Gulch and West Needles)

- Forest Service Recommended Wilderness Areas (a portion of the Hermosa IRA and the Elk Park portion of the Weminuche Adjacent IRA).

- Recommended Wild and Scenic River Segments (Animas River form Bakers Bridge to Sultan Creek; Mineral Creek; South Fork of Mineral Creek; Hermosa Creek and tributaries; Los Pinos, and tributaries, above Vallecito Reservoir)

- Research Natural Areas (Electra and Hermosa)

- Botanical Areas: (Chatanooga and Burro Bridge Iron Fens)

- Habitat Management Areas (Perins Peak)

- Archeolgocial Areas (Falls Creek)

- Scenic, Historic, and Backcountry Byways (portions of the San Juan Skyway and the Alpine Loop Backcountry Byway)

BLM_0030967

- National Recreation and Scenic Trails (portions of the Continental Divide National Scenic Trail and the Colorado Trail)
- Unique Landscapes (Silverton and HD Mountains)
- Structured Recreation Management Areas (Durango and Silverton)

**Management Area Composition**

Table 5 shows the distribution of MAs within the Columbine Geographic Area (see "Suitability" in Part 2 of the DLMP for more discussion of MAs).

**Table 5 - Columbine Geographic Area Management Areas Distribution**

| Management Area | Proposed Plan (Preferred Alternative) (acres) | Percentage of Geographic Area (USFS and BLM Lands) |
|---|---|---|
| MA 1   Natural Processes Dominate | 316,969 | 42% |
| MA 2   Special Areas and Unique Landscapes | 90,359 | 12% |
| MA 3   Natural Landscapes, with Limited Management | 209,938 | 28% |
| MA 4   High-Use Recreation Emphasis | 38,794 | 5% |
| MA 5   Active Management (commodity production in order to meet multiple-use goals) | 61,908 | 8% |
| MA 7   Public and Private Lands Intermix | 21,872 | 3% |
| MA 8   Highly Developed Areas | 6,793 | 1% |
| *Total* | *746,633* | *100%* |

BLM_0030968

**Figure 8 - Columbine Geographic Area**



**San Juan Public Lands**
**Columbine Geographic Area**

Legend
- 1 W - Natural Processes Dominate: Designated Wilderness, Wilderness Study Areas and Piedra Area
- 1 - Natural Processes Dominate: Other Areas
- 2 - Special Areas and Unique Landscapes
- 3 - Natural Landscape with Limited Management
- 4 - High Use Recreation Emphasis
- 5 - Active Management
- 7 - Public and Private Lands Intermix
- 8 - Highly Developed Areas
- Cities and Towns
- County Boundary
- San Juan Public Lands
- Major Lakes
- Major Rivers
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
NAD 83, Polyconic Projection
October 29, 2007

0    4    8    16
Miles

# PAGOSA GEOGRAPHIC AREA

## General Location and Description

The Pagosa Geographic Area is the easternmost geographic area in the San Juan Public Lands. It is bounded by the Continental Divide (the boundary with the Rio Grande National Forest) on the north and on the east. It is predominantly situated in Archuleta, Hinsdale, and Mineral Counties, with some lands in Rio Grande and Conejos Counties. Some of the USFS lands, and, to a lesser extent, BLM lands at the southern end are adjacent to the Southern Ute Reservation. The Pagosa Ranger District/Field Office consists of approximately 586,431 acres of USFS and BLM lands. These are primarily USFS, with approximately 5,507 acres of BLM lands in scattered parcels in the southern end of the area.

The social center of the geographic area is the Town of Pagosa Springs (with a population of approximately 1,620 people). Although Pagosa Springs is the only incorporated town in the geographic area, much of the population of Archuleta County (with a population of approximately 10,000 people), is in low-density residential and second-home enclaves, most notably in the Pagosa Lakes Area. The geographic area includes significant acres of Hinsdale and Mineral Counties, but the towns, as well as almost all of the population of those counties, are situated north of the Continental Divide and the Weminuche Wilderness Area (with little social connection and limited road access to the residents and businesses in the Pagosa geographic area).

Pagosa Springs sits at the intersection of Highway 160 (before the road turns north to head over Wolf Creek Pass) and Highway 84 (which heads south into northern New Mexico). Pagosa Springs was historically a compact sawmill and ranching town, with a Hispanic and pioneer Anglo ranching and sawmilling culture supported by productive forest land and livestock grazing. The area has long-standing ties with people coming out of Texas and New Mexico in the summer (to where it's cool and green), and from around the county in the fall (many to hunt big game). Besides the pleasant climate, the area is known for outstanding scenery. Many winter visitors to Wolf Creek Ski Area, as well as backcountry skiers and snowmobilers, stay in Pagosa Springs (rather than in South Fork, which is on the other side of Wolf Creek Pass).

On a percentage basis, Archuleta County is the fastest growing county in southwestern Colorado. Amenity migration and second-home development began in the 1970s (with the development in the Pagosa Lakes area west of Pagosa Springs) and now fills most of the triangle of developable land between Highway 160, the Piedra Road, and the forest boundary east of Martinez Creek. Similar development has pushed against the USFS boundary to the west of Pagosa Springs and north of Highway 160. Much of the USFS-and BLM-administered lands around Pagosa Springs are in MA 7s (Public and Private Lands Intermix), which reflects this development. In addition to fire-risk reduction in these areas, development of trails and recreation opportunities and the protection of wildlife habitat (especially winter range) are important.

The main river systems in this geographic area are the Piedra River (which has headwaters in the Weminuche Wilderness Area) and the San Juan River (with the headwaters of the West Fork of the San Juan beginning north of Pagosa Springs in the Weminuche Wilderness Area; and the East Fork of the San Juan beginning northeast of Pagosa Springs in the South San Juan Wilderness Area). These rivers, and their tributaries, are important for recreation and scenic quality, as well as for irrigation and domestic water supplies. They also support a diverse mix of aquatic habitats, and riparian and wetlands ecosystems that contribute to the ecologic and economic values of the area.

BLM_0030970

Approximately 85% of the public lands in the Pagosa geographic area are in the South-Central Highlands Section (including portions of the Weminuche Wilderness Area, the South San Juan Wilderness Area, and the Piedra Area). The Treasure Mountain and Turkey Creek IRAs (which lie between the Weminuche and the South San Juan Wilderness Areas) contain important linkages and corridors for wildlife movement. Other IRAs include Graham Peak and areas adjacent to the Weminuche and the South San Juan Wilderness Areas, and the Piedra Area. These areas are managed, for the most part, in order to preserve their undeveloped character.

At middle and lower elevations in this geographic area, there is an extensive network of roads, primarily left by historical logging. These roads support many forms of dispersed recreational use and camping, and are heavily used during hunting season. Restoration-oriented logging is expected in the ponderosa pine and mixed-conifer forest found in this area. This area receives more precipitation than most of the southwest and has good growing conditions for timber. Large trees, including aspen, are common.

