## RECREATION

### Program Emphasis

The primary recreation management goal is to ensure the continued availability of resource-dependant outdoor recreation experiences that the public seek, that are suitable for the landscape, and that are not readily available from other public or private entities. The SJPL recreation program will emphasize the extraordinary natural, cultural, and scenic resource values of the planning area. It will also emphasize the relationship of these assets to the high public demand, as well as to the appreciation for public land recreation, the proximity of the planning area to growing communities, and the critical need for public understanding related to, and stewardship of, the SJPL.

The SJPLC will provide place-based recreation management by focusing on activities and unique settings for which an area is best suited. Recreation suitability (derived through the ROS) will guide the direction of recreation management within the planning area. In combination with desired conditions of each MA, this suitability will guide recreation management with regard to access, intensity of visitor management, social encounters, naturalness, built environment, and carrying capacity.

### Dispersed Recreation Experiences and Freedom of Choice

Dispersed recreation will continue to be an important benefit offered within the planning area. Dispersed recreation includes both day and overnight use and provides important recreational benefits (including the opportunity to enjoy natural landscapes, escape from crowds, engage in physical exercise, and/or recreate with family and friends). The management of these benefits will seek to balance the strong desire people have for freedom of choice (in terms of their recreation activity) with adequate protection of cultural and natural resources and the need to manage conflicting recreation uses. In spite of the large expanse of undeveloped area available for dispersed recreation use (both motorized and non-motorized), every acre is not suitable for every use. The challenge for visitors and managers is to protect multiple-use opportunities and to minimize conflicting uses while, at the same time, maintaining freedom of choice to the greatest extent possible.

### Recreation Facilities

SJPL managers will continue to assess the future of SJPL recreation facilities in order to establish a program that is balanced, sustainable, realistic, and responsive to public needs. Services will be provided with allocated funds, revenues, and partnerships. SJPL managers will also seek other creative methods in order to maximize public benefits. Facilities will be redesigned, as necessary, in order to benefit a larger and more diverse audience, address demographic changes, and accommodate a broader spectrum and longer season of appropriate uses. New large-scale facilities are not anticipated during this planning cycle. A greater emphasis will be placed on stabilization of resource issues in dispersed recreation areas.

### Communities and Partners

Local communities and partners have strong ties with the SJPL. These communities and partners have become ever more critical in helping the SJPL managers address complex resource management situations, declining recreation budgets, and the demands of growing communities seeking to benefit economically and socially from recreation and tourism on SJPL. Efforts in this area will focus on building existing partnerships with communities keenly interested in protecting and enhancing public land recreation access, as well as the use of the planning area for economic, scenic, and recreation benefits (including use of scenic byways, as well as in relation to heritage tourism).

BLM_0030992

### Travel Corridors

Three scenic and historic byways (San Juan Skyway, Alpine Loop, and Trail of the Ancients) and numerous lesser known routes provide adventure and exploration unsurpassed in the nation. In particular, historic mining, ranching and views of rugged wilderness are easily enjoyed by thousands each year. These routes provide an important and effective interface between visitors and the public lands. Recreation management will protect and enhance opportunities for viewing scenery and cultural resources along these travel corridors. Most visitor service development will occur along these corridors. These travel corridors will serve as "information gateways" and facilitate access to more remote areas of SJPL. Partnerships and grants will be a primary method for achieving objectives related to these travel corridors. See Special Areas Plan Component in Part 2 of the DLMP for additional information on byways.

### Structured Recreation Management Areas (SRMAs)

There are 4 Structured Recreation Management Areas (SRMAs).  These areas demand attention because of their identified recreation markets, location, special resources and high public demand. The recreation program on BLM lands will concentrate management, marketing, monitoring and administration in the SRMAs. SRMAs have identifiable niches, management objectives and social, physical and administrative settings.  SRMAs include the following places:

- The Silverton SRMA is a destination for OHV touring, extreme skiing and heritage tourism.

- The Durango and Cortez SRMAs are geared toward community accessible recreation, including mountain biking, rock climbing, hiking and nature viewing.

- The Dolores River Canyon SRMA includes opportunities for recreational and scenic floating, OHV use, and mountain bikes, and wild/remote river canyon recreation.

The SRMAs have desired condition statements under their respective Geographic Area (see Part 1, Vision) and more detailed descriptions in Appendix E, Volume 3. Recreation-related desired condition statements for some specific areas on USFS lands are also included under each Geographic Area, but these are not elaborated on in Appendix E.

### Remote areas and Wilderness

This program area primarily focuses on monitoring and addressing activities that have the potential to degrade values related to Wildernesses Areas, WSAs, and other remote areas within the planning area. Protection and restoration of natural conditions will continue to be important within these areas (see Special Areas Plan Component in Part 2 of the DLMP for additional Wilderness Area information). Wilderness management direction contained in the 1998 Forest Plan Amendment (Number 21), is incorporated by reference into this DLMP, and will continue to be in effect.

### Marketing

A cornerstone of successful management will be developing and providing effective public information about recreation opportunities and settings on the SJPL. Targeted marketing efforts can boost the likelihood that people could more easily find and participate in their desired recreation activity and setting. Marketing will also help to increase appropriate uses in underused areas while, at the same time, relieving conflicts and impacts on overused places. Marketing venues will be varied and will include the use of maps, guidebooks, the internet, information signs, brochures, and other marketing tools.

BLM_0030993

**Program Objectives -  Recreation**

L.1   Over the implementation-life of the LMP, reduce deferred maintenance costs to under $500,000.

L.2   Within 5 years, all motorized and mechanized recreation travel is on designated routes and/or in designated areas.

L.3   Over the implementation-life of the LMP, complete minimum elements required in order to achieve desired conditions for all Wilderness Areas consistent with management direction provided within the 1998 Wilderness Management Direction.

L.4   Over the implementation-life of the LMP, complete the Recreation Activity Management Plans (RAMPs) for the SRMAs.


## HERITAGE AND CULTURAL RESOURCES

**Program Emphasis**

Under the direction of the LMP, the SJPLC heritage and cultural resources program emphasis will be focused on three main areas of cultural resource management:

- **Protecting Archeological, Historical, Cultural, and Traditional Resources**: This includes both proactive and reactive efforts, as well as offering support to other resource programs. Efforts and support activities include: Section 106 of the National Historic Preservation Act (NHPA) support, inventories, identification, documentation, evaluation, monitoring, consultation, nomination, preservation, stabilization, and/or restoration of heritage and cultural resources. Existing site monitoring plans (including the Anasazi National Register District Monitoring Plan) will be implemented and new site monitoring plans for the Lost Canyon National Register District, the Spring Creek National Register District, and the Mesa Verde Escarpment will be developed and implemented. Heritage and Cultural Resource databases will be managed for efficient and accurate management and research, in cooperation with the Colorado Office of Archaeology and Historic Preservation. Restrictions, through the use of permits and/or visitation controls, will be implemented, when necessary, in order to protect sites from physical damage and excessive "wear and tear" from visitation.

- **Providing Research, Education, and Interpretive Opportunities**:  Support research by qualified permitted individuals, organizations, colleges and universities.  Provide on-site and off-site educational and interpretive opportunities through a wide variety of materials and media (including signage, brochures, publications, presentations, DVDs, and websites)

- **Working Collaboratively with Partners**: This includes site stewards; volunteers; State and other Federal agencies; local and tribal governments; schools and universities; and non-profit groups. It includes funding organizations in order to provide site protection, research, educational, and interpretive opportunities.

The SJPL has an active heritage and cultural resource program that focuses on identifying, preserving, interpreting, and providing research opportunities for the most significant resources. This program will inventory and evaluate existing and potential National Register Sites and Districts (including Spring Creek, Armstrong-Ritter Canyon, Sauls Creek, Turkey Creek, Animas Forks, Sound Democrat, and Gold Prince), and list these on the National Register, if appropriate.

Additional public participation and partnerships in heritage and cultural resources management will be established in order to conduct proactive preservation, research, education, and interpretive projects.

**Program Objectives - Heritage and Cultural Resources**

M.1   Over the implementation-life of the LMP, protect/preserve/stabilize at least 15 eligible heritage/cultural resources.

M.2   Annually, post protective signage on at least 2 heritage and cultural resources.

M.3   Over the implementation-life of the LMP, list 6 sites/Districts on the National Register of Historic Places (NRHP).

## SCENERY, VISUAL RESOURCES, AND THE BUILT ENVIRONMENT

**Program Emphasis**

This SJPL program emphasizes careful development and design guidelines so that high scenic integrity may be conserved and sustained in order to meet public expectations. Demand for facilities on public land (including access roads, utility corridors, and cell phone relay towers) and energy development may result in scenic impacts. Ecological conditions may result in impacts to scenery as well. Large stands of ponderosa and warm-dry mixed-conifer are at risk of losing scenic value as a result of fire exclusion (which, in turn, has lead to dense stands, increased mortality from insects and disease, as well as risk of catastrophic fire). As a result of the lack of disturbance and competition from conifers, the scenic value of aspen is also declining. The highest priority for protection of scenic quality will be given to the areas of heavy public use (including scenic byways and scenic travel corridors, nationally designated trails, developed recreation sites, administrative sites, and backdrops for cities and towns).

This program also focuses on identifying and conserving the elements that make up the SJPL "niche," and appropriately integrating them into resource management activities, as well as into facility and site development. This includes maintaining the integrity of the expansive, unencumbered landscapes and traditional cultural features distinctive to the planning area. As residential development and populations grow, large tracts of undeveloped lands are becoming scarce and more valued in southwestern Colorado. Valued natural and cultural viewsheds are being lost incrementally as lands are developed and special features are removed or destroyed. The SJPL will continue to participate with partners in feasible efforts to secure scenic easements and to acquire lands in order to protect outstanding cultural and natural viewsheds along scenic and backcountry byways and along national scenic and recreation trails.

BLM_0030995

Another important strategy for managing scenery is to identify elements of the landscape that deserve management attention. As opportunities arise, scenic condition inventories will be conducted for valued landscapes (including the Dolores River Canyon and the Wild Horse Herd Management Area). In addition, a schedule of vegetation treatment locations and activities will be developed in order to address scenic quality related rehabilitation, enhancement and maintenance. The Scenery Management System and Visual Resource Management inventory for the SJPL will be validated and updated as a part of on-going site-specific project and programmatic analysis.

In order to continue to make scenery available for residents and visitors, efforts will also be made to ensure that scenic pullouts, vista points, waysides and access, and interpretive venues adequately support scenic viewing as a primary visitor activity.

**Program Objectives - Scenery, Visual Resources, and the Built Environment**

N.1   Annually, assess 1 project from each resource area (vegetation management, fuels reduction, oil and gas, utilities, wildlife, recreation) in order to conduct effectiveness and implementation monitoring.

N.2   Within 10 years, rehabilitate 50% of areas identified that currently do not meet scenic integrity objectives.

## INTERPRETATION AND CONSERVATION EDUCATION

### Program Emphasis

The interpretive and conservation education program plays a critical role in effective resource management and public appreciation of natural and cultural resources. A very dynamic interpretive and conservation/education program will offer a venue designed to create emotional and intellectual connections between people and the nature and culture of the San Juan Public Lands.

Strategies under this program should be designed to ensure consistent, coherent, and effective communication between the public and program managers through a variety of venues. Communication topics and themes will be identified that are of interest to the public, as well as those that will effectively convey important agency information and portray a quality image. Communication venues will target a diverse public. Important program outcomes will include increased public understanding of natural and cultural resources and their management, increased agency understanding of public viewpoints, increased cooperation in public land management, increased public understanding and compliance with public land regulations, and increased stewardship of public lands.

In order to achieve effective communication, both internally and externally, SJPL managers will work to develop a forest-wide framework for interpretive services development and delivery. The integration of interpretive services with public affairs and other staff areas will be fostered. Local, regional, and national partnerships with tourism and outdoor recreation providers and educators are critical in helping meet stewardship and visitor experience goals and expectations.

BLM_0030996

## TIMBER AND OTHER FOREST PRODUCTS

### Program Emphasis

The timber program emphasizes the use of vegetation management as a tool to help the manage forested vegetation types in order to achieve desired ecological conditions, and to balance social and economic desired conditions and objectives. There are many opportunities for vegetation management; however, the feasibility of these opportunities depends on future program levels and on forest products industry capacity and market demand. The timber program emphasis will focus on:

- landscapes in the WUI that have altered fire regimes and/or have areas with high fuel loadings;

- landscapes at high risk for developing epidemic levels of insect and/or disease infestation;

- areas where vegetation management could most effectively move age classes, size classes, density, and species closer to desired conditions; and

- areas treated previously in order to maintain sustainable conditions and to improve scenic integrity.

Changing vegetation composition and structure in order to achieve ecological desired conditions in forested areas is partially dependent upon the capacity of the timber industry. Strategies include:

- providing small-diameter and biomass products from thinning, and fuels treatments in order to support emerging biomass markets;

- utilizing trees killed by fire, insects, disease, and wind throw (where such harvests can be accomplished within acceptable limits of risk to other resource objectives);

- providing an appropriate balance of forest product quantity, size, species and quality in order to maintain forest products industry capacity at current or higher levels;

- integrating the timber and fuels programs in order to minimize unit cost, and undesired effects to other resources while, at the same time, maximizing product utilization; and

- using a combination of legal authorities and partnerships in order to make forest products available to forest users, provide cost-effective vegetative treatments, and maximize utilization of forest resources.

### Program Objectives - Timber and Other Forest Products

P.1    The TSPQ (an estimated annual average output of timber from the planning area during the first decade under this DLMP) provides a stable, predictable, and sustainable supply of wood that will contribute to a stable, sustainable, and diverse forest products industry. (The TSPQ is a combined program of timber management treatments from lands designated as Lands Suitable for Timber Production and other lands. Table 8 presents the volumes to be harvested, summarized by conifer and aspen. See Appendix B for additional information regarding TSPQ, and the relationship of TSPQ to Long-Term Sustained-Yield Capacity or LTSYC.)

P.2    The planning area has a program of vegetation management in which timber sales are offered within the LTSYC. (LTSYC is defined as the highest uniform wood yield that may be sustained under specified management intensities consistent with multiple-use objectives after stands have reached desired conditions. The LTSYC for both Lands Suitable for Timber Production and other lands are displayed in Table 9. See Appendix B for additional information regarding the methods used to determine LTSYC.)

BLM_0030997

**Table 8 - Estimated Volume Produced by Timber Sale Program Quantity (TSPQ)**
**(Annual Average in the First Decade)**

| | Lands Suitable for Timber Production | | | | Other Lands | | | | Total | |
| | Sawtimber | | Products other than Logs | | Sawtimber | | Products other than Logs | | | |
| TSPQ | MMCF | MMBF | MMCF | MMBF | MMCF | MMBF | MMCF | MMBF | MMCF | MMBF |
|---|---|---|---|---|---|---|---|---|---|---|
| Aspen | | | 1.13 | 5.65 | | | .13 | .65 | 1.26 | 6.3 |
| Conifer | 1.06 | 5.3 | | | .08 | .4 | | | 1.14 | 5.7 |
| **Total** | | | | | | | | | **2.4** | **12.0** |

**Table 9 - Estimated Annual Long-Term-Sustained-Yield Capacity (LTSYC) (Annual Average)**

| | Lands Suitable for Timber Production | | Other Lands | |
| **Long-Term Sustained-Yield Capacity** | MMCF/Year | MMBF/Year | MMCF/Year | MMBF/Year |
|---|---|---|---|---|
| (LTSYC) | 8.6 | 35.8 | 2 | 7.7 |
| Allowable Sale Quantity (ASQ) | 4.8 | 24 | | |

P.3    Timber harvest will be used as a tool to manipulate vegetation in order to achieve a variety of resource desired conditions and management objectives, and to provide a source of products that contribute to local, regional, and national economies. Most common applications will include:

P.3.1    Over the implementation-life of the LMP, utilize restoration and thinning harvests in the ponderosa pine and warm-dry mixed-conifer vegetation types in order to reduce stand densities, improve stand composition and structure, and develop fuel profiles that achieve or maintain stand conditions more resilient to disturbance while, at the same time, providing forest products to local industry on approximately 30,000 to 40,000 acres.

P.3.2    Within 20 years, emphasize selective harvests in cool-moist mixed-conifer and Spruce-fir vegetation types in order to maintain or achieve desired stand conditions, reduce hazardous fuels, and provide forest products to local industry, on approximately 5,000 to 10,000 acres.

P.3.3    Within 20 years, utilize coppice harvest (clear-cuts with regeneration by sprouting) in aspen vegetation types on approximately 8,000 to 10,000 acres in order to maintain or develop desired age class diversity and patch size, regenerate declining aspen stands, and provide forest products to local industry.

## LIVESTOCK AND RANGELAND MANAGEMENT

### Program Emphasis

### Rangeland Planning
In order to meet national direction, NEPA analyses are slated for completion for all active grazing allotments by the end of FY 2009 for the BLM and FY 2010 for the USFS. NEPA decisions identify grazing actions, the need for rangeland improvements required to implement a proposed action, appropriate mitigation measures, and necessary monitoring activities so that outcomes trend towards desired conditions. Adaptive management tools should be used to improve on-the-ground management flexibility and extend the useful life of NEPA decisions. NEPA decisions may result in the modification and/or development of new Allotment Management Plans. Vacant allotments not initially analyzed under Rescissions Act planning or permit-issuance NEPA will be evaluated over the implementation-life of the LMP in order to determine their value for re-stocking, altering management, or closure and dedication to other uses or values.

