## CHATTANOOGA IRON FEN SPECIAL BOTANICAL AREA
## BURRO BRIDGE IRON FEN SPECIAL BOTANICAL AREA

### Introduction

The Chattanooga Iron Fen Special Botanical Area is situated in the Mineral Creek Valley, which is approximately 5 miles northwest of the Town of Silverton. It is fed by groundwater from the east, highly acidic groundwater from mineralized springs emerging from the west, and by acid mine drainage. Limonite terraces within the fen perch the water table and form an extensive network of pools and ponds.

The vegetation of the Chattanooga Iron Fen is characterized by acid-tolerant shrubs and a thick groundcover of sphagnum and other mosses. Engelmann spruce dominates the tree layer. Bog birch and whortleberry dominate the shrub layer. Mosses, bluejoint reedgrass, water sedge, beaked sedge, and alpine spicy wintergreen form the herbaceous layer. Open water accounts for approximately 25% to 30% of the surface.

Until its discovery in the Chattanooga Iron Fen, the range of *Sphagnum balticum* in North America was thought to extend only down from the north to southern British Columbia. A rare liverwort, *Jungermannia rubra,* also occurs in this fen.

The Burro Bridge Iron Fen Special Botanical Area is situated at the confluence of Mineral Creek and the middle fork of Mineral Creek (which is approximately 4 miles northwest of the Town of Silverton). Springs at the first drainage south of Browns Gulch (on the east side of Mineral Creek Canyon) provide the iron-rich water that has created the fen, as well as the limonite ledges within it.

The Burro Bridge Iron Fen is dominated by acid-tolerant shrubs and a thick groundcover of sphagnum and other mosses. Engelmann spruce dominates the tree layer. Bog birch and whortleberry dominate the shrub layer. Mosses, bluejoint reedgrass, water sedge, and alpine spicy wintergreen form the herbaceous layer. The fruticose lichen *(Cladina rangiferina)* is common on the margins of Burro Bridge Iron Fen. The next closest location for this lichen is in northern Montana.

### Desired Conditions - Burro Bridge Iron Fen Special Botanical Area

41.1   The rare mosses, lichen, and liverwort have self-sustaining populations.

41.2   Habitat conditions for the rare mosses, lichen, and liverwort, as well as for other native plant species in the area, remain suitable for their continued persistence within the fens.

41.3   The ecological integrity of these fens is intact (including their native biota, organic soils, and hydrology).

41.4   Invasive plant species are absent or rare.

### Suitability

Table 32 shows the allowable, prohibited, and restricted management activities and uses for the Chattanooga and Burro Bridge Iron Fen Botanical Areas.

BLM_0031078

**Table 32 - Chattanooga and Burro Bridge Iron Fens Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - PROHIBITED - RESTRICTED |
|---|---|
| Wildland Fire Use | Prohibited |
| Prescribed Burning | Prohibited |
| Mechanical Fuels Treatment | Prohibited |
| Timber Harvesting | Prohibited |
| Timber Production (scheduled on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Prohibited |
| Livestock Grazing | Prohibited |
| Facilities | Prohibited |
| Motorized (Summer) | Prohibited |
| Motorized (Winter) | Prohibited |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Restricted (Only if ecological values would be unaffected.) |
| Mechanized (e.g., Mountain Bikes) | Prohibited |
| Road Construction (permanent or temporary) | Prohibited |
| Minerals - Leasable (oil and gas, and other) | Prohibited |
| Minerals - Locatable | Restricted (A provision would be required for assessing the affected area for future mineral withdrawal.) |
| Minerals - Saleable (materials) | Prohibited |

BLM_0031079

## DOLORES RIVER CANYON (MA 2)

### Introduction

The Dolores River Canyon is situated in Dolores and San Miguel Counties. It includes the river canyon from McPhee Dam to the Dolores WSA boundary at the San Miguel County bridge on County Road 20R in Gypsum Valley southwest of Naturita, Colorado (see Figure 20). In 1975, the U.S. Department of the Interior (USDOI) and the U.S. Department of Agriculture (USDA) recommended WSR status for roughly 94 miles of the river downstream of Bradfield Bridge. The river canyon from Bradfield to Bedrock was identified as a Structured Recreation Management Area (SRMA) in the San Juan/San Miguel RMP and a Recreation Area Management Plan was completed in 1989. This portion of the Dolores River Canyon will continue to be managed as an SRMA (see Appendix E, Dolores River SRMA).

The Dolores River Canyon has historically been recognized as a nationally significant, unique resource capable of providing outstanding primitive and unconfined recreation opportunities associated with the river, canyons, and mesas; unique plant and animal communities found within the canyon that contain threatened and endangered species habitat; and extremely diverse topography and geology that create outstanding scenic vistas and excellent solitude opportunities.

### Desired Conditions - Dolores River Canyon

42.1   Significant biological resources and unique features of the Dolores River Canyon play an important role in the character of the canyon, with resources identified by the CNHP continuing to thrive.

42.2   Significant resources in the canyon (including cultural resources, outstanding scenery, unique geology, desert bighorn sheep, river otter, flannelmouth suckers, bluenose suckers, roundtail chub, old-growth ponderosa pine, boxelder riparian community, and Fremont cottonwood galleries) are protected and preserved.

42.3   Invasive species (including tamarisk, Russian knapweed, and Canada thistle) are minor components of the riparian systems of the Dolores River and its tributaries.

### Program Emphasis

Table 26 describes the management emphasis of each segment of the Dolores River Canyon.

BLM_0031080

**Table 33 – Management Emphasis for Dolores River Canyon Segments**

| Dolores River Canyon Feature | Management Emphasis | Acres/ Miles |
|---|---|---|
| Canyon Corridor | Recreation - whitewater boating | 94 miles |
| | Eligible Wild and Scenic Rivers | 30,000 acres |
| | McPhee to Bradfield - Recreational | |
| | Bradfield to Dove Creek Pump station - Wild | |
| | Dove Creek Pump Station to Disappointment Creek - Scenic | |
| | Disappointment Creek to Big Gypsum Valley - Recreational | |
| | Big Gypsum Valley to Bedrock - Wild | 15,900 acres |
| Ponderosa Gorge: Bradfield Camp Ground to Dove Creek Pump Station | Scenic canyon, old-growth ponderosa pine, wilderness characteristics of outstanding solitude, primitive/semi-primitive recreation, whitewater boating | |
| Wildlife | Desert Bighorn Sheep critical habitat | 2,000 acres |
| | Aquatics - trout- McPhee Dam to Bradfield Bridge | 12 miles |
| | Aquatics - Roundtail Chub, Flannel mouth sucker, Bluenose sucker | 94 miles |
| | River Otter | 70 miles |
| | Peregrine Falcon | 70 miles |
| | Amphibians - red spotted toad, tiger salamander, canyon treefrog | |
| Coyote Wash unique plant community | Potential Research Natural Area (RNA) - Hanging Gardens | 329 acres |
| Riparian Management | *Forrestria pubescens* riparian community, boxelder community, Fremont cottonwood galleries | 15,900 acres |
| Bradfield, Boxelder, Lone Dome | Developed campgrounds | 80 acres |
| Water resources | Flow sufficient for channel maintenance and whitewater recreation | |

BLM_0031081

**Suitability**

Table 33 shows the allowable, prohibited, and restricted management activities and uses for the Dolores River Canyon MA 2.

**Table 34 - Dolores River Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Allowable |
| Prescribed Burning | Restricted to areas above Canyon Rim within ponderosa and oak brush treatments. |
| Mechanical Fuels Treatment | Restricted to areas above canyon rim within ponderosa and oak brush treatment area, and within 200 yards of developed facilities within canyon. |
| Timber Harvesting | Restricted to areas above Canyon Rim within ponderosa and oak Brush treatment area. |
| Timber Production (scheduled on a rotation basis) | N/A |
| Commercial Use of Special Forest Products and Firewood | Restricted to areas above Canyon Rim within ponderosa and oak Brush treatment area. |
| Livestock Grazing | Restricted to grazing within existing allotments. |
| Facilities | Restricted to currently developed recreation sites in the canyon. |
| Motorized (Summer) | Restricted to existing county roads within the canyon. |
| Motorized (Winter) | Restricted to existing county roads within the canyon. |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Allowable |
| Mechanized (e.g., Mountain Bikes) | Allowable |
| Road Construction (temporary roads) | Restricted to existing county roads within the canyon. |
| Minerals - Leasable (oil and gas) | Prohibited within Dolores WSA. Restricted to NSO in canyon and TL in Desert Bighorn Lambing Areas. |
| Minerals - Leasable (other) | Uranium leases are restricted to lands withdrawn to the Department of Energy (DOE). |
| Minerals - Locatable | Allowable |
| Minerals - Saleable (materials) | Prohibited |

BLM_0031082

**Objectives - Dolores River Canyon**

- By 2012, tamarisk is eradicated in New Mexico Privet riparian areas and wetland ecosystems of the Dolores River Canyon (in cooperation with The Tamarisk Coalition and The Nature Conservancy), on the main stem of the Dolores River.

**Design Criteria - Dolores River Canyon**

- Management activities and recreational use avoids or minimizes impacts to rare or unique plant communities.
- Refer also to Dolores River Corridor Management Plan, 1990; and the BLM Alpine Triangle Cultural Resources Management Plan, 1994.

**Monitoring - Dolores River Canyon**

Under the direction of the DLMP, monitoring of significant resource values would be done in cooperation with the CDOW and the CNHP. It would include monitoring of significant biological resources at least once every 4 years in order to identify trends in resource condition and/or deterioration, and to determine whether or not any actions taking place in the area are causing detrimental changes to the resource values. Any changes would be noted and recorded in the CNHP database and reported to the land manager.

Monitoring of recreation use levels, types of recreation, and impacts related to recreation use would be conducted, on an average, once every 5 years.

BLM_0031083

## MESA VERDE ESCARPMENT (MA 2)

### Introduction

The Mesa Verde Escarpment area includes the BLM lands adjacent to Mesa Verde National Park. Originally slated for inclusion in the designation of Canyons of the Ancients National Monument, this area has the highest density of Ancestral Puebloan architectural sites on BLM lands within the planning area. These highly significant sites are critical to understanding Ancestral Puebloan life-ways across the landscape.

### Desired Conditions - Mesa Verde Escarpment

43.1   Mesa Verde Escarpment offers appropriate recreation and interpretive opportunities while, at the same time, preserving archeological resources.

43.2   User-made trails are re-routed or eliminated in order to avoid impacts to archeological sites.

43.3   Hazardous fuels are managed in order to protect and preserve archeological resources, and to reduce the risk of wildfire to adjacent private lands.

43.4   Cultural viewsheds are preserved; incompatible uses or developments are prevented.

43.5   Vegetation is managed in order to protect and enhance cultural resources.

### Program Emphasis

The management emphasis for the Mesa Verde Escarpment is on the protection and preservation of the area's outstanding archeological sites, as well as on the development of appropriate recreational opportunities (in collaboration with private land development). This area is surrounded by private lands that have not yet been developed; however, focused management of this area is needed to address the impacts related to currently proposed and probable future, development. Collaboration with the developers and new landowners will be emphasized in order to develop an understanding and appreciation of the archeological resources, as well as an understanding of the importance of protecting them. A proactive management approach will take full advantage of the educational, interpretive, recreational, preservation, and scientific opportunities available.

### Objectives - Mesa Verde Escarpment

- Within 5 years, implement site-steward and "adopt-a-site" programs.
- Over the implementation-life of the LMP, develop 3 interpretive trails.
- Develop and implement an integrated archeological, recreation, and interpretation plan.

### Suitability

Table 34 shows the allowable, prohibited, and restricted management activities and uses for the Mesa Verde Escarpment MA 2.

BLM_0031084

**Table 35 - Mesa Verde Escarpment Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Prohibited |
| Prescribed Burning | Restricted in order to protect significant archaeological resources. |
| Mechanical Fuels Treatment | Restricted in order to protect significant archaeological resources. |
| Timber Harvesting | Restricted in order to protect significant archaeological resources. |
| Timber Production (scheduled on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Prohibited |
| Livestock Grazing | Allowable |
| Facilities | Restricted in order to protect significant archaeological resources. |
| Motorized (Summer) | Prohibited |
| Motorized (Winter) | Prohibited |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Restricted in order to protect significant archaeological resources. |
| Mechanized (e.g., Mountain Bikes) | Restricted to designated roads and trails. |
| Road Construction (temporary roads) | Restricted in order to protect significant archaeological resources. |
| Minerals - Leasable (oil and gas, and other) | NSO |
| Minerals - Locatable | Restricted in order to protect significant archaeological resources. |
| Minerals - Saleable (materials) | Prohibited |

BLM_0031085

## HD MOUNTAINS (MA 2)

### Introduction

The HD Mountains (MA 2) total approximately 49,000 acres (see Figure 20). (The name HD is thought to be derived from the brand of an early Twentieth Century cattle company.) The area's elevation ranges from just over 6,000 feet to just under 9,000 feet. Private and State lands (located primarily along the flanks of the USFS-administered lands) make up a small portion of the HD area (and are not subject to the direction of the LMP). A 25,140-acre IRA within the HD Mountains forms the core of the Management Area.

The roadless area provides many social and ecological benefits. As urban areas grow in southwestern Colorado, undeveloped private lands continue to be converted to urban areas and rural infrastructure. In the increasingly developed landscape in the vicinity of the HD Mountains, this large unfragmented tract of land serves a critical role (in that it provides functioning watersheds and biological strongholds that promote diversity for plant and animal populations). The area provides a large, relatively undisturbed landscape with opportunities for dispersed outdoor recreation (opportunities that diminish as open space and natural settings are developed elsewhere). The area also serves as a bulwark against the spread of non-native invasive plant species and provides a reference area for study and research related to development in the roadless area.

The HD Mountains area encompasses the northeastern portion of the San Juan Basin (which is a geologic structure containing one of the largest natural gas reservoirs in the world). The majority of the area has been leased for oil and gas development, and markets have prompted additional interest and investments in gas wells and associated facilities and infrastructure in the San Juan Basin. Natural gas development in the HD Mountains is controversial due to the potential impacts to roadless area values, surface and ground water, wildlife habitat, cultural resources, property values, tax revenues, employment, and air quality in the Weminuche Wilderness Area and the Mesa Verde National Park Class 1 air-quality areas.

Companies or individuals holding existing valid leases have legal, non-discretionary development rights. Over the next few decades, as gas is produced and transported, the impacts of development will be evident; however, in the long-term, the SJPLC would manage so that facilities (including all surface and subsurface features related to management activities) would be reclaimed when no longer needed, and so that altered lands would be restored to natural conditions. Planning for, and administering, management activities with the intent to ultimately reclaim development areas will make for a more rapid and successful recovery to natural conditions. An important element of this recovery effort is the approximately 22,400 acres of the roadless area that would remain unroaded under the gas field development plan authorized by the Northern San Juan Basin Final EIS and Record of Decision (NSJB FEIS and ROD).

Although the primary values and important characteristics listed below are not all unique to the HD Mountains, the fact that they all occur in the same area makes the HD Mountains unique and deserving of special management approaches. The overall goal of management approaches in the HD Mountains is to maintain, improve, and/or return these values and characteristics to the landscape. These values and characteristics are described below.

BLM_0031086

**Primary Values and Important Characteristics**

*Roadless Area*: The HD Mountains area includes the 25,140-acre HD Mountain 2006 IRA. This area is important for recreational opportunities, pristine and primitive conditions, wildlife habitat, and roadless values (including those described above). The roadless area may also take pressure off of the more heavily used Wilderness Areas and WSAs within the planning area by providing solitude and quiet, as well as dispersed recreation opportunities.

*Wildlife Habitat*: The HD Mountains area, and the associated IRA, represent important, unfragmented wildlife habitat. They also provide connectivity to other important wildlife habitats. The combination of elevation, exposures, and vegetation also means that much of the area is winter range. In addition, important migration corridors for big game and other migrating wildlife are present in the area. The relatively unique occurrence of oak brush on north-facing slopes in the HD Mountains adds to the importance of the area as bear habitat.

*Archeological Resources*: The HD Mountains area contains important archeological resources (including the Spring Creek National Register District; the Sauls Creek, Armstrong-Ritter, Turkey Creek, and Peterson Gulch Proposed National Register Districts; and other archeological sites) -- resources offering unique information and values. These sites and districts may provide information related to Chimney Rock, neighboring populations in the lower San Juan Basin (including Gobernador Valley and Chaco Canyon), and settlements to the west (including Mesa Verde and Canyons of the Ancients National Monuments). They may also provide important clues about chronology and settlement patterns, relationships with temporally parallel neighboring populations, and resource utilization across the HD Mountains area landscape.

*Geology and Geomorphology*: The HD Mountains area is noteworthy for its geology, topography, and landslides. It also contains many areas of steep, unstable, erosive soils and slopes, as well as the Fruitland Formation. (The Fruitland Formation is one of the most productive formations for natural gas in the San Juan Basin.) The Fruitland Formation is exposed at the surface in the HD Mountains area, in a feature known locally as the Outcrop. The Outcrop is an important hydrogeologic feature connected to the Fruitland Formation coal-bed methane gas reservoir and fresh water aquifer.

*Surface and Ground Water Resources*: Due to the area's dry climate and the unique hydrogeology of the Fruitland Formation, surface water and groundwater are critical resources in the area. There are important water resources connected to the Fruitland Formation, and fresh-water springs are present in the core area of the HD Mountains area.

*Vegetation*: The HD Mountains support a variable mix of vegetation types, ranging from sagebrush to cool-moist mixed-conifer forests. Old-growth ponderosa pine forests and aspen forests still stand in portions of the HD Mountains area. The stands of old-growth ponderosa pine in the HD Mountains area are particularly important (because this is a rare resource on the SJPL).

*Social and Economic Values*: The existing and potential natural gas resources in the HD Mountains area have significant direct and indirect economic benefits for the local and regional area related to gas-field development. The area also provides important social and economic value to the local area (including motorized and non-motorized recreation, primitive solitude, hunting, enjoyment of scenic vistas, and benefits related to gas-field revenues and taxes). Examples of these values include low residential property taxes, as well as new or improved city and county facilities, services, and infrastructure.

BLM_0031087

**Recreation**: Recreational opportunities in the HD Mountains area include wide open vistas, as well as views of Chimney Rock and the Piedra River Valley (to the east) and the Pine River Valley (to the west). The core roadless area provides opportunities for hiking, hunting, and horseback riding in an environment of natural sights and sounds. There are motorized trails on the western and eastern flanks of the HD Mountains.

**Livestock Grazing**: Livestock grazing is an important use of the HD Mountains area (which has several active allotments that would continue to be utilized). This use is not expected to increase or decrease significantly in the future.

**Fire and Fuels Management**: Fire and fuels management are important activities in the HD Mountains area. These management activities would be aimed at reducing fire risk to private lands and residences along the flanks of the core area, as well as improving the overall health of the lands within the planning area and restoring a more natural condition.

### Desired Conditions - HD Mountains

44.1   Specific actions for cultural resource are protected, preserved, and interpreted as directed in the Northern San Juan Basin Cultural Resources Management Plan.

44.2   High priority historic and prehistoric resources are stabilized and preserved for future generations.

44.3   The Spring Creek, Sauls Creek, Armstrong-Ritter, Turkey Creek, and Peterson Gulch National Register Districts/Proposed National Register Districts are maintained in an undisturbed condition and protected from impacts (including from vandalism, visual intrusion, surface disturbances, and erosion).

44.4   Motorized travel occurs on designated motorized roads and trails within the boundaries of the Spring Creek, Sauls Creek, Armstrong-Ritter, Turkey Creek, and Peterson Gulch National Register Districts/Proposed National Register Districts.

44.5   Scenic integrity meets an overall moderate scenic integrity objective, and areas of high scenic integrity are maintained, wherever practicable.

44.6   Although private land and mineral access may be authorized, as appropriate, opportunities to protect private and other key resources is sought through cooperative efforts with local, State, Native American tribal, and other Federal agencies.

44.7   Coordination between local, State, Native American tribal, and other Federal agencies is effective and on-going (especially regarding the integration of management for the San Juan Basin gas field.)

44.8   Water quality is maintained at current, or improved, conditions. Water quantity is maintained at current levels, unless affected by natural factors (including drought).

44.9   In general, management activities maintain or improve roadless area values, wherever practicable, with a long-term goal of returning the landscape to an unroaded condition. Existing roads in areas such as Spring Creek, Sauls Creek, Turkey Creek, Goose Creek, Lange Canyon, Fosset Gulch, and the Relay Tower Road, as well as motorized trails proposed under the NSJB FEIS ROD travel management plan, remain open to motorized travel indefinitely.

44.10  Development practices allow for efficient extraction of fluid-mineral resources in order to maximize recovery and related economic benefits (including property tax base and other indirect social and economic benefits to the local and regional area).

44.11  Mineral resources are developed so that the area can be returned to a relatively natural setting as production phases out.

BLM_0031088

44.12  Existing mineral leases are reasonably developed using the minimum size and amount of facilities necessary. Future mineral leases are issued with NSO stipulations.

44.13  Facilities are designed and constructed with the goal of ultimately reclaiming them to closely resemble pre-construction conditions.

44.14  Facilities are located in order to minimize or avoid construction in steep, erosive, unstable, highly visible, and/or other critical resource areas (including water-influence zones; areas with low potential for revegetation; and areas of known habitat for sensitive, threatened or endangered plant and animal species).

44.15  Where facilities are required, they are co-located, to the extent practicable, in order to reduce overall disturbance and indirect impacts (e.g., vehicle trips, air quality impacts, etc.).

44.16  Reclamation plans are an integral component of management activities.

44.17  Natural resources unique to the area (including old-growth ponderosa pine forests, wildlife habitat, and water sources) are effectively protected and managed in conjunction with other actions.

44.18  Wildlife habitat effectiveness and connectivity is maintained.

44.19  Wildlife habitat and big game winter range are protected, enhanced, or replaced.

44.20  Management activities avoid disturbance to old-growth vegetation.

44.21  Forest health, restoration, and fuels management are routine and recurring management activities (especially along the flanks of the HD Mountains). Forest ecosystem health is consistent with minimally disturbed natural systems. Fire-return intervals and risks of catastrophic fire are consistent with the range of natural variability for the various forest communities. Stand structures and vegetative compositions are representative of more natural conditions.

