H. A created opening would no longer be considered an opening when:

H.1 minimum stocking standards by forest cover type are met; and

H.2 average tree height is 6 feet or greater with a 70% distribution for conifer species, and 10 feet or greater with a 70% distribution for aspen.

**Additional Referenced Guidance**

36 CFR 221, Timber Management Planning; 36 CFR 223, Sale and Disposal of National Forest System Timber; FSM 1920, Land Management Planning; FSM 2400, Timber Management; FSM 5400, Forest Pest Management; FSH 1900 Planning; and timber sale contract provisions and procurement contracts.

## XVIII. LIVESTOCK AND RANGELAND MANAGEMENT

### A.    LIVESTOCK MANAGEMENT

A.1 Land managers should phase out grazing systems that allow for livestock use in an individual unit during the entire vegetative growth period (season-long), except where such management has been determined to be able to achieve or maintain desired conditions.

A.2 If grazing privileges are relinquished on SJPL where fragile soils, low forage production, fencing problems, low livestock water availability, and/or conflicts with other resources make livestock grazing undesirable, the privileges should not be re-allocated.

A.3 Prior to allocating grazing privileges for a new grazing permittee on unallocated grazing allotments, the needs of existing rangeland management, as well as ecological diversity and species viability, should be considered.

A.4 Grazing systems should be designed in a manner to provide periodic rest during the critical growing season in order to promote plant vigor, reproduction, and productivity.

A.5 Avoid livestock grazing during the same time, and in the same place, in consecutive years.

A.6 When designing a grazing plan, on-going and potential forage and browse competition among livestock, big game, and wild horses should be considered.

A.7 The designation of forage reserve grazing allotments should be considered when grazing privileges terminate if such designations would improve land management as well as livestock management opportunities for existing grazing permittees.

A.8 Where dense cover is desired for spring or early summer ground-nesting birds, management activities should carry over adequate residual cover from the previous growing season. Management strategies should strive to limit conflicts between livestock and ground-nesting birds during the nesting season.

A.9 Grazing management activities should be modified, or livestock excluded from riparian areas that are "Not Functioning" (NF) or "Functioning-at-Risk" (FAR) with a downward trend (as rated by the proper functioning condition (PFC) protocol) where livestock have been determined to be a key causative agent.

A.10 Trailing of livestock should be prohibited along the length of riparian areas.

A.11 Groundcover within the mountain grassland type should be adequate to prevent erosion and to

BLM_0031162

maintain soil productivity.

A.12   Soil surface compaction should not be apparent after grazing each year, as evidenced by platy soil structure in the surface horizon.

A.13   Domestic sheep should be managed to avoid contact with bighorn sheep.

A.14   Rangeland managers will track climate (drought) patterns and will implement appropriate steps to ensure that livestock management during and following drought does not impact the long-term health of rangeland plant, soils, or key wildlife habitat.

## B.   RANGELAND VEGETATION

B.1   Project-level NEPA analysis and decisions, and the resultant allotment management plans (AMPs), should specify utilization guidelines (including desirable woody vegetation, as required) that should vary with grazing system and with ecological condition.

B.2   Project-level design will incorporate habitat needs to satisfy MIS requirements within FS grazing allotments.  Adaptive management principles will be used to correct unsatisfactory conditions identified through interdisciplinary monitoring.

B.3   Livestock should be moved from the grazing unit or allotment when utilization on key areas meets or exceeds use guidelines identified in Table 47 below, or as specified in NEPA documentation for the particular allotment's Allotment Management Plan (AMP), or in annual operating instructions (AOI).

**Table 47 - Allowable Use Guidelines by Livestock Grazing Management System**

| MANAGEMENT SYSTEM | PERCENTAGE OF SATISFACTORY RANGE - HEALTHY SYSTEMS | PERCENTAGE OF UNSATISFACTORY RANGE - UNHEALTHY OR AT RISK SYSTEMS * |
|---|---|---|
| Season-long | 40% | 30% |
| Rotation | 45% | 35% |
| Deferred Rotation | 50% | 40% |
| Rest Rotation | 55% | 45% |

* Utilization percentages are expressed in terms of annual forage production present at the time the livestock leave the area, and are generally a measurement of designated key species on key areas.

BLM_0031163

B.4     The riparian vegetation residue guidelines, as shown in Table 48, should be met at the time the livestock leave the unit.

**Table 48 - Post-Grazing Vegetation Heights Under Different Seasons of Use in Riparian Areas and Wetlands**

| SEASON OF USE | RESIDUAL RIPARIAN VEGETATION HEIGHT* |
|---|---|
| Season-long (i.e. no regrowth potential) | 6 inches |
| Early Growing Season (i.e. significant regrowth potential) | 3 inches |
| Mid-season (i.e. limited regrowth potential) | 4 inches |
| Late Season (i.e. little to no regrowth potential) | 4-6 inches |
| Late Fall and Winter (i.e. dormant season use) | 6 inches |

*Maximum riparian and wetland allowable use (residue) guidelines to be applied on key sedge or rush species, lacking sedge and/or rush species, use existing herbaceous vegetation. Consider the duration livestock have access to the key areas when setting allowable use standards – the shorter the duration, the less the opportunity for repeat grazing of individual plants.

B.5     After sheep have grazed an area, there should be only moderate signs of use. Forage should show that it has been topped and selectively grazed; trampling should be minimal and trailing may be evident, but not common.

B.6     Allowable use, residual vegetation, and other grazing guidelines apply to wildlife, livestock, and wild horses. If allowable use guidelines continue to be exceeded, reductions to livestock utilization levels, recommendations for reductions in wildlife numbers, and/or reductions in wild horse numbers should be made.

## C.     RANGE IMPROVEMENTS

C.1     New range improvement needs should be identified and prioritized based on rangeland health assessments and/or other monitoring efforts.

C.2     The need to re-treat non-structural range improvements when planning fuels management projects should be considered.

C.3     Grazing allotments with current NEPA decisions should be given the highest priority when considering the use of range-betterment funds.

C.4     Livestock grazing use should be deferred for 2 growing seasons following severe wildfire, ground-disturbing vegetative treatment projects, or seeding. For prescribed burns or mechanical vegetation treatment, grazing should be deferred for at least 2 growing seasons. These guidelines should apply unless it is demonstrated that such use would not be detrimental.

C.5     Grazing permittees should receive at least 2 years notice prior to implementing range improvement projects that require changes to current livestock management.

BLM_0031164

C.6     Where appropriate, and where the appropriate kind and class of livestock are available, livestock grazing should be considered as an invasive species management tool.

C.7     Wildlife needs should be considered in the design of structural and non-structural range improvements.

**Additional Referenced Guidance**

The Taylor Grazing Act of 1934, as amended; the Federal Land Policy and Management Act of 1976; the Public Rangelands Improvement Act of 1978; the Multiple-Use/Sustained- Yield Act of 1960; the Wilderness Act of 1964, Section 4(4); Section 504 of the Rescissions Act of 1995; the Consolidated Appropriations Resolutions 1999-2003; the Colorado Public Land Health Standards EA and FONSI 1997; 43 CFR 4100 and 36 CFR 222 Subpart A; FSM 2200; FSM 1950; FSH 1905.15, Environmental Policy and Procedures Handbook; FSH 1909.17, Economic and Social Analysis Handbook; FSH 2509.13, Burned Area Rehabilitation Handbook; FSH 2509.25, Watershed Conservation Practices Handbook; FSH 2409.19, Renewable Resource Uses for Knutson-Vandenberg (K-V) Fund Handbook; FSH 2109.13, Grazing Permit Administration Handbook; USFS Rocky Mountain Region Rangeland Analysis and Management Training Guide 1996; Interagency Technical References; BLM Handbook 4180-1, Rangeland Health Standards; BLM Handbook 4120-1, Grazing Management; BLM Handbooks 4010 and 4010-1, Range Management Program Records; BLM Handbook 4110-1, Qualifications and Preference; BLM Handbook 4160-1, Administrative Remedies; BLM Handbook 4400, Rangeland Inventory, Monitoring, and Evaluation; BLM Handbook 4150-1, Unauthorized Grazing Use; BLM Handbook H-1790-1, NEPA Handbook; and various BLM Instruction Memoranda and Informational Bulletins relating to rangeland administration and management.

## XIX.   MINERALS AND ENERGY

There are no standards or guidelines specific to the SJPL that are not already included in existing law, regulations, and policies.

**Additional Referenced Guidance**

USDOI and USDA Surface Operating Standards and Guidelines for Oil and Gas Exploration and Development, 2006 (BLM/WO/ST-06/021+3071); BLM Handbooks H-8410-1, Visual Resource Inventory and 8431-1, Visual Resource Contrast Rating; BLM Manual 8431-1; and Appendix H, Volume 3, Oil and Gas Leasing Stipulations.

### DESIGNATED ENERGY CORRIDORS AND LINEAR ENERGY TRANSMISSION AUTHORIZATIONS

A. The Trans-Colorado Pipeline Corridor should be limited to upgrading of existing facilities, requirements of microtunneling to avoid disturbance on steep slopes and for placement of pipelines under stream beds.

B. Vegetation treatments within corridors and along linear transmission facilities should meet facility safety requirements, and should provide for the control and reduction of invasive species, and for the feathering of vegetation in order to reduce visual impacts.

BLM_0031165

C. All areas having VRM Class I, II, or III, or moderate through very high SIO should be avoided or appropriate mitigation measures taken.

D. Transportation and utility systems should be consolidated within existing corridors and along linear energy transmission facilities in order to reduce habitat loss, degradation, and fragmentation resulting from new construction.

E. Corridors should occupy the minimum amount of valley bottoms needed to accomplish their purpose, in order to reduce the risk of ground and surface water contamination.

## XX.   ABANDONED MINE LANDS AND HAZARDOUS MATERIALS

There are no guidelines specific to the SJPL.

**Additional Referenced Guidance**

FSM 2160; USDA DM 5500-1; BLM Handbook 3720-1, Abandoned Mine Lands Policy; BLM CERCLA Response Actions Handbook 1703-1; and USDOI Solid Waste and Hazardous Materials Management Compliance Handbook.

## XXI.   LANDS PROGRAM

**LAND OWNERSHIP**

A. Land boundary lines should be surveyed, posted, and marked according to these priorities: 1) lines needed to meet planned activities; 2) lines needed to protect USFS or BLM lands from encroachment; and 3) all other land boundary lines.

B. BLM land ownership adjustments should meet the recommendations and priorities of the specific BLM land classification category (see Part 2, Figure 19 - Lands Available for Disposal).

C. Acquisition of lands/interests should be prioritized as follows: 1) lands within designated Wilderness areas and other Congressionally classified areas; 2) lands that enhance resource management; 3) lands that provide habitat for animal and plant species designated as threatened or endangered, and/or for SJPL Highlight Species; 4) lands that contain wetlands and/or floodplains; or 5) lands where resource values are threatened by change of use, or lands that may be enhanced by public ownership.

D. Disposal of lands/interests should be prioritized as follows: 1) to States, counties, cities, or other Federal agencies when a greater public interest exists; 2) where small parcels intermingle with mineral or homestead patents; 3) where development by the private sector is in the greater public interest; 4) where exchange brings into public ownership higher critical resources or values; or 5) where reserving interests to protect resources and/or resource values mitigates the effects of disposal.

E. Jurisdictional transfers between agencies should be prioritized as follows: 1) to reduce duplication of effort, time, cost, or coordination by users and agencies; 2) to maintain or improve user access; 3) to decrease travel and enhance management; 4) to improve public understanding of management policy; 5) to develop more effective and efficient work units; and 6) to reduce administrative cost.

BLM_0031166

**LAND USE AND ACCESS**

F.  Land use authorizations should avoid developed sites, unless the proposed use or occupancy is compatible with the purpose and use of the developed site.

G.  Land use authorizations should include all necessary and applicable environmental protection designs, terms and conditions, mitigation measures, and maintenance and monitoring requirements.

H.  ROWs for public access across private lands should be pursued from willing landowners.

I.  USFS or BLM roads where private use substantially dominates public use should be conveyed to the appropriate local government jurisdiction.

J.  Existing trespass and encroachments should be resolved according to the following priorities: 1) where public safety is threatened; 2) where damage to resources and/or resource values is occurring; 3) where public access is interfered with; 4) where the encroachment is unintentional; and 5) where no substantial damage or management concern exists.

K.  New or replacement telephone lines and electrical utility lines of 33 kilovolts or less should be buried unless: 1) objectives for scenery can be met using an overhead line; 2) burial is not economically or geologically feasible; or 3) greater long-term site disturbance would result if the lines were buried.

L.  Overhead electric lines should use non-specular or "dulled" wire. All utility poles and hardware should be colored to blend in with the surrounding environment, as needed, in order to meet scenic quality objectives.


## XXII.  COMMUNICATION SITES

A.  Communication sites should be designed to minimize the visual appearance of structures. All areas having VRM Class I, II, or III, or moderate through very high SIO should be avoided, or appropriate mitigation measures should be taken.

B.  The use of roads constructed for specific non-public purposes (including access routes to communication sites) should be limited to administrative use only.

C.  New communication sites should emphasize co-location and subleasing of existing facilities. Permittees should be encouraged to include multi-user options. The first leaseholder should be designated as the site manager, prior to authorization.

D.  Communication antennas should utilize non-reflective surfaces or be painted to minimize visual impacts.


**Additional Referenced Guidance**

FSM 1920; FSM 2700; FSH 2709; FSM 5400; FSH 5409; FSM 5500; FSM 5509; FSM 2760; FSH 2509.25, Watershed Conservation Practices Handbook, Region 2 Supplement; 43 CFR 2000; BLM Manuals and Handbooks 2100, 2200, 2300, 2740, 2800, 2880, and 2900.

BLM_0031167

## XXIII. PALEONTOLOGICAL RESOURCES

A. The land manager's highest concern for paleontology resources should focus on Probably Fossil Yield Classification - Class 5 formations. Fossil-bearing areas of these formations are likely to be vandalized. Mitigation of ground-disturbing activities should be required, and may be intense. Frequent use by the full range of interested individuals and groups is to be expected. Areas of special interest and concern should be designated and intensely managed.

**Additional Referenced Guidance**

Probable Fossil Yield Classification - (PFYQ), as developed by the Paleontology Center of Excellence; and the Region 2 Paleo-Initiative, 1996.

BLM_0031168

# SAN JUAN PUBLIC LANDS
*Draft Land Management Plan • Draft Environmental Impact Statement*

## VOLUME 3 ■ Appendices














**U.S. DEPARTMENT OF INTERIOR**

Bureau of Land Management
Dolores, Columbine, and Pagosa Field Offices

**U.S. DEPARTMENT OF AGRICULTURE**

U.S. Forest Service – Region 2
San Juan National Forest

BLM_0031169



BLM_0031170

PROPOSED ACTION LOCATION....... San Juan Public Lands
U.S. Department of Agriculture (USDA),
United States Forest Service (USFS)
U.S. Department of the Interior (USDI),
Bureau of Land Management (BLM)

Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral,
Montezuma, Montrose, Rio Grande, San Juan, San Miguel Counties,
Colorado.

LEAD AGENCIES................................. USFS/BLM
San Juan Public Lands Center
15 Burnett Court
Durango, CO 81301

COOPERATING AGENCIES.................. Montezuma County
Town of Rico

BLM RESPONSIBLE OFFICIAL............. Sally Wisely, State Director
BLM Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215

USFS RESPONSIBLE OFFICIAL........... Rick Cables, Regional Forester
USDA Forest Service, Rocky Mountain Region
740 Simms Street
Golden, Colorado 80401

FOR INFORMATION, CONTACT.......... Shannon Manfredi, Team Leader (970-385-1229)
Thurman Wilson, Assistant Center Manager (970-385-1246)

SEND COMMENTS TO......................... San Juan Plan Revision
P.O. Box 162909
Sacramento, CA 95816-2909
FAX: 916-456-6724
Online: http://ocs.fortlewis.edu/forestPlan

Important:

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and, where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.)

Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact the USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

BLM_0031171

## LIST OF APPENDICES

A    Public Involvement

B    Data and Analysis Methods

C    Roadless Area Inventory and Wilderness Evaluation

D    Wild and Scenic Rivers Suitability

E    BLM Structured Recreation Management Areas

F    Projected Activities for Impacts Analysis

G    Blank (Reserved)

H    Resource Management Stipulations for New Oil and Gas Leases

I    Watersheds on National Forest Lands with the Highest Levels of Anthropogenic Disturbance

J    Watersheds on National Forest Lands Most Sensitive to Anthropogenic Disturbances

K    Watersheds on the San Juan Public Lands with Potential Salinity Issues

L    BLM Grazing Allotment Status

M    Highlight Species

N    Blank (Reserved)

O    BLM and R2 Regional Foresters Sensitive Species on SJPL

P    Federally Listed Species

Q    Diversity and Viability – A Plan revision Approach

R    San Juan National Forest Old Growth Definitions

S    Blank (Reserved)

T    Biological Evaluation

U    Relevance and Importance Evaluations of Areas of Critical Environmental Concern

V    Fire Regimes and Condition Class

W    Timber Demand Study

X    BLM Lands Available for Disposal

Y    Paleontological Resources

Z    Biodiversity Monitoring for Lower Elevation Systems

BLM_0031172

# APPENDIX A - PUBLIC INVOLVEMENT

BLM_0031173

BLM_0031174

## INTRODUCTION

This report summarizes the outcomes and processes making up the preliminary scoping phase of the joint San Juan Forest Plan and BLM Resource Management Plan revision. San Juan Public Lands Center staff and community participants engaged in dozens of professionally facilitated, well-attended planning events, meetings, study groups, and workshops. San Juan Public Lands Center (SJPLC) has far exceeded requirements and typical expectations for a scoping process. In an effort well beyond compliance, SJPLC engaged citizens, community organizations, and government agencies using professional support and innovative media and forums that focused community input directly onto the land. The focus on features, uses, and conditions of the land resulted in remarkably civil and thoughtful conversations and comments that are pertinent to the task at hand: revising the plans that guide decision-making about managing the land under the jurisdiction of the Forest Service and BLM.

### THE NEED FOR THE PLAN REVISION

The Forest and Renewable Resource Planning Act of 1974 (RPA), as amended by the National Forest Management Act of 1976, requires preparation of Forest Plans and revision of these plans at least every 15 years (Sec. 6, 16 U.S.C. 1600). Since the San Juan National Forest Plan was last revised in 1983 and amendments are not considered revisions, the revision of this plan is now overdue. USFS published a Notice of Intent to revise the San Juan Forest Plan in the Federal Register on Sept. 23, 1999. The revision was deferred pursuant to 1998 Appropriations Act that prohibited spending on Forest Plans, and funding shortfalls in 1999 and 2000.

Section 202(a) of the Federal Land Policy and Management Act of 1976 as amended (43 USC 1701 et seq.) requires the Secretary of Interior with public involvement to develop, maintain, and when appropriate, revise land use plans which guide the use of the public lands.

There are a number of new issues, higher levels of controversy around existing issues, and new, unforeseen public land uses and concerns that have arisen over the years which were not included in the previous Forest and Resource Management Plans. Issues that need to be addressed in these plans include but are not limited to:

- Off-highway vehicle use and transportation planning – revision of current decisions to reflect changes in national policy for both agencies.
- The need to address Healthy Public Lands initiative and hazardous fuel management,
- New and changing recreational uses of public lands such as mountain bike use, ski area development, and increasing recreational demands.
- Availability of lands for mineral development and terms under which lands are available for leasing. Determine if existing lease restrictions are necessary and if they are adequate.
- Habitat requirements and protective measures for species identified as Forest Service management indicator species (MIS), federally listed species, and agency sensitive species.
- Increasing interest in the interplay between public lands management and regional water resources.

### PURPOSE OF THE PLAN REVISON

The purpose of the plan revision is to establish guidance, objectives, policies, and management actions for lands and resources under the jurisdiction of the San Juan Public Lands Center. The plans will be comprehensive in nature and will resolve or address major revision topics and

BLM_0031175

issues within the planning area which will be identified through agency, interagency, and public scoping efforts.

Plan decisions will:

1. Establish multiple-use goals and objectives.
2. Establish management and management area directions applying to future activities.
3. Establish monitoring and evaluation requirements.
4. Determine suitability and potential capability of lands for resource production.
5. Determine mineral leasing and leasing stipulations.
6. Where applicable, recommend designations of special areas such as Wilderness, and Wild and Scenic Rivers to Congress.
7. Designate Areas of Critical Environmental Concern, Research Natural Areas, Habitat Management Areas, Special Botanical Areas, and Special Interest Areas as appropriate.
8. Explain or identify the current management situation, desired future conditions, cultural resource management goals, goals for continued management of energy resources, standards and guidelines for forest and rangeland health, and goals for multiple-resource management, within the planning area.
9. Appropriate methods and management actions necessary to achieve objectives will be determined. A schedule and cost estimate for implementing planned actions for achieving those goals will be developed. These actions will be guided by the various laws and regulations pertinent to the public lands of Southwest Colorado.
10. The documents will address and integrate, to the degree possible, current Forest Service and BLM activity plans related to management of the lands in the planning area including, but not limited to, fire management plans, livestock grazing allotment management plans, wildlife habitat management plans, timber management plans, cultural resource management plans, the wild horse herd management plan, and recreation management plans. All decisions made and subsequent implementation decisions will be subject to valid existing rights with decisions documented through separate Records of Decision for the forest and BLM lands.
11. Decisions will specify application to forest lands only, BLM lands only or application to both jurisdictions. This includes, but is not limited to, valid existing rights associated with oil and gas leases, mineral leases, mining claims, and lands and realty actions.

In addition to the purposes described above, the plans will also fulfill the needs and obligations set forth by the National Environmental Policy Act (NEPA), the National Forest Management Act (NFMA), the Federal Land Policy and Management Act (FLPMA), and USFS/BLM Land Use Plan policies.

### DESCRIPTION OF THE PLANNING AREA

#### *Physical description*

The planning area lies in the Colorado Plateau and Southern Rocky Mountains physiographic provinces. Elevations within the area range from about 4,900 feet to over 14,000 feet above sea level. The Colorado Plateau portion is characterized by sedimentary surface deposits dominated by deep canyons, and lower-elevation mesas with predominant rock deposits of sandstone and shale. The Southern Rocky Mountains portion is characterized by mountains that are partially volcanic in origin and have been shaped by glaciation. Ecological zones represented in the planning area include canyon-desert, lower montane-plateau, upper montane, sub-alpine and alpine zones.

BLM_0031176

*Jurisdictional description*

The outer boundaries of the planning area encompass approximately 700,000 acres of federal land managed by the Bureau of Land Management, and 1,867,800 acres within the San Juan National Forest The planning area includes lands in Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Montrose, Rio Grande, San Juan, and San Miguel counties. The west border of the planning area is the Utah/Colorado state line. The southern border of the planning area is the New Mexico/Colorado state line. The eastern border is the Continental Divide. The northern bounds are the administrative boundaries with the Rio Grande, Gunnison, Grand Mesa and Uncompahgre national forests and the BLM Gunnison and Uncompahgre Field Offices.

*Integrated management of San Juan Public Lands*

The San Juan Field Office and San Juan National Forest are pioneering a concept known as Service First. Service First is a partnership strategy to provide better customer service and be more cost-effective in the delivery of those services to users of the public lands in Southwest Colorado. The local units have the opportunity to streamline multiple processes and regulations, combine management of adjacent BLM and National Forest public lands, and offer one-stop shopping and a single point of contact for all customers — commercial users, partners and visitors. The project has merged the San Juan National Forest, the BLM San Juan Field Office, the Anasazi Heritage Center, and the newly created Canyons of the Ancients National Monument under the management of the San Juan Public Lands Center in Durango with field office/ranger districts in Pagosa Springs, Durango, Bayfield and Dolores, Colo.

Congress, in the Interior Appropriations, signed by the President on November 14, 1997, authorized the BLM and Forest Service to delegate duties, responsibilities and authorities, thereby allowing employees of either agency the authority to act in full force and effect for the other agency. Public lands within the San Juan National Forest and lands under BLM jurisdiction are still managed under different laws and regulations, but resource management by the two agencies is very similar and joint management allows for more effective management across jurisdictional boundaries. The San Juan Public Lands Center (SJPLC) is responsible for the management and stewardship of more than 3.6 million acres of public lands in Southwest Colorado

## SUMMARY OF THE SCOPING PROCESS

### SCOPING OVERVIEW

San Juan Public Lands conducted a broad, thorough, and innovative community-based public input process that far exceeds the typical efforts of a federal-lands scoping process and easily meets the basic requirements. The scoping process included the following 10 components:

### STUDY GROUP MEETINGS

The core of the community input process consisted of 21 study group meetings over a period of eight months with more than 450 registered attendees (many of which attended several meetings) and dozens of 'drop-ins' that attended meetings or portions of meetings but chose not to register for the meetings. Some meetings in the Columbine and Dolores districts attracted over 100 participants.

BLM_0031177

**Table A.1 - Scoping Overview**

| Scoping Component | Duration | Forum | Community Input Summary Sources |
|---|---|---|---|
| Study Groups | Jan. 2005 - ongoing | 21 facilitated open public meetings | 66 comment summary sheets and 33 maps on forest planning website: http://ocs.fortlewis.edu/forestPlan |
| On-Site Town Meetings | Summer 2005 | 3 facilitated open public meetings | Input integrated into study group comment summaries http://ocs.fortlewis.edu/forestPlan |
| Recreation Interviews | Jan. - May 2004 | 83 interviews with recreation groups, outfitters, conservationists | Report: *Interviews Conducted for Recreation Planning* http://ocs.fortlewis.edu/forestPlan |
| Written Comments | 1999-ongoing | Written comments submitted to SJPLC | Written comments available at SJPLC |
| Web Comments | Jan. 2005 - ongoing | Available during study group meetings on forest planning website | Digital database available at SJPLC |
| Governmental Water Roundtable | May 2005 - ongoing | 10 monthly meetings so far with more scheduled | Meeting summaries and resources on forest planning website: http://ocs.fortlewis.edu/forestPlan |
| Aspen Workshop | Dec. 2004 | 1 focused workshop | Meetings summaries available at SJPLC |
| Community Wildfire Protection Planning | 2001 - ongoing | Separate process but input and fire plans considered in plan revision | Documents available at Southwest Colorado Information Clearinghouse: http://www.southwestcoloradofires.org |
| Northern San Juan Basin DEIS | Summer, Fall 2004 | Separate process but input considered in plan revision | Contact SJPLC for DEIS documentation |
| Roadless Area Taskforce Public Meeting | Dec. 2005 | 1 facilitated meeting in La Plata County | Meeting documentation available at http://www.keystone.org/htm |

All study group meetings were well attended by SJPLC staff representing the full spectrum of land-management disciplines, and creating a broad knowledge base for meeting discussions. SJPL staff introduced each landscape and provided an active role in facilitating and informing all meeting exercises and discussions. Fort Lewis College Office of Community Services developed the study group concept and provided meeting scheduling and logistics and partnered with RPI Consulting, Marcia Porter-Norton and other local planning professionals for facilitation and comment processing of the study group meetings.

Each study group meeting was open to all participants who were willing to make it to the venue and was heavily advertised. Each week prior to a scheduled meeting, SJPLC staff sent public notices to dozens of media and information clearinghouse organizations including the Durango Herald, Denver Post, DCAT TV, KDUR, City Span TV, KSUT, HubWest, Cortez Journal, Telluride Daily Planet, KVFC, Southern Ute Tribe, Free Press, Mancos Times, Rico Bugle, Pagosa Sun, Pine River Times, High Country News, Durango Telegraph, and many

BLM_0031178

other key information dissemination contacts. Meetings were also posted on the official forest planning website hosted by Fort Lewis College Office of Community Services.

**Table A.2 - Study Group Meetings**

| District & Meeting Location | Meeting Date | Geographic Focus |
|---|---|---|
| **Columbine District** FLC Ballroom, Durango, CO | 1/25/2006 | Missionary Ridge, Lakes |
| | 2/22/2005 | Hermosa Creek, La Plata Canyon, Wild Oats |
| | 3/30/2005 | Durango, Mayhan |
| | 4/21/2005 | Beaver Meadows and HDs |
| | 5/24/2005 | Weminuche, Silverton, Animas Valley |
| | 6/29/2005 | San Juan Public Lands Vision & Niche Statement |
| | 8/04/2005 | Vision & Niche Statement and Wrap-up |
| **Dolores District** KoKo's, Cortez, CO | 1/20/2005 | Upper Dolores, Mesas |
| | 2/17/2005 | Boggy Draw, Big Glade |
| | 3/17/2005 | Haycamp Mesa, Mancos-Cherry Creek |
| | 4/14/2005 | Dove Creek, McPhee, and Cortez |
| | 5/18/2005 | Slick Rock, Dry Creek, Disappointment |
| | 6/29/2005 | San Juan Public Lands Vision & Niche Statement |
| | 8/04/2005 | Vision & Niche Statement and Wrap-up |
| **Pagosa District** Jr. High, Pagosa, CO | 1/27/2005 | Willams Reservoir |
| | 2/24/2005 | Turkey Springs, Ute |
| | 3/31/2005 | Mosca, Piedra |
| | 4/28/2005 | Wolf Creek, Pagosa |
| | 5/25/2005 | Square Top, South San Juan |
| | 6/30/2005 | San Juan Public Lands Vision & Niche Statement |
| | 8/02/2005 | Vision & Niche Statement and Wrap-up |
| **On-Site Meetings** | 6/07/2005 | Norwood On-Site Meeting: Norwood Area |
| | 6/28/2005 | Silverton On-Site Meeting: Silverton, Weminuche |
| | 8/31/2005 | Rico On-Site Meeting: Rico Area |

The 2005 San Juan Forest and BLM plan revision study group meeting schedule outlines the extent of opportunities on each district for community input. Meetings were held according to 35 specific geographic areas or *landscapes* making up the planning area. See San Juan Landscapes for a geographic overview of the planning area.

Appendix A – Public Involvement – Page A-5

BLM_0031179

*Individual written geographically specific comments*

Each participant attending the study group meeting had the opportunity to register four written place-specific comments about each landscape covered in each meeting. The comments were organized into four categories:

- Primary Use
- Outstanding Features
- Concerns
- Opportunities

Participants recorded each of the written comments on individual comment sheets while they placed corresponding icon stickers representing various comment categories (motorized uses, pet impacts, wildlife habitat, mineral and gas development, etc..) onto full-sized maps to specify the location specific to the comment. Well over 3,000 place-specific comments were collected in this manner.

*Facilitated discussion groups*

At the beginning of each study group meeting, participants viewed a slide show presenting the aggregate results of the individual, place-specific comments about the landscapes from the previous meeting in 3-D format. Taking this into consideration, study group participants were randomly assigned to tables with 5-10 participants, one or two professional facilitators, and a SJPL staff member to discuss the draft management themes for each landscape. Facilitators challenged participants to learn the differences between the management themes and propose changes to the draft themes supplied by SJPLC staff or offer reasoning for supporting the draft themes. Theme definitions were provided at the meetings and on the planning website along with a presentation at the beginning of most meetings. Each comment was recorded by the facilitators during the meeting.

*Processing and use of study group input*

Fort Lewis College Office of Community Services and RPI Consulting entered all of the input received during study group meetings into a master database and presented it in map database format, enabling SJPLC staff and interested public to view the comments in their geographic context. Processed comments and accompanying maps were posted on the official planning website so that they were accessible to anyone visiting the website. These summaries are still available at http://ocs.fortlewis.edu/forestPlan/default.asp

Processed public input was distributed to ID team meetings where it was carefully considered in the initial stages of planning and continues to serve an important role in the drafting of alternative management themes.

ON-SITE TOWN MEETINGS

Since the geographic extent of San Juan Public Lands encompasses many different transportation corridors, some communities such as Norwood, Rico, and Silverton are isolated from the core of the planning area along U.S. 160, where the majority of the meetings took place. In order to encourage geographically diverse participation and to reach these communities, SJPL took the study group meetings on the road. These meetings were conducted similarly to the regular study group meetings in Cortez, Durango, and Pagosa Springs and were heavily advertised, and relatively well-attended, with 50+ participants in Silverton, for example.

BLM_0031180

RECREATION INTERVIEWS

Recognizing the importance of recreation for public lands planning and to lifestyles in the Southwest, SJPL initiated a recreation group interview process, conducted by Fort Lewis College Office of Community Services partnering with RPI Consulting LLC. A total of 83 interviews were conducted with leaders of organized recreation groups, commercial outfitters, stewardship groups, outdoor equipment retailers, and other organized groups with an interest in recreation on public lands. Interviews were conducted in nearly even numbers for the three districts comprising San Juan Public Lands.

RPI Consulting built a geographic database of the interviews to capture place-specific comments and produced a qualitative summary of the interview findings for use in the planning process. These interviews, conducted during the winter of 2004, were an important component of the information and public input foundation upon which the ensuing recreation components of the scoping process were built. The summary report is available on the planning website at http://ocs.fortlewis.edu/forestPlan/reports.asp

WRITTEN COMMENTS

More than 2 dozen written comments have been submitted to San Juan Public Lands during the initial scoping period beginning in 1999. This may be a relatively low number of written comments for a full plan revision, but not surprising because San Juan Public Lands dedicated extra time and resources to conduct a meaningful scoping process built upon the diverse set forums for authentic community participation that are profiled in this report.

Nonetheless, written comments are an important form of community input and generally offer well-written, concise statements about specific issues. The written comments represent a broad array of interests ranging from potentially adverse impacts of Wild and Scenic River designations on private land values to a call for protection of three specific fresh-water springs in the HD Mountains. Many of the written comments are summaries of concerns voiced during informal meetings with SJPL staff members at the Public Lands Center. The written comments were read carefully and integrated into the *Issues Summary* contained later in this report.

GOVERNMENTAL WATER ROUNDTABLE

Water resource concerns cut across jurisdictional boundaries and so should planning efforts surrounding water. Recognizing the jurisdictional complexity of water resource management, SJPL invited local governments, tribal representatives, water conservation districts, and state agencies to be part of the Governmental Water Roundtable. A total of 10 Water Roundtable meetings have been held to date. The purpose of this effort is to:

- Develop mutual understanding of key local issues related to water
- Develop ideas for the land management plan
- Guide land management agencies to make water resource portions of land management plans more accessible and easily identifiable.
- Identify issues beyond the scope of the land management plan and discuss forums that would be appropriate for working on those issues.
- Evaluate proposed and existing Wild and Scenic River designations for area rivers.

ASPEN WORKSHOP

BLM_0031181

In order to draw insights from a number of local and regional authorities on various aspects of aspen ecology, function, and management, San Juan National Forest convened a focused workshop. Topics included:

- Aspen ecology and interdependency with wildlife history and implications of aspen management
- Role of aspen in the regional economy
- Aspen aesthetics and environmental values

Broad sponsorship for this focused resource workshop included San Juan National Forest, Montezuma County Federal Lands Program, Fort Lewis College Office of Community Services, Mountain Studies Institute, Colorado Timber Industry Association, Rocky Mountain Experiment Station, San Juan Citizens Alliance, Colorado Wild, and Colorado State Forest Service.

### OTHER RELEVANT PLANNING EFFORTS

The San Juan Forest and Resource Management Plan revision draws from an enormous depth of information and community input. Several important planning efforts have been under way during scoping, and the SJPLC is applying knowledge gained from these related planning efforts to the Plan revision.

#### *Community Wildfire Protection Planning*

In order to achieve the most effective outcomes for wildfire protection and forest health, Fort Lewis College Office of Community Services has been coordinating an interjurisdictional, forest-wide Community Wildfire Protection Planning process. Participants in this process include the San Juan Public Lands Center, the Colorado State Forest Service as well as fire protection districts, municipalities and five Southwest Colorado counties that include San Juan National Forest and BLM lands.

Community Wildfire Protection Planning involves several parallel elements including updating Wildfire Protection Plans in order to:

1. Coordinate wildfire hazard mitigation on public and private lands
2. Identify wildfire hazard areas on public and private lands
3. Identify urban interface areas
4. Enhance wildfire mitigation capacity of fire protection districts
5. Meet standards of the National Fire Plan, Healthy Forests Restoration Act, and other relevant legislation
6. Establish coordinated Community Risk Assessment Mapping

#### *Northern San Juan Basin Coal-Bed Methane Draft Environmental Impact Statement*

The draft Environmental impact statement for the Northern San Juan Basin Coal-Bed Methane Project analyzes the impacts of additional Fruitland coal-bed methane wells on USFS, BLM, state, and private land in the northern San Juan gas field of Southwest Colorado. The field can potentially produce 2.5 trillion cubic feet of methane over the next 30 years, with an estimated $7.5 billion in gross revenues. The EIS is a joint effort of the USFS and BLM.

The proposal calls for development of about 300 new wells, an estimated additional 125 miles of access roads and pipelines, and approximately 10 additional compressors. Issues included in this analysis include property values, noise, visual impacts, tax revenues, water depletions, gas seepage into domestic water wells, and impacts on vegetation, wildlife, roadless values,

BLM_0031182

archeological resources, and air quality. A Record of Decision was issued on April 4, 2006 for the Northern San Juan Basin Coal-Bed Methane Project.

**Roadless Areas Review Task Force**

The Roadless Areas Review Task Force is a bipartisan 13-member group, created under Colorado Senate Bill 05-243. This group will help determine the future of roadless areas in Colorado, including what uses, if any, will be allowed in the applicable forest areas. Based upon public comment, the task force will make recommendations to the governor regarding how inventoried roadless areas should be managed. Gov. Bill Owens submitted a petition to the United States Forest Service on behalf of the State of Colorado. With the election of Gov. Bill Ritter, Colorado submitted a revised petition and request to the Department of Agriculture.

On Dec. 9, 2005, the roadless area review task force held a public comment meeting in La Plata County. SJPLC staff attended this meeting and have taken into account the local comments regarding roadless area components of the plan revision.

**Biodiversity Model Project**

The BLM established this project with The Nature Conservancy in Colorado (TNC or the conservancy) under a National Assistance Agreement. The project established a conservation assessment of the planning area based primarily on information and analyses from The Nature Conservancy and the Colorado Natural Heritage Program. The report highlights the relative value of biological resources within the planning area from a regional context perspective (http://conserveonline.org/workspaces/CO%20-%20San%20Juan%20Project).

SPECIAL DESIGNATIONS

Several existing and proposed special designations under consideration in the Plan:

- Special Recreation Management Areas (BLM): Silverton, Durango
- Wilderness Study Areas (BLM): McKenna, Weber, Menefee, Dolores River
- Wilderness Areas (FS): Lizard Head, Weminuche, & South San Juan
- Piedra Area (FS): Established by the 1993 Colorado Wilderness Act
- Wild and Scenic Rivers (BLM & FS): Upper Pine, Piedra, and Lower Dolores.
- Areas of Critical Environmental Concern (BLM): Tracts outside of Canyons of the Ancients National Monument that were not included in the monument, Big Gypsum Valley, Grassy Hills, Silvies pocket.
- National Register Archeological Districts (FS): Chimney Rock, Spring Creek, Anasazi, Lost Canyon, and Falls Creek.
- Spring Creek Wild Horse Herd (BLM)
- Research Natural Areas (FS): Narraguinnep and Williams
- Special Botanical Area (FS): O'Neal Hill
- National Level Utility Corridors: TransCo Pipeline Route. West Wide Energy Cooridor Programatic Environmental Impact Statement. Currently being developed under the Energy Policy Act of 2005.

COOPERATING AGENCIES

To integrate a regional land management perspective into the plan, San Juan Public Lands invited 30 local governments and state and federal agencies to become cooperating agencies for the Plan revision process. Cooperating-agency status provides the opportunity for San Juan Public Lands managers and other government leaders to work together to achieve desired land

BLM_0031183

management outcomes. It also offers the opportunity for interested agencies to take on
additional roles and responsibilities beyond basic participation opportunities such as attending
public meetings, and reviewing and commenting on Plan documents.

**Table  A.3- Cooperating Agency Invitees**

| City | County | State of Colorado | Federal |
|------|--------|-------------------|---------|
| Bayfield | Mineral | Governor | USFWS |
| Ignacio | Archuleta | DNR | Bureau of Reclamation |
| Pagosa Springs | Hinsdale | DOW | Mesa Verde |
| Durango | La Plata | DOT | USDA - APHIS - Wildlife Services |
| Cortez | Montezuma | SHPO | |
| Dolores | Dolores | | |
| Mancos | San Juan | | |
| Rico | San Miguel | | |
| Silverton | Conejos | | |
| Telluride | Rio Grande | | |
| Dove Creek | | | |

In addition to being specifically invited to be cooperators, these governments and agencies
were encouraged to attend study group meetings with public notices sent to key government or
agency contacts for each meeting.  Two of these governments chose to be cooperators in the
plan development: Town of Rico and Montezuma County.

CONSULTATION WITH TRIBES

The two tribes with adjacency to San Juan Public Lands were invited to be cooperators:
Southern Ute Tribe, Ute Mountain Ute Tribe.

The 25 tribes affiliated with San Juan Public Lands were informed about the Plan revision
efforts and were offered a visit from SJPL staff to gather input and provide further information
about the Plan revision.

**Table A.4- Affiliated Tribes**

| | |
|---|---|
| The Navajo Nation | Pueblo of Sandia |
| The Zuni Tribe | Pueblo of Cochiti |
| The Southern Ute Indian Tribe | Pueblo of Santa Ana |
| Pueblo of Acoma | Pueblo of Tesuque |
| Pueblo of Laguna | Pueblo of Nambe |
| Pueblo of San Juan | The Hopi Tribe |
| Pueblo of San Ildefonso | Pueblo of Zia |
| Pueblo of Santa Clara | Pueblo of Jemez |
| Ute Mountain Ute Tribe | Pueblo of San Felipe |
| Pueblo of Santo Domingo | Pueblo of Pojoaque |
| Pueblo of Isleta | The Jicarilla Apache Nation |
| Pueblo of Taos | The Uintah and Ouray Ute Tribe |
| Pueblo of Picuris | |

BLM_0031184

All of the above Tribes were sent letters notifying them that we were starting the Plan/EIS revision on January 20, 2005. The Jicarilla Apache were the only Tribe that requested a meeting at that time. Officials from the San Juan Public Lands meet with the Jicarilla Tribeon March 10, 2005. The San Juan Public Lands Heritage Team Lead met with the Hopi Tribe on August 23, 2007.  The San Juan Public Lands Forest Supervisor/Center Manager met with the Pueblo of Jemez, Pueblo of Laguna, Pueblo of Nambe, Pueblo of Santa Ana, Pueblo of Santa Clara, and the Navajo Nation on Oct. 5, 2007.  On Oct. 16, 2007 the San Juan Public Lands Forest Supervisor/Center Manager met with the Ute Mountain Ute Tribe.

### *Notice of intent*

On Dec. 14, 2004, San Juan Public Lands staff filed in the Federal Register a notice of intent to prepare an environmental impact statement in conjunction with the joint revision of the land and resource management plan for the BLM San Juan/San Miguel Resource Management Plan and San Juan Forest Land and Resource Management Plan and San located in Archuleta, Conejos, Dolores, Hinsdale, La Plata, Mineral, Montezuma, Rio Grande, and San Juan counties, Colorado.

## SUMMARY OF ISSUES ARTICULATED BY COMMUNITY DURING SCOPING

### METHODOLOGY

Careful recording of input was provided for all meetings, interviews, workshops, and other components of the scoping process. For the geographically specific input gathered during the study group meetings, database specialists built databases to track and query community input. In other cases, such as in water roundtable meetings, professional facilitators or SJPLC staff produced meeting summaries.

The individual sources of community input are listed in Table A-1, *Scoping Overview.* These sources provide raw narrative summaries of community input. To best inform the forthcoming planning efforts, RPI Consulting focused the thousands of comments making up the community input into a categorized set of concisely stated issues. This refinement created a planning-issues framework that lends itself to the planning process during which issues of all types are being addressed.  This format also allows planning-team members to easily identify the issues that are most relevant to their respective disciplines.

### STUDY GROUPS

For the large community-input databases containing input from study group meetings and recreation interviews, analysts identified issues by conducting key-word and key-phrase content analysis. Analysts first identified broad topics by browsing the database, such as fire-urban interface, grazing, and motorized recreation. Related comments were then queried, sorted, and grouped until the underlying core issues were identified. For example, the following comments were aggregated into the issue "*Hunting Impacts: Wet Weather Damage from ATVs and Other Motorized Vehicles*"

"The ruts left over from hunting season get deeper every year."

"We need seasonal closures of some areas to avoid all the damage hunters cause with their trucks and ATVs during the wet fall around here."

"Hunters do more damage driving in the mud for a couple months than the rest of us combined."

BLM_0031185

"My #1 concern is with vegetation damage and erosion caused by hunters that won't get out of their vehicles and walk."

"Hunters rut-out the access road to my grazing allotment every fall."

## OTHER MEETINGS

Meeting summaries are more concise and planning-team facilitators often summarize meeting conversations in terms of issues. Therefore, each meeting summary related to the plan revision scoping process was examined thoroughly and issues were extracted directly from the summaries. Once the issues articulated in each meeting summary were identified, analysts checked for redundancy in the issues list built from the study groups. Redundancy in the issues list was eliminated where it was possible to do so.

## WRITTEN COMMENTS

Written comments were read thoroughly and issues were identified within each comment. Once the list of issues articulated in the written comments was built, analysts checked for redundancy and listed issues that had not already been articulated during other components of scoping.

## DRAFT PLANNING CRITERIA

### General draft planning criteria

1. The plans will be completed in compliance with the following laws: Federal Land Policy and Management Act (43 U.S.C. 1701 et seg.) pertaining to BLM lands; Forest and Rangeland Renewable Resources Planning Act of 1974 (88 Stat. 476 et seq.) as amended by the National Forest Management Act of 1976 (NCMA) (90 Stat. 2949 et seq.; 16 U.S.C. 1601-1614), pertaining to National Forest Lands; the requirements of the Secretary of Agriculture to promulgate regulations under the principles of the Multiple-Use Sustained-Yield Act of 1960 that set out the process for the development and revision of land and resource management plans (16 U.S.C. 1604(g)).

2. The plans will establish the guidance for managing the lands and resources under the jurisdiction of the San Juan Public Lands Center.

3. The planning process includes an environmental impact statement that will comply with National Environmental Policy Act standards.

4. Focus the planning process and collaborative participation on the elements of the plan that merit change. Assume that the current plan is adequate and appropriate unless demonstrated otherwise.

5. Organize collaborative efforts so that the participants can see their influence on the plans within a reasonable timeframe.

6. Provide a strategy for reaching desired conditions and meeting objectives that includes a framework relevant to resource managers in planning site-specific activities. This strategy contains only appropriate programmatic direction needed to achieve the desired conditions and objectives of the plan.

7. Recognize the specific niche that federal lands provide both to the nation and to the surrounding community. A successful plan is responsive to both national needs and community needs.

### Cooperative relations and public participation

BLM_0031186

1. Decisions in the plan will strive to be compatible with the existing plans and policies of adjacent local, state and federal agencies. However, conformance with federal laws and regulations that direct resource management on the public lands takes precedence.

2. The plan will recognize the State of Colorado's responsibility to manage wildlife. The San Juan Public Lands Center will consult with the Colorado Division of Wildlife before establishing no-hunting zones or periods for the purposes of protecting public safety, administration, or public use and enjoyment.

3. The plan will be understandable to the public that participated in its creation. The plan must be organized and use language that is accessible to the general public, so they can understand how their public lands are being managed.

4. The SJPLC will involve the public in the planning process to determine the best mix of resource use and protection consistent with the multiple-use and other criteria established in the FLPMA and other applicable laws, regulations and policies.

### Energy and mineral draft planning criteria

1. The Energy Policy and Conservation Act (EPCA) inventory results will be integrated into land use planning and energy use authorizations.

2. Environmental protection and energy production are both desirable and necessary objectives of sound land management practices and are considered as compatible priorities;

3. The BLM must ensure the appropriate amount of accessibility to the energy resources necessary for the nation's security while recognizing that special and unique non-energy resources can be preserved;

4. Relative resources values will be weighed, creating consistency with the Federal Land Policy and Management Act;

5. For all stipulations developed in new land use plans and to further improve consistency and understanding of lease stipulations, state and field offices will use the Uniform Format for Oil and Gas Lease Stipulations prepared by the Rocky Mountain Regional Coordinating Committee in March 1989. Lease stipulations will be reviewed for consistency with neighboring field offices and states, and where there are discrepancies, efforts will be undertaken to try to get consistency.

6. A Reasonable Foreseeable Development (RFD) scenario will be developed to predict management activities and actions, including development, that are likely to occur in the planning area over the life of the plan.

### Fire management and land use planning draft criteria

1. Create landscape-level fire management goals and objectives, including desired wildland fire conditions.

2. Describe desired wildland fire conditions using Fire Regime Condition Class or other approved method of description.

3. Identify the suite of management strategies/actions (including public and firefighter safety, appropriate management response, hazardous-fuels treatments, prevention and mitigation methods) that can be used to meet desired future conditions and underlying land use allocations.

4. Differentiate between and describe areas that are suitable for wildland fire use for resource benefit and areas where wildland fire use is not appropriate due to social, economic, political, or resource conditions (i.e., wildland-urban interface).

5. Describe the maximum burned acres and treatment acres projected for the life of the plan for the following: wildland fire, fire use, prescribed fire treatments, non-fire fuels treatments and post-fire rehabilitation actions.

6. List criteria that will be used for establishing fire management priorities. Public and firefighter safety is always the number one priority during fire management activities.

BLM_0031187

7. Identify restrictions on fire management practices needed to protect natural or cultural resource values (including both wildfire suppression and fuels management).

8. Best management practices may be developed in conjunction with land use planning efforts. Some or all of these practices may be identified as land use plan decisions.

9. The plan will provide guidance to fully maintain, or contribute toward the restoration of, the structure and composition of old-growth stands according to the pre-fire-suppression old-growth conditions characteristic of the forest type.

### Public land health

1. The plan will incorporate the Colorado Rangeland Health Standards and Guidelines. It will lay out a strategy for ensuring that proper grazing practices are followed within the jurisdiction of the San Juan Public Lands Center. Grazing will be managed to maintain or improve the health of the public lands by incorporating conditions to enhance resource conditions into permitted operations.

2. Consider science appropriately in the planning process with acknowledgement of risk and uncertainty.

3. Analyze problems at the appropriate scale. Decisions are generally made at the management level but with knowledge and understanding of the multi-scale context of those decisions.

4. Monitor conditions and trends on a continuous basis at the appropriate scale, with published evaluations at regular intervals. Evaluations examine the adequacy of the current plan direction and may lead to adjustments of implementation or changes in the plan direction.

5. Create an adaptive framework that incorporates regular monitoring and evaluation to adjust forest management consistent with the direction of the existing plan; or when that is not possible, with a focused plan amendment process.

6. Have realistic desired conditions and achievable objectives consistent with likely budgets and the design criteria.

### Wilderness and special area management criteria

*BLM Wilderness Study Areas in land use planning*

1. Provide for the long-term protection and preservation of the area's wilderness character under a principle of non-degradation. The area's natural condition, opportunities for solitude, opportunities for primitive and unconfined types of recreation, and any ecological, geological or other features of scientific, educational, scenic or historical value present will be managed so that they will remain unimpaired.

2. Manage the area for the use and enjoyment of visitors in a manner that will leave the area unimpaired for future use and enjoyment as wilderness. The wilderness resources will be dominant in all management decisions where a choice must be made between preservation of the wilderness character and visitor use.

3. Manage the area using the minimum tool, equipment, or structure necessary to successfully, safely, and economically accomplish the objectives. The chosen tool, equipment, or structure should be the one that least degrades wilderness values temporarily or permanently. Management will seek to preserve spontaneity of use and as much freedom from regulation as possible.

4. Manage non-conforming but acceptable uses permitted by the Wilderness Act and subsequent laws in a manner that will prevent unnecessary or undue degradation of the area's wilderness character. Non-conforming uses are the exception rather than the rule; therefore, emphasis is placed on wilderness character.

BLM_0031188

*Lands with wilderness characteristics*
Lands with wilderness characteristics may be managed to protect and/or preserve some or all of those characteristics. This may include protecting certain lands in their natural condition and/or providing opportunities for solitude, or primitive and unconfined types of recreation.

*Special area management*
FLPMA (Section 202(c)(3)) requires that, "In the development and revision of land use plans, the Secretary (BLM) shall give priority to the designation and protection of areas of critical environmental concern." In designated Areas of Critical Environmental Concern, special management attention is focused on protecting and preventing irreparable damage to important cultural, historic, or scenic values, fish and wildlife resources or other natural systems or processes, or to protect life and safety from natural hazards. To qualify for consideration of the ACEC designation, such values must have substantial significance and worth, with qualities of more than local significance and special worth, consequence, meaning, distinctiveness, or cause for concern. Where ACEC values and wilderness characteristics coincide, the special management associated with an ACEC, if designated, may also protect wilderness characteristics.

### *Right-of-way and utility corridor criteria*

1.  Utility corridors: The Energy Policy Act of 2005 will be incorporated in all alternatives with specifications for centerline, corridor width, allowable facilities and appropriate approval conditions.

2.  Identify existing and potential ROW development sites such as energy development areas (e.g., wind energy sites) and communication sites.

3.  Describe likely development of potential corridors and other ROW sites as a basis for impact assessment and development of stipulations or conditions of use.

4.  Highlight limitations on other uses in the potential corridors or at potential ROW development sites which would be necessary to maintain the ROW and corridor values.

5.  Describe corridor and ROW development area selection criteria, including goals and objectives for the areas identified (to help establish reclamation standards, manage other multiple uses, establish sideboards for approval process for future compatible uses, etc.).

6.  Evaluate impacts on the distribution or production of energy supplies if plan decisions limit the authorization of energy-related facilities.

7.  Establish reasonable alternatives to a proposed action having adverse energy effects and the anticipated effects of such alternatives on the production/distribution of energy.

8.  Plan should consider a general goal statement for ROW corridor decision which emphasizes that SJPLC will encourage use of the designated ROW corridors and ROW use areas to the extent possible, but, depending on site-specific needs, actual locations may vary. Such variances should be considered consistent with the management plan, provided such locations and uses are consistent with the selection criteria and goals and objectives for ROW corridors and ROW use areas.


## INFORMATION PROVIDED DURING SCOPING AND INFORMATION GAPS

### STUDY GROUP INFORMATION RESOURCES
Several resources were available for study group participants both in meeting packets and online:

### GOVERNMENTAL WATER ROUNDTABLE INFORMATION RESOURCES

BLM_0031189

A wide variety of information has been provided to the ongoing Governmental Water Roundtable component of the scoping process, all of which is available online at http://ocs.fortlewis.edu/forestPlan/roundtable.asp

**Narrative resources**

San Juan National Forest Land & Resource Management Plan

Desired Outcomes for the San Juan Public Lands Center Plan Revision Process

MOU: Framework for Federal/State Cooperation on Water Management

Colorado River Cutthroat Conservation Management Plan and Strategy

Species Conservation List

San Juan Basin Recovery Implementation Program, Outline July 6

Range-Wide Conservation Agreement for Roundtail Chub, Bluehead Sucker and Flannelmouth Sucker

Conservation Agreement and Strategy for Colorado River Cutthroat Trout

CDOW Draft Comprehensive Wildlife Conservation Strategy (CWCS)

Letter from Under Secretary Rey to Senator Allard

July 6 revision of Desired Outcomes

USFS Acronyms

Carbon Lakes Ditch Project

Wilderness Act of 1964

Wilderness Act of 1975

Colorado Wilderness Act of 1980

Colorado Wilderness Act of 1993

BLM-DNR MOU

Brunot Agreement with Ute Nation - 1874

Proposed Criteria to Trigger USFS Stream By-Pass Analysis, submitted for discussion by Steve Harris, Nov. 2, 2005.


**Slide-show presentations**

Multiple Water Uses on National Forests and BLM Lands

Federal Strategies to Protect Streamflows

Water MOU: USFS/CDOW/DRR Cooperation

Planning for Aquatic Species and Aquatic Ecosystems

Forest Planning Rule

Special Uses on Public Lands

Roadless Area Inventory and Wilderness Evaluation (Thurman Wilson)

Wild and Scenic Rivers Act (Roy Smith)

Selection of Eligible Wild and Scenic Rivers/Streams (Kay Zillich)

Range Water Uses

Ditch Bill (Dave Gerhardt)

Wild and Scenic Rivers Analysis Intro

Wild and Scenic Rivers Suitability Analysis (Roy Smith)

BLM_0031190

***Aspen workshop presentations***

Aspen Ecology in the Southwest, Dr. Bill Romme, Colorado State University, Department of Forest, Rangeland, and Watershed Stewardship

History and Implications of Aspen Management in Southwest Colorado, Dave Dallison, San Juan National Forest

Overview of Aspen Research, Dr. Wayne Shepperd, Rocky Mountain Experiment Station

Role of Aspen in Our Economy, Norm Birtcher, Western Excelsior and Dewayne Findley, Aspen Wall Wood

Interdependency between Aspen and Wildlife, Patt Dorsey, Colorado Division of Wildlife

Aspen Aesthetics and Environmental Values in SWCO, Mark Pearson, San Juan Citizens Alliance

***Data gaps***

The *Terrestrial and Aquatic Assessments for the San Juan National Forest* lists extensively the information needs identified during recent analysis and during the scoping process. Terrestrial information needs focus almost exclusively on inventorying and assessing recreation and travel trends, facilities, and impacts. The Aquatic Assessment calls for much of the same information regarding the extent and trends of human activities and transportation networks, with a special emphasis on water resource development. The *San Juan Planning for Biodiversity Model Project*-Phase I report identified significant ecological and species to be considered in the plan revision with a focus on BLM-managed lands.

While the information gaps will need to be filled incrementally, the current information gaps do not limit the ability of SJPLC to conduct planning-level analysis.

BLM_0031191

BLM_0031192

# APPENDIX B - DATA AND ANALYSIS METHODS

BLM_0031193

BLM_0031194

## INTRODUCTION

Analyses for economic impacts of alternative plans, timber suitability and capability and livestock capability were completed for the Land Management Plan revision. Computer-generated models were used to analyze the economic impacts of major land management activities of the USFS and BLM upon the local communities; yield-table outputs analyzing future management alternatives for timber on the National Forest; and analyze the effects of alternatives on status of each livestock-grazing allotment

Sections 1and 2 include a description of values used in the financial and economic analyses and a more detailed discussion of the models and analysis methodology used for economic impact analysis. Section 3 is a description of the analysis used to form timber-yield tables for the San Juan National Forest.

# ECONOMIC IMPACT ANALYSIS

## INTRODUCTION

To estimate the economic impacts to the San Juan area economy, one model covering five counties was developed. The counties included Archuleta, Dolores, La Plata, Montezuma, and San Juan. This area matches both state and local recognition of a functional social and economic planning area. Labor flows between towns and counties are generally contained within these five counties. Interstate flows of labor, goods, and services between this area and San Juan County in New Mexico (Farmington, Bloomfield, and Shiprock) are not captured in the model, but considered as exports or imports along with other parts of the country.

IMPLAN was used to build and run the model. IMPLAN is a software package for personal computers that uses the latest national input-output tables from the Bureau of Economic Analysis, secondary economic data at the county level from a variety of sources, and proprietary procedures to develop input-output models for every county or group of counties in the nation. The software was originally developed by the U.S. Forest Service and is now maintained by the Minnesota IMPLAN Group, Inc (MIG). The model was calibrated to employment estimates in 2004 using data from the Colorado Department of Local Affairs, State Demography Office. The State Demography Office (SDO) works closely with counties in the San Juan planning area to establish mutually agreed-upon estimates of population, employment and personal income for current conditions and projections out to 2025. This was done using ouput per employee and similar ratios from MIG with employment estimates from SDO.

Economic impacts were estimated for the base year (2004) and for each alternative developed associated with the forest plan. The alternatives were evaluated in year 2015 for two reasons: First, the Colorado SDO forecasts are only available in five-year increments; and second, this year represents an approximate mid-point of the first 10-year planning period.

BLM_0031195

## DEPENDENCY ANALYSIS

The IMPLAN model was used to assess the economic dependencies of the San Juan planning area. Economic dependency is a way of assessing the strength of regional or local economies. Regional economies, including the San Juan area, generally depend most on their exports to sustain local income and employment. However, sales to governments, capital investments, and residents with non-labor income must also be examined. A measure of reliance upon each aspect of the area economy was estimated and displayed.

## FOREST CONTRIBUTION AND ECONOMIC IMPACT ANALYSES

Impact analysis describes what happens when a change in final sales (e.g., to non-residents — or exports – and governments) occurs for goods and services in the model region. Changes in final sales are the result of multiplying production data (e.g., head months of grazing or recreation visits by non-locals) times sales. Economic impacts were estimated for 2015 using the best available production and sales data. Retail margins were accounted for in the analysis. The initial economic impact prices and data sources of each are listed in Tables B-1 and B-2.

Impacts to local economies are measured in two ways: employment and labor income. Employment is expressed in jobs. A job can be seasonal or year-round, full-time or part-time. Jobs represent the annual average of 12 monthly estimates. There is no seasonality in this measure. The income measure used was labor income expressed in 2004 dollars. Labor income includes both employee compensation (pay plus benefits) and proprietor income (e.g., self-employed).

## CUMULATIVE EFFECTS

Projections of employment and income to 2015 are made by the SDO. These projections implicitly incorporate some level of forest management, and that level was assumed to be Alternative A, or the no-action alternative. Whether each alternative would increase, decrease, or not affect the projections is the purpose of the cumulative effects analysis. The projections for 2015 were used for this analysis. These projections provided a context for understanding alternative impacts. A full description of cumulative effects was provided in Chapter 3.

## DATA AND ASSUMPTIONS

### Natural gas & oil

Estimates of well-drilling and natural-gas production were based on oil and gas potential and reasonably foreseeable development scenarios prepared by Gault Group Inc. in December 2006 for the San Juan planning area. Assumptions included wells would be drilled in areas of high potential for oil and gas, and new wells would be drilled in areas with current production first with only a small potential for drilling of wildcat wells. Oil production was assumed to remain unchanged from recent years (1990-2004).

Market prices for domestic natural gas and oil were obtained from the Department of Energy Information web page. The cost of well-drilling was obtained from staff petroleum engineer estimates of normal drilling costs for both conventional and coal-bed methane well-drilling.

BLM_0031196

### Recreation

Data from the National Visitor Use Monitoring Project (NVUM) for the San Juan National Forest (2001) was used to estimate recreational use on the forest. This data was collected from October 2000 through September 2001. The data indicated a total of 2,221,000 recreation visits to the San Juan National Forest annually.  The Bureau of Land Management (BLM) measures recreation use in recreation visitor days (RVD) – a 12-hour day of recreation participation. Most activities are engaged in for far less than 12 hours at a time, so one RVD often includes many occasions of the activity. This differs from the NVUM measure of recreation visits, which has no time element. A recreation visit can range from a few minutes to several days. For analysis purposes, BLM recreation use was converted to recreation visits.

To estimate the economic impact of recreation, it was necessary to first separate local resident visits from other Colorado residents and non-resident (out-of-state) visits.For purposes of this analysis, Colorado residents from outside the five-county area and out-of-state residents were considered as non-locals. This distinction was necessary since economic impacts are based on new dollars flowing into the economy. Resident recreation expenditures, on the other hand, represent a part of the current distribution of existing dollars already in the regional economy. Information for the San Juan National Forest indicated that 66 percent of the visits to the forest were by local residents with 34 percent being either non-local residents of Colorado or non-residents of Colorado.

The visitor expenditure profiles used in the analysis were obtained from two sources. Expenditures for non-local, non-skiing recreation were obtained from the NVUM system, a national survey of recreation visitors to national forests. Each national forest is classified as a high, average, or low spending area by comparing local spending with national averages. Spending on the San Juan National Forest best matched national averages. It was assumed that spending by BLM visitors was similar to those visiting the national forest. Spending profiles from NVUM were based on "trip segments" rather than activities.

Downhill-skiing expenditures were based on survey data from multiple studies obtained during development of the White River National Forest plan revision.  The spending totals were compared with non-local ski spending from the NVUM system, which provides a national average across all ski areas on National Forest System lands. The Colorado-based skier spending totals were higher than the NVUM national averages and resulted in a relatively high share of total tourism spending in the area. To better match local spending, the Colorado-based spending totals were moderated somewhat to provide a better fit in the San Juan area. All expenditures were adjusted to 2004 dollars to be compatible with the economic models.

### Timber production

Timber harvest from the SJPL was based on a 10-year average. This was done to account for annual variations in timber harvest from National Forest System and BLM lands. On this basis, it was estimated that the SJPL currently produce 0.8 MMCF of softwood sawtimber and 1.6 MMCF of all other products and species. All timber activity was assumed to involve local logging. Approximately 80 percent of softwood sawtimber and 90 percent of all of the products and species are processed in the five-county area. These distributions were used for the analysis of each alternative in the plan.

BLM_0031197

Due to the price fluctuations associated with lumber products, the economic impact of timber production was based on quantities of timber production. Estimates of direct employment and labor income per MMCF were provided by the Bureau of Business and Economic Research, University of Montana and by a local timber-industry assessment. See Table B-2 below. Estimates of the total employment associated with timber production from the SJPL were developed using IMPLAN employment multipliers from wood-products sectors in the model. Multipliers for "other" wood-products sectors were obtained from the miscellaneous-wood-processing sector for the state of Colorado.

### Livestock-grazing

SJPL records indicate that there are over 148,000 animal-unit-months (AUM) of livestock permitted on public lands in the area. Ninety-three percent of the total AUMs were cattle-grazing and 7 percent were sheep-grazing. Livestock prices were estimated using inventory and marketing data from the National Agricultural Statistics Service for Colorado in 2004.

### SJPL operating budget and employment

SJPL data indicate that the three-year average (2004–2006) budget totals for both the Forest Service and BLM combined is $17 million. The budget is split between salary and non-salary expenditures in approximately a 60/40 ratio. The budget supports 265 Forest Service employees in the five-county area. Two hundred twenty-seven of these workers are permanent employees and 38 are seasonal.

BLM_0031198

**Table B.1- Direct Economic Activity Used in Economic Impact Analysis**

| Description | Units | Direct Economic Activity |
|---|---|---|
| **Tourism/Recreation Spending** | | |
| Downhill Skiing | | |
| Non-Local Day | Skier-day | $46.23 |
| Non-Local Overnight | Skier-day | $173.15 |
| All Other Recreation | | |
| Non-Local Day Trip | Visit | $23.37 |
| Non-Local Overnight | Visit | $90.54 |
| | | |
| **Livestock Market Values** | | |
| Cattle | Head-month | $41.16 |
| Sheep | Head-month | $6.03 |
| | | |
| **Oil & Gas Market Values** | | |
| Natural Gas (@wellhead) | MCF | $6.46 |
| Oil (@ wellhead) | Barrel | $50.08 |
| Dry Hole | Well | $1,200,000 |
| Producer | Well | $1,500,000 |
| | | |
| **San Juan Public Lands Operations** | | |
| Budget in 2006 | Dollars | $18,400,000 |
| Budget in 2015 | Dollars | $17,000,000 |
| Employment in 2006 | Jobs | 265 |
| Employment in 2015 | Jobs | 245 |
| **Wood-Products Processing** | | |
| Logging | Jobs/MMCF | 25 |
| Sawmills | Jobs/MMCF | 30 |
| Other | Jobs/MMCF | 77 |

BLM_0031199

**Table B.2 - References for Direct Economic Activity Used in Economic Impact Analysis**

| Description | References |
|---|---|
| **Tourism/Recreation Spending** | |
| Downhill Skiing | Composite spending profiles developed from studies by RRC Consulting, Boulder, CO.  1997-1999. |
| All Other Recreation | Stynes, Daniel J. and Eric M. White. Spending Profiles for National Forest Recreation Visitors by Activity and NVUM2003NFForestSpendingEstimates2.xls.  Michigan State University. East Lansing, MI. Feb. 1, 2006. |
| | |
| **Livestock Market Values** | Colorado State Level Data - Livestock Statistics : Meat Animals Production, Disposition, and Income, 2002 Summary. National Agricultural Statistics Service, April 2003 http://www.nass.usda.gov:8080/QuickStats/index2.jsp |
| | |
| **Oil & Gas Market Values** | |
| Natural Gas | Energy Information Agency web page. http://www.eia.doe.gov/ -- US Nat Gas wellhead prices 3-yr avg (March 2004-Feb 2007) |
| Oil | Energy Information Agency webpage. http://www.eia.doe.gov/ -- US crude oil domestic production prices 3-yr avg (May 2004-May 2007) |
| Dry Hole, Producer | Thrash, Gary & Jim Powers. San Juan Public Lands. Durango, CO. 2007. |
| | |
| **San Juan Public Lands Operations** | Wilson, Thurman. Unpublished data. San Juan Public Lands. Durango, CO. 2007. |
| | |
| **Wood-Products Processing** | |
| Logging & Sawmills | Keegan, Charles. Unpublished data. Bureau of Business & Economic Research, University of Montana. Missoula, MT. 2006. |
| Other | Preston, Michael. Timber industry assessment for San Juan Public Lands plan revision (Western Excelsior production & employment). Office of Community Services, Fort Lewis College. Durango, CO.  2006. |

# FINANCIAL AND ECONOMIC EFFICIENCY ANALYSIS

Financial efficiency is defined as how well the dollars invested in each alternative produce revenues to the government. Economic efficiency is defined as how well the dollars invested in each alternative produce benefits to society. Present net value (PNV) is used as an indicator of financial and economic efficiency.

Quick-Silver, a public domain Windows-based program, was used to discount revenues, benefits, and costs over a 50-year period (2008-2057). A 4 percent discount rate is specified by agency policy and was used for these analyses.

Revenues from recreation permittees are highly variable and therefore not estimated, except for downhill skiing and grazing where historical averages are available. Revenues for grazing are set by law. Sawtimber revenues are shown below and discussed in more detail elsewhere in this appendix.

BLM_0031200

Some economic values are based on actual revenues where markets exist. For timber, these values are based on harvest values by product between 2001 and 2004. For grazing, these values are computed by the Washington Office and provided to the field on an annual basis. Range values sent to the field in early 2007 are used in these analyses. Values for recreation represent a market-clearing estimate of willingness-to-pay evaluations. These economic values were developed by the SPRA staff of the Washington Office and updated to current values by the Regional Office of the Rocky Mountain Region. As discussed in the FEIS, willingness-to-pay estimates for non-use values (scenery, existence values, bequest values, etc.) have not been established by the agency, and are therefore excluded from this analysis. All values have been adjusted to 2004 dollars. The table below displays the economic values and revenues that were used for each resource.

**Table B.3 - Economic Benefits and Financial Revenue Values**

| Activity | Unit | Economic Benefit | Financial Value |
|---|---|---|---|
| Cross-Country Skiing | RVD | $14.77 | N/A |
| Snowmobiling | RVD | $13.29 | N/A |
| Downhill Skiing | Skier-Day | $43.00 | N/A |
| Hunting | RVD | $60.00 | N/A |
| Fishing | RVD | $87.15 | N/A |
| Viewing Scenery/Wildlife | RVD | $68.18 | N/A |
| OHV Use | RVD | $13.29 | N/A |
| Driving | RVD | $13.29 | N/A |
| Developed Camping | RVD | $10.34 | N/A |
| Primitive Camp/Backpacking | RVD | $18.74 | N/A |
| Hiking | RVD | $14.77 | N/A |
| Other | RVD | $14.77 | N/A |
| Grazing – Cattle | HM | N/A | $1.35 |
| Grazing – Sheep | HM | N/A | $0.27 |
| Grazing – Permittee Costs- Cattle | HM | $12.28 | N/A |
| Grazing – Permittee Costs - Sheep | HM | $5.44 | N/A |
| Grazing – Cattle & Sheep | AUM | $13.65 | N/A |
| Timber Harvest – Softwood Sawtimber | CCF | $42.99 | $42.99 |
| Timber Harvest – Softwood POL | CCF | $6.00 | $6.00 |
| Timber Harvest – Aspen | CCF | $38.08 | $38.08 |
| Timber Harvest – Posts & Poles | CCF | $11.25 | $11.25 |
| Timber Harvest - Firewood | CCF | $9.00 | $9.00 |
| Natural Gas – Cost of Drilling | Well | $1,500,000 | N/A |
| Natural Gas | MCF | $6.00 | N/A |
| Natural Gas – Royalties | MCF | $0.75 | N/A |
| Natural Gas – Operation & Maintenance | MCF | $1.50 | N/A |

Detailed costs were not developed for this analysis. Total budgets for public lands management were held constant and assumed to be fully spent for each alternative. An analysis of individual program contributions to benefits, revenues, and costs was not conducted.

Further details of the analysis, such as source references and software, are available in the administrative record.

BLM_0031201

# TIMBER ANALYSIS

The San Juan National Forest used the forest vegetation simulator (FVS) to create yield tables to aid current forest plan revision efforts. The yield-table outputs from FVS were used in analyzing future management alternatives. FVS yield-table development is comprised of five steps. First, forest inventory data is assigned to the forest land stratification scheme used to delineate similar stands types. Second, FVS needs to be calibrated and adjusted for local conditions. Third, FVS code needs to be written to compute important tracking variables needed by the planning model. Fourth, natural growth simulations need to be constructed that show tracking variable yields over the projection period. And finally, treatments need to be simulated for each stratum. Further detail on yield-table development can be found in the planning record in the document titled San Juan National Forest Plan Revision Summary of Yield Table, Long Term Sustained Yield Capacity (LTSYC), ASQ, and Timber Sale Program Quantity (TSPQ) development.

## FOREST LAND STRATIFICATION AND SAMPLING SCHEME

Yield tables were constructed for five forest cover types, four size classes and three density classes. Forest inventory data assembled by the San Juan National Forest were assigned to one of the 60 possible strata combinations (forest cover type x size class x density class). Stand exams were chosen based on recommendations in Donnelly and Krueger (1994). Density classes were combined for the seedling/sapling and medium classes and in the very large size classes where sample sizes were small. The end result is that 993 stand exams in 35 strata were selected to create the yield tables to be used in the San Juan National Forest plan revision effort.

Stand age is a variable that is important in aggregating FVS output into yield tables. Stand ages were determined based on R2 RMSTAND methodologies, which assign the average age of the largest size class as stand age. Stands were then assigned their average age based on the dominant size class call in FVS.

Average annual yields for each stratum were then entered into a spreadsheet and applied to acres in each stratum that had been determined to be suitable, roaded, and less than 35 percent slope. The volume yields were then compared to the outputs from the 1992 plan amendment outputs

BLM_0031202

## LTSYC DEVELOPMENT

Long-term sustained-yield capacity calculations were based on the LTSYC calculated for the 1992 timber amendment done for the San Juan National Forest LMP. The calculation was developed using a spreadsheet that compared the average annual yield for each stratum described above and the yield curve developed for each stratum, then expanded by the suitable acres for each stratum developed for the 2007 San Juan National Forest plan revision. The results of the yield calculations were then adjusted by the 1992 amendment calculations and the changes in suitable acres in the 2007 revision.

## TSPQ AND ASQ DEVELOPMENT

TSPQ and ASQ were developed for the anticipated budget levels using current program levels adjusted by the 2006 suitable acres outside of inventoried roadless acres (2007 inventory) on slopes less than 35 percent. Historical harvest levels based on past Silva 99 reporting and actual per-acre volumes generated were used to calibrate the yield curves.

## BENCHMARK ANALYSIS

In accordance with 219.12(e)(1). Based on comparisons of FVS yields generated for the current revision adjusted for changes in suitable acres, the benchmarks run for the 1992 San Juan LMP amendment are still valid and useful to provide a frame of reference for decisions made in this revision.

(See Appendix B Final Supplemental  EIS for San Juan LRMP 1992 pB-64—pB-85)

> Minimum timber output to meet legal requirements is zero since there are no long-term contracts or legal requirements to produce timber on the San Juan National Forest.

> Max Timber Benchmark # 4 - 15 decade maximization, first period yield is 80MMBF/YR.

> Max PNV Benchmark #3 - revised 15 decade maximization, first period yield is 30.6 MMBF/YR.

## STAGE II ECONOMIC ANALYSIS

In accordance with 219.14(b). The financial analysis of existing stands found on page B-171, and B-172 of the Final Supplemental EIS for the 1992 amendment to the Land and Resource Management Plan for the San Juan National Forest, indicates that "the bulk of the representative stands with positive PNV are, as expected are spruce-fir, and Douglas fir sawtimber with volumes per acre in excess of 15 MBF per acre". This is still valid today and can be relied upon.

BLM_0031203

**Table B.4 Suitability of Areas for Timber Summary**

| Category | Acres | Acres Generally Suitable for Timber Harvest | Acres Generally Not Suitable for Timber Harvest | Acres Not Suitable for Timber Production |
|---|---|---|---|---|
| Total National Forest Lands | 1,878,022 | | | |
| Lands Generally Not Suitable for Timber Harvest | | | | |
| Total Lands Generally Not Suitable for Timber Harvest | | | 1,168,231 | 1,168,231 |
| Lands Tentatively Suitable for Timber Harvest | 813,366 | | | |
| Lands Generally Suitable for Timber Harvest | | 709,791 | | |
| Timber Production Achieves or is Compatible with Desired Conditions and Objectives (Suitable Lands) | | 313,812 | | |
| Other Lands Where Harvest is Compatible with Desired Conditions and Objectives | | 395,979 | | 395,979 |
| Lands Not Suitable for Timber Production | | | | 1,564,210 |

Appendix B – Data and Analysis Methods – B-10

BLM_0031204

# APPENDIX C - ROADLESS AREA INVENTORY AND WILDERNESS EVALUATION

BLM_0031205

BLM_0031206

## Table of Contents

INTRODUCTION ........................................................................................................................................... 3

BACKGROUND .......................................................................................................................................... 4

ROADLESS INVENTORY ........................................................................................................................ 4

POTENTIAL WILDERNESS ANALYSIS .............................................................................................. 5

ASSUMPTIONS ........................................................................................................................................ 11

FISH CREEK #SJ001 .............................................................................................................................. 14

STORM PEAK (SJ002) (RARE 2305) ................................................................................................... 18

RYMAN (*SJ015*) (RARE 2315) .............................................................................................................. 23

LIZARD HEAD ADJACENT (SJ018) (RARE II 2235) ...................................................................... 27

BLACKHAWK MOUNTAIN (*SJ012*) (RARE 2304) ........................................................................ 31

HERMOSA SJ014 (RARE 2306) ........................................................................................................... 35

SAN MIGUEL (*SJ456*) (RARE II 2240) .............................................................................................. 42

WEST NEEDLE (*SJ012*) (RARE 2303) ............................................................................................... 48

EAST ANIMAS (*SJ010*) (RARE 2302) ................................................................................................ 53

BALDY 309 (PART OF RARE II 2294) ................................................................................................ 57

FLORIDA RIVER 011 (PART OF RARE II 2294) .............................................................................. 61

RUNLETT PARK SJ012 (RARE II 2293) ............................................................................................ 65

HD MOUNTAIN SJ009 (RARE II 2295) OVERVIEW ...................................................................... 69

PIEDRA AREA ADJACENT SJ 006 (RARE II 2292) ....................................................................... 73

GRAHAM PARK (*SJ005*) (RARE II 2291) ......................................................................................... 79

WEMINUCHE ADJACENT (# *SJ020*) ................................................................................................ 84

TURKEY CREEK (*SJ004*) (RARE II 2286) ........................................................................................ 89

TREASURE MOUNTAIN SJ003 (RARE II 2285) .............................................................................. 94

SOUTH SAN JUAN ADJACENT (*SJ002*) (RARE II 2284) ............................................................. 99

BLM_0031207

## *Tables and Figures*

Table C.1 - Wilderness Areas and Piedra Area ............................................................................................. 4
Table C.2 - Outdoor recreation on the San Juan planning Area ....................................................................... 9
Table C.3 - Acres of wilderness accessible from the nearest cities .................................................................... 9
Table C.4 - Roadless areas wilderness capability and availability ................................................................... 11
Figure C.1 - Fish Creek ............................................................................................................................... 16
Figure C.2 - Storm Peak ............................................................................................................................. 21
Figure C.3 - Ryman Creek ........................................................................................................................... 25
Figure C.4 - Lizard Head Adjacent .............................................................................................................. 30
Figure C.5 - Blackhawk Mountain ............................................................................................................... 34
Figure C.6 - Hermosa ................................................................................................................................. 41
Figure C.7 - San Miguel .............................................................................................................................. 47
Figure C.8 - West Needles ........................................................................................................................... 52
Figure C.9 - East Animas ............................................................................................................................ 56
Figure C.10 - Baldy .................................................................................................................................... 60
Figure C.11 - Florida River .......................................................................................................................... 64
Figure C.12 - Runlett Park ........................................................................................................................... 68
Figure C.13 - HD Mountains ....................................................................................................................... 72
Figure C.14 - Piedra Area Adjacent ............................................................................................................. 78
Figure C.15 - Graham Park .......................................................................................................................... 83
Figure C.16 - Weminuche Adjacent .............................................................................................................. 88
Figure C.17 - Turkey Creek .......................................................................................................................... 93
Figure C.18 - Treasure Mountain ................................................................................................................. 98
Figure C.19 - South San Juan  Adjacent ...................................................................................................... 103

BLM_0031208

# INTRODUCTION

The purpose of this appendix is to describe roadless areas and the criteria used in evaluating the capability, availability, and need of each area on the San Juan National Forest as potential Wilderness Areas. It includes a summary of each area's physical and biological attributes, resource uses, recreation opportunities, Special features, and management considerations.

# BACKGROUND

### PREVIOUS ROADLESS INVENTORIES AND WILDERNESS DESIGNATIONS

Initial authority for roadless inventories and evaluations is based on the Wilderness Act of 1964 (P.L.88-577). In response to Section 3 of the Wilderness Act, the Forest Service began a review of National Forest System roadless areas larger than 5,000 acres in 1972 called the Roadless Area Review and Evaluation (RARE I) to determine their suitability for inclusion in the National Wilderness Preservation System. RARE II, the second and final review process begun in 1977, resulted in a nationwide inventory of roadless areas.

As a result of RARE II, in 1979, the Agency made wilderness, Wilderness Study Area, and non-wilderness recommendations on 24 roadless areas in the San Juan National Forest totaling 743,000 acres. The Colorado Wilderness Act of 1980 (P.L. 96-560) designated 76,843 acres as wilderness and 93,100 additional acres Wilderness Study Areas. The remaining acres (78% of the acreage) were released to multiple-use activities. *(from 1992 plan p. III-45)*.

The 1983 Forest Land Management Plan, amended in 1992, provided the management direction for the multiple-use strategy for managing the released roadless areas. The primary emphases were dispersed non-motorized recreation, management for wildlife indicator species, range management, and management for wood fiber production. A little less than half the roadless acres released were suited for timber production according to the plan.

The table below summarizes the Wilderness Areas and the special management area previously designated by Congress in the San Juan National Forest.

**Table C.1 - Wilderness Areas and Piedra Area**

| Area | Current Acreage | Designation |
|------|------|------|
| Lizard Head Wilderness | 41,496 | Colorado Wilderness Act of 1980 |
| South San Juan Wilderness | 158,790 | Colorado Wilderness Act of 1980 |
| Weminuche Wilderness | 492,418 | Wilderness Act of 1975, Colorado Wilderness Act of 1980, Colorado Wilderness Act of 1993 |
| Piedra Area | 63,250 | Colorado Wilderness Act of 1993 |

# ROADLESS INVENTORY

The current Plan revision process required a new and more accurate inventory to address ongoing roadless area management issues. The inventory criteria for roadless areas and the process used to evaluate these areas' wilderness capability, availability, and need are explained below (as established by FSH 1909.12).

Each undeveloped area on the forest was identified during the inventory and marked for further roadless study if it met one or more of the following criteria:

BLM_0031209

Contains 5,000 acres or more

Contains less than 5,000 acres but:

- Is manageable in its natural condition;

- Is a self-contained ecosystem such as an island;

- Is adjacent to an existing wilderness;

- Does not contain improved roads maintained for travel by standard passenger-type vehicles (i.e., facilities for purposes of travel by vehicles greater than 50 inches in width).

Areas were excluded from the inventory if they contained:

- Classified roads;

- Timber activities from 1960 to present;

- Developed recreation sites (e.g., ski areas, campgrounds);

- Active oil and gas wells/facilities;

- Utility corridors;

- Other infrastructure (e.g., buildings, tanks, towers, water diversions such as dams or bridges, pipelines);

- Grazing features (e.g., corrals, reservoirs with headgates).

After all the roaded areas were excluded, roadless area boundaries were delineated as shown in Figure 1. As a result of the recent inventory, 19 roadless areas were identified totaling 558,282 acres. Various management activities (e.g., creation of new wilderness, timber sales and associated roads, oil and gas activities, other developments) have changed the unroaded character of approximately 213,600 acres of the 743,000 acres of roadless areas identified in the RARE II process.

## POTENTIAL WILDERNESS ANALYSIS

FSH 1909.12 specifies that roadless areas be evaluated on the basis of the area's capability, availability, and the need for wilderness designation. Specific criteria used in the evaluation are described below.

### CAPABILITY

FSH 1909.12-7.21 defines the capability of a potential wilderness as "the degree to which that area contains the basic characteristics that make it suitable for wilderness designation without regard to its availability for or need as wilderness". The following criteria were used to determine wilderness capability of each roadless area:

#### Environment

1) Degree to which the area provides visitors with the opportunity to gain a wide range of experiential benefits (e.g., solitude and serenity, spirit of adventure and awareness, sense of self-

BLM_0031210

# 2006 Roadless Inventory



Legend
- 2006 Roadless Inventory
- USFS/BLM - Ranger Districts / Field Office Boundary
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Piedra Area
- Cities and Towns
- Major Lakes
- Major Rivers
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available.  Geospatial data accuracy varies by theme on the map.  Using this map for other than their intended purpose may yield inaccurate or misleading results.  The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

Miles
0   5   10        20

JET
NAD 83, Polyconic Projection
October 29, 2007

reliance); 2) Degree to which area is natural and free from disturbance, 3) Range of geological, biological, ecological strata; other scientific, educational, historical values.

- Opportunity for solitude – low, moderate, high? Changing? Due to what? (considers human encounters, influence of outside development);
- Does the area provide a feeling of isolation or a sense that civilization has been left behind?
- Are there intrusions by "cherry stem" roads or private land inholdings?
- Can the traveler see or hear evidence of civilization from within the area?
- Is the area a quiet place free from motorized noise?
- Challenge (degree to which area offers visitors opportunity to experience adventure, excitement, challenge, initiative, or self-reliance, unusual or typical);
- Outdoor recreation opportunities (capability of providing primitive and unconfined types of recreation – e.g., camping, hunting, fishing, mountain-climbing, ski touring, canoeing, boating, river-rafting, backpacking, hiking, riding, photography; recreation setting – what is possible)
- Naturalness – (e.g., roads that break up forest? Remoteness? Human presence - previous grazing, ranching, timber, surrounding roads/noise/visual, fire, natural plant succession);
- Does the area prevent incidental damage to ecosystems?
- Is the species composition or succession appropriate for the area?
- Are invasive species present and if so, are they increasing or dominant in the area?
- Does the area provide contiguous habitat for fish, wildlife, and flora?
- Is motorized access present, and if so, how prevalent is it in the area?
- Have natural processes been allowed to run their course without human intervention?

### Special Features
Capability of providing outdoor education and scientific study, abundant and varied wildlife.

- Education – any unique features? RNAs?
- Scenic features – e.g., views.

### Manageability
Ability to manage as an enduring resource of wilderness, untrammeled by man, retaining primeval character; ability to protect and manage natural character - consider size, shape, juxtaposition to external influences, etc.).

- Size, shape;
- Boundaries;
- Avoids conflict with existing or potential public uses outside that might result in demands to allow nonconforming structures/activities in wilderness;
- Can readily/accurately describe, establish, recognize boundaries on ground;
- Conforms with terrain or other features that constitute a barrier to prohibited use;
- Acts as shield to protect wilderness from sights/sounds of civilization;
- Provides adequate opportunity for access and traveler transfer facilities.

BLM_0031212

AVAILABILITY

FSH 1909.12-7.22 states that the determination of availability is conditioned by "the value of and need for the wilderness resource compared to the value of and need for other resources". To be available for wilderness, the values of the wilderness resource, both tangible and intangible, should exceed the value of other resources that formal wilderness designation would preclude.

The Forest Service should have sufficient control to prevent development of irresolvable, incompatible uses that would lessen wilderness character and potential. The effect that wilderness designation and management is likely to have on adjacent lands is also a necessary consideration in evaluating availability.

Lands generally unavailable for wilderness include land with or needed for:

- Increased water production and/or additional on-site storage (need is vital to public necessity and installation or maintenance of improvements would be incompatible with wilderness);
- Wildlife management measures (wilderness designation would restrict or prevent necessary actions);
- Highly mineralized areas (the strategic or economic importance and controls necessary to maintain the wilderness character of the land would not be in the public interest);
- Unique or outstanding natural phenomena (general public access and special development to facilitate public enjoyment may be necessary and incompatible with wilderness);
- Clearly documented resource demands (e.g., timber or mineral production, developed recreation areas such as winter sports sites);
- Contractual agreements (lands committed for use, purposes, or activities that are incompatible with the Wilderness Act).

The following criteria were used to determine wilderness availability of each roadless area:

- Value of and need for wilderness resource compared to other resources (current use, outputs, trends, potential future use), control over surface/subsurface of area (private land plans), effect on adjacent lands (transportation systems – access/transfer facility requirements costs and locations);
- Recreation – motorized, developed areas. What would need to be prohibited should it be wilderness (e.g., snowmobiling, mountain biking)? Level of uses;
- Wildlife – special habitat? Sensitive species? Winter range/migration;
- Water availability and use – snowfall, runoff;
- Livestock operations – which allotments, stocked or improvements?
- Timber – list past activities, suitable timber base, likelihood of being used;
- Minerals - drilling since 1992 or likely to occur;
- Cultural resources – past surveys and potential;
- Authorized and potential land uses – special uses, access to private inholdings, proposed uses;
- Management considerations – RNAs and SIAs (existing or proposed), effect that wilderness designation and management is likely to have on adjacent lands,

BLM_0031213

motorized/mechanized use (where does it occur?), inholdings, fire (what limits would there be for prescribed fire, suppression or fuels management?), livestock-grazing (limits on facilities), effects of limited trail maintenance, limits to address insect/disease, current inholding uses.

***Availability questions***

- Is the area vitally needed for increased water protection and storage? (Areas with vital need for increased water production/additional on-site storage, installation or maintenance of improvements);

- Would wilderness designation seriously restrict important wildlife management measures?

- Does the area have high strategic or economic mineral-development potential? (Highly mineralized areas of strategic or economic importance);

- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? (Natural phenomena demonstrating need for public access and special development);

- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports?

- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation?

Of the 19 areas, 18 were found capable and available for recommended wilderness (see Table C-4 below).

## NEED

Areas determined to be both capable and available for wilderness were evaluated for the need for wilderness.

The need for an area to be designated as wilderness is determined through "an analysis of the degree to which it contributes to the local and national distribution of wilderness" (FSH 1909.12-7.23). For an area to be recommended for inclusion in the National Wilderness Preservation System there should be clear evidence of current or future public need for additional designated wilderness of those characteristics. Need is evaluated in terms of the geographic distribution of areas, representation of landforms and ecosystems, and the presence of wildlife expected to be visible in wilderness. The following criteria were used to determine the wilderness need of each roadless area:

## SOCIAL NEED

### Relation to Nearby Wilderness Areas and Urban Areas

The San Juan National Forest manages three Wilderness Areas – the Lizard Head, Weminuche, and South San Juan Wilderness Areas – and the Piedra Special Management Area. These areas total almost 750,000 acres, or a third of the total acres in the San Juan National Forest.

There are over 3.3 million acres of designated wilderness in the state of Colorado, 75% of which is above 10,000 feet (Colorado Wilderness Guide, 2004). The state's largest Wilderness Area, Weminuche, is located in the San Juan National Forest.

BLM_0031214

San Juan National Forest is located in the Four Corners area of the country, in Southwest Colorado. The region surrounding the San Juan National Forest includes Southwest Colorado, northwestern New Mexico, northeastern Arizona, and southeastern Utah. The largest population center surrounded by the San Juan National Forest is Durango, Colo., with a population of just under 14,000. Surrounding metropolitan areas in the nearby vicinity include Farmington, N.M. (approximately 38,000) and the larger areas of Denver, Colo.

Table C.3 summarizes the wilderness opportunities available from these cities.

The Rocky Mountain Region of the Forest Service has approximately 4.8 million acres of designated wilderness within its jurisdiction (www.wilderness.net).

Current visitor use in San Juan National Forest wilderness:

- 36% of visitors to three Wilderness Areas were considered local (within two hours of a wilderness trailhead). The other 64% were not local and came from 73 different zip codes.

- Trend in recreation visits in recent years has been fairly level with some areas remaining popular or growing such as the wilderness compartments with 14,000-foot peaks and other areas receiving less use. The recent drought and fires (2000-2004) lowered the overall visitor trend.

- The amount of visits has stay between 80,000 and 120,000 for the past 10 years. Most of the visitors are white (97%) and are between 40 and 70 years old (70%), with 10% under 16 years old and the other 20% between 20 and 40 years old.

- Solitude can be measured by whether the visitor feels that the area is crowded. The average visitor to wilderness in the San Juan planning area did not have a crowding concern (2.5 on a scale of 1-10, with 10 being crowded).

Population growth in the counties immediately surrounding the San Juan National Forest is estimated to increase anywhere from 1-2% over the next 25 years. For example, the La Plata County population, at 44,566 in 2000, is projected to almost double by the year 2030.

### Social considerations at a national scale

Cordell and Teasley (1997) estimate in the 1994-5 National Survey on Recreation and the Environment that there were 40.4 million visits to wilderness in 1995. Visitor use of Wilderness Areas on National Forest System lands is forecasted to grow between 0.5 percent and 1.0 percent annually for the next 50 years [Cordell, H.K.; Teasley, J. 1997. Outdoor recreation in the United States: Results from the national survey on recreation and the environment. Athens, GA: U.S. Department of Agriculture, Forest Service, Southern Research Station. 17-206.]

### Unconfined outdoor recreation

**Table C.2 - Outdoor recreation on the San Juan planning Area**

| Recreation Setting | Acres | % of Planning area |
|---|---|---|
| Primitive/Semi-Primitive Non-motorized | 920,121 | 39 |
| Semi-Primitive motorized | 414,152 | 17 |
| Roaded Natural | 957,909 | 40 |
| Rural | 76,892 | 4 |

BLM_0031215

**Table C.3 - Acres of wilderness accessible from the nearest cities**

| City and State | 2000 Population | # Miles to Nearest SJNF Wilderness | Wilderness Areas within 100 miles** | Wilderness Acres within 250 Miles*** | Wilderness Acres within 400 Miles *** |
|---|---|---|---|---|---|
| Durango, CO | 13,922 | 40 miles | Lizard Head (40 miles, SJNF)<br>Weminuche (40 miles, SJNF)<br>Mt. Sneffels (50 miles, GMUG)<br>South San Juan (57 miles, SJNF)<br>Uncompahgre (59 miles, GMUG)<br>La Garita (63 miles, Gunnison and Rio Grande NF)* | | |
| Farmington, NM? | 37,844 | 73 miles | Weminuche (73 miles, SJNF)<br>Lizard Head (76 miles, SJNF)<br>South San Juan (79 miles, SJNF)<br>Mt. Sneffels (89 miles, GMUG)* | | |
| Grand Junction, CO | | 90 miles | Adobe Town Wilderness Study Area (27 miles, BLM)<br>Raggeds (58 miles, Gunnison and White River NF)<br>West Elk (63 miles, GMUG)<br>Maroon Bells-Snowmass (63 miles, Gunnison and White River NF)<br>Flat Tops (78 miles, White River NF)<br>Mt. Sneffels (81 miles, GMUG)<br>Uncompahgre (88 miles, GMUG)<br>Lizard Head (90 miles, SJNF) | | |
| Albuquerque, NM? | | | None | | |
| Moab, UT | | 82 miles | Adobe Town Wilderness Study Area (63 miles)<br>Mt. Sneffels (81 miles, SJNF)<br>Lizard Head (82 miles, SJNF) | | |
| Denver, CO? | 554,636 | | Mt. Evans (27 miles, Arapahoe and Pike NF)<br>Indian Peaks (37 miles, Arapahoe and Roosevelt NF)<br>Lost Creek (38 miles, Pike NF)<br>Ptarmigan Peak (43 miles, White and Routte NF)<br>Eagles Nest (53 miles, Arapahoe and White River)<br>Buffalo Peaks (69 miles, Pike and San Isabel)<br>Hunter-Fryingpan (78 miles, White River NF)<br>Sarvis Creek (80 miles, Routt NF)<br>Collegiate Peaks (84 miles, Gunnison NF)<br>Mount Zirkel (98 miles, Routt NF) | | |
| AZ | | | | | |

*Mesa Verde National Park's wilderness is not included since it is not open for recreation.

**used weather.com's outdoors guide http://www.weather.com/activities/recreation/outdoors/?from=breadcrumbs (there's probably a better source for this but this gave a good overview)

*** The list is attached to the end of this document, because it was too large to fit in the table.

BLM_0031216

Southwest Colorado contains a wealth of opportunities for unconfined outdoor recreation on other types of lands, such as non-wilderness lands on the San Juan National Forest or other adjacent forests such as the Uncompahgre or Rio Grande National Forests, other federal lands such as BLM, state lands, and private lands.

BIOLOGICAL NEED

A review of plant series found on National Forest wilderness lands in the Rocky Mountain Region (USDA, 1994, see EIS Ch. 4 for full reference) identified alpine and spruce-fir vegetation as covering 90% of the wilderness lands.

## ASSUMPTIONS

The Forest Service makes the following assumptions when evaluating the need for wilderness (FSH 1909.12, 7.23a):

- Demand for wilderness increases with both an increasing population and a growing awareness of wilderness.

- Some undeveloped lands provide many opportunities for a primitive type of recreation outside wilderness. These lands are going to decrease in acreage as the demands on public lands increase.

- Some visitor use that occurs in designated wildernesses is not dependent upon the wilderness environment.

- Within social and biological limits, management may increase the capacity of established wildernesses to support human use without unacceptable depreciation of the wilderness resource.

- To survive, some biotic species and/or associations may require the environment found only in a wilderness.

BLM_0031217

**Table C.4 - Roadless areas wilderness capability and availability**

| | Map # | Roadless Area Name | Acres | Adjacent Wilderness | Availability | Capable |
|---|---|---|---|---|---|---|
| 1 | SJ001 | FISH CREEK | 13,537 | Lizard Head | Available | Capable |
| 2 | SJ002 (RARE 2305) | STORM PEAK | 57,623 | Lizard Head | Available | Capable |
| 3 | SJ015 (RARE 2315) | RYMAN | 8,665 | Lizard Head | Available | Capable |
| 4 | SJ018 (RARE II 2235) | LIZARD HEAD ADJACENT | 5,482 | Lizard Head | Available | Capable |
| 5 | SJ012) (RARE 2304) | BLACKHAWK MOUNTAIN | 17,533 | Lizard Head | Available | Capable |
| 6 | SJ014 (RARE 2306) | HERMOSA | 148,139 | Lizard Head, Weminuche | Available | Capable |
| 7 | SJ456 (RARE II 2240) | SAN MIGUEL | 64,162 | Lizard Head, Weminuche | Available | Capable |
| 8 | SJ012 (RARE 2303) | WEST NEEDLE | 7,049 | Weminuche | Available | Capable |
| 9 | SJ010 (RARE II 2302) | EAST ANIMAS | 16,864 | Weminuche | Available | Capable |
| 10 | SJ309 (RARE II 2295) | BALDY | 20,032 | Weminuche | Available | Capable |
| 11 | SJ011 RARE II 2294 | FLORIDA RIVER | 5,726 | Weminuche | Available | Capable |
| 12 | SJ012 RARE II 2293 | RUNLETT PARK | 5,618 | Weminuche | Available | Capable |
| 13 | SJ009 (RARE II 2295) | HD MOUNTAIN | 25,140 | Piedra | Not Available | |
| 14 | SJ 006 (RARE II 2292) | PIEDRA AREA ADJACENT | 44,786 | Piedra | Available | Capable |
| 15 | SJ005) (RARE II 2291) | GRAHAM PARK | 17,808 | Weminuche | Available | Capable |
| 16 | SJ020 RARE II; 2294, 2290, 2288, 2293, 2289, 2287 | WEMINUCHE ADJACENT | 22,683 | Weminuche | Available | Capable |
| 17 | SJ004 (RARE II 2286) | TURKEY CREEK | 25,326 | Weminuche | Available | Capable |
| 18 | SJ003 (RARE II 2285) | TREASURE MOUNTAIN | 22,512 | South San Juan | Available | Capable |
| 19 | SJ002 (RARE II 2284) | SOUTH SAN JUAN ADJACENT | 35,077 | South San Juan, | Available | Capable |

BLM_0031218

# SITE-SPECIFIC EVALUATION DESCRIPTIONS

The following site-specific descriptions were developed by updating the 1992 RARE descriptions from the 1992 EIS, staff and public input, and FHS 1909.12.

Each description contains:

- Overview
- Capability
- Availability
- Need

BLM_0031219

## FISH CREEK #SJ001

(not included in RARE II)

### OVERVIEW

*Acres:* 13,537

*District:* Dolores

*History:* The Fish Creek roadless area was not identified in previous roadless inventories.

*Location and vicinity:* This area is located in the northeastern part of the Dolores District, in Dolores County, southwest of, but not adjacent to, the Lizard Head Wilderness. *see map* Bounded by Little Fish Creek to the west and Fish Creek to the east, the area includes both drainages, spanning from Black Mesa south to the confluence of the two rivers.

*Access:* Points along the following roads are within one-quarter mile or less of the roadless area boundary: Forest Roads; 452, 403, 611A, 404, 534, 64.

*Physical description:* The area includes a variety of topographic features, including mountain peaks, mesas, deep canyons, steep valley slopes, and rolling high country. It is dissected by Fish Creek and Groundhog Creek, which are tributary to the West Dolores River. The area is characterized by Nipple Mountain, Fish Creek State Wildlife area and Willow Creek Divide. The area is bounded on the west by the National Forest boundary and on the east by the west Dolores Road.

The area's elevation ranges from 7,400 feet near the West Dolores River up to 9,763 feet at the Nipple Mountain summit.

*Vegetation:* The lowest elevations are covered with willow-dominated riparian zones and several small stands of old-growth ponderosa pine. Aspen dominates the south-facing slopes while spruce-fir forests populate north-facing slopes.

*Soils:* Geology of the area is manifested by rock outcrops and cliffs of both sedimentary and igneous origin. The soil types vary widely and run the full range of instability from stable and shallow to deep.

*Wildlife:* Wildlife species found in this area are typical of those found in the Southern Rocky Mountains. The large number of vegetative types has created an extremely diverse habitat. There are no known threatened or endangered species in the area.

*Current uses:* The Fish Creek Trail offers hiking, horseback-riding, hunting, and fishing. Western boundary is open to motorized use; part of it is F area down from Groundhog Creek. The Goble Creek area is open to snowmobiling and only the Fish Creek drainage is closed year-long to motorized use.

*Surroundings:* All immediate adjacent lands surrounding the Fish Creek roadless area are National Forest lands. The SJNF boundary is located just over a mile west of the area and is bounded by private lands. Uncompahgre National Forest lands are 1-3 miles to the north of the roadless area. Lizard Head Wilderness is a few miles from the northeastern boundary of the Fish Creek roadless area. Lands south of the roadless area are a part of the SJNF. The Fish Creek State Wildlife Area is located less than a mile southwest of the roadless area.

*Key Attractions:* Fish Creek Trail

BLM_0031220

# CAPABILITY

### Environment

*Opportunity for solitude:* Opportunities are low for most of the area, except on the Fish Creek Trail, due to snowmobiles, hunting and sights and sounds from private lands.

*Naturalness:* The spruce forests of Black Mesa have been extensively clearcut above the stream valley rims. However, these clearcuts on Black Mesa and Willow Divide form the boundary of the roadless area. Livestock fences in this IRA are fairly intrusive in areas.

*Challenge:* Water-users on Groundhog Creek, private lands on the west side of the IRA.

*Outdoor recreation opportunities:* The Fish Creek Trail (FST 647) begins in the Fish Creek State Wildlife Area before it enters SJNF lands, ending at the Black Mesa Road. Goble Trail (FST 740) is a no-motorized trail except for winter snowmobile. The trail is open to horses, hikers, and mountain bikes. Trout fishing occurs in Fish Creek and the Colorado Division of Wildlife has created a fish habitat on the lower end.

### Special features

*Education:* None known

*Scenic features:* None known

### Manageability

*Size:* Same

*Boundaries:* The roadless area cannot be combined with any other roadless area. It is separated from the Lizard Head Wilderness by Forest Road 611.

*Conclusions:* The area is capable as wilderness.


# AVAILABILITY

*Recreation:* Some winter snowmobile use in Willow Divide and Nipple Mountain. Unauthorized ATV use occurs in the area. The IRA is used for pack trips for fishing and hunting big-game outfitters. Overall levels of recreation use are low off the main trails.

*Wildlife:* Fish Creek IRA has several major elk migration corridors between winter range to the southwest and summer range around the Lizard Head Wilderness and contains elk calving areas.

*Water availability and use:* Groundhog Creek is the major outlet for Groundhog Reservoir. Fish Creek Trail has a ditch on National Forest lands. The western side is littered with stock ponds and reservoirs.

*Livestock operations:* The area has livestock-grazing use with numerous fences and stock ponds and reservoirs on the western side, but the only range developments consist of a couple of fences. There is a brush fence on the southern boundary of Mavreeso.

*Timber:* All previous timber sales were removed in the new inventory.

*Minerals:* The area lies outside of known mineral-producing regions and has low potential for economic mineralization. The IRA has moderate oil and gas potential and low potential for coal. No other saleable minerals known in the area.

BLM_0031221

*Cultural resources*: None known

*Authorized and potential land uses*: None known

*Management considerations*: None known

**Availability questions**

- Is the area vitally needed for increased water protection and storage? *Yes, ditches and Groundhog Creek are used to transport water held in Ground Hog Reservoir.*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *Yes, moderate potential for oil and gas.*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

NEED

This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including mechanized travel would be allowed while maintaining the SPM character of the area.

*Nearby wilderness:* Lizard Head Wilderness is a few miles northeast of the Fish Creek roadless area.

*Fish Creek cover type:*

|  | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|
| Acres | 217 | 307 | 0 | 2718 | 10292 | 3 | 13,537 |
| % | 2 | 2 | 0 | 20 | 76 | 0 | 100 |

*Limited representations cover types:* None known

*Wildlife needs:* None known

BLM_0031222

# San Juan Public Lands
## Fish Creek
## Roadless Area

Fish Creek

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field
- Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE xj_pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**

- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATES
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0  0.35 0.7      1.4 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031223

## STORM PEAK (SJ002) (RARE 2305)

### OVERVIEW

*Acres*: 57,623

*District*: Dolores

*History:* The RARE II process identified 52,720 acres of roadless area which were not recommended for wilderness due to the many roads constructed into the high country between the Dolores and West Dolores rivers and the combined effects of developments (e.g., mining, unimproved roads, range improvements). The 1983 Forest Land and Resource Management Plan subsequently allocated the area to a wide variety of management prescriptions that emphasize every resource from recreation to intensive wood fiber production. As of the 1992 Plan amendment, approximately 7,350 of the released acres were modified through resource management practices, and 44,920 acres (70.2 square miles) were managed in a roadless condition.

*Location and vicinity:* The Storm Peak roadless area is located in Montezuma and Dolores counties. The area is located in portions of nine townships near the center of the Dolores District. The northwestern boundary roughly parallels the West Dolores River except for setbacks to exclude the Stoner Mesa and Eagle Creek roads, which forms boundaries for the Storm Peak roadless areas. Where the boundary drops down to the Dolores River near Cayton Campground, it turns and meanders southeast along the Dolores River except for setbacks to exclude the roaded areas around Rico and on Taylor Mesa.

Points along the following roads are within one-quarter mile or less of the roadless boundary: West Dolores Road 535, Stoner Mesa Road 686, Eagle Creek Road 471, Colorado Highway 145, Taylor Creek Road 545, Pothole 692, Taylor Mesa Road 547, and Priest Gulch Road 548. The following Forest trails access or serve the area: Wildcat Trail 207, Calico National Recreation Trail 208, Johnny Bull Trail 639, 640, Burnett Trail 641, Priest Gulch 645, and Twin Springs Trail 739 (also system trails 200, 102, 639, 644, 648, 660), Tenderfoot 633, Stoner Creek 625,  Falls Creek (East Fork 208, West Fork 640)  Geyser Springs Trail 648, Horse Creek, 626 Eagle Creek Trail 624, Spring Creek Trail 627, Twin Springs 729, Loading Pen 738,  Section House 200, School House 660 Trails, all non-motorized, Stoner Mesa Trail. The west two-thirds of the Stoner Area is currently F (open) area.

Points along the following roads are within one-quarter mile or less of the Stoner Mesa portion of the roadless area: Colorado Highway 145, Taylor Creek Road 545, and 201. The following Forest trails access or serve the area: Lower Stoner Trail, Stoner Mesa Trail 624, Stoner Creek Trail 625, and 738.

*Physical description*: The area includes a variety of topographic features, including mountain peaks, mesas, deep canyons, steep valley slopes, and rolling high country. It is highly dissected by numerous streams that are tributary to the Dolores and West Dolores Rivers. The area is characterized by Stoner Mesa, its sloping sides and the Stoner Creek valley. The area is bounded on the west by the Dolores River and contains various creeks and draws such as Stoner Creek.

The area's elevation ranges from 7,400 feet near the confluence of the two Dolores Rivers up to 12,340 feet at the Elliott Mountain summit in the Stoner Mesa roadless portion.

BLM_0031224

*Vegetation:* Vegetation varies according to elevation and exposure. Typically, ponderosa pine and Gambel oak are in the lower country and mixed conifer is found in mid elevations. There are nine or more mountain peaks that have spruce and fir and limited amounts of alpine tundra. In the Stoner Mesa area, aspen forests and ponderosa pine and oak brush are found at lower elevations. Spruce, aspen and fire are found at higher elevations. Blue spruce occurs occasionally, particularly along streams, and the steep slopes below Stoner Mesa's rim and below the west rim of Taylor Mesa offer pure stands of uncut aspen.

*Soils:* Geology of the area is manifested by rock outcrops and cliffs of both sedimentary and igneous origin. The soil types vary widely and run the full range of instability to stable and shallow to deep.

*Wildlife:* Wildlife species found in this area are typical of those found in the Southern Rocky Mountains. The large number of vegetative types has created an extremely diverse habitat. There are no known threatened or endangered species in the area.

*Current uses:* Lower Stoner Trail, Forest Trails 624, 625, and 738 run through the roadless area. Livestock use occurs on the mesa top. Stoner Mesa has many livestock ponds, spring develops and reservoirs, and miles of fences. Motorized routes are visible on Stoner Mesa, near Aspen Reservoir. The Sunshine Road is visible for a long distance. Expectation Peak has a communication tower (passive microwave relay). Two-thirds of the area is available for off-road motorized use (F open area) and a majority of trails are suitable for motorized use.

*Surroundings:* A wide variety of resource and recreational uses occur on the National Forest System lands surrounding the Storm Peak area. In the Rico area, there are the visages of the mining activity for which the town was settled. Both the Dolores and the West Dolores rivers were studied for wild and scenic rivers values. The Dolores was found to be eligible for addition to the Federal Rivers System but Congress has not acted on the issue.

*Key attractions:* Stoner Mesa, several 11,000- to 12,000-foot peaks

## CAPABILITY

### Environment

*Opportunity for solitude:* Opportunity for solitude is low to moderate due in part to the numerous motorized trails.

*Naturalness:* There are six or seven stock reservoirs scattered across Stoner Mesa. Several of these blend closely into the environment and are almost indistinguishable from natural Stoner Lake. The others have obviously constructed earthen berms, but these six or seven stock ponds are widely scattered across the mesa and are usually screened by dense aspen forest. There also exist several range fences crossing the mesa from rim to rim, which are also well screened.

*Challenge:* None known

*Outdoor recreation opportunities:* The area has a number of trails which provide for a diverse travel-related recreational opportunity. Hunting, hiking, motorcycles and horseback riding are probably the predominant activities. The Calico National Recreation Trail follows the ridgeline from the Dolores River to Storm Peak and continues on through spruce forests to Morrison Creek. The area also includes the Priest Gulch Trail and the upper end of the Stoner Mesa Trail. The Calico Trail and Priest Gulch Trail are open to motorized recreation use. The Stoner Mesa Trail runs the length of the mesa and the Eagle Peak Trail parallels Stoner Creek.

BLM_0031225

Recreational activities include hiking, backpacking, horse packing, hunting, and fishing. The area is used for backcountry skiing and the northern portion is used by snowmobiles. Recreation outfitters use the area for big-game hunting and packing services, horseback-riding, and fishing.

### Special features

*Education:* None known

*Scenic features:* The area contains the Calico National Recreation Trail, which was the first National Recreation Trail designated on the San Juan National Forest.

### Manageability:

*Size:* Same

*Boundaries:* The area has a shapeless, irregular and meandering boundary. The area cannot be linked to other roadless areas or existing wilderness.

*Conclusions:* The area is manageable as wilderness.


## AVAILABILITY

*Recreation:* See Capability

*Wildlife:* See Capability

*Water availability and use:* See Capability

*Livestock operations:* Presently there are no known impacts from planned recreation and livestock management projects. There is some opportunity for wildlife habitat improvement through vegetative manipulation but no projects are currently planned for the area.

*Timber:* All previous timber sales were removed in the new inventory.

5,571 acres are suitable timber lands (per 12/05 Governor's roadless meeting materials).

*Minerals:* The Department of Energy shows that about 60 percent of the area may contain nuclear mineral resources. The area also contains known geothermal and locatable minerals. There are existing mineral leases. Patented mining claims dot the Horse Creek watershed west of Rico.

Oil and gas potential is low and there no existing oil and gas leases in the roadless area. There is an existing oil lease on Taylor Mesa (per 12/05 Governor's roadless meeting materials).

*Cultural resources:* The many cultural resource surveys in or about the area have located and identified numerous sites consisting of isolated lithics, lithic scatters, some ground stones, historic aspen art, and habitation structures. Many of these sites are likely to be eligible to be listed in the National Register of Historic Places. There is a moderate to high likelihood of additional sites occurring in open parks and meadows, along drainages, and on level areas near permanent water sources. The likelihood of sites occurring on steep slopes and in dense timber is low to moderate. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.


*Authorized and potential land uses:* Access to approximately 17 private land holdings could impact roadless characterizes.

BLM_0031226

*Management considerations:* The Calico Trail and Priest Gulch Trail are open to motorized recreation use. There are numerous motorized trails in the area and two-thirds of the area is open to motorized use. Stoner Mesa receives extensive ATV use on decommissions and closed Forest System roads.

**Availability questions**

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *There is potential for mineral leasing and oil and gas development.*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

NEED

This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including motorized and mechanized travel would be allowed while maintaining the SPM character of the area.

*Nearby wilderness:* The Lizard Head Wilderness is approximately a mile from the Storm Peak's northern boundary.

*Cover type:*

| STORM PEAK | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 3,870 | 664 | 0 | 3,017 | 50,043 | 29 | 57,623 |
| | % | 7 | 1 | 0 | 5 | 87 | 0 | 100 |

*Limited representation cover types:* Some old-growth spruce-fir in the Dolores River drainage occurs in Storm Peak, including the old-growth stands of Truby Creek. The Truby Creek old-growth spruce forest is uncommon on the San Juan National Forest because it is located on gentle slopes**.**

BLM_0031227



# San Juan Public Lands
## Storm Peak
## Roadless Area

Storm Peak

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field

Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE.xj_pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**

2006 Inventoried Roadless Areas
Bureau of Land Management
Bureau of Reclamation
Colorado Division of Wildlife
National Forest
Indian Reservation
National Park Service
Patented Lands
State Lands
Wilderness
Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0  1  2        4 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031228

# RYMAN (*SJ015*) (RARE 2315)

## OVERVIEW

*Acres:* 8,665

*District:* Dolores

*History:* The RARE II process identified 9,030 acres which were not recommended for wilderness because of numerous unimproved four-wheeled routes and range improvements. The 1983 Forest Plan placed approximately 82 percent of the area in the semi-primitive non-motorized recreation management prescription and the remaining to semi-primitive motorized recreation and livestock-grazing. As of the 1992 Plan amendment, there had been modification of the character of 1,040 acres through subsequent management practices. The 2006 inventory increased the roadless acres to 8,665 through better GIS mapping procedures.

*Location and vicinity:* The Ryman area covers steep slopes and canyons on the east side of the Dolores River between Scotch Creek and Roaring Fork. Most of the area is located in Montezuma County with about 600 or 700 acres in Dolores County. Its western boundary parallels the Dolores River, with its north and south boundaries paralleling the Scotch Creek and Roaring Fork roads. The eastern boundary is along the past timber-sale areas at the top of the Roaring Fork Road.

*Access:* The area is generally surrounded by Colorado Highway 145, the Scotch Creek, Road 550, and Roaring Fork Road 435. The Ryman and Salt Creek trails provide access and dissect the area for recreation use.

*Physical description:* Steep slopes climb out of the Dolores River bottom and end in the higher and rolling country between the Dolores River and the Hermosa drainage. The steep slopes that form the Dolores River Valley are highly dissected with side drainages that have formed steep-gradient stream bottoms.

The elevation range is between 8,200 feet near the confluence of Roaring Fork and the Dolores River and 10,200 feet near the headwaters of Ryman Creek.

*Vegetation:* Vegetative overstory is the mixed conifer type with ponderosa-aspen mix in the lower elevations and aspen-white fir mix at the upper end. Depending on exposure there are pockets of Douglas fir and spruce.

*Soils:* The parent geology of the area is of sedimentary origin. The soils are varied between shallow and deep but are consistently unstable.

*Wildlife:* Wildlife species inhabiting the area are typical of wildlife found in the Southern Rocky Mountains. There is a good animal species mix because of the varied habitats created by the variety of understory vegetation. Fish improvements have been made on Ryman Creek. There are no known threatened or endangered species in the area. Elk winter in this area.

*Current uses:* Dispersed recreation in the area is mostly from hunting and occasional hiking or similar day-use activities. Most of the use takes place on the Ryman Trail, snowshoeing, backcountry skiing, mountain-biking. Upper Ryman is open to motorized use (motorcycle). Portions of the area contribute to the scenic enjoyment of visitors driving along the Scotch Creek and Roaring Fork roads. Snowmobiling use is limited and is not an issue in this IRA.

BLM_0031229

*Surroundings:* National Forest System lands surrounding the area provide a variety of values. The area in the river bottom and stream bottoms provides a scenic background for recreationists. The area along the eastern side provides for timber harvest and some domestic grazing. The private lands in the river bottom are involved in ranching and home sites.

*Key attractions:* Ryman Creek

## CAPABILITY

### Environment

*Opportunity for solitude:* The opportunity for solitude is low in the Dolores River Valley due to State Highway 145, and moderate as you move into the east part of the IRA.

*Naturalness:* The area appears natural, with fences and trails as the only known physical intrusions.

*Challenge: Nothing is listed here.*

*Outdoor recreation opportunities:* Hiking, hunting and nature studies

### Special features

*Education:* None known

*Scenic features:* None known

### Manageability

*Size:* Same

*Boundaries:* The area cannot be connected to other roadless or designated Wilderness Areas.

*Conclusions:* The area is manageable as wilderness.

## AVAILABILITY

*Recreation:* See Capability

*Wildlife:* See Capability

*Water availability and use:* See Capability

*Livestock operations:* No active grazing allotments

*Timber:* There are 897 acres of suitable timber lands in the area (per 12/05 Governor's roadless meeting materials). However, there are no timber sales planned in the area.

*Minerals:* There is no potential for locatable minerals or leaseable coal. Potential for oil and gas is also low. There are no existing oil and gas leases (per 12/05 Governor's roadless meeting materials).

*Cultural resources:* Previous cultural resource surveys in the adjacent area resulted in the location of only a few sites. These sites included lithics, lithic scatters and some isolated artifacts located in meadows. There is a moderate to high likelihood of additional sites being present in meadows, along drainages and near permanent water sources. The likelihood is lower for the steep slopes and dense tree-covered areas. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.

BLM_0031230

*Authorized and potential land uses:* There has been a watershed project (fish project) in Ryman Creek but its development did not affect the roadless character of the area. There are no other planned developments and projects for any of the National Forest resources. Potential exists for wildlife habitat improvements but none are planned at this time.

*Management considerations:* None known

**Availability questions:**

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *No*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

NEED

This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including motorized and mechanized travel would be allowed while maintaining the SPM character of the area.

*Nearby wilderness:* The Lizard Head Wilderness is approximately 10 miles north of the Ryman roadless area's northern boundary.

*Cover type:*

| RYMAN | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|-------|------|-------|-------|------|--------|-------|-------|-------|
| | Acres | 44 | 128 | 0 | 2 | 8,486 | 5 | 8,665 |
| | % | 1 | 1 | 0 | 0 | 98 | 0 | 100 |

*Limited representation cover types:* None known

*Wildlife needs:* None known

BLM_0031231

# San Juan Public Lands
## Ryman
## Roadless Area

Ryman

### Legend

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- ⊙ Well or Well field
- Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE xj pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- ⊤ AERIAL CABLE
- ◆ INDUS PLANT
- ♠ SMOKESTACK
- ■ BUILDING
- ■ STORAGE STRUC
- ♦ TANK
- ♦ TOWER

**Aerial Hazards**
- ⊤ AERIAL CABLE
- ⋈ BRIDGE
- ⊘ GAS WELL
- ◆ INDUS PLANT
- ♦ LOOKOUT TOWER
- ✕ MISC MAN-MADE
- ▲ STREAM GAGE
- ♦ TOWER
- ▦ Water pumps
- ⊛ Water pipes
- ♦ Water ditches
- ⊕ Oil and Gas Wells
- ⊡ Oil and Gas Facilities

### Legend

- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- = = 1 - BASIC CUSTODIAL CARE (CLOSED)
- = = 2 - HIGH CLEARANCE VEHICLES
- ■ 3 - SUITABLE FOR PASSENGER CARS
- ■ 4 - MODERATE DEGREE OF USER COMFORT
- ■ 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- ⊙ CL 4 - UNIMPROVED ROAD

0    0.35  0.7        1.4 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031232

## LIZARD HEAD ADJACENT (SJ018) (RARE II 2235)

## OVERVIEW

*Acres:* 5,000

*District:* Dolores

*History:* Of the original 17,440 acres identified in the RARE II process as a roadless area, 12,500 were added to the Lizard Head Wilderness by the Colorado Wilderness Act of 1980. The remaining 4,940 were managed without modification and received a relatively low wilderness attribute rating in the RARE II process because of their location along the highway and West Dolores Road, and because of mineral activities. Those lands were allocated to recreation and wildlife management emphases. At the conclusion of the 1992 planning period approximately 4,940 of the released acres (7.7 square miles) were to remain unroaded.

*Location and vicinity:* This area is adjacent to the southern boundary of the existing Lizard Head Wilderness, west of Colorado Highway 145 near Lizard Head Pass in the Dolores District in Dolores County. The current roadless area consists of approximately 5,000 acres immediately south of the present wilderness boundary and north of Colorado Highway 145. (Congress designated the Lizard Head Wilderness under the Colorado Wilderness Act of 1980.)

*Access:* The area is accessible via Colorado Highway 145, the Black Mesa Road 611 (secondary Forest Road), and the West Dolores Road 535 (primary Forest Road). Access to the area from the nearby roads is the Cross Mountain Trail 637, Burro Bridge Trail, Kill Packer Trail 203, Groundhog Stock Driveway 634 and the Navajo Lake Trail 635.

*Physical description:* Toe slopes extend southward from the MountWilson massif. The toe slope is only moderately dissected by Slate Creek, Coke Oven Creek, and the West Dolores River, three tributaries to the Dolores River. The elevation range is 9,400 feet on the West Dolores River to nearly 11,200 feet near Lizard Head Creek.

*Vegetation:* Spruce-fir is the only significant overstory vegetative type. Riparian habitat and open grassy meadows are the other predominant site types. There are isolated patches of aspen in the West Dolores River drainage.

*Soils:* The geology is of igneous origin resulting when the Wilson Mountains were thrust up through sedimentary formations. The soils are the result of the disintegration of the Mancos shale, Dakota sandstone, and McElmo sedimentaries and vary from clay to sandy loam. Most of the soils are shallow and easily eroded.

*Wildlife:* Wildlife species that may inhabit the area are those that are common and typically found in the Southern Rocky Mountains. Diversity in wildlife habitat is high because the roadless area is a narrow band with a variety of meadow and forest types. Coke Oven Creek and Slate Creek have marginal fishery value and will probably not be locations for future fishery habitat projects. Little Fish Creek and Meadow Creek are marginal because of their steep gradients and low flows. The area contains lynx habitat.

*Current uses:* The area has several trails crossing from the highway over to the Lizard Head Wilderness. Most recreation use is hunting or casual hiking from Highway 145. The area along the highway provides ample opportunity for sledding, backcountry skiing, and snowshoeing in the winter. Mountain-biking is gaining popularity along the Groundhog Stock Drive, as are hiking and horseback-riding. There is dispersed camping next to vehicles along the West

BLM_0031233

Dolores Road and the east side of FSR 611. The area next to Lizard Head Pass is open to snowmobiling. Roads are closed on the south and west side of Lizard Head IRA.

*Surroundings:* National Forest System lands to the south and west are managed for a wide variety of recreational and commodity uses. The adjacent area on the north side is the Lizard Head Wilderness, managed according to the dictates of the 1980 Wilderness Act.

*Key attractions:* Key attractions include fall foliage (aspens and as viewed across Colorado Highway 145), view of fourteeners (El Diente Peak and Mount Wilson) in Lizard Head Wilderness.


## CAPABILITY

### Environment

*Opportunity for solitude:* Opportunity for solitude is quite low because of the highway traffic and noise along U.S. Highway 145 and high as one moves west along Groundhog Stock Drive.

*Naturalness:* The sight and sound of traffic on Colorado Highway 145, Meadows Road, and Road 611 (from Dunton) influences the natural feel of the area. The unroaded character of the area has not been impacted by any management activities in recent years.

*Challenge:* Snowmobile use in the area.

*Outdoor recreation opportunities:* Slate Creek and Meadows areas are closed year-long to motorized vehicle use. Upper Fish Creek is closed in summer to motorized but open in winter to snowmobiling.

### Special features

The area provides a scenic foreground view for motorists traveling along Colorado Highway 145, which is a portion of the San Juan Skyway, a designated scenic byway and All American Road.

Manageability

Limiting parking along the roads would be difficult along the meadows.

*Size:* 5,000 acres, proposed 2,632 acres.

*Boundaries:* The area cannot be linked to other roadless areas. All alternatives considered are adjacent to the Lizard Head wilderness and could be considered for addition to that wilderness.

*Conclusions:* This area is capable of being added to the Lizard Head Wilderness.


## AVAILABILITY

*Recreation:* See Capability

*Wildlife:* See Capability

*Water availability and use:* See Capability

*Livestock operations:* Inactive sheep allotments are in the area. Livestock developments include stock ponds, fences and the stock driveway.

BLM_0031234

*Timber:* Slate Creek and Meadows portions are outside suitable timber base as in 1992 Plan Amendment. Upper Fish Creek portion is identified as suitable for commercial timber harvest.

There are 745 acres of suitable timber lands in the Lizard Head adjacent roadless area along 611 Road (per 12/05 Governor's roadless meeting materials).

*Minerals:* The area has low to moderate potential of locatable mineral and moderate potential for geothermal, uranium, oil and gas, and coal.

There are no existing oil and gas leases within the Lizard Head adjacent roadless area (per 12/05 Governor's roadless meeting materials).

*Cultural resources:* The few cultural resource surveys conducted in the area have identified isolated lithic artifacts and lithic scatters. There is a moderate to high likelihood of cultural resources occurring in meadows and along drainages. In densely forested areas and on steep slopes, the probability of cultural resource finds is low. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act. There is aspen art along the Groundhog Stock Drive.

*Authorized and potential land uses:* There could be use adjacent to these areas along the existing ROW corridor.

*Management considerations:* The addition of this area to the Lizard Head Wilderness would help the overall management on the south and east side of the wilderness by bringing the boundary down to known geographical features and removing a cherry stem route that has been rehabilitated.

**Availability questions:**

- Is the area vitally needed for increased water protection and storage? *None known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *Moderate potential*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* The area is available for wilderness designation

**NEED**

*Nearby wilderness:* The area is adjacent to the existing Lizard Head Wilderness.

BLM_0031235

*Cover type:*

| LIZARD | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| HEAD | Acres | 1451 | 322 | 0 | 140 | 3087 | 0 | 5,000 |
| ADJACENT | % | 29 | 6 | 0 | 3 | 62 | 0 | 100 |
| Recommended | Acres | 546 | 71 | 0 | 127 | 1,887 | 0 | 2,632 |
| | % | 20 | 3 | 0 | 5 | 72 | 0 | 100 |

*Limited representation covers types:* None known

*Wildlife needs:* None known

*Conclusions:* The addition of 2,632 acres along the south and west side of the Lizard Head Wilderness and the reclaimed road near Cross Mountain Trail 637 would help the manageability of Lizard Head Wilderness. The other areas along the south and east side of the Lizard Head Wilderness would not help wilderness manageability because of the open meadows, an underground telephone line and proximity to highway 145.

BLM_0031236

# San Juan Public Lands
## Lizard Head Adjacent
## Roadless Area

Lizard Head Adjace

Lizard Head Adjacent

Lizard Head Adjacent

**Legend**

Water Structures
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field
- Timber Harvests (1960-present)

Ski Areas
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE xl pipeline
- Electric transmission lines
- Water ditches

Aerial Hazards
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

Aerial Hazards
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**

- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

Authorized Roads
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0  0.5  1        2 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031237

## BLACKHAWK MOUNTAIN (*SJ012*) (RARE 2304)

### OVERVIEW

*Acres:* 17,533

*District:* Dolores

*History:* The RARE II process identified 17,750 acres of roadless area which were not recommended for wilderness because of the combined effects of developments (mining, unimproved four-wheeled roads, range improvements). The 1983 National Forest Land and Resource Management Plan allocated approximately half the area to semi-primitive non-motorized recreational opportunity, and most of the remaining to increased water yield through timber harvest. As of the 1992 Plan Amendment, a total of 1,880 of the released acres were modified through subsequent resource management activities and 15,870 acres were to maintain their roadless character. The 2006 Inventory increased the roadless acres to 17,533 through better GIS mapping procedures.

*Location and vicinity:* This roadless area contains the area radiating out from the high ridge between Blackhawk Mountain, Section Point Peak, and Hermosa Peak. The area is located in both the Dolores and Animas districts and is entirely within Dolores County. The western boundary is along the Dolores River. The north and south boundaries parallel Barlow and Scotch creeks, respectively. The east boundary parallels the Hermosa Park Road.

*Access:* The area is accessible from Colorado Highway 145, the Barlow Creek Road 596, Hermosa Park Road 578, and Scotch Creek Road 550. The Colorado Trail 507 is the only Forest trail that accesses and serves the roadless area. There are non-system trails shown in the Rico town plan shown in this area.

*Physical description:* Numerous stream channels and ridges radiate in all directions from the high ridge formed by Blackhawk and Hermosa Peak. The area is highly dissected by the radiating stream channels.

The elevational range goes from 8,600 feet near Spruce Gulch to 12,681 feet on the summit of Blackhawk.

*Vegetation:* Vegetative overstory is the mixed conifer type with ponderosa-aspen mix in the lower elevations and aspen-white fir mix at the upper elevations. Depending on exposure there are pockets of Douglas fir and spruce. Above treeline on the three high peaks, the alpine tundra exists and is punctuated with cliffs and monolithic rock outcrops.

*Soils:* Parent geology is made up of sedimentary layers with shallow to deep, unstable soils.

*Wildlife:* Wildlife species inhabiting the area are typical of wildlife found in the Southern Rocky Mountains. There is a good animal species mix because of the varied habitats created by the variety of understory vegetation. Lynx are known to exist in the area.

*Current uses:* The primary dispersed recreation use is hunting, hiking, and viewing the scenery. The northern half and portions around Rico are open to cross-country motorized use. The Deadwood, Circle and McJunkin non-system trails are used for non-motorized use. Winter use includes snowmobiling in the open area, backcountry skiing and snowshoeing. Big-game outfitters use this area.

BLM_0031238

*Surroundings:* National Forest System lands surrounding the roadless area provide a variety of public values. The areas in the river and stream bottoms provide a scenic backdrop for recreation travel along the surrounding roads. The mining district around Rico is comprised of many mining patents that could be reactivated in future years. Some summer home development is occurring on other private lands.

*Key attractions:* Blackhawk Mountain

## CAPABILITY

### Environment

*Opportunity for solitude:* Opportunity for solitude is minimal because of the surrounding roads and the mining and town-site activity at Rico.

*Naturalness:* The area contains developments in the form of unimproved four-wheeled roads, mining, and range improvements.

*Challenge:* Nothing listed

*Outdoor recreation opportunities:* Big-game hunting, outfitting, unimproved four-wheeled roads, snowmobiling, backcountry skiing and snowshoeing.

### Special features

*Education:* None known

*Scenic features:* None known

### Manageability

Along 145 is a utility corridor and dispersed parking for fishing and camping.

*Size:* Same

*Boundaries:* The area cannot be linked to other roadless areas or classified wilderness.

*Conclusions:* The area is manageable as wilderness.

## AVAILABILITY

*Recreation:* See Current Uses.

*Wildlife:* Lynx are known to use the area.

*Water availability and use:* No known issues

*Livestock operations:* The area contains active grazing allotments and few facilities such as livestock ponds and fences.

*Timber:* There are 1,049 acres of suitable timber lands in the roadless area (per 12/05 Governor's roadless meeting materials)

*Minerals:* A small portion of the area, approximately 500 acres around Rico, is listed by the Department of Energy as very important for uranium. The area contains known quantities of hard-rock minerals and geothermal potential. There presently is no coal, oil, or gas potential activity.

BLM_0031239

Oil and gas potential is low. There are no existing oil or gas leases in the area (per 12/05 Governor's roadless meeting materials.)

*Cultural resources:* Cultural resource inventories have been conducted in some parts of the area. Some sites have been recorded during these inventories that include isolated finds, lithic scatters and historic mining features. There is a moderate to high likelihood of additional sites occurring in open parks, meadows, and along stream courses. The likelihood of additional finds on the steep slopes and in the dense timber stands is low. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.

*Authorized and potential land uses:* Mining claims along with associated road construction or development of patented lands could compromise parts of the area.

*Management considerations:* Rico watershed and pipeline could impact the area.

**Availability questions**

- Is the area vitally needed for increased water protection and storage? *Yes, Rico watershed and pipeline could impact the area.*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *Yes*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *Not known*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* The area is available for wilderness.


**NEED**

Nearby wilderness: The northwestern tip of the Blackhawk Mountain roadless area is separated from the Lizard Head Wilderness Area by Highway 145.

*Cover type:*

| BLACKHAWK MOUNTAIN | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 2,637 | 21 | 0 | 1,157 | 13,712 | 6 | 17,533 |
| | % | 15 | 1 | 0 | 7 | 77 | 0 | 100 |

*Limited representation cover types:* None known

*Wildlife needs:* Lynx are known to use this area

*Conclusions:* This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including mechanized travel would be allowed while maintaining the SPM character of the area.

BLM_0031240

# San Juan Public Lands
## Blackhawk Mountain Roadless Area

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

FOREST SERVICE
U.S. DEPARTMENT OF AGRICULTURE

Blackhawk Mountain

**Legend**

Water Structures
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field
- Timber Harvests (1960-present)

Ski Areas
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE xj pipeline
- Electric transmission lines
- Water ditches

Aerial Hazards
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

Aerial Hazards
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**
- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

road_maint_levels_060107
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATES
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

N W E S

0   0.45   0.9   1.8 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031241

## HERMOSA SJ014  (RARE 2306)

### OVERVIEW

*Acres:* 148,139

*District:* Dolores/Columbine

*History:* The RARE II process identified 146,105 acres which were not recommended as wilderness because of mineral activities and recreational needs. There was a strong public sentiment to keep the area roadless but not stop historic, high-demand recreational activities such as motorcycling and mountain-biking. The Forest Plan allocated the area mainly to semi-primitive non-motorized recreation opportunity. The remaining portion of the area that had very low wilderness attributes and was allocated under the 1983 Forest Plan to a variety of management prescriptions, including semi-primitive motorized recreation, roaded recreation in a rural setting, wildlife, livestock use, and wood fiber production. As of the 1992 Plan Amendment, of the 146,105 released acres, 3,720 acres had been modified through resource management practices and 142,385 acres were roadless. The Hermosa drainage had a high wilderness attributes rating and met all other criteria for wilderness. No activities that would change or modify the roadless character had occurred in the main Hermosa drainage. The 2006 inventory increased the roadless acres to 148,139 by combining the Hermosa and La Plata roadless areas and better GIS mapping procedures.

*Location and vicinity:* This is the largest of the roadless areas on the San Juan National Forest. The area is located in portions of 12 townships in the central part of the Forest. Most of the area is in La Plata County, but the western portions fall into Montezuma County. The irregular boundary is caused by roads that penetrate into the general area and deep narrow valleys like Bear Creek that have remained unroaded. The area is totally surrounded by National Forest System lands and private lands in the corridor along Highway 550. The nearest existing designated wilderness is located across the Animas River Valley.

*Access:* The area is within one-quarter mile or closer to 13 Forest Service System roads, Colorado State Highway 550, 10 four-wheel-drive roads, and one private mining road. Nine of the roads actually penetrate the existing RARE II boundary. The area is served by the following major Forest trails: Hermosa Creek Trail 514, Little Elk Trail 515, Goulding Creek Trail 517, Jones Creek Trail 518, Big Bend Trail 519, Corral Draw Trail 521, Neglected Trail 547, and the South Fork Trail 549. The Highline Trail 520, Grindstone 658, Bear Creek 607, Little Bear 609, Gold Run 618, Rough Canyon, Grindstone Loop, Rio Lado 736, Sharkstooth, West Mancos 621, Morrison, Owens Basin. Dutch Creek, Salt Creek, Big Lick, Clear Creek trails, Pinkerton-Flagstaff Trail. The Rico/Silverton toll road was located in the northern part of the roadless, historical feature. This is a portion of the Colorado Trail which is a system of trails connecting Durango, Colo., with Denver, Colo.

*Physical description:* The area's physical characteristics range from flat to vertical cliffs. The four major streams that drain the area have numerous year-long and intermittent streams that dissect the surface of the area.

The elevation ranges between 7000 and 13,200 feet.

*Vegetation:* The wide range of elevations, slope aspects, and soil and geology types has resulted in an extremely complex mixture of plant communities. At the lower elevations, pine and oak dominate the vegetative type. As elevation increases, a transition to fir-aspen (mixed conifer)

BLM_0031242

occurs and then on to a spruce-aspen complex. Douglas fir is found on the northern aspects throughout the mixed conifer type. The higher elevations, near tree line, have spruce-fir forest. Interspersed throughout the forested areas are open grassland parks and occasional wet meadows.

*Soils:* The highly dissected valleys also have a wide variety of surface geology. Soil types, depths, and erodability vary widely. Every slope aspect (exposure) on the compass exists somewhere in the roadless area.

*Wildlife:* Wildlife species that inhabit the area are typical to the Southern Rocky Mountains. Wildlife habitats are extremely varied because of the large elevational change and resultant numerous vegetative types present. The higher elevations of this area provide excellent summer habitat for elk. The Hermosa drainage has long been known for its quality habitat for elk calving and summer range. The edges of the roadless area are crossed by several major migration routes connecting the summer range areas with winter ranges in the lower country outside the roadless area and the National Forest.

Lynx, peregrine falcon, a federal endangered species, inhabits the area., a species listed as Threatened both federally and by the State of Colorado. The Colorado River cutthroat trout occurs in Hermosa Creek, Rio Lado and its tributary streams.

*Current uses:* The entire area provides a broad spectrum of recreational activities. The Hermosa drainage has long been a special area for recreationists to enjoy activities in a natural setting that would be prohibited in classified wilderness. Although managed for semi-primitive non-motorized recreation opportunity, the area has a system of trails, some of which are designated open to motorcycles and other motorized ATVs. In more recent years mountain-bike use has become a leading recreation use. Water-related recreational activities are mainly stream fishing and enjoying the stream area environment. Outfitting and guiding and fall hunting are primarily the dispersed uses off-trail.

Bear Creek drainage and associated trails provide a wide opportunity for most uses, including motorized (motorcycling and snowmobiling) hiking, horseback-riding and packing, hiking, mountain bikes, goat packing, fishing, backcountry skiing and snowshoeing. Outfitters and guides use upper Bear Creek for hunting opportunities.

*Surroundings:* The National Forest System lands surrounding this unroaded area are managed for a wide variety of recreational and commodity uses. The area has no logical tie with existing wilderness. The nearest other roadless area is Ryman but it is separate because of the roads constructed between the two areas. Timber sales and associated roads penetrate the edges of Hermosa in the Dutch Creek area, in the upper Mancos River watershed west of Hesperus Peak, and at the upper end of the Junction Creek Road.

*Key attractions:* Largest IRA in Colorado, Hesperus Mountain, Hermosa Creek.


## CAPABILITY

### Environment

*Opportunity for solitude:* Lower Bear Creek Trail has low opportunity for solitude while upper Bear Creek is moderate. There is high opportunity for solitude off-trail in the Hermosa drainage except during hunting season. The Hermosa trail has low opportunity due to the motorized use and mountain bikes.

BLM_0031243

*Naturalness:* There have been some prescribed burns for wildlife habitat improvement in the area but they do not materially affect the roadless character. The area includes several range developments including reservoirs, ponds, corrals, spring developments, and allotment fences.

Mining development is found off of Sharkstooth Trail.

*Challenge: Nothing listed.*

*Outdoor recreation opportunities:* More than 125 miles of trails cross the roadless area. However, other than Hermosa Creek, the extensive trail network receives little recreational use other than during hunting season. The popular Hermosa Trail is open to all forms of backcountry recreation, including hiking, horses, mountain bikes, motorcycles, and ATVs. Ten tributary trails branch from the main Hermosa Trail and offer access to numerous more remote valleys. The Hermosa Creek Trail serves as one of the most popular and scenic mountain-bike routes in Colorado. A western spur descends along Bear Creek to the Dolores River. Travels can traverse from the Animas to Dolores Rivers, over the crest of the La Platas, without crossing a road or otherwise encountering signs of civilization.

The Colorado Trail runs along Hermosa-Dolores Divide.

### special features

The proposed Hermosa RNA lies in the Southern San Juan Mountains about 13 miles north of the town of Durango, on 8,000 acres at elevations ranging from 7,000 to 12,000 feet. The area is characterized by highly dissected mountain topography and sedimentary geology. Key features include old-growth forests, Colorado cutthroat trout, alpine tundra, spruce-fir forests, aspen forests, ponderosa pine forests, mixed conifer forests, and mountain shrublands.

*Education:* Hermosa RNA is recommended within the IRA.

*Scenic features:* The area has high scenic values from its undisturbed nature and high alpine peaks

### Manageability

The entire area would be manageable but keeping visitor use along the major trails and restricting mechanized and motorized use off of the Hermosa Creek Trail would be difficult.

*Size:* entire IRA 148,139 acres, proposed 50,895 acres.

*Boundaries:* The plan proposes to change the boundary to the west side of Hermosa Creek with the southern boundary starting at Hermosa Creek following ridge line between Clear Creek on the north and Buck Creek on the south to the insection with IRA boundary below FSR 171 below Monument Hill.  The proposed boundary follows the IRA to Diorite Peak then follows the La Plata/Montezuma County line to Spiller Peak then follows a ridge line down to the South Fork of West Mancos River and contours around Hesperus Mountain at 10,600 foot elevation to the North Fork of West Mancos River and follows the IRA line north to Bear Creek Canyon (1/2 way along the section 4 and 9 section line T 37N, R11W) crossing Bear Creek staying east of a private land inholding and following Grimstone trail east 608 to join the IRA boundary.  The proposed boundary follows the IRA north from the Grimstone Trail, Colorado Trail intersection to the ridge south of Hotel Draw then follow that ridge east to Hermosa Creek then follows Hermosa Creek or the Hermosa Creek trail 514 south staying west of the trail to the ridge between Clear Creek and Buck Creek.

BLM_0031244

*Conclusions:* The either area is capable of being wilderness.  However, the proposed boundary is more manageable because it removes the motorized trails, a majority of the outfitter camps, livestock improvements including a cabin on the northern and eastern side of the IRA, high risk flammable vegation in wildland urban interface on the southern end of the IRA.  The proposed boundary also adds a 30 year old timber sale that has been regrown on the northern end that enhances the manageability.

AVAILABILITY

*Recreation:* More than 125 miles of trails cross the roadless area. However, other than Hermosa Creek, the extensive trail network receives little recreational use other than during hunting season. The popular Hermosa Trail is open to all forms of backcountry recreation, including hiking, horses, mountain bikes, motorcycles, and ATVs. Ten tributary trails branch from the main Hermosa Trail and offer access to numerous more remote valleys. The Hermosa Creek trail serves as one of the most popular and scenic mountain bike routes in Colorado. A western spur descends along Bear Creek to the Dolores River. Travels can traverse from the Animas to Dolores Rivers, over the crest of the La Platas, without crossing a road or otherwise encountering signs of civilization.

The Colorado Trail runs along Hermosa-Dolores Divide.

*Wildlife:* Wildlife species that inhabit the area are typical to the Southern Rocky Mountains. Wildlife habitats are extremely varied because of the large elevation changes and resultant numerous vegetative types present. The higher elevations of this area provide excellent summer habitat for elk. The Hermosa drainage has long been known for its quality habitat for elk calving and summer range. The edges of the roadless area are crossed by several major migration routes connecting the summer range areas with winter ranges in the lower country outside the roadless area and the National Forest.

Lynx, peregrine falcon, a federal endangered species, inhabits the area, a species listed as Threatened both federally and by the State of Colorado The Colorado River cutthroat trout occurs in Hermosa Creek, Rio Laud and its tributary streams.

*Water availability and use:* Unknown

*Livestock operations:* The current level of livestock-grazing is expected to continue and existing range improvements will be maintained and/or upgraded when needed. There are a fair amount of livestock improvements along the east side, including reservoirs, springs, stock ponds, fences, cabins (three) Albert Park, Little Elk and Goulding Creek cabins. Most of the brush fences built in the 1970s have deteriorated (27 miles in two years).

*Timber:* There are 6,973 acres of suitable timber lands in the area (per 12/05 Governor's roadless meeting materials).

*Minerals:* Portions of the area in and around the La Plata Mountains are mineralized and have current ongoing prospecting and mining operations. Mineral potential for the Hermosa Drainage portion is low and there are no known mineral development activities. From Deadwood Creek RNA evaluation (1996): An active mine occurs on the slope above Deadwood Creek about 0.3 miles (0.5 km) north of the southern boundary. The southernmost extensions of the roadless area into the high peaks of the La Plata Mountains, south of Kennebec Pass, contain a number of patented mining claims.

BLM_0031245

There are currently no oil and gas leases in the area (per 12/05 Governor's roadless meeting materials).

*Cultural resources:* Previous cultural resource surveys within the area have identified numerous artifacts and properties, some of which are likely to be eligible for the National Register of Historic Places. The properties include both historic and pre-historic resources. They range from isolated finds and lithic scatters to historic mines and structures. The predictability of further survey finds is high to moderate in the level areas and stream bottoms and low in the heavily timbered areas and steeper slopes. The La Plata Mountains on the south side of the area are known to be an area of special interest to the Navajos. From Hope Creek RNA evaluation (1996): There are numerous records of historic and prehistoric cultural finds from the vicinity of Hope Creek (Colorado Historical Society records). The finds include aspen art, culturally significant trails, stone tools and tool-making artifacts, and remnants of early European settlement.

*Authorized and potential land uses:* There are no planned recreation developments for the area. The existing trail system within the area will continue to be maintained and rehabilitated as funds become available.

*Management considerations:* The southernmost extensions of the roadless area into the high peaks of the La Plata Mountains contain a number of patented mining claims and associated jeep trails. The Hermosa Trail and Colorado Trail receive substantial mechanized recreation use, largely in the form of mountain-biking.

### Availability questions

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *There are 35 private holdings within the IRA and most of these are mineral patents.*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* The area is available as wilderness.

## NEED

*Nearby wilderness:* The Lizard Head Wilderness is just over 10 miles north of Hermosa's northern boundary. The Weminuche Wilderness is less than five miles from the eastern portion of the Hermosa roadless area.

*Cover type:* The Hermosa roadless area contains a biologically diverse forest, including at least 17 separate ecosystems, ranging from rocky scrub oak and pinyon-juniper at lower elevations to aspen, spruce, and fir. Tracts of uncut timber exist at elevations as low as 7,000 feet. The area also contains some of the large stands of old-growth ponderosa pine.

BLM_0031246

*Cover type:*

| HERMOSA | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 9,820 | 1,847 | 623 | 9,104 | 126,740 | 5 | 148,139 |
| | % | 7 | 1 | 0 | 6 | 86 | 0 | 100 |
| Recommended | Acres | 5,223 | 333 | 205 | 2,843 | 42,248 | 4 | 50,895 |
| | % | 10 | 0 | 0 | 6 | 83 | 0 | 99 |

*Limited representation cover types:* Old-growth ponderosa pine is an under-represented ecosystem type in Region 2's wilderness system. Hermosa includes some of the quality old-growth ponderosa pine left in the San Juan Mountains, and in the state of Colorado.

*Wildlife needs:* Being such a large roadless area, there are benefits to wildlife.

*Conclusions:* The Hermosa IRA is arguable the largest roadless area left in Colorado. This area would not add significantly to the National Wilderness Preservation System. The Hermosa watershed and dendritic drainage pattern offers extraordinary opportunities for backcountry treks and provides an alternative to heavily-used routes in nearby Wilderness Areas such as the Weminuche. There are currently opportunities for mountain-biking, motorcycle and ATV use within this IRA. The Hermosa roadless area provides a corridor between the two river drainages, and a link in the landscape between the Weminuche Wilderness and lower elevations along the San Juan Mountains' western perimeter. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection.

BLM_0031247



# San Juan Public Lands
## Hermosa
## Roadless Area

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field
- Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE sj_pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**
- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

Hermosa

0  1  2     4 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031248

**SAN MIGUEL (*SJ456*) (RARE II 2240)**

**OVERVIEW**

*Acres:* 64,162

*District:* Dolores/Columbine

*History:* The RARE II process identified 60,240 acres of roadless area within the San Juan National Forest. (The RARE II unit extended 9,630 acres onto the Uncompahgre National Forest to the north.) The area was not recommended for wilderness because of historic resource (mining) and recreation uses and low public support for wilderness designation. Under the 1983 Forest Plan, 81% of the area was allocated to semi-primitive non-motorized recreation. The remaining acres were allocated to increased water yield through vegetation manipulation, semi-primitive motorized recreation, roaded recreation in a rural setting, and sawtimber production. The Uncompahgre portion was recently studied in the Forest's 2005 roadless inventory as #56 Hope Lake, 6,811 acres; however, no acres were shown as available or capable for wilderness.

The wilderness attributes rating of RARE II for this area was 20, which placed it in the upper one-half for the Rocky Mountain region. The fairly high rating is attributed to the wilderness character of the high alpine areas in the north and east part.

*Location and vicinity:* This area is located in seven townships in San Juan County west of Silverton. Its irregular boundary defines a large area that borders Bureau of Land Management lands west of Silverton and National Forest System lands along the rugged divide between the San Juan National Forest and the Uncompahgre National Forest. The western and southern parts of the boundary include lands along the upper Dolores River, Greysill Mountain, Engineer Mountain, and Sultan Mountain.

*Access:* Points along the following roads are within one-quarter mile of the roadless area: Colorado Highways 145 and 550, Hermosa Park Road 578, Cascade Divide 579, Relay Creek 580, South Mineral 585, Ophir Pass four-wheel drive 679, Cascade Creek Road 785, and Clear Lake four-wheel drive 815. The area is accessible and served by the following Forest trails: Ice Lake Trail 505, Colorado Trail 507, Engineer Mountain Trail 508, Cascade Trail 510, East Fork Trail 638, Engine Creek Trail 657, Coal Creek Trail 677, and West Lime Trail 679. Parts of several of the trails are now included as a portion of the Colorado Trail.

*Physical description:* A variety of geological processes formed the high mountain peaks and broad expanses of open rolling alpine tundra areas of the San Miguel roadless area. Glaciers carved deep U-shaped valleys and exposed numerous vertical cliffs.

Elevations range from 8,800 feet near Rico to 13,752 feet at the summit of San Miguel Peak. There are numerous peaks over 12,000 feet and three peaks over 13,000 feet. This area is characterized by many summits above 13,000 feet in elevation with many alpine lakes inbetween the cliffs. The area's forest is characterized by aspen forests on lower slopes (e.g., around Cascade Creek) and spruce and fir forests on the western side around Sheep Mountain and Lizard Head Pass. However, most of the area is above treeline. The Lime Creek forest fire in 1879 left stumps and skeletal trees.

*Vegetation:* Vegetation types vary with aspect and elevation. The forested areas are predominantly spruce and fir in the elevations near treeline and the mixed conifer type in the

BLM_0031249

lower valleys with white fir, Douglas fir and aspen. Above treeline, the alpine shrubs and forbs dominate. They are punctuated with rock points, mountain peaks and rock cliffs

*Soils:* The area has a great variety of exposed surface geology and numerous soil types that are shallow and deep; eroding or stable.

*Wildlife:* Wildlife species found in the area, both above and below treeline, are those commonly found in the Southern Rocky Mountains. The wide variety of vegetation types creates an equally varied habitat with a variety of animal species. The lynx is the only known threatened species that has habitat in the area.

*Current uses:* Because of its large size and spectacular scenery, the area provides a wide variety of dispersed recreation. Recreational activities include everything from hiking and backpacking in isolated areas to motor-biking along trails. Most of the area on the Dolores side is in an F area; snowmobiling in Tin Can Basin is popular, along with backcountry skiing, snowshoeing, ATV use, dispersed camping, and Jeeping. Big-game hunting outfitters and guides use the area. On the Columbine there is snowmobiling, Sno-Cat skiing and heli-skiing. The Colorado Trail has mountain-bike use. Municipal watershed structure for Silverton is located in the northeast corner of the area. The Little Molas and South Mineral areas have recreation campgrounds and power lines and where cherry-stemmed out of the IRA. There are groomed snowmobile routes on the east side by Molas Lake in the IRA.

*Surroundings:* Multiple uses of the National Forest System lands surrounding the area include a wide variety of recreational uses from primitive activities to downhill and helicopter skiing. Timber harvest, wildlife habitat management and domestic livestock-grazing are emphasized in different management units outside of the roadless area boundaries.

*Key attractions:* Trails to Engineer Mountain and Ice Lake Basin; 20-mile segment of the Colorado Trail.


## CAPABILITY

### Environment

*Opportunity for solitude:* There is good opportunity for solitude except in those portions of the roadless area that are in close proximity to roads.

*Naturalness:* The area has some historic resource (mining, logging) use, livestock ponds and recreation uses in the form of trails and mountain-bike routes that affect the naturalness of the area.

*Challenge:* Difficult peaks

*Outdoor recreation opportunities:* Most of the area is closed to year-round motorized recreation other then snowmobiling. Snowmobile use occurs in the extreme southwest corner of the area near Bolam Pass, the area around Little Molas Lake, and Sno-Cat skiing around Cascade Divide. Mountain-bike use occurs on the Colorado Trail and trails feeding into it. The trail up Engineer Mountain is one of the busiest on the Columbine District. Hunting and big-game outfitters use the area.

BLM_0031250

*Special features*

*Education:* The proposed Grizzly Peak Research Natural Area in the northwest portion of roadless area, proposed for its tufted hairgrass, wet spruce-fir forest and alpine vegetation on large areas of shale geology.

*Scenic features:* Ice Lake Basin, Engineer Mountain, and Grizzly Peak are just some of the scenic features.

*Manageability*

*Size:* 64,162

*Boundaries:* This roadless area has no logical linking with other roadless areas or existing classified wilderness.

*Conclusions:* This IRA is capable as wilderness.


## AVAILABILITY

*Recreation:* Most of the area is closed to year-round motorized recreation other than snowmobiling. Snowmobile use occurs in the extreme southwest corner of the area near Bolam Pass, the area around Little Molas Lake, and Sno-Cat skiing around Cascade Divide. Mountain-bike use occurs on the Colorado Trail and trails feeding into it. The trail up Engineer Mountain is one of the busiest on the Columbine District. Hunting and big-game outfitters use the area.

*Wildlife: The* area would provide a corridor from Lizard Head to the South San Juan Wilderness.

*Water availability and use:* Bear Creek is a municipal watershed for Silverton.

*Livestock operations:* There is an active sheep livestock allotment within the IRA and there are livestock reservoirs in the area.

*Timber:* Tin Can and East Flattop are in the suitable base for timber. Previous timber sales proposed for the slopes of Sheep Mountain in mature and old-growth spruce-fir generated intense public controversy. It is anticipated any future timber sales proposed for the roadless forests within San Miguel would result in similar public controversy. There is no ecological need to manipulate these forests through mechanical means.

There are 2,523 acres of suitable timber lands in the area (per 12/05 Governor's roadless meeting materials).

*Minerals:* There is low to no potential for oil and gas or coal. Overall, the area is highly mineralized and could experience a resurgence of hard-rock mining activity. Numerous patented mining claims in high valleys have large portions that are underlain by shale, sandstone, limestone and other sedimentary strata lacking in potential for hard-rock minerals. The northern portions of the unit contain more volcanic rocks. The Mineral Creek drainage was the focus of historic mining activities

From the Grizzly Peak RNA evaluation (1996): Grizzly Peak occurs in an area of concentrated historic mining activity. There are no active mines or mining claims within the potential RNA boundaries. The Graysill Mine, an abandoned gold works, is located 0.5 miles (0.8 km) south of the boundary near Bolam Pass.

BLM_0031251

There are no existing oil and gas leases within the San Miguel roadless area (per 12/05 Governor's roadless meeting materials).

*Cultural resources:* From Grizzly Peak RNA evaluation (1996): Three archeological sites and one historic locality are known from Grizzly Peak, including an open camp, two concentrations of stone tool chips, and an abandoned piece of mining machinery. Cultural resource inventories in the area have identified a number of artifact sites. Most prehistoric sites are lithic scatters and the historic sites are Ute Scarred Trees, historic mining features, and segments of the Rio Grande Southern Railroad. Many of these cultural resource properties may be eligible for the National Register of Historic Places. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.

*Authorized and potential land uses:* There are no other Forest Service recreation developments or wildlife habitat improvement projects planned within this area. The area immediately north of Purgatory Ski Area has been inventoried as an expansion area for the ski area. There is some potential for cabins being built on patented mines. Unplanned impacts to the area could also result from access roads and utility corridors if the private lands within the area were to be developed.

A Jeep road accessing a 320-acre private inholding near Sheep Mountain is only used by the landowner and is a minor influence on the larger landscape. Another abandoned Jeep trail leading into headwaters of South Mineral Creek, a hiking trail to Hope Lake overlook, also has a minor impact to the area

*Management considerations:* Grizzly Peak potential Research Natural Area (RNA) is located nine air miles (15 km) northeast of Rico on the Dolores Ranger District of the San Juan National Forest. It includes 5,672 acres (2,295 hectares) of spruce-fir forest, subalpine and alpine wetlands, and alpine turf cover types typical of the high-precipitation zones in the San Juan Mountains.

### Availability questions

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *Northern portion is mineralized.*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with Wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *The area has potential but there is currently no demand.*
- Are there existing contractual or other significant obligations on the area not in concert with Wilderness designation? *Not known*

*Conclusions:* The area is available as wilderness.

BLM_0031252

**NEED**

*Nearby wilderness:* The San Miguel roadless area is about a mile from the existing Lizard Head Wilderness, separated by Colorado Highway 145. The area is about a mile from the Weminuche Wilderness to the east, separated by Highway 550.

*Cover type:*

| SAN MIGUEL | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 18,664 | 1,681 | 2,823 | 11,796 | 29,099 | 99 | 64,162 |
| | % | 29 | 3 | 4 | 18 | 45 | 1 | 100 |

*Limited representation cover types:* none known

*Wildlife needs:* Lynx and pine marten use this area as a linkage landscape between Lizard Head and Weminuche Wilderness Areas

*Conclusions:* The San Miguel IRA is a large roadless area that would not add significantly to the National Wilderness Preservation System. The IRA offers extraordinary opportunities for backcountry treks along the Colorado Trail and mountain-climbing on Engineer Mountain, provides a backyard-style primitive experience for local residents as an alternative to the nearby Wilderness Areas such as the Weminuche. There are currently opportunities for mountain-biking, horse use and hiking within this IRA. The San Miguel roadless area provides a wildlife corridor between the two wildernesses along the San Juan Mountains' western perimeter. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection.

BLM_0031253



# San Juan Public Lands
## San Miguel
## Roadless Area




San Miguel

**Legend**

**Water Structures**
- ⌐ Jurisdictional Dam
- ⌐ Non-Jurisdictional Dam
- ◯= Well or Well field
- ▱ Timber Harvests (1960-present)

**Ski Areas**
- ▱ DURANGO MOUNTAIN RESORT
- ▱ SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- ＝ ＝ FSSDE xj pipeline
- ╫ Electric transmission lines
- ＝ Water ditches

**Aerial Hazards**
- ⊤ AERIAL CABLE
- ♦ INDUS PLANT
- ♠ SMOKESTACK
- ■ BUILDING
- ■ STORAGE STRUC
- ● TANK
- ⊥ TOWER

**Aerial Hazards**
- ⊤ AERIAL CABLE
- ⋈ BRIDGE
- ◯ GAS WELL
- ♦ INDUS PLANT
- ⚲ LOOKOUT TOWER
- ✕ MISC MAN-MADE
- ▲ STREAM GAGE
- ⊥ TOWER
- ▦ Water pumps
- ▦ Water pipes
- ✿ Water ditches
- ⊕ Oil and Gas Wells
- ▱ Oil and Gas Facilities

**Legend**
- ▢ 2006 Inventoried Roadless Areas
- ▢ Bureau of Land Management
- ▢ Bureau of Reclamation
- ▢ Colorado Division of Wildlife
- ▢ National Forest
- ▢ Indian Reservation
- ▢ National Park Service
- ▢ Patented Lands
- ▢ State Lands
- ▢ Wilderness
- ▢ Special Areas

**Authorized Roads**
- = = 1 - BASIC CUSTODIAL CARE (CLOSED)
- = = 2 - HIGH CLEARANCE VEHICLES
- ▬▬ 3 - SUITABLE FOR PASSENGER CARS
- ▬▬ 4 - MODERATE DEGREE OF USER COMFORT
- ▬▬ 5 - HIGH DEGREE OF USER COMFORT
- ▬▬ UNDETERMINED STATUS
- ▬▬ OBLITERATION CANDIDATE
- ▬▬ CL 1 - PRIMARY HIGHWAY
- ▬▬ CL 2 - SECONDARY HIGHWAY
- ▬▬ CL 3A - LIGHT DUTY PAVED ROAD
- ▬▬ CL 3B - LIGHT DUTY GRAVEL RD
- ▬▬ CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- ◎ CL 4 - UNIMPROVED ROAD

**N W E S** (compass)

0  0.5  1      2 Miles



The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031254

**WEST NEEDLE (*SJ012*) (RARE 2303)**

**OVERVIEW**

*Acres:* 7,049

*District:* Columbine

*History:* 15,800 acres of the original 24,550 RARE II roadless area were recommended for wilderness. These acres eventually were included in the West Needle Wilderness Study Area by the Colorado Wilderness Act of 1980 and were later added to the Weminuche Wilderness Area by the Colorado Wilderness Act of 1993. The balance was released to semi-primitive non-motorized recreation, motorized recreation, and livestock production under the 1983 forest plan.

*Location and vicinity:* The West Needle roadless area is located on the Columbine District in San Juan and La Plata counties, east of Highway 550 from Molas Pass to the southeast of Electra Lake.

*Access:* Access to the area is via Colorado State Highway 950, Lime Creek Road, 591, Haviland Lake Road, 671, and an un-numbered four-wheel trail to Forebay Lake near Haviland Lake. The area is also accessible by the Durango-Silverton Narrow Gauge Railroad at Needleton. Cascade Creek Trail 511 and the Crater Lake Trail 623 are the two primary Forest trails serving the area.

*Physical description:* The San Juan uplift has characterized this roadless area, which contains rugged and steep terrain in the northern part and then slopes down to the southwest in a series of sedimentary benches. The mountains have been uplifted and subjected to glacial erosion and shaping.

The elevation range is 7,200 feet near the Animas River at the southern end up to 9,676 on northern end.

*Vegetation:* The area has a great amount of natural ecological and vegetative diversity resulting from variations in landform, soils, and geology. The drainage patterns, steep slopes, and rocky areas which are characteristic of the area preclude the possibility that large continuous areas of a single vegetation type will ever dominate the area. Vegetation is mainly alpine and sub-alpine intermixed at lower elevations with deciduous and coniferous trees, with large natural openings and a mosaic of rock outcrops.

*Soils:* The geology of the area consists mostly of pre-Cambrian metamorphic and intrusive igneous rocks. Lower flanks of the mountains and canyon walls are veneered with talus, landslide deposits, and thin gravels. Rocks of the western half of the area are metamorphosed lava flows, called twilight gneiss. The southern two-thirds contain metamorphosed volcanics and sediments. Soil characteristics and production potentials within the area vary considerably as a function of landform, slope and parent material.

*Wildlife:* Wildlife species presently found in the West Needle include the typical species of the Southern Rocky Mountains. The area contains known lynx and bighorn sheep habitat. Bald eagle and osprey use electric lake. There are no known listed threatened or endangered species presently inhabiting the area. Habitat for pine marten, a species of limited population, is also found in the area.

BLM_0031255

Most lakes and streams in the roadless area contain fish. East Lime Creek is the only stream that has previous fisheries habitat improvement projects.

*Current uses:* There are no developed recreation sites within the area and no recreational structures other than trails. Purgatory flats trails. A wide range of dispersed recreational activities take place. Some of the more common activities include driving for pleasure along the roads skirting the area to backpacking and rock-climbing. The area also provides one of the most scenic backdrops for the many motorists traveling along Highway 550 and for skiers using Purgatory Ski Area.

*Surroundings:* Most of the western boundary from Electra Lake to Cascade Creek is being developed with private subdivisions and homes. National Forest System lands adjacent to the area are managed to provide a wide variety of recreational activities and uses. Commodity uses such as timber sales and livestock production have not been emphasized in land management because of their potential visual impact to recreation uses along the 550 corridor, Durango Mountain Resort (Purgatory Ski Area) and the many private homes and developments along the highway. Highway 550 has been designated a Scenic Byway, giving the area a national dimension of scenic and recreational importance.

*Key attractions:* The West Needle area incorporates the opposite side of the East Animas viewshed from the train route. The West Needle area would extend the Weminuche Wilderness to the middle-elevation reaches of the Animas River.

## CAPABILITY

### Environment

*Opportunity for solitude:* Opportunities for solitude are low to moderate depending on the terrain between the user and the developments along the western side. The higher in elevation the IRA becomes, the more noticeable the impact from development along Highway 550. The Durango-Silverton Narrow Gauge Railroad affects the solitude in this area.

*Naturalness:* The West Needle area contains no facilities other than recreation trails. There have not been any recent wildlife habitat improvement projects or timber sales. A portion of the area was involved in the historic Lime Creek burn. Only a minor portion of the burn was replanted with spruce and lodgepole pine below the Lime Creek Road the reminder of the burn was allowed to naturally revegetate.

*Challenge: Nothing is listed here*

*Outdoor recreation opportunities:* A wide range of dispersed recreational activities take place. Some of the more common activities include driving for pleasure along the roads skirting the area to backpacking and rock-climbing.

*Special features:* Electra Lake RNA is proposed within this IRA.

*Education:* None known

*Scenic features:* The area is seen from both the San Juan Skyway and narrow gauge railroad.

### Manageability

*Size:* Same

*Boundaries:* This roadless area is adjacent to the Weminuche Wilderness.

BLM_0031256

*Conclusions:* The area is capable of being wilderness as part of the Weminuche Wilderness Area.

AVAILABILITY

*Recreation:* Low visitor use occurs with some of the dispersed recreational activities being fishing, backpacking and rock-climbing.

*Wildlife:* The area contains known lynx and bighorn sheep habitat. Bald eagle and osprey use Electra Lake. The area contains habitat for pine marten.

*Water availability and use:* There are two dams within the IRA.

*Livestock operations:* The allotment that this IRA is in is currently vacant.

*Timber:* There are 204 acres of suitable timber lands within the roadless area (per 12/05 Governor's roadless meeting materials).

*Minerals:* Current mining activity, which is limited to a number of unpatented mining claims, is minimal. There are no applications or existing leases for leasable minerals. The potential for mineral deposits exists on the area, although there is little activity on existing claims. The geology indicates low potential for leasable minerals such as oil, gas, and geothermal resources. This section is completely surrounded by National Forest System lands and has been identified as highly desirable for acquisition by the Forest Service.

Low potential for oil and gas and coal is in this area. There are no existing oil and gas leases within the area (per 12/05 Governor's roadless meeting materials)

*Cultural resources:* Although no archeological field surveys have been undertaken in the area it is possible that remnants of some small prehistoric camps exist. The area is considered to have low archeological sensitivity. There are some historic logging cabin (tie production) remnants in the area. The area was used for ties during the building the narrow gauge railroad. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.

The area is situated in the historic territory of the Ute Nations. Archival research and contacts with members of the Southern Ute and Ute Mountain Ute Tribes, however, have failed to identify any specific sites important to the Ute peoples.

*Authorized and potential land uses:* There are no planned recreation developments in the area. Some trailhead and interpretive facilities are being constructed along the borders to serve the public traveling along the highway and/or those who may stop and enter the area for a variety of recreational activities. There are no planned timber sales or wildlife habitat improvement projects planned for this area. There are fuel treatment projects planned for the southern portion adjacent to Electra Lake. The National Forest System lands will be managed to maintain their roadless character.

*Management considerations:* The Electra Lake potential Research Natural Area (RNA) is located 22 air miles (35 km) north of Durango on the Columbine Ranger District of the San Juan National Forest. It includes 2,265 acres (917 hectares) of glacial topography set in the Las Animas River Valley. The vegetation consists of ponderosa pine savanna, mixed conifer forest, aspen forest and moraine wetland cover types. The area is used primarily for recreation, especially hiking.

BLM_0031257

*Availability questions:*

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *There is potential for mineral activity.*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* The area is available for wilderness designation.

## NEED

*Nearby wilderness:* West Needles is adjacent to the Weminuche Wilderness.

*Cover type:*

| WEST NEEDLE | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 5 | 120 | 0 | 202 | 6,648 | 74 | 7,049 |
| | % | 0 | 2 | 0 | 3 | 94 | 1 | 100 |

*Limited representation cover types:* None known

*Wildlife needs:* The area contains known lynx and bighorn sheep habitat. Bald eagle and osprey use Electra Lake. The area contains habitat for pine marten.

*Conclusions:* This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including mechanized travel would be allowed while maintaining the SPNM character of the area.

BLM_0031258



# San Juan Public Lands
## West Needles
## Roadless Area

West Needles

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field

☐ Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE xl pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**

**2006 Inventoried Roadless Areas**
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0 0.2 0.4    0.8 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031259

**EAST ANIMAS (*SJ010*) (RARE 2302)**

**OVERVIEW**

*Acres:* 16,864

*District:* Columbine

*History:* RARE II recommended addition of 4,380 acres of the 18,220-acre roadless area to the Weminuche Wilderness. The recommended area was added to the Weminuche by the Colorado Wilderness Act of 1980. The remaining acres were released to semi-primitive non-motorized recreation, wildlife management, and wood fiber production under the 1983 forest plan. The Missionary Ridge fire burned the southern portion in Bear Creek.

*Location and vicinity:* The northern boundary abuts the Weminuche Wilderness. This roadless area lies between the Missionary Ridge Road and the private and National Forest System lands along the Animas River. Its western and northern boundary is in the Animas River corridor and its eastern boundary flanks the numerous timber sales on the slopes of Missionary Ridge.

*Access:* Road access to the area is via Missionary Ridge Road 682. Canyon Creek Trail is the only trail to access the area.

*Physical description:* The area is characterized by the steep slopes rising out of the Animas River Canyon which is part of the overall slopes leading to the top of Mountain View Crest. Once out of the steep canyon walls, the area has a more moderate and constant rise in elevation. The area is highly dissected by numerous streams that are tributaries to the Animas River.

The elevational range is from 7,000 feet on Carson Creek up to 12,000 feet on the slopes leading up to Mountain View Crest.

*Vegetation:* The overstory vegetation cover is primarily mixed conifer with some ponderosa pine types in the lower elevations along the Animas River and spruce and fir in the areas approaching the treeline. Extensive aspen stands are found on the east side of the boundary.

*Soils:* The geology is displayed by numerous rock outcrops and rock cliffs. They are a mix of sedimentary and igneous origin. There is a wide variety of soil types, most of which are fairly unstable on the steeper slopes.

*Wildlife:* The area is rich in wildlife because of the wide variety of vegetation ranging from the dry ponderosa/Gambel oak type up through the aspen, spruce, and fir. Tank and Canyon Creek have a fair to good fishery. Lynx are a known threatened species inhabiting the area.

*Current uses:* Dispersed recreational use of the area is limited to hunting and hiking. The area does provide a scenic backdrop for viewing from Highway 550, the Durango-Silverton Narrow Gauge Railroad, and recreation traffic along the Missionary Ridge Road.

*Surroundings:* National Forest System lands to the east of the roadless area have experienced moderately heavy timber harvests in the past. The area also provides some livestock-grazing. Wilderness is adjacent, to the north. The Animas River corridor, to the west, is managed for dispersed recreation and scenic quality. The major feature of the corridor is the narrow gauge railroad and whitewater boating on the Animas River.

*Key attractions:* Animas River, Grass Hopper Creek and Tank Mesa.

BLM_0031260

# CAPABILITY

## Environment

*Opportunity for solitude:* Opportunities for solitude exist high away from the Missionary Ridge Road and not during hunting season since very few people utilize the steep slopes leading out of the Animas River Canyon.

*Naturalness:* The area is mostly natural with a few livestock projects including fences, pipelines and stock ponds. These are minor intrusions.

Challenge: Nothing is listed here.

*Outdoor recreation opportunities:* Dispersed recreational use is limited to hunting and hiking.

## Special features

*Education:* None known

*Scenic features:* Provides a scenic backdrop for viewing from Highway 550, the Durango-Silverton Narrow Gauge Railroad, and recreation traffic along the Missionary Ridge Road.

## Manageability

*Size:* same

*Boundaries:* The area cannot be logically connected to other roadless areas but could be added to the Weminuche Wilderness.

*Conclusions:* The area is capable of being wilderness as part of the Weminuche Wilderness Area.

# AVAILABILITY

*Recreation:* The area is closed to all summer motorized-vehicle use and rocky topography restricts most winter snowmobile use to existing roads outside the area's boundary. Currently snowmobiling happens in Tank, Bear Creek, Canyon Creek and on Mountain View Crest there are snowmobiling intrusions into the wilderness.

*Wildlife:* Lynx are a known threatened species inhabiting the area.

*Water availability and use:* Livestock water facilities in the form of pipelines and stock ponds. These are minor intrusions.

*Livestock operations:* The area is in an active livestock allotment.

*Timber:* The area contains 2,364 acres of suitable timber lands (update - per 12/05 Governor's roadless meeting materials). These suitable stands include aspen stands near the Missionary Ridge Road

*Minerals:* Potential mineral resources, both locatable and leasable, are not considered significant and no exploratory activities are foreseen at this time.

There are currently no oil and gas leases in the area (per 12/05 Governor's roadless meeting materials).

*Cultural resources:* Very little cultural resource inventory has been done in the area and no sites have been recorded. Based on data from surveys in surrounding areas, there is a moderate to high likelihood that sites exist along drainages and in open parks and meadows. There are no known areas of interest that any tribes may have under the American Indian Religious

BLM_0031261

Freedom Act. Historic features include cabins and a sawmill between Bear Creek and Canyon creek.

*Authorized and potential land uses:* There is limited potential for wildlife habitat improvement through prescribed burning, but no specific projects have been identified. There are no planned developed recreation sites. Roading of this area could occur because of unplanned mineral activity and oil, gas or coal leasing. Prescribed burn is planned between Bear Creek and Canyon Creek.

**Availability questions:**

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *No*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* The area is available for wilderness designation.

## NEED

*Nearby wilderness:* The northern boundary abuts the Weminuche Wilderness

*Cover type:*

| EAST ANIMAS | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 979 | 395 | 14 | 1,232 | 14,227 | 17 | 16,864 |
| | % | 6 | 2 | 0 | 7 | 84 | 0 | 99 |

*Limited representation cover types:* None known

*Wildlife needs:* None known

Conclusions: This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including allowing mechanized travel would be allowed while maintaining the SPNM character of the area.

BLM_0031262






# San Juan Public Lands
## East Animas
## Roadless Area

East Animas



**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field
- Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE xj pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**

**2006 Inventoried Roadless Areas**
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATES
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

N W E S

0  0.5  1        2 Miles



The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031263

**BALDY 309 (PART OF RARE II 2294)**

OVERVIEW

*Acres:* 20,032

*District:* Columbine

*History:* The RARE II study recommended that 15,200 acres of the 50,380-acre roadless area be added to the Weminuche Wilderness and those acres were added to the Weminuche Wilderness under the Colorado Wilderness Act of 1980. The remaining 35,180 acres were released for management purposes other than wilderness. The segment not recommended for wilderness had a low rating because of non-conforming uses, structures, and mineral activity that reduced the natural quality of the area.

*Location and vicinity:* The area includes much of the eastern flank of Missionary to the private land along the Florida River.

*Access:* Road access within one-quarter mile of the roadless area includes Burnt Timber Road 595, the Red Rim Road 076 and the East Animas, which is a La Plata County road. Forest System trails that access and serve the area are: Missionary Ridge Trail 543, Youngs Canyon Trail 546, Haflin Canyon Trail 557, North Fork Shearer Creek Trail 558, Lime Mesa Trail 676, First Fork Red Creek Trail 727, and Stevens Creek Trail 728.

*Physical description:* The area includes Missionary Ridge and is the southern exposure of a northward-slanting incline extending from the low valleys east of Durango up to the high ridge tops of the hydrological divide between the Animas River drainage and the area drained by the Florida River.

The elevation range is between 6,800 feet near Durango up to 10,500 feet on Missionary Ridge.

*Vegetation:* The vegetative cover varies with elevation and exposure. The ponderosa pine type at the lower elevations gives way to the large band of mixed conifer. Above treeline the spruce and fir give way to the alpine tundra.

*Soils:* Rock types of the exposed geology are as varied as the landform. The west side is primarily layers of sedimentary rocks. The Florida drainage contains some metamorphic and granites and the Vallecito is represented by mostly igneous outcrops and cliffs. Soils are variable in terms of depth, texture and eroding character.

*Wildlife:* The wide variety in vegetative cover for feeding and hiding provides outstanding habitat.

There are many small tributaries in this RARE II area, most without fishery potential.

*Current uses:* Dispersed recreational activities are limited to day-use and/or pass-through activities by persons on their way to the wilderness. Big-game hunting is probably the primary activity. Hiking and mountain-biking along the Missionary Ridge Trail and day hiking in the Baldy area are popular.

*Surroundings:* National Forest System and private lands adjacent to the area are used for a wide variety of values. There are housing developments, recreation and tourist facilities and' all manner of forest resource uses such as timber harvest, livestock-grazing, wildlife habitat improvement and water-related activities.

BLM_0031264

*Key attractions:* Missionary Ridge

## CAPABILITY

### Environment

*Opportunity for solitude:* Opportunity for solitude is moderate because of access and because of the shape of the areas and the numerous developments and activities along Lemon and Vallecito reservoirs and the amount of road use on the adjacent areas. In some cases subdivision for home sites occurred right on the roadless area boundary.

*Naturalness:* Most of the Blady area was cut during the turn of the century and has returned to a natural-looking area.

*Challenge: Nothing is written here.*

*Outdoor recreation opportunities:* Most of the area is closed to all types of motorized recreation.

*Special features:* Much of the area burned during the Missionary Ridge fire of 2002. This 70,000-acre fire changed the vegetative structure of the area.

*Education:* None known

### Scenic features

*None known*

### Manageability

*Size:* same

*Boundaries:* The area has no logical link to other roadless areas. Since it has a common boundary with the Weminuche Wilderness there is potential to add more area to the Weminuche. However, no logical boundary could be established for management and protection of the wilderness.

*Conclusions:* The area is capable of being wilderness.

## AVAILABILITY

*Recreation:* See general description

*Wildlife:* See general description

*Water availability and use:* None known

*Livestock operations:* The area contains active grazing allotments and few facilities such as livestock ponds and fences.

*Timber:* There are 916 acres of suitable timber lands, some in the Willow Creek drainage (per 12/05 Governor's roadless meeting materials).

*Minerals:* The area contains geothermal possibilities. Locatable minerals potential is low to nonexistent.

The area contains low potential for oil and gas potential or coal and there are no existing oil and gas leases in the area (per 12/05 Governor's roadless meeting materials).

BLM_0031265

*Cultural resources:* Some cultural resource inventory has taken place in the area. Survey data from surrounding areas indicates that sites are likely to be found in open parks and meadows and along drainages and near permanent water sources. Potential cultural resource, sites existing on steep slopes and in dense timber stands are unlikely. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.

*Authorized and potential land uses:* There are no timber sales planned in the area. Nor are there plans for any subsequent recreation or domestic range developments. There are mechanical fuel projects within the area and more are planned.

### Availability questions

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *No*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* **Nothing is written here.**

## NEED

Nearby wilderness: The northern boundary of the East Animas roadless area is adjacent to the Weminuche Wilderness.

*Cover type:*

| | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|
| **Baldy** | 107 | 21 | 17 | 797 | 19,089 | 0 | 20,032 |
| | 0 | 0 | 0 | 4 | 95 | 0 | 99 |

*Limited representation cover types:* None known

*Wildlife needs:* **Nothing is written here.**

*Conclusions:* This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including mechanized travel would be allowed while maintaining the SPNM character of the area.

BLM_0031266

# San Juan Public Lands
## Baldy
## Roadless Area

Baldy

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field
- Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE si_pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**

- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATES
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0   0.5   1        2 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2006

BLM_0031267

## FLORIDA RIVER 011 (PART OF RARE II 2294)

### OVERVIEW

*Acres:* 5,726

*District:* Columbine

*History:* The RARE II study recommended that 15,200 acres of the 50,380-acre roadless area be added to the Weminuche Wilderness and those acres were added to the Weminuche Wilderness under the Colorado Wilderness Act of 1980. The remaining 35,180 acres were released for management purposes other than wilderness. The segment not recommended for wilderness had a low rating because of non-conforming uses, structures, and mineral activity that reduced the natural quality of the area.

*Location and vicinity:* The area includes much of the eastern flank of Missionary to the private land along the Florida River.

*Access:* Road access within one-quarter mile of the roadless area includes Vallecito Road 600, East Florida Road 597, and Florida Road 596. Forest System trails that access and serve the area include Endlich Mesa Trail 534.

*Physical description:* The area is characterized by U-shaped valleys of the Florida and Vallecito rivers.

The elevation range is between 8,200 feet near Lemon Reservoir up to 12,740 feet at the summit of Miller Mountain.

*Vegetation:* The vegetative cover varies with elevation and exposure and is primarily a large band of mixed conifer. At treeline the spruce and fir give way to the alpine tundra.

*Soils:* Rock types of the exposed geology are as varied as the landform. The west side is primarily layers of sedimentary rocks. The Florida drainage contains some metamorphic and granites and the Vallecito is represented by mostly igneous outcrops and cliffs. Soils are variable in terms of depth, texture and eroding character.

*Wildlife:* The wide variety in vegetative cover for feeding and hiding provides outstanding habitat. Lynx, a threatened species, have been released in the area.

There are many small tributaries in this RARE II area, most without fishery potential. The inlet to Stump Lake was rehabilitated in 1987 as a fishery improvement project to try and maintain winter inflow. Success has been poor and future projects may be needed.

*Current uses:* Dispersed recreational activities are limited to day-use and/or pass-through activities by persons on their way to the wilderness. Big-game hunting is probably the primary activity.

*Surroundings:* National Forest System and private lands adjacent to the area are used for a wide variety of values. There are housing developments, recreation and tourist facilities and' all manner of forest resource uses such as timber harvest, livestock-grazing, wildlife habitat improvement and water-related activities.

*Key attractions:* Outstanding wildlife appreciation opportunities

BLM_0031268

# CAPABILITY

### Environment

*Opportunity for solitude:* Opportunity for solitude is moderate because of access and because of the shape of the areas, the numerous developments and activities along Lemon and Vallecito reservoirs and the amount of road use on the adjacent areas. In some cases subdivision for home sites occurred right on the roadless area boundary.

*Naturalness:* While some of the area was cut during the turn of the century, it has returned to a natural-looking area.

*Outdoor recreation opportunities:* Most of the area is closed to all types of motorized recreation. Only areas around Miller Mountain on the north end are open to motorized uses.

### Special features

Much of the area burned during the Missionary Ridge fire of 2002. This 70,000-acre fire changed the vegetative structure of the area.

*Education:* None known

*Scenic features:* None known

### Manageability

*Size:* Same

*Boundaries:* The area has no logical link to other roadless areas. Since it has a common boundary with the Weminuche Wilderness there is potential to add more area to the Weminuche. However, no logical boundary could be established for management and protection of the wilderness.

*Conclusions:* This area is capable of becoming wilderness.


# AVAILABILITY

*Recreation:* See general area description

*Wildlife:* See general description

*Water availability and use:* None known

*Livestock operations:* The area contains active grazing allotments and few facilities such as livestock ponds and fences.

*Timber:* There are 916 acres of suitable timber lands, some in the Willow Creek drainage (per 12/05 Governors roadless meeting materials).

*Minerals:* The area contains geothermal possibilities. Locatable minerals potential is low to nonexistent.

The area contains low potential for oil and gas potential or coal and there are no existing oil and gas leases in the area (per 12/05 Governor's roadless meeting materials).

*Cultural resources:* Some cultural resource inventory has taken place in the area. Survey data from surrounding areas indicates that sites are likely to be found in open parks and meadows and along drainages and near permanent water sources. Potential cultural resource sites

BLM_0031269

existing on steep slopes and in dense timber stands are unlikely. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.

*Authorized and potential land uses:* There are no timber sales planned in the area. Nor are there plans for any subsequent recreation or domestic range developments. There are mechanical fuel projects within the area and more are planned.

*Management considerations:* none known

**Availability questions:**

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *No*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* The area is available for wilderness designation.

## NEED

*Nearby wilderness:* The northern boundary of the Florida roadless area is adjacent to the Weminuche Wilderness.

*Cover type:*

| FLORIDA RIVER | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 98 | 73 | 0 | 27 | 4,996 | 532 | 5,726 |
| | % | 2 | 1 | 0 | 0 | 87 | 9 | 99 |

*Limited representation cover types:* none known

*Wildlife needs:* None known

*Conclusions:* This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including mechanized travel would be allowed while maintaining the SPNM character of the area.

BLM_0031270



# San Juan Public Lands
## Florida River
## Roadless Area

**Florida River**

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well Field
- Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- IFSSDE xl pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**

**2006 Inventoried Roadless Areas**
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0  0.25 0.5        1 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031271

## RUNLETT PARK SJ012 (RARE II 2293)

### OVERVIEW

*Acres:* 5,618

*District:* Columbine

*History:* RARE II recommended the addition of approximately 1,200 acres of the area to the Weminuche Wilderness. The 1,200 acres were added to the Weminuche Wilderness by the Colorado Wilderness Act of 1980. The remaining 5,410 acres were released because they had low wilderness attributes ratings due to the visual impacts of the developments around Vallecito Reservoir. The Forest Plan allocated 45 percent of the area to the grazing management emphasis, 20 percent to semi-primitive non-motorized recreation, and the remaining to wood fiber production. The bottom (southern) third of the area was burned in the Missionary Ridge Fire of 2002.

*Location and vicinity:* Runlett Park's northeast boundary abuts the Weminuche Wilderness while the rest of the irregular-shaped boundary is adjacent to other National Forest System lands and private lands in the lower Pine River drainage below the wilderness. The area is surrounded on two sides by the Pine River Road 602 and on the third non-wilderness side by Middle Mountain Road 724.

*Access:* Forest System Trail Runlett Park 530.1 serves the area.

*Physical description:* A ridge from the summit of Runlett Peak descends to the confluence of the Pine River with Vallecito Reservoir. The ridge has very little dissection by stream channels and appears to be uniform in geological origin.

The elevation is between 8,000 feet near the Pine River's entry into Vallecito Reservoir and 11,288 feet at the summit of Runlett Peak.

*Vegetation:* The overstory vegetation in the area consists of ponderosa pine at the lower end and spruce and fir on the higher elevations of Runlett Peak. The mid elevations are forested by the mixed conifer type that is prevalent on the San Juan National Forest in the mid elevations.

*Soils:* The soils are varied but all are subject to erosion. Along the west side of Middle Mountain are deep slumpie soils.

*Wildlife:* Lynx are the known threatened species in the area.

*Current uses:* The primary recreation use is hunting and hiking. The area does serve as a scenic backdrop for the scenery around Vallecito Reservoir. Much of the area can be seen from the reservoir surface. Outfitters use the area for day rides and big-game hunting. The area is open to ATV use but the topography limits use to old fire lines and existing trails.

*Surroundings:* The non-wilderness National Forest System lands around most of the area are managed primarily for their recreational values because of their juxtaposition with the recreation uses of Vallecito Reservoir and the ranching and recreational retreat uses of the private lands in the area.

*Key attractions:* none known

BLM_0031272

## CAPABILITY

### Environment

*Opportunity for solitude:* There is low to moderate potential for solitude due to the large amount of motorized off-trail use in the area.

*Naturalness:* This area has been impacted by many recent management activities such as travel management prescriptions and fire suppression activities.

Challenge

*Outdoor recreation opportunities:* See the general description.

### Special features

*Education:* None known

*Scenic features:* See the general description.

### Manageability

*Size:* same

*Boundaries:* The area is adjacent to the Weminuche Wilderness but once below the slopes of Runlett Peak there is no logical or manageable boundary for wilderness.

*Conclusions:* The area is capable of being wilderness.


## AVAILABILITY

*Recreation:* See the general description.

*Wildlife:* See the general description.

*Water availability and use:* None known

*Livestock operations:* This area contains active allotments with small facilities such as stock ponds and fences.

*Timber:* There are 2,267 acres of suitable timber lands within the area (update – per 12/05 Governor's roadless meeting materials).

*Minerals:* Potential mineral activity appears to be minimal even though there was some historic mining activity in the general area

There are no oil and gas leases in the area (per 12/05 Governor's roadless meeting materials).

*Cultural resources:* Only two historic sites relating to mining activities are known to occur in the area. Very little survey has been conducted in the area. It is likely that additional sites could occur in open parks and meadows along the drainage. The areas of dense timber and steep slopes have a lower probability of containing cultural resource sites. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.

*Authorized and potential land uses:* There are no planned recreation developments, wildlife habitat improvement projects, or timber harvest activities. Fuels projects are planned for this area near private lands.

BLM_0031273

Management considerations:

*Availability questions:*

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *Limited but some potential, no demand*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* This area is available as wilderness.


## NEED

*Nearby wilderness:* The eastern boundary of the roadless area is adjacent to the Weminuche Wilderness.

*Cover type:*

| RUNLETT PARK | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 352 | 40 | 0 | 245 | 4,980 | 1 | 5,618 |
| | % | 6 | 1 | 0 | 4 | 89 | 0 | 100 |

*Limited representation cover types:* None known

*Wildlife needs:* None known

*Conclusions:* This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including mechanized travel would be allowed while maintaining the SPNM character of the area.

BLM_0031274

# San Juan Public Lands
## Runlett Park
## Roadless Area

Runlett Park

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field

Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE xl pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**

- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0   0.3   0.6            1.2 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031275

## HD MOUNTAIN SJ009 (RARE II 2295)OVERVIEW

*Acres:* 25,140

*District:* Columbine

*History:* The RARE II process recommended that the entire 20,010 acres of the roadless area remain non-wilderness. The 1983 Forest Land and Resource Management Plan allocated 2,800 acres to semi-primitive non-motorized recreation, 4,570 acres to semi-primitive motorized recreation, and 12,640 acres to wildlife management emphasis.

The RARE II wilderness attribute rating was ranked in the lower 40 percent of the Forest's areas and about midway in the regional area's. 460 acres have been modified by management activities. Roads, pipeline and drill sites for the gas field development will modify another 1,000 acres. At the conclusion of the 1992 planning period approximately 18,550 acres (29 square miles) were to remain roadless but the development of the gas field continues.

*Location and vicinity:* The HD Mountain roadless area is located to the southeast of Bayfield. It is partially located in four townships in both Archuleta and La Plata counties. The area is located south of Highway 160. The area has an irregular boundary that generally inscribes the mountain ridge that separates the many old roads and timber-cutting areas on the eastern and western flanks of the HD Mountains.

*Access:* Access roads leading to the area include Sauls Creek 608, Lange Canyon 137, Fosset Gulch 613, Turkey Creek Road 615a, Radio Tower Road 756, ATT Road 743, and Spring Creek 537. The only Forest System trail serving the area is the Pine-Piedra Trail 524.

*Physical description:* A 10-mile-long north-south low mountain range made up of individual peaks, mesas, and questas characterizes this roadless area. It is a transition area between the geomorphology of the Colorado Plateau and the higher Rocky Mountains along the Continental Divide. The general ridge line is dissected by a series of relatively flat, narrow stream bottoms and some rolling hills.

Elevation range is between 6,500 feet in Skull Creek and 8,936 feet on Pargin Mountain.

*Vegetation:* Vegetation lies in a vegetative transition zone between the pinyon-juniper type and the ponderosa pine type. Pinyon pine and juniper, ponderosa pine and mixed conifer dominate the southern exposures and ponderosa pine is present on the northerly exposures. Large Gambel oak stands are along the western side of the area. Gambel oak is intermingled beneath the ponderosa pine and at the lower elevations of the pinyon-juniper type. There are a large number of open grass meadows in the drainage bottoms. On the northern exposures there are some pockets of Douglas fir. Old-growth ponderosa pine stands are in Turkey Creek and Ignacio Canyon.

*Soils:* Major geology of the area is formed by sedimentary rock formations and their resulting soil types. Many of the soils are considered poor and highly susceptible to erosion. Many are of shale origin and have a moderate to high shrink characteristic and are of low strength.

*Wildlife:* During the winter months, elk migrate into the area because of the large amount of winter range provided by the open grassy meadows. There is also a fair number of cavity-nesting birds because of the number of old ponderosa pine snags in the area.

BLM_0031276

The area has suitable habitat for the peregrine falcon and the Mexican spotted owl, a species is listed as Threatened both federally and by the State of Colorado.

*Current uses:* Although a full spectrum of recreational activities exists in the area such as hiking, mountain-biking, and ATV use due to the area's location near Bayfield, recreation use is considered moderate because of the absence of water, vegetation and terrain. Coal-bed methane extraction, private lands holdings and cattle-grazing are in the area

*Surroundings:* The use of National Forest System lands surrounding this roadless area has long provided for multiple-use management of timber, range, wildlife, and recreation resources.

*Key attractions:* Turkey Creek and Ignacio Canyon.

## CAPABILITY

### Environment

*Opportunity for solitude:* Opportunity for solitude is lacking because of the visual and audible impact of the gas-field production and traffic on the surrounding roads.

*Naturalness:* The largest impact to the roadless character of the area is the leasing and drilling activity associated with the gas wells in this region of the San Juan Basin. A small portion of the Lange Canyon Timber Sale has modified the roadless character of the area on approximately 80 acres. There were no new roads constructed for this 1981 sale. Several range fences cross the area and small stock ponds can be found in the lower, open draws on the area's periphery.

*Outdoor recreation opportunities:* Hiking, mountain-biking, hunting and ATV use.

### Special features

*Education:* Old-growth ponderosa pine stands in Ignacio Canyon have been identified as a potential RNA.

*Scenic features:* Pargin Mountain

### Manageability

*Size:* Same

*Boundaries:* The roadless area cannot be linked to another roadless or Wilderness Area.

*Conclusions:* The area is not capable to be wilderness

## AVAILABILITY

*Recreation:* Dispersed recreation in the form of hiking, hunting, mountain bikes and ATVs.

*Wildlife:* The area has suitable habitat for the peregrine falcon and the Mexican spotted owl.

*Water availability and use:* Springs are found in the area, and small stock ponds.

*Livestock operations:* Grazing allotments cover much of the HD's, although the utilized area is relatively small because of topographic limitations.

*Timber:* There are no planned timber sales within the area. There are 3,638 acres of suitable timber lands within the area (update - per 12/05 Governor's roadless meeting materials), including portions of Ignacio Creek. However, topography limits utility of the area for timber management.

BLM_0031277

*Minerals:* Coal-bed methane, natural gas, and other hydrocarbons offer the largest substantial extractive resource.

In 1978 the Department of Energy listed the entire area as being highly important for oil and gas. The Colorado Geological Survey also pointed out high oil and gas potential as well as coal beds underlying the entire area. These early studies are collaborated by the large interest in leasing and drilling expressed today.

The largest impact to the roadless character of the area is the leasing and drilling activity associated with the gas wells in this region of the San Juan Basin. There have been two wells drilled on the boundary and four drilled in the interior, resulting in approximately 2 1/2 miles of road construction. The road construction has modified the roadless character of approximately 380 acres along the roads. As of December 2005, 17,388 acres within the HD Mountain roadless (88%) area are leased for oil and gas development.

*Cultural resources:* Cultural resource inventories conducted in the area have identified a large number of properties that include isolated finds, archaic campsites, lithic and ceramic scatters, habitations with subsurface architecture, and a large number of historic features relating to the logging and ranching era. Some of these properties will be eligible for including on the National Register of Historic Places. There is a high probability of finds on the ridge or mesa tops, in the meadows, and along the intermittent stream drainages. They are less likely to be found on the steep wooded slopes. Although this area is adjacent to the Southern Ute Reservation, tribal officials have not indicated any areas of interest under the American Indian Religious Freedom Act.

*Authorized and potential land uses:* There are no planned recreation developments in the area. The large impact will be the continued drilling for gas and oil.

Fuel/forest restoration projects with both mechanical treatment and prescribed fire are ongoing and proposed in the area.

*Management considerations:* Authorized oil and gas leases have a direct impact on availability of IRA.

**Availability questions:**

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *Yes*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Yes, most of the area is leased for oil and gas.*

*Conclusions:* HD IRA is not available for wilderness.

BLM_0031278



# San Juan Public Lands
## HD Mountains
## Roadless Area



HD Mountains

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field
- Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE xi pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities



**Legend**

- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0 0.375 0.75   1.5 Miles



The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031279

**PIEDRA AREA ADJACENT SJ 006 (RARE II 2292)**

OVERVIEW

*Acres:* 44,789

*District:* Pagosa/Columbine

*History:* The RARE II process found that 39,650 acres were suitable for wilderness and the remaining 83,670 acres lacked wilderness character. The Colorado Wilderness Act of 1980 added approximately 1,360 acres of the roadless area in the Pine River Valley to the existing Weminuche Wilderness. The 1980 Act also established the 41,500-acre Piedra Wilderness Study Area, which will be managed to maintain those values that make it eligible to be added to the wilderness system until the United States Congress has the opportunity make a decision on the area. The remaining 71,400 acres were allocated to a variety of recreation and commodity emphasis management prescriptions (e.g., to semi-primitive non-motorized recreation, wood fiber production, wildlife, and grazing management). These areas contained non-conforming uses including unimproved roads, water development activity, past timber sales (on perimeter), some gas exploration, buildings, and range improvements throughout. Of the 71,400 acres released, as of 1993, the Piedra area was created for non-wilderness management, approximately 11,800 had been modified through resource management activities, and 60,000 acres (94 square miles) were roadless.

*Location and vicinity:* The Piedra adjacent is in two districts, Columbine and Pagosa.

*Access:* The area is bounded by 16 Forest Development Roads and a number of roads located in the large block of private land known as the Piedra Valley Ranch. The roadless area boundaries were inadvertently drawn during the RARE II to include one road, Trail Ridge FDR 639, within the area. The number of Forest System trails that access and serve the area are too numerous to list.

*Physical description:* The east side of the area is characterized by south-facing slopes that are deeply dissected by the Piedra River and associated drainages. A few isolated plateau-like areas are scattered throughout. The Piedra River is the dominant drainage feature of the area while the Pine River and East Creek share the far western side of the roadless area.

The elevation ranges from 6,800 feet along the Piedra River to over 12,000 feet near Granite Peak.

*Vegetation:* Vegetation on the area varies with elevation. Coniferous vegetation occurs over 70% of the area. Aspen stands cover approximately 25% of the area. The conifers include Douglas fir, spruce, white fir, and ponderosa pine. These forest stands are interspersed with grasses, rock, or riparian vegetation. Browse species such as oak and serviceberry are represented in only a few scattered areas, mostly at lower elevations. Old-growth ponderosa pine can be found in the area.

*Soils:* Except for the slopes of Granite Peak and the First Box Canyon, the geology of the area consists of a sequence of sedimentary rock layers overlying the pre-Cambrian basement of granite and quartzite.

BLM_0031280

*Wildlife:* The variety in understory vegetation provides very good wildlife habitat, which includes suitable habitat for two Forest Service sensitive species,, the peregrine falcon and northern goshawk. The area contains river otter, a state-listed endangered species. The forests of Piedra comprise an important elk migration corridor between winter range in oak and pinyon-juniper woodlands along the lower Piedra and summer range in the adjacent Weminuche Wilderness and in the headwaters of Piedra River tributaries. A Colorado Division of Wildlife survey identified the Piedra's western forests as some of the best available habitat for lynx based on snowshoe hare populations.

Most of the larger streams in this roadless area provide fishing opportunities. Some of the major streams for fishing are East Creek, Mosca Creek, Coldwater Creek, First Fork, Sand Creek, Weminuche Creek and the Piedra River. Creeks with marginal fisheries include West Prong, Red Creek, Clear Creek and Trout Creek. Fisheries habitat improvement projects have occurred on East Creek and the Piedra River.

*Current uses:* A full spectrum of recreational opportunities and activities is available and enjoyed by many users. Motorized recreation is available in the form of ATV trails in the southwest adjacent to the Forest Lake area. Also a small fuels project is proposed around the Forest Lake area.

*Surroundings:* The area borders on other National Forest System lands and private holdings. It shares a common boundary with the Weminuche Wilderness between the Pine River Valley and Granite Peak on its northwest end.

The National Forest System lands surrounding this roadless area are managed for a wide variety of recreational and commodity uses. Originally the Piedra roadless area had a logical tie with the Weminuche Wilderness through the common boundary between Grassy Point and Granite Peak. However, this tie is somewhat diminished because the West Prong timber sale is now located between the wilderness and the main body of the roadless area. The Piedra roadless area also shares a common point near Granite Peak with the Graham Park area 291.

*Key attractions:* Coldwater Creek, Devils Hole and Devil Mountain Trail.

## CAPABILITY

### Environment

*Opportunity for solitude:* Moderate potential due to lack of motorized routes.

*Naturalness:* There have been some prescribed burns for wildlife habitat improvement in the area but they do not materially affect the roadless character. The wilderness character of the 41,500-acre Piedra Wilderness Study Area has been maintained. Approximately 54,000 acres of the area not already designated for wilderness study remains roadless. A line cabin for livestock permittees is located along the First Fork in the western roadless addition, along with several livestock fences and an improved pond. There are no significant human imprints other than evidence of hunting camps and similar recreational activities in the roadless additions around Devil Creek and the upper Piedra.

*Challenge:* Remote setting and complex terrain requires wilderness skill and navigational skill.

BLM_0031281

*Outdoor recreation opportunities:* The upper end of the First Fork Trail beginning at Beaver Meadows is included within one large adjacent roadless addition to the west. This trail is popular with backcountry horsemen and during hunting season. The East and West Devil Creek trails in the southeast addition are rugged and relatively unused. The upper Piedra River Trail is popular with anglers downstream of the Piedra picnic ground in the eastern roadless addition.

**Special features**

*Education:* None known

*Scenic features:* None known

**Manageability**

*Size:* Same

*Boundaries:* Same

*Conclusions:* The area is capable of wilderness designation.

AVAILABILITY

*Recreation:* The Piedra River Trail within the Piedra Area is closed year-long to mechanized recreation (mountain bikes). In the southeast, the East and West Devil Creek trails were closed to motorized use in a 1998 Plan Amendment. Only the Devil Mountain Trail receives regular motorized use at this time. The Heflin Creek and upper Indian Creek addition (Columbine) to the southwest is closed to motorized recreation use by special closure in the travel management plan. The upper First Fork drainage (Columbine) is closed to summer motorized use but winter snowmobile use is allowed. This use occurs primarily along the West Prong timber road and in the adjacent Beaver Meadows, both of which are largely excluded from the roadless area. Approximately one-half the Bear Creek unit is closed to all motorized vehicles and the remainder contains no trails suitable for motorized vehicles.

*Wildlife:* Available habitat for lynx, peregrine falcon and northern goshawk. The area contains river otter. The IRA is an important elk migration corridor from winter to summer range.

*Water availability and use:* Stock ponds are the only uses in the IRA.

*Livestock operations:* The current level of livestock-grazing is expected to continue with only the ranching economy causing any major changes. Existing range improvements will be maintained.

*Timber:* In the areas where timber harvest has occurred there are opportunities for additional wildlife habitat improvement projects. Some fisheries habitat improvement projects are planned for East Creek but these will be hand-constructed and will not modify the roadless character. Old fisheries habitat surveys recommend placing log structures near the mouths of Mosca and Coldwater Creeks.

*Proposed timber sales:* The Piedra Area Adjacent contains 17,755 acres of suitable timber lands (update - per 12/05 Governor's roadless meeting materials).

*Minerals:* The potential for significant development of locatable and leasable minerals in the area is relatively low. This is evidenced in part by the historic low level of exploration activity. Several lease tracts have been applied for but no leases have been issued and no geophysical

BLM_0031282

exploration activity has been proposed. The areas lie north of the Fruitland outcrop, which is generally considered the northern extent of prospective coal-bed methane deposits. At the lowest end of the adjacent area there is low potential for conventional gas and we are out of the Fruitland

There are currently no existing oil or gas leases in the area (per 12/05 Governor's roadless meeting materials).

*Cultural resources:* No extensive cultural resource surveys have been undertaken in the Wilderness Study Area. One significant aboriginal camp has been identified. Other camps may be discovered in the area, although it is unlikely that finds will be numerous or that any structural ruins exist. No important historic priorities are known to exist either within or in the vicinity of the study area. In the portion of the roadless area not included in the Wilderness Study Area, previous inventories have recorded numerous cultural resource properties consisting primarily of isolated artifacts, lithic scatters and some mixed artifacts. Historic properties include Ute Scarred Trees, aspen art, historic stock driveways and logging sites.

The roadless area is situated in the historic territory of the Ute nations, but archival research and contacts with members of the Southern and Ute Mountain Ute tribes have failed to identify any specific sites important to the Ute peoples.

*Authorized and potential land uses:* There are no planned recreation developments for the area. The area will continue to be managed for the various dispersed recreation opportunities. The trail system will be upgraded and rehabilitated as funds and priorities dictate. The released area outside of the WSA could have unplanned road development because of mineral development and oil, gas and coal leasing.

*Management considerations:* None known

### Availability questions

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *No*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* The area is available for wilderness designation.


## NEED

*Nearby wilderness:* Weminuche

*Cover type:*

| PIEDRA AREA ADJACENT | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 978 | 797 | 0 | 1,344 | 41,654 | 17 | 44,789 |
| | % | 2 | 2 | 0 | 3 | 93 | 0 | 100 |

BLM_0031283

The old-growth ponderosa pine stands in the Devil Creek drainages and along the upper Piedra River comprise much of the last 5% of remaining old-growth ponderosa stands in the San Juans. Most of the ponderosa pine old-growth is already included within the existing congressionally-designated area. However, additional significant stands of old-growth ponderosa pine occur along the Piedra River immediately upstream of the protected area and in the southeast portion of the Piedra Area Adjacent roadless area. Such a large expanse of undisturbed, lower-elevation forest is rare in Rocky Mountains.

*Limited representation cover types:* Old-growth ponderosa pine

*Wildlife needs:* Elk summer to winter range corridor and habitat for lynx, peregrine falcon and northern goshawk.

*Conclusions:* This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including mechanized travel would be allowed while maintaining the SPNM character of the area.

BLM_0031284



# San Juan Public Lands
## Piedra Area Adjacent
## Roadless Area

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field
- Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE xj pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**
- 2005 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0  0.5 1      2 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available.  Geospatial data accuracy varies by theme on the map.  Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031285

## GRAHAM PARK (*SJ005*) (RARE II 2291)

OVERVIEW

*Acres:* 17,808

*District:* Pagosa

*History:* The RARE II process identified 12,090 roadless acres that were not recommended for wilderness because of the timber values and the absence of a logical manageable boundary. This area had the lowest wilderness attributes rating on the San Juan National Forest and was in the lower 50% in the region. The Forest Land and Resource Management Plan allocated the area to semi-primitive non-motorized recreation and 1,160 acres to timber production.

*Location and vicinity:* The Graham Park roadless area is a dipper-shaped area between the old Mosca timber sale and the Weminuche Wilderness. It is located in Hinsdale County in the north-central portion of the Pagosa District. Its top side is a common boundary with the Weminuche Wilderness along the ridge between Granite and Graham peaks. The eastern boundary is the private land in the Weminuche Valley and the south boundary is along the clearcut areas of the historic Mosca Timber Sale.

*Access:* Roaded access to the area is via Piedra Road 631. The following Forest trails access and serve the area: Pine-Piedra Trail 524, Falls Creek Trail 673, Shaw Creek Trail 584, and the Little Sand Creek Trail 591.

*Physical description:* The area's physical characteristics were formed by the high ridge separating the Weminuche drainage from the upper Los Pinos river drainage. This area covers the upper one-fourth of the slope between the Piedra River and the hydrological divide with the Pine River. Being near the top of the ridge, it is moderately dissected by cross-drainages and has three named streams draining the dipper portion of the area. They are Bear Creek, Shaw Creek and Falls Creek, which are tributaries to Weminuche Creek. The handle portion of the area contains the headwaters of Mosca Creek, Sand Creek, and the west and east forks of Coldwater Creek.

Elevational differences are between 8,200 feet in the Weminuche Valley and 12,531 feet on the summit of Graham Peak.

*Vegetation:* Although the exposure of the area is generally south and east, the dissecting stream channels have resulted in some north and southwest exposures. However, the change in exposure is not sufficient to create a large variety in overstory vegetation. The area has some mixed conifer types on the slopes rising out of the Weminuche Valley floor. Once the bench is reached in the Bear, Shaw, and Falls creeks area the timber type is in uniform stands of spruce and fir. Above the treeline on the higher peaks the alpine tundra is mixed with rock cliffs and talus slopes. One distinguishing characteristic is the number of open wet or riparian meadows along the upper reaches of Shaw and Falls creeks. This unusual mosaic provides excellent elk summer habitat.

*Soils:* Geology of the area ranges from sedimentary outcrops in the Weminuche Valley to granitic formations that form the major peak along the Weminuche Wilderness boundary. Soils vary.

BLM_0031286

*Wildlife:* Wildlife species inhabiting the area are typical of those found in the rest of the San Juan Mountains. In addition to the typical species there are Rocky Mountain bighorn sheep that frequent the areas around the higher peaks. The wet meadows in the Shaw and Falls Creek drainages are important elk summer ranges. The outstanding wildlife feature is the elk use of the Shaw and Falls Creek drainage areas for calving.

There are no known threatened or endangered species in the area. Suitable habitat for the Canada lynx exists in the IRA. Lynx have been released in a nearby area through the DOW lynx augmentation program.

Currently there are efforts to recover Colorado river cutthroat trout.

*Current uses:* Recreational use of the area is mostly hunting. Some trail use occurs by horse packers and backpackers using system and non-system trails for hunting. Recreation use is very low outside of hunting season. The area is a prime spot for observing wildlife. The area is closed to summer motorized travel, but snowmobiling is permitted off FDR 631 in winter.

*Surroundings:* The eastern boundary is the private land in the Weminuche Valley and the south boundary is along the clearcut areas of the historic Mosca timber sale. Use of lands surrounding the area is varied. On the north and west is legislated wilderness, on the east is private ranching and on the south and southwest are the old Mosca clearcuts with their associated road system.

*Key attractions:* Views of the Weminuche Wilderness

## CAPABILITY

### Environment

*Opportunity for solitude:* Low to moderate. The area slopes down to intensive development (clearcuts, roads) which can be seen from much of the area; however, recreation use is low except during hunting season.

*Naturalness:* 1980s timber harvest and road construction

*Outdoor recreation opportunities:* See general description

*Special features:* None known

*Education:* None known

### Scenic features

See general description

### Manageability

*Size:* Same

*Boundaries:* No known issues

*Conclusions:* The area is capable to become wilderness.

BLM_0031287

AVAILABILITY

*Recreation:* See general description

*Wildlife:* See general description

*Water availability and use:* Fens are located in the area.

*Livestock operations:* The current level of livestock-grazing is expected to continue with only the ranching economy causing any major changes. Existing range improvements will be maintained.

*Timber:* One timber sale has affected the area since the RARE II study and analysis. The Mosca 2 timber sale modified the roadless character on approximately 920 acres. The 1.8 miles of new road to connect the scattered cutting blocks also impacted another 80 acres.

3,225 acres of suitable timber lands (per 12/05 Governor's roadless meeting materials).

*Minerals:* Previous energy resource assessments show that no commercial potential exists for oil and gas, locatable, and coal on the entire area. No known leases are in effect at this time.

*Cultural resources:* Previous cultural resource surveys in the area resulted in the location of only a few sites of isolated artifacts and lithic scatter. These sites were located in meadows, thus indicating likely site locations in the upper Piedra Valley. There is a moderate likelihood of sites being present in meadows and along drainages. The likelihood is lower for the steep slopes and dense tree-covered areas. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.

*Authorized and potential land uses:* There are two outfitters and guides in the area with two camps and a potential Sno-Cat skiing proposal. Although Falls Creek and Bear Creek contain fish, it is doubtful whether any fisheries habitat improvement will occur because of difficult access.

*Management considerations:* None known.

**Availability questions**

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *No*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* The area is available to become wilderness.

BLM_0031288

**NEED**

*Nearby wilderness:* The Graham Park roadless is adjacent to the Weminuche Wilderness along its western and northern boundaries.

*Cover type:*

| GRAHAM PARK | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 986 | 834 | 32 | 737 | 15,209 | 10 | 17,808 |
| | % | 6 | 5 | 0 | 4 | 85 | 0 | 100 |

The wet meadows and fens are an uncommon feature that enhances the higher, rocky slopes of the adjacent Weminuche Wilderness.

*Limited representation cover types:* None known

*Wildlife needs:* None known

*Conclusions:* This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including mechanized travel would be allowed while maintaining the SPNM character of the area.

BLM_0031289

# San Juan Public Lands
## Graham Park
## Roadless Area

Legend

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field
- Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE xj pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

Legend

- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

Graham Park

0   0.5   1          2 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031290

**WEMINUCHE ADJACENT (# *SJ020*) (CONTAINS POISON PARK (RARE II 2290), DAVIS MOUNTAIN (RARE II 2288), MONK ROCK (RARE II 2289), MARTINEZ CREEK (RARE II 2287), AND ELK PARK (NOT RARE II)**

## OVERVIEW

*Acres:* 38,410

*District:* Columbine, Pagosa

*History:* This roadless area is a combination of numerous roadless areas adjacent to the Weminuche Wilderness Area. Several of the areas were studied under RARE II including Poison Park. The RARE II study recommended wilderness designation for 1,100 acres and that the remaining 7,960 acres be allocated to multiple use management. The Colorado Wilderness Act of 1980 added approximately 100 acres to the Weminuche Wilderness, in the Middle Fork drainage. The Monk Rock RARE II study identified 2,260 roadless acres which were not recommended as wilderness. The Davis Mountain RARE II study identified 1,320 acres of roadless area which were not recommended for wilderness. The Martinez Creek RARE II study identified 6,420 acres of roadless area which were not recommended for wilderness. Other areas shown on Map # are the result of the roadless inventory review done for the 2007 San Juan Land Use Plan. It is appropriate to look at all of these roadless areas adjacent to the Weminuche Wilderness together because they have similar characteristics. More specific information about location, access, physical description, vegetation, soil, and wildlife can be found in Appendix F of the Final Supplemental Environmental Impact Statement, San Juan National Forest, 1990. Elk Park was not studied during RARE II however the area is adjacent to the Weminuche Wilderness and at 616 acres it is a National Forest tract along the Animas River bounded on the north by the Colorado Trail on the east by the DSNRR and Anmias River and the rest of the boundary is Weminuche Wilderness. Elk Park does have mining claims over nearly the entire area.

*Location and vicinity:* These roadless areas are described by an irregular-shaped boundary that includes ridge areas, major river drainages and tributaries.

*Access:* Many points along the boundaries are located within one-quarter mile of Forest Service system roads and Forest Development trails.

*Physical description:* These areas consist of narrow bands along the west and north sides of the Weminuche Wilderness. These areas represent the toe slopes descending from the wilderness boundary.

The elevation range is between 8,000 and 12,000 feet above sea level.

*Vegetation:* The major overstory vegetation cover is mixed conifer (spruce, white fir, Douglas fir) with aspen in the higher elevations and ponderosa pine at the lower elevations. These areas also contain some open grassy parks. Vegetation types do not significantly vary except for elevation changes, aspect and slope orientation.

*Soils:* Geology of the area is the rocky moraines along the ridges and colluvial sedimentary rocks and shale along the narrow portion at top of the area. The soils are shallow to deep and subject to mass erosion along the cliffs as evidenced by the large mud flow that covered the

BLM_0031291

Williams Creek and Poison Park roads in 1979. Soils along the ridges are shallow and are not prone to mass wasting.

*Wildlife:* Wildlife species inhabiting this area are typical of the species that are found throughout the San Juan portion of the Southern Rocky Mountains. The mixed conifer vegetation type with its large variety of understory vegetation types makes this a prime area for many species. Bald eagles are the only known threatened species in the area. Cliffs provide peregrine falcon habitat. Bighorn sheep are known to winter in the area around Poison Park. Much of the area has suitable lynx habitat.

There are permanent streams that support fisheries habitat.

*Current uses:* Hiking and hunting are the two most popular dispersed recreation activities. The areas are also crossed by a number of wilderness users on the trails that lead into the Weminuche Wilderness.

The adjacent areas are considered to be a primary recreation area with fishing streams, four large campgrounds, the state recreation area at Williams Creek Reservoir, and three trailheads for wilderness users. The private lands are used for ranching and these operators also have many grazing permits for grazing on the Forest around and in the roadless area. The area is closed to summer motorized travel. Southern portions of the area along roads are open to winter snowmobile.

*Surroundings:* There is a wide variety of resource and land uses outside the roadless area on the non-wilderness National Forest System lands. There is a lot of incidental day use by visitors who are utilizing the popular areas and Forest Service campgrounds in the adjacent areas.

## CAPABILITY

### Environment

*Opportunity for solitude:* Opportunity for solitude ranges from moderate to minimal because of the recreational activities, roads and campgrounds.

*Naturalness:* These are smaller areas with few intrusions that affect naturalness.

*Challenge:* The campground and trailhead from Williams Creek encroaches one of the areas.

*Outdoor recreation opportunities:* Dispersed recreation such as hiking, hunting and nature studies.

### Special features

*Education:* Williams Creek White Fir Research Natural Area and Martinez Creek Research Natural Area.

*Scenic features:* The Monk Rock area has three major scenic rock features and the Keyhole, which provides a scenic backdrop.

Manageability

Williams Creek White Fir Research Natural Area and Martinez Creek Research Natural Area

*Size:* Same

BLM_0031292

*Boundaries:* These areas cannot be logically added to any other roadless areas although they are adjacent to an existing wilderness.

*Conclusions:* These areas are capable of being wilderness.

**Availability**

*Recreation:* Same as Capability section

*Wildlife:* Same as Overview.

*Water availability and use:* No known issues

*Livestock operations:* Several areas are in livestock allotments.

*Timber:* The Martinez Creek portion has 1,113 acres that are suitable timber lands (per 12/05 Governor's roadless meeting materials). The other segments are not in the suitable timber base.

*Minerals:* Based on past mineral activity it is not anticipated that there will be any mineral or oil and gas activity. However mineral claims are present on Elk Park portion of the IRA.

No oil and gas leases. Potential for minerals is low to none.

*Cultural resources:* A small number of cultural resource sites have been located in the area. They consist primarily of isolated lithic artifacts and lithic scatters. The likelihood of finding additional sites is moderate to high along the streams and in the open meadows. The probability of finds in all other areas is moderate. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.

*Authorized and potential land uses:* There are no planned recreation developments in the area; however, part of the Palisade horse camp encroaches on one of the roadless area parcels. There is opportunity for wildlife habitat improvement projects in these areas but none are planned at this time. Those portions of the areas are included in a research natural area while another research natural area is proposed. All research natural areas will be managed in accordance with national direction and standards. There is no timber harvest activities currently planned, though portions of the area are suitable for timber.

*Management considerations:* 580-acre Williams Creek Research Natural Area, which was created as a representative sample of white fir forest. The Martinez Creek potential Research Natural Area, an old-growth spruce-fir area, undisturbed for at least the last 500 years, is located approximately nine air miles (14 km) north of Pagosa Springs on the Pagosa Ranger District of the San Juan National Forest. It includes 1,062 acres of spruce-fir, subalpine wetland, and deciduous riparian forest cover types.

Monk Rock has a segment of the Piedra River's Middle Fork that is proposed for designation under the Wild and Scenic Rivers Act (along the western boundary of the area).

**Availability questions:**

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*

BLM_0031293

- Does the area have high strategic or economic mineral development potential? *No*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* These segments adjacent to the Weminuche Wilderness are available for wilderness.


## NEED

*Nearby wilderness:* The Weminuche Adjacent roadless area is adjacent to the Weminuche Wilderness on the western and southern boundaries of the Wilderness Area. Weminuche Adjacent would expand the ecological diversity of the Weminuche Wilderness by adding grassy parks, stands of mixed conifer, and a reference site for white fir.

*Cover type:*

| WEMINUCHE ADJACENT | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 2,971 | 563 | 394 | 2,490 | 31,982 | 10 | 38,410 |
| | % | 8 | 1 | 1 | 6 | 83 | 0 | 100 |
| Recommended | Acres | 31 | 0 | 80 | 279 | 1,038 | 0 | 1,428 |
| | % | 2 | 0 | 6 | 20 | 72 | 0 | 100 |

*Limited representation cover types:* The Williams Creek Research Natural Area, a representative sample of white fir forest, and the Martinez Creek potential Research Natural Area, an old growth spruce-fir forest.

*Wildlife needs:* None known

*Conclusions:* These areas would not add significantly to the National Wilderness Preservation System. However the addition of two tracts, Elk Park and Monk Rock would allow for consistency in management and is recommneded. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use in the including mechanized travel would be allowed outside of Elk Park and Monk Rock while maintaining the SPNM character of the area.

BLM_0031294

# San Juan Public Lands
## Weminuche Adjacent
## Roadless Area




**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field
- Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE sj_pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC.
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities



**Legend**

- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD


0 0.5 1   2 Miles



The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031295

# San Juan Public Lands
## Weminuche Adjacent
## Roadless Area

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field

Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER

- FSSDE x1 pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**

2006 Inventoried Roadless Areas
Bureau of Land Management
Bureau of Reclamation
Colorado Division of Wildlife
National Forest
Indian Reservation
National Park Service
Patented Lands
State Lands
Wilderness
Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED RD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0 0.25 0.5   1 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031296

## TURKEY CREEK (*SJ004*) (RARE II 2286)

### OVERVIEW

*Acres:* 25,326

*District:* Pagosa

*History:* The RARE II process identified 23,260 acres of roadless area which were not recommended for wilderness because of mineral potential, lack of solitude, and the amount of livestock-grazing. Subsequent land use designations by the Forest Land and Resource Management Plan were 14,180 acres to semi-primitive non-motorized recreation, 6,640 acres to a livestock use, and 2,600 acres to wood fiber production. As of the 1992 Plan Amendment, of the original 23,260 acres released for non-wilderness management activities in this roadless area, 260 acres had been modified through management activities and 22,350 acres were to remain unroaded at the conclusion of the 1992 planning process. Because of similarities this write-up combines Turkey Creek RARE II with Sheep Mountain (RARE II 2307).

*Location and vicinity:* Turkey Creek is located in Mineral and Archuleta counties near the center of the Pagosa District.

*Access:* Roads adjacent to the area include the West Fork Road (648), Fourmile Road 645, Snowball Road 646, Jackson Mountain Road 037, Laughlin Creek Road 738 and Highway 160. Forest Development Trail 580 accesses the area up Turkey Creek and is the only trail bisecting the roadless area and going on into the Weminuche Wilderness.

*Physical description:* A highly dissected slope descends from the higher peaks along the Weminuche Wilderness boundary. Turkey Creek and Quien Sabe Creek are the two main drainages and are tributaries of the San Juan River.

The elevation ranges from 7,600 feet near the mouth of Turkey Creek to 12,137 at the summit of Eagle Peak No.2. Another prominent mountain peak and well-known landmark in the Pagosa Springs area is Saddle Mountain at 12,033 elevation.

*Vegetation:* There is a full range of forest cover types represented, starting with ponderosa pine in the lower elevations, changing to spruce and fir at the higher elevations. There is some alpine tundra near the summits of Saddle and Eagle peaks. Since the area is generally a southern exposure there is a minimum of tree species that are usually found at comparable elevations on northern exposures.

*Soils:* The geology of the area is a variety of Quaternary Period deposits and is fairly unstable. The area is marked by many prehistoric slumps and slides. The soils are primarily shales, varying in depth, and considered fairly susceptible to erosion as evidenced by the amount of slips, slides and gullies.

*Wildlife:* Animals that inhabit this area are typical of the Southern Rocky Mountains. Wild turkey and bighorn sheep are present because the overall southern exposure provides excellent habitat. The numerous understory vegetation types with numerous understory plant species provide a large diversity of animal habitats, making the area very rich in all the common fauna species. The area does contain suitable habitat for Canada lynx. This area is part of the Canada lynx linkage area between the South San Juan and Weminuche Wilderness Areas.

This area continues a major wildlife corridor.

BLM_0031297

*Current uses:* Recreational use of the area is mostly hiking, horseback-riding, and hunting. Fishing opportunities exist in Turkey Creek. A motorized trail runs about three miles up Turkey Creek from the trailhead.

*Surroundings:* The area is surrounded by the Weminuche Wilderness on its northern boundary, private lands along its eastern boundary, and a mix of private and National Forest System lands on the south and west boundaries. The use of National Forest System lands surrounding the roadless area has been varied. Aside from the adjacent wilderness lands other resource activities include timber sales and livestock range improvements in the Four Mile and Snowball drainages. Activities along the eastern boundary on the private lands are ranching and subdivisions. There is also a Forest Service summer home group along the boundary. Adjacent private ranch lands are protected in part by private conservation easements.

*Key attractions:* Turkey Creek

## CAPABILITY

### Environment

*Opportunity for solitude:* Opportunities for solitude vary from low to high depending on location in this large roadless area. Solitude is low along the highway and Wolf Creek Pass, becoming high as one nears the wilderness boundary.

*Naturalness:* This area has not been modified by any resource management activities.

*Outdoor recreation opportunities:* The area is closed to motorized use except for snowmobiling on ungroomed routes.

### Special features

*Education:* None known

*Scenic features:* Turkey Creek

### Manageability

*Size:* Same

*Boundaries:* Same

*Conclusions:* The area is capable for wilderness designation.

## AVAILABILITY

*Recreation:* See general description.

*Wildlife:* See general description.

*Water availability and use:* No known issues

*Livestock operations:* There are a number of fences erected for the control of livestock. The area also contains a number of livestock watering ponds.

*Timber:* There are currently 3,914 acres of suitable timber lands (per 12/05 Governor's roadless meeting materials).

BLM_0031298

*Minerals:* The southern two-thirds of the area has a low potential for coal development. Regional studies indicate that the area may contain limited hard-rock minerals.

The southern two-thirds of the IRA has a moderate to high potential for oil and gas development. There are currently no existing oil and gas leases (per 12/05 Governor's roadless meeting materials).

*Cultural resources:* Very few cultural resource properties have been recorded in the area. Isolated lithics and lithic scatters do occur. Based on data from surrounding areas, there is a moderate to high likelihood of sites occurring in open parks and meadows, along drainages, and in level areas. There is a low to moderate chance of sites occurring in densely timbered areas and on steep slopes. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.

*Authorized and potential land uses:* There are no other planned recreation, wildlife, or range projects in this area. Potential for terrestrial and stream habitat improvement projects exist in the area but none are planned.

*Management considerations:* No known issues

### Availability questions

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *No*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *No development but there is potential*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

*Conclusions:* The area is available to become wilderness.

## NEED

*Nearby wilderness:* The Turkey Creek roadless area is adjacent to the Weminuche Wilderness on the north and western side.

*Cover type:*

| TURKEY CREEK | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 2,491 | 349 | 39 | 1,408 | 21,023 | 15 | 25,326 |
| | % | 10 | 1 | 0 | 6 | 83 | 0 | 100 |
| Recommended | Acres | 241 | 6 | 0 | 29 | 301 | 0 | 578 |
| | % | 42 | 1 | 0 | 5 | 52 | 0 | 100 |

*Limited representation cover types:* None known

Appendix C - Roadless Area Inventory and Wilderness Evaluation – Page C-91

BLM_0031299

*Wildlife needs:* The area provides suitable habitat for lynx and wolverine and comprises an important big-game migration corridor.

*Conclusions:* This area would not add significantly to the National Wilderness Preservation System. The plan does recommend 578 acres as a proposed addition to the Weminuche Wilderness to enhance manageability.  Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including mechanized travel would be allowed while maintaining the SPNM character of the area.

BLM_0031300

# San Juan Public Lands
## Turkey Creek
## Roadless Area



Turkey Creek

**Legend**

Water Structures
- Jurisdictional Dam
- Non-Jurisdictional Dam
- ○＊ Well or Well field
- Timber Harvests (1960-present)

Ski Areas
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FSSDE xl pipeline
- Electric transmission lines
- Water ditches

Aerial Hazards
- 丅 AERIAL CABLE
- INDUS PLANT
- ▲ SMOKESTACK
- BUILDING
- STORAGE STRUC
- ■ TANK
- TOWER

Aerial Hazards
- AERIAL CABLE
- BRIDGE
- ○ GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- ✕ MISC MAN-MADE
- ▲ STREAM GAGE
- ▲ TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**

- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

Authorized Roads
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0   0.5   1          2 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031301

## TREASURE MOUNTAIN SJ003 (RARE II 2285)

### OVERVIEW

*Acres:* 22,512

*District:* Pagosa

*History:* The RARE II process identified 21,910 acres of roadless area which were not recommended for wilderness because of mineral potential and the lack of solitude. Subsequent land use designations made by the 1983 Forest Land and Resource Management Plan were 2,310 acres to the potential Wolf Creek Valley ski area (Windy Pass) and the remaining 19,540 acres to semi-primitive non-motorized recreational opportunities. As of the 1992 Plan Amendment, of the original 21,910 acres in this roadless area released for non-wilderness management activities, 720 acres had been modified through resource management activities. At the conclusion of the 1992 planning period approximately 21,190 acres were to remain in roadless character.

*Location and vicinity:* This roadless area is located in portions of seven townships, lying east of Highway 160, between the East Fork drainage and Wolf Creek. Its southern boundary parallels the East Fork Road from the West Fork Valley up along Elwood Creek to the Continental Divide near Elwood Pass. The eastern leg of the northern boundary follows along the Continental Divide between Elwood and Treasure Pass. The northern boundary drops down along the timber sale areas along the highway on the west side of Wolf Creek Pass.

*Access:* Points along the following roads are within one-quarter mile of the roadless area: Highway 160, East Fork 667, Falls Creek 039, and Wolf Creek Road 725. The area can also be reached along the Continental Divide from the Rio Grande National Forest side via Park Creek, Tucker Park, and Elwood Pass roads. The area is accessible and served by the following Forest Development trails: Treasure Mountain Trail 565, Windy Pass Trail 566, and Silver Creek Trail 567. The Continental Divide National Scenic Trail skirts the area along the east side of the area.

*Physical description:* A prominent ridge descends westward from the Continental Divide with a few high points that are not individual mountains. The area is dissected by seven named tributaries to the forks of the San Juan River, creating an undulating southern exposure of the East Fork. The northern exposure of the Wolf Creek drainage is much steeper with little diversity in its geomorphological form.

Elevation ranges from 8,400 near the confluence of the east and west forks of the San Juan River to 12,000 feet along the Continental Divide.

*Vegetation:* Vegetation varies with elevation and exposure. On the higher slopes of the southern exposures the dominant cover is spruce and fir. On the mid to lower slopes the mixed conifer type, with aspen, is the predominant cover. The slopes of the northern exposure are nearly all covered with spruce-fir that is punctuated with an occasional cliff or rock outcrop. Near the higher elevations in the Elwood Pass area there are a number of open grassy parks.

*Soils:* The area has a great variety of exposed surface geology and numerous soil types that are shallow to moderately deep and mostly erodable.

BLM_0031302

*Wildlife:* Wildlife species inhabiting the area are typical of the Southern Rocky Mountains. Black bear, elk and yellow-bellied marmot are abundant. A very diverse wildlife habitat created by the mixed-conifer forest type results in an equally diverse number of wildlife species. The area contains an active eyrie of peregrine falcon on its west side. There is suitable habitat for Canada lynx. This is where evidence of historic Canada lynx in the San Juan comes from. This area is a migration corridor from east to west. This area is part of the Canada lynx linkage area between the South San Juan and Weminuche Wilderness Areas.

There are some fishing opportunities in the area: Wolf Creek, East Fork of the San Juan River, Silver Creek, Falls Creek.

*Current uses:* The area is managed for semi-primitive non-motorized recreational opportunities. Dispersed activities are mostly land-based because the streams do not provide any measurable fishing. Most use, other than big-game hunting, occurs as day-use activities from points along the roadless area border. During the winter months the area around Treasure Mountain is heavily used by snowmobile riders from the top of Wolf Creek Pass and the old Wolf Creek timber access roads. There are two motorized trails, the Windy Pass Trail (primarily motorcycles) and Treasure Mountain Trail (primarily motorcycles), that are open to motorized use.

*Surroundings:* The use of National Forest System lands surrounding the roadless area is mostly recreational/tourism-oriented. The area is adjacent to the Wolf Creek Ski Area, the proposed East Fork ski areas, Elwood Pass four-wheel-drive route, and the Wolf Creek Pass highway corridor. These adjoining areas are managed for their recreation and scenic attributes.

*Key attractions:* Continental Divide


## CAPABILITY

### Environment

*Opportunity for solitude:* Most of the area can be seen from and affected by the activities along Wolf Creek Pass and the existing and potential ski area. The opportunity for solitude is low to moderate. During the winter months the area around Treasure Mountain is heavily used by snowmobile riders from East Fork Road to Elwood Pass. Elwood Pass is used by snowmobiles and hybrid skiers. Elwood Pass has been one of the entrance points for trespass by snowmobilers into the South San Juan Wilderness.

*Outdoor recreation opportunities:* See current uses

*Special features:* Continental Divide

*Education:* None known

### Special features

*Scenic features:* Continental Divide

### Manageability

*Size:* Same

*Boundaries:* The area cannot be connected to other roadless areas or existing wilderness because it is completely surrounded by highways or roads.

*Conclusions:* The area is capable of becoming wilderness.

BLM_0031303

AVAILABILITY

*Recreation:* See current uses

*Wildlife:* The area hosts an active peregrine falcon eyrie along the cliffs and rock outcrops of the western end.

*Water availability and use:* No known issues

*Livestock operations:* The area contains active grazing allotments and few facilities such as livestock ponds and fences.

*Timber:* One timber sale, in 1984, affected the area since the RARE II analysis. The Falls Creek timber sale modified the roadless character of approximately 80 acres. No permanent roads were constructed for this sale. In addition, the roadless area boundary was originally drawn around a portion of the old Falls Creek timber sale areas which actually have about 640 acres that included old logging roads and clearcut areas prior to the RARE II designation.

55 acres suitable for timber production (per 12/05 Governor's roadless meeting materials)

*Minerals:* There are no existing oil and gas leases within the Treasure Mountain roadless area (per 12/05 Governor's roadless meeting materials). The potential for oil and gas is high to moderate. There is high potential for hard-rock mining in the Elwood Pass area southwest of Summitville.

*Cultural resources:* Previous cultural resource inventories have resulted in some small limited lithic finds. The area is more known for its historic lore of the "Lost Treasure" for which the area was named. Based on the Forest Cultural Resources model and data from surveys in surrounding areas, there is a good chance of additional lithic finds occurring in open parks/meadows and along drainages. There are no known areas of interest that any tribes may have under the American Indian Religious Freedom Act.

*Authorized and potential land uses:* There are no planned recreation, wildlife or timber/harvest projects in this area that would change the roadless character. Potential for the development of hard-rock minerals and oil and gas exist in the area; thus road construction is possible.

Treasure Mountain includes the site of the one-time proposed Wolf Creek Valley ski area, approximately 2,370 acres on the area's western boundary. There is currently no formal proposal for Wolf Creek Valley.

**Availability questions**

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? *Yes*
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*
- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *Yes*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *Not known*

BLM_0031304

*Conclusions:* The area is available to become wilderness.

## NEED

*Nearby wilderness:* The Treasure Mountain roadless area is less than a mile from the Weminuche Wilderness to the northwest, separated by Highway 160, and separated from the South San Juan Wilderness on the southeastern tip by Forest Road 667. Treasure Mountain provides a high-elevation link between the South San Juan Wilderness and the Weminuche Wilderness.

*Cover type:*

| TREASURE MOUNTAIN | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 1,211 | 543 | 219 | 754 | 19,780 | 5 | 22,512 |
| | % | 5 | 3 | 1 | 3 | 88 | 0 | 100 |

*Wildlife needs:* A lynx track was identified in the East Fork in the early 1990s. This is near the last confirmed grizzly bear sighting in the Southern Rocky Mountains.

This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including mechanized travel would be allowed while maintaining the SPNM character of the area.

BLM_0031305

# San Juan Public Lands
## Treasure Mountain
## Roadless Area



Treasure Mountain

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field

Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- FS02E xi pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**

- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL RD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0  0.5  1       2 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031306

## SOUTH SAN JUAN ADJACENT (*SJ002* ) (RARE II 2284)

### OVERVIEW

*Acres:* 35,077

*District:* Pagosa

*History:* The RARE II process identified 123,320 acres of roadless area. 44,890 acres were recommended for wilderness and the Colorado Wilderness Act of 1980 added 39,843 acres of the roadless area to the South San Juan Wilderness. An additional 32,800 acres were designated as the San Juan Wilderness Expansion Study Area. This study area is actually composed of two separate areas, one adjoining the north (Montezuma Peak) and one adjoining the southwest side of the wilderness (V-Rock). Subsequent study for wilderness expansion area concluded that both of the areas were not suited for wilderness since they include ecosystems and landforms found in abundance in the Weminuche, the South San Juan, and other nearby wilderness. The probability of a significant mineral discovery and probably oil and gas exploration activities was also fairly high in the expansion areas. The remaining 7,620 acres were not suited for wilderness because of oil and gas potential and numerous non-conforming uses. In the 1983 Forest Plan, the V-Rock area was allocated to semi-primitive non-motorized recreation, wildlife, livestock-grazing, and timber management. The major allocation of the Montezuma Area was to semi-primitive non-motorized recreation, the proposed East Fork Ski Area, and nominal amounts of semi-primitive motorized recreation, big-game winter range, sawtimber production, and timber management.

*Location and vicinity:* This large roadless area, 123,320 acres, covers essentially all of the eastern side of the Pagosa District from the Elwood and East Fork drainages southward to the Navajo River. The major part is located in Archuleta County with smaller portions in Mineral, Rio Grande and Conejos counties. The area borders the Continental Divide and Rio Grande National Forest on the north and east, the large Banded Peaks Ranch on the south and mixed National Forest System lands and private lands on the west.

*Access:* The area is one-quarter mile or closer to 13 Forest Development roads and Highway 160. Big Branch Road (664) extends into the interior of the roadless area approximately 1 ½ miles. The area is accessible and served by a large Forest trail system. Nearly every drainage has a trail leading from a road into the area and then connecting with other trails in the area. The large number of trails is the result of historic livestock use in the area.

*Physical description:* The physical characteristics of this roadless area vary from open rolling terrain to the spectacular vertical cliffs and peaks of the rugged mountains along the Continental Divide. The area's water courses include numerous streams and rivers, all of which are tributaries of the San Juan or Navajo rivers. The highly dissected valleys contain a large variety of surface geology and soil types.

The elevation ranges from 7,600 feet on the Blanco River to 13,300 feet at Summit Peak.

*Vegetation:* The wide range of elevation, slope, aspect, and soil types has resulted in an extremely complex mixture of vegetation communities. However, the southern portion of the roadless area contains one of Colorado's largest and oldest stands of aspen trees, making it an outstanding fall color viewing area on the San Juan National Forest. Pine and oak are the dominant vegetation types at the lower elevations. As elevation increases, a transition to mixed

BLM_0031307

conifer occurs and then on to a fir-aspen complex. Douglas fir is found on the northern aspects throughout the mixed conifer type. The higher elevations near the tree line have spruce-fir forests with the alpine tundra above. Interspersed throughout the forested areas are open grassland parks and occasional wet meadows.

*Soils:* The area has a great variety of exposed surface geology and numerous soil types that are shallow to moderately deep and mostly erodable.

*Wildlife:* This area contains numerous wildlife species native to the Southern Rocky Mountains. Some of the unique and interesting species are the white-tailed ptarmigan and bighorn sheep. Economic game animals such as deer, elk and bear are abundant. The wide variety of understory vegetation in the mixed conifer forest type coupled with the many different combinations of overstory tree species results in high-quality habitat for many animal species.

There is suitable habitat for Canada lynx, a federal threatened species.

Fisheries include the headwaters of Blanco River, Quartz Creek, Castle Creek, and Sand Creek.

*Current uses:* Primary recreation use includes hunting, hiking, hobby gold-panning, and scenic viewing. The fall color season enhances the scenic vistas of this roadless area even though the recreationists are driving on boundary roads.

Since the 1979 RARE II, management activities that changed the roadless character of a small portion of area are the Benson Creek timber sale and the proposed East Fork ski area. The sale impacted 1,120 acres. An additional 840 acres for the access road and outer cutting blocks was also affected by 7.5 miles of new road construction.

*Surroundings:* National Forest System lands surrounding this area are managed for a wide variety of recreational and commodity uses. This area is adjacent to the South San Juan Wilderness. This area is separated from the Treasure Mountain roadless area by the Elwood Pass Road. The road is an important four-wheel-drive route and also contains a buried natural gas line.

*Key attractions:* None known

CAPABILITY

**Environment**

*Opportunity for solitude:* Opportunity for solitude ranges from moderate to minimal because of the recreational activities, roads and campgrounds.

*Naturalness:* These are smaller areas with few intrusions that affect naturalness.

*Outdoor recreation opportunities:* See current uses

**Special features**

*Education:* None known

*Scenic features:* None known

**Manageability**

*Size:* Same

*Boundaries:* This roadless area is adjacent to the South San Juan Wilderness.

*Conclusions:* The area is capable of becoming wilderness

BLM_0031308

AVAILABILITY

*Recreation:* See current uses

*Wildlife:* No known issues

*Water availability and use:* No known issues

*Livestock operations:* The area contains active grazing allotments and few facilities such as livestock ponds and fences.

*Timber:* There are 2,633 acres of suitable timber lands in the area (per 12/05 Governor's roadless meeting materials).

*Minerals:* The potential for a significant mineral discovery is high. Oil and gas exploration activities can be considered probable. Low potential for coal development exists in the southwestern one-third of the area. Fifteen oil and gas leases exist in the area and drilling activities are expected in this decade. The majority of the mineralized areas are located in the portion of the roadless area that was not designated for wilderness or allocated to the ski area.

There is a high probability of gas and oil development in the southern half of the area which would result in the construction of roads, pipelines and other facilities supporting oil-field development.

There are 15 acres of existing oil and gas leases within the South San Juan Adjacent roadless area (per 12/05 Governor's roadless meeting materials).

*Cultural resources:* Previous cultural resource surveys in this roadless area have identified numerous sites and properties. Prehistoric finds include everything from isolated artifacts to lithic groups. Historic resources and features relate to mining and ranching activities and historic "Aspen Art" groves. Predicted sensitivity for cultural resource finds is moderate in meadows and along drainages and low to moderate in the dense forested areas. The Ute Mountain Ute Tribe expressed that the East Fork has some historic significance to their peoples but they did not elaborate. There are no other known areas of interest under the American Indian Religious Freedom Act.

*Authorized and potential land uses:* There are no planned Forest Service developments in the area. The existing trail system will be maintained and rehabilitated as funds become available.

The areas allocated provide semi-primitive non-motorized recreation opportunity while the areas roaded for other resource uses will be managed for semi-primitive motorized and roaded natural recreational opportunities.

Current levels of livestock-grazing are expected to remain the same with existing range improvements maintained and/or upgraded as needed.

**Availability questions:**

- Is the area vitally needed for increased water protection and storage? *Not known*
- Would wilderness designation seriously restrict important wildlife management measures? *No*
- Does the area have high strategic or economic mineral development potential? Yes
- Are there unique or outstanding natural phenomena that require public access and development that would be inconsistent with wilderness designation? *No*

BLM_0031309

- Is the land needed to meet clearly documented resource demands such as for timber, minerals, or developed recreation sites including winter sports? *Yes*
- Are there existing contractual or other significant obligations on the area not in concert with wilderness designation? *No*

*Conclusions:* This area is available to become wilderness.

## NEED

*Nearby wilderness:* The RARE II analysis indicated that the expansion areas were not needed as an addition to the National Wilderness Preservation System. The expansion areas include ecosystems and landforms found in abundance in the Weminuche, the South San Juan, and other nearby wilderness.

*Cover type:*

| SOUTH SAN JUAN ADJACENT | | Forbs | Grass | Bare | Shrubs | Trees | Water | Total |
|---|---|---|---|---|---|---|---|---|
| | Acres | 702 | 351 | 263 | 3,858 | 29,815 | 88 | 35,077 |
| | % | 2 | 1 | 0 | 11 | 85 | 0 | 99 |

*Limited representation cover types:* None known

*Wildlife needs:* None known

*Conclusions:* This area would not add significantly to the National Wilderness Preservation System. Proposed management under all alternatives would protect wilderness characteristics while allowing for additional management tools not allowed under wilderness protection. Recreation use including mechanized travel would be allowed while maintaining the SPNM character of the area.

BLM_0031310



# San Juan Public Lands
## South San Juan Adjacent
## Roadless Area

**Legend**

**Water Structures**
- Jurisdictional Dam
- Non-Jurisdictional Dam
- Well or Well field
- Timber Harvests (1960-present)

**Ski Areas**
- DURANGO MOUNTAIN RESORT
- SILVERTON OUTDOOR LEARNING AND RECREATION CENTER
- IFSSDE x1 pipeline
- Electric transmission lines
- Water ditches

**Aerial Hazards**
- AERIAL CABLE
- INDUS PLANT
- SMOKESTACK
- BUILDING
- STORAGE STRUC
- TANK
- TOWER

**Aerial Hazards**
- AERIAL CABLE
- BRIDGE
- GAS WELL
- INDUS PLANT
- LOOKOUT TOWER
- MISC MAN-MADE
- STREAM GAGE
- TOWER
- Water pumps
- Water pipes
- Water ditches
- Oil and Gas Wells
- Oil and Gas Facilities

**Legend**
- 2006 Inventoried Roadless Areas
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas

**Authorized Roads**
- 1 - BASIC CUSTODIAL CARE (CLOSED)
- 2 - HIGH CLEARANCE VEHICLES
- 3 - SUITABLE FOR PASSENGER CARS
- 4 - MODERATE DEGREE OF USER COMFORT
- 5 - HIGH DEGREE OF USER COMFORT
- UNDETERMINED STATUS
- OBLITERATION CANDIDATE
- CL 1 - PRIMARY HIGHWAY
- CL 2 - SECONDARY HIGHWAY
- CL 3A - LIGHT DUTY PAVED ROAD
- CL 3B - LIGHT DUTY GRAVEL ROAD
- CL 3C - LIGHT DUTY NATIVE SURFACED ROAD
- CL 4 - UNIMPROVED ROAD

0   1.25   2.5   5 Miles

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031311

BLM_0031312

# D. WILD AND SCENIC RIVERS SUITABILITY

BLM_0031313

BLM_0031314

*Table of Contents*

INTRODUCTION TO WILD AND SCENIC RIVER SUITABILITY ................................................ 2
DOLORES RIVER SYSTEM................................................................................................................ .9
ANIMAS RIVER SYSTEM.................................................................................................................. 42
HERMOSA CREEK RIVER SYSTEM ............................................................................................... 73
LOS PINOS RIVER SYSTEM ............................................................................................................ 80
VALLECITO CREEK ........................................................................................................................... 85
PIEDRA RIVER SYSTEM ................................................................................................................... 89
SAN JUAN RIVER SYSTEM ............................................................................................................. 103

BLM_0031315

# INTRODUCTION TO WILD AND SCENIC RIVER SUITABILITY

Under Section 5 (d)(1) of the Wild and Scenic Rivers Act, federal agencies undertaking land management planning are required to assess whether any of the rivers and streams in the planning area would be appropriate for addition to the Wild and Scenic Rivers System.

The process of designating a Wild and Scenic River has four steps:

> FS/BLM determine streams that are "eligible", and what each "classification" is
> FS/BLM Plan determines which are "suitable".
> FS/BLM can choose when to forward "suitable" streams for legilsative consideration;
> Congress can "designate" a Wild and Scenic River.

Steps 1 and 2 are the subject of this EIS and Plan, and are discussed below.

There is also an alternative process (under Section 2(a)(ii)) in which the state legislators and Governor recommend a river and the Secretary of Interior designates it a Wild and Scenic River. That process is not considered in this EIS and Plan.

## ELIGIBLE RIVERS

The Wild and Scenic Rivers analysis considered primarily third-order and larger streams located on the San Juan Public Lands (SJPL). Some smaller order streams for which subject matter experts identified a potential ORV were added, so that all values could be evaluated. The list of all streams evaluated is at the end of the Wild and Scenic Suitability appendix.

Streams determined to be sufficiently free-flowing (i.e., not impounded by dams or significantly channelized) were analyzed to determine if they had "outstandingly remarkable values" (ORVs). In order to be assessed as outstandingly remarkable, a river-related value must be a unique, rare, or exemplary feature that is significant at a comparative regional or national scale. ORVs can be related to scenery, recreation, geology, fish, wildlife, historical, cultural or other values. Discussions with the government-to-government Water Roundtable from September 2005 to February 2007 were useful in refining the ORV assessment. Members of the Water Roundtable provided information to help develop criteria for determining the significance of values. In addition, the Dolores River Dialogue provided useful information and recommendations about streams located within the Dolores Public Lands Office area. Approximately 535 miles of streams on the SJPL were found to be free-flowing and have one or more ORVs, and were determined to be "eligible" for the Wild and Scenic River system. The stream name and a brief listing of the ORVs are as follows. The column titled "prev" indicates whether the segment (or a major portion of the segment) was previously analyzed and found suitable.

BLM_0031316

**Table D.1 - Streams eligible for Wild and Scenic, SJPL, 2006**

| Stream Name | Prev | Fish ORV | Wildlife ORV | Rec ORV | Geo ORV | Scenery ORV | Ecological (plants) * ORV | Archeology ORV |
|---|---|---|---|---|---|---|---|---|
| Dolores above Mcphee | | | | SanJuanS kyway | | | | |
| Dolores McPhee to Bedrock | Y | Roundtail chub | Canyon treefrog | Rafting | Cliffs linear canyons | Cliffs, canyons, groves | New Mexico privet, Eastwood monkeyflower | archy |
| Rio Lado | | High purity cutthroat | | | | | | |
| West Dolores | ** | | Black swift cluster | | | | | |
| Summit Canyon | | | Canyon treefrog | | | | | |
| McIntyre Canyon | | | | | | | Eastwood monkeyflower | |
| Bull Canyon | | | | WSA, hike to pools | | | | |
| Coyote Wash | | | | WSA Hike sandy wash | | | Kachina daisy | |
| Animas River BakersBridge to Silverton | | | | Train, taft/ kayak | | Canyon, Train | | history |
| Cement Creek | | | | | | | Iron fens | |
| Cinnamon Creek | | | | Alpine Loop | | | Altai cottongrass, thickleaf whitlowgrass | |
| Maggie Gulch | | | | | | | Showy, Colo Divide and thickleaf whitlowgrass | |
| Mineral Creek | | | | San Juan Skyway | | Skyway, Wetland, colorful valley | Chattanooga iron fen, sphagnum balticum | |

BLM_0031317

| Stream Name | Prev | Fish ORV | Wildlife ORV | Rec ORV | Geo ORV | Scenery ORV | Ecological (plants) * ORV | Archeology ORV |
|---|---|---|---|---|---|---|---|---|
| South Fork Mineral Creek | | | Black swift cluster | | | | Iron fen wetland | |
| West Fork Animas and California Gulch | | | | | | | Altai cottongrass, clustered sedge | |
| Hermosa Creek and Tributaries | | High purity Cutthroat and reintro-duction habitat | | Trails, remote motor-ized trails | | | | |
| Los Pinos above Vallecito | Y | | | | | | | |
| Los Pinos Tributaries previous recommendation | Y | | | | | | | |
| Vallecito Creek | | | | Kayaking | | Valley | | |
| Piedra River, Hwy 160 to Forks (extend to Chimney Rock) | Y | | | Rafting, fishing | Headwat-ers complex | Box canyons | | Pre-history |
| East Fork Piedra River | Y | High purity cutthroat | | | | Waterfalls | | |
| Middle Fork Piedra River | Y | | | | | | | |
| West Fork San Juan River | | | | | San Juan volcanic field | | | |
| Wolf Creek and Falls Creek | | | Black swift cluster | | | Treasure Falls | | |
| East Fork San Juan River | | | | | Textbook glaciation | | | |

Appendix D – Wild and Scenic Rivers Suitability – Page D-4

BLM_0031318

\* Scientific names for the plants are as follows:  Eastwood monkeyflower   Mimulus Eastwoodiae
             New Mexico privet   Forestiera pubescens
             Kachina daisy   Erigeron kachinensis
          Colorado Divide whitlowgrass  Draba streptobrachia
          Altai cottongrass  Eriophorum altaicum var. neogaem
          Thickleaf whitlowgrass  Draba crassa
          Showy whitlowgrass  Draba spectabilis var. oxyloba
          Clustered sedge  Carex praegracilis
\*\* West Dolores was recommended by Colorado Department of Natural Resources, but not by the federal agencies.

BLM_0031319

CHARACTERISTICS OF ELIGIBLE RIVERS

Eligible rivers are then classified by their development level, which assesses water resource and shoreline development and amount and kind of access. The Act calls the three development classifications "wild", "scenic" and "recreational". A river's classification does not represent the values for which it was added to the National System. For example, a "recreational" river segment denotes a level of in-corridor and water resources development and does not necessarily mean that the recreation resource has been determined an ORV. Similarly, a recreational classification does not imply that the river will be managed for recreational activities. For example, there are rivers in the National System paralleled by a road and hence classified as recreational for which the ORV is the fish resource.

Table D.2 gives some examples of the type of development that would fit into each classification.

**Table D.2 - Example development types by classification**

| Activity | Wild | Scenic | Recreational |
|---|---|---|---|
| Livestock-grazing | Yes | Yes | Yes |
| Inconspicuous or historic buildings | Yes | Yes | Yes |
| Housing subdivisions and stores | No | No | Yes |
| Timber harvest | No | Yes | Yes |
| Trails | Yes | Yes | Yes |
| Occasional road crossings and bridges | No | Yes | Yes |
| Parallel roads or railroads | No | No | Yes |
| Low dams and diversions | No | No | Yes |

Further information about compatible projects on federal land is found in FSM 1909.12, Chapter 80.

On the San Juan Public Lands, eligible stream segments were classified in the following way:

**Table D.3 - Miles by Classification**

| Classification | Wild | Scenic | Recreational | Total |
|---|---|---|---|---|
| Miles | 200 | 82 | 253 | 535 |

Many of the eligible rivers are already in wilderness, similar Congressional designation or BLM Wilderness Study Areas.

**Table D.4 - Miles by Designation**

| Miles in Wilderness | Miles in Piedra Area | Miles in Wilderness Study Area | Other | Total |
|---|---|---|---|---|
| 104 | 10 | 37 | 384 | 535 |

Many of the stream corridors studied included some intermingled private lands. Analyzing or managing a river for Wild and Scenic status does not give or imply any government control over private lands. If Congress were to designate a stream as a Wild and Scenic River, there would be no federally imposed management restrictions on private land. Using condemnation to acquire fee title to land is not authorized. Use of

BLM_0031320

condemnation to acquire easements is permitted but is extraordinarily rare in the western United States.

If streams have long segments through private land, it may be more complicated for the federal agency to manage the federal portion as a Wild and Scenic River. This is one of the factors considered in the suitability analysis. For the total of all eligible segments, streams have the following land ownership:

**Table D.5 - Miles by Land Ownership**

| FS | BLM | State | County, etc. | Private | Total Miles |
|---|---|---|---|---|---|
| 294 | 129 | 5 | 6 | 102 | 535 |

NOTE: in this and all other tables, ownership is listed for the full length of the segment, but decisions and management recommendations are for Forest Service and BLM lands only.

The eligible streams on the SJPL will be managed under various management areas. The following table shows which management areas in the preferred alternative encompass the eligible streams.

**Table D.6 - Miles by Management Area**

| MA1 Wilderness Piedra Area And WSA | MA 1 Natural Processes Dominate | MA 2 Special Plan | MA 3 Natural with Limited Management | MA 4 Recreation Corridor | MA4 San Juan Sky-way | Oth-er | Total |
|---|---|---|---|---|---|---|---|
| 151 | 20 | 73 | 45 | 82 | 73 | 91 | 535 |

In the Land and Resource Management Plan EIS for the San Juan Public Lands, decisions are made as to which of these eligible streams are considered "suitable" for inclusion into the Wild and Scenic Rivers System.

## INTRODUCTION – SUITABILITY ANALYSIS PROCESS

Suitability is designed to answer these questions:

1. Should the river's free-flowing character, water quality, and outstandingly remarkable values be protected, or are one or more other uses important enough to warrant doing otherwise?

2. Will the river's free-flowing character, water quality, and outstandingly remarkable values be protected through designation? Is designation the best method for protecting the river corridor? In answering these questions, the benefits and impacts of Wild and Scenic River designation must be evaluated and alternative protection methods considered.

3. Is there a demonstrated commitment to protect the river by any non-federal entities that may be partially responsible for implementing protective management?

The factors considered in answering these questions that are discussed by individual streams later in this document are:

1. Characteristics that do or do not make the area a worthy addition to the national system.

BLM_0031321

2. The current status of land ownership and use in the area.

3. The reasonably foreseeable potential uses of the land and water that would be enhanced, foreclosed, or curtailed if the area were included in the national system.

The factors that are considered that are the same for all rivers are listed and answered below:

4. The federal agency that will administer the area should it be added to the national system.

5. The extent to which the agency proposes that administration of the river, including the costs thereof, be shared by state and local agencies.

6. The estimated cost to the United States of acquiring necessary lands and interests in land and of administering the area should it be added to the national system.

7. A determination of the degree to which the state or its political subdivisions might participate in the preservation and administration of the river should it be proposed for inclusion in the national system.

At this point in time, the San Juan Public Lands Center is envisioned as the federal agency to administer any suitable rivers that may be designated. There has been no need identified to acquire any land or interest in land. Between these findings of suitability and the actual recommendation of a river for designation, the interest of other entities and agencies to participate in management of the river will be confirmed. The River Protection Group that has recently formed and the ongoing Dolores River Dialogue will be forums where this can happen.

The "Preliminary Suitability Determination" by river system shows the segments that are found suitable in the preferred alternative, DEIS Alternative B.

If any of the rivers found in this planning process to be suitable were to be designated a WSR by Congress or the Secretary of the Interior, a federal water right would be created. Typically, the quantification of the federal reserved right is left to the federal agency that manages the river. The agency conducts studies to determine the minimum flow rates needed to support the ORVs. Then the federal agency submits an application containing the proposed quantification to a state court for confirmation and integration into the state water-rights system. This quantity would have an appropriation date as of the date of the legislation, and would be junior to all existing water rights. Future diversions for the Wild and Scenic segment, or from tributaries or upstream reaches, could be challenged by the federal agency holding the water right if the proposed diversion causes flows to go below the quantified amount of the federal right.

### COLLABORATION WITH STATE AND COUNTY GOVERNMENT AND THE GOVERNMENT-TO-GOVERNMENT WATER ROUNDTABLE

As part of the suitability analysis process, input was received from the Colorado Department of Natural Resources. Information provided by the Colorado Division of Water Resources, Colorado Division of Wildlife, and the Colorado Water Conservation Board was incorporated into the assessment of suitable streams on the San Juan Public Lands.

BLM_0031322

This analysis also acknowledges information generated by the Statewide Water Supply Initiative, basin roundtables, the Governmental Water Roundtable and the Interbasin Compact Process. The Dolores River Dialogue also held a collaborative meeting including county governments to review ORV's and make designation recommendations for the Dolores River and it's tributaries.  Information or priorities developed by the Dolores, San Juan, San Miguel Basin 1177 Roundtable prior to the final Plan will be incorporated in the suitability decisions.

Under the auspices of the Southwest Water Conservation District ("SW District") and the San Juan Citizens Alliance ("SJCA"), a committee, the River Protection Workgroup Steering Committee, has held over 12 meetings to engage in facilitated planning for a community consensus development process to provide special protection, if needed, for selected stream segments (the Upper Animas above Baker's Bridge; Hermosa Creek; Upper Vallecito Creek; Pine River; Piedra River - East and Middle Forks; the San Juan River, East and West Forks), whether under the Wild & Scenic Rivers Act or otherwise. The Committee is comprised of representatives from the SW District; SJCA; the Colorado Division of Water Resources, Water Division 7; the Colorado Water Conservation Board ("CWCB"), the U.S. Forest Service; the Southern Ute Indian Tribe; the local offices of Senators Salazar and Allard and Representative John Salazar; the Wilderness Support Center and The Nature Conservancy.  The Committee has received funds from the CWCB, the SW District, SJCA and Trout Unlimited.  The Committee's goals are to reach consensus as basin communities on recommendations for protection of rivers and to have the San Juan Land Management Plan and Environmental Impact Statement formally recognize the recommendations that may result from the community deliberations under the Committee's leadership, recognizing that there may be limitations resulting from pertinent statutes, regulations, and agency authorities.

Existing and future land uses were assessed giving full consideration to the current county land use plans for Archuleta, La Plata, Hinsdale, Montezuma, San Miguel, San Juan and Dolores counties.

BLM_0031323

## DOLORES RIVER SYSTEM

Eligible portions of the Dolores River and tributaries, and their classification, are as follows. Details for each segment are below.

**Table D.7 - Eligible Segments**

|  | *Wild* | *Scenic* | *Rec* | *Total* |
|---|---|---|---|---|
| Dolores above McPhee |  |  | 55.55 | 55.55 |
| Dolores River - McPhee To Bedrock | 48.84 | 23.15 | 37.04 | 109.02 |
| Rio Lado |  | 2.83 |  | 2.83 |
| McIntyre Canyon |  | 5.82 |  | 5.82 |
| Summit Canyon |  | 12.15 |  | 12.15 |
| Bull Canyon | 1.44 | 4.94 |  | 6.38 |
| Coyote Wash | 7.60 |  |  | 7.60 |
| West Dolores | 5.17 |  | 28.54 | 33.71 |
| **Dolores Totals** | **63.05** | **48.88** | **121.13** | **233.06** |

NAME:  DOLORES RIVER ABOVE MCPHEE RESERVOIR

*Location:*  The river above McPhee Reservoir was studied from where it became a third-order stream at the head of the East Fork down the mainstem to the reservoir. A quarter-mile corridor on either side of the stream was also studied. The portion of the stream from the headwaters to McPhee Reservoir is 55.46 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values. Above Taylor Creek the Colorado Water Conservation Board holds an instream flow right, which will tend to maintain the free-flowing nature of the stream.

*Wild and Scenic classification:* This entire segment is classified as a recreational use because it is readily accessible by road. This classification was chosen because the San Juan Skyway Scenic Byway runs along the river for the majority of the segment. At the headwaters there is a four-wheel-drive road that follows the river.

*Land ownership:*  Land ownership is split between National Forest, non-Forest Service (state, county, town), and private land.

**Table D.8 - Ownership along linear river miles**

| FS | Non-FS | Private | Total | % FS |
|---|---|---|---|---|
| 24.61 | 0.19 | 30.75 | 55.55 | 44.3% |

**Table D.9 - Ownership within the one-half-mile river corridor in acres**

| FS | Non-FS | Private | Total | % FS |
|---|---|---|---|---|
| 9,556.62 | 5.28 | 7,615.67 | 17,177.57 | 55.6% |

The amount of private land changes along this corridor. North of the Montezuma/Dolores County line there is less private land in the corridor, and there are somewhat fewer conflicts. South of the county line there is more private land, and more

BLM_0031324

potential for conflicts of many kinds. Future analysis of this river may want to break it into several sections.

Amount of federally owned land within the River Corridor



### Outstandingly remarkable values

*Recreation:* The San Juan Skyway National Scenic Byway is a nationally designated road that parallels the river. Visitors driving the San Juan Skyway are treated to views of the verdant river floodplain flanked by sculpted red sandstone and thriving aspen stands on the valley sides. The skyway attracts national and international visitors.

### Existing and potential land uses

The Forest Service land in the river corridor is managed for a variety of uses including the viewshed of the San Juan Skyway National Scenic Byway. Most of the federal land in the corridor will be managed as a recreation–emphasis theme. The area around Rico will have a special theme related to the activities around the town. The upper portion away from the highway will be managed as a natural landscape with limited management. This is compatible with the recreation classification, and the protection of the recreation ORVs.

According to the Montezuma County Land Use Plan for the Unincorporated Areas of Montezuma County, the majority of the private land is classified as agricultural with a density of one dwelling per 30-acre parcel. There are 2.2 miles of stream, which account for 675 acres of private land, that are classified as agricultural with a density of one dwelling per 20-30 acres. There are 1.54 miles of stream, which account for 507 acres of private land, that are classified as agricultural with a density of one dwelling per 10-20 acres. This type of development would not interfere with the recreational classification of the river. The rest of the private land is in Dolores County. The Dolores County Master Plan (1997) does not classify the land within the county; therefore the building density is unknown in this area except in the town of Rico. The Rico Regional Master Plan (2004) designates five classifications within the river corridor. These are the Rico Renaissance RPUD area, Rico Renaissance Open Space, Rico Renaissance (within the Urban Growth Boundary), Sundial PUD area and Single Family Residential (one residence per three acres).

Potential for conflict with existing and potential land uses



BLM_0031325

***Mineral potential***

Ores rich in silver, lead, and zinc, with modest gold and copper, have been mined from deposits in the Rico mining district since 1879. There is no current production. The area around Rico is favorable for stockwork molybdenum, porphyry copper-molybdenum, polymetallic replacement and skarn deposits. The area below Rico is favorable for placer gold.

There is no oil or gas production, and potential for oil and gas is low.

There are numerous gravel pits (active and reclaimed) along the river corridor.

Potential for conflict with minerals



Few conflicts             many conflicts

***Water resources development***

Three sources were used to describe existing and possible future Water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists 45 diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 77.416 cfs.

2) Colorado Division of Water Resources Division 7 Engineer shows conditional water rights totaling 3.11 cfs .

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Additional supply for the town of Rico is listed in SWSI Section 6 (Identified Projects and Processes), and could impact this river. SWSI has mapped one potential reservoir site on a tributary to the Dolores River, but it has not been verified for feasibility. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

There are occasional headgates and low dams associated with these diversions. In addition, short sections of riprap protect Highway 145 from erosion on the outside of some bends on the river. Additional riprap may be present on private land to protect fields from erosion on the outside of bends. These do not detract from the free-flowing character of the river.

Potential for conflict with water resources development



Few conflicts             many conflicts

***Transportation and facilities***

State Highway 145 is within the Dolores River Corridor for 46 miles. This road is paved. In addition to the highway there are 5.7 miles of roads maintained for passenger cars in Forest Service campgrounds and roads leading out of the corridor. There are

BLM_0031326

also 2.9 miles of roads on Forest Service lands not maintained for passenger cars as well as numerous additional roads on private land.

Seven miles of non-motorized trails and 1.6 miles of motorized trails are located within the river corridor. In addition to the roads and trails there are also a number of facilities found within the river corridor. The Forest Service facilities are Cayton Campground, Rico Visitor Center, Priest Gulch Trailhead, and Bear Creek Trailhead. There is also a power line and pipeline corridor crossing the Dolores about a mile below its confluence with the West Fork.

The towns of Rico and Dolores are also in the river corridor. Within the towns as well as in other areas on the river corridor there is residential, commercial and recreational development on private land.

Potential for conflict with transportation and facilities



Few conflicts                                                                 many conflicts

### Recreation and other resource activities

There are many recreation opportunities along the Dolores River above McPhee Reservoir. These include driving the San Juan Scenic Byway, camping (dispersed and developed), hiking, mountain-biking, fishing, horseback riding, hunting, rafting and kayaking. This section of the Dolores River is also listed as a good fishing area in the Fisher's Guide to Colorado (Bartholomew, 1998).

Other activities that may occur in the area include agriculture, livestock-grazing, timber harvest and mining.

Potential for conflict with recreation and other resources

Few conflicts                                                                 Many conflicts

North of the Montezuma/Dolores County line there is less private land in the corridor, and there are somewhat fewer conflicts. South of the county line there is more private land, and more potential for conflicts of many kinds.

### Special areas

Much of this segment is paralleled by the San Juan Skyway Scenic Byway. The proposed Grizzly Peak RNA borders this segment.

### Socioeconomic environment

According to the Social and Economic Assessment (2005) the major economic base in Montezuma County is retirees (39%) and the major economic base in Dolores County is agribusiness (33%).

BLM_0031327

***Current administration and funding needs***

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

***Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination***

The Dolores River above McPhee Reservoir was not found to be suitable in this preliminary review. While there are significant recreational values of the river corridor, there are many existing and potential uses along the river that would conflict with a designation under the Wild and Scenic Rivers Act. In particular, the intermingled federal and private ownership and substantial private ownership of this reach, the great number of water rights and diversions, numerous existing and historic sand and gravel operations, and the many roads and bridges along this reach, counter-balance the outstandingly remarkable values of the stream.

Land use planning at the county and local government level and in this Forest Plan and RMP revision would generally be compatible with a recreation classification of this river segment and would provide some protection of the recreation ORVs identified. At the present time there is instream flow protection (20 cfs) provided for a portion of this reach by the CWCB. Wild and Scenic designation could perhaps enhance protection the free-flowing character of the stream but would not add significant levels of protection for the recreation ORVs because of the extent of private lands involved and the existing levels of development in the corridor. Other options for protecting the recreation values include the present focus placed on the scenic river corridor by National Scenic Byway classification, and the continued protections afforded by county and local government planning. The land-ownership patterns and development patterns along nearly this entire river segment would preclude alternative protections such as wilderness designation. Only the uppermost portions of the stream could be protected directly and indirectly by RNA designation and roadless area management discussed in this plan revision.

NAME:  DOLORES RIVER - MCPHEE RESERVOIR TO BEDROCK

*Location:*  The river was studied from the outled of McPhee Reservoir to Bedrock. The portion of the stream from the outlet of McPhee Reservoir to Bedrock is 109.09 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:*  The segment has a number of different eligibility classifications, which can be found in the following table, in miles:

Table D.10 – Miles eligible

| WILD | SCENIC | REC | TOTAL |
|------|--------|------|-------|
| 48.84 | 23.15 | 37.04 | 109.02 |

The following discusses the river segments and their classification starting from McPhee Reservoir.

BLM_0031328

From McPhee Reservoir to Bradfield Bridge is recreational, with numerous campgrounds and a parallel road.

From Bradfield Bridge to the Dove Creek Pump Station is wild. There is no road, no developed or maintained trail, and the area is closed to motorized uses.

From the Dove Creek pump station to Disappointment Creek is scenic. The Snaggletooth Road is in the corridor, but it fits the definition for scenic of "short portions of obtrusive road, and longer portions of unobtrusive road". For the most part, the Snaggletooth Road is unobtrusive.

From Disappointment Creek to below Slickrock near McIntyre Creek is recreational, with the community of Slickrock and many county roads.

From below Slickrock near McIntyre Creek to the Little Gypsum Bridge at the start of the Wilderness Study Area is also recreational.

From Little Gypsum Bridge at the start of the Wilderness Study Area to a point about 2 ½ miles above Bedrock is wild. This section is in the Wilderness Study Area.

From where the river exits the Wilderness Study Area to Bedrock, a segment that is about 2 ½ miles, the river grades from mostly wild to being flanked by campgrounds and industrial plants. This section is classified as recreational.

The BLM Administrative boundaries split the Wilderness Study Area. Decisions about the portion of the River administered by the Montrose Office(approximately 6 miles) are not being made in this document, but the analysis is presented for the longer segment.

*Land Ownership:* Land ownership is split between National Forest, non-Forest Service (county, town), and private land. The following table is a breakdown of the miles of stream by ownership.

**Table D.11 - Miles by Ownership**

| BLM | CDOW | FS | NON-FS | Private | State | Total | % FS | % Federal (FS+BLM) |
|---|---|---|---|---|---|---|---|---|
| 84.25 | 0.94 | 5.53 | 0.18 | 12.82 | 5.30 | 109.02 | 5.1% | 82.3% |

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.12 - Acres by Ownership**

| BLM | CDOW | FS | NON-FS | Private | State | Total | % FS Owned | % Federal (FS +BLM) |
|---|---|---|---|---|---|---|---|---|
| 25,092.61 | 332.52 | 2,339.50 | 48.77 | 3,005.05 | 1,195.24 | 32,013.69 | 7.3% | 85.7% |

Amount of federally owned land within the river corridor



BLM_0031329

*Outstandingly remarkable values*

This section of the Dolores River contains many outstandingly remarkable values.

*Recreation and scenery:* This section of the river is listed as one of the most popular and beautiful rafting areas in Southwest Colorado. It contains Class II, III and IV rapids. The river is in a wild and deep canyon that combines red sandstone cliffs with coniferous forests (Anderson and Hopkins, 1982). It is also regionally significant for boating recreation, based on observations of actual use and interviews with regional recreation providers. It is also listed in the Nationwide Whitewater Inventory, American Whitewater, 2006, even though it is more of a scenic float trip than a whitewater experience.

The scenic values are associated with recreation. The river corridor contains cliffs, canyons and old growth ponderosa pine groves.

*Fish and wildlife:* This segment contains occupied roundtail chub habitat. Roundtail chub are species of special concern because they are sensitive native species and qualify as "wild stocks and/or federal or state listed or candidate threatened, endangered, or sensitive species". They are on the Forest Service sensitive species list, and are considered by Colorado Division of Wildlife as species of special concern.

This segment also contains a population of canyon treefrog, which has a state ecological rating of 2, meaning that it is rare or imperiled within the state. They are also listed as a species of concern in the state. Canyon treefrogs occur along streams in deep rocky canyons. Treefrogs are most active at night but are frequently found during the day resting in small depressions in solid rock near pools of water. They breed in canyon bottom pools often bounded by solid rock.

*Geology:* There are dramatic Cretaceous (dinosaur age) sandstone cliffs throughout the canyon, and in some areas the geology has confined the canyon to a uniquely persistent linear and angular form. The northerly flow of this river is rare within the region of comparison, and documents the uplift of the Colorado Plateau and the subsidence of the adjacent Paradox Basin, These two geological events also determine the unusual gradient of the river. The action of the Dolores River by penetrating the hard caprock of the present-day cliffs and the linear flow pattern of its canyon demonstrate the unusual rapidity of the area's tectonic processes and the speed of the corresponding downward cutting of the river, which in turn documents the geologic-timescale history of water supply in Southwest Colorado.

*Ecology:* The segment contains the New Mexico privet, which is extremely rare or imperiled globally, and the Eastwoods monkeyflower, which is extremely rare or imperiled within the state and rare globally.

*Archeology:* Several rare and exemplary prehistoric archeological sites are preserved immediately adjacent to the Dolores River in Colorado between McPhee Reservoir and the small town of Bedrock. The sites range in composition from large Anasazi pueblos such as Mountain Sheep Point Village and the Kayenta House cliff dwelling to sacred sites such as the rock art panel at the mouth of Bull Canyon. These archeological sites evince at least 11,000 years of inextricable connection between the Dolores River and the area's human inhabitants.

BLM_0031330

### Existing and potential land uses

Most of the federal land in this corridor is managed and will continue to be managed as a special theme emphasizing the river and canyon opportunities. The portion in the Wilderness Study Area will continue to be managed to preserve its wilderness character. This is compatible with the numerous ORVs in this corridor.

According to the Montezuma County Land Use Plan for the Unincorporated Areas of Montezuma County (1997) the private land along the Dolores River in Montezuma County is classified as agricultural with a density of one dwelling per 30-acre parcel. This type of development would not interfere with the recreational classification of the river. There is also private land within Dolores County. The Dolores County Master Plan (1997) does not classify the land within the county; therefore the building density is unknown in this area. The remainder of the private land is within San Miguel and Montrose counties. According to the San Miguel County Comprehensive Development Plan (2001), the private land within the river corridor in San Miguel County is classified for natural resources, agriculture and recreation. There is a small area of residential development within Slickrock. The private land in Montrose County is located near Bedrock and is classified as agricultural according to the Montrose County Master Plan. These classifications should not interfere with the recreation and scenic classifications.



### Mineral potential

The Slickrock uranium district encompasses the Dolores River, as it passes through most of San Miguel County, giving it high potential for uranium. There is active uranium leasing in the vicinity of this stream.

The oil and gas potential is high for the Dolores River in San Miguel and Montrose counties. Oil and gas potential is moderate as it runs through Dolores County, and low as it approaches McPhee Dam.



### Water resources development

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists 13 diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 11.8 cfs.

BLM_0031331

2) Colorado Division of Water Resources Division 7 Engineer shows conditional water rights totaling 7.41 cfs and 6.5 acre feet.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows two conditional water rights in this stream. SWSI has also identified reservoir sites on Beaver Creek and Plateau Creek that flow into McPhee Reservoir that could be operated to increase flows in the Dolores River below McPhee Reservoir. Beaver Creek and Plateau Creek reservoir sites are a high priority for the Southwest Basins Roundtable of the Colorado Interbasin Compact Committee. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes other potential future water projects before the Final SJPL Plan, that information will be included.

There are occasional headgates and low dams associated with these diversions. Additional riprap may be present on private land to protect fields from erosion on the outside of bends. These do not detract from the free-flowing character of the river.



Potential for conflict with water resources development

|   |   | X |   |   |   |
|---|---|---|---|---|---|

Few conflicts          many conflicts

### *Transportation and facilities*

From McPhee Dam to Bradfield Bridge there are 15.3 miles of road that are maintained for passenger cars. There are also three campgrounds within the river corridor: Ferris Canyon, Cabin Canyon and Bradfield campgrounds.

The section from Bradfield Bridge to the Dove Creek pump station has no roads or trails.

The section from the Dove Creek Pump Station to Slickrock has 30.2 miles of primitive and four-wheel-drive roads that are not maintained for passenger cars. There are also as 2.6 miles of road maintained for passenger cars, 1.1miles of ATV trails, 1.0 miles of road closed for revegetation.  An additional 9.9 miles of road near Slickrock  are local roads.

From Slickrock to the WSA there are 11 miles of road listed as local roads. In the WSA there is about 1 mile of road listed as local roads, which may be closed. There are also roads near Bedrock that have not been quantified because they are out of our coverage area.

BLM_0031332

Potential for conflict with transportation and facilities



Few conflicts                                    many conflicts

### Recreation and other resource activities

There are rafting opportunities through beautiful and unusual scenery and geology. There are also numerous hiking trails into the canyon and an overlook near Dove Creek. The area is used for camping, both in campgrounds and dispersed areas. There are also ATV trails along the river.

Other activities that occur include livestock-grazing.

Potential for conflict with recreation and other resources

Few conflicts                                    many conflicts

### Special areas

A portion of the river is in a Wilderness Study Area. This river was also previously recommended for Wild and Scenic designation.

### Socioeconomic environment

According to the Social and Economic Assessment (2005) the major part of the economic base in Dolores County is agribusiness (33%). This consists mainly of agricultural production. The second-highest segment of the economic base is expenditure of outside dollars by retirees and commuters who work outside Dolores. This is related to the Dolores River as it is diverted for irrigation.

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

This segment of the Dolores River is preliminarily determined to be suitable for inclusion in the Wild and Scenic River system. On the lowest portion of the River, the Montrose BLM office has decision-making and on-the-ground management responsibility. This river reach contains many ORVs, relatively few conflicts between river protection and other uses, and primarily involves federal lands. The principal conflicts between river protection and other uses of the corridor involve mineral development. Existing water developments would not significantly conflict with designation, and at least some of the foreseeable water developments could enhance river-related values. This determination is consistent with previous findings of suitability for this river segment.

BLM_0031333

This Forest Plan and RMP revision provide for continued protection of many of the identified river values by proposing management under a special theme emphasizing river protections and opportunities for use. A portion of this stream segment falls within a BLM Wilderness Study Area that was previously recommended to Congress for designation under the Wilderness Act. Management under the revised plan and wilderness protections would be compatible with the protection of ORVs.

There are several alternatives to Wild and Scenic River designation that could achieve similar protections for the stream and its ORVs. For instance, the public process leading up to this draft planning document identified potential for designation of ACECs, and potential legislative protections including Wild and Scenic River designation, establishment of a National Conservation Area, and wilderness designation. These designations, or some combination of such, could provide sufficient or even superior protection of the ORVs identified. The Dolores River Dialogue (DRD), a local collaborative effort addressing the management concerns and needs for the Dolores River, has been working through the values to be protected and some of the options for achieving needed protection.

The DRD process shows great promise in achieving enduring protections for this stream reach. Should the DRD make substantial progress in identifying and securing needed protections of the ORVs, the recommendations of the group could be used to supplement or replace this preliminary finding of suitability. Ideally, the DRD will be able to provide their recommendations for management of the lower Dolores River prior to the close of the public comment period for this draft Plan Revision. Input from the DRD could then be more fully considered in the final Plan and associated environmental analysis. Public input is sought specifically on how the results of collaborative efforts such as the DRD should be considered as the BLM and Forest Service address the Section 5(d) requirements of the Wild and Scenic Rivers Act in this Plan Revision.

### NAME: RIO LADO

*Location:* The stream and associated corridor (one-quarter mile on either side) was studied from its confluence with the Dolores River upstream for 2.83 miles. Even though this is not a third-order or larger stream, all streams occupied by high-purity Colorado River cutthroat were analyzed. Rio Lado was eligible because it is the best high-purity Colorado River cutthroat fishery on the Forest in the Dolores River Geographic Management Unit (GMU) (see below).

 The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* This entire segment has a scenic classification. This classification was chosen because the stream is accessible by a four-wheel-drive   road at the headwaters, but does not have readily available access to the stream. There is also a trail along the river.

*Land ownership:* Land ownership is split between National Forest and private land. The following table is a breakdown of the ownership along the river, in miles.

BLM_0031334

| FS | Private | Total | % FS |
|---|---|---|---|
| 2.80 | 0.03 | 2.83 | 99.1% |

The following table is a breakdown of the ownership within the river corridor in acres.

| FS | Private | Total | % FS |
|---|---|---|---|
| 947.84 | 8.60 | 956.44 | 99.1% |

Amount of federally owned land within the river corridor



### Outstandingly remarkable values

*Fish:* The Rio Lado River contains a population of high-purity cutthroat trout. The Colorado River cutthroat trout is a species of special concern because it is a sensitive native species and qualifies as "wild stocks and/or federal or state listed or candidate threatened, endangered, or sensitive species". They are on the Forest Service sensitive species list, and are considered by Colorado Division of Wildlife as species of special concern. Under the "Conservation Agreement and Strategy for Colorado River Cutthroat Trout in the states of Colorado, Utah, and Wyoming"(Tri-State Agreement), the state of Colorado has agreed to the goal of establishing two self-sustaining meta-populations, each consisting of five separate, viable but interconnected sub-populations, in each Geographic Management Unit (GMU) within the historic range. Each GMU is thought to have slightly different genetics, because of their isolation. The Dolores River watershed is one of 14 GMUs, and has only three existing Colorado cutthroat populations. These three populations are rare because they are the last remnants of the Dolores River genetics of the Colorado River cutthroat. Rio Lado was selected by the Forest Service as the better of the two cutthroat populations on Forest lands in the watershed, and is a fishery ORV. The Forest Service has also invested funds in stream improvements to protect this population.

### Existing and potential land uses

Forest Service land at Rio Lado will be managed as a natural landscape with limited management. The upper tip of the corridor is within an area of active management, but timber harvest is not expected because the terrain is not suitable for timber. The allotment management plan prohibits livestock-grazing within the stream corridor.According to the Montezuma County Land Use Plan for the Unincorporated Areas of Montezuma County, the small amount of private land along the Rio Lado is classified as agricultural with a density of one dwelling per 30-acre parcel. This type of development would not interfere with the recreational classification of the river.

BLM_0031335

Potential for conflict with existing and potential land uses



Few conflicts                                    Many conflicts

### *Mineral potential*

There is no favorable occurrence for locatable minerals, and there has been no production.

There is no oil or gas production, and potential is low.

Potential for conflict with minerals



Few conflicts                                    Many conflicts

### *Water resources development*

Three sources were used to describe existing and possible future Water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists no diversions in the corridor of this stream

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights in this stream, and no potential reservoir sites. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

The fish habitat improvement structure is a structural change at one point on the stream.

BLM_0031336

Potential for conflict with water resources development



Few conflicts · Many conflicts

### Transportation and facilities

The river corridor along the Rio Lado River contains 1.6 miles of trail and 1.7 miles of closed logging roads.

Potential for conflict with transportation and facilities

Few conflicts · Many conflicts

### Recreation and other resource activities

Rio Lado gets light overall recreation use with the exception of heavy commercial horseback and hunting use of the trail paralleling the stream. The corridor has been closed to grazing, and the terrain is generally not conducive to timber harvest.

Potential for conflict with recreation and other resources

Few conflicts · Many conflicts

### Socioeconomic environment

According to the Social and Economic Assessment (2005) the major economic base in Montezuma County is retirees (39%).

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

The Rio Lado is not determined to be suitable as a preferred alternative in this preliminary analysis. The ORV of pure Colorado River cutthroat trout recognizes the potential importance of the Rio Lado in terms of contributing to the long-term conservation of the Colorado River cutthroat. Although a relatively small stream and a segment of less than three miles in total length, the Rio Lado does present the potential species conservation benefits of relative isolation that can be key to maintaining genetic diversity and protecting populations from certain catastrophic events. This single ORV, however, can be protected sufficiently through the management of adjacent Forest

BLM_0031337

Service lands and through the protection of instream flows through programs such as CWCB instream flow protection. This is possible because of the relatively few conflicts with stream protection and the fact that most of the conflicts fall within direct control of the Forest Service. In this Plan Revision the Rio Lado falls within management areas that provide for adequate protection of the watershed. Protection of flows can be pursued through other methods.

NAME:  WEST DOLORES RIVER

(AND PORTIONS OF TRIBUTARIES FALLS CREEK AND EAGLE CREEK)

*Location:* The stream was studied from its headwaters where it becomes a third-order stream in the Lizard Head Wilderness to its confluence with the Dolores River. The one-quarter-mile corridor on either side of the stream encompasses waterfalls on Falls Creek and Eagle Creek The entire studied section was determined to be eligible. The total length of river studied and found eligible was 33.74 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

This stream was previously studied for inclusion in the National Wild and Scenic River System. In 1976, Colorado Department of Natural Resources recommended the West Dolores as a suitable river, even though the federal agencies did not concur. Though Congress never acted, the Forest Service has managed the Forest Service portions as a 10D management area ("Wild and Scenic River management area") to protect the ORVs.

*Wild and Scenic classification:* The segment has a number of different eligibility classifications, which can be found in the following table of stream miles by classification.

**Table D.13 - Miles by Classification**

| WILD | SCENIC | REC | TOTAL |
|------|--------|------|-------|
| 5.17 | 0.00 | 28.54 | 33.71 |

The segment in a recreation classification was chosen because a major gravel road follows the river until it reaches the wilderness boundary. From the wilderness boundary to the headwaters the segment is classified as wild since there is no road access.

*Land ownership:* Land ownership is split between National Forest, non-Forest Service, and private land. The following table is a breakdown of the ownership along the West Dolores River, in miles

**Table D.14 - Miles by Ownership**

| FS | NON-FS | Private | Total | % FS |
|------|--------|---------|-------|------|
| 17.78 | 1.51 | 14.42 | 33.71 | 52.7% |

BLM_0031338

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.15 - Acres by Ownership**

| FS | NON-FS | Private | Total | % FS |
|---|---|---|---|---|
| 6,954.24 | 281.79 | 2,647.43 | 9,883.46 | 70.4% |

Amount of federally owned land within the river corridor



| 100% | 80% | 60% | 40% | 20% | 0% |

### Outstandingly remarkable values

*Wildlife:* The West Dolores River contains a cluster of black swift nests. The nest sites are behind or adjacent to waterfalls on Navajo Falls, and Falls Creek in the one-quarter-mile corridor on either side of the West Dolores River.

The black swift builds nests only at waterfalls. The nests are made of moss, and require mist from the waterfall to remain intact. The black swift world-wide breeding distribution is limited to a narrow portion of the Rocky Mountains from Mexico to British Columbia, and a narrow band along sea cliffs overlooking the Pacific coast from California to Alaska. The San Juan planning area provides a significant contribution to the species' world-wide breeding distribution by providing a core breeding population and by providing critical connectivity within the southern Rocky Mountains portion of its range. Of the 10 streams studied on the San Juan Public Lands that have black swift nest sites, three were chosen as outstandingly remarkable because they contained the best clusters of nests.

### Existing and potential land uses

The Forest Service land in the corridor of the West Dolores will be managed as a recreation-emphasis area along Road 535, and as an area where natural processes dominate in and adjacent to the Lizard Head Wilderness. This is compatible with the black swift ORVs

According to the Montezuma County Land Use Plan for the Unincorporated Areas of Montezuma County (1997) the private land along the West Dolores River in Montezuma County is classified as agricultural with a density of one dwelling per 30-acre parcel. This type of development would not interfere with the recreational classification of the river. The rest of the private land is in Dolores County. The Dolores County Master Plan (1997) does not classify the land within the county; therefore the building density is unknown in this area.

Potential for conflict with existing and potential land uses



| Few conflicts | | | | Many conflicts |

BLM_0031339

### Mineral potential

The area near Dunton has been mined for silver and gold since the late 1800s. There is no current production. The area near Dunton is favorable for polymetallic replacement and skarn deposits. It is favorable for epithermal veins in the Lizard Head Wilderness.

There is no oil or gas production, and potential is low.

Potential for conflict with minerals



Few conflicts          Many conflicts

### Water resources development

Three sources were used to describe existing and possible future Water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists 28 diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 31.421 cfs.

2) Colorado Division of Water Resources Division 7 Engineer shows conditional water rights totaling 0.9 cfs.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows one conditional water right on a tributary to this stream. They have also mapped three potential reservoir sites, but these have not been verified for feasibility. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

There are occasional headgates and low dams associated with the water diversions. In addition, short sections of riprap protect Road 535 from erosion on the outside of some bends on the river. Additional riprap may be present on private land to protect fields from erosion on the outside of bends. These do not detract from the free-flowing character of the river.

Potential for conflict with water resources development



Few conflicts          Many conflicts

### Transportation and facilities

The West Dolores River corridor contains 24.9 miles of road running up the valley, which is maintained for passenger cars. There is an additional 3.2 miles of road maintained for passenger cars in campgrounds and roads leading out of the corridor on

BLM_0031340

Forest Service land. There is also one mile of four-wheel-drive road leading out of the corridor and additional roads on private land.

Forest Service facilities within the corridor are the Navajo Lake Trailhead, Burro Bridge Campground, Dunton Guard Station, Geyser Trailhead, Johnny Bull Trailhead, Willow Divide Trailhead, Mavreeso Campground, Goble Trailhead, West Dolores Campground, and Lower Stoner Trailhead.

There are also 4.7 miles of the Navajo Lake Trail within the corridor and 4.1 miles from eight other trails leading out of the corridor.

Potential for conflict with transportation and facilities



Few conflicts                                                    Many conflicts

### *Recreation and other resource activities*

Recreation in the area includes camping, both within developed campgrounds and at dispersed sites, hiking, mountain-biking, hunting, horseback riding, as well as being a fishing area.

Other activities that may occur in the area include agriculture, livestock-grazing and mining.

Potential for conflict with recreation and other resources



Few conflicts                                                    Many conflicts

### *Special areas*

The headwaters and the first five miles of the river are in the Lizard Head Wilderness.

### *Socioeconomic environment*

According to the Social and Economic Assessment (2005) the major economic base in Dolores County is agribusiness (33%) based on agricultural production in the area. This affects the West Dolores, which is diverted for irrigation.

### *Current administration and funding needs*

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### *Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination*

BLM_0031341

The West Dolores River was not determined to be suitable for Wild and Scenic River Act designation under the preferred alternative. The ORV present on the upper reaches of the West Dolores will be protected sufficiently through land use plan management direction, existing wilderness designation, and existing instream flow protections. The West Dolores was previously studied for Wild and Scenic River suitability and was found by the Colorado Department of Natural Resources to be suitable, although the Forest Service did not concur.

The West Dolores River contains one identified ORV related to the occurrence of active black swift nests. Black swifts are a relatively rare species with highly specialized nesting requirements. The San Juan Public Lands contain a large portion of the active nests in Colorado and the headwaters of the West Dolores contain particularly high concentrations of black swift nests. The values associated with these nest clusters on the West Dolores are indeed remarkable, but they are limited to the uppermost reaches of the stream and its tributaries. There are essentially no conflicts with protection of this ORV in the upper reaches of the West Dolores. The ORV is located within or adjacent to the Lizard Head Wilderness Area and would be adequately protected by either wilderness designation, the management proposed under this plan that natural processes would be allowed to dominate, or the CWCB instream flows that exist for this stream and tributary.

By contrast, lower portions of the river do not contain identified ORVs and do present numerous conflicts with river protection. In particular, concentrations of private land and associated development near and along the river, numerous water diversions, foreseeable future water diversions and reservoir sites, and transportation facilities in the river corridor, would combine to make it difficult to protect many river values. Because of the absence of identified ORVs in the lower portion of the river, alternative protections have not been considered.

### NAME: SUMMIT CANYON

*Location:* The stream was studied from the Colorado state line to its confluence with the Dolores River and the entire stream was found eligible. The total length of river studied and found eligible is 12.15 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values

*Wild and Scenic classification:* This entire segment has a scenic classification. This classification was chosen because there is a four-wheel-drive road that runs along the top of the canyon. The river is accessible in some locations but not readily accessible by road.

*Land ownership:* Land ownership is split between BLM and private land. The following table is a breakdown of land ownership along this segment in miles.

BLM_0031342

**Table D.16 - Miles by Ownership**

| BLM | Private | Total | % Federal (BLM) |
|---|---|---|---|
| 11.76 | 0.39 | 12.15 | 96.8% |

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.17 - Acres by Ownership**

| BLM | Private | Total | % Federal (BLM) |
|---|---|---|---|
| 3,563.03 | 85.48 | 3,648.51 | 97.7% |

Amount of federally owned land within the river corridor



### Outstandingly remarkable values

*Wildlife:* Summit Canyon is one of three canyons on the SJPL that contains canyon treefrogs. Canyon treefrogs have a state ecological rating of 2, meaning that they are rare or imperiled within the state. They are also listed as a species of concern in the state. The canyon treefrog is river-related because canyon treefrogs occur along streams in deep rocky canyons. Treefrogs are most active at night but are frequently found during the day resting in small depressions in solid rock near pools of water. They breed in canyon bottom pools often bounded by solid rock.

### Existing and potential land uses

The lower half of Summit Canyon will be managed as a natural landscape with limited management. The upper half will have active resource management, such as grazing and mineral leasing. Protection of the wildlife ORV in the active management area may require some compromises.

The small amount of private land is classified for natural resources, agriculture and recreation in the San Miguel County Comprehensive Development Plan (2001). These uses would not interfere with the scenic classification.

Potential for conflict with existing and potential land uses



### Mineral potential

The area has numerous uranium mines. The Slickrock uranium district encompasses the Dolores River, Summit Canyon and McIntyre Canyon as they pass through most of San Miguel County, giving them high potential for uranium. There is active uranium-leasing in the vicinity of this stream.

BLM_0031343

The oil and gas potential is high.

Potential for conflict with minerals



Few conflicts                                    Many conflicts

***Water resources development.***

Three sources were used to describe existing and possible future Water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists no diversions in the corridor of this stream

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights or reservoir sites in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

Potential for conflict with water resources development

Few conflicts                                    Many conflicts

***Transportation and facilities***

There are 10.6 miles of primitive, four-wheel-drive or local roads likely not maintained for passenger cars as well as 0.4 miles of road maintained for passenger cars. In addition there are 5.7 miles of ATV trails within the river corridor.

Potential for conflict with transportation and facilities

Few conflicts                                    Many conflicts

***Recreation and other resource activities***

The main recreational activity in the area is hiking as well as use of the road and trails by ATVs.

Other activities that may occur in the area include agriculture, livestock-grazing and mineral development.

BLM_0031344

Potential for conflict with recreation and other resources

| | X | | | | |
|---|---|---|---|---|---|
| Few conflicts | | | | | Many conflicts |

### Socioeconomic environment

According to the San Miguel County Comprehensive Development Plan (2001) San Miguel County is a diverse county that consists of 1,287 square miles. The east end of the county is driven by the upscale resort economy of the Telluride area while the west end of the county, which is where Summit Canyon is located, is filed with wide-open spaces and an old-time Western ranching lifestyle. The economic base in this area is dominated by agriculture.

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

Summit Canyon was determined to be preliminarily suitable in the preferred alternative. While the ORV is limited to the presence of treefrogs, the particular species is deemed to be rare or imperiled in the state. Summit Canyon does contain potential for several conflicts that could affect the ORV; of particular note is the moderate to high potential for mineral development. Given the fairly narrow habitat requirements of the treefrog-- requiring close proximity to canyon-bottom pools – it is reasonable that the potential effects of mineral development to the ORV could be avoided or minimized. The lower portion of the canyon would be protected under the natural-landscape, limited-management approach identified in this Plan Revision. More active management in the upper portions of the canyon could require mitigation to protect the treefrog or could result in some loss of the ORV.

Other options for protection of the ORV were not deemed the most desirable but could be appropriate. Designation as an Area of Critical Environmental Concern could provide sufficient protections of the ORV but the connection of Summit Canyon with the Dolores River segment that was also found suitable makes Summit Canyon a reasonable extension of the Dolores River segment found suitable. If, however, the activities of the Dolores River Dialogue yield alternative consensus-based approaches to protecting the Dolores River, extending similar protections to Summit Canyon should be considered.

### NAME:  McINTYRE CANYON

*Location:* The stream was studied from where it becomes a third-order stream to its confluence with the Dolores River and the entire stream was found eligible. The total length of river studied and found eligible is 5.77 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the

BLM_0031345

outstandingly remarkable values. We believe that it is an intermittent stream that flows fairly predictably for a short time in the spring.

*Wild and Scenic classification*: This entire segment has a scenic classification. This classification was chosen because there are both gravel and four-wheel-drive roads that run along the canyon and it is accessible in some locations, but not readily accessible by road.

*Land Ownership:* Land ownership is split between BLM and private land. The following table is a breakdown of land ownership along this segment, in miles.

**Table D.18 - Miles by Ownership**

| BLM | Private | Total | % Federal (BLM) |
|---|---|---|---|
| 5.01 | 0.81 | 5.82 | 86.1% |

The following table is a breakdown of the ownership within the river corridor (one-quarter mile on either side of the stream) in acres.

**Table D.19 - Acres by Ownership**

| BLM | Private | Total | % Federal (BLM) |
|---|---|---|---|
| 1,569.00 | 98.72 | 1,667.73 | 94.1% |

Amount of federally owned land within the river corridor



100%    80%    60%    40%    20%    0%

### Outstandingly remarkable values

*Ecology:* McIntyre Canyon is one of the few areas on the SJPL that contains Eastwoods monkeyflower. It is extremely rare or imperiled within the state and rare globally. McIntyre Canyon has unique hanging gardens with rare Eastwoods monkey flower (mimulus Eastwoodiae). *"In alcoves of Navajo sandstone cliffs, are found hanging garden communities dominated by yellow columbine, and containing a small population of the rare Eastwood monkeyflower. It appears that the Eastwood monkeyflower requires more permanent water than the more common columbine. In this and other sites, it grows in a deep horizontal crack that holds moisture, and on spongy, algae-covered walls".*

The combination of the stream-carved canyon and seeping groundwater coming to the surface on the canyon wall provides the unique habitat required by the Eastwood monkeyflower.

### Existing and potential land uses

McIntyre Canyon will be managed as a natural landscape with limited management. This is compatible with protection of the ecology ORV.

The small amount of private land is classified for natural resources, agriculture and recreation in the San Miguel County Comprehensive Development Plan (2001). These uses would not interfere with the scenic classification.

BLM_0031346

Potential for conflict with existing and potential land uses



Few conflicts                                    Many conflicts

### Mineral potential

The Slickrock uranium district encompasses the Dolores River, Summit Canyon and McIntyre Canyon as they pass through most of San Miguel County, giving them high potential for uranium. There is active uranium-leasing in the vicinity of this stream.

The oil and gas potential is high.

Potential for conflict with minerals



Few conflicts                                    Many conflicts

### Water resources development

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists no diversions in the corridor of this stream

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights or potential reservoir sites in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

Potential for conflict with water resources development

Few conflicts                                    Many conflicts

### Transportation and facilities

There are 4.1 miles of primitive four-wheel-drive road, which are not maintained for passenger cars, as well as 0.2 miles of ATV trail within the river corridor.

BLM_0031347

Potential for conflict with transportation and facilities

| X |  |  |  |  |  |
|---|---|---|---|---|---|

Few conflicts        Many conflicts

### Recreation and other resource activities

The main recreational activity in the area is hiking from the Dolores, as well as use of the road and trails by ATVs.

Other activities that may occur in the area include agriculture, livestock-grazing and mineral development.

Potential for conflict with recreation and other resources

| X |  |  |  |  |  |
|---|---|---|---|---|---|

Few conflicts        Many conflicts

### Socioeconomic environment

According to the San Miguel County Comprehensive Development Plan (2001) San Miguel County is a diverse county that consists of 1,287 square miles. The east end of the county is driven by the upscale resort economy of the Telluride area while the west end of the county, which is where McIntyre Canyon is located, is filed with wide-open spaces and an old-time Western ranching lifestyle. The economic base in this area is dominated by agriculture.

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

McIntyre Canyon is found not to be suitable. The ORV of monkeyflower does represent a very significant concern that deserves protection, but McIntyre Canyon falls within an area of active uranium-leasing and high oil and gas potential, posing some significant conflicts with river protection. As with Summit Canyon there is potential to mitigate the effects of other uses, but the ORV is more easily impacted by adjacent land use than the fairly limited habitats of the canyon treefrog. Coyote Wash, discussed below, also contains monkeyflower and another ORV and is at less risk of impact from adjacent land uses such as uranium-mining and has been found suitable. Should the DRD develop alternative consensus-based recommendations for the mainstem of the lower Dolores River, careful consideration should be given to extending these protections to some or all of McIntyre Canyon.

BLM_0031348

## NAME: BULL CANYON

*Location:* The stream was studied from its headwaters to its confluence with the Dolores River and the entire stream was found eligible. The total length of river studied and found eligible is 6.38 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* The lower section of the river to the confluence with the Dolores River is classified as wild since there is no development in this area and no easy access to this part of the river. The upper portion of the river contains many gravel roads leading into the river corridor, making it accessible in a few areas but not along the entire stream length.

**Table D.20 - Miles by Ownership**

| NAME | WILD | SCENIC | REC | TOTAL |
|------|------|--------|-----|-------|
| Bull Canyon | 1.44 | 4.94 | | 6.38 |

*Land ownership:* The entire segment is on land owned by the Bureau of Land Management. There are 1,880.77 acres of land within the corridor one-quarter mile on either side of Bull Canyon.

Amount of federally owned land within the river corridor



100%   80%   60%   40%   20%   0%

### Outstandingly remarkable values

*Recreation:* Portions of Bull Canyon are within a BLM Wilderness Study Area that offers outstanding recreation in an undeveloped setting. The pothole pools within this stream are a unique river-related feature, which draws rafters to hike from the Dolores to pools.

### Existing and potential land uses

The lower portion of Bull Canyon is in the Wilderness Study Area, and will be managed to retain its wilderness character. The majority of the Bull Canyon corridor is managed as a natural landscape with limited management. A small portion of the upper corridor is in the active management theme, where mineral-leasing and other commodity production would be emphasized.

The ORVs are not in this upper portion, and it could be excluded without compromising the outstanding recreation opportunities.

BLM_0031349

Potential for conflict with existing and potential land uses

| X | | | | |
|---|---|---|---|---|

Few conflicts                                      Many conflicts

### *Mineral potential*

Bull Canyon is within the Uravan mineral belt, but outside the Slickrock uranium district, giving it moderate potential. There is active uranium-leasing in the vicinity of this stream.

The oil and gas potential is high.

Potential for conflict with minerals

| | | | X | |
|---|---|---|---|---|

Few conflicts                                      Many conflicts

### *Water resources development*

 Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists no diversions in the corridor of this stream

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights or potential reservoir sites in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

Potential for conflict with water resources development

| X | | | | |
|---|---|---|---|---|

Few conflicts                                      Many conflicts

### *Transportation and facilities*

The river corridor contains 7.68 miles of local roads that are likely not maintained for passenger cars.

BLM_0031350

Potential for conflict with transportation and facilities

| X | | | | |
|---|---|---|---|---|

Few conflicts                                    Many conflicts

### *Recreation and other resource activities*

In addition to the hiking opportunity in the WSA, there is four-wheel-drive and ATV use on the roads.

Other activities that may occur in the area include agriculture, livestock-grazing and mineral development.

Potential for conflict with recreation and other resources

| X | | | | |
|---|---|---|---|---|

Few conflicts                                    Many conflicts

The potential conflicts are in the upper portion of the stream. If only the wild portion is considered for a Wild and Scenic River, the ORVs are substantially protected and the conficts with other uses greatly diminished.

### *Special areas*

The lower portion of Bull Canyon is in the Wilderness Study Area.

### *Socioeconomic environment*

The SJPL did not conduct an economic study of Montrose County, so statistics comparable to those quoted for other counties are not readily available.

### *Current administration and funding needs*

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### *Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination*

Bull Canyon was found not to be suitable. The recreation ORV recognizes the popularity of Bull Canyon with Dolores River floaters and there are few conflicts with protection of the ORV. However, much of the portion of Bull Canyon containing the recreation ORV is within the Dolores River Canyon Wilderness Study Area, ensuring protection of the recreation ORV until such time as Congress chooses to act on the designation or relaease of the WSA. This WSA was previously recommended to Congress for wilderness designation by the Secretary of the Interior and will be managed to protect wilderness values, including the recreational opportunities provided by Bull Canyon.

BLM_0031351

Once again, should the DRD develop alternative consensus-based recommendations for the mainstem of the lower Dolores River, careful consideration should be given to extending these protections to some or all of Bull Canyon.

NAME:  COYOTE WASH

*Location:* The stream was studied from its headwaters to its confluence with the Dolores River. Only the lower portion of the stream was found eligible. This segment begins where two unnamed drainages enter, at the boundary between range 19W and 20W. The total length of river studied was approximately 9.6 miles and the segment found eligible was 7.60 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* This entire segment has a wild classification. This segment of the river contains no developed roads or trails, making it generally inaccessible.

*Land ownership:* The entire stream segment is located on Bureau of Land Management land. There are 2,011.4 acres of land within the river corridor in Coyote Wash.

Amount of federally owned land within the river corridor



### Outstandingly remarkable values

*Ecology:* Colorado's largest population of the Kachina daisy is located in Coyote Wash. It grows in horizontal crevices in seeping alcoves. This species is the most imperiled of all plants found in San Miguel and Montrose counties. Eastwood monkeyflower is also found in horizontal crevices on seeping canyon walls.

*Recreation:* Recreation is also an ORV. The flat sandy bottom of the wash, coupled with the vertical canyon walls, offers a hiking experience rarely duplicated in Southwest Colorado. This attracts hikers from the camping areas in Colorado (Silvey's Pocket) and Utah, as well as significant use by rafters who camp at the mouth of Coyote Wash and hike upstream in Coyote Wash.

### Existing and potential land uses

Coyote Wash is within a BLM Wilderness Study Area, and will be managed to retain its wilderness characteristics. This is compatible with protection of the ecology ORV.

Potential for conflict with existing and potential land uses



BLM_0031352

***Mineral potential***

Coyote Wash is outside the Slickrock uranium district and outside the Uravan mineral belt, giving it low potential for uranium. There is active uranium-leasing in the vicinity of this stream.

The oil and gas potential is high.

Potential for conflict with minerals



Few conflicts                                        Many conflicts

***Water resources development***

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists no diversions in the corridor of this stream

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights or potential reservoir sites in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

Potential for conflict with water resources development

| X |  |  |  |  |

Few conflicts                                        Many conflicts

**Transportation and facilities**

There are no roads in the WSA.

Potential for conflict with transportation and facilities

| X |  |  |  |  |

Few conflicts                                        Many conflicts

BLM_0031353

### *Recreation and other resource activities*

Rafters on the Dolores hike up Coyote Wash, and campers in Silvey's Pocket outside the WSA find Coyote Wash an attractive hike to reach the Dolores River.

Other resource activities in the vicinity include uranium-mining, oil and gas development and livestock-grazing.

Potential for conflict with recreation and other resources

| X | | | | | |
|---|---|---|---|---|---|

Few conflicts                                          Many conflicts

### *Special areas*

The entire segment is located within a Wilderness Study Area.

### *Socioeconomic environment*

The SJPL did not conduct an economic study of Montrose County, so statistics comparable to those quoted for other counties are not readily available.

### *Current administration and funding needs*

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area, therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### *Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination*

Coyote Wash is found suitable for designation under the Wild and Scenic Rivers Act. Coyote Wash contains multiple ORVs that are very rare in Colorado and even in a broader context. There are few conflicts with protection of ORVs and WSA status minimizes the opportunities for future conflicts. Interim protection of wilderness values under WSA status does provide significant levels of protection to Coyote Wash, but the very strong ORVs and the opportunity to protect multiple ORVs on one stream segment weigh heavily in favor of adding additional protections. As stated above, should the DRD develop alternative consensus-based recommendations for the mainstem of the lower Dolores River, careful consideration should be given to extending these protections to some or all of the major tributaries, including Coyote Wash.

BLM_0031354

## PRELIMINARY SUITABILITY DETERMINATION

Miles found suitable by classification

**Table D.21 - Miles Suitable by Classification**

| Map Name | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| Dolores above McPhee | | | | 0 |
| Dolores River - McPhee To Bedrock | 48.84 | 23.15 | 37.04 | 109.02 |
| Rio Lado | | | | 0 |
| West Dolores | | | | 0 |
| McIntyre Canyon | | | | 0 |
| Summit Canyon | | 12.15 | | 12.15 |
| Bull Canyon | | | | 0 |
| Coyote Wash | 7.60 | | | 7.60 |
| Dolores Totals | 56.44 | 37.30 | 37.04 | 128.77 |

***Outstanding issues and conflicts to be resolved***

If the Southwest Basins 1177 Roundtable has not prioritized potential water supply locations in time for that information to be included in the final Plan, that issue will have to be dealt with in any recommendations formulated after this Plan. If the Dolores River Dialogue comes to consensus and makes plans for the management of the Dolores River, those plans should be incorporated and/or addressed in any final recommendations.

BLM_0031355

## ANIMAS RIVER SYSTEM

Eligible portions of the Animas River and tributaries, and their classification, are as follows. Details for each segment are below.

**Table D.22 - Eligible Portions**

| MAP NAME | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| Animas River - Bakers Bridge to Silverton | | | 30.77 | 30.77 |
| Cement Creek | | | 7.62 | 7.62 |
| Cinnamon Creek | | | 1.96 | 1.96 |
| Maggie Gulch | | | 4.62 | 4.62 |
| Mineral Creek | | | 8.65 | 8.65 |
| South Fork Mineral Creek | | | 7.41 | 7.41 |
| California Gulch(West Fork Animas) | | | 3.16 | 3.16 |
| Animas River Totals | | | 64.19 | 64.19 |

## NAME:  ANIMAS RIVER – BAKERS BRIDGE TO SILVERTON

*Location:* The stream was studied from Animas Forks north of Silverton to Bakers Bridge, where the river leaves the narrow rocky canyon and enters the broad alluvial valley that is predominantly private land. The portion of the stream determined to have ORVs is from Silverton to Bakers Bridge, and is 27.39 miles

 The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values. Although some portion of this and rivers in the other upper Animas watershed do not have water quality sufficient to support a fishery, the WSR Act states that "rivers will not be precluded from scenic or recreational classification because of poor water quality at the time of their study, provided a water quality improvement plan exists or is being developed in compliance with…state law". The TMDLs adopted by the state incorporate the improvement plan. Water quality is currently sufficient for recreation, scenery, and cultural/historical ORVs.

*Wild and Scenic classification:* This entire segment is classified as a recreational use. This classification was chosen because the Durango-Silverton Narrow Gauge Railroad follows the river along this entire segment.

*Land ownership:* Land ownership is split between National Forest, non-Forest Service, and private land. The following table is a breakdown of the ownership along this segment, in miles

**Table D.23 - Miles by Ownership**

| BLM | FS | NON-FS | Private | Total | % FS | % Federal (FS+BLM) |
|---|---|---|---|---|---|---|
| 1.29 | 22.44 | 0.03 | 7.02 | 30.77 | 72.9% | 77.1% |

This table is acres of land by ownership along the segment.

BLM_0031356

**Table D.24 - Acres by Ownership**

| BLM | FS | NON-FS | Private | Total | % FS | % Federal (FS+BLM) |
|---|---|---|---|---|---|---|
| 678.75 | 7,147.43 | 20.18 | 894.18 | 8,740.53 | 81.8% | 89.5% |

The rights-of-way granted by the BLM for the Durango-Silverton Narrow Gauge Railroad follow the river within most of the corridor. These rights-of way encumber about 73 acres of BLM and 525 acres of Forest Service land listed in the above tables.

Amount of federally owned land within the river corridor



**Outstandingly remarkable values**

*Recreation and scenery:* The Durango-Silverton Narrow Gauge Railroad runs along the river throughout this entire segment. Visitors from all over the country and the world take the train each year to see the canyon and scenery associated with the river. The Durango-Silverton Narrow Gauge Railroad is a unique recreation opportunity in that it combines the historic aspects of the steam-powered train with the dramatic setting of the Animas River Canyon. It draws more than 200,000 visitors annually and is a primary economic engine for both Durango and Silverton during the summer months. This is a one-of-a-kind opportunity not duplicated by the Cumbres and Toltec Railroad or the diesel train that accesses the rim of the Grand Canyon.

Seventeen commercial outfitter and guide operators with Forest Service permits utilize the Upper Animas River corridor including guided whitewater boating, fishing, hiking, backpacking, hunting, mountain-climbing and horse packing. Both private recreationists and commercial outfitters' clients are drawn to the Upper Animas from all over the U.S. and internationally due to the unique and rare opportunities the area offers. The free-flowing Upper Animas River provides the highest commercial whitewater put-in point elevation (over 9,300 feet) in Colorado. The Class V-rated (violent rapids, extremely difficult hazards) whitewater is also one of just a few rivers in Colorado that provides this type of extreme whitewater for commercial passengers. The Animas River has also been the site of numerous national competitive kayaking, rafting and fishing events. Its listing on American Whitewater's national river inventory, while not sufficient by itself to be an ORV, supports the above analysis.

*Cultural/historical:* The Animas River has historically served as a transportation corridor linking the hardrock mining community of Silverton to the larger communities of Animas City/Durango. The Animas Canyon wagon road was the first transportation route to connect Silverton to Animas City/Durango. The site has been determined eligible for the National Register of Historic Places. The road ran alongside the Animas River for much of its route. The Durango-Silverton Narrow Gauge Railroad, a

BLM_0031357

designated National Historic Landmark, is a popular way to observe remote portions of the Animas River. Portions of the railroad in the Animas Canyon overlay the Animas Canyon wagon road. The town of Silverton, located on the Animas River, and the terminus of the railroad, are both a National Historic District and a National Historic Landmark. The Tacoma power plant, a site listed on the National Register of Historic Places, and the associated residences are located on the banks of the Animas River. The power plant supplied electricity to Silverton and several milling operations in the vicinity of Silverton. Electricity from the power plant was supplied to Silverton via a transmission line that was located adjacent to the Animas River.

### Existing and potential land uses

The majority of this corridor will be managed as a recreation-emphasis area that bisects the Weminuche Wilderness. A small portion at the lower end will be managed as a natural landscape with limited management, and the upper terminus is within the Silverton Special Management Area. This is compatible with the recreation, scenery and cultural resource ORVs.

Approximately 3.3 miles of the stream channel, accounting for 754 acres of private land, are within La Plata County. The draft La Plata County Land Use Code (August 2006) classifies the majority of this land as large-lot residential. This classification allows low-density single-family uses. These areas are developed at relatively low densities and either sited on large lots, typically between 10 and 15 acres, or sited on smaller lots (3-10 acres) within a cluster development that achieves a transition between rural areas/densities and more exurban or suburban areas." There is another private parcel at Needleton that was not included in the La Plata County Land Use Plan; therefore the classification is unknown for this small private parcel.

The remainder of the private land is within San Juan County. The Animas River from the San Juan County line to Silverton is located in the Scenic Preservation Overlay District of the San Juan County Zoning and Land Use Regulation. This district includes all sites located within 1,500 feet of the center line of the track of the Durango-Silverton Narrow Gauge Railroad. The intent of the Scenic Preservation Overlay District is to prevent development from adversely affecting the scenic and historic assets of the county to the greatest degree possible. Within the Scenic Preservation Overlay District, only activities which do not involve any construction or development of any sort, including disturbing of soil or trees (such as grazing, camping, picnicking, hiking, and outdoor recreation) shall be permitted as uses by right. All other uses within this zone shall be uses subject to review. Development within the Scenic Preservation District must be designed in a manner that protects the environmental and historical assets of the area. All site design and development must be done in a manner which minimizes impacts upon scenic views or vistas. Design plans must take into account characteristics of soils, slopes and geological hazards, in a manner intended to protect the health, safety, and welfare of users of the site, and the scenic value of the site. Design of the site must include safe, convenient, and adequate arrangements for pedestrian circulation, roadways, driveways, off-road parking and loading space. Additional setbacks, landscaping, screening, or design requirements may be required by the county in order to preserve the natural, pristine appearance of the area and to minimize the visual impact to view sheds and view corridors.

BLM_0031358

This type of development would not interfere with the recreation classification of the river.

Potential for conflict with existing and potential land uses



Few conflicts                                                    Many conflicts

### *Mineral potential*

The Animas River at the confluence of Needle Creek is just west of the Needle Mountains Mining District. There was active gold and silver exploration from 1881 to 1935, and molybdenum exploration in the 1970s. These activities were to the east of the Animas River corridor. There is no current production, and the area in the Weminuche Wilderness has been withdrawn from mineral entry. There is favorable occurrence of minerals as polymetallic replacement and skarn deposits.

Five to six miles south of Silverton there was prospecting for gold and silver near White Head Gulch and, in the 1980s, prospecting for uranium at Elk Park. There is no current production. Resource occurrence is favorable in polymetallic epithermal veins near White Head Gulch, and in epithermal uranium veins near Elk Park. These sites are just south of the highly mineralized area of the Silverton Caldera. With changes in the price of metals, mining activities could resume.

See EIS Chapter 3 for a further discussion of mining activities allowed if a river is found suitable by the agency, or if it is designated by Congress or the Interior Secretary. In brief, in a recreation classification, mining activities are allowed as long as they do not diminish the ORVs, do not change the classification, and are not operating in a way that causes "undue degradation."

There is no potential for oil and gas.

Potential for conflict with minerals



Few conflicts                                                    Many conflicts

### *Water resources development*

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists 14 diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 20.904 cfs.

2) Colorado Division of Water Resources Division 7 Engineer shows conditional water rights totaling 613.3 cfs

BLM_0031359

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). They have mapped two potential reservoir sites in the reach, and one above the reach, but these have not been verified for feasibility. Several of the projects listed in SWSI Section 6 (Identified Projects and Processes) are likely related to the conditional water rights listed by Division of Water Resources.

The volume of water needed for future uses near Silverton, as identified by the conditional water rights applications filed by both private and public entities, is a very small volume relative to the entire volume of water that flows in the river.   The larger conditional water rights within and upstream of this segment are for proposed reservoirs.   If these reservoirs were to be constructed, they would provide flatwater recreation opportunities in the Silverton area, but most of the consumptive use of the stored water would occur at downstream locations near Durango.   It is unlikely that the aggregate amount of conditional water rights converted to absolute uses would be large enough to have any significant impact on the flows needed to support outstandingly remarkable values

If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

There are occasional headgates associated with existing diversions. In addition, short sections of riprap protect the tracks of the Durango-Silverton Narrow Gauge Train from erosion on the outside of some bends on the river. These do not detract from the free-flowing character of the river.

Potential for conflict with water resources development



Few conflicts                              Many conflicts

### Transportation and facilities

There are no roads within the river corridor; however, the railway follows the entire length of the segment. There are also 8.5 miles of trail within the river corridor.

There are train water-tank facilities and railroad spurs at several locations along the corridor, and plans for some additional development. The Tacoma power plant is also located within the segment, while the town of Silverton is above the upper end of this stream segment.

Potential for conflict with transportation and facilities



Few conflicts                              Many conflicts

### Recreation and other resource activities

There are many recreation opportunities along the Animas River. These include riding the Durango-Silverton Narrow Gauge Train, whitewater rafting, kayaking, fishing, hiking, backpacking, hunting, skiing and horse packing. A private tourist resort located

BLM_0031360

on private land in the Animas Canyon approximately 2.5 miles north of Tacoma is accessible only by the railroad or helicopter

Other activities that may occur in the river corridor include agriculture and mining.



Potential for conflict with recreation and other resources

Few conflicts                                    Many conflicts

### Special areas
Much of the stream segment is surrounded by the Weminuche Wilderness on both sides of the river. The San Juan Scenic Byway is within the corridor for a short section at the lower end of the stream.

### Socioeconomic environment
According to the Social and Economic Assessment (2005) the economic base in both La Plata and San Juan counties is tourism. Thirty-four percent of the economy comes from tourism in La Plata County, while 58% of the economy is based in tourism in San Juan County. Along the lower part of the river in La Plata County the tourist industry is mainly resorts, while in San Juan County around Silverton the tourist industries are second homes and tourist services. The train is a major draw for many of the tourists in both counties. The second-highest segment of the economic base is funds coming in to retirees.

Other sources indicate the potential for mining to return to a position of significant long-term economic importance in San Juan County

### Current administration and funding needs
Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area, therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination
The Animas River between Bakers Bridge and the boundary of public and private land just below Silverton is found to be preliminarily suitable. The portion of the Animas from the public land boundary to Silverton (approximately 3.6 miles) is not found suitable due to potential conflicts with private land and future development of the river corridor. The ORVs for the Animas River are substantial and are very closely tied to community and regional identity in the area. The Animas River corridor and the closely associated narrow gauge railroad represent the historical and modern-day economic engines of the region. The river is renowned for its scenic character and is a very popular recreational attraction.

The remote character of the Animas River throughout much of this reach contributes to very few conflicts with the protection of the river under the Wild and Scenic Rivers Act.

BLM_0031361

There are few points of diversion within this reach and nearly all critical and sizable water needs fall below this reach, allowing the suitable portion of the river to serve as the conduit for transporting water needed downstream. Alternative forms of protection include instream flow and the existing adjacent wilderness designations. However, the lack of major conflict with protections, the very strong ORVs for the reach, and the potential for Wild and Scenic River designation to cement the historical, recreational and economic ties between the river and the region appear to strongly support a finding of suitable and eventual designation of the river by Congress.

### NAME: CEMENT CREEK

*Location:* The stream and associated corridor (one-quarter mile on either side) was studied from where it became a third-order stream to its confluence with the Animas River and the entire stream was found eligible. The total length of river found eligible was 7.62 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values. The water quality of Cement Creek and the connected seeps is similar, and both are of a quality that nurtures the iron fen plants.

*Wild and Scenic classification:* This entire segment has a recreation classification. This classification was chosen because there is an improved gravel road that closely follows the stream from the confluence to the forks. This road then becomes a four-wheel-drive road to the headwaters.

*Land ownership:* Land ownership is split between BLM and private land. The following table is a breakdown of land ownership along this segment.

**Table D.25 - Miles by Ownership**

| BLM | Private | Total | % Federal (FS+BLM) |
|---|---|---|---|
| 4.83 | 2.79 | 7.62 | 63.4% |

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.26 - Acres by Ownership**

| BLM | Private | Total | % Federal (FS+BLM) |
|---|---|---|---|
| 1,518.46 | 872.93 | 2,391.39 | 63.5% |

Amount of federally owned land within the river corridor



BLM_0031362

**Outstandingly remarkable values**

Cement Creek is one of the few areas in the world with iron fens. Iron fens have state and global ecological ratings of 2, meaning that they are rare or imperiled within the state and world-wide. Currently there are only 13 iron fens known globally, four of which occur in San Juan County. Cement Creek is a Colorado National Heritage Program Potential Conservation Area. The Cement Creek iron fens occupy the valley bottom, and are fed by groundwater seeping from eastern and western valley walls, as well as overflow from Cement Creek.

*Existing and potential land uses*

The BLM land in the corridor will be managed as a recreation-emphasis area, with a small portion in the Silverton Mountain Ski Area. Protection and interpretation of the ecology ORV can be accomplished within this management framework.

Cement Creek is located mostly in the Mountain Zoning District of the San Juan County Zoning and Land Use Regulation. The intent of the Mountain Zoning District is to preserve the natural environment of the mountains of San Juan County while allowing activities normally occurring in the mountains of San Juan County. Within the Mountain Zone, only mining and milling, and activities which do not involve any construction or development of any sort (such as grazing, camping, picnicking, hiking, and outdoor recreation) shall be permitted as uses by right. All other uses within the Mountain Zone shall be uses subject to review. The minimum parcel or lot area shall be five acres. The minimum setback shall be 50 feet from the property line.

A small section of Cement Creek is in the Rural Residential District where it runs near Silverton. The intent of the Rural Residential Zoning District is to maintain a low-density residential use of larger tracts with individual sewer and water services. Within the Rural Residential Zone, only activities which do not involve any construction or development of any sort (such as camping, picnicking, hiking, and outdoor recreation) shall be permitted as uses by right. Other activities including single-family dwellings, multiple-family dwellings, and commercial businesses shall be permitted within this zone as uses subject to review. Industrial uses, including mining, milling and manufacturing, shall not be permitted in this zone unless approved as a conditional use. The minimum parcel or lot area shall be five acres. The minimum setback shall be 50 feet from the property line.

These types of development would not interfere with the recreation classification of the river.

Potential for conflict with existing and potential land uses

| | | X | | |
|---|---|---|---|---|

Few conflicts                                                          Many conflicts

BLM_0031363

### *Mineral potential*

Cement Creek is the site of numerous exploration and production activities, beginning in the 1870s. Production in this vicinity ceased in 1991, though small-scale exploration continues. The area is favorable for polymetallic alteration within the Silverton Caldera.

With changes in the price of metals, mining activities could resume.

See EIS Chapter 3 for a further discussion of mining activities allowed if a river is found suitable by the agency, or if it is designated by Congress or the Interior Secretary. In brief, in a recreation classification, mining activities are allowed as long as they do not diminish the ORVs, do not change the classification, and are not operating in a way that causes "undue degradation".

There is no oil and gas potential.

Potential for conflict with minerals



Few conflicts       Many conflicts

### *Water resources development*

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists five diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 0.016 cfs.

2) Colorado Division of Water Resources Division 7 Engineer shows conditional water rights totaling 1.19 cfs.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows three conditional water rights in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

Short sections of riprap protect Highway 110 from erosion on the outside of some bends on the stream, and at stream crossings. Additional riprap is present on private land at road crossings and to protect mining and milling operations from stream erosion. These do not detract from the free-flowing character of the river.

Potential for conflict with water resources development

Few conflicts       Many conflicts

BLM_0031364

### Transportation and facilities

County Road 110 is a gravel road that is located within the river corridor for 6.9 miles. There are also 4.8 miles of native surface road, which are not maintained for passenger cars, and include numerous bridges on private land.

The Silverton Mountain Ski Area development is located on private land, while the some of the ski runs are located on BLM land. There is also a power line in the corridor up to the mining facility at Gladstone.



Potential for conflict with transportation and facilities

Few conflicts ——— Many conflicts (X in third segment)

### Recreation and other resource activities

The Silverton Mountain Ski Area is located along the creek. The road along the stream is also driven for the scenery in the area. Private lands in the corridor are being developed for recreation and/or summer homes, and for mining.

Other activities that may occur in the river corridor include sheep-grazing in the alpine areas and mining.



Potential for conflict with recreation and other resources

Few conflicts ——— Many conflicts (X in first segment)

### Special areas

Cement Creek is a Colorado National Heritage Program Potential Conservation Area. Cement Creek is part of the Silverton Special Recreation Management Area for for high-alpine four-wheel-drive and scenic touring activities.

### Socioeconomic environment

According to the Social and Economic Assessment (2005) the major part of the economic base in San Juan County is tourism (58%). This consists mainly of second homes and tourist services. The second-highest segment of the economic base is funds coming into retirees. The tourist services are related to the use of the area around Cement Creek and Silverton Mountain Ski Area due to the proximity to Silverton.

Other sources indicate the potential for mining to return to a position of significant long-term economic importance in San Juan County.

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this

BLM_0031365

river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

**Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination**

Cement Creek was found to be not suitable. The iron fens of Cement Creek are rare or imperiled and deserve additional protections, but there are a number of conflicts with the successful protection of Cement Creek that preclude further consideration for Wild and Scenic River status. In particular, the location of the county road, the amount of private land involved, future additional development of Silverton Mountain Ski Area and the potential for additional mining and/or mined land reclamation present major obstacles to protection. Other options for protection could include ACEC designation but such a designation would be hampered by the same conflicts identified above. San Juan Public Lands offices will continue to work with San Juan County, the Animas Rivers Stakeholder Group and others to identify approaches for preserving the iron fens along Cement Creek.

NAME:  CINNAMON CREEK

*Location:* The stream and associated corridor (one-quarter mile on either side) was studied from where it became a third-order stream to its confluence with the Animas River and the entire stream was found eligible. The total length of river studied and found eligible was 1.96 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* This entire segment has a recreation classification. This classification was chosen because the stream has a four-wheel-drive road the length of the valley leading to Cinnamon Pass, an important link in the Alpine Loop.

*Land ownership:* The entire segment is within land owned by the Bureau of Land Management. There are 544.33 acres of land within the river corridor.

Amount of federally owned land within the river corridor



Cinnamon Creek is located in the Mountain Zoning District of the San Juan County Zoning and Land Use Regulation. The intent of the Mountain Zoning District is to preserve the natural environment of the mountains of San Juan County while allowing activities normally occurring in the mountains of San Juan County. Within the Mountain Zone, only mining and milling, and activities which do not involve any construction or development of any sort (such as grazing, camping, picnicking, hiking, and outdoor recreation) shall be permitted as uses by right. All other uses within the Mountain Zone shall be uses subject to review. The minimum parcel or lot area shall be

BLM_0031366

five acres. The minimum setback shall be 50 feet from the property line. This type of development would not interfere with the recreation classification of the river.

### Outstandingly remarkable values

*Recreation:* Cinnamon Creek is along the Alpine Loop road system, a high country four-wheel-drive and heritage tourism opportunity that draws people from throughout the country. There are seventeen commercial four-wheel-drive touring operators that utilize the Alpine Loop with permits from the BLM and Forest Service. People are drawn to the valley between the high peaks. The road parallels the stream, offering views of the lush riparian area in the foreground.

*Ecology:* Colorado National Heritage Program has also identified an excellent specimen of the altai cottongrass and thickleaf whitlowgrass communities unique to the alpine tundra within the corridor. Both species have a state ecological rating of 3, meaning that they are vulnerable within the state. Cinnamon Pass is a Colorado National Heritage Program Potential Conservation Area. The altai cottongrass and thickleaf whitlowgrass communities also extend beyond the streamside corridor.

### Existing and potential land uses

The Cinnamon Creek Corridor is within the Silverton Special Management Area, emphasizing mining heritage and motorized roads in the alpine. This is compatible with the recreation classification and the protection and interpretation of the alpine ecosystem ORV.

Cinnamon Creek is located in the Mountain Zoning District of the San Juan County Zoning and Land Use Regulation. The intent of the Mountain Zoning District is to preserve the natural environment of the mountains of San Juan County while allowing activities normally occurring there. Within the Mountain Zone, only mining and milling, and activities which do not involve any construction or development of any sort (such as grazing, camping, picnicking, hiking, and outdoor recreation) shall be permitted as uses by right. All other uses within the Mountain Zone shall be uses subject to review. The minimum parcel or lot area shall be five acres. The minimum setback shall be 50 feet from the property line. This type of development would not interfere with the recreation classification of the river.

Potential for conflict with existing and potential land uses

| X | | | | |
|---|---|---|---|---|

Few conflicts        Many conflicts

### Mineral potential

Cinnamon Creek has had exploration activities beginning in the 1870s, with most mines shutting down in the 1920s. There is no current production. The area is favorable for polymetallic alteration within the Silverton Caldera.

With changes in the price of metals, mining activities could resume.

See EIS Chapter 3 for a further discussion of mining activities allowed if a river is found suitable by the agency, or if it is designated by Congress or the Interior Secretary. In

BLM_0031367

brief, in a recreation classification, mining activities are allowed as long as they do not diminish the ORVs, do not change the classification, and are not operating in a way that causes "undue degradation".

There is no oil and gas potential

Potential for conflict with minerals



Few conflicts                                      Many conflicts

### *Water resources development*

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists no diversions in the corridor of this stream.

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

Development of mineral resources may require the development of water resources.

There are no dams or riprap that impact the free-flowing character of this stream

Potential for conflict with water resources development

Few conflicts                                      Many conflicts

### *Transportation and facilities*

There are two miles of native surface road that are not maintained for passenger cars along the river corridor. This is part of the Alpine Loop Scenic Byway.

### *Recreation and other resource activities*

The Alpine Loop follows Cinnamon Creek, which is used by four-wheel-drive touring operators as well as the general public.

BLM_0031368

Potential for conflict with recreation and other resources

| X |   |   |   |   |
|---|---|---|---|---|

Few conflicts                                                    Many conflicts

Other activities that may occur in the river corridor include sheep-grazing and mining.

Potential for conflict with transportation and facilities

| X |   |   |   |   |
|---|---|---|---|---|

Few conflicts                                                    Many conflicts

### Special areas

The Alpine Loop runs along the length of the stream. This area is also a potential Colorado National Heritage Program Conservation Area.

### Socioeconomic environment

According to the Social and Economic Assessment (2005) the major part of the economic base in San Juan County is tourism (58%). This consists mainly of second homes and tourist services. The second-highest segment of the economic base is funds coming in to retirees. The tourist services are related to the use of the area along Cinnamon Creek. There are a number of four-wheel-drive touring operators that drive the Alpine Loop road.

Other sources indicate the potential for mining to return to a position of significant long-term economic importance in San Juan County

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

Cinnamon Creek is not found preliminarily suitable. The ORVs of Cinnamon Creek are fairly modest when compared to other streams of the planning unit. There are relatively few conflicts facing the protection of the Altai Cottongrass and Thickleaf Whitlowgrass communities which are only partially associated with the stream itself and the recreational ORV is protected by the designation of Backcountry Byway and incorporation into the Silverton Special Management Area. Management under these protections should ensure adequate protection of the ORVs.

BLM_0031369

NAME:  MAGGIE GULCH

*Location:* The stream and associated corridor (one-quarter mile on either side) was studied from its headwaters to its confluence with the Animas River and the entire stream was found eligible. The total length of river found eligible was 4.62 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* This entire segment has a recreation classification. This classification was chosen because there is a four-wheel-drive road paralleling the river on the valley side wall, which then becomes a trail closely following the stream channel.

*Land ownership:* Land ownership is split between BLM and private land. The following table is a breakdown of land ownership along this segment, in miles.

**Table D.27 - Miles by Ownership**

| BLM | Private | Total | % Federal (FS+BLM) |
|-----|---------|-------|--------------------|
| 3.33 | 1.29 | 4.62 | 72.0% |

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.28 - Acreas by Ownership**

| BLM | Private | Total | % Federal (FS+BLM) |
|-----|---------|-------|--------------------|
| 988.79 | 506.11 | 1,494.90 | 66.1% |

Amount of federally owned land within the river corridor



*Outstandingly remarkable values:* Maggie Gulch contains thickleaf whitlowgrass, Colorado Divide whitlowgrass and showy whitlowgrass, which all have state and global ecological ratings of 3, meaning they are vulnerable within the state and world-wide. Maggie Gulch is a Colorado National Heritage Program Potential Conservation Area. It has also been identified by Colorado National Heritage Program as the site of altai cottongrass, which also has a state ecological rating of 3 and is vulnerable in the state. Many of these species grow in the streamside zone, and in adjacent wet meadows. Thickleaf whitlowgrass grows in the drier rocky tundra at the head of the drainage.

### Existing and potential land uses

The Maggie Gulch Corridor is within the Silverton Special Management Area, emphasizing mining heritage and motorized roads in the alpine. This is compatible with the recreation classification and the protection and interpretation of alpine ecosystem ORV.

BLM_0031370

Maggie Gulch is located in the Mountain Zoning District of the San Juan County Zoning and Land Use Regulation. The intent of the Mountain Zoning District is to preserve the natural environment of the mountains of San Juan County while allowing activities normally occurring in the mountains of San Juan County. Within the Mountain Zone, only mining and milling, and activities which do not involve any construction or development of any sort (such as grazing, camping, picnicking, hiking, and outdoor recreation) shall be permitted as uses by right. All other uses within the Mountain Zone shall be uses subject to review. The minimum parcel or lot area shall be five acres. The minimum setback shall be 50 feet from the property line. This type of development would not interfere with the recreation classification of the river

Potential for conflict with existing and potential land uses

| X |  |  |  |  |

Few conflicts                                         Many conflicts

### Mineral potential

Maggie Gulch has had exploration and production activities, beginning in the 1870s, with most mines shutting down in the 1920s. Active mining occurred in this area as late as 1977, with ore being shipped to the mill at Howardsville and milled there at that time. There is no current production, though small-scale exploration continues. There is favorable occurrence of polymetallic alteration within the Silverton Caldera.

With changes in the price of metals, mining activities could resume.

See EIS Chapter 3 for a further discussion of mining activities allowed if a river is found suitable by the agency, or if it is designated by Congress or the Interior Secretary. In brief, in a recreation classification, mining activities are allowed as long as they do not diminish the ORVs, do not change the classification, and are not operating in a way that causes "undue degradation".

There is no oil and gas potential.

Potential for conflict with minerals

|  |  | X |  |  |

Few conflicts                                         Many conflicts

### Water resources development

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists one diversion in the corridor of this stream. CWCB holds an instream flow water right on Maggie Gulch.

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights.

BLM_0031371

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows one conditional water right (Cole Ranch) near this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

There is little or no riprap in this stream. Development of mineral resources may require the development of additional water resources.

Potential for conflict with water resources development



Few conflicts                                    Many conflicts

### *Transportation and facilities*

There are 4.5 miles of native surface road that are not maintained for passenger cars at the lower end of the segment. County Road 110 approaches the lower end of Maggie Gulch for 0.3 miles and is maintained for passenger cars. The Continental Divide Trail is within the river corridor at the upper end of the segment for 1.7 miles.

Potential for conflict with transportation and facilities



Few conflicts                                    Many conflicts

### *Recreation and other resource activities*

The major recreational activity in this area is sightseeing and driving the four-wheel-drive road along the stream.

Other resource activities that may occur are mining and livestock-grazing.

Potential for conflict with recreation and other resources



Few conflicts                                    Many conflicts

### *Special areas*

Maggie Gulch is a Colorado National Heritage Program Potential Conservation Area.

BLM_0031372

***Socioeconomic environment***

According to the Social and Economic Assessment (2005) the major part of the economic base in San Juan County is tourism (58%). This consists mainly of second homes and tourist services. The second-highest segment of the economic base is funds coming in to retirees. The tourist services are related to the use of the area around Maggie Gulch due to its proximity to Silverton.

Other sources indicate the potential for mining to return to a position of significant long-term economic importance in San Juan County

***Current administration and funding needs***

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

***Benefits and impacts of Wild and Scenic and other methods preliminary suitability determination***

Maggie Gulch is not found preliminarily suitable. The ORVs of Maggie Gulch are fairly modest when compared to other streams of the planning unit. There are relatively few conflicts facing the protection of the altai cottongrass, Colorado Divide whitlowgrass, showy whitlowgrass, and thickleaf whitlowgrass communities which are only partially associated with the stream itself and are offered some protection by CWCB instream flows and being incorporation into the Silverton Special Management Area.

## NAME:  MINERAL CREEK

*Location:* The stream and associated corridor (one-quarter mile on either side) was studied from where it became a third-order stream to its confluence with the Animas River and the entire stream was found eligible. The total length of river found eligible was 8.65 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* This entire segment has a recreation classification. The San Juan Skyway Scenic Byway follows the stream along the entire segment.

*Land ownership:* Land ownership is split between Forest Service, BLM and private land. The following table is a breakdown of land ownership along this segment.

**Table D.29 - Miles by Ownership**

| BLM | FS | Private | Total | % FS | % Federal (FS+BLM) |
|------|------|---------|-------|-------|----------------------|
| 0.20 | 7.07 | 1.39 | 8.65 | 81.7% | 84.0% |

The following table is a breakdown of the ownership within the river corridor in acres.

BLM_0031373

**Table D.30 - Acres by Ownership**

| BLM | FS | NON-FS | Private | Total | % FS | % Federal (FS+BLM) |
|------|---------|--------|---------|----------|------|--------------------|
| 147.69 | 2,043.59 | 0.12 | 381.69 | 2,573.09 | 79.4% | 85.2% |



Mineral Creek is located mainly in the Scenic Preservation Overlay District of the San Juan County Zoning and Land Use Regulation. This district includes all sites located within 1,500 feet of the center line of Highway 550. The intent of the Scenic Preservation Overlay District is to prevent development from adversely affecting the scenic and historic assets of the county to the greatest degree possible. Within the Scenic Preservation Overlay District, only activities which do not involve any construction or development of any sort, including disturbing of soil or trees (such as grazing, camping, picnicking, hiking, and outdoor recreation) shall be permitted as uses by right. All other uses within this zone shall be uses subject to review. Development within the Scenic Preservation District must be designed in a manner that protects the environmental and historical assets of the area. All site design and development must be done in a manner which minimizes impacts upon scenic views or vistas. Design plans must take into account characteristics of soils, slopes and geological hazards, in a manner intended to protect the health, safety, and welfare of users of the site, and the scenic value of the site. Design of the site must include safe, convenient, and adequate arrangements for pedestrian circulation, roadways, driveways, off-road parking and loading space. Additional setbacks, landscaping, screening, or design requirements may be required by the county in order to preserve the natural, pristine appearance of the area and to minimize the visual impact to viewsheds and view corridors.

Mineral Creek also has a small area in the Town-County Mutual Zone where it runs near Silverton. The intent of the Town/County Zone of Mutual Interest is to provide for cooperative approval and review of development and uses which might occur in that area of the county which is adjacent to the town of Silverton in which it is anticipated that town streets, water, sewer, and other public services might be extended; and which might be subject to annexation at some point in the future by the town. Any proposed development or use within this zone must be reviewed by both the town of Silverton and San Juan County. The Town/County Zone of Mutual Interest identifies areas which, because of their proximity to the town of Silverton, are deemed to be subject to a commonality of interest by both the town and county in regards to future development. Any development that would occur along Mineral Creek would not interfere with the recreation classification of the river.

### Outstandingly remarkable values
*Recreation and scenery:* Mineral Creek is along the San Juan Skyway. This stretch of highway is designated as an All-American Road and a National Scenic Byway. The

Appendix D – Wild and Scenic Rivers Suitability – Page D-60

skyway attracts national and international visitors. Scenic values include wetlands containing unusual iron fens (bogs) and colorful geology from exposed mineral/ore deposits. Yellow to orange-brown deposits of sulfates, oxides, and hydroxides of iron cover the cobbles of the creek. Mineral Creek runs through a U-shaped glacial valley whose walls are marked by numerous snow avalanche runs. The aspen occupying avalanche chutes are able to survive. Mineral Creek is carved along ring fractures that outline the southwestern rim of the Silverton Caldera. The caldera process is also shown on the slopes of Anvil Mountain, which exhibit brilliant reddish and yellowish scree derived from the highly altered volcanic rocks.

*Ecology:* The Chattanooga iron fen, which borders Mineral Creek, has been identified by the Colorado National Heritage Program as a unique wetland site. It is home to a rare moss, sphagnum balticum, that has not been found anywhere else in the continental U.S. This wetland may qualify as a World Heritage Site. Iron fens have state and global ecological ratings of 2, meaning that they are rare or imperiled within the state and world-wide. Currently there are only 13 iron fens known globally, four of which occur in San Juan County. The Chatanooga iron fen is a Colorado National Heritage Program Potential Conservation Area.

### Existing and potential land uses

The Mineral Creek corridor will be managed with a recreation emphasis, largely because of the San Juan Skyway, with special areas at the fens managed for protection and interpretation of the ecology. This is compatible with the recreation classification and the recreation, scenery and ecology ORVs.

Mineral Creek is located mainly in the Scenic Preservation Overlay District of the San Juan County Zoning and Land Use Regulation. This district includes all sites located within 1,500 feet of the center line of Highway 550. The intent of the Scenic Preservation Overlay District is to prevent development from adversely affecting the scenic and historic assets of the county to the greatest degree possible. Within the Scenic Preservation Overlay District, only activities which do not involve any construction or development of any sort, including disturbing of soil or trees (such as grazing, camping, picnicking, hiking, and outdoor recreation) shall be permitted as uses by right. All other uses within this zone shall be uses subject to review. Development within the Scenic Preservation District must be designed in a manner that protects the environmental and historical assets of the area. All site design and development must be done in a manner which minimizes impacts upon scenic views or vistas. Design plans must take into account characteristics of soils, slopes and geological hazards, in a manner intended to protect the health, safety, and welfare of users of the site, and the scenic value of the site. Design of the site must include safe, convenient, and adequate arrangements for pedestrian circulation, roadways, driveways, off-road parking and loading space. Additional setbacks, landscaping, screening, or design requirements may be required by the county in order to preserve the natural, pristine appearance of the area and to minimize the visual impact to viewsheds and view corridors.

Mineral Creek also has a small area in the Town-County Mutual Zone where it runs near Silverton. The intent of the Town/County Zone of Mutual Interest is to provide for cooperative approval and review of development and uses which might occur in that area of the county which is adjacent to the Town of Silverton in which it is anticipated that town streets, water, sewer, and other public services might be extended; and which

BLM_0031375

might be subject to annexation at some point in the future by the town. Any proposed development or use within this zone must be reviewed by both the town of Silverton and San Juan County. The Town/County Zone of Mutual Interest identifies areas which, because of their proximity to the town of Silverton, are deemed to be subject to a commonality of interest by both the town and county in regards to future development. Any development that would occur along Mineral Creek would not interfere with the recreation classification of the river.

Potential for conflict with existing and potential land uses

| X | | | | |
|---|---|---|---|---|

Few conflicts                                           Many conflicts

### Mineral potential

Mineral Creek is the site of numerous exploration and production activities, beginning in the 1870s. Most mines shut down in the 1920s, though small-scale exploration continues. The area is favorable for polymetallic alteration within the Silverton Caldera.

See EIS Chapter 3 for a further discussion of mining activities allowed if a river is found suitable by the agency, or if it is designated by Congress or the Interior Secretary.  In brief, in a recreation classification, mining activities are allowed as long as they do not diminish the ORVs, do not change the classification, and are not operating in a way that causes "undue degradation".

Oil and gas potential is low to none.

Potential for conflict with minerals

| | X | | | |
|---|---|---|---|---|

Few conflicts                                           Many conflicts

### Water resources development

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists three diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 8.6 cfs.

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights, though a recent application for conditional water rights has been filed by a public entity to support future expected development in this corridor and development of new water facilities. Town of Silverton municipal water intake is on a tributary to Mineral Creek.

BLM_0031376

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

Short sections of riprap protect the stream crossings at the South Mineral Creek Road, the Ophir Pass Road at Burro Bridge, Highway 550, and the mining structures at the Silver Ledge Mine. These do not detract from the free-flowing character of the river.

Potential for conflict with water resources development



Few conflicts        Many conflicts

### Transportation and facilities
The San Juan Skyway, U.S. Highway 550, is within the river corridor for 9.1 miles. There are an additional 1.2 miles of road leading to South Mineral Creek, which is maintained for passenger cars. There are 3.4 miles of road not maintained for passenger cars, which includes access roads to U.S. Basin. The Columbine Lake Trail is within the river corridor for 0.3 miles. San Miguel Power has a power line and substation within the river corridor.

Potential for conflict with transportation and facilities

Few conflicts        Many conflicts

### Recreation and other resource activities
Mineral Creek is along the San Juan Scenic Byway, which is driven for the scenery in the area.

Other resource activities that may occur are mining and sheep-grazing.

Potential for conflict with recreation and other resources

Few conflicts        Many conflicts

### Special areas
Mineral Creek is along the San Juan Scenic Byway. In addition, the Chatanooga iron fen is a Colorado National Heritage Program Potential Conservation Area.

BLM_0031377

### Socioeconomic environment

According to the Social and Economic Assessment (2005) the major part of the economic base in San Juan County is tourism (58%). This consists mainly of second homes and tourist services. The second-highest segment of the economic base is funds coming in to retirees. The tourist services are directly associated with the San Juan Scenic Byway that follows the stream and accesses Silverton.

Other sources indicate the potential for mining to return to a position of significant long-term economic importance in San Juan County

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

Mineral Creek is found to be preliminarily suitable for designation as a Wild and Scenic River. The ORVs of Mineral Creek, particularly the Chattanooga iron fen, are very significant. In contrast with Cement Creek and its iron fens, Mineral Creek presents fewer conflicts to protecting the ORVs: There is a much lower percentage of private land involved; there are fewer existing developments, etc. The major potential conflicts on Mineral Creek would be renewed mining activity or development of the private lands in a potential economic development corridor identified by San Juan County.

Alternative approaches to protecting Mineral Creek include establishment of instream flows and perhaps some form of special management area for the purposes of conserving the Chattanooga iron fen. Wild and Scenic River designation, however, could provide similar or better protections than the combination of instream flows and special management prescription while providing the additional recognition of the recreation and scenery ORVs, and could complement the All-American Road and National Scenic Byway status of the nearby San Juan Skyway.

### NAME: SOUTH FORK MINERAL CREEK

### (AND PORTIONS OF CATARACT CREEK, PORCUPINE CREEK AND UNNAMED TRIBUTARIES)

*Location:* The stream and associated corridor (one-quarter mile on either side) was studied from where it became a third-order stream to its confluence with Mineral Creek and the entire stream was found eligible. The total length of river found eligible was 7.41 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

BLM_0031378

*Wild and Scenic classification:* This entire segment has a recreation classification. This classification was chosen because of the roads that parallel the stream for nearly the entire segment. There is also a developed campground within the river corridor.

*Land ownership:* Land ownership is split between FS and private land. The following table is a breakdown of land ownership along this segment, in miles.

**Table D.31 - Miles by Ownership**

| FS | Private | Total | % FS |
|------|---------|-------|-------|
| 7.16 | 0.25 | 7.41 | 96.6% |

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.32 - Acres by Ownership**

| FS | NON-FS | Private | Total | % FS |
|----------|--------|---------|----------|-------|
| 2,286.79 | 6.16 | 82.89 | 2,375.83 | 96.3% |

Amount of federally owned land within the river corridor



### Outstandingly remarkable values

*Ecology:* There is an important ecological feature of the iron fen/wetland complex at the mouth of South Fork Mineral Creek. Iron fens have state and global ecological ratings of 2, meaning that they are rare or imperiled within the state and world-wide. Currently there are only 13 iron fens known globally. South Fork Mineral Creek is a Colorado National Heritage Program Potential Conservation Area.

*Wildlife:* Four breeding colonies of black swifts, a bird that is vulnerable in Colorado were found at waterfalls within South Fork Mineral Creek corridor, on Porcupine Creek, Cataract Creek and unnamed tributaries. The nest sites are behind or adjacent to waterfalls, where the mist from the falls waters the mosses that make up the nest. The black swift world-wide breeding distribution is limited to a narrow portion of the Rocky Mountains from Mexico to British Columbia, and a narrow band along sea cliffs overlooking the Pacific coast from California to Alaska. The San Juan planning area provides a significant contribution to the species' world-wide breeding distribution by providing a core breeding population and by providing critical connectivity within the southern Rocky Mountains portion of its range. Of the 10 locations on the San Juan Public Lands that have black swift nest sites, three were chosen as outstandingly remarkable because they contained the best clusters of nests.

### Existing and potential land uses

South Fork Mineral Creek will be managed as a recreation corridor up to South Mineral Campground, and as a natural landscape with limited management upstream from the campground. This is compatible with the ecology and wildlife ORVs.

BLM_0031379

South Fork Mineral Creek is located in the Mountain Zoning District of the San Juan County Zoning and Land Use Regulation. The intent of the Mountain Zoning District is to preserve the natural environment of the mountains of San Juan County while allowing activities normally occurring in the mountains of San Juan County. Within the Mountain Zone, only mining and milling, and activities which do not involve any construction or development of any sort (such as grazing, camping, picnicking, hiking, and outdoor recreation) shall be permitted as uses by right. All other uses within the Mountain Zone shall be uses subject to review. The minimum parcel or lot area shall be five acres. The minimum setback shall be 50 feet from the property line. This type of development would not interfere with the recreation classification of the river.

Potential for conflict with existing and potential land uses



Few conflicts                                            Many conflicts

### Mineral potential

South Fork Mineral Creek has had exploration activities beginning in the 1870s. Most mines shut down in the 1920s. There is no current production. The area is favorable for polymetallic alteration within the Silverton Caldera.

See EIS Chapter 3 for a further discussion of mining activities allowed if a river is found suitable by the agency, or if it is designated by Congress or the Interior Secretary. In brief, in a recreation classification, mining activities are allowed as long as they do not diminish the ORVs, do not change the classification, and are not operating in a way that causes "undue degradation".

Oil and gas potential is low to none.

Potential for conflict with minerals



Few conflicts                                            Many conflict

### Water resources development

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists no diversions in the corridor of this stream.

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes)

BLM_0031380

impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

Minor bank protection and fishery habitat improvements exist near South Mineral Campground, but these do not detract from the free-flowing character of the river.

Potential for conflict with water resources development



Few conflicts                                          Many conflicts

### Transportation and facilities

Within the river corridor there are 3.6 miles of road maintained for passenger cars and 4.1 miles of road not maintained for passenger cars. The Ice Lakes Basin Trail is also within the river corridor for 0.6 miles. There is also camping at the South Mineral Campground as well as dispersed camping at select locations along the river.

Potential for conflict with transportation and facilities

Few conflicts                                          Many conflicts

### Recreation and other resource activities

The South Fork Mineral Creek area contains a campground as well as dispersed camping. There are also a number of hiking and mountain-biking opportunities on trails near the river.

Other activities that may occur include mining and livestock-grazing.

Potential for conflict with recreation and other resources

Few conflicts                                          Many conflicts

### Special areas

South Fork Mineral Creek is a Colorado National Heritage Program Potential Conservation Area.

### Socioeconomic environment

According to the Social and Economic Assessment (2005) the major part of the economic base in San Juan County is tourism (58%). This consists mainly of second homes and tourist services. The second-highest segment of the economic base is funds

BLM_0031381

coming in to retirees. The tourist services are related to the use of the area around South Fork Mineral Creek. The stream is close to the town of Silverton and people camping in the designated and dispersed campgrounds regularly go into Silverton.

Other sources indicate the potential for mining to return to a position of significant long-term economic importance in San Juan County

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

South Fork Mineral Creek is found to be preliminarily suitable. This stream segment contains another major iron fen community and provides for outstanding black swift nesting sites with relatively high concentrations of nests. There are very few conflicts to protection of the river. Renewed mining interest and existing recreational and transportation facilities present the most immediate threats. Alternatives to Wild and Scenic River protections would include a combination of instream flow protections and special management prescriptions for the maintenance of the fen community. Wild and Scenic River designation could accomplish the same protections and could provide some additional surety of protection and marketing benefits. Protections of South Fork Mineral Creek's ORVs would greatly complement the protections provided for black swift nests in the West Dolores drainage and the protections of iron fen communities in nearby Mineral Creek. In combination, protecting these streams would greatly increase the odds for successfully conserving the rare iron fen plant communities and critical nesting habitat of a relatively rare bird species.


NAME:  WEST FORK ANIMAS RIVER IN CALIFORNIA GULCH

*Location:* The stream and associated corridor (one-quarter mile on either side) was studied from where it became a third-order stream to its confluence with the Animas River and the entire stream was found eligible. The total length of river studied and found eligible was 3.16 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* This entire segment has a recreation classification. There is a four-wheel-drive road that follows the stream throughout its length.

*Land ownership:* Land ownership along the segment is split between BLM and private lands. The following is a breakdown of the ownership along the river in miles of river.

**Table D.33 - Miles by Ownership**

| BLM | Private | Total | % Federal (BLM) |
|-----|---------|-------|-----------------|
| 2.03 | 1.13 | 3.16 | 64.1% |

Appendix D – Wild and Scenic Rivers Suitability – Page D-68

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.34 - Miles by Ownership**

| BLM | Private | Total | % Federal (BLM) |
|---|---|---|---|
| 702.36 | 374.76 | 1,077.12 | 65.2% |

Amount of federally owned land within the river corridor



100%    80%    60%    40%    20%    0%

### Outstandingly Remarkable values:

*Ecology:* The Colorado National Heritage Program has identified an important ecological community of altai cottongrass and clustered sedge, wetland plants that grow near the stream. Altai cottongrass communities are unique to the alpine tundra. Altai cottongrass has a state ecological rating of 3, meaning it is vulnerable within the state. Clustered sedge has global and state ecological ratings of 3 and 2 respectively, meaning it is vulnerable globally and rare or imperiled within the state. Califonia Gulch is a Colorado National Heritage Program Potential Conservation Area.

### Existing and potential land uses

This corridor is within the Silverton Special Management Area, emphasizing mining heritage and motorized roads in the alpine. This is compatible with the scenic and ecology ORVs.

California Gulch is located in the Mountain Zoning District of the San Juan County Zoning and Land Use Regulation. The intent of the Mountain Zoning District is to preserve the natural environment of the mountains of San Juan County while allowing activities normally occurring there. Within the Mountain Zone, only mining and milling, and activities which do not involve any construction or development of any sort (such as grazing, camping, picnicking, hiking, and outdoor recreation) shall be permitted as uses by right. All other uses within the Mountain Zone shall be uses subject to review. The minimum parcel or lot area shall be five acres. The minimum setback shall be 50 feet from the property line. This type of development would not interfere with the recreation classification of the river

Potential for conflict with existing and potential land uses



Few conflicts                                    Many conflicts

### Mineral potential

This area is the site of numerous exploration and production activities, beginning in the 1870s. Most mines shut down in the 1920s. The area is favorable for polymetallic alteration within the Silverton Caldera

BLM_0031383

Other sources indicate the potential for mining to return to a position of significant long-term economic importance in San Juan County

There is no oil and gas potential.



### Water resources development

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists four diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 0.124 cfs.

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights. However, we understand that recently an application for conditional water rights has been filed by a public entity to support future expected development in this corridor.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

There is little or no riprap or other channel modifications on the stream.



### Transportation and facilities

Within the river corridor there are 4.3 miles of road that are not maintained for passenger cars.



BLM_0031384

### Recreation and other resource activities

The main recreational activity in the area is sightseeing and driving the four-wheel-drive road along the river as well as use of the road by ATVs.

Other activities that may occur in this area include livestock-grazing and mining.

Potential for conflict with recreation and other resources



Few conflicts                              Many conflicts

### Special areas

California Gulch is a Colorado National Heritage Program Potential Conservation Area.

### Socioeconomic environment

According to the Social and Economic Assessment (2005) the major part of the economic base in San Juan County is tourism (58%). This consists mainly of second homes and tourist services. The second highest segment of the economic base is funds coming in to retirees. The tourist services are related to the use of the area around California Gulch, where people are drawn to the mining heritage and opportunity to drive in the high mountains.

Other sources indicate the potential for mining to return to a position of significant long-term economic importance in San Juan County

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

West Fork Animas River in California Gulch is not found preliminarily suitable. The ORVs of California Gulch are fairly modest when compared to other streams of the planning unit. There are relatively few conflicts facing the protection of the altai cottongrass and clustered sedge communities, but the high percentage of private land along the stream corridor could preclude Wild and Scenic River designation. The stream is currently offered some protection under the Silverton Special Management Area designation. Further protection of the plant communities could be provided through instream flow protections under the CWCB. Also, San Juan Public Lands offices will work with San Juan County to address future development plans that could affect these imperiled plant communities.

BLM_0031385

PRELIMINARY SUITABILITY DETERMINATION

**Table D.34A - Miles found suitable by classification**

| | WILD | SCENIC | REC | total |
|---|---|---|---|---|
| Animas River - Bakers Bridge to Silverton* | | | 27.19 | 27.19 |
| Cement Creek | | | | |
| Cinnamon Creek | | | | |
| Maggie Gulch | | | | |
| Mineral Creek | | | 8.65 | 8.65 |
| South Fork Mineral Creek | | | 7.41 | 7.41 |
| California Gulch/West Fork Animas | | | | |
| Animas River Totals | | | 43.25 | 43.25 |

*end of segment moved to 3.58 miles below Silverton

***Outstanding issues and conflicts to be resolved***

If the Southwest Basins 1177 Roundtable has not prioritized potential water supply locations in time for that information to be included in the Final Plan, that issue will have to be dealt with in any recommendations formulated after this Plan.

BLM_0031386

## HERMOSA CREEK RIVER SYSTEM

### NAME:  HERMOSA CREEK AND TRIBUTARIES

*Location:* Hermosa Creek was studied from its headwaters to its confluence with the Animas River. Hermosa Creek was found eligible from its headwaters to the Forest boundary, after which there are many diversions. Thirteen tributaries of Hermosa Creek were studied and nine were found eligible. The total length of river studied was 84.37 miles and the total found eligible was 62.28 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* Throughout the Hermosa Creek watershed there are portions of wild, scenic and recreation classifications, shown in the following table.

**Table D.35 - Eligible Segments**

| NAME | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| Big Bend Creek | 4.43 | | | 4.43 |
| Big Lick Creek | 0.76 | | | 0.76 |
| Clear Creek | | 5.36 | | 5.36 |
| Corral Creek | 1.65 | | | 1.65 |
| Deer Creek | 2.72 | | | 2.72 |
| East Fork Hermosa Creek | | | 6.70 | 6.70 |
| Elk Creek | 4.25 | | | 4.25 |
| Hermosa Creek | | 28.08 | | 28.08 |
| South Fork Hermosa Creek | 5.89 | | | 5.89 |
| West Cross Creek | 2.44 | | | 2.44 |
| Hermosa Creek Totals | 22.14 | 33.44 | 6.70 | 62.28 |

The East Fork Hermosa Creek has a road that follows its entire length, making it a recreation classification. Both Clear Creek and Hermosa Creek have trails designated for ATV and motorcycle use, making them scenic segments. Big Bend Creek, Big Lick Creek and South Fork Hermosa Creek all have trails along some portion of the segment. The other creeks do not have any development near them.

*Land ownership:* The majority of the land along Hermosa Creek and its tributaries is owned by the National Forest with a small portion of private land along the East Fork Hermosa Creek and Hermosa Creek. The following is a breakdown of the ownership along the river in miles.

**Table D.36 - Miles by Ownership**

| Name | FS | Private | Total | % FS Owned |
|---|---|---|---|---|
| Big Bend Creek | 4.43 | 0.00 | 4.43 | 100.0% |
| Big Lick Creek | 0.76 | 0.00 | 0.76 | 100.0% |
| Clear Creek | 5.36 | 0.00 | 5.36 | 100.0% |
| Corral Creek | 1.65 | 0.00 | 1.65 | 100.0% |
| Deer Creek | 2.72 | 0.00 | 2.72 | 100.0% |
| East Fork Hermosa Creek | 6.52 | 0.18 | 6.70 | 97.3% |

BLM_0031387

| Name | FS | Private | Total | % FS Owned |
|---|---|---|---|---|
| Elk Creek | 4.25 | 0.00 | 4.25 | 100.0% |
| Hermosa Creek | 27.03 | 1.05 | 28.08 | 96.3% |
| South Fork Hermosa Creek | 5.89 | 0.00 | 5.89 | 100.0% |
| West Cross Creek | 2.44 | 0.00 | 2.44 | 100.0% |
| Hermosa Creek TOTALS | 61.05 | 1.23 | 62.28 | 98.0% |

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.37 - Acres by Ownership**

| Name | FS | Private | Total | % FS |
|---|---|---|---|---|
| Big Bend Creek | 1,445.71 | 0.00 | 1,445.71 | 100.0% |
| Big Lick Creek | 295.25 | 0.00 | 295.25 | 100.0% |
| Clear Creek | 1,743.42 | 0.00 | 1,743.42 | 100.0% |
| Corral Creek | 586.30 | 0.00 | 586.30 | 100.0% |
| Deer Creek | 917.40 | 0.00 | 917.40 | 100.0% |
| East Fork Hermosa Creek | 1,943.76 | 53.12 | 1,996.88 | 97.3% |
| Elk Creek | 1,372.24 | 0.00 | 1,372.24 | 100.0% |
| Hermosa Creek | 7,301.32 | 115.32 | 7,416.64 | 98.4% |
| South Fork Hermosa Creek | 1,850.50 | 0.00 | 1,850.50 | 100.0% |
| West Cross Creek | 831.69 | 0.00 | 831.69 | 100.0% |
| Hermosa Creek TOTALS | 18,287.59 | 168.44 | 18,456.03 | 99.1% |

Amount of federally owned land within the river corridor



100%    80%    60%    40%    20%    0%

***Outstandingly remarkable values***

The Hermosa watershed is unique for high-purity Colorado River cutthroat reintroduction in that the limestone outcropping that bisects many of the tributaries on both the east and west sides of Hermosa Creek provides a barrier to upstream migration of other fish species. Also, the proximity of the numerous tributaries would allow a vibrant and stable population of cutthroat in the mainstem that could draw from each of the tributaries. Such a meta-population is much more resilient, and can survive damaging events in any one tributary, without threatening the whole population. Big Bend Creek, Clear Creek and East Fork Hermosa Creek are three of 12 sites within the Forest that contain genetically pure strains of Colorado River cutthroat trout. In addition, they are part of the Hermosa Creek watershed, and have potential for meta-population reintroduction, as does the rest of the Hermosa Creek watershed. Since cutthroat reintroduction is one of the ORVs, any Wild and Scenic suitability finding or designation would include the required steps of fish-barrier construction and elimination of non-native fish.

The Hermosa Creek Trail is utilized by five outfitters, primarily for hunting and mountain-biking. It is one of the most popular mountain-bike trails in Southwest Colorado due to the trail paralleling the Hermosa Creek drainage for 23 miles. It is also

BLM_0031388

popular with horseback riders and OHV users because of the easy access to the lower trailhead from Durango. OHV riders find it unique because it is one of the few motorized trails that is surrounded by undeveloped mountainous country.

***Existing and potential land uses***

The majority of the Hermosa Creek drainage is split between management where natural processes dominate, and natural landscapes with limited management. Tributaries on the west side (Clear Creek, South Fork Hermosa Creek, Deer Creek, West Cross Creek) are predominantly in the management theme where natural processes dominate. Elk Creek and Big Lick Creek on the west side are in a natural landscape with limited management. East Fork Hermosa is predominantly in a recreation management corridor with some portions being within the Durango Mountain Resort ski area. This management is compatible with the recreation and fisheries ORV.

The private land portion is not zoned by La Plata County, but is currently used as agricultural property.

Potential for conflict with existing and potential land uses

| X |   |   |   |   |
|---|---|---|---|---|

Few conflicts                                          Many conflicts

***Mineral potential***

There is favorable occurrence for minerals in Clear Creek and South Fork Hermosa Creek within the "Au-Ag-Te replacement veins and skarns" of the La Plata Mining District. There has been no production and no extensive exploration in the watersheds of these streams.

The lower portion of the mainstem of Hermosa Creek has areas favorable for sandstone uranium deposits. Above the area considered for Wild and Scenic, there is potential for vanadium/uranium deposits. The Graysill mine was operated for uranium and vanadium from 1945 to 1967, but it is on a small stream not considered in the Wild and Scenic River inventory. There is no production in any location in the watershed of Hermosa Creek.

The oil and gas potential is low.

Potential for conflict with minerals



| X |   |   |   |   |
|---|---|---|---|---|

Few conflicts                                          Many conflicts

BLM_0031389

***Water resources development***

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists three diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 1.5 cfs.

2) Colorado Division of Water Resources Division 7 Engineer shows conditional water rights on East Fork Hermosa of 4.54 cfs and 414 ac. ft

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows 19 conditional rights for wells and reservoirs in the corridor of East Fork Hermosa, and three more in the surrounding watershed. They have also mapped one potential reservoir site, but it has not been verified for feasibility. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

There is little if any riprap or other channel modification in the Hermosa or its tributaries

Potential for conflict with water resources development

| | **X** | | | |
|---|---|---|---|---|

Few conflicts                                                                                    Many conflicts

***Transportation and facilities***

There are 14.5 miles of the Hermosa Creek Trail, which is open to motorcycles within the river corridor of the mainstem. There are also connecting pieces of the trails up the tributaries, for a total of 19.1 miles of trail within the river corridor along the mainstem.

There is a 5.4-mile trail along Clear Creek, which is also open to motorcycles.

There are 5.0 miles of non-motorized trail in South Fork and 4.5 miles of non-motorized trail in Big Bend Creek.

Clear Creek has 0.7 miles of road maintained for passenger cars at its upper end, as well as 2.0 miles of closed logging roads.

There are 1.3 miles of road maintained for passenger cars at the lower end of Hermosa Creek used to access the Lower Hermosa Campground/Trailhead. In the upper Hermosa there are 1.9 miles of road maintained for passenger cars, though access for cars is limited by a ford across Hermosa Creek, as well as three miles of road not maintained for passenger cars. The upper end of the Hermosa mainstem also has 1.3 miles of closed timber roads near Grassy Creek.

West Cross Creek has 0.5 miles of closed timber roads at its upper end.

BLM_0031390

In the East Fork Hermosa there are 6.1 miles of road maintained for passenger cars and 5.2 miles of road that are closed timber and ski area roads.

There are also a number of facilities within the river corridor. These include Sig Creek Campground, the Upper Hermosa Trailhead, and ski lift facilities for Durango Mountain Resort.

Potential for conflict with transportation and facilities

| | **X** | | | |
|---|---|---|---|---|

Few conflicts                                                  Many conflicts

### Recreation and other resource activities

The Hermosa Creek Trail is utilized by five outfitters, primarily for hunting and mountain-biking. It is one of the most popular mountain-bike trails in Southwest Colorado due to the trail paralleling the Hermosa Creek drainage for 23 miles. It has also become popular with horseback riders and OHV users. Hermosa Creek is also being utilized by extreme kayakers who put in at the Upper Hermosa Creek Trailhead located west of Durango Mountain Resort (Purgatory Ski Area). It is rated Class IV and V and recommended for expert kayakers only. It is also nationally significant for whitewater recreation. Its listing on American Whitewater's national river inventory, while not sufficient by itself to be an ORV, supports the above analysis.

There is also fishing in Hermosa Creek and East Fork Hermosa Creek. Durango Mountain Resort is used for skiing within the watershed. The East Fork and Upper Hermosa area is increasingly used by snowmobiles.

Other activities that occur in the area include livestock-grazing and hunting, with minor timber harvest in the watershed of the East Fork.

Potential for conflict with recreation and other resources

| | **X** | | | |
|---|---|---|---|---|

Few conflicts                                                  Many conflicts

### Special areas

Hermosa Creek has been named among the Outstanding Waters of the U.S.

### Socioeconomic environment

Most of the river segments are in La Plata County. According to the Social and Economic Assessment (2005), the major part (34%) of the economic base in La Plata County is tourism and this is mostly resorts. The second-highest segment of the economic base is funds coming in to retirees. The Hermosa Creek watershed is largely used for tourist activities, including hunting, fishing, and mountain-biking.

### Current administration and funding needs

BLM_0031391

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

Hermosa Creek is found to be preliminarily suitable. Hermosa Creek presents perhaps the best opportunity for re-establishment and conservation of the Colorado River cutthroat trout within the San Juan Public Lands and, possibly, across the current range of the species. The unique land forms, high quality of water, and relatively undisturbed river and associated uplands of Hermosa Creek all contribute to this ORV. In turn, these same factors contribute to the recreational aspects of the river corridor.

There are few conflicts with protection of the stream since much of the reach falls within a Forest Service roadless area and would be managed to maintain natural processes or natural landscapes with limited management. There are few water rights within the drainage and they would not be greatly affected by protecting the ORVs. Alternative approaches to protecting the ORVs could include wilderness designation for portions of the drainage, instream flows for Hermosa Creek and the major tributaries, and continued management direction to benefit the ORVs. Wild and Scenic River designation, by itself or in conjunction with the other protection options, would provide greater emphasis on the stream and its function, and would likely be strongly supported by other agency partners in the conservation of the Colorado River cutthroat and the many users and nearby residents who value this river system.

## PRELIMINARY SUITABILITY DETERMINATION

**Table D.38 - Miles Found Suitable by Classification**

| NAME | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| Big Bend Creek | 4.43 | | | 4.43 |
| Big Lick Creek | 0.76 | | | 0.76 |
| Clear Creek | | 5.36 | | 5.36 |
| Corral Creek | 1.65 | | | 1.65 |
| Deer Creek | 2.72 | | | 2.72 |
| East Fork Hermosa Creek | | | 6.70 | 6.70 |
| Elk Creek | 4.25 | | | 4.25 |
| Hermosa Creek | | 28.08 | | 28.08 |
| South Fork Hermosa Creek | 5.89 | | | 5.89 |
| West Cross Creek | 2.44 | | | 2.44 |
| Hermosa Creek Totals | 22.14 | 33.44 | 6.70 | 62.28 |

BLM_0031392

***Outstanding issues and conflicts to be resolved***

If the Southwest Basins 1177 Roundtable has not prioritized potential water supply locations in time for that information to be included in the Final Plan, that issue will have to be dealt with in any recommendations formulated after this Plan.

BLM_0031393

## LOS PINOS RIVER SYSTEM

Eligible portions of the Los Pinos (Pine) River and tributaries, and their classification, are as follows. Details for each segment are below.

**Table D.39 - Eligible Segments**

|  | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| Los Pinos, above Vallecito Reservoir | 21.89 |  |  | 21.89 |
| Lake Creek | 8.05 |  |  | 8.05 |
| Flint Creek | 7.03 |  |  | 7.03 |
| Sierra Vandera Creek | 3.67 |  |  | 3.67 |
| Snowslide Gulch | 3.51 |  |  | 3.51 |
| Rincon la Osa | 5.69 |  |  | 5.69 |
| Rincon la Vaca | 4.33 |  |  | 4.33 |
| Los Pinos TOTALS | 54.17 | 0.00 | 0.00 | 54.17 |

NAME:  LOS PINOS RIVER AND TRIBUTARIES ABOVE VALLECITO RESERVOIR

*Location:* The Los Pinos River was considered from its headwaters to the New Mexico border. The Los Pinos River was found eligible from its headwaters to the private land boundary. Eleven tributaries off Los Pinos River above Vallecito Reservoir were studied and six were found eligible. The total length of river studied above Vallecito Reservoir was 72.14 miles and the total found eligible was 54.17 miles.  The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* All of these segments have a wild classification. This classification is based on the fact that all the segments are within the Weminuche Wilderness Area and can only be accessed by trail.

*Land ownership:* Land ownership along the segments is entirely National Forest lands. The following is a breakdown of the ownership along the river in miles.

**Table D.40 - Miles by Ownership**

| Name | FS | Total | % FS |
|---|---|---|---|
| Los Pinos, above Vallecito Reservoir | 21.89 | 21.89 | 100.0% |
| Lake Creek | 8.05 | 8.05 | 100.0% |
| Flint Creek | 7.03 | 7.03 | 100.0% |
| Sierra Vandera Creek | 3.67 | 3.67 | 100.0% |
| Snowslide Creek | 3.51 | 3.51 | 100.0% |
| Rincon la Osa | 5.69 | 5.69 | 100.0% |
| Rincon la Vaca | 4.33 | 4.33 | 100.0% |
| Los Pinos | 54.17 | 54.17 | 100.0% |

The following table is a breakdown of the ownership within the river corridor in acres.

BLM_0031394

**Table D.41 - Acres by Ownership**

| Name | FS | Private | Total | % FS |
|---|---|---|---|---|
| Los Pinos, above Vallecito Reservoir | 5,987.62 | 4.42 | 5,992.04 | 99.9% |
| Lake Creek | 2,564.95 | 0.00 | 2,564.95 | 100.0% |
| Flint Creek | 2,236.60 | 0.00 | 2,236.60 | 100.0% |
| Sierra Vandera Creek | 1,166.12 | 0.00 | 1,166.12 | 100.0% |
| Snowslide Creek | 964.45 | 0.00 | 964.45 | 100.0% |
| Rincon la Osa | 1,755.99 | 0.00 | 1,755.99 | 100.0% |
| Rincon la Vaca | 1,379.80 | 0.00 | 1,379.80 | 100.0% |
| Los Pinos | 16,055.52 | 4.42 | 16,059.94 | 100.0% |

Amount of federally owned land within the river corridor



100%    80%    60%    40%    20%    0%

### Outstandingly remarkable values

*Scenery.* The Los Pinos River and the tributaries were previously studied and recommended for Wild and Scenic River designation. The ORV determined in the 1979 study was scenery. Its inclusion in the Weminuche Wilderness has maintained those values.

### Existing and potential land uses

These streams are all within the Weminuche Wilderness.

Potential for conflict with existing and potential land uses

Few conflicts                    Many conflicts

### Mineral potential

The geology is not favorable for locatable mineral deposits.

There is no oil and gas potential.

Potential for conflict with minerals

Few conflicts                    Many conflicts

BLM_0031395

### *Water resources development*

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists one diversions in the corridor of this stream. The Weminuche Pass Ditch has a decreed capacity of 40 cfs and transports water out of the basin

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

There is little or no riprap on these streams, as they are in the wilderness.

Potential for conflict with water resources development

| | | **X** | | | |
|---|---|---|---|---|---|

Few conflicts                       Many conflicts

### Transportation and facilities

The entire segment is located within the wilderness; therefore, there are no roads in this area. However, there are many trails along the mainstem and tributaries. There are 22.3 miles of trail in the river corridor along the mainstem, 8.8 miles in the Lake Creek corridor, 8.0 miles in the Flint Creek corridor, 4 miles in the Sierra Vandera Creek corridor, 3.2 miles in the Snowslide Canyon corridor, 4.3 miles in the Rincon la Osa corridor, and 3.2 miles in the Rincon La Vaca corridor.

Potential for conflict with transportation and facilities

| X | | | | | |
|---|---|---|---|---|---|

Few conflicts                       Many conflicts

### *Recreation and other resource activities*

The main recreational use of this area is for hiking, fishing, backpacking, camping, horseback riding and packing. The trail along the river is heavily used since it is one of the main access routes into the Weminuche Wilderness.

Other activities that may occur in this area include grazing of horses and pack stock.

BLM_0031396

Potential for conflict with recreation and other resources



Few conflicts                                    Many conflicts

### *Special areas*

The entire length is within the Weminuche Wilderness. This river was also previously recommended for Wild and Scenic designation in legislation introduced in 1983.

### *Socioeconomic environment*

According to the Lake City and Hinsdale County Community Plan (2005) Hinsdale County encompasses 1,118 square miles. Hinsdale is one of the least-populated counties in Colorado and the 15th-lowest in the nation, with less than one person (0.7) per square mile – 96 percent of its acreage is public land, 46 percent of which is wilderness. The majority of county residents live in Lake City or within a 15-mile radius. The county was built on mining, ranching and recreation. Because of the transportation and access, much of the economic benefit from the use of this portion of the wilderness likely goes to La Plata County instead of Hinsdale County.

### *Current administration and funding needs*

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### *Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination*

The Los Pinos River is found to be preliminarily suitable. This river segment was previously found suitable and there have been essentially no changes to management or in the conflicts with protecting the scenery ORV since that finding. The eligible portion of the Los Pinos remains somewhat unique within Colorado as an extensive river drainage falling entirely within designated wilderness. Wilderness designation does provide substantial protections for the stream and the scenery ORV. Wild and Scenic designation could complement this protection and place greater emphasis on the river values. Public comment is specifically sought on the potential benefits of Wild and Scenic River protections for stream segments entirely within designated Wilderness Areas.

BLM_0031397

## PRELIMINARY SUITABILITY DETERMINATION

**Table D.42 - Miles Found Suitable**

|  | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| Los Pinos, above Vallecito Reservoir | 21.89 |  |  | 21.89 |
| Lake Creek | 8.05 |  |  | 8.05 |
| Flint Creek | 7.03 |  |  | 7.03 |
| Sierra Vandera Creek | 3.67 |  |  | 3.67 |
| Snowslide Gulch | 3.51 |  |  | 3.51 |
| Rincon la Osa | 5.69 |  |  | 5.69 |
| Rincon la Vaca | 4.33 |  |  | 4.33 |
| Los Pinos TOTALS | 54.17 | 0.00 | 0.00 | 54.17 |

*Outstanding issues and conflicts to be resolved*

If the Southwest Basins 1177 Roundtable has not prioritized potential water supply locations in time for that information to be included in the Final Plan, that issue will have to be dealt with in any recommendations formulated after this Plan.

BLM_0031398

## VALLECITO CREEK

**NAME:** VALLECITO CREEK

*Location:* The stream was studied from its headwaters to Vallecito Reservoir, and the stream was found eligible from its headwaters to the boundary with private land. The total length of river studied was 22.15 miles and the segment found eligible was 16.59 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values above the private land north of Vallecito Reservoir.

**Table D.43 - Miles Eligible**

|  | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| Vallecito Creek | 16.59 |  |  | 16.59 |

*Wild and Scenic classification:* This entire segment has a wild classification. This classification was chosen because the entire segment is within the Weminuche Wilderness and can only be accessed by trail.

*Land ownership:* The entire segment is within land owned by the National Forest. There are 5,242.74 acres of land within the river corridor.

Amount of federally owned land within the river corridor



**Outstandingly remarkable values**

*Recreation:* Vallecito Creek is popular with extreme kayakers due to its difficulty (Class V+) and the sheer-walled granite canyon, which provides extremely narrow slots. It is recommended for expert kayakers only. It has crystal-clear water flowing through an incredible gorge with some of the highest-quality drops to be found. It is also nationally significant for whitewater recreation. Its listing on American Whitewater's national river inventory, while not sufficient by itself to be an ORV, supports the above analysis

*Scenery:* The valley also provides outstanding views of the stream in the impressive granite canyon, and the views of surrounding mountains.

**Existing and potential land uses**

This stream is within the Weminuche Wilderness.

Potential for conflict with existing and potential land uses



BLM_0031399

### Mineral potential

Vallecito Creek is east of the epithermal vein deposits, polymetallic veins and skarns and granitic uranium of the Needle Mountains Mining District. There was exploration in a tributary of Vallecito Creek, but not near the stream corridor of Vallecito Creek. There is no production within the watershed.

There is no oil and gas potential.

Potential for conflict with minerals



Few conflicts                                                            Many conflicts

### Water resources development

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists no diversions in the corridor of this stream.

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

There is little or no riprap on this stream, as it is in the wilderness.

Potential for conflict with water resources development

Few conflicts                                                            Many conflicts

### Transportation and facilities

The entire river segment is located within the wilderness, so there are no roads in this area; however, there are 17.6 miles of trail within the river corridor.

Potential for conflict with transportation and facilities

Few conflicts                                                            Many conflicts

BLM_0031400

### Recreation and other resource activities

Vallecito Creek is popular with extreme kayakers due to its difficulty and the sheer-walled granite canyon, which provides extremely narrow slots. This area is heavily used by hikers, backpackers and horse packers as one of the main access routes into the Weminuche Wilderness. Fishing, hunting, rock-climbing and camping occur in the river corridor.

There is limited grazing of recreational pack stock.

Potential for conflict with recreation and other resources

| X | | | | |
|---|---|---|---|---|

Few conflicts                                Many conflicts

### Special areas

This entire stream is within the Weminuche Wilderness.

### Socioeconomic environment

According to the Social and Economic Assessment (2005) the major part of the economic base in La Plata County is tourism (34%). This consists mainly of resorts. The second-highest segment of the economic base is funds coming in to retirees. The Weminuche Wilderness is a draw for tourists, who use trails, including Vallecito Creek Trail, for access.

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

Vallecito Creek is not found to be suitable under the preferred alternative but is presented as suitable under Alternative C of this draft Plan Revision. Similar to the Los Pinos River, Vallecito Creek is a lengthy drainage entirely within a designated Wilderness Area. Vallecito Creek, however, was not previously studied or found suitable as was the Los Pinos River. Vallecito Creek contains the ORVs of scenery as well as recreation. These ORVs receive substantial protection under the existing wilderness designation. There are few conflicts with the protection of these values. Wild and Scenic River designation could provide greater emphasis on river values. Public comment is specifically sought on the potential benefits of Wild and Scenic River protections for stream segments entirely within designated Wilderness Areas.

BLM_0031401

# PRELIMINARY SUITABILITY DETERMINATION

Miles found suitable by classification

**Table D.44 - Miles Found Suitable**

|  | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| Vallecito Creek | 0 |  |  | 0 |

### *Outstanding issues and conflicts to be resolved*

If the Southwest Basins 1177 Roundtable has not prioritized potential water supply locations in time for that information to be included in the Final Plan, that issue will have to be dealt with in any recommendations formulated after this Plan.

BLM_0031402

## PIEDRA RIVER SYSTEM

Eligible portions of the Piedra River and tributaries, and their classification, are as follows. Details for each segment are below.

**Table D.45 - Miles Eligible**

|  | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| Piedra River | 14.08 |  | 16.25 | 30.33 |
| East Fork Piedra River | 9.37 |  | 7.16 | 16.54 |
| Middle Fork Piedra River | 11.75 |  | 7.03 | 18.77 |
| Piedra River TOTALS | 35.20 |  | 30.44 | 65.64 |

NAME: PIEDRA RIVER

*Location:* The stream segment is from the confluence of East Fork Piedra and Middle Fork Piedra to the Forest boundary, a length of 30.33 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* The segment has a number of different eligibility classifications, which can be found in the following table.

**Table D.46 - Miles by Classification**

| WILD | SCENIC | REC | TOTAL |
|---|---|---|---|
| 14.08 |  | 16.25 | 30.33 |

The areas of wild classification are upstream and downstream of the First Fork Trailhead within the First and Second box canyons. These segments extend to the boundaries with private land. These two segments have no road access and are essentially primitive. There is a small portion between the two segments that is classified as recreation due to a road crossing the creek to reach a trailhead. The other recreation segments are upstream from the private boundary to the forks. There is a picnic area at the lower end of this segment and a road that parallels the river to the forks. The other recreation segment is downstream from the private land boundary to the Forest Service boundary. This segment has many roads along it as well as a designated campground north of Highway 160.

*Land ownership:* Land ownership is split between National Forest, private, and tribal land. The following table is a breakdown of the miles of stream by ownership.

**Table D.47 - Miles by Ownership**

| FS | Private | Tribal | Total | % FS |
|---|---|---|---|---|
| 19.41 | 8.03 | 2.89 | 30.33 | 64.0% |

The following table is a breakdown of the ownership within the river corridor in acres.

Appendix D – Wild and Scenic Rivers Suitability – Page D-89

BLM_0031403

**Table D.48 - Acres by Ownership**

| NF | Private | Tribal | Total | % FS |
|---|---|---|---|---|
| 6,574.56 | 2,117.09 | 676.70 | 9,368.36 | 70.2% |

Much of the private land is in the portion of the corridor south of Highway 160. Some of the Forest Service land in that portion of the corridor does not touch the stream.

Amount of federally owned land within the river corridor



**Outstandingly remarkable values**

The Piedra River north of Highway 160 and the East and Middle forks in the wilderness were previously studied and recommended for Wild and Scenic River designation. The ORVs determined in the 1979 study were scenery, recreation and geology. Our current study confirms and amplifies those findings. We also studied the river south of Highway 160 and found archeological ORVs. Details are as follows:

*Recreation and scenery:* This was recommended because of the quality rafting and kayaking of Class IV and V waters through two box canyons. This river offers exceptionally beautiful and varied wild trout fishing for large fish combined with a long and interesting Class IV whitewater run. It is listed at Riversearch.com as one of the best rafting vacations in the world. Its listing on American Whitewater's national river inventory, while not sufficient by itself to be an ORV, supports the above analysis

The outstandingly remarkable scenery is an incredibly scenic narrow box canyon, and areas of hot springs.

*Geology:* In the upper reaches, deep and dramatic canyons cut through a complex of Tertiary Oligocene pyroclastics (ash flows, tuffs and lava flows) (Tev) emplaced during creation of the San Juan volcanic field, a time of possibly the most violent volcanic explosions (caldera eruptions) of the last 4 billion years, with abundant recent glacial and post-glacial erosional features. In the lower reach of the Piedra River, canyons cut through a series of Paleozoic and pre-Cambrian sedimentary, metasedimentary, metavolcanic rocks and igneous intrusives (Pc, PPrm, Ml, Doe, Ci, pCe, pCus, pCi) emplaced between 200 million and 2 billion years ago, representing nearly half of the geologic history of the planet, and covering the period when life evolved from the simplest sea life to the first colonization of land by complex plant and animal forms. In a relatively short distance, the river system flows through rock from the most recent to among the most ancient exposures in western North America.

*Archeology:* The sites along the east bank of the river south of Highway 160 relate to early Anasazi cultural adaptation and habitation along the river course during Late

BLM_0031404

Pueblo I and Early Pueblo II times. In addition, the sites relate to Chimney Rock and the rare, unique and exemplary astronomical knowledge of the Anasazi about the northern lunar standstill event. The sites near the river are thought to be dwellings and farming sites for the population that supported the ceremonies at the kiva sites near the Chimney Rock spires.

### Existing and potential land uses

This stream system crosses many of the Forest Service management themes. At the lowest end, the corridor is within a special management area focused on the cultural resources near Chimney Rock, and some areas for natural landscapes with limited management. This is compatible with protection of the cultural resource ORV.

The next section upstream parallels the recreation corridor along Road 622, and is mostly in the Piedra Area or adjacent areas to be managed for wild characteristics. This is compatible with the recreation and scenery ORVs. The Piedra Area was established by the 1993 Colorado Wilderness Act to preserve its wilderness character, but lacks the implied water rights protection of areas designated as wilderness.

Approximately 1.2 miles of the stream channel, accounting for 270 acres of private land, are within Hinsdale County. According to the Lake City and Hinsdale County Community (2005) Plan, this land is in the agricultural residential cluster, which allows one dwelling per 25 acres. "Primary uses include agriculture and ranching, single-family dwellings, churches and places of worship, home occupations, as well as normal and customary accessory uses, bed and breakfasts, outfitters and guides. Larger parcels may also be used for guest ranches and campgrounds."

The remaining private land along the stream corridor is in Archuleta County. According to the Archuleta County Community Plan (2001), the existing use on this land is mostly agricultural. Along Highway 160 there are other uses including general commercial, single-family, vacant land and tribal. The land use code and Archuleta County Community Plan (2006) lists most of the private land in the river corridor as agricultural ranching with a base density of one dwelling per 35 acres. Land use in the agricultural ranching district is encouraged to provide for the maintenance of agricultural production and preservation of associated lifestyles, with new residential development encouraged to proceed through the Rural Land Use Preservation subdivision process. Commercial uses are generally limited to those associated with agricultural uses. Near the junction of the Piedra River with Highway 160 there is a small area classified as agricultural estate. This area has a base density of one dwelling per five-acre lot to one dwelling per 35-acre lot. Residential development in the agricultural estate district is encouraged to be designed in a way that provides for the preservation and protection of irrigated croplands, rangelands, watershed and wildlife habitats. Commercial uses are generally limited to home occupations and those associated with non-intensive agricultural operations. This type of development would not interfere with the recreational classification of the river.

Potential for conflict with existing and potential land uses

| | X | | | |
|---|---|---|---|---|

Few conflicts                                                                   Many conflicts

BLM_0031405

*Mineral potential*

Upper portions in the wilderness are favorable for epithermal veins. The very upper portion of East Fork has potential for quartz-alunite gold deposits. There has been no development and there is no current production.

Oil and gas potential varies. The lowest portion of the Piedra River is within the Northern San Juan Basin coal-bed methane production area (Ignacio–Blanco field), with high potential and current production. From a point approximately five miles north of Highway 160 to approximately the forks, there is no oil and gas potential. The Middle Fork and the East Fork then go through a zone of "moderate" potential and some "high to moderate" potential within the wilderness. There is no oil and gas production in these areas.

Potential for conflict with minerals



Few conflicts          many conflicts

*Water resources development*

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists 22 diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 64.431 cfs. Much of this is in the portion south of Highway 160.

2) Colorado Division of Water Resources Division 7 Engineer shows conditional water rights totaling 7 cfs.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows four conditional water rights on tributaries of this stream. They have also mapped a potential reservoir site on the stream, and two sites on tributaries, but these have not been verified for feasibility. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

South of the Lower Piedra Campground to the end of the segment at the Forest boundary, there is occasional riprap on the outside of bends to protect fields and gravel roads from erosion. There are minor amounts of riprap in the developed area around Piedra Campground near the Forks. The rest of the section has little if any channel modification.

Potential for conflict with water resources development

Few conflicts          Many conflicts

BLM_0031406

*Transportation and facilities*

The Piedra River corridor has 16.8 miles of road concentrated in three areas: 2.5 miles near the forks and the Piedra Picnic ground, 8.0 miles near the First Fork Trailhead and immediately north of Highway 160 by the Lower Piedra Campground, and 3.3 miles south of Highway 160, all of which are maintained for passenger cars. Highway 160 is also located in the river corridor for 0.9 miles. The remaining 2.0 miles of road are portions of side roads not maintained for passenger cars.

In addition to the roads there are also 15.6 miles of trail, the Piedra picnic ground, the First Fork Trailhead, and the Lower Piedra Campground within the river corridor.

Potential for conflict with transportation and facilities



Few conflicts            Many conflicts

*Recreation and other resource activities*

This area has rafting and kayaking of Class IV and V waters through two box canyons. This river also offers exceptionally beautiful and varied wild trout fishing for large fish, and the area is used for hunting, backpacking, horse riding/packing, showshoeing, and skiing.

Other activities that may occur in this area include agriculture and livestock-grazing.

Potential for conflict with recreation and other resources



Few conflicts            Many conflicts

*Special areas*

A small portion of the corridor is in the Chimney Rock Archeological Area. Much of the corridor is within the Piedra Special Area, which was established by the 1993 Colorado Wilderness Act to preserve its wilderness character, but lacks the implied water-rights protection of areas designated as wilderness.

The portion of the river north of Highway 160 was also previously recommended for Wild and Scenic designation.

*Socioeconomic environment*

The main part of the segment is located in Archuleta County. According to the Social and Economic Assessment (2005), the major part of the economic base in Archuleta County is tourism (37%). This consists mainly of resorts. The second-highest segment of the economic base is funds coming in to retirees.

BLM_0031407

***Current administration and funding needs***

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

***Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination***

The portion of the eligible segment of the Piedra River upstream of U.S. Highway 160 is determined to be preliminarily suitable.  This segment was found suitable in previous studies and this most recent review has found ORVs in addition to those leading to that earlier finding of "suitable." Portions of the Piedra River receive some protection from the adjacent Piedra Area established in the 1993 Colorado Wilderness Act, but those protections do not extend to the entire segment, and, for much of this stream segment, are limited to the western side of the Piedra drainage.  There are several instream flows along this portion of the Piedra River, held by the Colorado Water Conservation Board. These flows provide some protection of the ORVs, but would not fully address the identified ORVs.

There are a number of private water rights held on the mainstem and forks of the Piedra River above this segment.  Comments heard during the development of the draft plan revision point out a concern for river protections interfering with the continued viability of agricultural in the middle reaches of the Piedra River.  The concerns center on whether downstream restrictions that could result from a Wild and Scenic River designation by congress could inhibit the use of water for agriculture and, thereby, have the unanticipated effect of accelerating the conversion of farms and ranches into housing subdivisions or other uses.  Reviewers are encouraged to provide additional information to assist in exploring the potential for such unintended consequences should this segment be found suitable in the final analysis.

The portion of the Piedra downstream (south) of Highway 160 was determined not to be preliminarily suitable. It has higher conflicts with private land and water uses. Forest Service land only occasionally touches the river. The cultural resources in this portion could be highlighted and protected by an extension of the Chimney Rock Archeological Area.

### NAME:  EAST FORK PIEDRA RIVER

*Location:* The stream and associated corridor (one-quarter mile on either side) was studied from the headwaters to its confluence with the Middle Fork Piedra River. The entire stream was found eligible. The total length of river studied and found eligible was 16.54 miles. Within the wilderness the East Fork was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

Below the wilderness the stream is over-appropriated, causing lower flows.

Appendix D – Wild and Scenic Rivers Suitability – Page D-94

BLM_0031408

*Wild and Scenic classification:* The stream classification is split between wild and recreation. The upper section, within the wilderness, is classified as wild because it can only be accessed by trail. The lower portion is classified as recreation due to the Forest roads along both sides of the stream making it readily accessible.

**Table D.49 - Miles by Classification**

| WILD | SCENIC | REC | TOTAL |
|------|--------|-----|-------|
| 9.37 |        | 7.16 | 16.54 |

*Land ownership:* Land ownership is split between National Forest and private land. The following table is a breakdown of land ownership along this segment in river miles.

**Table D.50 - Miles by Ownership**

| FS | Private | Total | % FS |
|------|---------|-------|------|
| 12.25 | 4.29 | 16.54 | 74.1% |

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.51 - Acres by Ownership**

| FS | Private | Total | % FS |
|---------|----------|---------|-------|
| 3,668.70 | 1,023.89 | 4,692.59 | 78.2% |

Amount of federally owned land within the river corridor



**Outstandingly remarkable values**

The East Fork was previously studied and recommended for Wild and Scenic River designation. The ORVs determined in the 1979 study were scenery, recreation and geology. Inclusion of part of the river in the Weminuche Wilderness, and the management of the remainder in a 10D management area (Wild and Scenic River management) under the previous Forest Plan have maintained those values.

*Fish:* In addition, the current study also identified a fishery ORV. This stream is one of 12 sites within the Forest that contain genetically pure strains of Colorado River cutthroat trout, and thus is an important producer of resident fish species and is of particular significance because of the presence of wild stocks. Colorado River cutthroat trout are a species of special concern because they are a sensitive native species and qualify as "wild stocks and/or federal or state listed or candidate threatened, endangered, or sensitive species". They are on the Forest Service sensitive species list, and are considered by Colorado Division of Wildlife as species of special concern. Under the "Conservation Agreement and Strategy for Colorado River Cutthroat Trout in the States of Colorado, Utah, and Wyoming"(Tri-State Agreement), the state of Colorado has agreed to the goal of establishing two self-sustaining meta-populations, each consisting of five separate, viable but interconnected sub-populations, in each Geographic Management Unit (GMU) within the historic range. The San Juan

BLM_0031409

watershed is one of 14 GMUs in the Tri-State Agreement. The East Fork of the Piedra was selected as one of our two best cutthroat fisheries in the San Juan watershed (along with the Hermosa) with pure genetics to accomplish this goal.

*Scenery:* The stream segment is also listed as eligible for scenery based on the impressive waterfalls along the stream.

### Existing and potential land uses

After a short portion near the forks that are in a recreation management corridor, the East Fork is in an area of natural landscapes with limited management, and then enters the Weminuche Wilderness. This is compatible with the scenery and fisheries ORVs.

Approximately 2.4 miles of the stream channel, accounting for 733 acres of private land, are within Hinsdale County. According to the Lake City and Hinsdale County Community Plan (2005) this land is in the agricultural residential cluster, which allows one dwelling per 25 acres. "Primary uses include agriculture and ranching, single-family dwellings, churches and places of worship, home occupations, as well as normal and customary accessory uses, bed and breakfasts, outfitters and guides. Larger parcels may also be used for guest ranches and campgrounds" (Lake City/Hinsdale County Community Plan, 2005). These uses would not interfere with the recreational classification of the river. The remainder of the private land is within Mineral County, which does not have a land use plan.

Potential for conflict with existing and potential land uses

| | X | | | | |
|---|---|---|---|---|---|

Few conflicts                                          Many conflicts

### Mineral potential

Upper portions in the wilderness are favorable for epithermal veins. The ery upper portion of East Fork has potential for quartz-alunite gold deposits. There has been no development and there is no current production.

The East Fork is in a zone of oil and gas "moderate" potential and some "high to moderate" potential within the wilderness. There is no oil and gas production in these areas.

Potential for conflict with minerals

| | X | | | | |
|---|---|---|---|---|---|

Few conflicts                                          Many conflicts

### Water resources development

Three sources were used to describe existing and possible future water resources development.

BLM_0031410

1) State of Colorado Water Rights Database (HydroBase) lists nine diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 50 cfs. Below the wilderness the stream is over-appropriated.

2) Colorado Division of Water Resources Division 7 Engineer shows conditional water rights totaling 50 cfs.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows one conditional water right in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

There may be minor sections of riprap associated with these diversions, and with road crossings and protection of fields on the outside of some bends on private land. There has been river restoration work with rocks and logs on the upstream-most private land. These do not detract from the free-flowing character of the river

Potential for conflict with water resources development

| | | **X** | | | |
|---|---|---|---|---|---|

Few conflicts                                                    Many conflicts

***Transportation and facilities***

The river corridor of the East Fork Piedra River has 3.0 miles of road, 2.2 of which are maintained for passenger cars. There are also 3.9 miles of trail.

Potential for conflict with transportation and facilities

| **X** | | | | |
|---|---|---|---|---|

Few conflicts                                                    Many conflicts

***Recreation and other resource activities***

Recreation uses are predominantly hiking, camping, fishing, hunting, backpacking, horse riding/packing, and snowmobiling. There has been timber harvest in the area. Other activities in the area consist of agriculture, livestock-grazing and potential for mining and oil and gas production.

Potential for conflict with recreation and other resources

| **X** | | | | |
|---|---|---|---|---|

Few conflicts                                                    Many conflicts

BLM_0031411

*Special areas*

Most of the stream is within the Weminuche Wilderness.

*Socioeconomic environment*

The majority of the private land in the East Fork is in Hinsdale County. According to the Lake City and Hinsdale County Community Plan (2005) Hinsdale County encompasses 1,118 square miles. Hinsdale is one of the least-populated counties in Colorado and the 15th-lowest in the nation, with less than one person (0.7) per square mile – 96 percent of its acreage is public land, 46 percent of which is wilderness. The majority of county residents live in Lake City or within a 15-mile radius. The county was built on mining, ranching and recreation.

*Current administration and funding needs*

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

*Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination*

The portion of the East Fork River upstream of the Weminuche Wilderness boundary is preliminarily found suitable.  This stream segment was included in earlier findings of suitability for the ORVs of scenery, recreation and geology.  Those ORVs remain intact. This updated review finds that an additional ORV of outstanding Colorado River Cutthroat trout fishery exists.  While there are a number of streams in Southwestern Colorado containing pure strains of the Colorado River cutthroat trout, the East Fork of the Piedra and Hermosa Creek, found preliminarily suitable under the discussion above, have been found to be the best native trout fisheries and are very important to the long term conservation of the species in this part of the trout's range.  Wilderness designation does provide a great deal of protection for this stream segment, particularly for the scenery, recreation and geology aspects, but Wild and Scenic River designation could provide additional protections and focus on the Colorado River cutthroat fishery.

The segment found suitable is limited to the East Fork of the Piedra upstream of the Weminuche Wilderness Boundary due to private ownership downstream of this boundary and the intense agricultural use of water—and substantial seasonal dewatering of the stream—between the wilderness boundary and the downstream confluence with the Middle Fork of the Piedra.

NAME:  MIDDLE FORK PIEDRA RIVER

*Location:* The stream was studied from its headwaters to its confluence with the East Fork Piedra River. The entire stream was found eligible. The total length of river studied and found eligible was 18.75 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

BLM_0031412

*Wild and Scenic classification:* The stream classification is split between wild and recreation. The upper section, within the wilderness, is classified as wild because it can only be accessed by trail. The lower portion is classified as recreation due to the Forest road along the stream making it readily accessible.

**Table D.53 - Miles by Classification**

| WILD | SCENIC | REC | TOTAL |
|------|--------|------|-------|
| 11.75 | | 7.03 | 18.77 |

*Land Ownership:* Land ownership is split between National Forest and private land. The following table is a breakdown of land ownership along this segment in river miles.

**Table D.54 - Miles by Ownership**

| FS | Private | Total | % FS |
|------|---------|-------|-------|
| 17.93 | 0.84 | 18.77 | 95.5% |

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.55 - Acres by Ownership**

| FS | Private | Total | % FS |
|------|---------|-------|-------|
| 5,218.70 | 235.22 | 5,453.91 | 95.7% |

Amount of federally owned land within the river corridor



*Outstandingly remarkable values:* The Middle Fork was previously studied and recommended for Wild and Scenic River designation. The ORVs determined in the 1979 study were scenery, recreation and geology. Inclusion of part of the river in the Weminuche Wilderness, and the management of the remainder in a 10D management area (Wild and Scenic River management) in the previous Forest Plan has maintained those values.

### Existing and potential land uses

After a short portion near the forks managed as a recreation corridor, the Middle Fork of the Piedra River is in an area of natural landscapes with limited management. Then it enters the Weminuche Wilderness. This is compatible with the scenery, geology and recreation ORVs.

The small amount of private land is within Hinsdale County. According to the Lake City and Hinsdale County Community Plan (2005) this land is in the agricultural residential cluster, which allows one dwelling per 25 acres. "Primary uses include agriculture and ranching, single-family dwellings, churches and places of worship, home occupations, as well as normal and customary accessory uses, bed and breakfasts, outfitters and guides. Larger parcels may also be used for guest ranches and campgrounds" (Lake City/Hinsdale County Community Plan, 2005). These uses would not interfere with the recreational classification of the river.

BLM_0031413

Potential for conflict with existing and potential land uses

| X | | | | |
|---|---|---|---|---|
| Few conflicts | | | | Many conflicts |

### Mineral potential

Upper portions in the wilderness are favorable for epithermal veins. The very upper portion of East Fork has potential for quartz-alunite gold deposits. There has been no development and there is no current production.

Oil and gas potential varies. The Middle Fork goes through a zone of "moderate" potential and some "high to moderate" potential within the wilderness. There is no oil and gas production in these areas.

Potential for conflict with minerals

| X | | | | |
|---|---|---|---|---|
| Few conflicts | | | | Many conflicts |

### Water resources development

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists five diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 20.75 cfs.

2) Colorado Division of Water Resources Division 7 Engineer shows no conditional water rights.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

There may be minor sections of riprap associates with diversions, and with road crossings, but these do not detract from the free-flowing character of the river.

Potential for conflict with water resources development

| X | | | | |
|---|---|---|---|---|
| Few conflicts | | | | Many conflicts |

BLM_0031414

### *Transportation and facilities*

There are 5.1 miles of road that are maintained for passenger cars and 5.2 miles of road that are not maintained for passenger cars, as well as 5.0 miles of trail within the river corridor. The Middle Fork Trailhead and a recreation residence are in the corridor.

On the private lands, there could be additional development of agriculture, including irrigation structures, grazing, and roads.

Potential for conflict with transportation and facilities



Few conflicts                    Many conflicts

### *Recreation and other resource activities*

Recreation uses are predominantly camping, fishing, hunting, backpacking, horse riding/packing, snowmobiling and skiing. Other activities in the area consist of agriculture, livestock-grazing, timber harvest, and potential for mining and oil and gas production.

Potential for conflict with recreation and other resources



Few conflicts                    Many conflicts

### *Special areas*

Most of the stream is within the Weminuche Wilderness. This river was also previously recommended for Wild and Scenic designation.

### *Socioeconomic environment*

According to the Lake City and Hinsdale County Community Plan (2005), Hinsdale County encompasses 1,118 square miles. Hinsdale is one of the least-populated counties in Colorado and the 15th-lowest in the nation, with less than one person (0.7) per square mile – 96 percent of its acreage is public land, 46 percent of which is wilderness. The majority of county residents live in Lake City or within a 15-mile radius. The county was built on mining, ranching and recreation.

### *Current administration and funding needs*

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

BLM_0031415

***Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination***

The Middle Fork of the Piedra River is found to be preliminarily suitable for inclusion in the national Wild and Scenic River System. This reach of river was also found suitable in previous studies in recognition of the scenery, recreation and geology ORVs. These ORVs remain. The segment found preliminarily suitable extends from the boundary of National Forest lands upstream of the confluence with the East Fork, to the headwaters of the river, and includes area both inside and outside the Weminuche Wilderness. While the Middle Fork does not contain the ORV of Colorado River cutthroat trout (unlike the East Fork of the Piedra), the ORVs of scenery, recreation and geology do not receive the protections of designated wilderness along a sizeable portion of the stream reach. Wild and Scenic River protections, therefore, would add a significant level of protection for the ORVs.

## PRELIMINARY SUITABILITY DETERMINATION

**Table D.56 - Miles Found Suitable**

|  | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| Piedra River* | 14.09 | 0 | 7.89 | 21.98 |
| East Fork Piedra River** | 9.37 | 0 | 0 | 9.37 |
| Middle Fork Piedra River | 11.75 | 0 | 7.03 | 18.77 |
| Piedra River TOTALS | 35.21 | 0 | 14.92 | 50.12 |

*only that portion north of Hwy 160
** only that portion in the wilderness

**Outstanding issues and conflicts to be resolved**

If the Southwest Basins 1177 Roundtable has not prioritized potential water supply locations in time for that information to be included in the Final Plan, that issue will have to be dealt with in any recommendations formulated after this Plan

BLM_0031416

## SAN JUAN RIVER SYSTEM

Eligible portions of the San Juan River and tributaries, and their classification, are as follows. Details for each segment are below.

**Table D.57 - Miles Eligible**

|  | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| West Fork San Juan River | 8.60 |  | 8.70 | 17.30 |
| Wolf Creek & Falls Creek |  |  | 7.75 | 7.75 |
| East Fork San Juan River |  |  | 13.12 | 13.12 |
| San Juan TOTALS | 8.60 |  | 29.58 | 38.17 |

NAME: WEST FORK SAN JUAN RIVER

*Location:* The stream was studied from its headwaters to its confluence with the East Fork San Juan River, where they combine to form the San Juan River. The entire stream was found eligible. The total length of river studied and found eligible was 17.29 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* This segment is split between a wild and a recreation classification. The breakdown of the number of miles in each category can be seen in the following table. The upper portion of the stream is classified as wild because it is located in the Weminuche Wilderness and can only be accessed by trail. The lower section of the stream is classified as recreation due to the presence of a road along most of this segment and a designated campground along the stream.

**Table D.58 - Miles by Classification**

| WILD | SCENIC | REC | TOTAL |
|---|---|---|---|
| 8.60 | 0.00 | 8.70 | 17.29 |

*Land ownership:* Land ownership is split between National Forest and private land. The following table is a breakdown of land ownership along this segment in river miles.

**Table D.59 - Miles by Ownership**

| FS | Private | Total | % FS |
|---|---|---|---|
| 10.67 | 6.62 | 17.29 | 61.7% |

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.60 - Acres by Ownership**

| FS | Private | Total | % FS |
|---|---|---|---|
| 3,440.99 | 1,784.74 | 5,225.72 | 65.8% |

The private lands are concentrated in the lower four miles of the corridor. In this portion, the Forest Service lands are small slivers that don't touch the stream

BLM_0031417

Amount of federally owned land within the river corridor



### Outstandingly remarkable values

*Geology:* The West Fork San Juan River has geological significance. The river has carved through a complex of Terriary Oligocene pyroclastics (ash flows, tuffs and lava flows) emplaced during the creation of the San Juan volcanic field, a time of possibly the most violent volcanic explosions (caldera eruptions) of the last 4 billion years. Erosion by the river has left on the valley side walls exposures of massive layers of pyroclastics and volcaniclastics that are "textbook" cross sections of the distal zones of the San Juan volcanic field in Colorado. Also in the river valley, the post-glacial failure of support in the volcanic cliff walls has generated massive ongoing landslides, classic examples of slope failure, gravity slumping and colluvial movement, hosting outstanding groves of aspen which thrive on such disturbed ground. Recreational driving and hiking benefit from the colorful exposures of volcanic ash, which rival those of Yellowstone National Park's Little Grand Canyon.

### Existing and potential land uses

The West Fork of the San Juan River is mostly within the Weminuche Wilderness. The lower portion is within a recreation management area. This is compatible with the geologic ORV.

Approximately 1.9 miles of the stream channel, accounting for 450 acres of private land, are within Archuleta County. According to the Archuleta County Community Plan (2001), the existing use on this land is agricultural and the future land use code lists the area as very low-density residential. The base density in this area is 35 acres per dwelling. This type of development would not interfere with the recreational classification of the river. The remainder of the private land is within Mineral County, which does not have a land use plan.

Potential for conflict with existing and potential land uses

| X | | | | |
|---|---|---|---|---|

Few conflicts                                    Many conflicts

### Mineral potential

The upper portion in the wilderness is favorable for epithermal veins of locatable minerals. There has been no development and there is no current production.

The river flows through an area of "high to moderate" oil and gas potential. There is no current production in this area.

BLM_0031418

Potential for conflict with minerals

| X | | | | |

Few conflicts                                    Many conflicts

### Water resources development

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists 29 diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 127.355 cfs.

2) Colorado Division of Water Resources Division 7 Engineer shows conditional water rights totaling 103.15 cfs and 35797 acre-feet. One of the reservoir sites could inundate Forest lands. Most of the other water rights are on private land in the lower four miles of the corridor, where Forest lands seldom touch the river

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows one conditional water right in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

There may be minor sections of riprap associated with these diversions, and with road crossings and protection of fields on the outside of some bends on private land, but these do not detract from the free-flowing character of the river.

Potential for conflict with water resources development

| | X | | | |

Few conflicts                                    Many conflicts

### Transportation and facilities

Highway 160 is within the river corridor for three miles. There are an additional 2.9 miles of road maintained for passenger cars and 1.1 miles of road not maintained for passenger cars within the river corridor. There are also 11.1 miles of trail. The West Fork Campground and three recreation residences are in the river corridor.

Potential for conflict with transportation and facilities

| | | X | | |

Few conflicts                                    Many conflicts

BLM_0031419

### Recreation and other resource activities

There is one developed campground in the area. Hiking, camping, backpacking, horse riding/packing, skiing and use of hot springs are popular.

Other activities that may occur include agriculture, mining and livestock-grazing.

Potential for conflict with recreation and other resources

| | X | | | | | |
|---|---|---|---|---|---|---|

Few conflicts                            Many conflicts

### Special areas

The upper portion of the stream is within the Weminuche Wilderness.

### Socioeconomic environment

The San Juan Public Lands Center did not conduct an economic study of Mineral County, so statistics comparable to those quoted for other counties are not readily available.

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

The West Fork of the San Juan is found preliminarily suitable for designation under the Wild and Scenic Rivers Act in the preferred alternative. The determination of suitability is based on the ORV of geology, which in turn lends to the scenic and recreational value of the area. The geology of the West Fork of the San Juan corridor stands out because of the way in which it displays the variety of formative influences resulting in the San Juan Mountain range.

In comparison to most of the rivers considered through this plan, the West Fork of the San Juan does involve a substantial amount of private land, all of which is located at the downstream end of the segment being found preliminarily suitable. There are also many decreed water rights situated downstream of National Forest System lands on this segment. The ORV of geology, however, is present throughout, and best represented by, the entire segment. Therefore, trimming the portion of the river preliminarily found suitable under the preferred alternative back to the boundary of National Forest System lands would not fully capture the values identified. Looking only at the portions of the West Fork of the San Juan within the forest boundary, the ORV of geology would be well-protected by existing national wilderness designation. Public comment is sought specifically on the concerns and benefits of a finding of suitability for this river segment in light of the relatively great portion of private lands involved.

BLM_0031420

NAME:  WOLF CREEK AND FALLS CREEK

*Location:* This is a branched segment that includes Wolf Creek from approximately two miles below Wolf Creek Pass to the confluence with the West Fork San Juan River, plus small portions of Falls Creek and Lake Creek to encompass the waterfalls. The entire segment was found eligible. The total length of river studied and found eligible was 7.75 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values

*Wild and Scenic classification:* This entire stream segment is a recreational classification. This classification is based on the fact that Highway 160 follows the stream for the length of the segment. There is also a designated campground near the lower end of the segment.

*Land ownership:* Land ownership is split between National Forest and private land. The following table is a breakdown of land ownership along this segment in river miles.

**Table D.61 - Miles by Ownership**

| FS | Private | Total | % FS |
|------|---------|-------|-------|
| 7.21 | 0.55 | 7.75 | 92.9% |

The following table is a breakdown of the ownership within the river corridor in acres.

**Table D.62 - Acres by Ownership**

| FS | Private | Total | % FS |
|----------|---------|----------|-------|
| 2,231.44 | 137.87 | 2,369.31 | 94.2% |

Amount of federally owned land within the river corridor



100%      80%      60%      40%      20%      0%

**Outstandingly remarkable values**

*Wildlife:*  Wolf Creek and Falls Creek contain five waterfalls occupied by black swifts, a bird that is vulnerable in Colorado. The black swift world-wide breeding distribution is limited to a narrow portion of the Rocky Mountains from Mexico to British Columbia, and a narrow band along sea cliffs overlooking the Pacific coast from California to Alaska. The black swift builds nests only at waterfalls. The nests are made of moss, and require mist from the waterfall to remain intact. The San Juan planning area provides a significant contribution to the species' world-wide breeding distribution by providing a core breeding population and by providing critical connectivity within the southern Rocky Mountains portion of its range. Of the 10 streams studied on the San Juan Public Lands that have black swift nest sites, three were chosen as outstandingly remarkable because they contained the best clusters of nests.

BLM_0031421

*Scenery:* Treasure Falls is also located in the segment on Falls Creek. This waterfall is just off Highway 160 and is one of the easiest waterfalls to visit within the San Juan planning area. Due to its proximity to the highway it is visited by people from all over the world.

### Existing and potential land uses

These streams are mostly within the recreation management corridor along Highway 160. The small portion that is outside that is a management where natural processes dominate. This is compatible with the wildlife and scenery ORVs.

There is a small amount of private land in Mineral County, and a land use plan is not available

Potential for conflict with existing and potential land uses



Few conflicts                                    Many conflicts

### Mineral potential

There is no production or potential for locatable minerals.

The river flows through an area of "high to moderate" oil and gas potential. There is no current production in this area.

Potential for conflict with minerals



Few conflicts                                    Many conflicts

### Water resources development

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists four diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 2.68 cfs.

2) Colorado Division of Water Resources Division 7 Engineer shows conditional water rights totaling 3.07 cfs.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows no conditional water rights in this stream. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

BLM_0031422

There may be minor sections of riprap associated with road crossings and protection of Treasure Falls parking lot, but these do not detract from the free-flowing character of the river.

Potential for conflict with water resources development

| | X | | | |
|---|---|---|---|---|

Few conflicts                                             Many conflicts

### Transportation and facilities

There are 11.8 miles of road within the river corridor. Highway 160, a paved three-lane highway, contributes 6.4 miles, most of which are on the valley side slope and not immediately adjacent to the stream; 2.6 miles are gravel road, and the remaining 3.8 miles are dirt road not suitable to passenger cars.

Treasure Falls has a 0.2-mile hiking trail as well as a roadside rest area. The Wolf Creek Campground is also within the river corridor, but has been closed.

Potential for conflict with transportation and facilities

| | X | | | |
|---|---|---|---|---|

Few conflicts                                             Many conflicts

### Recreation and other resource activities

The recreational activities in this area include camping, hiking, hunting, backpacking, horse riding/packing, skiing, snowmobiling, ice-climbing, and scenic driving along Highway 160. Wolf Creek Ski Area is just over the Continental Divide.

Other activities that may occur in the area include livestock-grazing and oil and gas development.

Potential for conflict with recreation and other resources

| | X | | | |
|---|---|---|---|---|

Few conflicts                                             Many conflicts

### Special areas

There is a small portion of Lake Creek within the Weminuche Wilderness.

### Socioeconomic environment

The San Juan Public Lands Center did not conduct an economic study of Mineral County, so statistics comparable to those quoted for other counties are not readily available.

BLM_0031423

Wolf Creek Ski Area is a major economic draw for the communities of Pagosa Springs and South Fork.

### Current administration and funding needs

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination

Wolf Creek and Fall Creek are not found preliminarily suitable under the preferred alternative. Two ORVs, wildlife and scenery, were identified in the development of this plan. The wildlife ORV pertains to the existence of black swift nests. Elsewhere in the unit under this plan, streams containing black swift nests have been found preliminarily suitable. The quality of black swift nesting habitat along Wolf Creek and Fall Creek justifies protection, but adequate protection can be achieved under the recreation management corridor identified under the preferred alternative and through other means such as securing sufficient flows to protect the waterfalls and swift nesting sites under the Colorado instream flow program. Likewise, the scenery ORV can readily be protected through the recreation management corridor proposed under the preferred alternative

### NAME: EAST FORK SAN JUAN RIVER

*Location:* The stream and associated corridor (one-quarter mile on either side) was studied from where it became a third-order stream to its confluence with the West Fork San Juan River, where they combine to form the San Juan River. The entire stream was found eligible. The total length of river studied and found eligible was 13.12 miles. The segment was determined to be sufficiently free-flowing and to possess sufficient water quality to support the outstandingly remarkable values.

*Wild and Scenic classification:* The entire stream has a recreation classification. There are roads that closely follow the entire length of the stream making it readily accessible.

*Land ownership:* Land ownership is split between National Forest and private land. The following table is a breakdown of land ownership along this segment in river miles.

**Table D.63 - Miles by Ownership**

| FS | Private | Total | % FS |
|------|---------|-------|-------|
| 7.28 | 5.84 | 13.12 | 55.5% |

The following table is a breakdown of the ownership within the river corridor in acres.

BLM_0031424

**Table D.64 - Acres by Ownership**

| FS | Private | Total | % FS |
|---|---|---|---|
| 2,412.77 | 1,376.68 | 3,789.45 | 63.7% |

Amount of federally owned land within the river corridor



## Outstandingly remarkable values

*Geology:* This stream is a "textbook" example in the San Juan Mountains of a multiple advance-and-retreat alpine glacial-fluvial system in a setting of recent volcanic geology, ranging from sculpted headwaters through glaciated valley to narrow outwash canyons. There are abundant post-glacial features, including braided stream system, terminal and lateral moraines, the dramatic "gateway" entrance to the glacial valley, hanging valleys, and waterfalls. The entire reach of the river is a document of the most recent planetary glacial age, which may not yet be over, through geologic terrain that was fresh when the glaciation began and has been little altered since it ended, a valuable "classroom" for study of a phenomenon of planetary importance that is poorly understood today. The valley's dramatic glaciated and floodwater-carved landscapes have attracted recreational use and development proposals since the settlement of this part of the state.

## Existing and potential land uses

This stream is mostly within a recreation management corridor. The upper one-third that is on Forest Service land will be managed for natural landscape with limited management. This is compatible with the geologic ORV.

Approximately 0.5 miles of the stream channel, accounting for 204 acres of private land, are within Archuleta County. According to the Archuleta County Community Plan the existing use on this land is agricultural; the future land use code lists the area as very low-density residential. The base density in this area is 35 acres per dwelling. This type of development would not interfere with the recreational classification of the river. The remainder of the private land is within Mineral County, which does not have a land use plan.

Potential for conflict with existing and potential land uses

Few conflicts        Many conflicts

BLM_0031425

### *Mineral potential*

Upper terminus is close to an area favorable for stockwork molybdenum and porphyry-copper molybdenum, and the upper portion is in an area favorable for epithermal veins. There had been historic exploration. There is no current production.

The river flows through an area of "high to moderate" oil and gas potential. There is no current production in this area.

Potential for conflict with minerals



Few conflicts                                    Many conflicts

### *Water resources development*

Three sources were used to describe existing and possible future water resources development.

1) State of Colorado Water Rights Database (HydroBase) lists 10 diversions in the corridor of this stream. For those with decreed capacity listed, the total diversion is 15.313 cfs.

2) Colorado Division of Water Resources Division 7 Engineer shows conditional water rights totaling 158.35 cfs and 35706 acre-feet, some of which may be abandoned or expired.

3) Colorado Water Conservation Board (CWCB) undertook a State-wide Water Supply Initiative (SWSI). Their report shows two conditional water rights in this stream. They have also mapped two potential reservoir sites, but these have not been verified for feasibility. None of the future projects listed in SWSI Section 6 (Identified Projects and Processes) impacts this river. The Dry Gulch reservoir site is several miles downstream. If CWCB's Southwest Basins Roundtable prioritizes potential future water projects before the Final SJPL Plan, that information will be included.

Portions of East Fork Road 667 have road fill that borders and encroaches on the stream. There are minor sections of riprap associated with road crossings. Bioengineered stream habitat and stability work on the private land have made some channel changes. These do not detract from the free-flowing character of the river.

Potential for conflict with water resources development

Few conflicts                                    Many conflicts

BLM_0031426

### *Transportation and facilities*

The East Fork San Juan River corridor contains 11.3 miles of gravel road and 0.9 miles of four-wheel-drive road. There are also 2.6 miles of trail and 7.6 miles of winter trail (road groomed for skiing or snowmobiling). The East Fork Campground and Silver Falls guard station are located within the river corridor.



Potential for conflict with transportation and facilities

Few conflicts                    Many conflicts

### *Recreation and other resource activities*

Recreational opportunities within this area include camping, hiking, hunting, backpacking, horse riding/packing, rafting, kayaking, four-wheel-drive driving, ATV driving, skiing and snowmobiling.

Other activities that may occur in this area include agriculture, livestock-grazing, mining and oil and gas development.



Potential for conflict with recreation and other resources

Few conflicts                    Many conflicts

### *Socioeconomic environment*

The San Juan Public Lands Center did not conduct an economic study of Mineral County, so statistics comparable to those quoted for other counties are not readily available.

### *Current administration and funding needs*

Finding this stream suitable for Wild and Scenic will not dramatically change the use or management in this area; therefore the costs associated with the management of this river segment would not greatly increase. If Congress or the Interior Secretary were to designate this as a Wild and Scenic River, the increased attention and public presence might increase management costs.

### *Benefits and impacts of Wild and Scenic and other methods and preliminary suitability determination*

The East Fork of the San Juan contains the ORV of geology, and like the West Fork of the San Juan, presents tremendous examples of the factors leading to the formation and subsequent alterations of the San Juan Mountains. The East Fork is not found to be suitable for designation under the preferred alternative. This is based primarily on the mixed ownership of the river corridor and the numerous appropriations of water involved with this stream reach. While the percentage of private lands is only slightly

BLM_0031427

higher than that of the West Fork of the San Juan, the location of private lands within the stream reach—both at the lower end and in the middle of the reach—presents greater challenges to our ability to ensure long term protections.

Notwithstanding the potential conflicts with private lands and water diversions, the East Fork of the San Juan does contain spectacular geologic values and great educational opportunities.  Public comment is specifically sought on alternative approaches to protecting these values that could be preferable to wild and scenic river designation.

## PRELIMINARY SUITABILITY DETERMINATION

**Table D.65 - Miles Found Suitable**

|  | WILD | SCENIC | REC | TOTAL |
|---|---|---|---|---|
| West Fork San Juan River | 8.60 |  | 8.70 | 17.30 |
| Wolf Creek & Falls Creek |  |  |  | 0 |
| East Fork San Juan River |  |  |  | 0 |
| San Juan TOTALS | 8.60 |  | 8.70 | 17.30 |

***Outstanding issues and conflicts to be resolved***

If the Southwest Basins 1177 Roundtable has not prioritized potential water supply locations in time for that information to be included in the Final Plan, that issue will have to be dealt with in any recommendations formulated after this Plan.

BLM_0031428

## WILD AND SCENIC RIVER ANALYSIS

## LIST OF STREAMS INITIALLY EVALUATED FOR ELIGIBILITY

The Wild and Scenic Rivers analysis considered primarily third-order and larger streams located on the San Juan Public Lands. Some smaller order streams for which subject matter experts identified a potential ORV were added.

The table below lists all the streams that were evaluated. This Wild and Scenic River Suitability Appendix describes the results of this evaluation.

**Table D.66 - All Streams Evaluated**

| 4th level Hydrologic unit | Streams evaluated for eligibility for Wild and Scenic Rivers |
|---|---|
| RIVER WATERSHED NAME | STREAM NAME |
| Upper Dolores River | Barlow Creek |
| Upper Dolores River | Bean Canyon |
| Upper Dolores River | Bear Creek |
| Upper Dolores River | Beaver Creek |
| Upper Dolores River | Bell Creek |
| Upper Dolores River | Big Canyon |
| Upper Dolores River | Big Canyon |
| Upper Dolores River | Big Gypsum Creek |
| Upper Dolores River | Big Spring Gulch |
| Upper Dolores River | Boggy Draw |
| Upper Dolores River | Bull Canyon |
| Upper Dolores River | Cabin Canyon |
| Upper Dolores River | Canyon Creek |
| Upper Dolores River | Calf Creek |
| Upper Dolores River | Carver Canyon |
| Upper Dolores River | Chicken Aspen Canyon |
| Upper Dolores River | Clear Creek |
| Upper Dolores River | Cottonwood Creek |
| Upper Dolores River | Coyote Wash |
| Upper Dolores River | Dawson Draw |
| Upper Dolores River | Dawson Draw Canyon East |
| Upper Dolores River | Desert Claim Arroyo |
| Upper Dolores River | Disappointment Creek |
| Upper Dolores River | Disappointment Creek, upper |
| Upper Dolores River | Dolores River (McPhee Dam to Taylor) |
| Upper Dolores River | Dolores River, above Taylor |
| Upper Dolores River | Dolores River, Big Gypsum to La Sal Cr |
| Upper Dolores River | Dolores River, La Sal Cr to Bedrock |
| Upper Dolores River | Dolores River, Mcphee Res to Disappointment |

BLM_0031429

| 4th level Hydrologic unit | Streams evaluated for eligibility for Wild and Scenic Rivers |
|---|---|
| Upper Dolores River | Dolores River,Disappointment to Big Gypsum |
| Upper Dolores River | Dry Canyon |
| Upper Dolores River | East Branch Pine Arroyo |
| Upper Dolores River | East Paradox Creek |
| Upper Dolores River | Far Draw |
| Upper Dolores River | Ferris Canyon |
| Upper Dolores River | Fish Creek |
| Upper Dolores River | Doe Canyon |
| Upper Dolores River | Glade Canyon |
| Upper Dolores River | Glade Point Canyon |
| Upper Dolores River | Hop Creek |
| Upper Dolores River | Horse Creek |
| Upper Dolores River | Falls Creek |
| Upper Dolores River | Hunt Creek |
| Upper Dolores River | Indian Valley |
| Upper Dolores River | Johnny Bull Creek |
| Upper Dolores River | Leach Creek |
| Upper Dolores River | Lion Creek |
| Upper Dolores River | Little Gypsum Creek |
| Upper Dolores River | Long Draw |
| Upper Dolores River | (trib to Plateau) |
| Upper Dolores River | (trib to Beaver) |
| Upper Dolores River | Lost Canyon |
| Upper Dolores River | Marguerite Creek |
| Upper Dolores River | Mavreeso Creek |
| Upper Dolores River | May Canyon |
| Upper Dolores River | McIntyre Canyon |
| Upper Dolores River | McJunkin Creek |
| Upper Dolores River | McKinney Draw |
| Upper Dolores River | Morgan Gulch |
| Upper Dolores River | Morrison Creek |
| Upper Dolores River | Narraguinnep Canyon |
| Upper Dolores River | Groundhog Creek |
| Upper Dolores River | Near Draw |
| Upper Dolores River | Nicholas Wash |
| Upper Dolores River | Pat Canyon |
| Upper Dolores River | Peeled Pine Canyon |
| Upper Dolores River | Plateau Creek |
| Upper Dolores River | Pole Creek |
| Upper Dolores River | Priest Gulch |
| Upper Dolores River | Rabbit Creek |
| Upper Dolores River | Rio Lado |
| Upper Dolores River | Roaring Forks Creek |
| Upper Dolores River | Rock Spring Creek |
| Upper Dolores River | Ryman Creek |

Appendix D – Wild and Scenic Rivers Suitability – Page D-116

BLM_0031430

| 4th level Hydrologic unit | Streams evaluated for eligibility for Wild and Scenic Rivers |
|---|---|
| Upper Dolores River | Ryman Creek |
| Upper Dolores River | Scotch Creek |
| Upper Dolores River | Secret Canyon |
| Upper Dolores River | Silver Creek |
| Upper Dolores River | Spring Canyon |
| Upper Dolores River | Spring Creek |
| Upper Dolores River | Spruce Water Canyon |
| Upper Dolores River | Stoner Creek |
| Upper Dolores River | Sulphur Creek |
| Upper Dolores River | Summit Canyon |
| Upper Dolores River | Taylor Creek |
| Upper Dolores River | Tenderfoot Creek |
| Upper Dolores River | Turkey Creek |
| Upper Dolores River | West Dolores River (includes Lizardhead Wilderness) |
| Upper Dolores River | Wild Bill Canyon |
| Upper Dolores River | Wild Steer Canyon |
| Upper Dolores River | Wildcat Creek (Ryman Cr by Scotch Cr) |
| Upper Dolores River | Wildcat Creek |
| Upper Dolores River | Wildcat Creek |
| Upper Dolores River | Willow Draw |
| Upper Dolores River | Wolf Den Canyon |
| HUC_NAME | STREAM_NM |
| San Miguel River | Brewster Creek |
| San Miguel River | Dead Horse Creek |
| San Miguel River | Desert Claim Arroyo |
| San Miguel River | Dry Creek |
| San Miguel River | East Naturita Creek |
| San Miguel River | Hamilton Creek |
| San Miguel River | Hamilton Creek |
| San Miguel River | Log Corral Creek |
| San Miguel River | Log Corral Creek |
| San Miguel River | Log Corral Creek |
| San Miguel River | Middle Naturita Creek |
| San Miguel River | Naturita Creek |
| San Miguel River | Nelson Creek |
| San Miguel River | Spectacle Creek |
| San Miguel River | West Fork Dry Creek |
| San Miguel River | West Naturita Creek |
| HUC_NAME | STREAM_NM |
| Piedra River | Archuleta Creek |
| Piedra River | Bull Creek |
| Piedra River | Cimarrona Creek |
| Piedra River | Cimarrona Creek trib |
| Piedra River | Coldwater Creek |

*Appendix D – Wild and Scenic Rivers Suitability – Page D-117*

| 4th level Hydrologic unit | Streams evaluated for eligibility for Wild and Scenic Rivers |
|---|---|
| Piedra River | Deadman Creek |
| Piedra River | Deep Canyon |
| Piedra River | Devil Creek |
| Piedra River | Devil Creek trib |
| Piedra River | East Fork Piedra River |
| Piedra River | First Fork |
| Piedra River | Goose Creek |
| Piedra River | Gordon Creek |
| Piedra River | Horse Creek |
| Piedra River | Ignacio Creek |
| Piedra River | Indian Creek |
| Piedra River | Little Sand Creek |
| Piedra River | Martinez Creek |
| Piedra River | Middle Fork Piedra River |
| Piedra River | Mosca Creek |
| Piedra River | Pagosa Creek |
| Piedra River | Piedra River |
| Piedra River | Porphry Gulch |
| Piedra River | Sand Creek |
| Piedra River | Sheep Canyon |
| Piedra River | Sheep Creek |
| Piedra River | Skull Canyon |
| Piedra River | Squaw Creek |
| Piedra River | Vega la Juana Creek |
| Piedra River | Weminuche Creek |
| Piedra River | West Fork Devil Creek |
| Piedra River | Williams Creek |
| HUC_NAME | STREAM_NM |
| Montezuma River | Chico Creek |
| Montezuma River | Dove Creek |
| Montezuma River | Monument Canyon |
| Montezuma River | North Branch Chico Creek |
| HUC_NAME | STREAM_NM |
| Middle San Juan River | Cottonwood Creek |
| Middle San Juan River | La Plata River, above Mayday |
| HUC_NAME | STREAM_NM |
| Mancos River | Box Canyon |
| Mancos River | Chicken Creek |
| Mancos River | East Fork Mud Creek |
| Mancos River | East Mancos River |
| Mancos River | Horse Creek |
| Mancos River | Middle Mancos River |
| Mancos River | West Fork Mud Creek |
| Mancos River | West Mancos River |
| HUC_NAME | STREAM_NM |

BLM_0031432

| 4th level Hydrologic unit | Streams evaluated for eligibility for Wild and Scenic Rivers |
|---|---|
| Animas River | (trib E of Junction Cr CG) |
| Animas River | (Florida trib N of Stump Canyon) |
| Animas River | Animas River, Deer Park to Animas Forks |
| Animas River | Animas River, Deer Park to Bakers Bridge |
| Animas River | Bear Creek |
| Animas River | Bear Creek |
| Animas River | Big Bend Creek |
| Animas River | Big Lick Creek |
| Animas River | Buck Creek |
| Animas River | Canyon Creek |
| Animas River | Cascade Creek |
| Animas River | Castle Creek |
| Animas River | Cement Creek |
| Animas River | Cherry Gulch |
| Animas River | Cinnamon Creek |
| Animas River | Clear Creek |
| Animas River | Coon Creek |
| Animas River | Corral Creek |
| Animas River | Corral Draw |
| Animas River | Cunningham Creek |
| Animas River | Deep Creek |
| Animas River | Deer Creek |
| Animas River | Deer Park Creek |
| Animas River | Dutch Creek |
| Animas River | East Fork Hermosa Creek |
| Animas River | Elbert Creek |
| Animas River | Elk Creek |
| Animas River | Elk Creek |
| Animas River | Engine Creek |
| Animas River | Euraka Gulch |
| Animas River | Falls Creek |
| Animas River | Flagler Fork |
| Animas River | Florida River through LemonResv. |
| Animas River | Florida River trib off Forest |
| Animas River | Freed Canyon |
| Animas River | Goulding Creek |
| Animas River | Hermosa Creek |
| Animas River | Ice Lake Creek |
| Animas River | Junction Creek |
| Animas River | Lightner Creek |
| Animas River | Lime Creek |
| Animas River | Maggie Gulch |

*Appendix D – Wild and Scenic Rivers Suitability – Page D-119*

BLM_0031433

| 4th level Hydrologic unit | Streams evaluated for eligibility for Wild and Scenic Rivers |
|---|---|
| Animas River | McClure Canyon |
| Animas River | Middle Fork Mineral Creek |
| Animas River | Mill Creek |
| Animas River | Miller Creek |
| Animas River | Mineral Creek |
| Animas River | Minnie Gulch |
| Animas River | Missouri Gulch |
| Animas River | Molas Creek |
| Animas River | Mud Spring Creek |
| Animas River | Needle Creek |
| Animas River | No Buck Creek |
| Animas River | Noname Creek |
| Animas River | Red Creek |
| Animas River | Sawmill Canyon |
| Animas River | Shearer Creek |
| Animas River | Shep Springs Gulch |
| Animas River | South Fork Animas River |
| Animas River | South Fork Hermosa Creek |
| Animas River | South Fork Lightner Creek |
| Animas River | South Fork Mineral Creek |
| Animas River | Spring Creek |
| Animas River | Stevens Creek |
| Animas River | Tank Creek |
| Animas River | Tenmile Creek |
| Animas River | True Creek |
| Animas River | Virginia Gulch |
| Animas River | West Cross Creek |
| Animas River | West Fork Animas River California Gulch |
| Animas River | West Virginia Gulch |
| Animas River | Young Canyon |
| HUC_NAME | STREAM_NM |
| Upper San Juan River | (unnamed by Walace Gulch) |
| Upper San Juan River | Augustora Creek |
| Upper San Juan River | Beaver Creek |
| Upper San Juan River | Beaver Creek (trib to W.Fk. San Juan) |
| Upper San Juan River | Burns Canyon |
| Upper San Juan River | Captain Beal Gulch |
| Upper San Juan River | Cimarron Creek |
| Upper San Juan River | Coal Creek |
| Upper San Juan River | Crater Creek |
| Upper San Juan River | Dead Horse Creek |
| Upper San Juan River | Dry Creek |
| Upper San Juan River | East Fork San Juan River |

*Appendix D – Wild and Scenic Rivers Suitability – Page D-120*

BLM_0031434

| 4th level Hydrologic unit | Streams evaluated for eligibility for Wild and Scenic Rivers |
|---|---|
| Upper San Juan River | El Canon Pescar |
| Upper San Juan River | Elwood Creek |
| Upper San Juan River | Falls Creek |
| Upper San Juan River | Fawn Gulch |
| Upper San Juan River | Fish Creek |
| Upper San Juan River | Flint Creek |
| Upper San Juan River | Fourmile Creek |
| Upper San Juan River | Grimes Creek |
| Upper San Juan River | Halfway Canyon |
| Upper San Juan River | Himes Creek |
| Upper San Juan River | Homer Canyon |
| Upper San Juan River | Indian Canyon |
| Upper San Juan River | Jackson Creek |
| Upper San Juan River | Johnson Creek |
| Upper San Juan River | Cave Basin Creek |
| Upper San Juan River | Lake Creek |
| Upper San Juan River | Leche Creek |
| Upper San Juan River | Leviathan Creek |
| Upper San Juan River | Lion Creek |
| Upper San Juan River | Little Bear Creek |
| Upper San Juan River | Los Pinos trib (Lake Creek) |
| Upper San Juan River | Los Pinos, above Vallecito Reservoir |
| Upper San Juan River | Los Pinos, in Vallecito Reservoir |
| Upper San Juan River | Lost Creek |
| Upper San Juan River | Mill Creek |
| Upper San Juan River | Navajo River |
| Upper San Juan River | North Fork Fish Creek |
| Upper San Juan River | North Fork Texas Creek |
| Upper San Juan River | Quartz Creek |
| Upper San Juan River | Rainbow Creek |
| Upper San Juan River | Red Creek |
| Upper San Juan River | Rincon La Osa |
| Upper San Juan River | Rio Blanco |
| Upper San Juan River | Rito Blanco |
| Upper San Juan River | Rock Creek |
| Upper San Juan River | Sand Creek |
| Upper San Juan River | Sauls Creek |
| Upper San Juan River | Sheep Cabin Creek |
| Upper San Juan River | Sheep Draw |
| Upper San Juan River | Sierra Vandera Creek |
| Upper San Juan River | Silver Creek |
| Upper San Juan River | Snowball Creek |
| Upper San Juan River | South Fork Texas Creek |
| Upper San Juan River | Spring Creek |

*Appendix D – Wild and Scenic Rivers Suitability – Page D-121*

BLM_0031435

| 4th level Hydrologic unit | Streams evaluated for eligibility for Wild and Scenic Rivers |
|---|---|
| Upper San Juan River | Spring Gulch |
| Upper San Juan River | Squaretop Creek |
| Upper San Juan River | Summit Creek |
| Upper San Juan River | Sunlight Creek |
| Upper San Juan River | Turkey Creek |
| Upper San Juan River | Valle Seco |
| Upper San Juan River | Vallecito Creek |
| Upper San Juan River | Wallace Gulch |
| Upper San Juan River | Weasel Skin Creek |
| Upper San Juan River | West Fork San Juan River |
| Upper San Juan River | Willow Draw |
| Upper San Juan River | Wolf Creek & Falls Creek |

BLM_0031436

# APPENDIX E - STRUCTURE RECREATION MANAGEMENT AREAS -SRMAS

BLM_0031437

BLM_0031438

*Table of Contents*

Cortez Structured Management Area..................................................................................................2
Recreation Management Zone 1 (RMZ 1) – Phil's World..................................................................2
Recreation Management RMZ 2 – Mud Springs...............................................................................5
Dolores River Structured Recreation Management Area.................................................................7
Recreation Management Zone 1 – McPhee Dam to Bradfield Ranch.............................................9
Recreation Management Zone 2 – Bradfield Ranch to Dove Creek Pump Station......................10
Recreation Management RMZ 3 – Dove Creek Pump Station to Disappointment......................11
Recreation Management Zone 4 – Disappointment Creek to Gypsum Valley Bridge.................12
Recreation Management Zone 5 – Gypsum Valley Bridge to Bedrock.........................................13
Durango Structured Recreation Management Area.......................................................................17
Recreation Management Zone (RMZ) 1 – Animas City Mountain, Perins Peak, Skyline, Grand View,
    and Dry Fork/Log chutes........................................................................................................17
Recreation Management Zone 2 – East Animas/Turtle Lake climbing areas..............................18
Silverton Structured Recreation Management Area......................................................................20
Recreation Management Zone 1 – Silverton summer....................................................................20
Recreation Management RMZ 2 – Silverton winter......................................................................22

*Tables and Figures*

Figure E.1 - Cortez SRMA................................................................................................................3
Table E.1 - Targeted recreational opportunities and outcomes for RMZ 1 – Phil's World............4
Table E.2 - Recreation setting prescriptions for RMZ 1 – Phil's World.........................................4
Table E.3 - Targeted recreational opportunities and outcomes for RMZ 2 – Mud Springs...........6
Table E.4 - Recreation setting prescriptions for RMZ 2 – Mud Springs........................................6
Figure E.2 - Dolores SRMA..............................................................................................................8
Table E.5 - Targeted recreational opportunities and outcomes for RMZ 1 – McPhee to Bradfield Ranch.9
Table E.6 - Recreation setting prescriptions for RMZ 1 – McPhee Dam to Bradfield Ranch.....................10
Table E.7 - Targeted recreation opportunities and outcomes for RMZ 2 – Bradfield Ranch to Dove Creek
    Pump Station............................................................................................................................10
Table E.8 - Recreation setting prescriptions for RMZ 2 - Bradfield Ranch to Dove Creek Pump Station...11
Table E.9 - Targeted recreational opportunities and outcomes for RMZ 3 – Dove Creek Pump Station to
    Disappointment.......................................................................................................................11
Table E.10 - Recreation setting prescriptions for RMZ 3 – Dove Creek Pump Station to Disappointment
    ..................................................................................................................................................12
Table E.11 - Targeted recreational opportunities and outcomes for RMZ 4 – Disappointment Creek to
    Gypsum Valley Bridge.............................................................................................................12
Table E.12 - Recreation setting prescriptions for RMZ 4- Disappointment Creek to Gypsum Valley
    Bridge.......................................................................................................................................13
Table E.13 - Targeted recreational opportunities and outcomes for RMZ 5 – Gypsum Valley to Bedrock
    ..................................................................................................................................................13
Table E.14 - Recreation setting prescriptions for RMZ 5 – Gypsum Valley Bridge to Bedrock................14
Figure E.3 - Durango SRMA...........................................................................................................16
Table E.15 - Targeted recreational opportunities and outcomes for RMZ 1...............................17
Table E.16 - Recreation setting prescriptions (RMZ) 1 – Animas City Mountain, Perins Peak, Skyline,
    Grand View, and Dry Fork/Log chutes...................................................................................18
Table E.17 - Targeted recreational opportunities and outcomes for RMZ 2 – East Animas/Turtle Lake
    climbing areas..........................................................................................................................18
Table E.18- Recreation setting prescriptions for RMZ 2 - East Animas/Turtle Lake climbing areas.......19
Figure E.4 - Silverton SRMA..........................................................................................................21
Table E.19 - Targeted recreational opportunities and outcomes for RMZ 1 – Silverton summer.............22
Table E.20 - Recreation setting prescriptions for RMZ 1 - Silverton summer...........................22
Table E.21- Targeted recreational opportunities and outcomes for RMZ 2 - Silverton winter.................23
Table E.22 - Recreation setting prescriptions for RMZ 2 – Silverton winter.............................23

Appendix E – Structured Recreation Management Areas – Page E-1

Structured recreation management areas are based on the BLM's special recreation management area (SRMA), re-named to avoid confusion between similar BLM and Forest Service nomenclature. A structured recreation management area (also abbreviated SRMA in this document) is a public lands unit identified in land use plans to direct recreation funding and personnel to fulfill commitments made to provide specific, structured recreation opportunities.

The purpose of identifying SRMAs in this Plan is to focus management, better direct people to opportunities, and coordinate recreation activities with other multiple uses in the area. SRMAs are planned for and managed in zones to best incorporate unique landscapes, activities, and circumstances. The unique opportunities defining each zone are best described in terms of:

- Activities and experience;
- Benefit opportunities and outcomes.

### CORTEZ STRUCTURED MANAGEMENT AREA

Cortez Structured Recreation Management Area is managed under a community recreation-tourism market strategy targeting the town of Cortez, and visitors already in the Cortez and Mancos area wanting to participate in motorized or non-motorized recreation activities within a short commuting distance from Cortez. Other recreation activities are allowable to the extent they are compatible with the primary targeted activities. The area has designated routes for recreational motorized use. A recreation activity management plan (RAMP) and travel management plan are prepared within five years of the completion of this Plan. The RAMP develops in cooperation with local community partners to identify specific management actions.

#### Recreation Management Zone 1 (RMZ 1) – Phil's World

*Management objective*

Provide opportunities primarily to Cortez area residents to engage in needed strenuous to easy exercise in a predominantly natural-appearing environment. The area provides opportunities for moderately challenging mountain-biking, hiking, trail-running, dog-walking and similar activities through diverse terrain on trails that are close to Cortez.

*Quality standard*

By the year 2015 the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1=not at all, 2=somewhat, 3=moderate, 4=complete/total realization) attainment of the following experiences and benefits.

BLM_0031440



# San Juan Public Lands
## Cortez
## Structured Recreation
## Management Area

**Legend**

- Structured Recreation Management Areas
- USFS/BLM - Ranger Districts / Field Office Boundary
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas
- Cities and Towns
- Major Lakes
- State & Federal Highways
- Major Rivers

0 0.5 1    2 Miles

Area of Detail

The USFS and BLM attempt to use the
most current and complete geospatial
data available.  Geospatial data accuracy
varies by theme on the map.  Using this
map for other than their intended purpose
may yield inaccurate or misleading results.
The USFS and BLM reserve the right to
correct, update or modify geospatial
inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007



BLM_0031441

**Table E.1 - Targeted recreational opportunities and outcomes for RMZ 1 – Phil's World**

| Activities and Experience | |
|---|---|
| **Activity Opportunities** | Mountain-biking, hikers, trail-runners, dog-walkers |
| **Experience Opportunities and Outcomes** | Needed exercise<br>Develop skills and ability<br>Ability to choose level of physical challenge |
| **Benefit Opportunities and Outcomes** | |
| **Personal** | Improved skills and abilities<br>Greater competence<br>Greater confidence<br>Deeper sense of humility<br>Improved capacity for outdoor physical activity<br>Improved understanding of our community's dependence and impact on public lands and adjoining private lands |
| **Household/Community** | Enhanced outdoor-oriented lifestyle |
| **Economic** | Reduced health maintenance costs<br>Increased desirability of Cortez as a place to visit, live, or retire |
| **Environmental** | Reduce negative human impacts such as litter, vegetative trampling, and unplanned trails.<br>Greater community ownership/stewardship of recreation resource attractions. |

These are not exclusive of other activities, experiences and benefits that are compatible with the management objectives of the RMZ.

*Recreation setting prescriptions*

The following are the recreation setting prescriptions to produce activity, experience and benefit opportunities and facilitate the attainment of the targeted outcomes. The prescriptions would be accomplished by sustaining some existing recreation setting characteristics and carrying out implementation actions designed to change some characteristics of the recreation setting.

**Table E.2 - Recreation setting prescriptions for RMZ 1 – Phil's World**

| | |
|---|---|
| **Prescribed Physical Setting Summary** | The area retains its predominantly natural-appearing landscape. Trails are marked and maintained. Trailhead on state trust land remains open to the public and maintained. |
| **Prescribed Social Setting Summary** | Visitors experience a high number of contacts with others and group sizes over 50 people per group at trailheads. Evidence of soil erosion on trails, widening trails, occasional litter, and worn vegetation likely. |
| **Prescribed Administrative Setting Summary** | Mechanized use is acceptable. Brochures and maps are available to inform visitors. Periodic monitoring especially during the spring and fall high use seasons. Visitor information signs are clearly posted at access points, directional signing at trail junctions is provided, directional signs on highway are not provided. Domestic animals present. Individual user fees charged for access on state trust lands, BLM fees for dispersed use not likely. |

*Management*

The recreation setting prescriptions are created by sustaining some existing recreation setting characteristics and carrying out management actions designed to change some characteristics of the recreation setting. BLM will work with the City of Cortez and Montezuma County on a master plan for public land recreation trails.

BLM_0031442

*Marketing*

Basic visitor/marketing information (local guidebooks and trailhead signage) will describe what experience and benefit opportunities are targeted, the character of recreation settings, and the management environment that exists for the Phil's World Recreation Management Zone (RMZ). The Dolores PLC works with community partners to develop one set of RMZ-specific information materials that simultaneously facilitate effective management and marketing. The RAMP identifies principal marketing materials and venues to reach community markets targeted in this Plan. The collaborative management partners review marketing materials to ensure consistency with the above and to ensure that what is being marketed is in fact what is being provided. All agency-specific visitor services initiatives (e.g., interpretation, promotion, special events, etc.) are constrained to ensure that only those required to achieve the planning objectives are implemented.

*Monitoring*

The indicators and standards are set by the SRMA objectives and prescriptions within a RAMP. The RAMP outlines procedural frameworks, methods and schedules for monitoring: 1) the attainment of targeted outcomes, 2) maintenance of prescribed setting character conditions and 3) implementation of planned actions.

*Administration*

The Dolores PLC will engage key local government, recreation-tourism industry, mountain bike advocacy groups, and other interested parties as community partners. The partners may include, but are not limited to:

| | |
|---|---|
| Montezuma County | City of Cortez |
| Colorado State Trust Lands | San Juan Mountain Association |
| Local mountain-bikers | Colorado Department of Transportation |
| State Division of Wildlife | |

A new recreation activity management plan (RAMP) will be developed in collaboration with local community partners to identify specific management actions for the area.

Special recreation permits (SRPs) appropriate to the SRMA benefits may be issued as per the Colorado Special Recreation Permit Handbook.

### Recreation Management RMZ 2 – Mud Springs

*Management objective*

Provide opportunities primarily to Cortez area residents to engage in strenuous and easy-to-moderate OHV (primarily ATV and motorcycle) and similar activities on trails that are close to Cortez.

*Quality standard*

By the year 2015 the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1=not at all, 2=somewhat, 3=moderate, 4=complete/total realization) attainment of the following experiences and benefits:

BLM_0031443

**Table E.3 - Targeted recreational opportunities and outcomes for RMZ 2 – Mud Springs**

| Activities and Experience | |
|---|---|
| Activity Opportunities | OHV |
| Experience Opportunities and Outcomes | Testing your ability<br>Enjoying strenuous outdoor physical exercise<br>Enjoying having access to close-to-home outdoor amenities |
| **Benefit Opportunities and Outcomes** | |
| Personal | Deeper sense of personal humility<br>Restored mind from unwanted stress<br>Improved sense of control over one's life<br>Stronger tie to family and friends |
| Household/Community | Enhanced lifestyle<br>Enlarged sense of attachments to the land on public lands<br>Greater community ownership/stewardship of recreation resource attractions. |
| Economic | Enhanced ability for visitors to find areas providing motorized recreation experiences and benefits.<br>Increased desirability as a place to live or retire |
| Environmental | Increased awareness and protection of natural landscapes |

These are not exclusive of other activities, experiences, and benefits outcomes that are compatible with the management objectives of the RMZ.

*Recreation setting prescriptions*

The following are the recreation setting prescriptions to produce activity, experience and benefit opportunities and facilitate the attainment of the targeted outcomes. The prescriptions are accomplished by sustaining some existing recreation setting characteristics and carrying out implementation actions designed to change some characteristics of the recreation setting.

**Table E.4 - Recreation setting prescriptions for RMZ 2 – Mud Springs**

| Prescribed Physical Setting Summary | The area has a landscape moderately altered by the visible evidence of human activities. Trails are marked and minimally maintained. Trailheads are established. |
|---|---|
| Prescribed Social Setting Summary | Visitors experience contacts with others and group sizes averaging up to 3-7 people per group, with the largest group sizes occurring on weekends. Conflicts with non-motorized users are commonplace. Visible evidence of use includes vehicle tracks, occasional litter, soil erosion, and worn vegetation. |
| Prescribed Administrative Setting Summary | Mechanized and authorized motorized use (ATVs, motorcycles, 2X4s & 4x4s) acceptable only on designated routes. Only trail signing, brochures, and maps are available to assist visitors. Enforcement presence is scarce to occasional. Visitor information is clearly posted at key access points. Individual user fees not likely. |

*Management*

The environmental setting prescriptions are created by sustaining some existing recreation setting characteristics and carrying out management actions designed to change some characteristics of the recreation setting. BLM works with the city of Cortez and Montezuma County on a master trails plan. Private ownership of the subsurface mineral rights must be a consideration.

BLM_0031444

*Marketing*

Basic visitor/marketing information (local guidebooks and trailhead signing) describes what experience and benefit opportunities are targeted, the character of recreation settings, and the service environment that exists for each RMZ. The BLM works with community partners to develop one set of RMZ-specific information materials that simultaneously facilitates effective management and promotion. The RAMP identifies principal marketing materials and venues to reach targeted community markets. The collaborative management partners review marketing materials to ensure consistency with the above and to ensure that what is being marketed is in fact what is being provided. All agency-specific visitor services initiatives (e.g., interpretation, promotion, special events, etc.) are constrained to ensure that only those required to achieve the planning objectives are implemented.

*Monitoring*

The indicators and standards are set by the SRMA objectives and prescriptions in this Plan. The RAMP will outline procedural frameworks, methods and schedules for monitoring: 1) the attainment of targeted outcomes, 2) maintenance of prescribed setting character conditions and 3) implementation of planned actions.

*Administration*

BLM will engage key local government, recreation-tourism industry, and other interested parties as community partners. The partners may include, but are not limited to:

| | |
|---|---|
| Montezuma County | City of Cortez |
| Ute Mountain Ute Tribe | Local ATV dealers |
| Local OHV users | Colorado Department of Transportation |
| Owners of mineral rights | |

A new RAMP will be developed in collaboration with local community partners to identify specific management actions for the area.

Special recreation permits (SRPs) may be issued as per the Colorado Special Recreation Permit Handbook.

## DOLORES RIVER STRUCTURED RECREATION MANAGEMENT AREA

The Dolores River SRMA is part of the greater Dolores River Management Area 2—Unique Management Area.  Dolores River SRMA is managed for a destination recreation-tourism market strategy targeting the southwestern United States area visitors (Colorado, Texas, New Mexico, Arizona, Utah, Nevada, and California) and local residents who participate in rafting along the Dolores River, fishing, and challenging mountain-biking and Jeeping. Other recreation activities are allowed when compatible with the primary targeted activities. The area has designated routes for recreational motorized use. Motorized watercraft are prohibited from Bradfield Bridge to Bedrock. The Dolores River Corridor Management Plan (1990) and off-road vehicle designation (CO-030-8601) (1986) guides management of recreation in the area. An updated RAMP

BLM_0031445



# San Juan Public Lands
## Dolores River
## Structured Recreation
## Management Area



**Legend**

- Structured Recreation Management Areas
- USFS/BLM - Ranger Districts / Field Office Boundary
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas
- Cities and Towns
- Major Lakes
- State & Federal Highways
- Major Rivers

0 1.5 3        6 Miles

Area of Detail

The USFS and BLM attempt to use the
most current and complete geospatial
data available. Geospatial data accuracy
varies by theme on the map. Using this
map for other than their intended purpose
may yield inaccurate or misleading results.
The USFS and BLM reserve the right to
correct, update or modify geospatial
inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007



BLM_0031446

will be prepared as needed, in cooperation with local community partners to identify specific management actions, consistent with this Plan.

### Recreation Management Zone 1 – McPhee Dam to Bradfield Ranch

*Management objective*

Provide opportunities primarily for area visitors to engage in boating, camping picnicking, driving for pleasure in a front country (roaded natural ROS) setting.

*Quality standard*

By the year 2010 the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1=not at all, 2=somewhat, 3=moderate, 4=complete/total) attainment of the following experiences and benefits.

*Targeted recreational opportunities and outcomes*

**Table E.5 - Targeted recreational opportunities and outcomes for RMZ 1 – McPhee to Bradfield Ranch**

| Activities and Experience | |
|---|---|
| **Activity Opportunities** | Boating, camping, picnicking, driving for pleasure |
| **Experience Opportunities and Outcomes** | Develop skills and abilities<br>Being able to tell others about the trip<br>Enjoy access close to town for outdoor activities. |
| **Benefit Opportunities and Outcomes** | |
| **Personal** | Stronger ties with family and friends<br>Increase understanding and tolerance of others<br>Improve understanding of our community's dependence and impact on public lands and adjoining private lands |
| **Household/Community** | Enhance outdoor-oriented lifestyle<br>Greater family bonding<br>Opportunity to contribute to stewardship efforts that benefit society. |
| **Economic** | Improve local economic stability<br>Increase desirability of Southwest Colorado as a place to visit, live, or retire |
| **Environmental** | Maintenance of distinctive recreation setting character<br>Enhance public land stewardship |

These are not exclusive of other activities, experiences and benefits that are compatible with the management objectives of the RMZ.

*Recreation setting prescriptions*

The following are recreation settings prescribed to produce activity, experience and benefit opportunities and facilitate the attainment of the targeted outcomes. Sustaining some existing recreation setting characteristics and carrying out actions to change some characteristics of the recreation setting accomplish the prescriptions.

BLM_0031447

**Table E.6 - Recreation setting prescriptions for RMZ 1 – McPhee Dam to Bradfield Ranch**

| | |
|---|---|
| **Prescribed Physical Setting Summary** | The area retains its remoteness and natural-appearing landscape. Trails are marked and maintained. |
| **Prescribed Social Setting Summary** | Visitors experience a moderate number of contacts with others and group sizes up to 13-25 people per group. Users here routinely expect, welcome and accommodate other visitors. Evidence of visitor use, litter, worn vegetation and soils is common. |
| **Prescribed Administrative Setting Summary** | Mechanized and motorized use acceptable. All boaters register at key river launches. Brochures, guidebooks, maps and some BLM staff/volunteers available to assist visitors. Periodic enforcement presence especially during the whitewater season (April 1- June 18). Commercial river-rafting is managed under an allocation system established in the Dolores River Corridor Management Plan. Visitor information signs clearly posted at key river access. Individual user fees are expected at campgrounds but fees for dispersed recreation not likely. |

### Recreation Management Zone 2 – Bradfield Ranch to Dove Creek Pump Station

*Management objective*

Provide opportunities for visitors and residents to engage in non-motorized river boating in a semi-primitive (ROS) non-motorized area.

*Quality standard*

By the year 2010 the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1=not at all, 2=somewhat, 3=moderate, 4=complete/total) attainment of the following experiences and benefits.

**Table E.7 - Targeted recreation opportunities and outcomes for RMZ 2 – Bradfield Ranch to Dove Creek Pump Station**

| Activities and Experience | |
|---|---|
| **Activity Opportunities** | Rafting |
| **Experience Opportunities and Outcomes** | Develop skills and abilities<br>Enjoy strenuous outdoor physical exercise<br>Enjoy scenery and nature |
| **Benefit Opportunities and Outcomes** | |
| **Personal** | Improved skills and abilities<br>Greater competence<br>Greater confidence<br>Improved cardio and muscle strength<br>Improved capacity for outdoor physical activity<br>Improved understanding of our community's dependence and impact on public lands and adjoining private lands |
| **Household/Community** | Enhanced outdoor-oriented lifestyle<br>Bonding with friends and family |
| **Economic** | Reduced health maintenance costs<br>Increased desirability of Southwest Colorado as a place to visit, live, or retire<br>Economic benefits to Southwest Colorado from visitor expenditures |
| **Environmental** | Improved respect for public and privately-owned lands<br>Greater retention of distinctive natural landscape features |

These are not exclusive of other activities, experiences and benefits that are compatible with the management objectives of the RMZ.

BLM_0031448

*Recreation setting prescriptions*

The following are the recreation settings prescribed to produce activity, experience and benefit opportunities and facilitate the attainment of the targeted outcomes. Sustaining some existing recreation setting characteristics and carrying out actions to change some characteristics of the recreation setting accomplish the prescriptions.

**Table E.8 - Recreation setting prescriptions for RMZ 2 - Bradfield Ranch to Dove Creek Pump Station**

| Prescribed Physical Setting Summary | The area retains its remoteness and natural-appearing landscape. No visitor facilities occur in this segment |
|---|---|
| Prescribed Social Setting Summary | Visitors experience few encounters with others: groups average 4-6 people per group with 3-6 encounters/day. Evidence of campsites, occasional litter and worn vegetation uncommon. |
| Prescribed Administrative Setting Summary | All boaters register at river launch points. Brochures, guidebooks, maps and some BLM staff/volunteers available to assist visitors. Periodic enforcement presence especially during the whitewater season (April 1- June 18). Commercial river-rafting is managed under an allocation system established in the Dolores River Corridor Management Plan. Visitor information signs located at main river access points. Individual user fees not likely. |

### Recreation Management RMZ 3 – Dove Creek Pump Station to Disappointment

*Management objective*

Provide opportunities for a moderate number of visitors to experience spectacular natural scenery, non-motorized river boating, OHV touring, mountain-biking and other quiet use activities in a backcountry (semi-primitive motorized) setting.

*Quality standard:* By the year 2010 the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1=not at all, 2=somewhat, 3=moderate, 4=complete/total) attainment of the following experiences and benefits.

**Table E.9 - Targeted recreational opportunities and outcomes for RMZ 3 – Dove Creek Pump Station to Disappointment**

| Activities and Experience | |
|---|---|
| Activity Opportunities | Rafting, OHV, mountain-biking |
| Experience | Enjoy high-quality canyon landscapes<br>Enjoy escape from the crowds<br>Enjoy tranquility and peacefulness |
| **Benefit Opportunities and Outcomes** | |
| Benefit Opportunities and Outcomes | Deeper sense of personal humility<br>Greater sensitivity to and awareness of natural beauty<br>Reduced stress<br>More holistic sense of well-being |
| Personal | Greater sense of community dependency on public lands<br>Greater family bonding<br>Opportunity to contribute to stewardship efforts that benefit society. |
| Household/Community | Enhanced ability for visitors to find areas providing wanted recreation experiences and benefits.<br>Increased desirability as a place to live or retire |
| Economic | Greater retention of distinctive natural landscape features<br>Sustainability of natural and cultural heritage |
| Environmental | Enjoy high-quality canyon landscapes<br>Enjoy escape from the crowds<br>Enjoy tranquility and peacefulness |

These are not exclusive of other activities, experiences, and benefits that are compatible with the management objectives of the RMZ.

BLM_0031449

*Recreation setting prescriptions*

The following are the recreation settings prescribed to produce activity, experience and benefit opportunities and facilitate the attainment of the targeted outcomes. Sustaining some existing recreation setting characteristics and carrying out actions to change some characteristics of the recreation setting accomplish the prescriptions.

**Table E.10 - Recreation setting prescriptions for RMZ 3 – Dove Creek Pump Station to Disappointment**

| | |
|---|---|
| **Prescribed Physical Setting Summary** | The area retains a natural-appearing landscape with evidence of human management subordinate to the natural scene. |
| **Prescribed Social Setting Summary** | Visitors experience a moderate amount of contacts with others and group sizes of up to 12 people per group at key river access points. Some evidence of litter, soil erosion, vehicle tracks and worn vegetation likely. |
| **Prescribed Administrative Setting Summary** | Mechanized and motorized use (2X4s & 4x4s) allowed on designated routes. All boaters register at initial put-ins. Brochures, guidebooks, maps and some BLM staff/volunteers available to assist visitors. Periodic enforcement presence especially during the whitewater season (April 1- June 18). Commercial river-rafting is managed under an allocation system established in the Dolores River Corridor Management Plan. Visitor information signs posted at river access. Individual user fees not likely. |

### Recreation Management Zone 4 – Disappointment Creek to Gypsum Valley Bridge

*Management objective*

Provide opportunities primarily for Southwest Colorado and southwestern U.S. visitors to engage in recreational rafting, and similar activities on the Dolores River.

*Quality standard*

By the year 2015 their mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1=not at all, 2=somewhat, 3=moderate, 4=complete/total) attainment of the following experiences and benefits.

**Table E.11 - Targeted recreational opportunities and outcomes for RMZ 4 – Disappointment Creek to Gypsum Valley Bridge.**

| Activities and Experience | |
|---|---|
| **Activity Opportunities** | Rafting |
| **Experience Opportunities and Outcomes** | Develop skills and abilities<br>Enjoy strenuous outdoor physical exercise<br>Enjoy scenery and nature |
| **Benefit Opportunities and Outcomes** | |
| **Personal** | Improved skills and abilities<br>Greater competence<br>Greater confidence<br>Improved cardio and muscle strength<br>Improved capacity for outdoor physical activity<br>Improved understanding of our community's dependence and impact on public lands and adjoining private lands |
| **Household/Community** | Enhanced outdoor-oriented lifestyle<br>Bonding with friends and family |

BLM_0031450

| | |
|---|---|
| **Economic** | Reduced health maintenance costs<br>Increased desirability of Southwest Colorado as a place to visit, live, or retire<br>Economic benefits to Southwest Colorado from visitor expenditures. |
| **Environmental** | Improved respect for public and privately-owned lands<br>Greater retention of distinctive natural landscape features |

These are not exclusive of other activities, experiences and benefits that are compatible with the management objectives of the RMZ.

*Recreation setting prescriptions*

The following are the recreation settings prescribed to produce activity, experience and benefit opportunities and facilitate the attainment of the targeted outcomes. Sustaining some existing recreation setting characteristics and carrying out actions to change some characteristics of the recreation setting accomplish the prescriptions.

**Table E.12 - Recreation setting prescriptions for RMZ 4- Disappointment Creek to Gypsum Valley Bridge**

| | |
|---|---|
| **Prescribed Physical Setting Summary** | The area retains a natural-appearing landscape with evidence of humans subordinate to the natural scene. Location of rights-of way, utilities and management facilities may occur in this RMZ. |
| **Prescribed Social Setting Summary** | Visitors experience a moderate amount of contacts with others and group sizes of up to 12 people per group at primary river access points. Some evidence of litter, soil erosion, vehicle tracks and worn vegetation likely. |
| **Prescribed Administrative Setting Summary** | All boaters register at initial river put-ins. Brochures, guidebooks, maps and some BLM staff/volunteers available to assist visitors. Periodic enforcement presence especially during the whitewater season (April 1- June 18). Commercial river-rafting is managed under an allocation system established in the Dolores River Corridor Management Plan. Visitor information signs are effectively located at river put-in points. Individual user fees not likely. |

**Recreation Management Zone 5 – Gypsum Valley Bridge to Bedrock**

*Management objective*

Provide opportunities primarily for visitors to engage in non-motorized water-based activity, challenging whitewater boating, similar activities on designated trails in a wilderness setting.

*Quality Standard:* By the year 2010 the mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1=not at all, 2=somewhat, 3=moderate, 4=complete/total) attainment of the following experiences and benefit.

**Table E.13 - Targeted recreational opportunities and outcomes for RMZ 5 – Gypsum Valley to Bedrock**

| Activities and Experience | |
|---|---|
| **Activity Opportunities** | Whitewater rafting, boating |
| **Experience Opportunities and Outcomes** | Develop skills and abilities<br>Enjoy strenuous outdoor physical exercise<br>Gain a greater sense of self-confidence |

BLM_0031451

| Benefit Opportunities and Outcomes | |
|---|---|
| **Personal** | Improve skills and abilities<br>Greater competence<br>Greater confidence<br>Improve cardio and muscle strength<br>Improve capacity for outdoor physical activity<br>Improve understanding of our community's dependence and impact on public lands and adjoining private lands |
| **Household/Community** | Enhance outdoor-oriented lifestyle<br>Greater family bonding<br>Opportunity to contribute to stewardship efforts that benefit society. |
| **Economic** | Reduced health maintenance costs<br>Economic benefits from visitor purchases. |
| **Environmental** | Improved stewardship of public and privately-owned lands |

These are not exclusive of other activities, experiences and benefits that are compatible with the management objectives of the RMZ.

*Recreation setting prescriptions*

The following are recreation settings prescribed to produce activity, experience and benefit opportunities and facilitate the attainment of the targeted outcomes. Sustaining some existing recreation setting characteristics and carrying out actions to change some characteristics of the recreation setting accomplish the prescriptions.

**Table E.14 - Recreation setting prescriptions for RMZ 5 – Gypsum Valley Bridge to Bedrock**

| Prescribed Physical Setting Summary | The area retains its natural-appearing landscape. No facilities exist. |
|---|---|
| **Prescribed Social Setting Summary** | Visitors can expect a low number of contacts with others: group size fewer then 3 people per group. Only evidence of humans is at campsites where worn vegetation may be evident. |
| **Prescribed Administrative Setting Summary** | All boaters register at initial river launch points. Brochures, guidebooks, maps and some BLM staff/volunteers available to assist visitors. Periodic enforcement presence especially during the whitewater season (April 1- June 18). Commercial river-rafting is managed under an allocation system established in the Dolores River Corridor Management Plan. Visitor information signs at key river access points. Individual user fees not likely. |

*Management*

The environmental setting prescriptions are established and maintained as a result of implementation of specific actions identified in the Dolores River Corridor Management Plan, travel management plans and future recreation management plans.

Management is focused on enhancing recreation access, visitor safety and sanitation and protection of associated cultural and natural resources. This generally takes the form of established river access and launch facilities and parking areas, travel management, basic sanitation and effective visitor information. Higher levels of facility development are provided for in locations closer to McPhee Reservoir.

*Marketing*

Basic visitor/marketing information describes what experience and benefit opportunities are targeted, the character of recreation settings, and the facilities that exist or not for each RMZ. The BLM and Forest Service collaborate with community partners to develop one set of RMZ-specific information materials that simultaneously facilitate appropriate management and promotion. The RAMP identifies principal marketing materials and

BLM_0031452

venues to reach recreation-tourism markets targeted in this Plan. The collaborative management partnership reviews marketing materials for consistency with management goals and to ensure that what is being marketed is in fact what is being provided. All agency-specific visitor services initiatives (e.g., interpretation, promotion, special events, etc.) are constrained to ensure that only those required to achieve the planning objectives are implemented.

*Monitoring*

The indicators and standards are set by the SRMA objectives and prescriptions in the Plan and the river corridor plan. The RAMP would outline procedural frameworks, methods and schedules for monitoring: 1) the attainment of targeted outcomes, 2) maintenance of prescribed setting character conditions and 3) implementation of planned actions.

*Administration*

BLM and Forest Service will engage key local government, recreation-tourism industry, and other interested parties as community partners. The partners may include, but are not limited to:

| | |
|---|---|
| San Miguel County | Dolores County |
| Colorado Division of Wildlife | Colorado Tourism Office |
| Boating community | Bureau of Reclamation |

Special recreation permits would be issued as per the Colorado Special Recreation Permit Handbook and allocations in the Dolores River Corridor Management Plan.

BLM_0031453

## DURANGO STRUCTURED RECREATION MANAGEMENT AREA

Durango Structured Recreation Management Area is managed for a community recreation-tourism market strategy targeting the town of Durango, and tourists from the southwestern U.S. (Colorado, Texas, New Mexico, Arizona, Utah, Nevada, and California) wanting to participate in non-motorized recreation activities within a short travel distance from Durango. Other recreation activities are allowable if compatible with the primary targeted activities. The area has designated routes for recreational motorized use. A recreation activity management plan (RAMP) and travel management plan that identifies specific management actions will be prepared within five years of the completion of the Plan. The RAMP is developed and implemented in collaboration with local community partners.

### Recreation Management Zone (RMZ) 1 – Animas City Mountain, Perins Peak, Skyline, Grand View, and Dry Fork/Log chutes

*Management objective*

Provide opportunities primarily for Durango area residents to engage in strenuous, hiking, intermediate - advanced mountain-biking, dog-walking and similar activities on trails that are close to Durango.

*Quality standard*

By the year 2015 their mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1=not at all, 2=somewhat, 3=moderate, 4=complete/total realization) attainment of the following experiences and benefits.

**Table E.15 - Targeted recreational opportunities and outcomes for RMZ 1**

| Activities and Experience | |
|---|---|
| Activity Opportunities | Trail-running, dog-walking, hiking and mountain-biking; also winter non-motorized recreation including cross country skiing |
| Experience Opportunities and Outcomes | Developing skills and abilities<br>Getting some needed physical exercise<br>Enjoying having access to close-to-home outdoor amenities<br>Relishing closeness with pets<br>Relishing group affiliation and togetherness<br>Enjoying easy access to natural landscape |
| **Benefit Opportunities and Outcomes** | |
| Personal | Improved mental and physical health<br>Greater sense of well-being<br>Stronger ties with family and friends<br>Improved relationship with nature |
| Household/Community | Reduce exposure to at-risk youth<br>Greater community involvement in land-use decisions |
| Economic | Increased property value<br>Increased desirability of Durango as a place to visit, live, or retire |
| Environmental | Reduce negative human impacts to environment<br>Increase appreciation for natural environment<br>Reduce wildlife disturbance between domestic animals and people |

These are not exclusive of other activities, experiences and benefits that are compatible with the management objectives of the RMZ.

BLM_0031454



# San Juan Public Lands
## Durango
## Structured Recreation Management Area



**Legend**

| | |
|---|---|
| ▨ | Structured Recreation Management Areas |
| ▪▪ | USFS/BLM - Ranger Districts / Field Office Boundary |
| ▨ | Bureau of Land Management |
| ▨ | Bureau of Reclamation |
| ▨ | Colorado Division of Wildlife |
| ▨ | National Forest |
| ▨ | Indian Reservation |
| ▨ | National Park Service |
| ▨ | Patented Lands |
| ▨ | State Lands |
| ▨ | Wilderness |
| ▨ | Special Areas |
| ▨ | Cities and Towns |
| ▨ | Major Lakes |
| — | State & Federal Highways |
| — | Major Rivers |

0  0.25 0.5      1 Miles

Area of Detail

The USFS and BLM attempt to use the
most current and complete geospatial
data available.  Geospatial data accuracy
varies by theme on the map.  Using this
map for other than their intended purpose
may yield inaccurate or misleading results.
The USFS and BLM reserve the right to
correct, update or modify geospatial
inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007



BLM_0031455

*Recreation setting prescriptions*

The following are the recreation setting prescriptions to produce activity, experience and benefit opportunities and facilitate the attainment of the targeted outcomes. The prescriptions would be accomplished by sustaining some existing recreation setting characteristics and carrying out actions designed to change some characteristics of the recreation setting .

**Table E.16 - Recreation setting prescriptions (RMZ) 1 – Animas City Mountain, Perins Peak, Skyline, Grand View, and Dry Fork/Log chutes**

| Prescribed Physical Setting Summary | The area retains its predominantly natural-appearing landscape. Trails are marked and maintained. Limited trailheads and parking are provided. Areas support day-use dispersed activities in a road natural and rural setting. Motorized use and overnight camping is prohibited. |
|---|---|
| Prescribed Social Setting Summary | Visitors experience a high number of contacts with others and group sizes over 50 people per group at trailheads. Evidence of visitor use, occasional litter, dog waste and worn vegetation likely. |
| Prescribed Administrative Setting Summary | Mechanized use is acceptable. Brochures and maps are available to assist visitors. Periodic monitoring especially during the summer. Visitor information signs clearly posted at access points. Access road directional signing is not provided. Domestic animals present. Individual user fees not likely. |

### Recreation Management Zone 2 – East Animas/Turtle Lake climbing areas

*Management objective*

Provide opportunities primarily for area residents (and others) to engage in non-motorized activity, rock climbing, bouldering and similar activities close to Durango.

*Quality standard*

By the year 2010 their mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1=not at all, 2=somewhat, 3=moderate, 4=complete/total realization) attainment of the following experiences and benefits.

**Table E.17 - Targeted recreational opportunities and outcomes for RMZ 2 – East Animas/Turtle Lake climbing areas**

| Activities and Experience | |
|---|---|
| Activity Opportunities | Rock-climbing, bouldering |
| Experience Opportunities and Outcomes | Developing skills and abilities<br>Enjoying strenuous outdoor physical exercise<br>Enjoying having access close to town for outdoor activities. |
| **Benefit Opportunities and Outcomes** | |
| Personal | Improved skills and abilities<br>Greater competence<br>Greater confidence<br>Improved cardio and muscle strength<br>Improved capacity for outdoor physical activity<br>Improved understanding of our community's dependence and impact on public lands and adjoining private lands |
| Household/Community | Enhanced outdoor-oriented lifestyle<br>Increased pride in the community |
| Economic | Reduced health maintenance costs<br>Increased desirability of Durango as a place to visit, live, or retire |
| Environmental | Improved respect for public and privately-owned lands |

These are not exclusive of other activities, experiences and benefits that are compatible with the management objectives of the RMZ.

BLM_0031456

*Recreation Setting Prescriptions for RMZ 2 – East Animas/Turtle Lake Climbing Areas*

The following are the recreation setting prescriptions to produce activity, experience and benefit opportunities; and facilitate the attainment of the targeted outcomes. The prescriptions would be accomplished by sustaining some existing recreation setting characteristics and carrying out implementation actions designed to change some characteristics of the recreation setting.

**Table E.18- Recreation setting prescriptions for RMZ 2 - East Animas/Turtle Lake climbing areas**

| Prescribed Physical Setting Summary | The area retains its predominantly natural-appearing landscape. Trails are marked and maintained. Limited trailheads and parking areas are provided. |
|---|---|
| Prescribed Social Setting Summary | Visitors can expect a moderate amount of contacts with others and group sizes averaging up to 12 people per group. Some evidence of visitor use, occasional litter and worn vegetation likely. |
| Prescribed Administrative Setting Summary | Mechanized and motorized use prohibited. Guide books, maps and some BLM, employees/volunteers occasionally available to assist visitors. Periodic enforcement presence. Visitor information signs clearly posted at access points, directional signing not provided. User fees not likely charged for dispersed recreation use. |

*Management*

The recreation setting prescriptions are created by sustaining beneficial setting characteristics and carrying out management actions designed to change incompatible characteristics of the recreation setting. Updating the Durango city trail system to include the Skyline Ridge RMZ is desirable, in cooperation with the city of Durango.

Management would be geared towards facilitation of access to recreation activity opportunities for local residents in Durango (not exclusive of area residents). For example, trailheads could be developed on state, city, CDOT, and private land for access to public trails for dog-walking, trail-running, hiking, and similar activities.

*Marketing*

Basic visitor/marketing information (local guidebooks and trailhead signs, for example) will describe what experience and benefit opportunities are targeted, the character of recreation settings, and the service environment that exists for each RMZ. The BLM and Forest Service collaborate with community partners to develop one set of RMZ-specific information materials that would simultaneously facilitate effective management and visitor information. The RAMP identifies principal marketing materials and venues to reach targeted community markets. The collaborative management partners review marketing materials to ensure consistency with the above and to ensure that what is being marketed is in fact what is being provided. All agency-specific visitor services initiatives (e.g., interpretation, promotion, special events) are limited to only those required to achieve the planning objectives are implemented.

*Monitoring*

The indicators and standards are set by the SRMA objectives and prescriptions in the Plan. The RAMP outlines procedural frameworks, methods and schedules for monitoring: 1) the attainment of targeted outcomes, 2) maintenance of prescribed setting character conditions and 3) implementation of planned actions.

BLM_0031457

*Administration*

BLM will engage key local governments, the recreation-tourism industry, trails advocates, and others as community partners. The partners may include, but are not limited to:

| | |
|---|---|
| La Plata County | City of Durango |
| Colorado Division of Wildlife | San Juan Mountain Association |
| Trails 2000 | Colorado Department of Transportation |
| Access fund | Local climbers |

A new RAMP will be developed in collaboration with community partners to identify specific management actions for the area.

Special recreation permits may be issued as per the Colorado Special Recreation Permit Handbook.

### SILVERTON STRUCTURED RECREATION MANAGEMENT AREA

The Silverton SRMA is part of the greater Silverton Management Area 2 - Unique Management Areas. Silverton SRMA would be managed under a destination recreation-tourism market strategy targeting southwestern U.S. visitors (Colorado, Texas, New Mexico, Arizona, Utah, Nevada, and California) and local residents wanting to participate in heritage tourism along an All American Road (the San Juan Skyway), the Alpine Loop National Backcounty Byway, challenging ATV and jeep routes. Silverton SRMA provides access to the Weminuche Wilderness, mountain-biking and whitewater rafting on the Animas River. During the winter months, the Silverton Ski Area provides opportunities for extreme skiing while the rest of the SRMA provides both motorized over-snow experiences and non-motorized winter recreation experiences. Other recreation activities are allowed to the extent they are compatible with the primary targeted activities. Designated motorized recreation travel routes have been designated in this SRMA since the 1980's. A recreation activity management plan (RAMP) and travel management plan were approved in 1986 with an update started in 2006. The RAMP is been developed in cooperation with local community partners to identify specific management actions.

### *Recreation Management Zone 1 – Silverton summer*

*Management objective*

Provide opportunities primarily for Texas, New Mexico, Arizona, Colorado local residents/second-home owners and families with OHVs, OHV clubs, young people, and retirees to engage in driving, 4x4 vehicle touring, mountain-biking, visiting historic sites and similar activities on paved and primitive routes, some of which are close to the Weminuche Wilderness.

*Quality standard*

By the year 2015 their mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1=not at all, 2=somewhat, 3=moderate, 4=complete/total) attainment of the following experiences and benefits.

BLM_0031458



# San Juan Public Lands
## Silverton
## Structured Recreation
## Management Area



### Legend

- ▨ Structured Recreation Management Areas
- ▪▪▪ USFS/BLM - Ranger Districts / Field Office Boundary
- Bureau of Land Management
- Bureau of Reclamation
- Colorado Division of Wildlife
- National Forest
- Indian Reservation
- National Park Service
- Patented Lands
- State Lands
- Wilderness
- Special Areas
- Cities and Towns
- Major Lakes
- State & Federal Highways
- Major Rivers

0  0.5  1          2 Miles

### Area of Detail





The USFS and BLM attempt to use the
most current and complete geospatial
data available.  Geospatial data accuracy
varies by theme on the map.  Using this
map for other than their intended purpose
may yield inaccurate or misleading results.
The USFS and BLM reserve the right to
correct, update or modify geospatial
inputs without notification.

JET
Polyconic projection, NAD 83
October 29, 2007

BLM_0031459

**Table E.19 - Targeted recreational opportunities and outcomes for RMZ 1 – Silverton summer**

| Activities and Experience | |
|---|---|
| Activity Opportunities | Varied |
| Experience Opportunities and Outcomes | Enjoying high alpine scenery<br>Being close to nature<br>Being with family and friends<br>Getting away from crowds<br>Learning about area history |
| Benefit Opportunities and Outcomes | |
| Personal | Improved skills and ability.<br>Greater connection with nature<br>Reduced stress<br>Greater respect for cultural heritage<br>Stronger ties with friends and family. |
| Household/Community | Improved family bonding<br>Greater community involvement in land use decisions<br>Enhanced lifestyle |
| Economic | Improved local economic stability<br>Increased local job opportunities<br>Increased property values |
| Environmental | Improved respect for public/private lands<br>Improved protection of heritage/cultural/natural resources.<br>Increased ecologically friendly tourism operations |

These are not exclusive of other activities, experiences and benefits that are compatible with the management objectives of the RMZ.

*Recreation setting prescriptions*

The following are the recreation settings prescribed to produce activity, experience and benefit opportunities and to facilitate the attainment of the targeted outcomes. The prescriptions are accomplished by sustaining some existing recreation setting characteristics and carrying out actions to change some characteristics of the recreation setting

**Table E.20 - Recreation setting prescriptions for RMZ 1 - Silverton summer**

| | |
|---|---|
| Prescribed Physical Setting Summary | The area retains its remoteness and natural-appearing landscape. Trails are marked and maintained. Facilities are appropriate to the setting prescription. |
| Prescribed Social Setting Summary | Visitors experience a moderate amount of contacts with others and group sizes of up to 12 people per group at trail heads. Some evidence of visitor use, soil erosion, vehicle tracks and worn vegetation is evident. |
| Prescribed Administrative Setting Summary | Mechanized and motorized use (2X4s & 4x4s) acceptable on designated routes. Brochures, maps and some BLM staff/volunteers available to assist visitors. Periodic enforcement presence especially during the summer. Portal signage with rules clearly posted at access points. Domestic animals present, Individual user fees not likely. |

### Recreation Management RMZ 2 – Silverton winter

*Management objective*

Provide opportunities for local residents, second-home owners and visitors from Southwest Colorado, New York, Santa Fe/Albuquerque experience spectacular natural scenery, cultural landscapes, heritage tourism with interpretive opportunities and winter

BLM_0031460

recreation for motorized and non-motorized quiet activities in a front country (roaded natural ROS) setting.

*Quality standard*

By the year 2010 their mean (average) response is at least a "moderate" (i.e., 3.0 on a probability scale where 1=not at all, 2=somewhat, 3=moderate, 4=complete/total) attainment of the following experiences and benefits.

**Table E.21- Targeted recreational opportunities and outcomes for RMZ 2 - Silverton winter**

| Activities and Experience | |
|---|---|
| Activity Opportunities | Varied |
| Experience Opportunities and Outcomes | Developing skills/abilities<br>Relishing group affiliations and togetherness<br>Enjoying strenuous physical exercise<br>Being closer to nature<br>Enjoying high alpine scenery |
| **Benefit Opportunities and Outcomes** | |
| Personal | Restore mind from unwanted stress<br>Greater communication with nature<br>Improved mental well-being<br>Greater sense of adventure<br>Heightened awareness of the natural world |
| Household/Community | Greater community involvement in land-use decisions and stewardship<br>More informed citizen about where to go for differing kinds of experiences<br>Heightened sense of place and community identity |
| Economic | Increased local job opportunities<br>Greater value-added local industry services |
| Environmental | Maintenance of distinctive recreation setting character |

These are not exclusive of other activities, experiences and benefits that are compatible with the management objectives of the RMZ.

*Recreation setting prescriptions*

The following are recreation settings prescribed to produce activity, experience and benefit opportunities and facilitate the attainment of the targeted outcomes. The prescriptions are accomplished by sustaining some existing recreation setting characteristics and carrying out actions to change some characteristics of the recreation setting .

**Table E.22 - Recreation setting prescriptions for RMZ 2 – Silverton winter**

| | |
|---|---|
| Prescribed Physical Setting Summary | The area retains a predominantly natural-appearing landscape. Access to winter activities and trailheads is marked and maintained. Winter trailheads are available for non-motorized opportunities. |
| Prescribed Social Setting Summary | Visitors experience a high number of contacts with others and group sizes up to 26-50 people per group at parking areas and trailheads. Evidence of visitor use, trash, and vehicle tracks likely. Hardened turnouts and visitor services exist to protect soil and vegetation and reduce social conflicts. Noise, litter and other impacts are generally limited to staging areas. |
| Prescribed Administrative Setting Summary | Motorized use (snowmobiles) is acceptable only in suitable areas and on suitable routes and designated parking for motorized use may be established to ensure quality recreation experiences. Non-motorized use is acceptable. Brochures, maps and FS/BLM/volunteers available to assist visitors. Enforcement presence is common on weekends and holidays. Signage with rules clearly posted at key access points. Domestic animals present. |

BLM_0031461

*Management*

Management is focused on enhancing recreation activity opportunities for visitors to the Silverton area and local residents. This generally takes the form of route designation, parking area improvements, and basic sanitation and visitor information. For example, trails and access points with visitor information would be developed for snowmobiles, mountain bikes, OHV riders, hikers, Nordic skiers and similar activities.

*Marketing*

Effective visitor/marketing venues (brochures, web information, etc) describe what experience and benefit opportunities are targeted, the character of recreation settings, and the facilities that exist for each RMZ. The BLM and FS collaborate with community partners to develop one set of RMZ-specific information materials to simultaneously facilitate appropriate management and promotion. The RAMP identifies principal marketing materials and venues to reach recreation-tourism markets targeted in this Plan. The collaborative management partnership ensures that marketing materials are consistent with the area goals and that what is being marketed is in fact what is being provided. All agency-specific visitor services initiatives (e.g., interpretation, promotion, special events, etc.) are constrained to ensure that only those required to achieve the planning objectives are implemented.

*Monitoring*

The indicators and standards are set by the SRMA objectives and prescriptions in the Plan. The RAMP would outline procedural frameworks, methods and schedules for monitoring: 1) the attainment of targeted outcomes, 2) maintenance of prescribed setting character conditions and 3) implementation of planned actions.

*Administration*

BLM will engage key local government, recreation-tourism industry, and other interested parties as community partners. The partners may include, but are not limited to:

| | |
|---|---|
| San Juan County | Silverton Chamber |
| Division of Wildlife | Colorado Tourism Office |
| Silverton Mountain School | Silverton Snowmobile Club |

An updated RAMP and travel management plan is developed in collaboration with local community partners to identify specific management actions for the) area.

Special recreation permits would be issued as per the Colorado Special Recreation Permit Handbook.

BLM_0031462

## Application of SRMA Concept to National Forest System (NFS) Lands

SMRAs were not identified and described for NFS lands in the same detail as BLM. Desired recreation markets, settings, and activities were identified for some NFS lands described below.

**Table E.23 - SRMA Desired Recreation Market, Settings and Activities**

| Structured Recreation Management Areas | Desired Recreation Market, Settings and Activities |
|---|---|
| Boggy Draw | The desired condition for this area is to maintain a predominantly semi-primitive (ROS) day use recreation setting with both motorized and non-motorized recreation for mainly a community market. Hiking, mountain biking, and OHV recreation takes place on a trail and road network designed to minimize conflicts and keep user encounters at a low level. Some trails and trailheads may be designed and designated for different types of uses. Access to the area is on main road corridors which provide a gateway to a semi-primitive recreation setting beyond. Winter recreation is similar to summer in offering a mix of motorized and non-motorized recreation from developed trailheads. The physical setting appears natural, but active management related primarily to grazing, vegetation management, is prevalent everywhere.  Administration actions in this area will emphasis the extensive active management while providing for cultural interpretation and conservation education messages.  travel management, and essential visitor information and services, are visible. |
| Sage Hen | The desired condition of this community and destination area is to allow day use visitors an "informal" ambiance within a setting that is sufficiently developed to protect cultural resources and provide public services. Visitor services and development are designed to facilitate a high level of use and easy access to picnicking, short loop hikes, and water access. Administration of this area will provide emphasis cultural interpretation and conservation education messages. Motorized access is provided in a way that minimizes effects to the overall pedestrian theme of the area. The setting is predominantly Front Country ROS. |
| Haycamp Mesa | The desired condition for this area is to maintain a semi-primitive (ROS) recreation setting that offers both motorized and non-motorized recreation for a predominantly community market. Hiking, mountain biking, picnicking, dispersed and developed camping, and OHV recreation are primary activities. A trail and road network exists to support this recreation and to minimize conflicts and keep user encounters at a low level. Access to the area is on main road corridors which provide a developed gateway to semi-primitive recreation settings beyond. Winter recreation is similar to summer in offering a mix of motorized and non-motorized recreation from developed trailheads. Management actions are visible within this "working forest landscape" and primarily the result of forest restoration activities, grazing, travel management actions, and essential visitor information and services. |
| Engineer Mountain | This area offers quick access to a Remote Market close to the San Juan Skyway with a Primitive setting and a scenic high alpine environment.  Access to Engineer Mountain includes links to the Colorado Trail, Cascade Creek and from Coal Bank and Molas Pass areas. Developed trailheads connect this remote roadless area where one can experience solitude and a natural environment. Hiking, mountain biking and equestrian uses are popular activities for recreationists who appreciate the rugged narrow trails winding through the high open country. Day use predominates although some backpacking occurs and guided hunting parties, supported by packhorses, camp during hunting season. Essential services are provided at entry points on the San Juan Skyway including sanitation, parking, and visitor information. |

BLM_0031463

| | |
|---|---|
| **East Missionary Ridge** | Desired recreation settings within this area supports semi-primitive (ROS) day use primarily for nearby community residents who enjoy easy access to non-motorized recreation including hiking, scenic viewing, horse back riding, wildlife watching and a quick escape from the urban environment for exercise and fresh air. Facility development is limited to essential sanitary and information services and parking and travel management. The environment is natural appearing except for developed communication sites. |
| **Turkey Springs, Mill Creek, Jackson Mountain, Buckles Lake** | These areas serve as part of Pagosa Spring's "backyard". Desired recreation settings within these areas support day use primarily for nearby community residents who enjoy easy access to hiking, mountain biking, cross country skiing, and wildlife watching in a predominantly natural environment. The setting has aspects of both semi-primitive and roaded natural ROS, depending primarily on proximity to developed roads. Management actions are visible within this "working forest landscape" and primarily the result of forest restoration activities, grazing, travel management actions, and essential visitor information and services. Motorized and non-motorized recreation occurs on designated routes. |
| **Saul's Creek** | This area serves as part of Bayfield's "backyard". Desired recreation settings within these areas support day use primarily for nearby community residents who enjoy easily accessed motorized and non-motorized semi-primitive (ROS) recreation on designated routes including car camping, fire wood gathering, hunting, hiking, mountain biking, cross country skiing, and wildlife watching. Facility development is limited to essential sanitary and information services and parking and travel management. Numerous old roads serve as access and travelways for recreationists. While the sites and sounds of nature predominate, visitors experience a "working forest" and evidence of vegetation management, oil and gas development, grazing, and fuel wood gathering. |
| **La Plata Canyon** | The desired condition for this area is a roaded natural (ROS) recreation setting that supports day use and overnight use. Developed campgrounds and designated dispersed campsites are rustic and low key within a dramatic canyon environment, with frequent visible evidence of the old mining district. The demand for this area comes mostly from repeat visitors from the Durango, Mancos, Hesperus, Cortez and Farmington areas who seek a destination to enjoy friends and family in a predominantly natural environment. Evidence of management including signs and structures is frequent to address private property, sanitation, and resource protection concerns. Motorized use is primarily for scenic viewing, to access pedestrian activities, such as fishing, hiking or biking, or as a "pass through" to get to high country. Road design and maintenance is at a level that keeps speeds low and safe for pedestrians. |
| **Beaver Meadows** | Desired recreation settings within these areas support semi-primitive (ROS) recreation for community and destination visitors who enjoy easily accessed motorized and non-motorized recreation on designated routes. Activities include car camping, ATV and OHV riding, fire wood gathering, hunting, mountain biking, and wildlife watching. Facility development is limited to essential sanitary and information services and parking and travel management. Numerous old roads serve as access and travelways for recreationists. Designated trails provide miles of motorized opportunities. Winter recreation includes snow mobiling, snow shoeing and skiing on club groomed trails. While the sites and sounds of nature predominate, visitors also experience a "working forest" and evidence of vegetation management, grazing, and wood gathering. |

BLM_0031464

| | |
|---|---|
| **Williams Creek Reservoir Developed Corridor** | This area is designated a Management Area 4, Recreation Emphasis. The desired condition for this recreation corridor is a roaded natural (ROS) setting that supports day and overnight recreation use for community visitors who are seeking a natural environment and enjoy getting together with friends and family. During hunting season, this area serves a wider destination market including visitors from many western states. Developed campgrounds and designated dispersed campsites are rustic and low key and complement the spectacular backdrop of the mountains of the Weminuche Wilderness. During hunting season this corridor reaches capacity and experiences a high use and mix of recreation including hunting, hiking, fishing, picnicking, and camping. This area also serves as a primary access point into the Weminuche Wilderness. Visitor information, parking and other essential services support access to day and overnight wilderness recreation. Road design and low level of maintenance keeps speeds low and safely accommodates pedestrians. During winter this corridor offers motorized and non-motorized winter recreation from a plowed road-head, including snow mobiling, skiing and snow-shoeing. |
| **First Fork of the Piedra River** | The desired condition for this semi-primitive (ROS) recreation area is a setting that supports day and overnight recreation use for community visitors who are seeking a natural environment and enjoy getting together with friends and family. During hunting season, this area serves a wider destination market including visitors from many western states. Camping is dispersed, rustic and low key. During hunting season this corridor experiences higher use and a mix of recreation including hunting, hiking, fishing, picnicking, and camping. This recreation area has two developed trailheads which offer access into the primitive Piedra Area. Road design and low level of maintenance keeps speeds low and safely accommodates pedestrians. During winter this corridor offers a low level of motorized and non-motorized winter recreation from the road-head, including snow mobiling, skiing and snow-shoeing. |
| **Molas Pass, Lizard Head Pass, Wolf Creek Pass, Red Mountain Pass.** | These four areas offer spectacular scenic vistas, interpretation and rest stops year round for travelers on the San Juan Skyway and east to the San Luis Valley. During winter months these high passes support a huge recreation demand including backcountry skiers and boarders and snowmobiles. This is a strong community and destination market as people come from local communities and as far away as Montrose and Cortez. Winter parking and access along these roaded natural (ROS) recreation corridors are in high demand and facilitated by developed trailheads and CDOT snow plowing. Essential visitor information and sanitation are provided. Segregation between motorized and non-motorized uses in some locations ensures opportunities for backcountry quiet. In summer these passes serve as scenic corridors and as trailheads to the much more remote high alpine backcountry. Because these passes are scenic viewpoints where people stop to appreciate spectacular views, SJPL takes advantage of the opportunity for public interpretation and conservation education. |
| **Hermosa** | The desired condition for this large and primarily road less semi-primitive (ROS) area is to maintain a recreation setting that offers ample non-motorized recreation and limited motorized recreation for a community and destination market, within a natural appearing environment. Hiking, mountain biking, fishing, hunting, horseback riding, and OHV recreation take place on a trail network designed to minimize conflicts and keep user encounters at a low level. Some trails and trailheads may be segregated for different types of uses. Access to the area is on developed road corridors which provide a gateway to more primitive recreation settings beyond. Natural quiet, solitude and feeling of remoteness are still found within the Hermosa backcountry. Management actions are visible but subtle and primarily the result of forest restoration, travel management, and essential visitor information and services. Winter recreation is limited due to restricted access. |
| **Aspen Loop** | The desired condition for this area is to maintain a semi-primitive (ROS) recreation setting that offers both motorized and non-motorized recreation for a predominantly community market. Hiking, mountain biking, picnicking, scenic viewing (especially fall color), camping, and OHV recreation are primary uses. A trail and road network exists to support this recreation and to minimize conflicts and keep user encounters at a low level. Access to the area is on main road corridors which provide a developed gateway to semi-primitive recreation settings in the aspen covered mesas and the La Plata Mountains beyond. In addition, the Aspen Loop Trail continues to provide a high quality motorized recreation travel corridor. Winter recreation is similar to summer in offering a mix of motorized and non-motorized recreation from developed trailheads. Management actions in the dispersed areas are visible but subtle within this "working forest landscape" and primarily the result of forest restoration activities, grazing, travel management actions, and essential visitor information and services. The more developed settings |

Appendix E – Structured Recreation Management Areas – Page E-27

BLM_0031465

| | |
|---|---|
| | of Jersey Jim Lookout and Transfer Campground have additional amenities and resource protection as appropriate. |
| **Chicken Creek** | Non-motorized winter recreation close to town and is part of the Aspen Loop/Hay Camp Mesa SRMAs with a separate winter component.  See the Aspen Loop/Hay Camp Mesa write-ups for additional information |

Monitoring of structured recreation management areas will occur, at a minimum, through unstructured interviews and focus group surveys to determine visitor satisfaction.

Marketing of structured recreation management areas will be done through local directional and site signs, and agency visitor information for all community market areas. In addition, for destination markets, marketing may include wider venues such as local chambers of commerce and State-wide tourism marketing venues.

BLM_0031466

# APPENDIX F – PROJECTED ACTIVITIES FOR IMPACTS ANALYSIS

BLM_0031467

BLM_0031468

This appendix, in conjunction with the "Comparison of Alternatives Table" in Chapter 2 of the EIS, describes the projected activities and assumptions that were used in determining the Environmental Consequences in Chapter 3 of the EIS. All figures in this table are estimates of outputs and suitable acres.

| Estimated Resource & Program Management Activities | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| **Watershed, Riparian, & Aquatic Habitat** *Decade one* | | | | |
| • FS Watershed Improvement | 100 acres | 100 acres | 300 acres | 100 acres |
| • BLM Stream Treatment | 1 mile | 1 mile | 5 miles | 2 miles |
| • BLM Riparian Treatment | 50 acres | 50 acres | 100 acres | 75 acres |
| • BLM Lake/Fen Treatment | 1 acre | 1 acre | 5 acres | 2 acres |
| • BLM Riparian/Stream Projects Maintained | 19 structures | 19 structures | 19 structures | 30 structures |
| •FS or BLM Watershed Road Densities Reduced – •Road decommissioning | 1 mile | 3 miles | 10 miles | 10 miles |
| • Fish Habitat Enhanced or Improved | 6 miles | 6 miles | 9 miles | 5 miles |
| **Wildlife** *To be accomplished over first decade* | | | | |
| • Terrestrial wildlife habitat improvements. | 5000 acres | 5000 acres | 5000 acres | 1000 acres |
| • Recover potential Southwestern willow flycatcher breeding territories from capable to suitable. | 2 sites. | 3 sites | 3 sites | 1 site |
| • Remove pinyon/juniper encroachment from Gunnison sage-grouse sagebrush habitat. | 200 acres over 3 sites | 900 acres over 3 sites | 900 acres over 3 sites | 300 acres over 2 sites |
| • Restore breeding sites on developed springs for nokomis fritillary butterfly. | 1 site | 2 sites | 2 sites | 0 sites |
| • Restore or enhance big game winter range through mechanical or prescribed fire treatments. | 2000 acres | 2000 acres | 2000 acres | 2000 acres |
| • Where occupied habitat occurs, install structures to maintain bat habitat on mine closures. | all | all | all | all |
| • Ponderosa pine restoration to support associated wildlife populations such as Abert's squirrel. | 2000 acres | 2000 acres | 2000 acres | 2000 acres |
| **Invasive Plant Species Treatments** *Per year, decade one* | | | | |
| • Invasive plant acres treated | 1,500 ac./yr | 1,500 ac./yr | 1,000 ac./yr | 1,500 ac./yr |

BLM_0031469

| Estimated Resource & Program Management Activities | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| **Fuels treatment acres by cover type** Rest = Restoration Treatment *Per year, decade one* * = Joint Project with Timber | | | | |
| • Pinyon/Juniper | 1000 ac Mastication | 1000 ac Mastication | 1000 ac Mastication | 1100 ac Mastication |
| •Mixed Shrubland / No Ponderosa Pine •Oakbrush understory In Ponderosa Pine | 1500 ac Mastication | 1500 ac Mastication | 1500 ac Mastication | 1600 ac Mastication |
| | 1500 ac Prescribed Fire | 1500 ac Prescribed Fire | 1500 ac Prescribed Fire | 1500 ac Prescribed Fire |
| | 2500 ac Mastication | 2500 ac Mastication | 2500 ac Mastication | 2700 ac Mastication |
| • Ponderosa Pine | 1500 ac Mechanical Rest* | 1500 ac Mechanical Rest* | 1500 ac Mechanical Rest* | 2000 ac Mechanical Rest* |
| | 4000 ac Prescribed fire | 4000 ac Prescribed fire | 4000 ac Prescribed fire | 4000 ac Prescribed fire |
| • Warm Dry Mixed Conifer | 500 ac Mechanical Rest* | 500 ac Mechanical Rest* | 500 ac Mechanical Rest* | 600 ac Mechanical Rest* |
| | 500 ac Prescribed fire | 500 ac Prescribed fire | 500 ac Prescribed fire | 500 ac Prescribed fire |
| • Mixed Vegetation Types | 1 to 30000 ac Wildland Fire Use | 1 to 30000 ac Wildland Fire Use | 1 to 30000 ac Wildland Fire Use | 1 to 30000 ac Wildland Fire Use |
| • Spruce Fir | 1 to 30000 ac + Wildland Fire Use | 1 to 30000 ac + Wildland Fire Use | 1 to 30000 ac + Wildland Fire Use | 1 to 30000 ac + Wildland Fire Use |
| **Timber Treatment Acres** * Also counted as mechanical fuels acres PC = Partial cut *Per year, decade one*  Rest = Restoration harvest based on HRV CC = Clear Cut | | | | |
| • Ponderosa Pine acres treated | 1000 ac Rest*   500 ac PC | 1000 ac Rest*   500 ac PC | 900 ac Rest*   400 ac PC | 1500 ac Rest*  500 ac PC |
| • Warm Dry MC acres treated | 250 ac Rest* 250 ac PC | 250 ac Rest* 250 ac PC | 200 ac Rest* 225 ac PC | 500 Ac Rest* 250 ac PC |
| • Cool Moist Mixed Conifer acres treated | 200 ac PC | 125 ac PC | 20 ac PC | 287 ac PC |
| • Aspen acres treated | 400 CC | 500 ac CC | 400 ac CC | 600 ac CC |
| • Spruce Fir acres treated | 50 PC | 50 ac PC | 20 ac PC | 113 ac PC |
| **Solid Minerals: Prospective Development** | | | | |
| • Slick Rock/Dove Creek is the only major activity area on the San Juan (Uranium/Vanadium) | 540 ac/yr | 540 ac/yr | 540 ac/yr | 540 ac/yr |

BLM_0031470

| Estimated Suitable Lands by Alternative | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| **Recreation Opportunity Spectrum (Summer)** | | | | |
| • Rural (R) | 76,903 | 2,568 | 2,567 | 2,566 |
| • Roaded Natural (RN) | 957,909 | 647,407 | 569,731 | 699,274 |
| • Semi-Primitive Motorized (SPM) | 414,152 | 746,667 | 595,821 | 779,219 |
| • Semi-Primitive Non-Motorized (SPNM) | 433,277 | 433,520 | 133,994 | 351,735 |
| • Primitive (P) | 486,844 | 2,632 | 530,681 | 0 |
| • Primitive Wilderness (PW) | 0 | 536,291 | 536,291 | 536,291 |
| **Total** | **2,369,085** | **2,369,085** | **2,369,085** | **2,369,085** |
| **Recreation Opportunity Spectrum (Winter)** | | | | |
| • Rural (R) | 11,824 | 4,111 | 2,568 | 4,173 |
| • Roaded Natural (RN) | 696,652 | 544,617 | 486,765 | 644,084 |
| • Semi-Primitive Motorized (SPM) | 683,371 | 402,285 | 232,249 | 628,249 |
| • Semi-Primitive Non-Motorized (SPNM) | 440,948 | 879,149 | 580,347 | 556,288 |
| • Primitive (P) | 0 | 2,632 | 530,865 | 0 |
| • Primitive Wilderness (PW) | 536,290 | 536,291 | 536,291 | 536,291 |
| **Total Acres** | **2,369,085** | **2,369,085** | **2,369,085** | **2,369,085** |
| **Visual Resources (BLM) and Scenic Integrity Levels (FS) Acres** | | | | |
| • I- BLM VRM Class (very high) | 0 | 56,832 | 67,268 | 56,758 |
| • II- BLM VRM Class (high) | 133,209 | 170,666 | 344,598 | 240,415 |
| • III- BLM VRM Class (medium) | 33,756 | 269,088 | 91,211 | 106,458 |
| • IV- BLM VRM Class (low) | 16,723 | 7,653 | 1,201 | 100,647 |
| • V- BLM VRM Class (very low) | 435 | 0 | 0 | 0 |
| • Unclassified BLM acres | 320,117 | 0 | 0 | 0 |
| • Very High-FS Scenic Integrity Level | 485,889 | 603,769 | 1,013,577 | 502,556 |
| • High- FS Scenic Integrity Level | 871,090 | 617,610 | 347,768 | 767,577 |
| • Medium-FS Scenic Integrity Level | 396,953 | 448,564 | 498,213 | 283,568 |
| • Low-FS Scenic Integrity Level | 107,404 | 194,903 | 5,249 | 311,106 |
| • Very Low-FS Scenic Integrity Level | 3,509 | 0 | 0 | 0 |
| **Total Acres** | **2,369,085** | **2,369,085** | **2,369,085** | **2,369,085** |

BLM_0031471

BLM_0031472

# APPENDIX G - BLANK (RESERVED)

BLM_0031473

BLM_0031474

# APPENDIX H – RESOURCE MANAGEMENT STIPULATIONS FOR NEW OIL AND GAS LEASES

BLM_0031475

BLM_0031476

## INTRODUCTION

Oil and gas leases issued pursuant to approval and implementation of the San Juan Plan Revision (SJPR) grant the lessee the right to extract the oil and gas resource on leased Bureau of Land Management (BLM) and U.S. Forest Service (FS) lands within the SJPL. BLM is the agency which issues leases for both BLM and FS lands. Section 6 of the BLM standard lease form contains terms which require the lessee to conduct operations in a manner that minimizes adverse environmental impacts, and to take reasonable measures deemed necessary by the BLM (and FS, when FS lands are leased) to accomplish this intent. For National Forest System lands, oil and gas leases also include a Notice for Lands of the National Forest System under Jurisdiction of the Department of Agriculture, which specifies protection measures for cultural and paleontological resources, Endangered or Threatened species. In addition to the **Standard Lease Terms**, there are two further processes to assure this accomplishment: **Special Lease Stipulations**, and **Conditions of Approval**. Special Lease Stipulations are applied at the lease issuance stage and are identified in this Plan. Conditions of Approval are imposed during the oil and gas permitting process, consistent with lease rights previously granted, and are not included in this Plan.

## Standard Lease Terms

All SJPL oil and gas leases are subject to standard lease terms. These are the least restrictive terms under which an oil and gas lessee may operate. They meet Energy Policy Act direction to encourage development of federal energy resources. They require operators of oil and gas leases to minimize adverse impacts to air, water, land, visual, cultural, and biological resources and to other land uses and users, and to comply with all applicable laws, regulations and formal orders of the agency managing the leased lands. With the exceptions noted below, leases with standard lease terms allow year-round occupancy and use of leased lands. These leases provide full access and the highest potential for discovery and development of oil and gas resources. They also contain the greatest uncertainty for lease operators because some potentially restrictive conditions may not be known until a site-specific field review of the leased lands is conducted. This generally does not occur until an application for a permit to drill is submitted. Lease notices may be included to warn a potential lessee of the likelihood of such conditions, but the extent and restrictive nature of the conditions is still not known at the lease issuance stage. Operations may be prohibited on the affected parts of the lease, or costs may substantially increase due to protective measures required to protect the resource.

Standard lease terms (regulations at 43 CFR 3101.1-2) allow the SJPL (acting through the BLM or FS) to mitigate potential resource effects by moving the proposed drill site up to 200 meters, or delaying proposed operations by up to 60 days. If these provisions will not accomplish the required resource protection, special lease stipulations are necessary.

## Special Lease Stipulations

Special lease stipulations are applied to an oil and gas lease if additional restrictions on the rights of lessees are required to protect environmental resources. Stipulations that would be applied to new oil and gas leases are described in this Appendix. Areas included within the various stipulations are shown in Figure H-1 (Oil and Gas Lease Stipulations).

Guidelines for application of special lease stipulations for BLM and FS lands are contained in the Uniform Format for Oil and Gas Leasing Stipulations (Rocky Mountain Regional Coordinating Committee, March 1989). Special lease stipulations for oil and gas operations are

BLM_0031477



# San Juan Public Lands
## Oil and Gas Leasing Stipulations

**Legend**

**Revised Oil and Gas Stipulations**
- Withdrawn From Leasing
- Proposed For Withdrawal
- Administratively Not Available For Leasing
- No Surface Occupancy
- Controlled Surface Use
- Controlled Surface Use and Timing Limitations
- Timing Limitations
- Standard Stipulations
- USFS/BLM - Ranger Districts / Field Office Boundary
- San Juan National Forest
- Cities and Towns
- Major Lakes
- Major Rivers
- State & Federal Highways

The USFS and BLM attempt to use the most current and complete geospatial data available. Geospatial data accuracy varies by theme on the map. Using this map for other than their intended purpose may yield inaccurate or misleading results. The USFS and BLM reserve the right to correct, update or modify geospatial inputs without notification.

JET
NAD 83, Polyconic Projection
November 8, 2007

Miles
0   5   10      20

BLM_0031478

imposed at the time of lease issuance. Three stipulations are used for oil and gas leases within the SJPL:

The stipulations and associated bases for granting exceptions, modifications, or waivers identified in this Appendix apply to all land uses and management actions for which the BLM has approval responsibility, not only to fluid minerals (oil and gas) development. Restrictions on these other lands uses or management activities would be imposed at the time of issuance of a specific permit or other approval.

It is important to note that the following stipulations apply only to new leases (issued after adoption of the SJPL Revised Plan). Existing leases are subject to the stipulations attached to them under the current Resource Management Plan (BLM, 1992) or Land Management Plan (FS, 1983).

**No Surface Occupancy (NSO)** – Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is prohibited to protect identified resource values. However, oil and gas under lands affected by NSO stipulation are legally available for extraction if extraction can be accomplished without occupying the surface (such as through directional drilling or draining the deposit from adjacent lands). Technological limitations and higher cost will affect the recovery of these resources, but they are available. Leasing with NSO meets Energy Policy Act direction to encourage development of federal energy resources.

The NSO stipulation is intended for application only where the SJPL determines that the standard lease terms are insufficient to provide the level of resource protection necessary to protect the public interest. An NSO stipulation is not needed if the desired level of protection can be accomplished by relocating a proposed facility or activity within the lease area or by avoiding that activity for a specified period.

The equivalent of an NSO for BLM land uses and activities other than oil and gas development is a NGD (No Ground Disturbance).

**Controlled Surface Use (CSU)** – Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is allowed (unless restricted by a Timing Limitation (TL) stipulation), but identified resource values require special operational constraints that may modify lease rights. A CSU stipulation allows the SJPL to require that a proposed facility or activity be relocated by more than 200 meters from the proposed location if necessary to achieve the desired level of protection. CSU provides operating guidance, but does not substitute for NSO or TL stipulations. CSU allows year-round occupancy and accessibility to leased lands while providing mitigation of effects on other resources. Leasing with CSU meets Energy Policy Act direction to encourage development of federal energy resources.

The CSU stipulation is intended for application where the SJPL determines the standard lease terms are insufficient to protect the public interest, but where an NSO is deemed overly restrictive. A CSU is not needed if relocating the proposed facility or activity by up to 200 meters would provide sufficient resource protection.

The equivalent of a CSU for BLM land uses and activities other than oil and gas development is a SSR (Site-Specific Relocation).

**Timing Limitation (TL)** – Use or occupancy of the land surface for fluid mineral (oil and gas) exploration or development is prohibited during a specified period of the year. The scope of the TL stipulation goes beyond ground-disturbing activities to encompass any source of protracted

BLM_0031479

or high-intensity disturbance that could interfere with normal wildlife behavior and adversely affect habitat use. The limitation is applied annually for a specified period lasting more than 60 days. The TL stipulation does not apply to the operation and maintenance of production facilities unless the analysis demonstrates the continued need for such mitigation and that less stringent project-specific mitigation measures (such as Conditions of Approval) would not be sufficient. The TL allows the SJPL to restrict exploration operations on leased lands for more than 60 days. The TL stipulation provides for partial accessibility for a portion of the year and maintains the potential for extraction of oil and gas, but may increase costs due to timing constraints (such as a short operating season). Leasing with TL meets Energy Policy Act direction to encourage development of federal energy resources.

A TL stipulation is intended for application where the SJPL deems that standard lease terms are insufficient to protect the public interest, but where an NSO is overly restrictive. A TL is not needed if restricting the proposed operations by up to 60 days would provide sufficient resource protection.

A TL requirement may also be applied to BLM land uses and activities other than oil and gas development.

**Exception, Modification and Waiver of Stipulations**

SJPL policies allow for the granting of exceptions, modifications, and waivers to stipulations on oil and gas leases, as laid out in Chapter IV, Section C.3, of BLM Handbook H-1624-1 (Planning for Fluid Mineral Resources). That handbook provides the following definitions:

- Exception – A one-time exemption from a stipulation that is determined on a case-by-case basis;

- Modification – A change to the provisions of a stipulation, either temporarily or for the term of the lease;

- Waiver – A permanent exemption to a stipulation.

Thus, an exception suspends the restrictions of a stipulation for a specified period of time, activity, or portion of the area where applied but remains in effect relative to other periods of time, activities, or areas where applied. A modification consists of a temporary or permanent change to a stipulation, such as a change in the areas, activities, or periods of time where applied, but does not eliminate the stipulation. A waiver permanently eliminates the restrictions of a stipulation, including all areas, activities, or periods of time to which applied.

Section C.3 of Chapter IV of BLM Handbook H-1624-1 states that "circumstances for granting a waiver, exception, or modification must be documented in the…plan amendment" and that the "plan amendment should also identify the documentation requirements for supporting a waiver, exception, or modification and any public notification associated with granting them." Based on these considerations, and on the regulatory requirements for granting waivers and modifications found at 43 Code of Federal Regulations (CFR) 3101.1-4, this SJPL Plan Revision includes the following requirements for granting an exception, modification, or waiver to an oil and gas lease stipulation:

- Granting an exception, modification, or waiver to a lease stipulation shall be limited to situations in which the authorized officer determines that (1) the factors that led to its inclusion in the lease have changed sufficiently to make it no longer justified, or (2)

BLM_0031480

granting of the exception, modification, or waiver as sought would not cause unacceptable impacts to the resource protected by the stipulation.

- Documentation requirements for granting an exception, modification, or waiver to a lease stipulation shall consist of written documentation by the BLM authorized officer, including, as appropriate, supporting documentation by a BLM resource specialist, representative of another resource management agency (e.g., U.S. Fish and Wildlife Service, U.S. Forest Service, or Colorado Division of Wildlife), or technical consultant, upon which the authorized officer relied in making his or her determination.

- If the authorized officer determines that a modification or waiver to a lease stipulation would be substantial, or that the stipulation involves an issue of major concern to the public, a period of at least 30 days of public review shall be provided prior to granting the modification or waiver.

- Granting an exception to a lease stipulation shall not require public notice.

**Lease Notice (LN) -** In addition to Standard Lease Terms and Special Lease Stipulations, the SJPL may attach a Lease Notice to the lease. The LN provides more detailed information concerning limitations that already exist in law, lease terms, regulation or operational orders. A Lease Notice also addresses special items the lessee should consider when planning operations, but does not impose new or additional restrictions beyond those already in the Standard Lease Terms or Special Lease Stipulations.

**Notice to Lessees (NTL)** – The NTL is not attached to a specific oil and gas lease. It is a written notice issued by the authorized officer, implementing regulations and operating orders and serving as instructions on specific items of importance within a specified area. The NTL does not impose new or additional restrictions on existing leases but may result in new restrictions on future leases.

BLM_0031481

**RESOURCE: MEXICAN SPOTTED OWL**

### No Surface Occupancy stipulation

*No surface occupancy or use is allowed on the lands described below:* Within designated protected activity centers (PACs) which include MSO sites known from 1989 through the life of the MSO Recovery Plan. PACs average about 600 acres in size and include the nest site and roost groves commonly used during the breeding season {source = Mexican Spotted Owl recovery plan}.

*For the purpose of:* Protection of the best available habitat for Mexican Spotted Owl in compliance with the Endangered Species Act to promote the long-term recovery of the species.

*Justification:*  The primary objective of this stipulation is to protect the best available habitat for MSO. Compliance with ESA and the Mexican Spotted Owl recovery plan requires that activities be restricted or modified so as not to cause adverse affects to the species or its habitat which may result in a "taking" as defined by ESA. This stipulation will help promote the long-term recovery of the species.

*Exceptions:* No exceptions will be allowed.

*Modifications*: Modification of this stipulation may be authorized if there is permanent or long-term loss of habitat.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031482

**RESOURCE: MEXICAN SPOTTED OWL**

***Controlled Surface Use stipulation***

*Surface occupancy or use is subject to the following special operating constraints:* USFWS protocol surveys will be required in suitable Mexican spotted owl habitat. If an owl is located, a PAC will be established and a No Surface Occupancy stipulation will be applied.

*On the lands described below:* Suitable Mexican spotted owl habitat as defined by the Mexican Spotted Owl Recovery Plan.

*For the purpose of*: Protection of the Mexican spotted owl in compliance with the Endangered Species Act.

*Exceptions:* Exceptions to this stipulation may be authorized if the affected area is determined not to be suitable habitat**.**

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031483

**RESOURCE: MEXICAN SPOTTED OWL**

*Timing Limitation stipulation*

*No surface use is allowed during the following time period (This stipulation applies to all lease activities):* April 1 – August 31.

*On the lands described below:* Within one-half mile of known nests.

*For the purpose of:* Protection of nesting habitat for the Mexican spotted owl in compliance with the Endangered Species Act.

*Exceptions:*

a. Timing Limitation does not apply to emergency repairs which will be authorized on a case-by-case basis.
b. The authorizing officer in consultation with US Fish & Wildlife Service may grant an exception to this stipulation if the operator submits a plan that demonstrates impacts from the proposed action are acceptable, and can be adequately mitigated.
c. Field verification documents that the site is not occupied during the current year or geographic features allow reduction of restricted area.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031484

RESOURCE: LYNX, LANDSCAPE LINKAGE, DENNING AND WINTER FORAGING HABITAT

**Controlled Surface Use stipulation**

*Surface occupancy or use is subject to the following special operating constraints:* Limitations on surface use and/or operational activities may be required. Timing limitations (especially during winter and/or in winter foraging habitat) and restrictions on snow compaction activities may be applied in consultation with US Fish & Wildlife Service as necessary to protect habitat and linkage area function and limit access by potential lynx competitors.

*On the lands described below:*

    a.  Within identified denning locations.
    b.  Within identified landscape linkage areas.
    c.  Outside identified landscape linkage areas but within denning and/or winter foraging habitat.

*For the purpose of:* Protection of lynx and lynx habitat in compliance with the Endangered Species Act.

*Exceptions:* Exceptions to this stipulation may be authorized if the affected area is determined not to be suitable habitat**.**

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031485

RESOURCE: LYNX DENNING SITES

***Timing Limitation stipulation***

*No surface use is allowed during the following time period (This stipulation applies to all lease activities):* March 1 – August 30.

*On the lands described below:* Within one mile of known den sites.

*For the purpose of:* Protection of denning habitat for Canada lynx in compliance with the Endangered Species Act.

*Exceptions:*

d.  Time Limitation does not apply to emergency repairs which will be authorized on a case-by-case basis.
e.  The authorizing officer in consultation with US Fish & Wildlife Service may grant an exception to this stipulation if the operator submits a plan that demonstrates impacts from the proposed action are acceptable, and can be adequately mitigated.
f.  Field verification documents that the site is not occupied during the current year or geographic features allow reduction of restricted area.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031486

**RESOURCE: UNCOMPAHGRE FRITILLARY BUTTERFLY (UFB)**

*No Surface Occupancy stipulation*

*No surface occupancy or use is allowed on the lands described below:* Within known suitable UFB habitat patches above 12,500 feet.

*For the purpose of:* Protection of the Uncompahgre fritillary butterfly in compliance with the Endangered Species Act.

*Justification:* The primary objective of this stipulation is to protect the currently limited habitat available for UFB. Compliance with ESA requires that activities be restricted or modified so as not to cause adverse affects to the species or its habitat which may result in a "taking" as defined by ESA. This stipulation will help promote the long-term recovery of the species.

*Exceptions:* No exceptions will be allowed.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031487

**RESOURCE: UNCOMPAHGRE FRITILLARY BUTTERFLY**

### Controlled Surface Use stipulation

*Surface occupancy or use is subject to the following special operating constraints:* US Fish & Wildlife Service protocol surveys will be required in potential Uncompahgre fritillary butterfly habitat. If suitable habitat is identified, a No Surface Occupancy stipulation will be applied.

*On the lands described below:* For potential habitat patches above 12,500 feet prior to surface-disturbing activities.

*For the purpose of:* Identifying suitable or occupied habitat of the Uncompahgre Fritillary Butterfly in compliance with the Endangered Species Act.

*Exceptions:* Exceptions to this stipulation may be authorized if the affected area is determined not to be suitable habitat**.**

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031488

RESOURCE: GUNNISON SAGE GROUSE (GSG)

**No Surface Occupancy stipulation**

*No surface occupancy or use is allowed on the lands described below:*

a. Within 0.6-mile radius of a known lek site.
b. Nesting habitat that is within 4.0 miles of a lek site.

*For the purpose of:* Protection of nesting and breeding Gunnison sage grouse in compliance with the Rangewide Conservation Plan.

*Justification:* Compliance with the Gunnison Sage Grouse Rangewide Conservation Plan. The GSG is a BLM and Forest Service Sensitive species and a Bird of Conservation Concern listed by the USFWS and the Colorado Partners in Flight Bird Conservation Plan. Habitat reduction and modification combined with low fertility rates have pushed raised concern for listing under the ESA. The above stipulations will help promote the long-term recovery of the species and help reduce the trend towards federal listing.

*Exceptions:* No exceptions will be allowed.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031489

## RESOURCE: GUNNISON SAGE GROUSE

### Controlled Surface Use stipulation

*Surface occupancy or use is subject to the following special operating constraint:* Surveys are required in potential Gunnison sage grouse habitat. If surveys result in a location of a lek site, a No Surface Occupancy stipulation will apply:

a.   Within 0.6-mile radius of a known lek site.
b.   Nesting habitat that is within 4.0 miles of a lek site.

*On the lands described below:* Nesting habitat within 4.0 miles of a lek site.

*For the purpose of:* Protection of nesting and breeding Gunnison Sage Grouse in compliance with the Rangewide Conservation Plan.

*Exceptions:* No exceptions will be allowed.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031490

**RESOURCE: GUNNISON SAGE GROUSE**

***Timing Limitation stipulation***

*No surface use is allowed during the following time period(s) (This stipulation does not apply to routine operation and maintenance of production facilities):* March 1 – June 30.

*On the lands described below:* Within 4.0 miles of the lek site.

*For the purpose of:* Protecting lek sites and nesting habitat for Gunnison sage grouse.

*Exceptions:* Exceptions to this stipulation may be authorized if the proposed use will not cause unacceptable disturbance to lek sites and nesting habitat.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031491

**RESOURCE: BALD EAGLE ROOST OR NEST SITE**

***No Surface Occupancy stipulation***

*No surface occupancy or use is allowed on the lands described below:*

    a.   Within one-quarter mile of a known bald eagle summer or winter roost or nest site.

    b.   Within up to one-half mile of the known bald eagle summer or winter roost or nest site if the proposed activity is within the direct line of sight.

*For the purpose of:* Protection of the bald eagle in compliance with the Bald and Golden Eagle Protection Act.

*Justification:* The above areas provide key nesting, roosting, perching, and foraging areas for bald eagles. Human intrusions into these areas may result in increased disturbances resulting in abandonment of the area, reduced habitat effectiveness, and unsuccessful breeding. The above stipulation will ensure compliance with the Bald and Golden Eagle Protection Act, and help maintain viable populations of this newly delisted species.

*Exceptions:* No exceptions will be allowed.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031492

**RESOURCE: BALD EAGLE**

***Timing Limitation stipulation***

*No surface use is allowed during the following time period:* Nov. 15 - March 15.

*On the lands described below:* Within one-half mile of a known bald eagle winter roost.

*For the purpose of:* Protecting bald eagle winter roost sites and compliance with the Bald and Golden Eagle Protection Act.

*Exceptions:* No activities other than routine well activities (activities that are conducted in the course of maintaining production operations at a well site such as daily site visits, minor repairs on surface equipment or removal of produced water by truck) shall take place within one-half mile of the bald eagle winter roost between Nov. 15 and March 15, unless approved by the authorized officer. Activities approved within one-quarter to one-half mile of the bald eagle winter roost between Nov. 15 and March 15 shall be restricted to a period between 9 a.m. and 3 p.m. local time.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031493

**RESOURCE: BALD EAGLE**

***Timing Limitation stipulation***

*No surface use is allowed during the following time period(s) (This stipulation does not apply to routine operation and maintenance of production facilities):* Nov. 15 - July 31

*On the lands described below:* Within one-half mile of a known bald eagle nest or summer roost site.

*For the purpose of:* Protecting bald eagle nest and compliance with the Bald and Golden Eagle Protection Act.

*Exceptions:* Exceptions to this stipulation may be authorized during years when a nest site is unoccupied by or after May 15 the timing limitation may be suspended. It may also be suspended once the young have fledged and dispersed from the nest.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031494

**RESOURCE: PEREGRINE FALCON**

***No Surface Occupancy stipulation***

*No surface occupancy or use is allowed on the lands described below:* Within one-half mile radius of the nesting ledge or eyrie.

*For the purpose of:* Protection of the peregrine falcon in compliance with the Migratory Bird Treaty Act.

*Justification:* The peregrine falcon is listed as a BLM and Forest Service Sensitive species and a Bird of Conservation Concern listed by the USFWS and the Colorado Partners in Flight Bird Conservation Plan. Peregrine falcons are highly sensitive to human disturbances; therefore minimal disturbance zones are needed around nest sites to prevent abandonment and desertion of established territories.

*Exceptions:* No exceptions will be allowed.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031495

RESOURCE: PEREGRINE FALCON

**Controlled Surface Use stipulation**

*Surface occupancy or use is subject to the following special operating constraints:* Surveys are required in potential peregrine falcon nesting habitat. If surveys result in a location of a nest site, a No Surface Occupancy stipulation will apply within one-half mile radius of the nesting ledge or eyrie.

*On the lands described below*: Suitable cliff sites.

*For the purpose of:* Protection of the peregrine falcon in compliance with the Migratory Bird Treaty Act.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031496

**RESOURCE: BIG GAME PARTURITION**

***Timing Limitation stipulation***

*No surface use is allowed during the following time period) (This stipulation does not apply to routine operation and maintenance of production facilities):*

> a. For pronghorn fawning areas: May 1 -- July 15
> b. For elk calving areas (CDOW Production Areas): April 15 to June 30
> c. For Rocky Mountain bighorn sheep lambing: March 16 – May 30
> d. For desert bighorn sheep lambing: February 1 to June 30

*On the lands described below:* As defined by the Colorado Division of Wildlife and SJPL wildlife biologist.

*For the purpose of:* Protecting parturition areas.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031497

**RESOURCE: ELK/DEER WINTER RANGE**

*Timing limitation stipulation*

*No surface use is allowed during the following time period (This stipulation does not apply to routine operation and maintenance of production facilities):* Dec. 1 - April 30.

*On the lands described below:* Elk/deer severe winter range and winter concentration areas as defined by the Colorado Division of Wildlife and SJPL wildlife biologist.

*For the purpose of:* Protecting elk/deer severe winter range and winter concentration areas.

*Exceptions:* Under mild winter conditions when animals are less likely to be present on winter range, the seasonal limitation period may be suspended through December 31. The suspension will be based on severity of the winter and distribution of animals in consultation with the CDOW on the basis of weather patterns, snow depth, snow depth at higher elevation, snow crusting, daily mean temperatures, and animal distribution. No exceptions will be authorized between January 1 and April 30.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031498

**RESOURCE: DESERT BIGHORN SHEEP LAMBING AREA**

***Timing Limitation stipulation***

*No surface use is allowed during the following time period:* Feb. 1 – June 30.

*On the lands described below:* From a point approximately one mile downstream from Snaggletooth Rapid, to a point approximately one mile upstream from Disappointment Creek (Source: Dolores River Corridor Management Plan 1990).

*For the purpose of:* Protecting desert bighorn sheep lambing area.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031499

**RESOURCE: ROCKY MOUNTAIN BIGHORN SHEEP OVERALL RANGE**

***Timing Limitation Stipulation***

*No surface use is allowed during the following time period (This stipulation does not apply to routine operation and maintenance of production facilities):* November 15 – June 15.

*On the lands described below:* As defined by the Colorado Division of Wildlife and SJPL wildlife biologist.

*For the purpose of:* Protecting sheep from disturbance.

*Exceptions:* No exceptions will be allowed.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031500

RESOURCE: NORTHERN GOSHAWK

**No Surface Occupancy stipulation**

*No surface occupancy or use is allowed on the lands described below:* In occupied nest areas that generally contain one to several nests (alternate nests). Nest areas are normally 25-30 acres in size. Nest area boundaries and occupancy will be determined by wildlife biologist.

*For the purpose of:* Protection of nesting and foraging areas for goshawk.

*Exceptions:* No exceptions will be allowed.

*Justification:* The northern goshawk is listed as a BLM and Forest Service Sensitive species. The species is highly sensitive to human disturbance and activities that alter habitat within nest areas. The above stipulation will protect important nesting and foraging areas for goshawk and help prevent a trend towards federal listing.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031501

RESOURCE: NORTHERN GOSHAWK

**Controlled Surface Use Stipulation**

*Surface occupancy or use is subject to the following special operating constraints.* Surveys will be required in suitable goshawk habitat. If a nest site is located a No Surface Occupancy stipulation will be applied in an approximate 25-30 acre nest area.

*On the lands described below*: Suitable goshawk habitat as defined by Management Recommendations for the Northern Goshawk in the Southwestern United States (Source: GTR RM-217).

*For the purpose of:* Protection of northern goshawk nest areas.

*Exceptions:* Exceptions to this stipulation may be authorized if the affected area is determined not to be suitable habitat.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031502

RESOURCE: NORTHERN GOSHAWK

### Timing Limitation stipulation

*No surface use is allowed during the following time period:* March 1 to Aug. 15.

*On the lands described below:* Within one-half mile radius of occupied northern goshawk nest areas.

*For the purpose of:* Reducing adverse disturbances to northern goshawks during the breeding season.

*Exceptions:* Exceptions to this stipulation may be authorized if the site is determined to be unoccupied during the breeding season.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031503

**RESOURCE: RAPTORS (GOLDEN EAGLE AND OSPREY, ALL ACCIPITERS; PEREGRINE AND PRAIRIE FALCON; BUTEOS; AND OWLS)**

***Timing Limitation stipulation***

*No surface use is allowed during the following time period:* Feb.1 – Aug. 15.

*On the lands described below:* Within one-quarter-mile radius around the nest site.

*For the purpose of:* Protecting raptors from disturbance.

*Exceptions:* Exceptions to this stipulation may be authorized if the site is determined to be unoccupied during the breeding season, or unoccupied by or after May 15. Nest activity will be verified by inventorying the site at one week intervals for a period of three weeks (i.e. three visits). Surveys must be done during the year of activity by a qualified biologist. The timing limitation may also be suspended once the young have fledged and dispersed from the nest areas.

*Exceptions:* For Burrowing Owl, the affected area may be reduced based on review by the wildlife biologist.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031504

**RESOURCE: BATS**

### No Surface Occupancy stipulation

*No surface occupancy or use is allowed on the lands described below:* Within one-quarter mile radius of known maternity roosts, hibernacula or roost trees of BLM and Forest Service sensitive bat species.

*For the purpose of:* Protection of sensitive bat species' maternity roosts, roost trees and hibernacula.

*Justification:* Woodlands including pinyon-juniper and coniferous and riparian areas adjacent to old mine adits and caves provide important roosting and foraging habitat for BLM and Forest Service sensitive bat species, one of which is a Colorado State Species of Concern. Protection of habitat in these areas can help prevent a trend towards federal listing and contribute to conservation of the species.

*Exceptions:* Exceptions to this stipulation may be authorized if field verification documents that the site is not occupied during the current year or geographic features allow reduction of restricted area.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031505

**RESOURCE: COLORADO RIVER CUTTHROAT TROUT**

### *No Surface Occupancy stipulation*

*No surface occupancy or use is allowed on the lands described below:* Within one-quarter mile of known pure populations.

*For the purpose of:* protection of existing Colorado River cutthroat trout populations.

*Justification:* to assist in the recovery and conservation of Colorado River cutthroat trout populations in accordance with the 2001 Conservation Agreement and Strategy for the States of Colorado, Utah, and Wyoming. This species is both a Forest Service and BLM Sensitive Species. The Colorado River cutthroat trout is the only salmonid species native to western Colorado. Populations of cutthroat have declined over the past 100 years to where they now occur less than 5% of the area once occupied. The introduction of non-native trout species is the primary cause of the decline of endemic cutthroats. However, a variety of land management activities, resulting in the loss or degradation of their habitat, have also contributed to the declines. The declines have been so severe that this subspecies of cutthroat has been petitioned for listing under ESA. The above stipulation will help promote the long-term recovery of the species and help reduce the trend towards federal listing.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031506

**RESOURCE: COLORADO RIVER CUTTHROAT TROUT**

*Controlled Surface Use Stipulation*

*Surface occupancy or use is subject to the following special operating constraints:* Surveys will be required in suitable Colorado River cutthroat trout habitat. If the species is found, a No Surface Occupancy stipulation will be applied within one-quarter mile of known pure populations.

*On the lands described below:* Potential habitat for Colorado River Cutthroat Trout.

*For the purpose of:* Protecting Colorado River Cutthroat Trout habitat.

*Exceptions:* Exceptions to this stipulation may be authorized if the affected area is determined not to be suitable habitat.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031507

**RESOURCE: WILD HORSE HERD FOALING AREA**

***Timing Limitation stipulation***

*No surface use is allowed during the following time period (This stipulation does not apply to routine operation and maintenance of production facilities):* March 2 – June 30

*On the lands described below:* Spring Creek Basin Herd Management Area.

*For the purpose of:* Protecting wild horse foaling.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031508

RESOURCE: WATER SOURCES IN WILD HORSE HERD AREA

**Controlled Surface Use Stipulation**

*Surface occupancy or use is subject to the following special operating constraints:* No motorized or surface-disturbing activities.

*On the lands described below:* Within a 2,000-foot radius around water sources in the Spring Creek Basin Herd Management Area.

*For the purpose of:* Preventing any disruption to horses when seeking water sources and to protect quality of water source.

*Waiver:* A waiver of this stipulation may be granted by the authorized officer if the operator submits a plan that demonstrates that impacts from the proposed action are minimal or can be adequately mitigated.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031509

RESOURCE: COLUMBIAN SHARP-TAILED GROUSE DISPLAY GROUNDS

***Timing Limitation stipulation***

*No surface use is allowed during the following time period (This stipulation applies to drilling, testing, new construction projects, and to workover operations. This does not apply to emergency repairs):* March 1 -- June 15.

*On the lands described below:* Within an area of one mile in radius or by line of sight from the center of active sharp-tailed grouse display grounds.

*For the purpose of:* Preventing abandonment of display grounds and reducing reproductive success.

*Exceptions:* Exceptions to this stipulation may be authorized if the operator submits a plan that demonstrates impacts from the proposed action are acceptable or can be adequately mitigated. An exception may be authorized if the display ground has not been used by May 1 of the current year.

*Modifications:* The boundaries of the stipulated area may be modified if the authorizing officer determines that portions of the area do not include display grounds that have been used during the last two breeding seasons.

*Waivers:* This stipulation may be waived if the authorized officer determines conditions have changed and all display grounds within the leasehold or within the stipulated distance from the leasehold have not been used during the past two breeding seasons.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031510

## RESOURCE: OLD GROWTH

### No Surface Occupancy stipulation

*No surface occupancy or use is allowed on the lands described below:* Within areas known, mapped or identified during lease or project-level analysis.

*For the purpose of:* Avoiding areas of ponderosa-pine old growth, warm dry mixed-conifer old growth, and pinyon-juniper old growth.

*Justification:* Old Growth ponderosa-pine and warm dry mixed-conifer forests, and old growth pinyon-juniper woodlands have high ecological values and are relatively uncommon on SJPL due, in part, to past human-caused disturbances. Since old growth forests and woodlands take hundreds of years to develop, they are virtually irreplaceable in terms of human lifetimes.

The National Forest Management Act (1976) states that forest plans must "provide for the diversity of plant and animal communities". The National Environmental Policy Act of 1969 promotes efforts which will prevent or eliminate damage to the environment and biosphere, and enrich the understanding of the ecological systems and natural resources important to the Nation.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031511

RESOURCE: INVASIVE SPECIES

**Controlled Surface Use stipulation**

*Surface occupancy or use is subject to the following special operating constraints:* An invasive species management plan must be approved by the authorized officer before activities begin.

*On the lands described below:* In areas of inventoried or treated invasive species or if invasive species are found during leasing or project-level analysis.

*For the purpose of:* Managing invasive species.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031512

**RESOURCE: CHIMNEY ROCK ARCHEOLOGICAL AREA**

***Controlled Surface Use stipulation***

*Surface occupancy or use is subject to the following special operating constraints:* A foreground and middle ground viewshed management plan will be approved by the authorized officer before activities begin.

*On the lands described below:* Mapped area of the Chimney Rock viewshed.

*For the purpose of:* Protecting the scenic and cultural integrity of the archeological viewsheds for Chimney Rock. This Archaeological Area contains world class resources that have unique archaeological, cultural and landscape features that are integral to the site's integrity of setting, feeling, and association that oil and gas leasing would be detrimental to, and would not be able to be mitigated.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031513

**RESOURCE: ARCHEOLOGICAL AREAS**

***No Surface Occupancy stipulation***

*No surface occupancy or use is allowed on the lands described below.*  Areas as mapped for:

- o   Spring Creek National Register District
- o   Lost Canyon National Register District
- o   Saul's Creek Proposed National Register District
- o   Peterson Gulch Proposed National Register District
- o   Turkey Creek Proposed National Register District
- o   Armstrong Ritter Proposed National Register District
- o   Mesa Verde Escarpment
- o   Anasazi remnant, aka Mud Springs
- o   Bull Canyon Rock Shelter
- o   Indian Henry's Cabin

*For the purpose of:* Protecting the outstanding archeological values and landscapes; surface development of oil and gas leases would result in impacts to these important non-renewable resources. These areas contain concentrations of highly significant resources which have been listed as National Register Districts or have been proposed as National Register Districts.  The Mesa Verde Escarpment and the Anasazi Remnant aka Mud Springs were initially slated for inclusion in the Canyon of the Ancients National Monument.  They were excluded because they were discontinuous parcels and other management concerns.  However, the archaeological sites on these lands are of equal significance and concentration as those with the Canyon of the Ancients National Monument. Because of their significance and sensitivity, Bull Canyon Rock Shelter and Indian Henry's Cabin were designated as No Surface Occupancy in the 1985 San Juan/San Miguel RMP.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031514

**RESOURCE: HORSE RANGE MESA PALEONTOLOGICAL SITE**

### No Surface Occupancy stipulation

*No surface occupancy or use is allowed on the lands described below:* Area as mapped for Horse Range Mesa paleontological site.

*For the purpose of:* Protecting the Horse Range Mesa vertebrate fossil resource.

*Justification:* The Horse Range Mesa Paleontological site has been recognized (BLM, 1990; O'Neill, 1989; Stadtman, 1989) for the significance of the non-renewable vertebrate fossil resource where development has the potential to cause irreversible disturbance and damage. A NSO stipulation has been in effect since 1991 with the approval of the Oil & Gas amendment to the San Juan/San Miguel Resource Management Plan.  Authority for this protection is the American Antiquities Act of 1906 (16 USC 431-433).

*Exceptions:* Exceptions to this stipulation may be authorized for accredited paleontological excavations to recover all vertebrate fossils to the point of scientific insignificance.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031515

**RESOURCE: INVENTORIED ROADLESS AREAS**

**No Surface Occupancy stipulation**

*No surface occupancy or use is allowed on the lands described below:* All inventoried roadless areas (per the 2006 Inventory).

*For the purpose of:* To maintain roadless values and character.

*Justification:* Oil and gas development is incompatible with the desired condition of these core undeveloped areas.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031516

**RESOURCE: SLOPES GREATER THAN 40 PERCENT**

***No Surface Occupancy stipulation***

*No surface occupancy or use is allowed on the lands described below:* Slopes greater than 40 percent.

*For the purpose of:* Avoiding soil surface erosion and landslides.

*Justification:* The potential for soil surface erosion and landslides increases as slopes increase. Slopes greater than 40 percent tend to have high to very high potential for soil surface erosion and landslides when they are disturbed by ground disturbing activities. Soil surface erosion and landslides often result in a loss of soil and site productivity.

The National Forest Management Act (1976) requires us to "insure the effects of each management system will not produce substantial and permanent impairment of the productivity of the land." The Multiple Use Sustained Yield Act (1960) established that the sustained yield of goods and services must be conducted without permanent impairment to the productivity of the land.

*Exceptions:* Exceptions to this stipulation may be authorized if the operator submits a plan that demonstrates impacts from the proposed action are acceptable or can be adequately mitigated.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031517

**RESOURCE: SLOPES OF 25 TO 40 PERCENT**

***Controlled Surface Use stipulation***

*Surface occupancy or use is subject to the following special operating constraints:* An operating plan which demonstrates that operations can be conducted without causing unacceptable impacts, must be approved by the authorized officer before activities begin.

*On the lands described below:* Slopes between 25 and 40 percent.

*For the purpose of:* Avoiding soil surface erosion and other unacceptable impacts.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031518

RESOURCE: AREAS PRONE TO LANDSLIDES

*No Surface Occupancy stipulation*

*No surface occupancy or use is allowed on the lands described below:* SJPL Soil Survey Soil map units 254, 386, 606, 720, 926, 20511D, 30506D, 34301D, 34306D, 34506D, 50803D, 50806D, 70806D, 70807D, 74803D, 80604D, 80803D, and 80804D.

*For the purpose of:* Avoiding soils prone to surface erosion and landslides.

*Justification:* The potential for soil surface erosion and landslides is high to very high for the lands associated with the soil map units listed above, especially when those lands are disturbed by ground disturbing activities. Soil surface erosion and landslides often result in a loss of soil and site productivity.

The National Forest Management Act (1976) requires us to "insure the effects of each management system will not produce substantial and permanent impairment of the productivity of the land." The Multiple Use Sustained Yield Act (1960) established that the sustained yield of goods and services must be conducted without permanent impairment to the productivity of the land.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031519

RESOURCE: GYPSUM SOILS

**Controlled Surface Use stipulation**

*Surface occupancy or use is subject to the following special operating constraints:* An operating plan which demonstrates that all new ground-disturbing activities are located away from gypsum soil locations must be approved by the authorized officer before activities begin.

*On the lands described below:* Lands with gypsum soils and adjacent lands within 200 meters of them.

*For the purpose of:* Preventing impacts to the sensitive gypsum soils and the rare biota associated with them.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031520

**RESOURCE: WETLANDS, FLOODPLAINS, RIPARIAN AREAS, WATER INFLUENCE ZONES, AND FENS**

### No Surface Occupancy stipulation

*No surface occupancy or use is allowed on the lands described below:* Wetlands, floodplains, riparian areas, water influence zones, and fens, and lands adjacent to them within a 100-meter buffer from the edge of the hydrophytic vegetation.

*For the purpose of:* Maintaining water quality and protecting the hydrologic and ecological integrity of riparian areas and wetlands.

*Justification:* Wetlands, floodplains, riparian areas, water influence zones, and fens represent a very important ecological component of the SJPL. They store water, stabilize valley floors, enhance water quality, provide recreation and esthetic values, provide biological diversity, and provide wildlife species with habitat, water, food, cover, and travel routes. They are easily disturbed by ground disturbing activities that can cause soil erosion, soil compaction, and adverse changes to the hydrologic function that is so important to maintaining the hydrologic and ecological integrity of these lands.

Executive Order 11990 (Protection of Wetlands) requires each federal agency to provide leadership and to take action to minimize the destruction, loss or degradation of wetlands, and to preserve and enhance the natural and beneficial values of wetlands. The National Environmental Policy Act of 1969 promotes efforts which will prevent or eliminate damage to the environment and biosphere, and enrich the understanding of the ecological systems and natural resources important to the Nation.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031521

**RESOURCE: GLADE LAKE WETLAND EXCLOSURE AREA**

**No Surface Occupancy stipulation**

*No surface occupancy or use is allowed on the lands described below:* The approximately 225-acre Glade Lake wetland exclosure area, including the wetlands, riparian areas, water influence zones, uplands and archeological sites.

*For the purpose of:* Protecting important wetlands and associated uplands for waterfowl nesting and important archeological sites.

*Justification:* The exclosure area is fenced to preclude any ground-disturbing activity and to restore the area's resources.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031522

**RESOURCE: DOLORES RIVER CANYON**

***No Surface Occupancy stipulation***

*No surface occupancy or use is allowed on the lands described below:* Area as mapped for the Dolores River Canyon.

*For the purpose of:* Protecting the natural character and the roadless, recreation and scenic values of the canyon area.

*Justification:* Oil and gas development is incompatible with the resource values of this unique landscape, including proposed Wild & Scenic River status, important cultural sites, outstanding scenery, recreation experience, and rare plant communities.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031523

RESOURCE: WILD AND SCENIC RIVERS

**No Surface Occupancy stipulation**

*No surface occupancy or use is allowed on the lands described below:* Lands within one-quarter mile on either side of eligible Wild and Scenic River segments.

*For the purpose of:* Protecting Wild and Scenic River characteristics of suitable streams and rivers.

*Justification:* It is required in planning to analyze the effects of land management on potential wild and scenic rivers. We have made a preliminary administrative recommendation of suitability for various rivers to protect their outstandingly remarkable river-related values. The ¼ mile corridor is the same as the Wild and Scenic river analysis corridor, as recommended in FSM 1909.12, Chapter 80. BLM guidance is similar.

Interim management is directed in FSM19.09.12 as follows: "Leases, licenses, and permits under mineral leasing laws are subject to conditions necessary to protect the values of the river corridor in the event it is subsequently included in the National System." NSO is necessary to protect the scenery, recreation, wildlife, fish, cultural and/or ecological values that make the river suitable for inclusion in the National Wild and Scenic River System.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031524

**RESOURCE: DESIGNATED SCENIC, RECREATION AND HISTORIC TRAILS**

***No Surface Occupancy stipulation***

*No surface occupancy or use is allowed on the lands described below:* Within the identified foreground viewshed, up to one-half mile on either side of the following designated trails: Old Spanish Trail, Continental Divide Trail, Colorado Trail, Calico Trail, Highline Loop Trail, and Petroglyph Point.

*For the purpose of:* Preserving and protecting designated national scenic, historic or recreation trails and the existing scenic character of the landscapes through which the trails pass.

*Justification:* The purpose of this stipulation is to protect the integrity of the viewshed of the scenic and cultural landscapes along these significant special designation routes. Typically these foreground viewsheds are the most sensitive in terms of visitor expectations for high quality scenery and an environment that is compatible with the special trail designation. The visible evidence of oil and gas development is inconsistent with the maintenance of high scenic integrity in the foreground of these trails.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031525

**RESOURCE: DEVELOPED RECREATION SITES**

### No Surface Occupancy stipulation

*No surface occupancy or use is allowed on the lands described below:* Within the identified foreground viewshed, up to one-quarter mile around developed recreation sites.

*For the purpose of:* Protecting the public's opportunity for a quality recreation experience.

*Justification:* The purpose of this stipulation is to maintain an overall high quality recreation setting associated with developed recreation sites on FS and BLM lands. The existing condition of most of these developed sites currently meets, in most locations, a predominantly natural environment with a predominantly natural soundscape. If there are deviations, they are the result of the recreation development itself, the access to it, or adjacent pastoral elements such as grazing or ranching. The industrial effects of oil and gas development, including facilities and noise, are typically inconsistent with a high quality recreation setting. People seek natural soundscapes and natural environments, and do not want to have industrial components visible or audible in the landscape. Oil and gas development effects are inconsistent with the maintenance of the Roaded Natural ROS Class, which is typical of most developed recreation sites on the SJPL. Roaded Natural settings have a predominantly natural appearing environment.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031526

RESOURCE: ADMINISTRATIVE SITES

**No Surface Occupancy stipulation**

*No surface occupancy or use is allowed on the lands described below:* Within one-quarter mile radius around administrative sites.

*For the purpose of:* Protecting public infrastructure and investments.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

*Justification:* Oil and gas development is incompatible with protecting public investment and infrastructure.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031527

**RESOURCE: DESIGNATED STRUCTURED RECREATION MANAGEMENT AREAS**

***Controlled Surface Use stipulation***

*Surface occupancy or use is subject to the following special operating constraints:* An operating plan which demonstrates that all activities are compatible with public recreation activity, must be approved by the authorized officer before activities begin.

*On the lands described below:* Within the boundaries of the following Structured Recreation Management Areas: Durango, Cortez, Dolores River and Silverton.

*For the purpose of:* Meeting the desired recreation setting prescriptions and scenic resource objectives within established areas.

*Justification:* This stipulation is to assure that adequate site selection and planning, design and mitigation is applied on a site specific basis within SRMA landscapes. SRMAs are landscapes where people have a high concern for the quality of the recreation experience, setting and where, active resource management is allowed but mitigated to limit the affect to the scenic and recreation setting. Often resource management actions other then for recreation are highly controversial, so this CSU also serves as notice to the leasee that additional plan and mitigation will be necessary before surface disturbing actives take place.

It is assumed that receptionists in these SRMAs do not expect or value the industrial character of oil and gas development facilities visible or audible from their recreation site or activity. Therefore, a CSU is a tool to encourage active site specific design on oil and gas projects which addresses the desired conditions identified in the Plan for all aspects of the recreation setting (ROS) within these areas.

*Exceptions:* The authorizing officer may grant an exception to this stipulation if the operator submits a plan that demonstrates impacts from the proposed action are acceptable to the primary use groups, can be adequately mitigated, or that the recreation use within the leasehold is inactive.

*Modification:* The boundary of the stipulated areas may be modified by the authorized officer through a land use plan amendment or a site-specific NEPA decision that is based on a programmatic recreation activity plan, an area recreation management plan, or a scenic inventory and assessment.

*Waivers:* This stipulation may be waived by the authorized officer only through a land use plan amendment.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031528

**RESOURCE: NATIONAL SCENIC BYWAYS, ALL AMERICAN ROADS AND BACKCOUNTRY BYWAYS.**

*No Surface Occupancy stipulation*

*No surface occupancy or use is allowed on the lands described below:* Within one-half mile of the San Juan Skyway, Trail of the Ancients and the Alpine Loop Back Country Byway.

*For the purpose of:* Protecting the scenic integrity of the San Juan Skyway scenic byways.

*Justification:* The purpose of this stipulation is to protect the integrity of the viewshed of the scenic and cultural landscapes along these significant special designation routes. Typically these foreground viewsheds are the most sensitive in terms of visitor expectations for high quality scenery and an environment that is compatible with the special route designation. The visible evidence of oil and gas development is inconsistent with the maintenance of high scenic integrity in the foreground of these trails. Industrial development associated with fluid minerals development is not a valued cultural element in the viewshed.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031529

**RESOURCE: MANAGEMENT AREA FOUR – RECREATION-EMPHASIS CORRIDORS**

***No Surface Occupancy stipulation***

*No surface occupancy or use is allowed on the lands described below:* Within one-half mile on either side of the following mapped Management Area 4 corridors:

- o East Fork Road
- o West Fork Road
- o First Notch Road
- o Piedra Road and Poison Park Road
- o Lime Creek Road
- o South Mineral Road
- o La Plata Canyon Road
- o West Dolores Road
- o Durango-Silverton Narrow Gauge Railroad

*For the purpose of:* Protecting the scenic integrity of popular scenic drives.

*Justification:* These corridors are typically designated as Roaded Natural ROS Class. This means that there is a setting objective for a predominantly natural appearing environment as viewed from the access corridor itself. Oil and gas development is typically incompatible with the maintenance of a natural appearing foreground viewshed.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031530

**RESOURCE: HIGH SCENIC INTEGRITY OBJECTIVE AND VISUAL RESOURCE MANAGEMENT CLASS II AREAS**

***No Surface Occupancy stipulation***

*No surface occupancy or use is allowed on the lands described below:* The map of foreground areas with a High Scenic Integrity Objective (SIO) or Visual Resource Management (VRM) Class II.

*For the purpose of:* Protecting the scenic values of these areas.

*Justification:* The Plan area has been inventoried to establish "viewer concern levels" for recreation site, travel corridor, and other recreation viewer locations (refer to inventory report in the project file for full descriptions and maps). A map has been created to show the location of these "viewer platforms" and to show the associated concern level and visibility. Each Plan alternative assigns an overall scenic objective to each management area. Within Management areas assigned a high SIO or a VRM Class II Area, Concern Level 1 viewer locations with a mapped foreground viewshed are assigned the NSO stipulation.

These are the areas where viewers have an expectation for high scenic integrity within the foreground viewshed, and where the landscape is to be managed for an overall high scenic integrity objective.

Oil and gas development is typically incompatible with the maintenance of a high scenic integrity and generally inconsistent with protection of valued cultural viewsheds. Oil and gas development typically introduces industrial facilities and ground disturbance which contrast with natural features.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031531

RESOURCE: MODERATE SCENIC INTEGRITY AREAS AND VISUAL RESOURCE MANAGEMENT CLASS III AREAS

### Controlled Surface Use stipulation

*Surface occupancy or use is subject to the following special operating constraints:* An operating plan consistent with the area's Desired Conditions for scenery must be approved by the authorized officer prior to operation.

*On the lands described below:* Mapped foreground areas with Visual Resource Management Class III or Moderate Scenic Integrity Objective.

*For the purpose of:* Meeting the desired recreation setting prescriptions and scenic resource objectives within established areas.

*Justification:* The importance of this stipulation is to assure that adequate site selection and planning, design and mitigation are applied on a site specific basis within landscapes that have these scenery objectives. These locations are places where people have a high or moderate concern for scenic quality and where, generally, active resource management is allowed and may affect the scenic and recreation setting.

It is assumed that recreationists in these settings do not expect or value the industrial character of oil and gas development facilities visible or audible from their recreation site or activity. Therefore, a CSU is a tool to encourage active site specific design on oil and gas projects which address the Plans desired conditions for scenery and recreation.

The areas for this stipulation include Concern Level I and II locations within Management Areas assigned a Moderate Scenic Integrity Objective or a VRM Class III. These areas have been mapped as part of the scenery inventory for the Plan and additional information is in the Inventory report in the project record.

*Modification:* The boundary of the stipulated areas may be modified by the authorized officer through a land use plan amendment or a site-specific NEPA decision that is based on a scenic inventory and assessment.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031532

**RESOURCE: MANAGEMENT AREA 1 – NATURAL PROCESSES DOMINATE: OTHER LANDS**

### No Surface Occupancy stipulation

*No surface occupancy or use is allowed on the lands described below:* Areas designated as Management Area 1 – Natural Processes Dominate, excluding designated Wilderness, Wilderness Study Areas, or lands recommended for wilderness.

*For the purpose of:* Protecting the natural, unaltered landscape values and ecological integrity of these areas.

*Justification:* Management area 1 outside of designated Wilderness and Wilderness Study Areas is important as part of the vision of the SJPL's vast undeveloped lands.  Leasing within these undeveloped (roadless) areas while maintaining the natural characteristics of the area requires an NSO.  While it is conceivably that exploration and development of oil and gas can take place without a road system there would still be ancillary development such as; drilling platforms, and should the well go into production there would be facilities to move product from the well head to collection facilities either by pipeline or trucking.  Any of these development scenarios would degrade the naturalness of the area.  There are no administrative restrictions or mitigation that would both protect the resource and allow for development.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031533

RESOURCE: SPECIAL BOTANICAL AREA

**No Surface Occupancy stipulation**

*No surface occupancy or use is allowed on the lands described below:* Botanical area boundaries for:

- o   O'Neal Hill
- o   Chattanooga Fen
- o   Burro Bridge Fen

*For the purpose of:* Protecting the unique plant assemblages that warrant special botanical area designation.

*Justification:* The special botanical areas listed above contain rare plant species including Region 2 Sensitive Species. Ground disturbing activities can cause adverse effects, including mortality, to these rare plants. They can also cause soil erosion and soil compaction to these lands and the habitat they provide for the rare plant species, which also can lead to adverse effects, including mortality, to the rare plants.

Fens represent a very important ecological component of the SJPL. They store water, stabilize valley floors, enhance water quality, provide recreation and esthetic values, provide biological diversity, and provide wildlife species with habitat, water, food, cover, and travel routes. They are easily disturbed by ground disturbing activities that can cause soil erosion, soil compaction, and adverse changes to the hydrologic function that is so important to maintaining the hydrologic and ecological integrity of these lands.

Executive Order 11990 (Protection of Wetlands) requires each federal agency to provide leadership and to take action to minimize the destruction, loss or degradation of wetlands, and to preserve and enhance the natural and beneficial values of wetlands. The National Environmental Policy Act of 1969 promotes efforts which will prevent or eliminate damage to the environment and biosphere, and enrich the understanding of the ecological systems and natural resources important to the Nation. The Forest Service Manual states that Sensitive species of native plant and animal species must receive special management emphasis to ensure their viability and to preclude trends toward endangerment that would result in the need for Federal listing as endangered or threatened under the Endangered Species Act.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031534

**RESOURCE: RESERVOIRS**

***No Surface Occupancy stipulation***

*No surface occupancy or use is allowed on the lands described below:* Reservoirs and land within one-quarter mile from the shoreline.

*For the purpose of:* Protecting the scenic values associated with the reservoir and its shoreline.

*Justification:* Oil and gas development is incompatible with the emphasized use of these areas.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031535

**RESOURCE: VARIOUS PLANT AND ANIMAL SPECIES**

***Controlled Surface Use stipulation***

*Surface occupancy or use is subject to the following special operating constraints:* Surveys are required and stipulations may apply if resource is found.

*On the lands described below:* Potentially suitable habitat for federally threatened and endangered Species, BLM special status species and Forest Service sensitive species.

*For the purpose of:* Protecting federally threatened and endangered species, BLM special status species and Forest Service sensitive species.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031536

**RESOURCE: EXISTING AND PROPOSED RESEARCH NATURAL AREAS**

***No Surface Occupancy stipulation***

*No surface occupancy or use is allowed on the lands described below:* Narraguinnep and Williams Creek RNAs and proposed RNAs.

*For the purpose of:* Protecting the ecological integrity of existing RNAs and of those proposed for RNA designation.

*Justification:* Research natural areas (RNAs) are areas designated to maintain biological diversity on National Forest System Lands. They play a key role in adaptive management and represent relatively natural, unaltered ecosystems that serve as reference areas that allow managers to assess the consequences of management actions on other similar lands. Ground disturbing activities including road and well pad construction can eliminate ecological components and fragment ecological systems that would make these lands unsuitable for the purposes that they were intended for, as described above.

The National Environmental Policy Act of 1969 promotes efforts which will prevent or eliminate damage to the environment and biosphere, and enrich the understanding of the ecological systems and natural resources important to the Nation. The National Forest Management Act (1976) states that forest plans must "provide for the diversity of plant and animal communities".

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031537

**RESOURCE: SKI AREAS**

*No Surface Occupancy stipulation*

*No surface occupancy or use is allowed on the lands described below:* Within the ski area administrative boundary, including Durango Mountain Resort permit area, the Silverton Ski Area

*For the purpose of:* Preventing user conflicts and incompatible uses in areas of high recreational value and significant recreational activity.

*Justification:* Oil and gas development is incompatible with the emphasized use of these areas.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031538

**RESOURCE: MANAGEMENT AREA 8 – HIGHLY DEVELOPED AREAS**

***No Surface Occupancy stipulation***

*No surface occupancy or use is allowed on the lands described below:* Within Management Area 8, including McPhee Dam and ski area expansion areas.

*For the purpose of:* Preventing user conflicts and incompatible uses in areas of high recreational value and significant recreational activity.

*Justification:* Oil and gas development is incompatible with the emphasized use of these areas.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031539

BLM_0031540

RESOURCE: BATS

**Lease notice**

A wildlife inventory may be required prior to approval of operations within potential bat habitat. These are areas where bats are suspected or the habitat is deemed suitable but no bats have been documented. Surveys would be conducted to locate bats or observe sign of bats. The inventory data will be used to apply conservation measures to reduce the impacts of surface disturbance on bat habitat.

*If bat habitat is identified then the following stipulations will apply:* A No Surface Occupancy stipulation will apply within one-quarter mile of known maternity roosts, hibernacula or roost trees of sensitive bat species.

BLM_0031541

**RESOURCE: GUNNISON SAGE GROUSE (GSG)**

***Not Available for Lease***

*The lands described below are not available for oil and gas leasing:* Split estate in occupied habitat where the surface is the Dry Creek Basin State Wildlife Area; BLM surface and federal mineral estate within or immediately adjacent to the Dry Creek Basin State Wildlife Area; private land that is part of the land exchange with Mex and Sons,and private land south of CR U29; 2 parcels immediately adjacent to the lake in the Dan Noble State Wildlife Area; all BLM parcels adjacent to the Coalbed Canyon State Wildlife Area.

*For the purpose of:* Protecting lek sites and nesting habitat for Gunnison sage grouse.

*Justification:* Provides BLM an opportunity to manage occupied sage grouse habitat in partnership with the CDOW. The State has made the commitment to manage this land for the sage grouse. By making these areas not available for leasing, the BLM demonstrates a commitment to support sage grouse on the State Wildlife Area and adjacent relatively isolated BLM parcels. There are no active leases in the vicinity of the Willow Creek/Coalbed Canyon State Wildlife Area (Dove Creek Grouse Population). Making these areas unavailable for leasing will contribute to the management of sage grouse on approximately 900 acres of adjacent BLM lands.

BLM_0031542

**RESOURCE: ARCHEOLOGICAL AREAS AND NATIONAL REGISTER DISTRICTS**

***Not Available for Lease***

*No lease or use is allowed on the lands described below.* Within the designated archeological area boundaries of.

Chimney Rock Archaeological Area

Falls Creek Special Interest Area

Anasazi Archeological National Register District

*For the purpose of:* Protecting the outstanding archeological values and landscapes. These Archaeological Areas contain world class resources that have unique archaeological, cultural and landscape features that are integral to the sites' integrity of setting, feeling, and association that oil and gas leasing would be detrimental to, and would not be able to be mitigated.

The Chimney Rock Archaeological Area has been designated by Congress as part of the Chacoan Sites Protection  Chimney Rock Archaeological Area is an Ancestral Puebloan site of special significance to Native Americans, and is a site developed for heritage tourism and interpretation.  The relationship between the Chimney Rock sites and the landscape is integral to understanding and experiencing the sites' function and archaeological and cultural importance.

The Falls Creek Special Interest Area has archaeological deposits that contain evidence of some of the earliest agriculture in this region.  Through consultation, Native American tribes have expressed very special concern for this site, which has resulted in a Special Closure Order.  The landscape is integral to the Falls Creek Special Interest Area sites integrity.

The Anasazi Archaeological District is the largest concentration of Ancestral Puebloan sites listed on the National Register of Historic Places.  The District has 977 known sites within its boundaries.  This concentration of highly significant sites makes avoidance of impacts from oil and gas development unlikely. Formations in this area are similar to adjacent formations where directional drilling is not possible, thus No Surface Occupancy is not a feasible option.

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820).

BLM_0031543

**RESOURCE: FRUITLAND FORMATION OUTCROP ZONE**

***Not Available for Lease***

*The lands described below are not available for oil and gas leasing:* The Fruitland Formation, on or within 1.5 miles of the Fruitland Formation Outcrop, as measured from the geologic contact of the Fruitland Formation and the Kirtland Shale.

*For the purpose of:* Preventing or minimizing methane seepage and water depletion impacts at the Fruitland Formation Outcrop.

*Exceptions:* The lands described above may be leased for proposed operations that provide substantial and conclusive evidence for reducing or otherwise mitigating existing outcrop impacts, or for proposed operations that provide substantial and conclusive evidence that outcrop impacts will not occur.

BLM_0031544

# APPENDIX I – WATERSHEDS ON NATIONAL FOREST SYSTEM LANDS WITH THE HIGHEST LEVELS OF ANTHROPOGENIC DISTURBANCE

BLM_0031545

BLM_0031546

# Watersheds on National Forest Lands with the Highest Levels of Anthropogenic Disturbance

These watersheds have the greatest amount of anthropogenic disturbance and have the highest potential for impacts to aquatic, riparian, and wetland resources due to the high percentage of anthropogenic activities. The potential effects for all anthropogenic activities were analyzed by cumulating the percentile ranking for each of the identified anthropogenic activities. There were a total of six different activity categories used for this process using all the activities: transportation, water use, vegetation management, urbanization, mineral extraction, and recreation. The values of 1 through 5 were assigned based upon the percentile in which that HUC was location for the anthropogenic activity with 5 being the highest percentile of impact. The watersheds in the following table were listed in Quantile 5 for all anthropogenic activities, which corresponds to the 100-80th percentile range for percentage of watershed area affected by anthropogenic disturbances (Winters et al. 2006b). These watersheds may be good candidates for remediation. The watersheds in Quantiles 1 through 4 can be found in the Aquatic, Riparian, and Wetland Ecosystem Assessment for the San Juan National Forest.

**Table I-1 - Watersheds on National Forest lands with the highest levels of anthropogenic disturbance**

| HUC 6 | HUC 6 Name | Recreation | Urbanization | Minerals | Transportation | Vegetation | Water Use | Total | Cluster |
|---|---|---|---|---|---|---|---|---|---|
| 140801070104 | Chicken Creek | 3 | 4 | 3 | 5 | 5 | 3 | 23 | 4r |
| 140300020209 | Upper Dolores River-Taylor Creek | 4 | 2 | 3 | 5 | 4 | 5 | 23 | 5r |
| 140801011601 | Upper Beaver Creek | 2 | 3 | 5 | 3 | 5 | 5 | 23 | 5r |
| 140801020401 | Martinez Creek-Dutton Creek | 5 | 3 | 1 | 4 | 4 | 5 | 22 | 5r |
| 140801010302 | Fourmile Creek | 3 | 2 | 3 | 4 | 4 | 5 | 21 | 2r |
| 140300020105 | Lower West Dolores River | 2 | 3 | 3 | 3 | 5 | 5 | 21 | 5r |
| 140801050105 | Upper Cherry Creek | 2 | 5 | 3 | 5 | 3 | 3 | 21 | 5r |
| 140801040502 | Elbert Creek | 3 | 3 | 3 | 5 | 4 | 3 | 21 | 5r |
| 140300020401 | Upper Lost Canyon | 4 | 2 | 1 | 4 | 5 | 4 | 20 | 2r |
| 140801070103 | Upper Mancos Valley | 2 | 5 | 5 | 3 | 2 | 3 | 20 | 5r |
| 140801070102 | West Mancos River | 1 | 3 | 2 | 5 | 5 | 3 | 19 | 2r |
| 140801010303 | Laughlin Park | 2 | 2 | 3 | 3 | 3 | 5 | 19 | 5r |
| 140300020305 | Beaver Creek-Trail Canyon | 1 | 3 | 4 | 4 | 4 | 3 | 19 | 4r |
| 140300020404 | Stapleton Valley | 0 | 5 | 2 | 4 | 4 | 4 | 19 | 4r |
| 140300020407 | House Creek | 1 | 2 | 3 | 5 | 5 | 3 | 19 | 4r |
| 140300020604 | Dolores Canyon-Lake Canyon | 3 | 2 | 3 | 3 | 4 | 4 | 19 | 4r |
| 140801010304 | Upper Pagosa Springs | 2 | 4 | 3 | 3 | 4 | 3 | 19 | 4r |
| 140801010504 | Navajo River-Weisel Flat | 5 | 2 | 3 | 3 | 3 | 3 | 19 | 4r |
| 140801010507 | Coyote Creek | 2 | 2 | 3 | 4 | 4 | 4 | 19 | 4r |
| 140801011404 | Vallecito Reservoir | 5 | 2 | 1 | 3 | 4 | 4 | 19 | 5r |
| 140801020301 | Upper Devil Creek | 4 | 2 | 1 | 4 | 5 | 3 | 19 | 5r |
| 140801020501 | Yellow Jacket Creek | 2 | 3 | 3 | 3 | 4 | 4 | 19 | 4r |
| 140801070105 | East Fork of Mud Creek | 1 | 5 | 5 | 3 | 2 | 3 | 19 | 4r |
| 140801011602 | Middle Beaver Creek | 2 | 3 | 4 | 3 | 4 | 3 | 19 | 5r |
| 140801040303 | Lower Cascade Creek | 5 | 2 | 2 | 4 | 4 | 2 | 19 | 2r |

*Cluster 2r* — The watersheds in cluster 2r are characterized by a high-elevation snowfall-driven hydroclimatic regime. The streams are underlain by rock units derived from mainly non-igneous formative processes. This cluster is dominated by high-gradient streams with a snowmelt regime that produces moderate to high yields of both coarse and fine sediment. Anthropogenic influences could have large influences on low gradient reaches if excessive sediment were produced. Sediment produced in this cluster could

BLM_0031547

influence stream reaches downstream. Watersheds in this cluster occupy the majority of the highest-elevation watersheds in the San Juan Mountains. Cluster 2r is among the most sensitive to changes in the thermal regime. Watersheds in this cluster are relatively unresponsive to changes in sediment regime resulting from the overall dominance of high gradient stream channels.

*Cluster 4r* – The watersheds in cluster 4r are driven by a predominantly mixed precipitation hydroclimatic regime. The largely high-gradient streams in this cluster are typically underlain by non-calcareous lithology of a non-igneous origin. This cluster is dominated by high-gradient streams with a mixed snowmelt and rainfall flow regime that produces moderate to high yields of both coarse and fine sediment. The rain- and snow-driven conditions would produce a significant amount of sediment if exposed during periods of increased runoff. Cluster 4r watersheds are mainly at mid-elevations. A mixture of stream gradients is present. Cluster 4r is somewhat sensitive to changes in the thermal regime. Anthropogenic disturbance that increases sediment production would be detrimental to fish populations and riparian communities.

*Cluster 5r* – The watersheds in cluster 5r are driven by a predominantly mixed precipitation regime. The largely high-gradient streams in this cluster are typically underlain by lithology of a non-igneous origin. This cluster is dominated by high-gradient and mid-gradient streams with a mixed snowmelt and rainfall regime that produces moderate to high yields of both coarse and fine sediment. Because of the heterogeneity of conditions within this cluster more site-specific analysis would be necessary to determine potential for sediment movement from management activities. Cluster 5r is somewhat sensitive to changes in the thermal regime. Additional sediment will be temporarily stored during low-flow conditions, degrading the biotic condition (Winters et al. 2006b).

*Winters, D., Staley, D., Fryxell, J., and J. Krezelok, 2006. Aquatic, riparian and wetland ecosystem assessment for the San Juan National Forest. Report 3 of 3: Ecological driver analysis and anthropogenic influence results: Synthesis and discussion. Denver, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Region.*

BLM_0031548

# APPENDIX J – WATERSHEDS ON NATIONAL FOREST SYSTEM LANDS MOST SENSITIVE TO ANTHROPOGENIC DISTURBANCE

BLM_0031550

## Watersheds on National Forest Lands Most Sensitive to Anthropogenic Disturbances

The discussion of relative sensitivity of each cluster to anthropogenic disturbances focuses only on physical characteristics of rivers. The rationale for assigning sensitivity depends primarily on gradient and flow regime and to a lesser extent on sediment supply. Sediment sensitivity depends primarily on gradient and sediment supply and to a lesser extent on flow regime. Most streams on National Forest lands are high-gradient streams, and consequently are assigned the lowest sensitivity to changes in water and sediment delivery. The channel bed and banks of these stream segments are composed of very coarse sediment that is less likely to experience a substantial change in mobility as a result of either a decrease or increase in water supply. These reaches also usually pass excess sediment downstream fairly efficiently and, if sediment-starved, are less likely to have channel erosion than lower-gradient stream segments.

Low-gradient streams are typically assigned the highest sensitivity to changes in water and sediment yield. The materials forming the channel bed and banks in these stream segments are likely to be the most mobile of all the gradient categories, and thus most likely to be eroded in response to increased flow or reduced sediment load. Eroded materials can be deposited in response to reduced flow or increased sediment load (Winters et al., 2006a).

The watersheds that were determined to be the most sensitive to anthropogenic disturbance are at low to mid-elevations and occur in mixed rain-snow precipitation regimes or rainfall-dominated regimes. These watersheds are in riparian clusters 4r and 6r. The watersheds with more than 20% of their area within the San Juan National Forest were included in the table.

BLM_0031551

**Table J-1 - Watersheds on National Forest lands most sensitive to anthropogenic disturbances**

| HUC 6 | HUC 6 Name | Cluster |
|---|---|---|
| 140801070104 | Chicken Creek | 4r |
| 140300020305 | Beaver Creek-Trail Canyon | 4r |
| 140300020404 | Stapleton Valley | 4r |
| 140300020407 | House Creek | 4r |
| 140300020604 | Dolores Canyon-Lake Canyon | 4r |
| 140801010304 | Upper Pagosa Springs | 4r |
| 140801010504 | Navajo River-Weisel Flat | 4r |
| 140801010507 | Coyote Creek | 4r |
| 140801020501 | Yellow Yacket Creek | 4r |
| 140300020403 | Middle Lost Canyon | 4r |
| 140300020406 | Upper Dolores River-Italian Creek | 4r |
| 140801010406 | Lower Rio Blanco-San Juan River | 4r |
| 140300020408 | McPhee Reservoir-Dolores River | 4r |
| 140300020601 | Dolores River-Salter Canyon | 4r |
| 140801010306 | Mill Creek | 4r |
| 140801010404 | Middle Rio Blanco | 4r |
| 140300020306 | McPhee Reservoir-Beaver Creek Inlet | 4r |
| 140300020402 | Spruce Water Canyon | 4r |
| 140300020603 | Dolores Canyon-Cabin Creek | 4r |
| 140300020507 | Dawson Draw | 4r |
| 140300020509 | Pine Arroyo | 4r |
| 140300020602 | Narraguinnep Canyon Natural Area | 4r |
| 140801010602 | Montezuma Creek | 4r |
| 140801011704 | Upper Spring Creek | 6r |
| 140801020302 | Lower Devil Creek | 6r |
| 140801020502 | Piedra River-Stollsteimer | 6r |
| 140801011703 | Ute Creek | 6r |
| 140801020404 | Middle Stollsteimer Creek | 6r |
| 140801020405 | Lower Stollsteimer Creek | 6r |
| 140801010601 | San Juan River-Trujillo | 6r |
| 140300020506 | Brumley Valley | 6r |
| 140300020511 | Disappointment Valley-Wild Horse Reservoir | 6r |
| 140801020503 | Piedra River-Navajo Reservoir Inlet | 6r |

(Winters, D., Cooper, D., Lee, N., Poff, N., Rahel, F., Staley, D., and E. Wohl, 2006. Aquatic, riparian and wetland ecosystem assessment for the San Juan National Forest. Report 1 of 3: Introduction and ecological driver analysis. Denver, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Region.)

*Cluster 4r* – The watersheds in cluster 4r are driven by a predominantly mixed precipitation hydroclimatic regime. The largely high-gradient streams in this cluster are typically underlain by non-calcareous lithology of a non-igneous origin. This cluster is dominated by high-gradient streams with a mixed snowmelt and rainfall flow regime that produces moderate to high yields of both coarse and fine sediment. The rain- and snow-driven conditions would produce a significant amount of sediment if exposed during periods of increased runoff. Cluster 4r watersheds are mainly at mid-elevations. A mixture of stream gradients is present. Cluster 4r is somewhat sensitive to changes in the thermal regime. Anthropogenic disturbance that increases sediment production would be detrimental to fish populations and riparian communities in this cluster.

BLM_0031552

*Cluster 6r* – The majority of the watersheds in cluster 6 are driven by a rainfall hydroclimatic regime with a smaller area driven by a mixed regime. The streams in this cluster are underlain by rock units formed by predominantly non-igneous processes that produce moderate to high yields of both coarse and fine sediment. This cluster is influenced dramatically by sediment produced upstream in other watersheds. Sediment deposition could influence stream-bank stability and over-widen channels where deposition occurs. Braiding of the stream channel could be realized in low-gradient channels where deposition occurs from upstream. This area has a predominantly rain-driven hydrologic regime and erosive parent material. This cluster is sensitive to anthropogenic activities that alter the surface and subsurface hydrology.

BLM_0031553

Appendix J – Watersheds Most Sensitive to Anthropogenic Disturbance – Page J-4

BLM_0031554

# APPENDIX K – WATERSHEDS ON SAN JUAN PUBLIC LANDS WITH POTENTIAL SALINITY ISSUES

BLM_0031556

# Watersheds on the San Juan Public Lands with Potential Salinity Issues

These watersheds have a high potential for salinity issues since more than 50% of the watershed contains Mancos or Lewis shale. Upper Cherry Creek also has a high amount of anthropogenic disturbance at this time. The aquatic assessment assigned cluster types only to watersheds that include lands administered by the Forest Service (Winters et al., 2006a).

**Table K-1 - Watersheds on the San Juan Public Lands with potential salinity issues**

| HUC 6 | HUC 6 Name | % Shale | Cluster |
|---|---|---|---|
| 140801070308 | Lower Mancos River-New Mexico* | 87.8 | |
| 140801070311 | Lower Axtec Wash* | 87.4 | |
| 140300020504 | Ryman Creek* | 81.6 | 5r |
| 140300020301 | Upper Beaver Creek - McPhee | 78.6 | 5r |
| 140801070304 | Navajo Wash-Chimney Rock Draw* | 77.7 | |
| 140300020501 | Bear Creek-Disappointment Creek* | 76.6 | 5r |
| 140300030404 | Beards Corner* | 75.7 | |
| 140802010202 | Outlet Cowboy Wash | 73.5 | |
| 140300030402 | Upper Dry Creek* | 72.2 | |
| 140300030401 | Nelson Creek* | 71.9 | |
| 140801010601 | San Juan River-Trujillo | 71.0 | 6r |
| 140801070310 | Upper Aztec Wash* | 70.0 | |
| 140300020502 | Disappointment Creek Headwaters* | 69.4 | 5r |
| 140801070306 | Lower Mancos River-Tanner Canyon* | 68.8 | |
| 140801070108 | Weber Canyon | 66.3 | |
| 140300020304 | Lower Plateau Creek | 65.5 | 5r |
| 140300020505 | Upper Disappointment Creek* | 63.5 | 5r |
| 140801070107 | Mancos River-East Rim | 63.4 | |
| 140801070305 | Lower Mancos River – Moqui Canyon* | 61.2 | |
| 140300020503 | Sheep Camp Valley* | 59.1 | 5r |
| 140801050105 | Upper Cherry Creek | 59.1 | 5r |
| 140801010306 | Mill Creek | 58.7 | 4r |
| 140801070212 | Mancos River-Ute Canyon | 58.6 | |
| 140801010308 | San Juan River-Eightmile Mesa | 56.5 | 5r |
| 140801070303 | Navajo Wash-East Toe* | 56.2 | |
| 140801010604 | Upper Cat Creek | 55.8 | 4r |
| 140802010201 | Headwaters Cowboy Wash | 55.4 | |
| 140801010305 | McCabe Creek | 54.7 | 5r |
| 140802020102 | Stinking Springs Canyon | 54.1 | |
| 140802020104 | McElmo Creek-Highline Ditch | 51.7 | |
| 140801070302 | Navajo Wash-Cottonwood Wash* | 51.5 | 5r |
| 140300020508 | Spring Creek* | 50.7 | |

\*  Watersheds that are rated high for salinity control potential in the Colorado River Basin Salinity Control Act of 1974

(Winters, D., Cooper, D., Lee, N., Poff, N., Rahel, F., Staley, D., and E. Wohl, 2006. Aquatic, riparian and wetland ecosystem assessment for the San Juan National Forest. Report 1 of 3: Introduction and ecological driver analysis. Denver, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Region.

BLM_0031557

BLM_0031558

# APPENDIX L – BLM GRAZING ALLOTMENT STATUS

BLM_0031559

BLM_0031560

Appendix L: BLM Grazing Allotment Status

The following Table identifies the management status for BLM Allotments proposed for Alternative B, the preferred alternative.  Management status codes are: C = Custodial; I = Improve; and M = Maintain.

| CO-800 ALLOTMENT MANAGEMENT CATEGORIES | | | |
|---|---|---|---|
| Admin Office Cd | Allotment Number | Allotment Name | Management Status Coding |
| 810 | 00001 | GRAVEL PIT | C |
| 810 | 02698 | WILLOW CREEK | I |
| 810 | 08003 | BIG CANYON | I |
| 810 | 08004 | ELK POINT | C |
| 810 | 08005 | EAST PINES COMMON | M |
| 810 | 08006 | SHARPS DRAW | C |
| 810 | 08008 | EAST MUD CREEK | C |
| 810 | 08010 | UPPER CROSS | C |
| 810 | 08016 | SIMON DRAW ALLOTMENT | C |
| 810 | 08017 | WEBER CANYON | C |
| 810 | 08020 | NASH CEMETERY | C |
| 810 | 08026 | WEST MUD | C |
| 810 | 08028 | MUD CREEK ALLOTMENT | C |
| 810 | 08029 | HURST ALLOTMENT | C |
| 810 | 08030 | NORTH MANCOS | C |
| 810 | 08031 | MANCOS ALLOTMENT | C |
| 810 | 08032 | NORTH MENEFEE MT. | C |
| 810 | 08040 | MUD SPRINGS | M |
| 810 | 08042 | MANCOS RIVER | C |
| 810 | 08043 | WEST WEBER MOUNTAIN | C |
| 810 | 08045 | EAST WEBER MOUNTAIN | C |
| 810 | 08046 | EAST CANYON | C |
| 810 | 08047 | FLINT ROCK POINT | C |
| 810 | 08048 | JOES CANYON | M |
| 810 | 08049 | WEST CAHONE | C |
| 810 | 08051 | WEST MESA VERDE | C |
| 810 | 08052 | STINKING SP. CANYON | M |
| 810 | 08053 | MESA VERDE | M |
| 810 | 08054 | POINT LOOKOUT | M |
| 810 | 08056 | SOUTH ICE PLANT | C |
| 810 | 08058 | UNALLOTED DOLORES COUNTY | C |
| 810 | 08059 | DAVIS ALLOTMENT | C |
| 810 | 08061 | MANCOS HILL WEST | C |
| 810 | 08062 | NORTHDALE | C |
| 810 | 08063 | SANDROCK | M |
| 810 | 08064 | RESERVED NUMBER | U |
| 810 | 08068 | GYPSUM VALLEYS | I |
| 810 | 08070 | RESERVED NUMBER | U |
| 810 | 08072 | EAST BROAD CANYON | C |
| 810 | 08073 | WALLACE PASTURE | M |
| 810 | 08074 | CHICO CREEK | C |
| 810 | 08079 | NORTH CAHONE | C |
| 810 | 08403 | WILDWATER CANYON | M |
| 810 | 08404 | RESERVOIR CANYON | C |
| 810 | 08405 | MONTOYA PEAK | C |
| 810 | 08406 | SKI LIFT | C |
| 810 | 08407 | ROBERTS CANYON | C |
| 810 | 08413 | CHERRY CREEK | C |

BLM_0031561

| Admin Office Cd | Allotment Number | Allotment Name | Management Status Coding |
|---|---|---|---|
| Admin Office Cd | Allotment Number | Allotment Name | Management Status Coding |
| 810 | 08414 | MAJORS CEMETERY | C |
| 810 | 08465 | MANCOS HILL | C |
| 810 | 17000 | UPPER DISAPPOINTMENT | I |
| 810 | 17002 | GYPSUM GAP | I |
| 810 | 17005 | SALT ARROYO | C |
| 810 | 17006 | GYP RIDGE | M |
| 810 | 17007 | SUMMIT MESA | C |
| 810 | 17009 | EAST SUMMIT MESA | C |
| 810 | 17015 | BUSH CANYON ALLOT | M |
| 810 | 17016 | DRY CREEK BASIN | I |
| 810 | 17017 | MCKENNA PEAK | M |
| 810 | 17019 | SUMMIT POINT | C |
| 810 | 17026 | EGNAR MESA | M |
| 810 | 17028 | WARDEN DRAW | C |
| 810 | 17029 | OAK | C |
| 810 | 17034 | SLICK ROCK | I |
| 810 | 17036 | DISAPPOINTMENT CREEK | I |
| 810 | 17038 | SPUD PATCH | M |
| 810 | 17041 | OLD YOUNG | I |
| 810 | 17043 | SOUTH MOUNTAIN | C |
| 810 | 17045 | HORSE PARK | I |
| 810 | 17046 | INDIAN VALLEY | I |
| 810 | 17047 | HOME BENCH | I |
| 810 | 17049 | DESERT CLAIM | C |
| 810 | 17050 | UNALLOTTED SAN MIGUEL COUNTY | C |
| 810 | 17051 | WEST OSBORNE | C |
| 810 | 17052 | RYMAN CREEK | C |
| 810 | 17053 | BULL CANYON | I |
| 810 | 17054 | BUCK NOB | C |
| 810 | 17055 | NELSON | I |
| 810 | 17056 | SPRING CREEK | I |
| 810 | 17057 | RCA | I |
| 810 | 17058 | BULL LAKE | C |
| 810 | 17059 | BEARDS CORNER | C |
| 810 | 17064 | LAVENDER POINT | C |
| 810 | 17065 | MT. ELSTON | C |
| 810 | 17083 | RESERVED NUMBER | M |
| 810 | 17104 | SPENCER LAKE | C |
| 810 | 17150 | NORTH MTN. | C |
| 810 | 17214 | RINCONE ALLOT. | C |
| 810 | 17226 | SUMMER CAMP | M |
| 810 | 99999 | UNALLOTED MONTZMA CO | M |
| 820 | 08400 | SOUTH CANBY | C |
| 820 | 08401 | MAHAN | M |
| 820 | 08408 | HOPKINS DRAW | C |

BLM_0031562