Having moderate climates, the lower elevation mountains, mesas, and valleys are dominated by mountain grasslands, and mixed-conifer, ponderosa pine, and pinyon-juniper woodlands (in the Navajo Canyonlands Section where human settlement has evolved). Much of the human development in the Pagosa geographic area is at the interface with forest lands, presenting wildfire hazard mitigation challenges that are being actively addressed through county policy, community wildfire protection planning, and mitigation.

A related challenge is the network of access roads connecting Highways 160 and Highway 84 to the San Juan Public Lands. These roads provide access to residential subdivisions and other private in-holdings. They also provide recreation access to public lands for local visitors, as well as for visitors from out of the area. The pressure on these roads presents maintenance demands and costs that must be worked out collaboratively among local, State, and other Federal agencies; property owners; and public lands users. Growth in the Pagosa Geographic Area has reached a point where more domestic water and water storage are needed in order to meet increasing demand. This requires continued cooperation, in terms of exploring alternatives that involve storage and/or diversion facilities located on Federal lands (where protecting the ecological integrity of affected stream channels is mandated).

The Pagosa Geographic Area's most striking heritage resource is the Chimney Rock Archeological Site. The user-supported interpretive tours, special events, and Visitor Center at this unique pre-Puebloan site are conducted and staffed by a very active group of volunteer citizens.

BLM_0030971

**Desired Conditions - Pagosa Geographic Area**

30.1   Management activities maintain or enhance the ecological sustainability and integrity of the area. The demands of residents and users are balanced with the protection of watersheds, wildlife habitat, vegetation, soil productivity, and undisturbed natural areas.

30.2   The Pagosa Geographic Area is a destination for hunters, hikers, and motor vehicle enthusiasts. It promotes partnerships and responsible stewardship in all recreational uses of the public lands. Collaboration between the USFS and BLM, and user groups is a primary resource for building and maintaining the recreational facilities, and for protecting the health of the land.

30.3   The local economy is supported and diversified by SJPL activities and programs (including maintaining roads, facilities, and campgrounds; supporting stewardship and partnerships; and providing a wide spectrum of recreation and tourism opportunities).

30.4   The USFS and BLM recognize the needs of the area's growing population of residents and visitors. SJPL facilities (including roads, bridges, campgrounds, and trailheads) are designed and maintained to the proper standards for safe and efficient access to public lands.

30.5   The SJPLC actively cooperates with local governments, residents, and land users in order to maintain and enhance the safety and enjoyment of the public lands. This is accomplished through the protection of scenery, the mitigation of WUI fire danger, and land-ownership adjustments.

30.6   White fir is less abundant in the warm-dry and cool-moist mixed-conifer forests of the Pagosa geographic area. The rare bristlecone pine forests that only occur in the Pagosa geographic area are protected and sustainable.


The following areas have been identified for their recreation market, niche, and setting.  While other resource activities occur within these areas, the desired condition for the recreation experience is specifically described for the following areas:


30.7   ***Williams Creek Reservoir Developed Corridor area***: This area serves a community/designation recreation-tourism market providing local residents and visitors a setting for both motorized and non-motorized recreation. The desired condition for this recreation corridor is a Roaded Natural ROS setting that supports day and overnight recreation use for visitors who are seeking a natural environment. During hunting season, this area serves a wider destination market (including visitors from many western states). Developed campgrounds and designated dispersed campsites are rustic and low key, complementing the spectacular backdrop of the mountains of the Weminuche Wilderness. During hunting season, this corridor reaches capacity and experiences a high use and mix of recreation (including hunting, hiking, fishing, picnicking, and camping). This area also serves as a primary access point into the Weminuche Wilderness. Visitor information, parking, and other essential services support access to day and overnight Wilderness recreation. Road design and road maintenance is at a level that keeps speeds low to safely accommodate pedestrians. During winter, this corridor offers motorized and non-motorized winter recreation from a plowed road-head (including snowmobiling, skiing, and snowshoeing).

BLM_0030972

30.8 **Turkey Springs, Mill Creek, Jackson Mountain, Buckles Lake areas**: These areas serve a community recreation-tourism market as part of Pagosa Spring's "backyard," providing local residents a day-use recreation setting for both motorized and non-motorized recreation. The settings within these areas support day-use for those who enjoy easy access to hiking, mountain biking, cross-country skiing, and wildlife watching in a predominantly natural environment. The setting has aspects of both Semi-Primitive ROS and Roaded Natural ROS (depending, primarily, on the proximity to developed roads). Management actions are visible, but subtle, within this "working forest landscape" (offering evidence and aspects of forest restoration activities, including grazing, travel management actions, and essential visitor information and services).

30.9 **First Fork of the Piedra River area**:  This area is a recreation-tourism market for local residents from Durango, Bayfield, and Pagosa Springs in a Semi-Primitive ROS setting that supports day and overnight recreation use for visitors seeking a natural environment. During hunting season, this area serves a wider destination market (including visitors from many western states.) Camping is dispersed, rustic, and low-key. During hunting season, this corridor experiences high use and a mix of recreation (including hunting, hiking, fishing, picnicking, and camping). This area has two developed trailheads offering access into the primitive Piedra Area. Road design and the low level of maintenance keeps speeds low to safely accommodate pedestrians. During winter, this corridor offers a low level of motorized and non-motorized winter recreation from the road-head (including snowmobiling, skiing, and snowshoeing).

30.10 **Wolf Creek Pass area**: This is a strong destination market for several local communities (including South Fork, Pagosa Springs, and communities in the San Luis Valley).This area offers spectacular scenic vistas, visitor interpretation, and a year-round rest stop for travelers on U.S. Highway 160. During winter months, this high pass supports recreation demand (including downhill skiing in the Wolf Creek Ski Area, backcountry skiing, and snowmobiling). Winter parking and access along this Roaded Natural ROS  corridor is scarce and in high demand. Winter parking is facilitated by developed trailheads and by CDOT snowplowing. Essential visitor information and sanitation are provided. Segregation between motorized and non-motorized uses in some locations ensures opportunities for backcountry quiet. In summer, this pass serves as a scenic corridor and as a jump-off to the much more remote high alpine backcountry. This pass has scenic viewpoints where people stop to appreciate spectacular views; therefore, the  SJPLC takes advantage of the opportunity for public interpretation and conservation education.

BLM_0030973

**Pagosa Geographic Area Integrated Strategy Plan Components**

As detailed in "Strategy" in Part 2 of the DLMP, the Pagosa Geographic Area includes the following special areas and unique landscapes (see Part 2 "Special Areas" for a full description):

- Wilderness (Weminuche and South San Juan)
- Other Congressional Designations (Piedra Area)
- Forest Service Recommended Wilderness Areas (portions of the Turkey Creek, Monk Rock, and Weminuche Adjacent IRAs).
- Recommended Wild and Scenic River Segments (The Piedra River, from  Highway 160 to the Forks; East Fork of the Piedra, north of the Wilderness boundary; middle Fort of the Piedra; and West Fork of the San Juan River).
- Archeological Areas (Chimney Rock)
- Research Natural Areas (Williams Creek, Martinez Creek, Hidden Mesas, Navajo River, Piedra, Porpyry Gulch)
- Botanical Areas (O'Neal Hill, site of the globally rare Pagosa Springs bladderpod, *Lesquerella pruinosa*).
- National Recreation and Scenic Trails (portions of the Continental Divide National Scenic Trail).