### Rangeland Monitoring
Implementation monitoring, or annual short-term monitoring, determines whether or not guidelines and management practices are implemented. This will include, but is not limited to, annual allotment monitoring in order to determine if utilization guidelines have been achieved, range improvements have been constructed and/or maintained to standards, actual use has been reported by grazing permittees, and pasture rotations have been followed (per Annual Operating Instructions). Effectiveness monitoring will help managers evaluate whether or not desired conditions are being achieved. Validation monitoring will help managers evaluate whether or not the information upon which guidelines and objectives are based is valid and correct (USFS 1996). On-the-ground indicators identified in Colorado State Public Land Health Standards (BLM 1997) are a frame of reference for determining whether or not management changes are necessary on public lands. Grazing allotments undergoing NEPA analysis and effectiveness monitoring on grazing allotments with a current NEPA decision will be monitoring priorities.

### Range Improvements
Range improvement projects (including fences, water developments, noxious weed treatments, etc.), will be implemented, as necessary, in order to move the program toward satisfactory condition of rangelands and/or address other resource concerns.  These projects would be described in site-specific NEPA documents.

### Program Objectives - Livestock and Rangeland Management

Q.1   By the end of FY 2009 and FY 2010, complete NEPA on all active BLM and USFS allotments (as guided by BLM permit renewal schedules and the USFS Rescissions Act of 1995). Conduct periodic reviews of analyses and decisions in order to ensure that NEPA-based decisions stay current and sustainable for all permitted livestock grazing.

Q.2   Annually, conduct prescribed monitoring activities on at least 10% of active allotments. Use the information to make adaptive changes to management. Implement adaptive management principles through allotment management planning decisions.

Q.3   Within 15 years, all suitable rangelands within the planning area experience satisfactory rangeland conditions.

BLM_0030999

## MINERALS AND ENERGY

### Program Emphasis

The minerals and energy program emphasizes the orderly and timely development of mineral and energy resources of the public lands in order to benefit the nation while, at the same time, protecting other resources. The potential for occurrence of mineral and energy resources within the planning area has been assessed, and this information is available to the public, government agencies, and industry. SJPL managers will respond to proposals from industry, and from the public, for exploration and development of mineral and energy resources in a timely manner. SJPL managers will foster the development of mineral and energy resources on the public lands in compliance with all applicable laws and policies, and with consideration for ecosystem health and sustainability.

Federally owned mineral resources are managed under three categories with differing sets of laws and regulations:

- *Locatable Minerals*: These are subject to claim under the Mining Law of 1872, as amended;

- *Mineral Materials/Common Variety*: These are disposable by discretionary direct sale or free use; and

- *Leasable Minerals*: These are subject to lease under the Mineral Leasing Act of 1920, as amended.

Locatable minerals (including precious and base metals), mineral materials (including sand, gravel, and construction stone), and some leasable minerals (including coal, uranium and phosphate) are extracted by mining methods. Due to the similarity in development techniques and environmental effects, these minerals are discussed below as Solid Minerals. The leasable non-solid or "fluid" minerals category includes oil, gas and geothermal energy. Due to the differing methods and effects of development for these minerals, these minerals are discussed below as Oil and Gas Geothermal Energy.

The DLMP meets direction for the Federal oil and gas leasing program contained in the Federal Onshore Oil and Gas Leasing Reform Act of 1987. This Act and its implementing regulations require analysis and disclosure in the DLMP/DEIS of public lands available for oil and gas leasing, and the identification of specific lease stipulations to be applied to leases. It also gives authorization to the BLM for offering of USFS lands for oil and gas leasing. The DLMP does not approve the issuance of, or authorization for, surface-disturbing exploration or development of oil and gas leases. It will also implement the policies of the Energy Policy Act of 2005.

### Solid Minerals

This part of the minerals and energy program emphasizes exploration, development, production, and reclamation activities for deposits of precious and base metals, as well as for certain valuable types of stone and rock. These minerals are "locatable," that is, they are subject to claim under the Mining Law of 1872, as amended. Unless withdrawn by law or administrative order, the SJPL are open to entry for exploration and development of locatable minerals. Those SJPL containing valuable deposits of these minerals will be subject to purchase (patent). The public has a statutory right to explore for, and develop, this mineral resource. The surface management agency regulates locatable mineral exploration and development activity. SJPL managers will process all Notices of Intent to Operate, and Operating Plans, within statutory time limits; resolve all non-compliant surface uses of mining claims under applicable law and policy; process applications for mineral patent when current legal constraints are removed; and accomplish withdrawal of public lands from mineral entry where other resource values or uses are determined to be incompatible with, and of higher public need than, locatable mineral exploration and development.

BLM_0031000

Deposits of sand, gravel, and bulk stone are known as common varieties of mineral materials. These are considered to be part of the surface estate, disposable by sale or free use at the sole discretion of the SJPL managers.

Coal and some uranium deposits are subject to disposal by lease under the Mineral Leasing Act of 1920, as amended. Mineral leases for federally owned minerals will be issued by the BLM, in consultation with the USFS for NFS lands. Pubic lands within the planning area may not be leased or developed until the appropriate analysis under NEPA had been completed.

### Oil and Gas
This SJPLC program emphasizes the orderly and environmentally responsible development of oil and gas (natural gas and carbon dioxide) deposits. These minerals are subject to disposal by lease under the Mineral Leasing Act of 1920, as amended. Mineral leases for federally owned minerals are issued by the BLM, with consultation with the USFS for NFS lands. This LMP implements direction (under the Energy Policy Act of 2005 and the Federal Onshore Oil and Gas Leasing Reform Act of 1987) for leasing of public lands. USFS- and BLM-administered lands may not be offered for lease until the appropriate analysis under NEPA had been completed.

The DLMP/DEIS discloses the availability of public lands within the planning area for oil and gas leases, along with appropriate protective stipulations to be attached to leases (and under consent for BLM to offer USFS lands for lease). It does not issue leases or authorize surface disturbance. Those stages will require future NEPA analysis and decision.

### Geothermal Energy
This SJPL program emphasizes the orderly and environmentally responsible development of geothermal steam as an energy source. Geothermal energy is subject to lease under the Mineral Leasing Act of 1920, as amended. Mineral leases for federally owned geothermal energy will be issued by the BLM, in consultation with the USFS for NFS lands. Public lands within the planning area may not be leased or developed until the appropriate analysis under NEPA had been completed.

BLM_0031001

**DESIGNATED ENERGY CORRIDORS AND LINEAR ENERGY TRANSMISSION AUTHORIZATIONS**

**Program Emphasis**

Energy corridors have been incorporated into the DLMP as areas that are suitable in the West-Wide Energy Corridor (WWEC) Programmatic EIS for designation (under the Section 368 of the Energy Policy Act of 2005). These corridors are defined by a centerline and by a stated width that can be used for energy transmission projects. Within these areas, energy transmission projects would be an appropriate (suitable) use of land allocated to energy corridors. Project applicants would not be constrained to use an approved energy corridor, but would be encouraged to do so in order to streamline the regulatory process and/or reduce the timeframes that would be required in order to develop alternative alignment site proposals. Designating an energy corridor with a defined corridor centerline and width does not approve any specific project in the planning area. Specific energy projects will require a formal, agency-approved project right-of-way that will contain site-specific requirements. A ROW would occupy a smaller portion of any designated energy corridor, and the granting of a ROW will require site-specific environmental and engineering information.

**Program Objectives - Designated Energy Corridors and Linear Energy Transmission Authorizations**

R.1   Upon completion of the WWEC Programmatic EIS and ROD, designate a 1,320-foot wide corridor (as directed under Section 368 of the Energy Policy Act of 2005) with the centerline of the Trans-Colorado Natural Gas Pipeline.

R.2   Designate a 2,600-foot wide corridor (as directed under Section 368 of the Energy Policy Act of 2005) with a centerline following the Montrose/San Miguel County Line from the Tri-State Gas and Electric Nucla-Cahone 245 KV Electric Transmission line to the Trans-Colorado Natural Gas Pipeline Corridor upon completion of the WWEC Programmatic EIS and ROD (corridor is for electric transmission only).

BLM_0031002

## ABANDONED MINE LANDS AND HAZARDOUS MATERIALS

### Program Emphasis

The SJPLC will continue to update the inventory of abandoned mine sites within the planning area in order to identify, prioritize, and track reclamation needs and progress. Reclamation of abandoned mine lands will be prioritized based on the degree of threat to human health, the environment (especially to water quality), and public safety. Known physical hazards at abandoned mine land (AML) sites will be remediated, with the highest priority given to sites near high visitor use areas (including developed campgrounds and recreation areas), sites located near residences on adjacent private property, sites impacting water quality, and sites close to frequently traveled roads on the SJPL.

All mine reclamation and emergency response actions for releases of hazardous substances will be conducted in accordance with the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA). Closure actions related to physical hazards will be conducted under NEPA. Precautionary measures will be taken in order to guard against releases and/or spills into the environment for all authorized USFS-and BLM-authorized management activities that involve hazardous materials or their use. Hazardous materials and waste management policies and controls will be integrated into all SJPL programs.

### Program Objectives - Abandoned Mine Lands and Hazardous Materials

S.1   Annually, stabilize, rehabilitate, or restore 5 acres or more of abandoned mine lands on priority sites (as determined by SJPL managers and local stakeholders groups) in order to reduce heavy metals and other pollutants to area streams.

S.2   Annually, close or mitigate 1 or more abandoned mine site(s) that pose a high safety hazard to the visiting public and/or to employees.

BLM_0031003

## LANDS AND SPECIAL USES

### Program Emphasis

The lands program emphasizes several related activities, including land ownership adjustments, land use and access, and land withdrawals. Program emphasis includes:

- facilitation of the efficient and effective management of the public lands;
- ensuring that the wide and growing variety of demands by the public; commercial interests; State and other Federal agencies; and tribal and local governments are compatible with environmental protection;
- managing the legitimate needs for access to public and private lands, and
- meeting legal requirements for specific resource protection.

### Program Objectives - Lands and Special Uses

T.1   Annually, survey and post 5 miles of boundary of special areas (including designated Wilderness Area lands).

T.2   Annually, survey and post 5 miles of property line adjacent to private land and boundaries, where trespass or encroachment is most likely.

T.3   Annually, acquire 2 new road and trail ROWs for high-priority access or to fill gaps in existing access to public lands.

T.4   Over the implementation-life of the LMP, review 100% of existing withdrawals by non-SJPL agencies and resolve all resulting need to continue, modification, or revocation withdrawals.

T.5   Within 5 years, cooperate in improvement of (and convey to appropriate county jurisdiction) 1 high-priority road within the planning identified as dominantly non-SJPL access use.

BLM_0031004

# SUITABILITY

## BACKGROUND

USFS- and BLM-administered lands are typically suitable for a variety of multiple uses (including outdoor recreation, range management, timber harvesting/production, and visitor enjoyment of terrestrial and aquatic wildlife habitat). Identification of areas generally suitable for various uses and activities is an important part of the strategy of this planning process, with the goal being the integration of social, economic, and ecological considerations into the LMP.

Lands are typically suitable for uses and activities unless one of the following conditions applies:

- use is prohibited by law, regulation, Executive Order, and/or agency resource management directives;
- use would result in substantial and permanent impairment of the productivity of the land or renewable resource; and
- use is incompatible with the desired conditions for the relevant portion of the planning area.

Suitability is described in two ways in this DLMP:

- ***Suitability by Management Area (MA)***: These mapped descriptions relate suitability to general uses and activities defined in each Management Area (non-contiguous land areas); and
- ***Suitability by Program***: These descriptions of suitability relate uses and activities to the SJPLC-administered programs that accommodate them.

## SUITABILITY BY MANAGEMENT AREA

Management Areas geographically define suitability for different uses and management activities. Activities and uses in MAs reflect the desired conditions found in Part 1 of the DLMP. MA uses and/or activities may be limited by unit-wide desired conditions and design criteria found in Parts 1 and 3. A description of MAs can also be found in Part 1 "GEOGRAPHIC AREA AND MANAGEMENT AREA DESIRED CONDITIONS." Unless otherwise indicated, the most restrictive conditions would apply.

All lands within the planning area fall into one of seven different Management Areas (see Figure 10). These MAs provide a spectrum of management that ranges from little to no active management (as in MA 1 - Natural Processes Dominate) to heavily managed and highly altered areas (as in MA 8 - Highly Developed Areas).

To varying degrees, multiple uses would occur within all the MAs. MAs describe the level of management, investment and appearance of landscapes, and the suitable uses and activities that may occur within that area. For each MA, uses and activities are identified as either allowable, restricted, or prohibited.

BLM_0031005

The activities and use terms contained in the suitability tables for each MA are described below:

- **Wildland Fire Use**: Managing natural fires in order to achieve a management objective and/or a desired condition. Wildland fire is only part of an overall appropriate management response (which may be suitable in most MAs). The application of wildland fire use would always depend on site-specific conditions, current and predicted future weather, and fuel conditions.

- **Prescribed Burning**: Igniting fires in order to achieve a management objective and/or a desired condition. Managed active burning will be prescribed and monitored to burn at specified intensities over a defined area.

- **Mechanical Fuels Treatments**: This includes any method to masticate or thin vegetation by hand or by machine (including thinning with chainsaws or any commercial machine, shredder, chipper, or similar equipment).

- **Timber Production**: This involves the removal of wood fiber for commercial-utilization purposes. Harvesting for timber production purposes is scheduled and regulated.

- **Timbering Harvest as a Tool**: This involves the removal of wood fiber to achieve management objectives and/or desired conditions. If a MA is suitable for timber harvesting as a tool but not suitable for timber production, timber harvesting would only occur in order to achieve a management objective and/or a desired condition (including fuels reduction and/or wildlife habitat improvements).

- **Special Forest Products and Firewood for Commercial and Personal Use**:  This includes firewood, Christmas trees, tree transplants, mushrooms, medicinal herbs, boughs, and cones. Commercial use would occur through a permitting process. Personal use (use not involving the sale of forest products) may require a permit.

- **Livestock Grazing**: This includes permitted livestock grazing (as authorized in designated areas, or allotments, under certain terms and conditions). Allotments contain lands determined to be both suitable and otherwise. Stocking rates shown on grazing permits would be based only on the suitable lands, as determined at the project level. (Suitability determinations are, by definition, general determinations derived from modeling exercises and are, by nature, approximations).

- **Recreation Facilities**: This includes infrastructure and structures placed on public lands for resource protection and/or for public enjoyment.

- **Motorized (Summer)**: This includes the use of motorized wheeled vehicles (including four-wheel drives, dirt bikes, and ATVs/OHVs) during the year when the ground is not covered by snow.

- **Motorized (Winter)**: This includes the use of snowmobiles and other motorized winter vehicles during the snow-covered months.

- **Non-Motorized (Summer and Winter)**: This includes hiking, running, walking, horseback riding, cross-country skiing, snowshoeing, and/or other means of non-motorized recreation. Non-motorized use does not include mountain biking (which is included under "mechanized use"). Non-motorized use is generally suitable in most MAs.

- **Motorized Tools**: This includes tools involving internal combustion or electric motors (including the use of chainsaws for trail clearing, welding units, or generators). For some MAs, this use is specified for administrative use only (meaning personal or commercial use would not be generally suitable).

- **Mechanized**: This includes any wheeled vehicle (including mountain bikes, non-motorized carts, wheelbarrows, and other wheeled, non-motorized vehicles). For some MAs, this use is specified as limited to designated routes. This does not include wheelchairs suitable for use inside buildings.

BLM_0031006

- **Road Construction (Permanent or Temporary)**: This includes the building of roads for a specified use or uses, either permanent or temporary.

- **Minerals - Leasable**: This would include oil and gas and other leasable minerals. This use would be permitted through site-specific analysis. Suitability for minerals leasable describes lease stipulations that may apply, and may then be made as part of a lease.

  - **Timing Limitation Stipulation (TL) (Seasonal Restriction)**: This includes the prohibition of surface-use during specified time periods in order to protect identified resource values. A TL would be used, when necessary, in order to restrict exploration activities on leased lands for a period of time greater than 60 days.

  - **Controlled Surface Use (CSU)**: This includes the allowance of use and occupancy (unless restricted by another stipulation). However, identified resource values would require special operational constraints that may modify the lease rights. CSU stipulations would be used for operating guidance, not as a substitute for NSO or TL stipulations.

  - **No Surface Occupancy (NSO)**: This includes the prohibition of use or occupancy of the land surface for fluid-mineral exploration or development in order to protect identified resource values. Even though NSO stipulations would prohibit surface occupation for exploration or development of oil and gas resources, the subsurface resources would be legally available if they could be accessed by means other than by occupying the surface specified in the NSO stipulation. Leasing an area with an NSO stipulation, rather than declaring it "not administratively available" for leasing, may allow for development through directional drilling if adjacent lands are available for leasing with surface occupancy or are privately owned.

- **Mineral - Saleable**: This includes gravel and decorative rock, which is permitted for commercial or personal use.