44.22  Forest health, restoration, and fuels projects are completed in order to reduce fire risk to private lands and residences along the flanks of the HD Mountains, with an overall goal of improving forest health while, at the same time, maintaining and/or returning the area to a more natural forested condition.

44.23  Invasive plant species (including noxious weeds) are absent or rare in the HD Mountains area.

44.24  Management activities complement primitive recreation and roadless values.

44.25  Livestock grazing management complements roadless values and natural forest conditions.

44.26  Motorized travel occurs on designated roads and trails during appropriate times. Mineral development roads authorized by the NSJB FEIS ROD are closed year-round to public motorized use (see the NSJB FEIS for travel management direction.)

44.27  Air-quality impacts from management activities are reduced or avoided using BMPs and the best available technology.

BLM_0031089

**Program Emphasis**

The NSJB FEIS Record of Decision (ROD) was signed on April 4, 2007, and provides guidance for gas-field development in the HD Mountains area. The development approach required by the NSJB FEIS ROD balances valid existing gas development lease rights with legitimate social and environmental issues. It also sets the stage for the long-term goal of returning the area to a natural condition. Under the direction of the LMP, the SJPLC program approach would include comprehensive implementation, monitoring, mitigation, and reclamation plans for all phases of project development that address gas seepage, water quality/quantity, landslide, wildlife, vegetation, recreation, transportation, visual, noise, health and safety, air quality issues, as well as the minimization of impacts to the IRA.

In addition, a Cultural Resources Management Plan (CRMP) will be developed in consultation with the State Historic Preservation Office (SHPO) and other consulting parties. The CRMP will provide a framework in which to address cumulative impacts to cultural resources, and will provide strategies for proactive management of cultural resources within the NSJB EIS Area of Potential Effect (which includes the HD Mountains area) (see the Cultural Resources section of the NSJB FEIS for more CRMP details).

In addition, hazardous fuels reduction projects will continue to prioritize the WUI related to SJPL/private land boundaries.

Noxious weeds are managed cooperatively with State of Colorado (especially in relation to impacts to the Little Squaw Creek drainage).

**Objectives - HD Mountains**

- Every 5 years, unless otherwise determined by the Authorized Officer, operators conducting oil and gas activities in the NSJB EIS project area would complete elk and deer habitat enhancement project(s). The project(s) must enhance acreage in elk habitat or deer winter range in the HD Mountains area (preferably on State and/or SJPLC-administered lands) in an amount that is equal to, or greater than, the acreage disturbed in elk habitat or deer winter range by oil and gas activities in the NSJB EIS project area.

- Permanently close all roads that are not designated as open in the travel management plan (roads not used by industry to access coal-bed methane (CBM) sites and not used for administrative purposes). Measures would be taken in order to effectively close such roads to all motorized use (including to full-size vehicles, ATVs, motorcycles, OHVs, and snowmobiles). Measures would include, but are not limited to, blocking roads at least one site distance up the roadbed by the placement of large boulders, livestock gates, and/or earthen barriers interspersed with tree trunks and branches; or obliterating and re-contouring areas back to the original slope.

- Every 5 years, stabilize, rehabilitate, or restore 1 mile or more of gullied channel in order to reduce erosion and sediment delivery.

- Annually, treat the full length of Crowbar Creek and Sauls Creek in order to control noxious weeds (primarily musk thistle).

- Twice per year, treat Spring Creek, Salt Canyon and Fosset Gulch in order to control noxious weeds (primarily musk thistle).

BLM_0031090

**Suitability**

Table 36 shows the allowable, prohibited, and restricted management activities and uses for the HD Mountains MA 2.

**Table 36 - HD Mountains Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Allowable |
| Prescribed Burning | Allowable |
| Mechanical Fuels Treatment | Restricted (Treatments generally would not be allowable in the core roadless area.) |
| Timber Harvesting | Restricted |
| Timber Production (scheduled on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Allowable |
| Livestock Grazing | Allowable |
| Facilities | Prohibited |
| Motorized (Summer) | Restricted (Summer motorized travel is suitable and may occur on designated routes. Seasonal motorized restrictions may apply in order to protect resources and wildlife habitat areas.) |
| Motorized (Winter) | Prohibited |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Allowable |
| Mechanized (e.g., Mountain Bikes) | Allowable |
| Road Construction (permanent or temporary) | Restricted (Road development would be limited to lease contract obligations and for restoration management, as necessary.) |
| Minerals - Leasable (oil and gas, and other) | NSO |
| Minerals - Locatable | Allowable |
| Minerals - Saleable (materials) | Prohibited |

BLM_0031091

## RICO (MA2)

### Introduction

The Rico "special area" includes the USFS-administered lands adjacent to the Town of Rico. Approximate boundaries include Telescope Mountain to the northeast, Spruce Gulch to the southeast, Burnett Creek to the southwest, and Horse Creek to the northwest. The Rico area is located in a sub-alpine region of the San Juan Mountains, with elevations ranging from 8,800 feet in town to 12,681 feet on nearby Blackhawk Mountain. The area's climate is best described as having four distinct seasons with significant winter snows, as well as the associated springtime run-offs. The large volumes of water from the winter snow-melt support a vast conifer and aspen forest with interspersed meadows. The high altitude and southerly latitude of the Rico area offer diverse and sometimes extreme climatic conditions that can range from warm and pleasant sunny days in the middle of January to harsh snowstorms in the summer months. Due to the high altitude, significant temperature drops usually occur at night. Snowstorm events can be substantial, and it is not unusual for roads to be closed, power to be disrupted, and/ or emergency services to be delayed.

The Rico area is located primarily on the east side of the Dolores River (which is fed by several tributaries). The headwaters of these tributaries begin in the cirques and basins formed by the numerous surrounding mountain peaks. The majority of these peaks (including Expectation, Dolores, and Telescope) have elevations of over 12,000 feet. The area supports an array of big game wildlife (including deer, elk, sheep, mountain lion, and black bear). Elk and deer are primary resources. Small game is also plentiful (including blue grouse and snowshoe hare). The Dolores River, Silver Creek, and many other local tributaries, support a diverse plant and wildlife ecosystem. Canada lynx have recently been reintroduced into the San Juan National Forest and are often seen in the area.

The historic mining industry in the Rico area has provided a rich cultural history; however, it has also left behind a legacy of environmental damage. Impacts are primarily from previous mining activities (including mill tailings, mine dumps, shafts and tunnels, water-quality degradation, and lead contamination to some of the area's soil).

The Town of Rico is relatively remote. The nearest towns to the north are Telluride and Mountain Village (which are approximately 28 miles away, over Lizard Head Pass). The nearest towns to the south are Dolores (which is approximately 40 miles away), and Cortez (which is approximately 50 miles away).

Rico is a community that aims to preserve its small mountain town historic character, even as the population grows. The community utilizes the natural resources of the surrounding public lands in order to assist in building a new post-mining economy. The relatively undeveloped, non-resort character of Rico is rapidly becoming rare in Colorado (as it is in other western states). Preserving the feel and appearance of the historic compact "mountain town" land pattern of the existing town is extremely important to the residents and property owners of Rico. New development areas beyond the historic town plat will complement the existing town site by focusing development adjacent to town on the north and south sides while, at the same time, preserving natural forest areas to the east and west of town. Management of population growth, new development, and overall rate of growth are essential to preserving the unique character and relationship between the USFS/BLM and the Rico community (Rico Master Plan 2003, p. 2-4).

BLM_0031092

**Desired Conditions - Rico**

45.1    Management of SJPLC-administered lands contributes to, or enhances, the historic "mountain town'" scale and appearance of the Rico.

45.2    Trailheads and informational signage direct locals and visitors to the appropriate desired recreational experience.

45.3    Land ownership patterns are improved and consolidated between the town, private landowners, and the SJPLC in order to enhance community development objectives and to reduce resource impacts (including to the viewshed on the surrounding public lands).

45.4    Trails accessing SJPLC-administered lands from within town boundaries emphasize non-motorized recreation modes in order to emphasize the community's quiet-use character.

45.5    Restoration and preservation of the natural space, beauty, and terrain of the area is recognized as the principal resource asset to the town.

45.6    Undeveloped areas and IRAs on SJPLC-administered lands near and/or around Rico provide quality elk and other large game habitat and wildlife corridors. These areas also provide quality hunting and wildlife viewing, as well as pristine backcountry non-motorized recreational experiences.

45.7    Undeveloped and unroaded areas on SJPLC-administered lands near and/or around Rico continue to provide habitat for wildlife and continue to contribute to the sustainable reintroduction of the Canada lynx.

45.8    Select historic structures associated with the area's past mining history are stabilized, protected, and interpreted.

45.9    Area residents, as well as the visiting public, are directed to appropriate areas for non-motorized and motorized recreation opportunities through a variety of informational, educational, and interpretational venues.

45.10  In-stream flows on the upper Dolores River above McPhee Reservoir are maintained in order to enhance and preserve the scenic quality of the Dolores River (and the surrounding watershed), and to protect fisheries, riparian, and aquatic habitat.

45.11  The watersheds surrounding Rico are maintained and enhanced, with a focus on water-quality improvement for perennial streams entering the Dolores River.

45.12  Water quality entering the Dolores River is improved due to collaborative remediation efforts to clean up mining-impacted lands in the Rico area.

45.13  The Silver Creek watershed remains the municipal water source for the town of Rico until such time as additional and/or new water sources are developed.

BLM_0031093

**Program Emphasis**

Under the direction of the LMP, focused management of this area will address the impacts that occur in tandem with private land development and the maintenance of the interconnected SJPL resources. A sustainable management approach that maintains the close relationship between the people of Rico and the landscape of public lands will allow these goals to be met.

The Rico special area would offer an opportunity for the SJPLC to work collaboratively with the people of Rico in order to develop sustainable management practices for the planning area. SJPLC managers will develop a Memorandum of Understanding (MOU) for projects in the Rico area in order to outline common goals and to achieve sustainable management approaches throughout the implementation-life of the LMP.

**Objectives**

Management of the Rico special area will emphasize a proactive working relationship between the town of Rico and the SJPLC that serves to preserve and protect the uniqueness of the Rico community. Annual meetings between the town and the SJPLC will be encouraged in order to review community and public land management objectives specific to the public lands within the Rico MA 2. In addition:

- Within 5 years, develop a parking lot outside of the town limits for the Burnett Trailhead in order to provide an adequate staging area for motorized recreational experiences; as well as to preserve the quiet of the community while, at the same time, providing motorized opportunities.

- Annually, sign a minimum of 1 trail within the Rico area in order to inform and direct appropriate recreation use.

BLM_0031094

## Suitability

Table 37 shows the allowable, prohibited, and restricted management activities and uses for the Rico MA 2.

**Table 37 - Rico Area Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Allowable |
| Prescribed Burning | Restricted to mitigating natural disturbances (including insect or disease epidemics) and preventing adverse impacts to the surrounding viewshed, watershed, and overall land health. |
| Mechanical Fuels Treatment | Restricted to mitigating natural disturbances (including insect or disease epidemics) and preventing adverse impacts to the surrounding viewshed, watershed, and overall land  health. |
| Timber Harvesting | Allowable |
| Timber Production (scheduled on a rotation bassi) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Allowable |
| Livestock Grazing | Restricted to grazing allotments |
| Facilities | Restricted (Primitive facilities, including parking areas, staging areas, and adequate signage, are generally suitable to direct and inform recreation activities. |
| Motorized (Summer) | Restricted to motorized routes and trails designated within the Rico area |
| Motorized (Winter) | Restricted to motorized areas designated within the Rico area |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Allowable |
| Mechanized (e.g., Mountain Bikes) | Allowable |
| Road Construction (permanent or temporary) | Restricted (Permitted in order to provide access to valid existing rights, including mining claims). Temporary construction may occur in some areas in order to achieve resource restoration objectives.) |
| Minerals - Leasable (oil and gas, and other) | Restricted (A NSO would be applied to IRAs within the Rico area. CSU and TL stipulations may be applied to specific locations, as necessary, in order to mitigate resource impacts.) |
| Minerals - Locatable | Restricted (Limited road access and other constraints in the Rico area may limit or preclude mineral collection.) |
| Minerals - Saleable (materials) | Restricted (Limited road access and other constraints in the Rico area may limit or preclude mineral collection.) |

BLM_0031095

## SILVERTON (MA 2)

### Introduction

The Silverton special area includes the Alpine Loop Backcountry Byway, portions of the San Juan Skyway, the Silverton SRMA, and the town of Silverton (see Figure 20). The Silverton Ski Area and the Durango-Silverton Narrow-Gauge Railroad also operate within this area. A portion of the Continental Divide National Scenic Trail and the Colorado Trail pass through this area.

The Silverton area has outstanding outdoor opportunities, extraordinary scenery (accessed by two byways and an extensive network of rough roads and trails), sensitive plant and animal habitats, and diverse year-round nature-based recreation and adventure tourism. The Town of Silverton's history, and vintage architecture, is recognized by residents and visitors as a precious cultural resource. The Town of Silverton, which has strong community values and a "sense of place," is a place where it's possible to "step back in time."

The top two reasons that more than 300,000 people visit the area annually are heritage tourism and recreation. These are the two main economic contributors to local communities. Activities for visitors include camping, hiking, mountain biking, wildlife and wildflower viewing, winter sports, OHV-use, and heritage tourism. The area is well-suited to day trips, as well as to multi-day excursions.

Situated primarily above 9,000 feet, this is largely a sensitive and beautiful subalpine-to-alpine environment. This area has important biological value (including its essential function as a linkage area for wildlife across the San Juan Mountains, and north to other parts of Colorado). The valleys and mountain passes provide key linkage corridors for migratory wildlife and wide-ranging carnivores (e.g., Canada lynx). The high country provides a large block of alpine and tundra habitat that is contiguous with adjacent public lands. This provides key habitat areas for a suite of unique species specially adapted to this fragile and harsh environment (including the endangered Uncompahgre fritillary butterfly, the white-tailed ptarmigan, and the brown-capped rosy finch). The Silverton area contains peat-forming wetlands called fens. Fens require thousands of years to develop and cannot easily be restored once damaged. Rare and sensitive plants are found only in these fens. The Silverton area is also the only area where iron fens are found within the planning area. Iron fens are a unique type of fen found in areas with geology that produces acidic, metal-rich conditions. The San Juan Mountain Range is one of only a few regions in the world that contain iron fens (see the Special Areas Plan Component for descriptions of the iron fens).

Many local residents are active stewards of this area, and have strong concerns regarding the protection of the unique environment. Concerns expressed by residents and visitors include issues related to recreation and travel management, cultural resource protection, sheep grazing, protection of scenic views and fragile tundra, adequate visitor information and services, mining impacts, economic benefits, conflicts between residents and tourists, and conflicts between motorized and other users.

The combination of road access, rewarding vistas, and outstanding remnants of the hard-rock mining heritage make the Silverton area one of the most spectacular high-elevation landscapes in the United States.

BLM_0031096

**Desired Conditions - Silverton**

46.1   Interpretation of the historic landscapes and features of the Silverton special area is made available through a range of effective and appropriate venues. Information is designed to enhance the touring experience and to encourage the greatest extent of appreciation and protection of these precious assets.

46.2   Commercial summer and winter recreation opportunities are available through permitted Outfitter/ Guides and the Silverton Ski Area.

46.3   Recreational uses (including motorized/non-motorized travel or camping) are at sustainable levels within ROS settings.

46.4   Recreation management compatible with the area's cultural and natural resource management goals is allowed and promoted.

46.5   High-priority historic resources are stabilized and preserved for future generations.

46.6   The built environment supports essential visitor services, heritage tourism and interpretation, and recreation opportunities (as identified in the Recreation Activity Management Plans (RAMPs)). Design elements (including scale, materials, and colors) complement the natural environment and are consistent with the architectural vernacular of local historic structures.

46.7   Support services are located within, or close to, gateway communities.

46.8   Local communities serve as gateways to the Silverton area; take an active role in stewardship of surrounding public lands; and receive lifestyle, community, and economic benefit. The site-stewardship program and the SJPLC presence are fully effective for resource protection, visitor contact, education, and safety.

46.9   Natural resources unique to the area (including Canada lynx/lynx habitat, fens, bighorn sheep, Uncompahgre fritillary butterfly, ptarmigan, and rosy finch) are effectively protected and managed in conjunction with other actions.

46.10  Water quality meets or exceeds State standards.

46.11  Although private land access is provided, as required, opportunities for protection of key resources are sought through the county development process, easement options, and acquisition.

46.12  High-priority parcels of land are protected and preserved through methods that include acquisition, land exchange, or conservation easements. (No specific target is proposed for this action, since its funding is totally dependent upon available land and water conservation fund allocations.)

46.13  Where public lands are isolated by surrounding private parcels, and where other resource values are minimal, the BLM considers sales (disposals) to the surrounding landowner in order to improve management of private and public lands. (These disposal lands are not depicted on a current map; however, they would be clearly delineated as current land surveys are conducted.) Land exchanges are another tool available for land tenure adjustment (ownership consolidation) employed in San Juan County. The proposals meet the test of public benefit, and the BLM costs of processing are borne by the private landowner proponents.

BLM_0031097

46.14  The responsibility to provide appropriate marketing and adequate interpretation, conservation education, and recreation information is understood and shared by agencies, partners, commercial Outfitter/Guides, and businesses.

46.15  Coordination between the Rio Grande, Gunnison, and Uncompahgre National Forests; the Gunnison BLM Field Office, and the SJPLC is effective and on-going (especially with regard to the integration of management for the San Juan Skyway, the Alpine Loop Backcountry Byway, and the Silverton area.)

46.16  The transportation system throughout the Silverton area meets the desire of visitors for access, provides a range of interesting touring experiences, and is designed in order to limit access to sites in need of protection.

46.17  Mining clean-up activities address resource protection and public safety.

**Program Emphasis**

Protecting the heritage of the amazingly persistent hard-rock miners is vital to preserving the nation's history, as well as the allure of the Silverton area. Historic sites within the Silverton area include mills, dams, hydro-electric power houses, water flumes, shaft houses, tramways, miners' cabins, assayer offices, boarding houses, powder houses, toll roads, railroads, mining camps, and countless mine shafts and adits. These sites are deteriorating in the harsh environment and as a result of the impacts from the increasing numbers of visitors. Private land development also threatens the integrity of the cultural landscape.

As the result of the configuration of mineral patents, San Juan County has a somewhat fragmented land-ownership pattern. In some cases, several acres of public land are isolated by private lands (sometimes the public land "splinters" are small fractional parts of an acre). Most of these parcels would not be fully known until a land survey is conducted for the private lands. When the patents in San Juan County were issued, this splintered private/public property ownership was of very little consequence. In more recent years, however, the uses of the private lands have shifted from mining to recreation and residential (seasonal and permanent). A proliferation of cabins on parcels of 5 acres or more has increased the applications to the BLM for ROWs for service infrastructure.  Some consolidation of ownership would assist private owners and the BLM to better manage the land. This consolidation of ownership would be implemented by BLM land acquisitions, sales (disposals), and land exchanges. Access to public land interest areas away from county roads could be augmented by acquiring access easements. In keeping with the BLM mission of "serving communities," lands near the town of Silverton may also be made available for recreation and public purposes, and the competitive or direct sale for expansion of residential and business property and/or provision for recreational or infrastructure facilities may occur.

Residents, visitors, and public land managers all see many opportunities for sustainable conservation of the Silverton area. Due to its complex resource values, and to the high levels of public interest, successful strategies for conservation will continue to depend upon partnerships (including with local, State, Native American tribal, and other Federal agencies; historic preservation advocates and agencies; non-profit organizations; interpretive associations; commercial recreation providers; and local businesses). Management tools (including land acquisition, land exchange, and conservation easements) would be critical to the protection of high-priority lands within the larger cultural landscape, the mitigation of resource impacts, and the improvement in land ownership patterns. As one of the "crown jewels" of the BLM lands, designation as a National Conservation Area or National Monument may also be considered, in order to give the area appropriate recognition and protection.

BLM_0031098

The Alpine Triangle CRMP provides guidance for the management and interpretation of cultural resources in the Silverton special area (see Appendix E). Under the direction of the DLMP, management will be intensive and include visitor facilities for interpretation and resource protection (including parking, trailhead facilities, signage, and trail maintenance). Regulations and visitor guidance will also play a role in protecting resources, as well as in enhancing visitor experience (including camping restrictions, travel management for motorized and non-motorized uses, resource protection, and visitor safety related to mines).

Successful implementation of the DLMP will depend upon collaborative management that addresses cross jurisdictional boundary issues (including Canada lynx habitat protection, cultural and scenic viewshed protection, and adequate visitor services).  Cooperation with State historic and heritage programs; San Juan, Ouray, and Hinsdale Counties; local communities and their residents; local, State, Native American tribal, and other Federal agencies; non-profit organizations; interpretive associations; businesses; and public land permittees will be emphasized. Expansion of on-the-ground signs and patrols to effective levels will also be key to successful heritage tourism and resource protection. Special emphasis will be given to the protection of cultural viewsheds that are in jeopardy due to the impacts of incompatible private development.

BLM_0031099

## Suitability

Table 38 shows the allowable, prohibited, and restricted management activities and uses for the Silverton MA 2.