**Management Area Composition**

Table 6 shows the distribution of MAs within the Pagosa Geographic Area (see Suitability in Part 2 of the DLMP for more discussion of MAs).

**Table  6 - Pagosa Geographic Area Management Areas Distribution**

| Management Area | Proposed Plan (Preferred Alternative) (acres) | Percentage of Geographic Area (USFS and BLM Lands) |
|---|---|---|
| MA 1    Natural Processes Dominate | 252,107 | 43% |
| MA 2    Special Areas and Unique Landscapes | 9,383 | 2% |
| MA 3    Natural Landscapes, with Limited Management | 169,450 | 29% |
| MA 4    High-Use Recreation Emphasis | 12,457 | 2% |
| MA 5    Active Management (commodity production in order to meet multiple-use goals) | 102,509 | 17% |
| MA 7    Public and Private Lands Intermix | 42,141 | 7% |
| MA 8    Highly Developed Areas | 0 | 0% |
| *Total* | *252,107* | *100%* |

BLM_0030974

**Figure 9 - Pagosa Geographic Area**



**SAN JUAN PUBLIC LANDS**
*Draft Land Management Plan / Draft Environmental Impact Statement*

VOLUME 2 ■ Draft Land Management Plan

# PART 2 ■ STRATEGY

Part 2 of the Draft Land Management Plan, "Strategy," describes management direction intended to move the San Juan Public Lands closer to the desired conditions stated in Part 1. Part 2 includes some general management principles, followed by 4 sections: Objectives; Suitability; Special Areas and Unique Landscapes; and Monitoring.

## GENERAL MANAGEMENT PRINCIPLES

### Sustainability

People are an integral part of ecosystems and fully depend upon them for their short- and long-term well-being. Balancing the need for short-term goods and services with the long-term need for ecosystem persistence is a management challenge for land managers. In order to meet this challenge, the lands within the planning area need to be managed for long-term sustainability. This means managing within the physical and biological capabilities of the land, protecting and preserving all of the ecological pieces, not irreversibly impacting ecosystem resilience or ecosystem resistance to change, and preserving the ability of ecosystems to meet the needs of future generations.

This Draft Land Management Plan aims to provide a sustainable framework of social, economic, and ecological conditions that will sustain native ecosystems and support diversity of native plant and animal species in the planning area.

### Community-Based Stewardship

The San Juan Public Lands have a national reputation as a place where people are willing to actively engage in caring for the land and resources. Community-based stewardship attempts to incorporate local land stewardship ethics into a context of open citizen participation, inclusion of all interests, and the integration of ecological, social and economic knowledge. A variety of organizations and individuals volunteer to work in stewardship roles and are an integral part of the management of the San Juan Public Lands. Some user groups and permittees are willing to assume stewardship responsibilities in order to help maintain opportunities for their interests, and in order to contribute to land sustainability. Community-based stewardship provides more opportunities for creative solutions to land management issues and the SJPL managers intend to continue to foster relationships, as well as to set the stage for additional stewardship successes.

### Fire

Fires do not recognize jurisdictional boundaries; therefore, local, State, and Federal fire protection entities have come together in recent years in order to develop coordinated mapping and community fire plans. SJPL managers have been a key participant in these community fire plans and are committed to participating in interjurisdictional fire planning in the future.

BLM_0030976

## Water

Water is the lifeblood of Colorado; therefore, the allocation and management of water resources plays a crucial role in the vitality of Colorado's economy and way of life. Water-dependant terrestrial and aquatic wildlife; as well as the scenic, aesthetic, ecological, agricultural, municipal, industrial, and recreational values of the planning area contribute substantially to the economy of the State, and to the enjoyment of the public. It is in the public interest to find reasonable solutions to challenging natural resource issues through the development of cooperative agreements. Cooperative approaches hold the promise of greater benefits to the public and the water resources than other means.

Water-resources management policy recognizes the distinctions between State and Federal roles and acknowledges the need to work cooperatively in order to achieve the best results; therefore, the following principles apply:

- The USFS and the BLM recognize and respect the authority of states to allocate water available for appropriation, and to manage water quality under the Clean Water Act.

- The USFS and the BLM are responsible for managing water uses within the planning area, consistent with both State and Federal law, as required under the Organic Administration Act of 1897, the Multiple Use-Sustained Yield Act of 1960, and the Federal Land Policy and Management Act of 1976.

- The USFS and the BLM agree to explore creative management strategies in order to assure continued operation of water-use facilities within the planning area while, at the same time, protecting aquatic resources. SJPL managers will seek opportunities that can be implemented in the near future in order to demonstrate a constructive, trusting relationship upon which all interested parties and partners can build.

- Recognition and respect for valid existing water rights is a fundamental tenet of responsible Federal land management; therefore, it is essential to maintaining order and predictability among water uses and water users. Frequently, the exercise of a water right is connected to, or dependent upon, the permitted occupancy or use of public lands. In these instances, it is incumbent upon the Federal land manager to pursue land, water, and other resource management objectives in a manner that minimizes potential adverse impacts to the ability to exercise these rights. As noted below, there are some cases where conflicts would continue to exist. However, such conflicts can and should be resolved through cooperation between the USFS; the BLM; water-rights holders; and where appropriate, tribal, State, and local governments; and other interested parties.

- Occasionally, conflicts will occur between different management responsibilities, such as between the requirement to protect and recover federally listed threatened and endangered species and the administration of water rights pursuant to State authority. These conflicts are best avoided through careful advanced planning. However, in the instances when conflicts do arise, they should be resolved by Federal and State authorities working together in cooperation with water-rights holders (and, where appropriate, tribal, State, and local governments; and other interested parties), not through unilateral regulatory action on the part of the USFS or BLM.

- The USFS and the BLM agree to maintain, protect, and restore watersheds, as appropriate, through cooperative adaptive management.

BLM_0030977

**Native American Rights and Interests**

The USFS and BLM work collaboratively with the 25 Native American tribes and pueblos (See Table 7) that claim cultural affiliation with the San Juan Public Lands. The goal is to ensure that management issues of concern to the tribes and to the pueblos are addressed. All applicable USFS and BLM policies addressing tribal treaty rights and Federal trust responsibilities will continue to be followed. The USFS and BLM will continue to recognize the unique sovereign nation status that the Native American tribes and pueblos have with the United States government.