- **Minerals - Locatable**: This includes minerals that are subject to claim under the Mining Law of 1872 that are open to entry for exploration and development (unless withdrawn by law).

BLM_0031007

Figure 10 - Management Areas (MAs)

San Juan Public Lands
Management Areas

Legend

1 W - Natural Processes Dominate: Designated Wilderness, Wilderness Study Areas and Piedra Area
1 - Natural Processes Dominate: Other Areas
2 - Special Areas and Unique Landscapes
3 - Natural Landscape with Limited Management
4 - High Use Recreation Emphasis
5 - Active Management
7 - Public and Private Lands Intermix
8 - Highly Developed Areas
USFS/BLM - Ranger Districts / Field Office Boundary
San Juan National Forest Boundary
Cities and Towns
Major Lakes
Major Rivers
State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
NAD 83, Polyconic Projection
October 29, 2007

Miles
0   5   10       20

## SUITABILITY BY MANAGEMENT AREA (MA)

**MANAGEMENT AREA 1 (MA 1) - NATURAL PROCESS DOMINATE**

**Table 10 - Management Area 1 Suitability**

| ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Allowable |
| Prescribed Burning | Allowable |
| Mechanical Fuels Treatment | Restricted (Mechanical Treatments would generally involve the use of hand-portable tools and generally be applied only in areas outside designated wilderness and Wilderness Study Areas (WSAs).) |
| Timber Harvesting as a Tool | Prohibited |
| Timber Production (scheduled on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Prohibited |
| Livestock Grazing | Allowable |
| Recreation Facilities | Prohibited |
| Motorized (Summer) | Prohibited |
| Motorized (Winter) | Prohibited |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Restricted (Motorized tools may be used in the Piedra Area and in areas outside of designated wilderness and  WSAs.) |
| Mechanized (e.g., Mountain Bikes) | Restricted (Mountain bikes are suitable in MA 1 landscapes outside of designated wilderness and WSAs.) |
| Road Construction (permanent or temporary) | Prohibited |
| Minerals - Leasable (oil and gas, and other) | Restricted (Designated Wilderness and the Piedra Area are withdrawn from mineral leasing. WSAs are administrative not available for mineral leasing.  A NSO Stipulation would be applied to IRAs outside of designated Wilderness and WSAs.) |
| Minerals - Saleable (materials) | Prohibited |
| Minerals - Locatable | Restricted (Designated Wilderness, the Piedra Area, and WSAs are withdrawn from locatable mineral entry.  Limited road access and other constraints may increase the cost and complexity of locatable mineral exploration in other MA 1 lands.) |

BLM_0031009

## MANAGEMENT AREA 2 (MA 2) - SPECIAL AREAS AND UNIQUE LANDSCAPES

These areas possess one or more special features or characteristics that make them, and their management requirements, unique from other areas within the planning area. As a result of this, suitability differs for each specific MA 2. Suitability for each MA 2, along with other specific guidance, is described later in this document, in the Special Areas and Unique Landscapes Section.

### Management Area 3 (MA 3) - Natural Landscapes, with Limited Management

**Table 11 - Management Area 3 Suitability**

| ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Allowable |
| Prescribed Burning | Allowable |
| Mechanical Fuels Treatment | Allowable |
| Timber Harvesting as a Tool | Allowable |
| Timber Production (scheduled on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Allowable |
| Livestock Grazing | Allowable |
| Recreation Facilities | Restricted (Facilities in MA 3s may be suitable to minimize resource impacts. Facilities for user convenience are not emphasized.) |
| Motorized (Summer) | Restricted (Summer motorized travel may occur in some MA 3 locations on designated routes.) |
| Motorized (Winter) | Restricted (Over-snow motorized travel may occur in some MA 3 locations.) |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Allowable |
| Mechanized (e.g., Mountain Bikes) | Allowable |
| Road Construction (permanent or temporary) | Restricted (Temporary roads construction may occur in some MA 3 locations in order to achieve hazardous fuels reduction and/or restoration objectives.) |
| Minerals - Leasable (oil and gas, and other) | Restricted (NSO stipulations will be applied to IRAs within MA 3 landscapes. CSU and TL stipulations may be applied to specific locations, as necessary, in order to mitigate resource impacts.) |
| Minerals - Saleable (materials) | Restricted (Limited road access and other constraints in MA 3 landscapes may limit or preclude mineral collection.) |
| Minerals - Locatable | Restricted (Limited road access and other constraints may increase the cost and complexity of locatable mineral exploration in MA 3s.) |

BLM_0031010

## MANAGEMENT AREA 4 (MA 4) - HIGH-USE RECREATION EMPHASIS

### Table 12 - Management Area 4 Suitability

| ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Prohibited |
| Prescribed Burning | Allowable |
| Mechanical Fuels Treatment | Allowable |
| Timber Harvesting as a Tool | Allowable |
| Timber Production (schedule on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Restricted (Key areas for cone, mushroom, and other gathering, and commercial firewood collection can be beneficial.) |
| Livestock Grazing | Allowable |
| Facilities | Allowable |
| Motorized (Summer) | Allowable |
| Motorized (Winter) | Allowable |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Allowable |
| Mechanized (e.g., Mountain Bikes) | Allowable |
| Road Construction (permanent or temporary) | Allowable |
| Minerals - Leasable (oil and gas, and other) | NL |
| Minerals - Saleable | Restricted (Developed recreation facilities are proposed to be withdrawn from mineral entry.) |
| Minerals - Locatable | Restricted (Developed recreation facilities are proposed to be withdrawn from mineral entry.) |

BLM_0031011

**MANAGEMENT AREA 5 (MA 5) - ACTIVE MANAGEMENT** (commodity production in order to meet multiple-use goals)

**Table 13 - Management Area 5 Suitability**

| ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Allowable |
| Prescribed Burning | Allowable |
| Mechanical Fuels Treatment | Allowable |
| Timber Harvesting as a Tool | Allowable |
| Timber Production (schedule on a rotation basis) | Allowable |
| Commercial Use of Special Forest Products and Firewood | Allowable |
| Livestock Grazing | Allowable |
| Facilities | Allowable |
| Motorized (Summer) | Allowable |
| Motorized (Winter) | Allowable |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Allowable |
| Mechanized (e.g., Mountain Bikes) | Allowable |
| Road Construction (permanent or temporary) | Allowable |
| Minerals - Leasable (oil and gas, and other) | Restricted (Depending on the area, leasable minerals may be stipulated in order to protect or mitigate impact to specific resources.) |
| Minerals - Saleable | Restricted (Depending on the area, saleable minerals may be stipulated in order to protect or mitigate impact to specific resources.) |
| Minerals - Locatable | Allowable |

BLM_0031012

## MANAGEMENT AREA 7 (MA 7) - PUBLIC AND PRIVATE LANDS INTERMIX

### Table 14 - Management Area 7 Suitability

| ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Prohibited |
| Prescribed Burning | Allowable |
| Mechanical Fuels Treatment | Allowable |
| Timber Harvesting as a Tool | Allowable |
| Timber Production (scheduled on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Allowable |
| Livestock Grazing | Allowable |
| Recreation Facilities | Allowable |
| Motorized (Summer) | Allowable |
| Motorized (Winter) | Allowable |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Allowable |
| Mechanized (e.g., Mountain Bikes) | Allowable |
| Road Construction (permanent or temporary) | Allowable |
| Minerals - Leasable (oil and gas, and other) | Restricted (Depending on the area, leasable minerals may be stipulated in order to protect or mitigate impact to specific resources.) |
| Minerals - Saleable | Restricted (Depending on the area, saleable minerals may be stipulated in order to protect or mitigate impact to specific resources.) |
| Minerals - Locatable | Allowable |

BLM_0031013

## MANAGEMENT AREA 8 (MA 8) - HIGHLY DEVELOPED AREAS

**Table 15 – Management Area 8 Suitability**

| ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Prohibited |
| Prescribed Burning | Allowable |
| Mechanical Fuels Treatment | Allowable |
| Timber Harvesting as a Tool | Allowable |
| Timber Production (permanent or temporary) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | May be restricted |
| Livestock Grazing | May be restricted |
| Recreation Facilities | Allowable |
| Motorized (Summer) | Allowable |
| Motorized (Winter) | Allowable |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Allowable |
| Mechanized (e.g., Mountain Bikes) | Allowable |
| Road Construction (permanent or temporary) | Allowable |
| Minerals - Leasable (oil and gas, and other) | NSO |
| Minerals - Saleable | Restricted (Depending on the area, saleable minerals may be stipulated in order to protect or mitigate impacts to specific resources.) |
| Minerals - Locatable | Restricted (MA 8s contain a provision for assessing the affected area for future mineral withdrawal.) |

## SUITABILITY BY PROGRAM

In some cases, suitability varies within a Management Area for a particular activity or use.  For example, motorized use of existing roads and trails is allowed in some Management Area 3 locations, but not others. Another example is that timber production (commercial timber harvesting) is generally allowed in Management Area 5s, but not on steep slopes or unstable soils.  Suitability direction not contained in the Management Areas is discussed by program, below.

### MOTORIZED TRAVEL SUITABILITY

Within each MA suitability section, motorized suitability has been generally defined (see Figures 11 and 12). The MA boundaries were also a factor used in the development of the over-ground and over-snow motorized suitability maps. The travel suitability maps identified within this planning process identify areas that are generally suitable for designation of routes for both over-ground and over-snow motorized use. Some of the criteria for the eventual selection of specific routes may include the need for access, proximity to private property, desired recreation opportunities, erosion potential and slope, resource protection, route density, and wildlife habitat considerations. Suitability maps have been developed separately for over-ground motorized travel and for over-snow motorized travel. These suitable areas will be used as a framework in subsequent route-by-route motorized designations.

Over-ground motorized suitability is divided into three classes: 1) unsuitable, 2) suitable, and 3) suitable opportunity areas. Unsuitable areas are IRAs and/or areas that are not conducive to road system development for resource, wildlife habitat, and/or constructability reasons.  Suitable areas are those that have an existing developed road and/or motorized trail system that adequately serves the recreation and resource access needs of the particular area. Suitable areas would not generally be considered for expansion of the transportation system. Suitable opportunity areas are those that may have an existing road and/or motorized trail system; however, there is a potential that this system may be improved by connecting existing roads or trails in order to create loop opportunities using existing unauthorized roads or trails, or by adding relatively short road or trail segments.

The over-ground motorized suitability provides a framework for subsequent route-by-route designation occurring outside of this LMP. A separate travel management planning process will be conducted under the framework of the Forest Service's 2005 Travel Management Rule (which will work towards making route designations that conform to the suitability classifications defined in this DLMP/DEIS).

Over-snow motorized suitability is divided into two classes: 1) unsuitable, and 2) suitable.  Unsuitable areas include regulated areas, Wilderness Areas, WSAs, and most RNAs. Areas utilized as critical winter habitat may also be determined as unsuitable for winter motorized use. In determining suitability for over-snow motorized uses, consideration was given to the availability of parking/staging areas and to the potential of reducing user conflicts. Due to the rapid progress in technology and capabilities of over-snow recreational vehicles, topography was not a consideration in determining suitability unless there was a related resource or wildlife concern.

The over-snow motorized suitability analysis is being evaluated as part of this planning process, and the finalized over-snow suitability area boundaries will be implemented upon adoption of the final approved LMP. However, implementation of closures will require subsequent NEPA analysis.

BLM_0031015

**Figure 11 - Proposed Over-Ground Travel Suitability**



**Figure 12 - Proposed Over-Snow Travel Suitability**



San Juan Public Lands
Proposed Over-Snow Travel Suitability

Legend
- 1 - Unsuitable:  Designated Wilderness, Wilderness Study Areas and Piedra Area
- 1 - Unsuitable
- 2 - Suitable
- USFS/BLM - Ranger Districts / Field Office Boundary
- Cities and Towns
- Major Lakes
- Major Rivers
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available.  Geospatial data accuracy varies by theme on the map.  Using this map for other than their intended purpose may yield inaccurate or misleading results.  The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
NAD 83, Polyconic Projection
October 29, 2007

Miles
0    10    20    40

## TIMBER SUITABILITY

The timber suitability maps (see Figure 13 - Tentatively Suitable Timber) display areas where timber harvesting could occur. These lands are designated as:

- ***Lands Suitable for Timber Production (FSH 2409.13, Chapter 20)***: These occur where timber production is compatible with desired conditions and objectives. These lands are in MA 5s where timber harvests will occur on a regulated, scheduled basis.

- ***Other Lands (FSH 2409.13, Chapter 20)***: These lands are considered not suitable for timber production. Timber harvest may occur on these lands for purposes other than for timber production, but is not scheduled or regulated. If timber harvest occurs on these lands, it is must be for the purpose of meeting other desired conditions and/or objectives (such as fuels reduction or wildlife habitat improvement). These lands are found in MAs 3, 4, 7, 8, and in some MA 2s.

Table 16 summarizes the timber suitability classification.

**Table 16 - Timber Suitability Classification**

| CLASSIFICATION | ACRES |
|---|---|
| Suitable for Timber Production | 313,812 |
| Other Lands | 395,979 |
| Lands Not Suitable | 1,564,210 |

BLM_0031018

**Figure 13 - Tentatively Suitable Timber**



# San Juan Public Lands
## Timber Suitability
### Alternative B

**Legend**

- Lands Suitable for Timber Production
- Other Tentatively Suitable Lands Where Timber Harvest May Occur
- Lands Generally Not Suitable for Timber Production or Harvest
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- USFS/BLM - Ranger Districts / Field Office Boundary
- forest_bdy
- Cities and Towns
- Major Lakes
- State & Federal Highways
- Major Rivers

DOVE CREEK

SILVERTON

RICO

DOLORES

CORTEZ

MANCOS

TOWAOC

DURANGO

BAYFIELD

PAGOSA SPRINGS

IGNACIO

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inpdfs without notification.

JET
NAD 83, Polyconic Projection
October 29, 2007

Miles
0    10    20    40

N
W E
S

## LIVESTOCK GRAZING SUITABILITY

Using the processes described in the BLM's Land Use Planning Handbook (H-160-1) and the USFS's Region 2 Desk Guide, a suitability analysis was conducted in order to meet the intent of 36 CFR 219.20 (a) (See Figure 14 - Suitable Cattle Lands and Figure - 15 Suitable Sheep Lands). This process is a general modeling process and is limited in precision and accuracy. It provides a determination of areas generally suitable for livestock grazing. The determination may be refined at the project level, if doing so will provide improved information to managers; however, it is not required at that level.

The analysis determined that of the 502,154 acres of BLM lands in the planning area, approximately 61% (304,929 acres) are suitable and capable for cattle, and approximately 64% (321,782 acres) are suitable and capable for sheep. Of the 1,862,769 acres of USFS lands in the planning area, approximately 52% (963,607 acres) are suitable and capable for cattle, and approximately 59% (1,107,158 acres) are suitable and capable for sheep.

Table 17 displays the Animal Unit Months (AUMs) available within BLM lands administered by the SJPLC (a similar determination is not required on USFS-administered lands because AUMs under term-grazing permit are determined on an allotment-by-allotment basis; therefore, they can vary according to management, and rangeland condition and trend).

**Table 17 - AUMs Available on BLM Lands Administered by the SJPLC**

| LIVESTOCK CLASS | BLM |
|---|---|
| Cattle | 22,100 |
| Sheep | 2,204 |
| Total | 24,304 |

BLM_0031020

**Figure 14 - Cattle Grazing Suitability**



BLM_0031021

**Figure 15 - Sheep Grazing Suitability**



# San Juan Public Lands
## Lands Suitable and Available for Sheep Grazing

**Legend**
- Lands Suitable and Available for Sheep Grazing
- Lands Unsuitable for Sheep Grazing
- USFS/BLM - Ranger Districts / Field Office Boundary
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Cities and Towns
- Major Lakes
- Major Rivers
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
NAD 83, Polyconic Projection
October 29, 2007

Miles
0    10    20    40

## WATER DEVELOPMENT SUITABILITY

Water development is normally a suitable use for USFS-administered lands, and an allowable use for BLM-administered lands. New water development would be suitable for MA 4s, 5s, 7s, or 8s when water development can occur when, and where, it is compatible with other desired conditions and objectives for the area.

In most cases, MA 1s are not suitable for new water development because natural processes, natural settings, and/or relatively pristine characteristics are central to the desired conditions of the areas.

Suitability of MA 2s for new water developments depends upon the specific characteristics that the area management emphasizes or protects.

The suitability of MA 3s for new water development depends upon compatibility with the particular area's guidance for road construction, motorized use, scenic quality, and ecological sustainability. Project-level decisions will address compatibility, as well as the ability of the project to sustain natural hydrologic regimes in determining suitability for new water development in MA 3.

## MINERALS AND ENERGY SUITABILITY

The SJPL contains both known (historic and current) and potential (geologically favorable) areas for the occurrence of valuable mineral deposits and energy resources. An assessment of the San Juan National Forest portion of the SJPL was completed by the US Bureau of Mines (Neubert, 1992) and updated by the Forest Service (Van Loenen and Gibbons, 1994). The 1994 update included the results of field studies, literature review, sample collection and analysis, mine site visits, and review of Forest Service data. An assessment focusing on oil and gas potential and development was completed for the SJPL for this Plan, incorporating and updating the earlier report results (Gault Group, 2006).