**Table 38 – Silverton Area Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Restricted (Wildland fire use would be allowed in high-elevation spruce-fir, and in order to protect historic structures and private property.) |
| Prescribed Burning | Restricted (May be used in order to improve wildlife habitat, including for as bighorn sheep.) |
| Mechanical Fuels Treatment | Prohibited |
| Timber Harvesting | Restricted |
| Timber Production (schedule on a rotation basis) | Prohibited |
| Commercial Use of Special Forest Products and Firewood | Restricted to Christmas trees, post and poles, mushrooms and medicinal plants collected in the area. |
| Livestock Grazing | Restricted to grazing allotments. |
| Facilities | Restricted in order to protect resources, direct traffic, and to provide essential visitor services. |
| Motorized (Summer) | Allowable |
| Motorized (Winter) | Allowable |
| Non-motorized (Summer) | Allowable |
| Non-motorized (Winter) | Allowable |
| Motorized Tools for Administrative Work | Allowable |
| Mechanized (e.g., Mountain Bikes) | Allowable |
| Road Construction (permanent or temporary) | Restricted (Allowable for access to valid existing rights and for effective public access.) |
| Minerals - Leasable (oil and gas, and other) | Prohibited |
| Minerals - Locatables | Allowable |
| Minerals- Saleable (materials) | Restricted (Allowable where natural, cultural, and/or scenic values are not degraded.) |

BLM_0031100

## MCPHEE (MA 2)

### Introduction

The McPhee unique landscape area includes the Anasazi National Register Archeological District and McPhee Dam (see Figure 26). With over 997 archeological sites, the Anasazi Archeological District contains one of the densest concentrations of Ancestral Puebloan sites in the southwestern United States. These sites were identified and documented during the Dolores Archeological Project. In 1977, the National Register of Historic Places District was established in recognition of this unique concentration of nationally significant cultural resources and landscapes (with sites including Basketmaker III and Pueblo II sites).

McPhee Dam was constructed on the Dolores River in order to provide storage for irrigation water in southwestern Colorado. McPhee Reservoir also provides outstanding recreation opportunities for boating, fishing, hiking, and ATV-use.

### Desired Conditions - McPhee

47.1   McPhee offers diverse recreation for communities while, at the same time, preserving archeological resources.

47.2   McPhee provides big game winter range, and sharptail and sage-grouse habitat.

47.3   Vegetation is managed in order to protect and enhance cultural resources.

47.4   Interpretive and educational opportunities enhance visitor experience and increase stewardship of sites.

47.5   User-made trails are re-routed or eliminated in order to avoid impacts to archeological sites.

47.6   Hazardous fuels are managed in order to protect and preserve archeological resources, and to reduce the risk of wildfire to recreational facilities.

47.7   Cultural viewsheds are preserved; incompatible uses or developments are prevented.

BLM_0031101

**Program Emphasis**

Under the direction of the LMP, management of the McPhee area emphasizes protection and preservation of archeological sites while, at the same time, providing recreation opportunities and protecting big game winter range and sage-grouse habitat. Focused management will address the intensive recreational use of the area, as well as the on-going impacts to significant archeological resources. An integrated archeological, recreation, and interpretive plan should be developed. The existing monitoring plan will be implemented in order to improve management and to protect archeological resources in the area. A proactive management approach will take full advantage of the educational, interpretive, scientific, and research opportunities available within the area. These proactive approaches include interpretive trails, "Passport In Time" projects, campground programs, and "Archaeology Month" programs. In order to improve management, archeological testing will be conducted on sites that were 100% surface collected in order to determine if subsurface deposits exist. This information can be used to determine future management and uses of these sites. Archeological sites could also be assessed in the waterline in order to ascertain impacts associated with fluctuations in reservoir levels. Data recovery will be conducted, if necessary, in order to mitigate adverse impacts.

**Objectives - McPhee MA 2**

- Within 5 years, implement site-steward and "adopt-a-site" programs.
- Over the implementation-life of the LMP, develop 2 interpretive trails.
- Within 10 years, test 2 sites for subsurface archeological deposits.

BLM_0031102

## Suitability

Table 39 shows the allowable, prohibited, and restricted management activities and uses for the McPhee MA 2.

**Table 39 - McPhee Unique Landscape Suitability**

| MANAGEMENT ACTIVITIES AND USES | ALLOWABLE - RESTRICTED - PROHIBITED |
|---|---|
| Wildland Fire Use | Prohibited |
| Prescribed Burning | Restricted |
| Mechanical Fuels Treatment | Allowable |
| Timber Harvesting | Restricted (Significant archaeological resources must be protected.) |
| Timber Production (schedule on a rotation basis) | Restricted |
| Commercial Use of Special Forest Products and Firewood | Prohibited |
| Livestock Grazing | Allowable |
| Recreation Facilities | Restricted to existing facilities (Significant archaeological resources must be protected prior to the development of any new facilities.) |
| Motorized (Summer) | Restricted to designated routes |
| Motorized (Winter) | Restricted |
| Non-motorized (Summer) | Prohibited |
| Non-motorized (Winter) | Restricted |
| Motorized Tools for Administrative Work | Restricted (Significant archaeological resources must be protected.) |
| Mechanized (e.g., Mountain Bikes) | Restricted to designated roads and trails. |
| Road Construction (permanent or temporary) | Restricted |
| Minerals - Leasable (oil and gas, and other) | Administratively not available |
| Minerals - Locatable | Restricted (A provision would be required for assessing the affected area for future mineral withdrawal.) |
| Minerals - Saleable (materials) | Prohibited |

BLM_0031103

# MONITORING

This section of the DLMP provides programmatic direction for monitoring and evaluating DLMP implementation. Monitoring is the process of taking periodic observations in order to detect changes and/or trends in resources and environment. Evaluation is defined as interpreting or judging information collected from monitoring.

The purpose of this section is to provide direction in order to facilitate successful monitoring and evaluation. In brief, the steps to monitoring are:

- **Establish Monitoring Priorities**: As part of the annual program budgeting process, priorities are established in order to conduct monitoring. This is due to the fact that it is not possible to address all of the questions related to management issues or programs. The Monitoring Strategy described at the end of this section describes priorities related to collecting, managing, and evaluating data (and forms the plan of what data is to be collected).  Criteria from the LMP are used to establish annual priorities for monitoring.

- **Identify Responsible Parties, and Potential Cooperators**: Resource program managers accept responsibility for ensuring that monitoring is completed, and identify ways to gather and evaluate data in conjunction with other agencies or with other interested parties.

- **Evaluate the Data**: Resource managers will evaluate the data collected, with the goal of answering the monitoring questions, and determine if changes are needed in plan direction or outputs.

- **Publish and Distribute the Annual Monitoring Report**: Resource managers will write, acquire approval by the SJPLC Supervisor, and distribute the annual monitoring report. This report will summarize the information collected and the relevant evaluations.

## MONITORING PURPOSE

Effective land use plan monitoring and evaluation improve both management and planning decisions. Monitoring and evaluation are components of adaptive management. As resource conditions change, on-going monitoring and evaluation help identify the need to adjust desired conditions, goals, objectives, standards, and guidelines. This process would help the SJPLC, and the public, determine how the LMP is being implemented, whether or not plan implementation is achieving desired outcomes, and whether or not assumptions made in the planning process are valid. Monitoring and evaluation allows the SJPLC to incorporate new understanding and technology; changes in law, policy, and resource conditions; and growing concerns, trends, and changing social values into land management planning.

Under the direction of the LMP, monitoring and evaluation are separate, sequential activities designed to determine how well objectives are being met, as well as how closely management standards and guidelines have been applied. Monitoring necessarily includes the collection of data and information, either by observation or by measurement. Evaluation entails the analysis of the data and information collected during monitoring. The evaluation results are used in order to:

- answer the monitoring questions;

- determine whether or not a LMP revision or amendment was warranted; and

- ascertain whether or not LMP implementation should be modified.

BLM_0031104

Evaluation results form a basis for adaptively managing the public lands within the planning area. Monitoring and evaluation keep the LMP up-to-date and responsive to changing issues. This process accomplishes these goals by verifying the effectiveness of the standards and guidelines and other LMP direction by anticipating program and project impacts on resources, and by providing information for LMP amendments. Three types of monitoring are discussed in this section:

- **Effectiveness Monitoring**: This determines whether or not LMP strategies and objectives are being met.
- **Implementation Monitoring**: This determines whether or not projects are implemented according to LMP direction (standards and guidelines).
- **Validation Monitoring**: This verifies whether or not assumptions and models used in LMP implementation are appropriate, and determines whether or not implementing the direction and desired conditions in the LMP is effective at achieving the goals and objectives.

As the SJPLC plans and implements its monitoring and evaluation program, there are several important guidelines to consider. Under the direction of the LMP, monitoring should:

- be purposeful and conducted in order to answer specific questions;
- be done at the appropriate spatial and temporal scale (typically not at the project scale) in order to answer the questions;
- be done in collaboration with others (including local, State, Native American tribal, and other Federal agencies; the interested public; researchers; and non-profit organizations) in order to share the workload (including obtaining data from other sources), gain expertise, and build credibility and trust;
- use the best available science and established protocols in order to collect and evaluate the data;
- use modern information management techniques and tools;
- apply stringent selection criteria so that a monitoring activity is only conducted if it is feasible, realistic, and affordable; and
- emphasize evaluation as much as the collection of the data.

The National Forest Management Act (NFMA) requires the USFS to do specific monitoring tasks (36 CFR 219). The Federal Land Policy and Management Act (FLPMA), as codified in BLM planning regulations (43 CFR 1601.0-5(k)(8) and 43 CFR 1610.4-9) require that BLM land use plans establish intervals and standards for monitoring and evaluations (based on the sensitivity of the resource decisions involved). The level and intensity of any additional monitoring is dependent on available staffing, funding, and agency priorities. (See Appendix Z for a listing of high and very high priority monitoring strategies for biodiversity conservation developed in conjunction with The Nature Conservancy for BLM lands at lower elevations. This level of monitoring goes beyond the needs of plan-level monitoring and is useful for monitoring biodiversity over a broader mix of ownerships.)

BLM_0031105

## INFORMATION MANAGEMENT

Under the direction of the LMP, monitoring and evaluation involve more than just collecting data. These processes encompass the full range of information management steps, and include the appropriate recording in corporate information systems.

Once the purpose, or reasoning, for monitoring has been determined (including seeking answers to a particular monitoring question), careful consideration goes into identifying what feature or variable needs to be measured, as well as how it will be measured (protocol). If no protocols exist to acquire the needed information, research staff will be consulted in order to assist in developing the necessary protocols.

After the SJPLC determines how information will be gathered, data collection begins. Using data from other sources saves the SJPLC the cost of collecting the information. Once data are obtained and have been edited to established quality standards, the data is stored in a corporate electronic database with a spatial context. The data is then analyzed and interpreted.

The interpreted information is evaluated by the Interdisciplinary (ID) Team in order to answer the monitoring question, and to give it meaning within the context of the LMP. A variety of analytical tools and evaluation procedures are available in order to effectively interpret the data. The results are reported to the SJPLC Leadership Team (for them to consider and to take appropriate action based upon). The results are also documented in the annual monitoring and evaluation report. Monitoring data, evaluation results, and the annual report should be electronically accessible to the public.

## USFS MANAGEMENT INDICATOR SPECIES (MIS) MONITORING

Management Indicator Species (MIS) are species which are monitored in order to assess the effects of management activities on their populations and on the habitats with which they are associated. Changes in MIS populations or their habitats could indicate that current management is adversely affecting the composition structure, or function of those habitats, resulting in Plan direction and desired conditions not being met and the need for adaptive management. MIS motivate development of plan objectives, analysis of plan direction, and monitoring of plan implementation. The five species selection categories are described under the Species section of this Plan. No MIS were selected for species viability issues. Species with viability concern are identified as Threatened, Endangered, or Sensitive (TES) and managed through the TES programs within the context of this Plan. MIS is not part of the BLM directives system and not implemented on BLM lands.

Forest Service regulations and policies establish the need to evaluate MIS population trends at the forest scale and to relate those trends to changes in habitats resulting from land management across the Forest (36 CFR 219.19 (a) (6)). To conform with the requirements and intent of these regulations, the San Juan National Forest will monitor the status and trend of MIS populations and the condition and trend of their habitats across the Forest at spatial and temporal scales' generally at the Forest plan scale or larger. Monitoring will occur within the context of Forest Plan direction and according to monitoring approaches described in the monitoring section of the Forest Plan.

When forest-level monitoring indicates identified levels of change, follow-up analysis is initiated to investigate the root cause of the change. If cause/effect determinations are related to identified management issues and actions, then adaptive management strategies will be implemented to correct deficiencies.

BLM_0031106

At the more site-specific project scale, analysis will relate changes expected from proposed project activities to forest-wide trends in MIS habitat status and condition, and relate how those changes would contribute to forest-wide population trends and Forest Plan direction. Where it will aid analysis and project planning, localized data may be collected but is not necessary to meet forest monitoring objectives. Population and habitat trend monitoring are inappropriate at the project level due to the dynamics of scale relating to populations and supporting habitat.

Trout are identified as a MIS to plan and monitor management activities that could adversely affect aquatic habitats. Management activities that could adversely affect aquatic ecosystems include hard-rock mining, livestock grazing, timber harvesting, road construction, water-development projects, and the introduction of non-native fish species. Trout are also identified as MIS in order to address water quantity issues associated with water depletions due to reservoirs, diversions, and oil and gas development and to address water quality issues associated with soil erosion and sedimentation due to ground-disturbing activities. Specific habitat features to be monitored include water quantity and quality, and key habitat components for fisheries including bank stability, width-to-depth ratio, pool/riffle ratio, pool depth, and substrate. Trout population trends will be monitored periodically and summarized on a five-year basis. Monitoring will occur cooperatively with CDOW based on an established protocol.

Abert's squirrel is identified as a MIS to plan and monitor management activities that could affect the structure and function of ponderosa pine forest habitats, not because of specific concerns for the viability of this species. Management activities that could affect ponderosa pine habitats include timber harvesting, oil and gas development, fuels reduction projects, livestock grazing, and road construction. Specific habitat features to be monitored include the size, density, and connectivity of ponderosa pine trees. Abert squirrel populations will be monitored periodically and summarized on a five-year basis by sampling within suitable habitat using established methods. Initially monitoring will employ an established, tested protocol employing a feeding sign index (Dodd, N. L., S. S. Rosenstock, C. R. Miller, and R. E. Schweinsburg. 1998. Tassel-eared squirrel population dynamics in Arizona: index techniques and relationships to habitat conditions. Arizona Game and Fish Department, Research Branch, Technical Report 27. Phoenix, AZ.).

American marten is identified as a MIS to plan and monitor management activities that could affect the structure and function of spruce-fir and cool-moist mixed conifer forest habitats, not because of specific concerns for the viability of this species. Management activities that could affect these habitats include timber harvesting, recreation, fuel reduction projects, and road construction. Specific habitat features to be monitored include the density and connectivity of conifer trees, the amount and distribution of large wood on the forest floor, and the degree of fragmentation due to roads and trails. Marten populations will be monitored periodically and summarized on a five-year basis by sampling within suitable habitat. Initially, winter track surveys will be used to build on the foundation of monitoring data gathered in the past through cooperation with other agencies.

Mountain bluebird is identified as a MIS to plan and monitor management activities that could affect the structure and function of aspen forest habitats, not because of specific concerns for the viability of this species. Management activities that could affect aspen habitats include clearcut timber harvests. Specific habitat features to be monitored include the size and density of aspen trees, and the size of aspen clearcuts. Mountain bluebird population trends will be sampled periodically and summarized on a five-year basis. Initial monitoring will continue to build on the well established Monitoring Colorado Birds cooperative program.

BLM_0031107

Elk is identified as a MIS to plan and monitor management activities that occur in winter range habitats (pinyon-juniper woodlands, sagebrush shrublands, mountain shrublands, and ponderosa pine forests), and to contribute to the Forest Service meeting state objectives for these species. Management activities that occur in winter range habitats include timber harvesting, oil and gas development, fuels reduction projects, and recreation activities. Over the planning period of 1983 to 2003, elk population trends did not correlate with elk habitat trends and changes in elk habitat on the Forest do not appear to affect elk numbers (SJNF MIS Species Assessment). However, elk are behaviorally and physiologically affected by many management activities which will be the focus of monitoring. Specific features to be monitored are human activities that affect habitat quality, effectiveness, and fragmentation from roads and trails. Elk population trends will be monitored annually using data collected by the CDOW.

General Guidance for MIS monitoring include (see also Appendix N):

- ***Wildlife, Fish, and Plant Species and Habitat Trends***: MIS population and habitat trends are intended to determine habitat capability trends and the relationship to habitat change. These would be summarized on a 5- to 10-year basis. Precision of data would vary, based on the data sources (including, but not limited to, population estimates by State wildlife agencies, USFS and BLM monitoring, informed judgment of USFS and BLM Ecologists and Wildlife/Fisheries Biologists, habitat inventory assessments, resource information system databases, program reviews, activity reviews, annual program reporting, and species and habitat assessments).
- Variability that may initiate evaluation include, but are not limited to, species viability being jeopardized, a 20% change in species habitat distribution, and changes in species emphasis by State wildlife agencies.

**Additional Referenced Guidance**

Hayward et al. 2004); 36 CFR 219.19; USFS Manual FSM 2600.

**Evaluation Process**

Under the direction of the LMP, the SJPLC evaluates data and information collected through monitoring. The objective or "desired condition" that prompted the development of the monitoring question is typically associated with one or more monitoring items. Where the desired condition may be conceptual or visionary in nature, the monitoring items are a measurable aspect of the desired condition.

Evaluation involves the process of transforming the collected data into information that is useful for future management decisions. It synthesizes values, judgments, and reasoning with monitoring information in order to answer questions about the effects (impacts) of management actions.

BLM_0031108

There are four components that would contribute to effective evaluation:

- **Evaluation Context**: A sense of the history of the place or the circumstances (temporal and special context) is important to the evaluation of management activities.

- **Evaluation Baseline and//or Reference Information**: This describes the change from a baseline or reference condition, either toward or away from a desired condition. The desired condition may, or may not, ever be fully achieved; however, it is important to know if management activities are proceeding in the desired direction.

- **Evaluation Information Used to Infer Outcomes and Trends**: Conclusions will be drawn from an interpretation of monitoring information.

- **Evaluation Results Documented in an Annual Monitoring and Evaluation Report**: The SJPLC will use the Annual SJPLC Monitoring Report as a tool in order to initiate changes in management activities.

## ANNUAL MONITORING AND EVALUATION REPORT

Under the direction of the LMP, the SJPLC will document its monitoring and evaluation process in an Annual Monitoring and Evaluation Report that allows for output target reporting. In addition to target reporting, the report serves several additional purposes, including:

- documenting monitoring and evaluation accomplishments;

- providing an assessment of the current state of ecological conditions on the public lands within the planning area;

- providing adaptive management feedback to responsible officials of any needed changes to the LMP, or of any needed adjustments to management actions; and

- providing the public with relevant information about the management of the public lands within the planning area.

The Annual Monitoring and Evaluation Report is based on data and information gathered the previous fiscal year (from October 1 through September 30). It evaluates implementation of the LMP and provides an overview of resource conditions and trends as they relate to indicators and criteria for sustainability (with specific attention on the impacts of management actions on ecological system structure and function). The Monitoring and Evaluation Report is organized into the following sections:

- **The Introduction**: This section contains a description of the types of monitoring and evaluation occurring on the public lands, a brief discussion of LMP revision and amendments, a comparison of projected and actual outputs, and a section describing the impact of budget on achieving LMP objectives.

- **The Monitoring Results**: This section describesthe results of monitoring efforts for the following resource disciplines: water, air quality, minerals, soils, fish and riparian areas, fire, insects and disease, forested vegetation and timber, range, rare plants, wildlife, heritage, lands and special uses, recreation, facilities, and wilderness.

- **Recommendations**: This section includes a list of actions proposed by SJPLC specialists for their individual resources. The list includes a disposition component for each recommendation.

BLM_0031109

**Monitoring Meetings**

Under the direction of the LMP, bi-annual monitoring and evaluation meetings with cooperating agencies (including the State of Colorado, County Commissioners, and non-government cooperators) will be offered. The meetings would be open to the public, with ground rules similar to those used in LMP revision working group meetings.

Community members will be encouraged to help SJPLC personnel in monitoring LMP implementation; evaluating biological, social, and economic impacts; and identifying amendment needs and proposed solutions. Maintaining the knowledge base and relationship with State agencies and local elected officials will provide continuity in the adaptive management cycle (from the development of the LMP; to the implementation, monitoring, evaluation, and amendment process, through to the next LMP revision).

**Monitoring Strategy**

Under the direction of the LMP, the monitoring strategy (see Table 40) would outline the elements where monitoring would be used in order to evaluate plan components. Monitoring elements are organized into 3 categories: 1) effectiveness, 2) validation, and 3) implementation (as previously described). The list of elements was developed in order to provide guidance in determining annual monitoring requirements and accomplishments. Land managers may need to prioritize what would be monitored in any given year. This would be based on monitoring drivers, monitoring priorities, the previous year's accomplishments, and/or the urgency of a monitoring question, as described below.

**Monitoring Driver**

The monitoring driver relates monitoring questions back to specific items found in the revised LMP.

**Monitoring Questions**

Specific monitoring questions will be developed in order to ensure that monitoring and evaluation addressed the information essential to measuring the accomplishments and effectiveness of land management activities. These questions help identify issues of concern and determine whether or not observed changes were consistent with LMP desired conditions, goals, and objectives.

**Monitoring Priorities**

The priority of a monitoring item or issue, may affect the intensity and/or extent of associated monitoring activities. The monitoring strategy includes three classifications (designed to indicate priority:

- *High Priority*: This indicates that the monitoring element is required by law and/or by regulation.

- *Medium Priority*: This indicates that the monitoring element is directed by the LMP, as developed in the objectives and strategies section (which may or may not be directly associated with required laws or regulations).

- *Low Priority*: This indicates that the monitoring element involves questions of a more indirect nature, or that it does not fall under one of the above classifications.

**Potential Monitoring Items**

A monitoring item may be a quantitative or qualitative parameter that is measured or estimated. One or more monitoring items are selected in order to answer a monitoring question. Each monitoring item has an associated quantitative unit of measurement, or, in some cases, a narrative is specified. Any change to the list of potential monitoring items will be reflected in the annual monitoring report.

BLM_0031110

**Monitoring Precision/Reliability**

The precision and reliability with which a monitoring item is collected is dependent upon the activity and associated issue(s). There are two classes of precision and reliability considered in the monitoring guide:

- **Class A**: In this case, the methods are generally well accepted for modeling or measuring the resource or condition. They produce repeatable results and are often statistically valid. Reliability, precision, and accuracy are very good. The cost of conducting these measurements is higher than other methods. These methods are often quantitative.