**Table 7 - Tribes and Pueblos that Claim Cultural Affiliation with the SJPL**

| | | |
|---|---|---|
| Southern Ute | Pueblo of Isleta | Pueblo of Sandia |
| Northern Ute | Pueblo of Jemez | Pueblo of Santa Ana |
| Ute Mountain Ute | Pueblo of Laguna | Pueblo of Santa Clara |
| Navajo | Pueblo of Nambe | Pueblo of Santo Domingo |
| Jicarilla Apache | Pueblo of Picuris | Pueblo of Taos |
| Hopi | Pueblo of Pojoaque | Pueblo of Tesuque |
| Zuni | Pueblo of San Felipe | Pueblo of Zia |
| Pueblo of Acoma | Pueblo of San Ildefonso | |
| Pueblo of Cochiti | Pueblo of San Juan | |

Managers of the SJPL will maintain and strengthen the existing relationship of government-to-government consultation between the USFS and the BLM, and these 25 Native American tribes and pueblos. SJPL managers will continue to ensure that the hunting rights granted under the Brunot Agreement of 1873 are upheld throughout the planning area, and that traditional wildlife resources are available for the use of affiliated Native Americans, under established treaties and agreements. SJPL managers will develop consultation protocols and other formal agreements between the USFS and the BLM and Native American tribes and pueblos -- ensuring direct communication between SJPL managers and Native American tribal officials.

SJPL managers will continue to allow Native Americans to collect botanical and other special forest products from public lands within the constraint of ecological sustainability.  SJPL managers will also coordinate and collaborate with Native American governments in order to increase awareness and knowledge of culturally significant plants. SJPL managers will consider potential impacts on culturally significant plants in project design and implementation. Prescribed burn plans, noxious weed control, and other management projects should address and consider traditional uses of, and traditional management of, culturally significant plants. Important cultural areas and traditional cultural properties within the planning area will continue to be protected for current and future Native American use. SJPL managers will continue to consult with tribes and pueblos (and knowledgeable individuals) in order to identify important cultural areas and traditional cultural properties. If requested by the tribes and/or by the pueblos, SJPL managers will keep information on such localities and uses confidential. SJPL managers will continue to conduct Native American Graves Protection and Repatriation Act (NAGPRA) consultation with tribes and pueblos regarding collections of human remains and items of cultural patrimony.

SJPL managers will provide opportunities for participation and partnerships in educational, interpretive, social, and economic programs. SJPL managers will continue to work with the tribes and pueblos in order to educate the public on appropriate and respectful etiquette when visiting culturally sensitive sites.

BLM_0030978

## AIR QUALITY

### Program Emphasis

### Class I Area (Weminuche Wilderness Area)

Maintaining pristine Class I Area air-quality conditions within the Weminuche Wilderness Area is the highest priority for managing air quality on the SJPL. Pristine conditions are measured directly through air quality monitoring; they are measured indirectly using air quality related values (AQRVs). AQRVs for the Weminuche Wilderness Class I Area are lake chemistry, soil chemistry, flora and fauna assemblages, atmospheric deposition and chemistry, snow and snowmelt chemistry, and visibility. Monitoring commitments will continue long-term, as stated in the Weminuche Wilderness Monitoring Plan (USFS 1991) and through agreements made with the EPA and the State of Colorado.

### Smoke Management

Prescribed burns and wildland fire use have the potential to produce smoke that may affect the public. Receptors (including nursing homes, hospitals, and schools) that are sensitive to temporary air pollution will continue to be an important consideration for smoke management. In addition, the impact of smoke on the highly valued scenic vistas within the planning area will continue to be a concern. Smoke will be managed in conjunction with the State of Colorado, through burning permits, and will address local concerns as well. Tradeoffs between short-term air quality impacts and long-term forest health are recognized.

### Other Air Pollutants

Several air pollutants have become major concerns on the SJPL. These include mercury, nitrogen, sulfur, carbon dioxide, and ozone. Most of these pollutants originate from outside of the planning area. SJPL managers will actively pursue actions designed to reduce the impacts of pollutants from sources both within and outside of the public lands. These measures will include active membership in the Four Corners Air Quality Task Force Prevention of Serious Deterioration (PSD) Permit Review, and monitoring commitments.

### Program Objectives - Air

A.1 Improve flora and fauna AQRVs that are at risk (including lichens, amphibians, and aquatic organisms) to a level that is within the limits of acceptable change (compared to natural conditions) by the next planning period.

A.2 Over the implementation-life of the LMP, prevent or reduce visibility impairment and allow no more than a 5% change in contrast; a 5% change in extinction and visual range; or a change in color difference index ≥2, as compared to natural conditions for the Weminuche Wilderness Class 1 Area.

A.3 Over the implementation-life of the LMP, prevent or reduce acidic deposition and allow no more than a 10% change from established baseline for lakes with an acid neutralizing capacity (ANC) ≥25 $\mu$eq/L, and no change for lakes with an ANC<25 $\mu$eq/L .

A.4 Over the implementation-life of the LMP, prevent or reduce airborne nutrient and mercury deposition impairment of sensitive high-elevation lakes in the Weminuche Wilderness Class I Area; allow no mercury concentrations, no more than 2 $\mu$eq/L of ammonium, and no late summer nitrate.

BLM_0030979

## SOILS

### Program Emphasis

Under the direction of the LMP, the soils program will emphasize ecosystem sustainability and the protection of ecological integrity, biological diversity, and watersheds within the planning area. It will focus on acquiring the best available science relative to soil resources, as well as on ensuring that soils data, issues, and opportunities are adequately recognized and considered in all plans, projects, and management actions. The program will focus on maintaining or enhancing soil productivity by preventing or minimizing management-induced soil compaction, displacement, erosion, puddling, and severe burning. This will be accomplished by protecting ground-cover, soil organic matter, and soil nutrients, and by rehabilitating soils that have been detrimentally altered.

The emphasis of the soils program will provide project-level, site-specific soils information for projects where ground disturbance may occur. It will also provide soil resource inventories that describe soil resources spatially and descriptively, thereby providing important tools for predicting management impacts on soils and watersheds at a programmatic level.

### Program Objectives - Soils

B.1   Within 10 years, restore or improve soil productivity on 20 miles of road that will be closed or decommissioned.

B.2   Within 5 years, improve the soil productivity in two middle-elevation Kentucky bluegrass-dominated mountain grasslands by decreasing the amount of bare soil, erosion, and soil compaction, as well as by increasing the amount of Arizona fescue and other desirable native plant species.

## WATER

### Program Emphasis

### Protect or Improve Water Quality

Project design, BMPs, and mitigation measures guide the protection of water quality within the planning area. Many management measures and design criteria are contained in Forest Service Handbook 2509.25, Rocky Mountain Region Soil and Water Conservation Practices Handbook (which is relevant for BLM- as well as for USFS-administered lands in the planning area). Implementation of projects designed to improve water quality in areas where existing water quality is poor, (e.g., the abandoned mine lands reclamation program) will be an important step toward improving water quality. Benefits to pollutant reduction on State 303(d) listed streams (a list of impaired waters that do not meet State water quality standards), saline soil watersheds, and/or watersheds identified as having the highest level of cumulative impacts to aquatic systems (based on the Aquatic/Riparian/ Wetlands Assessment (USFS 2006)) will be priorities of the SJPL watershed restoration program.

In order to contribute to watershed protection efforts on the upper Colorado River, saline soil watersheds will use stream-enhancement and/or stream-protection measures in order to minimize saline contributions. Monitoring of protection measure implementation and effectiveness will be a key component of meeting the intent of the Clean Water Act throughout the planning area.