**Solid Minerals**

*Locatable Minerals*
Most Locatable Minerals (such as precious and base metals, uranium, certain types of limestone), Mineral Materials (sand, gravel, and construction stone), and some Leasable Minerals (coal) are extracted by mining methods. Because of the similarity in development techniques and environmental effects, these minerals are discussed as Solid Minerals. The nonsolid or Fluid Leasable Minerals category includes oil, gas, and geothermal energy. Because of the differing methods and effects of development for these minerals, Oil and Gas and Geothermal Energy are discussed in separate sections below.

SJPL lands which have moderate to high potential for the occurrence of locatable mineral deposits include the Slick Rock/Dove Creek area (also known as the Uravan Mineral Belt; uranium, vanadium); the Rico-Dunton area (gold, silver, lead, zinc, cooper); the La Plata Mountains (the California Mining District; silver, gold, lead, copper); the Silverton area (silver, gold, lead, zinc, copper); and the Needle Mountains (silver, gold, copper, uranium). Most locatable mineral sites are historic and not currently active. Only the Slick Rock/Dove Creek area and the Silverton area have ongoing lode claim mining activity. The Slick Rock/Dove Creek area also has activity on Department of Energy Uranium Leasing Program lease tracts on withdrawn public land. There are active placer miningclaims along Mineral Creek and the Animas River downstream from Silverton, Cascade Creek below the La Plata Mountains, and Dolores River downstream from Rico.

BLM_0031023

High to moderate locatable mineral potential also occurs within the Lizard Head Wilderness (Mount Wilson/ Navajo Basin area), the Weminuche Wilderness (Piedra headwaters area), and the South San Juan Wilderness (Quartz Creek area) (Van Loenen et al. 1997); but these areas are withdrawn from mineral entry under terms of the Wilderness Act of 1964 and cannot be claimed or developed unless there are valid existing rights.

The most important SJPL locatable mineral commodities, in descending order of number of claims filed, are uranium, vanadium, base metal (lead, copper, and zinc), silver, and gold. Base and precious metals were historically the most valuable of the locatable minerals, but today represent only a minor part of the current activity. The growing level of interest in uranium indicates the importance of energy development in the region today; vanadium likewise is of modern interest as a critical metal for hardening steel.

Limestone valuable for chemical and industrial use is locatable. No development is currently active on SJPL, but deposits of suitable limestone occur across SJPL. The Animas River Valley contains the most significant and accessible resources. Past proposals to mine this material led to withdrawal of deposits to protect scenic values along the US 550 highway corridor.

The suitability of SJPL for locatable mineral entry, a statutory right, is not directly affected by management areas. Management areas do not close suitable areas to mineral entry without further analysis and decision-making and withdrawal of an area from locatable mineral development. Potential availability, access and operating constraints may vary by management areas. Lands that are within MAs 1 and 8 contain provisions that are not generally compatible with mineral resource development; MA 1 areas which are recommended in the Plan for designation as wilderness would require withdrawal from mineral location and leasing, to be pursued under a separate analysis and decision process. MA 2 requires a specific management plan to be prepared, which may include an assessment for locatable mineral withdrawal, should the resources or values identified under that Management Area be incompatible with mineral activity. MA 3 includes limitations on road density and motorized travel, as well as other constraints, that may increase the cost and complexity of locatable mineral exploration and development. MA 4 includes an emphasis on recreational values and development, again with constraints that may affect the cost of mineral activity or support a proposal for withdrawal of the affected area. MA 5 and MA 7 would not materially affect availability of lands suitable for locatable mineral activity. MA 8 areas would likely be recommended for locatable mineral withdrawal.

### Mineral Materials

Other solid minerals such as mineral materials (gravel and stone) and coal are extracted by mining methods, but are not subject to claim under the Mining Law. Mineral materials are disposed of under discretionary sale authority. Coal deposits are developed under a federal leasing program.

Mineral materials, also referred to as "Salable" and "Common Variety" minerals, are generally low-value deposits of sand, clay, and stone used for building materials, aggregate, bulk fill, rip-rap, road surfacing, decoration, and landscaping. Disposal of these materials is discretionary; the public does not have a statutory right to these materials.

Deposits of limestone and aggregates were developed to build railroads, roads, and provide a source for concrete along with clay for brick and ceramics. Today, common variety mineral (e.g., sand and gravel) development continues to be important in the subregion and the surrounding western states.

SJPL has conducted an assessment of the potential for occurrence of mineral material deposits (Van Loenen et al. 1997), as summarized below.

BLM_0031024

Areas with known resources or are favorable for resources of sand and gravel may contain material ready for use, or suitable for screening, washing, or crushing to meet size or fine-material requirements. Areas of Quaternary age alluvium, colluvium and glacial drift, and areas of river terrace deposits, contain sand and gravel suitable for use with minimal treatment. Talus slopes of Late Cretaceous and Tertiary age igneous rock produce material suitable for crushing, lightweight aggregate, and dimension stone. Late Cretaceous and Tertiary age igneous intrusives produce dimension stone and large aggregate. Late Cretaceous sedimentary rock produces dimension stone and aggregates.

Large boulders occur across SJPL in stream deposits, glacial drift, and till, landslides, and floodplains. Most are found at higher elevations and those closest to existing roads are primary targets for purchase.

Unlike most locatable minerals, mineral material resources occur as a result of erosion, deposition, or exposure of widespread geological formations (rock types or layers). Common sites for natural concentrations of small to large amounts of such materials are canyon walls, stream channels, talus slopes, landslides, ancient river terraces, glacial moraines, and floodplains. Road cuts, quarries, and pits increase the amount of material available for extraction.

SJPL has about 20 currently active sand and gravel sites. Because of the informal nature of many borrow pits and lack of reporting, it is likely that this number does not include all sites. Because most mineral materials are collected from road cuts, stream channel banks, or alluvial deposits, the sites typically are located in valley bottoms. Ute Creek, the Animas River, and San Juan River above Pagosa Springs have active sites.

Current mineral material collecting areas are along roads and in areas of natural accumulation of rock (glacial deposits, talus slopes, weathered outcrops). Quarries on SJPL may be developed by private or commercial parties, or local, state or federal agencies.

The suitability of SJPL for the production of mineral materials is affected by management areas. MA1 is closed for mineral material collection. MA2 requires a specific management plan to be prepared, which may include criteria for collection of mineral materials or a closure to such collection, based on the special area management plan. MA3 includes limitations on road density and motorized travel, as well as other constraints, that may limit or preclude mineral material collection. MA4 emphasizes recreation and associated development, potentially resulting in constraints that may limit or preclude mineral material collection. MA5 and MA7 would not materially affect availability of lands suitable for this mineral activity. MA8 emphasizes urban interface uses, which may be compatible with mineral material collection, especially supported by short haul distances to use sites.

**Solid Leasable Minerals**

***Coal***

Coal beds crop out along the margins of the Paradox and San Juan basins in SJPL. These outcrops are of late Cretaceous and early Tertiary age.

Historically, small underground and surface mines to support local markets followed the northern edge of the San Juan Basin between Durango east to Pagosa Springs (more or less along the U.S. Highway 160 corridor). These mines and related prospects are largely abandoned. There are currently six coal mines operating in or adjacent to SJPL, four of which are located immediately west of Durango and two of which are located between Durango and the Piedra River. More recently, large-scale mines have been developed in the region outside of SJPL to feed regional power generation needs.

BLM_0031025

*Coal Unsuitability Assessment*

Under the terms of the Surface Mining Control and Reclamation Act of 1977 (SMCRA), the SJNF and BLM conducted Coal Unsuitability Assessments to determine the suitability of lands for surface coal mining leasing and development operations. Twenty Unsuitability Criteria and appropriate Exceptions and Exemptions were applied to the Durango, East Cortez and Menefee Known Recoverable Coal Resource Areas (KRCRA) as identified by the U.S. Geological Survey. In summary, 13,400 acres (9%) of the Durango KRCRA, 720 acres (25%) of the East Cortez KRCRA, and 80 acres (100%) of the Menefee KRCRA were identified as unsuitable for surface coal mining operations. Based on the Unsuitablilty Assessments (BLM RMP 1985; SJNF LRMP 1983), 46,000 acres (31%) of the Durango KRCRA are identified as acceptable for further consideration for coal leasing, with an estimated reserve of 1.5 billion tons. One existing surface coal mine in the Durango KRCRA (Chimney Rock Coal Mine) with operations on both NFS and BLM lands was already in the lease extension application process during the Unsuitability Assessments. This application was denied for environmental reasons in 1985. Operations at the mine were terminated and the mine site has been reclaimed. No new coal lease applications have been received by SJPL since the completion of the Unsuitability Assessments.

SJPL has reviewed the existing BLM and FS Coal Unsuitability Assessments for this Plan Revision and found that the need does not exist to revise the Assessments. Acquisition of more detailed information will not affect the results; there have been no public comments or petitions to change the results; there has been no substantial governmental review of the Federal Coal Management Program; and SJPL has not received applications for coal leases or proposed coal mining operations for the affected KRCRA's. The results of the 1983 FS and 1985 BLM Coal Unsuitability Assessments are incorporated and included by reference in this Plan Revision.

## Fluid Leaseable Minerals

### Oil and Gas

Oil and gas deposits occur in sedimentary basins throughout the SJPL. Areas of significant potential or known reserves and production are: the Paradox Basin area (roughly the lands west of the Dolores River- high, moderate and low for oil and conventional gas); the Northern San Juan Basin (approximately the area south of U.S. Highway 160 between Durango and Chimney Rock- high for coal-bed methane, moderate for conventional gas); and the San Juan Sag (the area east of Pagosa Springs- high for oil). The central area of the SJPL from the north rim of the San Juan Basin north to Silverton has no known oil and gas potential (See Figure 16).

Development and production is underway in the Paradox Basin area north of Cortez, with limited exploration occurring east and south of Cortez. Significant development and production is underway and planned in the San Juan Basin. Exploration is intermittent in the San Juan Sag, with no production to date or planned. Please refer to the Chapter 3 DEIS for the full report of the reasonable foreseeable development scenario.

### Oil and Gas Leasing Availability Decision

The NEPA analysis for this Plan includes analysis necessary for offering specific lands for lease. The analysis discusses the availability of SJPL for oil and gas leases. In addition, it describes necessary protective stipulations to be attached to leases on National Forest-administered surface, BLM-administered surface, and non-federal surface where the oil and gas estate is owned by BLM. This Plan does not authorize surface disturbance for oil and gas exploration or development. Surface-disturbing activities on leases will require additional NEPA analysis and decisions. The oil and gas leasing decision in this Plan will not apply to existing oil and gas leases. When those existing leases expire or terminate, the leasing decision in this Plan will apply to any new leases issued.

BLM_0031026

**Figure 16 - Favorable Oil and Gas Resource Potential and Potential High Development Areas**



**Figure 17 - Oil and Gas Leasing Stipulations**



The availability of SJPL lands for oil and gas leasing and development is affected by management areas. MA1 includes a provision for making lands administratively unavailable for lease or for leasing with a No Surface Occupancy stipulation, which requires mineral production from outside the affected area. Mineral development compatibility in MA2 areas is dependent on the resource values emphasized and the management direction for each MA2 area. MA3 includes limitations on road density and motorized travel, as well as other constraints, that may allow leasing but may limit or preclude oil and gas exploration or development. MA4 includes an emphasis on recreational values and development with constraints that may allow leasing but may limit or preclude oil and gas exploration or development. MA5 and MA7 would not materially affect availability of lands suitable for this mineral activity.  MA8 emphasizes urban interface uses, which may allow leasing but may limit oil and gas exploration or development.

### Stipulations

All SJPL oil and gas leases are subject to standard lease terms. These are the least restrictive terms under which an oil and gas lessee may operate. They meet Energy Policy Act direction to encourage development of federal energy resources. They require operators of oil and gas leases to minimize adverse impacts to air, water, land, visual, cultural, and biological resources and to other land uses and users, and to comply with all applicable laws, regulations and formal orders of the agency managing the leased lands. With the exceptions noted below, leases with standard lease terms allow year-round occupancy and use of leased lands. These leases provide full access and the highest potential for discovery and development of oil and gas resources. They also contain the greatest uncertainty for lease operators because some potentially restrictive conditions may not be known until a site-specific field review of the leased lands is conducted. This generally does not occur until an application for a permit to drill is submitted. Lease notices may be included to warn a potential lessee of the likelihood of such conditions, but the extent and restrictive nature of the conditions is still not known at the lease issuance stage. Operations may be prohibited on the affected parts of the lease, or costs may substantially increase due to protective measures required to protect the resource.

Standard lease terms (regulations at 43 CFR 3101.1-2) allow the SJPL (acting through the BLM or FS) to mitigate potential resource effects by moving the proposed drill site up to 200 meters, or delaying proposed operations by up to 60 days. If these provisions will not accomplish the required resource protection, special lease stipulations are necessary.

### Special Lease Stipulations

Special lease stipulations are applied to an oil and gas lease if additional restrictions on the rights of lessees are required to protect environmental resources. Stipulations that would be applied to new oil and gas leases under this Plan are described Appendix H Resource Management Stipulations for New Oil and Gas Leases. Areas included within the various stipulations are shown on Figure 17 Oil and Gas Leasing Stipulations.

Guidelines for application of special lease stipulations for BLM and FS lands are contained in the Uniform Format for Oil and Gas Leasing Stipulations (Rocky Mountain Regional Coordinating Committee, March 1989). Special lease stipulations for oil and gas operations are imposed at the time of lease issuance. Three stipulations are used for oil and gas leases within the SJPL:

- *No Surface Occupancy (NSO):* Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is prohibited to protect identified resource values. However, oil and gas under lands affected by NSO stipulation are legally available for extraction if extraction can be accomplished without occupying the surface (such as through directional drilling or draining the deposit from adjacent lands). Technological limitations and higher cost will affect the recovery of these resources, but they are available. Leasing with NSO meets Energy Policy Act direction to encourage development of federal energy resources.

BLM_0031029

The NSO stipulation is intended for application only where the SJPL determines that the standard lease terms are insufficient to provide the level of resource protection necessary to protect the public interest. An NSO stipulation is not needed if the desired level of protection can be accomplished by relocating a proposed facility or activity within the lease area or by avoiding that activity for a specified period.

The equivalent of an NSO for BLM land uses and activities other than oil and gas development is a NGD (No Ground Disturbance).

- **Controlled Surface Use (CSU)**:  Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is allowed (unless restricted by a Timing Limitation (TL) stipulation), but identified resource values require special operational constraints that may modify lease rights. A CSU stipulation allows the SJPL to require that a proposed facility or activity be relocated by more than 200 meters from the proposed location if necessary to achieve the desired level of protection. CSU provides operating guidance, but does not substitute for NSO or TL stipulations. CSU allows year-round occupancy and accessibility to leased lands while providing mitigation of effects on other resources. Leasing with CSU meets Energy Policy Act direction to encourage development of federal energy resources.

  The CSU stipulation is intended for application where the SJPL determines the standard lease terms are insufficient to protect the public interest, but where an NSO is deemed overly restrictive. A CSU is not needed if relocating the proposed facility or activity by up to 200 meters would provide sufficient resource protection.

  The equivalent of a CSU for BLM land uses and activities other than oil and gas development is a SSR (Site-Specific Relocation).

- **Timing Limitation (TL)**:  Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is prohibited during a specified period of the year. The scope of the TL stipulation goes beyond ground-disturbing activities to encompass any source of protracted or high-intensity disturbance that could interfere with normal wildlife behavior and adversely affect habitat use. The limitation is applied annually for a specified period lasting more than 60 days. The TL stipulation does not apply to the operation and maintenance of production facilities unless the analysis demonstrates the continued need for such mitigation and that less stringent project-specific mitigation measures (such as Conditions of Approval) would not be sufficient. The TL allows the SJPL to restrict exploration operations on leased lands for more than 60 days. The TL stipulation provides for partial accessibility for a portion of the year and maintains the potential for extraction of oil and gas, but may increase costs due to timing constraints (such as a short operating season). Leasing with TL meets Energy Policy Act direction to encourage development of federal energy resources.

  A TL stipulation is intended for application where the SJPL deems that standard lease terms are insufficient to protect the public interest, but where an NSO is overly restrictive. A TL is not needed if restricting the proposed operations by up to 60 days would provide sufficient resource protection.

Table 18 displays the availability of SJPL by acres of land for leasing and application of stipulations to leases. BLM acres are listed separately for BLM surface ownership and non-federal surface ownership. Figure 17 displays a map of the specific areas where stipulations will be applied to SJPL oil and gas leases issued under this Plan.