- **Class B**: In this case, the methods are based on project records, communication, on-site ocular (visual) estimates, and/or less formal measurements (including paced transects, informal visitor surveys, air photo interpretation, or other similar types of assessments).  Reliability, accuracy, and precision are good; however, they are less than those for Class A methods. Class B methods are often qualitative; however, they are still provide valuable information on the status of the resource.

**Scale**

Scale describes the level of analysis with respect to land size. This measure is important in describing impacts dealing with habitat heterogeneity and viability issues, as well as describing cumulative impacts related to, or resulting from, management actions (examples include 6th-level watersheds or geographic areas).

**Frequency of Reporting**

Frequency of reporting describes the timing of monitoring and evaluation efforts. Most data is collected annually, with reporting or evaluation of the data conducted at specific times (such as annually or every 5 years).

BLM_0031111

## Table 40 - Monitoring Strategy

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| **Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?** | | | | | | |
| **A. AIR RESOURCES OBJECTIVES** | | | | | | |
| A 1. By the next planning period, improve three flora and fauna air-quality-related values that are at risk (including lichens, amphibians, aquatic organisms, etc.) to a level that is within the limits of acceptable change (compared to natural conditions). | Are Class I Areas being managed in order o protect AQRVs within the limits of acceptable change? | High | The changes, as monitored by sensitive receptors – lichen, diatoms, plankton. amphibians, subalpine fir, and mosses. | A | Regional and SJPL-wide | Annually |
| A 2. Over the implementatin-life of the LMP, prevent or reduce visibility impairment and allow no more than a 5% change in contrast, a 5% change in extinction and visual range, or a change in color difference index ≥2 compared to natural conditions for the Weminuche Wilderness Class 1 Area. | Are Class I Areas being managed in order to protect AQRVs within the limits of acceptable change? | High | The Engineer and Shamrock AQ monitoring stations, IMPROVE aerosol sampling, and digital photography. | A | Regional and SJPL-wide | Annually |
| A 3. Over the implementation-life of the LMP, prevent or reduce acidic deposition and allow no more than a 10% change from established baseline for lakes with an acid neutralizing capacity (ANC) ≥25 μeq/L, and no change for lakes with an ANC<25 μeq/L. | Are Class I Areas being managed in order to protect AQRVs within the limits of acceptable change? | High | High lakes water quality sampling, NADP sampling at Molas Pass and Wolf Creek Pass | A | SJPL-wide | Annually (sampling weekly) |
| A 4. Over the implementation-life of the LMP, prevent or reduce airborne nutrient and mercury deposition impairment of sensitive high-elevation lakes in the Weminuche Wilderness Class I Area, and allow no mercury concentrations, no more than 2 μeq/L of ammonium, and no late summer nitrate. | Are Class I Areas being managed in order to protect AQRVs within the limits of acceptable change? | Medium | High lakes long-term sampling, NADP Mercury Deposition Network at Molas Pass | A | Regional and SJPL-wide | Annually |

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| **Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?** | | | | | | |
| **B. SOILS OBJECTIVES** | | | | | | |
| B 1. Within 10 years, restore or improve soil productivity on 20 miles of road that will be closed or decommissioned. | Has soil productivity been improved on closed or decommissioned roads? | Medium | The miles of closed or decommissioned roads. | B | SJPL-wide | Annually |

BLM_0031112

**Table 40 - Monitoring Strategy, continued**

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| *Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?* | | | | | | |
| **C. WATER RESOURCE PROGRAM OBJECTIVES** | | | | | | |
| **C 1. Water Quality Protection** <br><br> C.1.1 Annually, rehabilitate or restore 20 or more acres of disturbed land on saline soils in order to reduce salt delivery to the upper Colorado River Basin. | Are rehabilitation measures effective, and is salinity actually being reduced to the upper Colorado River? | Medium | Water quality sampling, long-term trend photography, BMP implementation and effectiveness monitoring, and project effectiveness monitoring. | B | Project level and sub-watershed level | Every 5 years |
| C.1.2 Annually, rehabilitate or restore 10 or more acres in State 303(d) listed water body watersheds or watersheds with Total Maximum Daily Load plans in order to reduce pollutant delivery if the pollution is related to non-point source activities. | Are rehabilitation measures effective, and is water quality actually being improved in State 303(d) watersheds? | Medium | Water quality sampling, long-term trend photography, BMP implementation and effectiveness monitoring, project effectiveness monitoring, macroinvertebrate sampling, and channel substrate sampling. | B | Project level and sub-watershed level | Every 5 years |
| **C 2. Maintain or Improve Watershed Condition and Stream/Floodplain Function** <br><br> C.2.1 Annually, treat approximately 20 acres of priority restoration watersheds, improving watershed conditions so that they move from the category of most highly impacted watersheds (80th percentile most impacted) to a lower category, as determined by the San Juan Aquatic Assessment (USFS 2006) or other priority watershed ranking methodology. | Are rehabilitation measures effective, and is water quality and aquatic/channel conditions actually being improved? | Medium | PFC monitoring, stream surveys, channel substrate surveys, road decommissioning and BMP effectiveness and implementation monitoring, and comparisons to reference condition analysis. | B | Project and sub-basin scale | Every 5 Years |
| **C 3. Manage Water Uses** <br><br> C.3.1 Over the implementation-life of the LMP, all SJPLC-administered water rights are put to beneficial use, and that use can be documented. <br><br> Performance Measure: Record and document water use for the San Juan Public Lands water rights and file required documentation with the State Engineer's Office. | Are water rights being beneficially used as required by associated water court decrees? | Medium | Livestock use reports, range administration documents, facilities use reports, and field inventories. | A | SJPL-wide | Annually |

BLM_0031113

## Table 40 - Monitoring Strategy, continued

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| Effectiveness Monitoring – Are plan objectives and desired conditions being achieved? | | | | | | |
| **D.  AQUATIC ECOSYSTEMS AND AQUATIC SPECIES OBJECTIVES** | | | | | | |
| D 1. Annually, enhance or restore 5 to 15 miles of stream habitat in order to maintain or restore structure, composition, and function of physical habitat for fisheries. | Is the structure, composition and function of physical habitat for fisheries being enhanced by management actions? | Medium | The miles of stream habitat treated. | A | SJPL-wide | Every 5 years |
| D 2. Over the implementation-life of the LMPn, connect 10 to 15 miles of fragmented stream habitat in order to provide for aquatic species migration and the establishment of aquatic meta-populations. | Are streams providing for aquatic species migration and establishment of aquatic meta-populations? | Medium | The miles of streams connected. | A | SJPL-wide | Every 5 years |
| D 3. Over the implementation-life of the LMP, establish 5 new additional populations of Colorado River cutthroat trout, in cooperation with CDOW. | Have new populations of Colorado River Cutthroat trout been established by the CDOW on potential streams? | Medium | The populations of Colorado River cutthroat trout established by CDOW. | A | Streams identified by CDOW | Every 5 years |

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| Effectiveness Monitoring – Are plan objectives and desired conditions being achieved? | | | | | | |
| **E.  RIPARIAN AND WETLANDS ECOSYSTEMS OBJECTIVES** | | | | | | |
| E 1. Within 10 years, determine the functional condition of 50 to 100 miles of riparian areas. | Has the functional condition been determined on any San Juan Public Lands riparian areas? | Medium | The miles of riparian areas with a functional condition rating. | B | SJPL-wide | Bi-annually |

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| Effectiveness Monitoring – Are plan objectives and desired conditions being achieved? | | | | | | |
| **F.  TERRESTRIAL ECOSYSTEMS DESIRED CONDITIONS** | | | | | | |
| F 1. All rangelands display satisfactory rangeland conditions. | Are rangelands showing characteristics of satisfactory rangeland conditions? | Medium | The abundance and distribution of perennial native bunchgrasses and native hydrophytic species, the amount of bare soil and soil compaction, and the amount of invasive plant species. | B | SJPL-wide | Annually |

BLM_0031114

**Table 40 - Monitoring Strategy, continued**

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| *Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?* | | | | | | |
| **G. PLANT SPECIES DESIRED CONDITIONS** | | | | | | |
| G 1. R2 Regional Forester's Sensitive Plant Species and those BLM Special Status Plant Species not currently listed as endangered or threatened are not trending toward Federal listing under the Endangered Species Act; and the abundance, distribution, and habitat of these plant species across San Juan Public Lands improves to a point where their recognition as R2 Regional Forester's Sensitive Species, BLM Special Status Species, and San Juan Public Lands highlight species is no longer warranted. | Are R2 Regional Forester's Sensitive Plant Species and those BLM Special-Status Plant Species not currently listed as endangered or threatened trending toward Federal listing under the Endangered Species Act? | High | The abundance and distribution of 10 to 20% of R2 Regional Forester's Sensitive Plant Species and those BLM Special-Status Plant Species not currently listed as endangered or threatened and their habitat. | A | SJPL-wide | Bi-annually |
| G 2. *Festuca arizonica* is abundant and well-distributed in the mid-elevation mountain grassland and ponderosa pine forest types, and it's photosynthetic and reproductive abilities are intact throughout the growing season. | Is *Festuca arizonica* abundant and well-distributed in the mid-elevation mountain grassland and ponderosa pine forest types, and is its photosynthetic and reproductive abilities intact throughout the growing season? | Medium | The abundance and distribution of *Festuca arizonic.a* | B | SJPL-wide | Annually |
| G 3. All rangelands display satisfactory rangeland conditions (see Monitoring Drivers for Livestock Grazing).<br><br>Rangeland bunchgrasses are abundant and well-distributed throughout the planning area, and their photosynthetic and reproductive abilities are intact throughout the growing season.<br><br>Conduct annual prescribed monitoring activities on at least 10% of active allotments, and use the information to make adaptive changes to management. | Are *Festuca arizonica* and *Festuca thurberi* increasing or decreasing in abundance or remaining stable in the mountain grasslands that they occur in? | Medium | The abundance of Festuca arizonica and Festuca thurberi; the amount of utilization by cattle of Festuca arizonica and Festuca thurberi. | B | SJPL-wide | Annually |
| G 4. All rangelands display satisfactory rangeland conditions (See Monitoring Drivers for Livestock Grazing).<br><br>Riparian areas have vegetation that is vigorous and self-perpetuating with a diverse composition of desirable native plant species that display multiple-age classes.<br><br>Forest and shrubland riparian areas types display native hydrophytic trees and shrubs in a variety of size classes.<br><br>Conduct annual prescribed monitoring activities on at least 10% of active allotments, and use the information to make adaptive changes to management. | Are native willow species increasing or decreasing in abundance or remaining stable in the riparian areas and wetland ecosystems that they occur in? | Medium | The abundance of native willows; the amount of utilization by cattle of native willows. | A | SJPL-wide | Annually |

BLM_0031115

## Table 40 - Monitoring Strategy, continued

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| *Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?* | | | | | | |
| **H. TERRESTRIAL ECOSYSTEMS AND PLANT SPECIES OBJECTIVES** | | | | | | |
| H 1. Within the next 20 years, increase the amount of young spruce-fir and young cool-moist mixed-conifer forests throughout the planning area from their current status of 1.5% and 0.5%, respectively, to 15% primarily by allowing wildland fire use (and, to a much lesser extent, timber harvest) to occur in the mature development stage of spruce-fir and mature cool-moist mixed-conifer forests. | Has there been an increase in the amount of young spruce-fir and young cool-moist mixed-conifer forests? | Medium | The acres of young spruce-fir and young cool-moist mixed-conifer forests. | A | SJPL-wide | Every 5 years |
| H 2. Within the next 20 years, increase the amount of young aspen forests throughout the planning area from their current status of 1% to 25% by clear-cutting mature aspen forests, and by allowing wildland fire use to occur in the mature development stage of aspen, spruce-fir, and cool-moist mixed-conifer forests. Timber harvest will primarily occur adjacent to aspen clear-cuts that were cut within the last 15 years, in order to increase the patch size of young aspen forests and better mimic the large aspen patches that were common during the reference period (HRV conditions). | Has there been an increase in the amount of young aspen forests? | Medium | The acres of young aspen forests. | A | SJPL-wide | Every 5 years |
| H 3. Within the next 20 years, increase the amount of ponderosa pine forests that have open canopies by changing 20,000 to 40,000 acres of ponderosa pine forests (excluding old-growth forests) from development stage mature-closed to development stage mature-open using timber harvest treatments (including thinning and allowing wildland fire). | Has there been an increase in the amount of ponderosa pine forests that have open canopies? | Medium | The ares of ponderosa pine forests with development stage mature-open. | A | SJPL-wide | Every 5 years |
| H 4. Within the next 20 years, increase the amount of warm-dry mixed-conifer forests that have open canopies by changing 10,000 acres of warm-dry mixed-conifer forests (excluding old-growth forests) from development stage mature-closed to development stage mature-open by using restoration (improvement) harvest treatments that target white fir for removal, and by allowing wildland fire use to occur. | Has there been an increase in the amount of warm-dry mixed-conifer forests that have open canopies? | Medium | The acres of warm-dry mixed-conifer forests with development stage mature-open. | A | SJPL-wide | Every 5 years |
| H 5. Within the next 15 years, use low-intensity prescribed fire or wildland fire use on 30,000 acres of ponderosa pine or warm-dry mixed-conifer forests that have been without fire for decades in order to improve the composition, structure, and function of those forests. | Has the composition, structure, and function of ponderosa pine or warm-dry mixed-conifer forests changed due to low-intensity prescribed fire or wildland fire use? | Medium | The acres of low-intensity prescribed fire or wildland fire use. | A | SJPL-wide | Every 5 years |
| H 6. Increase the amount of old-growth ponderosa pine and old growth warm-dry mixed-conifer forests by 400% and 100%, respectively. This is a long-range objective that can only occur over decades, as current ponderosa pine and old-growth warm-dry mixed-conifer forests need time to succeed from their current condition to the old-growth condition). | Has there been an increase in the amount of old-growth ponderosa pine and warm-dry mixed-conifer forests? | Medium | The acres of old growth ponderosa pine and old growth warm-dry mixed-conifer forests. | A | SJPL-wide | Every 5 years |
| H 7. Within 15 years, increase the abundance and distribution of perennial native warm and cool season bunchgrasses and biological soil crusts on 3,000 acres of semi-desert shrublands or semi-desert grasslands on the Dolores geographical area. | Has there been an increase in the amount of perennial native warm and cool season bunchgrasses and biological soil crusts on the semi-desert shrublands or semi-desert grasslands on the Dolores geographic area? | Medium | The amount of perennial native warm and cool season bunchgrasses and biological soil crusts in semi-desert shrublands or semi-desert grasslands on the Dolores geographic area. | B | SJPL-wide | Every 5 years |

BLM_0031116

## Table 40 - Monitoring Strategy, continued

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| **Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?** | | | | | | |
| **I. WILDLIFE PROGRAM OBJECTIVES** | | | | | | |
| I 1. Wildlife species are well distributed in suitable habitat with functional genetically diverse populations. Important habitats are resilient, have high integrity, and are adequately connected within the capabilities of the land. | What are the habitat/ population trends for MIS on USFS lands within the planning area? | High | Trends in MIS population and habitat are intended to determine trend in habitat capability, and the relationship to habitat change at the national forest scale. The data sources include, but not limited to, population estimates by State wildlife agencies, monitoring studies by USFS personnel, informed judgment of USFS and BLM Ecologists and Wildlife/Fisheries Biologists, habitat inventory assessments, resource information system databases, program reviews, activity reviews, annual program reporting, and species and habitat assessments. | Variable | USFS lands within San Juan Public Lands | Every 5 years |

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| **Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?** | | | | | | |
| **J. FIRE AND FUELS MANAGEMENT PROGRAM OBJECTIVES** | | | | | | |
| J 1. Annually, over the next 10 years, complete, on average, 8,000 acres of hazardous fuels reduction in the wildland urban interface (WUI).<br><br>J 2. Annually, over the next 10 years, complete, on average, 5,000 acres of fuels reduction and resource enhancement on San Juan Public Lands. | Are affected landscapes trending toward their desired vegetation composition and structure? | Medium | The change in the condition class ratings on high priority and high-risk areas identified in Community Wildfire Protection Plans. | A | Admin. Unit | Every 5 years |

BLM_0031117

**Table 40 - Monitoring Strategy, continued**

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| *Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?* | | | | | | |
| **K. RECREATION OBJECTIVES** | | | | | | |
| K 1. Over the implementaiton-life of the LMP, deferred maintenance is reduced to under $500,000. | Are recreation sites being maintained to standard? | Medium | The reduction in the amount of deferred maintenance. | A | SJPL-wide | Every 5 years |
| K 2. Within 5 years, all motorized and mechanized recreation travel is on designated routes or in designated areas. | Are plan designations for travel management implemented? | High | The miles of routes and acreage with designations | A | SJPL-wide | Annually |

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| *Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?* | | | | | | |
| **L. HERITAGE AND CULTURAL OBJECTIVES** | | | | | | |
| L 1. Over the implementation-life of the LMP, protect/preserve/stabilize at least 15 eligible heritage/cultural resources. | Which eligible heritage/ cultural resources are in critical need of being protected/ preserved/ stabilized? | Medium | The number of sites protected/preserved/ stabilized. | A | SJPL-wide | Annually |
| L 2. Implement site-stewardship monitoring for Falls Creek, McPhee Reservoir, and the Mesa Verde Escarpment. | Is the site-stewardship program adequately supported in order to monitor sensitive heritage/cultural resources? | Medium | The number of sites monitored. | A | SJPL-wide | Annually |
| L. 3 Develop appropriate interpretive materials for Falls Creek, McPhee Reservoir, and the Mesa Verde Escapment. | Does the interpretive material convey information to the public in an effective and accurate manner? | Medium | The number of heritage/cultural resources interpreted. | A | SJPL-wide | Annually |
| L. 4 Within 5 years, stabilize and preserve the Chimney Rock Great House. | What are the stabilization priorities for the Chimney Rock Great House, and is adequate funding available to conduct these priorities? | Medium | The completed stabilization work. | A | Chimney Rock Archaeological Area | First 5 years of the Plan |

BLM_0031118

**Table 40 - Monitoring Strategy, continued**

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| *Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?* | | | | | | |
| **M. TRANSPORTATION AND ACCESS OBJECTIVES** | | | | | | |
| M 1. Within 10 years of LMP implementation, transfer 5 miles of road jurisdiction to other entities. | Do system roads, or segments of system roads, serve primarily as private access rather than as pubic land access? | Medium | The miles of road transferred to other jurisdictions annually. | A | San Juan Public Lands by District/ Field Office | Annually |
| M 2. Annually, perform maintenance activities on 75% of roads maintained for passenger vehicles (maintenance level 3, 4, and 5). | Does the road system meet public safety and management needs for passenger vehicles while, at the same time, protecting resources? | High | The percentage of level 3, 4 and 5 roads maintained to standard. | A | San Juan Public Lands by District/ Field Office | Annually |
| M 3. Within 15 years of LMP imlementation, decommission 100 linear miles of unneeded routes (which may consist of roads and trails). | To what extent have those roads and trails, identified through travel analysis as  unneeded, been decommissioned? | Medium | The miles of roads and trails decommissioned. | A | San Juan Public Lands by District/ Field Office | Annually |
| M 4. Every 5 years, conduct condition surveys for each system road and trail. | Does the road system and trail system meet public safety and management needs while, at the same time, protecting resources? | High | The percentage of system roads and trails surveyed from deferred maintenance annual report. | B | San Juan Public Lands by District/ Field Office | Annually |

BLM_0031119

**Table 40 - Monitoring Strategy, continued**

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| *Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?* | | | | | | |
| **N. TIMBER PROGRAM OBJECTIVES** | | | | | | |
| N 1. Over the next 20 years, utilize restoration (improvement cut) and thinning harvests in the ponderosa pine and warm-dry mixed-conifer vegetation types in order to reduce stand densities, improve stand composition and structure, and develop fuel profiles that achieve or maintain stand conditions more resilient to disturbance while, at the same time, providing forest products to local industry on approximately 30,000 to 40,000 acres. | Are density, composition, structure, and fuel profiles of stands more resilient to disturbance and providing forest products to industry? | Medium | The acres treated. | A Acre | SJPL-wide | Every 5 years |
| N 2. Over the next 20 years, emphasize selective harvests in cool-moist mixed-conifer and spruce-fir vegetation types to maintain or achieve desired stand conditions, reduce hazardous fuels, and provide forest products to local industry, on approximately 5,000 to 10,000 acres. | Are mixed conifer and spruce-fir vegetation types maintaining or trending toward desired stand structure and reduced hazardous fuels, as well as providing products to local industry? | Medium | The acres treated. | A Acre | SJPL-wide | Every 5 years |
| N 3. Over the next 20 years, utilize coppice harvest (clear-cut with regeneration by sprouting) in aspen vegetation types on approximately 8,000 to 10,000 acres in order to maintain or develop desired age class diversity and patch size, regenerate declining aspen stands, and provide forest products to local industry. | Are aspen vegetation types maintaining or developing desired age class diversity and patch size, regenerating declining aspen stands, and providing forest products to local industry? | Medium | The acres treated. | A Acre | SJPL-wide | Every 5 years |

BLM_0031120

## Table 40 - Monitoring Strategy, continued

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| *Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?* | | | | | | |
| **O. LIVESTOCK-GRAZING OBJECTIVES** | | | | | | |
| O 1. Complete NEPA on all active BLM and USFS allotments by the end of FY 2009 and FY 2010, respectively, as per BLM permit-renewal schedules and the USFS Rescissions Act. Conduct periodic reviews of those analyses and decisions to ensure that NEPA-based decisions stay current and sustainable for all permitted livestock grazing. | What is the NEPA sufficiency of grazing allotments? Are NEPA-based decisions for grazing allotments current and sustainable? | High | The number of NEPA-sufficient allotments. The number of allotment decisions each year | A | San Juan Public Lands by District/ Field Office | Every 5 years |
| O 2. Implement adaptive management principles through allotment management planning decisions. Annually, conduct prescribed monitoring activities on at least 10% of active allotments, and use the information to make adaptive changes to management. | Are adaptive management decisions being used to make changes to management on grazing allotments? | High | The number of key areas monitored by specific protocol. | A | San Juan Public Lands by District/ Field Office | Annually |
| O 3. Annually, administer 50% of active grazing allotments to in order to meet public land health standards. | Are grazing allotments meeting standards for public land health? | Medium | The acres meeting public land health standards. | A | San Juan Public Lands by District/ Field Office | Annually |
| O 4. Within 15 years, all suitable rangelands within the planning area have satisfactory rangeland conditions. | Are rangeland health conditions trending toward satisfactory rangeland health conditions? | Medium | The acres meeting /moving toward desired conditions. | B | San Juan Public Lands by District/ Field Office | Annually |