BLM_0030980

### Maintain or Improve Watershed Condition and the Function of Streams and Floodplains

As a result of the cumulative impacts of management activities, many watersheds throughout the planning area exhibit poor watershed conditions (USFS 2006) (see Appendix I, Volume 3). Watersheds with the most impaired watershed conditions, or those possessing the highest sensitivity to land management actions, will be given priority consideration for rehabilitation. This will be especially true if a watershed contains a water body on the State 303(d) List or a Total Maximum Daily Load (TMDL) has been developed (see Appendix J, Volume 3, Watersheds on USFS Lands Most Sensitive to Disturbance; Watersheds on USFS Lands with the Highest Levels of Anthropogenic Disturbance; see also Appendix K, Volume 3, Watersheds on the San Juan Public Lands with Salinity Concerns).

Maintaining healthy stream channel function will be of central importance on the SJPL, so that streams could effectively transport discharge and sediment and periodic flooding, provide aquatic and riparian habitat, and provide a broad spectrum of recreational opportunities. Initiation of this long-term approach over the next decade will benefit from the establishment of reference conditions for one or more unaltered streams within the planning area. A database of reference streams will be developed for comparison purposes, as well as for the documentation of stream health.

### Manage Water Uses

Maintaining supplies of clean water and protecting watersheds were central motivations in the historic decision to reserve forests and rangelands as public domain. Watersheds within the planning area supply water for a variety of multiple uses (including consumptive and non-consumptive uses). As a result of the current drought , as well as the rapidly increasing populations in southwestern Colorado, the human need for new water developments has increased greatly. Under appropriate conditions, existing non-Federal water uses and proposed new uses on the SJPL will be authorized pursuant to applicable Federal authorities, current agency policies and directives (with additional consider given to any applicable interagency MOUs and agreements).

Where water is necessary for the uses within the planning area, water rights will be obtained. SJPL managers will obtain State appropriative or, where appropriate, Federal reserved water rights for historic, current, and future Federal purposes (Federal purposes typically include use for terrestrial and aquatic wildlife, livestock, recreation, aesthetics, facilities, pond and evaporation, irrigation, augmentation and exchanges, administrative sites, firefighting purposes, etc.) Funding to acquire these rights will come from multiple program areas (including from range, recreation, and watershed). USFS and BLM water uses databases will be maintained each year in order to accurately account for Federal water uses, as well as to prioritize acquisition of new water rights.

Successful management of water uses requires extra attention to administrative process and details. One important task will be a monthly review of water rights resumes for new water rights applications, change applications, or reassertion of conditional water rights, as well as for filing objections on all cases that may injure SJPL water rights (or potentially impact water-related resources within the planning area). Water-development authorizations (including groundwater), both new and re-issuances, will contain the necessary terms and conditions relating to the authorization and maintenance of these facilities in order to meet terrestrial, aquatic, and/or other resource management desired conditions and objectives in a manner that minimizes potential negative impacts to the environment.  Finally, for evaluating priorities for in-stream flow, streams supporting federally listed species or SJPL Highlight Species, streams that have a high level of recreational use(s), and perennial streams that are currently undeveloped (no existing water developments) will be emphasized.

BLM_0030981

**Program Objectives - Water Quality Protection**

C.1    Annually, rehabilitate or restore 20 or more acres of disturbed land on saline soils in order to reduce salt delivery to the upper Colorado River Basin.

C.2    Annually, rehabilitate or restore 10 or more acres in State 303(d) listed water body watersheds or watersheds with Total Maximum Daily Load (TMDL) plans in order to reduce pollutant delivery if the pollution is related to non-point source activities.

C.3    Over the implementation-life of the LMP, actively participate in the development of 100% of the TMDL determinations and/or other appropriate options for the restoration of State 303(d) listed impaired water bodies within the planning area.

**Program Objectives - Maintain or Improve Watershed Condition and Stream/Floodplain Function**

C.4    Annually, treat approximately 20 acres of priority restoration watersheds in order to improve watershed conditions so that they move from the category of most highly impacted watersheds (80th percentile, most impacted) to a lower category (as determined by the San Juan Aquatic Assessment (USFS 2006) or other priority watershed ranking methodology).

C.5    Within 10 years, for BLM lands, bi-annually submit one or more high-priority streams for inclusion in the Colorado Water Conservation Board in-stream flow protection program.

C.6    Annually, decommission 6 linear miles of unneeded routes that may consist of roads and trail. Watersheds listed in the following appendices could be considered priority for decommissioning efforts: Appendix I, Watersheds on USFS Lands with the Highest Levels of Anthropogenic Disturbance on the SJPL (authorized and unauthorized road/trail densities); Appendix J, Watersheds on National Forest Lands Most Sensitive to Anthropogenic Disturbances; Appendix K, Watersheds on the San Juan Public Lands with Potential Salinity Issues.

**Program Objectives - Managing Water Uses**

C.7    Annually, acquire new State appropriative water rights for 30 water uses in the highest-priority areas (including water rights for livestock, recreation, fisheries, and irrigation) within the planning area.

C.8    Over the implementation-life of the LMP, all water rights are put to beneficial use and that use can be documented.

C.9    Monthly, enter into any water court case necessary in order to protect SJPL water rights and water uses/water resources.

BLM_0030982

## AQUATIC ECOSYSTEMS AND AQUATIC SPECIES

### Program Emphasis

The aquatics program strives to provide ecological conditions in the vast majority of stream, river, and lake systems sufficient to support a diversity of native and desired non-native fish species and/or other aquatic biota over the long term. Proactive management of aquatic habitats and populations is critical to reversing downward population trends. In order to best maintain and protect native and desired non-native fish species, USFS Management Indicator Species (MIS), and USFS and BLM Sensitive Fish Species, the design of land management activities in the planning area will accomplish objectives and meet desired conditions for fisheries. BMPs will be used, and mitigation measures will be implemented, in order to minimize any adverse impacts of management activities on populations and habitats of fish and other aquatic species.

Plan implementation and consistent monitoring of outcomes for fisheries and aquatic habitat will provide the impetus toward achieving desired conditions. Periodic inventories and surveys of streams, stream segments, and lakes are needed in order to determine the natural range and frequency of aquatic habitat conditions, the specific habitat quality, the species population levels, and stream/lake health. Habitat improvement projects should be prioritized where specific assessments have identified habitat-related constraints to fish populations. Monitoring will provide the information necessary to help identify needs for possible LMP amendments or other changes in management practices. Scientific efforts to track changing conditions in key areas and for specific species is an important step in accomplishing objectives and achieving desired conditions for the fisheries program. In general, water developments and other special uses should contain terms and conditions necessary in order to achieve LMP objectives and desired conditions.

LMP implementation involves close coordination with the CDOW and the USFWS. Although cooperation with the CDOW and the USFWS is critical, partnerships with other State and Federal agencies, as well as with interested individuals and organizations, are also an important means to achieve desired conditions and accomplish multiple objectives (and could yield much needed funding for fish habitat management activities).