BLM_0031030

**Table 18 - Acres Available for leasing and Lease Stipulations**

| FEDERAL MINERAL STATUS | ACRES |
|---|---|
| **National Forest (BLM Mineral & Forest Service Surface Estate)** | |
| Total National Forest, SJPL | 1,873,427 |
| Withdrawn from Leasing (designated Wilderness, Piedra Area) | 480,953 |
| Recommended for withdrawal from leasing (recommended Forest Service Wilderness, recommended suitable Wild River segment) | 67,726 |
| Administratively Unavailable for Leasing | 20,371 |
| Total National Forest Available for Leasing | 1,304,377 |
| Available for Leasing with No Surface Occupancy Stipulation | 741,524 |
| Available for Leasing with Controlled Surface Use Stipulation | 248,636 |
| Available for Leasing with Controlled Surface Use & Timing Limitation Stips. | 77,176 |
| Available for Leasing with Timing Limitation Stipulation | 69,935 |
| Available for Leasing with Standard Lease Terms | 167,106 |
| | |
| **BLM Public Lands (BLM Surface & BLM Mineral Estate)** | |
| Total BLM Surface & Mineral Public Lands, SJPL | 504,259 |
| Administratively Unavailable/Deferred from Leasing (BLM Wilderness Study Area, Gunnison Sage Grouse habitat) | 64,956 |
| Total BLM Surface & Mineral Public Lands Available for Leasing | 439,303 |
| Available for Leasing with No Surface Occupancy Stipulation | 166,119 |
| Available for Leasing with Controlled Surface Use Stipulation | 31,438 |
| Available for Leasing with Controlled Surface Use & Timing Limitation Stips. | 10,437 |
| Available for Leasing with Timing Limitation Stipulation | 197,686 |
| Available for Leasing with Standard Lease Terms | 33,623 |
| | |
| **BLM Public Lands (BLM Mineral Estate Only; Non-Federal Surface)** | |
| Total BLM Mineral Estate/Non-Federal Surface, SJPL | 264,366 |
| Administratively Unavailable for Leasing | 7,911 |
| Total BLM Mineral Estate/Non-Federal Surface Available for Leasing | 256,455 |
| Available for Leasing with No Surface Occupancy Stipulation | 72,459 |
| Available for Leasing with Controlled Surface Use Stipulation | 23,848 |
| Available for Leasing with Controlled Surface Use & Timing Limitation Stips. | 2,325 |
| Available for Leasing with Timing Limitation Stipulation | 66,333 |
| Available for Leasing with Standard Lease Terms | 91,490 |

**Geothermal Energy**

The SJPL contains limited reserves of geothermally heated water (identified by the U.S. Geological Survey as "Known Geothermal Resource Areas" (KGRA)) which have minor potential for development. Due to the low temperature, there are no likely industrial uses for these KGRAs. Recreational and small-scale space heating are the best uses. Currently, there are no leases or applications for leases in the SJPL.

BLM_0031031

**DESIGNATED ENERGY CORRIDORS AND LINEAR ENERGY TRANSMISSION AUTHORIZATIONS**

Right-of-way (ROW) development for oil and gas interstate pipelines, and electricity transmission and distribution are generally suitable in existing energy corridors and along existing linear transmission facilities. Energy corridors, as designated, should be suitable for interstate and intrastate ROW distribution and energy-producing facilities, as required, in order to meet current and 10- to 15-year demand forecasts.

Table 19 shows a listing of designated corridors and existing linear energy transmission authorizations in which future facilities would be encouraged to locate. Figure 18 illustrates the approximate location of corridors and existing transmission facilities across the planning area. Transmission facilities include 69 kV and greater transmission lines and ancillary facilities (Report to Congress, 2005).

Oil and gas interstate pipelines identified as designated corridors are those that do not require Congressional notification (as required by the Mineral Leasing Act of 1920, as amended, in accordance with 30 USC 185(w)), and are between 16 and 24 inches in diameter. The Trans-Colorado pipeline routes are an existing designated corridor in the current San Juan National Forest Land Management Plan, suitable for upgrading only with Congressional notification.

BLM_0031032

**Table 19 - Designated Energy Corridors and Energy Transmission Facilities in the SJPL**

| SAN JUAN PUBLIC LANDS ELECTRIC AND NATURAL GAS TRANSMISSION LINES | SIZE | SUITABILITY |
|---|---|---|
| Western Area Power Administration – Currecanti to Lost Canyon | 230 KV | Upgrade existing facilities; additional facilities considered on a case-by-case basis. |
| San Miguel Electric Transmission - Burro Ridge to Cascade | 115KV | Upgrade existing facilities; additional facilities considered on a case-by-case basis. |
| Tri-State Electric Generation - Montrose to Hesperus | 345KV | Upgrade existing facilities; additional facilities considered on a case-by-case basis. |
| Tri-State Electric Generation - Nucla to Cahone | 230 KV | Upgrade existing facilities;  additional facilities considered on a case-by-case basis. |
| Tri-State Electric Generation - Durango to Bayfield | 115KV | Upgrade existing facilities; additional facilities considered on a case-by-case basis. |
| Tri-State Electric Generation - Bayfield to Pagosa Springs | 115KV | Upgrade existing facilities;  additional facilities considered on a case-by-case basis. |
| La Plata Electric Transmission | 115KV | Upgrade existing facilities;  additional facilities considered on a case-by-case basis. |
| Northwest Pipeline Corridor - (includes MapCO and Kinder Morgan) | Multiple pipelines | Upgrade existing facilities. |
| ***Corridors Designated under Section 368 of the Energy Policy Act of 2005*** | | |
| Designated Utility Corridor.  Trans-Colorado Pipeline Corridor | 30-inch gas | Upgrade existing facilities. |
| Designated Utility Corridor.  Tri-State Electric Generation- Nucla[8]- Trans Colorado Pipeline Corridor | 230-KV Electric Transmission Line | Proposed designated corridor in WWEC PEIS. Electric Transmission only. |

[8]   West-wide Energy Corridor Programmatic Environmental Impact Statement (WWEC PEIS) is in progress in order to evaluate potential impacts associated with the designation of corridors on Federal land in the 11 Western States (Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming) for oil, gas, and hydrogen pipelines, as well as electricity transmission and distribution facilities.

BLM_0031033



**Figure 18 - SJPL Existing and Proposed Utility Corridors and Communication Sites**

San Juan Public Lands
Existing and Proposed Utility Corridors
and Telecommunication Sites

## COMMUNICATION SITES

Within the planning area, proposals for communication and electronic sites are encouraged to use existing sites, within capacity and compatibility limits. Generally, existing communication sites have a low scenic integrity objective. Communication site development is generally suitable at designated communication sites when it is compatible with existing uses. Table 20 lists the location of current communication sites and suitable uses for each site.  Figure 18 locates the sites geographically.

**Table 20 - Communication Sites, Locations, and Suitable Uses**

| COMMUNICATION SITE | GEOGRAPHIC LOCATION[1] | | | SUITABLE USES |
| --- | --- | --- | --- | --- |
| | LATITUDE | LONGITUDE | ELEVATION (FT) | |
| USFS Benchmark | 37.76033 | -108.5598 | 9,264 | Government Use Only |
| Menefee | 37.31616 | -108.2395 | 8,823 | Low-Power; Broadcast and Non-Broadcast |
| USFS Missionary | 37.358166 | -107.76966 | 9,860 | Low-Power; Broadcast and Non-Broadcast |
| USFS Kennebec | 37.451 | -108.03283 | 12,240 | Government Use Only |
| Kendall | 37.78733 | -107.63566 | 13,400 | Low-Power; Non-Broadcast |
| USFS Tuckerville | 37.4895 | -107.4585 | 11,640 | Government Use Only |
| USFS Grassy | 37.355166 | -107.552166 | 9480 | Government Use Only |
| USFS Pargin | 37.1885 | -107.45766 | 8910 | Government Use Only |
| USFS Devil | 37.28066 | -107.2605 | 9922 | Government Use Only |
| USFS Oakbrush | 37.1855 | -107.089833 | 8623 | Government and Broadcast Use Only |
| USFS Wolfcreek | 37.484833 | -106.8266 | 11680 | Government Use Only |
| YellowJacket | 37.252081 | -107.458918 | 8397 | Low-Power; Non-Broadcast |
| Coal Bank | 37.688906 | -107.766535 | 10660 | Low-Power; Non-Broadcast |
| Spring Creek | 37.1885 | -107.457666 | 8910 | Low-Power; Non-Broadcast |
| Caviness Mt. | 37.36303 | -108.15083 | 10,050 | High-Power; Broadcast and Non-Broadcast |
| Dolores | 37.4825 | -108.5120 | 7420 | High-Power; Broadcast and Non-Broadcast, State and Local Government Use Only |
| Escalante | 37.4780 | -108.5460 | 7080 | Low-Power; Broadcast |
| Expectation Mountain | 37.4665 | -108.5260 | 11,600 | Passive-Reflector |
| Parrott Peak | 37.375 | -108.102.85 | 11,740 | Low-Power; Non-Broadcast |
| Storm Peak | 37.8672 | -107.6549 | 12,979 | Passive-Reflector |

1 These Lat/Long coordinates do not delineate the boundaries of the right-of-way use areas; rather, they give approximate locations. Boundaries of the use areas would be defined in individual site plans.

BLM_0031035

## LANDS

The planning area contains numerous parcels of enclosed private land (in-holdings) that are undeveloped. Land acquisition policies of both the BLM and the USFS recognize the value of acquiring such parcels, especially where the affected private lands contain unique or special values or benefits. Acquisition of these parcels would protect such values for the future and contribute to the SJPLC mission. (See Guidelines in Part 3 of this DLMP for identification of these parcels and prioritization for possible acquisition.)

USFS-administered lands within the planning area are generally suitable for long-term retention under Federal ownership. The USFS does not carry out comprehensive inventories of lands designed to identify potential for disposal or retention. However, USFS-administered lands are generally available for consideration for transfer of ownership where there is determined to be a public or resource benefit. Such actions may occur through land exchange, disposal of small tracts by direct sale under specific authorities, jurisdictional transfer between agencies, and/or through disposal for community purposes. Specific proposals may be considered on a case-by-case basis.

BLM-administered lands within the planning area are classified into categories that establish guidance regarding their suitability for long-term ownership. Category 1 (which is similar to the general guidance for USFS land ownership) is designed to retain lands already under Federal ownership. BLM Category 1 lands are suitable for a wide variety of resource uses that are best served by long-term Federal ownership and management (including native and natural species dominance, archeological values, special or unique plant and animal habitats, recreational opportunities, solitude and open space values, and undeveloped space between communities). Retention would support effective administration and resource protection.

BLM Category 2 identifies lands that are available for disposal through sales, exchanges, or other authorized transfer of ownership (see Figure 19, Lands Available for Disposal). These lands are not suitable for long-term retention under Federal ownership due to a lack of substantial public or resource values, the high cost or the inability of the BLM to manage the land(s), or the potential for greater public value under non-Federal ownership. Disposal can provide trading stock and contribute funds toward acquisition of land(s) with greater public values and benefits. Under the Recreation and Public Purposes Act, some lands identified for disposal may be suitable for transfer of ownership to local communities in order to meet community expansion needs (including expansion of facilities, infrastructure, open space and parks, etc.). Category 2 lands are generally isolated from other BLM or Federal ownership, lack legal public or agency access, or are subject to trespass use by adjacent landowners. In general, the cost of management, access, or resolution of trespass is not off-set by resource or by public benefit (see Appendix X, Volume 3, for a listing of BLM Category 2 lands; see also Guidelines in Part 3 of this DLMP for priorities and methods of disposal). Unless identified in Appendix X, Volume 3, all other BLM lands are classified as Category 1 (i.e., lands suitable for a wide variety of resource uses that are best served by long-term Federal ownership and management). (See Guidelines in Part 3 of this DLMP for management of Category 1 lands.)

BLM_0031036

**Figure 19 - Lands Available for Disposal**



**San Juan Public Lands**
**Lands for Disposal**

Legend
- Lands For Disposal
- USFS/BLM - Ranger Districts / Field Office Boundary
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Cities and Towns
- Major Lakes
- Major Rivers
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
NAD 83, Polyconic Projection
October 29, 2007

0    10    20    40    Miles

# SPECIAL AREAS AND UNIQUE LANDSCAPES

This section of the Plan includes specific management direction for a number of special areas possessing unique characteristics. Some special areas have specific Congressional or administrative designations, including:

- Wilderness Areas and Wilderness Study Areas (WSAs);
- Inventoried Roadless Areas (IRAs);
- Proposed Wilderness;
- Wild and Scenic Rivers (WSRs);
- Scenic, Historic, and Backcounty Byways;
- National Recreation and Scenic Trails, and National Historic Trails;
- Research Natural Areas (RNAs);
- Areas of Critical Environmental Concern (ACECs);
- Archeological Areas;
- Wild Horse Herd Management Areas;
- Wildlife Habitat Management Areas (HMAs); and
- Special Botanical Areas.

Other areas with unique characteristics that do not require special designation by Congress, or administratively by the USFS or BLM, are included in MA 2 as "Unique Landscapes." These include:

Dolores River Canyon;

Rico;

McPhee;

Mesa Verde Escarpment;

HD Mountains; and

Silverton.

BLM_0031038

**Figure 20 - Special Areas and Unique Landscapes**





BLM_0031039

## WILDERNESS AREAS AND WILDERNESS STUDY AREAS (WSAS)

**Introduction**

Wilderness is a unique and vital resource. In addition to offering primitive recreation opportunities, it is valuable for its scientific and educational uses, as a benchmark for ecological studies, and for the preservation of historical and natural features.

The Wilderness Act of 1964 defines Wilderness as:

> A wilderness, in contrast with those areas where man and his own works dominate the landscape, is hereby recognized as an area where the earth and its community of life are untrammeled by man, where man himself is a visitor who does not remain. An area of wilderness is further defined to mean in this chapter an area of undeveloped Federal land retaining its primeval character and influence, without permanent improvements or human habitation, which is protected and managed so as to preserve its natural conditions and which (1) generally appears to have been affected primarily by the forces of nature, with the imprint of man's work substantially unnoticeable; (2) has outstanding opportunities for solitude or a primitive and unconfined type of recreation; (3) has at least five thousand acres of land or is of sufficient size as to make practicable its preservation and use in an unimpaired condition; and (4) may also contain ecological, geological, or other features of scientific, educational, scenic, or historical value.

**Program Emphasis**

Federal agencies manage Wilderness resources in a manner that ensures that their character and values are dominant and enduring. Wilderness management must be consistent over time, and between areas, in order to ensure their present and future availability and enjoyment as wilderness. Wilderness is managed in order to ensure that human influence does not impede the free play of natural forces or interfere with natural succession in the ecosystems, and to ensure that Wilderness Areas offer outstanding opportunities for solitude and/or for a primitive and unconfined type of recreation. Wilderness is also managed as one resource rather than a series of separate resources (FSM 2320.6).

Within the planning area, there are three Wilderness Areas on USFS-administered lands and seven WSAs on BLM-administered lands, as well as the Piedra Area (USFS) (which is a congressionally designated area managed to preserve its Wilderness characteristics).   Wilderness Areas and WSAs are managed by USFS policy FSM 2320 and by BLM Handbook H-8560-1, respectively. Specifically, the Wilderness Areas and the Piedra Area are managed under a 1998 Forest Plan amendment that is incorporated by reference as part of this DLMP. BLM WSAs were designated in the 1980s, and a final recommendation was forwarded to the President in 1991. BLM WSAs are managed under BLM Handbook 8550-1 (and will continue to be until Congress designates them as Wilderness Areas or releases them for multiple-use values). If the WSAs are released, they would be managed in accordance with the direction for MA 1s (where natural processes dominate. See Table 21 for a listing of the existing Wilderness Areas, the Piedra Area, and the WSAs.

BLM_0031040

**Table 21 - Wilderness Areas and Wilderness Study Areas**

| AREA NAME AND TYPE | | ACRES |
|---|---|---|
| *SJPL Wilderness Areas:* | | |
| Weminuche | | 328,270 |
| South San Juan | | 71,593 |
| Lizard Head | | 20,658 |
| | *TOTAL* | **420,522** |
| *Piedra Area:* | *TOTAL* | **60,341** |
| *SJPL Wilderness Study Areas:* | | |
| Weber Mountain | | 6,153 |
| Dolores River Canyon | | 15,889 |
| Handies Peak | | 1,061 |
| Menefee Mountain | | 7,153 |
| McKenna Peak | | 20,830 |
| West Needles Contiguous | | 958 |
| Whitehead Gulch | | 1,764 |
| Weminuche Contiguous | | 1,619 |
| | *TOTAL* | **55,428** |

BLM_0031041

**Figure 21 - Wilderness Areas, Piedra Area, WSAs, and Recommended Wilderness Areas**

BLM_0031042



## INVENTORIED ROADLESS AREAS (IRAs)

**Introduction**

Using criteria from USFS directives, the San Juan National Forest has conducted a new roadless inventory as part of the process for revising the Land Management Plan. This inventory identified 19 areas (totaling approximately 555,815 acres) as having "roadless character." These areas were analysed for their potential inclusion in the National Wilderness Preservation System. The boundaries of Inventoried Roadless Areas described in the 2001 Roadless Area Conservation Rule will also be updated to reflect the new inventory. It should also be used to guide future rulemaking related to roadless area management. Table 22 shows the 19 areas included in the revision inventory.