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| *Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?* | | | | | | |
| **P. INVASIZE SPECIES OBJECTIVES** | | | | | | |
| P 1. Within 15 years, eradicate spotted knapweed, diffuse knapweed, Dalmatian toadflax, scentless chamomile, scotch thistle, and leafy spurge throughout the planning area. | Are treatment actions trending priority invasive species toward eradication? | Medium | The acres of priority noxious weeds. | A Acre | SJPL-wide | Every 5 years |
| P 2. Within 15 years, increase annual treated acres of noxious weeds to 25% of known acres infested. | Are treatment actions increasing on areas infested with noxious weeds? | Medium | The acres of noxious weeds. | A Acre | SJPL-wide | Every 5 years |
| P 3. Within 15 years, annual backcountry treatments (including Wilderness Areas), will be 25% of the total annual noxious weed treatment target. | What portion of areas treated for infestations of noxious weeds are in backcountry areas? | Medium | The acres of noxious weeds. | A Acre | SJPL-wide | Every 5 years |

BLM_0031121

**Table 40 - Monitoring Strategy, continued**

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| *Effectiveness Monitoring – Are plan objectives and desired conditions being achieved?* | | | | | | |
| **Q. LANDS AND SPECIAL USES PROGRAM OBJECTIVES** | | | | | | |
| Q 1. Annually, survey and post 5 miles of boundary of special areas (including Wilderness Areas). | Are special area boundaries surveyed and posted? | Medium | The miles of surveyed line recorded on Master Title Plat/ LR2000/ALP. | A | RD/FO | Every 5 years |
| Q 2. Annually, survey and post 5 miles of property line adjacent to private land and boundaries where trespass or encroachment is most likely. | Is trespass or encroachment being reduced by efforts to survey and post boundaries? | Medium | The miles of surveyed line recorded in County and on Master Title Plat/LR2000/ALP. | A | RD/FO | Annually |
| Q 3. Annually, acquire 2 new road and trail ROWs for high-priority access or to fill gaps in existing access to public lands. | Are gaps in existing high priority access to public land being filled? | Medium | The number of easements/ROW deeds recorded in County and on Master Title Plat/LR2000/ALP. | A | RD/FO | Annually |
| Q 4. Review 100% of existing withdrawals by non-SJPLC agencies, and resolve resulting "need to continue," "modify," or "revoke" withdrawals. | Are existing withdrawals being continued, modified or revoked appropriate to identified withdrawal needs of other agencies? | Medium | The number of case files reviewed and recommended for action. | A  A | RD/FO | Every 5 years |
| Q 5. Within 5 years, cooperate in improvement of, and convey to appropriate county jurisdiction, 1 high-priority SJPL road identified as dominantly non-SJPL access use. | Are high-priority roads under the jurisdiction of the appropriate governing authority? | High | The easement/ROW deeds recorded in County and on Master Title Plat/LR2000/ALP. | Validation | RD/FO | Every 5 years |

BLM_0031122

**Table 40 - Monitoring Strategy, continued**

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| **VALIDATION MONITORING** | | | | | | |
| Design criteria and guidelines | Are guidelines effective in mitigating impacts of activities? | Medium | Conduct interdisciplinary review of implemented project for implementation and effectiveness of design criteria and guidelines. | B | SJPL-wide | Annually |

| Monitoring Driver | Monitoring Question | Monitoring Priority | Potential Monitoring Items | Precision and Reliability | Scale | Frequency of Reporting |
|---|---|---|---|---|---|---|
| **IMPLEMENTATION MONITORING** | | | | | | |
| NFMA/FLPMA; multiple goals, objectives, and strategies | Are projects implemented according to LMP goals, objectives, and strategies? | High | Select at least one NEPA project, and conduct a thorough review of all resource areas to see if LMP goals, objectives, and strategies have been followed, and if the treatment/project was effective to improve land management. | A/B | Varies according to project scale | Annually |
| Suitable Wild and Scenic Rivers (WSRs) | Are WSR candidate waters being managed for the protection of outstandingly remarkable values (ORVs)? | Medium | Monitor ORVs from the suitability analysis. | B | Suitable WSRs | Every 5 Years |
| Wilderness/Wilderness Recommendations/ Wilderness Study Areas (WSAs) | Are areas being managed for the desired Wilderness characteristics? | High | Monitor the opportunities for solitude, amount and types of human use, and of evidence of human use. | B | SPLC-wide | Annually |

BLM_0031123

**SAN JUAN PUBLIC LANDS**
*Draft Land Management Plan / Draft Environmental Impact Statement*

VOLUME 2 ■ Draft Land Management Plan                 **PART 3 ■ DESIGN CRITERIA**

## STANDARDS AND GUIDELINES

Standards and guidelines are used in combination with desired conditions, objectives, and suitable uses to guide the management of San Juan Public Lands (SJPL). Standards and guidelines provide specifications and guidance for project and activity decisionmaking in order to protect resources and help achieve desired conditions and accomplish objectives. They are project-level operational controls that help ensure that projects are consistently implemented in ways that reduce environmental impacts.

The USFS and BLM will conduct environmental analysis, pursuant to NEPA, when projects are proposed. During project planning, applicable and appropriate Land Management Plan guidance will be incorporated as required design features and/or mitigation measures when the project decision is made.

A standard (which is worded as "must") describes a course of action that must be followed, or a level of attainment that must be reached. Deviations from standards must be analyzed and documented in a Land Management Plan amendment.

A guideline (which is worded as "should") provides guidance that a project or activity would typically follow, although exceptions may exist. If deviation from a guideline is necessary, the Responsible Official must record the reasons for such deviation as part of the project-level decision; however, no Land Management Plan amendment would be required.

For species of viability concern (threatened, endangered, and/or sensitive species), the intent of guidelines must be met.  Many guidelines have two components, a quantitative part (distance, %, etc.), and a statement of intent. If the quantitative part cannot be met, it must be documented in the appropriate NEPA document.  The NEPA document must show how the intent of the guideline is met, or how progress is made towards the conditions described in the guidelines.

## CONFORMANCE WITH OTHER DIRECTION

This set of standards and guidelines is designed to be specific to the SJPL. The development of projects is also guided by other sources such as Best Management Practices (BMPs), State laws and/or policies, and terms and conditions from U.S. Fish and Wildlife Service conservation strategies or biological opinions.  Additional examples include leasing stipulations, conditions of approval, and conditions for protecting resources that apply to coal and natural gas development projects.  These and other applicable guidance from laws, regulations, policies, and agency directives are listed following the standards and guidelines for each resource as "Additional Referenced Guidance" (but are not contained in, or attached to, this document).

BLM_0031124

# I.   AIR QUALITY

A.  All new or replacement internal combustion engines within a fixed facility for fluid minerals less than 300 horsepower (excluding very small engines with less than 40 horsepower) must have a mandatory NOx limit of 2.0 grams per horsepower-hour or the minimum acceptable limit, as determined by the Four Corners Air Quality Task Force process.

B.  All new or replacement fluid-minerals production engines greater than 300 horsepower must have a NOx limit of 1.0 grams per horsepower-hour or the minimum acceptable limit, as determined by the Four Corners Air Quality Task Force process.

C.  No more than four fluid minerals well pads and associated access roads should be constructed concurrently in any given square mile, with each well no closer than 0.5 miles to another well during construction. (This guideline is necessary in order to minimize air pollutant concentrations and ensure compliance with State air quality standards.)

D.  Well-drilling permits issued for the SJPL should implement terms and conditions, as necessary, in order to limit volatile organic compounds (VOC) emissions.

E.  Roads that produce high fugitive-dust concentrations should apply continuous dust abatement measures in order to reduce impacts to health, safety, nuisance, and visibility.

**Additional Referenced Guidance**

BLM 7300, Air Resource Management, Climate and Air Quality; FSM 2580, Air Resource Management; FSM 5100, Fire Management; the Clean Air Act, as amended (42 USC 7401 et seq.); the Wilderness Act of 1964; the Federal Land Policy Management Act of 1976; EPA Interim Air Quality Policy on Wildlands and Prescribed Fires, 1998; Weminuche Wilderness Monitoring Plan for Air Quality Related Values (USFS 1991), and Federal Land Managers Air Quality Related Values Workgroup Phase I Report (FLAG 2000).

# II.   SOILS

A.  Projects should be designed to avoid lands that display evidence of past or present slope instability, and these lands should be avoided during project implementation unless site-specific data indicates that mass movement won't occur or could be mitigated.

B.  Projects should be designed to avoid the shale soils of the Mancos Shale, Lewis, Fruitland, and Morrison Geologic Formations, and these soils should be avoided during project implementation unless site-specific data indicates that detrimental soil erosion or compaction won't occur or could be mitigated.

C.  Projects should be designed to avoid highly erosive soils and these soils should be avoided during project implementation unless site-specific data indicates that irreversible soil damage won't occur or could be mitigated.

D.  Ground disturbance should be limited in watersheds that are the most sensitive to anthropogenic disturbance, as identified in Appendix J.

E.  Native vegetation and ground-cover should be restored on disturbed sites where soils have been exposed as soon as practical following the disturbance.

F.  Organic slash (including tree tops and limbs) should be retained on-site as much as practicable following timber harvesting and mechanical fuels treatments, and must be distributed throughout the treatment units.

BLM_0031125

**Additional Referenced Guidance**

FSM 2550, Soil Management; and FSH 2509.25, Watershed Conservation Practices Handbook (Region 2 Supplement).

## III.   WATER

A. Roads and trails that are removed from the SJPL transportation network, as well as roads that are put into a "stored" status that are unnecessary for travel (i.e., closed for future use), should be treated sufficiently in order to avoid future risks to watershed functions, water quality, and/or aquatic habitat. Sufficient treatments may include the:

    A.1    removal of unstable fills;

    A.2    effective and permanent breaching of drainage ditches;

    A.3    elimination of persistent in-sloped road surfaces;

    A.4    complete removal of stream-crossing structures and associated fills with restoration of floodplains;

    A.5    restoration of self-sustaining hydrologic functions on the site (where no further management intervention would be necessary in order to sustain natural processes and function); and

    A.6    the maintenance or restoration of fish passage.

B. Where land use activities (including fluid-minerals development and production) are shown to adversely impact groundwater quality and/or quantity, those land use activities may be curtailed, and requirements may be made to replace impacted groundwater with water of equal or greater water quality (as compared to the natural conditions of the aquifer).

C. In cases where the USFS or BLM places conditions and other requirements on special use authorizations related to water diversion or storage that are outside the jurisdiction of Colorado Division of Water Resources, the USFS or BLM will be responsible to enforce compliance.

D. Ditches authorized on the SJPL should maintain a freeboard above the water-line of the ditch. Headgates and conveyance structures should be maintained in good functioning condition and should be clear of sediment and other debris in order to ensure proper operation. The operator should close the headgate at the end of the diversion (e.g., irrigation) season.

E. Water conveyance structures authorized on the SJPL should be maintained to prevent and control soil erosion and gullying on adjacent lands resulting from operations and maintenance of the structure. Design criteria may include maintaining the ditch channel to prevent downcutting and ditch failure, removal of all obstructions from the channel, and prompt remediation of pipeline breaks and ditch failures, and rehabilitation of any erosion resulting from failure of a waterconveyance structure.

F. In general, system and non-system road densities should not exceed 2 miles per square mile in any 6th level Hydrologic Unit Basin watershed on the SJPL. In municipal supply watersheds, and watersheds identified as sensitive to ground-disturbing anthropogenic activities (human activities, as opposed to events occurring in natural environments without human influences), watershed rehabilitation efforts should be focused on reducing system and non-system road densities to below 2 miles per square mile (See Appendix J, detailing watersheds that are the most sensitive to anthropogenic activities).

G. All accepted groundwater development proposals should establish terms and conditions designed to maintain groundwater levels necessary in order to avoid or minimize impacts on groundwater-dependant resources (eg., wetlands, riparian areas, connected surface water, etc).

BLM_0031126

**Additional Referenced Guidance**

The principal guidelines used to protect all watershed and aquatic resources within the planning area are found in the Region 2 Watershed Conservation Practices Handbook (R2 FSH 2509.25-2006-1).

Additional guidance includes BLM Manual 7200, Water Management; the Colorado River Basin Salinity Control Act of 1974; the Federal Land Policy Management Act of 1976; the Clean Water Act of 1977; EO 11288, 1966; EO 11752, 1973; EO 11988, 1977; EO 11990, 1977; FSM 2500; FSH 2500; BLM Supplemental Manual 7240, Water Quality; MOU between the Colorado Department of Natural Resources and the USFS, 2004; MOU between the Colorado Department of Natural Resources, the Colorado Water Conservation Board, and the BLM, 2005; and FSH 2509.13, Burned Area Emergency Rehabilitation.

## IV.   AQUATIC ECOSYSTEMS AND AQUATIC SPECIES

A.  As described under Part 2, "Strategy," cooperative and collaborative efforts are the preferred approach to sustaining aquatic ecosystems and ensuring that viable populations of aquatic species are maintained or improved. In the event collaborative efforts do not result in more workable and mutually acceptable solutions, the following apply:

A.1   Management activities throughout the Unit should be consistent with the objectives of the Conservation Agreement and Strategy for Colorado River Cutthroat Trout in the States of Colorado, Utah, and Wyoming. For formally designated conservation populations of Colorado River cutthroat trout, 100% of existing habitat must be maintained.

A.2   For all other populations of vertebrate aquatic species:

A.2.1   Streamflow in riffle habitats should be at levels that maintain minimum water depth, wetted perimeter, and mean velocity values consistent with those identified for each stream size category identified below:

| Bankfull Width (ft) | Mean Depth (ft) | Wetted Perimeter (%) | Mean Velocity (ft/sec) |
|---|---|---|---|
| 1 to 2 | ≥ 0.2 | 50 | 1.0 |
| 21 to 40 | 0.2 to 0.4 | 50 | 1.0 |
| 41 to 60 | 0.4 to 0.6 | 50 to 60 | 1.0 |
| > 60 | > 0.6 | > 60 | 1.0 |

A.2.2   Streamflow in each reach should be sufficient to maintain, for each life stage of each target species, a minimum of 50% of the Weighted Usable Area that would occur under natural flow conditions.

A.2.3   Habitat quality, including large woody debris, residual pool depths, composition of habitat units (eg. pools, riffles), and overall habitat complexity, should be maintained or improved commensurate with reference stream conditions and in a manner that maintains viable, self-sustaining fish populations.

BLM_0031127

B. Conservation pools should be provided in water storage facilities where there are aquatic USFS Management Indicator Species, and/or BLM or USFS Sensitive Species.

C. Management activities (including land adjustments) that result in a trend toward Federal listing or the loss of population or habitat sustainability for Special-Status Species (Threatened, Endangered, Sensitive, or State-Listed species) should be avoided.

D. Activities that may disturb native or desired non-native fish, or directly deliver sediment to occupied streams, should be limited to the times outside of spawning and incubation periods.

E. Activities that may cause sedimentation to amphibian habitats should be minimized.

F. Documented boreal toad and canyon tree frog breeding sites must be buffered from management activities that could potentially disturb such sites.

G. Livestock must not occur in documented boreal toad and canyon tree frog breeding sites from May 15 to September 15, in order to reduce the risk of trampling and to maintain the ecological integrity of those wetlands.

H. The drainage of acid-mine run-off into riparian areas and wetland amphibian habitats should be avoided.

I. The drainage or filling of wetlands that function as amphibian breeding sites should be avoided. Conservation pools in water storage facilities where there are aquatic Highlight Species should be provided.

J. Management activities that result in consumptive water uses are implemented in compliance with the Section 7 Agreement and Recovery Implementation Program Action Plan (RIPRAP)(USFWS 1993) and San Juan Basin Recovery Implementation Program (USFWS 2003) for the four endangered fish species found in the Upper Colorado and San Juan river systems (Colorado pikeminnow, razorback sucker, humpback chub, and bonytail chub).

K. Standards and guidelines for aquatic invasive species are found in the Invasive Species Section.


**Additional Referenced Guidance**

FSM 2600, Wildlife, Fish, and Sensitive Plant Habitat Management; FSH 2609.13, Wildlife and Fisheries Program Management Handbook; FSH 2509.25, Watershed Conservation Practices Handbook (Region 2 Supplement); USDOI and USDA Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development, 2006; the Endangered Species Act of 1973 (16 USC. 1531); Boreal Toad Conservation Plan and Agreement, 2001; Fungus Contamination Prevention Guidelines found in CDOW Procedures for Monitoring and Surveying Boreal Toad Populations, 2004; the Conservation Agreement signed by the R2 USFS Regional Forester (3/29/2001) and the BLM State Director (3/26/2001); the Conservation Agreement and Strategy for Colorado River Cutthroat Trout in the States of Colorado, Utah, and Wyoming (CRCT Task Force 2001); BLM Manual 1120, Fish and Wildlife Management; BLM Manual 6840, Sensitive Species Management; Fungus Contamination Prevention Guidelines, found in CDOW Procedures for Monitoring and Surveying Boreal Toad Populations, 2004; and Appendix H of the DLMP/DEIS, Oil and Gas Leasing Stipulations.

BLM_0031128

## V.   RIPARIAN AREAS AND WETLANDS

A. Fens must be avoided during project design and implementation.

B. Projects should be designed to avoid riparian areas and wetlands unless the project is designed to improve or restore ecological components or function.

C. The streambanks of forest and shrubland riparian area types should contain at least 50 percent canopy cover of native hydrophytic trees or shrubs.

D. Livestock browsing of willows and young cottonwood trees in riparian areas and wetlands should not exceed 40% of the current year's leader growth.

E. Projects that occur in watersheds containing fens and hanging gardens must not adversely impact the hydrologic function of those watersheds in order to protect the ecological integrity of those ecosystems and any R2 Regional Forester's Sensitive Plant Species, BLM Sensitive Plant Species, and SJPL Plant Highlight Species that occur in them.

F. Projects that occur in watersheds containing riparian areas and wetlands should not adversely impact the hydrologic function of those watersheds in order to protect the ecological integrity of those ecosystems and any R2 Regional Forester's Sensitive Plant Species, BLM Sensitive Plant Species, and SJPL Plant Highlight Species that occur in them.

G. Additional Standards and Guidelines associated with riparian area and wetland ecosystems are found in the Livestock and Rangeland Management section.

**Additional Referenced Guidance**

The principal guidelines used to protect all riparian areas and wetlands on SJPL are found in the Region 2 Watershed Conservation Practices Handbook (R2 FSH 2509.25-2006-1). This handbook contains guidelines that prevent adverse impacts, maintain or improve stream health, preserve ecosystem function, prevent stream sedimentation, and reclaim disturbed sites.

## VI.   TERRESTRIAL ECOSYSTEMS

A. Management activities should be designed so that they contribute to vegetation conditions similar to those that were produced by the natural disturbance agents and processes that occurred during the reference period (HRV conditions).

B. Timber harvesting in aspen and aspen-conifer forests should be designed in order to increase the patch size of young aspen forests and better mimic the large patches of young aspen forests that were common during the reference period (HRV conditions).

C. Construction of new roads, pipelines, and other linear features should be avoided or minimized during project design in order to avoid or minimize ecosystem fragmentation, as well as to avoid the establishment and spread of invasive plant species.

D. Old-growth ponderosa pine forests, old growth warm-dry mixed-conifer forests, and old-growth pinyon-juniper woodlands should not decrease in acreage; these ecosystems should not be altered unless an action is needed in order to achieve a desired condition.

BLM_0031129

E.  Projects should be designed so that old growth doesn't fall below the minimum desired conditions stated in Table 41, for vegetation types where the minimum level is currently met.  For vegetation types that currently do not meet the minimum desired conditions for old growth stated in Table 2-3, stands that are close to the old-growth development stage should be identified as old-growth recruitment areas in order to meet these desired conditions in the future.

F.  Following timber harvest and fuels treatments, snags and large wood on the forest floor must meet the minimum standards described in Table 41 unless the site did not contain these attributes before the activity, in which case units must be designed to retain snags, snag recruits, and large wood in order to meet these minimum standards in the future.

**Table 41 - Snag and Large Wood Quantities**

| Forest Type | SNAGS | | | LARGE WOOD | |
|---|---|---|---|---|---|
| | Minimum Diameter (dbh) | Number (per acre) | Minimum Height (feet) | Minimum Diameter (dbh) | Number (linear feet per acre) |
| Spruce-Fir | 10 | 5-10 | 25 | 10 | 50 |
| Cool-Moist Mixed-Conifer | 10 | 5-10 | 25 | 10 | 50 |
| Aspen | 8 | 5-10 | 25 | 8 | 33 |
| Warm-Dry Mixed-Conifer | 10 | 5-10 | 25 | 10 | 50 |
| Ponderosa Pine | 10 20 | 2-3 1 | 25 25 | 10 20 | 50 40 |

**Additional Referenced Guidance**

EO 13112; the Federal Land Policy and Management Act of 1976; the Carson-Foley Act of 1968; the Public Rangelands Improvement Act of 1978; the Plant Protection Act of 2000; the Healthy Forests Restoration Act of 2003; the Wilderness Act of 1964; the Cooperative Forestry Assistance Act of 1978; the Resource Conservation and Recovery Act of 1976; the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended; FSH 2509.13, Burned Area Rehabilitation Handbook; FSH 2509.25, Watershed Conservation Practices Handbook; FSH 2409.19, Renewable Resource Uses for Knutson-Vandenberg (K-V) Fund Handbook; and the 1992 letter from USFS R2 Regional Forester to Forest Supervisors regarding regional old-growth descriptions.

BLM_0031130

## VII.  PLANT SPECIES

A.  *Pediocactus knowltonii* (an endangered species), *Ipomopsis polyantha* (a candidate species), R2 Regional Forester's Sensitive Plant Species, BLM Sensitive Plant Species, and SJPL Plant Highlight Species, as well as their potential habitat, should be avoided whenever practical during project design and implementation  – unless the project is designed to improve their habitat.