### Program Objectives - Aquatic Ecosystems and Aquatic Species

- D.1    Annually, enhance or restore 5 to 15 miles of stream habitat in order to maintain or restore structure, composition, and function of physical habitat for USFS and BLM Sensitive Species.

- D.2    Over the implementation-life of the LMP, connect 10 to 15 miles of fragmented stream habitat in order to provide for aquatic species migration and for the establishment of aquatic metapopulations, especially for Colorado cutthroat trout (USFS and BLM Sensitive Species), and for other BLM and USFS Sensitive Species.

- D.3    Over the implementation-life of the LMP, establish 5 new populations of Colorado River cutthroat trout (USFS and BLM Sensitive Species) in cooperation with CDOW.

BLM_0030983

## RIPARIAN AREAS AND WETLAND ECOSYSTEMS

### Program Emphasis

Riparian areas and wetland ecosystems are complex ecosystems affected by the SJPL ecology, water, soils, and fisheries programs. The overall program focuses on acquiring information related to riparian areas and wetland ecosystems, and ensuring that ecological data, issues, and opportunities associated with those ecosystems are adequately recognized and considered in all plans, projects, and management actions. The goal is to sustain riparian areas and wetland ecosystems, and to protect the ecological integrity and biological diversity associated with them.

Program emphasis includes maintaining good vegetation cover and soil productivity in upland terrestrial ecosystems in order to prevent erosion and runoff, and to prevent sediment from reaching streams. Proper livestock management is emphasized in order to prevent adverse impacts to both uplands and riparian areas and wetland ecosystem sites. Project design, BMPs, and mitigation measures guide the protection of riparian areas and wetland ecosystems when projects are planned and implemented within these areas.

Program emphasis also includes determining the condition of riparian areas and wetland ecosystems using the BLM Technical Reference titled "Process for Assessing Proper Functioning Condition." Restoration will be implemented on sites where non-functional or functional-at risk conditions exist.

### Program Objectives - Riparian and Wetlands Ecosystems

E.1   Within 5 years, initiate restoration in 2 forest or shrubland riparian areas and wetland ecosystem types that currently are in a non-functional or functional-at risk condition by increasing the amount of native woody riparian vegetation in them.

E.2   Within 10 years, determine the functional condition of 100 miles of riparian areas and wetland ecosystems.

E.3   Within 15 years, restore ecological conditions on 5 damaged fens.

E.4   Within 5 years, eradicate tamarisk and Russian olive on 2 stream reaches or 2 seeps/springs.

## TERRESTRIAL ECOSYSTEMS AND PLANT SPECIES

### Program Emphasis

The SJPL ecology program emphasizes ecosystem sustainability and the protection of the ecological integrity and biological diversity of the planning area. It focuses on acquiring the best available science relative to terrestrial ecosystems found within the planning area, and ensuring that ecosystem data, issues, and opportunities are adequately recognized and considered in all plans, projects, and management actions. Acquiring the best available scientific information includes conducting inventories (in relation to vegetation types, rare plants, soils, ecological types, etc.), producing ecological assessments, developing vegetation classification systems, identifying plants and vegetation communities, conducting biological evaluations, monitoring, establishing Research Natural Areas and reference sites, using predictive models, and identifying research needs.

BLM_0030984

The program emphasizes ecosystem management, with the guiding principle being that protecting the composition, structure, and function of the ecosystems of the SJPL (including terrestrial, riparian and wetland, and aquatic ecosystems) will sustain those ecosystems, sustain the vegetation communities within those ecosystems, and preserve and sustain a broad array of species representing a majority of the native flora and fauna found within those ecosystems. Managing ecosystems includes the protection of abiotic (non-living chemical and physical factors found in the environment) features and ecosystem processes (including soil productivity, disturbance regimes, succession, and hydrologic processes).

The ecology program also focuses on plant species in order to preserve biological diversity and to meet the specific needs of individual plants (including rare species that may not be adequately covered by the ecosystem management approach). Rare species include federally listed species, SJPL Highlight Species, USFS Sensitive Species, and BLM Sensitive Species. Acquiring current information about plants species, including their habitat requirements and how they respond to management activities, will be critical to their protection and sustainability.

Ecology program emphasis includes ecological restoration (defined here as the process of assisting the recovery of an ecosystem that has been degraded, damaged, or destroyed). Ecological restoration is an intentional activity that initiates or accelerates the recovery of an ecosystem with respect to its integrity and sustainability (SER 2002).

SJPL timber, fire, fuels, and ecology programs will manage insects and diseases within the planning area through inventory and monitoring of insect and disease risk relative to current and desired vegetation conditions. Identifying areas where epidemic risks are high, and developing strategies for reducing those risks, will be the primary program objectives. Major vegetation types that display compositions, structures, and disturbance regimes that are similar to those found during the reference period (HRV conditions) tend to have lower risks of insects and diseases compared to those that are dissimilar to HRV conditions.

**Program Objectives - Terrestrial Ecosystems and Plant Species**

F.1   Within 20 years, increase the amount of young spruce-fir forests and young cool-moist mixed-conifer forests from 1.5% to 15% primarily by allowing wildland fire use (including stand replacement fires) and, to a much lesser extent, timber harvesting in mature spruce-fir and mature cool-moist mixed-conifer forests.

F.2   Within 20 years, increase the amount of young aspen forests throughout the planning area from their current status of 1% to 25% by clear-cutting mature aspen forests, and by allowing wildland fire use to occur in the mature development stage of aspen, spruce-fir, and cool-moist mixed-conifer forests. In order to increase the patch size of young aspen forests and to better mimic the large aspen patches that were common during the reference period (HRV conditions), timber harvesting occurs primarily adjacent to aspen clear-cuts that were conducted within the last 20 years.

F.3   Within 20 years, increase the amount of ponderosa pine forests that have open canopies by changing 20,000 to 40,000 acres of ponderosa pine forests (excluding old-growth forests) from development stage mature-closed to development stage mature-open using timber harvesting treatments (including thinning and restoration), and by allowing wildland fire use to occur. An additional outcome from this objective is to increase the canopy cover of Arizona fescue by 10% in the treated ponderosa pine stands within 10 years of the implementation of the LMP.

BLM_0030985

F.4　Within 20 years, increase the amount of warm-dry mixed-conifer forests that have open canopies by changing 10,000 acres of warm-dry mixed-conifer forests (excluding old-growth forests) from development stage mature-closed to development stage mature-open by using restoration improvement harvesting treatments that target white fir for removal, and by allowing wildland fire use to occur. An additional outcome from this objective is to decrease the amount of white fir in the treated warm-dry mixed-conifer forest stands by 20% within 20 years.

F.5　Within 15 years, use low-intensity prescribed burns or wildland fire use on 30,000 acres of ponderosa pine or warm-dry mixed-conifer forests that have been without fire for decades in order to improve the composition, structure, and function of those forests.

F.6　Over the next 15 years, use timber harvesting or low-intensity prescribed burns in order to improve the stand structure in some mature ponderosa pine and warm-dry mixed-conifer forests and to enhance old-growth attributes.