**Table 22 - Inventoried Roadless Areas (IRAs)**

| Area Number | Inventoried Roadless Area | Acres | Geographic Area |
|---|---|---|---|
| SJ240 | San Miguel | 60,311 | Columbine and Dolores |
| SJ284 | South San Juan Adjacent | 35,127 | Pagosa |
| SJ285 | Treasure Mountain | 22,512 | Pagosa |
| SJ286 | Turkey Creek | 25,326 | Pagosa |
| SJ291 | Graham Park | 17,325 | Columbine |
| SJ292 | Piedra Area Adjacent | 39,389 | Columbine and Pagosa |
| SJ293 | Runlett Park | 5,600 | Columbine |
| SJ294 | Florida River | 5,726 | Columbine |
| SJ295 | HD Mountains | 25,140 | Columbine |
| SJ302 | East Animas | 16,864 | Columbine |
| SJ303 | West Needles | 4,497 | Columbine |
| SJ304 | Blackhawk Mountain | 17,545 | Dolores |
| SJ305 | Storm Peak | 57,623 | Dolores |
| SJ306 | Hermosa | 148,139 | Columbine and Dolores |
| SJ315 | Ryman | 8,665 | Dolores |
| SJ310 | Fish Creek | 13,537 | Dolores |
| SJ320 | Weminuche Adjacent | 38,410 | Columbine and Pagosa |
| SJ235 | Lizard Head Adjacent | 5,558 | Dolores |
| SJ309 | Baldy | 20,032 | Dolores |
| | TOTAL | 555,815 | |

Source: GIS Inventory

BLM_0031043

Areas included in the Plan as Inventoried Roadless Areas (IRAs) meet the following criteria from the Wilderness Act and FSH 1909.12:

- they contain 5,000 acres or more; or
- they contain less than 5,000 acres, but are contiguous to existing Wilderness Areas or are recommended for Wilderness under other Federal ownerships.

IRAs do not contain classified roads. Classified roads are roads that are wholly or partially within, or adjacent to, USFS-administered lands that are determined to be needed for long-term motor vehicle access (including State roads, county roads, privately owned roads, USFS roads, and/or other roads authorized by the Forest Service [36 CFR 212.1]).

IRAs may contain improvements, including motorized trails, unauthorized, user-created roads, fences, Outfitter/ Guide camps, and/or evidence of historical logging activities.

Recent timber harvesting areas, utility corridors, ski areas, and large reservoirs were excluded from the roadless inventory.

BLM_0031044



**Figure 22 - 2006 Roadless Inventory**

# 2006 Roadless Inventory

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

Miles
0 5 10 20

JET
NAD 83, Polyconic Projection
October 29, 2007

## RECOMMENDED WILDERNESS AREAS

This plan recommends areas for inclusion in the National Wilderness Preservation System (see Figure 22):

- portions of the Hermosa IRA (50,895 acres);
- portions of the Lizard Head IRA (2,632 acres);
- portions of the Weminuche Adjacent IRA (specifically, Elk Park and Monk Rock, totaling 1,428 acres); and
- portions of the Turkey Creek IRA (578 acres).

These areas will be managed to maintain their wilderness characteristics until Congress designates them as Wilderness or releases them for other multiple-use management ( in which case, they would be managed under MA 1).

## WILD AND SCENIC RIVERS (WSRs)

### Introduction

Congress enacted the Wild and Scenic Rivers Act in 1968 in order to preserve the free-flowing condition, water quality, and outstandingly remarkable values (ORVs) of select rivers. The WSR Act directs that each river in the National Wild and Scenic Rivers System be administered in a manner that protects and enhances its outstanding natural and cultural values. The Act allows existing uses of a river to continue, and future uses to be considered (as long as the use does not conflict with the protection of river values).

The WSR Act Section 5(d)(1) directs Federal agencies to consider the potential of all rivers and streams for inclusion in the National Wild and Scenic Rivers System during their planning processes. All streams and rivers within the planning area were assessed as to their WSR eligibility and suitability. Volume 1 of this DLMP/ DEIS describes the process used for the planning area (also see Appendix D, Volume 3 for additional details). In order to be found suitable for WSR status, rivers must meet the following criteria:

- they must be free-flowing (not in a reservoir and having mostly natural banks);
- they must have at least one ORV (ORVs can be in relation to fish, wildlife, recreation, scenery, ecology, cultural, historic, and/or other resource);
- their free-flowing character, water quality, and ORVs should be protected, even if there are other competing uses; and
- their WSR status would be the best method for protecting their ORVs.

### Program Emphasis

During the planning process, the SJPLC determined the appropriate development level of rivers within the planning-area. This was based on water resources development, shoreline development, and accessibility. These constitute the river's classification as "wild" or "scenic" or "recreation.") Table 23 lists the rivers that have been found to be suitable for WSR status.

BLM_0031046

**Table 23 - River Segments Suitable for Wild and Scenic River (WSR) Status by Class**

| MAP NAME | WILD | SCENIC | RECREATION | TOTAL |
|---|---|---|---|---|
| Dolores River - McPhee To Bedrock | 48.84 | 23.15 | 37.04 | 109.02 |
| Summit Canyon | 0 | 12.15 | 0 | 12.15 |
| Coyote Wash | 7.60 | 0 | 0 | 7.60 |
| **Dolores TOTALS** | **56.44** | **37.30** | **37.04** | **128.77** |
| Animas River - Bakers Bridge to Sultan Creek | 0 | 0 | 27.19 | 27.19 |
| Mineral Creek | 0 | 0 | 8.65 | 8.65 |
| South Fork Mineral Creek | 0 | 0 | 7.41 | 7.41 |
| **Animas River TOTALS** | **0** | **0** | **43.25** | **43.25** |
| Big Bend Creek | 4.43 | 0 | 0 | 4.43 |
| Big Lick Creek | 0.76 | 0 | 0 | 0.76 |
| Clear Creek | 0 | 5.36 | 0 | 5.36 |
| Corral Creek | 1.65 | 0 | 0 | 1.65 |
| Deer Creek | 2.72 | 0 | 0 | 2.72 |
| East Fork Hermosa Creek | 0 | 0 | 6.70 | 6.70 |
| Elk Creek | 4.25 | 0 | 0 | 4.25 |
| Hermosa Creek | 0 | 28.08 | 0 | 28.08 |
| South Fork Hermosa Creek | 5.89 | 0 | 0 | 5.89 |
| West Cross Creek | 2.44 | 0 | 0 | 2.44 |
| **Hermosa Creek TOTALS** | **22.14** | **33.44** | **6.70** | **62.28** |
| Los Pinos, above Vallecito Reservoir | 21.89 | 0 | 0 | 21.89 |
| Lake Creek | 8.05 | 0 | 0 | 8.05 |
| Flint Creek | 7.03 | 0 | 0 | 7.03 |
| Sierra Vandera Creek | 3.67 | 0 | 0 | 3.67 |
| Snowslide Gulch | 3.51 | 0 | 0 | 3.51 |
| Rincon la Osa | 5.69 | 0 | 0 | 5.69 |
| Rincon la Vaca | 4.33 | 0 | 0 | 4.33 |
| **Los Pinos TOTALS** | **54.17** | **0** | **0** | **54.17** |
| Piedra River N of Hwy 160 | 14.09 | 0 | 7.89 | 21.98 |
| East Fork Piedra River in Wilderness | 9.37 | 0 | 0 | 9.37 |
| Middle Fork Piedra River | 11.75 | 0 | 7.03 | 18.77 |
| **Piedra River TOTALS** | **35.21** | **0** | **14.92** | **50.12** |
| West Fork San Juan River | 8.60 | 0 | 8.70 | 17.30 |
| **San Juan River TOTALS** | **8.60** | **0** | **8.70** | **17.30** |

These rivers may eventually be designated as part of the National Wild and Scenic River System by the Secretary of the Interior, or as the result of an act of Congress (Secretarial designation requires that the State governor make application to the Secretary of the Interior). The identification of rivers as suitable through this land management planning process does not trigger any water rights or other protections under the WSRA. In order to manage the rivers for their potential inclusion into the National Wild and Scenic River System, existing authorities will be used to protect the identified river's free-flowing character, water quality, ORVs, and recommended classification. (Details of the interim protective management are listed in FSM 1990.12_80.) Previous land management plans had similar direction, and have provided protection for the ORVs of the Los Pinos River, the Piedra River, and the Dolores and West Dolores Rivers over the past several decades.

BLM_0031047

**Figure 23 – Suitable Wild and Scenic Rivers in Relation to Management Areas**



## SCENIC, HISTORIC, AND BACKCOUNTRY BYWAYS

### Introduction

Currently, driving for pleasure is one of the most popular forms of recreation within the planning area – with scenic byways and backcountry byways serving as some of the most popular routes. As the population increases, and as "Baby Boomers" grow older and become less able to engage in more physically active forms of recreation, larger numbers of visitors are anticipated to take up driving for pleasure. Heritage tourism, which is the fastest growing segment of the tourism industry, is often combined with a scenic drive.

### Program Emphasis

Consistent with the primary goals of the National Scenic Byway Program, SJPL managers will guide the appropriate physical development of these travel corridors and their associated facilities, direct the conservation of unique and valued attributes surrounding the planning area, and provide leadership for byway management that supports efforts to benefit these routes.

The planning area is home to the 232-mile long San Juan Skyway, which was designated by the USFS as a National Scenic Byway in 1988 (also designated a State Scenic and Historic Byway, and as an All-American Road in 1997). The San Juan Skyway traverses some of the most spectacular, rugged, and pristine landscapes in America. The area is rich in culture -- from prehistoric habitations through to the colorful mining era that marked the San Juan Mountains in the 1800s (including the development of the narrow-gauge railways through the area).

The 65-mile long Alpine Loop National Backcountry Byway passes through the southern San Juan Mountains (often along routes that follow ancient paths of Native Americans as they returned to their traditional summer hunting camps). This rugged route connects the towns of Lake City, Silverton, and Ouray, Colorado. Spectacular high-elevation scenery and numerous historical markers explain the mining history of the area as the route travels through the towering San Juan Mountains.

The Trail of the Ancients Scenic Byway highlights the long and intriguing inhabitation of the Four Corners region by Native Americans.  It takes visitors to remote archeologically, culturally, and historically significant sites in Colorado, Utah, and Arizona. The section of the byway within the planning area travels mainly within the Canyons of the Ancients National Monument (BLM), Hovenweep National Monument (NPS), Ute Mountain Ute tribal lands, and communities (including Cortez and Dolores). One hundred and fourteen miles of this scenic byway are within Colorado.

The byway program provides essential safety, information, and sanitary services; protect, conserve, and interpret valued resources; and promote a quality image of the SJPL. Planning and infrastructure for these popular driving routes is not keeping up with the increasing demand for recreation. Inventorying scenic conditions along the three byways, as well as developing corridor management plans and interpretive strategies will help identify management priorities and actions designed to enhance the visitor experience. Travel management planning will integrate effectively with the management of these byways.

BLM_0031049

Over the past decade, great strides have been made to identify and conserve key natural and cultural viewsheds associated with the byways. However, some spectacular and culturally significant viewsheds remain in jeopardy from potential land trades, as well as from incompatible development. These areas include the foreground viewshed areas along Highway 550 north of Durango, along the Alpine Loop National Backcountry Byway, and near Cortez. These viewsheds in "gateway" landscapes help visitors transition between the development associated with a community and the undeveloped natural appearance of the surrounding public lands, including ecologically important riparian areas and wetland ecosystems (such as along the Dolores River) and key winter wildlife habitat (such as north of Durango). SJPL Managers aim to take a leadership role in working with willing partners (including local, State, and other Federal agencies; the Trust for Public Land (TPL); local land trusts; the State Heritage Fund; non-profit organizations; CDOT; Fort Lewis College; and the Colorado State Tourism Office) in order to identify and protect these landscapes. Efforts will involve active communication and collaboration with the Grand Mesa, Uncompahgre and Gunnison National Forests (GMUG) in order to ensure consistency of management along the byways.

SJPL managers will participate in partnerships with local communities, as well as with all other interested groups and individuals, in order to determine the appropriate marketing of the byways and to implement marketing actions to achieve byway goals. The first steps will include expanding the SJPL's partnership with the Durango Mountain Resort, the Silverton Chamber of Commerce, and the Durango-Silverton Narrow-Gauge Railroad so that basic public services and information would continue to be available to byway travelers along U.S. Highway 550 (the "Million Dollar Highway"). Initial efforts will focus on three key sites: the town of Silverton, the Purgatory Flats Trailhead, and the Molas Pass Rest Stop.

### Desired Conditions - Scenic, Historic, and Backcountry Byways

31.1   The byways are the main access routes, or gateways, to a wide array of recreation opportunities within the planning area; they have appropriate public information and services.

31.2   Cultural heritage sites along these three byways (including early historic mining, ranching, and Native American sites) are interpreted.

31.3   Scenic byways and adjacent landscapes provide high-quality scenery.  Viewsheds along scenic byways are protected, and scenic integrity is maintained in order to meet the public's desire for attractive natural landscapes. The byways contribute to recreation tourism and the regional economy. The byways are managed in order to protect the intrinsic qualities for which they were designated, consistent with current corridor management plans.

31.4   Byway goals and objectives are effectively integrated with the SJPLC's recreation facility master plan and travel management plan.

31.5   Significant historic structures along these three byways are preserved and stabilized.

### Other Referenced Direction

Refer to Corridor Management Plans and Byway Interpretive Strategies for more information.

## NATIONAL RECREATION AND SCENIC TRAILS, AND NATIONAL HISTORIC TRAILS

### Introduction

National recreation and scenic trails, and national historic trails, are federally recognized trails that connect people to local resources and improve their quality of life. More than 900 trails have been designated throughout the nation. Within the planning area, there are four designated national recreation and scenic trails: the Calico Trail, the Highline Trail, the Continental Divide National Scenic Trail, and the Colorado Trail. In addition, the Old Spanish Trail crosses the planning area, and is designated as a National Historic Trail. These trails are recognized through establishment reports and management plans for their scenic, historic, interpretive, and recreation values.

### Desired Conditions - National Recreation and Scenic Trails, and National Historic Trails

32.1   Consistent with their designation, the significant scenic, historic, and natural resources for each trail are identified, interpreted, and protected. The values for which these trails were established are retained.

32.2   The Continental Divide National Scenic Trail and the Colorado Trail provide opportunities for remote backcountry recreation, challenge, and solitude, except where they come near area communities (where more people and development may be encountered).

32.3   The Continental Divide National Scenic Trail and the Colorado Trail are non-motorized trails and have high scenic integrity.

32.4   Interpretive venues are used to inform and educate visitors about the national recreation and scenic trails, and the Old Spanish National Historic Trail, as well as about resource stewardship.

32.5   Trail segments near area communities and/or major access points are planned and designed in order to be barrier-free.

### Program Emphasis

Trail stewardship is emphasized through partnerships, marketing and interpretation, monitoring efforts, and maintaining and enhancing desired conditions.

The key to sustaining a successful network of national recreation and scenic trails, and national historic trails, is to continue to engage partners (including the Continental Divide National Scenic Trail Alliance, the Colorado Trail Foundation, and the Old Spanish Trail Association) and effective trail stewardship (including reconstruction, relocation, monitoring, volunteer recruitment and training, signage, and production of educational materials). Regular reviews of the partnership agreements between the SJPLC and partners will help to ensure clear role definition for the management and operation of these trails. Coordination with adjoining USFS- and BLM-administered lands that also contain the Continental National Divide Scenic Trail, the Colorado Trail, and the Old Spanish Trail is also an important element of successful trail management and interpretation.

Restrictions not already in effect for the use of motorized vehicles on segments of the Colorado Trail are to be developed. When, and if, conflicts develop, trail segments will be routed off of primitive roads. Travel management planning efforts will include review of motorized travel for the Calico Trail, and would determine consistency with the values for which the trail was established.

BLM_0031051

Monitoring of trail and resource conditions provides the basis for identifying work that could be effectively accomplished by partners. Monitoring also measures changes in setting indicators related to recreation benefits, including crowding on the trail and at camp areas, and scenic and environmental quality.

Marketing emphasis includes ensuring that all trailheads and trails have essential safety, orientation, and regulatory signs that are consistent with the natural setting of the trail. Marketing efforts also include the dissemination of accurate information regarding  these trails to the public in an effective manner through a variety of media and venues (including the SJPL website, guidebooks, brochures, and Visitor Centers).

**Standards and Guidelines**

- ***National Recreation and Scenic Trails***: Other resource activities should be designed in order to meet scenic quality objectives for these special designation trails (generally, a foreground and middleground of very high to high scenic integrity or visual resource management (VRM) Class II).

**Additional Referenced Guidance**

USFS Draft Old Spanish Trail Corridor Management Plan, 1981; Continental Divide National Scenic Trail Comprehensive Plan, 1980; USFS Decision Notice, Colorado Trail Management Direction and Route Selection EA, Region 2, 1998; USFS Master Plan for the Colorado Trail; and FSM 2300, Chapter 2353, National Scenic and Historic Trails.

Under the direction of the LMP, the on-going monitoring of trail and resource conditions would provide the basis for identifying work that could be effectively accomplished by partners. Monitoring would also measures changes in setting indicators related to recreation benefits (including crowding on the trail and at camp areas), as well as scenic and environmental quality.

BLM_0031052

## RESEARCH NATURAL AREAS (RNAs)

### Introduction

Research Natural Areas (RNAs) are ecological reserves designated, in perpetuity, for non-manipulative research, education, and maintenance of biological diversity on public lands. RNAs represent relatively natural, unaltered ecosystems that serve as reference areas for land managers (so that they can assess the consequences of management actions on other similar lands). In RNAs, most management activities are prohibited unless they are needed in order to maintain desired conditions or to maintain the unique features for which the RNA was established.