B.  A qualified specialist (who should have a college degree in botany, ecology, or a closely related field) must conduct pre-construction surveys for Knowlton's cactus and Pagosa skyrocket in all potential areas of disturbance that are identified as suitable habitat during the pre-construction phase of the project. Since Knowlton's cactus is extremely inconspicuous except when in flower, pre-construction surveys for Knowlton's cactus must occur between April 1 and May 15 when the species is most likely to be flowering. Pre-construction surveys for Pagosa skyrocket must occur between May 15 and June 15 when the species is most likely to be flowering.

C.  Projects (including road construction and maintenance) that occur in watersheds containing fens, wetlands, hanging gardens, or riparian areas should not adversely impact the hydrology in those watersheds (due to the potentially adverse impacts they could have on the R2 Regional Forester's Sensitive Plant Species, BLM Sensitive Plant Species, and SJPL Plant Highlight Species that occur in those ecosystems).

D.  Livestock grazing practices that may result in a decrease in the abundance or distribution of *Pediocactus knowltonii* (an endangered species), *Ipomopsis polyantha* (a candidate species), R2 Regional Foresters Sensitive Plant Species, BLM Sensitive Plant Species, and SJPL highlight plant species, or the habitat for all these species, should be changed or avoided.

E.  Livestock grazing practices that result in a decrease in the abundance or distribution of Arizona fescue, Thurber fescue, or willow species should be changed or avoided.

F.  Native plant species, preferably of local origin, should be used in projects needing revegetation, reclamation, and/or restoration.

G.  Large old ponderosa pine, Douglas-fir, pinyon-pine, Utah juniper, southwestern white pine, and Gambel oak trees should be avoided during project design and implementation.

H.  Native plant species with high values for pollinator species should be identified and protected from management activities.

**Additional Referenced Guidance**

EO 13112; the Federal Land Policy and Management Act of 1976; the Carson-Foley Act of 1968; the Public Rangelands Improvement Act of 1978; the Plant Protection Act of 2000; the Healthy Forests Restoration Act of 2003; the Wilderness Act of 1964; the Cooperative Forestry Assistance Act of 1978; the Resource Conservation and Recovery Act of 1976; the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended; FSH 2509.13, Burned Area Rehabilitation Handbook; FSH 2509.25, Watershed Conservation Practices Handbook; FSH 2409.19, Renewable Resource Uses for Knutson-Vandenberg (K-V) Fund Handbook; and the 1992 letter from USFS R2 Regional Forester to Forest Supervisors regarding regional old-growth descriptions.

BLM_0031131

## VIII.   FIRE MANAGEMENT

A. An appropriate management response  should be applied to all ignitions, as described in the direction for Management Areas found in the Suitability Section in Part 2 of this Draft Land Management Plan (Refer to Table 42 for tactical options and prescribed fire direction).

B. Additional seeding and other site-rehabilitation practices should be provided, as necessary, on: wildland fire and wildland fire use areas (burned area rehabilitation); fire suppression support activities and facilities (including constructed fire lines, fuel breaks and safety areas, fire camps, staging areas, heli-bases, and heli-spots); and mechanical and prescribed fire treatment areas.

C. Protection of threatened, endangered and sensitive (TES) aquatic species should be provided in the selection of helicopter dip-sites and drafting locations.

D. Other standards and guidelines that pertain to Fire Management are found in the Invasive Species Section.

E. Fire management should recognize and consider the role of natural fire in wilderness, and should use natural fire opportunities.

**Table 42 - Fire Management Direction for the San Juan Public Lands**

| | UNPLANNED IGNITIONS WILDLAND FIRE TACTICAL OPTIONS | | PLANNED IGNITIONS |
|---|---|---|---|
| **Management Area** | **Mechanized Equipment** | **Aerial Retardant Application**[c] | **Prescribed Fire** |
| 1 | x[a] | x | x[b] |
| 2 | x[b] | x | x[b] |
| 3 | x | x | x |
| 4 | x | x | x |
| 5 | x | x | x |
| 7 | x | x | x |
| 8 | x | x | x |
| All WUI Areas | x | x | x |

[a] Within designated Wilderness Areas and the Piedra Area, dozers are prohibited (except with Regional Forester approval). Use of helicopters, motorized equipment, and/or mechanical transport is prohibited (except with Forest Supervisor/ Center Manager approval.  Within other Management Area 1s, including BLM Wilderness Study Areas– Dozers are prohibited except with Forest Supervisor/Center Manager approval.  Chainsaws, engines, ATV's and pumps are allowed without Forest Supervisor/Center Manager approval.

[b] Mechanical Equipment and prescribed fires in Wilderness Study Areas, Research Natural Areas and Special Areas would have to be compatible with the overall purposes and objectives for those areas.

Aerial application of retardant in live water, wetlands and riparian areas should be avoided unless necessitated by human safety or property loss considerations.  Unplanned Ignitions: Wildland Fire should be managed as unwanted wildland fire if human-caused, or if unacceptable threat to human safety or values exists.

*Planned Ignitions*:  May be implemented by management action authorized by approved plans.

BLM_0031132

**Additional Referenced Guidance**

FSM 5100, Fire Management; BLM MR 9210, Fire Management; FSM 5110, Wildfire Prevention; FSM 5120, Presuppression Management; FSM 5130, Fire Suppression; FSM 5140, Prescribed Fire; FSM 5150, Fuel Management; FSM 5160, Fire Management Equipment and Supplies; FSM 5170, Fire Management Cooperation; BLM 9200 Series Handbooks for Fire Management Plans, Fire Effects, etc.; FSM 5180, Fire Reports; FSM 5190, Management; FSH 5109.14, Individual Fire Report Handbook; FSH 5109.17, Wildland Fire Qualifications Handbook; FSH 5109.18, Wildland and Prescribed Fire Qualifications System Guide; PMS 310-1, Wildfire Prevention Handbook; FSH 5109.19, Fire Management Analysis and Planning Handbook; FSH 5109.31, Wildfire Cause Determination Handbook (NWCG Handbook 1); FSH 5109.32a, Fireline Handbook (NWCG Handbook 3); FSH 5109.34, Interagency Fire Business Management Handbook (NWCG Handbook 2); 2006 Wildland and Prescribed Fire Management Policy Implementation Procedures Reference Guide; 2001 Review and Update of the 1995 Federal Wildland Fire Management Policy; A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy; 2001; A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan, 2002; Wildland Fire Use Implementation Procedures Reference Guide, 2005; Interagency Standards for Fire and Fire Aviation Operations (Red Book) updated annually, 2005; San Juan BLM Wildland-Urban Interface Hazardous Fuels Reduction Programmatic Environmental Assessment, 2004; and Fire and Community Wildfire Protection Plans for Montezuma, La Plata, Archuleta, Dolores, San Juan, Mineral, Conejos, Montrose, San Miguel, Hinsdale, and Rio Grande Counties.

## IX.   TERRESTRIAL WILDLIFE SPECIES

**General**

A. Activities must be managed in order to avoid impacts to BLM and USFS Sensitive Species and to SJPL Highlight Species that would compromise viability across the planning area or contribute to the trend towards Federal listing. Special attention must be given during breeding, young rearing, and at other times that are critical to survival.

B. Land management activities and projects must avoid disturbing proposed, threatened or endangered species during breeding, young rearing, or at other times that are critical to survival. (Exceptions may occur when individuals are adapted to human activity, or when the activities are not considered a threat or unless otherwise provided for under Section 7 consultation.)

C. Projects (including, but not limited to, wildlife viewing sites, fences, highways, bridge upgrades or replacements, communication towers, utility lines, and canals) should be designed and built to provide for wildlife movement and maintenance of effective habitat.

D. Management activities in, and immediately adjacent to, important wildlife habitats for Federally listed and sensitive species (including falcon and eagle nesting cliffs, bat roosts and hibernacula, Canada lynx landscape linkage areas, and winter raptor concentration areas) must be designed and conducted in a manner protecting the value of those areas for wildlife population sustainability.

E. Management activities in, and immediately adjacent to, important wildlife habitats (including big game concentration and severe winter range) should be designed and conducted in a manner protecting the value of those areas for wildlife objectives and habitat effectiveness.

BLM_0031133

F. Management actions should maintain habitat effectiveness supporting limiting life functions in key wildlife habitat for elk and deer.  Actions considered may include, but not limited to, seasonal travel restrictions, partial or complete route closures, and designing new route alignment or realigning existing routes.

G. On National Forest System lands within the planning area, animal damage should be managed in cooperation with the State wildlife agencies, the U.S. Fish and Wildlife Services (USFWS), and other appropriate agencies and cooperators in order to reduce damage to other resources (and to direct control toward removing only the offending animal). Preventive methods (including denning, aerial gunning, and poisons of any kind) must not be allowed on National Forest System lands within the planning area under any circumstances.

H. Sustaining populations of pollinators should be considered in relation to the broad application of pesticides.

## X.  THREATENED AND ENDANGERED TERRESTRIAL WILDLIFE SPECIES

A. A decision recommending against, denying consent, or recommending a NSO stipulation must be made for issuance of mineral leases where operational damages on surface resources would intrude upon identified critical or essential habitat for a federally listed wildlife or plant species, or upon the plant or animal itself.

### Canada lynx (Threatened):

A.1 This Land Management Plan adopts The Lynx Conservation Assessment and Strategy (LCAS 2000, revised 2006). All conservation measures and guidelines contained therein must be implemented.

### Southwestern willow flycatcher (SWWF) (Endangered):

A.2 Location, size, shape, and spacing of riparian habitat must be mapped.

A.3 Designated habitat stage for each site (including suitable-occupied, suitable-unoccupied, suitable-unsurveyed, and potential) must be identified.

A.4 Surveys for SWWF *(Empidonax traillii extimus)* in occupied and suitable habitat: every year in occupied, every 3 years in suitable-unoccupied, and every 5 years in potential habitat must be implemented.

A.5 Annual monitoring of SWWF in occupied habitat must occur.

A.6 A report on the status of habitat, survey results, and monitoring of SWWF must be provided annually.

A.7 Tree and/or shrub removal within SWWF habitat must only be conducted in order to benefit the SWWF and/or its habitat.

A.8 Maintenance and other management activities in occupied or unsurveyed, suitable SWWF habitat must occur outside the SWWF breeding season (May 1 through August 31), unless it is a necessary direct benefit to the SWWF and can be implemented without detriment to breeding success of the SWWF.

BLM_0031134

A.9    In unoccupied, suitable habitat and potential habitat, resource uses must be managed in order to benefit the suitability of SWWF habitat.

A.10   Resource uses must be managed in order to benefit regeneration and/or recruitment of woody vegetation needed by SWWF.

A.11   When SWWF nest parasitism exceeds 10%, measures to reduce parasitism rates (i.e., reduce cattle presence within a 2-mile radius of occupied SWWF habitat, or begin a cowbird control program) must be implemented.

A.12   Human disturbance from recreation and other management activities in occupied and unsurveyed, suitable habitat during the breeding season (May 1 through August 31) must be reduced.

A.13   The destruction and/or modification of all SWWF habitat (due to road construction, oil and gas activities, etc.) must be prevented.

**SWWF in relation to livestock grazing in suitable unsurveyed habitat:**

A.14   For the purposes of range projects, if habitat is found to be suitable for SWWF, full USFWS protocol surveys must be conducted for 2 consecutive seasons in order to determine occupancy. Current livestock management practices may continue while surveys are being conducted, as long as SWWF are not detected. If SWWF are detected, then livestock management practices must follow the guidelines for occupied habitat. If protocol surveys are not conducted, then the habitat patch must be assumed to be occupied by SWWF; therefore, livestock must be managed in accordance with the standards for an occupied site (i.e., livestock grazing will not be allowed until after August 15, and utilization standards will be applied). Rangeland and riparian health guidelines must be met in suitable SWWF habitat. If criteria are not being met, then adaptive management strategies to recover/improve and maintain suitable SWWF habitat will be required. Upward trend must be demonstrated during the 5-year habitat monitoring period.

A.15   Protocol surveys must be conducted for 2 consecutive years, or until SWWF are detected; then, they must be conducted periodically every 3 years for another 2 consecutive years, or until SWWF are detected. If no SWWF are detected during the second monitoring cycle, then a 5-year monitoring period would begin. This would require that habitat monitoring forms be completed during each survey cycle, and that monitoring results document that SWWF habitat conditions are remaining stable or are in an upward trend throughout the monitoring period.

A.16   If habitat monitoring documents that habitat conditions have declined, or that they have become unsuitable for SWWF, then adaptive management strategies must be applied to livestock grazing practices in order to recover and maintain suitable SWWF habitat conditions. During the time period(s) that habitat remains unsuitable, monitoring will occur at least every 3 years in order to document the trend of habitat conditions, as well as whether or not adaptive management strategies are successful.

A.17   Protocol surveys should not be required during the time period(s) that habitat remains unsuitable for SWWF occupancy.

A.18   When habitat is recovered to a condition suitable for SWWF, the 3-year protocol survey cycle must begin again in order to determine SWWF occupancy status.

BLM_0031135

**SWWF in relation to livestock grazing in suitable and unoccupied habitat (as determined by survey results):**

A.19   Current livestock management practices should continue as long as survey results show that the habitat patch remains unoccupied, and habitat monitoring documents show that habitat trend is stable or upward.

A.20   Protocol surveys must be conducted for 2 consecutive years, on a 5-year cycle, as long as habitat remains suitable for SWWF, and as long as survey results show the habitat patch is not occupied. This would require that habitat monitoring forms be completed during each survey cycle, and that monitoring results document that SWWF habitat conditions remain stable or in an upward trend through out the monitoring period.

A.21   If habitat monitoring documents that habitat conditions are declining, or that they have become unsuitable for SWWF due to the affects of livestock, then adaptive management strategies must be applied to livestock grazing practices in order to recover and maintain suitable SWWF habitat conditions. During the time period(s) that habitat remains unsuitable, monitoring must occur at least every 3 years in order to document the trend of habitat conditions, as well as whether or not livestock adaptive management strategies are successful.

A.22   Protocol surveys should not be required during the time period(s) that habitat remains unsuitable for SWWF occupancy.

A.23   When habitat is recovered to a condition suitable for SWWF, the 3-year protocol survey cycle must begin again in order to determine SWWF occupancy status.

A.24   If SWWF are detected at any time during surveys, then monitoring and livestock management practices must follow the guidelines for suitable and occupied habitat.


**SWWF in relation to livestock grazing in occupied habitat:**

A.25   Livestock grazing must not be allowed in occupied habitat patches during the SWWF nesting season (May 15 through August 15). Methods for excluding livestock from occupied habitat could include the construction of temporary (i.e., electric) or permanent fencing, riding with intensive animal supervision, modification of pasture rotation schedules, and/or other adaptive measures.

A.26   Controlled livestock trailing should be allowed along existing stock driveways within occupied habitat during the nesting season.

A.27   If livestock cannot be excluded from occupied habitat patches, then the USFWS must be contacted immediately and mitigation/conservation measures would be developed jointly, on a case-by-case basis. Temporary closure of occupied grazing pastures may be required in order to protect SWWF and their habitat during the time period(s) that livestock management measures are being developed.

BLM_0031136

**SWWF in relation to livestock grazing when previously unknown suitable habitat is discovered:**

A.28   If/when previously unknown suitable SWWF habitat patches are discovered, protocol surveys for SWWF occupancy must be conducted using the process described for suitable and occupied habitat.

A.29   Current livestock grazing practices should continue during the time period(s) that protocol surveys are being conducted.

A.30   If protocol surveys for SWWF occupancy are not conducted, then the habitat patch would be assumed to be occupied by SWWF; therefore, livestock must be managed in accordance with the standards for an occupied site (i.e. livestock grazing will not be allowed until after August 15 and utilization standards are applied).

**Mexican spotted owl (MSO) (Threatened):**

A.31   MSO field surveys must occur in areas where human activities may remove or modify MSO habitat, or otherwise adversely impact the species. MSO survey protocol requires that 4 surveys be conducted each season for 2 consecutive seasons.

A.32   No constructed improvements may occur in protected activity centers (PACs) in order to avoid surface disturbance (unless the improvement protects or improves habitat). Prescribed burns and fuels reduction may occur in PACs in specific cases; however, they would require separate Section 7 consultation with the USFWS.

A.33   Activities including non-surface disturbing ones in PACs must avoid the MSO breeding season (March 1 through August 31).

A.34   Within MSO "steep slope" and "canyon" habitats (as defined in the recovery plan), trees greater than 9-inches dbh should not be removed. Thinning of trees less than 9-inches dbh, fuels treatments, and prescribed burns should be allowed on a case-by-case basis in order to reduce fire hazard and improve habitat condition for owl prey. Habitat components that should be retained include large logs (≥12-inches dbh), grasses, forbs, and shrubs. No seasonal restrictions would apply in this habitat type.

A.35   Within "restricted" habitats (as defined in the recovery plan), management priority should be placed on reducing risks to MSO habitat. Habitats within the planning area should be on an uneven-aged management system and the use of prescribed burns should be encouraged.

A.36   Livestock grazing in protected and restricted MSO habitats should maintain good to excellent range conditions (as defined by Range Analysis Handbook and Training Guide, USFS Rocky Mountain Region, 1996) within key grazing areas (including riparian areas and wetland ecosystems, meadows, and oak types) in order to provide for adequate levels of plant cover, fruits, and seeds for owl prey species. Management strategies should be implemented in order to restore degraded riparian communities as soon as possible.

A.37   The presence and intensity of recreational activities (as described in the recovery plan) within PACs should be evaluated on a case-by-case basis.  Spatial and temporal restrictions must be required for all new activities, and specific dates and distances will be developed for each individual project.

BLM_0031137

A.38    Spatial and temporal restrictions should be implemented where appropriate for recreational activities (as described in the recovery plan) with regard to other protected and "restricted" habitats.

**Uncompahgre fritillary butterfly (Endangered):**

A.39    Reproductive habitat must be protected from management activities that would eliminate or reduce sustainability of host plants (including any necessary off-site contributing hydrologic conditions).

**Cavity Nesting Birds including Sensitive Species**

A.40    Dead snags should be retained for the following species: aspen and cottonwood (particularly when mixed with conifer), ponderosa pine, Douglas-fir, bristlecone pine, southwestern white pine, Engelmann spruce, blue spruce, white fir, and subalpine/corkbark fir.

A.41    Snags that exhibit the following characteristics must be retained: those containing cavities; large to largest sizes (diameter and height); structural Class 2, Class 1s and Class 3s; or located in, or near, site/geographic features (including ridgetops, upper portions of canyon walls, along stream bottoms, edges of forest openings, or in clumps).

Class 1 snags are those that have recently died, typically have little decay, and retain their bark, branches, and top. Class 2 snags are those that show some evidence of decay and have lost some bark and branches, and often a portion of their top. Class 3 snags are those that have extensive decay, are missing bark and most of their branches, and have a broken top (Bull et al 1997).

A.42    Snag Recruitment: Large old trees, generally > 16 inch dbh, must be protected in numbers (e.g., per acre) and distribution, by species, to assure that snag retention guidelines are met over the implementation-life of this and future Plans (taking into account mortality from expected disturbance agents and exceptions for human health and safety). See Table 41 for snag retention standards.

A.43    Standing live trees that exhibit the following characteristics should be retained: those containing cavities; large/largest sizes; spiked tops; broken tops; sapsucker patterned; lightning scarred; nest-quality brooms; and/or "wolfy" crowns (dominant overstory).

**Migratory Birds including Sensitive Species**

A.44    In areas where tall, dense cover is desired for ground-nesting birds, sufficient cover to meet species nesting needs must be maintained.

A.45    Some bird species need to nest in undisturbed cover. In areas where these species are a primary consideration, activities must be managed in order to avoid adverse impacts on nests and nesting habitat.

A.46    Environmental analyses required by the NEPA or other established environmental review processes must evaluate the effects of actions and agency plans on migratory birds, with emphasis on Highlight Species (Appendix M, Table M.3).

A.47    Management actions must protect, restore, or enhance the habitat of migratory birds and/or prevent or reduce pollution or detrimental alteration of migratory bird habitats, as practicable, focusing first on Highlight Species (Appendix M, Table M.3), priority habitats, and key risk factors.

BLM_0031138

A.48 Management actions must focus on Highlight Species (Table M.3) that occupy the project area, priority habitats, and key risk factors when analyzing, disclosing and mitigating the effects of proposed actions.

A.49 Management actions must consider and undertake proactive bird conservation actions, as practicable.

A.50 Best management practices must be implemented to minimize or prevent bird mortality due to wind energy development, communication towers, and power line development.

## Raptors including Sensitive Species

A.51 Trees and other structures containing raptor nests must be retained. Disruptive activities must be prohibited during the breeding season at nest sites or within the area of influence. The area of influence should be determined on a case-by-case basis. Where literature and other evidence shows, exceptions may occur when individuals are adapted to human activity.

A.52 The publication, Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors (CDOW 2002) should be followed. Exceptions to these recommendations are based on differing local conditions and are listed below in Table 43.

**Table 43 - Raptor Timing Restrictions and Buffer Zone Distances**

| Nesting Group | Species | Timeframe | Buffer Distance |
|---|---|---|---|
| **Tree Platform Nesters** | RTHA, NOGO, GOEA | April 1 – August 31 | |
| | GOEA – nest | December 15 – July 15 | No human encroachment within ½ mile of nest. |
| | NOGO - nest | Year-round | No surface occupancy within ½ mile of nest . |
| | NOGO – nest | March 1 – August 31 | No human encroachment within ¼ mile of nest, depending on topographic and vegetational screening. |
| | RTHA - nest | Year-round | No surface occupancy within ¼ mile of nest. |
| | RTHA – nest | March 1 – July 15 | No human encroachment within 1/8 to ¼ mile of nest, depending on topographic and vegetational screening. |
| **Cliff Nesters** | PEFA, PRFA, GOEA, RTHA | March 1 – July 15 | |
| | PEFA - nest | Year-round | No surface occupancy within ½ mile of nest-cliff complex. |
| | PRFA - nest | Year-round | No surface occupancy within ½ mile of nest-cliff complex. |
| | GOEA - nest | Year-round | No surface occupancy within ¼ mile of nest-cliff complex. |
| | GOEA – nest | December 15 – July 15 | No human encroachment within ½ mile of nest-cliff complex. |
| | RTHA - nest | Year-round | No surface occupancy within ¼ mile of nest-cliff complex. |
| | RTHA – nest | March 1 – July 15 | No human encroachment within 1/8 to ¼ mile of nest-cliff complex. |

RTHA: red-tailed hawk; NOGO: northern goshawk; GOEA: golden eagle; PEFA: peregrine falcon; PRFA: prairie falcon.
No human encroachment refers to all disturbing activities and other management changes to habitat effectiveness.
Surface occupancy (beyond that historically occurring in an area) includes new improvements (including oil and gas wells, tanks, roads, trails, buildings, etc.).