F.7　Increase the amount of old-growth ponderosa pine and old-growth warm-dry mixed-conifer forests by 400% and 100%, respectively. This is a long-range objective that can only occur over decades, as current ponderosa pine and old-growth warm-dry mixed-conifer forests need time in order to succeed from their current condition to the old-growth condition.

F.8　Within 5 years, initiate restoration in 2 middle-elevation Kentucky bluegrass-dominated mountain grasslands by increasing the amount of Arizona fescue and other desirable native plant species, by decreasing the amount of exotic and undesirable native plant species, and by decreasing the amount of bare soil, erosion, and soil compaction.

F.9　Within 15 years, increase the abundance and distribution of perennial native warm- and cool-season bunchgrasses and biological soil crusts on 3,000 acres of semi-desert shrublands or semi-desert grasslands within the Dolores geographical area.

F.10　Within 15 years, increase the abundance and distribution of perennial native warm- and cool-season bunchgrasses and biological soil crusts on 2,000 acres of sagebrush shrublands within the Dolores geographic area.

F.11　Within 5 years, collect seeds from R2 Regional Forester's Sensitive Plant Species and BLM Sensitive Plant Species in order to provide local genetic material for reintroduction efforts in the event existing occurrences of these species have declined or are extirpated.

F.12　Within 5 years, collect seeds from native graminoid species in order to provide local genetic material for revegetation efforts.

## FIRE AND FUELS MANAGEMENT

### Program Emphasis

The use of wildland fire, along with mechanical and other fuels management strategies, should create forest conditions that meet desired conditions for the vegetation types within the planning area. Providing appropriate management response to all wildfires and allowing fire to perform its natural role in the ecosystem, as much as possible, will be an integral part of the program emphasis. Recognizing that effective fire management spans jurisdictional boundaries, the fire and fuels program will also continue to partner with, and assist, local jurisdictions and communities in order to develop community wildfire protection plans designed to reduce the risk of wildfires.

BLM_0030986

**Program Objectives - Fire and Fuels Management**

G.1   Annually, for the next 10 years, complete an average of 8,000 acres of hazardous fuels reduction in the WUI.

G.2   Annually, for the next 10 years, complete an average of 5,000 acres of fuels reduction and resource enhancement.

G.3   Annually, manage from 1 to 30,000 acres of wildland fire use (WFU) within the planning area, either from 1 or multiple WFUs. (WFU is used as a resource management tool whenever the opportunity of natural wildland fire ignitions arises.)

G.4   Aggressive initial attack is undertaken on all wildland fires. The appropriate management response is evaluated immediately and suppression, management, or a combination of both actions is taken. Within the planning area, 98% of all wildfires are suppressed when they are less than 1 acre.

## WILDLIFE

### Program Emphasis

The emphasis of the SJPL wildlife program is to provide ecological conditions that support all native and desired non-native terrestrial wildlife species over the long term, and to promote recovery of federally listed species. The planning area provides for the range of habitat requirements for species by managing for the broad level ecosystem desired conditions. This strategy will involve a two-tiered approach:

- ***First***:  The structure, composition, and disturbance processes of ecosystems that maintain habitat are managed for attainable and sustainable desired conditions that meet a variety of management objectives. The program emphasis described under Terrestrial Ecosystems serves as the foundation for habitat conditions throughout the planning area. HRV conditions are used for comparison and guidance (rather than as desired conditions) in order to manage for suitable habitat that sustain wildlife species found within the planning area. Changes in land use within the planning area, as well as on adjacent lands (including private, public, and Native American tribal lands) often preclude the SJPL from mimicking historic conditions found during indigenous settlement (dating from the 1500s to the late 1800s).

- ***Second***: Looking at more specific issues, species with conservation concerns are evaluated in order to determine limiting habitats, population influences, and special habitat needs not provided through ecosystem-level management. Species identified may need additional protection, as specified in conservation strategies for individual species or groups of species. Incorporating design components found in the desired conditions and guidelines detailed in this DLMP, species conservation strategies and recovery plans, or species assessments based on the best available science, will maintain or enhance key habitat and habitat effectiveness in order to provide diversity components and maintain wildlife sustainability.  Species identified in the second tier of the two-tiered approach are listed in one of the following categories: threatened, endangered, and proposed species; SJPL Highlight Species; BLM Sensitive Species; and USFS Sensitive Species.

BLM_0030987

Sections of the DLMP will contribute toward recovery and delisting of threatened, endangered, and proposed species. This guidance will also contribute to preventing BLM and USFS Sensitive Species trending toward being listed. The SJPL Highlight Species that more specific analysis has indicated may need additional protection are listed in the guidelines component of the DLMP. All selected SJPL Highlight Species are addressed in the DLMP/DEIS documents.

LMP implementation and consistent monitoring of outcomes for habitat and species will provide the impetus toward the desired conditions. Monitoring will provide the data necessary to enable an evaluation of the two-tiered approach and will help identify needs for possible LMP amendments and/or other changes in management practices. Scientific efforts to track changing conditions in key areas and for specific species is important step in accomplishing objectives and achieving desired conditions for the wildlife program.

LMP implementation will involve close coordination with the CDOW and the USFWS. Although cooperation with CDOW is critical, partnerships with other State and Federal agencies; as well as with tribal governments and other interested organizations and individuals; will help the SJPLC better manage for wildlife, and will serve as an important way to achieve desired conditions and to accomplish multiple objectives.

The following objectives are based on expected budgets and on available resources. Objectives for other coordinated SJPL resource programs will also help to maintain and/or improve habitat conditions (as described under Ecosystem Diversity) in order to help the SJPLC achieve identified terrestrial wildlife desired conditions (see Appendix M, Table 3). For example, ponderosa pine restoration objectives achieved under fuels treatments will be guided by DLMP direction; with the goal being restoration of conditions and habitat characteristics (within the pine type) that benefit wildlife species. Benefits of these restoration objectives will extend to BLM Special-Status Species (including flammulated owl and northern goshawk) to demand species (including turkey and mule deer).

**Program Objectives - Wildlife Program Objectives**

H.1   Annually, provide a minimum of 500 acres of habitat improvement through restoration and other management for the duration of the LMP in order to provide diversity components that support sustainable populations of terrestrial wildlife throughout the planning area.

H.2   ***Southwestern willow flycatcher (T)***: Over a 10-year period, 3 breeding territories recover from capable to suitable condition through improved resource management within the riparian zone.

H.3   ***Gunnison Sage-grouse (H, BLM SS)***: Over a 10-year period, use mechanical and/or prescribed burn treatments in order to remove pinyon-juniper invasion in 3 locations consisting of 900 acres of capable Sage-grouse habitat.

H.4   ***Nokomis fritillary butterfly (H, USFS SS)***: Over a 10-year period, restore the hydrologic conditions and plant communities at 2 springs or seeps capable of supporting Nokomis fritillary while, at the same time, retaining the water development for livestock or other uses.

BLM_0030988

H.5 **Mule deer (H)**: Within the first 5 years of the planning cycle, improve winter range through mechanical and prescribed burn treatments on at least 1,000 acres within the planning area.