### Existing RNAs

The RNAs within the planning area that have previously been designated include the following:

- **Narraguinnep**: The Narraguinnep RNA is situated in the tablelands of the San Juan National Forest, approximately 13 miles northwest of Dolores. It totals approximately 1,900 acres at elevations ranging from 6,690 to 8,000 feet. The area is characterized by canyon topography and sedimentary geology. Key features include old-growth ponderosa pine forests, pinyon-juniper woodlands, mountain shrublands, and steep canyon side slopes.

- **Williams Creek**: The Williams Creek RNA is situated in the southern San Juan Mountains, approximately 15 miles northwest of Pagosa Springs. It totals approximately 550 acres at elevations ranging from 8,350 to 9,650 feet. The area is characterized by gentle mountain topography and volcanic geology. Key features include white fir-dominated cool-moist mixed-conifer forests and spruce-fir forests.

### Proposed RNAs

Additional proposed RNAs include:

- **Electra**: The proposed Electra RNA is situated east of Electra Lake in the southern San Juan Mountains. It would total approximately 2,200 acres at elevations ranging from 7,400 to 8,800 feet. The area is characterized by glacial mountain topography associated with metamorphic and igneous geology. Key features include glacial topography, kettle ponds, old-growth ponderosa pine forests, mixed-conifer forests, aspen forests, wetlands, and fens.

- **Grizzly Peak**: The proposed Grizzly Peak RNA is situated in the Rico Mountains. It would total approximately 5,000 acres at elevations ranging from 10,000 to 13,700 feet. The area is characterized by rugged mountain topography. Three rock glaciers, and a number of well-defined cirque basins, occur within the RNA. Key features include periglacial topography, sedimentary geology, fens, old-growth spruce-fir forests, willow carrs, alpine tundra, Thurber fescue mountain grasslands, and wetlands.

- **Hermosa**: The proposed Hermosa RNA is situated in the southern San Juan Mountains, approximately 13 miles north of the town of Durango. It would total approximately 8,000 acres at elevations ranging from 7,000 to 12,000 feet. The area is characterized by highly dissected mountain topography and sedimentary geology. Key features include old-growth forests, Colorado cutthroat trout, alpine tundra, spruce-fir forests, aspen forests, ponderosa pine forests, mixed-conifer forests, and mountain shrublands.

BLM_0031053

- **Hidden Mesas**: The proposed Hidden Mesas RNA is situated in the southern San Juan Mountains, approximately 15 miles southwest of the town of Pagosa Springs. It would total approximately 4,400 acres at elevations ranging from 6,600 to 8,300 feet. The area is characterized by mesas, canyons, and sedimentary geology. Key features include old-growth ponderosa pine forests, mixed-conifer forests, pinyon-juniper woodlands, and mountain shrublands.  The current road along Archuleta Creek is excluded from this RNA.

- **Martinez Creek**: The proposed Martinez Creek RNA is situated in the southern San Juan Mountains, approximately 9 miles north of Pagosa Springs. It would total approximately 1,800 acres at elevations ranging from 9,400 to 11,400 feet. The area is characterized by gentle to rugged mountain topography and volcanic and sedimentary geology. Key features include old-growth spruce-fir forests.

- **Navajo River**: The proposed Navajo River RNA is situated in the southern San Juan Mountains, approximately 19 miles east of Pagosa Springs. It would total approximately 7,000 acres at elevations ranging from 9,200 to 12,700 feet. It would be situated entirely within the South San Juan Wilderness Area. The area is characterized by rugged mountain topography and volcanic geology. Key features include Colorado cutthroat trout, alpine tundra, spruce-fir forests, Thurber fescue mountain grasslands, riparian areas and wetland ecosystems, and fens.

- **Piedra**: The proposed Piedra RNA is situated in the southern San Juan Mountains, approximately 23 miles northwest of Pagosa Springs. It would total approximately 6,900 acres at elevations ranging from 7,500 to 10,500 feet. It would be situated entirely within the Piedra Area. The area is characterized by rugged mountain topography and volcanic geology. Key features include old-growth warm-dry mixed-conifer and cool-moist mixed-conifer forests, spruce-fir forests, aspen forests, Thurber fescue mountain grasslands, and riparian areas and wetland ecosystems.

- **Porphyry Gulch**: The proposed Porphyry Gulch RNA is situated in the southern San Juan Mountains, approximately 21 miles north of Pagosa Springs. It would total approximately 12,000 acres at elevations ranging from 8,500 to 12,500 feet. It would be situated entirely within the Weminuche Wilderness Area. The area is characterized by rugged mountain topography and volcanic geology. Key features include alpine tundra, spruce-fir forests, Thurber fescue mountain grasslands, riparian areas and wetland ecosystems, and fens.

## Desired Conditions - RNAs

33.1   Ecological integrity is intact for all ecosystem types.

33.2   Natural ecological processes (including succession, fire, insects, diseases, and flooding) occur mostly unencumbered by humans, and shape the composition, structure, and landscape pattern of the vegetation.

33.3   Non-native species are absent or rare.

33.4   Human influence and structures are absent or rare.

BLM_0031054

**Figure 24 - Research Natural Areas (RNAs)**

BLM_0031055



**Suitability – RNAs**

Table 24 shows the allowable, prohibited, and restricted management activities and uses for the RNAs.

**Table 24 - RNA Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - PROHIBITED - RESTRICTED |
|---|---|
| Wildland Fire Use | Restricted (May be used in order to meet desired conditions.) |
| Prescribed Burning | Restricted (May be used in order to meet desired conditions.) |
| Mechanical Fuels Treatment | Prohibited |
| Timber Harvesting | Prohibited |
| Timber Production (scheduled on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Prohibited |
| Grazing | Restricted (May be used in order to meet desired conditions.) |
| Recreation Facilities | Prohibited |
| Motorized (Summer) | Prohibited |
| Motorized (Winter) | Prohibited |
| Non-Motorized (Summer) | Allowable |
| Non-Motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Prohibited |
| Mechanized (e.g., Mountain Bikes) | Prohibited |
| Road Construction (permanent or temporary) | Prohibited |
| Minerals - Leasable (oil and gas, and other) | Prohibited |
| Minerals - Locatable | A provision would be required for assessing the affected area for future mineral withdrawal. |
| Minerals - Saleable (materials) | Prohibited |

BLM_0031056

## AREAS OF CRITICAL ENVIRONMENTAL CONCERN (ACECS) – BIG GYPSUM VALLEY

### Introduction

The Big Gypsum Valley ACEC is located north of Disappointment Valley near the Dolores River. Portions of the ACEC are north of San Miguel County Road 20R (with the Dolores River Canyon on the west, and Colorado Highway 141 on the east). One portion of this ACEC is situated west of the Dolores River Bridge, along San Miguel County Road 20R. The Big Gypsum Valley is one of several parallel northwest-southeast trending valleys formed by the collapse of ancient salt domes. The DLMP/DEIS documents include an ACEC evaluation report that includes the relevance and importance evaluations for 22 areas that were nominated for consideration as ACECs within the planning area.

### Desired Conditions - Big Gypsum ACEC

34.1   Gypsum soils have occurrences of endemic gypsiferous vascular and non-vascular plant species, and a high cover of biological crusts.

### Program Emphasis

Relevant and important ACEC values will be maintained. NatureServe rankings for relevant and important values include the outstanding (B1) biodiversity significance rank, which is based on two excellent (A-ranked) and two good (B-ranked) occurrences of Gypsum Valley cat-eye *(Cryptantha gypsophila)*. This plant is critically imperiled State-wide and globally (G1, S1). Other rare plants in this ACEC include three lichens: gypsum rim lichen *(Lecanora gypsicola),* which is critically imperiled State-wide and globally (G1, S1); nodule cracked lichen (Acarospora nodulosa var. nodulosa), which is imperiled globally and critically imperiled State-wide (G2, S1); and largeleaf gypsoplaca (*Gypsoplaca macrophylla),* which is globally vulnerable and critically imperiled State-wide (G3, G4, S1). A grass species rare to the State is also present: Gyp dropseed *(Sporobolus nealley)*, which is secure globally and critically imperiled State-wide (G5, S1). Plans of Operation are prepared for all mining activities proposed in Big Gypsum Valley ACEC.

### Objectives - Big Gypsum ACEC

- Designate approximately 7,605 acres in Big Gypsum Valley as an Area of Critical Environmental Concern (see Figure 25), due to the need to apply the special management, in order to enhance condition of the relevant and important values.

- Close ACEC to motorized use, except for the existing county road and State highway.

- By 2010, reclaim ATV route that crosses gypsum site (in T 44N R 16W Sections 32, 33 and T 43N R 16W Section 5).

BLM_0031057

**Figure 25 - Areas of Critical Environmental Concern (ACECs)**



**Suitability**

Table 25 shows the allowable, prohibited, and restricted management activities and uses for the proposed Big Gypsum ACEC.

**Table 25 - Big Gypsum ACEC Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - PROHIBITED - RESTRICTED |
|---|---|
| Mechanical Fuels Treatment | N/A |
| Timber Harvesting | N/A |
| Timber Production (scheduled on a rotation basis) | N/A |
| Commercial Use of Special Forest Products and Firewood | N/A |
| Livestock Grazing | Allowable |
| Facilities | Prohibited |
| Motorized (Summer) | Restricted to grazing within existing allotments with guidelines to protect fragile soil communities. |
| Motorized (Winter) | Prohibited |
| Non-motorized (Summer) | Restricted to existing county roads within the ACEC units. |
| Non-motorized (Winter) | Prohibited |
| Motorized Tools for Administrative Work | Allowable |
| Mechanized (e.g., Mountain Bikes) | Allowable |
| Road Construction (temporary roads) | Allowable |
| Minerals - Leasable (oil and gas) | Restricted to existing roads and trails that avoid gypsiferous habitat sites. |
| Minerals - Leasable (other) | Restricted to existing roads and temporary roads for approved projects that avoid gypsiferous habitat sites. |
| Minerals - Locatable | Restricted to CSU stipulation for avoidance of gypsiferous habitat sites. |
| Minerals - Saleable (materials) | Restricted to CSU stipulation for avoidance of gypsiferous habitat sites. |

BLM_0031059

**Standards and Guidelines**

- Locate all new ground-disturbing activities (including ROWs, seismic operations, and temporary rangeland management facilities) away from known gypsum soil locations.

- Locate all new ground-disturbing activities (including ROWs, seismic operations, and temporary rangeland management facilities) away from known gypsum soil locations.

- Issue oil and gas leases in the ACEC with CSU stipulations in order to locate facilities outside of a 200-meter buffer of known gypsum-soil locations.

- Manage livestock grazing in order to reduce adverse grazing impacts on relevant and important values of gypsum soils and sensitive plant communities.

- By 2010, reclaim ATV route that crosses gypsum site (in T 44N R 16W Sections 32, 33 and T 43N R 16W Section 5).

- Protect relevant and important values, and apply special management strategies, where standard or routine management is not adequate in order to protect the values from risks or threats of damage/degradation or to provide for public safety from natural hazards.

**Additional Referenced Guidance**

43 CFR Part 3809.

**Monitoring**

A long-term monitoring program would be established for the Big Gypsum Valley ACEC. In order to establish baseline information on the current condition of gypsum soils and sensitive plant community values, it will include a Colorado Natural Heritage Program (CNHP) inventory of the designated ACEC. Once the baseline condition assessment information was compiled, the ACEC will be monitored a minimum of once every 4 years in order to identify any potential adverse impacts that might occur, identify trends in resource condition and/or deterioration, and determine whether or not any actions taking place in the area are causing detrimental changes to the soil and vegetation values deemed relevant and important. Any changes will be noted and recorded in the CNHP database and reported to the land manager so that appropriate action may be taken.

BLM_0031060

## FALLS CREEK ARCHEOLOGICAL AREA

### Introduction

Falls Creek Valley may contain archeological resources that could aid in efforts to study the earliest agricultural and sedentary societies in the southwestern United States. The area is an important and highly valued place for Native Americans, who view it as part of their heritage. The Falls Creek Archeological Area contains one of the earliest and best dated Basketmaker II sites ever documented. These sites are preserved and protected for their scientific, educational, social, and cultural values.

The area is frequented on a year-round, daily basis by residents and visitors taking advantage of the close proximity to Durango in order to enjoy the scenic beauty, open space, and recreational opportunities (see Figure 26). The historic landscape, including the irrigated hayfields of the Hidden Valley Ranch, is managed by the SJPLC. They provide a window into the area's ranching heritage (offering one of the only hayfields open to public recreation anywhere in the region). These fields are managed in order to provide nutritious forage for big game dependent upon this mild, southern exposure lowland for winter habitat.

### Desired Conditions - Falls Creek Archeological Area

35.1   Archeological sites are protected and preserved for their scientific, educational, social, and cultural values.

35.2   Native American values are respected and preserved, and tribal members are provided special access to the area.

35.3   Access to the Falls Creek Rock Shelter is allowed to educational institutions through a Special Use Permit.

35.4   Historic viewsheds (including the historic hayfields) are protected, enhanced, and preserved.

35.5   Native American tribes and Pueblos are consulted with regard to the development of appropriate off-site educational materials.

35.6   NAGPRA repatriation of items removed during the 1930s excavation is completed (including analysis of these items necessary in order to complete the cultural affiliation study).

35.7   The area continues to provide big game winter range habitat.

35.8   Wetlands are managed in order to retain the floral and faunal diversity that currently exists.

BLM_0031061

**Figure 26 - Archeological Areas**



**Program Emphasis**

The management emphasis for Falls Creek is protection and preservation of archeological sites and providing compatible recreational opportunities. This area will also be managed for wildlife diversity, with an emphasis on winter range value (especially for elk and deer).

**Objectives - Falls Creek Archeological Area**

- Within 5 years, create a dispersed recreation plan that is congruent with desired conditions and that would be incorporated into the management plan for the Falls Creek Archeological Area.

- Within 1 year, implement a site-steward program.

- Within 5 years, implement intensive digital/photogrammetry documentation of the rock art; develop and implement a rock art preservation plan in order to mitigate deterioration.

- Within 5 years, develop appropriate and sensitive off-site interpretive and educational materials. Make the information from the collection analyses available to researchers.

**Suitability**

Table 26 shows the allowable, prohibited, and restricted management activities and uses for the Falls Creek Archeological Area.

BLM_0031063

**Table 26 - Falls Creek Archeological Area Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - PROHIBITED - RESTRICTED |
|---|---|
| Wildland Fire Use | Prohibited |
| Prescribed Burning | Restricted (Archaeological and historic resources must be protected from impacts from fire.) |
| Mechanical Fuels Treatment | Allowable |
| Timber Harvesting | Restricted (Archeological and historic resources must be protected.) |
| Timber Production (schedule on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Prohibited |
| Livestock Grazing | Prohibited |
| Recreation Facilities | |
| Motorized (Summer) | Prohibited |
| Motorized (Winter) | Prohibited |
| Non-motorized (Summer) | Restricted |
| Non-motorized (Winter) | Allowed |
| Motorized Tools for Administrative Work | Restricted (Archaeological and historic resources must be protected.) |
| Mechanized (e.g., Mountain Bikes) | Restricted to designated roads and trails. |
| Road Construction (permanent or temporary) | Prohibited |
| Minerals - Leasable (oil and gas, and other) | Administratively Not Available |
| Minerals - Locatable | Restricted (A provision would be required for assessing the affected area for future mineral withdrawal.) |
| Minerals - Saleable (materials) | Prohibited |

BLM_0031064

## CHIMNEY ROCK ARCHEOLOGICAL AREA

**Introduction**

The Chimney Rock Archeological Area is a treasure without parallel in the public lands system. The site has been recognized as being "the ultimate outlier" of the Chaco culture  (which flourished from A.D. 900 through A.D. 1130). In recognition of its national significance, the Congress has designated Chimney Rock as part of the Chacoan Outliers Protection Act of 1995 system. The Chimney Rock area exhibits many of the same hallmarks associated with Chacoan culture that earned Chaco Cultural National Historical Park a World Heritage listing. In addition, the Chimney Rock area also exhibits unique features associated with its location and setting within the landscape. It is the north-easternmost Chacoan site, and is hypothesized to be an astronomical observatory. It is valued by Native Americans as part of their ancestral heritage (see Figure 26).

**Desired Conditions - Chimney Rock Archeological Area**

36.1   Archeological sites are protected and preserved in the Chimney Rock Archeological Area.

36.2   Chimney Rock provides a heritage tourism experience with an emphasis on educational interpretation of the area.

36.3   Native Americans are allowed to use the area, and their values are respected and preserved.

36.4   Fuels treatment projects (including timber sales) reduce fire danger and protect archeological sites.

36.5   Water rights are maintained.

36.6   General recreational opportunities for the public are provided, in accordance with the dispersed recreation plan.

**Program Emphasis**

The Chimney Rock Interpretive Association currently manages this Archeological Area with volunteers under a USFS Special Use Permit. Under the direction of the LMP,  Chimney Rock sites will be preserved and protected for their scientific, educational, and cultural values; and be managed in a manner designed to contribute to tourism (which is one the most powerful regional economic drivers in southwestern Colorado). Visitor services and preservation of the sites would be greatly improved by stabilizing and preserving the Great House, upgrading the existing Visitor Center; and by completing intensive architectural documentation. Adjacent archeological resources on Peterson Mesa should be researched in order to understand their potential relationship to the Chimney Rock Archeological Area. If found to be related, the Chimney Rock Archeological Area boundaries should be expanded in order to include those resources.