BLM_0031139

## Bald Eagles (Sensitive Species)

A.53   Human activities within ¼ mile of winter daytime communal perching areas and perching areas within important foraging habitat must be restricted from October 15 to March 15.

A.54   Cutting down any tree that is 12 inches dbh or greater, and within 100 feet of a river bank or other foraging area must be prohibited.

A.55   Any activity that has the potential to kill perch trees or impede utilization of foraging areas must be prohibited.

A.56   Silvicultural practices designed to enhance perch site availability must be implemented.

A.57   Non-surface disturbing activities within ½ mile of critical winter nocturnal roosts should be restricted from October 15 to March 15.

A.58   All surface disturbing activities including new roads and bridges should be located at least ½ mile from critical winter nocturnal roosts and major foraging areas, unless topography and vegetation could reduce disturbance to acceptable levels (see Raptor Section above for Bald Eagle Nesting Conservation Measures).

## Bats including Sensitive Species

A.59   Human disturbance must be managed at caves, and at abandoned mines, where known bat populations exist to levels meeting requirements of the occupying species (maternity, hibernacula, or summer roosts).

A.60   When closing mines and/or caves for human safety which are occupied by bats, continued bat access must be ensured.  Disturbance to residing bat populations must not be limiting to population requirements.  Project may include necessary requirements such as timing restrictions and closure designs to meet species needs.

A.61   Where known bat concentrations are located outside of caves or mines (such as in bridges structures, rock crevasse, or tree snags), human disturbance must be managed in order to protect those populations.  Also see snag provisions in Table 41 and snag requirements under Cavity Nesters above. Class 1 and 2 snags provide the loose bark bats need for roosting. Class 1 snags are those that have recently died, typically have little decay, and retain their bark, branches, and top. Class 2 snags are those that show some evidence of decay and have lost some bark and branches, and often a portion of their top. (Bull et al 1997).

A.62   Human access must be restricted at occupied sites during the following periods: maternity sites (April 15 through September 1); swarming sites (August 15 through October 15, 30 minutes before sunset to 30 minutes after sunrise); and winter hibernaculum (October 15 through May 15).

A.63   Activities that may impact cave and mine bat roosts (by altering the vegetative and structural characteristics leading to the entrance of roosts and/or impeding the movement of bats) should occur outside a radius of 500 feet beyond the cave or mine opening.

A.64   Gates designed for free bat movement must be used in order to protect, and provide, bat habitat in abandoned mines that are considered for closure or other management actions.

A.65   Where protection of individual mine sites are necessary in order to ensure conservation of Special-Status Species, formal mineral withdrawal should be considered.

BLM_0031140

A.66    Best management practices must be implemented to minimize or prevent bat mortality due to wind energy development.

**Ungulates - Rocky Mountain bighorn sheep (a Sensitive Species), Mule deer, desert bighorn sheep:**

A.67    Management goals should be established in coordination with local, State, Native American tribal, and other Federal agencies; as well as with owners of intermingled privately owned lands in order to minimize resource conflicts on, and off, BLM and USFS lands. Resource opportunities should be explored to meet management goals where conflicts are identified.

A.68    Grazing strategies must provide sufficient forage to support sustaining populations of ungulates across the planning area.

A.69    In order to minimize disturbance and harassment of deer, elk, and big horn sheep vegetation screening should be considered along roads that are kept open for human use and around openings.

A.70    In order to provide for habitat effectiveness for deer and elk, travel management should manage for road densities of 1 mile or less per square mile in areas providing critical wildlife needs such as within winter concentration and critical winter range, calving areas, and transition habitat.

A.71    Management activities should avoid or minimize disturbance impacts to ungulate concentration areas and severe winter range between December 1 and April 30, with the exception of through routes. Management activities that occur on concentration areas and severe winter range during the winter period should concentrate activities in order to reduce impacts to ungulates.

A.72    When constructing roads and trails, important forage and cover locations should be considered.

A.73    All active sheep allotments with potential for direct contact between domestic sheep and goats and wild sheep must be evaluated during project level planning to develop management options to prevent contact.

A.74    Actions such as boundary modification, livestock-type conversion, or allotment closures must be taken on vacant Sheep and Goat (S&G) allotments in occupied wild sheep range in order to eliminate potential for future interactions between domestic and wild sheep.

A.75    Recreational pack goats and other domestic goats must be managed in order to prevent any interaction with wild sheep.

A.76    Domestic goats used for invasive plant control must be veterinarian certified as free of pathogens transmissible to bighorn sheep.

**Butterflies including Sensitive Species:**

A.77    Reproductive habitat occupied by BLM and USFS Sensitive Species and SJPL Highlight Species must be protected from activities that could eliminate or reduce sustainability of host plants (including from any necessary on-site or off-site contributing hydrologic conditions).

A.78    Development of springs or seeps at sites that support Viola nephrophylla (host plant for the Nokomis fritillary), must be accomplished using methods that retain the productivity of Viola nephrophylla, hydrologic conditions, and associated plant community.

BLM_0031141

**Additional Referenced Guidance**

***Threatened and Endangered Species***: Leasing Stipulation Summary, Appendix H of the DLMP/DEIS; Final Southwestern Willow Flycatcher Recovery Plan, 2002; Mexican Spotted Owl Recovery Plan, 1995; Uncompahgre Fritillary Butterfly Recovery Plan, 1994; Annual Uncompahgre fritillary butterfly monitoring and inventory field report and status updates (current contracts through Western State College, Gunnison, Colorado); and the final designation of critical habitat for the Mexican Spotted Owl: Final Rule, 2004; FSM 2600; BLM Manual 6840; and the Endangered Species Act 1973.

***Landscape and Habitat Connectivity***: The Southern Rockies Ecosystem Project (SREP); Linking Colorado's Landscapes, Phase II Reports, 2006; and Lynx Linkages Areas discussed in the 2004 Programmatic Consultation Agreement for Canada Lynx,  2004.

***Applicable MOUs***: There are numerous Master MOUs between the USFS and/or the BLM, and partners/organizations that share similar conservation goals and interests on public lands. A recent example is the MOU between Bat Conservation International, Inc. (BCI) and the USFS (4/27/2004). All of these MOUs are not delineated in this document; however, they should be considered as other sources of design criteria for terrestrial wildlife resources within the planning area.

***General***: BLM Manual 6840; FSM 2600, Wildlife, Fish and Sensitive Plant Habitat Management; FSH 2609-13, Wildlife and Fisheries Program Management; FSM 2550, Soil Management; FSM 5150, Fuel Management; FSH 2509-18, Soil Management; the Endangered Species Act of 1973; FSH 2509-25, Watershed Conservation Practices Handbook (Region 2 Supplement); and Colorado's Comprehensive Wildlife Conservation Strategy, 2005. (See Appendix H for details on wildlife guidance in relation to leasable minerals.)

***Birds***: FSM 2600-Wildlife, Fish and Sensitive Plant Habitat Management; Managing Forested Lands for Wildlife (Hoover and Wills 1984);Flammulated, Boreal, and Great Gray Owls in the United States: A Technical Conservation Assessment (Hayward and Verner 1994); and Colorado's Comprehensive Wildlife Conservation Strategy, 2005.

***Gunnison Sage-Grouse***: The Conservation Plan Agreement to participate in the Plan, signed by the R2 Regional Forester (4/28/2005) and the BLM State Director (4/29/2005). (The DLMP provides recommendations for minimizing adverse impacts caused by human and/or activity disturbances, as well as impacts to breeding and foraging habitat (see Appendix H, Rangewide Conservation Plan for Gunnison Sage-Grouse, 2005)..

***Migratory Bird***: the Migratory Bird Treaty Act of 1918; The Migratory Bird Conservation Act of 1929; the Neotropical Migratory Bird Conservation Act of 2000; Executive Order 13186, 2001; USFWS Birds of Conservation Concern, 2002; the Colorado Partners-in-Flight Bird Conservation Plan (Beidleman 2000); the Partners-In-Flight North American Landbird Conservation Plan, 2005; the U.S. Shorebird Conservation Plan, 2nd ed., 2001; Waterbird Conservation Plan for the Americas: The North American Waterbird Conservation Plan, Version 1, 2002; and Flammulated, Boreal, and Great Gray Owls in the United States: A Technical Conservation Assessment (Hayward and Verner 1994).

***Raptors***: Recommended Buffer Zones and Seasonal Restrictions for Colorado Raptors (CDOW 2002); Management Recommendations for the Northern Goshawk in the Southwestern United States (Reynolds et al. 1992); Flammulated, Boreal, and Great Gray Owls in the United States: A technical Conservation Assessment (Hayward and Verner 1994); Recovery Plan for Mexican Spotted Owls (USFWS 1995); Northern States Bald Eagle Recovery Plan, 1983; the Bald and Golden Eagle Protection Act of 1940; and Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996 (Edison Electric Institute/Raptor Research Foundation, 1996).

BLM_0031142

**Bats**: Colorado Bat Conservation Plan, 2003 (which provides conservation information concerning mines, caves and crevice, rangeland, snag, and forest management; as well as research and inventory protocols for bat species in Colorado); Habitat Conservation Assessment and Conservation Strategy for the Townsend's Big-eared Bat, 1995; The Fringed Myotis: A Technical Conservation Assessment, 2004; the Federal Cave Resources Protection Act of 1988 (which provides protection for caves that have been determined to be significant, as well as procedures for nominating them).

**Ungulates**:  Leasing Analysis, Appendix H to the DLMP/DEIS; Leasing Stipulation Summary, Appendix H to the DLMP/DEIS; BLM Manual 6840; FSM 2600, Wildlife, Fish, and Sensitive Plant Habitat Management; FSH 2609.13, Wildlife and Fisheries Program Management Handbook; Managing Forested Lands for Wildlife, 1984; Hermosa Deer Management Plan: Data Analysis Unit D-52 (CDOW 2001); San Juan Deer Management Plan: Data Analysis Unit D-30 (CDOW 2001); Colorado's Comprehensive Wildlife Conservation Strategy, 2005; and A Process for Finding Management Solutions to the Incompatibility Between Domestic and Bighorn Sheep (USFS 2001).

**Animal Damage Control**:  BLM IM No. CO-2000, Animal Damage Control Activities; Master MOU between the BLM and APHIS-WS, 1995; Colorado State level MOU between the DOAI, the CDOW, the BLM, the USFS, the Contractors State License Board (CSLB), and the Animal and Plant Health Inspection Service-Wildlife Service (APHIS-WS), 1999; San Juan National Forest Plan Amendment #15, and associated Decision Notice for Animal Damage Control, 1992; and a Master MOU between the USFS and the APHIS-WS, 1998. Butterflies and Pollinators:  Leasing NatureServe comprehensive text for identified BLM and USFS sensitive species; SJPL Highlight Species; and T&E species.

## BLM AND USFS SENSITIVE SPECIES

The BLM will conserve Sensitive Species by fulfilling the requirements of the Endangered Species Act (ESA), and by using other authorized methods in order to ensure that the actions authorized by BLM are consistent with the conservation of such species, and that they do not contribute to the need to list any Special-Status species under provisions of the ESA, or designate additional Sensitive Species under provisions of this policy (BLM Manual 6840). The Forest Service will conserve sensitive species through direction found in FSM 2600. Sensitive Species are considered in accordance with direction during project-level NEPA analysis.

Recommend against, deny consent or recommend NSO stipulation for issuance of mineral leases where operational damages on surface resources (including access, transportation of goods, and ancillary facilities) would intrude upon the habitat of an individual plant or animal species that is documented as needing special management in order to prevent its need for listing as a threatened or endangered species.

**Additional Referenced Guidance**

FSM 2600; BLM Manual 6840; and the Endangered Species Act 1973: Appendix H Leasing Stipulation Summary.

BLM_0031143

## XI.   USFS MANAGEMENT INDICATOR SPECIES (MIS)

### Marten

A. Avoid Activities (Timber Harvest, Salvage Logging, Fuels Treatments, Road construction) that fragment or alter interior late-successional or old growth forest characteristics, or could increase edge effects unless these activities have either a short – or long-term benefit to American Marten.

B. Timber removal in marten habitat should be designed to provide for sustainable habitat to support marten populations over time.

C. Large, contiguous, well-distributed blocks or smaller, closely interconnected patches of late-successional and old growth spruce-fir habitat must be maintained for habitat effectiveness. Edge effect must be minimized to maintain habitat effectiveness.

D. Closed canopy connectivity between habitat blocks must be maintained to facilitate marten dispersal and population interaction.

E. A complex vegetation understory and forest floor structure, including coarse woody material, must be maintained for reproductive success and for maximizing a microtine and pine squirrel prey base.

### Trout

F. Management activities throughout SJPL should be consistent with the objectives of the Conservation Agreement and Strategy for Colorado River Cutthroat Trout in the States of Colorado, Utah, and Wyoming. For formally designated conservation populations of Colorado River cutthroat trout, 100% of existing habitat must be maintained.

G. Streamflow in each reach should be sufficient to maintain, for each life stage of each target species, a minimum of 50% of the Weighted Usable Area that would occur under natural flow conditions.

H. Habitat quality, including large woody debris, residual pool depths, composition of habitat units (eg. pools, riffles), and overall habitat complexity, should be maintained or improved commensurate with reference stream conditions and in a manner that maintains self-sustaining fish populations.

I. Conservation pools should be provided in water storage facilities where there are trout MIS.

J. Streamflow in riffle habitats should be at levels that maintain minimum water depth, wetted perimeter, and mean velocity values consistent with those identified for each stream size category identified below:

| Bankfull Width (ft) | Mean Depth (ft) | Wetted Perimeter (%) | Mean Velocity (ft/sec) |
|---|---|---|---|
| 1 to 20 | ≥ 0.2 | 50 | 1.0 |
| 21 to 40 | 0.2 to 0.4 | 50 | 1.0 |
| 41 to 60 | 0.4 to 0.6 | 50 to 60 | 1.0 |
| > 60 | > 0.6 | > 60 | 1.0 |

BLM_0031144

**Bluebird**

K.  Patches of mature and older aspen forest in proximity to open foraging habitats should be maintained. Aspen management should provide for sustainable habitat conditions to support bluebird populations over time.

L.  Timber harvest, Salvage Logging, and Fuels Treatments must avoid large diameter aspen trees that are in close proximity to open foraging habitats to ensure continued recruitment of nesting habitat.

M.  Large stands of burned or insect-infested aspen, ponderosa pine, or pinyon-juniper vegetation types should be retained for 3-5 years to promote woodpecker populations which create cavities for bluebird nesting.

**Abert's Squirrel**

N.  Ponderosa pine forests occupied by Abert's squirrels should have an uneven-aged, multi-layered, high-closure canopy structure.

O.  Frequent interconnected groupings of large cone-producing Ponderosa pine trees must be maintained in patches for feeding, nesting sites, and regeneration within the broader matrix of forest.

P.  Large patches of dense Ponderosa pine trees with interlocking canopy cover must be maintained to create microclimatic conditions for the production of important truffle foods.  These patches will occur within the broader matrix of forest described in the terrestrial ecosystem desired conditions and objectives.

Q.  Frequent (several per hectare) clusters of (0.1 to 0.15 ha) of large, even-aged Ponderosa pine trees with tight, interlocking canopy must be maintained to provide for nesting and juvenile protection.

**Elk**

R.  In order to minimize disturbance and harassment of elk, vegetation screening should be retained or promoted where conditions will support such cover along roads that are kept open for human use and around openings.

S.  Domestic livestock grazing strategies must provide sufficient forage in summer and winter habitat across the planning area to sustain populations of elk at levels to meet state management objectives.

T.  To maintain habitat effectiveness for elk, manage for road densities of 1 mile or less per square mile in areas providing critical wildlife needs such as within winter concentration and critical winter range, calving areas, and transition habitat.

U.  Management activities should avoid or minimize disturbance in elk concentration areas and severe winter range between December 1 and April 30, with the exception of through routes. Management activities that occur on concentration areas and severe winter range during the winter period should concentrate activities in order to reduce impacts to elk.

BLM_0031145

**Additional MIS Referenced Guidance**

Hayward et al. 2004; 36 CFR 219.19, 36 CFR219.20; and FSM 2600.

## SJPL HIGHLIGHT SPECIES

SJPL Highlight Species are listed in Appendix M of this DLMP/DEIS. Appendix M also provides an index of the desired condition statements, objectives, and the standards and guidelines in this DLMP that addresses diversity components for maintaining sustainable populations.

**Additional Referenced Guidance**

Landscape and Habitat Connectivity: The Southern Rockies Ecosystem Project (SREP); Linking Colorado's Landscapes, Phase II Reports, 2006; and Lynx Linkages Areas discussed in the 2004 Programmatic Consultation Agreement for Canada Lynx, 2004.

***Applicable MOUs***: There are numerous Master MOUs between the USFS and/or the BLM, and partners/ organizations that share similar conservation goals and interests on public lands. A recent example is the MOU between Bat Conservation International, Inc. (BCI) and the USFS (4/27/2004). All of these MOUs are not delineated in this document; however, they should be considered as other sources of design criteria for terrestrial wildlife resources within the planning area.

BLM_0031146

## XII.   INVASIVE SPECIES

**VEGETATIVE INVASIVE SPECIES**

A.  Projects or activities that would authorize the use of forage products must use certified "noxious weed seed-free" forage products.

B.  Contracts, leases, and permits that involve the use of the SJPL should contain the provisions necessary for preventing the establishment and spread of noxious weeds.

C.  Treatment of invasive plants in areas having known populations of SJPL Plant Highlight Species and BLM Sensitive Species should avoid harm to these species in order to maintain sustainable populations.

**AQUATIC INVASIVE SPECIES**

D.  Appropriate educational and cleaning facilities should be developed for important boating areas.

E.  Cooperative, interagency assessments of aquatic invasive species should be conducted to determine their extent.

F.  Fire Management Operations

    F.1   Obtain maps of where invasive organisms occur in watersheds where fire management operations will take place.

    F.2   Avoid entering waterbodies or contacting mud and aquatic plants with fire engines or equipment. Avoid transferring water between drainages or unconnected waters within the same drainage.

    F.3   Avoid sucking organic and bottom material into water intake hoses, pumps, and tanks from streams or ponds.

    F.4   Prior to leaving the project site, power wash all accessible equipment surfaces with clean water and soap, and completely remove all mud and organics. Equipment should be thoroughly dried as much as possible.

    F.5   Disinfect tanks from water tenders, engines, and other equipment after the incident. Flush tanks and hoses with clean water and drain to an upland location, and then rinse with an appropriate solution.

    F.6   Do not dump treated water into any stream or lake, or on areas where it can migrate into any waterbody.

BLM_0031147

**Additional Referenced Guidance**

EO 13112; the Federal Land Policy and Management Act of 1976; the Carson-Foley Act of 1968; the Federal Noxious Weed Act of 1974, the Public Rangelands Improvement Act of 1978; the Plant Protection Act of 2000; the Healthy Forests Restoration Act of 2003; the Wilderness Act of 964, Section 2 (c); the Federal Insecticide, Fungicide, and Rodenticide Act of 1972; the Cooperative Forestry Assistance Act of 1978; the Resource Conservation and Recovery Act of 1976; the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended; Management and Control of Noxious Plants on the San Juan/Rio Grande National Forests, Decision Notice and FONSI 1996; Vegetation Treatment on BLM lands in the 13 Western States (FEIS 1991); Weeds-Revised Integrated Weed Management in the San Juan Field Office (CO-038-99-035 EA); FSM 2200; FSM 2080; BLM Manual 9015; FSH 2109.14, Pesticide Use-Management and Coordination Handbook; FSH 2509.13, Burned Area Rehabilitation Handbook; FSH 2509.25 Watershed Conservation Practices Handbook; FSH 2409.19, Renewable Resource Uses for Knutson-Vandenberg (K-V) Fund Handbook; Rules Pertaining to the Administration and Enforcement of the Colorado Noxious Weed Act. (8 CCR 1203-10); USFS National Strategy and Implementation Plan for Invasive Species Management (FS-805 2004); USFS Guide to Noxious Weed Prevention Practices (Version 1.0 July 2001); BLM Partners Against Weeds, 1996; and various BLM Instruction Memoranda and Information Bulletins relating to noxious weed management and pesticide use.

## XIII.   ACCESS AND TRAVEL MANAGEMENT

**TEMPORARY ROADS**

A. Approval for temporary road construction should be contingent on the completion of an environmental analysis that addresses road construction and road decommissioning, including setting project timelines and establishing a funding source (bonding or other mechanism) for accomplishing the work.

B. Temporary roads should be constructed to the minimum standard needed for the specific project (the minimum standard that would provide for the protection of resource values identified during the environmental analysis).

BLM_0031148

## ROAD AND TRAIL MAINTENANCE

C.  Road and trail maintenance investment should be prioritized by a travel analysis that categorizes investment priority based on route value to public lands and loss of agency investment, as well as risk to the environment and to the traveling public. The risk categories and strategies that should be used include:

C.1  ***High-Value/Low-Risk Routes***: The route condition should be preserved through annual maintenance. Roads in this category that have high value for private access should be considered for transfer to county jurisdiction.

C.2  ***High-Value/High-Risk Routes***: These routes should receive first priority for investment and for maintenance funding (in order for them to be restored to appropriate standard(s) and in order to reduce resource risks). Roads in this category that have a high value for private access should be considered for transfer to county jurisdiction.