H.6 **Bat group (Allen's big-eared bat (H, BLM SS), big free-tailed bat (H, BLM SS), fringed myotis (H, BLM SS, USFS SS), spotted bat (H, BLM SS, USFS SS), Townsend's big-eared bat (H, BLM SS, USFS SS), and yuma myotis (H, BLM SS))**: Over the implementation-life of the LMP, all mine closures at sites supporting bat populations include structures designed in order to provide for continued use as bat habitat.

H = Highlight Species
BLM SS = BLM Sensitive Species
USFS SS = FS Sensitive Species
T = Federally Threatened Species

## MANAGEMENT INDICATOR SPECIES

### Program Emphasis

The MIS program emphasizes ecosystem sustainability and the protection of the ecological integrity and biological diversity of the planning area. It focuses on acquiring the best available science relative to terrestrial ecosystems and the MIS found within the planning area, and ensuring that ecosystem and MIS data, issues, and opportunities are adequately recognized and considered in all plans, projects, and management actions.

The program emphasizes ecosystem management and the guiding principle that protecting the composition, structure, and function of the ecosystems of the SJPL (including terrestrial, riparian and wetland, and aquatic ecosystems) will sustain those ecosystems, sustain the vegetation communities within those ecosystems, and preserve and sustain a broad array of species representing a majority of the native flora and fauna found within those ecosystems (including MIS). The Historical Range of Variation (HRV) is used as an important concept for protecting MIS and sustaining the ecosystems they are associated with.

The MIS program also focuses on the specific needs of MIS on SJPL. Acquiring current information about these species, including their habitat requirements and how they respond to management activities, is critical to their protection and sustainability.

Desired conditions, objectives, and standards and guidelines for MIS are designed within the concepts described above. Forest level program monitoring connected with MIS is intended to help evaluate the effectiveness of Plan implementation. This information is used to assist in facilitating the identification of need for adjustment to Plan implementation in meeting the described Plan objectives and desired conditions.

BLM_0030989

**Objectives - Management Indicator Species**

I.1 Annually, provide a minimum of 500 acres of habitat improvement through restoration and other management for the duration of the LMP in order to provide diversity components that support sustainable populations of terrestrial wildlife (including MIS) throughout the planning area.

I.2 **Trout**: Annually, enhance or restore 5 to 15 miles of stream habitat in order to maintain or restore structure, composition, and function of physical habitat for trout MIS Species.

I.3 **Trout**: Over the implementation-life of the LMP, connect 10 to 15 miles of fragmented stream habitat in order to provide for trout MIS migration and for the establishment of trout MIS metapopulations, especially for Colorado cutthroat trout.

I.4 **Trout**: Over the implementation-life of the LMP, establish 5 new populations of Colorado River cutthroat trout in cooperation with CDOW.

I.5 **Abert's squirrel**: Within the first 5 years of the planning cycle, restore ponderosa pine in order to improve habitat quality, as defined in the regional Abert's squirrel assessment, on at least 1,000 acres within the planning area.

I.6 **Elk**: Within the first 5 years of the planning cycle, improve elk winter range through mechanical and prescribed burn treatments on at least 1,000 acres within the planning area.

I.7 **Mountain Bluebird**: Over a 10-year period, harvest and regenerate 5,000 acres of aspen in order to provide for a diversity of age classes in the aspen type and in order to provide for future mature aspen nesting habitat (thereby reducing the extent of Sudden Aspen Decline).

I.8 **American marten**: Over a 10-year period, harvest 500 acres of spruce-fir forest and 1,250 acres of cool-moist mixed-conifer forest producing stands of uneven size/age class trees within the spruce-fir and cool-moist mixed-conifer types in order to perpetuate effective marten habitat over time.

## INVASIVE SPECIES

### Program Emphasis

Within the planning area, invasive weeds are currently managed in accordance with an invasive species action plan. The plan lists prevention practices, early detection, rapid response strategies, and priority inventory and treatment areas. It covers a 3-year timeframe. Under the direction of the LMP, all SJPL resource programs will participate in invasive species management.

Invasive species move across jurisdictional boundaries and property lines; therefore, LMP implementation will involve close coordination and partnerships with local, State, and tribal governments; as well as with interested organizations and individuals. Partners and contractors will be considered when implementing invasive treatment activities.

### Program Objectives - Invasive Species

J.1 Within 15 years, eradicate spotted knapweed, diffuse knapweed, Dalmatian toadflax, scentless chamomile, scotch thistle, and leafy spurge on San Juan Public Lands.

J.2 Within 15 years, increase annual treated acres of noxious weeds to 25% of known acres infested.

J.3 Within 15 years, annual backcountry treatment (including Wilderness Areas and WSAs) is 25% of the total annual noxious weed treatment target.

BLM_0030990

## ACCESS AND TRAVEL MANAGEMENT

### Program Emphasis

Access and opportunity to experience areas through both motorized and non-motorized travel is a key component of recreation, as well as a primary management emphasis for the SJPL. Efforts will focus on the designation of effective motorized and non-motorized travel routes over the long-term, consistent with desired conditions. Signing, enforcement, public information, and route maintenance and restoration will take place, as appropriate.

The transportation system program will emphasize a minimum transportation system that provides safe and efficient public and agency access to the public lands. Travel analysis will be the tool used to identify management opportunities for ensuring that this system is efficiently maintained, environmentally compatible, and responsive to agency and public needs. SJPL managers will work towards aligning the total miles of roads and trails on the SJPL with fiscal constraints. Opportunities will be sought to shift road management to the appropriate public road authority when it is determined that a specific road is primarily used for purposes other than SJPL access, is used for mail delivery, school bus routes, or some other local governmental purpose, or is used for year-round residential access to private property within or adjacent to SJPL. Opportunities will be sought to decommission those roads identified through travel analysis as unneeded. Reconstruction and maintenance activities will focus on diminishing impacts to resources, particularly water resources and aquatic ecosystems, and improving roadway safety while reducing the backlog of deferred maintenance.

Travel management planning during Land Management Plan implementation will result in the designation of a system of roads, trails and areas for motorized use by vehicle class and season of use.  The principal goal of travel management planning is to reduce the development of unauthorized roads and trails and the associated impacts to water resources and aquatic ecosystems, wildlife conflicts impacts and user conflicts. The travel management planning process will aim to provide a variety of road and trail access for recreation, special uses, other forest resource management, and fire protection activities. Planning, design, and operation will seek to maximize user experience while addressing safety and resource protection needs.  Routes not included in the transportation system will be prioritized for decommissioning based on resource protection needs.

### Program Objectives - Access and Travel Management

K.1   Transfer five miles of road jurisdiction to other entities within 10 years of Plan implementation.

K.2   Perform maintenance activities on 75 percent of roads maintained for passenger vehicles (maintenance level 3, 4, and 5 roads) each year.

K.3   Decommission 100 linear miles of unneeded routes, which may consist of roads and trails, within 15 years of Plan implementation.

K.4   Perform condition surveys and monitoring of each designated route once every five years.

BLM_0030991