Maintaining and developing additional partnerships will be critical for preserving, interpreting, and better understanding the area (including partnerships with Native Americans, the Chimney Rock Interpretive Association, Fort Lewis College, the Chaco Interagency Management Group, the National Park Service, and the University of Colorado).

BLM_0031065

**Objectives - Chimney Rock Archeological Area**

- Within 6 years, and in cooperation with the Chimney Rock Interpretive Association, construct an expanded visitor facility.
- Within 5 years, stabilize and preserve the Great House.

**Suitability**

Table 27 shows the allowable, prohibited, and restricted management activities and uses for the Chimney Rock Archeological Area.

**Table 27 - Chimney Rock Archeological Area Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - PROHIBITED - RESTRICTED |
|---|---|
| Wildland Fire Use | Prohibited |
| Prescribed Burning | Restricted |
| Mechanical Fuels Treatment | Restricted (Significant archaeological resources must be protected.) |
| Timber Harvesting | Restricted (Significant archaeological resources must be protected.) |
| Timber Production (scheduled on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Prohibited |
| Livestock Grazing | Prohibited |
| Recreation Facilities | Restricted to existing facilities and facilities identified in the Chimney Rock Management Plan. |
| Motorized (Summer) | Restricted to paved entrance road. |
| Motorized (Winter) | Prohibited |
| Non-motorized (Summer) | Restricted to designated roads and trails. |
| Non-motorized (Winter) | Allowed |
| Motorized Tools for Administrative Work | Restricted (Significant archaeological resources must be protected.) |
| Mechanized (e.g., Mountain Bikes) | Restricted to paved entrance road. |
| Road Construction (permanent or temporary) | Restricted to maintenance of existing paved entrance road. |
| Minerals - Leasable (oil and gas, and other) | Administratively not available |
| Minerals - Locatable | Restricted (A provision would be required for assessing the affected area for future mineral withdrawal.) |
| Minerals - Saleable (materials) | Prohibited |

BLM_0031066

## WILD HORSE HERD MANAGEMENT AREA

### Introduction

The Spring Creek Herd Management Area is located approximately 18 miles south of Naturita, Colorado (in San Miguel County). The herd management area is comprised of approximately 16,455 acres (approximately 14,835 acres or 90% are public lands).

### Desired Conditions - Wild Horse Herd Management Area

37.1    The Spring Creek Basin wild horse herd population is within an acceptable range.

37.2    Adequate genetic viability and variability exists in order to maintain a healthy wild horse herd.

37.3    Vegetation provides sufficient cover in order to reduce salinity and to prevent sediment from reaching Disappointment Creek and the Dolores River.

### Program Emphasis

Wild horses and burros are managed under the Wild Free-Roaming Horse and Burro Act of 1971, as amended (PL 92-195). The 1985 San Juan/San Miguel RMP designated a wild horse emphasis area for the Spring Creek Basin, with direction to maintain an appropriate management level (AML) of 50 horses. Portions of the Spring Creek Herd Management Area also emphasize watershed management (in order to reduce salinity into the Colorado River and for the watershed health of the McKenna Peak WSA).

A Wild Horse Herd Management Area Plan (HMAP) was approved in October of 1986. It was revised in 1994. The HMAP objective is to maintain AML at 50 adult horses. In 2005, additional analysis was completed in order to determine whether or not the existing AML was appropriate (based on an opportunity to provide additional AUMs for the herd area). The analysis showed that current AML was appropriate, considering that rangeland health standards (43 CFR 4180) were not being met, and that the few available AUMs would not improve herd genetics (#EA-800-2005-027 2005).

### Objectives - Wild Horse Herd Management Area

•    By 2010, as determined by a census, gather excess horses and provide for their adoption.

BLM_0031067

**Figure 27 - Wild Horse Herd Management Area**



Table 28 shows the allowable, prohibited, and restricted management activities and uses for the Spring Creek Wildhorse Herd Area.

**Table 28 - Spring Creek Wildhorse Herd Management Area Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - PROHIBITED - RESTRICTED |
|---|---|
| Wildland Fire Use | Allowable |
| Prescribed Burning | Allowable |
| Mechanical Fuels Treatment | Restricted (Few suitable areas for fuels treatment in HMA.) |
| Timber Harvesting | Prohibited |
| Timber Production (scheduled on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Restricted opportunities for firewood; however, gathering other forest products may be acceptable as long as gathering is not detrimental to wild horse management. |
| Grazing | Allowable |
| Recreation Facilities | Restricted (Dispersed recreation for viewing opportunities is encouraged.) |
| Motorized (Summer) | Restricted to on roads only. |
| Motorized (Winter) | Restricted to on roads only. |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Allowable |
| Mechanized (e.g., Mountain Bikes) | Restricted to on roads only. |
| Road Construction (permanent or temporary) | Allowable |
| Minerals - Leasable (oil and gas, and other) | Allowable |
| Minerals - Saleable (materials) | Allowable |

**Additional Referenced Guidance**

The Wild Free-Roaming Horse and Burro Act of 1971; the Public Rangeland Improvement Act of 1978; the Taylor Grazing Act of 1934, as amended (TGA); the Federal Land Policy and Management Act of 1976 (FLPMA); Code of Federal Regulations (CFR) 4700, Protection, Management, and Control of Wild and Free-Roaming Horses and Burros; 43 CFR 4100; the Colorado Public Land Health Standards EA and FONSI, 1997; Vegetation Treatment on BLM lands in the 13 Western States, 1991; Weeds-Revised Integrated Weed Management in the San Juan Field Office (CO-038-99-035 EA); BLM Manual 9015; BLM Partners Against Weeds, 1996; various BLM Instruction Memoranda and Information Bulletins relating to wild horse and burro management; Rules Pertaining to the Administration and Enforcement of the Colorado Noxious Weed Act (8 CCR 1203-10); the Spring Creek Basin Wild Horse Management Plan, 1994; and the Wild Horse Appropriate Management Level (AML) in the Spring Creek Basin Herd Management Area (HMA) (EA #CO-800-2005-027).

BLM_0031069

## PERINS PEAK WILDLIFE HABITAT MANAGEMENT AREA (MA 2)

### Introduction

Wildlife habitat management areas provide for habitat features that are special, or limiting, to certain wildlife species. They provide the opportunity for maintaining diversity components for species sustainability found within each area's Habitat Management Plan (including the restoration, maintenance, and/or improvement of these features for the target species, as well as for other species with habitats within the area). Timing stipulations and use restrictions may be applied in these areas in order to preserve diversity components. The Perins Peak Wildlife Habitat Management Area consists of approximately 1,512 acres of BLM-administered public lands, and approximately 3,400 acres of State lands administered by the CDOW. The area is located northwest of, and immediately adjacent to, Durango.  Historically, the area has served as winter range for large herds of elk, mule deer, and a remnant population of bighorn sheep. Breeding populations of golden eagle, prairie falcon, and peregrine falcon add to the significance of the area. The area also supports populations of Meriam's wild turkey. More than half of the elk herd of CDOW Game Management Unit 74 is dependent upon this area in severe winters. Rapid development in the Durango area has increased impacts to wildlife resources in the area due to land conversions, migration corridor disruption, and increased recreational pressures to disturbance-sensitive wildlife species.

### Desired Conditions - Perins Peak Wildlife Habitat

38.1   Habitat diversity components are secure, undisturbed, and sufficient to sustain the wildlife populations that depend on the Perins Peak HMA in an urbanizing environment.

### Program Emphasis

Under the direction of the DLMP, management emphasis would focus on habitat features and effectiveness for raptor reproduction, big game winter range, and other improvements for non-game birds and small mammals, in coordination and conjunction with adjacent CDOW lands. The Perins Peak Wildlife Habitat Management Plan (CO-03 WHA-T1), which was prepared by the BLM in cooperation with the USFWS and the CDOW, outlines the emphasis and management objectives for the area. Within this HMP, a comprehensive list of management objectives is provided for raptors, big game winter range, habitat improvements, and public access.

BLM_0031070

**Figure 28 - Wildlife Habitat Management Areas**



**Suitability**

Table 29 shows the allowable, prohibited, and restricted management activities and uses for the Perins Peak Habitat Management Area.

**Table 29 - Perins Peak Habitat Management Area Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - PROHIBITED - RESTRICTED |
|---|---|
| Wildland Fire Use | Restricted (Project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the HMP.) |
| Prescribed Burning | Restricted (Project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the HMP.) |
| Mechanical Fuels Treatment | Restricted (Project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the HMP.) |
| Timber Harvesting | Restricted (Project design would maintain or improve effectiveness and be of primary benefit to habitat and species objectives outlined in the HMP.) |
| Timber Production (schedule on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Prohibited |
| Grazing | Restricted (Project design maintains or improves effectiveness and be of primary benefit to habitat and species objectives outlined in the HMP.) |
| Recreation Facilities | Prohibited |
| Motorized (Summer) | Restricted (Timing of use and route restrictions maintain habitat effectiveness for species objectives outlined in the HMP.) |
| Motorized (Winter) | Prohibited |
| Non-motorized (Summer) | Restricted (Timing of use and route restrictions maintain habitat effectiveness for species objectives outlined in the HMP.) |
| Non-motorized (Winter) | Prohibited |
| Motorized Tools for Administrative Work | Restricted (Timing, noise levels, and impact to habitat effectiveness will be compatible with habitat and species objectives described in the HMP.) |
| Mechanized (e.g., Mountain Bikes) | Prohibited |
| Road Construction (permanent or temporary) | Restricted (Construction timing, construction type, route, and use and timing of use conforms with habitat and species needs described in the HMP.) |
| Minerals - Leasable (oil and gas, and other) | Restricted - (CSU and TL, as defined for leasable minerals, maintains habitat effectiveness for species objectives outlined in the HMP.) |
| Minerals - Locatable | Allowable |
| Minerals - Saleable (materials) | Prohibited |

BLM_0031072

**Other Referenced Guidance**

The Perins Peak Wildlife Habitat Management Plan (CO-03 WHA-T1).

## WILLOW CREEK WILDLIFE HABITAT MANAGEMENT AREA (MA 2)

### Introduction

Wildlife habitat management areas provide for habitat features that are special, or limiting, to certain wildlife species. They provide the opportunity for maintaining diversity components for species sustainability found within each area's habitat management plan (including the restoration, maintenance, or improvement of these features for the target species, as well as for other species with habitats within the area). Timing stipulations and use restrictions may be applied in these areas in order to preserve diversity components.

The Willow Creek Habitat Management Area contains approximately 900 acres of BLM-administered public lands, and approximately 2,000 acres of adjacent State wildlife area. The primary objective of these areas is to provide habitat for the Gunnison sage-grouse on State and BLM-administered lands. Detailed desired conditions are described in the Gunnison sage-grouse Rangewide Conservation Plan (CDOW 2005) for the Dove Creek sub-population (including connectivity to the Monticello sub-population). Gunnison Sage-grouse are known to occur on private lands on, and adjacent to, the State wildlife area. Managing Gunnison Sage-grouse on public lands or on State-owned lands has not been possible until the recent acquisition by the CDOW of private lands in the Willow Creek and Coal Bed Canyon area.

### Desired Conditions - Willow Creek Wildlife Habitat Management Area

39.1   The area provides a designated area of publicly managed land for the continued conservation and sustainability of the Gunnison Sage-grouse.

### Program Emphasis

Under the direction of the LMP, program emphasis is on managing Gunnison Sage-grouse habitat, in partnership with the CDOW, for the Dove Creek Sage-grouse sub-population. Management objectives for the area will be developed in cooperation with the CDOW, and will be contained in the Draft Willow Creek Habitat Management Plan.

### Objectives - Willow Creek Wildlife Habitat Management Area

- Over the 10-year-life of the HMP, reduce 25% of the cheatgrass infestation.
- Within 5 years of implementation of the HMP, remove all encroaching pinyon-pine and juniper trees in sagebrush areas.
- Within 5 years of implementation of the HMP, remove all tamarisk within riparian areas and wetland ecosystems.
- Within 10 years, improve 100 acres of sagebrush habitat for reproduction and brood-rearing through vegetation management.
- Within 10 years, provide water sources in all identified brood-rearing habitat.

BLM_0031073

## Suitability

Table 30 shows the allowable, prohibited, and restricted management activities and uses for the Willow Creek Habitat Management Area.

**Table 30 - Willow Creek Habitat Management Area Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - PROHIBITED - RESTRICTED |
|---|---|
| Wildland Fire Use | Restricted (Project design maintains or improves effectiveness and is a primary benefit to habitat and species objectives in the HMP.) |
| Prescribed Burning | Restricted (Project design maintains or improves effectiveness and is a primary benefit to habitat and species objectives in the HMP.) |
| Mechanical Fuels Treatment | Restricted (Project design maintains or improves effectiveness and is a primary benefit to habitat and species objectives in the HMP.) |
| Timber Harvesting | Prohibited |
| Timber Production (schedule on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Prohibited |
| Grazing | Restricted (Project design maintains or improves effectiveness and is a primary benefit to habitat and species objectives in the HMP.) |
| Recreation Facilities | Prohibited |
| Motorized (Summer) | Restricted (Timing of use and route restrictions maintain habitat effectiveness for species objectives outlined in the HMP.) |
| Motorized (Winter) | Restricted (Timing of use and route restrictions maintain habitat effectiveness for species objectives outlined in the HMP.) |
| Non-motorized (Summer) | Restricted (Timing of use and route restrictions maintain habitat effectiveness for species objectives outlined in the HMP.) |
| Non-motorized (Winter) | Restricted (Timing of use and route restrictions maintain habitat effectiveness for species objectives outlined in the HMP.) |
| Motorized Tools for Administrative Work | Restricted (Timing, noise levels, and impacts to habitat effectiveness will be compatible with habitat and species objectives described in the HMP.) |
| Mechanized (e.g., Mountain Bikes) | Restricted (Timing of use and route restrictions maintain habitat effectiveness for species objectives outlined in the HMP.) |
| Road Construction (permanent or temporary) | Prohibited |
| Minerals - Leasable (oil and gas, and other) | Restricted (CSU and TL, as defined for leasable minerals, maintain habitat effectiveness for species objectives outlined in the HMP.) |
| Minerals - Locatable | Allowable |
| Minerals - Saleable (materials) | Prohibited |

## Other Referenced Guidance

The Gunnison Sage-Grouse Rangewide Conservation Plan, 2005; the Dove Creek Conservation Plan, 1998; and the Willow Creek Habitat Management Plan (Draft).

BLM_0031074

**Figure 29 - Special Botanical Areas**

BLM_0031075



## O'NEAL HILL SPECIAL BOTANICAL AREA

### Introduction

Botanical Areas are botanical reserves designated in order to protect and preserve unique or rare plant species, or plant communities and their habitat. The O'Neal Hill Special Botanical Area is located approximately 14 miles north of the Town of Pagosa Springs. It totals approximately 130 acres at an elevation of about 8,100 feet. The area occurs on relatively flat plains and hills, and is primarily associated with the mountain grassland vegetation type and the Mancos Shale geologic formation. The largest known population of the globally rare plant species, Pagosa Springs bladderpod *(Lesquerella pruinosa)* occurs here. This yellow-flowered member of the mustard family occurs only in the Pagosa Springs area and in northern New Mexico.

### Desired Conditions - O'Neal Hill Special Botanical Area

40.1   *Lesquerella pruinosa* has self-sustaining populations.

40.2   Favorable habitat conditions exist for *Lesquerella pruinosa.*

40.3   Invasive plant species in the botanical area are absent or rare.

### Program Emphasis

Unless deemed necessary, most management activities are prohibited in this area to maintain the unique features for which the Special Botanical Area was established. The protection provided by this Special Botanical Area designation will help maintain self-sustaining populations of this rare plant species, and help prevent the need for its designation as threatened or endangered under the Endangered Species Act of 1973.

### Suitability

Table 31 shows the allowable, prohibited, and restricted management activities and uses for the O'Neal Hill Botanical Area.

BLM_0031076

**Table 31 - O'Neal Hill Special Botanical Area Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - PROHIBITED - RESTRICTED |
|---|---|
| Wildland Fire Use | Restricted (May be used in order to meet desired conditions.) |
| Prescribed Burning | Restricted (May be used in order to meet Desired Conditions.) |
| Mechanical Fuels Treatment | Prohibited |
| Timber Harvesting | Prohibited |
| Timber Production (scheduled on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Prohibited |
| Grazing | Prohibited |
| Recreation Facilities | Prohibited |
| Motorized (Summer) | Prohibited |
| Motorized (Winter) | Prohibited |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Prohibited |
| Mechanized (e.g., Mountain Bikes) | Prohibited |
| Road Construction (permanent or temporary) | Prohibited |
| Minerals - Leasable (oil and gas, and other) | Prohibited |
| Minerals - Locatable | A provision is required for assessing the affected area for future mineral withdrawal. |
| Minerals - Saleable (materials) | Prohibited |

BLM_0031077