C.3  ***Low-Value/High-Risk Routes***: These routes should receive the highest priority in order to reduce maintenance levels. Roads in this category may be considered for conversion to trails. These routes should be considered for decommissioning, if/when such an action could be done with minimal investment.

C.4  ***Low-Value/Low-Risk Routes***: These routes should receive the lowest priority for maintenance funding. Consideration should be given to converting the roads to trails. These routes should be considered for decommissioning, or for reduction in maintenance level, when such an action could be done with minimal investment.

## ROUTE DENSITY

D.  All 6th level Hydrologic Unit Basins (HUBs) with high motorized-route densities should be considered for measures that reduce those densities. Motorized routes, for the purposes of this guideline, include designated motorized routes open to the public, as well as roads closed to public use that are authorized by permit or agreement (including administrative oil and gas well access roads). Prior to constructing new roads or motorized trails that would add to existing high watershed road/trail densities, management actions should consider:

D.1  opportunities to decommission roads found to be in excess of transportation system needs, as determined through a travel analysis; and

D.2  opportunities to reconstruct existing routes that may serve the same purpose.

E.  Upper limits on designated motorized route densities should not exceed the following:

E.1  ***Management Area 3***: 6th level HUBs should not have a designated motorized route density that exceeds 1 mile/square mile.

E.2  ***Management Area 5***: 6th level HUBs should not have a designated motorized route density that exceeds 3 miles/square mile.

E.3  ***Management Area 7***: 6th level HUBs should not have a designated motorized route density that exceeds 1.5 miles/square mile.

BLM_0031149

F.  Opportunities should be sought to rehabilitate or decommission unauthorized roads causing resource impacts.

N.  Where motorized route densities in key wildlife habitat exceed 1 mile per square mile, management actions should be considered that maintain habitat effectiveness supporting limiting life functions. Key wildlife habitat may include severe big game winter range and concentration areas, kidding and lambing areas, calving and fawning areas, and migration corridors. Travel management actions considered may include seasonal travel restrictions, partial or complete route closures, and new route alignments (or the realignment of existing routes in order to avoid key wildlife habitat).

**Additional Referenced Guidance**

**Roads**: FSH 2509.25, Watershed Conservation Practices Handbook; FSH 2709.12, Road Rights-of-Way Grants Handbook; FSM 5460, Right-of-Way Acquisition Manual; FSH 5409.17, Rights-of-Way Acquisition Handbook; FSM 7100, Engineering Operations; FSM 7700, Travel Management; FSH 7709.55, Travel Analysis Handbook; FSH 7709.56, Road Pre-construction Handbook; FSH 7709.56b, Transportation Structures Handbook; FSH 7709.57, Road Construction Handbook; FSH 7709.58, Transportation System Maintenance Handbook; FSH 7709.59, Transportation System Operations Handbook; FSH 7100, Engineering Operations, R2 Supplement 7100-2006-1; FSH 7709.55, Transportation Planning Handbook, R2 Supplement 7709.55-94-1; FSH 7709.58, Transportation System Maintenance Handbook, R2 Supplement 7709.58-90-1; Miscellaneous Report FS-643 Roads Analysis: Informing Decisions about Managing the National Forest Transportation System; R6 Guidelines for Bridge Design; American Association of State Highway and Transportation Officials (AASHTO) HB-17 Standard Specifications for Highway Bridges; and AASHTO Manual on Uniform Traffic Control Devices.

***Access and Travel Management***: FSM 7700, Travel Management; FSH 7709.55, Travel Analysis Handbook; Rocky Mountain Region Travel Management Rule Implementation Strategy, 2005; Motor Vehicle Route and Area Designation Guide (v.111705); San Juan Public Lands Center Travel Management Rule Implementation Action Plan, 2006; USFS EM-7700-30, Guidelines for Engineering Analysis of Motorized Mixed Use on National Forest System Roads; and USFS EM 7100–15: Sign and Poster Guidelines for the Forest Service.

***Trails***: FSM 2300, Recreation, Wilderness, and Related Resource Management; Chapter 2350, Trail, River, and Similar Recreation Opportunities; and FSH 2309.18, Trails Management Handbook.

BLM_0031150

## XIV.   RECREATION AND TOURISM

A. During implementation of other resource projects, recreation facilities (including campgrounds, day-use areas, interpreted sites, trailheads, and trail systems) should be maintained in order to ensure functionality and visitor safety.

B. Summer and winter Recreation Opportunity Spectrum (ROS) maps establish setting descriptions for the entire SJPL. These ROS settings descriptions should guide project-specific decisions and implementation activity.  These maps define broad physical, social, and administrative settings for the entire SJPL. Site-specific analysis is necessary to further refine desired setting conditions that may apply at the project level.

C. Structured Recreation Management Areas (SRMAs) have been identified in order to provide specific recreation benefits. Established setting prescriptions for SRMAs should guide project-specific decisions.

D. Intensive resource management activities in MA 5s may result in ROS settings that vary from Semi-Primitive to Roaded Natural. Disturbances from forest restoration, timber harvesting, fuel reduction, and/or mineral development may be experienced by visitors in limited portions of the management area at any one time.

E. Dispersed sites should be closed, rehabilitated, or otherwise mitigated if there are social-use conflicts and/or resource impacts, or where dispersed sites conflict with the management of developed recreation sites (public or private).

**Additional Referenced Guidance**

The San Juan/Rio Grande National Forest Wilderness Management Direction decision, 1998; 36 CFR 212, Travel Management; 36 CFR 219, Planning; 36 CFR 251, Land Uses; 36 CFR 261, Prohibitions; 36 CFR 290, Cave Resources Management; 36 CFR 291, Occupancy and Use of Developed Sites and Areas of Concentrated Public Use; 36 CFR 293, Wilderness/Primitive Areas; 36 CFR 294, Special Areas; 36 CFR 297, Wild and Scenic Rivers; FSM 1950, Environmental Policy and Procedures; FSM 2300, Recreation, Wilderness, and Related Resource Management; FSM 2710, Special-Use Authorizations; FSM 2720, Special Uses Administration; FSM 7300, Buildings and Other Structures; FSM 7400, Public Health and Pollution Control Facilities; FSH 1909.15, Environmental Policy and Procedures Handbook; FSH 2309.18, Trails Management Handbook; FSH 2709.11, Special Uses Handbook; FSH 7309.11, Buildings and Related Facilities Handbook; FSH 7409.11, Sanitary Engineering and Public Health Handbook; the Federal Land Policy and Management Act of 1976; BLM Handbook 1601; BLM Manual 8300; 43 CFR 8342; 43 CFR 8340; BLM Handbook 8550, Architectural Barriers Act of 1968; Section 504 of the Rehabilitation Act of 1973, as amended; USFS ROS Manual; the Dolores River Management Plan; the San Juan Capacity Study; RAMPs; and the SJPL Recreation Facility Masterplan.

BLM_0031151

## XV.   HERITAGE RESOURCES

A. Sites eligible for the National Register of Historic Places (NRHP), and those that have not been evaluated should be avoided by a 300-foot minimum buffer, unless otherwise specified by the Authorized Officer, and/or unless other mitigating measures are developed. If a project is specified by the Authorizing Officer to be within 100 feet of an eligible or unevaluated site, all ground-disturbing activity should be monitored by a qualified Archaeologist.

**Additional Referenced Guidance**

*Policy and Handbooks*: BLM policy and program guidance for the management of cultural resources as outlined m Manual Sections 8100, 8110, 8120, H-8120-1, 8130, 8140, 8150, and 8170; BLM Colorado Handbook of Guidelines and Procedures for Identification, Evaluation, and Mitigation of Cultural Resources, 1998; FSM 2360, Special Interest Areas; Departmental Manual Part 411, Museum Property Management; and Instruction Memorandum.

*Executiver Orders (EOs)*: EO 11593, Protection and Enhancement of the Cultural Environment; EO 13007, Providing for American Indian and Alaska Native Religious Freedom and Sacred Land Protections; EO 13084, Consultation and Coordination with Indian Tribal Governments; EO 13195, Trails for America in the 21st Century; and EO 13287, Preserve America.

*Agreements*: Programmatic Agreement between the BLM, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers, regarding the manner in which BLM would meet its responsibilities under the National Historic Preservation Act (NHPA); State Protocol Agreement between the Colorado State Director of the BLM and the Colorado State Historic Preservation Officer, regarding the manner in which BLM would  meet its responsibilities under the NHPA; the National Programmatic Agreement between the BLM, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers; and the Programmatic Agreement between the BLM, the State of Colorado, the national forests in the State of Colorado, the USDA Forest Service, the Colorado State Historic Preservation Office, and the Advisory Council on Historic Preservation regarding the Management of Wildland Fire for Resource Benefits  (Agreement No. 1102-002-98-038).

BLM_0031152

**Figure 30 - Summer Recreation Opportunity Spectrum (ROS)**



**Figure 31 - Winter Recreation Opportunity Spectrum (ROS)**



## XVI.   SCENERY, VISUAL RESOURCES, AND THE BUILT ENVIRONMENT

A. All resource management activities should be consistent with the established scenery objectives shown on the Scenic Integrity Objectives and Visual Resource Management (VRM) Class Map (see Figure 32) unless a decision is made to deviate from the management guidance in a site-specific NEPA decision.

B. On USFS lands, scenic integrity levels, as viewed from sensitive viewer locations (including National Scenic Byways, National Scenic and Recreation Trails, and developed recreation sites) should generally be managed as High Scenic Integrity Objective (SIO) for foreground, and moderate SIO for middle ground and background. On BLM lands, visual resources, as viewed from sensitive viewer locations (including National Scenic Byways and Backcountry Byways, special designation trails, sensitive locations within SRMAs, and ACECs) should generally be managed for a VRM Class II foreground, and Class III middle and background. Short-term deviations from this may occur in order to achieve long-term desired scenic conditions if disclosed in a site-specific NEPA decision. Short-term deviations are defined as not meeting the desired objective within the first 3 to 5 years after project completion.

C. For all SJPL, the built environment (structures), including those for non-recreation functions, should be consistent with the Rocky Mountain Province or the Southwest Province, as appropriate (BEIG FS710). They should conform to the designated ROS class. Efforts should be made to provide consistency in architectural styles to promote a professional and recognizable public image.

D. The quality of the built environment should benefit from sound site planning, as well as from low-energy and environmental design (LEED) principles.

E. Straight line-of-sight road construction should be avoided. Roads through wooded areas should be designed in order to follow a curvilinear path using natural topography. Road construction across ridge tops should be avoided where it may cause a visual contrast in the landscape, or where it may add skyline alterations that are visually obvious.

F. Interim reclamation should be completed as soon as possible so that successful revegetation can be established in order to stabilize soils and to reduce visual impacts.

G. All permanent structures (on-site for more than 6 months) should be painted in a flat, non-reflective, earth-tone color that matches the surrounding summer vegetation or rocks. The USFS/BLM representative should approve colors.

H. Traffic, regulatory, and site identification signs should be minimized. All sign backs and posts should be painted a flat, non-reflective dark brown color approved by FS/BLM representative.

BLM_0031155

**Figure 32 - Scenic Integrity Objectives and Visual Resource Management (VRM) Classes**



I. Landscaping should blend site developments into the surrounding landscape. Native tree, shrub, and grass species should be employed in landscaping in order to lessen the contrast between clearing and adjacent natural environment.

J. Linear utility corridors and pipeline installations should employ vegetative edge feathering in sloped areas that may be visible from sensitive areas (including roads, use areas, and residences). Vegetation should be cleared in a non-linear fashion in order to avoid a visually dominant straight line.

K. The minimum amount of permanent lighting needed should be installed. Light-sensitive, motion-activated lighting systems that are illuminated only when needed for security and/or for maintenance should be used. Light fixtures should be hooded in order to prevent horizontal and upward light pollution.

L. For oil and gas activities:

L.1 The height of the pumping unit should be at, or below, the predominant tree height. Well pad and facilities should be designed with scalloped edges in wooded areas, and should avoid high wall cuts.

L.2 Any fencing should be limited to typical wire range fencing using wood or painted "T" posts. If other fencing is needed (including chain link fencing), it should be vinyl-clad or painted a flat non-reflective dark brown, as approved by the USFS/BLM representative.

M. For fuel reduction and/or timber harvesting activities:

M.1 Treatment areas should be comprehensively designed in order to achieve scenery desired conditions for the landscape. Treatment mitigations that create "hiding" screens or buffers along sensitive travel routes should be avoided. Treatments should be designed in order to leave sufficiently large clumps of residual trees or shrubs that reduce the apparent scale of fuel reductions and achieve a more natural appearance in the short-term.

M.2 With regard to clearcutting, sanitation salvage, thinning, shelterwood harvests, and overstory removal, foreground views from Concern Level 1 system trails and roads, and from recreation areas, should be designed in a manner that avoids unattractive views of large, continuous openings and is mitigated by the presence of sufficient groups of residual trees. Uncut islands should be reserved within unit(s) in order to reduce apparent size of unit, provide visual diversity, and achieve a more natural-appearing treatment area.

M.3 With regard to treatments in developed recreation sites (including campgrounds, picnic areas, and trailheads), slash should be substantially disposed of. Stumps should be flush-cut or flush-ground within developed sites. Stumps within 66 feet of a developed site should be cut to a 6-inch maximum. Slash should be substantially reduced (pile 0 to 3-inch material, leave remainder); chipping is acceptable if chips are removed from view. Any treatment units located within 66 feet of a developed site should be designed to retain screening vegetation between developed site and treatment area. In sensitive foreground areas, as needed to meet scenery objectives, stumps should be low-cut and slash should be substantially reduced. Fire control lines should be restored to a natural appearance in areas within view of roads, trails, and recreation sites. Work should be accomplished within 3 years of completion of burn.

M.4 With regard to temporary access roads, cut and fill, and width should be minimized, and, where appropriate, should meet scenic objectives. Roads should be restored to natural contour and should be revegetated in order to remove scenic impacts resulting from linear road alignments.

BLM_0031157

M.5    With regard to thinning units, a natural-appearing shape and variable tree spacing, as viewed from roads, trails and recreation sites, should be created. Treatment should avoid visual uniformity. Variations in unit boundaries should be designed to result in a natural appearing treatment area.

M.6    Slash piles and landings located in high and moderate SIO areas, and VRM Class I, II, and III areas, where feasible, should be screened from view or set at least 66 feet away from the view of recreationists on Concern Level 1 routes. Slash piles up to 15 feet in diameter are acceptable in visible foreground, if they are disposed of within 3 years. Slash piles left for wildlife habitat enhancement should be located out of immediate foreground views (generally, 66 feet back from viewer).

M.7    With regard to unit boundary and tree marking, long-term visible paint, tags, and flagging should be avoided in sensitive foreground areas (including Concern Level 1 system roads, trails, and/or developed recreation sites).

N. For Developed Ski Areas:

N.1    Structures (including lift towers, lift terminals, sign backs, posts, utility boxes and transformers) should meet R2 color darkness standard of 4.5 on the Munsell Scale, in order to blend into the summer background vegetation.

N.2    Lift towers and cross-arms should be painted, or in some way colored, so that the galvanized steel does not reflect light.

N.3    Glass windows of buildings at or above treeline, or in highly visible areas, should be non-reflective.

N.4    Ski trail design should replicate patterns of natural landscape vegetation mosaic. Pattern, size, shape, and topographic location should be considered in mosaic.

N.5    Trail design should consider stand condition, age class, species composition, and structure. Stand diagnosis and prescriptions included in the vegetation management plan should incorporate visual management objectives and be used to design trails.

N.6    Lift lines should be incorporated into trail clearings in order to reduce vertical openings in forest stands.

N.7    Linear appearance of ski trails should be minimized by varying shape, arrangement, texture, and size of leave vegetation. Size and shape of islands should be varied in order to avoid straight edges and geometric forms that contrast with natural openings and landforms.

N.8    Natural clearings should be incorporated into trail design.

N.9    Trail edges should be softened through feathering, scalloping, and/or other means.

N.10    Soil/plant/ground disturbances should be minimized to the smallest footprint feasible. Where disturbance is unavoidable, topsoil and organic matter should be salvaged and used for rehabilitation (so that color and textural contrast of the disturbed area is gone, and the disturbed area blends visually with the surrounding undisturbed area) within 3 growing seasons.

N.11    Disturbance of valued landscape elements important to foreground views (including tree groves and boulders) should be limited. Construction fencing should be used to mark limits of disturbance at all construction sites.

N.12    The size and disturbance associated with material staging and equipment access and parking should be limited. These areas should be located, where feasible, outside of sensitive viewsheds.

BLM_0031158

N.13   Within 66 feet of summer viewers, stumps should be low-cut to 4 inches maximum height, slash should be reduced substantially; and chips from chipping should be removed from view.

N.14   Decks and landings should be located and screened from view, or set at least 66 feet away from the view of summer recreationists. Hand piles would be acceptable in the foreground, if disposed of within 3 years.

N.15   Unit boundary and tree marking paint should be painted on side facing away from viewer.

**Additional Referenced Guidance**

USDA Handbook 701, Landscape Aesthetics; USFS Publication FS-710, The Built Environment Image Guide; BLM Handbook 8410-1, Visual Resource Inventory; BLM Handbook 8431-1, Visual Resource Contrast Rating; BLM Manual 8431-1; USDOI Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development, 2006 BLM/WO/ST-06/021+3071 BLM; USFS 2007 Final Decision for SJCBM Scenic Mitigations Conditions of Approval; Visual Resource Management for Fluid Minerals Best Management Practices; and Visual Resource Management BMPs for Fluid Minerals.

## XVII.  TIMBER AND OTHER FOREST PRODUCTS

A.  Table 44 shows the acceptable silvicultural systems that may be used in a given forest cover type in order to meet the management objectives for the landscape and/or for individual stands of trees within a landscape setting.

**Table 44 - Appropriate Silvicultural Systems by Forest Cover Type**

| FOREST COVER TYPES | EVEN-AGED | TWO-AGED | UNEVEN-AGED |
|---|---|---|---|
| Ponderosa Pine | Shelterwood<br>Seed Tree | Irregular Shelterwood | Group Selection;<br>Single Tree Selection<br>Restoration |
| Cool-Moist Mixed-Conifer | Shelterwood<br>*Clear-cut<br>Seed Tree | Irregular Shelterwood | Group Selection;<br>Single Tree Selection<br>Restoration |
| Warm-Dry Mixed-Conifer | Shelterwood<br>Seed Tree | Irregular Shelterwood | Group Selection;<br>Single Tree Selection<br>Restoration |
| Engelmann Spruce –<br>Subalpine Fir | Shelterwood | Irregular Shelterwood | Group Selection;<br>Single Tree Selection |
| Engelmann Spruce –<br>Subalpine Fir – Aspen | Shelterwood,<br>*Clear-cut | Irregular Shelterwood | Group Selection;<br>Single Tree Selection |
| Aspen | Coppice | NA | NA |

* Clear-cut allowed for seral aspen regeneration only

BLM_0031159

B. Table 45 shows the acceptable types of stand improvements and regeneration methods that should be used in a given forest cover type in order to meet the management objectives for the landscape and/or for individual stands of trees within a landscape setting.

**Table 45 – Guidelines for Allowable Stand Improvements and Regeneration Methods by Forest Cover Type**

| FOREST COVER TYPES | STAND IMPROVEMENTS | REGENERATION METHODS |
|---|---|---|
| Ponderosa Pine | Precommercial thin<br>Commercial thin<br>Sanitation<br>Release & Weed<br>Improvement cuts * | Natural<br>Artificial* |
| Cool-Moist Mixed-Conifer | Precommercial thin<br>Commercial thin<br>Sanitation<br>Release & Weed<br>Improvement cuts * | Natural<br>Artificial* |
| Warm-Dry Mixed-Conifer | Precommercial thin<br>Commercial thin<br>Sanitation<br>Release & Weed<br>Improvement cuts * | Natural<br>Artificial* |
| Engelmann Spruce – Subalpine Fir | Commercial thin<br>Sanitation<br>Release & Weed<br>Improvement cuts * | Natural<br>Artificial* |
| Engelmann Spruce – Subalpine Fir – Aspen | Commercial thin<br>Sanitation<br>Release & Weed<br>Improvement cuts * | Natural<br>Artificial* |
| Aspen | Sanitation<br>Improvement cuts* | Natural* |

*Other treatments may be applied if supported by a silvicultural prescription developed by a certified silviculturist, and if consistent with LMP desired conditions and objectives.

BLM_0031160

C. Timber harvest activities for timber production objectives must be limited to those lands classified as "suitable."

D. Where trees are harvested to meet timber production objectives, the cut must be designed in a way that there is assurance that the technology and knowledge exists to adequately restock these areas within 5 years after final harvest. Following a final regeneration harvest, the area is considered adequately restocked when the minimum number of seedlings per acre, as shown in Table 46, is attained.

**Table 46 - Minimum Number of Seedlings for Adequately Restocking Regeneration Site**

| VEGETATION TYPE | MINIMUM NUMBERS OF SEEDLINGS (PER ACRE) |
|---|---|
| Spruce-fir | 150 |
| Aspen | 200 |
| Mixed Conifer | 150 |
| Ponderosa Pine | 150 |

E. Where trees are harvested to meet objectives other than timber production, there is no required minimum number of seedlings, however, there should be appropriate forest cover consistent with the desired conditions relevant to that area.

F. Land managers may consider regeneration harvesting of even-aged timber stands before the stands have generally reached the culmination of mean annual increment where special resource management objectives or considerations require earlier harvesting, including:

F.1   when a stand is in imminent danger from insects or disease;

F.2   for wildlife habitat improvement;

F.3   for scenery resource enhancement or rehabilitation;

F.4   for mistletoe control; and/or

F.5   for overall ecosystem restoration.

G. The maximum size of openings created by the application of even-aged silviculture must not exceed 40 acres, regardless of forest cover type, with the following exceptions:

G.1   proposals for larger openings may be approved by the Regional Forester, subject to a 60-day public review;

G.2   where larger openings are the result of natural catastrophic conditions (including those resulting from fire, insect or disease attack, or windstorm); or

G.3   where the area that is cut does not meet the definition of created openings.

BLM_0031161